IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION<br>and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-_____<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

### RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel hereby certifies that plaintiff Boston Scientific Corporation has ***no parent corporation*** and that ***no*** publicly held corporation owns 10% or more of the stock of Boston Scientific Corporation. Counsel further certifies that ***Boston Scientific Corporation is the parent corporation*** of plaintiff Boston Scientific Scimed, Inc. and that ***no*** publicly held corporation owns 10% or more of the stock of Boston Scientific Scimed, Inc.

DATED: June 22, 2007

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
alundgren@ycst.com

*Attorneys for Plaintiffs*

Of Counsel:

Richard L. Delucia
Paul M. Richter
Michael K. Levy
Jerry Canada
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200