IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., </br></br>  Plaintiffs, </br></br> v. </br></br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, </br></br>  Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> )   C.A. No. 07-409-SLR </br> ) </br> ) </br> ) </br> ) </br> ) |

**DEFENDANTS' MOTION TO DISMISS**
**FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendants in the captioned action hereby respectfully move, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, to dismiss the complaint on the ground that this Court lacks jurisdiction over its subject matter.

The basis for the requested relief already is fully set forth in defendants' July 18, 2007 double-captioned opening memorandum in support of their motions to dismiss the complaints in Civil Action Numbers 07-333-SLR and 07-348-SLR. Rather than burden the Court with a new copy of that same brief in this action, defendants simply rely upon, and incorporate herein by reference, that already-filed opening memorandum (D.I. 11 in C.A. No. 07-333-SLR, and D.I. 9 in C.A. No. 07-348-SLR) in support of their motion in this case.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Defendants*

*Of Counsel:*
David T. Pritikin
William H. Baumgartner, Jr.
Paul E. Veith
Russell E. Cass
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Dated:  July 26, 2007
182613.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-409-SLR<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This _____ day of _____, 2007, the Court having considered defendants' motion to dismiss for lack of subject matter jurisdiction in the above action, and having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that defendants' motion is granted, and that the complaint is dismissed without prejudice.

_____
United States District Judge