IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-333-SLR |
| v. | ) ) | |
| JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) | |
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-348-SLR |
| v. | ) ) | |
| JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) | |
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-409-SLR |
| v. | ) ) | |
| JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval and order of the Court, that the time within which plaintiffs may file and

serve a response to defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction shall be extended by one business day to and including August 13, 2007.

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
| /s/ *Josy W. Ingersoll* | /s/ *Steven J. Balick* |
| Josy W. Ingersoll (#1088) | Steven J. Balick (#2114) |
| Karen E. Keller (#4489) | John G. Day (#2403) |
| 1000 West Street, 17th Floor | Lauren E. Maguire (#4261) |
| P.O. Box 391 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899 | P.O. Box 1150 |
| (302) 571-6600 | Wilmington, DE 19899 |
| jingersoll@ycst.com | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

　　　　SO ORDERED this _____ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge