IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-409-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 6, 2007, copies of *Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* were served upon the following counsel of record in the manner indicated:

**By Hand Delivery and E-Mail**

Steven J. Balick, Esquire
 [sbalick@ashby-geddes.com]
John G. Day, Esquire
 [jday@ashby-geddes.com]
Lauren E. Maguire, Esquire
 [lmaguire@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**By E-Mail**

David T. Pritikin, Esquire
 [dpritikin@sidley.com]
William H. Baumgartner, Esquire
 [wbaumgartner@sidley.com]
Paul E. Veith, Esquire [pveith@sidley.com]
Russell E. Cass, Esquire [rcass@sidley.com]
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

Additionally, the undersigned hereby certifies that on September 6, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated above.

DB01:2447587.1                                                                                                                                              054604.1003

Dated: September 6, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

---

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
Andrew A. Lundgren (No. 4429) [alundgren@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiffs,
Boston Scientific Corporation and
Boston Scientific Scimed, Inc.*

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter
Michael K. Levy
Jerry Canada
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200

2