# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 5, 2007

**BY E-FILE**

Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   Boston Scientific Scimed, Inc. and Boston Scientific Corporation v. Johnson & Johnson, Inc. and Cordis Corporation, C.A. No. 07-409-SLR

Dear Judge Robinson:

To follow up on Mr. Balick's September 10, 2007 e-mail to the Court (in response to which the Court agreed to postpone the September 12, 2007 scheduling conference in this matter), the parties to this action have consulted with the parties in the related action of *Abbott Laboratories v. Johnson & Johnson, Inc.*, C.A. No. 06-613-SLR, and have agreed to the enclosed scheduling order, which is substantially similar to the one which Mr. Cottrell submitted to the Court in that action on October 2, 2007.

We remain available at the Court's convenience to respond to any questions regarding these matters.

Respectfully submitted,

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)
[kpascale@ycst.com]
*Attorney for Plaintiffs*

Enclosure

cc:   Steven J. Balick, Esq. (with enclosure) (by hand and e-mail)
      Russell E. Cass, Esq. (with enclosure) (by e-mail)
      Paul M. Richter, Esq. (with enclosure) (by e-mail)