IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-333-SLR <br> Civil Action No. 07-348-SLR <br> Civil Action No. 07-409-SLR <br> Civil Action No. 07-765-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 30th day of January, 2008, **JOHNSON & JOHNSON, INC. AND CORDIS CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1-93)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                               HAND DELIVERY
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard L. DeLucia, Esquire                            VIA ELECTRONIC MAIL
Kenyon & Kenyon
One Broadway
New York, NY 10004

                          ASHBY & GEDDES

                          */s/ Lauren E. Maguire*

                          _____
                          Steven J. Balick (I.D. # 2114)
                          John G. Day (I.D. #2403)
                          Lauren E. Maguire (I.D. #4261)
                          500 Delaware Avenue, 8th Floor
                          P.O. Box 1150
                          Wilmington, DE 19899
                          (302) 654-1888
                          sbalick@ashby-geddes.com
                          jday@ashby-geddes.com
                          lmaguire@ashby-geddes.com

                          *Attorneys for Defendants*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Paul E. Veith
Russell E. Cass
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Dated: January 30, 2008

186758.1