IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-333-SLR |
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-348-SLR |
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-409-SLR |

|  |  |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>JOHNSON & JOHNSON, INC. and CORDIS CORPORATION,  )<br>)<br>)<br>Defendants.  ) | Civil Action No. 07-765-SLR |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorneys to represent the plaintiffs in this matter:

> Richard L. DeLucia
> Paul M. Richter
> Michael K. Levy
> Jerry Canada
> Christopher M. Scott
> KENYON & KENYON LLP
> One Broadway
> New York, New York 10004
> (212) 425-7200

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 per attorney, if not paid previously, will be submitted to the Clerk's Office upon the filing of this motion.

DB01:2447704.1                                                                                                            054604.1003

YOUNG CONAWAY STARGATT & TAYLOR LLP

Dated: February 20, 2008

*(signature)*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
Andrew A. Lundgren (No. 4429) [alundgren@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiffs,*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of Richard L. DeLucia, Paul M. Richter, Jerry Canada, Michael K. Levy and Christopher M. Scott is GRANTED.

Dated: February _____, 2008

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: February 12, 2008

Richard L. DeLucia
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200
E-mail: rdelucia@kenyon.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of New York and Massachusetts, and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: February 20, 2008

_____
Paul M. Richter
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200
E-mail: prichter@kenyon.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of New York and Maryland, and the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: February 20, 2008

_____
Michael K. Levy
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200
E-mail: mlevy@kenyon.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: February 20, 2008

Jerry Canada
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200
E-mail: jcanada@kenyon.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: February 20, 2008

Christopher M. Scott
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200
E-mail: cscott@kenyon.com

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on February 20, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
>John G. Day, Esquire [jday@ashby-geddes.com]
>Lauren E. Maguire, Esquire [lmaguire@ashby-geddes.com]
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on February 20, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>David T. Pritikin, Esquire [dpritikin@sidley.com]
>William H. Baumgartner, Esquire [wbaumgartner@sidley.com]
>Paul E. Veith, Esquire [pveith@sidley.com]
>Russell E. Cass, Esquire [rcass@sidley.com]
>SIDLEY AUSTIN LLP
>One South Dearborn
>Chicago, IL 60603

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Karen E. Keller*
>_____
>Josy W. Ingersoll (#1088) [jingersoll@ycst.com]
>Karen L. Pascale (#2903) [kpascale@ycst.com]
>Karen E. Keller (#4489) [kkeller@ycst.com]
>Andrew A. Lundgren (#4429) [alundgren@ycst.com]
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>*Attorneys for Plaintiffs, Boston Scientific Corporation and Boston Scientific Scimed, Inc.*