IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON and JOHNSON, INC. and CORDIS CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action Nos. 07-333-SLR<br>07-348-SLR<br>07-409-SLR |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 12th day of May, 2008 **JOHNSON AND JOHNSON, INC. AND CORDIS CORPORATION'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-6)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                               HAND DELIVERY
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801


Richard L. DeLucia, Esquire                              VIA ELECTRONIC MAIL
Kenyon & Kenyon
One Broadway
New York, NY  10004

{00216214;v1}

                                        ASHBY & GEDDES

                                        */s/ John G. Day*

                                        _____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Of Counsel:*                             *Attorneys for Defendants*

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000

Dated: May 12, 2008

{00216214;v1}