**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOHNSON & JOHNSON, INC. and CORDIS CORPORATION,<br><br>*Defendants.* | Civil Action No. 07-333-SLR<br>Civil Action No. 07-348-SLR<br>Civil Action No. 07-409-SLR<br>Civil Action No. 07-765-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 24, 2008, copies of

*BSC's Second Set of Interrogatories to Cordis (Nos. 7-20)*;

were served upon the following counsel of record in the manner indicated:

<u>*By Hand Delivery and E-Mail*</u>

Steven J. Balick, Esquire
   [sbalick@ashby-geddes.com]
John G. Day, Esquire
   [jday@ashby-geddes.com]
Lauren E. Maguire, Esquire
   [lmaguire@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

<u>*By E-Mail*</u>

David T. Pritikin, Esquire
   [dpritikin@sidley.com]
William H. Baumgartner, Esquire
   [wbaumgartner@sidley.com]
Paul E. Veith, Esquire [pveith@sidley.com]
Russell E. Cass, Esquire [rcass@sidley.com]
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

Additionally, the undersigned hereby certifies that on June 24, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated above.

| | |
|---|---|
| Dated: June 24, 2008 | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| | */s/ Karen L. Pascale* |
| | Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]<br>Karen L. Pascale (No. 2903) [kpascale@ycst.com]<br>Karen E. Keller (No. 4489) [kkeller@ycst.com]<br>Andrew A. Lundgren (No. 4429) [alundgren@ycst.com]<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600 |
| | *Attorneys for Plaintiffs,*<br>*Boston Scientific Corporation and*<br>*Boston Scientific Scimed, Inc.* |

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter
Michael K. Levy
Jerry Canada
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200