IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION <br><br> Defendants/ Counter-Plaintiffs. | REDACTED <br> PUBLIC VERSION <br><br> Civil Action No. 07-333-SLR <br> Civil Action No. 07-348-SLR <br> Civil Action No. 07-409-SLR |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> JOHNSON & JOHNSON, INC., CORDIS CORPORATION, and WYETH <br><br> Defendants/ Counter-Plaintiffs. | Civil Action No. 07-765-SLR |

**DECLARATION OF ANTONIOS G. MIKOS IN SUPPORT OF MOTION OF DEFENDANTS/COUNTER-PLAINTIFFS JOHNSON & JOHNSON AND CORDIS CORPORATION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF CLAIM 9 OF THE '3286 PATENT**

Steven J. Balick (I.D. #2114)
John G Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
Bindu Donovan
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
dpritikin@sidley.com
wbaumgar@sidley.com
rcass@sidley.com
bdonovan@sidley.com

Dated: September 16, 2009

I. **Introduction:**

I, Antonios G. Mikos, Ph.D., under penalty of perjury declare as follows:

I have been retained in this litigation on behalf of Johnson & Johnson, Cordis, and Wyeth (collectively "Cordis").

1. I am Louis Calder Professor of Bioengineering and Chemical and Biomolecular Engineering, Departments of Bioengineering and Chemical and Biomolecular Engineering, Rice University ("Rice"), a position I have held since 2008. I am also Director of the J.W. Cox Laboratory for Biomedical Engineering and the Director of the Center for Excellence in Tissue Engineering at Rice. I am also President, Biomedical and Informatics Consultants, Inc., a position I have held since 2002.

2. In 1983 I received my Diploma in Chemical Engineering from the Aristotle University of Thessaloniki, Greece. In 1988 I received my Ph.D. in Chemical Engineering from Purdue University. From 1990-1991 I was a postdoctoral researcher at the Department of Chemical Engineering, Massachusetts Institute of Technology and the Department of Surgery, The Children's Hospital of Boston, Harvard Medical School. From 1992-1996 I was the T.N. Law Assistant Professor of Chemical Engineering and Bioengineering, Department of Chemical Engineering, Rice. From 1996-1999 I was Associate Professor of Bioengineering and Chemical Engineering, Departments of Bioengineering and Chemical Engineering at Rice. From 1999-2008, I have been the John W. Cox Professor of Bioengineering and Chemical and Biomolecular Engineering, Departments of Bioengineering and Chemical and Biomolecular Engineering at Rice.

3.      I have twenty years of experience in bioengineering, regenerative medicine, and biomaterials research. My expertise is in the synthesis, fabrication and application of biomaterials, specifically polymers, for medical applications, including cardiovascular applications. My work has resulted in novel orthopedic, ophthalmic, and cardiovascular biomaterials. My laboratory at Rice specializes in biomaterials science, drug delivery, gene therapy, and tissue engineering. My curriculum *vitae* lists my publications, awards, and additional qualifications is included in Cordis's appendix at Exhibit 27. (A616-A749.)

4.      I submit this declaration in support of Defendants/Counter-Plaintiffs Johnson & Johnson and Cordis's Motion for Summary Judgment of Infringement. I understand that Cordis seeks summary judgment of infringement of claim 9 of U.S. Patent No. 7,223,286 ("the '3286 patent") (Ex. 1, U.S. Patent No. 7,223,286 (A1-A19).[1]

## II.     The Promus Stent

5.      The Promus stent is a private-label version of the Xience V drug-eluting stent sold by Abbott Laboratories ("Abbott"). (*See* Ex. 16, *News Release, Boston Scientific, Boston Scientific Announces FDA Approval for PROMUS Everolimus-Eluting Coronary Stent System* (Jul. 2, 2008) (A377-A379) at A77-78.) Abbott manufactures the Promus stent for BSC. (*Id.*) BSC has been selling the Promus stent in the United States since receiving FDA approval in July 2008. (*Id.*)

6.      The Promus stent consists of a metal MULTI-LINK VISION metallic coronary stent with an added coating.[2] (*See* Ex. 3, *Promus Instructions for Use* (A26-A85) at A28.) The

---

[1] All materials in the *Appendix to the Opening Brief in Support of the Motion of Defendants/Counter-Plaintiffs Johnson & Johnson and Cordis Corporation for Partial Summary Judgment of Infringement of Claim 9 of the '3286 Patent* are cited with the letter "A," followed by the pertinent page(s) of the *Appendix*.

