# EXHIBIT 4

# EXHIBIT REDACTED

# EXHIBIT 5

# EXHIBIT REDACTED

# EXHIBIT 6

# EXHIBIT REDACTED

# EXHIBIT 7

# EXHIBIT REDACTED

# EXHIBIT 8

# EXHIBIT REDACTED

# EXHIBIT 9

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

### UNABRIDGED

*A Merriam-Webster*

REG. U. S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

**PHILIP BABCOCK GOVE, Ph.D.**

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED


PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
        p.    cm.
    ISBN 0-87779-201-1

    1. English language—Dictionaries.   I. Gove, Philip Babcock, 1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                          93-10630
                                                        CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA
484950QPH 9796

CORD115714

**macrobiotics**     **1355**     **macrozamia**

A338

CORD115719

# EXHIBIT 10

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

CORD115713



A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED


PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock
Gove and the Merriam-Webster editorial staff.
  p.   cm.
ISBN 0-87779-201-1

   1. English language—Dictionaries.   I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc.
PE1625.W36 1993
423—dc20                                                   93-10630
                                                              CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA
484950QPH 9796

CORD115714

**lacquerwork**   1262   **ladder-snake**   lad



lacrosse stick



CORD115718

# EXHIBIT 11

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE
### UNABRIDGED

*A Merriam-Webster*

REG. U. S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

CORD115713



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock
Gove and the Merriam-Webster editorial staff.
    p.    cm.
ISBN 0-87779-201-1

    1. English language—Dictionaries.    I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                                    93-10630
                                                               CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA
484950QPH9796

CORD115714

CORD115722

# EXHIBIT 12



ELSEVIER

# The In Vivo Effect of Rapamycin Derivative SDZ RAD on Lymphocyte Proliferation

T. Böhler, J. Waiser, K. Budde, S. Lichter, A. Jauho, L. Fritsche, A. Korn, and H.-H. Neumayer

THE rapamycin derivative SDZ RAD is a new, orally applicable immunosuppressive agent. The 2-hydroxyethyl chain in position 40 increases the polarity of this rapamycin analogue, resulting in a greater oral bioavailability.[1] SDZ RAD efficiently prevents graft rejection in animal models of allotransplantation. In addition, SDZ RAD inhibits the development of long-term vascular changes associated with chronic renal allograft rejection. Like cyclosporine (CyA) and FK 506, both SDZ RAD and rapamycin exert their immunosuppressive actions by binding to a class of cytosolic proteins called *immunophyllines*. The abundant immunophyllin FKBP-12 is the common target of SDZ RAD, rapamycin, and FK 506. However, concerning the mode of action, SDZ RAD differs from CyA and FK 506. Whereas CyA and FK 506 prevent progression from $G_0$ to $G_1$ phase in antigen-stimulated T cells by inhibition of IL-2 synthesis, SDZ RAD inhibits cell-cycle progression from $G_1$ to S phase by blocking IL-2 receptor and CD28-dependent signalling pathways.[2-4] Recently it was shown in vitro and in different animal models that SDZ RAD acts synergistically together with CyA.[5] It was the purpose of the present study to investigate whether SDZ RAD has additional effects on T-cell proliferation in human renal allograft recipients treated with CyA and methylprednisolone.

## MATERIALS AND METHODS

The in vivo effect of SDZ RAD was investigated in nine renal allograft recipients with stable graft function. Each patient received a single dose of SDZ RAD (0.75 mg: $n = 3$; 2.5 mg: $n = 3$; 7.5 mg: $n = 2$; 17.5 mg: $n = 1$). Additionally, four patients were treated with placebo. Maintenance immunosuppression consisted of CyA (trough level 100 to 150 ng/mL) and methylprednisolone (<12 mg/d). Co-medication did not change throughout the study. Additionally, 10 mL citrate blood was taken before, 2 hours, 6 hours, and 10 hours after the intake of medication. The day before (without SDZ RAD/placebo), control samples were taken at identical time points. Peripheral blood mononuclear cells (PBMCs) were isolated by Ficoll density centrifugation and seeded in 96-well plates at a final concentration of $1 \times 10^5$ cells/well. RPMI-1640 medium was supplemented with 10% FCS, 100 U penicillin/streptomycin (100 µg/mL), 2 mmol/L glutamine (Biochrom, Germany) and T-lymphocytes were stimulated with monoclonal anti-CD3 antibodies (Sigma, 10 ng/mL)[6] and incubated in humidified air at 37°C, 5% $CO_2$, for 72 hours. In addition, 20 µL solution



**Fig 1.** Effect of SDZ RAD on T-lymphocyte proliferation (mean ± SD) in vitro.

(Sigma, 5 mg/mL) was added for another 5 hours. Then, 100 µL solution (10% in 0.01 mol/L HCl) was added to each well. After overnight incubation, the absorbance at 570 nm ($A_{570}$) was determined by ELISA reader.[7]

For in vitro experiments blood was taken from three different

From Department of Internal Medicine-Nephrology, Charité (T.B., J.W., K.B., S.L., A.J., L.F., H.H.N.), Humboldt University, Berlin, Germany; and Novartis Pharma (A.K.), Basel, Switzerland.

This work was supported by the "Novartis-Stiftung für therapeutische Forschung."

Address reprint requests to T. Böhler Department of Internal Medicine-Nephrology, Humboldt University, Berlin, Germany.

© 1998 by Elsevier Science Inc.
655 Avenue of the Americas, New York, NY 10010

0041-1345/98/$19.00
PII S0041-1345(98)00588-0

CORD077875

2196



**Fig 2.** Treatment of PBMCs with a combination of SDZ RAD and CyA in vitro.

healthy volunteers. Stock solutions of SDZ RAD and CyA were prepared with EtOH and diluted to a final concentration in RPMI medium, as indicated in each single experiment. Lymphocyte proliferation was measured as outlined above, with different concentrations of SDZ RAD and CyA. Every experiment was done in triplicate. Intratest standard deviation was less than 1%. Statistics were evaluated by paired $t$-test. Data are expressed as mean ± standard error (SE). A probability of less than .05 was considered as statistically significant.

## RESULTS

In vitro, the immunosuppressive activity of SDZ RAD on T-cell proliferation was assessed in cultures of anti-CD3-stimulated PBMCs derived from three healthy volunteers. SDZ RAD caused a significant and dose-dependent reduction of T-cell proliferation (Fig 1). SDZ RAD (10 nmol/L) suppressed proliferation from $A_{570} = 0.4 \pm 0.03$ to $0.27 \pm 0.03$. Treatment of PBMCs with a combination of SDZ RAD and CyA revealed an additive effect of both agents on anti-CD3-driven T-cell proliferation (Fig 2).

In vivo, T-cell proliferation was significantly reduced by SDZ RAD (Fig 3). After intake, T-cell proliferation decreased at 2 hours ($A_{570} = 0.41$ vs $0.5$, $P = .01$) and at 6 hours ($A_{570} = 0.4$ vs $0.5$, $P = .01$) and at 10 hours the effect disappeared and proliferation returned to normal ($A_{570} = 0.5$ vs $0.5$, NS). No such changes were found in patients who received placebo (data not shown).

The inhibition of T-cell proliferation seemed to be dose dependent, although this was not statistically significant owing to the low number of patients in each group (0.75 mg: $\Delta A_{570} = 0.07$; 2.5 mg: $\Delta A_{570} = 0.15$; 7.5 mg: $\Delta A_{570} = 0.12$; 17.5 mg: $\Delta A_{570} = 0.27$).

## DISCUSSION

The immunosuppressive effects of CyA and methylprednisolone on lymphocyte proliferation can be enhanced by a



**Fig 3.** Effect of SDZ RAD on T-lymphocyte proliferation in vivo.

single dose of SDZ RAD in human renal allograft recipients. The inhibitory effect of SDZ RAD on the proliferation of T-lymphocytes reaches a maximum between 2 and 6 hours after intake and disappears at 10 hours after intake. Our results support the idea that SDZ RAD acts synergistically together with CyA in vitro and in vivo. Therefore, the combination of SDZ RAD with CyA may be beneficial. Further studies investigating the long-term effects of SDZ RAD on lymphocyte proliferation are under way.

**A346**

CORD077876

RAPAMYCIN DERIVATIVE                                                                                      2197

REFERENCES

1. Schuler W, Sedrani R, Cottens S, et al: Transplantation 64:36, 1997
2. Kuo CJ, Chung J, Florentino DF, et al: Nature 358:70, 1992
3. Lai JH, Tan H: J Biol Chem 269:30077, 1994
4. Andrew PM, Hoskin DW: J Immunol 159:4700, 1997

5. Schuurman HJ, Cottens S, Fuchs S, et al: Transplantation 64:32, 1997
6. Goumy L, Ferran C, Meric S, et al: Transplantation 61:83, 1996
7. Tada H, Shiho O, Kuroshima K, et al: J Immunol Methods 93:157, 1986

**A347**

CORD077877

# EXHIBIT 13

©2009, the Authors
Journal compilation ©2009, Wiley Periodicals, Inc.
DOI: 10.1111/j.1540-8183.2009.00450.x

# XIENCE V™ Stent Design and Rationale

NI (NADINE) DING, PH.D., STEPHEN D. PACETTI, M.S., FUH-WEI TANG, PH.D.,

MANISH GADA, M.S., and WOUTER ROORDA, PH.D.

*From Abbott Vascular, Inc., 3200 Lakeside Drive, Santa Clara, California*

*Drug-eluting stents (DES) are a preferred treatment modality for occlusive coronary artery disease. First-generation DES have demonstrated high levels of efficacy. However, concerns have been raised over late thrombotic events. XIENCE V™ everolimus-eluting coronary stent is a second-generation DES designed to be more deliverable and safe, while maintaining efficacy in a broad patient population compared with first-generation DES.[1-3] As a drug/device combination product, the overall performance of a DES is determined by its components and how well they are integrated. XIENCE V utilizes the MULTI-LINK VISION® stent, the antiproliferative drug everolimus, a fluorinated polymer drug carrier, poly(vinylidene fluoride-co-hexafluoropropylene) (PVDF-HFP), and a stent-specific delivery system. A DES coating must fulfill the multiple goals of biocompatibility, controlled drug release and maintenance of the coating durability through stent crimping, and expansion in vivo. The XIENCE V coating utilizes a two-layer coating system composed of an acrylate primer and a fluorinated copolymer drug reservoir. Fluorinated polymers have a long history of use in permanent vascular implant applications. The XIENCE V fluorinated copolymer offers in vivo biocompatibility combined with excellent chemical stability and high purity. Described in this article are the design rationale and polymer selection criteria. The hemocompatibility and biocompatibility of the fluorinated polymer coating are discussed. Characterization results on drug release control, possible drug release mechanism, coating integrity, coating uniformity, and fatigue resistance are also presented. (J Interven Cardiol 2009;22:S18–S27)*

## Introduction

The rapid acceptance of first-generation drug-eluting stents (DES) when introduced, combined with the more recent concerns over late stent thrombosis, has driven the industry to develop second-generation DES. The goals for second-generation DES are to offer an optimal balance of safety, effectiveness, and deliverability in broad patient populations. Abbott Vascular's XIENCE V everolimus-eluting coronary stent system was designed with the intent of meeting these goals. Through extensive polymer screening, multiple coating design iterations, and extensive preclinical studies, the XIENCE V DES configuration was finalized with four major components, that is, the proven MULTI-LINK VISION stent and stent delivery system, the

antiproliferative agent everolimus, and a fluorinated copolymer drug carrier.

## Stent and Stent Delivery System

The MULTI-LINK VISION stent is made from a cobalt-chromium (Co-Cr) alloy. With a strut thickness of 81 $\mu$m, it has thinner struts than a stainless steel stent while still achieving excellent radiopacity and radial strength. The open cell and nonlinear link design makes the stent flexible and conformable to the vessel. Due to the thin struts, and optimized delivery system, the MULTI-LINK VISION system has a low profile at 0.040″ (1.0 mm) for a 3.0 × 18 mm stent, which enhances deliverability. The ML VISION stent delivery balloon is made of semicompliant polyether block amide (PEBAX®) material with short tapers and is designed to minimize injury outside of the stented region.

Address for reprints: Nadine Ding, Ph.D., Fellow, Abbott Vascular, Inc., 3200 Lakeside Drive, Santa Clara, CA 95054. Fax: 408-845-3689; e-mail: ni.ding@av.abbott.com

A348

CORD114304

XIENCE V™ STENT DESIGN AND RATIONALE

## Drug

The drug everolimus, manufactured by Novartis Pharma AG, is a potent antiproliferative agent that acts on a wide range of cell types, including vascular smooth muscle cells, which it inhibits at a low nanomolar level ($IC_{50} = 0.9$–3.6 nM for bovine smooth muscle cells) in the $G_1$ phase of the cell cycle.[4] Everolimus is lipophilic, with an octanol/water partition coefficient of approximately 10.[4] The combination of smooth muscle cell inhibition, high potency, and high lipophilicity makes the drug an attractive candidate for controlled delivery from a DES for the prevention of neointimal hyperplasia. Multiple preclinical studies led to the selection of a low drug dose of 100 $\mu g/cm^2$ for the XIENCE V system. The XIENCE V stent releases approximately 80% of the drug in 1 month with near 100% drug release by 4 months. Details of preclinical pharmacokinetics are discussed in a separate article in this supplement issue. This drug dose is the lowest of all the commercialized "olimus" DES products.

## XIENCE V Coating

The coating polymer plays a pivotal role in DES. Many factors need to be considered in selecting a polymer or polymer system. These include the hemocompatibility and biocompatibility of the polymer, polymer purity, coating integrity, polymer-drug miscibility, polymer processability, ability to control the drug release, and the stability (shelf-life) of the system. The XIENCE V system utilizes a two-layer coating construct composed of a primer layer and a drug-polymer reservoir layer with no topcoat. Poly(n-butyl methacrylate) (PBMA) is used as the thin, primer adhesion layer, and the drug reservoir layer is composed of poly(vinylidene fluoride-co-hexafluoropropylene) (PVDF-HFP) combined with everolimus. This two-layer coating construct is designed to ensure excellent adhesion of the drug matrix to the stent, while minimizing unwanted adhesions to the delivery balloon. The drug reservoir layer holds the drug onto the stent, controls the drug release, and contributes to the blood and vascular tissue compatibility of the DES stent. The following discussion will focus on the design rationale, the biocompatibility of the system, and the bench characterization results.

## XIENCE V Formulation and System Integration

PVDF-HFP is a fluorinated copolymer of vinylidene fluoride and hexafluoropropylene with a molecular weight of 254–293 K Daltons as measured by gel permeation chromatography (GPC) (Fig. 1).

Unlike many fluorinated polymers, for example, polytetrafluoroethylene (PTFE), PVDF-HFP is soluble in select solvents, rendering it suitable for coating applications. Everolimus and PVDF-HFP are dissolved in a solvent system designed for high solvency, good coating quality, and complete solvent removal. The ratio of everolimus to PVDF-HFP is 17/83 (w/w) in the coating formulation. After the primer coating is applied, the drug-polymer solution is conformally coated. The final coating contains 100 $\mu g$ drug per $cm^2$ of stent surface area.

Similar to many fluorinated polymers, the PVDF-HFP has low surface tension[5] and its coating is lubricious and nonsticky, which minimizes unwanted adhesion to the balloon and between struts. A PBMA primer layer assures good adhesion of the PVDF-HFP coating to the stent. PBMA has been utilized in other blood-contacting permanent implants[6] and adheres well to the metal oxide layer on the stent surface via a combination of noncovalent hydrophobic, polar, and hydrogen bonding interactions. PBMA is partially miscible with PVDF-HFP. Hence, the adhesion of the PVDF-HFP drug reservoir to the primer layer is high as the PBMA and PVDF-HFP polymer chains are entangled at the interface. The thickness of the primer layer is only about 1 $\mu m$, which minimizes the coated strut dimensions and the polymer load on the stent.

Stent retention processes for XIENCE V drug-coated stent were developed to assure that stent security, system profile, and stent deliverability are equivalent to the ML VISION stent, while preserving the integrity of the coating. Stent dislodgement testing showed that the XIENCE V DES has equivalent stent retention to the ML VISION stent. Engineering studies



**Figure 1.** Chemical structure of PVDF-HFP.

CORD114305

DING, ET AL.



**Figure 2.** Design of synthetic vasculature model: Lumen of coronary artery (left panel) and an angiogram of the model (right panel). Numbers correspond to curves in track path of model.

have also demonstrated that the deliverability of the XIENCE V is equivalent to ML VISION in a synthetic vasculature model (Fig. 2). In this model, the stent delivery system was introduced by an experienced operator and advanced through the tortuosity until it could be advanced no further. A numerical score was assigned depending on how far the system progressed. Figure 3 summarizes data comparing XIENCE V with ML VISION. For all of the sizes tested in this model, the XIENCE V DES has demonstrated equivalent deliverability to ML VISION. XIENCE V also maintains a low system profile at 0.041″ (1.0 mm), which is

comparable to the ML VISION stent profile of 0.040″ (1.0 mm) for 3.0 × 18 mm stent.

## Hemocompatibility and Biocompatibility

Hemocompatibility (acute) and vascular biocompatibility (long-term) are of foremost importance in selecting a polymer as a drug-eluting reservoir. The characteristics determining the hemocompatibility and biocompatibility of an implanted biomaterial are many and complex and encompass more than just concepts



**Figure 3.** Illustration of synthetic test model and comparison data of XIENCE V DES deliverability with ML VISION bare metal stent (BMS) (n = 5). A higher score indicates better deliverability.

