# EXHIBIT 27

# ANTONIOS G. MIKOS

## Curriculum Vitae

### Education

Ph.D. (Ch.E.), Purdue University, 1988
M.S.Ch.E., Purdue University, 1985
Dipl.Ch.E., Aristotle University of Thessaloniki, Greece, 1983

### Professional Experience

| | |
|---|---|
| 2008- | Louis Calder Professor of Bioengineering and Chemical and Biomolecular Engineering, Departments of Bioengineering and Chemical and Biomolecular Engineering, Rice University |
| 1999-2008 | John W. Cox Professor of Bioengineering and Chemical and Biomolecular Engineering, Departments of Bioengineering and Chemical and Biomolecular Engineering, Rice University |
| 1999- | Director of John W. Cox Laboratory for Biomedical Engineering, Rice University |
| 1999- | Director of Center for Excellence in Tissue Engineering, Rice University |
| 2002- | Adjunct Professor, Department of Oral and Maxillofacial Surgery, University of Texas Health Science Center at Houston |
| 1996-1999 | Associate Professor of Bioengineering and Chemical Engineering, Departments of Bioengineering and Chemical Engineering, Rice University |
| 1998 | Visiting Associate Professor of Pharmaceutics and Pharmaceutical Chemistry, Center for Controlled Chemical Delivery, University of Utah |
| 1998 | Visiting Associate Professor of Biology and Pathology, Departments of Biology and Pathology, Case Western Reserve University |
| 1992-1996 | T.N. Law Assistant Professor of Chemical Engineering and Bioengineering, Department of Chemical Engineering, Rice University |
| 1990-1991 | Research Associate, Department of Chemical Engineering, Massachusetts Institute of Technology, and Department of Surgery, The Children's Hospital of Boston, Harvard Medical School |
| 1989 | Research Associate, Management of Chemistry Laboratories, Greek Navy |
| 1988 | Research Associate, Chemical Process Engineering Research Institute, Thessaloniki, Greece |
| 1983-1988 | Research Assistant, Purdue University |
| 1982 (Sum.) | Research Assistant, Center for Chemical Research, Bratislava, Czechoslovakia |

### Awards

| | |
|---|---|
| 2008 | Outstanding Chemical Engineer Award, Purdue University |
| 2008 | Distinguished Scientist Award, Houston Society for Engineering in Medicine and Biology |

A616

| | |
|---|---|
| 2007 | Alpha Chi Sigma Award for Chemical Engineering Research, American Institute of Chemical Engineers |
| 2007 | Robert A. Pritzker Distinguished Lecturer Award, Biomedical Engineering Society |
| 2007 | Edith and Peter O'Donnell Award in Engineering, The Academy of Medicine, Engineering and Science of Texas |
| 2007 | Oral Abstract Scientific Presentation Award, Annual Meeting of the American Association of Oral and Maxillofacial Surgeons |
| 2005 | Marshall R. Urist Award for Excellence in Tissue Regeneration Research, Orthopaedic Research Society |
| 2003 | Huygens Lecturer Award, Netherlands Organization for Scientific Research |
| 2003 | Innovation Award, Advanced Materials Research Center, Singapore |
| 2001 | Clemson Award for Contributions to the Literature, Society For Biomaterials |
| 2000 | Best Poster Award, Materials Research Society Fall Meeting |
| 2000 | Phoenix Pharmazie-Wissenschaftspreis (Pharmaceutical Science Award) |
| 2000 | Fellow, International Union of Societies for Biomaterials Science and Engineering |
| 2000 | Hershel M. Rich Invention Award, Rice University |
| 1999 | Fellow, American Institute for Medical and Biological Engineering |
| 1998 | Young Investigator Research Achievement Award, Controlled Release Society |
| 1997 | Hershel M. Rich Invention Award, Rice University |
| 1996 | Outstanding Young Investigator Award, Materials Research Society |
| 1996 | FIRST Award, National Institutes of Health |
| 1995 | Hershel M. Rich Invention Award, Rice University |
| 1994 | Whitaker Young Investigator Award, Biomedical Engineering Society |
| 1994 | Johnson & Johnson Medical Outstanding Young Scientist Award, Houston Society for Engineering in Medicine and Biology |
| 1991 | Victor K. LaMer Award for Outstanding Ph.D. Thesis, American Chemical Society |
| 1988, 1985 | Sigma Xi Student Research Competition Award |
| 1983 | Technical Chamber of Greece Award |

**Endowed/Honorary Lectureships**

| | |
|---|---|
| 2008 | Keynote Lecturer, International Conference on Research Strategy of Tissue Engineering, Jinan, China |
| 2008 | Keynote Lecturer, Tenth International Symposium on Biomineralization, Lianyungang, China |
| 2008 | Keynote Lecturer, Annual Symposium of Baylor College of Medicine Medical Scientist Training Program, Galveston, Texas |
| 2008 | Keynote Lecturer, World Biomaterials Congress, Amsterdam, The Netherlands |
| 2008 | Keynote Lecturer, Tenth Anniversary Celebration of Korean Tissue Engineering and Regenerative Medicine Society Meeting, Seoul, Korea |
| 2008 | Robert A. Pritzker Distinguished Lecturer, Illinois Institute of Technology, Chicago, Illinois |

A617

| | |
|---|---|
| 2007 | Keynote Lecturer, Annual Meeting of the Dutch Society for Biomaterials and Tissue Engineering, Lunteren, The Netherlands |
| 2007 | Centenary Seminar Series Lecturer, Imperial College, London, England |
| 2007 | James Gibb Johnson Distinguished Visiting Lecturer, University of Tennessee Health Science Center, Memphis, Tennessee |
| 2007 | Keynote Lecturer, Third Marie Curie Cutting Edge InVENTS Conference, Madeira, Portugal |
| 2006 | Keynote Lecturer, International Conference on Biomedical and Pharmaceutical Engineering, Singapore |
| 2006 | Keynote Lecturer, Annual Meeting of Japanese Society for Tissue Engineering, Kyoto, Japan |
| 2006 | Keynote Lecturer, Symposium on Nanomedicine and Tissue Engineering in Memory of Professor C.J. Lee, National Tsing Hua University, Hsinchu, Taiwan |
| 2006 | Koret Foundation Lecturer, University of California Davis, Sacramento, California |
| 2006 | Keynote Lecturer, First Marie Curie Cutting Edge InVENTS Conference, Madeira, Portugal |
| 2006 | Keynote Lecturer, Rebuilding Humans: The Seattle Tissue Engineering Initiative Symposium, Seattle, Washington |
| 2005 | Keynote Lecturer, Annual Meeting of Tissue Engineering Society International, Shanghai, China |
| 2005 | Keynote Lecturer, International Conference on Materials for Advanced Technologies, Singapore |
| 2004 | Procter and Gamble Lecturer, Iowa State University, Ames, Iowa |
| 2004 | Roger Malkin Distinguished Lecturer, Mississippi State University, Mississippi State, Mississippi |
| 2003 | Keynote Lecturer, First International Conference on Epithelial Technologies and Tissue Engineering, Singapore |
| 2002 | Keynote Lecturer, Annual Meeting of the Dutch Society for Biomaterials and Tissue Engineering, Lunteren, The Netherlands |
| 2000 | Keynote Lecturer, Research Council Meeting of Japan Society of Plastic and Reconstructive Surgery, Nagoya, Japan |
| 2000 | Keynote Lecturer, Annual Meeting of Japan Society of Drug Delivery System, Akita, Japan |
| 1999 | Distinguished Lecturer, University of Maryland, College Park, Maryland |
| 1999 | Keynote Lecturer, Academy of Dental Materials Annual Meeting, Tempe, Arizona |
| 1998 | Keynote Lecturer, Bionic Design Workshop, Tsukuba, Japan |
| 1995 | Keynote Lecturer, First International Congress on Cellular Therapy & Tissue Engineering, Washington, D.C. |

## Honors

| | |
|---|---|
| 2008 | Chair, Third Aegean Conference on Tissue Engineering, Rhodes, Greece |
| 2008 | Invited Lecturer, A Celebration of Excellence in Scientific and Engineering Achievement on the Occasion of Nicholas Peppas' 60th Birthday, Austin, Texas |

11/10/08

| | |
|---|---|
| 2008 | Invited Lecturer, Conference on Regenerative Endodontics, Nova Southeastern University, Fort Lauderdale, Florida |
| 2007 | Invited Lecturer, Integrated Research Team Meeting on Nanotechnology Solutions for Long-Term Implantable Devices, Houston, Texas |
| 2007 | Invited Lecturer, International Bone Fluid Flow Workshop, New York, New York |
| 2007 | Invited Lecturer, Symposium on Musculoskeletal Biology, Stem Cells and Clinical Translation: A Celebration of Arnold Caplan's 65th Birthday, Cleveland, Ohio |
| 2006 | Invited Lecturer, International Collaborative Symposium on Stem Cell Research, Seoul, Korea |
| 2006 | Invited Lecturer, US-Japan Joint Topical Conference on Medical Engineering, Drug Delivery Systems and Therapeutic Systems, Annual AIChE Meeting, San Francisco, California |
| 2006 | Chair, Annual Meeting and Exposition of Controlled Release Society, Vienna, Austria |
| 2006 | Invited Lecturer, Conference Celebrating Thirty Years of Robert Langer's Science, Cambridge, Massachusetts |
| 2006 | Author of One of Twenty-Five Best Papers Published in Biomaterials 1980-2004 |
| 2006 | Research Advisor of Sallyport Award, Association of Rice Alumni |
| 2006 | Research Advisor of Distinguished Senior Award, Rice Engineering Alumni Association |
| 2006 | Invited Lecturer, Regenerate World Congress on Tissue Engineering and Regenerative Medicine, Pittsburgh, Pennsylvania |
| 2006 | Invited Lecturer, Scientific Conference of Society for Physical Regulation in Biology and Medicine, Cancun, Mexico |
| 2006 | Invited Lecturer, International Cartilage Repair Society Symposium, San Diego, California |
| 2005 | Invited Lecturer, Pharmaceutical Sciences Symposium Honoring the Career of Professor Joseph R. Robinson, University of Wisconsin, Madison, Wisconsin |
| 2005 | Invited Lecturer, Texas/United Kingdom Symposium on Medicine and Medical Devices, Rice University |
| 2005 | Invited Lecturer, International Bone Fluid Flow Workshop, New York, New York |
| 2005 | Research Advisor of First Prize in Keck Center Annual Research Conference Poster Contest, Gulf Coast Consortia |
| 2005 | Invited Lecturer, Symposium on New Trends in Biomaterials-Tissue Engineering, National University of Singapore, Singapore |
| 2005 | Chair, Second Aegean Conference on Tissue Engineering, Crete, Greece |
| 2005 | Research Advisor of Graduate Student Award for Outstanding Research, Society For Biomaterials |
| 2005 | Invited Lecturer, Tissue Engineering: The Next Generation Workshop, Cambridge, Massachusetts |
| 2005 | Invited Lecturer, International Symposium on Recent Advances in Drug Delivery Systems, Salt Lake City, Utah |
| 2004 | Invited Lecturer, Fall Meeting of the Materials Research Society, Boston, Massachusetts |

A619

| | |
|---|---|
| 2004 | Invited Lecturer, Southeastern Regional Meeting of the American Chemical Society, Research Triangle Park, North Carolina |
| 2004 | Invited Lecturer, Annual Meeting of the American Institute of Chemical Engineers, Austin, Texas |
| 2004 | Research Advisor of Ralph Budd Award for Best Engineering Ph.D. Thesis, Rice University |
| 2004 | Research Advisor of James S. Waters Creativity Award, Rice University |
| 2004 | Invited Lecturer, First Biennial Symposium on Tissue Engineering and Regeneration, University of Michigan, Ann Arbor |
| 2004 | Invited Lecturer, European Symposium on Controlled Drug Delivery, Noordwijk aan Zee, The Netherlands |
| 2004 | Invited Lecturer, United Kingdom/Texas Symposium on Tissue Engineering and Regenerative Medicine, Imperial College, London, England |
| 2004 | Invited Lecturer, National American Chemical Society Meeting, Anaheim, California |
| 2004 | Invited Lecturer, Annual Meeting of the International Association for Dental Research, Honolulu, Hawaii |
| 2003 | Invited Lecturer, American Institute of Chemical Engineers Annual Meeting, San Francisco, California |
| 2003 | Invited Lecturer, Symposium Tissue Engineering, Netherlands Technology Foundation, Ede, The Netherlands |
| 2003 | Invited Lecturer, International Bone Fluid Flow Workshop, Cleveland, Ohio |
| 2003-2007 | Member, National Institute of Dental and Craniofacial Research Special Grants Review Committee |
| 2003 | Chairperson, Center for Scientific Review Special Emphasis Panel on Advanced Biomaterials, National Institutes of Health |
| 2003 | Invited Lecturer, Annual Meeting of Orthopaedic Research Society, New Orleans, Louisiana |
| 2002 | Invited Lecturer, Polymers in Medicine and Biology: 2002, Rohnert Park, California |
| 2002 | Chair, Engineering in Medicine and Biology Society - Biomedical Engineering Society Joint Conference, Houston, Texas |
| 2002 | Invited Lecturer, International Conference on Bone Morphogenetic Proteins, Sacramento, California |
| 2002 | Invited Lecturer, Smith & Nephew International Symposium on Translating Tissue Engineering into Products, Atlanta, Georgia |
| 2002 | Invited Lecturer, Annual Meeting of the Controlled Release Society, Seoul, Korea |
| 2002 | Chair, Aegean Conference on Tissue Engineering Science, Myconos, Greece |
| 2002 | Research Advisor of Ralph Budd Award for Best Engineering Ph.D. Thesis, Rice University |
| 2002 | Research Advisor of Graduate Student Award for Outstanding Research, Society For Biomaterials |
| 2002 | Research Advisor of Tissue Engineering Special Interest Group Student Award, Society For Biomaterials |
| 2002 | Invited Lecturer, Edward C. Hinds Symposium on Contemporary Oral and Maxillofacial Surgery, Houston, Texas |

A620

11/10/08

| | |
|---|---|
| 2002 | Invited Lecturer, Annual Meeting of the Society For Biomaterials, Tampa, Florida |
| 2002 | Invited Lecturer, Annual Meeting of the American Association of Anatomists, New Orleans, Louisiana |
| 2002 | Invited Lecturer, Engineering Tissue Growth International Conference and Exposition, Pittsburgh, Pennsylvania |
| 2002 | Invited Lecturer, Biomaterials - The Next Frontiers Conference, University of Delaware, Newark, Delaware |
| 2002 | Invited Lecturer, Foundation for Research and Technology Hellas Conference, Metsovo, Greece |
| 2002 | Invited Lecturer, American Association of Pharmaceutical Scientists Workshop, Arlington, Virginia |
| 2001 | Invited Lecturer, Annual Conference on Regenerative Medicine: Rebuilding the Human Body, Washington, D.C. |
| 2001 | Invited Panelist, Bioengineering Consortium Symposium on Regenerative Medicine: Growing Tissues and Organs, National Institutes of Health |
| 2001 | Research Advisor of Best Poster Award, Baylor College of Medicine M.D./Ph.D. Symposium |
| 2001 | Research Advisor of James S. Waters Creativity Award, Rice University |
| 2001 | Invited Lecturer, Human Genome Odyssey Conference: The Science, Business, Law and Ethics of Engineering Human Life, Akron, Ohio |
| 2001 | Invited Lecturer, Engineering Tissue Growth International Conference and Exposition, Pittsburgh, Pennsylvania |
| 2000 | Chair, Materials Research Society Fall Meeting, Boston, Massachusetts |
| 2000 | Invited Lecturer, International Symposium on Tissue Engineering for Therapeutic Use, Tsukuba, Japan |
| 2000 | Research Advisor of Best Paper Award, Texas Medical Scientist Training Program Conference |
| 2000 | Invited Lecturer, Council for the Advancement of Science Writing Annual Briefing, Houston, Texas |
| 2000 | Invited Lecturer, Surfaces in Biomaterials, Scottsdale, Arizona |
| 2000 | Invited Lecturer, International Symposium on Biomaterials and Drug Delivery Systems, Cheju Island, Korea |
| 2000 | Research Advisor of Graduate/Postdoc Award on Innovative Aspects of Controlled Drug Release, Controlled Release Society-Capsugel |
| 2000 | Invited Lecturer, International Conference on Bone Morphogenetic Proteins, Lake Tahoe, California |
| 2000 | Invited Lecturer, Croucher Advanced Study Institute on Engineering of Musculoskeletal Tissues, Kowloon, Hong Kong |
| 2000 | Invited Lecturer, European Symposium on Controlled Drug Delivery, Noordwijk aan Zee, The Netherlands |
| 2000 | Invited Lecturer, Translation of Biomaterials Research into Biotechnology Symposium, University of Chicago, Chicago, Illinois |
| 2000 | Invited Lecturer, Annual Meeting of Orthopaedic Research Society and American Academy of Orthopaedic Surgeons, Orlando, Florida |
| 2000 | Alessandro Codivilla Lecturer, Association for the Study and Application of the Methods of Ilizarov Annual Scientific Meeting, Orlando, Florida |

A621

11/10/08

| | |
|---|---|
| 2000 | Invited Lecturer, Research Initiatives Conference in Vascular Disease, Bethesda, Maryland |
| 1999 | Invited Lecturer, BioValley Tissue Engineering Symposium, Freiburg, Germany |
| 1999 | Invited Lecturer, Asia-Pacific Conference on Medical and Biological Engineering, Seoul, Korea |
| 1999 | Invited Lecturer, Gordon Research Conference on Tissue Engineering, Biomaterials, and Biocompatibility, Plymouth, New Hampshire |
| 1999 | Member, Biomimetics and Tissue Engineering in the Restoration of Orofacial Tissues Study Section, National Institutes of Health |
| 1999 | Invited Lecturer, Congress on In Vitro Biology, New Orleans, Louisiana |
| 1999 | Member, Dental, Oral and Craniofacial Health Technology Forum, National Institute of Dental and Craniofacial Research/Food and Drug Administration |
| 1999 | Invited Lecturer, International Workshop on Calcified Tissues, Eilat, Israel |
| 1998 | Research Advisor of Graduate Student Award for Outstanding Research, Society For Biomaterials |
| 1998 | Research Advisor of Excellence in Science Dissertation Award for Best Ph.D. Thesis, Sigma Xi |
| 1998 | Research Advisor of Graduate Student Award for Best Paper, Southern Biomedical Engineering Conference |
| 1998 | Member, Functional Biomaterials Panel, Bioengineering Consortium Symposium, National Institutes of Health |
| 1998 | Invited Lecturer, Association of Bone and Joint Surgeons Orthopaedic Tissue Engineering Workshop, Tampa, Florida |
| 1998 | Invited Lecturer, International Business Communications Industry Symposium on Advancements in Tissue Engineering, Boston, Massachusetts |
| 1997-2000 | Ad Hoc Member, Oral Biology and Medicine Study Section, National Institutes of Health |
| 1997 | Invited Lecturer, Workshop on Tissue Based Biosensors, Defense Advanced Research Projects Agency, Ashburn, Virginia |
| 1997 | Invited Lecturer, Annual Symposium of Macromolecular Science and Engineering Center, The University of Michigan, Ann Arbor, Michigan |
| 1997 | Invited Lecturer, Medical Textiles Conference, Clemson University, Clemson, South Carolina |
| 1997 | Invited Lecturer, Portland Bone Symposium, Portland, Oregon |
| 1997 | Invited Lecturer, First Smith & Nephew International Symposium on Advances in Tissue Engineering and Biomaterials, York, England |
| 1997 | Research Advisor of Graduate Student Award for Outstanding Research, Society For Biomaterials |
| 1997 | Research Advisor of Selected Excellence Paper, Society For Biomaterials |
| 1997 | Research Advisor of Ralph Budd Award for Best Engineering Ph.D. Thesis, Rice University |
| 1997 | Research Advisor of Ph.D. Thesis Award, Sigma Xi |
| 1997 | Research Advisor of James S. Waters Creativity Award, Rice University |
| 1997 | Invited Lecturer, International Symposium on Recent Advances in Drug Delivery Systems, Salt Lake City, Utah |

A622

| | |
|---|---|
| 1997 | Research Advisor of Poster Award, Houston Society for Engineering in Medicine and Biology |
| 1996-1998 | Member, Clinical Sciences Special Emphasis Panel, Muscular, Skeletal, and Dental Initial Review Group, National Institutes of Health |
| 1996 | Research Advisor of Excellence in Bioengineering, Dr. William B. Walsh Award, Advanced Tissue Sciences |
| 1996 | Research Advisor of James S. Waters Creativity Award, Rice University |
| 1996 | Research Advisor of Honorable Mention, Poster Award, Houston Society for Engineering in Medicine and Biology |
| 1996 | Member, Workshop on Biomimetics, Tissue Engineering, and Biomaterials, National Institute of Dental Research |
| 1996 | Invited Lecturer, International Symposium on Endocrine Cell Transplantation and Genetic Engineering, Giessen, Germany |
| 1995 | Invited Lecturer, Taniguchi Conference on the Tissue Engineering with the Use of Biomedical Polymers, Kyoto, Japan |
| 1995 | Invited Lecturer, International Business Communications Conference on Tissue Engineering and Repair, Washington, D.C. |
| 1995 | Research Advisor of Distinguished Contribution, BFGoodrich Collegiate Inventors Program |
| 1995 | Research Advisor of Best Undergraduate Polymer Research, POLYED Award, American Chemical Society |
| 1995 | Founding Member, Tissue Engineering Society |
| 1995 | Invited Lecturer, American Society for Artificial Internal Organs Conference, Chicago, Illinois |
| 1995 | Ad Hoc Member, Biomedical Research Technology Review Committee, National Institutes of Health |
| 1995 | Invited Lecturer, American Association for the Advancement of Science Meeting, Atlanta, Georgia |
| 1995 | Research Advisor of Best Poster, Intermedics Award, Houston Society for Engineering in Medicine and Biology |
| 1994 | Invited Lecturer, Surfaces in Biomaterials, Scottsdale, Arizona |
| 1994 | Invited Lecturer, World Congress of Biomechanics, Amsterdam, The Netherlands |
| 1994 | Invited Lecturer, International ITV Conference on Biomaterials, Denkendorf, Germany |
| 1993 | Research Advisor of Best Undergraduate Polymer Research, POLYED Award, American Chemical Society |
| 1993 | Research Advisor of James S. Waters Creativity Award, Rice University |
| 1993 | Invited Lecturer, Monte Verità Conference, Ascona, Switzerland |
| 1992 | Invited Lecturer, Jerusalem Conference on Pharmaceutical Sciences and Clinical Pharmacology, Jerusalem, Israel |
| 1992 | Invited Lecturer, Hispanic and Hispanic-Portuguese Congress on Biotechnology, Santiago de Compostela, Spain |

**Editorial Boards**

Tissue Engineering Part A (1995-), **Editor-in-Chief** (1995-)

- 8 -

Tissue Engineering Part B: Reviews (2008-), **Editor-in-Chief** (2008-)
Tissue Engineering Part C: Methods (2008-), **Editor-in-Chief** (2008-)
Advanced Drug Delivery Reviews (2004-)
Biomaterials (1994-), Special Issues Editor (1998-2007), Guest Editor of Two Special Issues on
  Tissue Engineering (1996)
Cell Transplantation (1994-)
Electronic Journal of Biotechnology (1997-)
Journal of Biomaterials Science, Polymer Edition (1996-), Guest Editor of Three Special Issues
  on Cells at Interfaces (1998)
Journal of Biomedical Materials Research (1996-)
Journal of Biomedical Materials Research, Applied Biomaterials (2003-)
Journal of Controlled Release (2000-)
Journal of Drug Targeting (1999-2003)
Journal of Tissue Engineering and Regenerative Medicine (2007-)
Annual Review of Biomedical Engineering, Volume 5 (2003)
Tissue Engineering Intelligence Unit, R.G. Landes Company and Academic Press (1995-)
Tissue Engineering Series, Birkhäuser/Springer (1996-)

**Academic Advisory Boards**

Carnegie Mellon University, Institute for Complex Engineered Systems (2008-)
Radboud University Nijmegen, Nijmegen Centre for Molecular Life Sciences (2005)
The Cleveland Clinic Foundation, Clinical Tissue Engineering Center (2004-)
National Tissue Engineering Center (2003-)
University of Michigan, Tissue Engineering and Regeneration Training Program (2002-)
University of Utah, Department of Bioengineering (1999)
Purdue University, Tissue Engineering (1998-2002)
Baylor College of Medicine/Rice University, Medical Scientist Training Program
    Faculty Operating Committee Member (1995-)
    Executive Committee Member (2006-)
The University of Texas Health Science Center at Houston, Dental Branch (1993-)

**Scientific Advisory Committees**

International Conference on Materials for Advanced Technologies, Singapore (2009)
Annual Conference of Tissue Engineering and Regenerative Medicine International Society –
  Asia Pacific Region, Taipei, Taiwan (2008)
International Conference on Smart Materials, Structures and Systems, Acireale, Sicily, Italy
  (2008)
International Conference on Advances in Bioresorbable Biomaterials for Tissue Engineering,
  Singapore (2008)
European Symposium on Controlled Drug Delivery, Noordwijk Aan Zee, The Netherlands
  (2006-)
First Marie Curie Cutting Edge InVENTS Conference on New Developments on Polymers for
  Tissue Engineering, Replacement and Regeneration, Madeira, Portugal (2006)
Annual Meeting of Society For Biomaterials, Pittsburgh, Pennsylvania (2006)

Aegean Conferences (2005-)
Annual Meeting of Tissue Engineering Society International, Shanghai, China (2005)
Summer School on Emerging Technologies in Biomedicine, University of Patras, Greece (2005-)
Marcus Evans Conferences (2003-)
International Conference on Materials for Advanced Technologies, Singapore (2003)
Engineering Tissue Growth International Conference and Exposition, Pittsburgh, Pennsylvania (2003)
Cell-Based Therapies and Tissue Engineering Short Course, Case Western Reserve University, Cleveland, Ohio (2002-)
NATO Advanced Study Institute on Polymer Based Systems on Tissue Engineering, Replacement and Regeneration, Alvor, Portugal (2001)
International Symposium on Frontiers in Biomedical Polymers Including Polymer Therapeutics, Shiga, Japan (1999)

**Professional Societies**

American Institute for Medical and Biological Engineering (AIMBE)
American Institute of Chemical Engineers (AIChE)
    Chair of Area 15d/e Engineering Fundamentals in Life Science (1997-99), Vice Chair (1995-97); Chair of Area 8b Biomaterials (1994-96), Vice-Chair (1992-94)
Association for Research in Vision and Ophthalmology (ARVO)
Society For Biomaterials (SFB)
    Chair of Hybrid Artificial Organs Special Interest Group (1993-95); Member-at-Large (2004-2005); Delegate in International Union of Societies for Biomaterials Science and Engineering (2004-); Secretary/Treasurer-Elect (2007-)
Biomedical Engineering Society (BMES)
Controlled Release Society (CRS)
    Global Network Team (1994-96); Chair of Workshop Committee (1996-98)
Materials Research Society (MRS)
    External Affairs Committee (1995-2003); Chair of 2000 Fall MRS Meeting
Tissue Engineering and Regenerative Medicine International Society (TERMIS)
    Continental Chair-Elect of TERMIS-North America (2005-)
Tissue Engineering Society International (TESi)
    Founding Member; Clerk/Secretary (1996-1998); Vice-President (1998-2000); Member Governor (2003-2005)
Orthopaedic Research Society
    Chair of Biomaterials Topic Committee (2005-2006)
International Association for Dental Research (IADR)
Cell Transplant Society
American Chemical Society (ACS)
American Association for the Advancement of Science (AAAS)
The New York Academy of Sciences
Houston Society for Engineering in Medicine and Biology (HSEMB)
    Steering Committee (1995-97)
Technical Chamber of Greece
Greek Chemical Engineers Association

A625

Greek Polymer Society
Sigma Xi

**Registered Professional Engineer**

Technical Chamber of Greece (1983-)

**Books**

1. A.G. Mikos, R. Murphy, H. Bernstein, and N.A. Peppas, "Biomaterials for Drug and Cell Delivery," MRS Symposium Proceedings, Vol. 331, Materials Research Society, Pittsburgh, 1994.
2. A.G. Mikos, K.W. Leong, M.J. Yaszemski, J.A. Tamada, and M.L. Radomsky, "Polymers in Medicine and Pharmacy," MRS Symposium Proceedings, Vol. 394, Materials Research Society, Pittsburgh, 1995.
3. N.A. Peppas, D.J. Mooney, A.G. Mikos, and L. Brannon-Peppas, "Biomaterials, Carriers for Drug Delivery, and Scaffolds for Tissue Engineering," American Institute of Chemical Engineers, New York, 1997.
4. R.C. Thomson, D.J. Mooney, K.E. Healy, Y. Ikada, and A.G. Mikos, "Biomaterials Regulating Cell Function and Tissue Development," MRS Symposium Proceedings, Vol. 530, Materials Research Society, Pittsburgh, 1998.
5. C.W. Patrick, Jr., A.G. Mikos, and L.V. McIntire, "Frontiers in Tissue Engineering," Elsevier Science, New York, 1998.
6. D.L. Wise, A. Klibanov, R. Langer, A.G. Mikos, L. Brannon-Peppas, N.A. Peppas, D.J. Trantolo, G.E. Wnek, and M.J. Yaszemski, "Handbook of Pharmaceutical Controlled Release Technology," Marcel Dekker, New York, 2000.
7. A.G. Mikos, "NWO I Huygens Lecture 2003: Tissue Engineering," Netherlands Organization for Scientific Research, The Hague, 2003.
8. F. Bronner, M.C. Farach-Carson, and A.G. Mikos, "Engineering of Functional Skeletal Tissues," Topics in Bone Biology, Vol. 3, Springer-Verlag, London, 2007.
9. J.P. Fisher, A.G. Mikos, and J.D. Bronzino, "Tissue Engineering," CRC Press, Boca Raton, 2007.
10. J.J. Mao, G. Vunjak-Novakovic, A.G. Mikos, and A. Atala, "Translational Approaches in Tissue Engineering and Regenerative Medicine," Artech House, Norwood, 2008.
11. J.S. Temenoff and A.G. Mikos, "Biomaterials: The Intersection of Biology and Materials Science," Pearson Prentice Hall, Upper Saddle River, 2008.

**Journal Special Issues and Book Sections**

1. A.G. Mikos, "Polymer Scaffolding and Hard Tissue Engineering," *Biomaterials,* Special Issue I on Tissue Engineering, Vol. 17, No. 2, 1996.
2. A.G. Mikos, "Tissue Technologies and Soft Tissue Engineering," *Biomaterials,* Special Issue II on Tissue Engineering, Vol. 17, No. 3, 1996.
3. T.A. Horbett, A.G. Mikos, and D.J. Mooney, *J. Biomater. Sci., Polym. Ed.,* Special Issue I on Cells at Interfaces, Vol. 9, No. 8, 1998.

4.   T.A. Horbett, A.G. Mikos, and D.J. Mooney, *J. Biomater. Sci., Polym. Ed.*, Special Issue II on Cells at Interfaces, Vol. 9, No. 11, 1998.

5.   T.A. Horbett, A.G. Mikos, and D.J. Mooney, *J. Biomater. Sci., Polym. Ed.*, Special Issue III on Cells at Interfaces, Vol. 9, No. 12, 1998.

6.   T.A. Horbett, A.G. Mikos, and D.J. Mooney, *J. Biomater. Sci., Polym. Ed.*, Special Issue IV on Cells at Interfaces, Vol. 10, No. 2, 1999.

7.   A.G. Mikos, "Section Five: Active Implants" (Four Chapters), in *Handbook of Biomaterials Evaluation,* 2nd ed., A.F. von Recum, Ed., Taylor & Francis, Philadelphia, 1999, pp. 383-460.

8.   Y.H. Bae and A.G. Mikos, *Adv. Drug Deliv. Rev.*, Special Issue on Cells as Drug Delivery Platforms, Vol. 42, Nos. 1-2, 2000.

9.   D.J. Mooney and A.G. Mikos, *J. Drug Target.*, Special Issue on Tissue Engineering, Vol. 9, No. 6, 2001.

10.  J.P. Fisher and A.G. Mikos, "Tissue Engineering" (Thirty-Three Chapters), in *Tissue Engineering and Artificial Organs,* The Biomedical Engineering Handbook, Vol. 3, 3rd Ed., J.D. Bronzino, Ed., CRC Press, Boca Raton, 2006, pp. 30–1-62–19.

11.  W.T. Godbey and A.G. Mikos, *Adv. Drug Deliv. Rev.*, Special Issue on Gene Delivery for Tissue Engineering, Vol. 58, No. 4, 2006.

12.  A. Domb and A.G. Mikos, *Adv. Drug Deliv. Rev.*, Special Issue on Matrices and Scaffolds for Drug Delivery in Tissue Engineering, Vol. 59, Nos. 4-5, 2007.

13.  E. Cosgriff-Hernandez and A.G. Mikos, *Pharm. Res.*, Special Issue on New Biomaterials as Scaffolds for Tissue Engineering, Vol. 25, No. 10, 2008.

**Publications**

1.   A.G. Mikos, C.G. Takoudis, and N.A. Peppas, "Kinetic Modeling of Copolymerization/ Crosslinking Reactions," *Macromolecules, 19,* 2174-2182 (1986).

2.   A.G. Mikos, C.G. Takoudis, and N.A. Peppas, "Reaction Engineering Aspects of Suspension Polymerization," *J. Appl. Polym. Sci., 31,* 2647-2659 (1986).

3.   A.G. Mikos and N.A. Peppas, "Systems for Controlled Release of Drugs. V. Bioadhesive Systems," *S.T.P. Pharma, 2,* 705-716 (1986).

