## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,    )<br>)<br>   Plaintiffs,    )<br>)<br>   v.    )<br>)<br>JOHNSON & JOHNSON and    )<br>CORDIS CORPORATION,    )<br>)<br>   Defendants.    )<br>) | **REDACTED**<br>**PUBLIC VERSION**<br><br>Civil Action No. 07-333-SLR<br>Civil Action No. 07-348-SLR<br>Civil Action No. 07-409-SLR |

BOSTON SCIENTIFIC CORPORATION and   )
BOSTON SCIENTIFIC SCIMED, INC.,   )
                                  )
        Plaintiffs,               )
                                  )
        v.                        )        Civil Action No. 07-765-SLR
                                  )
JOHNSON & JOHNSON,                )
CORDIS CORPORATION, and WYETH,    )
                                  )
        Defendants.               )
                                  )

## APPENDIX OF EXHIBITS TO OPENING MARKMAN BRIEF
## OF JOHNSON & JOHNSON, CORDIS AND WYETH
### VOLUME III OF IV (EXHIBITS 61-75)

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
312-853-7000
dpritikin@sidley.com
wbaumgar@sidley.com
rcass@sidley.com

Dated: September 16, 2009

{00332552;v1}

# TABLE OF CONTENTS

| Exhibit Number | Description | Appendix Page Number |
|---|---|---|
| 1 | Summary of Polymer Definitions in Cordis' Briefs and Declarations | A1-A47 |
| 2 | "Polymer" as defined by various dictionaries | A48-A57 |
| 3 | Summary of Co-polymer Definitions in Cordis' Briefs and Declarations | A58-A79 |
| 4 | Summary of Homopolymer Definitions in Cordis' Briefs and Declarations | A80-A100 |
| 5 | "Acrylate" as defined by *Webster's Third New International Dictionary* (1993) | A101 |
| 6 | Summary of Biocompatible Definitions in Cordis' Briefs and Declarations | A102-A119 |
| 7 | Summary of "Apply" Definitions in Cordis' Briefs and Declarations | A120-A133 |
| 8 | Summary of "Affix" Definitions in Cordis' Briefs and Declarations | A134-A143 |
| 9 | "Macrocyclic" as defined by *Webster's Third New International Dictionary* (1993) | A144-A147 |
| 10 | Summary of "Inhibit" Definitions in Cordis' Briefs and Declarations | A148-A156 |
| 11 | "Mixture" as defined by *Webster's Third New International Dictionary of the English Language, Unabridged* (2002) and *Dorland's Illustrated Medical Dictionary* (28th ed. 1994) | A157-A162 |
| 12 | "About" as defined by various dictionaries | A163-A198 |
| 13 | "Thereto" as defined by *Webster's Third New International Dictionary of the English Language, Unabridged* (2002) | A199-A201 |
| 14 | "Base" as defined by *Webster's Third New International Dictionary* (1993) | A202-A205 |
| 15 | Office Action Summary concerning Disposition of Claims in U.S. Patent Application 09/874,117 | A206-A209 |
| 16 | Appellant's Second Corrected Brief on Appeal regarding U.S. Patent Application 09/575,480 | A210-A223 |
| 17 | Remarks to Support Pre-Appeal Brief Request for Review regarding U.S. Patent Application 10/829,074 | A224-A228 |
| 18 | Petition to Make Special Because of Actual Infringement (37 CFR § 1.102 and MPEP § 708.02) with Supporting Declaration by Attorney regarding U.S. Patent Application 10/951,385 | A229-A251 |
| 19 | Decision Granting Petition to Make Special Because of Actual Infringement (37 CFR § 1.102 and MPEP § 708.02) | A252-A253 |
| 20 | Petition to Make Special Because of Actual Infringement (37 CFR § 1.102 and MPEP § 708.02) with Supporting Attorney Declaration regarding U.S. Patent Application of Carol Wright (Application number not yet assigned) | A253.1-A253.8 |
| 21 | **REDACTED** | A254-A263 |

**REDACTED**

| 22 | Rensing et al., Coronary restenosis elimination with a sirolimus eluting stent, *European Heart Journal*, 2001 | A264-A269 |
|---|---|---|
| 23 | Serruys et al., A comparison of balloon-expandable-stent implantation with balloon angioplasty in patients with coronary artery disease, *N Engl J Med* 1994 | A270-A276 |
| 24 | Serruys et al., A randomized comparison of a durable polymer Everolimus-eluting stent with a bare metal coronary stent: The SPIRIT first trial, *EuroIntervention* 2005 | A277-A284 |
| 25 | Poon et al., Rapamycin Inhibits Vascular Smooth Muscle Cell Migration, *J. Clin. Invest.*, 1996 | A285-A291 |
| 26 | Marx et al., Rapamycin-FKBP Inhibits Cell Cycle Regulators of Proliferation in Vascular Smooth Muscle Cells, *Circ. Res.* 1995 | A292-A298 |
| 27 | Perkins et al., XIENCE V™ Everolimus-Eluting Coronary Stent Systems: A Preclinical Assessment, *Journal of Interventional Cardiology*, 2009 | A299-A310 |
| 28 | Ding et al., XIENCE V™ Stent Design and Rationale, *Journal of Interventional Cardiology*, 2009 | A311-A320 |
| 29 | Fischman et al., A Randomized Comparison of Coronary-Stent Placement and Balloon Angioplasty in the Treatment of Coronary Artery Disease, *N Engl J Med* 1994 | A321-A326 |
| 30 | U.S. Patent No. 6,120,536 | A327-A343 |
| 31 | U.S. Patent No. 5,968,091 | A344-A354 |
| 32 | U.S. Patent No. 6,908,624 | A355-A391 |
| 33 | U.S. Patent Application Publication No. US 2004/0063805 | A392-A405 |
| 34 | Boston Scientific, Promus Everolimus-Eluting Coronary Stent System, http://www.bostonscientific.com/Device.bsci?page=HCP_Overvie w&navRelId=1000.1003&method=DevDetailHCP&id=10104231 &pageDisclaimer=Disclaimer.ProductPage (last visited Sep. 14, 2009) | A406-A408 |
| 35 | Boston Scientific, PROMUS Everolimus-Eluting Coronary Stent System, Patient Information Guide | A409-A461 |
| 36 | **REDACTED** | A462-A552 |
| 37 | | A553-A595 |
| 38 | Instructions for Use: CYPHER Sirolimus-eluting Coronary Stent on RAPTOR Over-the-Wire-Delivery System and CYPHER Sirolimus-eluting Coronary Stent on RAPTORRAIL Rapid Exchange Delivery System | A596-A615 |
| 39 | **REDACTED** | A616-A629 |
| 40 | | A630-A634 |
| 41 | Abraham et al., Immunopharmacology of Rapamycin, *Annu. Rev. Immunol.* 1996 | A635-A649 |

| 42 | Van Duyne et al., Atomic Structures of the Human Immunophilin FKBP-12 Complexes with FK506 and Rapamycin, *J. Mol. Biol.* 1993 | A650-A669 |
| 43 | Atomic Structure of the Rapamycin, J. Am. Chem. Soc, 1991 | A670-A671 |
| 44 | Diagram: Normal Sirolimus Everolimus | A672 |
| 45 | Chung et al., Rapamycin-FKBP Specifically Blocks Growth-Dependant Activation of and Signaling by the 70kd S6 Protein Kinases ,*Cell* Vol. 69, 1992 | A673-A682 |
| 46 | Beretta et al., Rapamycin blocks the phosphorylation of 4E-BP1 and inhibits cap-dependent initiation of translation, *The EMBO Journal* Vol. 15 No. 3, 1996 | A683-A689 |
| 47 | Weng et al., Regulation of the p70 S6 Kinase by Phosphorylation in Vivo, *The Journal of Biological Chemistry* 1998 | A690-A698 |
| 48 | Sedrani et al., Chemical Modification of Rapamycin: The Discovery of SDZ RAD, *Elsevier Science* 1998 | A699-A701 |
| 49 | Schuler et al.,, SDZ RAD, A new Rapamycin Derivative, Transplantation, 1997 | A702-A710 |
| 50 | Hartford et al., Rapamycin: Something Old, Something New, Sometimes Borrowed and Now Renewed, *Clinical Pharmacology & Therapeutics* Vol. 82 No 84, 2007 | A711-A718 |
| 51 | Sedrani et al., Chemical Modification of Rapamycin: The Discovery of SDZ RAD, *Elsevier* 1998 | A719-A721 |
| 52 | Buellesfeld et al., ABT-578-Eluting Stents: The Promising Successor of Sirolimus-and Paclitaxe-Eluting Stents Concepts? *Herz* 2004 | A722-A725 |
| 53 | Böhler et al., The In Vivo Effect of Rapamycin Derivative SDZ RAD on Lymphocyte Proliferation, *Transplantation Proc,* 1998 | A726-A728 |
| 54 | Taga et al., Structure of a New Macrocyclic Antibiotic, *International Union of Crystallography*, 1987 | A729-A731 |
| 55 | Curriculum Vitae of David Sabatini | A732-A735 |
| 56 | Sabatini et al., RAFT1: A Mammalian Protein that binds to FKBP12 in a Rapamycin-Dependent Fashion and is Homologus to Yeast TORs, *Cell*, Vol. 78, 1994 | A736-A746 |
| 57 | Nührenberg et al., EMAP-II downregulation contributes to the beneficial effects of Rapamycin after vascular injury, *Cardiovascular Research*, 2008 | A747-A756 |
| 58 | Guertin et al., Defining the Role of mTOR in Cancer, *Cancer Cell* 12, 2007 | A757-A770 |
| 59 | Sehgal et al., Rapamycin (AY-22,989), a New Antifungal Antibiotic, *The Journal of Antibiotics*, Vol. 28, 1975 | A771-A777 |
| 60 | McAlpine et al., Revised NMR Assignments for Rapamycin, *The Journal of Antibiotics*, Vol. 28, No. 10, 1991 | A778-A783 |
| 61 | Paiva et al., Incorporation of Acetate, Propionate, and Methionine into Rapamycin by Streptomyces Hysgroscopicus, *Journal of Natural Products* 1991 | A784-A795 |

| 62 | White *et al.*, The Structure of the Antifungal Antibiotic Rapamycin, *Crystallography in Biochemistry and Pharmacology* 1981 | A796-A797 |
|----|---|---|
| 63 | Suzuki et al., Stent-Based Delivery of Sirolimus Reduces Neointimal Formation in a Porcine Coronary Model, *Circulation* 2001 | A798-A803 |
| 64 | Marx *et al.*, Bench to Bedside The Development of Rapamycin and its Application to Stent Restenosis, *Circulation* 2001 | A804-A807 |
| 65 | Gallo *et al.*, Inhibition of Intimal Thickening After Balloon Angioplasty in Porcine Coronary Arteries by Targeting Regulators of the Cell Cycle, *Circulation* 1999 | A808-A814 |
| 66 | Gallo *et al.*, Rapamycin (Sirolimus) Inhibits Vascular Smooth Muscle DNA Synthesis In Vitro and Suppresses Narrowing in Arterial Allografts and in Balloon-Injured Carotid Arteries: Evidence that Rapamycin Antagonizes Growth Factor Action on Immune and Nonimmune Cells, *Transplantation Proceedings*, Vol. 27, No. 1. 1995 | A815-A818 |
| 67 | Siekierka, Probing T-Cell Signal Transduction Pathways with the Immunosuppressive Drugs, FK-506 and Rapamycin, *Immuno Res* 1994 | A819-A825 |
| 68 | Gregory *et al.*, Rapamycin Inhibits Arterial Intimal Thickening Caused by Both Alloimmune and Mechanical Injury, *Transplantation Proceedings*, Vol. 55, No. 6.1995 | A826-A837 |
| 69 | Morris, Rapamycins: Antifungal, Antitumor, Antiproliferative, and Immunosuppressive Macrolides, *Transplantation Reviews*, Vol. 6, No. 1. 1992 | A838-A887 |
| 70 | Lodish *et al.*, Chapter 1 – The Dynamic Cell, pp. 1-13 and Chapter 13 – Regulation of the Eukaryotic Cell Cycle, *Molecular Cell Biology*, 4th ed. 2000 | A888-A964 |
| 71 | Abraham, Mammalian Target of Rapamycin: Immunosuppressive Drugs Offer New Insights Into Cell Growth Regulation, *Inflammatory Processes: Molecular Mechanisms and Therapeutic Opportunities* 2000 | A965-A978 |
| 72 | Choi *et al.*, Structure of the FKPB12-Rapamycin Complex Interacting with the Binding Domain of Human FRAP, *Science* 1996 | A979-A985 |
| 73 | Luo et al., Rapamycin Resistance Tied to Defective Regulation of p27, *Molecular and Cellular Biology* 1996 | A986-A993 |
| 74 | **REDACTED** | A994-A1017 |
| 75 | Adverse Tissue Reaction to Polymers Cited in '7286, '3286 and '473 Patent Specifications | A1018-A1189 |
| 76 | Curriculum Vitae of Antonios G. Mikos | A1190-A1356 |
| 77 | "Polymer" as defined by Webster's Third International Dictionary | A1357-A1359 |
| 78 | **REDACTED** | A1360-A1386 |

REDACTED

| | | |
|---|---|---|
| 79 | "Biocompatibility" as defined by Merriam-Webster's Collegiate Dictionary | A1387-A1395 |
| 80 | Burke et al., Zotarolimus (ABT-578) eluting stents, *Elsevier* 2006 | A1396-A1405 |
| 81 | ███████ REDACTED ███████ | A1405-A1414 |

# EXHIBIT 61

**JAN-FEB, 1991**
**VOLUME 54, NUMBER 1**
CODEN JNPRDF 54 (1) 1-327 (1991)
ISSN: 0163-3864

# JOURNAL OF

# NATURAL PRODUCTS



CORD1215276

*Journal of Natural Products*
*Vol. 54, No. 1, pp. 167–177, Jan-Feb 1991*

167

# INCORPORATION OF ACETATE, PROPIONATE, AND METHIONINE INTO RAPAMYCIN BY *STREPTOMYCES HYGROSCOPICUS*

Nancy L. Paiva,[1] Arnold L. Demain,*

*Fermentation Microbiology Laboratory, Department of Biology,*

and Mary F. Roberts[2]

*Francis Bitter National Magnet Laboratory,*
*Massachusetts Institute of Technology, Cambridge, Massachusetts 02139*

Abstract.—Labelling experiments with $^{13}$C-labelled precursors demonstrated that the majority of the macrolide ring of rapamycin [1] is formed from six acetate and seven propionate units. A two-carbon unit in the ring was not labelled by acetate, propionate, glycine, or methionine. Methionine and glycine did, however, label the three methoxy groups of rapamycin to a high degree. Results from the incorporation experiments demonstrated that there were errors in the published $^{13}$C-nmr spectral assignments for rapamycin; these have now been corrected.