[2] The names "Promus" and "Xience" are used interchangeably throughout this brief. Because the

coating consists of two layers: an initial primer layer of poly n-butyl methacrylate ("PBMA") polymer, and a second layer made from a mixture of PVDF-HFP polymer and the drug everolimus. (*Id.*)



7.      Everolimus is made from another drug, called sirolimus. To produce everolimus, the sirolimus molecule is modified in a single location, as shown below.



---

Promus stent was designed and manufactured by Abbott, and is sold by Abbott under the Xience name, many of the documents in this case (such as Abbott's regulatory filings) refer to the name Xience. Likewise, a number of Abbott employees have been deposed in this case and those witnesses commonly used the name Xience, rather than Promus.

III.   **The Promus Stent Meets All of the Limitations of Claim 9 of the '3286 Patent:**

    A.   **"A Stent Having a Coating Applied Thereto"**

        1.   **"Stent"**

8.   The Promus stent is a stent. It is a tube-shaped mesh device used to treat certain forms of cardiac disease.   **REDACTED**

(Ex. 3 at A31.) Promus is used to provide support for a lumen in the body. (Ex. 3 at A31.)

        2.   **"Coating"**

9.   The Promus stent contains a two-layer coating. The first layer is a primer layer made from PBMA polymer. The second layer is a mixture of PVDF-HFP polymer and everolimus.

**REDACTED**

        3.   **Applied Thereto**

10.

**REDACTED**

    B.   **"Wherein Said Coating Comprises a Biocompatible Polymer/Drug Mixture"**

        1.   **"Polymer/Drug Mixture"**

11. The coating on the Promus stent includes a layer made from PVDF-HFP polymer and the drug everolimus.

**REDACTED**

It contains repeating units of two types of monomers – vinylidene fluoride (VDF) and hexafluoropropylene (HFP).

**REDACTED**

12. The PVDF-HFP polymer is intermixed with the drug everolimus, and the combination therefore constitutes a polymer/drug mixture. As one of the developers of the Promus stent explained in a published article, "the drug reservoir layer is composed of poly(vinylidene fluoride-co-hexafluoropropylene) (PVDF-HFP) combined with everolimus." (Ex. 13, Ding, Ni (Nadine), Xience V Stent Design and Rationale, *J of Interventional Cardiol* 2009; 22:S18-S27 at S19 (A348-A357) at A349.)

**REDACTED**

The PVDF-HFP/everolimus layer on the Promus stent is therefore a "polymer/drug mixture."

### 2. "Biocompatible"

13. The polymer/drug mixture is biocompatible. Otherwise, the Promus stent would not have been approved by the FDA.

**REDACTED**

**REDACTED**

14.     The PVDF-HFP/everolimus layer on the Promus stent performs its function in the body (coating the stent and releasing the drug in a controlled manner over an extended period of time) with an acceptable biological response.

15.

**REDACTED**

**REDACTED**

### C.    "And Said Drug Is Rapamycin or a Macrocyclic Lactone Analog Thereof"

17.    Everolimus is a macrocyclic lactone analog of rapamycin. The word "macrocyclic" refers to an organic chemical "containing a ring structure of large size consisting usually of 15 or more atoms." (Ex. 9, *Webster's Third New International Dictionary* (3d ed. 1993) (A336-A338) at A338.) Everolimus has a macrocyclic ring consisting of substantially more than 15 atoms. A "lactone" is "any of a class of inner esters of hydroxy carboxylic acids formed typically by the loss of a molecule of water from the hydroxyl and carboxyl groups of the acids, characterized by the carbonyl-oxy grouping – OCO – in a ring, and classed according to the position of the hydroxyl group in the parent acid." (Ex. 10, *Webster's Third New International Dictionary* (3d ed. 1993) (A339-A341) at A341.) Everolimus contains a lactone in its macrocyclic ring.

18.    Everolimus is a sirolimus analog, and thus a rapamycin analog. As shown in the figure below, everolimus is structurally similar to sirolimus and contains the identical macrocyclic lactone ring structure. The only difference between the chemical structure of these molecules is at the C-42 position,[3] which is not part of the macrocyclic ring.

---

[3] Whereas sirolimus contains a hydroxyl (-OH) group at the 42nd position, everolimus contains an O-hydroxy ethyl (-CH2-CH2-OH) group.



19.     Everolimus also performs similar functions to sirolimus. In particular, everolimus inhibits the inflammatory response known to occur after arterial injury and stent implantation, as well as the smooth muscle cell hyperproliferative response. Consequently, everolimus has a similar mechanism of action to sirolimus which enables it (like sirolimus) to prevent reclogging of arteries after a stenting procedure.