A350

CORD114306

XIENCE V™ STENT DESIGN AND RATIONALE

 

Figure 4. SEM images of the XIENCE V DES (scale = 150× in the left and 80× in the right).

of hydrophilicity and hydrophobicity. Factors such as surface chemistry, surface roughness, polymer purity, the presence of leachables and other impurities, in vivo stability of the polymer, and the interaction with blood-borne proteins all contribute to the blood and tissue compatibility of a polymer coating.

A critical first step in the interaction of a biomaterial with blood is the deposition of a protein-rich layer on the surface of the biomaterial. A high ratio of albumin to fibrinogen in this layer has been shown to greatly improve biocompatibility and hemocompatibility.[7–10] A series of studies[11–18] have shown that fluorine-rich surfaces are nonthrombogenic and biocompatibile. Such surfaces adsorb higher ratios of albumin to fibrinogen, resulting in significant reductions in platelet adhesion and activation.[11,12] Albumin adsorption passivates the fluorinated polymer surface, which contributes to thromboresistance, lack of complement activation, and the lower inflammation of

fluorinated polymers in blood-contact applications in animal and in human.[13–16] Fluorination of polymer surfaces also increases the rate of reendothelialization of the vessel wall in animal models.[14] Due to their excellent hemocompatibility and biocompatibility, fluorinated polymers enjoy wide application in arterial prostheses, graft prostheses, drug-eluting leads of implantable cardioverter-defibrillators, hemodialysis membranes, vascular and neurovascular sutures, guidewire coatings, and in guiding catheters.[19] Preclinical studies performed at Abbott Vascular further confirm the hemocompatibility and biocompatibility of the XIENCE V PVDF-HFP polymer. These in vivo studies are discussed in a separate article in this supplement issue.

**Polymer Properties.** The PVDF-HFP polymer backbone is composed entirely of saturated carbon-carbon single bonds, which improves oxidative stability. These backbone carbon atoms are over 50%



Figure 5. Relationship of thrombosis and coating integrity investigated in an ex vivo porcine femoral AV shunt model (3.0 × 18 mm stents).

A351

CORD114307

DING, ET AL.



**Figure 6.** Representative SEM images of 10-year-accelerated fatigue test on overlapped XIENCE V DES with bending. The left image is prefatigue test and the right image is postfatigue test on nonoverlapped region. No change is observed.

fluorinated. The significance of fluorination is the high dissociation energy of the C-F bond that confers a high degree of chemical stability. Moreover, few carbon atoms with hydrogen substitution are adjacent to one another. This makes hydrogen radical abstraction to form carbon double bonds, a path to polymer degradation, unlikely. The absence of any reactive or enzymatically sensitive groups such as anhydride, ester, amide, ether, ketone, aldehyde, carbonate, or phosphate bonds makes the polymer resistant to hydrolytic, oxidative, or enzymatic cleavage. The lack of chemical reactivity of the polymer ensures no chemical interactions occur between PVDF-HFP and everolimus during the manufacturing process, on the shelf or in vivo. Similarly, this

stable structure also ensures no chemical degradation takes place in vivo. Polymer chemical stability and the coating integrity were investigated in a swine model. In this study, everolimus-PVDF-HFP stents with a 200 $\mu$g/cm$^2$ drug dose were implanted for 3 months. After explantation, the polymer molecular weight was measured by gel permeation chromatography. For control stents stored at room temperature, the molecular weight was 287 K $\pm$ 2 K Daltons (n = 20), and for the explanted stents it was 284 K $\pm$ 13 K Daltons (n = 25). The difference was not statistically significant (P = 0.32), indicating the stability of the polymer in vivo.

In this same study, the polymer mass was measured by $^{19}$F nuclear magnetic resonance (NMR). After extracting the polymer off the stents, $^{19}$F NMR spectroscopy allowed for selective quantification of the PVDF-HFP polymer. For controls stored at room temperature for 3 months, the mass recovery was 95.8 $\pm$ 3.0% (n = 5). For stents explanted after 3 months implantation, this recovery was 93.3 $\pm$ 2.3% (n = 5). The difference between the two groups was not statistically significant (P = 0.17), indicating the coating mass integrity was retained in vivo. These data demonstrate the stability of both molecular weight and mass for the coating and suggests that risk of inflammatory or other adverse biological responses caused by polymer degradation can be excluded.

For implantable materials, the purity of the polymer is essential for assuring a high level of biocompatibility. Total organic carbon extractable tests per United States Pharmacopeia (USP) on PVDF-HFP polymer have shown low levels of organic extractables at ppm levels. In addition, inductively coupled plasma mass



**Figure 7.** SEM images of 10-year-accelerated fatigue test on overlapped XIENCE V DES with bending. The left image shows the coating damage in the overlap region prefatigue test and the right images show the same damage region postfatigue test. No change is observed.

CORD114308

XIENCE V™ STENT DESIGN AND RATIONALE



Figure 8. AFM topography image (left) and phase image (right) of XIENCE V coating on a 2 × 2 μm cross-section surface.

spectroscopy (ICP-MS) tests indicate that concentrations of heavy metals are at a sub-ppm level, thereby minimizing the risk of an inflammatory response or other adverse biological responses due to impurities.

**Coating Integrity.** For DES, the integrity of the coating is another important factor that can affect the hemocompatibility and biocompatibility of the system. It can also influence the uniformity of the drug delivery to the tissue. Suboptimal coating integrity may lead to coating particles being shed during delivery and ex-

pansion of the stents. Significant sections of missing coating expose the metal stent to the tissue and reduce the local drug delivery, thereby reducing the benefit of the drug. Coating particles and fragments released into the vessel wall may also elicit an inflammatory response at the site of implantation. Maintaining the integrity of the coating was a key design criterion for the XIENCE V DES. The selection of a semicrystalline, but flexible, fluorinated polymer, the design of the primer and drug reservoir construct, and the



Figure 9. AFM topography image (left) and phase image (right) of polymer-only coating on a 2 × 2 μm cross-section surface.

A353

CORD114309

DING, ET AL.

**Table 1.** Thermal Properties of XIENCE V Coatings Relative to PVDF-HFP/PBMA Coatings with No Drug

| $\Delta H_f$, % of Polymer-Only Stent (n = 6) | Melting Point % of Polymer-Only Stent (n = 6) |
|---|---|
| 104 ± 8.6 | 99.0 ± 0.91 |

**Table 2.** Thermal Properties of XIENCE V Coatings after Aging at Ambient Conditions

| Age | Drug Transition Temp., % of XIENCE V at $T_0$ (n = 6) | $\Delta H_f$, % of XIENCE V at $T_0$ (n = 6) |
|---|---|---|
| 20 months | 101 ± 1.9 | 98.6 ± 8.2 |
| 28 months | 100 ± 1.8 | 92.4 ± 9.4 |

optimization of solvent-drug-polymer formulation resulted in exceptional coating integrity for the XIENCE V DES. Scanning electron microscope (SEM) analysis and bench testing confirm a smooth coating surface with minimal to no structural defects such as webbing, bridging, and strut-to-strut sticking (see Characterization section). Representative images of the XIENCE V coating as produced and after expansion are shown in Figure 4.

An acute ex vivo porcine femoral arteriovenous (AV) shunt model was employed to evaluate the influence of the coating defects on the hemocompatibility of XIENCE V stent. The model assessed thrombus formation and platelet deposition on XIENCE V stents as well as two groups of XIENCE V stents with intentionally modified coating surface. One group of XIENCE V stents were manufactured with luminal flaps and end ring defects. The second group had these same

defects, but in addition, were intentionally scratched and the surface roughened with gauges. Controls were bare metal ML VISION and ML VISION coated with type I collagen. The XIENCE V DES exhibited minimal thrombus formation on the stent struts. Stents with more coating defects were more thrombogenic. ML VISION stents coated with hydrophilic collagen exhibited the highest thrombus formation. These study results demonstrated that the smooth and conformal fluorinated polymer coating surface on XIENCE V DES improves the thromboresistance (Fig. 5).

## XIENCE V Coating Physical Characterization

Due to its glass transition temperature ($T_g$) of approximately −29 °C, the PVDF-HFP polymer is elastic with an ultimate elongation of over 600%. Such elasticity is essential for the coating to withstand stent deployment and postdilation without coating cracking or delaminating. PVDF-HFP is a partially crystalline polymer with a relatively low degree of crystallinity. Due to its low $T_g$ and crystallinity, PVDF-HFP is tough and fatigue resistant. This allows the XIENCE V coating to withstand stent crimping forces and the abrasion/shearing forces encountered when delivering the stent to a challenging lesion with minimal coating damage. Engineering tests have demonstrated that the coating integrity is maintained after in vitro simulated delivery tests to the maximum labeled expansion of the stent, and after 10 years of accelerated radial fatigue testing (Figs. 6 and 7). In Figure 7, preexisting coating defects did not propagate after 10 years of



**Figure 10.** Representative FTIR drug distribution image on XIENCE V DES and FTIR spectrum showing interference pattern.

A354

CORD114310

XIENCE V™ STENT DESIGN AND RATIONALE



**Figure 11.** Drug distribution longitudinally (distal, distal-middle, middle, proximal, proximal-middle, and proximal) and circumferentially (120° and 240° rotation from middle) by imaging FTIR measurement (n = 30 spots per location).

accelerated fatigue testing. Chronic coating durability tests performed after tracking the preconditioned stents through tortuous paths, and deployment in synthetic arteries, show particulate counts comparable to that of the control blank synthetic artery, thereby indicating that the XIENCE V coating is durable.

Physical characterization studies indicate that the everolimus is uniformly dispersed in the polymer matrix at a nanometer scale as evidenced by atomic force microscopy (AFM) studies. Figure 8 shows a cross-section of the drug-polymer reservoir of a XIENCE V coating at a 2 × 2 $\mu$m scan size. At this magnification, the coating displays a high level of homogeneity over the entire cross-section. A fine, granular texture in the range of 70 nm is visible. A similar granular tex-



**Figure 12.** Representative cross-sectional SEM image of a XIENCE V stent strut with coating.

ture was also visible on cross-sectional analysis of a polymer-only stent (Fig. 9). The granular texture does not appear to be drug related and is believed to be due to the polymer. Consequently, no signs of phase separation between drug and polymer were detectable within the nanometer scale resolution of the method.

Thermal analysis was performed on XIENCE V stent coatings by differential scanning calorimetry (DSC). The thermograms show a melting endotherm due to the crystalline phase of the PVDF-HFP and a thermal transition due to the drug. A summary of these data and those from stent coatings with no drug is given in Table 1.

The presence of the drug in the polymer does not appreciably alter the PVDF-HFP degree of crystallinity or melting point. This indicates that coating properties that depend on polymer crystallinity, such as hardness and ultimate tensile strength, are less affected. Bulk everolimus exhibits a glass transition ($T_g$) at 87 °C. In the XIENCE V coating, the everolimus $T_g$ is shifted down to 76 °C, with no transition evident at 87 °C. These data support the concept that no bulk everolimus is present in the coating. DSC analysis also shows that the melting enthalpy of the PVDF-HFP and the thermal transition temperature of everolimus do not change over time, indicating that the drug coating is at thermodynamic equilibrium after manufacture and sterilization (Table 2).

The distribution of the drug longitudinally and circumferentially in the XIENCE V coating was investigated by focal plane array imaging Fourier transform infrared spectroscopy (FTIR) in reflectance mode.

A355

CORD114311

DING, ET AL.



**Figure 13.** XIENCE V coating thickness data by cross-sectioning followed by SEM measurement. Fifteen struts per stent were sectioned for this analysis.

Figure 10 shows the XIENCE V drug distribution via this imaging technique where the spectra were gathered at an infrared wavelength specific to the drug. The relative drug concentration at each location is equivalent to the optical absorbance of this drug peak and can be used to quantify the relative drug distribution as a function of position. The color intensity corresponds to the total amount of drug integrated over the coating thickness at each point.

Three stents were used in this test. Seven stent positions covering the length and circumference were analyzed. At each location, absorption spectra for 10 randomly chosen points were obtained and averaged for the drug absorbance. Figure 11 shows the drug density

(in infrared absorbance units) as a function of location on the stent. These results demonstrate a uniform drug distribution over the abluminal stent surface.

The coating thickness was measured by cross-sectioning the coated stent, followed by SEM analysis. The coated stents were first coated with a protective layer. The stent was then embedded in a resinous medium, sawed to make rough cross-sections and then polished. SEM images of each strut in cross-section were obtained (Fig. 12).

Care was taken to assure that the stent axis was orthogonal to the sectioning plane. The average coating thicknesses over the abluminal, luminal, and sidewall surfaces were measured with image analysis software (Fig. 13). The average coating thickness on the abluminal (OD) surface by this method was $7.8 \pm 0.7$ $\mu m$, and on the luminal surface (ID), $4.7 \pm 0.4$ $\mu m$.

Considering the drug characteristics in the polymer coating, the drug release mechanism is based primarily on the molecular diffusion of the drug through the polymer. This release mechanism results in a system with inherently high reproducibility for the drug release rate. The uniform drug distribution at both the micro- and macroscales also enables the tight control of the drug release rate across different manufacturing lines, from lot-to-lot and across multiple stent sizes to ensure precise delivery of the drug dose to patients (Fig. 14).

## Conclusion

XIENCE V coating system is the result of research on multiple polymers, combined with extensive coating



**Figure 14.** In vitro percent drug release of Xience V DES demonstrates consistent drug release rate on different stent sizes, lot-to-lot, and within the lot. Stents from the same lot were coated on different coating equipment.

A356

CORD114312

XIENCE V™ STENT DESIGN AND RATIONALE

formulation and design iteration. A fluorinated copolymer drug reservoir coating was chosen based on the history of use of fluorinated polymers in a blood-contacting environment, the ability to control the drug release, and mechanical properties amenable to stent expansion and use. Bench characterization and preclinical evaluation results, as discussed in a separate article in this supplement issue, demonstrate that XIENCE V is highly deliverable, and the coating is biocompatible and possesses exceptional coating integrity. Clinical data from the SPIRIT series of human clinical trials[1,2,20] support the safety and effectiveness of the XIENCE V, a second-generation DES.

*Acknowledgments:*  The authors would like to express their sincere gratitude to Murthy Simhambhatla, Krishna Sudhir, Wai-Fung Cheong, Andrew Tochterman, and Sue Silavin for reviewing the article, to Syed Hossainy for providing valuable references, to Shawn Chin-Quee and George Abraham for providing ex vivo study results, and to David Wolf-Bloom for providing the stent deliverability data and reviewing the article. Last, we wish to thank the many members of the XIENCE V team whose dedication and sacrifice made the XIENCE V product a reality.

# References

1. Ruygrok P, Desaga M, Van Den Branden F, et al. One year clinical follow-up on the XIENCE V Everolimus-eluting stent system in the treatment of de novo native coronary artery lesions: The SPIRIT II study. EuroIntervention 2007;3:315–320.
2. Stone GW, Midei M, Newman W, et al. Comparison of an everolimus-eluting stent and a paclitaxel-eluting stent in patients with coronary artery disease: A randomized trial. JAMA 2008;299:1952–1953.
3. Joner M, Nakazawa G, Finn AV, et al. Endothelial cell recovery between comparator polymer-based drug-eluting stents. J Am Coll Cardiol 2008; 52:333–342.
4. Schuler W, Sedrani R, Cotton S, et al. SDZ RAD, a new rapamycin derivative. Transplantation 1997;64:36–42.
5. Adamson, A. Physical Chemistry of Surfaces, 4th ed.  New York: John Wiley, 1982, p352, p413.
6. Available at:  http://www.fda.gov/ohrms/dockets/dailys/04/sep04/091704/03m-0172-sup00001-vol1.pdf
7. Eberhart RC, Clagett CP. Catheter coatings, blood flow, and biocompatibility. Semin Hematol 1991;28(4 suppl 7):42–48; discussion 66–68.
8. Mulvihill JN, Faradji A, Oberling F, et al. Surface passivation by human albumin of plasmaperesis circuits reduces platelet accumulation and thrombus formation. Experimental and clinical studies. J Biomed Mater Res 2004;24:155–163.
9. Park K, Kamath KR. Surface modification of polymeric biomaterials by albumin grafting using γ-irradiation. J Appl Biomater 2004;5:163–173.
10. Kottke-Marchant K, Anderson JM, Umemura Y, et al. Effect of albumin coating on the in vitro blood compatibility of Dacron® arterial prostheses. Biomaterials 1989;10:147–155.
11. Hasebe T, Yohena S, Kamijo A, et al. Fluorine doping into diamond-like carbon coatings inhibits protein adsorption and platelet activation. J Biomed Mater Res 2007;83A:1192–1199.
12. Hasebe T, Ishimaru T, Kamijo A, et al. Effects of surface roughness on anti-thrombogenicity of diamond-like carbon films. Diamond & Related Mater 2007;16(N4–7):1343–1348.
13. Pedrini L, Dondi M, Magagnoli A, et al. Evaluation of thrombogenicity of fluoropassivated polyester patches following carotid endarterectomy. Ann Vasc Surg 2001;15:679–683.
14. Guidoin R, Marois Y, Zhang Z, et al. The benefits of fluoropassivation of polyester arterial prostheses as observed in a canine model. ASAIO J 1994;40:M870–M879.
15. Chinn JA, Sauter JA, Phillips RE, Jr, et al. Blood and tissue compatibility of modified polyester: thrombosis, inflammation, and healing. J Biomed Mater Res 1998;39:130–140.
16. Hasebe T, Shimada A, Suzuki T, et al. Fluorinated diamond-like carbon as antithrombogenic coating for blood-contacting devices. 2006;76a:86–94.
17. Petersen RJ , Rozelle LT. Ethylcellulose perfluorobutyrate: A highly non-thrombogenic fluoropolymer for gas exchange membranes. Trans Am Soc Artif Intern Organs 1975;21:242–248.
18. Liu TY, Lin WC, Huang LY, et al. Surface characteristics and hemocompatibility of PAN/PVDF blend membranes. Polym Adv Technol 2005;16:413–419.
19. Karl Graffle. Fluoropolymers: Fitting the bill for medical applications. MDDI 2005;Oct:34–37.
20. Beijk, MA, Neumann FJ, Weimer M, et al. Two-year results of a durable polymer everolimus-eluting stent in de novo coronary narrowing (The SPIRIT FIRST Trial). EuroIntervention 2007;1:266–272.