4.   N.A. Peppas, M.L. Brannon, R.S. Harland, J. Klier, S.R. Lustig, and A.G. Mikos, "Influence of the Polymer Structure on Controlled Solute Release," *Bull. Techn. Gattefossé, 79,* 7-17 (1986).

5.   A.G. Mikos, C.G. Takoudis, and N.A. Peppas, "Evidence of Unequal Vinyl Group Reactivity in Copolymerization/Crosslinking Reactions of Mono- and Divinyl Comonomers," *Polymer, 28,* 998-1004 (1987).

6.   A.G. Mikos and N.A. Peppas, "A model for Prediction of the Structural Characteristics of EGDMA-Crosslinked PHEMA Microparticles Produced by Suspension Copolymerization/ Crosslinking," *J. Controlled Release, 5,* 53-62 (1987).

7.   A.G. Mikos and N.A. Peppas, "Prediction of Feed Comonomer and Solvent Composition for Monomer-Free Polymer Production," *Biomaterials, 8,* 404-406 (1987).

8.   A.G. Mikos and N.A. Peppas, "Flory Interaction Parameter $\chi$ for Hydrophilic Copolymers with Water," *Biomaterials, 9,* 419-423 (1988).

9.   A.G. Mikos and N.A. Peppas, "Healing and Fracture at the Interface between two Gels," *Europhys. Lett., 6,* 403-406 (1988).

- 12 -

A627

10. A.G. Mikos and N.A. Peppas, "Polymer Chain Entanglements and Brittle Fracture," *J. Chem. Phys.*, *88*, 1337-1342 (1988).

11. A.G. Mikos and N.A. Peppas, "Polymer Chain Entanglements and Brittle Fracture. II. Autohesion of Linear Polymers," *Polymer, 30*, 84-91 (1989).

12. A.G. Mikos and N.A. Peppas, "Polymer Chain Entanglements and Brittle Fracture. III. Critical Fracture Strength of Macromolecular Materials," *J. Mater. Sci. Lett., 8*, 833-834 (1989).

13. A.G. Mikos and N.A. Peppas, "Brittle Fracture of Low Molecular Weight Polymers," *J. Mater. Sci., 24*, 1612-1616 (1989).

14. A.G. Mikos and N.A. Peppas, "Measurement of the Surface Tension of Mucin Solutions," *Int. J. Pharm., 53*, 1-5 (1989).

15. N.A. Peppas and A.G. Mikos, "Experimental Methods for Determination of Bioadhesive Bond Strength of Polymers with Mucus," *S.T.P. Pharma, 5*, 187-191 (1989).

16. A.B. Scranton, A.G. Mikos, L.C. Scranton, and N.A. Peppas, "The Physical Mechanism for the Production of Hydrophilic Polymer Microparticles from Aqueous Suspensions," *J. Appl. Polym. Sci., 40*, 997-1004 (1990).

17. A.G. Mikos and N.A. Peppas, "Bioadhesive Analysis of Controlled-Release Systems. IV. An Experimental Method for Testing the Adhesion of Microparticles with Mucus," *J. Controlled Release, 12*, 31-37 (1990).

18. A.G. Mikos and N.A. Peppas, "Brittle Fracture of Entangled Polymers," *J. Polym. Sci., Polym. Phys. Ed., 29*, 837-841 (1991).

19. A.G. Mikos and C. Kiparissides, "Skin Formation in Heterogeneous Polymerization Reactions," *J. Membrane Sci., 59*, 205-217 (1991).

20. A.G. Mikos, E. Mathiowitz, R. Langer, and N.A. Peppas, "Interaction of Polymer Microspheres with Mucin Gels as a Means of Characterizing Polymer Retention on Mucus," *J. Colloid Interface Sci., 143*, 366-373 (1991).

21. L.E. Freed, J.C. Marquis, A. Nohria, J. Emmanual, A.G. Mikos, and R. Langer, "Neocartilage Formation *In Vitro* and *In Vivo* Using Cells Cultured on Synthetic Biodegradable Polymers," *J. Biomed. Mater. Res., 27*, 11-23 (1993).

22. A.G. Mikos, Y. Bao, L.G. Cima, D.E. Ingber, J.P. Vacanti, and R. Langer, "Preparation of Poly(Glycolic Acid) Bonded Fiber Structures for Cell Attachment and Transplantation," *J. Biomed. Mater. Res., 27*, 183-189 (1993).

23. H.L. Wald, G. Sarakinos, M.D. Lyman, A.G. Mikos, J.P. Vacanti, and R. Langer, "Cell Seeding in Porous Transplantation Devices," *Biomaterials, 14*, 270-278 (1993).

24. A.G. Mikos, G. Sarakinos, S.M. Leite, J.P. Vacanti, and R. Langer, "Laminated Three-Dimensional Biodegradable Foams for Use in Tissue Engineering," *Biomaterials, 14*, 323-330 (1993).

25. A.G. Mikos and N.A. Peppas, "Bioadhesive Phenomena in Controlled Release Systems," *Pharmakeftiki, 6*, 1-10 (1993).

26. A.G. Mikos, G. Sarakinos, M.D. Lyman, D.E. Ingber, J.P. Vacanti, and R. Langer, "Prevascularization of Porous Biodegradable Polymers," *Biotechnol. Bioeng., 42*, 716-723 (1993).

27. A.G. Mikos, M.D. Lyman, L.E. Freed, and R. Langer, "Wetting of Poly(L-Lactic Acid) and Poly(DL-Lactic-co-Glycolic Acid) Foams for Tissue Culture," *Biomaterials, 15*, 55-58 (1994).

28. A.G. Mikos, A.J. Thorsen, L.A. Czerwonka, Y. Bao, R. Langer, D.N. Winslow, and J.P. Vacanti, "Preparation and Characterization of Poly(L-Lactic Acid) Foams," *Polymer, 35,* 1068-1077 (1994).

29. A.G. Mikos, M.G. Papadaki, S. Kouvroukoglou, S.L. Ishaug, and R.C. Thomson, "Islet Transplantation to Create a Bioartificial Pancreas," *Biotechnol. Bioeng., 43,* 673-677 (1994).

30. M.C. Wake, C.W. Patrick, Jr., and A.G. Mikos, "Pore Morphology Effects on the Fibrovascular Tissue Growth in Porous Polymer Substrates," *Cell Transplantation, 3,* 339-341 (1994).

31. S.L. Ishaug, M.J. Yaszemski, R. Bizios, and A.G. Mikos, "Osteoblast Function on Synthetic Biodegradable Polymers," *J. Biomed. Mater. Res., 28,* 1445-1453 (1994).

32. M.J. Yaszemski, R.G. Payne, W.C. Hayes, R. Langer, T.B. Aufdemorte, and A.G. Mikos, "The Ingrowth of New Bone Tissue and Initial Mechanical Properties of a Degrading Polymeric Composite Scaffold," *Tissue Eng., 1,* 41-52 (1995).

33. H.A. von Recum, R.L. Cleek, S.G. Eskin, and A.G. Mikos, "Degradation of Polydispersed Poly(L-Lactic Acid) to Modulate Lactic Acid Release," *Biomaterials, 16,* 441-447 (1995).

34. M.C. Wake, A.G. Mikos, G. Sarakinos, J.P. Vacanti, and R. Langer, "Dynamics of Fibrovascular Tissue Growth in Hydrogel Foams," *Cell Transplantation, 4,* 275-279 (1995).

35. R.C. Thomson, M.J. Yaszemski, J.M. Powers, and A.G. Mikos, "Fabrication of Biodegradable Polymer Scaffolds to Engineer Trabecular Bone," *J. Biomater. Sci., Polym. Ed., 7,* 23-38 (1995).

36. R.C. Thomson, M.C. Wake, M.J. Yaszemski, and A.G. Mikos, "Biodegradable Polymer Scaffolds to Regenerate Organs," *Adv. Polym. Sci., 122,* 245-274 (1995).

37. A.D. Ouellette, K.K. Wu, and A.G. Mikos, "Cardiovascular Gene Transfer," *Tissue Eng., 1,* 311-322 (1995).

38. G.M. Crane, S.L. Ishaug, and A.G. Mikos, "Bone Tissue Engineering," *Nature Medicine, 1,* 1322-1324 (1995).

39. M.J. Yaszemski, R.G. Payne, W.C. Hayes, R. Langer, and A.G. Mikos, "The Evolution of Bone Transplantation: Molecular, Cellular, and Tissue Strategies to Engineer Human Bone," *Biomaterials, 17,* 175-185 (1996).

40. R.C. Thomson, G.G. Giordano, J.H. Collier, S.L. Ishaug, A.G. Mikos, D. Lahiri-Munir, and C.A. Garcia, "Manufacture and Characterization of Poly(a-Hydroxy Ester) Thin Films as Temporary Substrates for Retinal Pigment Epithelium Cells," *Biomaterials, 17,* 321-327 (1996).

41. M.J. Miller, D.P. Goldberg, A.W. Yasko, J.C. Lemon, W.C. Satterfield, M.C. Wake, and A.G. Mikos, "Guided Bone Growth in Sheep: A Model for Tissue-Engineered Bone Flaps," *Tissue Eng., 2,* 51-59 (1996).

42. A.C. Jen, M.C. Wake, and A.G. Mikos, "Hydrogels for Cell Immobilization," *Biotechnol. Bioeng., 50,* 357-364 (1996).

43. S.L. Ishaug, R.G. Payne, M.J. Yaszemski, T.B. Aufdemorte, R. Bizios, and A.G. Mikos, "Osteoblast Migration on Poly(a-Hydroxy Esters)," *Biotechnol. Bioeng., 50,* 443-451 (1996).

44. M.C. Wake, P.K. Gupta, and A.G. Mikos, "Fabrication of Pliable Biodegradable Polymer Foams to Engineer Soft Tissues," *Cell Transplantation, 5,* 465-473 (1996).

A629

45. M.J. Yaszemski, R.G. Payne, W.C. Hayes, R. Langer, and A.G. Mikos, "The *In Vitro* Degradation of a Poly(Propylene Fumarate)-Based Composite Material," *Biomaterials, 17,* 2127-2130 (1996).

46. L. Lu and A.G. Mikos, "The Importance of New Processing Techniques in Tissue Engineering," *MRS Bulletin, 21,* 28-32 (1996).

47. C.R. Ruder, P. Dixon, A.G. Mikos, and M.J. Yaszemski, "The Growth and Phenotypic Expression of Human Osteoblasts," *Cytotechnology, 22,* 263-267 (1996).

48. G.G. Giordano, R.C. Thomson, S.L. Ishaug, A.G. Mikos, S. Cumber, C.A. Garcia, and D. Lahiri-Munir, "Retinal Pigment Epithelium Cells Cultured on Synthetic Biodegradable Polymers," *J. Biomed. Mater. Res., 34,* 87-93 (1997).

49. K.B. Hellman, G.L. Picciolo, A.G. Mikos, and C.A. Vacanti, "Workshop on Tissue Engineering: Foreword," *Tissue Eng., 3,* 65-66 (1997).

50. L. Christenson, A.G. Mikos, D.F. Gibbons, and G.L. Picciolo, "Biomaterials for Tissue Engineering: Summary," *Tissue Eng., 3,* 71-76 (1997).

51. R.L. Cleek, A.A. Rege, L.A. Denner, S.G. Eskin, and A.G. Mikos, "Inhibition of Smooth Muscle Cell Growth *In Vitro* by an Antisense Oligodeoxynucleotide Released from Poly(DL-Lactic-co-Glycolic Acid) Microparticles," *J. Biomed. Mater. Res., 35,* 525-530 (1997).

52. S.J. Peter, J.A. Nolley, M.S. Widmer, J.E. Merwin, M.J. Yaszemski, A.W. Yasko, P.S. Engel, and A.G. Mikos, "*In Vitro* Degradation of a Poly(Propylene Fumarate)/β-Tricalcium Phosphate Composite Orthopaedic Scaffold," *Tissue Eng., 3,* 207-215 (1997).

53. S.L. Ishaug-Riley, G.M. Crane, A. Gurlek, M.J. Miller, M.J. Yaszemski, A.W. Yasko, and A.G. Mikos, "Ectopic Bone Formation by Marrow Stromal Osteoblast Transplantation Using Poly(DL-Lactic-co-Glycolic Acid) Foams Implanted into the Rat Mesentery," *J. Biomed. Mater. Res., 36,* 1-8 (1997).

54. S.L. Ishaug, G.M. Crane, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Bone Formation by Three-Dimensional Stromal Osteoblast Culture in Biodegradable Polymer Scaffolds," *J. Biomed. Mater. Res., 36,* 17-28 (1997).

55. L.J. Suggs, R.G. Payne, M.J. Yaszemski, L.B. Alemany, and A.G. Mikos, "Synthesis and Characterization of a Block Copolymer Consisting of Poly(Propylene Fumarate) and Poly(Ethylene Glycol)," *Macromolecules, 30,* 4318-4323 (1997).

56. R.L. Cleek, K.C. Ting, S.G. Eskin, and A.G. Mikos, "Microparticles of Poly(DL-Lactic-co-Glycolic Acid)/Poly(Ethylene Glycol) Blends for Controlled Drug Delivery," *J. Controlled Release, 48,* 259-268 (1997).

57. S.J. Peter, M.J. Yaszemski, L.J. Suggs, R.G. Payne, R. Langer, W.C. Hayes, M.R. Unroe, L.B. Alemany, P.S. Engel, and A.G. Mikos, "Characterization of Partially Saturated Poly(Propylene Fumarate) for Orthopaedic Application," *J. Biomater. Sci., Polym. Ed., 8,* 893-904 (1997).

58. M.C. Wake, P.D. Gerecht, L. Lu, and A.G. Mikos, "Effects of Biodegradable Polymer Particles on Rat Marrow-Derived Stromal Osteoblasts *In Vitro*," *Biomaterials, 19,* 1255-1268 (1998).

59. L.J. Suggs, E.Y. Kao, L.L. Palombo, R.S. Krishnan, M.S. Widmer, and A.G. Mikos, "Preparation and Characterization of Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *J. Biomater. Sci., Polym. Ed., 9,* 653-666 (1998).

60. S.J. Peter, S.T. Miller, G. Zhu, A.W. Yasko, and A.G. Mikos, "*In Vivo* Degradation of a Poly(Propylene Fumarate)/β-Tricalcium Phosphate Injectable Composite Scaffold," *J. Biomed. Mater. Res., 41,* 1-7 (1998).

61. S.J. Peter, C.R. Liang, D.J. Kim, M.S. Widmer, and A.G. Mikos, "Osteoblastic Phenotype of Rat Marrow Stromal Cells Cultured in the Presence of Dexamethasone, β-Glycerolphosphate, and L-Ascorbic Acid," *J. Cell. Biochem., 71,* 55-62 (1998).

62. S.L. Ishaug-Riley, G.M. Crane-Kruger, M.J. Yaszemski, and A.G. Mikos, "Three-Dimensional Culture of Rat Calvarial Osteoblasts in Porous Biodegradable Polymers," *Biomaterials, 19,* 1405-1412 (1998).

63. J.E. Babensee, J.M. Anderson, L.V. McIntire, and A.G. Mikos, "Host Response to Tissue Engineered Devices," *Adv. Drug Deliv. Rev., 33,* 111-139 (1998).

64. R.C. Thomson, M.J. Yaszemski, J.M. Powers, and A.G. Mikos, "Hydroxyapatite Fiber Reinforced Poly(a-Hydroxy Ester) Foams for Bone Regeneration," *Biomaterials, 19,* 1935-1943 (1998).

65. M.S. Widmer, P.K. Gupta, L. Lu, R.K. Meszlenyi, G.R.D. Evans, K. Brandt, T. Savel, A. Gurlek, C.W. Patrick, Jr., and A.G. Mikos, "Manufacture of Porous Biodegradable Polymer Conduits by an Extrusion Process for Guided Tissue Regeneration," *Biomaterials, 19,* 1945-1955 (1998).

66. L. Lu, C.A. Garcia, and A.G. Mikos, "Retinal Pigment Epithelium Cell Culture on Thin Biodegradable Poly(DL-Lactic-co-Glycolic Acid) Films," *J. Biomater. Sci., Polym. Ed., 11,* 1187-1205 (1998).

67. L.J. Suggs, R.S. Krishnan, C.A. Garcia, S.J. Peter, J.M. Anderson, and A.G. Mikos, "*In Vitro* and *In Vivo* Degradation of Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *J. Biomed. Mater. Res., 42,* 312-320 (1998).

68. S.J. Peter, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Polymer Concepts in Tissue Engineering," *J. Biomed. Mater. Res. (Appl. Biomater.), 43,* 422-427 (1998).

69. S.J. Peter, P. Kim, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Crosslinking Characteristics of an Injectable Poly(Propylene Fumarate)/β-Tricalcium Phosphate Paste and Mechanical Properties of the Crosslinked Composite for Use as a Biodegradable Bone Cement," *J. Biomed. Mater. Res., 44,* 314-321 (1999).

70. L.J. Suggs, J.L. West, and A.G. Mikos, "Platelet Adhesion on a Bioresorbable Poly(Propylene Fumarate-co-Ethylene Glycol) Copolymer," *Biomaterials, 20,* 683-690 (1999).

71. S.J. Peter, L.J. Suggs, M.J. Yaszemski, P.S. Engel, and A.G. Mikos, "Synthesis of Poly(Propylene Fumarate) by Acylation of Propylene Glycol in the Presence of a Proton Scavenger," *J. Biomater. Sci., Polym. Ed., 10,* 363-373 (1999).

72. L. Lu and A.G. Mikos, "Biodegradable Polymers for Cell Transplantation," *Science Medicine, 6 (1),* 6-7 (1999).

73. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Size Matters: Molecular Weight Affects the Efficiency of Poly(Ethylenimine) as a Gene Delivery Vehicle," *J. Biomed. Mater. Res., 45,* 268-275 (1999).

74. L.J. Suggs, M.S. Shive, C.A. Garcia, J.M. Anderson, and A.G. Mikos, "*In Vitro* Cytotoxicity and *In Vivo* Biocompatibility of Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *J. Biomed. Mater. Res., 46,* 22-32 (1999).

A631

75. L.J. Suggs and A.G. Mikos, "Development of Poly(Propylene Fumarate-co-Ethylene Glycol) as an Injectable Carrier for Endothelial Cells," *Cell Transplantation, 8,* 345-350 (1999).

76. G.R.D. Evans, K. Brandt, M.S. Widmer, L. Lu, R.K. Meszlenyi, P.K. Gupta, A.G. Mikos, J. Hodges, J. Williams, A. Gürlek, A. Nabawi, R. Lohman, and C.W. Patrick, Jr., "*In Vivo* Evaluation of Poly(L-Lactic Acid) Porous Conduits for Peripheral Nerve Regeneration," *Biomaterials, 20,* 1109-1115 (1999).

77. L. Lu, C.A. Garcia, and A.G. Mikos, "*In Vitro* Degradation of Thin Poly(DL-Lactic-co-Glycolic Acid) Films," *J. Biomed. Mater. Res., 46,* 236-244 (1999).

78. A. Göpferich, S.J. Peter, A. Lucke, L. Lu, and A.G. Mikos, "Modulation of Marrow Stromal Cell Function Using Poly(D,L-Lactic Acid)-block-Poly(Ethylene Glycol)-Monomethyl Ether Surfaces," *J. Biomed. Mater. Res., 46,* 390-398 (1999).

79. R.C. Thomson, A.G. Mikos, E. Beahm, J.C. Lemon, W.C. Satterfield, T.B. Aufdemorte, and M.J. Miller, "Guided Tissue Fabrication from Periosteum Using Preformed Biodegradable Polymer Scaffolds," *Biomaterials, 20,* 2007-2018 (1999).

80. E. Behravesh, P.S. Engel, A.W. Yasko, and A.G. Mikos, "Synthetic Biodegradable Polymers for Orthopaedic Applications," *Clin. Orthop. Rel. Res., 367S,* S118-S129 (1999).

81. D. Dean, N.S. Topham, C. Rimnac, A.G. Mikos, D.P. Goldberg, K. Jepsen, R. Redtfeldt, Q. Liu, D. Pennington, and R. Ratcheson, "Osseointegration of Preformed PMMA Craniofacial Prostheses Coated with Bone Marrow Impregnated Poly(DL-Lactic-co-Glycolic Acid) (PLGA) Foam," *Plast. Reconstr. Surg., 104,* 705-712 (1999).

82. A.S. Goldstein, G. Zhu, G.E. Morris, R.K. Meszlenyi, and A.G. Mikos, "Effect of Osteoblastic Culture Conditions on the Structure of Poly(DL-Lactic-co-Glycolic Acid) Foam Scaffolds," *Tissue Eng., 5,* 421-433 (1999).

83. W.T. Godbey, K.K. Wu, G.J. Hirasaki, and A.G. Mikos, "Improved Packing of Poly(Ethylenimine)/DNA Complexes Increases Transfection Efficiency," *Gene Therapy, 6,* 1380-1388 (1999).

84. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Poly(Ethylenimine) and Its Role in Gene Delivery," *J. Controlled Release, 60,* 149-160 (1999).

85. D.J. Mooney and A.G. Mikos, "Growing New Organs," *Scientific American, 280 (4),* 60-65 (1999).

86. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Tracking the Intracellular Path of Poly(Ethylenimine)/DNA Complexes for Gene Delivery," *Proceed. Natl. Acad. Sci. USA, 96,* 5177-5181 (1999).

87. L. Lu, L. Kam, M. Hasenbein, K. Nyalakonda, R. Bizios, A. Göpferich, J.F. Young, and A.G. Mikos, "Retinal Pigment Epithelial Cell Function on Substrates with Chemically Micropatterned Surfaces," *Biomaterials, 20,* 2351-2361 (1999).

88. D.J. Mooney and A.G. Mikos, "Growing New Organs," *Scientific American Presents, 10 (3),* 10-15 (1999).

89. J.S. Temenoff and A.G. Mikos, "Tissue Engineering for Regeneration of Articular Cartilage," *Biomaterials, 21,* 431-440 (2000).

90. S.J. Peter, L. Lu, D.J. Kim, and A.G. Mikos, "Marrow Stromal Osteoblast Function on a Poly(Propylene Fumarate)/$\beta$-Tricalcium Phosphate Biodegradable Orthopaedic Composite," *Biomaterials, 21,* 1207-1213 (2000).

A632

91.  L. Lu, G.N. Stamatas, and A.G. Mikos, "Controlled Release of Transforming Growth Factor-β1 from Biodegradable Polymer Microparticles," *J. Biomed. Mater. Res., 50,* 440-451 (2000).

92.  S.J. Peter, L. Lu, D.J. Kim, G.N. Stamatas, M.J. Miller, M.J. Yaszemski, and A.G. Mikos, "Effects of Transforming Growth Factor-β1 Released from Biodegradable Polymer Microparticles on Marrow Stromal Osteoblasts Cultured on Poly(Propylene Fumarate) Substrates," *J. Biomed. Mater. Res., 50,* 452-462 (2000).

93.  L. Lu, S.J. Peter, M.D. Lyman, H.-L. Lai, S.M. Leite, J.A. Tamada, J.P. Vacanti, R. Langer, and A.G. Mikos, "*In Vitro* Degradation of Porous Poly(L-Lactic Acid) Foams," *Biomaterials, 21,* 1595-1605 (2000).

94.  J.S. Temenoff and A.G. Mikos, "Formation of Highly Porous Biodegradable Scaffolds for Tissue Engineering," *Electronic J. Biotechnol., 3 (2)* (2000); Available on the Web: http://www.ejb.org/content/vol3/issue2/full/5/index.html.

95.  J.E. Babensee, L.V. McIntire, and A.G. Mikos, "Growth Factor Delivery for Tissue Engineering," *Pharm. Res., 17,* 497-504 (2000).

96.  S. Jo, P.S. Engel, and A.G. Mikos, "Synthesis of Poly(Ethylene Glycol)-Tethered Poly(Propylene Fumarate) and Its Modification with GRGD Peptide," *Polymer, 41,* 7595-7604 (2000).

97.  W.T. Godbey, M.A. Barry, P. Saggau, K.K. Wu, and A.G. Mikos, "Poly(Ethylenimine)-Mediated Transfection: A New Paradigm for Gene Delivery," *J. Biomed. Mater. Res., 51,* 321-328 (2000).

98.  L. Lu, S.J. Peter, M.D. Lyman, H.-L. Lai, S.M. Leite, J.A. Tamada, S. Uyama, J.P. Vacanti, R. Langer, and A.G. Mikos, "*In Vitro* and *In Vivo* Degradation of Porous Poly(DL-Lactic-co-Glycolic Acid) Foams," *Biomaterials, 21,* 1837-1845 (2000).

99.  Q. Liu, E.L. Hedberg, Z. Liu, R. Bahulekar, R.K. Meszlenyi, and A.G. Mikos, "Preparation of Macroporous Poly(2-Hydroxyethyl Methacrylate) Hydrogels by Enhanced Phase Separation," *Biomaterials, 21,* 2163-2169 (2000).

100. S. He, M.J. Yaszemski, A.W. Yasko, P.S. Engel, and A.G. Mikos, "Injectable Biodegradable Polymer Composites Based on Poly(Propylene Fumarate) Crosslinked with Poly(Ethylene Glycol)-Dimethacrylate," *Biomaterials, 21,* 2389-2394 (2000).

101. J.S. Temenoff and A.G. Mikos, "Injectable Biodegradable Materials for Orthopaedic Tissue Engineering," *Biomaterials, 21,* 2405-2412 (2000).

102. B.D. Porter, J.B. Oldham, S.-L. He, M.E. Zobitz, R.G. Payne, K.N. An, B.L. Currier, A.G. Mikos, and M.J. Yaszemski, "Mechanical Properties of a Biodegradable Bone Regeneration Scaffold," *J. Biomech. Eng., 122,* 286-288 (2000).

103. J.B. Oldham, L. Lu, X. Zhu, B.D. Porter, T.E. Hefferan, D.R. Larson, B.L. Currier, A.G. Mikos, and M.J. Yaszemski, "Biological Activity of rhBMP-2 Released from PLGA Microspheres," *J. Biomech. Eng., 122,* 289-292 (2000).

104. S. He, M.D. Timmer, M.J. Yaszemski, A.W. Yasko, P.S. Engel, and A.G. Mikos, "Synthesis of Biodegradable Poly(Propylene Fumarate) Networks with Poly(Propylene Fumarate)-Diacrylate Macromers as Crosslinking Agents and Characterization of Their Degradation Products," *Polymer, 42,* 1251-1260 (2001).

105. L. Lu, K. Nyalakonda, L. Kam, R. Bizios, A. Göpferich, and A.G. Mikos, "Retinal Pigment Epithelial Cell Adhesion on Novel Micropatterned Surfaces Fabricated from Synthetic Biodegradable Polymers," *Biomaterials, 22,* 291-297 (2001).

11/10/08

106. J.S. Blum, R.H. Li, A.G. Mikos, and M.A. Barry, "An Optimized Method for the Chemiluminescent Detection of Alkaline Phosphatase Levels during Osteodifferentiation by Bone Morphogenetic Protein 2," *J. Cell. Biochem., 80,* 532-537 (2001).

107. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Poly(Ethylenimine)-Mediated Gene Delivery Affects Endothelial Cell Function and Viability," *Biomaterials, 22,* 471-480 (2001).

108. S. Jo, H. Shin, and A.G. Mikos, "Modification of Oligo(Poly(Ethylene Glycol) Fumarate) Macromer with GRGD Peptide for the Preparation of Functionalized Polymer Networks," *Biomacromolecules, 2,* 255-261 (2001).

109. A.S. Goldstein, T.M. Juarez, C.D. Helmke, M.C. Gustin, and A.G. Mikos, "Effect of Convection on Osteoblastic Cell Growth and Function in Biodegradable Polymer Foam Scaffolds," *Biomaterials, 22,* 1279-1288 (2001).

110. S. Jo, H. Shin, A.K. Shung, J.P. Fisher, and A.G. Mikos, "Synthesis and Characterization of Oligo(Poly(Ethylene Glycol) Fumarate) Macromer," *Macromolecules, 34,* 2839-2844 (2001).

111. L. Lu, M.J. Yaszemski, and A.G. Mikos, "TGF-β1 Release from Biodegradable Polymer Microparticles: Its Effects on Marrow Stromal Osteoblast Function," *J. Bone Joint Surg., 83-A (Suppl. 1),* 82-91 (2001).

112. W.T. Godbey and A.G. Mikos, "Recent Progress in Gene Delivery Using Non-Viral Transfer Complexes," *J. Controlled Release, 72,* 115-125 (2001).

113. G. Liu, S.G. Eskin, and A.G. Mikos, "Integrin $\alpha_v\beta_3$ Is Involved in Stimulated Migration of Vascular Adventitial Fibroblasts by Basic Fibroblast Growth Factor but not Platelet-Derived Growth Factor," *J. Cell. Biochem., 83,* 129-135 (2001).

114. J.P. Fisher, T.A. Holland, D. Dean, P.S. Engel, and A.G. Mikos, "Synthesis and Properties of Photocross-linked Poly(Propylene Fumarate) Scaffolds," *J. Biomater. Sci., Polym. Ed., 12,* 673-687 (2001).

115. V.I. Sikavitsas, J.S. Temenoff, and A.G. Mikos, "Biomaterials and Bone Mechanotransduction," *Biomaterials, 22,* 2581-2593 (2001).

116. J.P. Fisher, D. Dean, P.S. Engel, and A.G. Mikos, "Photoinitiated Polymerization of Biomaterials," *Ann. Rev. Mater. Res., 31,* 171-181 (2001).

117. L. Lu, M.J. Yaszemski, and A.G. Mikos, "Retinal Pigment Epithelium Engineering Using Synthetic Biodegradable Polymers," *Biomaterials, 22,* 3345-3355 (2001).

118. J.S. Temenoff, K.A. Athanasiou, R.G. LeBaron, and A.G. Mikos, "Effect of Poly(Ethylene Glycol) Molecular Weight on Tensile and Swelling Properties of Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels for Cartilage Tissue Engineering," *J. Biomed. Mater. Res., 59,* 429-437 (2002).

119. J.P. Fisher, J.W.M. Vehof, D. Dean, J.P.C.M. van der Waerden, T.A. Holland, A.G. Mikos, and J.A. Jansen, "Soft and Hard Tissue Response to Photocrosslinked Poly(Propylene Fumarate) Scaffolds in a Rabbit Model," *J. Biomed. Mater. Res., 59,* 547-556 (2002).

120. J.K. Tessmar, A.G. Mikos, and A. Goepferich, "Amine-Reactive Biodegradable Diblock Copolymers," *Biomacromolecules, 3,* 194-200 (2002).

121. J.W.M. Vehof, J.P. Fisher, D. Dean, J.-P.C.M. van der Waerden, P.H.M. Spauwen, A.G. Mikos, and J.A. Jansen, "Bone Formation in Transforming Growth Factor β-1-Coated Porous Poly(Propylene Fumarate) Scaffolds," *J. Biomed. Mater. Res., 60,* 241-251 (2002).

122. E. Behravesh, A.K. Shung, S. Jo, and A.G. Mikos, "Synthesis and Characterization of Triblock Copolymers of Methoxy Poly(Ethylene Glycol) and Poly(Propylene Fumarate)," *Biomacromolecules, 3,* 153-158 (2002).

A634

11/10/08

123. E. Behravesh, S. Jo, K. Zygourakis, and A.G. Mikos, "Synthesis of *In Situ* Crosslinkable Macroporous Biodegradable Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *Biomacromolecules, 3,* 374-381 (2002).

124. A.K. Shung, M.D. Timmer, S. Jo, P.S. Engel, and A.G. Mikos, "Kinetics of Poly(Propylene Fumarate) Synthesis by Step Polymerization of Diethyl Fumarate and Propylene Glycol Using Zinc Chloride as a Catalyst," *J. Biomater. Sci., Polym. Ed., 13,* 95-108 (2002).

125. M.S. Wolfe, D. Dean, J.E. Chen, J.P. Fisher, S. Han, C.M. Rimnac, and A.G. Mikos, "*In Vitro* Degradation and Fracture Toughness of Multilayered Porous Poly(Propylene Fumarate)/β-Tricalcium Phosphate Scaffolds," *J. Biomed. Mater. Res., 61,* 159-164 (2002).

126. H. Shin, S. Jo, and A.G. Mikos, "Modulation of Marrow Stromal Osteoblast Adhesion on Biomimetic Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels Modified with Arg-Gly-Asp Peptides and a Poly(Ethylene Glycol) Spacer," *J. Biomed. Mater. Res., 61,* 169-179 (2002).

127. M.D. Timmer, S. Jo, C. Wang, C.G. Ambrose, and A.G. Mikos, "Characterization of the Cross-Linked Structure of Fumarate-Based Degradable Polymer Networks," *Macromolecules, 35,* 4373-4379 (2002).

128. G.R.D. Evans, K. Brandt, S. Katz, P. Chauvin, L. Otto, M. Bogle, B. Wang, R.K. Meszlenyi, L. Lu, A.G. Mikos, and C.W. Patrick, Jr., "Bioactive Poly(L-Lactic Acid) Conduits Seeded with Schwann Cells for Peripheral Nerve Regeneration," *Biomaterials, 23,* 841-848 (2002).

129. V.I. Sikavitsas, G.N. Bancroft, and A.G. Mikos, "Formation of Three-Dimensional Cell/Polymer Constructs for Bone Tissue Engineering in a Spinner Flask and a Rotating Wall Vessel Bioreactor," *J. Biomed. Mater. Res., 62,* 136-148 (2002).

130. J.P. Fisher, D. Dean, and A.G. Mikos, "Photocrosslinking Characteristics and Mechanical Properties of Diethyl Fumarate/Poly(Propylene Fumarate) Biomaterials," *Biomaterials, 23,* 4333-4343 (2002).