Rapamycin [1] was first reported as an antifungal agent in 1975 by Vezina *et al.* (1). It is produced by a strain of *Streptomyces hygroscopicus* isolated from an Easter Island soil sample. It is very active against *Candida* species (common human pathogenic yeasts) and moderately active against dermatophytes, while having no activity against bacteria (2). Its specificity, relatively low toxicity, and good oral absorption in mice and dogs (3) make rapamycin a potentially valuable antifungal agent. Rapamycin was also shown to have good activity against mammary, colon, and brain tumor model systems (4) and against transplanted tumors (5). It inhibits the immune response in rats, apparently by inhibiting the lymphatic system (6). The antifungal mode of action of rapamycin is still unclear, although it appears to differ from those of many known antifungal agents (7,8).



**1**

[1]Present address: The Samuel Roberts Noble Foundation, P.O. Box 2180, Ardmore, Oklahoma 73402.
[2]Present address: Department of Chemistry, Boston College, Chestnut Hill, Massachusetts 02167.

168                    Journal of Natural Products          [Vol. 54, No. 1

The structure of rapamycin [1] was determined by a combination of X-ray crystal-lography and $^{13}$C- and $^{1}$H-nmr experiments (9, 10). A major portion of the molecule is a very large (31-membered) "macrolide ring." Three conjugated double bonds (C-1 to C-6) allow rapamycin to be classified as a "triene," an uncommon type of polyene. A rare α-ketoamide functionality (C-14 and C-15) is located just outside a hemiketal ring, re-sulting in a series of three highly oxidized carbons. C-15 forms an amide bond with the sole nitrogen atom present in the antibiotic. The heterocyclic ring including this nitro-gen (C-16 to C-20 plus the C-21 carboxyl can be excised by acid- or base-catalyzed hydrolysis as L-pipecolic acid (10). Outside the macrolide ring is a trisubstituted cy-clohexane ring (C-40 to C-45). Many antibiotics contain $C_6$ rings, but they are usually aromatic. A few other antibiotics contain cyclohexane rings, such as asukamycin and manumycin, but little has been published about their biosynthesis (11, 12). At the time of its discovery, many structural features of rapamycin were unique. Recently, FK506, a promising immunosuppressant from *Streptomyces tsukubaensis*, was found to have many structural features identical to rapamycin (13). Information learned about the biosyn-thesis of rapamycin may also apply to the same moieties of FK506.

Little was known about the biosynthesis of rapamycin when this work was begun. Based on what was known about the biosynthesis of macrolides, ansamycins, and other similar natural products, we proposed a pathway for rapamycin biosynthesis (Figure 1). We hypothesized that a cyclic $C_7$ unit derived from the shikimic acid pathway would serve as the starter unit. The long polyketide chain (macrolide ring) would then be built up from the condensation of seven acetate and seven propionate units. Chain growth



Direction of synthesis

→ : $CH_3CO_2^-$, acetate

⇒ : $CH_3CH_2CO^-$, propionate

$\underline{CH_3}$ : Methyl group from methionine

: Pipecolic acid

: Shikimic acid pathway intermediate ("starter unit")

FIGURE 1.   Proposed scheme for the biosynthesis of rapamycin [1].

would be terminated by the attachment of the pipecolate moiety or by lysine, which would later be cyclized to form the pipecolate moiety. The pipecolate carboxy group and the C-22 hydroxyl would then interact to close the ring by lactone formation. Some additional oxidations and reductions would occur, and three hydroxyl groups would be methylated, presumably with *S*-adenosylmethionine (SAM) acting as the methyl donor.

In this paper we report the results of experiments designed to test parts of the above proposed pathway and to determine the biosynthetic origins of a large number of the carbons of rapamycin.

## EXPERIMENTAL

STRAINS.—*S. hygroscopicus* strain AY-B1206 was obtained from the Ayerst Research Laboratories, Montreal, Canada. This strain is a soil isolate found during a re-examination of the soil sample which contained the original rapamycin-producing strain (AYB994, deposited as ATCC 29253 and NRRL 5491). It was reported (personal communication from S.N. Sehgal) to produce higher levels of rapamycin and little or no demethoxyrapamycin when compared to the original isolate.

MEDIA.—*Sporulation agar.*—One liter of agar contains 20 g glucose, 1 g $KNO_3$, 0.5 g $K_2HPO_4$, 0.1 g $KH_2PO_4$, 0.5 g NaCl, 0.5 g $MgSO_4 \cdot 7H_2O$, 0.01 g $FeSO_4 \cdot 7H_2O$, and 22 g agar (pH 6.0). The agar was melted and distributed into square bottles; after autoclaving, the bottles were placed on their sides to provide a thin layer of agar.

*Fermentation medium for labelling studies.*—The following were added to 900 ml distilled $H_2O$: 2.0 g $K_2HPO_4$, 2.0 g $KH_2PO_4$, 5.0 g NaCl, 1.5 g $CaCO_3$, 20 ml glycerol, 1.0 g L-leucine, 2.0 g L-glutamic acid, 4.0 g L-lysine·HCl, 5.0 g yeast extract (Difco), 0.06 g $ZnSO_4$, 0.256 g $MgSO_4 \cdot 7H_2O$, 0.012 g $MnSO_4 \cdot H_2O$, 0.1 g $FeSO_4 \cdot 7H_2O$, 0.018 g $(NH_4)_6Mo_7O_{24} \cdot H_2O$, 0.01 g $Na_2B_4O_7 \cdot 10H_2O$, 0.01 g $CoCl_2 \cdot 6H_2O$, 0.0013 g $CuCl_2 \cdot 2H_2O$, 0.51 g $MgCl_2 \cdot 6H_2O$, and 0.36 g $NaSO_4$. The pH of the solution was adjusted to 6.0. This solution (45 ml) was placed into 500-ml unbaffled Erlenmeyer flasks. The flasks were autoclaved for 20 min at 121°. After cooling, 5.0 ml of sterile 20% glucose was added to each flask.

CULTURE CONDITIONS.—Fermentation flasks were inoculated directly with a spore suspension. To prepare the inoculum for fermentations, several bottles of sporulation agar were inoculated with spore stock. Bottles were incubated for 14–21 days at 25°. During this time, the culture sporulated, changing from white to dark grey. A spore suspension was prepared by adding sterile $H_2O$ to the bottles and suspending the spores by scraping the agar surface with an inoculating loop or spatula. Spores from 200 to 250 $cm^2$ of agar were suspended in approximately 15 ml $H_2O$. For labelling work, one ml of the suspension was used to inoculate 50 ml of fermentation medium in 500-ml unbaffled flasks. Fermention flasks were shaken at 25° (2" diameter, 250 rpm) until the pH reached 7.0, usually 6 to 7 days. During the course of the fermentation, 1-ml samples of broth were removed from at least duplicate flasks. The pH of each sample was measured. Samples were assayed for rapamycin as described below. The final concentration of rapamycin was 50 to 60 mg/liter.

To determine the dry cell weight of the cultures, 2 ml of 3 N HCl was added to each 50-ml flask to dissolve any remaining $CaCO_3$. The complete contents of a flask were then collected by filtration, dried at 90° for 24 h, and weighed.

HPLC ASSAY FOR RAPAMYCIN.—MeOH (9 ml) was added to each 1-ml sample of fermentation broth, and the tubes were tightly sealed and shaken several times during 20 min to extract the rapamycin. The tubes were centrifuged and the supernatant fluids filtered through glass fiber filters or solvent-resistant 0.45-μm filters. These samples were either analyzed immediately or stored at −20° until analysis. The rapamycin content was determined by reversed-phase hplc (Waters μBondapak C-18 column, 4 mm × 30 cm; mobile phase 70% MeOH/30% $H_2O$, 2 ml/min; detected at 254 nm and 280 nm, Waters Model 440 UV and Waters Lambda-Max Model 480 absorbance detectors at 0.01 aufs); 50 μl of extract was injected. Rapamycin has a retention time of approximately 30 min.

Purified rapamycin (a gift of Ayerst Laboratories) was dissolved in MeOH and used to prepare a series of standard solutions. The concentration of rapamycin was found to be directly proportional to peak height. A 10 μg/ml standard solution gave a peak of approximately 70% of the full scale.

SMALL-SCALE RECOVERY AND PURIFICATION OF RAPAMYCIN.—To prepare rapamycin samples for nmr and tlc analysis, the contents of several fermention flasks were combined. The mycelium was collected by centrifugation for 10 min (4000 g, GSA rotor) at room temperature. The pellet was resuspended in distilled $H_2O$ and centrifuged again. The pellet was then resuspended in approximately 4 times its volume of MeOH. This mixture was shaken to extract the rapamycin and then centrifuged for 10 min. The superna-

tant (MeOH) was removed, and the extraction repeated two more times with similar volumes of fresh MeOH. The extracts were combined and the MeOH removed by rotary evaporation. The resulting oil was dissolved in $CH_2Cl_2$ (150 ml per liter of broth being processed).to which an equal volume of $H_2O$ was added. A dark emulsion layer often appeared at the interface. The $CH_2Cl_2$ layer was removed, and the oil/emulsion was extracted 2 more times with similar volumes of $CH_2Cl_2$. The $CH_2Cl_2$ extracts were pooled and the solution evaporated to dryness. The resulting residue was extracted with several portions of hexane. The hexane was removed by rotary evaporation, leaving a dark yellowish oil. At this stage, the sample was redissolved in a known volume of hexane and a portion applied to tlc plates (as in the experiments for deter-mining [14]C incorporation). Alternatively, the sample was dissolved in approximately 2 ml MeOH and further purified by semipreparative-scale hplc (Waters µBondapak C18, 8 mm × 30 cm; 254 and 280 nm UV detectors; typically 65% MeOH/35% $H_2O$, 5 to 7 ml/min). The center portion of the rapamycin peak was collected.

The collected fractions were pooled and concentrated by one of two procedures. For most of the samples, the fractions were chilled in an $Me_2CO$/dry ice bath, and the MeOH/$H_2O$ evaporated under vacuum in a lyophilizer. For two samples (2-[13]C-propionate and [13]$C_2$-glycine experiments), C-18 reversed-phase cartridges (Maxi-Clean Cartridges, Alltech, Deerfield, Illinois) were used. Sufficient $H_2O$ was added to the pooled fractions to bring their concentration to approximately 40% MeOH, and the solution was passed through the cartridge to bind the rapamycin to the C-18 packing. Air was passed through the cartridge briefly to remove as much solvent as possible, and the rapamycin was eluted with pure MeOH. The MeOH was removed by rotary evaporation without heating, and any remaining traces of $H_2O$ were removed by lyophilization. After concentration, the rapamycin was collected by dissolving in $CH_2Cl_2$, the solution filtered and transferred to a small flask, and the $CH_2Cl_2$ removed by rotary evaporation. The sample was stored at −20° until analyzed by [13]C nmr.

[13]C-NMR SPECTROSCOPY.—Two different spectrometers were used for acquiring [13]C-nmr spectra of rapamycin in $CDCl_3$ (unless otherwise noted) in 10 mm tubes: a Bruker 270 Spectrometer (67.9 MHz) and a home-built wide-bore 360 (90.4 MHz). At 67.9 MHz acquisition parameters included a 16 kHz sweep width, 16K data points, 40° pulse width (12–16 µsec), and a relaxation delay of 1.5 sec. [1]H noise-decoupled spectra were recorded at ambient probe temperature (30–33°). The number of transients accumulated ranged from 14,000 to 16,000 for the natural abundance sample (100 mg) and 8000 (for highly enriched) to 17,000 for the enriched samples (8 to 12 mg). To enhance sensitivity, each free induction decay was treated with a 4-Hz line broadening. For acquisition of [13]C spectra at 90.4 MHz the following parameters were used: 20 kHz sweep width, 16K data points, 90° pulse width (18.5 µsec), and 5 sec relaxation delay. Protons were decoupled by a WALTZ sequence. Probe temperature was 22° in this spectrometer. The number of transients ranged from 4000 to 5000 for natural abundance (100 mg) and 5000–6000 for [13]C-enriched (approximately 10 mg) samples. To enhance sensitivity, a 2-Hz line broadening was applied to free induction decays.

## RESULTS

GROWTH, PRODUCTION, AND pH.—A typical fermentation profile is shown in Figure 2. Because rapamycin accumulation was first detectable between 2 and 2.5 days, this was the time chosen for the addition of labelled precursors. Rapamycin is unstable at alkaline pH; cultures were harvested before pH 7 was reached.