20.     Everolimus is capable of inhibiting both the inflammatory response known to occur after arterial injury and stent implantation, as well as the smooth muscle cell hyperproliferative response. For example, everolimus inhibits the proliferation and activation of inflammatory cells such as lymphocytes. ((Ex. 15, Schuler *et al.*, SDZ RAD, A New Rapamycin Derivative, *Transplantation* 1997 ("Schuler 1997"); 64:36-42 (A368-A376) at A370); (Ex. 12, Böhler, The In Vivo Effect of Rapamycin Derivative SDZ RAD on Lymphocyte Proliferation,

*Transplantation Proc* 1998; 30:2195-2197 (A345-A347) at A346.);

**REDACTED**

21.     Everolimus also exhibits an anti-inflammatory effect following vascular injury. ((Ex. 14, Nührenberg *et al.*, EMAP-II downregulation contributes to the beneficial effects of rapamycin [everolimus] after vascular injury, *Cardiovascular Research* 2008; 77:580-89 (A358-A367) at A361-62); (Ex. 8 at A271-72 (experiment describing the ability of everolimus to inhibit the formation of neointimal lesions in rat blood vessels following injuries caused by angioplasty catheter balloons)).)

22.     Everolimus also inhibits smooth muscle cell hyperproliferative response. For example, it has been shown to inhibit growth-factor dependent proliferation of bovine smooth muscle cells *in vitro*, inhibits neointimal proliferation in the rat balloon catheter arterial injury model, and inhibits growth-factor dependent smooth muscle cell proliferation following vascular injury. (Ex. 15 at A370.); (Ex. 2, U.S. Patent No. 6,384,046 at 5:37 to 6:29 (A20-A25) at A23 (describing inhibition of neointimal proliferation by everolimus in a rat carotid artery injury model));

**REDACTED**

**REDACTED**

23.

**REDACTED**

24.

**REDACTED**

**REDACTED**

### D. Claim 9: A Stent According to Claim 1 Wherein the Coating Comprises a Nonabsorbable Polymer

25. A nonabsorbable polymer is one that remains on the stent. This contrasts with a bioabsorbable polymer, which is eventually absorbed by the body. Both polymers used in the Promus stent (PVDF-HFP and PBMA) are nonerodable.

26. The PVDF-HFP polymer has a structure that "ensures no chemical degradation takes place in vivo:"

> The PVDF-HFP polymer backbone is composed entirely of saturated carbon-carbon single bonds, which improves oxidative stability. These backbone carbon atoms are over 50% fluorinated. The significance of fluorination is the high dissociation energy of the C-F bond that confers a high degree of chemical stability. Moreover, few carbon atoms with hydrogen substitution are adjacent to one another. This makes hydrogen radical abstraction to form carbon double bonds, a path to polymer degradation, unlikely. The absence of any reactive or enzymatically sensitive groups such as anhydride, ester, amide, ether, ketone, aldehyde, carbonate, or phosphate bonds makes the polymer resistant to hydrolytic, oxidative, or enzymatic cleavage. The lack of chemical reactivity of the polymer ensures no chemical interactions occur between PVDF-HFP and everolimus during the manufacturing process, on the shelf or in vivo. Similarly, this stable structure also ensures no chemical degradation takes place in vivo.

(Ex. 13 at A351-52.)

27. The Ding 2009 article goes on to describe polymer stability studies performed on the PVDF-HFP coating of Xience stents after being implanted in pig arteries for three months. Those studies demonstrated that there was no statistical difference in the molecular weight of the PVDF-HFP on the stents that had been implanted versus control stents that had been stored at room temperature. There was also no difference in the total polymer mass in these two groups of stents, "indicating the coating mass integrity was retained in vivo." (*Id.*) The article concludes

that "[t]hese data demonstrate the stability of both molecular weight and mass for the coating..." (*Id.*)

28.

**REDACTED**

29.

**REDACTED**

30.     BSC has prepared "Instructions for Use" for the Promus stent. These instructions describe both PBMA and PVDF-HFP as non-erodible polymers. (Ex. 3 at A29) (describing PBMA and PVDF-HFP under the heading "1.2.2. Inactive Ingredients – Non-erodible

Polymer"); (*Id.* at A30) (displaying chemical structures of PBMA and PVDF-HFP under the heading "Figure 1-2: Non-erodible Polymer Chemical Structures.")

31. I declare under penalty of perjury that foregoing is true and correct.

September *16*, 2009

                                                Antonios G. Mikos