A357

CORD114313

# EXHIBIT 14



Cardiovascular Research (2008) 77, 580–589
doi:10.1093/cvr/cvm076

EUROPEAN
SOCIETY OF
CARDIOLOGY®

# EMAP-II downregulation contributes to the beneficial effects of rapamycin after vascular injury

Thomas G. Nührenberg[†], Nicolas Langwieser[1†], Johannes B.K. Schwarz[1], Yonghao Hou[2], Pamela Frank[1,5], Falko Sorge[1], Susanne Matschurat[3], Stefan Seidl[4], Adnan Kastrati[1], Albert Schömig[1], Matthias A. Clauss[2], and Dietlind Zohlnhöfer[1*]

[1]Klinik für Herz- und Kreislaufkrankheiten, I. Medizinische Klinik und Deutsches Herzzentrum der Technischen Universität München, Lazarettstr. 36, D-80636 München, Germany; [2]Indiana Center for Vascular Biology & Medicine, Indianapolis, USA; [3]formerly Molekulare Zellbiologie, Max-Plank-Institut für Herz- und Lungenforschung, Bad Nauheim, Germany; [4]Institut für Pathologie, Germany; and [5]Institut für experimentelle Chirurgie Germany

Received 1 April 2007; revised 9 November 2007; accepted 14 November 2007; online publish-ahead-of-print 20 November 2007

Time for primary review: 25 days



KEYWORDS
Restenosis;
Inflammation;
Adventitia;
Endothelium;
Drugs;

**Aims** Neointima formation after vascular injury is strongly associated with inflammation. Rapamycin inhibits human neointima formation and reduces expression of the proinflammatory cytokine endothelial-monocyte activating peptide II (EMAP-II) in vitro. Here we investigated the interplay between EMAP-II and rapamycin after vascular injury in vivo.

**Methods and results** In a mouse model of vascular injury, mice were either not treated, given everolimus, a rapamycin derivate, or subjected to simultaneous challenge with everolimus and EMAP-II. EMAP-II expression was measured in coronary artery smooth muscle cells (CASMC) and monocytic cells in vitro and in patients after percutaneous coronary intervention (PCI). After vascular injury, rapamycin reduced neointima formation and adventitial thickening. Immunohistochemistry revealed reduced EMAP-II protein expression and suppressed recruitment of inflammatory cells. Simultaneous challenge with EMAP-II counteracted these effects of rapamycin. Expression of EMAP-II and its inhibition by rapamycin was confirmed in CASMC and monocytic cells. In patients, EMAP-II upregulation was confined to PCI of distal coronary artery segments and profoundly suppressed by oral rapamycin treatment.

**Conclusion** These data suggest important yet unrecognized roles of EMAP-II and adventitial inflammation in neointima formation: Through inhibition of EMAP-II, rapamycin reduces the recruitment of inflammatory cells to the adventitia and supports an early and bland healing.

## 1. Introduction

Restenosis is a major limitation of percutaneous angioplasty procedures. After stent implantation, it is mainly caused by neointima formation. The recruitment of inflammatory cells correlates with neointima formation in humans.[1] Additionally, apoptosis occurs shortly after vascular injury and is associated with the induction of inflammation.[2,3] Inhibition of apoptosis, which is a trigger for arterial inflammation, as well as inhibition of the recruitment of inflammatory cells results in decreased neointima formation after balloon angioplasty in rabbits.[4] In an ischaemia–reperfusion model, apoptosis and subsequent inflammation are linked to endothelial-monocyte activating peptide II (EMAP-II), a proinflammatory cytokine.[5–7] EMAP-II is activated during apoptosis by cleavage of pro-EMAP through caspases[8] and

enhances the recruitment of inflammatory cells by its chemotactic properties. Likewise, sites of tissue remodelling in mouse embryo, wherein many apoptotic cells are present, co-localized with EMAP-II mRNA (messenger ribonucleic acid) expression and presence of macrophages.[8] Besides its chemotactic effect on inflammatory cells, EMAP-II increases the adhesiveness of coronary artery smooth muscle cells (CASMC) for monocytes.[9] EMAP-II also has anti-angiogenic properties,[10] which are explained by its pro-apoptotic effect on endothelial cells.[11] In a human organ culture model, we demonstrated that EMAP-II is upregulated after angioplasty ex vivo and downregulated by rapamycin.[12] Furthermore, we showed that rapamycin reduces EMAP-II mRNA expression and that reduction of active EMAP-II levels by caspase inhibitors mimics the functional effect of rapamycin on CASMC resulting in decreased adhesiveness for monocytic cells.[9]

Using drug-eluting stents, neointima formation can be dramatically decreased by local delivery of rapamycin, an anti-proliferative as well as anti-inflammatory drug.[13]

* Corresponding author. Tel: +49 89 1218 4012; fax: +49 89 1218 4013.
E-mail address: d_zohlnhoefer@yahoo.com
† These authors contributed equally to this work.

Published on behalf of the European Society of Cardiology. All rights reserved. © The Author 2007.
For permissions please email: journals.permissions@oxfordjournals.org.

Although there is elaborate information on the direct effect of rapamycin on cell proliferation, it is poorly understood how rapamycin acts on indirect aspects of neointima formation such as recruitment of inflammatory cells and re-endothelialization after vascular injury.

Here, we investigated the role of EMAP-II and the interplay of rapamycin with EMAP-II in neointima formation *in vivo*, using a mouse model of arterial injury leading to neointima formation.

## 2. Methods

### 2.1 Animals

Specific pathogen-free 129S1/SvIMJ mice were obtained from Charles River Laboratories (Sulzfeld, Deutschland). Mice weighing 20–35 g were used for the experiments, kept on a 12 h day/night cycle and fed regular chow. All animals were treated in accordance with the Guide for the Care and Use of Laboratory Animals published by the US National Institutes of Health (NIH Publication No. 85–23, revised 1996).

### 2.2 Model of restenosis by wire-mediated arterial injury

Surgery was carried out using a microscope (Carl Zeiss, Deutschland) and microsurgical instruments (FST, Heidelberg) as previously described.[3] At the time points indicated, mice were euthanized by inhalation of anaesthesia using a whole body chamber and dislocation of the cervical spine. At death, the mice were quickly perfused with ice cold ringer solution and prepped on ice. The femoral artery was dissected free again and 5 mm of the vessel beginning at the insertion of the previously used side branch were excised. Samples were fixed in 6% paraformaldehyde overnight at 4°C, and embedded in paraffin. Cross-sections (2 μm) were stained with Elastica-van-Gieson for morphometric analysis or were used for immunohistochemical analysis.

### 2.3 Study design

Mice underwent femoral artery injury to induce neointima formation as described.[3] Fifteen mice remained untreated after injury and served as a reference of neointima formation and were euthanized 7, 14, and 28 days after vascular injury. Twelve mice received everolimus (Novartis Pharma, Basel, Switzerland), an orally applicable sirolimus derivative. Compared with sirolimus, everolimus absorbs to local tissue more rapidly, possesses longer cellular residence time and activity and has similar properties in reducing restenosis when delivered by drug-eluting-stents.[14] Everolimus was administered orally by sterile gavage feeding cannulae. Preliminary dose-response-studies determined that an initial dose of 10 mg/kg body weight/day for 3 days followed by a maintenance dose of 5 mg/kg body weight/day until euthanization at day 14 after vascular injury was effective to inhibit neointima formation. All mice receiving everolimus were thus treated according to this regimen. Everolimus was kindly provided by Novartis (Basel, Switzerland).

To investigate the effects of EMAP-II after vascular injury, neointima formation was assessed under influence of intraperitoneally administered EMAP-II. With the EMAP[−/−] mouse being lethal, rapamycin treatment was used to suppress endogenous EMAP-II production and other inflammatory processes. By simultaneous challenge with EMAP-II and treatment with rapamycin, the unique properties of EMAP-II were further delineated. EMAP-II was given to six mice concomitantly treated with rapamycin. According to an earlier study, which explored the clearance of EMAP-II,[10] a dose of 1 μg was injected every 12 h over 7 days after arterial injury.

### 2.4 Morphometric and histological analysis

For morphometric analysis, 10 cross-sections from each vessel were used. The first section was adjacent to the side branch used for guide wire insertion, and subsequent sections were obtained at a distance of 66 μm. Digital microscopic images (10×) of the sections taken with AxioVision 2.0 (Carl Zeiss Vision GmbH) were analysed using Scionimagebeta 4.0 software (Scion Corporation). By measuring the circumference of the lumen, the internal elastic membrane (IEL), the external elastic membrane (EEL), and the border of the adventitia in all 10 cross-sections per vessel, the following parameters were calculated: The adventitial area is the area between the vessel border and the EEL, the medial area comprises the space between IEL and EEL, and the neointimal area represents the space between IEL and lumen. Uninjured vessels served as controls (n = 5). For determination of re-endothelialization, the relative part of the lumen covered by CD31 positive cells was assessed by the same software. For quantification of neointimal cells, cellular nuclei were counted within the IEL in four subsequent cross-sections per vessel. For quantification of adventitial cells, the number of nuclei was counted in four 10 000 μm² sized adventitial areas called high power field of representative sections and adjusted to the adventitial area.

### 2.5 Immunohistochemistry

Paraffin sections (2 μm) were deparaffinized, dehydrated and, for antigen retrieval, pressure-cooked for 4 min in citrate buffer (10 mM, pH 6.0), followed by blocking of endogenous peroxidase (3% $H_2O_2$; 15 min). For EMAP-II staining, a polyclonal antibody (SA2846, Eurogentec, 1:500) and the Vectastain ABC/AEC detection kit were used. For primary antibodies against CD3 (Serotec, 1:400), CD31 (Santa Cruz Biotechnology, 1:200), CD45 (BD Pharmingen, 1:200) and mac-2 (Cedarlane, 1:1000) immunostaining was performed using the 'Dako Autostainer' (DakoCytomation, Hamburg, Germany) and applying the streptavidin-peroxidase technique (Dako ChemMate Detection Kit). For quantification, positive cells were counted as above, three or more sections were analysed per group and the total number of positive adventitial cells was calculated with the mean adventitial area per group.

A fluorescein *in situ* Cell Death Detection Kit (TUNEL technology, Roche) was used according to the manufacture's specifications. Nuclei were counterstained with DAPI (SigmaRoche).

### 2.6 Coronary artery smooth muscle cell culture for wounding

CASMC (Clonetics, USA) were cultured according to manufacturer's instruction and used at passage 5–7 by transfer into six well plates until 80% confluent. Cells were serum starved 24 h before treatment. Wounding of confluent monolayer was performed by scratching the surface up and down (seven times in each well) with a 1 mL pipette tip (Eppendorf, Hamburg, Germany). Afterwards, cells were incubated with or without 200 ng/mL rapamycin for a further 24 h. Each condition was done in triplicate; cells were harvested by trypsin-EDTA after 24 h. Total RNA was extracted using the RNAeasy kit (Quiagen) and the quantification of RNA was performed by spectrophotometry.

### 2.7 Determination of relative endothelial-monocyte activating peptide II messenger ribonucleic acid levels in cell culture

Five hundred nanograms total RNA from each sample was used for cDNA synthesis (Superscript III Reverse Transcriptase Kit, Invitrogen, USA). 1/25 of total cDNA was applied for quantitative real time polymerase chain reaction (PCR) (2X Taqman Universal PCR master mix, pre-developed 'assay on demand' Taqman primers/probe for EMAP-II (assay ID Hs00171131_m1), beta-actin (assay ID Hs

99999903_m1, Applied Biosystems, USA) according to manufacturer's recommendation with minor modifications. Standard curves of EMAP-II and beta-actin indicated that PCR amplification efficacy difference of these two genes was negligible. Relative EMAP-II mRNA level was calculated as described previously.[15]

## 2.8 Culture of coronary artery smooth muscle cells and monocytic cells for assessment of endothelial-monocyte activating peptide II protein levels

CASMC (Clonetics) were plated on 24 well plates at a density of 50 000 cells/well. Monomac6 cells which represent human monocytic cells with a closely related pattern of surface receptors and monocyte-like behaviour (Ziegler-Heitbrock et al.,[16] kindly provided by R. Schmidt, Technical University, Munich) were seeded in 24 well plates at the same density (50 000 cells/well). All cells were kept in serum-free medium 24 h with or without everolimus (100 ng/mL) before subsequent stimulation with Thrombin (3 U/mL) for 24 h. Afterwards, all cells were directly lysed with 150 μL lysis buffer (Lämmli-buffer, 50 mM TRIS, 2%SDS and Proteinase Inhibitor Cocktail (Roche)). Before analysis of EMAP-II concentration using an EMAP-II ELISA kit (Biosource), all lysates were concentrated with Microcon YM-10 centrifugal filter units (Millipore) over 20 min at 13 200 r.p.m.

## 2.9 Assessment of endothelial-monocyte activating peptide II protein levels in patients

For assessment of EMAP-II protein, samples were collected from 33 patients without known haematologic disorders or malignancies undergoing elective percutaneous coronary intervention (PCI) immediately before PCI and 6–8 h after intervention of native coronary arteries. EMAP-II protein concentration was measured using the ChemiKineTM human EMAP-II EIA kit (Chemicon Itl, Temecula, CA, USA) according to the manufacturers protocol.

All patients received acetylsalicylic acid, clopidogrel and heparin or bivalirudin prior to the procedure. Table 1 outlines the clinical, angiographic, and procedural characteristics of the patients. For classification of coronary artery segments, the AHA classification from 1975 was used.[17] The coronary segments 1 and 2; and 5, 6, and 11 were defined as proximal, the rest considered as distal.

To evaluate the effects of rapamycin on EMAP-II expression in humans, samples available from the Oral Sirolimus to Inhibit Recurrent In-stent Stenosis (OSIRIS) trial[18] were used. In this trial, patients presenting with in-stent restenosis who underwent PCI were divided into three groups: placebo or usual-dose or high-dose rapamycin started prior to PCI. Compared with the two other groups, the high-dose rapamycin group showed a significantly reduced rate of recurrent restenosis at 6-month angiography. Interestingly, the restenosis rate strongly correlated negatively with the rapamycin concentration at the day of the intervention. Therefore, we compared EMAP-II blood concentrations from the high-dose rapamycin group ($n = 47$) with the placebo group ($n = 41$) with the same EIA kit. After collecting a baseline value at least 1 day prior to PCI, samples were taken on the day of PCI and in time ranges between 1 and 4 days as well as 5–25 days after PCI.

All blood collections were carried out conforming to the principles outlined in the Declaration of Helsinki and was approved by the institutional ethics committee.

## 2.10 Statistical analysis

All values are presented as mean ± standard error of mean or median with inter quartile range (IQR from the 25th to 75th percentile) if appropriate. Differences of quantitative data between more than two groups were tested using Kruskal-Wallis and Mann-Whitney U-test for pairwise comparisons. To quantify bivariate correlation between measurement data, Spearman correlation coefficient was calculated. Assessment of EMAP-II expression after PCI of native coronary arteries was complemented by a multivariate analysis to assess for possible influences secondary to differences in baseline variables. After log-transformation to control for non-normal distribution of the target variables, a stepwise linear regression analysis was performed. All tests were two-sided and were performed at a 5% level of significance by using SPSS 10.0 (SPSS Inc., Chicago, IL, USA).

| Table 1 Clinical, angiographic and procedural characteristics of the patients | | | |
| --- | --- | --- | --- | --- |
| | Only proximal (eight patients) | Distal + proximal (13 patients) | Only distal (12 patients) | P-value |
| **Clinical characteristics** | | | | |
| Age (year) | 63.8 ± 16.5 | 65.3 ± 7.4 | 69.5 ± 10.2 | 0.479 |
| Women (%) | 0 | 31 | 17 | 0.219 |
| Diabetes (%) | 38 | 23 | 33 | 0.770 |
| Hypercholesterolemia (%) | 88 | 100 | 100 | 0.214 |
| Arterial hypertension (%) | 100 | 100 | 100 | n/a |
| Previous myocardial infarction (%) | 50 | 69 | 17 | 0.027 |
| **Angiographic characteristics** | | | | |
| Left ventricular ejection fraction (%) | 54.8 ± 10.0 | 56.1 ± 10.1 | 58.7 ± 7.0 | 0.614 |
| Target vessel | | | | |
| LCA (%) | 63 | 23 | 0 | 0.003 |
| LAD (%) | 75 | 92 | 50 | 0.873 |
| LCx (%) | 50 | 23 | 25 | 0.174 |
| RCA (%) | 13 | 23 | 42 | 0.296 |
| **Procedural data** | | | | |
| Number of stents implanted | 1.8 ± 0.7 | 3.0 ± 1.2 | 1.6 ± 1.0 | 0.003 |
| Dilations/intervened segment | 5.2 ± 3.7 | 3.3 ± 1.9 | 3.3 ± 1.7 | 0.172 |
| Drug-eluting stent (%) | 100 | 100 | 89 | 0.430 |
| Paclitaxel (%) | 50 | 8 | 0 | 0.006 |
| Sirolimus (%) | 50 | 74 | 88 | 0.015 |
| Zotarolimus (%) | 0 | 18 | 12 | 0.121 |

LCA, left main coronary artery; LAD, left anterior descending coronary artery; LCx, left circumflex coronary artery; and RCA, right coronary artery.