131. R.G. Payne, M.J. Yaszemski, A.W. Yasko, and A.G. Mikos, "Development of an Injectable, *In Situ* Crosslinkable, Degradable Polymeric Carrier for Osteogenic Cell Populations. Part 1. Encapsulation of Marrow Stromal Osteoblasts in Surface Crosslinked Gelatin Microparticles," *Biomaterials, 23,* 4359-4371 (2002).

132. R.G. Payne, J.S. McGonigle, M.J. Yaszemski, A.W. Yasko, and A.G. Mikos, "Development of an Injectable, *In Situ* Crosslinkable, Degradable Polymeric Carrier for Osteogenic Populations. Part 2. Viability of Encapsulated Marrow Stromal Osteoblasts Cultured on Crosslinking Poly(Propylene Fumarate)," *Biomaterials, 23,* 4373-4380 (2002).

133. R.G. Payne, J.S. McGonigle, M.J. Yaszemski, A.W. Yasko, and A.G. Mikos, "Development of an Injectable, *In Situ* Crosslinkable, Degradable Polymeric Carrier for Osteogenic Populations. Part 3. Proliferation and Differentiation of Encapsulated Marrow Stromal Osteoblasts Cultured on Crosslinking Poly(Propylene Fumarate)" *Biomaterials, 23,* 4381-4387 (2002).

134. E.L. Chaikof, H. Matthew, J. Kohn, A.G. Mikos, G.D. Prestwich, and C.M. Yip, "Biomaterials and Scaffolds in Reparative Medicine," *Ann. N.Y. Acad. Sci., 961,* 96-105 (2002).

135. E.L. Chaikof, H. Matthew, J. Kohn, G.D. Prestwich, A.G. Mikos, and C.M. Yip, "Bioscaffolds for Tissue Repair," *Ann. N.Y. Acad. Sci., 961,* 112-113 (2002).

A635

136. K. Tanahashi and A.G. Mikos, "Cell Adhesion on Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *J. Biomed. Mater. Res., 62,* 558-566 (2002).

137. K. Tanahashi, S. Jo, and A.G. Mikos, "Synthesis and Characterization of Biodegradable Cationic Poly(Propylene Fumarate-co-Ethylene Glycol) Copolymer Hydrogels Modified with Agmatine for Enhanced Cell Adhesion," *Biomacromolecules, 3,* 1030-1037 (2002).

138. G.N. Bancroft, V.I. Sikavitsas, J. van den Dolder, T.L. Sheffield, C.G. Ambrose, J.A. Jansen, and A.G. Mikos, "Fluid Flow Increases Mineralized Matrix Deposition in 3D Perfusion Culture of Marrow Stromal Osteoblasts in a Dose-Dependent Manner," *Proceed. Natl. Acad. Sci. USA, 99,* 12600-12605 (2002).

139. E. Behravesh, M.D. Timmer, J.J. Lemoine, M.A.K. Liebschner, and A.G. Mikos, "Evaluation of the *In Vitro* Degradation of Macroporous Hydrogels Using Gravimetry, Confined Compression Testing, and Microcomputed Tomography," *Biomacromolecules, 3,* 1263-1270 (2002).

140. E.L. Hedberg, A. Tang, R.S. Crowther, D.H. Carney, and A.G. Mikos, "Controlled Release of an Osteogenic Peptide from Injectable Biodegradable Polymeric Composites," *J. Controlled Release, 84,* 137-150 (2002).

141. M.D. Timmer, C.G. Ambrose, and A.G. Mikos, "*In Vitro* Degradation of Polymeric Networks of Poly(Propylene Fumarate) and the Crosslinking Macromer Poly(Propylene Fumarate)-Diacrylate," *Biomaterials, 24,* 571-577 (2003).

142. T.A. Holland and A.G. Mikos, "Advances in Drug Delivery for Articular Cartilage," *J. Controlled Release, 86,* 1-14 (2003).

143. J. van den Dolder, G.N. Bancroft, V.I. Sikavitsas, P.H.M. Spauwen, J.A. Jansen, and A.G. Mikos, "Flow Perfusion Culture of Marrow Stromal Osteoblasts in Titanium Fiber Mesh," *J. Biomed. Mater. Res. Part A, 64A,* 235-241 (2003).

144. M.N. Cooke, J.P. Fisher, D. Dean, C. Rimnac, and A.G. Mikos, "Use of Stereolithography to Manufacture Critical-Sized 3D Biodegradable Scaffolds for Bone Ingrowth," *J. Biomed. Mater. Res. Part B: Appl. Biomater., 64B,* 65-69 (2003).

145. E. Lieb, J. Tessmar, M. Hacker, C. Fischbach, D. Rose, T. Blunk, A.G. Mikos, A. Göpferich, and M.B. Schulz, "Poly(D,L-Lactic Acid)-Poly(Ethylene Glycol)-Monomethyl Ether Diblock Copolymers Control Adhesion and Osteoblastic Differentiation of Marrow Stromal Cells," *Tissue Eng., 9,* 71-84 (2003).

146. E. Behravesh, K. Zygourakis, and A.G. Mikos, "Adhesion and Migration of Marrow-Derived Osteoblasts on Injectable *In Situ* Crosslinkable Poly(Propylene Fumarate-Co-Ethylene Glycol) Based Hydrogels with a Covalently Linked RGDS Peptide," *J. Biomed. Mater. Res. Part A, 65A,* 261-271 (2003).

147. M.D. Timmer, R.A. Horch, C.G. Ambrose, and A.G. Mikos, "Effect of Physiological Temperature on the Mechanical Properties and Network Structure of Biodegradable Poly(Propylene Fumarate)-Based Networks," *J. Biomater. Sci., Polym. Ed., 14,* 369-382 (2003).

148. H. Shin, J.S. Temenoff, and A.G. Mikos, "*In Vitro* Cytotoxicity of Unsaturated Oligo(Poly(Ethylene Glycol) Fumarate) Macromers and their Crosslinked Hydrogels," *Biomacromolecules, 4,* 552-560 (2003).

149. A.K. Shung, E. Behravesh, S. Jo, and A.G. Mikos, "Crosslinking Characteristics of and Cell Adhesion to an Injectable Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogel Using a Water Soluble Crosslinking System," *Tissue Eng., 9,* 243-254 (2003).

150. H. Shin, P.Q. Ruhé, A.G. Mikos, and J.A. Jansen, "*In Vivo* Bone and Soft Tissue Response to Injectable Biodegradable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels," *Biomaterials, 24,* 3201-3211 (2003).

151. D. Dean, N.S. Topham, S.C. Meneghetti, M.S. Wolfe, K. Jepsen, S. He, J.E.-K. Chen, J.P. Fisher, M. Cooke, C. Rimnac, and A.G. Mikos, "Poly(Propylene Fumarate) and Poly(DL-Lactic-co-Glycolic Acid) as Scaffold Materials for Solid and Foam-Coated Composite Tissue-Engineered Constructs for Cranial Reconstruction," *Tissue Eng., 9,* 495-504 (2003).

152. J. van den Dolder, G.N. Bancroft, V.I. Sikavitsas, P.H.M. Spauwen, A.G. Mikos, and J.A. Jansen, "Effect of Fibronectin- and Collagen I-Coated Titanium Fiber Mesh on Proliferation and Differentiation of Osteogenic Cells," *Tissue Eng., 9,* 505-515 (2003).

153. G.N. Bancroft, V.I. Sikavitsas, and A.G. Mikos, "Design of a Flow Perfusion Bioreactor System for Bone Tissue-Engineering Applications," *Tissue Eng., 9,* 549-554 (2003).

154. M.D. Timmer, H. Shin, R.A. Horch, C.G. Ambrose, and A.G. Mikos, "*In Vitro* Cytotoxicity of Injectable and Biodegradable Poly(Propylene Fumarate)-Based Networks: Unreacted Macromers, Cross-Linked Networks, and Degradation Products," *Biomacromolecules, 4,* 1026-1033 (2003).

155. E. Behravesh and A.G. Mikos, "Three-Dimensional Culture of Differentiating Marrow Stromal Osteoblasts in Biomimetic Poly(Propylene Fumarate-co-Ethylene Glycol)-Based Macroporous Hydrogels," *J. Biomed. Mater. Res. Part A, 66A,* 698-706 (2003).

156. M.D. Timmer, C.G. Ambrose, and A.G. Mikos, "Evaluation of Thermal- and Photo-Crosslinked Biodegradable Poly(Propylene Fumarate)-Based Networks," *J. Biomed. Mater. Res. Part A, 66A,* 811-818 (2003).

157. H. Shin, S. Jo, and A.G. Mikos, "Biomimetic Materials for Tissue Engineering," *Biomaterials, 24,* 4353-4364 (2003).

158. E. Behravesh, V.I. Sikavitsas, and A.G. Mikos, "Quantification of Ligand Surface Concentration of Bulk-Modified Biomimetic Hydrogels," *Biomaterials, 24,* 4365-4374 (2003).

159. J.K. Tessmar, A.G. Mikos, and A. Goepferich, "The Use of Poly(Ethylene Glycol)-block-Poly(Lactic Acid) Derived Copolymers for the Rapid Creation of Biomimetic Surfaces," *Biomaterials, 24,* 4475-4486 (2003).

160. T.A. Holland, Y. Tabata, and A.G. Mikos, "*In Vitro* Release of Transforming Growth Factor-β1 from Gelatin Microparticles Encapsulated in Biodegradable, Injectable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels," *J. Controlled Release, 91,* 299-313 (2003).

161. M.E. Gomes, V.I. Sikavitsas, E. Behravesh, R.L. Reis, and A.G. Mikos, "Effect of Flow Perfusion on the Osteogenic Differentiation of Bone Marrow Stromal Cells Cultured on Starch-Based Three-Dimensional Scaffolds," *J. Biomed. Mater. Res. Part A, 67A,* 87-95 (2003).

162. M.D. Timmer, C. Carter, C.G. Ambrose, and A.G. Mikos, "Fabrication of Poly(Propylene Fumarate)-Based Orthopaedic Implants by Photo-Crosslinking Through Transparent Silicone Molds," *Biomaterials, 24,* 4707-4714 (2003).

163. J.P. Fisher, M.D. Timmer, T.A. Holland, D. Dean, P.S. Engel, and A.G. Mikos, "Photoinitiated Cross-Linking of the Biodegradable Polyester Poly(Propylene Fumarate). Part I: Determination of Network Structure," *Biomacromolecules, 4,* 1327-1334 (2003).

A637

164. J.P. Fisher, T.A. Holland, D. Dean, and A.G. Mikos, "Photoinitiated Crosslinking of the Biodegradable Polyester Poly(Propylene Fumarate). Part II: *In Vitro* Degradation," *Biomacromolecules, 4,* 1335-1342 (2003).

165. J.S. Temenoff, E.S. Steinbis, and A.G. Mikos, "Effect of Drying History on Swelling Properties and Cell Attachment to Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels for Guided Tissue Regeneration Applications," *J. Biomater. Sci., Polym. Ed., 14,* 989-1004 (2003).

166. P.Q. Ruhé, E.L. Hedberg, N.T. Padron, P.H.M. Spauwen, J.A. Jansen, and A.G. Mikos, "rhBMP-2 Release from Injectable Poly(DL-Lactic-co-Glycolic Acid)/Calcium Phosphate Cement Composites," *J. Bone Joint Surg., 85-A, Suppl. 3,* 75-81 (2003).

167. Z. Lalani, M. Wong, E.M. Brey, A.G. Mikos, and P.J. Duke, "Spatial and Temporal Localization of Transforming Growth Factor-$\beta$1, Bone Morphogenetic Protein-2, and Platelet-Derived Growth Factor-A in Healing Tooth Extraction Sockets in a Rabbit Model," *J. Oral Maxillofac. Surg., 61,* 1061-1072 (2003).

168. K. Tanahashi and A.G. Mikos, "Protein Adsorption and Smooth Muscle Cell Adhesion on Biodegradable Agmatine-Modified Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *J. Biomed. Mater. Res. Part A, 67A,* 448-457 (2003).

169. J.S. Temenoff, H. Shin, D.E. Conway, P.S. Engel, and A.G. Mikos, "*In Vitro* Cytotoxicity of Redox Radical Initiators for Crosslinking of Oligo(Poly(Ethylene Glycol) Fumarate) Macromers," *Biomacromolecules, 4,* 1605-1613 (2003).

170. V.I. Sikavitsas, J. van den Dolder, G.N. Bancroft, P.H.M. Spauwen, J.A. Jansen, and A.G. Mikos, "Influence of the *In Vitro* Culture Period on the *In Vivo* Performance of Cell/Titanium Bone Tissue Engineered Constructs Using a Rat Cranial Critical Size Defect Model," *J. Biomed. Mater. Res. Part A, 67A,* 944-951 (2003).

171. J.S. Blum, M.A. Barry, and A.G. Mikos, "Bone Regeneration through Transplantation of Genetically Modified Cells," *Clin. Plast. Surg., 30,* 611-620 (2003).

172. K. Tanahashi and A.G. Mikos, "Effect of Hydrophilicity and Agmatine Modification on Degradation of Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *J. Biomed. Mater. Res. Part A, 67A,* 1148-1154 (2003).

173. C.G. Ambrose, G.R. Gogola, T.A. Clyburn, A.K. Raymond, A.S. Peng, and A.G. Mikos, "Antibiotic Microspheres: Preliminary Testing for Potential Treatment of Osteomyelitis," *Clin. Orthop. Rel. Res., 415,* 279-285 (2003).

174. J.S. Blum, M.A. Barry, A.G. Mikos, and J.A. Jansen, "*In Vivo* Evaluation of Gene Therapy Vectors in *Ex Vivo* Derived Marrow Stromal Cells for Bone Regeneration in a Rat Critical Size Calvarial Defect Model," *Human Gene Therapy, 14,* 1689-1701 (2003).

175. V.I. Sikavitsas, G.N. Bancroft, H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Mineralized Matrix Deposition by Marrow Stromal Osteoblasts in 3D Perfusion Culture Increases with Increasing Fluid Shear Forces," *Proceed. Natl. Acad. Sci. USA, 100,* 14683-14688 (2003).

176. H. Shin, K. Zygourakis, M.C. Farach-Carson, M.J. Yaszemski, and A.G. Mikos, "Attachment, Proliferation, and Migration of Marrow Stromal Osteoblasts Cultured on Biomimetic Hydrogels Modified with an Osteopontin-Derived Peptide," *Biomaterials, 25,* 895-906 (2004).

177. T.A. Holland, J.K.V. Tessmar, Y. Tabata, and A.G. Mikos, "Transforming Growth Factor-$\beta$1 Release from Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels in Conditions Which Model the Cartilage Wound Healing Environment," *J. Controlled Release, 94,* 101-114 (2004).

A638

178. J.S. Temenoff, H. Park, E. Jabbari, D.E. Conway, T.L. Sheffield, C.G. Ambrose, and A.G. Mikos, "Thermally-Crosslinked Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels Support Osteogenic Differentiation of Encapsulated Marrow Stromal Cells *In Vitro*," *Biomacromolecules, 5,* 5-10 (2004).

179. J.S. Blum, M.B. Parrott, A.G. Mikos, and M.A. Barry, "Early Osteoblastic Differentiation Induced by Dexamethasone Enhances Adenoviral Gene Delivery to Marrow Stromal Cells," *J. Orthop. Res., 22,* 411-416 (2004).

180. J.P. Fisher, Z. Lalani, C.M. Bossano, E.M. Brey, N. Demian, C.M. Johnston, D. Dean, J.A. Jansen, M.E.K. Wong, and A.G. Mikos, "Effect of Biomaterial Properties on Bone Healing in a Rabbit Tooth Extraction Socket Model," *J. Biomed. Mater. Res. Part A, 68A,* 428-438 (2004).

181. Z. Lalani, M.E.K. Wong, E.M. Brey, A.G. Mikos, P.J. Duke, and C. Johnston, "Spatial and Temporal Localization of Secretory IgA in Healing Tooth Extraction Sockets in a Rabbit Model," *J. Oral Maxillofac. Surg., 62,* 466-472 (2004).

182. C.G. Ambrose, T.A. Clyburn, K. Louden, J. Joseph, J. Wright, P. Gulati, G.R. Gogola, and A.G. Mikos, "Effective Treatment of Osteomyelitis with Biodegradable Microspheres in a Rabbit Model," *Clin. Orthop. Rel. Res., 421,* 293-299 (2004).

183. H. Shin, K. Zygourakis, M.C. Farach-Carson, M.J. Yaszemski, and A.G. Mikos, "Modulation of Differentiation and Mineralization of Marrow Stromal Cells Cultured on Biomimetic Hydrogels Modified with Arg-Gly-Asp Containing Peptides," *J. Biomed. Mater. Res. Part A, 69A,* 535-543 (2004).

184. J.S. Blum, J.S. Temenoff, H. Park, J.A. Jansen, A.G. Mikos, and M.A. Barry, "Development and Characterization of Enhanced Green Fluorescent Protein and Luciferase Expressing Cell Line for Non-Destructive Evaluation of Tissue Engineering Constructs," *Biomaterials, 25,* 5809-5819 (2004).

185. Z.S. Patel and A.G. Mikos, "Angiogenesis with Biomaterial-Based Drug- and Cell-Delivery Systems," *J. Biomater. Sci., Polym. Ed., 15,* 701-726 (2004).

186. J.S. Temenoff, H. Park, E. Jabbari, T.L. Sheffield, R.G. LeBaron, C.G. Ambrose, and A.G. Mikos, "*In Vitro* Osteogenic Differentiation of Marrow Stromal Cells Encapsulated in Biodegradable Hydrogels," *J. Biomed. Mater. Res. Part A, 70A,* 235-244 (2004).

187. R.A. Horch, N. Shahid, A.S. Mistry, M.D. Timmer, A.G. Mikos, and A.R. Barron, "Nanoreinforcement of Poly(Propylene Fumarate)-Based Networks with Surface Modified Alumoxane Nanoparticles for Bone Tissue Engineering," *Biomacromolecules, 5,* 1990-1998 (2004).

188. J.P. Fisher, S. Jo, A.G. Mikos, and A.H. Reddi, "Thermoreversible Hydrogel Scaffolds for Articular Cartilage Engineering," *J. Biomed. Mater. Res. Part A, 71A,* 268-274 (2004).

189. E.L. Hedberg, C.K. Shih, L.A. Solchaga, A.I. Caplan, and A.G. Mikos, "Controlled Release of Hyaluronan Oligomers from Biodegradable Polymeric Microparticle Carriers," *J. Controlled Release, 100,* 257-266 (2004).

190. N. Datta, H.L. Holtorf, V.I. Sikavitsas, J.A. Jansen, and A.G. Mikos, "Effect of Bone Extracellular Matrix Synthesized *In Vitro* on the Osteoblastic Differentiation of Marrow Stromal Cells," *Biomaterials, 26,* 971-977 (2005).

191. V.I. Sikavitsas, G.N. Bancroft, J.J. Lemoine, M.A.K. Liebschner, M. Dauner, and A.G. Mikos, "Flow Perfusion Enhances the Calcified Matrix Deposition of Marrow Stromal Cells in Biodegradable Nonwoven Fiber Mesh Scaffolds," *Ann. Biomed. Eng., 33,* 63-70 (2005).

A639

192. T.A. Holland, Y. Tabata, and A.G. Mikos, "Dual Growth Factor Delivery from Degradable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogel Scaffolds for Cartilage Tissue Engineering," *J. Controlled Release, 101,* 111-125 (2005).

193. J.A. Jansen, J.W.M. Vehof, P.Q. Ruhé, H. Kroeze-Deutman, Y. Kuboki, H. Takita, E.L. Hedberg, and A.G. Mikos, "Growth Factor-Loaded Scaffolds for Bone Engineering," *J. Controlled Release, 101,* 127-136 (2005).

194. E.L. Hedberg, C.K. Shih, J.J. Lemoine, M.D. Timmer, M.A.K. Liebschner, J.A. Jansen, and A.G. Mikos, "*In Vitro* Degradation of Porous Poly(Propylene Fumarate)/Poly(DL-Lactic-co-Glycolic Acid) Composite Scaffolds," *Biomaterials, 26,* 3215-3225 (2005).

195. H. Shin, J.S. Temenoff, G.C. Bowden, K. Zygourakis, M.C. Farach-Carson, M.J. Yaszemski, and A.G. Mikos, "Osteogenic Differentiation of Rat Bone Marrow Stromal Cells Cultured on Arg-Gly-Asp Modified Hydrogels without Dexamethasone and β-Glycerol Phosphate," *Biomaterials, 26,* 3645-3654 (2005).

196. H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Flow Perfusion Culture Induces the Osteoblastic Differentiation of Marrow Stromal Cell-Scaffold Constructs in the Absence of Dexamethasone," *J. Biomed. Mater. Res. Part A, 72A,* 326-334 (2005).

197. E.L. Hedberg, H.C. Kroese-Deutman, C.K. Shih, R.S. Crowther, D.H. Carney, A.G. Mikos, and J.A. Jansen, "*In Vivo* Degradation of Porous Poly(Propylene Fumarate)/Poly(DL-Lactic-co-Glycolic Acid) Composite Scaffolds," *Biomaterials, 26,* 4616-4623 (2005).

198. E.L. Hedberg, H.C. Kroese-Deutman, C.K. Shih, R.S. Crowther, D.H. Carney, A.G. Mikos, and J.A. Jansen, "Effect of Varied Release Kinetics of the Osteogenic Thrombin Peptide TP508 from Biodegradable, Polymeric Scaffolds on Bone Formation *In Vivo*," *J. Biomed. Mater. Res. Part A, 72A,* 343-353 (2005).

199. L.A. Solchaga, J.S. Temenoff, J. Gao, A.G. Mikos, A.I. Caplan, and V.M. Goldberg, "Repair of Osteochondral Defects with Hyaluronan- and Polyester-Based Scaffolds," *Osteoarthritis Cartilage, 13,* 297-309 (2005).

200. A.S. Mistry and A.G. Mikos, "Tissue Engineering Strategies for Bone Regeneration," *Adv. Biochem. Eng. Biotechnol., 94,* 1-22 (2005).

201. F.K. Kasper, S.K. Seidlits, A. Tang, R.S. Crowther, D.H. Carney, M.A. Barry, and A.G. Mikos, "*In Vitro* Release of Plasmid DNA from Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels," *J. Controlled Release, 104,* 521-539 (2005).

202. X. Shi, J.L. Hudson, P.P. Spicer, J.M. Tour, R. Krishnamoorti, and A.G. Mikos, "Rheological Behavior and Mechanical Characterization of Injectable Poly(Propylene Fumarate)/Single-Walled Carbon Nanotube Composites for Bone Tissue Engineering," *Nanotechnology, 16,* S531-S538 (2005).

203. H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Ectopic Bone Formation in Rat Marrow Stromal Cell/Titanium Fiber Mesh Scaffold Constructs: Effect of Initial Cell Phenotype," *Biomaterials, 26,* 6208-6216 (2005).

204. H.L. Holtorf, N. Datta, J.A. Jansen, and A.G. Mikos, "Scaffold Mesh Size Affects the Osteoblastic Differentiation of Seeded Marrow Stromal Cells Cultured in a Flow Perfusion Bioreactor," *J. Biomed. Mater. Res. Part A, 74A,* 171-180 (2005).

205. H.L. Holtorf, T.L. Sheffield, C.G. Ambrose, J.A. Jansen, and A.G. Mikos, "Flow Perfusion Culture of Marrow Stromal Cells Seeded on Porous Biphasic Calcium Phosphate Ceramics," *Ann. Biomed. Eng., 33,* 1238-1248 (2005).

206. D. Dean, M.S. Wolfe, Y. Ahmad, A. Totonchi, J.E.-K. Chen, J.P. Fisher, M.N. Cooke, C.M. Rimnac, D.P. Lennon, A.I. Caplan, N.S. Topham, and A.G. Mikos, "Effect of

A640

11/10/08

Transforming Growth Factor β2 on Marrow-Infused Foam Poly(Propylene Fumarate) Tissue-Engineered Constructs for the Repair of Critical-Size Cranial Defects in Rabbits," *Tissue Eng.*, *11*, 923-939 (2005).

207. H. Park, J.S. Temenoff, T.A. Holland, Y. Tabata, and A.G. Mikos, "Delivery of TGF-β1 and Chondrocytes via Injectable, Biodegradable Hydrogels for Cartilage Tissue Engineering Applications," *Biomaterials*, *26*, 7095-7103 (2005).

208. P.Q. Ruhé, E.L. Hedberg, N.T. Padron, P.H.M. Spauwen, J.A. Jansen, and A.G. Mikos, "Biocompatibility and Degradation of Poly(DL-Lactic-co-Glycolic Acid)/Calcium Phosphate Cement Composites," *J. Biomed. Mater. Res. Part A*, *74A*, 533-544 (2005).

209. P.Q. Ruhé, O.C. Boerman, F.G.M. Russel, P.H.M. Spauwen, A.G. Mikos, and J.A. Jansen, "Controlled Release of rhBMP-2 Loaded Poly(DL-Lactic-co-Glycolic Acid)/Calcium Phosphate Cement Composites *In Vivo*," *J. Controlled Release*, *106*, 162-171 (2005).

210. T.A. Holland, E.W.H. Bodde, L.S. Baggett, Y. Tabata, A.G. Mikos, and J.A. Jansen, "Osteochondral Repair in the Rabbit Model Utilizing Bilayered, Degradable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogel Scaffolds," *J. Biomed. Mater. Res. Part A*, *75A*, 156-167 (2005).

211. Z. Lalani, M. Wong, E.M. Brey, A.G. Mikos, P.J. Duke, M.J. Miller, C. Johnston, and D. Montufar-Solis, "Spatial and Temporal Localization of FGF-2 and VEGF in Healing Tooth Extraction Sockets in a Rabbit Model," *J. Oral Maxillofac. Surg.*, *63*, 1500-1508 (2005).

212. F.K. Kasper, T. Kushibiki, Y. Kimura, A.G. Mikos, and Y. Tabata, "*In Vivo* Release of Plasmid DNA from Composites of Oligo(Poly(Ethylene Glycol) Fumarate) and Cationized Gelatin Microspheres," *J. Controlled Release*, *107*, 547-561 (2005).

213. E.L. Hedberg, H.C. Kroese-Deutman, C.K. Shih, J.J. Lemoine, M.A.K. Liebcshner, M.J. Miller, A.W. Yasko, R.S. Crowther, D.H. Carney, A.G. Mikos, and J.A. Jansen, "A Comparative Analysis of Radiography, Microcomputed Tomography, and Histology for Bone Tissue Engineering," *Tissue Eng.*, *11*, 1356-1367 (2005).

214. C.-Y. Lin, R.M. Schek, A.S. Mistry, X. Shi, A.G. Mikos, P.H. Krebsbach, and S.J. Hollister, "Functional Bone Engineering Using *Ex Vivo* Gene Therapy and Topology-Optimized, Biodegradable Polymer Composite Scaffolds," *Tissue Eng.*, *11*, 1589-1598 (2005).

215. S. Young, M. Wong, Y. Tabata, and A.G. Mikos, "Gelatin as a Delivery Vehicle for the Controlled Release of Bioactive Molecules," *J. Controlled Release*, *109*, 256-274 (2005).

216. N. Datta, Q.P. Pham, U. Sharma, V.I. Sikavitsas, J.A. Jansen, and A.G. Mikos, "*In Vitro* Generated Extracellular Matrix and Fluid Shear Stress Synergistically Enhance 3D Osteoblastic Differentiation," *Proceed. Natl. Acad. Sci. USA*, *103*, 2488-2493 (2006).

217. M.E. Gomes, C.M. Bossano, C.M. Johnston, R.L. Reis, and A.G. Mikos, "*In Vitro* Localization of Bone Growth Factors in Constructs of Biodegradable Scaffolds Seeded with Marrow Stromal Cells and Cultured in a Flow Perfusion Bioreactor," *Tissue Eng.*, *12*, 177-188 (2006).

218. P.Q. Ruhé, E.L. Hedberg-Dirk, N.T. Padron, P.H.M. Spauwen, J.A. Jansen, and A.G. Mikos, "Porous Poly(DL-Lactic-*co*-Glycolic Acid)/Calcium Phosphate Cement Composite for Reconstruction of Bone Defects," *Tissue Eng.*, *12*, 789-800 (2006).

219. M.E. Gomes, H.L. Holtorf, R.L. Reis, and A.G. Mikos, "Influence of the Porosity of Starch-Based Fiber Mesh Scaffolds on the Proliferation and Osteogenic Differentiation of Bone Marrow Stromal Cells Cultured in a Flow Perfusion Bioreactor," *Tissue Eng.*, *12*, 801-809 (2006).

A641

220. Q.P. Pham, U. Sharma, and A.G. Mikos, "Electrospinning of Polymeric Nanofibers for Tissue Engineering Applications: A Review," *Tissue Eng.*, *12*, 1197-1211 (2006).

221. F.K. Kasper, S. Young, K. Tanahashi, M.A. Barry, Y. Tabata, J.A. Jansen, and A.G. Mikos, "Evaluation of Bone Regeneration by DNA Release from Composites of Oligo(Poly(Ethylene Glycol) Fumarate) and Cationized Gelatin Microspheres in a Critical-Sized Calvarial Defect," *J. Biomed. Mater. Res. Part A*, *78A*, 335-342 (2006).

222. A. Saraf and A.G. Mikos, "Gene Delivery Strategies for Cartilage Tissue Engineering," *Adv. Drug Deliv. Rev.*, *58*, 592-603 (2006).

223. X. Shi, J.L. Hudson, P.P. Spicer, J.M. Tour, R. Krishnamoorti, and A.G. Mikos, "Injectable Nanocomposites of Single-Walled Carbon Nanotubes and Biodegradable Polymers for Bone Tissue Engineering," *Biomacromolecules*, *7*, 2237-2242 (2006).

224. F.K. Kasper, E. Jerkins, K. Tanahashi, M.A. Barry, Y. Tabata, and A.G. Mikos, "Characterization of DNA Release from Composites of Oligo(Poly(Ethylene Glycol) Fumarate) and Cationized Gelatin Microspheres *In Vitro*," *J. Biomed. Mater. Res. Part A*, *78A*, 823-835 (2006).

225. M.C. Hacker and A.G. Mikos, "Trends in Tissue Engineering Research," *Tissue Eng.*, *12*, 2049-2057 (2006).

226. W.J.E.M. Habraken, J.G.C. Wolke, A.G. Mikos, and J.A. Jansen, "Injectable PLGA Microsphere/Calcium Phosphate Cements: Physical Properties and Degradation Characteristics," *J. Biomater. Sci., Polym. Ed.*, *17*, 1057-1074 (2006).

227. A. Haesslein, H. Ueda, M. Hacker, S. Jo, D.M. Ammon, R.N. Borazjani, J.F. Kunzler, J.C. Salamone, and A.G. Mikos, "Long-Term Release of Fluocinolone Acetonide Using Biodegradable Fumarate-Based Polymers," *J. Controlled Release*, *114*, 251-260 (2006).

228. P.Q. Ruhé, O.C. Boerman, F.G.M. Russel, A.G. Mikos, P.H.M. Spauwen, and J.A. Jansen, "*In Vivo* Release of rhBMP-2 Loaded Porous Calcium Phosphate Cement Pretreated with Albumin," *J. Mater. Sci., Mater. Med.*, *17*, 919-927 (2006).

229. T.A. Holland and A.G. Mikos, "Biodegradable Polymeric Scaffolds, Improvements in Bone Tissue Engineering through Controlled Drug Delivery," *Adv. Biochem. Eng. Biotechnol.*, *102*, 161-185 (2006).

230. Q.P. Pham, U. Sharma, and A.G. Mikos, "Electrospun Poly(ε-Caprolactone) Microfiber and Multilayer Nanofiber/Microfiber Scaffolds: Characterization of Scaffolds and Measurement of Cellular Infiltration," *Biomacromolecules*, *7*, 2796-2805 (2006).

231. A.G. Mikos, S.W. Herring, P. Ochareon, J. Elisseeff, H.H. Lu, R. Kandel, F.J. Schoen, M. Toner, D. Mooney, A. Atala, M.E. van Dyke, D. Kaplan, and G. Vunjak-Novakovic, "Engineering Complex Tissues," *Tissue Eng.*, *12*, 3307-3339 (2006).

232. E.M. Christenson, K.S. Anseth, J.J.J.P. van den Beucken, C.K. Chan, B. Ercan, J.A. Jansen, C.T. Laurencin, W.-J. Li, R. Murugan, L.S. Nair, S. Ramakrishna, R.S. Tuan, T.J. Webster, and A.G. Mikos, "Nanobiomaterial Applications in Orthopaedics," *J. Orthop. Res.*, *25*, 11-22 (2007).

233. T.A. Holland, E.W.H. Bodde, V.M.J.I. Cuijpers, L.S. Baggett, Y. Tabata, A.G. Mikos, and J.A. Jansen, "Degradable Hydrogel Scaffolds for *In Vivo* Evaluation of Growth Factor Interactions in Cartilage Repair," *Osteoarthritis Cartilage*, *15*, 187-197 (2007).

234. H. Park, J.S. Temenoff, Y. Tabata, A.I. Caplan, and A.G. Mikos, "Injectable Biodegradable Hydrogel Composites for Rabbit Marrow Mesenchymal Stem Cell and Growth Factor Delivery for Cartilage Tissue Engineering," *Biomaterials*, *28*, 3217-3227 (2007).

A642

235. J.D. Kretlow and A.G. Mikos, "Mineralization of Synthetic Polymer Scaffolds for Bone Tissue Engineering," *Tissue Eng., 13,* 927-938 (2007).

236. B. Sitharaman, X. Shi, L.A. Tran, P.P. Spicer, I. Rusakova, L.J. Wilson, and A.G. Mikos, "Injectable *In Situ* Crosslinkable Nanocomposites of Biodegradable Polymers and Carbon Nanostructures for Bone Tissue Engineering," *J. Biomater. Sci., Polym. Ed., 18,* 655-671 (2007).