INCORPORATION OF LABELLED ACETATE.—Initial efforts were focused on the origins of the polyketide chain, beginning with the simplest available precursor, acetate. Preliminary experiments showed that the maximum amount of sodium acetate that could be added to the culture at 2.5 days was 0.5 g/liter; higher concentrations caused decreased rapamycin production and cell death. Experiments with 1-[14]C]- plus 2-[14]C]-acetate indicated that this concentration of acetate should provide sufficient, although low, enrichment of rapamycin in the corresponding [13]C experiment. In separate experiments, 1-[13]C- and 2-[13]C-acetate were added to cultures, and the labelled rapamycin was recovered and analyzed. We obtained 7% total incorporation of 1-[14]C]- and 2-[14]C]-acetate or an estimated 1% at each of seven sites. The relative [13]C enrichments are shown in Table 1. The maximum uncertainty in these values is 25%. Due to the small sample size, the signal-to-noise ratios were relatively low. However, careful comparison of the spectra revealed that several carbons were significantly labelled. C-5, C-9, C-15, C-24, and C-30 were enriched by 1-[13]C-acetate as predicted by the pro-



FIGURE 2.    Rapamycin production, growth, and pH during fermentation.

posed scheme. Surprisingly, C-3 and C-11 (predicted to be derived from C-1 of acetate)
were not significantly enriched, while C-4 (predicted to be derived from C-2 of acetate)
was highly enriched. For the sample prepared with 2-[13]C-acetate, similar results were
obtained. C-2, C-8, C-14, C-23, and C-29 were enriched by 2-[13]C-acetate as pre-
dicted, while C-10 and C-4 (predicted to be labelled) were not, and C-3 (predicted to be
derived from C-1 of acetate) was definitely enriched. In addition, in both samples, sev-
eral carbons thought to be derived from propionate were also apparently enriched by
labelled acetate. The latter enrichment of propionate carbons by acetate could be attrib-
uted to metabolic scrambling of the labelled acetate carbons into propionate/methyl-
malonyl-CoA via the citric acid cycle. The lack of significant incorporation at C-10 and
C-11 suggested that these two carbons are not derived from acetate. The enrichment of
the resonance assigned to C-3 by 2-[13C]-acetate and that assigned to C-4 by 1-[13C]-
acetate was most surprising; it implied that a strange rearrangment involving C-C bond
breakage and formation might have occurred. An alternative explanation was that an
error had been made in the 13C-nmr assignments of C-3 and C-4 (10). Eight of the car-
bons that had been labelled as predicted (C-23, C-24, C-29, C-30, C-8, C-9, C-14, and
C-15) correspond to four of the predicted seven acetate units, in the predicted orienta-
tion (Figure 3).

    In order to determine if any error had been made in the published 13C-nmr spectral
assignments (10) and to confirm the above conclusions, doubly labelled acetate (1,2-
[13C2]-acetate) was incorporated into rapamycin using the same procedures as for the
singly labelled samples. If the acetate is incorporated intact, the nuclei of the two adja-
cent 13C atoms will still exhibit 13C-13C coupling, resulting in the appearance of a
satellite doublet ("coupling pattern") flanking the singlets corresponding to the two
rapamycin carbons enriched. If the acetate C-C bond is broken and the two 13C atoms
are separated by scrambling reactions, subsequent incorporation will increase the inten-
sity of the singlet resonance without the appearance of the 13C-13C doublet. As indi-
cated in Table 1, a total of 12 "coupled" carbons ($J_{CC}$ = 40 to 60 Hz) were identified
after incorporation of 1,2-[13C2]-acetate into rapamycin, indicating the incorporation
of six intact acetate units. Four of these are the four acetate units labelled as predicted by
singly labelled acetate. The other two correspond to C-2 through C-5, implying the in-
corporation of two intact acetate units into the olefinic region. This contradicts the re-

TABLE 1.  Relative $^{13}$C-Enrichment Factors.[a]

| Chemical shift (ppm) | Published[b] carbon assignment | 1-[$^{13}$C]-acetate | 2-[$^{13}$C]-acetate | 1,2-[$^{13}$C$_2$]-acetate uncoupled | coupled[c] | 1-[$^{13}$C]-propionate | 2-[$^{13}$C]-propionate | Reassigned[d] carbon no. |
|---|---|---|---|---|---|---|---|---|
| 215.5 | 30 | 3.0[e] | 1.0 | 1.5 | yes | | | |
| 208.1 | 24 | 3.9[e] | 1.2 | 1.5 | yes | | | |
| 192.5 | 14 | 0.9 | 2.3[e] | 1.5 | yes | | | |
| 169.2 | 21 | 1.0 | 0.9 | 1.5 | | | | |
| 166.8 | 15 | 2.4[e] | 0.8 | 1.4 | yes | | | |
| 140.1 | 26 | 2.0[f] | 1.2 | 2.1 | | 3.0[e] | 3.0[e] | 1 |
| 136.1 | 27 | 1.3 | 1.9[f] | 2.2 | | | 3.0[e] | |
| 135.5 | 6 | 1.4 | 1.7[f] | 2.4 | | | 2.5[e] | |
| 133.6 | 4 | 3.5[g] | 0.88[g] | 1.5 | yes | | | 3 |
| 130.2 | 2 | 1.3 | 2.4[e] | 1.7 | yes | | | A[h] |
| 129.6 | 5 | 3.0[e] | 0.9 | 1.7 | yes | | | A |
| 126.7 | 1 | 1.9[f] | 2.1[e] | 2.6 | | 3.0[e] | | 26 |
| 126.4 | 3 | 1.1[g] | 3.3[g] | 1.6 | yes | | | 4 |
| 98.5 | 13 | 2.4[f] | 1.3 | 2.3 | | 2.0[e] | | |
| 84.9 | 29 | 1.3 | 2.2[e] | 1.4 | yes | | | |
| 84.4 | 7 | 1.6[f] | 1.4 | 1.9 | | 2.5[e] | | |
| 84.4 | 42 | | | | | | | |
| 77.2 | 28 | (obscured by solvent peaks) | | | | 2.5[e] | | |
| 75.7 | 22 | 1.9[f] | 0.7 | — | | 2.7[e] | | |
| 73.9 | 43 | 1.2 | 1.2 | 1.0 | | | | |
| 67.2 | 9 | 3.1[e] | 1.1 | 1.7 | yes | | | |
| 59.4 | 36 | 1.0 | 0.9 | 1.0 | | | | |
| 56.5 | 50 | 1.0 | 1.1 | 0.9 | | | | |
| 55.8 | 46 | 0.9 | 1.1 | 1.1 | | | | |
| 51.4 | 20 | 1.1 | 0.8 | 1.2 | | | | |
| 46.5 | 25 | 1.3 | 2.1[f] | 2.3 | | | 3.0[e] | |
| 44.2 | 16 | 1.3 | 0.9 | 1.2 | | | | A |
| 41.4 | 31 | 1.4 | 2.0[f] | 2.7 | | | 2.2[e] | A |
| 40.7 | 23 | 1.1 | 2.4[e] | 1.7 | yes | | | A |
| 40.2 | 39 | 1.4 | 1.3 | 2.0 | | 2.1[g] | | 32 |
| 38.9 | 8 | 0.8 | 1.7[e] | 1.6 | yes | | | A |
| 38.4 | 10 | 1.1 | 0.7[g] | 1.1 | no[g] | | | 39 |
| 35.2 | 33 | 1.1 | 2.8[f] | 2.6 | | | 2.1[e] | A |
| 34.2 | 41 | 0.9 | 2.6[e] | 1.2 | | | | A |
| 33.7 | 38 | 1.1 | 1.9[f] | 2.2 | | | 2.0[e] | |
| 33.2 | 40 | 0.9 | 1.5 | 1.6 | | | 2.0[e] | |
| 33.2 | 12 | | | | | | 2.0[e] | |
| 31.7 | 32 | 0.7 | 0.8 | 1.0 | | g | | 45 |
| 31.3 | 45 | 0.8 | 1.4 | 1.3 | | | | 10 |
| 31.3 | 44 | | | | | | | A |
| 27.3 | 19 | 2.4[f] | 1.6[f] | 1.8 | | | | A |
| 27.0 | 11 | 1.4[g] | 0.9 | 1.7 | no[g] | | | A |
| 25.3 | 17 | 1.0 | 0.7 | 1.2 | | | | A |
| 21.5 | 48 | 0.7 | 1.7[f] | 1.6 | | | | 34 |
| 20.6 | 18 | 0.8 | 0.8 | 0.9 | | | | A |
| 16.2 | 47 | 0.6 | 1.3 | 1.8 | | | | 37 |
| 15.9 | 51 | 0.8 | 1.3 | 1.9 | | | | 47 |
| 15.9 | 34 | | | | | | | 48 |
| 13.8 | 37 | 0.6 | 1.4 | 1.7 | | | | 51 |
| 13.0 | 35 | 0.9 | 1.8[f] | 2.1 | | | | 49 |
| 10.1 | 49 | 0.8 | 1.2 | 1.6 | | | | 35 |

[a] Natural abundance = 1.0. Reference: average of three methoxy carbon signals.
[b] These assignments are from Findlay and Radics (10).
[c] The average coupling constants ($J_{cc}$) after peak reassignments for the six pairs of carbons were $J_{2,5}$ = 53, $J_{4,5}$ = 58, $J_{8,9}$ = 41, $J_{14,15}$ = 61, $J_{23,24}$ = 39, $J_{29,30}$ = 41 Hz.
[d] Dr. R.P. Borris and Dr. B.H. Arison, personal communication.
[e] Significantly enriched, as predicted by proposed scheme.
[f] Enrichment attributed to incorporation after metabolic scrambling.
[g] Not as predicted; possible nmr misassignment.
[h] Indicates assignments agree with those of Findlay and Radics (10).

Expected labelling
pattern of
olefinic region

1 :   Enriched by 1-[$^{13}$C]-acetate

2 :   Enriched by 2-[$^{13}$C]-acetate

→
2 1 :   $CH_3CO_2^-$; orientation of acetate unit

FIGURE 3.    Combined results of 1-$^{13}$C-acetate and 2-
$^{13}$C-acetate incorporation experiments.

sults of the singly labelled acetate incorporation, and demonstrates that there is indeed
an error in the published $^{13}$C-nmr assignments (10). There are at least three ways to in-
terchange the assignments for these very similar carbons to make them consistent with
the proposed scheme and the labelling results; thus an absolute reassignment of
the carbons was not possible from these data alone. No coupling patterns were observed
for any other carbons, confirming that C-10 and C-11 are not derived from acetate, and
that the incorporation into other carbons was through scrambling reactions.

INCORPORATION OF LABELLED PROPIONATE.—According to the biosynthetic
scheme proposed, seven propionate units should be incorporated into rapamycin. It was
also possible that 1-[$^{13}$C]- and 2-[$^{13}$C]-propionate might label C-11 and C-10; a $C_2$
unit in rifamycin is derived from two carbons of a propionate unit, the methyl group of
which is oxidatively removed after it is incorporated (14). Rapamycin samples enriched
by 1-[$^{13}$C]- and 2-[$^{13}$C]-propionate were prepared using the same procedures as for the
acetate samples, except that 0.5 g/liter was added to the cultures at 2.5 days and an ad-
ditional 0.25 g/liter was added at 3.5 days of incubation.

In the case of 1-[$^{13}$C]-propionate, six carbons (C-1, C-7, C-13, C-22, C-26, C-39)
showed significant enrichment, as indicated in Table 1. (The chemical shifts of C-7 and
C-42 overlap; therefore, it was assumed that the increase in peak intensity is due to en-
richment of C-7, not C-42.) Five of these carbons were predicted to be derived from the
carboxyl groups of propionate. C-39 corresponds to the carboxyl groups of the proposed
$C_7$ unit and was not predicted to be enriched. Also, C-32 corresponds to the carboxyl of
one of the predicted propionates, but no enrichment was observed. These results could

be explained by an error in the nmr assignments of these two carbons (10); they are very similar carbons and the assignments might be interchanged.

One of the carbons predicted to be derived from 1-[$^{13}$C]-propionate, i.e., C-28, was obscured by the solvent (CDCl$_3$) peaks. In order to determine whether there was any incorporation into this carbon, the $^{13}$C-nmr spectra of this sample and an unenriched sample were also obtained in CD$_2$Cl$_2$, a very similar solvent. The pattern of the rapamycin peaks was not altered much, and the same six peaks were enriched. In addition, a seventh peak at approximately 77.2 ppm was enriched. Based on the published assignments it was concluded that this peak corresponded to C-28, the seventh predicted propionate carbon.

In the case of 2-[$^{13}$C]-propionate, seven carbons were enriched. These correspond to the seven carbons predicted by the proposed scheme (C-38, C-25, C-27, C-31, C-33, C-6, C-12). These results confirm the incorporation of the seven propionates and support the possibility that C-32 and C-39 were misassigned (10). It is highly unlikely that C-31 and C-33 could be labelled by 2-[$^{13}$C]-propionate without C-32 being labelled by 1-[$^{13}$C]-propionate, nor is there a likely route for C-32 to be exchanged with C-39.

Unlike labelled acetate, labelled propionate did not seem to be scrambled into other non-propionate-derived carbons. Perhaps propionate, once activated, is less likely to enter the citric acid cycle.

CORRECTION OF THIS $^{13}$C-NMR SPECTRAL ASSIGNMENTS.—The results of the above incorporation studies strongly suggested that there were errors in the published $^{13}$C-nmr assignments (10). However, absolute reassignments were not possible from the available data alone. A sample of rapamycin was used to generate HETCOR, COSY, and NOESY maps (Dr. R.P. Borris and Dr. B.H. Arison, personal communication; subject of a future publication). Analysis of the data revealed several errors in the assignments (10), some of which are indicated in Table 1. The assignments of C-3 and C-4 were interchanged, and the peak assigned to C-39 was not assigned to C-32, as suggested by the above incorporation data.

INCORPORATION OF LABELLED METHIONINE.—According to the proposed scheme, the three methoxy carbons in rapamycin are derived from the methyl group of methionine. Unlabelled L-methionine was added to the fermentation medium after 2.5 days of incubation to see if it affects rapamycin production. The addition of 0.5 g/liter methionine caused no marked effect on rapamycin production, while 1.0 and 2.0 g/liter clearly decreased production (approximately 35 and 45% decrease, respectively). These findings were at first surprising because addition of a true precursor is expected to increase production if that precursor is rate-limiting or to have no effect if it is not limiting. However, despite the fact that methionine is the precursor of the side chain of thienamycin and the methoxy group of cephamycin C, it inhibits the production of these antibiotics by *Streptomyces cattleya* (15).

Experiments with L-$^{14}$C-[methyl]-methionine indicated that addition of 0.5 g/liter of labelled methionine resulted in very high enrichment of rapamycin. The specific activities of the added $^{14}$C-[methyl]-methionine and the resulting rapamycin were equal, indicating 100% total incorporation or 33% incorporation at each of the three sites. A rapamycin sample enriched by L-$^{13}$C-[methyl]-methionine was prepared from cultures which received 0.3 g/liter L-$^{13}$C-[methyl]-methionine at 2.5 days of incubation. The peaks assigned to C-36, C-50, and C-46, the three methoxy carbons, showed a 15- to 20-fold increase in height, confirming that methionine acts as the methyl donor for these carbons. No other carbons were enriched.