CORD078334

## 3. Results

### 3.1 Endothelial-monocyte activating peptide II expression was increased during neointima formation in a mouse model *in vivo* and was inhibited by rapamycin

EMAP-II expression was investigated at different time points after wire-injury *in vivo* with respect to rapamycin treatment. Neointima formation occurred after 7 days (data not shown) with further increase 14 days (*Figure 1C*) and 28 days (*Figure 1E*) after vascular injury. Compared with injured control (*Figure 1A and B*), EMAP-II expression was present at all time points in subendothelial leukocytes and medial smooth muscle cells (SMCs) (*Figure 1D and F*). Rapamycin treatment led to reduction of EMAP-II expression (*Figure 1H*) and to a significant decrease in neointima formation (*Figure 1G*, quantified in *Figure 2A*).

### 3.2 Restoration of endothelial-monocyte activating peptide II counteracted effects of rapamycin after vascular injury in mice

Morphometric analysis was performed in control vessels and 2 weeks after wire injury in untreated, rapamycin-treated, and simultaneously-treated mice. Two weeks after arterial injury, exuberant adventitial proliferation, a small increase



Control

14 days

28 days

28 days + everolimus

EvG                    EMAP-II

Figure 1  Endothelial-monocyte activating peptide II (EMAP-II) expression in neointima formation and reduction by rapamycin. Elastica-van-Gieson (A, C, E, G) and immunohistochemical staining against EMAP-II (B, D, F, H) of control (A, B) and wire-injured murine A. femoralis (C–H). EMAP-II is absent in the uninjured control vessel (B), but is detected in subendothelial leukocytes (arrows) and medial smooth muscle cells (arrowheads) 14 days after injury (D) and 28 days after injury (F). Treatment with rapamycin for 28 days led to near abrogation of EMAP-II expression (H). Scale bars indicate 100 µm.

in medial area and significant neointima formation occurred compared with the uninjured controls (*Figure 2A*). As expected from previous studies, treatment with rapamycin significantly reduced neointima formation and prevented medial proliferation. Rapamycin also markedly inhibited adventitial thickening (*Figure 2A*, white bars). Simultaneous administration of EMAP-II in rapamycin-treated mice counteracted the effect of rapamycin and led to a significant increase of neointimal volume compared with mice treated with rapamycin alone, whereas its effect on adventitial thickening was less pronounced (*Figure 2A*, grey bars).

Furthermore, the cell content of neointima and adventitia was analysed in histological sections. Compared with injured arteries, rapamycin treatment led to markedly reduced cell accumulation in neointima (*Figure 2B*, lower panel) and adventitia (*Figure 2B*, upper panel). Measuring this parameter of vascular inflammation, EMAP-II challenge after wire injury increased the cellular content significantly in both compartments (*Figure 2B*) and counteracted the positive effect of rapamycin.

### 3.3 Adventitial cell content outweighed neointimal cell content and correlated with neointima formation after vascular injury

Adventitial cell counts exceeded those in the neointima about four to seven-fold (1225 $\pm$ 143, 297 $\pm$ 47 and 481 $\pm$ 55 vs. 164 $\pm$ 11, 56 $\pm$ 5 and 117 $\pm$ 25 per section in control, rapamycin- and simultaneously-treated groups). Similar to neointimal cell content[1] (*Figure 2B*, lower panel), the amount of adventitial cells correlated with the extent of neointima formation (*Figure 2B*, upper panel).

### 3.4 Endothelial-monocyte activating peptide II increased recruitment of macrophages, enhanced apoptosis, and decreased re-endothelialization after vascular injury *in vivo*

To further characterize the largely increased adventitial cell content induced by restoration of EMAP-II (*Figure 2B*), we performed immunohistochemical staining with antibodies against CD3, CD45, mac-2, and c-kit (*Figure 3*) and quantified the amount of positive cells in the adventitia. The vast majority of the adventitial cells were found to be of leukocytic origin by positive staining for the transleukocyte marker CD45. Staining against mac-2 identified most of them to be macrophages; whereas, only a few CD3 positive T-cells were found 14 days after vascular injury. As described previously for neointimal cells, we found in our model that a distinct percentage of adventitial cells were positive for the haematopoietic progenitor cell marker c-kit after vascular injury, which was reduced significantly by rapamycin treatment (*Figure 3*). Moreover, rapamycin treatment led to a marked reduction in the recruitment of CD45 and mac-2 positive inflammatory cells to the adventitia. Whereas restoration of EMAP-II did not alter the amount of CD3 or c-kit positive cells in the vessels significantly, it increased the amount of macrophages as demonstrated by CD45 and mac-2 staining (*Figure 3*).

To assess for possible pro-apoptotic effects of EMAP-II in vascular repair, TUNEL-staining was performed. Consistent with previous data,[3] significant apoptosis, mainly confined to the medial SMCs, was observed in our model of vascular injury. Rapamycin treatment lead to a marked decrease of

CORD078335



Figure 2  Effects of rapamycin treatment and concomitant endothelial-monocyte activating peptide II (EMAP-II) challenge 14 days after vessel injury. Morphometric analysis of important vessel parameters (A): rapamycin (white columns) limits the increase in adventitial and medial area and significantly inhibits neointima formation. EMAP-II (grey columns) antagonizes the beneficial effects of rapamycin on neointimal area significantly while minor changes were observed regarding the adventitial and medial area. Ten subsequent sections of each vessel were analysed morphometrically 14 days after intervention. (B) Quantification of neointimal and adventitial cells: neointima formation correlates with adventitial ($r = 0.5$, $P < 0.05$; upper panel) and neointimal ($r = 0.7$, $P < 0.01$; lower panel) cell count. EMAP-II challenge also counteracts the reduced cell recruitment achieved by rapamycin treatment in adventitia and neointima (horizontal lines, both $P < 0.05$). Values of untreated mice are represented in black diamonds, of rapamycin treated mice in white boxes and of mice undergoing combined treatment in grey circles; mean values indicated by horizontal lines ± SEM.

TUNEL$^+$ cells in the media. However, concomitant treatment with EMAP-II significantly increased the amount of TUNEL$^+$ cells compared with sole rapamycin administration (*Figure 4*).

Immunohistochemical staining against CD31 was used to quantify the amount of re-endothelialization (*Figure 5*). On an average 53(± 14) % of the lumen were covered with endothelial cells 2 weeks after vascular injury. Treatment with rapamycin evoked more consistent re-endothelialization (84 ± 7%, $P = 0.038$) of the injured arteries. Restoration of EMAP-II, caused a significant decrease in re-endothelialization (42 ± 12%, $P = 0.005$) compared with rapamycin treatment alone.

### 3.5 Endothelial-monocyte activating peptide II expression was increased in coronary artery smooth muscle cells after mechanical stress

Little is known about molecular mechanisms regulating EMAP-II mRNA expression. In order to mechanistically confirm increased EMAP-II expression after arterial injury, we tested EMAP-II expression in response to wounding and its modulation by rapamycin *in vitro*. Wounding of CASMC increased EMAP-II mRNA expression significantly; whereas, the presence of rapamycin significantly reduced this effect to baseline levels of the untreated control cells. Rapamycin treatment alone reduced the basal levels of EMAP-II mRNA in untreated control cells by about 20% (*Figure 6A*).

### 3.6 Endothelial-monocyte activating peptide II expression in coronary artery smooth muscle cells and monocytic cells was reduced by rapamycin

Next, we assessed EMAP-II expression in CASMCs and monocytic cells. At baseline, CASMC showed a 1.4-fold higher EMAP-II expression than MonoMac6 cells. After stimulation with thrombin, both cell lines showed a significant increase in EMAP-II expression which could be abrogated by treatment with rapamycin. Under all conditions, EMAP-II expression in CASMCs remained higher than in MonoMac6 cells (*Figure 6B*).

CORD078336



**Figure 3** Cellular composition affected by rapamycin and endothelial-monocyte activating peptide II (EMAP-II) treatment after vessel injury. Immunohistochemical staining against (A) CD45, mac-2, CD3, c-kit and (B) CD31. (A) Infiltration with CD45-positive cells after vascular injury was markedly reduced by rapamycin. Co-administration of EMAP-II leads to increased recruitment of CD45-positive cells. Rapamycin treatment also decreased mac-2 positive cells in the vessel wall compared with untreated vessels; co-administration of EMAP-II also reversed this effect. EMAP-II treatment did not significantly affect the reduction of recruited T-cells (identified by CD3 staining) and progenitor cells (identified by c-kit staining) following everolimus treatment. *P < 0.05. Scale bars indicate 100 μm.

### 3.7 Rapamycin suppressed increased endothelial-monocyte activating peptide II levels after percutaneous coronary intervention in patients

To further evaluate if the observed regulation of EMAP-II after mechanical injury takes place in patients, EMAP-II protein levels were analysed in blood samples from patients undergoing PCI. In accordance to our in vitro data, we found a significant overall increase in EMAP-II protein ($2.21 \pm 0.42$ to $4.01 \pm 0.96$ ng/mL) after vessel injury in patients. As PCI in distal coronary artery segments is associated with a higher rate of restenosis[19] and rapamycin-eluting stents display the most beneficial effect in small vessels,[20-22] we focused on the EMAP-II levels drawn from patients with intervention in distal coronary artery segments. In this patient subgroup, a significant, slightly more pronounced increase was observed whereas intervention of proximal segments did not show an increase (Figure 6C). Multivariate analysis did not reveal an influence of previous myocardial infarction, number of implanted stents or implantation of a sirolimus-eluting stent on EMAP-II expression after PCI in native coronary arteries.

To assess weather oral administration of rapamycin would have an effect on EMAP-II expression in patients, EMAP-II protein was measured in samples from the OSIRIS trial. Starting from comparable baseline values ($2.82 \pm 0.77$ vs. $2.74 \pm 1.08$ ng/mL), a profound reduction of EMAP-II protein level was observed on the day of PCI ($4.21 \pm 1.16$ vs. $1.57 \pm 0.61$ ng/mL) after treatment with a loading dose of rapamycin. This suppressive effect was maintained as long as rapamycin was continued (Figure 6D).

CORD078337





Figure 4  Apoptosis after vessel injury and the effects of rapamycin and endothelial-monocyte activating peptide II (EMAP-II). Apoptotic medial smooth muscle cells assessed by TUNEL-staining are evident after vascular injury but not with rapamycin treatment. Concomitant EMAP-II challenge increases the amount of TUNEL+ cells. *$P < 0.05$. Scale bars indicate 100 μm.

Figure 5  Effects of rapamycin and endothelial-monocyte activating peptide II (EMAP-II) on re-endothelialization after vessel injury. Endothelial cells positive for CD31 are found in untreated, rapamycin treated and in vessels with combined treatment. Quantification of endothelialization revealed a beneficial effect of rapamycin, which was abrogated by concomitant EMAP-II challenge. (*$P < 0.05$, **$P < 0.01$). Scale bars indicate 100 μm.

## 4. Discussion

Rapamycin reduces the risk of in-stent restenosis by inhibiting neointimal proliferation in patients.[13] However, the underlying mechanisms of how rapamycin governs neointima formation are not yet understood in detail. Here, we systematically investigated the role of EMAP-II and the interplay of rapamycin with EMAP-II *in vivo* in a mouse model of neointima formation and in patients.

We show for the first time: (i) EMAP-II is upregulated during neointima formation *in vivo*; (ii) the adventitial inflammatory reaction is positively correlated to the extent of neointima formation and is significantly reduced by rapamycin; (iii) rapamycin inhibits upregulation of EMAP-II and counteracts the pro-inflammatory effects of EMAP-II. (iv) likewise, reduced recruitment of macrophages

to the site of vascular injury by rapamycin is counteracted by EMAP-II challenge; (v) rapamycin improves re-endothelialization, which is abrogated by EMAP-II, and (vi) EMAP-II expression is induced after mechanical injury in human CASMCs and patients, and downregulated by rapamycin treatment.

This study reveals that EMAP-II plays an important role in the inflammatory response to vascular injury *in vivo*. In congruence with prior *ex-vivo* and *in vitro* data, we confirmed increased EMAP-II protein expression during neointima formation after vascular injury[12] and its inhibition by rapamycin[9] *in vivo*. The observed expression in subendothelial leukocytes and medial SMCs is in line with its known expression in stimulated monocytes and vascular SMCs.[23] Since the model of injury used in our study leads to induction of medial cell apoptosis,[3] the observed upregulation

CORD078338



Figure 6   Regulation of endothelial-monocyte activating peptide II (EMAP-II) expression by mechanical stress and rapamycin. (A) EMAP-II-mRNA levels in human coronary artery smooth muscle cells (CASMC) in response to wounding and effect of rapamycin. On the left, relative EMAP-II mRNA levels from CASMC 24 h after treatment with/without wounding and with/without 200 ng/mL rapamycin are shown. On the right, the amplification curves of EMAP-II in the real-time polymerase chain reaction (PCR) are displayed. Wounding increased EMAP-II mRNA(messenger ribonucleic acid), which was reduced after treatment with rapamycin to about control levels (*P < 0.05). (B) EMAP-II protein levels in human CASMC and MonoMac6 cells in response to thrombin stimulation and effect of rapamycin. Increased EMAP-II expression by thrombin was inhibited by rapamycin in both cell types (*P < 0.01, °P < 0.05). (C) Assessment of EMAP-II protein levels 6–8 h after percutaneous coronary intervention shows that upregulation is limited to patients with intervention in distal coronary artery segments (median±IQR(inter quartile range), *P < 0.01). (D) EMAP-II protein levels in patients from the Oral Sirolimus to Inhibit Recurrent In-stent Stenosis (OSIRIS)-trial show marked suppression under treatment with oral rapamycin (mean ± SEM, *P < 0.01).

of EMAP-II is consistent with its known expression in tissues with high rates of apoptosis and inflammation.[5,8]

Furthermore, we could show marked suppression of apoptosis by rapamycin after vascular injury, whereas restoration of EMAP-II leads to increased apoptosis of medial SMCs. Since EMAP-II does not have pro-apoptotic effects on mesenchymal cells[11] in vitro, our data suggest that EMAP-II increases recruitment of inflammatory cells such as

monocytes and neutrophils and thereby promotes a pro-apoptotic environment.

The occurrence of restenosis is associated with a high inflammatory cell density of neointima. Farb et al.[1] demonstrated that the neointimal inflammatory cell content was 2.4-fold greater in stents with restenosis vs. in stents with no restenosis. In our study, we demonstrate that inflammatory cell accumulation in the adventitia outweighs by far

CORD078339

the neointimal cell content and significantly correlates with neointima formation. These findings underline the hypothesis that the adventitia is the major site of inflammatory changes after vascular injury.[24] Suppressing EMAP-II expression, rapamycin reduced the inflammatory cell content in the adventitia and neointima after vascular injury significantly and concordantly decreased neointima formation *in vivo*. In line with our data, it was recently shown that adventitial delivery of rapamycin reduces neointima formation,[25] further emphasizing that the adventitial inflammatory reaction plays a pivotal role in the pathogenesis of neointima formation. This is not in contrast with the notion that adventitial cells are not a significant contributor to neointimal cell content since the adventitial inflammatory response may trigger enhanced recruitment of circulating progenitor cells.[24]

In human vascular repair, monocytes and neutrophils play a crucial role.[26] EMAP-II is a potent cytokine in this context since it induces migration of monocytes and chemotaxis of neutrophils.[6] Likewise, EMAP-II reversed the rapamycin-associated inhibition of monocyte recruitment and counteracted as well the beneficial effect of rapamycin on neointima formation. Active EMAP-II induced an inflammatory reaction not only at the endovascular site of the injury but also aggravated the inflammatory response of the adventitial tissue, thereby contributing to neointima formation after vascular injury. In addition, our study shows that the beneficial effect of rapamycin after vascular injury is at least partly mediated by suppression of active EMAP-II. As proposed in an earlier study,[12] we confirmed that rapamycin dramatically reduces the recruitment of inflammatory and haematopoietic cells to the vessel wall *in vivo*.

Moreover, we found that rapamycin treatment significantly facilitated re-endothelialization. This is in line with its suppressive effect on EMAP-II considering that EMAP-II has pro-apoptotic effects on endothelial cells.[10,11] Likewise, we reproduced impaired re-endothelialization by addition of EMAP-II to rapamycin treatment.

This supports the notion that the beneficial effects of rapamycin on re-endothelialization are secondary to suppression of active EMAP-II. On first glance, our findings conflict with recent data where decreased re-endothelialization was observed after local delivery of rapamycin.[25] However, in this study, extraluminal local drug administration suggests high tissue drug concentrations probably even exceeding previously reported tissue levels.[27] This concurs with results of Farb *et al.*[28] who reported incomplete neointimal healing of stented areas after high dose oral everolimus treatment. Furthermore, a high rate of re-endothelialization was observed with low dose everolimus treatment in the same study.[28] Thus, the effect of rapamycin on re-endothelialization appears to be dose dependent. Ultimately, we cannot exclude differences between everolimus and sirolimus in this aspect.