237. M. Hacker, M. Ringhofer, B. Appel, M. Neubauer, T. Vogel, S. Young, A.G. Mikos, T. Blunk, A. Göpferich, and M.B. Schulz, "Solid Lipid Templating of Macroporous Tissue Engineering Scaffolds," *Biomaterials, 28,* 3497-3507 (2007).

238. J.D. Kretlow, L. Klouda, and A.G. Mikos, "Injectable Matrices and Scaffolds for Drug Delivery in Tissue Engineering," *Adv. Drug Deliv. Rev., 59,* 263-273 (2007).

239. J.M. Ashcroft, K.B. Hartman, K.R. Kissell, Y. Mackeyev, S. Pheasant, S. Young, P.A.W. Van der Heide, A.G. Mikos, and L.J. Wilson, "Single-Molecule $I_2$@US-Tube Nanocapsules: A New X-Ray Contrast-Agent Design," *Adv. Mater., 19,* 573-576 (2007).

240. H. Castano-Izquierdo, J. Alvarez-Barreto, J. van den Dolder, J.A. Jansen, A.G. Mikos, and V.I. Sikavitsas, "Pre-Culture Period of Mesenchymal Stem Cells in Osteogenic Media Influences their *In Vivo* Bone Forming Potential," *J. Biomed. Mater. Res. Part A, 82A,* 129-138 (2007).

241. B. Sitharaman, L.A. Tran, Q.P. Pham, R.D. Bolskar, R. Muthupillai, S.D. Flamm, A.G. Mikos, and L.J. Wilson, "Gadofullerenes as Nanoscale Magnetic Labels for Cellular MRI," *Contrast Media Mol. Imaging, 2,* 139-146 (2007).

242. M.B. Murphy, J.D. Hartgerink, A. Goepferich, and A.G. Mikos, "Synthesis and *In Vitro* Hydroxyapatite Binding of Peptides Conjugated to Calcium-Binding Moieties," *Biomacromolecules, 8,* 2237-2243 (2007).

243. X. Shi, B. Sitharaman, Q.P. Pham, F. Liang, K. Wu, W.E. Billups, L.J. Wilson, and A.G. Mikos, "Fabrication of Porous Ultra-Short Single-Walled Carbon Nanotube Nanocomposite Scaffolds for Bone Tissue Engineering," *Biomaterials, 28,* 4078–4090 (2007).

244. S.C.G. Leeuwenburgh, J.A. Jansen, and A.G. Mikos, "Functionalization of Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels with Finely Dispersed Calcium Phosphate Nanocrystals for Bone-Substituting Purposes," *J. Biomater. Sci., Polym. Ed., 18,* 1547–1564 (2007).

245. H. Ueda, M.C. Hacker, A. Haesslein, S. Jo, D.M. Ammon, R.N. Borazjani, J.F. Kunzler, J.C. Salamone, and A.G. Mikos, "Injectable, *In Situ* Forming Poly(Propylene Fumarate)-Based Ocular Drug Delivery Systems," *J. Biomed. Mater. Res. Part A, 83A,* 656-666 (2007).

246. S. Kaihara, S. Matsumura, A.G. Mikos, and J.P. Fisher, "Synthesis of Poly(L-Lactide) and Polyglycolide by Ring-Opening Polymerization," *Nature Protocols, 2,* 2767-2771 (2007).

247. A.S. Mistry, A.G. Mikos, and J.A. Jansen, "Degradation and Biocompatibility of a Poly(Propylene Fumarate)-Based/Alumoxane Nanocomposite for Bone Tissue Engineering," *J. Biomed. Mater. Res. Part A, 83A,* 940-953 (2007).

248. P.C. Johnson, A.G. Mikos, J.P. Fisher, and J.A. Jansen, "Strategic Directions in Tissue Engineering," *Tissue Eng., 13,* 2827-2837 (2007).

249. E.M. Christenson, W. Soofi, J.L. Holm, N.R. Cameron, and A.G. Mikos, "Biodegradable Fumarate-Based PolyHIPEs as Tissue Engineering Scaffolds," *Biomacromolecules, 8,* 3806-3814 (2007).

A643

250. A. Haesslein, M.C. Hacker, and A.G. Mikos, "Effect of Macromer Molecular Weight on *In Vitro* Ophthalmic Drug Release from Photo-Crosslinked Matrices," *Acta Biomaterialia, 4,* 1-10 (2008).

251. L. Klouda and A.G. Mikos, "Thermoresponsive Hydrogels in Biomedical Applications," *Eur. J. Pharm. Biopharm., 68,* 34-45 (2008).

252. D.P. Link, J. van den Dolder, J.J.J.P. van den Beucken, J.G.C. Wolke, A.G. Mikos, and J.A. Jansen, "Bone Response and Mechanical Strength of Rabbit Femoral Defects Filled with Injectable CaP Cements Containing TGF-β1 Loaded Gelatin Microparticles," *Biomaterials, 29,* 675-682 (2008).

253. E.W.H. Bodde, P.H.M. Spauwen, A.G. Mikos, and J.A. Jansen, "Closing Capacity of Segmental Radius Defects in Rabbits," *J. Biomed. Mater. Res. Part A, 85A,* 206-217 (2008).

254. Y. Khan, M.J. Yaszemski, A.G. Mikos, and C. Laurencin, "Tissue Engineering of Bone: Material and Matrix Considerations," *J. Bone Joint Surg.,* 90, 36-42 (2008).

255. A. Saraf, M.C. Hacker, B. Sitharaman, K.J. Grande-Allen, M.A. Barry, and A.G. Mikos, "Synthesis and Conformational Evaluation of a Novel Gene Delivery Vector for Human Mesenchymal Stem Cells," *Biomacromolecules, 9,* 818-827 (2008).

256. W.J.E.M. Habraken, Z. Zhang, J.G.C. Wolke, D.W. Grijpma, A.G. Mikos, J. Feijen, and J.A. Jansen, "Introduction of Enzymatically Degradable Poly(Trimethylene Carbonate) Microspheres into an Injectable Calcium Phosphate Cement," *Biomaterials, 29,* 2464-2476 (2008).

257. Q.P. Pham, F.K. Kasper, L.S. Baggett, R.M. Raphael, J.A. Jansen, and A.G. Mikos, "The Influence of an *In Vitro* Generated Bone-like Extracellular Matrix on Osteoblastic Gene Expression of Marrow Stromal Cells," *Biomaterials, 29,* 2729-2739 (2008).

258. S. Young, A.G. Bashoura, T. Borden, L.S. Baggett, J.A. Jansen, M. Wong, and A.G. Mikos, "Development and Characterization of a Rabbit Alveolar Bone Nonhealing Defect Model," *J. Biomed. Mater. Res. Part A, 86A,* 182-194 (2008).

259. M.C. Hacker, L. Klouda, B.B. Ma, J.D. Kretlow, and A.G. Mikos, "Synthesis and Characterization of Injectable, Thermally and Chemically Gelable, Amphiphilic Poly(N-Isopropylacrylamide)-Based Macromers," *Biomacromolecules, 9,* 1558-1570 (2008).

260. P.M. Mountziaris and A.G. Mikos, "Modulation of the Inflammatory Response for Enhanced Bone Tissue Regeneration," *Tissue Eng. Part B: Reviews, 14,* 179-186 (2008).

261. B. Sitharaman, X. Shi, X.F. Walboomers, H. Liao, V. Cuijpers, L.J. Wilson, A.G. Mikos, and J.A. Jansen, "*In Vivo* Biocompatibility of Ultra-Short Single-Walled Carbon Nanotube/Biodegradable Polymer Nanocomposites for Bone Tissue Engineering," *Bone, 43,* 362-370 (2008).

262. X. Shi, B. Sitharaman, Q.P. Pham, P.P. Spicer, J.L. Hudson, L.J. Wilson, J.M. Tour, R.M. Raphael, and A.G. Mikos, "*In Vitro* Cytotoxicity of Single-Walled Carbon Nanotube/Biodegradable Polymer Nanocomposites," *J. Biomed. Mater. Res. Part A, 86A,* 813-823 (2008).

263. Z.S. Patel, M. Yamamoto, H. Ueda, Y. Tabata, and A.G. Mikos, "Biodegradable Gelatin Microparticles as Delivery Systems for the Controlled Release of Bone Morphogenetic Protein-2," *Acta Biomaterialia, 4,* 1126-1138 (2008).

264. W.J.E.M. Habraken, J.G.C. Wolke, A.G. Mikos, and J.A. Jansen, "PLGA Microsphere/Calcium Phosphate Cement Composites for Tissue Engineering: *In Vitro* Release and Degradation Characteristics," *J. Biomater. Sci., Polym. Ed., 19,* 1171-1188

(2008).

265. S. Young, J.D. Kretlow, C. Nguyen, A.G. Bashoura, L.S. Baggett, J.A. Jansen, M. Wong, and A.G. Mikos, "Microcomputed Tomography Characterization of Neovascularization in Bone Tissue Engineering Applications," *Tissue Eng. Part B: Reviews, 14,* 295-306 (2008).

266. Z.S. Patel, H. Ueda, M. Yamamoto, Y. Tabata, and A.G. Mikos, "*In Vitro* and *In Vivo* Release of Vascular Endothelial Growth Factor from Gelatin Microparticles and Biodegradable Composite Scaffolds," *Pharm. Res., 25,* 2370-2378 (2008).

267. Z.S. Patel, S. Young, Y. Tabata, J.A. Jansen, M.E.K. Wong, and A.G. Mikos, "Dual Delivery of an Angiogenic and an Osteogenic Growth Factor for Bone Regeneration in a Critical Size Defect Model," *Bone, 43,* 931-940 (2008).

268. W.J.E.M. Habraken, L.T. de Jonge, J.G.C. Wolke, L. Yubao, A.G. Mikos, and J.A. Jansen, "Introduction of Gelatin Microspheres into an Injectable Calcium Phosphate Cement," *J. Biomed. Mater. Res. Part A, 87A,* 643-655 (2008).

269. D.P. Link, J. van den Dolder, J.J.J.P. van den Beucken, V.M. Cuijpers, J.G.C. Wolke, A.G. Mikos, and J.A. Jansen, "Evaluation of the Biocompatibility of Calcium Phosphate Cement/PLGA Microparticle Composites," *J. Biomed. Mater. Res. Part A, 87A,* 760-769 (2008).

270. E.W.H. Bodde, O.C. Boerman, F.G.M. Russel, A.G. Mikos, P.H.M. Spauwen, and J.A. Jansen, "The Kinetic and Biological Activity of Different Loaded rhBMP-2 Calcium Phosphate Cement Implants in Rats," *J. Biomed. Mater. Res. Part A, 87A,* 780-791 (2008).

271. B. Sitharaman, T.Y. Zakharian, A. Saraf, P. Misra, J. Ashcroft, S. Pan, Q.P. Pham, A.G. Mikos, L.J. Wilson, and D.A. Engler, "Water-Soluble Fullerene (C60) Derivatives as Nonviral Gene-Delivery Vectors," *Mol. Pharmac., 5,* 567-578 (2008).

272. J.D. Kretlow, Y.-Q. Jin, W. Liu, W.J. Zhang, T.-H. Hong, G. Zhou, L.S. Baggett, A.G. Mikos, and Y. Cao, "Donor Age and Cell Passage Affect Differentiation Potential of Murine Bone Marrow-Derived Stem Cells," *BMC Cell Biology, 9,* 60 (2008).

273. Q.P. Pham, F.K. Kasper, A.S. Mistry, U. Sharma, A.W. Yasko, J.A. Jansen, and A.G. Mikos, "Analysis of the Osteoinductive Capacity and Angiogenicity of an *In Vitro* Generated Extracellular Matrix," *J. Biomed. Mater. Res. Part A,* in press.

274. H. Park, J.S. Temenoff, Y. Tabata, A.I. Caplan, R.M. Raphael, J.A. Jansen, and A.G. Mikos, "Effect of Dual Growth Factor Delivery on Chondrogenic Differentiation of Rabbit Marrow Mesenchymal Stem Cells Encapsulated in Injectable Hydrogel Composites," *J. Biomed. Mater. Res. Part A,* in press.

275. A.S. Mistry, S.H. Cheng, T. Yeh, E.M. Christenson, J.A. Jansen, and A.G. Mikos, "Fabrication and *In Vitro* Degradation of Porous Fumarate-Based Polymer/Alumoxane Nanocomposite Scaffolds for Bone Tissue Engineering," *J. Biomed. Mater. Res. Part A,* in press.

276. M.C. Hacker, A. Haesslein, H. Ueda, W.J. Foster, C.A. Garcia, D.M. Ammon, R.N. Borazjani, J.F. Kunzler, J.C. Salamone, and A.G. Mikos, "Biodegradable Fumarate-Based Drug Delivery Systems for Ophthalmic Applications," *J. Biomed. Mater. Res. Part A,* in press.

277. A. Haesslein, M.C. Hacker, H. Ueda, D.M. Ammon, R.N. Borazjani, J.F. Kunzler, J.C. Salamone, and A.G. Mikos, "Matrix Modifications Modulate Ophthalmic Drug Delivery from Photo-Crosslinked Poly(Propylene Fumarate)-Based Networks," *J. Biomater. Sci., Polym. Ed.,* in press.

278. A.M. Martins, Q.P. Pham, P.B. Malafaya, R.A. Sousa, M.E. Gomes, R.M. Raphael, F.K. Kasper, R.L. Reis, and A.G. Mikos, "The Role of Lipase and α-Amylase in both the Degradation of Starch/Poly(ε-caprolactone) Fiber Meshes and the Osteogenic Differentiation of Cultured Marrow Stromal Cells," *Tissue Eng. Part A*, in press.

279. A.M. Martins, Q.P. Pham, P.B. Malafaya, R.M. Raphael, F.K. Kasper, R.L. Reis, and A.G. Mikos, "Natural Stimulus Responsive Scaffolds/Cells for Bone Tissue Engineering: Influence of Lysozyme upon Scaffold Degradation and Osteogenic Differentiation of Cultured Marrow Stromal Cells Induced by CaP Coatings," *Tissue Eng. Part A*, in press.

280. D.P. Link, J. van den Dolder, J.J.J.P. van den Beucken, W.J.E.M. Habraken, A. Soede, O.C. Boerman, A.G. Mikos, and J.A. Jansen, "Evaluation of an Orthotopically Implanted Calcium Phosphate Cement Containing Gelatin Microparticles," *J. Biomed. Mater. Res. Part A*, in press.

281. J.D. Kretlow and A.G. Mikos, "2007 AIChE Alpha Chi Sigma Award: From Material to Tissue: Biomaterial Development, Scaffold Fabrication, and Tissue Engineering," *AIChE J.*, in press.

282. P.M. Mountziaris, P.R. Kramer, and A.G. Mikos, "Emerging Intra-Articular Drug Delivery Systems for the Temporomandibular Joint," *Methods*, in press.

283. A.S. Mistry, Q.P. Pham, C. Shouten, T. Yeh, E.M. Christenson, A.G. Mikos, and J.A. Jansen, "*In Vivo* Bone Biocompatibility and Degradation of Porous Fumarate-Based Polymer/Alumoxane Nanocomposites for Bone Tissue Engineering," *J. Biomed. Mater. Res. Part A*, in press.

284. W.J.E.M. Habraken, O.C. Boerman, J.G.C. Wolke, A.G. Mikos, and J.A. Jansen, "*In Vitro* Growth Factor Release from Injectable Calcium Phosphate Cements Containing Gelatin Microspheres," *J. Biomed. Mater. Res. Part A*, in press.

285. H. Park, X. Guo, J.S. Temenoff, Y. Tabata, A.I. Caplan, F.K. Kasper, and A.G. Mikos, "Effect of Swelling Ratio of Injectable Hydrogel Composites on Chondrogenic Differentiation of Encapsulated Rabbit Marrow Mesenchymal Stem Cells *In Vitro*," *Biomacromolecules*, submitted.

286. W.J.E.M. Habraken, J.G.C. Wolke, A.G. Mikos, and J.A. Jansen, "Porcine Gelatin Microsphere/Calcium Phosphate Composites: *In Vitro* Degradation and Drug Release," *J. Biomed. Mater. Res. Part B: Applied Biomaterials*, submitted.

287. B. Sitharaman, M. van der Zande, J.S. Ananta, X. Shi, A. Veltien, X.F. Walboomers, L.J. Wilson, A.G. Mikos, A. Heerschap, and J.A. Jansen, "Magnetic Resonance Imaging Studies on Gadonanotube Reinforced Biodegradable Polymer Nanocomposites," *Biomaterials*, submitted.

288. F.K. Kasper, K. Tanahashi, J.P. Fisher, and A.G. Mikos, "Synthesis of Poly(Propylene Fumarate)," *Nature Protocols*, submitted.

289. S. Young, Z.S. Patel, J.D. Kretlow, M.B. Murphy, P.M. Mountziaris, L.S. Baggett, H. Ueda, Y. Tabata, J.A. Jansen, M. Wong, and A.G. Mikos, "Dose Effect of Dual Delivery of Vascular Endothelial Growth Factor and Bone Morphogenetic Protein-2 on Bone Regeneration in a Rat Critical Size Defect Model," *Tissue Eng. Part A*, submitted.

290. X. Guo, H. Park, S. Young, J.D. Kretlow, J.J. van den Beucken, L.S. Baggett, Y. Tabata, F.K. Kasper, A.G. Mikos, and J.A. Jansen, "Repair of Osteochondral Defects with Biodegradable Hydrogel Composites Encapsulating Marrow Mesenchymal Stem Cells in a Rabbit Model," *J. Orthop. Res.*, submitted.

291. L. Klouda and A.G. Mikos, "Biomaterials, Drug Delivery and Bionanotechnology - The Research that Paved the Way: Professor Nicholas Peppas' Research Over the Years," *Pharm. Res.*, submitted.

292. C. Nguyen, S. Young, J.D. Kretlow, A.G. Mikos, and M. Wong, "Surface Characteristics of Biomaterials Used for Space Maintenance in a Mandibular Defect: A Pilot Animal Study," *J. Oral Maxillofac. Surg.*, submitted.

293. K. Kim, D. Dean, A.G. Mikos, and J.P. Fisher, "The Effect of Initial Cell Seeding Density on Early Osteogenic Signal Expression of Bone Marrow Stromal Cells Cultured on Crosslinked Poly(Propylene Fumarate) Disks," *Biomaterials,* submitted.

294. X. Guo, H. Park, G. Liu, W. Liu, Y. Cao, Y. Tabata, F.K. Kasper, and A.G. Mikos, "*In Vitro* Generation of an Osteochondral Construct Using Injectable Hydrogel Composites Encapsulating Rabbit Marrow Mesenchymal Stem Cells," *Biomaterials,* submitted.

**Educational Publications**

1. S.L. Ishaug and A.G. Mikos, "A Course on Tissue Engineering," *Chem. Eng. Educ., 29,* 126-129 (1995).

2. L.V. McIntire and A.G. Mikos, "Biomedical Chemical Engineering," in *McGraw-Hill Encyclopedia of Science & Technology,* 8th Ed., Vol. 2, McGraw-Hill, New York, 1997, pp. 702-705.

**Chapters in Books and Encyclopedias**

1. N.A. Peppas and A.G. Mikos, "Preparation Methods and Structure of Hydrogels," in *Hydrogels in Medicine and Pharmacy. Volume I: Fundamentals,* N.A. Peppas, Ed., CRC Press, Boca Raton, 1986, pp. 1-25.

2. A.G. Mikos and N.A. Peppas, "Fracture Mechanics of Low Molecular Weight Polymers," in *Adhesion in Solids,* D.M. Mattox, J.E.E. Baglin, R.J. Gottschall, and C.D. Batich, Eds., MRS Symposium Proceedings, Vol. 119, Materials Research Society, Pittsburgh, 1988, pp. 63-68.

3. A.G. Mikos and N.A. Peppas, "Scaling Concepts and Molecular Theories of Adhesion of Synthetic Polymers to Glycoproteinic Networks," in *Bioadhesive Drug Delivery Systems,* V. Lenaerts and R. Gurny, Eds., CRC Press, Boca Raton, 1990, pp. 25-42.

4. N.A. Peppas and A.G. Mikos, "Kinetics of Mucus-Polymer Interactions," in *Bioadhesion-Possibilities and Future Trends,* R. Gurny and H.E. Junginger, Eds., Wissenschaftliche Verlagsgesellschaft, Stuttgart, 1990, pp. 65-85.

5. A.G. Mikos and N.A. Peppas, "Fracture Energy and Critical Strength of High Molecular Weight Glassy Polymers," in *Optical and Electrical Properties of Polymers,* J.A. Emerson and J.M. Torkelson, Eds., MRS Symposium Proceedings, Vol. 214, Materials Research Society, Pittsburgh, 1991, pp. 189-193.

6. A.G. Mikos, "Surfaces and Interfaces of Polymeric Biomaterials," in *Biocompatible Materials Engineering,* E. Wintermantel, Ed., Swiss Federal Institute of Technology Press, Zürich, Switzerland, 1991, pp. 9-62.

7. A.G. Mikos and C. Kiparissides, "Asymmetric Membrane Formation in the Heterogeneous Polymerization of Methyl Methacrylate," in *Kinetics of Phase Transformations,* M.O.

Thompson, M.J. Aziz, and G.B. Stephenson, Eds., MRS Symposium Proceedings, Vol. 205, Materials Research Society, Pittsburgh, 1992, pp. 441-446.

8.  A.G. Mikos, H.L. Wald, G. Sarakinos, S.M. Leite, and R. Langer, "Biodegradable Cell Transplantation Devices for Tissue Regeneration," in *Tissue-Inducing Biomaterials,* L.G. Cima and E.S. Ron, Eds., MRS Symposium Proceedings, Vol. 252, Materials Research Society, Pittsburgh, 1992, pp. 353-358.

9.  A.G. Mikos, "Biodegradable Polymers for Tissue Regeneration," in *Profiles on Biotechnology,* T.G. Villa and J. Abalde, Eds., University of Santiago Press, Santiago de Compostela, Spain, 1992, pp. 547-554.

10.  R.C. Thomson, M.J. Yaszemski, J.M. Powers, and A.G. Mikos, "A Novel Biodegradable Poly(Lactic-co-Glycolic Acid) Foam for Bone Regeneration," in *Biomaterials for Drug and Cell Delivery,* A.G. Mikos, R. Murphy, H. Bernstein, and N.A. Peppas, Eds., MRS Symposium Proceedings, Vol. 331, Materials Research Society, Pittsburgh, 1994, pp. 33-40.

11.  S.L. Ishaug, M.J. Yaszemski, R. Bizios, and A.G. Mikos, "Osteoblast Adhesion on Biodegradable Polymer Substrates," in *Biomaterials for Drug and Cell Delivery,* A.G. Mikos, R. Murphy, H. Bernstein, and N.A. Peppas, Eds., MRS Symposium Proceedings, Vol. 331, Materials Research Society, Pittsburgh, 1994, pp. 121-126.

12.  M.J. Yaszemski, A.G. Mikos, R.G. Payne, and W.C. Hayes, "Biodegradable Polymer Composites for Temporary Replacement of Trabecular Bone: The Effect of Polymer Molecular Weight on Composite Strength and Modulus," in *Biomaterials for Drug and Cell Delivery,* A.G. Mikos, R. Murphy, H. Bernstein, and N.A. Peppas, Eds., MRS Symposium Proceedings, Vol. 331, Materials Research Society, Pittsburgh, 1994, pp. 251-256.

13.  S.L. Ishaug, R.C. Thomson, A.G. Mikos, and R. Langer, "Biomaterials for Organ Regeneration," in *Molecular Biology and Biotechnology,* R.A. Meyers, Ed., VCH Publishers, New York, 1995, pp. 86-93.

14.  R.C. Thomson, S.L. Ishaug, A.G. Mikos, and R. Langer, "Polymers for Biological Systems," in *Molecular Biology and Biotechnology,* R.A. Meyers, Ed., VCH Publishers, New York, 1995, pp. 717-724.

15.  M.J. Yaszemski, R.G. Payne, T.B. Aufdemorte, W.C. Hayes, R. Langer, and A.G. Mikos, "The *In Vitro* Mechanical Strength and *In Vivo* Bone Ingrowth of a Degrading Polymeric Composite Biomaterial," in *Polymers in Medicine and Pharmacy,* A.G. Mikos, K.W. Leong, M.J. Yaszemski, J.A. Tamada, and M.L. Radomsky, Eds., MRS Symposium Proceedings, Vol. 394, Materials Research Society, Pittsburgh, 1995, pp. 21-24.

16.  R.C. Thomson, M.J. Yaszemski, J.M. Powers, T.P. Harrigan, and A.G. Mikos, "Poly(a-Hydroxy Ester)/Short Fiber Hydroxyapatite Composite Foams for Orthopedic Application," in *Polymers in Medicine and Pharmacy,* A.G. Mikos, K.W. Leong, M.J. Yaszemski, J.A. Tamada, and M.L. Radomsky, Eds., MRS Symposium Proceedings, Vol. 394, Materials Research Society, Pittsburgh, 1995, pp. 25-30.

17.  L.J. Suggs, R.G. Payne, E.Y. Kao, L.B. Alemany, M.J. Yaszemski, K.K. Wu, and A.G. Mikos, "The Synthesis and Characterization of a Novel Block Copolymer Consisting of Poly(Propylene Fumarate) and Poly(Ethylene Oxide)," in *Polymers in Medicine and Pharmacy,* A.G. Mikos, K.W. Leong, M.J. Yaszemski, J.A. Tamada, and M.L. Radomsky, Eds., MRS Symposium Proceedings, Vol. 394, Materials Research Society, Pittsburgh, 1995, pp. 167-173.

18. L.J. Suggs and A.G. Mikos, "Synthetic Biodegradable Polymers for Medical Applications," in *Physical Properties of Polymers Handbook,* J.E. Mark, Ed., American Institute of Physics, Woodbury, 1996, pp. 615-624.

19. R.C. Thomson, S.L. Ishaug, A.G. Mikos, and R. Langer, "Polymers for Biological Systems," in *Encyclopedia of Molecular Biology: Fundamentals and Applications,* R.A. Meyers, Ed., VCH Publishers, New York, 1996, pp. 31-44.

20. R.C. Thomson, M.J. Yaszemski, and A.G. Mikos, "Polymer Scaffold Processing," in *Principles of Tissue Engineering,* R.P. Lanza, R. Langer, and W.L. Chick, Eds., R.G. Landes, Austin, 1997, pp. 263-272.

21. R.D. Bostrom and A.G. Mikos, "Tissue Engineering of Bone," in *Synthetic Biodegradable Polymer Scaffolds,* A. Atala and D. Mooney, Eds., Birkhäuser, Boston, 1997, pp. 215-234.

22. M.T. am Ende and A.G. Mikos, "Diffusion Controlled Delivery of Proteins from Hydrogels and Other Hydrophilic Systems," in *Protein Delivery: Physical Systems,* L.M. Sanders and R.W. Hendren, Eds., Plenum, New York, 1997, pp. 139-165.

23. S.J. Peter, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Polymer Concepts Regarding Tissue Engineering," in *Portland Bone Symposium,* Oregon Health Sciences University, Portland, 1997, pp. 474-489.

24. R.G. Payne, S.A. Sivaram, J.E. Babensee, M.J. Yaszemski, A.W. Yasko, and A.G. Mikos, "Marrow Stromal Osteoblast Encapsulation and Seeding onto a Crosslinking Biodegradable Polymer," in *Biomaterials, Carriers for Drug Delivery, and Scaffolds for Tissue Engineering,* N.A. Peppas, D.J. Mooney, A.G. Mikos, and L. Brannon-Peppas, Eds., American Institute of Chemical Engineers, New York, 1997, pp. 87-89.

25. E. Yuksel, R. Cleek, A.B. Weinfeld, J. Waugh, J. Jensen, A.G. Mikos, S. Shenaq, and M. Spira, "Effects of Lipogenic Factors on Survival Rates of Fat Grafts," in *Biomaterials, Carriers for Drug Delivery, and Scaffolds for Tissue Engineering,* N.A. Peppas, D.J. Mooney, A.G. Mikos, and L. Brannon-Peppas, Eds., American Institute of Chemical Engineers, New York, 1997, pp. 173-175.

26. R.C. Thomson, M.J. Yaszemski, J.M. Powers, and A.G. Mikos, "Hydroxyapatite Fiber Reinforced Poly(a-Hydroxy Ester) Foams for Bone Regeneration," in *Biomaterials, Carriers for Drug Delivery, and Scaffolds for Tissue Engineering,* N.A. Peppas, D.J. Mooney, A.G. Mikos, and L. Brannon-Peppas, Eds., American Institute of Chemical Engineers, New York, 1997, pp. 269-271.

27. D.J. Kim, S.J. Peter, A.W. Yasko, M.J. Miller, M.J. Yaszemski, and A.G. Mikos, "TGF-β Induced Osteoblastic Behavior on a Poly(Propylene Fumarate) Based Orthopaedic Biomaterial," in *Biomaterials, Carriers for Drug Delivery, and Scaffolds for Tissue Engineering,* N.A. Peppas, D.J. Mooney, A.G. Mikos, and L. Brannon-Peppas, Eds., American Institute of Chemical Engineers, New York, 1997, pp. 278-280.

28. E. Yuksel, M. Widmer, A.B. Weinfeld, M. Kattash, J. Waugh, J. Jensen, A.G. Mikos, and S. Shenaq, "Generation of Shaped Cartilage Using Perichondrial and Periosteal Flaps Activated by Growth Factor-Incorporated Biodegradable Scaffolds," in *Biomaterials, Carriers for Drug Delivery, and Scaffolds for Tissue Engineering,* N.A. Peppas, D.J. Mooney, A.G. Mikos, and L. Brannon-Peppas, Eds., American Institute of Chemical Engineers, New York, 1997, pp. 287-289.

29. E. Yuksel, B. Ray, M. Widmer, A.B. Weinfeld, J. Waugh, J. Jensen, R. Cleek, A.G. Mikos, S. Shenaq, and M. Spira, "Prefabrication of Breast Utilizing Biodegradable PLGA Polymers: Angiogenic and Lipogenic Factors," in *Biomaterials, Carriers for Drug*

11/10/08

*Delivery, and Scaffolds for Tissue Engineering,* N.A. Peppas, D.J. Mooney, A.G. Mikos, and L. Brannon-Peppas, Eds., American Institute of Chemical Engineers, New York, 1997, pp. 341-343.

30.  S.J. Peter, M.J. Miller, M.J. Yaszemski, and A.G. Mikos, "Poly(Propylene Fumarate)," in *Handbook of Biodegradable Polymers, A.J.* Domb, J. Kost, and D.M. Wiseman, Eds., Hardwood Academic Publishers, Amsterdam, The Netherlands, 1997, pp. 87-97.

31.  C.W. Patrick, Jr., A.G. Mikos, and L.V. McIntire, "Prospectus of Tissue Engineering," in *Frontiers in Tissue Engineering,* C.W. Patrick, Jr., A.G. Mikos, and L.V. McIntire, Eds., Elsevier Science, New York, 1998, pp. 3-11.

32.  M.S. Widmer and A.G. Mikos, "Fabrication of Biodegradable Polymer Scaffolds for Tissue Engineering," in *Frontiers in Tissue Engineering,* C.W. Patrick, Jr., A.G. Mikos, and L.V. McIntire, Eds., Elsevier Science, New York, 1998, pp. 107-120.

33.  G.R.D. Evans, K. Brandt, M.S. Widmer, A. Gürlek, T. Savel, P.K. Gupta, R. Lohman, J. Williams, J. Hodges, A. Nabawi, C.W. Patrick, Jr., and A.G. Mikos, "Tissue Engineered Nerve Conduits: The Use of Biodegradable Poly-DL-lactic-co-glycolic Acid (PLGA) Scaffolds in Peripheral Nerve Regeneration," in *Biological Matrices and Tissue Reconstruction,* G.B. Stark, R. Horch, and E. Tánczos, Eds., Springer, Berlin, 1998, pp. 225-235.

34.  S.J. Peter, P. Kim, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Crosslinking Characteristics of an Injectable Poly(Propylene Fumarate)/$\beta$-Tricalcium Phosphate Paste and Mechanical Properties of the Crosslinked Composite for Use as a Biodegradable Bone Cement," in *Biomaterials Regulating Cell Function and Tissue Development,* R.C. Thomson, D.J. Mooney, K.E. Healy, Y. Ikada, and A.G. Mikos, Eds., MRS Symposium Proceedings, Vol. 530, Materials Research Society, Pittsburgh, 1998, pp. 87-92.

35.  L.J. Suggs, E.Y. Kao, L.L. Palombo, R.S. Krishnan, M.S. Widmer, and A.G. Mikos, "Preparation and Characterization of Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," in *Polymers for Tissue Engineering,* M.S. Shoichet and J.A. Hubbell, Eds., VSP, Utrecht, 1998, pp. 99-112.

36.  A.C. Jen, S.J. Peter, and A.G. Mikos, "Preparation and Use of Porous Poly(a-Hydroxyester) Scaffolds for Bone Tissue Engineering," in *Tissue Engineering Methods and Protocols,* J.R. Morgan and M.L. Yarmush, Eds., Humana Press, Totowa, 1999, pp. 133-140.

37.  H.A. von Recum, M.J. Yaszemski, and A.G. Mikos, "Tissue Engineering Concepts," in *Handbook of Biomaterials Evaluation,* 2nd ed., A.F. von Recum, Ed., Taylor & Francis, Philadelphia, 1999, pp. 385-409.

38.  L. Lu and A.G. Mikos, "Poly(glycolic acid)," in *Polymer Data Handbook,* J.E. Mark, Ed., Oxford University Press, New York, 1999, pp. 566-569.