INCORPORATION OF LABELLED GLYCINE.—C-10 and C-11 were not significantly enriched by any of the above precursors. It was thought that glycine might enrich this

two-carbon unit, either after conversion to glycollate (transamination and reduction) or after incorporation into glycerate (via serine). When added to cultures of *S. hygroscopicus* var. *geldanus* var. *nova*, both 1-[13]C-glycerate and 1-[13]C-glycollate labelled carbons in geldanamycin which acetate had previously failed to label (16). 1-[13]C-glycine was found to label a two-carbon unit in saframycin A, a heterocyclic quinone antibiotic synthesized by *Streptomyces lavendulae* (17) but did not label the analogous carbons in naphthyridomycin, a structurally similar antibiotic produced by *Streptomyces lusitanus* (18). In the case of leucomycin biosynthesis by *Streptomyces kitasatoensis*, 1-[13]C-glycine, 1-[13]C-glycollate, and 1-[13]C-glycerate did not enrich the carbons of a previously unlabelled C$_2$ unit, but this was attributed to the failure of these compounds to enter the cells, because 2-[13]C-glycerol was shown in later experiments to label these carbons (19).

When added to cultures at 2.5 days of incubation, glycine (up to 2 g/liter) had no effect on rapamycin production. A sample of rapamycin enriched by 1,2-[13]C$_2$-glycine was prepared from cultures receiving 0.75 g/liter at 2.5 days and 0.25 g/liter at 3.5 days. Only the resonances assigned to the three methoxy carbons (C-36, C-50, C-46) showed an increase in intensity (9- to 10-fold). No other resonances showed any increased intensity over natural abundance or any evidence of [13]C-[13]C coupling. Clearly, glycine is entering the cells but is only incorporated into rapamycin after conversion to the methyl group of methionine (via glycine synthase and tetrahydrofolate reactions).

## DISCUSSION

The origins of most of the carbons of rapamycin have been identified, as summarized in Figure 4. The results match those of the predicted scheme quite well, except for the lack of acetate incorporation into C-10 and C-11.

Most of the carbons of the lactone ring of rapamycin are derived from six acetate and seven propionate units, condensed in a "head to tail" fashion. This pattern of incorpora-



FIGURE 4.    Summary of the incorporation results.

tion implies a polyketide pathway mechanism of biosynthesis, as has been found for many acrolides and polyenes. Of note is the fact that the rare α-ketoamide functionality (C-14 and C-15) is indeed derived from acetate, while the high oxidation state of these two carbons and the adjacent carbon might have suggested a carbohydrate origin. The incorporation experiments revealed errors in the published $^{13}$C-nmr assignments (10), and these errors were confirmed by further nmr analysis. Those carbons originally mis-assigned are chemically very similar, and spectroscopic assignments based on similar compounds (or fragments) could easily be wrong.

The seventh predicted acetate unit (C-10 and C-11) was not labelled significantly by any form of acetate, nor by any other precursor tested, and the original of these two carbons remains unknown. It is likely that they are derived from glycollate or glycerate, as has been shown for two-carbon units in geldanamycin and leucomycin (16, 19).

The three methoxy carbons of rapamycin were shown to be derived from the methyl group of methionine. Methionine was found to suppress rapamycin production if high concentrations were added to young cultures, but this is consistent with observations for other systems (15). Glycine, while highly enriching the same methoxy carbons after metabolic scrambling, did not decrease rapamycin production.

The substituted cyclohexane moiety (C-39 to C-45) and the heterocyclic ring (C-16 to C-22) were not labelled by any of the precursors tested, as is consistent with their pre-dicted shikimate pathway and pipecolate origins.

### ACKNOWLEDGMENTS

We thank Ayerst Research Labs, Montreal, Canada, for donating the producing strain and purified rapamycin, and we thank Drs. S.N. Sehgal and C. Vezina for helpful suggestions. We also thank Dr. Lou Kaplan for his advice and Drs. R.P. Borris and B. Arison (Merck Sharp and Dohme Research Laboratories, Rahway, NJ) for their work in confirming the errors in the $^{13}$C-nmr spectral assignments and for access to their data prior to publication.

N.L.P. was partially funded by National Institute of Health training grant #3 T32 CA09258-05S2 0021. We acknowledge the general financial support for students provided by the following organizations: A.L. Laboratories, Inc., American Cyanamid Co., Biochemie Gesellschaft m.b.h., Cetus Corporation, Ciba-Geigy Ltd., Fujisawal Pharmaceuticals Co. Ltd., Hoechst Aktiengesellschaft, International Flavors and Fragrances, Kirin Brewery Co. Ltd., Kyowa Hakko Kogyo Co., Shionogi and Co. Ltd., Sterling-Winthrop Research Institute, Takeda Chemical Industries Ltd., Toyo Jozo Co. Ltd., Warner-Lambert Co., and W.R. Grace and Co. For advice and encouragement, we thank Daniel Liberman and Nadine A. Solomon.

The $^{13}$C-nmr spectra were obtained at the F. Bitter National Magnet Laboratory, M.I.T. (supported by NIH RR00995).

### LITERATURE CITED

1.  C. Vezina, A. Kudelski, and S.N. Sehgal, *J. Antibiot.*, **28**, 721 (1975).
2.  S.N. Sehgal, H. Baker, and C. Vezina, *J. Antibiot.*, **28**, 727 (1975).
3.  H. Baker, A. Sidorowicz, S.N. Sehgal, and C. Vezina, *J. Antibiot.*, **31**, 539 (1978).
4.  J. Douros and M. Suffness, *Cancer Treat. Rev.*, **8**, 63 (1981).
5.  C.P. Eng, S.N. Sehgal, and C. Vezina, *J. Antibiot.*, **37**, 1231 (1984).
6.  R.R. Martel, J. Klicus, and S. Galet, *Can. J. Physiol. Pharmacol.*, **55**, 48 (1977).
7.  K. Singh, S. Sun, and C. Vezina, *J. Antibiot.*, **32**, 630 (1979).
8.  L.C. Vining, in: "Advances in Applied Microbiology." Ed. by D. Perlman, Academic Press, New York, 1979, Vol. 25, pp. 147–168.
9.  N. Swindells, P.S. White, and J.A. Findlay, *Can. J. Chem.*, **56**, 2491 (1978).
10. J.A. Findlay and L. Radics, *Can. J. Chem.*, **58**, 579 (1980).
11. H.G. Floss, P.J. Keller, and J.M. Beale, *J. Nat. Prod.*, **49**, 957 (1986).
12. K.L. Rinehart Jr., M. Potgieter, W. Jin, C.J. Pearce, and D.A. Wright, in: "Trends In Antibiotic Research." Ed. by H. Umezawa, A.L. Demain, T. Hata, and C.R. Hutchinson, Japan Antibiotics Research Assoc., Tokyo, 1982, pp. 171–184.
13. H. Tanaka, A. Kuroda, H. Marusawa, H. Hatanaka, T. Kino, T. Goto, M. Hashimoto, and T. Taga, *J. Am. Chem. Soc.*, **109**, 5031 (1987).
14. A. Karlsson, G. Sartori, and R.J. White, *Eur. J. Biochem.*, **47**, 251 (1974).

15.  M.J. Williamson, E. Inamine, K.E. Wilson, A.W. Douglas, J.M. Liesch, and G. Albers-Schon-berg, *J. Biol. Chem.*, **260**, 4637 (1985).
16.  A. Haber, R.D. Johnson, and K.L. Rinehart Jr., *J. Am. Chem. Soc.*, **99**, 3541 (1977).
17.  Y. Mikami, K. Takahashi, K. Yazawa, T. Arai, M. Namikoshi, S. Iwasakai, and S. Okuda, *J. Biol. Chem.*, **260**, 344 (1985).
18.  M.J. Zmijewski and M. Mikolajczak, *J. Am. Chem. Soc.*, **104**, 4969 (1982).
19.  S. Omura, K. Tsuzuki, A. Nakagawa, and G. Lukacs, *J. Antibiot.*, **36**, 611 (1983).

*Received 18 June 1990*

CORD1215597

# EXHIBIT 62

03.   CRYSTALLOGRAPHY IN BIOCHEMISTRY AND PHARMACOLOGY                                    C-75

**03.3-18**   HIGHLY OXIDIZED PEPTIDIC ANTIBIOTIC: CRYSTAL CONFORMATION OF SIOMYCIN-A.   By C. Pascard and T. Prangé, Institut de Chimie des Substances Naturelles, CNRS, 91190 Gif sur Yvette, France.

Siomycin-A (mw=1486) is a cysteine-containing polycyclic polypeptide, largely modified by dehydrogenation. It differs from its parent thiostrepton (Anderson et al., Nature (1970), 225, 233) by three peptide units included in a lateral macrocycle. It crystallizes in large tetragonal crystals from a MeOH/CHCl$_3$ solution in precise proportions. Its X-ray structure has been determined by direct methods and refined using 4620 obs. structural factors.

The conformation of the backbone will be compared to the previously reported n.m.r. results in solution (Tori et al., J. Antibiot.(1979),32, 1072), and to the nosiheptide structure (Prangé et al. Nature (1977) 265, 189).



**03.3-19**   THE CRYSTAL AND MOLECULAR STRUCTURE OF THE TERNARY COMPLEXES WITH IONOPHORIC ANTIBIOTICS, Rb$^+$ CATION AND UNCOUPLER.   By Y. Nishibata, A. Itai and Y. Iitaka, Faculty of Pharmaceutical Sciences, University of Tokyo, Hongo, Tokyo, Japan, and Y. Nawata, Chugai Pharmaceutical Co. Ltd., Takada, Tokyo, Japan.

Proton uptake and the release of K$^+$ cations from liposomes containing potassium phosphate were catalyzed by the uncoupler 3,5-di-t-butyl-4-hydroxybenzylidenemalononitrile (hereafter abbreviated as SFH) in the presence of valinomycin, and the formation of the ternary complex K$^+$.valinomycin.SF$^-$ (I) in the liposomal membrane was suggested (A. Yamaguchi & Y. Anraku, Biochem. Biophys. Acta, 501, 150, 1978).

We succeeded in obtaining the crystals of (I) as well as Rb$^+$.valinomycin.SF$^-$ (II) and Rb$^+$.tetranactin. SF$^-$ (III). Crystal structures of the latter two were solved by the heavy-atom method.   R indices of 0.17 and 0.08 were obtained for (II) and (III), respectively. Structures of the complexed cations in (II) and (III) are very similar to those observed in valinomycin–KI$_3$ (K. Neupert-Laves & M. Dobler, Helv. Chim. Acta, 58, 432, 1975) and tetranactin–KSCN (T. Sakamaki, et al., Acta Cryst., B32, 768, 1976). In the crystals of (II) and (III), Rb$^+$-ionophore complexes and SF$^-$ anions are piled up alternatively, forming columns. t-Butyl groups of SF$^-$ approach the cavities of Rb$^+$-valinomycin complexes, although malononitrile groups of SF$^-$ are near to the surface of Rb$^+$-tetranactin complexes. In both cases, non-bonded interactions between Rb$^+$-ionophore and SF$^-$ anions are predominant.

**03.3-20**   X-RAY CRYSTALLOGRAPHIC AND NMR STUDIES ON BARIUM-VALINOMYCIN COMPLEXES. By S. Devarajan, C.M.K. Nair, K.R.K. Easwaran and M. Vijayan, Molecular Biophysics Unit, Indian Institute of Science, Bangalore 560012, India.

As part of a programme of crystallographic and spectroscopic studies aimed at exploring the conformational possibilities of ionophores, the crystal structures of 1:2 complexes of valinomycin with barium perchlorate and barium thiocyanate have been determined. A preliminary account of the X-ray analysis of the perchlorate complex has already been published (Nature (1980) 286, 640-641). The structure, including 15 solvent atoms, has subsequently been refined to an R of 0.109 for 3504 observed reflections. The valinomycin molecule in the structure has an unusual hitherto unnoticed conformation in which the extended desipeptide chain, with no internal hydrogen bond, is wound in the form of an ellipse. The barium ions are located approximately at the foci. The crystal structure of the barium thiocyanate complex, analysed later and refined to an R of 0.125 for 2237 observed reflections, is not isomorphous to the corresponding perchlorate complex. The overall molecular conformation and the pattern of metal coordination in the two complexes are, however, similar although significant differences exist in details. The structure analysis of the two complexes thus establishes the possibility of a novel conformation, without internal hydrogen bonds, for valinomycin. Proton NMR studies in solution, especially those using nitroxide free radicals, also indicate the absence of internal hydrogen bonds in the complex.

**03.3-21**   THE STRUCTURE OF THE ANTIFUNGAL ANTIBIOTIC RAPAMYCIN. Peter S. White and D. C. Neil Swindells, Department of Chemistry, University of New Brunswick, Fredericton, New Brunswick, Canada  E3B 6E2.

Rapamycin, $C_{51}H_{79}NO_{13}$, has been shown effective against Candida albicans whilst having no activity against the bacteria which normally supress the emergence of candidiasis. Crystalline rapamycin is orthorhombic, space group P2$_1$2$_1$2$_1$, a = 34.866(9), b = 13.069(5), c = 12.262(7) Å. Data were collected on a Picker FACS-I diffractometer using CuKα radiation (λ = 1.5418 Å) for 2θ ≤ 120° resulting in 4638 reflections of which 3737 were considered observed (I > 3σ(I)). Initial attempts to solve the structure by direct methods (MULTAN) failed. However, the inclusion of some structural information from $^{13}$C nmr in the normalisation of the structure factors lead to a number of recognisable fragments (32 atoms) in the E-map. A series of fourier syntheses then yielded the full structure



1

and after several cycles of least squares refinement the locations of the hydrogens were established by a difference synthesis. The final R value was 0.068 for the observed reflections.

The structure consists of a 31-membered macrolide ring with an oxygen bridge between C(9) and C(13). The absolute configuration as shown in the figure was ascertained (J. A. Findlay and L. Radics, Can. J. Chem. 58, 579-590, 1980) by isolating L(-)-pipecolic acid from hydrolysis products.