Together, our data may be crucial for our understanding how rapamycin prevents restenosis. By inhibition of apoptosis, it prevents early inflammatory processes mainly located in the adventitia, supports a bland wound healing, and early re-endothelialization. Thereby rapamycin helps to avoid chronic inflammation which is associated with increased restenosis.[1] However, its beneficial effects in the clinical setting appear to be obscured by its delivery through polymer-coated stents which enhance arterial inflammation

and delay arterial healing resulting in delayed re-endothelialization.[29-31]

To further prove the upregulation of EMAP-II after mechanical injury in humans, we assessed its expression in CASMCs patients. *In vitro*, EMAP-II mRNA was upregulated by mechanical stress in CASMCs which was prevented by rapamycin. On the protein level, congruent effects were seen in CASMCs as well as monocytic cells after stimulation with thrombin. Using this way of stimulation, we were able to compare EMAP-II expression in CASMCs and monocytic cells under similar conditions. Interestingly, CASMCs showed on an average a 1.4-fold higher EMAP-II expression pointing towards an important role as immune-modulating cells in the recruitment of circulating macrophages and neutrophils after vascular injury.

At last, we found a significant upregulation of EMAP-II protein in patients after PCI. Interestingly, the upregulation was confined to mechanical injury of smaller vessels, which are known to have higher rates of restenosis when treated with bare metal stents.[19] However, our data is limited by the fact that our patients almost exclusively received drug-eluting stents. Thus a potential influence of the stent type on EMAP-II expression cannot be ruled out, though we did not find an influence of the sirolimus-eluting stents or number of implanted stents on EMAP-II expression in the multivariate analysis.

At this time, it remains therefore speculative if this observation is due to biological differences of the coronary artery segments and their plaque composition or if the relative vessel injury is higher in the smaller vessels.

Yet these data demonstrate that EMAP-II is also regulated in patients and provide a rationale to further explore its role in human vascular repair. Furthermore, oral rapamycin decreased blood levels of EMAP-II protein in patients conferring the inhibitory effect of rapamycin on EMAP-II and vascular inflammation to the clinical situation in patients.

In conclusion, we provide strong evidence for the hypothesis that EMAP-II is an important mediator of inflammation after vascular injury and that the beneficial effects of rapamycin on vascular inflammation are mediated by downregulating this cytokine.

Conflict of interest: No author has any potential conflict of interest to disclose with this study.

## Funding

This study was supported by a postdoctoral fellowship awarded to D.Z. (DFG, Zo 104/1-1, Zo 104/2-1) and to a doctoral fellowship awarded to P.F. (Graduiertenkolleg 438) by the Deutsche Forschungsgemeinschaft.

## References

1. Farb A, Weber DK, Kolodgie FD, Burke AP, Virmani R. Morphological predictors of restenosis after coronary stenting in humans. *Circulation* 2002; 105:2974-2980.

2. Roque M, Fallon JT, Badimon JJ, Zhang WX, Taubman MB, Reis ED. Mouse model of femoral artery denudation injury associated with the rapid accumulation of adhesion molecules on the luminal surface and recruitment of neutrophils. *Arterioscler Thromb Vasc Biol* 2000;20:335-342.

3. Sata M, Maejima Y, Adachi F, Fukino K, Saiura A, Sugiura S et al. A mouse model of vascular injury that induces rapid onset of medial cell apoptosis followed by reproducible neointimal hyperplasia. *J Mol Cell Cardiol* 2000; 32:2097-2104.

4. Beohar N, Flaherty JD, Davidson CJ, Maynard RC, Robbins JD, Shah AP et al. Antirestenotic effects of a locally delivered caspase inhibitor in a balloon injury model. *Circulation* 2004;109:108–113.

5. Daemen MA, van' V, Denecker G, Heemskerk VH, Wolfs TG, Clauss M et al. Inhibition of apoptosis induced by ischemia-reperfusion prevents inflammation. *J Clin Invest* 1999;104:541–549.

6. Kao J, Ryan J, Brett G, Chen J, Shen H, Fan YG et al. Endothelial monocyte-activating polypeptide II. A novel tumor-derived polypeptide that activates host-response mechanisms. *J Biol Chem* 1992;267:20239–20247.

7. Kao J, Fan YG, Haehnel I, Brett J, Greenberg S, Clauss M et al. A peptide derived from the amino terminus of endothelial-monocyte-activating polypeptide II modulates mononuclear and polymorphonuclear leukocyte functions, defines an apparently novel cellular interaction site, and induces an acute inflammatory response. *J Biol Chem* 1994;269:9774–9782.

8. Knies UE, Behrensdorf HA, Mitchell CA, Deutsch U, Risau W, Drexler HC et al. Regulation of endothelial monocyte-activating polypeptide II release by apoptosis. *Proc Natl Acad Sci USA* 1998;95:12322–12327.

9. Zohlnhöfer D, Nührenberg TG, Neumann FJ, Richter T, May AE, Schmidt R et al. Rapamycin effects transcriptional programs in smooth muscle cells controlling proliferative and inflammatory properties. *Mol Pharmacol* 2004;65:880–889.

10. Schwarz MA, Kandel J, Brett J, Li J, Hayward J, Schwarz RE et al. Endothelial-monocyte activating polypeptide II, a novel antitumor cytokine that suppresses primary and metastatic tumor growth and induces apoptosis in growing endothelial cells. *J Exp Med* 1999;190:341–354.

11. Berger AC, Alexander HR, Tang G, Wu PS, Hewitt SM, Turner E et al. Endothelial monocyte activating polypeptide II induces endothelial cell apoptosis and may inhibit tumor angiogenesis. *Microvasc Res* 2000;60:70–80.

12. Nührenberg TG, Voisard R, Fahlisch F, Rudelius M, Braun J, Gschwend J et al. Rapamycin attenuates vascular wall inflammation and progenitor cell promoters after angioplasty. *FASEB J* 2005;19:246–248.

13. Moses JW, Leon MB, Popma JJ, Fitzgerald PJ, Holmes DR, O'Shaughnessy C et al. Sirolimus-eluting stents versus standard stents in patients with stenosis in a native coronary artery. *N Engl J Med* 2003;349:1315–1323.

14. Costa RA, Lansky AJ, Mintz GS, Mehran R, Tsuchiya Y, Negoita M et al. Angiographic results of the first human experience with everolimus-eluting stents for the treatment of coronary lesions (the FUTURE I trial). *Am J Cardiol* 2005;95:113–116.

15. Livak KJ, Schmittgen TD. Analysis of relative gene expression data using real-time quantitative PCR and the 2(-Delta Delta C(T)) Method. *Methods* 2001;25:402–408.

16. Ziegler-Heitbrock HW, Thiel E, Futterer A, Herzog V, Wirtz A, Riethmuller G. Establishment of a human cell line (Mono Mac 6) with characteristics of mature monocytes. *Int J Cancer* 1988;41:456–461.

17. Austen WG, Edwards JE, Frye RL, Gensini GG, Gott VL, Griffith LS et al. A reporting system on patients evaluated for coronary artery disease. Report of the Ad Hoc Committee for Grading of Coronary Artery Disease, Council on Cardiovascular Surgery, American Heart Association. *Circulation* 1975;51:5–40.

18. Hausleiter J, Kastrati A, Mehilli J, Vogeser M, Zohlnhöfer D, Schühlen H et al. Randomized, double-blind, placebo-controlled trial of oral sirolimus for restenosis prevention in patients with in-stent restenosis: the Oral Sirolimus to Inhibit Recurrent In-stent Stenosis (OSIRIS) trial. *Circulation* 2004;110:790–795.

19. Elezi S, Kastrati A, Neumann FJ, Hadamitzky M, Dirschinger J, Schomig A. Vessel size and long-term outcome after coronary stent placement. *Circulation* 1998;98:1875–1880.

20. Schampaert E, Cohen EA, Schluter M, Reeves F, Traboulsi M, Title LM et al. The Canadian study of the sirolimus-eluting stent in the treatment of patients with long de novo lesions in small native coronary arteries (C-SIRIUS). *J Am Coll Cardiol* 2004;43:1110–1115.

21. Elezi S, Dibra A, Mehilli J, Pache J, Wessely R, Schömig A et al. Vessel size and outcome after coronary drug-eluting stent placement: results from a large cohort of patients treated with sirolimus- or paclitaxel-eluting stents. *J Am Coll Cardiol* 2006;48:1304–1309.

22. Schofer J, Schluter M, Gershlick AH, Wijns W, Garcia E, Schampaert E et al. Sirolimus-eluting stents for treatment of patients with long atherosclerotic lesions in small coronary arteries: double-blind, randomised controlled trial (E-SIRIUS). *Lancet* 2003;362:1093–1099.

23. Shane JW, Janardhan KS, Singh B. Expression and function of endothelial monocyte-activating polypeptide-II in acute lung inflammation. *Inflamm Res* 2007;56:175–181.

24. Wilcox JN, Okamoto EI, Nakahara KI, Vinten-Johansen J. Perivascular responses after angioplasty which may contribute to postangioplasty restenosis: a role for circulating myofibroblast precursors? *Ann NY Acad Sci* 2001;947:68–90.

25. Fukuda D, Sata M, Tanaka K, Nagai R. Potent inhibitory effect of sirolimus on circulating vascular progenitor cells. *Circulation* 2005;111:926–931.

26. Komatsu R, Ueda M, Naruko T, Kojima A, Becker AE. Neointimal tissue response at sites of coronary stenting in humans: macroscopic, histological, and immunohistochemical analyses. *Circulation* 1998;98:224–233.

27. Suzuki T, Kopia G, Hayashi S, Bailey LR, Llanos G, Wilensky R et al. Stent-based delivery of sirolimus reduces neointimal formation in a porcine coronary model. *Circulation* 2001;104:1188–1193.

28. Farb A, John M, Acampado E, Kolodgie FD, Prescott MF, Virmani R. Oral everolimus inhibits in-stent neointimal growth. *Circulation* 2002;106:2379–2384.

29. Virmani R, Farb A, Guagliumi G, Kolodgie FD. Drug-eluting stents: caution and concerns for long-term outcome. *Coron Artery Dis* 2004;15:313–318.

30. Kotani J, Awata M, Nanto S, Uematsu M, Oshima F, Minamiguchi H et al. Incomplete neointimal coverage of sirolimus-eluting stents: angioscopic findings. *J Am Coll Cardiol* 2006;47:2108–2111.

31. Finn AV, Kolodgie FD, Harnek J, Guerrero LJ, Acampado E, Tefera K et al. Differential response of delayed healing and persistent inflammation at sites of overlapping sirolimus- or paclitaxel-eluting stents. *Circulation* 2005;112:270–278.

CORD078341

# EXHIBIT 15

MAIN Ser   CISTI/ICIST NRC/CNRC
QP89         MAIN Ser
T76          0041-1337
v. 64        Received on: 08-07-97
no. 1       Transplantation.
Jul 15,
1997

_nsplantation.
Faxon  Stacks M-55

# antation®

July 15, 1997

## OVERVIEW
Balancing the immune system for tolerance:
a case for regulatory CD4 cells
E.H. Field, Q. Gao, N. Chen, and T.M. Rouse

CORD078382

# Transplantation®

## OFFICIAL JOURNAL OF THE TRANSPLANTATION SOCIETY

### Editors

J. R. BATCHELOR
*London, England*
ANTHONY P. MONACO
*Boston, Massachusetts*

PETER J. MORRIS
*Oxford, England*
DAVID H. SACHS
*Boston, Massachusetts*

MANIKKAM SUTHANTHIRAN
*New York, New York*
KATHRYN J. WOOD
*Oxford, England*

### Emeritus Editors

ERNST J. EICHWALD
HERBERT CONWAY
NATHAN KALISS
LESLIE BRENT
JOSEPH E. MURRAY
JAMES G. HOWARD
ARNOLD R. SANDERSON
DAVID STEINMULLER
MARY L. WOOD

EUROPEAN EDITORIAL OFFICE:
*Nuffield Department of Surgery*
*University of Oxford*
*John Radcliffe Hospital*
*Headington, Oxford OX3 9DU, U.K.*

NORTH AMERICAN EDITORIAL OFFICE:
*New England Deaconess Hospital*
*1 Deaconess Road*
*Boston, Massachusetts 02215, U.S.A.*

### Editorial Board

M. ABECASSIS
D. ADAMS
J. W. ALEXANDER
P. AMLOT
A. ANDERSSON
A. d'APICE
H. AUCHINCLOSS
J. M. AUSTYN
A. BARRAN
J. C. BALDWIN
W. M. BALDWIN
C. BANGHAM
C. F. BARKER
W. A. BAUMGARTNER
E. BELL
P. BELL
W. E. BESCHORNER
M. E. BILLINGHAM
A. BISHOP
D. K. BISHOP
B. R. BLAZAR
J. A. BLUESTONE
K. BLUME
E. BOLTON
J. A. BRADLEY
J. D. BRIGGS
J. S. BROMBERG
C. BUNCH
W. J. BURLINGHAM
L. J. BURNS
A. BUSHELL
R. CALNE
J. CHAPMAN
B. CHARPENTIER
L. CHATENOUD
S. I. CHO
F. CLAAS
S. COBBOLD
J. COHEN
R. B. COLVIN
C. CONLON
A. COOKE
D. K. C. COOPER
A. B. COSIMI
D. V. CRAMER
D. CRAWFORD
J. J. CURTIS

A. P. DALMASSO
H. J. DEEG
F. L. DELMONICO
J. DEVLIN
M. DONAGHY
J. S. DUMMER
D. L. DUNN
R. J. DUQUESNOY
P. DYER
R. B. EPSTEIN
C. O. ESQUIVEL
R. B. ETTENGER
J. FABRE
O. FARGES
J. L. M. FERRARA
E. H. FIELD
R. N. FINE
O. J. FINN
M. R. FIRST
J. FIRTH
S. M. FLECHNER
M. W. FLYE
J. D. FRELINGER
E. A. FRIEDMAN
P. FRIEND
S. FUGGLE
B. J. FULLER
T. C. FULLER
A. O. GABER
M. R. GAROVOY
R. L. GELLER
R. G. GILL
N. E. GOEKEN
J. M. GOLDMAN
M. GOLDMAN
G. J. GORES
E. GOULMY
J. J. GOZZO
D. GRANT
D. GRAY
R. E. GRESS
C. GROTH
R. D. GUTTMANN
G. A. HADLEY
P. F. HALLORAN
S. M. HAMMER
W. W. HANCOCK
J. A. HANSEN

D. W. HANTO
M. A. HARDY
W. HARMON
D. HART
D. HASKARD
P. HAYRY
J. H. HELDERMAN
A. D. HESS
R. HIGGINS
D. HOLT
J. D. HOSENPUD
D. A. HULLETT
S. HUNT
S. T. ILDSTAD
P. JABLONSKI
R. F. L. JAMES
N. JAMIESON
M. JEANNET
B. JOHNSON
M. L. JORDAN
M. A. JUTILA
B. D. KAHAN
M. P. KAYE
R. H. KERMAN
R. KHAULI
U. KHETTRY
J. A. KIRBY
R. L. KIRKMAN
G. B. KLINTMALM
S. J. KNECHTLE
R. A. P. KOENE
G. KOOYSTRA
R. KORNGOLD
S. M. KRAMS
H. KREIS
R. A. F. KROM
I. L. KRON
J. W. KUPIEC-WEGLINSKI
J. B. KURTZ
R. LECHLER
G. S. LIPKOWITZ
G. LOMBARDI
R. P. LOWRY
S. V. LYNCH
A. MADRIGAL
T. MANDEL
R. MARGREITER
M. MARTIN

D. W. MASON
A. J. MATAS
C. G. A. McGREGOR
I. McKENZIE
A. McLEAN
P. McMASTER
R. W. MELVOLD
S. METCALFE
D. MIDDLETON
C. M. MILLER
J. MILLER
C. MILLER-GRAZIANO
T. MOHANAKUMAR
E. MÖLLER
R. E. MORRIS
A. NAJI
G. NELD
J. NEUBERGER
D. J. NORMAN
A. C. NOVICK
J. B. O'CONNELL
G. OPELZ
C. G. OROSZ
L. C. PAUL
T. PEARSON
D. PEGG
I. PENN
J. PEPPER
J. D. PERKINS
M. PESCOVITZ
M. R. PITTELKOW
J. L. PLATT
J. PROP
N. L. REINSMOEN
C. RICORDI
O. RINGDÉN
J. ROAKE
R. J. RORRER
K. ROLLES
D. ROOFENIAN
M. L. ROSS
J. C. ROSENBERG
R. H. RUBIN
M. E. RUSSELL
D. R. SALOMON
O. SALVATIERRA
M. SANDEN
F. P. SANFILIPPO

C. SAVAGE
M. H. SAYEGH
J. C. SCORNIK
D. A. SEDMAK
R. SELLS
D. SHAFFER
A. SHAKED
B. W. SHAW, JR.
A. G. R. SHEIL
H. SHENNIB
D. SHOSKES
R. L. SIMMONS
E. SIMPSON
D. R. SNYDMAN
H. W. SOLLINGER
J. H. SOUTHARD
A. SPENCER
T. E. STARZL
R. STORB
S. M. STRASBERG
R. J. STRATTA
J. W. STREILEIN
D. E. R. SUTHERLAND
M. SYKES
C. TAYLOR
R. TAYLOR
A. TEJANI
P. I. TERASAKI
J. M. THOMAS
A. W. THOMSON
N. L. TILNEY
A. TING
J. TREDGER
G. TUFVESON
L. A. TURKA
J. D. TYLER
A. G. TZAKIS
D. A. VALLERA
G. B. VOGELSANG
M. WAER
J. WALLWORK
G. L. WARNOCK
A. WARRENS
D. WHITE
R. WILLIAMS
R. F. M. WOOD
R. P. WOOD
A. ZEEVI

0041-1337/97/6401-36$03.00/0
TRANSPLANTATION
Copyright © 1997 by Williams & Wilkins

Vol. 64, 36–42, No. 1, July 15, 1997
Printed in U.S.A.