39.  L. Lu and A.G. Mikos, "Poly(lactic acid)," in *Polymer Data Handbook,* J.E. Mark, Ed., Oxford University Press, New York, 1999, pp. 627-633.

40.  R.C. Thomson, A.K. Shung, M.J. Yaszemski, and A.G. Mikos, "Polymer Scaffold Processing," in *Principles of Tissue Engineering,* 2nd Ed., R.P. Lanza, R. Langer, and J.P. Vacanti, Eds., Academic Press, San Diego, 2000, pp. 251-262.

41.  L. Lu, S.J. Peter, G.N. Stamatas, and A.G. Mikos, "Polymeric Delivery Vehicles for Bone Growth Factors," in *Controlled Drug Delivery: Designing Technologies for the Future,* K. Park and R.J. Mrsny, Eds., American Chemical Society, Washington, D.C., 2000, pp. 124-138.

A650

42. W.T. Godbey and A.G. Mikos, "Non-Viral Gene Delivery," in *Biomaterials and Drug Delivery toward New Millenium*, K.D. Park, I.C. Kwon, N. Yui, S.Y. Jeong, and K. Park, Eds., Han Rim Won Publishing, Seoul, Korea, 2000, pp. 223-236.

43. J.S. Temenoff, L. Lu, and A.G. Mikos, "Bone Tissue Engineering Using Synthetic Biodegradable Polymer Scaffolds," in *Bone Engineering*, J.E. Davies, Ed., EM Squared, Toronto, 2000, pp. 454-461.

44. G.N. Bancroft and A.G. Mikos, "Bone Tissue Engineering by Cell Transplantation," in *Tissue Engineering for Therapeutic Use 5*, Y. Ikada and N. Ohshima, Eds., Elsevier Science, New York, 2001, pp. 151-163.

45. E.L. Hedberg and A.G. Mikos, "Bone Augmentation and Repair," in *Encyclopedia of Materials: Science and Technology*, D.F. Williams, Ed., Elsevier Science, New York, 2001, 782-787.

46. V.I. Sikavitsas, G.N. Bancroft, and A.G. Mikos, "Formation of Three Dimensional Marrow Stromal Cell-Polymer Constructs in Bioreactors for Bone Tissue Engineering," in *Biomaterials for Drug Delivery and Tissue Engineering*, S. Mallapragada, M. Tracy, B. Narasimhan, E. Mathiowitz, and R. Korsmeyer, Eds., MRS Symposium Proceedings, Vol. 662, Materials Research Society, Warrendale, 2001, pp. LL1.2.1-LL1.2.6.

47. R.G. Payne, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Temporary Encapsulation of Rat Marrow Osteoblasts in Gelatin Microspheres for Bone Tissue Engineering," in *Biomaterials for Drug Delivery and Tissue Engineering*, S. Mallapragada, M. Tracy, B. Narasimhan, E. Mathiowitz, and R. Korsmeyer, Eds., MRS Symposium Proceedings, Vol. 662, Materials Research Society, Warrendale, 2001, pp. LL1.7.1-LL1.7.5.

48. J.P. Fisher, T.A. Holland, D. Dean, and A.G. Mikos, "Photocrosslinked Poly(Propylene Fumarate) Scaffolds for Orthopedic Applications," in *Biomaterials for Drug Delivery and Tissue Engineering*, S. Mallapragada, M. Tracy, B. Narasimhan, E. Mathiowitz, and R. Korsmeyer, Eds., MRS Symposium Proceedings, Vol. 662, Materials Research Society, Warrendale, 2001, pp. LL5.5.1-LL5.5.6.

49. E. Behravesh and A.G. Mikos, "Fabrication of an Injectable Porous Synthetic Biodegradable Hydrogel for Dental Tissue Engineering," in *Biomaterials for Drug Delivery and Tissue Engineering*, S. Mallapragada, M. Tracy, B. Narasimhan, E. Mathiowitz, and R. Korsmeyer, Eds., MRS Symposium Proceedings, Vol. 662, Materials Research Society, Warrendale, 2001, pp. LL5.6.1-LL5.6.6.

50. H. Shin, S. Jo, and A.G. Mikos, "Synthetic Biodegradable Polymer Networks Modulating Marrow Stromal Osteoblast Adhesion," in *Biomaterials for Drug Delivery and Tissue Engineering*, S. Mallapragada, M. Tracy, B. Narasimhan, E. Mathiowitz, and R. Korsmeyer, Eds., MRS Symposium Proceedings, Vol. 662, Materials Research Society, Warrendale, 2001, pp. LL6.5.1-LL6.5.6.

51. A.K. Shung and A.G. Mikos, "Effects of Block Lengths and Initial Water Content on the Swelling and Degradative Characteristics of an Injectable Poly(Propylene Fumarate-co-Ethylene Glycol) Block Copolymer Hydrogel," in *Biomaterials for Drug Delivery and Tissue Engineering*, S. Mallapragada, M. Tracy, B. Narasimhan, E. Mathiowitz, and R. Korsmeyer, Eds., MRS Symposium Proceedings, Vol. 662, Materials Research Society, Warrendale, 2001, pp. MM1.4.1-MM1.4.6.

52. E.L. Hedberg and A.G. Mikos, "Controlled Release of Bone Growth Factors from Injectable, Biodegradable Polymer Scaffolds for Bone Tissue Engineering," in *Biomaterials for Drug Delivery and Tissue Engineering*, S. Mallapragada, M. Tracy, B.

Narasimhan, E. Mathiowitz, and R. Korsmeyer, Eds., MRS Symposium Proceedings, Vol. 662, Materials Research Society, Warrendale, 2001, pp. NN3.7.1-NN3.7.6.

53. R.G. Payne and A.G. Mikos, "Synthesis of Synthetic Polymers: Poly(Propylene Fumarate)," in *Methods of Tissue Engineering*, A. Atala and R. Lanza, Eds., Academic Press, San Diego, 2002, pp. 649-652.

54. H.L. Holtorf and A.G. Mikos, "Cationic and Non-Condensing Polymer-Based Gene Delivery," in *Pharmaceutical Perspectives of Nucleic Acid-Based Therapeutics*, R.I. Mahato and S.W. Kim, Eds., Taylor & Francis, New York, 2002, pp. 367-387.

55. G.N. Bancroft and A.G. Mikos, "Bone Tissue Engineering by Cell Transplantation," in *Polymer Based Systems on Tissue Engineering, Replacement and Regeneration*, R.L. Reis and D. Cohn, Eds., Kluwer Academic Publishers, Dordrecht, The Netherlands, 2002, pp. 251-263.

56. J.S. Temenoff and A.G. Mikos, "Injectable Biodegradable Materials for Orthopaedic Tissue Engineering," in *Polymer Based Systems on Tissue Engineering, Replacement and Regeneration*, R.L. Reis and D. Cohn, Eds., Kluwer Academic Publishers, Dordrecht, The Netherlands, 2002, pp. 299-312.

57. J.S. Temenoff, E.S. Steinbis, and A.G. Mikos, "Biodegradable Scaffolds," in *Orthopedic Tissue Engineering: Basic Science and Practice*, V.M. Goldberg and A.I. Caplan, Eds., Marcel Dekker, New York, 2004, pp. 77-103.

58. F.K. Kasper and A.G. Mikos, "Biomaterials and Gene Therapy," in *Molecular and Cellular Foundations of Biomaterials*, N.A. Peppas and M.V. Sefton, Eds., Advances in Chemical Engineering, Vol. 29, Elsevier, San Diego, 2004, pp. 131-168.

59. E. Jabbari, L. Lu, B.L. Currier. A.G. Mikos, and M.J. Yaszemski, "Injectable Polymers and Hydrogels for Orthopaedic and Dental Applications," in *Tissue Engineering in Musculoskeletal Clinical Practice*, L.J. Sandell and A.J. Grodzinsky, Eds., American Academy of Orthopaedic Surgeons, Rosemont, 2004, pp. 331-340.

60. A.G. Mikos, L. Lu, J.S. Temenoff, and J.K. Tessmar, "Synthetic Bioresorbable Polymer Scaffolds," in *Biomaterials Science: An Introduction to Materials in Medicine*, 2nd Ed., B.D. Ratner, A.S. Hoffman, F.J. Schoen, and J.E. Lemons, Eds., Elsevier, New York, 2004, pp. 735-749.

61. M.E. Gomes, R.L. Reis, and A.G. Mikos, "Injectable Polymeric Scaffolds for Bone Tissue Engineering," in *Biodegradable Systems in Tissue Engineering and Regenerative Medicine*, R.L. Reis and J.S. Roman, Eds., CRC Press, Boca Raton, 2005, pp. 29-38.

62. J.K.V. Tessmar, T.A. Holland, and A.G. Mikos, "Salt Leaching for Polymer Scaffolds: Laboratory-Scale Manufacture of Cell Carriers," in *Scaffolding in Tissue Engineering*, P.X. Ma and J. Elisseeff, Eds., Taylor & Francis, Boca Raton, 2006, pp. 111-124.

63. X. Shi and A.G. Mikos, "Poly(Propylene Fumarate)," in *An Introduction to Biomaterials*, S.A. Guelcher and J.O. Hollinger, Eds., CRC Press, Boca Raton, 2006, pp. 205-218.

64. A.G. Mikos, G. Sarakinos, S.M. Leite, J.P. Vacanti, and R. Langer, "Laminated Three-Dimensional Biodegradable Foams for Use in Tissue Engineering," in *The Biomaterials Silver Jubilee Compendium: The Best Papers Published in Biomaterials 1980-2004*, D.F. Williams, Ed., Elsevier, New York, 2006, pp. 93-100.

65. A.S. Mistry, X. Shi, and A.G. Mikos, "Nanocomposite Scaffolds for Tissue Engineering," in *Tissue Engineering and Artificial Organs*, The Biomedical Engineering Handbook, Vol. 3, 3rd Ed., J.D. Bronzino, Ed., CRC Press, Boca Raton, 2006, pp. 40-1-40-11.

66. H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Modulation of Cell Differentiation in Bone Tissue Engineering Constructs Cultured in a Bioreactor," in *Tissue Engineering*, J.P.

A652

Fisher, Ed., Advances in Experimental Medicine and Biology, Vol. 585, Springer, New York, 2006, pp. 225-241.

67.  P.Q. Ruhé, O.C. Boerman, F.G.M. Russel, P.H.M. Spauwen, A.G. Mikos, and J.A. Jansen, "Controlled Release of rhBMP-2 Loaded Poly(DL-Lactic-co-Glycolic Acid)/Calcium Phosphate Cement Composites In Vivo," in Bioceramics 18, Key Engineering Materials, Vols. 309-311, Trans Tech Publications, Uetikon-Zurich, Switzerland, 2006, pp. 973-976.

68.  M.E. Gomes, R.L. Reis, and A.G. Mikos, "Bone Tissue Engineering Constructs Based on Starch Scaffolds and Bone Marrow Cells Cultured in a Flow Perfusion Bioreactor," in Advanced Materials Forum III, Materials Science Forum, Vols. 514-516, Trans Tech Publications, Uetikon-Zurich, Switzerland, 2006, pp. 980-984.

69.  L.J. Suggs, S.A. Moore, and A.G. Mikos, "Synthetic Biodegradable Polymers for Medical Applications," in Physical Properties of Polymers Handbook, 2nd Ed., J.E. Mark, Ed., Springer, New York, 2006, pp. 939-950.

70.  H. Park, J.S. Temenoff, and A.G. Mikos, "Biodegradable Orthopaedic Implants," in Engineering of Functional Skeletal Tissues, F. Bronner, M.C. Farach-Carson, and A.G. Mikos, Eds., Topics in Bone Biology, Vol. 3, Springer-Verlag, London, 2007, pp. 55-68.

71.  J.S. Temenoff, F.K. Kasper, and A.G. Mikos, "Fumarate-based Macromers as Scaffolds for Tissue Engineering Applications," in Topics in Tissue Engineering, N. Ashammakhi, R.L. Reis, and E. Chiellini, Eds., Expertissues E-book, Vol. 3, University of Oulu, Oulu, Finland, 2007, pp. 6.1-6.16.

72.  A.S. Mistry, X. Shi, and A.G. Mikos, "Nanocomposite Scaffolds for Tissue Engineering," in Tissue Engineering, J.P. Fisher, A.G. Mikos, and J.D. Bronzino, Eds., CRC Press, Boca Raton, 2007, pp. 11–1-11–11.

73.  M.B. Murphy and A.G. Mikos, "Polymer Scaffold Fabrication," in Principles of Tissue Engineering, 3rd Ed., R.P. Lanza, R. Langer, and J.P. Vacanti, Eds., Elsevier Academic Press, San Diego, 2007, pp. 309-321.

74.  U. Sharma, A.G. Mikos, and S.C. Cowin, "Mechanosensory Mechanisms in Bone," in Principles of Tissue Engineering, 3rd Ed., R.P. Lanza, R. Langer, and J.P. Vacanti, Eds., Elsevier Academic Press, San Diego, 2007, pp. 919-933.

75.  S. Young, K.A. Athanasiou, A.G. Mikos, and M.E.-K. Wong, "Oral and Maxillofacial Surgery," in Principles of Tissue Engineering, 3rd Ed., R.P. Lanza, R. Langer, and J.P. Vacanti, Eds., Elsevier Academic Press, San Diego, 2007, pp. 1079-1094.

76.  M.C. Hacker and A.G. Mikos, "Synthetic Polymers," in Principles of Regenerative Medicine, A. Atala, R.P. Lanza, J.A. Thomson, and R.M. Nerem, Eds., Elsevier Academic Press, San Diego, 2008, pp. 604-635.

77.  L. Klouda, J.D. Kretlow, and A.G. Mikos, "Tailored Biomaterials for Tissue Engineering Needs and their Clinical Translation," in Translational Approaches in Tissue Engineering and Regenerative Medicine, J.J. Mao, G. Vunjak-Novakovic, A.G. Mikos, and A. Atala, Eds., Artech House, Norwood, 2008, pp. 325-337.

78.  S. van Gaalen, M. Kruyt, G. Meijer, A.S. Mistry, A.G. Mikos, J. van den Beucken, J.A. Jansen, K. de Groot, R. Cancedda, C. Olivo, M.J. Yaszemski, and W. Dhert, "Tissue Engineering of Bone," in Tissue Engineering, C. van Blitterswijk, Ed., Elsevier Academic Press, San Diego, 2008, pp. 559-610.

79.  F.K. Kasper, J. Liao, J.D. Kretlow, V.I. Sikavitsas, and A.G. Mikos, "Flow Perfusion Culture of Mesenchymal Stem Cells for Bone Tissue Engineering," in StemBook: Tissue Engineering, S. Bhatia and J. Polak, Eds., Harvard Stem Cell Institute, Cambridge, 2008,

11/10/08

doi/10.3824/stembook.1.18.1, http://www.stembook.org.

## Patents

1. A.G. Mikos and R. Langer, "Preparation of Bonded Fiber Structures for Cell Implantation," U.S. Patent No. 5,512,600 (April 30, 1996).
2. A.G. Mikos, G. Sarakinos, J.P. Vacanti, R.S. Langer, and L.G. Cima, "Polymer Membranes and Methods of Preparation of Three Dimensional Membrane Structures," U.S. Patent No. 5,514,378 (May 7, 1996).
3. A.G. Mikos, "Bone Regeneration Templates," U.S. Patent No. 5,522,895 (June 4, 1996).
4. L.J. Suggs, R.G. Payne, M.J. Yaszemski, and A.G. Mikos, "Poly(Propylene Fumarate-co-Ethylene Oxide)," U.S. Patent No. 5,527,864 (June 18, 1996).
5. L.J. Suggs, R.G. Payne, M.J. Yaszemski, and A.G. Mikos, "Method of Making Poly(Propylene Fumarate-co-Ethylene Oxide)," U.S. Patent No. 5,644,005 (July 1, 1997).
6. A.G. Mikos and R. Langer, "Preparation of Bonded Fiber Structures for Cell Implantation," U.S. Patent No. 5,696,175 (December 9, 1997).
7. M.J. Yaszemski, R.G. Payne, and A.G. Mikos, "Poly(Propylene Fumarate)," U.S. Patent No. 5,733,951 (March 31, 1998).
8. S.J. Peter, M.J. Yaszemski, and A.G. Mikos, "Bone Replacement Compound Comprising Poly(Propylene Fumarate)," U.S. Patent No. 6,124,373 (September 26, 2000).
9. A.G. Mikos and S. Jo, "Functionalized Poly(Propylene Fumarate) and Poly(Propylene Fumarate-co-Ethylene Glycol)," U.S. Patent No. 6,306,821 (October 23, 2001).
10. S.J. Peter, L.J. Suggs, P.S. Engel, and A.G. Mikos, "Synthesis of Poly(Propylene Fumarate) by Acylation of Propylene Glycol in the Presence of a Proton Scavenger," U.S. Patent 6,355,755 (March 12, 2002).
11. S. He, M.J. Yaszemski, and A.G. Mikos, "Poly(Propylene Fumarate) Crosslinked with Poly(Ethylene Glycol)," U.S. Patent 6,384,105 (May 7, 2002).
12. S. He, M.J. Yaszemski, and A.G. Mikos, "Biodegradable Poly(Propylene Fumarate) Networks Crosslinked with Poly(Propylene Fumarate)-Diacrylate Macromers," U.S. Patent 6,423,790 (July 23, 2002).
13. A.G. Mikos, R. Langer, J.P. Vacanti, L.G. Griffith, and G. Sarakinos, "Porous Biodegradable Polymeric Materials for Cell Transplantation," U.S. Patent 6,689,608 (February 10, 2004).
14. S. He, M.J. Yaszemski, and A.G. Mikos, "Biodegradable Poly(Propylene Fumarate) Networks Crosslinked with Poly(Propylene Fumarate)-Diacrylate Macromers," U.S. Patent 6,759,485 (July 6, 2004).
15. S. Jo and A.G. Mikos, "Biocompatible Macromers," U.S. Patent 6,884,778 (April 26, 2005).
16. A.G. Mikos and S. Jo, "Functionalized Poly(Propylene Fumarate) and Poly(Propylene Fumarate-co-Ethylene Glycol)," European Patent No. 1,171,006 (March 29, 2006).
17. S. Jo and A.G. Mikos, "Oligo(Poly(Ethylene Glycol) Fumarate) Modified with Cell Adhesion Peptides," pending.
18. K. Tanahashi and A.G. Mikos, "Crosslinkable Degradable Compounds Modified with Guanidino Groups and Crosslinked Degradable Materials Modified with Guanidino Groups," pending.

A654

19. J.P. Fisher and A.G. Mikos, "Photocrosslinking of Diethyl Fumarate/Poly(Propylene Fumarate) Biomaterials," pending.
20. H. Ueda, S. Jo, A.G. Mikos, D.M. Ammon, and J.C. Salamone, "Drug Delivery Compositions," pending.
21. C.G. Ambrose, T.A. Clyburn, and A.G. Mikos, "Antibiotic Microspheres for Treatment of Infections and Osteomyelitis," pending.
22. M.C. Hacker and A.G. Mikos, "Novel Injectable Macromonomers for the Fabrication of Hydrogels," pending.
23. B. Sitharaman, A.G. Mikos, L.J. Wilson, and X. Shi, "Carbon Nanotube Based Nanocomposites," pending.
24. A. Saraf, M.C. Hacker, and A.G. Mikos, "Novel Gene Delivery Vectors for Human Mesenchymal Stem Cells," pending.

**Proceedings**

1. A.G. Mikos, N.A. Peppas, and C.G. Takoudis, "Modeling of Suspension Copolymerization/Crosslinking of Styrene with Divinylbenzene," *Polym. Mater. Sci. Eng. Prepr., 52,* 334-338 (1985).
2. N.A. Peppas and A.G. Mikos, "Polymer/Glycoprotein Chain Interpenetration in Bioadhesion," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 12,* 86-87 (1985).
3. A.G. Mikos and N.A. Peppas, "The Kinetics of Preparation of PHEMA Microparticles by Suspension Copolymerization/Crosslinking with EGDMA," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 12,* 210-211 (1985).
4. A.G. Mikos and N.A. Peppas, "Comparison of Experimental Techniques for the Measurement of the Bioadhesive Forces of Polymeric Materials with Soft Tissues," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 13,* 97 (1986).
5. N.A. Peppas, A.G. Mikos, B.D. Barr-Howell, and L.M. Eshelman, "Dynamic Swelling of and Drug Release from Microparticles for Swelling-Controlled Release Applications," *Life Support Systems, 4(2),* 397-398 (1986).
6. A.G. Mikos, E. Mathiowitz, N.A. Peppas, and R. Langer, "A Method of Measuring Mucoadhesive Forces on Polymeric Microparticles," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 18,* 109-110 (1991).
7. A.G. Mikos, G. Sarakinos, M.D. Lyman, D.E. Ingber, J.P. Vacanti, and R. Langer, "Prevascularization of Biodegradable Polymer Scaffolds for Hepatocyte Transplantation," *Polym. Mater. Sci. Eng. Prepr., 66,* 34-35 (1992).
8. M.J. Yaszemski, A.G. Mikos, R.G. Payne, and W.C. Hayes, "Synthesis and Purification Reaction Schemes for Poly(Propylene Fumarate), A Novel Degradable Biomaterial for Orthopaedic Applications," *Trans. Soc. Biomater., 17,* 460 (1994).
9. R.L. Cleek, A.A. Rege, L. Denner, S.G. Eskin, and A.G. Mikos, "Inhibition of Smooth Muscle Cell Proliferation via Controlled Release of Antisense Oligonucleotides," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 21,* 246-247 (1994).
10. H.A. von Recum, R.L. Cleek, S.G. Eskin, and A.G. Mikos, "Molecular Weight Effects on Lactic Acid Release During Poly(L-Lactic Acid) Degradation," *Trans. Soc. Biomater., 18,* 179 (1995).

A655

11. M.J. Yaszemski, R.G. Payne, T.B. Aufdemorte, W.C. Hayes, R.S. Langer, and A.G. Mikos, "A Temporary Replacement for Trabecular Bone: The Design and Testing of a Novel Degradable Composite Material," *Trans. Soc. Biomater., 18,* 184 (1995).

12. R.C. Thomson, G.G. Giordano, J.H. Collier, S.L. Ishaug, A.G. Mikos, D. Lahiri-Munir, S. Cumber, and C.A. Garcia, "Biodegradable Poly(a-Hydroxy Ester) Thin Films as Temporary Substrates for Retinal Pigment Epithelium Cell Transplantation," *Proceed. Bioeng. Conf., 29,* 93-94 (1995).

13. S.L. Ishaug, M.J. Yaszemski, R. Bizios, T.B. Aufdemorte, and A.G. Mikos, "Osteoblast Migration on Biodegradable Poly(a-Hydroxy Esters)," *Proceed. Bioeng. Conf., 29,* 149-150 (1995).

14. M.J. Miller, R.C. Thomson, E.K. Beahm, and A.G. Mikos, "Tissue-Engineered Vascularized Bone Using Biodegradable Polymers Combined with Organic Induction Factors," *Abstr. Eur. Symp. Contr. Drug Deliv., 4,* 91-93 (1996).

15. S.L. Ishaug, G.M. Crane, and A.G. Mikos, "3-D Osteoblast Culture in Biodegradable Polymer Foams," *Trans. World Biomater. Congr., 5,* I-288 (1996).

16. M.C. Wake, P.K. Gupta, and A.G. Mikos, "Pliable Degradable Polymer Foams to Engineer Soft Tissues," *Trans. World Biomater. Congr., 5,* I-958 (1996).

17. A.C. Jen, S.L. Ishaug, M.J. Yaszemski, L.V. McIntire, and A.G. Mikos, "Three Dimensional *In Vitro* Mechanical Model for Bone Formation," *Trans. World Biomater. Congr., 5,* I-979 (1996).

18. A.D. Ouellette, K.-H. Ruan, A.-L. Tsai, K.K. Wu, and A.G. Mikos, "A Poly(L-Lysine)/ Anti-Thrombomodulin Conjugate for Targeted Gene Delivery to Endothelial Cells," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 23,* 889-890 (1996).

19. S.L. Ishaug-Riley, G.M. Crane, A. Gurlek, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Ectopic Bone Formation Using Three Dimensional Osteoblast/Polymer Constructs," *Trans. Orthop. Res. Soc., 43,* 545 (1997).

20. S.L. Ishaug-Riley, G.M. Crane, A. Gurlek, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Ectopic Bone Formation by Marrow Stromal Osteoblast Transplantation Using Poly(DL-Lactic-co-Glycolic Acid) Foams Implanted into the Rat Mesentery," *Trans. Soc. Biomater., 20,* 1 (1997).

21. R.L. Cleek, A.A. Rege, L.A. Denner, S.G. Eskin, and A.G. Mikos, "Inhibition of Smooth Muscle Cell Growth In Vitro by an Antisense Oligodeoxynucleotide Released from Poly(DL-Lactic-co-Glycolic Acid) Microparticles," *Trans. Soc. Biomater., 20,* 85 (1997).

22. L.J. Suggs, E.Y. Kao, R.S. Krishnan, C.W. Patrick, and A.G. Mikos, "Evaluation of a Biodegradable Block Copolymer for Use as a Vascular Implant," *Trans. Soc. Biomater., 20,* 299 (1997).

23. M.S. Widmer, A.C. Jen, R.D. Bostrom, and A.G. Mikos, "Cell Seeding in Three Dimensional Scaffolds," *Trans. Soc. Biomater., 20,* 467 (1997).

24. M.S. Widmer, G.R.D. Evans, K. Brandt, T. Savel, C.W. Patrick, Jr., and A.G. Mikos, "Porous Biodegradable Polymer Scaffolds for Nerve Regeneration," *Proceed. Bioeng. Conf., 35,* 353-354 (1997).

25. S.J. Peter, J.A. Nolley, D.B. Kim, M.S. Widmer, P.S. Engel, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Curing Characteristics and Mechanical Properties of a Poly(Propylene Fumarate) Based Orthopaedic Biomaterial," *Proceed. Bioeng. Conf., 35,* 359-360 (1997).

A656

26. R.L. Cleek, R.J. Bjercke, A.A. Rege, S.G. Eskin, and A.G. Mikos, "Biodegradable Polymeric Carriers for a bFGF Antibody for Cardiovascular Application," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 24,* 853-854 (1997).

27. G. Liu, S.G. Eskin, and A.G. Mikos, "Inhibitory Effects of b3 Integrin Antibody on the Migration of Vascular Adventitial Fibroblasts Induced by Basic Fibroblast Growth Factor," *Proceed. South. Biomed. Eng. Conf., 17,* 14 (1998).

28. E. Yuksel, M. Widmer, R. Cleek, A. Weinfeld, M. Kattash, A.G. Mikos, S. Shenaq, and M. Spira, "Vascularized Perichondrial Flaps for *In Vivo* Tissue Engineering in Auricular Reconstruction: Two Rabbit Models," *Proceed. South. Biomed. Eng. Conf., 17,* 19 (1998).

29. A. Weinfeld, E. Yuksel, S. Wamsley, J. Jensen, B. Boutros, R. Cleek, A.G. Mikos, S. Shenaq, and M. Spira, "Improvement of Free Fat Graft Survival: *In Vivo* Long-Term Delivery of IGF and Insulin Using PLGA/PEG Microspheres," *Proceed. South. Biomed. Eng. Conf., 17,* 37 (1998).

30. L.J. Suggs, C.A. Garcia, and A.G. Mikos, "An Injectable, Biodegradable PEG Copolyester as a Carrier for Endothelial Cells," *Proceed. South. Biomed. Eng. Conf., 17,* 66 (1998).

31. E. Yuksel, A. Jedrysiak, A. Weinfeld, A.G. Mikos, M. Spira, and S. Shenaq, "A Novel Fascio-Cutaneous Island Flap Model in the Rat for the Quantitative Analysis of Neo-Angiogenesis," *Proceed. South. Biomed. Eng. Conf., 17,* 93 (1998).

32. S.J. Peter, C.R. Liang, D.J. Kim, M.S. Widmer, and A.G. Mikos, "Osteoblastic Phenotype of Marrow Stromal Cells Cultured in the Presence of Dexamethasone," *Proceed. South. Biomed. Eng. Conf., 17,* 94 (1998).

33. E. Yuksel, R. Ray, S. Wamsley, A. Weinfeld, J. Waugh, M. Widmer, R. Cleek, A.G. Mikos, S. Shenaq, and M. Spira, "Soft Tissue Engineering *In Vivo* with PLGA Scaffolds and PLGA/PEG Microsphere Long Term Delivery of Lipogenic Factors," *Proceed. South. Biomed. Eng. Conf., 17,* 144 (1998).

34. E. Yuksel, A.B. Weinfeld, J. Waugh, R. Cleek, A.G. Mikos, M. Spira, and S. Shenaq, "*In Vivo* Engineering of Vascularized Fat Flaps: Long-Term Delivery of Angiogenic Factors for Axially Neo-Vascularized Tissues," *Proceed. South. Biomed. Eng. Conf., 17,* 147 (1998).

35. L.J. Suggs and A.G. Mikos, "*In Vitro* Thrombogenicity of an Injectable, Biodegradable PEG Copolyester," *Trans. Soc. Biomater., 21,* 23 (1998).

36. M.S. Widmer, P.K. Gupta, G.R.D. Evans, K. Brandt, T. Savel, A. Gurlek, C.W. Patrick, Jr., and A.G. Mikos, "Manufacture and Characterization of Porous Biodegradable Polymer Conduits for Peripheral Nerve Regeneration," *Trans. Soc. Biomater., 21,* 84 (1998).

37. S.J. Peter, S.T. Miller, G. Zhu, A.W. Yasko, and A.G. Mikos, "*In Vivo* Degradation of a Poly(Propylene Fumarate)/β-Tricalcium Phosphate Injectable Composite Scaffold," *Trans. Soc. Biomater., 21,* 91 (1998).

38. E. Yuksel, A.B. Weinfeld, J. Waugh, R. Cleek, A.G. Mikos, M. Spira, and S. Shenaq, "Use of a Biodegradable Long-Term Delivery System for Neovascularization in Prefabricated Fascial Flaps *In Vivo*," *Trans. Soc. Biomater., 21,* 113 (1998).

39. G.R.D. Evans, K. Brandt, M.S. Widmer, J. Hodges, P.K. Gupta, J. Williams, A. Gürlek, R. Lohman, C.W. Patrick, and A.G. Mikos, "Poly(L-Lactic Acid) (PLLA) Biodegradable Nerve Scaffolds: Their Utilization in Peripheral Nerve Surgery," *Trans. Soc. Biomater., 21,* 354 (1998).

A657

11/10/08

40. A. Göpferich, S.J. Peter, C. Vergani, F.V. Burkersroda, and A.G. Mikos, "Biodegradable Block-Copolymers as Drug and Cell Carriers," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 25,* 105-106 (1998).

41. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Size Matters: Molecular Weight Affects the Efficiency of Poly(Ethylenimine) as a Gene Delivery Vehicle," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 25,* 230-231 (1998).

42. L. Lu, S.J. Peter, G.N. Stamatas, and A.G. Mikos, "Polymeric Delivery Systems for Bone Growth Factors," *Polym. Prepr., 40,* 277-278 (1999).

43. S.-L. He, M.J. Yaszemski, A.W. Yasko, and A.G. Mikos, "Development of a Biodegradable Bone Cement Based on Poly(Propylene Fumarate) and a Macromer," *Trans. Soc. Biomater., 22,* 12 (1999).

44. J.E. Babensee, L.V. McIntire, A.G. Mikos, and C.W. Smith, "The Role of Complement in the Leukocyte Response to Biomaterial Implantation," *Trans. Soc. Biomater., 22,* 24 (1999).

45. L. Lu, G.N. Stamatas, and A.G. Mikos, "Delivery of Transforming Growth Factor-$\beta 1$ from Poly(DL-Lactic-co-Glycolic Acid)/Poly(Ethylene Glycol) Microparticles," *Trans. Soc. Biomater., 22,* 123 (1999).

46. L.J. Suggs, M.S. Shive, C.A. Garcia, J.M. Anderson, and A.G. Mikos, "*In Vitro* Cytotoxicity and *In Vivo* Biocompatibility of Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *Trans. Soc. Biomater., 22,* 334 (1999).

47. Q. Liu, S.-L. He, R. Bahulekar, and A.G. Mikos, "Porous Anionic Hydrogels Based on sIPNs of Poly(2-Hydroxyethyl Methacrylate) and Poly(Acrylic Acid)," *Trans. Soc. Biomater., 22,* 368 (1999).

48. K.J.L. Burg, A.G. Mikos, R.J. Beiler, C.R. Culberson, K.G. Greene, A.B. Loebsack, W.D. Roland, S. Wyatt, C.R. Halberstadt, W.D. Holder, Jr., and T.C. Burg, "Particulate Selection and Importance to Cell Adhesion in Solvent-Cast, Particulate-Leached Polymeric Constructs," *Trans. Soc. Biomater., 22,* 524 (1999).

49. L. Lu, L.C. Kam, M. Hasenbein, R. Bizios, and A.G. Mikos, "Human Retinal Pigment Epithelium Cell Culture on Patterned Surfaces," *Proceed. Bioeng. Conf., 42,* 3-4 (1999).

50. J.B. Oldham, B.D. Porter, T.-S. Tan, H. Brisby, B.L. Currier, A.G. Mikos, and M.J. Yaszemski, "Influence of Changes in Experimental Parameters on Size of PLGA Microspheres," *Proceed. Bioeng. Conf., 42,* 681-682 (1999).

51. J.B. Oldham, B.D. Porter, T.E. Hefferan, B.L. Currier, A.G. Mikos, and M.J. Yaszemski, "Biologic Activity of rhBMP-2 Following Release from PLGA Microspheres," *Proceed. Bioeng. Conf., 42,* 745-746 (1999).