### 03.4-01   PHASE TRANSITION AND 37°C CRYSTAL STRUCTURE OF CHOLESTEROL.

Leh-Yeh Hsu and C. E. Nordman, Department of Chemistry, University of Michigan, Ann Arbor, MI 48109, U.S.A.

The unit cell of cholesterol ($C_{27}H_{46}O$) above the 31.6°C phase transition (Petropavlov & Kostin, Kristallografiya (1976) $21$, 168) is triclinic, space group P1, with $\bar{a}$ = 27.565, $\underline{b}$ = 35.776, $\underline{c}$ = 10.748, $\alpha$ = 94.45, $\beta$ = 90.90, $\gamma$ = 73.87°, at 37°C. There are 16 independent molecules, compared to 8 in the room temperature (RT) cell (Shieh et al., Nature(1977) $267$, 287; Acta Cryst., in press). A restrained-group Gauss-Seidel (FGLS) refinement procedure (Hoard & Nordman, Acta Cryst. (1979) $A35$, 1010) was used to deduce a refinable structure from the RT starting model. A combination of FGLS and anisotropic block-diagonal refinement presently gives R = 0.09 for 18,047 reflections. The bilayer structure of hydrogen-bonded chains of molecules bears an overall resemblance to the RT phase, differing from the latter in that several molecules have turned about their long axes by varying amounts, up to 160°. Side chain conformations also differ in the two phases. Two of the 16 molecules have side chains forming an 80° angle with the steroid long axis, a feature not previously encountered in cholesterol structures. Strong thermal motion is present in all side chains. A remarkable rotational pseudosymmetry relates eight of the sixteen independent molecules to the other eight, giving a pseudo-asymmetric unit of 8 molecules as contrasted with 4 in the RT phase.

### 03.4-02   CHOLESTERYL ESTERS : CRYSTAL AND LIQUID CRYSTALLINE STRUCTURES.

Patricia Sawzik and B. M. Craven, Department of Crystallography, University of Pittsburgh, Pittsburgh, PA 15260 USA.

A series of X-ray crystal structure determinations of cholesteryl n-alkanoate (n=2,6,8-12,14) and n-alkenoate (n=16:1$^{\Delta 9}$, 18:1$^{\Delta 9}$) esters has been undertaken, one aim being to seek features which may be relevant to molecular association in the less ordered liquid crystalline phases. The saturated cholesteryl esters with chain length $C_6$-$C_{18}$ and the unsaturated palmitoleate and oleate have one of three crystal structure types as the most stable form at room temperature. These crystal structure types are designated as monolayers II (ester chain length $C_6$-$C_9$, $C_{18:1}^{\Delta 7}$), monolayers I ($C_9$-$C_{12}$, $C_{16:1}^{\Delta 9}$) and bilayers ($C_{13}$-$C_{18}$) with cholesteryl-cholesteryl, cholesteryl-alkyl, and alkyl-alkyl interactions becoming successively dominant. The X-ray diffraction patterns for the smectic phase of the cholesteryl esters suggest a relationship with the monolayer type I crystal structures. Diffracted orders from the crystal monolayers ($l$ = 2 through 5) are very weak. The strong first order has a d-spacing similar to that of the single sharp intense inner diffraction ring of the smectic phase. X-ray diffraction patterns for the cholesteric and smectic phases are similar but in the cholesteric the inner ring is more diffuse. This may be due to a short range ordering of antiparallel pairs of molecules as found in the bilayer crystal structures.

Work supported by NIH Grant HL-20350.

### 03.4-03   CRYSTAL STRUCTURE OF THE 2:1 COMPLEX BETWEEN DEOXYCHOLIC ACID AND d-CAMPHOR.

By J.G. Jones, S. Schwarzbaum, and L. Lessinger, Chemistry Dept., Barnard College, New York, USA

Bile is the source of several hydroxylated derivatives of the steroid 5$\alpha$-cholan-24-oic acid which play important physiological roles in the digestion of fats and in excretion. One bile acid, deoxycholic acid (DCA), forms stoichiometric crystalline complexes with a wide variety of organic compounds. The complex 2:1 DCA:camphor crystallizes in space group P$2_1 2_1 2_1$ with a=27.353, b=13.814, c=7.233 Å, $D_m$=1.137, $D_x$=1.139 g/cm$^3$ for Z=4 of $C_{24}H_{40}O_4 \cdot \frac{1}{2}(C_{10}H_{16}O)$.

The structure was solved by direct methods and refined to R=0.07. It consists of bilayers of DCA molecules, held together by hydrogen bonds between the two halves of the bilayer, and stacked with their hydrophobic surfaces in contact. The shape of the DCA steroid is such that between adjacent bilayers are formed channels, in which the camphor molecules stack. The channels are centered on crystallographic two-fold rotation axes; the roughly spherical camphor molecules are two-fold disordered.

The structure is compared to the several other known crystal structures of DCA with hydrophobic guest molecules. While DCA forms very similar bilayers in all these structures, there are some major and some subtle differences among them. The differences which allow for the formation of DCA complexes with molecules of such widely varying sizes and shapes as camphor, phenanthrene, cyclohexanone, acetic acid, and palmitic acid will be illustrated.

# EXHIBIT 63

# Stent-Based Delivery of Sirolimus Reduces Neointimal Formation in a Porcine Coronary Model

Takeshi Suzuki, MD; Greg Kopia, PhD; Shin-ichiro Hayashi, MD, PhD; Lynn R. Bailey, AA;
Gerard Llanos, PhD; Robert Wilensky, MD; Bruce D. Klugherz, MD; George Papandreou, PhD;
Pallassana Narayan, PhD; Martin B. Leon, MD; Alan C. Yeung, MD; Fermin Tio, MD;
Philip S. Tsao, PhD; Robert Falotico, PhD; Andrew J. Carter, DO

*Background*—The purpose of this study was to determine the efficacy of stent-based delivery of sirolimus (SRL) alone or in combination with dexamethasone (DEX) to reduce in-stent neointimal hyperplasia. SRL is a potent immunosuppressive agent that inhibits SMC proliferation by blocking cell cycle progression.
*Methods and Results*—Stents were coated with a nonerodable polymer containing 185 $\mu$g SRL, 350 $\mu$g DEX, or 185 $\mu$g SRL and 350 $\mu$g DEX. Polymer biocompatibility studies in the porcine and canine models showed acceptable tissue response at 60 days. Forty-seven stents (metal, n=13; SRL, n=13; DEX, n=13; SRL and DEX, n=8) were implanted in the coronary arteries of 16 pigs. The tissue level of SRL was 97±13 ng/artery, with a stent content of 71±10 $\mu$g at 3 days. At 7 days, proliferating cell nuclear antigen and retinoblastoma protein expression were reduced 60% and 50%, respectively, by the SRL stents. After 28 days, the mean neointimal area was 2.47±1.04 mm² for the SRL alone and 2.42±1.04 mm² for the combination of SRL and DEX compared with the metal (5.06±1.88 mm², $P<0.0001$) or DEX-coated stents (4.31±3.21 mm², $P<0.001$), resulting in a 50% reduction of percent in-stent stenosis.
*Conclusions*—Stent-based delivery of SRL via a nonerodable polymer matrix is feasible and effectively reduces in-stent neointimal hyperplasia by inhibiting cellular proliferation. (*Circulation.* 2001;104:1188–1193.)

**Key Words:** sirolimus ■ stents ■ restenosis

The long-term clinical efficacy of intracoronary stenting is limited by restenosis, which occurs in 15% to 30% of patients.[1,2] In-stent restenosis is due solely to neointimal hyperplasia.[3-5] Stent-induced mechanical arterial injury and a foreign body response to the prosthesis incite acute and chronic inflammation in the vessel wall, with elaboration of cytokines and growth factors that induce multiple signaling pathways to activate smooth muscle cell (SMC) migration and proliferation.[3-5] Experimental data suggest that inhibition of cell cycle progression with sirolimus (SRL) may be an effective strategy to prevent restenosis.[6,7]

Gregory et al[8] demonstrated that intraperitoneal administration of SRL, a potent immunosuppressive agent, resulted in a dose-dependent inhibition of arterial intimal thickening caused by either chronic alloimmune or mechanical injury in a rat model. Subsequent studies by Poon et al[9] and Marx et al[10] reported that SRL inhibited both human and rat vascular SMC proliferation in vitro by blocking the $G_1/S$ transition. The inhibition of proliferation was mediated by reduced cdk2 activity and retinoblastoma protein (pRb) phosphorylation. Gallo et al[11] recently demonstrated that systemic SRL therapy

significantly reduces the proliferative response after coronary angioplasty in the porcine model. The antiproliferative effects of SRL after PTCA were attributed to an inhibition of the pRb phosphorylation and prevention of the downregulation of p27$^{kip1}$. Thus, the antiproliferative activity of SRL after balloon arterial injury in conjunction with its immunosuppressive properties suggests that this drug could also be useful for the prevention of in-stent restenosis.

The potential for untoward side effects such as infection, leukopenia, thrombocytopenia, and hyperlipidemia, however, limits the use of systemic administration of this agent for the prevention of in-stent restenosis.[12] Local delivery using a stent platform, however, might allow for deposition of a therapeutic SRL concentration in the arterial wall, with a substantially reduced risk of systemic toxicity. The purpose of the present study was to determine the efficacy of stent-based delivery of SRL and to explore the synergistic effects of SRL in combination with dexamethasone (DEX) to reduce neointimal formation. In addition, we also characterized polymer biocompatibility, the in vivo pharmacokinetics, and the mechanism by which an SRL-coated stent inhibits neointimal hyperplasia.

Received January 23, 2001; revision received April 30, 2001; accepted May 15, 2001.
From Stanford University Medical Center, Stanford, Calif (T.S., S.H., L.R.B., A.C.Y., P.S.T., A.J.C.); Cordis Co, Warren, NJ (G.K., G.L., G.P., P.N., R.F.); University of Pennsylvania, Philadelphia (R.W., B.D.K.); Cardiovascular Research Foundation, Lenox Hill Hospital, New York, NY (M.B.L.); and University of Texas at San Antonio Health Sciences Center (F.T.).
Correspondence to Andrew J. Carter, DO, FACC, Director, Experimental Coronary Intervention Laboratories, Stanford University Medical Center, Stanford, CA 94305-5218. E-mail a_carter@cvmed.stanford.edu
© 2001 American Heart Association, Inc.

*Circulation* is available at http://www.circulationaha.org

HIGHLY CONFIDENTIAL

CORD076540

## Methods

### Polymer- and Drug-Coated Stents

Stainless steel balloon-expandable tubular stents (Cordis Co), 18 mm long, were coated with a thin layer of a poly-*n*-butyl methacrylate and polyethylene–vinyl acetate copolymer containing ≈185 μg SRL (Wyeth-Ayerst). In addition, the effects of DEX (350 to 370 μg/stent) alone and in combination with SRL (≈185 μg) were evaluated to identify potential synergism with combined drugs. The total drug and polymer weight was ≈500 μg for the SRL, 1000 μg for the DEX, and 1500 μg for the SRL+DEX stents (ratio of drug to polymer ≈30%). For the biocompatibility studies, stents were coated with 600 to 750 μg or 1300 to 1850 μg of the copolymer. All stents were individually packaged, coded with a serial number on the packaging label, and sterilized with ethylene oxide. The identity of each serial number was known only by the sponsor so as to permit deployment and analysis of each stent in a blinded fashion.

### Polymer Biocompatibility Studies

Animal research was completed after approval by the institutional animal care and use committees. The protocols conformed to the guidelines of the American Heart Association on animal research.

#### Porcine Studies

Nine juvenile swine (25 to 35 kg) underwent placement of 25 stents (bare metal, n=8; 750 μg polymer–coated, n=8; 1300 μg polymer–coated, n=9) in the left anterior descending, circumflex, or right coronary artery. The methods of stent implantation have been published previously.[5,13] The guiding catheter was used as a reference to obtain a 1.1:1 to 1.2:1 stent-to-artery ratio compared with the baseline vessel diameter. Animals were allowed to recover and received postoperative care as previously described. At 60 days, the animals (n=9) were euthanized after completion of coronary angiography.

#### Canine Studies

Fourteen purpose-bred mongrel dogs (20 to 30 kg) underwent placement of 42 stents (bare metal, n=14; 600 μg polymer, n=14; 1850 μg polymer, n=14) in the left anterior descending, proximal, or distal left circumflex coronary artery. The guiding catheter was used as a reference to obtain a 1.2:1 to 1.4:1 stent-to-artery ratio compared with the baseline vessel diameter. Animals were allowed to recover and received postoperative care as previously described. At 28 (n=6) or 56 (n=8) days, the animals were euthanized after completion of coronary angiography.

### In Vivo Pharmacokinetics of Drug-Coated Stents

Four stents were coated with SRL as previously described and mounted on 3.5-mm-diameter angioplasty balloons. The stents were deployed in the coronary arteries of 4 pigs (1 stent per pig) by the same techniques as described above. Blood samples were obtained at 10 minutes; 1; 6, 24, and 48 hours; and 3 days to determine systemic SRL levels. The animals were euthanized and vessels harvested at 3 days after stent implantation. Stents were removed from freshly isolated arterial segments, and all tissue was frozen in liquid nitrogen. SRL levels in whole blood, arterial wall, and the stent were determined by high-performance liquid chromatography.

### Efficacy Studies

Sixteen juvenile swine (25 to 35 kg) underwent placement of 47 stents (bare metal, n=13; SRL, n=13; DEX, n=13; SRL and DEX, n=8) in the left anterior descending, circumflex, or right coronary artery. The guiding catheter was used as a reference to obtain a 1.2:1 to 1.4:1 stent-to-artery ratio compared with the baseline vessel diameter. Animals were allowed to recover and were returned to care facilities, where they received a normal diet, aspirin 325 mg/d, and ticlopidine 250 mg/d. At 7 (n=4) or 28 (n=10) days, the animals were euthanized after completion of coronary angiography for quantitative analysis.