# SDZ RAD, A NEW RAPAMYCIN DERIVATIVE

## PHARMACOLOGICAL PROPERTIES IN VITRO AND IN VIVO

WALTER SCHULER,[1,2] RICHARD SEDRANI,[1] SYLVAIN COTTENS,[1] BARBARA HÄBERLIN,[3]
MANFRED SCHULZ,[1] HENK-JAN SCHUURMAN,[1] GERHARD ZENKE,[1] HANS-GÜNTER ZERWES,[1]
AND MAX H. SCHREIER[1]

*Preclinical Research, and Technical Research and Development, Novartis Pharma AG, CH-4002 Basel, Switzerland*

*Background.* This report describes the preclinical pharmacological profile of the new rapamycin analog, SDZ RAD, i.e., 40-O-(2-hydroxyethyl)-rapamycin.

*Methods.* The pharmacological effects of SDZ RAD were assessed in a variety of in vitro and in vivo models, which included an autoimmune disease model as well as kidney and heart allotransplantation models using different rat strain combinations.

*Results.* SDZ RAD has a mode of action that is different from that of cyclosporine or FK506. In contrast to the latter, SDZ RAD inhibits growth factor-driven cell proliferation in general, as demonstrated for the in vitro cell proliferation of a lymphoid cell line and of vascular smooth muscle cells. SDZ RAD is immunosuppressive in vitro as demonstrated by the inhibition of mouse and human mixed lymphocyte reactions and the inhibition of antigen-driven proliferation of human T-cell clones. The concentrations needed to achieve 50% inhibition in all of these assays fall into the subnanomolar range. SDZ RAD is effective in the in vivo models when given by the oral route in doses ranging between 1 mg/kg/day and 5 mg/kg/day. When compared with rapamycin, the in vitro activity of SDZ RAD is generally about two to three times lower; however, when administered orally, SDZ RAD is at least as active in vivo as rapamycin.

*Conclusions.* In conclusion, SDZ RAD is a new, orally active rapamycin-derivative that is immunosuppressive and that efficiently prevents graft rejection in rat models of allotransplantation. SDZ RAD has therefore been selected for development for use in combination with cyclosporine A to prevent acute and chronic rejection after solid organ allotransplantation.

It was first reported in 1989 that the macrolide rapamycin (RPM*), a secondary metabolite of *Streptomyces hygroscopicus*, effectively suppresses the rejection of transplanted allogeneic solid organs in experimental animals (1, 2). RPM is of particular interest as a new immunosuppressant because its mode of action is different from that of both cyclosporine

[1] Preclinical Research, Novartis Pharma AG.

[2] Address correspondence to: Walter Schuler, Preclinical Research, Novartis Pharma AG, S-386.1.26, CH-4002 Basel, Switzerland.

[3] Technical Research and Development, Novartis Pharma AG.

* Abbreviations: CsA, cyclosporine; FCS, fetal calf serum; FKBP12, FK506 binding protein; GVD, graft vessel disease; IC₅₀, concentration of compound needed to reach 50% inhibition; IL, interleukin; MLR, mixed lymphocyte reaction; PBMC, peripheral blood mononuclear cells; RPM, rapamycin; VSMC, vascular smooth muscle cells.

(CsA) and FK506. The latter drugs prevent T-cell proliferation by blocking transcriptional activation of early T cell-specific genes, thus inhibiting the production of T-cell growth factors, like interleukin (IL)-2. RPM, in contrast, acts at a later stage of the cell cycle, blocking not the production of growth factors but rather the proliferative signal that is provided by these factors; RPM arrests the cells at the late G1 stage of the cell cycle, preventing them from entering the S phase. (For a review on RPM and its mechanism of action see 3, 4). It is of note that this effect of RPM is not restricted to IL-2-driven proliferation of T cells; RPM inhibits growth factor-dependent proliferation in general of any hematopoietic as well as nonhematopoietic cells tested so far (5–7), including vascular smooth muscle cells (8). The different modes of action of RPM and CsA provide a rationale for synergistic interaction of the two compounds, and this synergism has indeed been demonstrated (9–11). Further, the ability to inhibit growth factor-driven cell proliferation makes RPM a potential compound for the prevention of late graft loss due to graft vessel disease (GVD); growth factor-driven proliferation of VSMC leading to intimal thickening and eventually vessel obstruction seems to play a crucial role in the development of GVD (for a review see 12). RPM has indeed been shown to inhibit arterial intimal thickening in rat recipients of orthotopic femoral artery allografts (13) as well as such thickening produced by mechanical injury where no immunological mechanism is involved (14).

These features make RPM and RPM analogs very interesting compounds for clinical transplantation. However, development of a proper oral RPM formulation with acceptable stability, bioavailability, and predictability has proven difficult and has impeded successful clinical development. So far, the majority of published preclinical work demonstrating the potent immunosuppressive effect of RPM deals with parenteral administration of the compound (for references see 15); efficacy of an oral RPM formulation was shown only very recently in a pig and a rat model of allotransplantation (15, 16). However, wide interindividual variation in the pharmacokinetic parameters was noted in the pig study as well as in a recent report on first clinical experience with an oral RPM formulation (17).

The formulation of a compound can have a marked effect on clinical outcomes in transplantation, as seen with the introduction of the microemulsion preconcentrate of CsA (Neoral; Sandoz, Basel, Switzerland) (18–20). The 40-O-(2-hydroxyethyl)-RPM, SDZ RAD, is a new RPM analog that resulted from our efforts to overcome the formulation problems by chemical derivation, while maintaining the pharmacolog-

A370
CORD078384

## SDZ RAD

FIGURE 1. Chemical structure of SDZ RAD, 40-O-(2-hydroxyethyl)-RPM.

ical benefits of RPM. In this study we report on the in vitro and in vivo pharmacological characteristics of SDZ RAD. We show that despite a slightly reduced in vitro activity, SDZ RAD has an efficacy after oral dosing that is at least equivalent to that of RPM.

## MATERIALS AND METHODS

### Reagents

RPM was obtained by fermentation of the actinomycetes strain A91–259211. SDZ RAD, 40-O-(2-hydroxyethyl)-RPM (Fig. 1), was derived by chemical derivation of RPM; the molecular formula is $C_{53}H_{83}NO_{14}$, and it has a molecular weight of 958.25. For the in vitro experiments, $10^{-2}$ M stock solutions of the compounds in ethanol were used. Stock solutions were stored at $-20°C$; samples to be tested were diluted on the day of the experiment in phosphate-buffered saline or culture medium. For the in vivo experiments SDZ RAD and RPM were formulated as liquid formulations, which kept the compounds dissolved even after dilution with aqueous vehicles. These formulations were adapted for each compound with respect to their physicochemical properties. Stored at 4°C, the formulations are stable for >3 months.

### In Vitro Assays

The in vitro activity of RPM analogs was assessed by determining in the various assays the concentration of the compounds that results in 50% inhibition ($IC_{50}$). Serial dilutions of the test compounds, done in duplicate, were tested, and a four-parameter logistic function was applied to calculate the $IC_{50}$ values. RPM was included in each individual experiment as a standard, and the inhibitory activity was expressed as relative $IC_{50}$ compared with RPM (i.e., given as the ratio $IC_{50}$ of test compound/$IC_{50}$ of RPM). To measure in vitro cell proliferation, [³H]thymidine incorporation into DNA was determined following standard procedures.

FKBP12 binding assay. Binding to the FK506 binding protein (FKBP12) was indirectly assessed by means of an ELISA-type competition assay. Microtiter plate wells were coated with FK506 that was covalently coupled to bovine serum albumin. Coupling of FK506 to bovine serum albumin was performed by reacting bovine serum albumin with N-succinimidyl-oxycarbonyl-3'-propionyloxy-33-FK506. Biotinylated recombinant human FKBP12 was allowed to bind to the immobilized FK506 in the absence (as a control) and the presence of the serially diluted test compound or standard. (For technical reasons we used FK506 as the standard, as an exception

only in this assay). Bound biotinylated FKBP12 was assessed by incubation with a streptavidin-alkaline phosphatase conjugate, followed by incubation with p-nitrophenol phosphate as a substrate. Readout was the optical density at 405 nm. Binding of a compound to the biotinylated FKBP12 resulted in a decrease in the amount of FKBP12 available for binding to the immobilized FK506, i.e., the magnitude of this inhibition ($IC_{50}$) reflects the affinity of a compound for FKBP12.

IL-6-driven proliferation of a B-cell hybridoma. The hybridoma B13–29-15 is a subclone of the hybridoma B13–29, which was kindly provided by L. Aarden (Central Laboratory of the Netherlands Red Cross-Blood Transfusion Service, Amsterdam, The Netherlands); this clone is strictly dependent on IL-6. To determine the $IC_{50}$ of a compound in this assay, $10^4$ cells per microtiter well (supplemented to contain 0.3 ng of IL-6 per ml) were incubated for 72 hr with serial dilutions of the compounds. [³H]thymidine was added at the end of the incubation period, 5 hr before harvesting the cells for measuring the [³H]thymidine incorporation into DNA.

Mixed lymphocyte reaction (MLR). To determine the $IC_{50}$ values of the compounds in a two-way MLR, $10^5$ spleen cells per well each of BALB/c and CBA mice were incubated in flat-bottom microtiter plates, either in the absence or the presence of the serially diluted compounds. Serum-free tissue culture medium supplemented with serum replacement factors (CG medium, Camon GmbH, Wiesbaden, Germany) was used. After 4 days of incubation [³H]thymidine was added, and the cells were harvested after another 16-hr incubation period.

Proliferative response of antigen-specific human T-cell clones. CD4-positive (helper type) T-cell clones specific for the hemagglutinin peptide 307–319 were derived from peripheral blood mononuclear cells (PBMC) of a normal healthy volunteer as described (21). To determine the $IC_{50}$ of the compounds in this antigen-specific T-cell proliferation assay, cloned T cells ($2 \times 10^4$) were cultured in a total volume of 200 μl of RPMI medium (supplemented to contain 5% human AB serum) in 96-well round-bottom microtiter plates with $10^5$ irradiated PBMC from normal HLA-DR matched donors, together with the peptide antigen (hemagglutinin) and the serially diluted test compounds. As a control, T cells plus PBMC in the absence of peptide antigen or T cells in medium alone were included. Cultures were set up in duplicate. After 48 hr of incubation, [³H]thymidine was added, and the cells were harvested after another 16 hr.

Proliferation of VSMC. Bovine VSMC were derived by the explant technique from small pieces of media (dissected free of adventitia and intima) from fresh bovine aortae. Explants of about 1 mm³ were placed in culture dishes, covered with medium, and after about 10 days the cells grew out of the explants. The cells were characterized as VSMC by morphology in culture and by immunostaining with an anti-VSMC actin antibody (clone 1A4; Sigma, St. Louis, MO). They were used at passages 2 through 10. The cells were grown in DF10 medium consisting of equal volumes of Dulbecco's modified Eagle's medium and Ham's F12 (Life Technologies, Gaithersburg, MD) supplemented with 10% fetal calf serum (FCS) and glutamine. For the experiments, the cells were seeded in 96-well plates ($1 \times 10^4$ or $2 \times 10^5$ per well) and allowed to grow to confluence (3 days). They were then growth arrested by serum deprivation for 48 hr in serum-free medium (DF10 without FCS) supplemented with insulin (0.5 mM; Boehringer Mannheim, Mannheim, Germany), transferrin (5 μg/ml; Sigma), and ascorbate (0.2 mM; Sigma). After 3 days the medium was replaced with fresh medium containing 10% FCS and [³H]thymidine (1 mCi/ml), together with serial dilutions of the compounds to be tested (three to four replicate wells for each concentration). The cells were harvested after a 24-hr incubation period and the [³H]thymidine incorporation into the DNA was measured.

### In Vivo Experiments

Throughout all of the in vivo experiments the compounds were given once daily, for the indicated period of time. Freshly prepared

A371

CORD078385

dilations of the SDZ RAD and RPM formulations with water were given orally by gavage. Control animals received only the administration vehicle as placebo.

*Localized graft-versus-host reaction.* Spleen cells $(2 \times 10^7)$ from Wistar/F rats were injected subcutaneously into the right hind footpad of (Wistar/F × Fisher 344)$F_1$ hybrid rats. The left footpad was left untreated. The animals were treated with SDZ RAD or RPM on 4 consecutive days (days 0–3). The popliteal lymph nodes were removed on day 7, and the weight differences between two corresponding lymph nodes were determined. The results were expressed as the inhibition of lymph node enlargement (given in percent) comparing the lymph node weight differences in the experimental groups to the weight difference between the corresponding lymph nodes from a group of animals left untreated with a test compound.

*Mercuric chloride-induced glomerulonephritis.* Autoimmune glomerulonephritis was induced by treatment with $HgCl_2$ (22). Female Brown Norway rats, 9 weeks of age, were injected subcutaneously during a 3-week period, three times per week, with 1 mg of $HgCl_2$ per kg body weight (10 injections in total). SDZ RAD and RPM were given on 5 consecutive days per week. On days 0, 7, 14, and 21, urine was taken and the protein concentration was determined by means of bromophenol blue staining and colorimetric detection using a TCL scanner. The detection limit of this method is 1 mg protein/ml; the upper threshold of this method is 16 mg protein/ml. The experiment is normally terminated between day 21 and day 24 because the control animals, treated with $HgCl_2$ only, start to succumb to the disease at this point.

*Orthotopic kidney allotransplantation.* Donor kidneys were transplanted orthotopically into recipient rats. The left kidney of the recipient animal was removed and replaced with the donor kidney, with end-to-end anastomoses of blood vessels and ureter. After 1 week, contralateral nephrectomy was performed, leaving the animal fully dependent on the grafted kidney. Recipients were treated with the immunosuppressive compounds or the placebo for the initial 2 weeks after transplantation.

*Vascular heterotopic heart allotransplantation.* Donor hearts were transplanted heterotopically into the abdomen of recipient rats by making end-to-side anastomoses of the donor's aorta with the recipient's infrarenal abdominal aorta as well as with the donor's right pulmonary to the recipient's inferior vena cava. Recipients received the immunosuppressive compounds or the placebo once daily for the entire course of the experiment. The heartbeat of the transplanted heart was monitored daily by palpation of the abdomen. The time of rejection was defined as the day on which a heartbeat was no longer palpable.

## RESULTS

### Binding to FKBP12

Binding to FKBP12, the abundant intracellular binding protein of FK506, is a prerequisite for the biological activity of RPM-type macrolides (29). Therefore, we determined the ability of SDZ RAD to bind to FKBP12. As shown in Table 1, binding of SDZ RAD to FKBP12 is about threefold weaker than that of RPM.

### Inhibition of Growth Factor-Driven Proliferation

The immunosuppressive activity of RPM is explained by its ability to inhibit growth factor-driven cell proliferation. We assessed SDZ RAD for this effect in two in vitro systems: IL-6-stimulated cell proliferation of the IL-6-dependent hybridoma clone B13–29-15, and FCS-stimulated proliferation of bovine VSMC. Table 2 shows that the ability of SDZ RAD to inhibit the IL-6-driven proliferation of the hybridoma cells is about two- to threefold less compared with that of RPM (i.e., relative $IC_{50}$ of $2.5 \pm 0.7$). The relative $IC_{50}$ of SDZ RAD

**TABLE 1. Binding to FKBP12[a]**

| Compound | Relative $IC_{50} \pm SD$[b] (range, absolute $IC_{50}$) |
|---|---|
| FK506 | 1 |
| | (0.8–1.2 nM) |
| RPM | $0.6 \pm 0.2$* (n=5) |
| | (0.4–0.9 nM) |
| SDZ RAD | $2.0 \pm 0.4$*** (n=3) |
| | (1.8–2.6 nM) |

[a] The ability of the compounds to compete with immobilized FK506 for binding to biotinylated FKBP12 was determined in a competitive binding assay.

[b] FK506 was included as a standard in each individual experiment. Results are expressed as means±SD of the relative $IC_{50}$ values (i.e., ratio of $IC_{50}$ test compound to $IC_{50}$ of FK506). The range of absolute $IC_{50}$ values is given in parenthesis; n=number of individual experiments. Statistical analysis, *t* test: *$P < 0.05$; ***$P < 0.001$.