52. B.D. Porter, J.B. Oldham, R.G. Payne, K.-N. An, B.L. Currier, A.G. Mikos, and M.J. Yaszemski, "Mechanical Properties of a Biodegradable Bone Regeneration Scaffold," *Proceed. Bioeng. Conf., 42,* 747-748 (1999).

53. W.T. Godbey, K.K. Wu, G.J. Hirasaki, and A.G. Mikos, "Improved Packing of Poly(Ethylenimine)/DNA Complexes Increases Transfection Efficiency," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 26,* 222-223 (1999).

54. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Tracking the Intracellular Path of PEI/DNA Complexes for Gene Delivery," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 26,* 813-814 (1999).

55. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Synthetic Polymers for Non-Viral Gene Delivery," *Proceed. Asia-Pacific Conf. Med. Biol. Eng., 4,* 81 (1999).

A658

56. S.J. Peter, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Polymer Concepts in Tissue Engineering," *Trans. Acad. Dent. Mater., 13,* 17-22 (1999).

57. W.T. Godbey and A.G. Mikos, "Recent Progress in Poly(Ethylenimine)-Mediated Gene Delivery," *Proceed. Res. Init. Conf. Vasc. Dis.,* 108-111 (2000).

58. G. Gogola, C. Ambrose, A. Peng, and A.G. Mikos, "PLGA/PEG Microspheres as an Antibiotic Delivery System," *Trans. Orthop. Res. Soc., 46,* 1084 (2000).

59. J.S. Temenoff and A.G. Mikos, "Bone Tissue Engineering Using Biodegradable Polymer Scaffolds," *Proceed. Am. Acad. Orthop. Surg. Ann. Meet., 67,* 5-6 (2000).

60. W.T. Godbey and A.G. Mikos, "Poly(Ethylenimine) as a Gene Delivery Vehicle and Its Potential for Tissue Engineering," *Abstr. Eur. Symp. Contr. Drug Deliv., 6,* 33-35 (2000).

61. S. He, M.J. Yaszemski, P.S. Engel, and A.G. Mikos, "Injectable, *In Situ* Crosslinkable, Biodegradable Poly(Propylene Fumarate) Networks for Orthopaedic Tissue Engineering," *Trans. World Biomater. Congr., 6,* 203 (2000).

62. W.T. Godbey, M.A. Barry, P. Saggau, K.K. Wu, and A.G. Mikos, "Transfection with Poly(Ethylenimine) Is More Like Hitting Cells with a Bullet than a Sponge," *Trans. World Biomater. Congr., 6,* 254 (2000).

63. J.E. Babensee, L.V. McIntire, A.G. Mikos, and J. Rodgers, "Exogenous Antigen-Specific Immune Response Upon Biomaterial Contact," *Trans. World Biomater. Congr., 6,* 399 (2000).

64. S. Jo, A.K. Shung, H. Shin, and A.G. Mikos, "Synthesis and Characterization of a Novel Poly(Ethylene Glycol) Macromer Based on Fumaric Acid," *Trans. World Biomater. Congr., 6,* 547 (2000).

65. S. Jo and A.G. Mikos, "Modification of a Novel Poly(Ethylene Glycol) Macromer Based on Fumaric Acid with GRGD Peptide," *Trans. World Biomater. Congr., 6,* 550 (2000).

66. J. Tessmar, A.G. Mikos, and A. Göpferich, "A New Biodegradable Polymer for the Modification of Surfaces: $H_2N$-Poly(Ethylene Glycol)-Poly(D,L-Lactic Acid)," *Trans. World Biomater. Congr., 6,* 595 (2000).

67. R. Bahulekar, Q. Liu, and A.G. Mikos, "Synthesis and Characterization of Hydrogels Containing Sugar-Methacrylate Monomer," *Trans. World Biomater. Congr., 6,* 1351 (2000).

68. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Non-Viral Gene Delivery Affects Endothelial Cell Function and Viability," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 27,* 76-77 (2000).

69. W.T. Godbey, M.A. Barry, P. Saggau, K.K. Wu, and A.G. Mikos, "Poly(Ethylenimine)-Mediated Transfection: A New Paradigm for Gene Delivery," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 27,* 111-112 (2000).

70. J. Tessmar, A.G. Mikos, and A. Göpferich, "New Biodegradable Polymers for the Development of Biomimetic Biomaterials," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 27,* 135-136 (2000).

71. W.T. Godbey and A.G. Mikos, "Non-Viral Gene Delivery Vectors," *Proceed. Intern. Symp. Biomater. Drug Deliv. Syst.,* 66 (2000).

72. J.S. Temenoff and A.G. Mikos, "Injectable Biodegradable Polymers for Tissue Engineering," *Surf. Biomater. Symp. Notebook,* 12-17 (2000).

73. A.G. Mikos, "Synthetic Biodegradable Polymer Scaffolds for Bone Tissue Engineering," *Trans. Soc. Biomater., 24,* L (2001).

A659

74. M.S. Wolfe, D. Dean, J.E. Chen, S. Han, C. Rimnac, S.A. Goldman, A.I. Caplan, L. Solchaga, and A.G. Mikos, "*In Vitro* Degradation of Poly(Propylene Fumarate)/β-Tricalcium Phosphate Scaffolds," *Trans. Soc. Biomater., 24,* 26 (2001).

75. J.S. Temenoff, R.G. LeBaron, K.A. Athanasiou, and A.G. Mikos, "Novel Laminated PEG-Fumarate Hydrogels for Tissue Engineering of Articular Cartilage," *Trans. Soc. Biomater., 24,* 139 (2001).

76. S. He, J. Ulrich, R.G. Valenzuela, M. Zobitz, K.-N. An, B.L. Currier, A.G. Mikos, and M.J. Yaszemski, "Mechanical Properties of Biodegradable Poly(Propylene Fumarate)-Bone Fiber Composites During the Degradation Process," *Trans. Soc. Biomater., 24,* 149 (2001).

77. M.D. Timmer, S. He, C.G. Ambrose, and A.G. Mikos, "Mechanical Properties of Photo-Initiated, Biodegradable Polymer Networks for Prefabricated Orthopaedic Scaffolds," *Trans. Soc. Biomater., 24,* 193 (2001).

78. G.N. Bancroft, V.I. Sikavitsas, and A.G. Mikos, "Three-Dimensional Culture of Cell-Polymer Constructs in Bioreactors for Bone Tissue Engineering," *Trans. Soc. Biomater., 24,* 562 (2001).

79. J. Tessmar, A.G. Mikos, and A. Göpferich, "Towards the Covalent Attachment of Insulin to Biodegradable Diblock Copolymers," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 28,* 5091 (2001).

80. G.N. Bancroft, V.I. Sikavitsas, J. van den Dolder, J.A. Jansen, and A.G. Mikos, "Three-Dimensional Culture of Marrow Stromal Osteoblasts on Titanium Fiber Mesh Scaffolds in a Flow Perfusion Bioreactor," *Trans. Orthop. Res. Soc., 48,* 215 (2002).

81. H. Shin and A.G. Mikos, "Biomimetic Biodegradable Hydrogels Modulating Marrow Stromal Osteoblast Adhesion," *Trans. Orthop. Res. Soc., 48,* 536 (2002).

82. A.G. Mikos, "Injectable Biodegradable Hydrogels for Drug Delivery and Tissue Engineering," *Trans. Soc. Biomater., 25,* 68 (2002).

83. J.W. Vehof, J.P. Fisher, D. Dean, P.H. Spauwen, A.G. Mikos, and J.A. Jansen, "Bone Formation in Transforming Growth Factor β-1-Coated Porous Poly(Propylene Fumarate) Scaffolds," *Trans. Soc. Biomater., 25,* 146 (2002).

84. K. Tanahashi, S. Jo, and A.G. Mikos, "Synthesis of Injectable, Biodegradable Hydrogels of Poly(Propylene Fumarate-co-Ethylene Glycol) Modified with Agmatine for Enhanced Cell Adhesion," *Trans. Soc. Biomater., 25,* 152 (2002).

85. F.M. Wale, C.N. Demers, A. Petit, J.S. Temenoff, V. Lim, J. Fisher, D. Zukor, O. Huk, A.G. Mikos, P. Roughley, and J. Antoniou, "Analysis of Poly(Propylene Fumarate-co-Ethylene Glycol) as a Scaffold for Use in Tissue Engineering of Intervertebral Disc: Retention of Collagen and Proteoglycan," *Trans. Soc. Biomater., 25,* 193 (2002).

86. E. Behravesh, K. Zygourakis, and A.G. Mikos, "Marrow Stromal Osteoblast Adhesion and Migration on Poly(Propylene Fumarate-co-Ethylene Glycol)-Based Hydrogels with a Covalently Linked GRGDS Peptide Sequence," *Trans. Soc. Biomater., 25,* 235 (2002).

87. E.S. Steinbis, J.S. Temenoff, and A.G. Mikos, "Effect of Drying History on Swelling Properties of Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels for Guided Tissue Growth in Dental Applications," *Trans. Soc. Biomater., 25,* 483 (2002).

88. E.L. Hedberg, A. Tang, R.S. Crowther, D.H. Carney, and A.G. Mikos, "Controlled Release of an Osteoinductive Peptide from Injectable, Biodegradable Polymeric Composite Scaffolds for Bone Tissue Engineering," *Trans. Soc. Biomater., 25,* 498 (2002).

A660

89. A.K. Shung, E. Behravesh, S. Jo, and A.G. Mikos, "Characterization of an Injectable Poly(Propylene Fumarate-co-Ethylene Glycol) Block Copolymer Hydrogel Using a Water Soluble Crosslinking System," *Trans. Soc. Biomater., 25,* 679 (2002).

90. M.N. Cooke, J.P. Fisher, C. Rimnac, D. Dean, and A.G. Mikos, "Control of 3D Biodegradable Scaffold Geometry," *Trans. Soc. Biomater., 25,* 681 (2002).

91. A.G. Mikos, E.L. Hedberg, S. Jo, F.K. Kasper, H. Shin, and J.S. Temenoff, "Injectable Biodegradable Hydrogels for Tissue Engineering," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 29,* 83 (2002).

92. J.S. Temenoff, H. Shin, P.S. Engel, and A.G. Mikos, "Cytotoxicity of Redox Radical Initiators for Encapsulation of Mesenchymal Stem Cells," *Proceed. Eng. Med. Biol. Soc. Biomed. Eng. Soc. Joint Conf., 2,* 831 (2002).

93. E.L. Hedberg, J.S. Temenoff, A. Tang, R.S. Crowther, D.H. Carney, and A.G. Mikos, "Controlled Release of a Tissue Inducing Peptide from Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels for Orthopaedic Tissue Engineering," *Proceed. Eng. Med. Biol. Soc. Biomed. Eng. Soc. Joint Conf., 2,* 870 (2002).

94. E. Behravesh, M.D. Timmer, J.J. Lemoine, M.A.K. Liebschner, and A.G. Mikos, "In Vitro Degradation of In Situ Crosslinkable Poly(Propylene Fumarate-co-Ethylene Glycol)-Based Macroporous Hydrogels," *Proceed. Eng. Med. Biol. Soc. Biomed. Eng. Soc. Joint Conf., 2,* 999 (2002).

95. V.I. Sikavitsas, G.N. Bancroft, J. van den Dolder, T.L. Sheffield, J.A. Jansen, C.G. Ambrose, and A.G. Mikos, "Fluid Flow Increases Mineralized Matrix Deposition in Three-Dimensional Perfusion Culture of Marrow Stromal Osteoblasts in a Dose-Dependent Manner," *Proceed. Eng. Med. Biol. Soc. Biomed. Eng. Soc. Joint Conf., 2,* 1151 (2002).

96. J.P. Fisher, Z. Lalani, N. Demian, M.E.K. Wong, and A.G. Mikos, "Immunohistochemical Characterization of Guided Bone Formation by a Biodegradable Tissue Engineering Scaffold in a Healing Tooth Socket of a Rabbit Model," *Proceed. Eng. Med. Biol. Soc. Biomed. Eng. Soc. Joint Conf., 2,* 1321 (2002).

97. J.S. Blum, A.G. Mikos, and M.A. Barry, "Influence of Osteogenic Supplements on Gene Transfer and Expression in Rat Marrow Stromal Cells by Adenoviral, Retroviral, and Cationic Lipid Vectors for both Reporter and Therapeutic Proteins," *Trans. Orthop. Res. Soc., 49,* 906 (2003).

98. L.A. Solchaga, J. Gao, J.S. Temenoff, A.G. Mikos, V.M. Goldberg, and A.I. Caplan, "Repair of Osteochondral Defects with Hyaluronan-, and Polyester-Based Scaffolds," *Trans. Orthop. Res. Soc., 49,* 927 (2003).

99. J.S. Temenoff, H. Shin, and A.G. Mikos "Cytotoxicity of Components of Oligo(Poly(Ethylene Glycol) Fumarate)-Based Hydrogels for Encapsulation of Marrow Stromal Cells," *Trans. Soc. Biomater., 26,* 89 (2003).

100. H. Shin, P.Q. Ruhé, J.A. Jansen, and A.G. Mikos, "*In Vivo* Bone and Soft Tissue Response to Biodegradable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels," *Trans. Soc. Biomater., 26,* 119 (2003).

101. M.E. Gomes, V.I. Sikavitsas, E. Behravesh, R.L. Reis, and A.G. Mikos, "Effect of Flow Perfusion on Osteogenic Differentiation of Bone Marrow Stromal Cells Cultured on Starch Based Three-Dimensional Scaffolds," *Trans. Soc. Biomater., 26,* 190 (2003).

102. V.I. Sikavitsas, G.N. Bancroft, H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Fluid Shear Forces Mediate the Osteogenic Differentiation of Marrow Stromal Osteoblasts in a Three-Dimensional Perfusion Culture," *Trans. Soc. Biomater., 26,* 253 (2003).

A661

103. J. van den Dolder, V.I. Sikavitsas, G.N. Bancroft, P.H.M. Spauwen, J.A. Jansen, and A.G. Mikos, "Cell/Titanium Bone Tissue Engineered Constructs Using a Rat Cranial Size Defect Model," *Trans. Soc. Biomater., 26,* 633 (2003).

104. T.M.G. Chu, C.L. Flanagan, S.J. Hollister, S.E. Feinberg, J.P. Fisher, and A.G. Mikos, "The Mechanical and In Vivo Performance of 3-D Poly(Propylene Fumarate)/Tricalcium Phosphate Scaffolds," *Trans. Soc. Biomater., 26,* 660 (2003).

105. E.L. Hedberg, H.C. Kroese-Deutman, J.J. Lemoine, C.K. Shih, R.S. Crowther, D.H. Carney, M.A.K. Liebschner, A.G. Mikos, and J.A. Jansen, "*In Vivo* Osteogenesis in Response to the Controlled Release of TP508 from Biodegradable Polymeric Scaffolds," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 30,* 90 (2003).

106. T.A. Holland, Y. Tabata, and A.G. Mikos, "Controlled Release of TGF-β1 from Gelatin Microparticles Encapsulated in Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 30,* 789 (2003).

107. H. Shin, K. Zygourakis, M.C. Farach-Carson, M.J. Yaszemski, and A.G. Mikos, "Modulation of Differentiation and Mineralization of Marrow Stromal Cells Cultured on Biomimetic Hydrogels Modified with an Osteopontin-Derived Peptide," *Trans. Orthop. Res. Soc, 50,* 687 (2004).

108. M.A. Wettergreen, J.E. Pan, J.J. Lemoine, A.G. Mikos, and M.A.K. Liebschner, "Modification of Apparent Scaffold Properties Through Porogen Surface to Volume Ratio Manipulation," *Trans. Orthop. Res. Soc., 50,* 747 (2004).

109. T.A. Holland, Z.S. Patel, Y. Tabata, and A.G. Mikos, "Growth Factor Delivery from Injectable Hydrogel Scaffolds for Tissue Engineering," *Abstr. Eur. Symp. Contr. Drug Deliv., 8,* 29-30 (2004).

110. J.A. Jansen, J.W.M. Vehof, P.Q. Ruhé, H. Kroeze-Deutman, J.P. Fisher, E.L. Hedberg, and A.G. Mikos, "Growth Factor Loaded Scaffolds for Bone Engineering," *Abstr. Eur. Symp. Contr. Drug Deliv., 8,* 31-32 (2004).

111. J.P. Fisher, S. Jo, A.G. Mikos, and A.H. Reddi, "Thermoreversible Hydrogel Scaffolds for Articular Cartilage Tissue Engineering," *Trans. World Biomater. Congr., 7,* 4 (2004).

112. M.E. Gomes, C.M. Bossano, C.M. Johnston, R.L. Reis, and A.G. Mikos, "Expression of Bone Growth Factors by MSCs Cultured on Starch/Poly(ε-caprolactone) Scaffolds Using a Flow Perfusion Bioreactor," *Trans. World Biomater. Congr., 7,* 5 (2004).

113. E.L. Hedberg, C.K. Shih, M.D. Timmer, J.J. Lemoine, M.A.K. Liebschner, J.A. Jansen, and A.G. Mikos, "*In Vitro* Degradation of Poly(Propylene Fumarate)-Based Controlled Release Scaffolds," *Trans. World Biomater. Congr., 7,* 331 (2004).

114. M.E. Gomes, H.L. Holtorf, R.L. Reis, and A.G. Mikos, "Influence of the Porosity of Starch-Based Fiber Meshes on the Proliferation and Osteogenic Differentiation of Marrow Stromal Cells Cultured under Flow Perfusion," *Trans. World Biomater. Congr., 7,* 376 (2004).

115. H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Effect of Dexamethasone on Osteodifferentiation of MSC/Scaffold Constructs under Flow Perfusion," *Trans. World Biomater. Congr., 7,* 377 (2004).

116. E.L. Hedberg, H.C. Kroese-Deutman, C.K. Shih, R.S. Crowther, D.H. Carney, A.G. Mikos, and J.A. Jansen, "Controlled Release from Biodegradable Polymeric Scaffolds for Repair of Segmental Bone Defects," *Trans. World Biomater. Congr., 7,* 556 (2004).

117. T.A. Holland, J.K. Tessmar, Y. Tabata, and A.G. Mikos, "Growth Factor Release from Injectable, Enzymatically-Degradable Hydrogel Composites for Cartilage Tissue Engineering," *Trans. World Biomater. Congr., 7,* 617 (2004).

118. J.S. Temenoff, H. Park, E. Jabbari, T.L. Sheffield, R.G. LeBaron, C.G. Ambrose, and A.G. Mikos, "Swelling of Fumarate-Based Hydrogels Affects Osteogenic Differentiation of Embedded Marrow Stromal Cells," *Trans. World Biomater. Congr., 7,* 899 (2004).

119. N. Datta, H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "*In Vitro* Synthesis of Osteoinductive Extracellular Matrix for Bone Tissue Engineering," *Trans. World Biomater. Congr., 7,* 1016 (2004).

120. J.K. Tessmar, C.R. Rieger, M.A. Burrell, and A.G. Mikos, "Synthesis of Unsaturated Fumarate-Based Macromers and their Crosslinked Hydrogels," *Trans. World Biomater. Congr., 7,* 1058 (2004).

121. H. Ueda, S. Jo, D.M. Ammon, and A.G. Mikos, "Sustained Release of Fluocinolone Acetonide from Photo-Crosslinked Poly(Propylene Fumarate) Matrices," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 31,* 333 (2004).

122. C.-Y. Lin, R.M. Schek, A.S. Mistry, X. Shih, A.G. Mikos, P.H. Krebsbach, and S.J. Hollister, "Functional Bone Tissue Engineering Using *Ex Vivo* Gene Therapy and Topology Optimized, Biodegradable Polymer Composite Scaffolds," *Trans. Orthop. Res. Soc., 51,* 936 (2005).

123. T.A. Holland, E.W.H. Bodde, L.S. Baggett, Y. Tabata, A.G. Mikos, and J.A. Jansen, "Osteochondral Repair in the Rabbit Model Utilizing Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogel Scaffolds," *Trans. Orthop. Res. Soc., 51,* 1365 (2005).

124. M.A. Wettergreen, W. Sun, A.G. Mikos, and M.A.K. Liebschner, "Geometric Characterization of Scaffold Building Blocks for Tissue Engineering," *Trans. Orthop. Res. Soc., 51,* 1719 (2005).

125. M.E. Gomes, R.L. Reis, and A.G. Mikos, "Bone Marrow Stromal Cells Cultured on Starch Based Three-Dimensional Scaffolds in a Flow Perfusion Bioreactor: A Promising *In-Vitro* Approach for Obtaining Bone Tissue Substitutes," *Trans. Orthop. Res. Soc., 51,* 1743 (2005).

126. T.G. Chu, R.L. Stewart, S.J. Warden, C.H. Turner, and A.G. Mikos, "A Load-Bearing, Biodegradable BMP Carrier for Bone Regeneration in a Segmental Defect," *Trans. Orthop. Res. Soc., 51,* 1750 (2005).

127. X. Shi, J. Hudson, P.P. Spicer, R. Krishnamoorti, J.M. Tour, and A.G. Mikos, "Rheological Behavior and Mechanical Reinforcement of Poly(Propylene Fumarate)-Based Single-Walled Carbon Nanotube Composites," *Trans. Soc. Biomater., 30,* 66 (2005).

128. H.L. Holtorf, N. Datta, J.A. Jansen, and A.G. Mikos, "Pore Size of Fiber Mesh Scaffolds Affects the Osteoblastic Differentiation of Seeded Marrow Stromal Cells Cultured in a Flow Perfusion Bioreactor," *Trans. Soc. Biomater., 30,* 251 (2005).

129. H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Flow Perfusion Culture Induces the Osteoblastic Differentiation of Marrow Stromal Cell-Scaffold Constructs in the Absence of Dexamethasone," *Trans. Soc. Biomater., 30,* 346 (2005).

130. F.K. Kasper, S.K. Seidlits, M.A. Barry, and A.G. Mikos, "*In Vitro* Release of Plasmid DNA from Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 32,* 585 (2005).

131. F.K. Kasper, T. Kushibiki, Y. Kimura, A.G. Mikos, and Y. Tabata, "*In Vivo* Release of Plasmid DNA from Composites of Oligo(Poly(Ethylene Glycol) Fumarate) and Cationized

Gelatin Microspheres," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 32,* 605 (2005).

132. M.C. Hacker, B.B. Ma, J.D. Kretlow, and A.G. Mikos, "Novel Macromers for the Fabrication of Injectable, Calcium-Binding Hydrogels," *Trans. Soc. Biomater., 31,* 26 (2006).

133. F.K. Kasper, E. Jerkins, K. Tanahashi, M.A. Barry, Y. Tabata, and A.G. Mikos, "Characterization of DNA Release from Composites of Oligo(Poly(Ethylene Glycol) Fumarate) and Cationized Gelatin Microspheres *In Vitro,*" *Trans. Soc. Biomater., 31,* 28 (2006).

134. B. Sitharaman, L.A. Tran, R.D. Bolskar, S.D. Flamm, R. Muthupillai, A.G. Mikos, and L.J. Wilson, "Gd@(Carbon Nanostructures) as Nanoprobes for Cellular Magnetic Resonance Imaging," *Trans. Soc. Biomater., 31,* 72 (2006).

135. J.K. Tessmar, M.A. Burrell, A. Rivelli, A.M. Goepferich, and A.G. Mikos, "Modification of the Release from Oligo(Poly(Ethylene Glycol) Fumarate) Based Hydrogels by Copolymerization with Lipophilic Poly(Propylene Glycol)," *Trans. Control. Rel. Soc., 33,* 29 (2006).

136. F.K. Kasper, S. Young, K. Tanahashi, M.A. Barry, Y. Tabata, J.A. Jansen, and A.G. Mikos, "Evaluation of Bone Regeneration by DNA Release from Composites of Oligo(Poly(Ethylene Glycol) Fumarate) and Cationized Gelatin Microspheres in a Critical-Sized Calvarial Defect," *Trans. Control. Rel. Soc., 33,* 525 (2006).

137. Z.S. Patel, Y. Tabata, and A.G. Mikos, "Gelatin Microparticles for the Controlled Release of an Angiogenic and an Osteogenic Growth Factor," *Trans. Control. Rel. Soc., 33,* 528 (2006).

138. A. Saraf, M. Hacker, and A.G. Mikos, "Synthesis of a Poly(Ethylenimine) Conjugate of Hyaluronic Acid for Gene Delivery Applications," *Trans. Control. Rel. Soc., 33,* 934 (2006).

139. H.-H. Chen, A.G. Mikos, Q.P. Pham, U. Sharma, and Z.-P. Luo, "Finite Element Analyses of Flow Field in Multilayer Nanofiber/Microfiber Scaffolds," *Trans. Orthop. Res. Soc., 53,* 1505 (2007).

140. E. Christenson, W. Soofi, N. Cameron, and A.G. Mikos, "Biodegradable Fumarate-Based PolyHIPEs as Tissue Engineering Scaffolds," *Trans. Orthop. Res. Soc., 53,* 1518 (2007).

141. E.M. Christenson, W. Soofi, J.L. Holmes, N.R. Cameron, and A.G. Mikos, "High Porosity Tissue Engineering Scaffolds by Emulsion Templating," *Trans. Soc. Biomater., 32,* 114 (2007).

142. S.C.G. Leeuwenburgh, J.A. Jansen, and A.G. Mikos, "Functionalization of Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels with Finely Dispersed Calcium Phosphate Nanocrystals for Bone-Substituting Purposes," *Trans. Soc. Biomater., 32,* 400 (2007).

143. H. Park, J.S. Temenoff, and A.G. Mikos, "*In Vitro* Chondrogenic Differentiation of Rabbit Marrow Stromal Cells Encapsulated in Oligo(Poly(Ethylene Glycol) Fumarate) Injectable Hydrogel Composites," *Trans. Soc. Biomater., 32,* 401 (2007).

144. X. Shi, B. Sitharaman, Q.P. Pham, J.L. Hudson, L.J. Wilson, J.M. Tour, and A.G. Mikos, "*In Vitro* Cytotoxicity of Single-Walled Carbon Nanotube/Poly(Propylene Fumarate) Nanocomposites," *Trans. Soc. Biomater., 32,* 435 (2007).

- 49 -

145. S.A. Chew, M.C. Hacker, and A.G. Mikos, "Biodegradable Hyperbranched Polycationic Polymers with Varying Hydrophilic Spacer Length for Gene Delivery," *Trans. World Biomater. Congr., 8,* 1117 (2008).

146. A.G. Mikos and F.K. Kasper, "Tissue Engineering and Its Future Perspective," *Trans. World Biomater. Congr., 8,* 1226 (2008).

147. B. Sitharaman, X. Shi, X.F. Walboomers, H. Liao, V. Cuijpers, L.J. Wilson, A.G. Mikos, and J.A. Jansen, "Ultra-Short Single Walled Carbon Nanotube/Biodegradable Polymer Nanocomposites for Bone Tissue Engineering: Hard and Soft Tissue Responses in a Rabbit Model," *Trans. World Biomater. Congr., 8,* 1227 (2008).

148. J. Liao, X. Guo, Q.P. Pham, F.K. Kasper, and A.G. Mikos, "Effect of Transforming Growth Factor-β1 on Chondrogenic Differentiation of Mesenchymal Stem Cells Cultured on Biodegradable Microfiber Scaffolds," *Trans. World Biomater. Congr., 8,* 1228 (2008).

149. L. Klouda, M.C. Hacker, J.D. Kretlow, and A.G. Mikos, "Novel Thermoresponsive, *In Situ* Crosslinkable Hydrogels for Tissue Engineering," *Trans. World Biomater. Congr., 8,* 1229 (2008).

150. M. van der Zande, B. Sitharaman, A. Veltien, X.F. Walboomers, J.S. Ananta, L.J. Wilson, A.G. Mikos, A. Heerschap, and J.A. Jansen, "*In Vivo* MRI Visualization of the Distribution Pattern of Gadolinium Labeled Single Walled Carbon Nanotubes Released from Subcutaneous Implanted Poly(Lactic-co-Glycolic Acid) Scaffolds in Rats," *Trans. World Biomater. Congr., 8,* 1521 (2008).

151. S. Danti, D. D'Alessandro, A.S. Mistry, A. Saraf, S. Berrettini, and A.G. Mikos, "Tissue Engineered Constructs as Human Ossicular Chain Replacements," *Trans. World Biomater. Congr., 8,* 1719 (2008).

152. A.M. Martins, Q.P. Pham, P.B. Malafaya, R.A. Sousa, M.E. Gomes, F.K. Kasper, R.L. Reis, and A.G. Mikos, "The Role of Lipase and α-amylase in both the Degradation of Starch/Polycaprolactone Fiber Meshes and the Osteogenic Differentiation of Rat Marrow Stromal Cells," *Trans. World Biomater. Congr., 8,* 1931 (2008).

## Abstracts

1. A.G. Mikos, C.G. Takoudis, and N.A. Peppas, "Modeling of Suspension Copolymerization/Crosslinking of Styrene," *Abstr. AIChE Meeting,* Abstract 48i (November 1984).

2. N.A. Peppas and A.G. Mikos, "Molecular Aspects of Polymer Adhesion on Mucus," *Abstr. ACS, 190,* Abstract INDE-35 (1985).

3. A.G. Mikos, C.G. Takoudis, and N.A. Peppas, "Kinetic Modelling of Copolymerization Crosslinking Reactions," *Abstr. AIChE Meeting,* Abstract 113e (November 1985).

4. N.A. Peppas and A.G. Mikos, "Interfacial Phenomena Related to Bioadhesion of Polymers on the Intestinal Mucus," *Abstr. AIChE Meeting,* Abstract 125b (November 1985).

5. N.A. Peppas and A.G. Mikos, "The Bioadhesive Behavior of 2-Hydroxyethyl Methacrylate-Containing Copolymer Microparticles with Aqueous Gels of Bovine Submaxillary Mucin," *Abstr. Eur. Congr. Biomater.,* Abstract 12 (September 1986).

6. N.A. Peppas and A.G. Mikos, "Polymer Microparticles on Biological Surfaces," *Abstr. AIChE Meeting,* Abstract 68h (November 1986).

7. A.G. Mikos and N.A. Peppas, "Crack Healing of Polymer-Polymer Interfaces of Linear Polymers," *Abstr. MRS Meeting,* Abstract L3.3 (November 1987).

8.   A.G. Mikos and N.A. Peppas, "Effect of Chain Entanglements on the Fracture Characteristics of Polymeric Materials," *Abstr. MRS Meeting,* Abstract L8.15 (November 1987).

9.   A.G. Mikos and R. Langer, "Preparation and Characterization of Poly(L-Lactic Acid) Foams," *Abstr. AIChE Meeting,* Abstract 246c (November 1990).

10.  A.G. Mikos, "Fracture of and Adhesion between Biological and Synthetic Macromolecular Materials," *Abstr. ACS, Coll. Surf. Chem. Div., 65,* LaMer Lecture (1991).

11.  A.G. Mikos, A.M. Whiteman, A.J. Thorsen, J.E. Stein, D. Ingber, J.P. Vacanti, and R. Langer, "Creep Behavior of Poly(Lactic-co-Glycolic Acid) Foams for Liver Regeneration," *Abstr. AIChE Meeting,* Abstract 3f (November 1991).

12.  J.E. Stein, A.G. Mikos, G. Sarakinos, J.C. Gilbert, D. Ingber, J.P. Vacanti, and R. Langer, "Polymer Scaffolds for Hepatocyte Transplantation," *Abstr. AIChE Meeting,* Abstract 3g (November 1991).

13.  C.A. Vacanti, J.P. Vacanti, L. Cima, A.G. Mikos, and R. Langer, "Synthetic Biodegradable Polymers Can Be Configured to Act as a Template for Cell Transplantation and the Generation of New Cartilage and Bone," *Abstr. AIChE Meeting,* Abstract 3i (November 1991).

14.  L.E. Freed, S.B. Weinstock, A.G. Mikos, J.C. Marquis, A. Nohria, A.J. Grodzinsky, and R. Langer, "Chondrocytes Cultured on Synthetic Biodegradable Polymers Grow and Secrete a Cartilage-Like Matrix," *Abstr. AIChE Meeting,* Abstract 3j (November 1991).

15.  A.G. Mikos, H.-L. Lai, S.M. Leite, J.A. Tamada, and R. Langer, "Characterization of Degradation of Poly(L-Lactic Acid) Foams," *Abstr. AIChE Meeting,* Abstract 15e (November 1991).

16.  A.G. Mikos, D.E. Ingber, J.P. Vacanti, and R. Langer, "Hepatocyte Transplantation with Prevascularized Biodegradable Polymer Foams," *Abstr. HSEMB Confer., 10,* Abstract 31 (March 1992).

17.  A.G. Mikos, "Biodegradable Bioadhesive Systems," *Abstr. Jerusalem Conference Pharmac. Sci. Clinic. Pharmacol., 2,* Abstract 15c (May 1992).

18.  A.G. Mikos, Y. Bao, L.G. Cima, D.E. Ingber, J.P. Vacanti, and R. Langer, "Bonded Poly(Glycolic Acid) Fiber Structures for Cell Transplantation," *Abstr. AIChE Meeting,* Abstract 175b (November 1992).

19.  K. Zygourakis and A.G. Mikos, "Discrete Modeling of Surface Erosion of Biodegradable Copolymers," *Abstr. AIChE Meeting,* Abstract 178e (November 1992).

20.  A.G. Mikos, "Biodegradable Polymer Scaffolding for Tissue Regeneration and Repair," *Abstr. HSEMB Confer., 11,* Abstract 76 (February 1993).

21.  M.J. Yaszemski, A.G. Mikos, W.C. Hayes, and R. Langer, "A Temporary Replacement for Trabecular Bone: Design, Synthesis, and Characterization of a Degradable Polymeric Biomaterial," *Abstr. AIChE Meeting,* Abstract 119b (November 1993).