### Pathological Evaluation

Immediately after euthanasia, the hearts were harvested, and the coronary arteries were perfusion-fixed with 10% buffered formalin at 60 to 80 mm Hg for 30 minutes via the aortic stump. In the efficacy studies, the vessels from the 7-day group placement (n=4, bare metal; n=4, SRL; n=4, DEX) were dissected from the heart after perfusion with lactated Ringer's solution, cleaned of excess perivascular tissue, and frozen in liquid nitrogen. Vessel wall expression of proliferating cell nuclear antigen (PCNA) (Santa Cruz Biotechnology), pRb (Pharmingen), monocyte chemotactic protein (MCP)-1 (R&D Systems), or interleukin (IL)-6 (R&D Systems) was evaluated by Western blot analysis. In the 28-day studies, the stented coronary artery segments were processed for plastic embedding, staining, and histomorphometric analysis of 6 sections from the proximal aspect through the distal margin of the stent by use of published methods.[5,13] A grading scheme was developed to assess arterial wall and cellular parameters that determine the maturity of vascular repair.

The stent endothelialization score was defined as the extent of the circumference of the arterial lumen covered by endothelial cells and was scored from 1 to 3 (1=25%; 2=25% to 75%; 3=>75%). The intimal fibrin content was graded as 1, focal residual fibrin involving any portion of the artery and for moderate fibrin deposition adjacent to the strut involving <25% of the circumference of the artery; 2, moderate fibrin deposition involving >25% of the circumference of the artery or heavy deposition of fibrin adjacent to and between stent struts involving <25% of the circumference of the artery; or 3, heavy deposition of fibrin involving >25% of the circumference of the artery. The intimal SMC content was scored as 1, sparse SMC density involving any portion of the artery and for moderate SMC infiltration less than the full thickness of the neointima involving <25% of the circumference of the artery; 2, moderate SMC infiltration less than the full thickness of the neointima involving >25% of the circumference of the artery or dense SMC content the full thickness of the neointima involving <25% of the circumference of the artery; or 3, dense SMC content the full thickness of the neointima involving >25% of the circumference of the artery.

### Statistical Analysis

The mean angiographic, histological, morphological, and densitometric data for each stent were compared by ANOVA with post hoc analysis for multiple comparisons. Significance was established by a value of $P<0.05$. The data are expressed as mean±SD except as noted. All statistics were calculated with Statview 4.5 software.

## Results

### Polymer Biocompatibility Studies

In the porcine model, the bare metal and the 750 μg polymer-coated stents had a similar histological appearance. The mean vessel area, neointimal area, and percent area stenosis were similar for the bare metal and the 750 μg polymer-coated stents. The 1300 μg polymer-coated stents, however, had greater neointimal area (4.31±1.87 mm²) and percent in-stent stenosis (45±21%) than the bare metal (mean neointima 2.35±0.87 mm², % stenosis 22±9%, $P<0.01$) and the 750 μg polymer-coated (mean neointima 2.60±1.17 mm², % stenosis 30±13%, $P<0.05$) stents. The degree of strut-associated inflammation varied considerably within each group but tended to be greater for the 1300 μg polymer-coated (1.92±1.24) than the bare metal (0.99±1.01) or 750 μg polymer-coated (0.90±1.07, $P=0.13$) stents. Interestingly, the mean vessel injury score also tended to be greater for the 1300 μg polymer-coated (1.81±1.28) than the bare metal (0.81±1.06, $P=0.08$) or the 750 μg polymer-coated (0.76±1.01, $P=0.06$) stents, despite identical deployment techniques.

In the canine model, the bare metal, the 600 μg polymer-coated, and the 1850 μg polymer-coated stents each had a similar appearance on histological sections. The mean **A 799** al

HIGHLY CONFIDENTIAL

CORD076541

### Summary of Histological Data at 28 Days After Placement of Control and Drug-Coated Stents in Porcine Coronary Arteries

| Group | Vessel Area, mm² | Neointimal Area, mm² | % Stenosis | Inflammation Score | Injury Score |
|---|---|---|---|---|---|
| Metal (n=8) | 12.72±2.87 | 5.06±1.08 | 55±20 | 0.97±1.09 | 1.88±1.07 |
| DEX (n=7) | 12.47±2.24 | 4.31±3.12 | 45±31‡ | 0.39±0.50§ | 1.75±1.04 |
| SRL (n=8) | 12.11±1.28 | 2.47±1.04*† | 26±11*† | 0.12±0.34* | 1.56±0.72 |
| SRL+DEX (n=6) | 12.15±1.55 | 2.42±1.72*† | 26±19*† | 0.17±0.64* | 1.92±0.58 |

Values are mean±SD.
*$P<0.0001$ vs metal.
†$P<0.001$ vs DEX.
‡$P=0.09$ vs metal.
§$P=0.0022$ vs metal.

area, neointimal area, and percent stenosis were similar for the bare metal, the 600 μg polymer–coated, and the 1850 μg polymer–coated stents. Furthermore, the strut-associated inflammation scores were similar for the bare metal (28 days, 0.33±0.12; 56 days, 0.25±0.13), the 750 μg polymer–coated (28 days, 0.63±0.11; 56 days, 0.08±0.06), and the 1300 μg polymer–coated (28 days, 0.33±0.12; 56 days, 0.25±0.13) stents. The strut-associated inflammation scores declined at 56 days for each group compared with 28 days ($P=0.0021$). The mean vessel injury scores were similar for the bare metal, the 600 μg polymer–coated, and the 1850 μg polymer–coated stents at 28 days. The mean injury score at 56 days was greater for the bare metal (1.84±0.25) than the 600 μg polymer–coated (1.28±0.15, $P=0.047$) and the 1850 μg polymer—coated stents (1.09±0.07, $P=0.10$).

### Pharmacokinetic Studies

Whole-blood concentration of SRL peaked at 1 hour (2.63±0.74 ng/mL) after stent deployment and declined below the lower limit of detection (0.4 ng/mL) by 3 days. The total arterial tissue level of SRL was 97±13 ng/artery, and the residual stent content was 71±10 μg at 3 days. The amount of residual SRL on the stent at 3 days was 43% of the initial quantity loaded on the stent.

### In-Stent Neointimal Formation and SRL Therapy

Quantitative analysis of the coronary angiograms at implantation from the 28-day efficacy studies demonstrated similar baseline lumen diameter, stent-to-artery ratio, and postprocedure minimal lumen diameter for each of the stent groups (data not shown). The histomorphometry data for each of the stent groups are summarized in the Table and Figure 1. Strut-associated inflammation was significantly reduced for the SRL (0.13±0.34) compared with metal stents (0.97±1.10, $P<0.0001$). SRL alone or combined with DEX resulted in a 50% reduction in neointimal area compared with bare metal stents, whereas DEX alone had a modest and nonsignificant effect on neointimal formation. The mean neointimal area was 2.47±1.04 mm² for the SRL alone and 2.42±1.04 mm² for the SRL+DEX compared with the metal (5.06±1.88 mm², $P<0.0001$) or DEX-coated (4.31±3.21 mm², $P<0.001$) stents. Thus, the percent area stenosis was significantly less for the SRL (24±10%) and the SRL+DEX (24±13%) than for the bare metal (47±19%, $P<0.0001$) or DEX-coated (45±31%, $P<0.001$) stents.

### Arterial Wall Morphology With SRL-Eluting Stents

The arterial wall morphologies at 28 days for the SRL-coated and the bare metal stents are demonstrated in Figure 2. The morphologies of nonstented reference arterial wall sections, including the vessel area, neointimal area, and % area stenosis, were similar for the metal and each of the drug-coated stents. The appearance of the neointima was more variable for each of the drug-coated stent groups than the bare metal stents. In general, the neointima of the SRL-coated stents consisted of SMCs, matrix proteoglycans, and focal regions of residual fibrin adjacent to the stent struts. Focal medial necrosis or intimal hemorrhage was not observed within any of the bare metal or drug-coated stents.

A semiquantitative histological grading system demonstrated less SMC colonization and more residual fibrin deposition for the SRL-eluting stents than the bare metal stents (Figure 3). The SMC content score was less for the drug-coated stents than the bare metal stents (metal, 2.09±0.30 versus SRL, 2.50±0.51, $P=0.002$). Intimal fibrin scores were higher for the SRL (1.09±0.73) versus metal stents (0.44±0.56, $P<0.0001$), whereas the DEX stents exhibited a similar degree of residual fibrin deposition



**Figure 1.** Significant reduction in neointimal area (A) and percent in-stent stenosis (B) for SRL-coated vs bare metal stents. Strut-induced arterial injury is similar for each stent group (C), whereas extent of strut-associated inflammation is reduced in arteries containing DEX- or SRL-coated stents (D). *$P<0.0001$ vs metal, †$P=0.09$ vs metal, ‡$P=0.002$ vs metal.

A800

HIGHLY CONFIDENTIAL

CORD076542



**Figure 2.** Low- and high-power photomicrographs 28 days after oversized stent placement in normal porcine coronary arteries. A and B (high power) are a bare metal stent with neointimal formation typical for degree of strut-induced medial injury. C, SRL-coated stent has significantly less neointima vs bare metal stent despite a similar degree of vessel injury. High-power photomicrograph of SRL-eluting stent (D) demonstrates neointima consisting of SMCs and proteoglycans. Note strut-induced focal medial compression without medial necrosis or intimal hemorrhage. Hematoxylin-eosin stain. Magnification: A and C ×2, B and D ×40.

(0.50±0.69). Endothelialization scores were identical for the metal (2.9±0.4) and the SRL stents (2.9±0.4, *P*=0.66).

## Cellular Proliferation and Inflammation

Figures 4 and 5 show the differences in protein expression observed between the bare metal and drug-coated stents. At 7 days, stainless steel stent placement was associated with increased expression of PCNA and pRb. These markers of neointimal formation were dramatically reduced by the SRL-eluting stents (38% and 48% of bare metal control, respectively) but not with the stents coated only with DEX. The SRL-eluting stents also inhibited the phosphorylation of the pRb protein. Stent-induced arterial injury was associated with enhanced production of MCP-1 and IL-6. Interestingly, exposure of vessels to stents coated with either SRL or DEX resulted in lower expression of both MCP-1 and IL-6.

## Discussion

This study demonstrates that SRL-coated stents inhibit strut-associated inflammation and neointimal formation in the porcine coronary model. Our results show a 50% reduction in neointimal hyperplasia with a stent coated with a nonerodable copolymer matrix containing ≈185 μg SRL compared with a bare metal stent. The profound reduction in neointimal

formation with an SRL-eluting stent is associated with an inhibition of pRb phosphorylation and suppression of inflammatory cytokines. Stent-based delivery of DEX alone, however, was insufficient to inhibit neointimal formation and also failed to produce any synergism in combination with SRL. Our findings document the feasibility of an SRL-eluting stent, and the efficacy data support the notion that stent-based SRL delivery via a nonerodable copolymer matrix is a promising approach for the prevention of restenosis.

## Drug-Eluting Stents

Drug-eluting stents have been proposed as a means of preventing stent thrombosis and

restenosis.[7,14] Immobilized heparin surface coating of stents appears to favorably reduce stent thrombogenicity.[15] The efficacy of drug-eluting stents for the prevention of restenosis has been limited by polymer biocompatibility, suitability of pharmacological agents, suboptimal in vivo pharmacokinetic properties, and local drug toxicity.[7,14]

Biodegradable and nonbiodegradable polymers have been used as passive surface coatings or as a matrix for drug loading of stents.[14] In the present study, a nonbiodegradable methacrylate and ethylene-based copolymer was applied to the surface of a stent to serve as a matrix for drug loading.



**Figure 3.** A, Effects of drug-coated stents on arterial repair. SMC content was less for drug-coated stents than bare metal stents (*P*<0.0001). Intimal fibrin scores were greater for SRL than metal stents (*P*<0.0001), whereas DEX stents exhibited a similar degree of residual fibrin deposition. Endothelialization scores were identical for metal and SRL stents. High-power photomicrographs of bare metal (B) and SRL-coated (C) stents demonstrate morphological features of arterial wall at 28 days. Neointima of SRL-coated stent contains SMCs with grade 1 fibrin deposition.

HIGHLY CONFIDENTIAL



**Figure 4.** Representative Western blots demonstrating effect of SRL-coated stent at 7 days, with reduction in PCNA, increase in hypophosphorylated pRb vs hyperphosphorylated (ppRb) form of pRb, and inhibition of MCP-1 expression.

Methacrylate polymers have proven biocompatibility when used as a passive surface coating on stents.[14] The histological data in the porcine and canine models suggest that this nonerodable polymer surface coating is biocompatible at 60 days. The porcine data, however, indicate a possible bulk effect, with more severe strut-associated inflammation and neointimal formation for the 1300 µg polymer–coated than the 750 µg polymer–coated stents. This "bulk response" to the polymer coating was not observed in the canine model. Others have observed similar differential responses to endovascular prosthesis in the porcine and canine models.[16] Our data indicate a more severe and persistent inflammatory response to bare metal and polymer-coated stents in the porcine than the canine model. A 750-µg polymer coating, which exceeds the total polymer mass for the SRL-coated stents, is well tolerated in both the porcine and canine models at 2 months after implantation. These data indicate that the polymer appears to be a suitable candidate to serve as a matrix for drug delivery.

## SRL-Eluting Stent

SRL is a potent immunosuppressive agent with anti-inflammatory and antiproliferative effects. SRL is a hydro-phobic drug that has low solubility in aqueous solutions.[12] Because of its lipophilicity, the drug passes easily though cell membranes, enabling intramural distribution and prolonged arterial tissue retention.[12] Cellular uptake is enhanced by binding to the cytosolic receptor FKBP 12, which also may enhance chronic tissue retention of SRL. Thus, the known biological effects and pharmacokinetic properties of SRL suggest that the agent is an ideal candidate for a stent-based delivery to prevent restenosis.

In vivo pharmacokinetic studies demonstrated an arterial wall drug level of 97 ng/artery after 72 hours, with <0.4 ng/mL in the systemic circulation. Furthermore, modification of the coating has provided similar arterial tissue levels at 28 days and 3 days for the present drug coating. These data document the ability to deliver a potentially therapeutic arterial tissue concentration of SRL and insignificant levels in the systemic circulation with the nonerodable copolymer matrix.