**TABLE 2. Inhibition of growth factor-stimulated cell proliferation**

| Compound | Relative $IC_{50} \pm SD$[a] (range, absolute $IC_{50}$) | |
|---|---|---|
| | Hybridoma B13-29-15/IL-6 | Bovine VSMC/FCS |
| RPM | 1 | 1 |
| | (0.07–0.5 nM) | (0.4–3.5 nM) |
| SDZ RAD | $2.5 \pm 0.7$** (n=5) | $1.9 \pm 0.75$[ns] (n=3) |
| | (0.2–1.4 nM) | (0.9–3.6 nM) |

[a] RPM was included as a standard in each individual experiment. Results are expressed as means±SD of the relative $IC_{50}$ values (i.e., ratio of $IC_{50}$ test compound to $IC_{50}$ of RPM). The range of absolute $IC_{50}$ values is given in parenthesis; n=number of individual experiments. Statistical analysis, *t* test: **$P < 0.01$; [ns]not significant.

for inhibition of bovine VSMC was $1.9 \pm 0.75$ (Table 2); however, this was not statistically significant when compared with inhibition by RPM. The absolute $IC_{50}$ values found here for RPM are in agreement with those reported for platelet-derived growth factor or basic fibroblast growth factor-stimulated VSMC proliferation [5 nM and 0.8 nM, respectively (8)].

### Immunosuppressive Activity In Vitro

The immunosuppressive activity of SDZ RAD was assessed in two-way MLR experiments with lymphocytes of mouse origin as well as in experiments with antigen-specific human helper T-cell clones. The results are shown in Table 3. The data show that, compared with RPM, the in vitro immunosuppressive activity of SDZ RAD is about two- and fivefold lower, respectively, in these assays.

**TABLE 3. Immunosuppressive activity in vitro[a]**

| Compound | Relative $IC_{50} \pm SD$[b] (range, absolute $IC_{50}$) | |
|---|---|---|
| | MLR | T-cell clone |
| RPM | 1 | 1 |
| | (0.06–0.9 nM) | (0.014–0.037 nM) |
| SDZ RAD | $2.1 \pm 0.4$* (n=4) | $5.4 \pm 3.5$* (n=3) |
| | (0.2–1.6 nM) | (0.05–0.17 nM) |

[a] The effect on two-way MLR performed with mouse spleen cells, as well as on the antigen-specific (hemagglutinin peptide 307–319) proliferation of a human T-cell clone, was tested.

[b] As in Table 2. Statistical analysis, *t* test: *$P < 0.05$.

CORD078386

### Inhibition of Localized Graft-Versus-Host Reaction

In this experimental model of cell-mediated immunity, a strong local T-cell reaction is induced by injecting parental spleen cells into one hind footpad of $F_1$ hybrid recipients. The injected immunocompetent donor spleen cells home to the local draining popliteal lymph node, where they react vigorously to alloantigens present on the host's cells: they become activated, secrete cytokines, and proliferate. This reaction manifests itself in an enlargement of the respective lymph node. Comparing the weight of the popliteal lymph node from the site of injection with that of the untreated contralateral lymph node gives an indication of the severity of the reaction. SDZ RAD effectively inhibited lymph node swelling elicited by this localized graft-versus-host reaction. This is shown in Table 4. Maximal inhibition of about 70–80% was achieved with an oral dose of 3 mg/kg per day of either SDZ RAD or RPM. (Increasing the doses of SDZ RAD or RPM did not lead to stronger inhibition of lymph node swelling; data not shown). Inhibition was statistically significant with respect to the placebo-treated control; no statistically significant difference was found between SDZ RAD and RPM.

*Mercuric chloride-induced glomerulonephritis.* Low doses of mercuric chloride ($HgCl_2$), repeatedly injected into rats, induce an autoimmune disease that is characterized by a T-dependent polyclonal B-cell activation (22, 24). This polyclonal B-cell activation leads to the production of a variety of autoantibodies. Antibodies directed against the glomerular basement membrane cause infiltration of polymorphonuclear granulocytes and glomerular damage; the animals develop a severe proteinuria within 2 to 3 weeks of treatment with $HgCl_2$. As can be seen from Table 5, a dose of 1.25 mg/kg/day of SDZ RAD or RPM completely prevented this $HgCl_2$-induced development of proteinuria. (One animal in the RPM group showed proteinuria already on day 7, but this was most likely not related to the $HgCl_2$ treatment). The 0.3 mg/kg dose was ineffective, whereas 0.6 mg/kg of either compound led to partial inhibition. In conclusion, SDZ RAD is effective in an animal model for autoimmune glomerulonephritis, with the same dose-response relationship as RPM.

### Orthotopic Kidney Allotransplantation in the Rat

SDZ RAD was tested in rat kidney allotransplantation using several donor-recipient strain combinations. Grafted recipients underwent contralateral nephrectomy 7 days after transplantation so that the survival of an animal depended fully on the function of the grafted allogeneic kidney. A peculiarity of this rat model is that a 2-week treatment with

#### TABLE 4. Inhibition of localized graft-versus-host reaction

| Compound | No. of animals[b] | Percent inhibition of lymph node swelling[a] | |
|---|---|---|---|
| | | 1.0 mg/kg/day p.o. | 3.0 mg/kg/day p.o. |
| SDZ RAD | 5 | 58±23** | 77±9*** |
| RPM | 5 | 61±22** | 66±11*** |

[a] Lymph node weight differences were determined on day 7. Results are given as mean values±SD of inhibition compared with a control group of five animals that received the vehicle only. The weight differences between the respective lymph nodes from animals in the control group was 34±2 mg. Statistical analysis (analysis of variance) with respect to the control group: **$P<0.01$; ***$P<0.001$.

[b] Number of animals in each dosage group.

#### TABLE 5. Mercuric chloride-induced glomerulonephritis

| Compound | Development of proteinuria | | | |
|---|---|---|---|---|
| | Vehicle | 0.3 mg/kg p.o. | 0.6 mg/kg p.o. | 1.25 mg/kg p.o. |
| Control | 10/10[a] | | | |
| SDZ RAD | | 8/9 | 7/11** | 0/9*** |
| RPM | | 5/5 | 2/5** | 1/5** |

[a] Number of animals on day 21 with proteinuria (i.e., urine protein levels >2 mg/ml) of total number of animals in each dosage group. Statistical analysis (chi-square) with respect to control: **$P<0.01$; ***$P<0.001$.

CsA results in the indefinite survival of the graft, a phenomenon that is restricted to rats and is not seen with any other species.

Table 6 shows the results for SDZ RAD and RPM in experiments transplanting kidneys from (Wistar/F × Fisher 344)$F_1$ donors into Wistar/F recipients. Untreated control animals showed severe cellular rejection on day 7. In this strain combination, donor and recipient are partly matched; prolonged graft survival can thus be obtained with rather low levels of immunosuppression. Survival times of more than 100 days were obtained with 0.5 mg/kg of either SDZ RAD or RPM. At this dose no histological signs of rejection were seen with SDZ RAD, whereas one animal in the RPM group showed moderate signs of chronic rejection. A dose of 0.25 mg/kg SDZ RAD led to a substantial prolongation of the graft survival time in three of nine recipients; no histological signs of rejection were found in these long-term survivors.

The results of kidney allograft experiments using a strain combination with a strong mismatch, i.e., Brown Norway rat donor and Lewis rat recipient, are shown in Table 7. Untreated control animals showed severe cellular rejection on day 7. A dose of 2.5 mg/kg of either SDZ RAD or RPM prolonged the survival of Brown Norway kidneys in most of the Lewis recipients for more than 80 days. The long-term survivors in the SDZ RAD group showed marginal signs of chronic rejection. Even with 1 mg/kg, substantial prolongation of graft survival times was achieved, with one animal in the SDZ RAD group not rejecting its graft during the observation period (78 days). This animal showed histologically moderate chronic rejection. The other animals in this group showed moderate to severe cellular rejection, whereas all animals in the respective RPM group showed severe cellular rejection.

### Vascular Heterotopic Heart Allotransplantation

SDZ RAD was further tested in the model of vascular heterotopic heart allotransplantation in the rat using DA rats as donors and Lewis rats as recipients. This strain combination represents a very strong mismatch and is considered the most stringent rat transplantation model. As Table 8 shows, we were unable to achieve long-term graft survival with any dose of SDZ RAD or RPM tested, even though we treated the animals daily until rejection occurred. Increasing the dose from 2.5 to 5 mg/kg of either compound did not improve graft survival times; rather, the higher doses led to severe weight loss under these conditions, forcing termination of the experiments 3 to 4 weeks after transplantation. Only moderate signs of rejection were found histologically in all groups, with the exception of the 1 mg/kg SDZ RAD group, in which rejection was severe. Although we did

TABLE 6. Suppression of allograft rejection of (Wistar/F×Fisher344)F₁ rat donor kidneys in Wistar/F recipients[a]

| Compound | Individual survival times (days after transplantation) after treatment | | |
|---|---|---|---|
| | 0.25 mg/kg/day | 0.5 mg/kg/day | 1.0 mg/kg/day |
| SDZ RAD | 7, 7, 7, 7, 7, 7, ≥51, ≥100, ≥100[b] | ≥100, ≥100, ≥100, ≥100, ≥100 | ≥100, ≥100, ≥100 |
| RPM | 7, 7, 7, 7, 7, 7, 12 | 7, ≥100, ≥100, ≥100, ≥100 | ≥100, ≥100, ≥100 |

[a] The immunosuppressive compounds were administered p.o. daily from day 0 through day 13 at the indicated dose. Placebo-treated animals showed severe cellular rejection by day 7.

[b] Each figure indicates the survival time after transplantation of an individual animal. More than or equal-to sign (≥) indicates that the animal was killed for histology while the animal was in good health and the graft was still functioning.

TABLE 7. Suppression of allograft rejection of Brown Norway rat donor kidneys in Lewis recipients

| Compound | Individual survival times (days after transplantation) after treatment | |
|---|---|---|
| | 1.0 mg/kg/day p.o. | 2.5 mg/kg/day p.o. |
| SDZ RAD | 20, 20, 26, 37, ≥78[a] | 26, ≥80, ≥100, ≥100, ≥100 |
| RPM | 18, 22, 26 | 35, ≥83, ≥83 |

[a] As in Table 6.

TABLE 8. Prolongation of DA rat heart allograft survival in Lewis rat recipients[a]

| Compound | Individual survival times (days after transplantation) after treatment | | |
|---|---|---|---|
| | 1.0 mg/kg/day | 2.5 mg/kg/day | 5.0 mg/kg/day |
| SDZ RAD | 12, 14, 14[b] | 18, 22, 25, 27, ≥28 | 22, 33 |
| RPM | 12, 15, 27 | 25, 31, 33, ≥81 | 22, 32 |

[a] The immunosuppressive compounds were administered p.o. daily continuously throughout the entire experiment. Placebo-treated animals showed severe cellular rejection between day 7 and 10.

[b] As in Table 6.

not achieve long-term survival in this strain combination with SDZ RAD or RPM given alone, we did with a combination of low doses of SDZ RAD and CsA, indicating synergy of the two compounds (25).

## DISCUSSION

The immunosuppressant SDZ RAD is a novel RPM derivative in which the hydroxyl at position 40 of RPM has been alkylated with a 2-hydroxyethyl group. The introduction of this functionalized side chain results in altered physicochemical properties with respect to RPM, i.e., the solubility in several organic solvents and galenic excipients is markedly increased. Several C40-modified analogs of RPM, like esters, carbonates, and carbamates have been previously described in the patent literature. These derivatives can be viewed as prodrugs of RPM, as the newly introduced functional groups are known to be susceptible to hydrolytic cleavage under physiological conditions. The strategy we pursued was aimed at modifications that are resistant to hydrolytic and metabolic degradation. Therefore a series of 40-O-alkylated RPM analogs was prepared (26), of which the 40-O-hydroxyethyl-derivative, SDZ RAD, proved to be the most active representative, both in vitro and in vivo. SDZ RAD binds with high affinity to FKBP12, which is a prerequisite for the inhibitory activity of immunosuppressants belonging to the RPM class (23). The binding of SDZ RAD to FKBP12 is about threefold weaker than that of RPM. This rather small loss of affinity can be attributed to the fact that C40-O-alkylation disrupts

the hydrogen bond existing in the FKBP12/RPM complex between the C40 hydroxyl and the Gln-53 main chain carbonyl (27, 28). Steric interaction between the hydroxyethyl side chain of SDZ RAD and FKBP12 might also contribute to the slightly reduced binding. SDZ RAD has the same mode of action as RPM. At the molecular level SDZ RAD blocks, as RPM, activation of p70 S6 kinase (Schuler, unpublished results); blocking the activation of this kinase is one of the discussed explanations for the growth-inhibitory effect(s) of RPM (4). Further, like RPM, SDZ RAD at subnanomolar concentrations inhibits growth factor-driven cell proliferation, like that of a B-cell hybridoma or that of VSMC. Likewise, it inhibits mouse MLR and antigen-driven proliferation of antigen-specific human T-cell clones. In general, the in vitro activity of SDZ RAD is about two to three times lower when compared with RPM. The degree to which the in vitro activity is reduced is consistent with the observed decrease of affinity for FKBP12 and the demonstrated requirement of FKBP12 binding for immunosuppressive activity (23, 29).

When administered orally at doses between 1 mg/kg/day and 5 mg/kg/day, SDZ RAD is effective in relevant animal models comprising an autoimmune disease model and several allotransplantation models. It should be emphasized that it is impossible to compare directly our results obtained with SDZ RAD with results published by others on the in vivo efficacy of RPM because different galenical formulations and, in most cases, only parenteral administration routes were used in the studies reported in the literature. We therefore compared the oral activity of the two compounds by using our own galenical formulation of RPM, which was developed following the same principle as for SDZ RAD. These formulations were adapted for both compounds with respect to their physicochemical properties. Using this type of formulation, we have shown that SDZ RAD in vivo is at least equipotent to RPM when given orally. This is in contrast to the lower in vitro activity of SDZ RAD. This observed difference between the relative in vitro and the relative in vivo activity cannot simply be explained by differences in the exposure to the two compounds: treatment with the same doses of our RPM and SDZ RAD formulations led to comparable exposure to the two compounds. Daily treatment with 1.5, 5, and 15 mg/kg SDZ RAD resulted in area under the concentration-time curve values on day 28 of 435, 1468, and 6076 ng·h/ml, respectively. The same treatment with RPM led to area under the concentration-time curve values of 228, 1104, and 4071 ng·h/ml, respectively. Also, formation of RPM or pharmacologically active RPM metabolites cannot serve as a possible explanation. Any biotransformation pathway leading to the formation of RPM or its metabolites would require the cleavage of the hydroxyethyl side-chain by initial hydroxylation. From metabolism studies in vitro, as well as in animals,

CORD078388

we do not have evidence that this happens to any significant degree, i.e., SDZ RAD is not a prodrug of RPM. Rather, we suggest as an explanation that the chemical modification in SDZ RAD, which altered its physicochemical properties, led to more favorable pharmacokinetic properties (e.g., disposition of compound), which compensate in vivo for the observed lower in vitro activity. Considering the relatively narrow therapeutic window of these drugs, more favorable pharmacokinetic properties promise to provide a clinical advantage, i.e., it should be easier to handle and to monitor such a drug in clinical practice.

Finally, a major unsolved problem in clinical allotransplantation is long-term graft loss due to chronic rejection. The pathogenesis of chronic rejection is complex and multifactorial in nature. A major factor contributing to late graft loss is intimal thickening of the graft vessels, which eventually leads to vessel occlusion (GVD). Intimal thickening is due to growth factor-driven proliferation and migration of VSMC after injury of the endothelium (for a review see 12). Clinical observations have shown a close correlation between the frequency as well as the intensity of acute rejection episodes and the incidence of chronic rejection (30–33). It can thus be inferred that one triggering event that eventually leads to chronic rejection is an alloimmune injury of the graft vessels. On the other hand, vascular damage resulting from nonimmunological events, e.g., from ischemia or reperfusion injury, also can lead to intimal thickening and may contribute to late graft loss (12). Taking these considerations into account, a two-pronged approach seems most promising for improving the long-term prospects in allotransplantation. This approach would provide improved immunosuppression, to prevent an alloimmune insult in the first place, combined with measures to prevent VSMC proliferation and/or migration. With respect to the first consideration, we have shown here that SDZ RAD efficiently prevents allograft rejection in the rat; in an accompanying publication (25) we report that in animal models for allotransplantation, SDZ RAD and CsA act in a synergistic manner. This synergism, if proven in humans, offers the chance to increase the efficacy of the immunosuppressive regimen by combining the two drugs, with the prospect of mitigating their respective side effects. We have further shown here that SDZ RAD efficiently inhibits the growth factor-stimulated in vitro proliferation of VSMC cells. Elsewhere we will report (H. Schnurman et al., manuscript in preparation) that SDZ RAD also inhibits in vivo vascular changes that were induced either by mechanical damage (balloon catheter injury) or by an alloimmune reaction (aorta transplantation in an allogeneic setting). We believe that the increased immunosuppressive efficacy of a drug combination composed of CsA and SDZ RAD, combined with the ability of SDZ RAD to inhibit VSMC proliferation, bears the potential for improving the prospects for long-term graft acceptance.

*Acknowledgments.* The authors thank Dr. J. Borel for critical review of the manuscript and comments, and Y. Hartmann, H. Jundt, J. Joergensen, T. Meerloo, U. Strittmatter, M. Tanner, B. Thai, C. Wilt, and C. Wieland for their expert technical assistance.

### REFERENCES

1. Calne RY, Collier DS, Lim S, et al. Rapamycin for immunosuppression in organ allografting. Lancet 1989; 2: 227.

2. Morris RE, Meiser BM. Identification of a new pharmacologic action for an old compound. Med Sci Res 1989; 17: 609.

3. Morris RE. Rapamycins: antifungal, antitumor, antiproliferative, and immunosuppressive macrolides. Transplant Rev 1992; 6: 39.