22.  M.C. Wake, C.W. Patrick, Jr., and A.G. Mikos, "Creation of Vascularized Beds for Cell Transplantation," *Abstr. AIChE Meeting,* Abstract 119c (November 1993).

23.  R.G. Payne, A.G. Mikos, and M.J. Yaszemski, "The Influence of Polymer Molecular Weight on Compressive Strength of a Composite for Use in Biodegradable Bone Cement," *Abstr. HSEMB Confer., 12,* Abstract 60 (February 1994).

24.  R.C. Thomson, M.J. Yaszemski, J.M. Powers, and A.G. Mikos, "Biodegradable Poly(Lactic-co-Glycolic Acid) Scaffolds to Engineer Bone," *Abstr. HSEMB Confer., 12,* Abstract 97 (February 1994).

- 51 -

25. S.L. Ishaug, M.J. Yaszemski, R. Bizios, and A.G. Mikos, "Osteoblast Culture on Biodegradable Polymers as an *In Vitro* Model of Bone Regeneration," *Abstr. HSEMB Confer., 12,* Abstract 98 (February 1994).

26. G.G. Giordano, D. Lahiri-Munir, S.L. Ishaug, A.G. Mikos, and C.A. Garcia, "RPE Culture on Biodegradable Polymer Substrates," *Invest. Ophthalm. & Visual Sci., 35,* Abstract 2346-29 (March 1994).

27. A.G. Mikos, "Polymer/Cell Constructs to Engineer Organs," *Abstr. Intern. ITV Confer., 5,* Abstract I2 (June 1994).

28. A.G. Mikos, "Osteoblast Culture on Biodegradable Polymer Scaffolds to Engineer Bone," *Abstr. World Congr. Biomech., 2,* Abstract II-22b (July 1994).

29. A.G. Mikos, "Bioadhesive Polymers for Controlled Drug Delivery," *Abstr. Surf. Biomater. Symp.,* Abstract 86 (September 1994).

30. G.G. Giordano, D. Lahiri-Munir, R.C. Thomson, S.L. Ishaug, A.G. Mikos, and C.A. Garcia, "Biodegradable Polymer Substrates for Retinal Pigment Epithelium Cell Transplantation," *Annals Biomed. Eng., 22,* Abstract 131 (October 1994).

31. R.L. Cleek, C. Stine, A.A. Rege, L. Denner, S.G. Eskin, and A.G. Mikos, "Antisense Oligonucleotide Delivery Targeted to Tenascin via Biodegradable Polymer Systems to Inhibit SMC Growth," *Annals Biomed. Eng., 22,* Abstract 175 (October 1994).

32. M.J. Yaszemski, R.G. Payne, T.B. Aufdemorte, W.C. Hayes, R.S. Langer, and A.G. Mikos, "The Uncatalyzed Synthesis of Poly(Propylene Fumarate), Its Strength and Bone Ingrowth Characteristics as a Material for Orthopaedic Use," *Annals Biomed. Eng., 22,* Abstract 284 (October 1994).

33. R.C. Thomson, M.J. Yaszemski, J.M. Powers, and A.G. Mikos, "Fabrication of Poly(Lactic-co-Glycolic Acid)/Glass Ceramic Fiber Composite Foams for Orthopaedic Applications," *Annals Biomed. Eng., 22,* Abstract 287 (October 1994).

34. R.L. Cleek, A.A. Rege, L. Denner, S.G. Eskin, and A.G. Mikos, "Antisense Oligonucleotides Released from a Biodegradable Polymer Matrix Inhibit Smooth Muscle Cell Proliferation," *Abstr. AIChE Meeting,* Abstract 45f (November 1994).

35. S.L. Ishaug, S.A. Hoffman, M.J. Yaszemski, R. Bizios, and A.G. Mikos, "Osteoblast Culture on Poly(a-hydroxy esters) as an *In Vitro* Model of Bone Engineering," *Abstr. AIChE Meeting,* Abstract 46c (November 1994).

36. H.A. von Recum, R.L. Cleek, S.G. Eskin, and A.G. Mikos, "Modulated Release of Lactic Acid During Poly(L-Lactic Acid) Degradation," *Abstr. AIChE Meeting,* Abstract 204e (November 1994).

37. A.G. Mikos, "Polymer Fabrication," *Abstr. BioEast'95,* Abstract 2E-1 (January 1995).

38. M.J. Yaszemski, R.G. Payne, T.B. Aufdemorte, W.C. Hayes, R.S. Langer, and A.G. Mikos, "A Temporary Replacement for Trabecular Bone: The Design and Testing of a Novel Degradable Composite Biomaterial," *Abstr. HSEMB Confer., 13,* Abstract 58 (February 1995).

39. R.C. Thomson, M.J. Yaszemski, J.M. Powers, T. Harrigan, and A.G. Mikos, "Reinforcement of Poly(a-Hydroxy Ester) Foams for Orthopedic Application Using Hydroxyapatite Short Fibers," *Abstr. HSEMB Confer., 13,* Abstract 59 (February 1995).

40. S.L. Ishaug, M.J. Yaszemski, R. Bizios, T.B. Aufdemorte, and A.G. Mikos, "Migratory Characteristics of Osteoblast and Bone Cultures on Synthetic Biodegradable Polymers," *Abstr. HSEMB Confer., 13,* Abstract 60 (February 1995).

41.  M.J. Miller, D.P. Goldberg, A.W. Yasko, and A.G. Mikos, "An *In-Vivo* Model for Tissue Engineered Bone Flaps," *Abstr. HSEMB Confer., 13,* Abstract 61 (February 1995).

42.  R.L. Cleek, A.A. Rege, L. Denner, S.G. Eskin, and A.G. Mikos, "Antisense Oligonucleotides Released from a Biodegradable Polymer Matrix Inhibit Smooth Muscle Cell Proliferation," *Abstr. HSEMB Confer., 13,* Abstract 73 (February 1995).

43.  A.G. Mikos, S.L. Ishaug, R.C. Thomson, R.G. Payne, and M.J. Yaszemski, "Engineering Human Trabecular Bone," *Abstr. AAAS Meeting,* Abstract 99 (February 1995).

44.  R.C. Thomson, J.H. Colier, A.G. Mikos, C.A. Garcia, and G.G. Giordano, "Physical Characteristics of Biodegradable Polymer Substrates for RPE Cells," *Invest. Ophthalm. & Visual Sci., 36,* Abstract 1135-83 (March 1995).

45.  G.G. Giordano, I.H. Husaini, D. Lahiri-Munir, A.G. Mikos, and C.A. Garcia, "Biodegradable Polymer Films for RPE Cell Transplantation," *Invest. Ophthalm. & Visual Sci., 36,* Abstract 1138-86 (March 1995).

46.  G.M. Crane, S.L. Ishaug, M.J. Miller, A.W. Yasko, T.B. Aufdemorte, M.J. Yaszemski, and A.G. Mikos, "Bone Formation Using Porous Poly(Lactic-co-Glycolic Acid) Seeded with Stromal Osteoblast Cells," *Annals Biomed. Eng., 23,* Abstract 218 (October 1995).

47.  M.J. Miller, D.P. Goldberg, A.W. Yasko, J.C. Lemon, W.C. Satterfield, and A.G. Mikos, "An *In Vivo* Model for Tissue-Engineered Bone Flaps," *Annals Biomed. Eng., 23,* Abstract 244 (October 1995).

48.  A.G. Mikos, "Engineering Trabecular Bone Using Biodegradable Polymers," *Abstr. Taniguchi Confer., 7,* Abstract 5-2 (November 1995).

49.  A.D. Ouellette, J.-L. Tang, A.-L. Tsai, K.K. Wu, and A.G. Mikos, "Targeted Gene Delivery to Endothelial Cells to Prevent Thrombosis and Restenosis," *Abstr. AIChE Meeting,* Abstract 230d (November 1995).

50.  A.C. Jen, S.L. Ishaug, M.J. Yaszemski, L.V. McIntire, and A.G. Mikos, "Three Dimensional *In Vitro* Polymer-Matrix/Cell Model for Bone Formation," *Abstr. AIChE Meeting,* Abstract 231d (November 1995).

51.  M.J. Miller, D.P. Goldberg, A.W. Yasko, J.C. Lemon, W.C. Satterfield, M.C. Wake, A.G. Mikos, and M.J. Yaszemski, "Prefabricated Bone Flaps in Sheep," *Abstr. Am. Soc. Reconstr. Microsurg., 11,* Abstract 39 (January 1996).

52.  G.M. Crane, S.L. Ishaug, M.J. Miller, M.J. Yaszemski, and A.G. Mikos, "Three-Dimensional Bone Formation Using Biodegradable Polymer/Stromal Osteoblast Constructs," *Abstr. Keystone Symposium on Tissue Engineering,* Abstract 104 (January 1996).

53.  M.J. Yaszemski and A.G. Mikos, "Degradable Polymers with Osteoblast Transplantation as Strategies for Bone Tissue Engineering," *Cytotechnology, 17,* Abstract 11 (January 1996).

54.  A.D. Ouellette, K.-H. Ruan, A.-L. Tsai, K.K. Wu, and A.G. Mikos, "Synthesis and Characterization of a Poly(L-lysine)/Anti-Thrombomodulin Conjugate for Targeted Gene Delivery to Endothelial Cells," *Abstr. HSEMB Confer., 14,* Abstract 37 (February 1996).

55.  S.J. Peter, P.A. Engel, L.B. Alemany, M.J. Miller, M.J. Yaszemski, and A.G. Mikos, "Synthesis and Characterization of an Osteoinductive, Injectable, Biodegradable Bone Cement," *Abstr. HSEMB Confer., 14,* Abstract 39 (February 1996).

56.  M.C. Wake, P.K. Gupta, and A.G. Mikos, "Fabrication of Pliable Biodegradable Polymer Foams to Engineer Soft Tissues," *Abstr. HSEMB Confer., 14,* Abstract 40 (February 1996).

57. S.L. Ishaug, G.M. Crane, M.J. Yaszemski, and A.G. Mikos, "Three-Dimensional Calvaria Osteoblast Culture in Biodegradable Polymer Scaffolds," *Abstr. HSEMB Confer., 14,* Abstract 43 (February 1996).

58. A.C. Jen, S.L. Ishaug, M.J. Yaszemski, L.V. McIntire, and A.G. Mikos, "Three Dimensional *In Vitro* Mechanical Model for Bone Formation," *Abstr. HSEMB Confer., 14,* Abstract 44 (February 1996).

59. E.K. Beahm, R.C. Thomson, M.J. Yaszemski, A.G. Mikos, and M.J. Miller, "Guided Bone Growth in Sheep," *Abstr. HSEMB Confer., 14,* Abstract 45 (February 1996).

60. S.L. Ishaug, G.M. Crane, M.J. Miller, M.J. Yaszemski, and A.G. Mikos, "Bone Formation Using Stromal Osteoblasts Cultured in Biodegradable Polymer Foams," *Abstr. HSEMB Confer., 14,* Abstract 107 (February 1996).

61. L.J. Suggs, M.J. Yaszemski, K.K. Wu, and A.G. Mikos, "The Synthesis and Characterization of a Novel Block Copolymer Consisting of Poly(Propylene Fumarate) and Poly(ethylene glycol)," *Abstr. HSEMB Confer., 14,* Abstract 108 (February 1996).

62. A.G. Mikos, "Biomaterials for Tissue Engineering," *Abstr. MRS Meeting,* Abstract Y1.9 (April 1996).

63. L. Lu, R.C. Thomson, A.G. Mikos, R.C. Hunt, G.G. Giordano, C.A. Garcia, and D. Lahiri-Munir, "Human RPE Like Cell Culture on Biodegradable Polymer Substrates," *Invest. Ophthalm. & Visual Sci., 37,* Abstract 467-B379 (February 1996).

64. A.G. Mikos, "Osteoblast Transplantation and Bone Tissue Engineering," *Exp. Clin. Endocrinol. Diabetes, 104 (3),* Abstract L28 (June 1996).

65. A.C. Jen, A.G. Mikos, J. Mayer, and E. Wintermantel, "Biocompatible Fiber-Reinforced Composites for Culturing Osteoblasts," *Annals Biomed. Eng., 24,* Abstract 453 (October 1996).

66. J.A. Nolley, S.J. Peter, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Degradation Study of a Poly(Propylene Fumarate) Based Biodegradable Bone Cement," *Abstr. TES Meeting,* Abstract 10 (December 1996).

67. A.W. Yasko, S.L. Ishaug-Riley, G.M. Crane, D.A. Ray, and A.G. Mikos, "Orthotopic Bone Formation Using Three Dimensional Osteoblast/Polymer Constructs," *Abstr. TES Meeting,* Abstract 19 (December 1996).

68. M.J. Miller, A.G. Mikos, M.A. Schusterman, and L.V. McIntire, "The Evolution of a Strategy for Progress in Tissue Engineering," *Abstr. TES Meeting,* Abstract 48 (December 1996).

69. G.R.D. Evans, K. Brandt, A.G. Mikos, E. Peden, G.M. Crane, and S.L. Ishaug-Riley, "Biodegradable Tissue Engineered Polymer Nerve Conduits: Their Use as Scaffold in Peripheral Nerve Regeneration," *Abstr. TES Meeting,* Abstract 95 (December 1996).

70. D.J. Kim, S.J. Peter, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Osteoblastic Cellular Behavior on a Poly(Propylene Fumarate) Based Orthopaedic Biomaterial," *Abstr. HSEMB Confer., 15,* Abstract 92 (February 1997).

71. M.S. Widmer, G.R.D. Evans, K. Brandt, T. Savel, C.W. Patrick, Jr., and A.G. Mikos, "Manufacture of Porous Biodegradable Polymer Scaffolds for Nerve Regeneration," *Abstr. HSEMB Confer., 15,* Abstract 116 (February 1997).

72. G.R.D. Evans, K. Brandt, M.C. Wake, P. Gupta, T. Savel, M.S. Widmer, C.W. Patrick, Jr., and A.G. Mikos, "Tissue Engineered Nerve Conduits: The Use of Biodegradable Polymer Scaffolds in Peripheral Nerve Regeneration. A Preliminary Report," *Abstr. HSEMB Confer., 15,* Abstract 117 (February 1997).

73. R.L. Cleek, A.A. Rege, L. Denner, S.G. Eskin, and A.G. Mikos, "bFGF Antibody Released from Biodegradable Polymer Microparticles Inhibits bFGF-Stimulated Smooth Muscle Cell Proliferation," *Abstr. HSEMB Confer., 15,* Abstract 159 (February 1997).

74. L. Lu, C.A. Garcia, and A.G. Mikos, "Morphological and Structural Properties of a Human RPE Cell Line Cultured on Synthetic Biodegradable Polymers," *Abstr. HSEMB Confer., 15,* Abstract 185 (February 1997).

75. A.G. Mikos, S.L. Riley, G.M. Crane, M.J. Miller, M.J. Yaszemski, and A.W. Yasko, "Cell Based Delivery Systems for Bone Growth Factors," *Abstr. Intern. Symp. Rec. Adv. Drug Deliv. Syst., 8,* pp. 27-28 (February 1997).

76. M. Smith, M.J. Miller, G.M. Crane, A. Khoo, A. Gurlek, and A.G. Mikos, "Cranial Defect Repair with Osteoblast Transplantation," *Abstr. Plast. Surg. Res. Counc., 42,* Abstract 93 (February 1997).

77. L. Lu, A.G. Mikos, and C.A. Garcia, "Morphological and Structural Properties of a Human RPE Cell Line Cultured on Biodegradable Polymer Substrates," *Invest. Ophthalm. & Visual Sci., 38,* Abstract 1566-B359 (March 1997).

78. L. Lu, A.G. Mikos, and C.A. Garcia, "Morphological and Structural Properties of a Human RPE Cell Line Cultured on Biodegradable Polymer Substrates," *Abstr. ACS, 213,* Abstract COLL-297 (April 1997).

79. L. Lu, C.A. Garcia, and A.G. Mikos, "Retinal Pigment Epithelium Tissue Engineering," *Artif. Organs, 21,* Abstract 78 (June 1997).

80. A.G. Mikos, "Polymeric Delivery Systems for Antisense Oligonucleotides," *Abstr. Whitaker Found. Biomed. Eng. Res. Conf.,* Abstract 45 (July 1997).

81. A.G. Mikos, S.L. Riley, R.C. Thomson, G.M. Crane, A. Gurlek, M.J. Miller, A.W. Yasko, and M.J. Yaszemski, "Guided Bone Regeneration Using Biodegradable Polymer Scaffolds," *Abstr. Smith & Nephew Intern. Symp. Adv. Tissue Eng. Biomater., 1,* Abstract S13 (July 1997).

82. G.M. Crane, M. Smith, A. Gurlek, A.K.M. Khoo, M.J. Miller, and A.G. Mikos, "Rat Cranial Defect Repair by Marrow Stromal Osteoblast Transplantation," *Abstr. Smith & Nephew Intern. Symp. Adv. Tissue Eng. Biomater., 1,* Abstract S19 (July 1997).

83. K. Brandt, G.R.D. Evans, M. Widmer, T. Savel, A. Gurlek, R. Lohman, A. Nabawi, J. Williams, C. Patrick, and A.G. Mikos, "Tissue Engineered Nerve Using Biodegradable PLGA Conduits," *Abstr. Smith & Nephew Intern. Symp. Adv. Tissue Eng. Biomater., 1,* Abstract P2 (July 1997).

84. E. Yuksel, R. Cleek, J. Jensen, A. Weinfeld, A.G. Mikos, S. Shenaq, and M. Spira, "Delivery of Insulin, IGF-1, BFGF and VEGF in PLGA/PEG Microparticles to Augment Adiposofascial Flaps," *Annals Biomed. Eng., 25,* Abstract 17 (October 1997).

85. L.J. Suggs, R.S. Krishnan, S.J. Peter, and A.G. Mikos, "*In Vitro* Degradation of a Crosslinked Poly(Ethylene Glycol) Copolyester," *Annals Biomed. Eng., 25,* Abstract 34 (October 1997).

86. M.J. Miller, A. Khoo, R.C. Thomson, J.C. Lemon, A. Gurlek, and A.G. Mikos, "Vascularized Tissue Scaffold Apparatus for Guided Tissue Growth," *Annals Biomed. Eng., 25,* Abstract 142 (October 1997).

87. G.R.D. Evans, K. Brandt, M. Widmer, T. Savel, A. Gurlek, R. Lohman, A. Nawabi, J. Williams, C. Patrick, and A.G. Mikos, "Tissue Engineered Nerve Conduits: Their Use in Peripheral Nerve Surgery," *Annals Biomed. Eng., 25,* Abstract 243 (October 1997).

A670

88. S.J. Peter, D.J. Kim, and A.G. Mikos, "Three-Dimensional Bone Formation in Injectable, Biodegradable Polymer Scaffolds," *Annals Biomed. Eng., 25,* Abstract 252 (October 1997).

89. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Size Matters: Molecular Weight Affects the Efficiency of Poly(Ethylenimine) as a Gene Delivery Vehicle," *Abstr. HSEMB Confer., 16,* Abstract 32 (April 1998).

90. G.R.D. Evans, K. Brandt, M.S. Widmer, R.K. Meszlenyi, J. Hodges, P.K. Gupta, J. Williams, A. Gürlek, R. Lohman, C.W. Patrick, and A.G. Mikos, "Poly(L-Lactic Acid) (PLLA) Biodegradable Nerve Scaffolds for Peripheral Nerve Regeneration," *Abstr. HSEMB Confer., 16,* Abstract 44 (April 1998).

91. M.J. Miller, A. Khoo, R.C. Thomson, J.C. Lemon, A. Gürlek, and A.G. Mikos, "*In Vivo* Fabrication of Vascularized Tissue Scaffolds," *Abstr. HSEMB Confer., 16,* Abstract 46 (April 1998).

92. C.R. Liang, S.J. Peter, D.J. Kim, M.S. Widmer, and A.G. Mikos, "Osteoblastic Phenotype of Marrow Stromal Cells Cultured in the Presence of Dexamethasone," *Abstr. HSEMB Confer., 16,* Abstract 47 (April 1998).

93. G. Liu, S.G. Eskin, and A.G. Mikos, "Basic Fibroblast Growth Factor-Stimulated Adventitial Fibroblast Migration Due to b3 Integrin Regulation," *Abstr. HSEMB Confer., 16,* Abstract 143 (April 1998).

94. G. Liu, S.G. Eskin, and A.G. Mikos, "Effects of Growth Factors on the Migration and Proliferation of Vascular Adventitial Fibroblasts," *FASEB J., 12,* Abstract 605 (April 1998).

95. L. Lu, R. Kapur, C.A. Garcia, and A.G. Mikos, "Morphological Study of a Human RPE Cell Line Cultured on Patterned Biodegradable Polymer Substrates," *Invest. Ophthalm. & Visual Sci., 39,* Abstract 463-B386 (March 1998).

96. L. Lu, C.A. Garcia, and A.G. Mikos, "Tissue Engineering of Retinal Pigment Epithelium Using Thin Poly(DL-Lactic-co-Glycolic Acid) Films," *Annals Biomed. Eng., 26,* Abstract TE.37 (October 1998).

97. S.J. Peter, C.R. Liang, D.J. Kim, M.S. Widmer, and A.G. Mikos, "Engineering the Osteoblastic Phenotype of Marrow-Derived Cells Using Cell Culture Supplements," *Annals Biomed. Eng., 26,* Abstract TE.52 (October 1998).

98. J.E. Babensee, L.V. McIntire, A.G. Mikos, and C.W. Smith, "Leukocyte Response to Biomaterial Implantation - Role of Complement Using Mouse Models," *Abstr. AIChE Meeting,* Abstract 198f (November 1998).

99. L. Lu, C.A. Garcia, and A.G. Mikos, "In Vitro Degradation of Thin Poly(DL-Lactic-co-Glycolic Acid) Films," *Abstr. AIChE Meeting,* Abstract 199e (November 1998).

100. L. Lu, R. Bizios, C.A. Garcia, A.G. Mikos, and L.C. Kam, "Human Retinal Pigment Epithelium Cell Culture on Patterned Surfaces," *Abstr. AIChE Meeting,* Abstract 269c (November 1998).

101. A.S. Goldstein, V. Liu, and A.G. Mikos, "Enhanced Growth of Osteoblastic Cells in Porous Scaffolds by Forced Convection," *Abstr. AIChE Meeting,* Abstract 269h (November 1998).

102. G. Liu, S.G. Eskin, and A.G. Mikos, "Basic FGF Directed Migration of Vascular Adventitial Fibroblasts Via Integrin Regulation," *Abstr. AIChE Meeting,* Abstract 276e (November 1998).

103. M.C. Wake, P.D. Gerecht, L. Lu, and A.G. Mikos, "Biodegradable Particulate Polymer Effects on Marrow Stromal Osteoblasts *In Vitro*," *Tissue Eng., 4*, Abstract O-5 (December 1998).

104. M.B. Schulz, A. Goepferich, A.S. Goldstein, and A.G. Mikos, "PEG-PLA Diblock Copolymers for Tissue Engineering of Bone," *Tissue Eng., 4*, Abstract O-28 (December 1998).

105. S. Katz, G.R.D. Evans, K. Brandt, P. Chauvin, L. Otto, R. Meszlenyi, B. Wang, T. King, A.G. Mikos, and C. Patrick, "Bioactive, Poly(L-Lactic Acid) Conduits for Peripheral Nerve Regeneration," *Tissue Eng., 4*, Abstract O-38 (December 1998).

106. G.N. Stamatas, L. Lu, and A.G. Mikos, "Transforming Growth Factor-β1 (TGF-β1) Release Studies from Biodegradable Poly(Lactic-co-Glycolic Acid)/Poly(Ethylene Glycol) (PLGA/PEG) Microparticles," *Tissue Eng., 4*, Abstract P-19 (December 1998).

107. A.S. Goldstein, G. Zhu, and A.G. Mikos, "Enhancement of Cellularity in Biodegradable Polymer Foams *In Vitro*," *Tissue Eng., 4*, Abstract P-28 (December 1998).

108. S.-L. He and A.G. Mikos, "Injectable, *In Situ* Crosslinkable Biodegradable Orthopaedic Scaffolds Based on Poly(Propylene Fumarate) and Degradable Crosslinking Agents," *Tissue Eng., 4*, Abstract P-29 (December 1998).

109. R.G. Payne, S.A. Sivaram, J.E. Babensee, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Temporary Encapsulation of Rat Marrow Osteoblasts in Gelatin Microspheres," *Tissue Eng., 4*, Abstract P-31 (December 1998).

110. S.J. Peter, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "New Strategies for Bone Tissue Engineering," *Abstr. Intern. Workshop Calcif. Tissues, 11*, Abstract 158 (February 1999).

111. G.R.D. Evans, K. Brandt, S. Katz, P. Chauvin, L. Otto, M. Bogle, R.K. Meszlenyi, B. Wang, T. King, A.G. Mikos, and C.W. Patrick, "The Utilization of Schwann Cells in Poly(L-Lactic Acid) Conduits for Nerve Regeneration," *Abstr. HSEMB Confer., 17*, Abstract 10 (February 1999).

112. W.T. Godbey, K.K. Wu, G.J. Hirasaki, and A.G. Mikos, "Improved Packing of Poly(Ethylenimine)/DNA Complexes Increases Transfection Efficiency," *Abstr. HSEMB Confer., 17*, Abstract 120 (February 1999).

113. C.G. Ambrose, G.R. Gogola, T. Clyburn, A. Peng, and A.G. Mikos, "PLGA/PEG Microspheres as an Antibiotic Delivery System for Osteomyelitis," *Abstr. HSEMB Confer., 17*, Abstract 136 (February 1999).

114. A.G. Mikos, "Bone Repair by Tissue Engineering," *In Vitro Cell. Develop. Biol., 35*, Abstract V-6 (June 1999).

115. E. Behravesh and A.G. Mikos, "Adhesion and Differentiation of Marrow Stromal Osteoblasts on Synthetic Biodegradable Hydrogels," *Abstr. AIChE Meeting*, Abstract 183c (October 1999).

116. R. Bizios, L. Lu, A.G. Mikos, K. Nyalakonda, and A. Göpferich, "Novel Micropatterned Surfaces Fabricated from Synthetic Biodegradable Polymers for Retinal Pigment Epithelium Cell Culture," *Abstr. AIChE Meeting*, Abstract 183f (October 1999).

117. A.G. Mikos and A.K. Shung, "Cell Adhesion on Biodegradable Copolymer Hydrogels for Use in Cardiovascular Applications," *Abstr. AIChE Meeting*, Abstract 261g (October 1999).

118. A.I. Caplan, A.S. Goldstein, M. Gustin, and A.G. Mikos, "Osteoblastic Cell Growth and Function in PLGA/Ceramic Foams," *Abstr. AIChE Meeting*, Abstract 261j (October 1999).

A672

119. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Poly(Ethylenimine) Affords Two Types of Protection Against DNA Degradation," *Abstr. AIChE Meeting,* Abstract 271d (October 1999).

120. M.A. Barry, J.S. Blum, and A.G. Mikos, "Gene Therapy for Bone Tissue Engineering," *Abstr. AIChE Meeting,* Abstract 271i (October 1999).

121. A.S. Goldstein, T.M. Juarez, C.D. Helmke, M.C. Gustin, and A.G. Mikos, "Effect of Convection on Osteoblastic Cell Proliferation and Function in Porous Scaffolds," *Cells Tissues Organs, 166,* Abstract A507 (November 1999).

122. E. Behravesh, T.M. Juarez, and A.G. Mikos, "Marrow Stromal Osteoblast Adhesion on Poly(Propylene Fumarate) Based Hydrogels," *Abstr. HSEMB Confer., 18,* Abstract 48 (February 2000).

123. S. Jo and A.G. Mikos, "Modification of Poly(Ethylene Glycol)-Tethered Poly(Propylene-co-Fumarate) with RGD Peptide," *Abstr. HSEMB Confer., 18,* Abstract 73 (February 2000).

124. A.K. Shung and A.G. Mikos, "Cell Adhesion on Biodegradable Copolymer Hydrogels for Cardiovascular Applications," *Abstr. HSEMB Confer., 18,* Abstract 76 (February 2000).

125. M.D. Timmer, S. He, A.G. Mikos, and C.G. Ambrose, "Investigation of a Poly(Propylene Fumarate)-Based Polymer for Bioresorbable Interbody Fusion Cage," *Abstr. HSEMB Confer., 18,* Abstract 152 (February 2000).

126. J.S. Blum, M.A. Barry, and A.G. Mikos, "Gene Therapy in Bone Tissue Engineering," *Abstr. HSEMB Confer., 18,* Abstract 168 (February 2000).

127. W.T. Godbey, M.A. Barry, P. Saggau, K.K. Wu, and A.G. Mikos, "Poly(Ethylenimine)-Mediated Transfection: A New Paradigm for Non-Viral Gene Delivery," *Abstr. HSEMB Confer., 18,* Abstract 170 (February 2000).

128. J.S. Blum, E.A. Davis, R.H. Li, M.A. Barry, and A.G. Mikos, "A New *In Vitro* Assay for the Detection of rhBMP-2 Produced by Genetically Modified Cells," *Abstr. Intern. Confer. Bone Morphogen. Prot., 3,* Abstract 90 (June 2000).

129. L. Lu, S.J. Peter, G.N. Stamatas, D.J. Kim, M.J. Miller, M.J. Yaszemski, and A.G. Mikos, "Controlled Release of TGF-β1 from Biodegradable Polymer Microparticles and Its Effects on Marrow Stromal Osteoblast Function," *Abstr. Intern. Confer. Bone Morphogen. Prot., 3,* Abstract 119 (June 2000).

130. A.G. Mikos, "Present and Future Status of Tissue/Organ Bioengineering: An Approach to the 21st Century Medicine," *Drug Deliv. Syst., 15,* Abstract II-SL-1 (July 2000).

131. A.G. Mikos, "Engineering Human Tissue: Challenges and Opportunities," *Abstr. Res. Counc. Meet. Japan Soc. Plast. Reconstr. Surg., 9,* Abstract 35 (October 2000).

132. A.G. Mikos, "Fabrication of Biodegradable Polymer Scaffolds for Tissue Engineering," *Abstr. Res. Counc. Meet. Japan Soc. Plast. Reconstr. Surg., Satell. Symp. Regener. Med.,* Abstract 2 (October 2000).

133. J.P. Fisher, T.A. Holland, P.S. Engel, and A.G. Mikos, "Preparation and Characterization of Photocrosslinked Poly(Propylene Fumarate) for Orthopaedic Applications," *Abstr. AIChE Meeting,* Abstract 198g (November 2000).

134. A.G. Mikos, "Engineering Human Tissue," *Abstr. AIChE Meeting,* Abstract 362d (November 2000).

135. V.I. Sikavitsas, G.N. Bancroft, and A.G. Mikos, "Bioreactor Design for Three-Dimensional Cell-Polymer Constructs in Bone Tissue Engineering," *Abstr. Intern. Symp. Tissue Eng. Therap. Use, 5,* Abstract 19 (November 2000).

136. J.S. Temenoff, S. Jo, H.-S. Shin, K.A. Athanasiou, R.G. LeBaron, and A.G. Mikos, "Novel Injectable Poly(Ethylene Glycol) Fumarate Hydrogels for Cartilage Tissue Engineering," *Tissue Eng.*, 6, Abstract O-31 (December 2000).

137. G.N. Bancroft, V.I. Sikavitsas, and A.G. Mikos, "Three-Dimensional Culture of Cell-Polymer Constructs in Bioreactors for Bone Tissue Engineering," *Tissue Eng.*, 6, Abstract P-32 (December 2000).

138. J.P. Fisher, J.W.M. Vehof, D. Dean, J.A. Jansen, and A.G. Mikos, "The *In Vivo* Biocompatibility of Poly(Propylene Fumarate) Scaffolds," *Abstr. HSEMB Confer.*, 19, Abstract 112 (February 2001).

139. E.L. Hedberg and A.G. Mikos, "Controlled Release of Osteoinductive Factors from Injectable, Biodegradable Polymeric Composites," *Abstr. HSEMB Confer.*, 19, Abstract 130 (February 2001).

140. J.S. Blum, R.H. Li, A.G. Mikos, and M.A. Barry, "An Optimized Method for the Chemiluminescent Detection of Alkaline Phosphatase Levels during Osteodifferentiation by Bone Morphogenetic Protein 2," *Abstr. HSEMB Confer.*, 19, Abstract 132 (February 2001).

141. A.G. Mikos, "Injectable Biodegradable Polymers for Orthopaedic Tissue Engineering," *Abstr. Eng. Tissue Growth Intern. Confer. Exp.*, Abstract 7 (March 2001).

142. A.G. Mikos, S. Jo, H. Shin, and J.S. Temenoff, "Injectable Gels for Dental Tissue Engineering," *Abstr. BECON Symp.*, 4, Abstract 23 (June 2001).

143. K. Tanahashi and A.G. Mikos, "Cell Adhesion on Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogel," *Annals Biomed. Eng.*, 29, Abstract 12.1.6 (October 2001).

144. J.P. Fisher, J.W.M. Vehof, D. Dean, J.A. Jansen, and A.G. Mikos, "An In Vivo Study of Poly(Propylene Fumarate) Scaffolds: Tissue Response and Bone Formation," *Annals Biomed. Eng.*, 29, Abstract 12.3.6 (October 2001).

145. J.S. Temenoff, V.I. Sikavitsas, and A.G. Mikos, "Novel Injectable Hydrogels for Cartilage Tissue Engineering," *Abstr. NATO Adv. Study Inst. Polym. Based Syst. Tissue Eng. Replac. Regener.*, Abstract O2-15 (October 2001).

146. H.L. Holtorf, S. Jo, and A.G. Mikos, "Development of a Novel Biodegradable Cationic Polymer for Nonviral Gene Delivery," *Abstr. AIChE Meeting*, Abstract 43d (November 2001).