The efficacy studies demonstrated a profound reduction in strut-associated inflammation, with a 50% reduction in in-stent neointimal hyperplasia for each of the SRL coating formulations. Histological assessment revealed the presence of typical cellular components of the neointima and a similar degree of endothelialization for the SRL compared with the bare metal stents at 28 days. Therefore, critical reparative events, such as endothelialization and SMC colonization of the neointima, with SRL-eluting stents occur in a temporal sequence similar to that observed with bare metal stents. The focal remnants of residual fibrin deposition observed in the vessels with SRL-coated stents may reflect a delay in arterial repair or impaired fibrin degradation secondary to the local effects of the drug. Long-term studies are necessary to elucidate whether the drug is simply delaying the formation of neointima or subtly impairing fibrin degradation without late neointimal formation.

The analysis of arterial wall protein expression at 7 days suggests that the mechanism of action by which stent-based delivery of SRL reduces in-stent neointimal formation is similar to systemic treatment with the agent. A Western blot demonstrated a profound reduction in PCNA expression in the vessel wall for the SRL-eluting compared with bare metal stents. We also documented reduced phosphorylation of pRb by an SRL-eluting stent, which is consistent with the proven effects of the agent on cell cycle signaling and proliferation. Furthermore, a significant reduction in strut-associated in-flammation was observed at 28 days for the SRL compared with bare metal stents, suggesting the potential for additional mechanisms of action to inhibit neointimal formation. Anal-ysis of the vessel wall protein expression documented a 70% reduction in the inflammatory cytokine MCP-1 for the SRL-eluting compared with a bare metal stent. Unlike cyclosporine and tacrolimus, SRL is a weak inhibitor of cytokine produc-tion. The potent immunosuppressive effect of SRL is directed toward inhibiting the proliferation of T cells by blocking IL-2 activation of p70[6] kinase.[17] The observed reduction of MCP-1 in the present study may be secondary to the effects of SRL on cellular proliferation and the production of cytokines by SMCs.



**Figure 5.** Densitometric analysis of Western blots. Stent placement caused increased expression of PCNA and pRb. Arterial response to stent injury was also associated with enhanced production of MCP-1 and IL-6. Exposure of vessels to stents coated with either SRL or DEX resulted in lower expression of MCP-1 and IL-6. Data are mean±SEM of 4 separate experiments. †$P<0.01$; *$P<0.05$.

HIGHLY CONFIDENTIAL

A802

CORD076544

## Limitations

This study is limited to observations in experimental models of restenosis whose relevance to human clinical circumstances is uncertain. The long-term effects of the polymer and drug-polymer formulation are unknown. The observed efficacy at 28 days may not be sustained after the drug concentration wanes to a subtherapeutic level. The dose-response effects for this SRL-eluting stent are incompletely characterized, although we have demonstrated a dose-dependent reduction in intimal hyperplasia with 60 $\mu$g to 200 $\mu$g SRL–coated stents in the rabbit model. Finally, stent-based SRL delivery may delay maturation and normal endothelial function, thus increasing the potential for a late thrombotic event. Recent clinical data, however, demonstrate inhibition of neointimal hyperplasia without any thrombotic events at 4 months after SRL-coated stent placement in patients with focal native coronary arterial lesions.[17]

Despite the limitations, our data provide sufficient evidence to conclude that stent-based delivery of SRL via a nonerodable polymer matrix is feasible and effectively reduces in-stent neointimal formation. An SRL-coated stent, unlike other potent antiproliferative restenosis therapies, does not induce stimulatory "edge" phenomena.[18] Local stent-based delivery of SRL profoundly suppresses neointimal hyperplasia by inhibiting cell cycle progression and expression of inflammatory cytokines.

## Acknowledgment

This study was funded by a grant from Cordis Co, Warren, NJ.

## References

1. Williams DO, Holubkov R, Yeh W, et al. Percutaneous coronary interventions in the current era compared with 1985–1986: the National Heart, Lung, and Blood Institute Registries. *Circulation*. 2000;102:2945–2951.
2. Mehran R, Dangas G, Mintz GS, et al. Patterns of in-stent restenosis: angiographic classification and implications for long-term clinical outcome. *Circulation*. 1999;100:1872–1878.
3. Farb A, Sangiorgi G, Carter AJ, et al. Pathology of acute and chronic coronary stenting in humans. *Circulation*. 1999;99:44–52.
4. Grewe P, Deneke T, Machraoui A. Acute and chronic tissue response to coronary stent implantation: pathologic findings in human specimen. *J Am Coll Cardiol*. 2000;35:157–163.
5. Kornowski R, Hong MK, Tio FO, et al. In-stent restenosis: contributions of inflammatory responses and arterial injury to neointimal hyperplasia. *J Am Coll Cardiol*. 1998;31:224–230.
6. Braun-Dullaeus RC, Mann MJ, Dzau VJ. Cell cycle progression: new therapeutic target for vascular proliferative disease. *Circulation*. 1998;98:82–89.
7. Topol EJ, Serruys PW. Frontiers in interventional cardiology. *Circulation*. 1998;98:1802–1820.
8. Gregory CR, Huie P, Billingham ME, et al. Rapamycin inhibits arterial intimal thickening caused by both alloimmune and mechanical injury. *Transplantation*. 1993;55:1409–1418.
9. Poon M, Marx SO, Gallo R, et al. Rapamycin inhibits VSMC migration. *J Clin Invest*. 1996;98:2277–2283.
10. Marx SO, Jayaraman T, Go LO, et al. Rapamycin-FKBP inhibits cell cycle regulators of proliferation in VSMC. *Circ Res*. 1995;76:412–417.
11. Gallo R, Padurean A, Jayaraman T, et al. Inhibition of intimal thickening after balloon angioplasty in porcine coronary arteries by targeting regulators of the cell cycle. *Circulation*. 1999;99:2164–2170.
12. Gummert JF, Ikonen T, Morris RE. Newer immunosuppressive drugs: a review. *J Am Soc Nephrol*. 1999;10:1366–1380.
13. Carter AJ, Laird JR, Farb A, et al. Morphologic characteristics of lesion formation and the time course of smooth muscle cell proliferation in a porcine proliferative restenosis model. *J Am Coll Cardiol*. 1994;24:1398–1405.
14. Bertrand OF, Sipehia R, Mongrain R, et al. Biocompatibility aspects of new stent technology. *J Am Coll Cardiol*. 1998;32:562–571.
15. Hårdhammar PA, van Beusekom HMM, Emanuelsson HU, et al. Reduction in thrombotic events with heparin-coated Palmaz-Schatz stents in normal porcine coronary arteries. *Circulation*. 1996;93:423–430.
16. Schwartz RS, Edwards WD, Bailey KR, et al. Differential neointimal response to coronary artery injury in pigs and dogs: implications for restenosis models. *Arterioscler Thromb*. 1994;14:395–400.
17. Sousa JE, Costa M, Abizaid AC, et al. Lack of neointimal proliferation after implantation of sirolimus-coated stents in human coronary arteries: a quantitative coronary angiography and three-dimensional intravascular ultrasound study. *Circulation*. 2000;102:r54–r57.
18. Albiero R, Nishida T, Adamian M, et al. Edge restenosis after implantation of high activity $^{32}$P radioactive $\beta$-emitting stents. *Circulation*. 2000;101:2454–2457.

**A803**

HIGHLY CONFIDENTIAL

CORD076545

# EXHIBIT 64

# Editorial

# Bench to Bedside
## The Development of Rapamycin and Its Application to Stent Restenosis

Steven O. Marx, MD; Andrew R. Marks, MD

In response to physiological stimuli (eg, wound healing), normally quiescent smooth muscle cells (SMCs) within the vessel wall can be activated to migrate and proliferate to produce new blood vessels. In addition to this physiological response, pathological migration and proliferation within the vessel wall can occur in disease states. Examples of such disease states include tumor growth and metastasis, diabetic retinopathy, arthritis, accelerated arteriopathy after cardiac transplantation, and neointimal proliferation after balloon angioplasty (PTCA) and stent placement. An important limitation of PTCA is restenosis, which is due in large part to luminal narrowing; restenosis occurs in 20% to 40% of patients within the first few months after a successful intervention.[1,2] The percentage of patients that develop early restenosis after PTCA can be reduced by stent implantation. However, stents actually increase the amount of late luminal narrowing due to intimal hyperplasia,[3] and the overall rate of stent restenosis remains unacceptably high ($\approx$30%).

Numerous pharmacological agents, including antiplatelet agents, anticoagulants, ACE inhibitors, and cytotoxic agents, have failed to adequately reduce restenosis after PTCA and stenting. Novel therapeutic approaches based on understanding the molecular mechanisms that cause intimal hyperplasia are needed to reduce the high incidence of stent restenosis. Arterial injury is associated with SMC activation and re-entry into the cell cycle. Multiple approaches to inhibiting SMC proliferation have been and are being evaluated. Gene delivery systems aimed at blocking SMC proliferation after PTCA have been tested[4,5]; however, the low efficiency and/or potential hazards of this approach may limit its usefulness. Radiation therapy has been evaluated in numerous studies and has shown considerable promise as a nonpharmacological, antiproliferative approach for the reduction of restenosis. However, significant side effects, including late stent thrombosis, may also limit its usefulness.[6–8] The unusually late stent thrombosis seen in the patients treated with radiation therapy suggests that radiation may impair the ability of the vessel wall to endothelialize the stent struts.[9]

Recently, much attention has focused on the potential use of rapamycin (Sirolimus) to prevent stent restenosis. Rapamycin evolved from a failed antibiotic with no apparent therapeutic utility to its current status as a promising cardiovascular drug on the basis of a series of laboratory studies revealing that it is a potent inhibitor of both SMC proliferation and migration.[10,11] Rapamycin, a macrolide antibiotic, is a natural fermentation product produced by *Streptomyces hygroscopicus*, which was originally identified in a soil sample from Rapa Nui (Easter Island) by the Canadian Medical Research Expedition (December 1964 through February 1965).[12,13] Rapamycin was originally noted to have antifungal properties and, subsequently, its potent immunosuppressant properties (which made it unsuitable for use as an antibiotic) were appreciated.[13] Largely because rapamycin was viewed as an immunosuppressant drug, its potential application for other therapeutic targets, including accelerated arteriopathy after cardiac transplantation and stent restenosis, remained underappreciated for almost a decade. The emergence of other promising anti-restenosis therapies further suppressed interest in rapamycin, despite accumulating in vitro evidence indicating that it has properties that are potentially ideally suited to attack important cardiovascular diseases.[10,11,14–20]

Rapamycin's cellular actions are mediated by binding to its intracellular receptor, the FK506 binding protein (FKBP12), a member of the immunophilin family of proteins.[21] The related immunosuppressant drug FK506 (tacrolimus) also binds to FKBP12, but this complex inhibits the phosphatase calcineurin. FK506-FKBP12 has no antiproliferative or antimigratory activity in vascular SMCs.[10,11] Rapamycin-FKBP12 has no activity against calcineurin; rather, it inhibits a kinase called the target of rapamycin (TOR),[22] which is a component in a pathway that regulates cell cycle progression (Figure 1). The finding that rapamycin inhibits multiple fundamental regulators of cell cycle progression in vascular SMCs suggested that it might have utility in the prevention of diseases linked to vascular SMC proliferation.[10]

We and others demonstrated that rapamycin inhibits the proliferation of rodent and human vascular SMCs in vitro and porcine vascular SMCs in vivo by blocking cell cycle progression at the G1/S transition.[10,16,19] These studies in vascular SMCs were based on earlier observations showing that the immunosuppressant activity of rapamycin was linked to its ability to inhibit cell cycle progression in T lymphocytes.[23–25] In addition, we showed that rapamycin had the unexpected property of inhibiting vascular SMC migration: treating rat and human vascular SMCs with rapamycin (2 nmol/L) for 48 hours inhibited platelet-derived growth factor–induced migration in a modified Boyden chamber.[11]

The opinions expressed in this editorial are not necessarily those of the editors or the American Heart Association.

From the Center for Molecular Cardiology, Department of Pharmacology, Department of Medicine, Columbia University College of Physicians and Surgeons, New York, NY.

Correspondence to Andrew R. Marks, MD, Center for Molecular Cardiology, Box 65, Columbia University College of Physicians and Surgeons, Room 9-401, 630 West 168th Street, New York, NY 10032. E-mail arm42@columbia.edu

(*Circulation* 2001;104:852-855.)
© 2001 American Heart Association, Inc.

*Circulation* is available at http://www.circulationaha.org

A804

CRDS00047108



porcine PTCA model

rapamycin-coated stent

Rapamycin inhibits vascular SMC proliferation and migration. Rapamycin (Rapa) binds to its cytosolic receptor, FKBP12; through an unknown pathway, p27[kip1] protein levels are increased and retinoblastoma protein (pRb) phosphorylation is inhibited, leading to G1/S cell cycle arrest and inhibition of proliferation. A, Rapamycin inhibits rat and human (inset) vascular SMC proliferation. Reproduced with permission from Reference 10. B, Rapamycin inhibits human vascular SMC migration in vitro. Adapted from Reference 11. C, Rapamycin inhibits intimal hyperplasia in a porcine coronary artery PTCA model. Adapted from Reference 19. D, Rapamycin-coated stent inhibits intimal hyperplasia, as demonstrated by intravascular ultrasound after 4 months of follow-up. Adapted from Reference 36.