4. Sehgal SN. Rapamune (sirolimus, rapamycin): an overview and mechanism of action. Ther Drug Monit 1995; 17: 660.

5. Hatfield SM, Mynderse JS, Roehm NW. Rapamycin and FK506 differentially inhibit mast cell cytokine production and cytokine-induced proliferation and act as reciprocal antagonists. J Pharmacol Exp Ther 1992; 261: 970.

6. Hultsch T, Martin R, Hohman RJ. The effects of the immunophilin ligands rapamycin and FK506 on proliferation of mast cells and other hematopoietic cell lines. Mol Biol Cell 1992; 3: 981.

7. Akselband Y, Harding MW, Nelson PA. Rapamycin inhibits spontaneous and fibroblast growth factor β-stimulated proliferation of endothelial cells and fibroblasts. Transplant Proc 1991; 23: 2833.

8. Cao W, Mohacsi P, Shorthouse R, Pratt R, Morris RE. Effects of rapamycin on growth factor-stimulated vascular smooth muscle cell DNA synthesis. Transplantation 1995; 59: 390.

9. Morris RE, Meiser BM, Wu J, Shorthouse R, Wang J. Use of rapamycin for suppression of alloimmune reactions in vivo: schedule dependence, tolerance induction, synergy with cyclosporine and FK506, and effect on host-versus-graft and graft-versus-host reactions. Transplant Proc 1991; 23: 521.

10. Tu Y, Stepkowsky SM, Chou T-C, Kahan BD. The synergistic effects of cyclosporine, sirolimus, and brequinar on heart allograft survival in mice. Transplantation 1995; 59: 177.

11. Martin DF, DeBarge LR, Nussenblatt RB, Chan CC, Roberge FG. Synergistic effect of rapamycin and cyclosporin A in the treatment of experimental autoimmune uveoretinitis. J Immunol 1995; 154: 922.

12. Häyry P, Isoniemi H, Yilmaz S, et al. Chronic allograft rejection. Immunol Rev 1993; 134: 39.

13. Gregory CR, Huie P, Billingham ME, Morris RE. Rapamycin inhibits arterial intimal thickening caused by both alloimmune and mechanical injury. Transplantation 1993; 55: 1409.

14. Gregory CR, Huang X, Pratt RE, et al. Treatment with rapamycin and mycophenolic acid reduces arterial intimal thickening produced by mechanical injury and allows endothelial replacement. Transplantation 1995; 59: 655.

15. Granger DK, Cromwell JW, Chen SC, et al. Prolongation of renal allograft survival in a large animal model by oral rapamycin monotherapy. Transplantation 1995; 59: 183.

16. DiJoseph JF, Fluhler E, Armsrong J, Sharr M, Sehgal SN. Therapeutic blood levels of sirolimus (rapamycin) in the allografted rat. Transplantation 1996; 62: 1109.

17. Kahan BD, Murgia MG, Slaton J, Napoli K. Potential applications of therapeutic drug monitoring of sirolimus immunosuppression in clinical renal transplantation. Ther Drug Monit 1995; 17: 672.

18. Kovarik JM, Mueller EA, van Bree JB, et al. Cyclosporine pharmacokinetics and variability from a microemulsion formulation: multicenter investigation in kidney transplant patients. Transplantation 1994; 58: 1.

19. Taesch S, Niese D. Safety and tolerability of a new oral formulation of cyclosporin A, Sandimmun Neoral, in renal transplant patients. Transpl Int 1994; 7(suppl 1): 263.

20. Mueller EA, Kovarik JM, van Bree JB, Lison AE, Kutz K. Safety and steady-state pharmacokinetics of a new oral formulation of cyclosporin A in renal transplant patients. Transpl Int 1994; 7 (suppl 1): 267.

21. Lamb JR, Eckels DD, Lake P, Woody JN, Green N. Human T cell clones recognize chemically synthesized peptides of influenza haemagglutinin. Nature 1982; 300: 66.

22. Hirsch F, Couderc J, Sapin C, Fournié G, Druet P. Polyclonal effect of HgCl₂ in the rat: its possible role in an experimental

CORD078389

42                                    TRANSPLANTATION                                    Vol. 64, No. 1

antoimmune disease. Eur J Immunol 1982; 12: 620.

23. Dumont FJ, Melino MR, Staruch MJ, Koprak SL, Fischer PA, Sigal NH. The immunosuppressive macrolides FK506 and rapamycin act as reciprocal antagonists in murine T cells. J Immunol 1990; 144: 1418.

24. Druet P, Pelletier L, Rossert J, Druet E, Hirsch F, Sapin C. Autoimmune reactions induced by metals. In: Kammüller ME, Bloksma N, Seinen W, eds. Antoimmunity and toxicology: immune dysregulation induced by drugs and chemicals. Amsterdam: Elsevier Science Publishers, 1989: 347.

25. Schuurman HJ, Cottens S, Fuchs S, et al. SDZ RAD, a new rapamycin derivative: synergism with cyclosporine. Transplantation 1997; 64: 32.

26. Cottens S, Sedrani R. O-Alkylated rapamycin derivatives and their use, particularly as immunosuppressants. PCT International patent application 1994; WO 94/09010-A1. [Chem Abstr 1994; 122: 9774a].

27. Van Duyne JD, Standaert RF, Schreiber SL, Clardy J. Atomic structure of the rapamycin human immunophilin FKBP-12 complex. J Am Chem Soc 1991; 113: 7433.

28. Van Duyne JD, Standaert RF, Karplus PA, Schreiber SL, Clardy J. Atomic structures of the human immunophilin FKBP-12 com-

plexes with FK506 and rapamycin. J Mol Biol 1993; 229: 105.

29. Cottens S, Fehr T, Quesniaux V, Schuler W, Sedrani R, Zenke G. The role of immunophilin binding in the immunosuppressive properties of CsA, FK506 and rapamycin derivatives. Act Chim Ther 1994; 21: 83.

30. Gulanikar AC, MacDonald AS, Sungurtekin U, Belitsky P. The incidence and impact of early rejection episodes on graft outcome in recipients of first cadaver kidney transplants. Transplantation 1992; 53: 323.

31. Basadonna GP, Matas AJ, Gillingham KJ, et al. Relationship between early vs late acute rejection and onset of chronic rejection in kidney transplantation. Transplant Proc 1993; 25: 910.

32. Matas AJ, Gillingham KJ, Payne WD, Najarian JS. The impact of an acute rejection episode on long-term renal allograft survival ($t_{1/2}$). Transplantation 1994; 57: 875.

33. Pirsch JD, Ploeg RJ, Gange S, et al. Determinants of graft survival after renal transplantation. Transplantation 1996; 61: 1581.

Received 16 August 1996.
Accepted 4 April 1997.

---

0041-1337/97/6401-42$03.00/0
TRANSPLANTATION
Copyright © 1997 by Williams & Wilkins

Vol. 64, 42–48, No. 1, July 15, 1997
Printed in U.S.A.

# MECHANISM OF CONCORDANT CORNEAL XENOGRAFT REJECTION IN MICE

## SYNERGISTIC EFFECTS OF ANTI-LEUKOCYTE FUNCTION-ASSOCIATED ANTIGEN-1 MONOCLONAL ANTIBODY AND FK506[1,2]

SATORU YAMAGAMI,[3,4,5] MITSUAKI ISOBE,[6] HIROKO YAMAGAMI,[7] JUNKO HORI,[4] AND TADAHIKO TSURU[4]

Department of Ophthalmology, Jichi Medical School, Kawachi-gun, Tochigi; Department of Ophthalmology, University of Tokyo School of Medicine, Bunkyo-ku, Tokyo; First Department of Internal Medicine, Shinshu University School of Medicine, Matsumoto, Nagano; and Department of Ophthalmology, Tokyo Women's Medical College, Shinjuku-ku, Tokyo, Japan

Background. The mechanisms of corneal xenogeneic immunoreaction, as well as the potential role of immunosuppressive therapy in the suppression of corneal xenograft rejection, have not been thoroughly explored.

[1] This work was supported by grants B06454495 and A08771519 from the Scientific Research Department of the Ministry of Education, Science, and Culture of Japan and by a grant from the Japan National Society for the Prevention of Blindness.

[2] Presented in part at the annual meeting of the Association for Research in Vision and Ophthalmology, Fort Lauderdale, FL, April 24, 1996.

[3] Department of Ophthalmology, Jichi Medical School.

[4] Department of Ophthalmology, University of Tokyo School of Medicine.

[5] Address correspondence to: Satoru Yamagami, MD, Department of Ophthalmology, Jichi Medical School, 3311–1 Yakushiji, Minamikawachi, Kawachi-gun, Tochigi 329–04, Japan.

[6] First Department of Internal Medicine, Shinshu University School of Medicine.

[7] Department of Ophthalmology, Tokyo Women's Medical College.

Methods. BALB/c mice who received orthotopic corneal transplants (Lewis rats donors) were administered intraperitoneally anti-leukocyte function associated antigen-1 (LFA-1) monoclonal antibody (mAb) or FK506 (3 mg/kg/day) or both of these immunosuppressants during a 12-day postoperative period. Histological (hematoxylin-eosin stain) and immunohistochemical evaluations of enucleated eyes were performed. Humoral immune response and delayed-type hypersensitivity (ear-swelling assay) were evaluated.

Results. The mean (±SD) graft survival time in the untreated control, FK506-treated, anti-LFA-1 mAb-treated, and combined-treatment groups were 5.5±0.8, 9.4±4.0, 8.7±5.0, and 67.7±16.4 days, respectively. In the untreated control group, mouse IgG, IgM, and C3 were expressed on the rat corneal grafts during the early postoperative phase. Flow cytometry studies revealed high titers of xenoreactive IgG and IgM antibodies. T helper 1 cytokines were expressed on xenografted corneal beds, and delayed-type hypersen-

CORD078390

# EXHIBIT 16



**Boston Scientific**

*Delivering what's next.*

🇺🇸 United States   | About Us | Newsroom |

**Medical Areas**       **Procedures**       **Products**

Newsroom

News Releases

Guidant Press Releases

Learn More About Us

News Alerts

Multimedia

Education Center

[ Search MediaRoom ]  [ GO ]

News Releases
### Boston Scientific Announces FDA Approval for PROMUS™ Everolimus-Eluting Coronary Stent System
Boston Scientific only company to offer choice of two distinct drugs on separate drug-eluting stent platforms

PRNewswire-FirstCall
NATICK, Mass.
(NYSE:BSX)
Jul 02, 2008

NATICK, Mass., July 2 /PRNewswire-FirstCall/ -- Boston Scientific Corporation (NYSE: BSX) today announced that the U.S. Food and Drug Administration (FDA) has approved the PROMUS™ Everolimus-Eluting Coronary Stent System for the treatment of coronary artery disease. The PROMUS Stent is a private-labeled XIENCE™ V Everolimus-Eluting Coronary Stent System manufactured by Abbott and distributed by Boston Scientific under an agreement executed prior to the 2006 acquisition of the former Guidant Corporation by Boston Scientific. FDA approval clears the way for Boston Scientific to launch the PROMUS Stent immediately in the U.S.

The PROMUS Stent expands Boston Scientific's drug-eluting stent (DES) portfolio, which includes the TAXUS® Express2® Paclitaxel-Eluting Coronary Stent System (in the U.S. and international markets) and the TAXUS® Liberté® Paclitaxel-Eluting Coronary Stent System (in international markets), making Boston Scientific the only company to offer physicians the choice of two distinct drugs (paclitaxel and everolimus) on separate DES platforms.

"The PROMUS Stent has shown outstanding deliverability, low late loss and the potential to reduce the need for re-interventions," said Ted Feldman, M.D., F.S.C.A.I., Director of the Cardiac Catheterization Laboratory at Evanston Northwestern Healthcare in Evanston, Illinois. "These benefits will make the PROMUS Stent an attractive new treatment option for U.S. physicians and their patients."

"FDA approval of the PROMUS Stent fulfills Boston Scientific's promise of an unprecedented two-drug strategy - two distinct drugs on two highly deliverable stent platforms," said Jim Tobin, President and Chief Executive Officer of Boston Scientific. "The PROMUS Stent complements our broad DES portfolio and further reinforces Boston Scientific's leadership in the DES market, as well as our commitment to continued innovation and improved patient outcomes."

The next-generation PROMUS Stent is a highly deliverable stent made from cobalt chromium, which allows for thinner struts without sacrificing strength or visibility. The SPIRIT clinical trials indicate that the combination of the polymer/stent platform and the controlled release of the everolimus drug results in excellent deliverability, a strong safety profile, low levels of late loss and improved efficacy, making the PROMUS (XIENCE V) Stent a valuable addition to the U.S. drug-eluting stent market.

Boston Scientific's PROMUS Stent and Abbott's XIENCE V Stent are identical products sold by the respective companies under different brand names. The PROMUS (XIENCE V) Stent is indicated for improving coronary luminal diameter in patients with symptomatic heart disease due to de novo native coronary artery lesions (up to 28 mm long) with reference vessel diameter of 2.5 to 4.0 mm.

As a result of agreements related to its acquisition of Guidant in 2006, Boston Scientific shares the rights to everolimus-eluting stent technologies with Abbott, including the XIENCE V Everolimus-Eluting Coronary Stent System (marketed by Boston Scientific as

CORD019906

the PROMUS Stent). The Company will continue to market its internally developed paclitaxel-eluting TAXUS Stent Systems, which have been the worldwide DES market leaders, implanted in more than four million people. Boston Scientific is also developing paclitaxel- eluting, everolimus-eluting and bare-metal versions of its third-generation Element™ Stent, which uses a unique platinum-enriched alloy.

The PROMUS Stent is currently for sale in Europe and certain other international markets. TAXUS and PROMUS are trademarks of Boston Scientific Corporation or its affiliates. XIENCE is a trademark of the Abbott Laboratories group of companies. SPIRIT is sponsored by Abbott. The TAXUS Liberte Paclitaxel-Eluting Coronary Stent System is pending approval by the FDA and is not available for sale in the United States.

Boston Scientific is a worldwide developer, manufacturer and marketer of medical devices whose products are used in a broad range of interventional medical specialties. For more information, please visit: http://www.bostonscientific.com/.

Cautionary Statement Regarding Forward-Looking Statements

This press release contains forward-looking statements within the meaning of Section 21E of the Securities Exchange Act of 1934. Forward-looking statements may be identified by words like "anticipate," "expect," "project," "believe," "plan," "estimate," "intend" and similar words. These forward- looking statements are based on our beliefs, assumptions and estimates using information available to us at the time and are not intended to be guarantees of future events or performance. These forward-looking statements include, among other things, statements regarding our product performance, regulatory approval of our products, competitive offerings, our growth strategy, and our market position. If our underlying assumptions turn out to be incorrect, or if certain risks or uncertainties materialize, actual results could vary materially from the expectations and projections expressed or implied by our forward-looking statements. These factors, in some cases, have affected and in the future (together with other factors) could affect our ability to implement our business strategy and may cause actual results to differ materially from those contemplated by the statements expressed in this press release. As a result, readers are cautioned not to place undue reliance on any of our forward-looking statements.

Factors that may cause such differences include, among other things: future economic, competitive, reimbursement and regulatory conditions; new product introductions; demographic trends; intellectual property; litigation; financial market conditions; and, future business decisions made by us and our competitors. All of these factors are difficult or impossible to predict accurately and many of them are beyond our control. For a further list and description of these and other important risks and uncertainties that may affect our future operations, see Part I, Item 1A - Risk Factors in our most recent Annual Report on Form 10-K filed with the Securities and Exchange Commission, which we may update in Part II, Item 1A - Risk Factors in Quarterly Reports on Form 10-Q we have filed or will file thereafter. We disclaim any intention or obligation to publicly update or revise any forward- looking statements to reflect any change in our expectations or in events, conditions, or circumstances on which those expectations may be based, or that may affect the likelihood that actual results will differ from those contained in the forward-looking statements. This cautionary statement is applicable to all forward-looking statements contained in this document.

```
CONTACT: Paul Donovan
         508-650-8541 (office)
         508-667-5165 (mobile)
         Media Relations
         Boston Scientific Corporation

         Larry Neumann
         508-650-8696 (office)
         Investor Relations
         Boston Scientific Corporation
```

SOURCE: Boston Scientific Corporation

CONTACT: Media Relations, Paul Donovan, +1-508-650-8541 (office),

CORD019907

+1-508-667-5165 (mobile), or Investor Relations, Larry Neumann,
+1-508-650-8696 (office), both of Boston Scientific Corporation

Web site: http://www.bostonscientific.com/

✉ Email Page  🖶 Print

Medical Areas | Procedures | Products | About Us | Newsroom | Investor Relations | Careers | Reimbursement | FAQ | Sitemap | Contact Us
| Copyright Notice | Privacy Policy | Terms And Conditions | U.S. Health Information Policy (HIPPA)

CORD019908

# EXHIBIT 17

# EXHIBIT REDACTED

# EXHIBIT 18

# EXHIBIT REDACTED

# EXHIBIT 19

# EXHIBIT REDACTED

# EXHIBIT 20

# EXHIBIT REDACTED

# EXHIBIT 21

# EXHIBIT REDACTED

# EXHIBIT 22

# EXHIBIT REDACTED

# EXHIBIT 23

# EXHIBIT REDACTED

# EXHIBIT 24

# EXHIBIT REDACTED

# EXHIBIT 25

# EXHIBIT REDACTED

# EXHIBIT 26

# EXHIBIT REDACTED