147. J.P. Fisher, D. Dean, and A.G. Mikos, "Photocrosslinking of Diethyl Fumarate and Poly(Propylene Fumarate) for the Engineering of Bone Grafts," *Abstr. AIChE Meeting*, Abstract 237f (November 2001).

148. M.D. Timmer, C.G. Ambrose, and A.G. Mikos, "Quantification of the Crosslinking Density of Poly(Propylene Fumarate)-Based Biodegradable Networks," *Abstr. AIChE Meeting*, Abstract 237i (November 2001).

149. V.I. Sikavitsas, G.N. Bancroft, J. van den Dolder, J.A. Jansen, and A.G. Mikos, "Culture of Bone Marrow Stromal Cells Seeded on Three-Dimensional Porous Scaffolds in a Flow Perfusion Bioreactor," *Abstr. AIChE Meeting*, Abstract 320g (November 2001).

150. A.G. Mikos, E.L. Hedberg, F.K. Kasper, J.S. Temenoff, "Injectable, *In Situ* Crosslinkable, Biodegradable Polymers for Peptide and Gene Delivery," *Abstr. AAPS Workshop* (February 2002).

151. A.G. Mikos, "Engineering Human Tissues," *Abstr. Found. Res. Technol. Hellas Confer.*, 6, Abstract 16 (March 2002).

152. A.G. Mikos, "Synthetic Biodegradable Polymer Scaffolds for Bone Tissue Engineering," *Abstr. New Frontiers Confer. Univ. Delaware,* Abstract 33 (March 2002).

153. A.G. Mikos, "Injectable Biomimetic Hydrogels for Tissue Engineering," *Abstr. Eng. Tissue Growth Intern. Confer. Exp.,* Abstract 10 (March 2002).

154. A.G. Mikos, "Biomimetic Polymer Scaffolds for Bone Tissue Engineering," *Abstr. Exp. Biol.,* Abstract 670 (April 2002).

155. A.G. Mikos, "The Added Value of Synthetic Polymers in Tissue Engineering," *Aegean Confer. Ser., 4,* Abstract 23 (May 2002).

156. V.I. Sikavitsas, G.N. Bancroft, J. van den Dolder, J.A. Jansen, and A.G. Mikos, "Fluid Flow Increases Mineralized Matrix Deposition in Three-Dimensional Perfusion Culture of Marrow Stromal Osteoblasts in a Dose-Dependent Manner," *Aegean Confer. Ser., 4,* Abstract 54 (May 2002).

157. L.A. Solchaga, J. Gao, J.S. Temenoff, A.G. Mikos, V.M. Goldberg, and A.I. Caplan, "Repair of Osteochondral Defects with Hyaluronan-, PLGA- and PLLA-Based Scaffolds: A Comparative Study," *Abstr. Intern. Cart. Rep. Soc. Symp., 4,* Abstract 273 (June 2002).

158. A.G. Mikos, "Bioreactor Technology for Bone Tissue Engineering," *Abstr. Smith & Nephew Intern. Symp., 3,* Abstract O1-6 (October 2002).

159. A.G. Mikos, "Controlled Release of Osteogenic Molecules from Polymeric Carriers," *Abstr. Intern. Confer. Bone Morphogen. Prot., 4,* Abstract 83 (October 2002).

160. J.P. Fisher, Z. Lalani, C.M. Bossano, E.M. Brey, N. Demian, M.E.K. Wong, and A.G. Mikos, "Immunohistochemical Evaluation of Bone Formation within Biodegradable Tissue Engineering Scaffolds," *Abstr. Intern. Confer. Bone Morphogen. Prot., 4,* Abstract 98 (October 2002).

161. J.P. Fisher, Z. Lalani, N. Demian, M.E.K. Wong, and A.G. Mikos, "Characterization of Bone Formation within a Biodegradable Tissue Engineering Scaffold Using Immunohistochemical Techniques," *Abstr. AIChE Meeting,* Abstract 189g (November 2002).

162. E. Jabbari, E. Behravesh, and A.G. Mikos, "Development of a Biodegradable Redox Initiated Oligo(PEG Fumarate)-Based Hydrogel as an *In Situ* Crosslinkable Cell Carrier," *Abstr. AIChE Meeting,* Abstract 189h (November 2002).

163. E. Jabbari, F.K. Kasper, and A.G. Mikos, "Controlled Release of Plasmid DNA from Biodegradable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogel Microspheres," *Abstr. AIChE Meeting,* Abstract 305a (November 2002).

164. V.I. Sikavitsas, G.N. Bancroft, J.A. Jansen, and A.G. Mikos, "Effect of Shear Forces on the Osteogenic Differentiation of Marrow Stromal Cells," *Abstr. AIChE Meeting,* Abstract 341g (November 2002).

165. A.G. Mikos, "Fluid Flow in Tissue Engineering of 3D Bone Scaffolds," *Abstr. Intern. Bone Fluid Flow Workshop, 5,* Abstract 14 (September 2003).

166. J.S. Temenoff, H. Park, E. Jabbari, and A.G. Mikos, "Bone Formation from Marrow Stromal Cells Encapsulated in Oligo(PEG Fumarate) Hydrogels," *Abstr. BMES Meeting,* Abstract 2.6.2 (October 2003).

167. E.L. Hedberg, C. Shih, L.A. Solchaga, A.I. Caplan, and A.G. Mikos, "Controlled Release of Hyaluronic Acid Oligomers from Biodegradable Polymeric Microparticles," *Abstr. BMES Meeting,* Abstract 11.2.3 (October 2003).

168. B. Bucklen, M.A. Wettergreen, A.G. Mikos, and M.A. Liebschner, "Scaffold Design Using Model-Based Mechanotransduction Principles," *Abstr. BMES Meeting,* Abstract 11.2.4 (October 2003).

169. V.I. Sikavitsas, G.N. Bancroft, H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Bone Tissue Engineering by Cell and *In Vitro* Generated Extracellular Matrix Transplantation," *Abstr. BMES Meeting,* Abstract 2.P1.13 (October 2003).

170. H.L. Holtorf, N. Datta, J.A. Jansen, and A.G. Mikos, "Effect of Scaffold Pore Size on Marrow Stromal Cell Differentiation in a Flow Perfusion Bioreactor," *Abstr. BMES Meeting,* Abstract 2.P1.57 (October 2003).

171. T.A. Holland, J.K. Tessmar, Y. Tabata, and A.G. Mikos, "Sustained Release of Transforming Growth Factor-$\beta 1$ from Novel Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels Encapsulating Gelatin Microparticles in Conditions that Model the Cartilage Wound Healing Environment," *Abstr. AIChE Meeting,* Abstract 6e (November 2003).

172. G. Cheng, H. Shin, A.G. Mikos, and K. Zygourakis, "3-Dimensional Transmigration of Human Dermal Fibroblasts from Collagen Gels to Biomimetic Hydrogels Modified with Peptide Sequences," *Abstr. AIChE Meeting,* Abstract 107cy (November 2003).

173. R.A. Horch, M.D. Timmer, A.R. Barron, and A.G. Mikos, "Reinforcement of Poly(Propylene Fumarate)-Based Networks with Surface Modified Alumoxane Nanoparticles for Bone Tissue Engineering," *Abstr. AIChE Meeting,* Abstract 138b (November 2003).

174. A.G. Mikos, "Synthetic Polymers for Tissue Engineering," *Abstr. AIChE Meeting,* Abstract 368e (November 2003).

175. V.I. Sikavitsas, G.N. Bancroft, J. van den Dolder, J.A. Jansen, and A.G. Mikos, "Bone Regeneration by Marrow Stromal Osteoblast Transplantation," *Abstr. AIChE Meeting,* Abstract 383d (November 2003).

176. J.P. Fisher, A.G. Mikos, and A.H. Reddi, "Hydrogel Scaffolds for Tissue Engineering of Articular Cartilage," *Abstr. AIChE Meeting,* Abstract 386b (November 2003).

177. A.G. Mikos, "Recent Progress in Tissue Engineering Using Biodegradable Polymers," *Abstr. Intern. Conf. Epithelial Technol. Tissue Eng., 1,* Abstract 1 (December 2003).

178. P.Q. Ruhé, E.L. Hedberg, N.T. Padron, P.H.M. Spauwen, J.A. Jansen, and A.G. Mikos, "rhBMP-2 Release from Injectable Poly(DL-Lactic-co-Glycolic Acid)/Calcium Phosphate Cement Composites," *Abstr. TESi Intern. Confer. Exp., 6,* Abstract 23.3 (December 2003).

179. M.S. Wolfe, D. Dean, A. Totonchi, J. Chen, Y. Ahmad, C. Rimnac, and A.G. Mikos, "Osseointegration of Porous Poly(Propylene Fumarate) Scaffolds Treated with Transforming Growth Factor-$\beta 2$ in a Critical Size Rabbit Skull Defect," *Abstr. TESi Intern. Confer. Exp., 6,* Abstract 29.1 (December 2003).

180. G. Cheng, H. Shin, A.G. Mikos, and K. Zygourakis, "Expansion of Marrow Stromal Osteoblast Megacolonies on Biomimetic Hydrogels: Interpreting and Evaluating the Assay Data," *Abstr. HSEMB Confer., 21,* Abstract 115 (February 2004).

181. X. Shi, J. Hudson, R.A. Horch, J.M. Tour, R. Krishnamoorti, and A.G. Mikos, "Carbon Nanotube/Poly(Propylene Fumarate) Composites for Bone Tissue Engineering," *Abstr. HSEMB Confer., 21,* Abstract 121 (February 2004).

182. P.Q. Ruhé, E.L. Hedberg, N.T. Padron, P.H.M. Spauwen, A.G. Mikos, and J.A. Jansen, "Biocompatibility and Degradation of Injectable Poly(DL-Lactic-co-Glycolic Acid)/Calcium Phosphate Cement Composites," *Abstr. IADR Meeting,* Abstract 282 (March 2004).

A676

183. H. Shin, G.C. Bowden, and A.G. Mikos, "Osteogenic Differentiation of Marrow Stromal Cells Cultured on Biomimetic Hydrogels," *Abstr. IADR Meeting,* Abstract 910 (March 2004).

184. A.G. Mikos, "Synthetic Polymers for Tissue Engineering," *Abstr. ACS, 227,* Abstract BMGT-2 (March 2004).

185. M.E. Gomes, C.M. Bossano, C.M. Johnston, R.L. Reis, and A.G. Mikos, "Bone Growth Factors Expressed by Marrow Stromal Cells Cultured on Starch/Polycaprolactone Fiber Mesh Scaffolds under Flow Perfusion Conditions," *Abstr. TESi/ETES Joint Meeting,* Abstract 8 (October 2004).

186. H. Park, J.S. Temenoff, and A.G. Mikos, "Injectable Biodegradable Hydrogels for TGF-β1 and Chondrocyte Delivery for Cartilage Tissue Engineering," *Abstr. TESi/ETES Joint Meeting,* Abstract 102 (October 2004).

187. M. Wettergreen, B. Bucklen, A.G. Mikos, and M.A.K. Liebschner, "Tailoring the Mechanical Environment of Scaffolds with Computer Aided Design and Rapid Prototyping," *Abstr. BMES Meeting,* Abstract 295 (October 2004).

188. H. Castano, J.F. Alvarez-Barreto, J. van den Dolder, J.A. Jansen, A.G. Mikos, and V.I. Sikavitsas, "The Ability of Marrow Stromal Cells to Regenerate Bone Is Controlled by their Differentiation Stage," *Abstr. BMES Meeting,* Abstract 1044 (October 2004).

189. A.G. Mikos, "Synthetic Polymers for Tissue Engineering," *Abstr. AIChE Meeting,* Abstract 60b (November 2004).

190. H. Castano, J. van den Dolder, J.A. Jansen, A.G. Mikos, and V.I. Sikavitsas, "The Differentiation Stage of Marrow Stromal Osteoblasts Influences their Ability to Induce *In Vivo* Bone Formation in an Orthotopic Site," *Abstr. AIChE Meeting,* Abstract 75d (November 2004).

191. A.G. Mikos, "Drug and Cell Delivery from Injectable, Biodegradable Polymeric Scaffolds for Tissue Engineering," *Abstr. MRS Meeting,* Abstract AA2.5 (November 2004).

192. A.S. Mistry, A.R. Barron, and A.G. Mikos, "*In Vitro* Accelerated Degradation of a Poly(Propylene Fumarate)-Based/Alumoxane Nanocomposite for Bone Tissue Engineering," *Abstr. HSEMB Confer., 22,* Abstract 98 (February 2005).

193. H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Modulation of Cell Differentiation in Bone Tissue Engineering Constructs Cultured in a Bioreactor," *Aegean Confer. Ser., 16,* Abstract 17 (May 2005).

194. W.J.E.M. Habraken, J.G.C. Wolke, A.G. Mikos, and J.A. Jansen, "Calcium Phosphate/PLGA Microsphere Composites: Physical Properties and Degradation Characteristics," *Aegean Confer. Ser., 16,* Abstract 33 (May 2005).

195. A.G. Mikos, T.A. Holland, F.K. Kasper, and J.S. Temenoff, "Cell and Bioactive Factor Delivery from Injectable, Biodegradable Hydrogel Scaffolds for Tissue Engineering," *Abstr. Intern. Confer. Mater. Adv. Technol.,* Abstract A-10-KN8 (July 2005).

196. H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Modulation of Cell Differentiation in Bone Tissue Engineering Constructs Cultured in a Flow Perfusion Bioreactor," *Abstr. Intern. Bone Fluid Flow Workshop, 7,* Abstract 32 (September 2005).

197. S.A. Moore, J. Tessmar, and A.G. Mikos, "Matrix Metalloproteinase-Sensitive Hydrogels for Articular Cartilage Engineering," *Abstr. BMES Meeting,* Abstract 85 (September 2005).

198. M.C. Hacker and A.G. Mikos, "Novel Macromers for the Formation of Injectable, Calcium-Binding, *In Situ* Hardening Hydrogels," *Abstr. BMES Meeting,* Abstract 92 (September 2005).

199. A.S. Mistry, A.R. Barron, A.G. Mikos, and J.A. Jansen, "Degradation and Biocompatibility of a PPF-Based/Alumoxane Nanocomposite for Bone Tissue Engineering," *Abstr. BMES Meeting,* Abstract 753 (September 2005).

200. Z.S. Patel, Y. Tabata, and A.G. Mikos, "*In Vitro* Release of Vascular Endothelial Growth Factor from Gelatin Microparticles," *Abstr. BMES Meeting,* Abstract 1066 (September 2005).

201. A.G. Mikos, "Trends in Tissue Engineering Research: An Editor's Perspective," *Abstr. TESi Meeting,* Abstract Spe-2 (October 2005).

202. A.S. Mistry, M. Hacker, A.R. Barron, and A.G. Mikos, "Accelerated Degradation of a PPF-Based/Alumoxane Nanocomposite for Bone Tissue Engineering: Mechanical Properties and Macromolecular Structure," *Abstr. TESi Meeting,* Abstract 62 (October 2005).

203. N. Datta, Q.P. Pham, U. Sharma, V.I. Sikavitsas, J.A. Jansen, and A.G. Mikos, "*In Vitro* Generated Extracellular Matrix and Fluid Shear Stress Synergistically Enhance 3D Osteoblastic Differentiation," *Abstr. TESi Meeting,* Abstract 81 (October 2005).

204. H. Park, J.S. Temenoff, and A.G. Mikos, "Injectable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogel Composites for Concurrent Delivery of Marrow Stromal Cells and Growth Factors," *Abstr. TESi Meeting,* Abstract 212 (October 2005).

205. U. Sharma, Q.P. Pham, N. Datta, and A.G. Mikos, "Using Bone-like ECM Produced *In Vitro* to Influence Osteoblastic Differentiation of Marrow Stromal Cells," *Abstr. AIChE Meeting,* Abstract 495e (November 2005).

206. H. Park, T.A. Holland, J.S. Temenoff, and A.G. Mikos, "Injectable Biodegradable Hydrogel Composites for Cell and Growth Factor Delivery for Cartilage Tissue Engineering," *Abstr. Intern. Cartilage Repair Soc. Symp., 6,* Abstract P3-2 (January 2006).

207. M.C. Hacker and A.G. Mikos, "Design of Injectable Biodegradable Polymers for Tissue Regeneration," *Abstr. Sci. Confer. Soc. Phys. Regul. Biol. Med., 24,* Abstract 57 (January 2006).

208. M.C. Hacker, B.B. Ma, and A.G. Mikos, "Macromers for Injectable Cell Carriers for Tissue Engineering Applications," *Abstr. Sci. Confer. Soc. Phys. Regul. Biol. Med., 24,* Abstract 85 (January 2006).

209. A.G. Mikos, "Bioreactors for Bone Tissue Engineering," *Abstr. Regenerate World Congr. Tissue Eng. Regen. Med.,* Abstract Orthopedic II-1 (April 2006).

210. B. Sitharaman, L.A. Tran, P.P. Spicer, I. Rusakova, A.G. Mikos, and L.J. Wilson, "Fabrication and Characterization of Carbon Nanostructure *In Situ* Crosslinkable Composites for Bone Tissue Engineering," *Abstr. Regenerate World Congr. Tissue Eng. Regen. Med.,* Abstract 254 (April 2006).

211. A.G. Mikos, "Nanobiomaterials for Tissue Engineering," *Abstr. Biochem. Eng. Conf. & Symp. Nanomed. Tissue Eng., 11,* Abstract 01-001 (June 2006).

212. M.C. Hacker, J.D. Kretlow, L. Klouda, B.B. Ma, and A.G. Mikos, "Synthesis and Characterization of Novel Calcium-Binding Macromers for Injectable Tissue Engineering," *Abstr. BMES Meeting,* Abstract 935 (October 2006).

213. A. Haesslein, M.C. Hacker, H. Ueda, D.M. Ammon, R.N. Borazjani, J.F. Kunzler, J.C. Salamone, and A.G. Mikos, "Long-Term Release of Glaucoma Therapeutics from Photo-Crosslinked Poly(Propylene Fumarate) Matrices," *Abstr. BMES Meeting,* Abstract 1504 (October 2006).

214. A.G. Mikos, "Delivery of DNA, Proteins, and Cells with Injectable Hydrogels," *Abstr. AIChE Meeting,* Abstract 155a (November 2006).

215. E. Christenson, W. Soofi, N. Cameron, and A.G. Mikos, "Biodegradable Fumarate-Based PolyHIPEs as Tissue Engineering Scaffolds," *Abstr. AIChE Meeting,* Abstract 171b (November 2006).

216. M.B. Murphy and A.G. Mikos, "The Hydroxyapatite Affinity and Binding Kinetics of Peptides Modified with Bisphosphonates, Poly(Aspartic Acid), and Poly(Glutamic Acid)," *Abstr. AIChE Meeting,* Abstract 173f (November 2006).

217. M.C. Hacker, L. Klouda, B.B. Ma, J.D. Kretlow, and A.G. Mikos, "Novel Thermally Responsive Macromers for the Fabrication of Injectable, *In Situ* Crosslinkable Hydrogels," *Abstr. AIChE Meeting,* Abstract 190a (November 2006).

218. U. Sharma, Q. Pham, and A.G. Mikos, "Flow Perfusion Culture of Marrow Stromal Cells on Electrospun Polycaprolactone Scaffolds," *Abstr. AIChE Meeting,* Abstract 680d (November 2006).

219. A.G. Mikos, "Injectable Hydrogels for Stem Cell Delivery," *Abstr. Intern. Collab. Symp. Stem Cell Res., 1,* Abstract 49 (December 2006).

220. A.G. Mikos, "Nanobiomaterials for Tissue Engineering," *Intern. Conf. Biomed. Pharm. Eng.,* Abstract P-1 (December 2006).

221. A.G. Mikos, "Biomaterials in Tissue Engineering," *Abstr. The Acad. Med. Eng. Sci. Texas Conf.,* Abstract Edith and Peter O'Donnell Award Recipient (January 2007).

222. A.G. Mikos, "Delivery of DNA, Proteins, and Cells with Injectable Hydrogels," *Abstr. Musculoskel. Biol. Stem Cells Clin. Transl. Symp.,* Abstract 15 (January 2007).

223. E.M. Christenson, W. Soofi, J.L. Holmes, N.R. Cameron, and A.G. Mikos, "Biodegradable PolyHIPEs as Tissue Engineering Scaffolds for Craniofacial Reconstruction," *Abstr. IADR Meeting,* Abstract 1598 (March 2007).

224. F.K. Kasper, Q.P. Pham, and A.G. Mikos, "Generation of Tissue Engineering Scaffolds with a Flow Perfusion Bioreactor," *Abstr. Intern. Bone Fluid Flow Workshop, 8,* Abstract 30 (September 2007).

225. K. Kim, D. Dean, A.G. Mikos, and J.P. Fisher, "Effect of Cell Seeding Density on Osteogenic Signaling of Bone Marrow Stromal Cells in 3D Scaffolds," *Abstr. BMES Meeting,* Abstract P1.182 (September 2007).

226. A.G. Mikos, "Biomaterials in Tissue Engineering," *Abstr. BMES Meeting,* Abstract Robert A. Pritzker Distinguished Lecturer Award Recipient (September 2007).

227. S. Young, C. Nguyen, J.D. Kretlow, A.G. Mikos, and M. Wong, "Poly(Propylene Fumarate) Scaffolds with Surface Porosity for Space Maintenance of Mandibular Defects," *J. Oral Maxillofac. Surg., 65,* Abstract 36.e1 (October 2007).

228. C. Nguyen, S. Young, J.D. Kretlow, M. Wong, and A.G. Mikos, "Soft Tissue Response to Implantation of Hybrid Poly(Propylene Fumarate) Scaffolds in a Critical Size Mandibular Defect," *J. Oral Maxillofac. Surg., 65,* Abstract 43.e66-67 (October 2007).

229. A.S. Mistry, Q. Pham, C. Schouten, T. Yeh, A.G. Mikos, and J.A. Jansen, "*In Vivo* Hard Tissue Response and Degradation of Porous Fumarate-Based Polymer/Alumoxane Nanocomposites for Bone Tissue Engineering," *Abstr. AIChE Meeting,* Abstract 134a (November 2007).

230. L. Klouda, M.C. Hacker, J.D. Kretlow, and A.G. Mikos, "Synthesis and Characterization of Novel Thermoresponsive, Chemically Crosslinkable Macromers for the Fabrication of *In Situ* Forming Hydrogels," *Abstr. HSEMB Confer., 25,* Abstract 180 (February 2008).

11/10/08

231. J.D. Kretlow, M.C. Hacker, L. Klouda, and A.G. Mikos, "Injectable Calcium-Binding Macromers for Bone Tissue Engineering," *Abstr. HSEMB Confer., 25,* Abstract 181 (February 2008).

232. H. Park, J.S. Temenoff, Y. Tabata, A.I. Caplan, R.M. Raphael, J.A. Jansen, and A.G. Mikos, "Effect of Dual Growth Factor Delivery on Chondrogenic Differentiation of Rabbit Marrow Mesenchymal Stem Cells Encapsulated in Injectable Hydrogel Composites," *Abstr. HSEMB Confer., 25,* Abstract 199 (February 2008).

233. X. Guo, H. Park, and A.G. Mikos, "*In Vitro* Osteogenic Differentiation of Rabbit Mesenchymal Stem Cells Encapsulated in Biodegradable Hydrogel Composites," *Abstr. HSEMB Confer., 25,* Abstract 200 (February 2008).

234. A.G. Mikos, "Synthetic Scaffolds for Tissue Engineering," *Tissue Eng. Regen. Med., 5,* Abstract IL-11 (June 2008).

235. F.K. Kasper, R.A. Thibault, and A.G. Mikos, "Mineralized Extracellular Matrix Constructs for Bone Tissue Engineering," *Abstr. Intern. Symp. Biomin., 10,* Abstract F-01 (September 2008).

**Non-Refereed Publications**

1. A.G. Mikos, "Biomaterials and Tissue Engineering: Hypotheses and Perspectives," *AIChE MESD Newsletter, 24,* 12 (1993).

2. C.A. Vacanti and A.G. Mikos, "Letter from the Editors," *Tissue Eng., 1,* 1-2 (1995).

3. A.G. Mikos, "Guest Editorial," *Biomaterials, 17,* 81 (1996).

4. A.G. Mikos, "Guest Editorial," *Biomaterials, 17,* 235 (1996) (same as no. 3).

5. C.A. Vacanti and A.G. Mikos, "Letter from the Editors: On Voluntary Standards," *Tissue Eng., 4,* 3 (1998).

6. A.G. Mikos, "Section Five: Active Implants," in *Handbook of Biomaterials Evaluation,* 2nd ed., A.F. von Recum, Ed., Taylor & Francis, Washington, D.C., 1998, p. 373.

7. Y.H. Bae and A.G. Mikos, "Cells for Drug Delivery Platforms," *Adv. Drug Deliv. Rev., 42,* 1-2 (2000).

8. A.G. Mikos and D.J. Mooney, "Preface," *J. Drug Targ., 9,* 395-396 (2001).

9. J.P. Fisher and A.G. Mikos, "Section V: Tissue Engineering", in *Tissue Engineering and Artificial Organs,* The Biomedical Engineering Handbook, Vol. 3, 3rd Ed., J.D. Bronzino, Ed., CRC Press, Boca Raton, 2006, pp. V–1–V–4.

10. A.G. Mikos and P.C. Johnson, "Editorial: Redefining *Tissue Engineering*... and Our New Rapid Publication Policy," *Tissue Eng., 12,* 1379-1380 (2006).

11. W.T. Godbey and A.G. Mikos, "Gene Delivery for Tissue Engineering," *Adv. Drug Deliv. Rev., 58,* 465-466 (2006).

12. F. Bronner, M.C. Farach-Carson, and A.G. Mikos, "Preface," in *Engineering of Functional Skeletal Tissues,* F. Bronner, M.C. Farach-Carson, and A.G. Mikos, Eds., Topics in Bone Biology, Vol. 3, Springer-Verlag, London, 2007, pp. v-viii.

13. A. Domb and A.G. Mikos, "Matrices and Scaffolds for Drug Delivery in Tissue Engineering," *Adv. Drug Deliv. Rev., 59,* 185-186 (2007).

14. J.P. Fisher, A.G. Mikos, and P.C. Johnson, "Tomorrow's Tissue Engineering Triumphs Require Understanding of Today's Achievements," *Tissue Eng. Part B: Reviews, 14,* 1 (2008).

15. J.A. Jansen, A.G. Mikos, and P.C. Johnson, "A New Focus on the Methods of Tissue

A680

Engineering," *Tissue Eng. Part C: Methods, 14,* 1 (2008).

16. J.P. Fisher, A.G. Mikos, P.C. Johnson, and J.A. Jansen, "A Continued Commitment to Quality Research in Tissue Engineering," *Tissue Eng. Part A, 14,* 1457-1458 (2008).

17. J.P. Fisher, A.G. Mikos, P.C. Johnson, and J.A. Jansen, "A Continued Commitment to Quality Research in Tissue Engineering," *Tissue Eng. Part B: Reviews, 14,* 217-218 (2008) (same as no. 16).

18. J.P. Fisher, A.G. Mikos, P.C. Johnson, and J.A. Jansen, "A Continued Commitment to Quality Research in Tissue Engineering," *Tissue Eng. Part C: Methods, 14,* 177-178 (2008) (same as no. 16).

19. E. Cosgriff-Hernandez and A.G. Mikos, "New Biomaterials as Scaffolds for Tissue Engineering," *Pharm. Res., 25,* 2345-2347 (2008).

## Book Reviews

1. A.G. Mikos and N.A. Peppas, Book Review of *Adhesive Chemistry: Developments and Trends,* by L.-H. Lee, Ed., *J. Controlled Release, 3,* 212 (1986).

2. A.G. Mikos and N.A. Peppas, Book Review of *Polymeric Nanoparticles and Microspheres,* by P. Guiot and P. Couvreur, Eds., *Polym. News, 12,* 32 (1986).

3. A.G. Mikos and N.A. Peppas, Book Review of *Adhesion 10,* by K.W. Allen, Ed., *J. Controlled Release, 4,* 303-304 (1987).

4. A.G. Mikos, Book Review of *Multiphase Biomedical Materials,* by T. Tsuruta and A. Nakajima, Eds., *J. Controlled Release, 16,* 366-367 (1991).

5. A.G. Mikos, Book Review of *Degradable Materials: Perspectives, Issues and Opportunities,* by S.A. Barenberg, J.L. Brash, R. Narayan, and A.E. Redpath, Eds., *J. Controlled Release, 17,* 208 (1991).

6. J.-L. De Keyser and A.G. Mikos, Book Review of *Lehrbuch der Pharmazeutischen Chemie* (Translation: *Textbook of Pharmaceutical Chemistry*), by H. Auterhoff, J. Knabe, and H.-D. Höltje, *J. Controlled Release, 18,* 81 (1992).

7. A.G. Mikos, Book Review of *Polymeric Biomaterials,* by S. Dumitriu, *Eur. J. Pharm. Biopharm., 40,* 351 (1994).

8. L.J. Suggs and A.G. Mikos, Book Review of *Synthesis of Biocomposite Materials, Chemical and Biological Modifications of Natural Polymers,* by Y. Imanishi, *J. Controlled Release, 32,* 202 (1994).

9. A.C. Jen and A.G. Mikos, Book Review of *Cell Mechanics and Cellular Engineering,* by V.C. Mow, F. Guilak, R. Tran-Son-Tay, and R.M. Hochmuth, *J. Controlled Release, 38,* 95 (1996).

10. S.L. Ishaug and A.G. Mikos, Book Review of *Principles of Cell Adhesion,* by P.D. Richardson and M. Steiner, *J. Controlled Release, 41,* 296 (1996).

11. M.D. Timmer and A.G. Mikos, Book Review of *Tissue Engineering and Biodegradable Equivalents: Scientific and Clinical Applications,* by K.-U. Lewandrowski, D.L. Wise, D.J. Trantolo, J.D. Gresser, M.J. Yaszemski, and D.E. Altobelli, *J. Controlled Release, 92,* 399-400 (2003).

## Presentations in National and International Meetings

11/10/08

1. A.G. Mikos*, C.G. Takoudis, and N.A. Peppas, "Modeling of Suspension Copolymerization/Crosslinking of Styrene," Annual AIChE Meeting, San Francisco, California, November 27, 1984.

2. A.G. Mikos, C.G. Takoudis*, and N.A. Peppas, "Integral Methods in Polymerization Reaction Engineering," Integral Methods in Science and Engineering 1985, Arlington, Texas, March 18, 1985.

3. A.G. Mikos, N.A. Peppas*, and C.G. Takoudis, "Modeling of Suspension Copolymerization/Crosslinking of Styrene with Divinylbenzene," National ACS Meeting, Miami Beach, Florida, May 1, 1985.

4. N.A. Peppas* and A.G. Mikos, "Polymer/Glycoprotein Chain Interpenetration in Bioadhesion," 12th International Symposium on Controlled Release of Bioactive Materials, Geneva, Switzerland, July 9, 1985.

5. A.G. Mikos* and N.A. Peppas, "The Kinetics of Preparation of PHEMA Microparticles by Suspension Copolymerization/Crosslinking with EGDMA," 12th International Symposium on Controlled Release of Bioactive Materials, Geneva, Switzerland, July 11, 1985.

6. N.A. Peppas* and A.G. Mikos, "Molecular Aspects of Polymer Adhesion on Mucus," National ACS Meeting, Chicago, Illinois, September 9, 1985.

7. A.G. Mikos*, C.G. Takoudis, and N.A. Peppas, "Kinetic Modelling of Copolymerization-Crosslinking Reactions," Annual AIChE Meeting, Chicago, Illinois, November 14, 1985.

8. N.A. Peppas* and A.G. Mikos, "Interfacial Phenomena Related to Bioadhesion of Polymers on the Intestinal Mucus," Annual AIChE Meeting, Chicago, Illinois, November 15, 1985.

9. N.A. Peppas* and A.G. Mikos, "Measurement of Bioadhesive Force between a Polymer Microparticle and Mucin Gels," International Biomedical Engineering Symposium, Salt Lake City, Utah, January 21, 1986.

10. A.G. Mikos and N.A. Peppas*, "Comparison of Experimental Techniques for the Measurement of the Bioadhesive Forces of Polymeric Materials with Soft Tissues," 13th International Symposium on Controlled Release of Bioactive Materials, Norfolk, Virginia, August 5, 1986.

11. N.A. Peppas* and A.G. Mikos, "The Bioadhesive Behavior of 2-Hydroxyethyl Methacrylate-Containing Copolymer Microparticles with Aqueous Gels of Bovine Submaxillary Mucin," 10th European Congress on Biomaterials, Bologna, Italy, September 15, 1986.

12. N.A. Peppas*, A.G. Mikos, B.D. Barr-Howell, and L.M. Eshelman, "Dynamic Swelling of and Drug Release from Microparticles for Swelling-Controlled Release Applications," 13th Annual Meeting of the European Society for Artificial Organs, Avignon, France, September 18, 1986.

13. N.A. Peppas* and A.G. Mikos, "Polymer Microparticles on Biological Surfaces," Annual AIChE Meeting, Miami Beach, Florida, November 5, 1986.

14. A.G. Mikos and N.A. Peppas*, "Crack Healing of Polymer-Polymer Interfaces of Linear Polymers," MRS Fall Meeting, Boston, Massachusetts, December 1, 1987.

15. A.G. Mikos* and N.A. Peppas, "Effect of Chain Entanglements on the Fracture Characteristics of Polymeric Materials," MRS Fall Meeting, Boston, Massachusetts, December 3, 1987.

16. A.G. Mikos and N.A. Peppas*, "Fracture Mechanics of Low Molecular Weight Polymers," MRS Spring Meeting, Reno, Nevada, April 5, 1988.

A682