These antiproliferative and antimigratory properties were specific to rapamycin; FK506 failed to inhibit either vascular SMC proliferation or migration. In fact, FK506 antagonizes rapamycin's antiproliferative and antimigratory properties[10,11] because both agents bind to the same cytosolic receptor, FKBP12.[26] The findings that rapamycin possessed both antiproliferative and antimigratory properties led to the proposal that rapamycin should be tested in the treatment of disorders, such as accelerated arteriopathy, that occur in transplanted hearts and restenosis after PTCA and placement of coronary stents.[10,11]

Further investigation of the mechanisms by which rapamycin inhibits vascular SMC proliferation and migration provided additional support for its potential role as a cardiovascular therapeutic agent. Rapamycin-induced inhibition of vascular SMC proliferation is associated with a marked reduction in cyclin-dependent kinase (CDK) activity and a reduction in retinoblastoma protein phosphorylation.[10] These actions of rapamycin in vascular SMCs are similar to its actions in other cell lines.[25,27]

The development of a rapamycin-resistant muscle cell line allowed us to elucidate the mechanism by which rapamycin inhibits vascular SMC proliferation. Using rapamycin-resistant muscle cell lines, we showed that the CDK inhibitor p27[kip1] mediates rapamycin's antiproliferative and antimigratory properties in muscle.[17,20] Cell cycle arrest in some cell types is linked to elevation of p27[kip1]. p27[kip1] increases in response to mitogen deprivation, cell-cell contact, or transforming growth factor-β, whereas p27[kip1] levels decrease in response to mitogens.[28] Rapamycin inhibits mitogen-induced downregulation of p27[kip1].[27] We showed that the defect in rapamycin-resistant muscle cells that allowed them to escape the antiproliferative effects of rapamycin was constitutively low levels of p27[kip1] and the inability to increase p27[kip1] in response to rapamycin.[17] These findings were confirmed using cells from p27[kip1]-null mice[29] that exhibited partial rapamycin resistance.[17] Rapamycin also inhibits p70[56k] phosphorylation and activity,[30] as well as phosphorylation of the eukaryotic translation initiation factor 4E-binding protein in vascular SMCs.[31]

These findings suggested that part of the antiproliferative effect of rapamycin is linked to inhibition of protein translation. However, although rapamycin blocks phosphorylation of p70[56k] in p27[kip1]-null cells[17] and inhibits 4E-binding protein phosphorylation in the rapamycin-resistant muscle cells,[32] the cells continue to proliferate. These findings further support the conclusion that it is the inability to elevate p27[kip1] levels that attenuates the antiproliferative properties of rapamycin and that regulation of p27[kip1] is a critical mechanism by which rapamycin inhibits vascular SMC growth. Moreover, we recently reported that the lack of p27[kip1] also reduces rapamycin-mediated inhibition of vascular SMC migration, thus implying that p27[kip1] has an important role in the signaling pathway(s) regulating SMC migration.[20] In agreement with our studies, others have shown that overexpression of p27[kip1] in SMCs inactivated cdk2 and cdk4 activity and that adenoviral gene transfer of p27[kip1] after femoral artery balloon angioplasty significantly inhibited intimal cell proliferation.[33]

In September 1999, rapamycin was approved by the US Food and Drug Administration as an agent to prevent acute rejection in renal transplant patients. It is important to emphasize that the immunosuppressant activity of rapamycin is mediated through a mechanism distinct from that of FK506 and cyclosporine A (both of which inhibit calcineurin). The therapeutic benefits of both cyclosporine A and FK506 are limited, to some extent, by acute and chronic nephrotoxicity, which is believed to be linked to calcineurin inhibition. In contrast, because of its distinct mechanism of action, rapamycin use is not associated with nephrotoxicity.[34] Regular administration of rapamycin (particularly in transplantation patients) produces other side effects in humans, including headaches, polyarthralgia, mild stomatitis, epistaxis, diarrhea, skin complaints, myelosuppression, hyperlipidemia, and overimmunosuppression.[34,35]

Indeed, the implantation of rapamycin-coated stents (BX Velocity) in de novo lesions was recently shown to be safe and effective in inhibiting neointimal formation[36] in 30 patients with stable and unstable angina. Half of the patients received the fast-release formulation designed to deliver the drug (140 μg/cm²) within 15 days, and half received the slow-release formulation (≥28 day drug release). Patients

**A805**

CRDS00047109

also received clopidogrel (75 mg/d) for 60 days after stent implantation. No patient approached >50% vessel narrowing by intravascular ultrasound or quantitative coronary angiography, and only 3 patients had >15% intimal hyperplasia by intravascular ultrasound at 4 months of follow-up.[36] Although the number of patients studied was small, no edge restenosis or stent thrombosis was observed, both of which have been reported in studies of patients undergoing radiation therapy during coronary intervention.[8,37] No adverse events were reported after 8 months of follow-up.[36] Similar results were observed for both release formulations, although preliminary results suggest that the excessive proliferation and migration of vascular SMCs after coronary intervention can be prevented with ≤15 days of intracoronary rapamycin exposure.[36] At longer follow-up (6 months in 13 patients treated in Rotterdam and 12 months in 27 patients treated in Sao Paulo), the reduction in ultrasound-measured intimal hyperplasia in patients treated with rapamycin-coated stents persisted.[38,39] These data suggest that rapamycin may provide protection against intimal hyperplasia after stent implantation in coronary arteries and, potentially, in peripheral arteries, without the complications seen with other modalities that reduce the incidence of restenosis.

The use of rapamycin to prevent chronic graft vascular disease (CGVD) or accelerated arteriopathy, especially after cardiac transplantation, may be an additional target for the drug's antiproliferative and antimigratory properties. CGVD is marked by progressive development of coronary artery narrowing (concentric neointimal hyperplasia), possibly due to an ill-defined immunological response. Despite immunosuppression with cyclosporine A or FK506, CGVD persists, as manifested as progressive narrowing of the coronary arteries in the transplanted heart in a diffuse pattern that occurs in up to 75% of patients within the first year and affects virtually 100% of patients by year 4 to 5 after cardiac transplantation.[40] Rapamycin's potent immunosuppressive properties and the findings that rapamycin, but not FK506, inhibited vascular SMC proliferation and migration in vitro suggest that rapamycin would be the agent of choice for immunosuppression in cardiac transplantation patients.[10,41] Moreover, rapamycin reversed the development of CGVD in a rodent heart allograft model.[42] Indeed, rapamycin and the closely related compound 40-*O*-(2-hydroxyethyl) RAD (everolimus) are currently being investigated in clinical trials to determine whether they can inhibit intimal hyperplasia in cardiac transplant recipients.

## References

1. Nobuyoshi M, Kimura T, Nosaka H, et al. Restenosis after successful percutaneous transluminal coronary angioplasty: serial angiographic follow-up of 229 patients. *J Am Coll Cardiol.* 1988;12:616–623.
2. Serruys PW, Luijten HE, Beatt KJ, et al. Incidence of restenosis after successful coronary angioplasty: a time-related phenomenon: a quantitative angiographic study in 342 consecutive patients at 1, 2, 3, and 4 months. *Circulation.* 1988;77:361–371.
3. Kuntz RE, Baim DS. Prevention of coronary restenosis: the evolving evidence base for radiation therapy. *Circulation.* 2000;101:2130–2133.
4. Ohno T, Gordon D, San H, et al. Gene therapy for vascular smooth muscle cell proliferation after arterial injury. *Science.* 1994;265:781–784.
5. Chang MW, Barr E, Seltzer J, et al. Cytostatic gene therapy for vascular proliferative disorders with a constitutively active form of the retinoblastoma gene product. *Science.* 1995;267:518–522.
6. Teirstein PS, Massullo V, Jani S, et al. Catheter-based radiotherapy to inhibit restenosis after coronary stenting. *N Engl J Med.* 1997;336:1697–1703.
7. Leon MB, Baim DS, Popma JJ, et al. A clinical trial comparing three antithrombotic-drug regimens after coronary-artery stenting: stent anticoagulation restenosis study investigators. *N Engl J Med.* 1998;339:1665–1671.
8. Costa MA, Sabat M, van der Giessen WJ, et al. Late coronary occlusion after intracoronary brachytherapy. *Circulation.* 1999;100:789–792.
9. Waksman R. Late thrombosis after radiation: sitting on a time bomb. *Circulation.* 1999;100:780–782.
10. Marx SO, Jayaraman T, Go LO, et al. Rapamycin-FKBP inhibits cell cycle regulators of proliferation in vascular smooth muscle cells. *Circ Res.* 1995;76:412–417.
11. Poon M, Marx SO, Gallo R, et al. Rapamycin inhibits vascular smooth muscle cell migration. *J Clin Invest.* 1996;98:2277–2283.
12. Vezina C, Kudelski A, Sehgal SN. Rapamycin (AY-22,989), a new antifungal antibiotic, I: taxoneme of the producing streptomycete and isolation of the active principle. *J Antibiot (Tokyo).* 1975;28:721–726.
13. Sehgal SN, Baker H, Vezina C. Rapamycin (AY-22,989), a new antifungal antibiotic. II. Fermentation, isolation and characterization. *J Antibiot (Tokyo).* 1975;28:727–732.
14. Jayaraman T, Marks AR. Rapamycin-FKBP12 blocks proliferation, induces differentiation, and inhibits cdc2 kinase activity in a myogenic cell line. *J Biol Chem.* 1993;268:25385–25388.
15. Gregory C, Huie P, Shorthouse R, et al. Treatment with rapamycin blocks arterial intimal thickening following mechanical and alloimmune injury. *Transplantation Proc.* 1993;25:120–121.
16. Morris R, Cao W, Huang X, et al. Rapamycin (sirolimus) inhibits vascular smooth muscle cell DNA synthesis in vitro and suppresses narrowing in arterial allografts and in balloon-injured carotid arteries: evidence that rapamycin antagonizes growth factor action on immune and nonimmune cells. *Transplant Proc.* 1995;27:430–431.
17. Luo Y, Marx SO, Kiyokawa H, et al. Rapamycin resistance tied to defective regulation of p27Kip1. *Mol Cell Biol.* 1996;16:6744–6751.
18. Marks AR. Attacking heart disease with novel molecular tools. *Bull N Y Acad Med.* 1996;73:25–36.
19. Gallo R, Padurean A, Chesebro JH, et al. Inhibition of intimal thickening after balloon angioplasty in porcine coronary arteries by rapamycin. *Circulation.* 1998;99:2164–2170.
20. Sun J, Marx SO, Chen H-J, et al. A role for p27Kip1 in vascular smooth muscle cell migration. *Circulation.* 2001;103:2967–2972.
21. Marks AR. Cellular functions of immunophilins. *Physiol Rev.* 1996;76:631–649.
22. Heitman J, Movva NR, Hall MN. Targets for cell cycle arrest by the immunosuppressant rapamycin in yeast. *Science.* 1991;253:905–909.
23. Bierer BE, Mattila PS, Standaert R, et al. Two distinct signal transmission pathways in T lymphocytes are inhibited by complexes formed between an immunophilin and either FK506 or rapamycin. *Proc Natl Acad Sci U S A.* 1990;87:9231–9235.
24. Dumont FJ, Staruch MJ, Koorpak SL, et al. Distinct mechanisms of suppression of murine T-cell activation by the related macrolides FK-506 and rapamycin. *J Immunol.* 1990;144:251–258.
25. Morice WG, Brunn GJ, Wiederrecht G, et al. Rapamycin-induced inhibition of p34cdc2 kinase activation is associated with G1/S-phase growth arrest in T lymphocytes. *J Biol Chem.* 1993;268:3734–3738.
26. Schreiber S. Chemistry and biology of the immunophilins and their immunosuppressive ligands. *Science.* 1991;251:283–287.
27. Nourse J, Firpo E, Flanagan WM, et al. Interleukin-2-mediated elimination of the p27Kip1 cyclin-dependent kinase inhibitor prevented by rapamycin. *Nature.* 1994;372:570–573.
28. Polyak K, Kato J-Y, Solomon MJ, et al. p27Kip1, a cyclin-Cdk inhibitor, links transforming growth factor-β and contact inhibition to cell cycle arrest. *Genes Dev.* 1994;8:9–22.
29. Kiyokawa H, Kineman RD, Manova-Todorova KO, et al. Enhanced growth of mice lacking the cyclin-dependent kinase inhibitor function of p27Kip1. *Cell.* 1996;85:721–732.
30. Price DJ, Grove JR, Calvo V, et al. Rapamycin-induced inhibition of the 70-kilodalton S6 protein kinase. *Science.* 1992;257:973–977.
31. Graves LM, Bornfeld KE, Argast GM, et al. cAMP- and rapamycin-sensitive regulation of the association of eukaryotic initiation factor 4E and the translational repressor PHAS-I in aortic smooth muscle cells. *Proc Natl Acad Sci U S A.* 1995;92:7222–7226.
32. Marx SO, Marks AR. Cell cycle progression and proliferation despite 4BP-I dephosphorylation. *Mol Cell Biol.* 1999;19:6041–6047.

CRDS00047110

33. Tanner FC, Boehm M, Akyurek LM, et al. Differential effects of the cyclin-dependent kinase inhibitors p27$^{kip1}$, p21$^{cip1}$, and p16$^{ink4}$ on vascular smooth muscle cell proliferation. *Circulation.* 2000;101:2022–2025.

34. Saunders RN, Metcalfe MS, Nicholson ML. Rapamycin in transplantation: a review of the evidence. *Kidney Int.* 2001;59:3–16.

35. Kahan BD. Efficacy of sirolimus compared with azathioprine for reduction of acute renal allograft rejection: a randomised multicentre study: the Rapamune US Study Group. *Lancet.* 2000;356:194–202.

36. Sousa JE, Costa MA, Abizaid A, et al. Lack of neotintimal proliferation after implantation of sirolimus-coated stents in human coronary arteries. *Circulation.* 2001;103:192–195.

37. Albiero R, Nishida T, Adamian M, et al. Edge restenosis after implantation of high activity (32)P radioactive β-emitting stents. *Circulation.* 2000;101:2454–2457.

38. Sousa JE, Costa MA, Abizaid A, et al. Mid- (4 month) and long-term (1 year) QCA and three dimensional IVUS followup after implantation of

39. Feres F, Costa MA, Abazaid A, et al. Comparison between sirolimus-coated and noncoated stent implantation in human coronary arteries. *J Am Coll Cardiol.* 2001;37(suppl A):47A. Abstract.

40. Yeung AC, Davis SF, Hauptmann PJ. Incidence and progression of transplant coronary artery disease over 1 year: results of a multicenter trial with use of intravascular ultrasound. *J Heart Lung Transplant.* 1995;14:S215–S220.

41. Meiser B, Billingham M, Morris R. Effects of cyclosporin, FK506, and rapamycin on graft-vessel disease. *Lancet.* 1991;338:1297–1298.

42. Poston RS, Billingham M, Hoyt G, et al. Rapamycin reverses chronic graft vascular disease in a novel cardiac allograft model. *Circulation.* 1999;100:67–74.

sirolimus-coated stent in human coronary arteries. *J Am Coll Cardiol.* 2001;37(suppl A):8A. Abstract.

KEY WORDS: Editorials ■ stents ■ restenosis ■ signal transduction

**A807**

CRDS00047111