# EXHIBIT 65

→ P. O'NEILL

Rapa

# Inhibition of Intimal Thickening After Balloon Angioplasty in Porcine Coronary Arteries by Targeting Regulators of the Cell Cycle

Richard Gallo, MD; Adrian Padurean, MD; Thottala Jayaraman, PhD; Steven Marx, MD;
Merce Roque, MD; Steven Adelman, PhD; James Chesebro, MD; John Fallon, MD;
Valentin Fuster, MD, PhD; Andrew Marks, MD, PhD; Juan José Badimon, PhD

***Background***—Although percutaneous transluminal coronary angioplasty (PTCA) is a highly effective procedure to reduce the severity of stenotic coronary atherosclerotic disease, its long-term success is significantly limited by the high rate of restenosis. Several cellular and molecular mechanisms have been implicated in the development of restenosis post-PTCA, including vascular smooth muscle cell (VSMC) activation, migration, and proliferation. Recently, our group demonstrated that rapamycin, an immunosuppressant agent with antiproliferative properties, inhibits both rat and human VSMC proliferation and migration in vitro. In the present study, we investigated (1) whether rapamycin administration could reduce neointimal thickening in a porcine model of restenosis post-PTCA and (2) the mechanism by which rapamycin inhibits VSMCs in vivo.

***Methods and Results***—PTCA was performed on a porcine model at a balloon/vessel ratio of $1.7 \pm 0.2$. Coronary arteries were analyzed for neointimal formation 4 weeks after PTCA. Intramuscular administration of rapamycin started 3 days before PTCA at a dose of 0.5 mg/kg and continued for 14 days at a dose of 0.25 mg/kg. Cyclin-dependent kinase inhibitor (CDKI) p27[kip1] protein levels and pRb phosphorylation within the vessel wall were determined by immunoblot analysis. PTCA in the control group was associated with the development of significant luminal stenosis 4 weeks after the coronary intervention. Luminal narrowing was a consequence of significant neointimal formation in the injured areas. Rapamycin administration was associated with a significant inhibition in coronary stenosis ($63 \pm 3.4\%$ versus $36 \pm 4.5\%$; $P < 0.001$), resulting in a concomitant increase in luminal area ($1.74 \pm 0.1$ mm$^2$ versus $3.3 \pm 0.4$ mm$^2$; $P < 0.001$) after PTCA. Inhibition of proliferation was associated with markedly increased concentrations of the p27[kip1] levels and inhibition of pRb phosphorylation within the vessel wall.

***Conclusions***—Rapamycin administration significantly reduced the arterial proliferative response after PTCA in the pig by increasing the level of the CDKI p27[kip1] and inhibition of the pRb phosphorylation within the vessel wall. Therefore, pharmacological interventions that elevate CDKI in the vessel wall and target cyclin-dependent kinase activity may have a therapeutic role in the treatment of restenosis after angioplasty in humans. (*Circulation*. 1999;99:2164-2170.)

**Key Words:** restenosis ■ cells ■ angioplasty

Vascular smooth muscle cell (VSMC) proliferation and migration contribute significantly to the restenotic process after percutaneous transluminal coronary angioplasty (PTCA) and accelerated arteriosclerosis after cardiac transplantation. Long-term success is limited by the high rate of restenosis, which affects ≈40% to 50% of the patients undergoing PTCA.[1–3] Pathological, clinical, and experimental evidence suggests that multiple cellular and molecular mechanisms are involved in a cascade of events that lead to restenosis. Autocrine and paracrine mediators triggered by the coronary intervention induce arterial narrowing as a result of the increased VSMC proliferation and synthesis of extracellular matrix.[4–6] Attention has been focused on elucidating the mechanisms underlying VSMC proliferation with the goal of developing therapeutic approaches to inhibit restenosis after PTCA.[7–9]

Arterial injury during PTCA induces multiple signaling pathways that activate VSMC migration and proliferation. Immediately after injury, VSMCs leave their quiescent state and enter the cell cycle, associated with the induction of early-response genes.[10–12] Cell division and growth are tightly controlled by a series of positive and negative regu-

Received June 5, 1998; revision received November 30, 1998; accepted December 18, 1998.

From the Cardiovascular Biology Research Laboratory, the Zena and Michael Wiener Cardiovascular Institute (R.G., A.P., M.R., J.C., J.F., V.F., J.J.B.), and the Department of Pathology (J.F.), Mount Sinai School of Medicine, New York, NY; the Molecular Cardiology Program, Columbia University, College of Physicians and Surgeons, New York, NY (T.J., S.M., A.M.); and Wyeth-Ayerst, Princeton, NJ (S.A.).

Correspondence to Juan José Badimon, PhD, Cardiovascular Biology Research Laboratory, Zena and Michael Wiener Cardiovascular Institute, Mount Sinai School of Medicine, One Gustave L. Levy Place, New York, NY-10029. E-mail jjb-laboratory@smtplink.mssm.edu

© 1999 American Heart Association, Inc.

*Circulation* is available at http://www.circulationaha.org

A808

HIGHLY CONFIDENTIAL

CORD075479

Gallo et al   April 27, 1999   *2165*

lators that act at sequential points throughout the cell cycle. Studies show that antisense oligonucleotides targeted to cyclin-dependent kinases (cdc2 and cdk2) can be effective in inhibiting VSMC proliferation and restenosis.[7,9,13,14] Recently, our group and others identified the tumor suppressor protein retinoblastoma protein (pRb) as a critical regulator of VSMC proliferation.[15,16] Phosphorylation and inactivation of pRb in response to mitogenic stimulation results in $G_{1/S}$ transition and proliferation. The inhibition of pRb phosphorylation by either antisense oligonucleotides to cyclin-dependent kinases (CDK)[7,10] or pharmacological agents such as rapamycin[8] results in cell-cycle arrest in VSMCs and inhibition of proliferation.

The kinase activity of the cyclin/CDK complex is regulated by their interaction with inhibitors (CDKI), such as p16, p21, and p27[kip1].[15,16] CDKIs act stoichiometrically, and oscillations in their levels profoundly impact cell-cycle progression. In a rat carotid model of balloon angioplasty, adenovirus-mediated overexpression of the CDKI p21 inhibited pRb phosphorylation and VSMC proliferation.[15,14] p27[kip1] levels are increased in response to serum deprivation, cell-cell contact, or transforming growth factor-$\beta$ (TGF-$\beta$).[15,16] The downregulation of p27[kip1] by mitogens is blocked with rapamycin.[17] Defective regulation of p27[kip1], either secondary to constitutively low levels of p27[kip1] or due to a targeted disruption of the p27[kip1] gene (p27 knockout mouse), results in rapamycin resistance.

Recently, Marx et al[8] reported that rapamycin, a macrolide antibiotic, inhibited both human and rat VSMC proliferation in vitro by blocking $G_{1/S}$ transition. The inhibition of proliferation was mediated by rapamycin binding to its cytosolic receptor, FKBP12, and associated with reduced cdc2 and cdk2 activity and pRb phosphorylation.[8] In addition, rapamycin inhibits rat, porcine, and human VSMC migration.[18] Rapamycin also prevents the downregulation of p27[kip1] in a myogenic cell line, BC3H1.[17] thus contributing to cell-cycle arrest. The observation that rapamycin blocks VSMC proliferation and migration in vitro suggests that rapamycin could prevent VSMC activation after PTCA regardless of the mechanism(s) that initiates the process. Several studies suggested that rapamycin, but not FK506, retards the development of graft vessel disease after cardiac transplantation and restenosis after mechanical injury in rat.[19,20]

In the present study, we investigated whether rapamycin effectively interferes with the pathological proliferative response after coronary angioplasty in swine. Our results indicate that rapamycin reduced intimal thickening by 50% after coronary angioplasty. This effect is marked by a selective inhibition of the VSMC proliferative response to coronary injury associated with decreased pRb phosphorylation and elevated levels of p27[kip1] causing cell-cycle arrest at $G_{1/S}$. Thus, like adenovirus-mediated overexpression of a CDKI, we demonstrate that a pharmacological approach to elevate a CDKI in the coronary arteries results in the inhibition of restenosis after PTCA.

## Methods

### Animal Species
The study used Yorkshire-Albino swine (27 to 32 kg body weight). Interventional procedures and animal handling were approved by the Mount Sinai School of Medicine Animal Management Program, which is accredited by the American Association for the Accreditation of Laboratory Animal Care and meets NIH and AHA standards.

### Experimental Design
Rapamycin (Sirolimus) was a gift from Wyeth-Ayerst Research Laboratory (Dr Suren Sehgal). Despite its oral bioavailability, rapamycin was administered intramuscularly to ensure stable blood levels. Rapamycin administration was started 3 days before angioplasty at a dose of 0.5 mg/kg and continued for 14 days at a dose of 0.25 mg/kg. Before administration, rapamycin was suspended in a sterile solution containing 0.2% sodium carboxymethyl cellulose and 0.25% polysorbate-80. The control group received the vehicle solution.

Coronary balloon angioplasty was carried out in the pigs as previously reported.[21] All pigs were anticoagulated with heparin (100 IU/kg) after insertion of the catheters. This anticoagulation regimen attained an activated partial thromboplastin time ratio 2 to 3 times control. PTCA was performed by 3 inflations at 8 to 10 atm of a 4-mm balloon for 15 seconds with 60-second rest periods between inflations. After the angioplasty procedure, the animals were allowed to recover, returned to their pens, and followed up for 28 days.

### Fixation, Harvesting, and Pathological Evaluation of Injured Vessels
Animals were deeply anesthetized, fully heparinized (100 U/kg), euthanatized, and perfusion-fixed at 100 mm Hg with 1 L cold (4°C) 4% paraformaldehyde in 0.1 mol/L PBS, pH 7.4, as reported.[21] After perfusion fixation, the coronary arteries of interest were excised, immersed in fresh fixative, and cross-sectioned at 2-mm intervals. Specimens were paraffin-embedded (at 59°C), sectioned (5 $\mu$m), and stained by the combined Masson elastin method.

### Histomorphometric Analysis
All 2-mm coronary segments were evaluated by 2 experienced observers blinded to the treatment group. For each angioplasted coronary artery, the section with the most extensive injury-induced response was identified and evaluated as reported.[21] A total of 17 coronary arteries from 10 animals in the rapamycin-treated group and 22 coronary arteries from 10 animals in the control group were studied.

The neointima was subdivided into 3 distinct areas that were clearly visible by direct histological examination. These 3 areas were defined as organizing thrombus, submedial hematoma, and fibrocellular hyperplasia. Organizing thrombus was defined as remnants of an original thrombus induced at the time of angioplasty and undergoing organization. It was usually observed beneath or within the proliferative lesion present between the breaks in the internal elastic lamina and media. Submedial hematoma was defined as a clot formed under medial flaps or dissections. Fibrocellular hyperplasia was defined as those areas composed solely of cellular elements and extracellular matrix.

### Measurements of Retinoblastoma Protein and p27[kip1] Levels
Rb phosphorylation and p27[kip1] in the vessel wall were determined as previously described.[8,22] Briefly, arterial tissues were homogenized with a tissue blender in a lysis buffer. Protein extracts (300 $\mu$g) were size-fractionated on 12% SDS-polyacrylamide gels, transferred to nitrocellulose overnight. Filters were incubated overnight with an affinity-purified polyclonal antibody to Rb (Pharmingen) and p27 (Santa Cruz Biotechnology; sc-528), respectively. Membranes were washed 4 times with Tris-buffered saline containing 0.1% Tween-20 and incubated with the secondary antibody (goat anti-mouse IgG for pRb and goat anti-rabbit IgG for p27) (1:1000) for 1 hour. The membranes were washed and the signals detected by the ECL chemiluminescence detection system (Amersham). Autoradiographic signals are quantified by densitometry.

**A809**

CORD075480

 

**Figure 1.** Values of luminal area (left) and standardized intimal area (right) corresponding to control and rapamycin-treated animals, respectively. Values are mean±SEM; *$P<0.001$.

## Statistical Analysis

Data are presented as mean±SEM unless otherwise stated. Absolute areas are expressed as mm². The statistical significance of differences between the normal and treated groups was determined by a 1-way ANOVA. Differences were considered significant if $P<0.05$ by use of StatView 512+ statistical software (Brain Power, Inc).

## Results

### Arterial Injury Induced by the Angioplasty Procedure

All coronary segments analyzed for intimal proliferation after angioplasty were histologically characterized by disruption of the internal elastic lamina, with laceration of the tunica media and exposure of the external elastic lamina. The degree of arterial injury induced by the coronary intervention was similar in both groups. The average balloon/vessel ratio was 1.5±0.2 versus 1.5±0.1 in the control and rapamycin-treated animals, respectively.

### Intimal Proliferation After Arterial Injury

At death, 4 weeks after angioplasty, both groups of animals showed a similar coronary size, assessed by the vascular area encircled by the external elastic lamina (7.3±0.5 versus 7.6±0.4 mm² for the rapamycin and the control group, respectively). When the luminal area was evaluated, a statistically significantly larger lumen was observed in the rapamycin-treated animals compared with the controls (3.3±0.4 versus 1.74±0.1 mm², respectively) (Figure 1A). The significant luminal narrowing in the control group resulted from a larger standardized intimal-medial ratio (4.0±0.8 controls versus 1.9±0.4 rapamycin; $P<0.001$) (Figure 1B), which indicated a reduced proliferative response to angioplasty-induced arterial injury in the treated group.

### Coronary Stenosis

Results of the average values of coronary stenosis induced by balloon angioplasty 4 weeks after intervention are presented in Figure 2. Representative photomicrographs of histological sections from the control and rapamycin-treated groups are depicted in Figure 3. These figures show a significant intimal proliferation in the control arteries. The newly formed proliferative tissue, characterized by spindle-shaped cells, filled gaps between medial tears and generally extended to adjacent medial areas encroaching into the lumen. The administration of rapamycin was associated with a significant reduction in the percentage of luminal stenosis induced by the angioplasty (36±4.5% versus 63±3.4%, control versus rapamycin; $P<0.0001$). Total stenosis was subdivided into its 3 major components: residual thrombus, organizing hematoma, and fibrocel-

lular hyperplasia. No statistically significant differences were observed in the percentage of either residual thrombus (12.3±2.3% versus 9.2±1.8%, controls versus rapamycin, respectively) or hematoma (6.6±1.5% versus 6.1±2.2%, controls versus rapamycin). In contrast, there was a marked reduction in the percentage of fibrocellular hyperplasia (43.8±2.2% versus 21.0±3.1%, controls versus rapamycin; $P<0.0001$). This finding indicates that the inhibitory effect of rapamycin on intimal proliferation after coronary angioplasty was mediated through specific inhibition of VSMC proliferation.

### Vessel Wall p27kip1 Protein Determination

In various cell types, the decrease in p27 levels on addition of mitogens activates CDKs, leading to pRb hyperphosphorylation and cell-cycle progression and proliferation.[22] To demonstrate that the effect of rapamycin on SMC proliferation was mediated by this mechanism, we examined the level of p27kip1 in the vessel wall of animals undergoing balloon angioplasty treated with rapamycin or vehicle. Administration of rapamycin resulted in a significant increase in p27kip1 at the selected time points of 3 and 15 days after PTCA (Figure 4). These time points were selected on the basis of previously reported data in different animal models suggesting that cell proliferation peaks within the first 3 days postintervention and that the 15-day point corresponded to the end of therapy administration. Therefore, rapamycin administration prevents the downregulation of the CDKI p27kip1 in the vessel wall post-PTCA in the pig. Thus, pharmacological manipulation of CDKI levels results in inhibition of VSMC proliferation.

### Vessel Wall Retinoblastoma Protein Phosphorylation

We also analyzed the effects of rapamycin administration on the Rb phosphorylation in the coronary wall after angioplasty. Immunoblot analysis of pRb protein levels in coronary arteries of rapamycin-treated and control animals is presented in Figure 5. Figure 5 shows the inhibitory effects of rapamycin on the phosphorylation of the pRb, as indicated by the presence of a lower band corresponding to the underphosphorylated Rb (pRB). Conversely, the vehicle-treated coronary arteries showed 1 single band corresponding to the hyperphosphorylated pRb (ppRb). Our observations indicate that rapamycin also interferes with the phosphorylation of the Rb protein.

### Rapamycin Blood Levels

A loading dose of 0.5 mg · kg⁻¹ · d⁻¹ for 3 days before PTCA attained plasma levels of 57 ng/mL of blood at the time of the coronary intervention. The administration of a lower maintenance dose (0.25 mg · kg⁻¹ · d⁻¹) maintained similar blood levels (59±12 ng/mL) at

HIGHLY CONFIDENTIAL

CORD075481

Gallo et al     April 27, 1999     *2167*









**Figure 2.** Values for luminal stenosis 4 weeks after angioplasty. Observed decrease in luminal stenosis was due to reduction of fibrocellular response to injury. Values are mean±SEM; *$P < 0.0001$.

day 14 after PTCA. Interestingly, 14 days after the last rapamycin injection, the average level of rapamycin was 36±3 ng/mL of blood. These pharmacokinetic observations indicate that the biodistribution of this compound is associated with a depot effect when administered intramuscularly that might account for the prolonged blood residence time of this compound. No correlation was found between individual rapamycin blood levels and the corresponding values of intimal thickening, suggesting that the lower blood concentrations were as effective as the higher ones.

## Discussion

This study demonstrates that rapamycin inhibits intimal proliferation after PTCA in the pig model. Our results show a 50% reduction in fibrocellular hyperplasia in the rapamycin-treated animals compared with controls. The observed antiproliferative effect of rapamycin is associated with an inhibition of the pRB phosphorylation and increase in CDKI p27$^{kip1}$ levels. These findings suggest that rapamycin could serve as a new therapeutic approach to reduce human restenosis after PTCA. The use of a pharmacological agent specifically targeted to elevate the level of a CDKI within the vessel wall represents a novel approach in the prevention of restenosis.

Rapamycin, a macrolide antibiotic with antifungal and immunosuppressive activities, inhibits the development of arteriopathy after allograft transplantation.[19,20,23] The drug is currently in phase II and III clinical trials in liver, kidney, and heart transplantation. Rapamycin exerts its antiproliferative activity after binding to the cytosolic protein FKBP12.[24] The FKBP12-rapamycin complex is an inhibitor of a 289-kDa protein named FRAP or RAFT1, which is a member of a newly discovered family of phosphatidylinositol kinase–related kinases.[25] Furthermore, rapamycin inhibits translation of a subset of mRNA that is believed to be critical for G$_1$ progression.[16] Increased p27 levels cause inhibition of CDK activity, which leads to the inhibition of pRb phosphorylation in vivo. The underphosphorylated form of pRb is believed to be a functionally active form of pRb in G$_0$/mid G$_1$.[26] It is proposed that pRb forms complexes while underphosphorylated with DNA-binding proteins, such as E2F. On pRb phosphorylation, unbound E2F appears to stimulate transcription of cellular genes implicated in induction of the S phase.[27] Thus, inhibition of pRb hyperphosphorylation by rapamycin interferes with cell-cycle signaling and cell proliferation

Severe arterial injury in the swine model, whether induced by PTCA or stent implantation, triggers a hyperplastic re-

A811

HIGHLY CONFIDENTIAL

CORD075482



**RAPAMYCIN-TREATED**   **CONTROL**

**Figure 3.** Representative histological sections corresponding to control (right) and rapamycin-treated (left) animals.

sponse characterized by the development of intimal thickening in the injured arterial segments. Similar results have been described by others.[28,39] In all instances, the greatest proliferative response occurs at the sites of maximal injury (Figure 3). In our study, the severity of the arterial injury induced by the angioplasty procedure was similar in the 2 groups of animals, as shown by the damage index and the percentage of missing internal elastic lamina. Because there was no difference in the degree of arterial injury between control and rapamycin-treated animals, the observed reduction in luminal narrowing was a consequence of the treatment and the elevation of the CDKI p27$^{kip1}$ in the vessel wall.

Rb   phosphorylation



ppRb
pRb

**Figure 5.** Effect of rapamycin on pRB phosphorylation. Rapamycin interferes with Rb phosphorylation, as shown by an increase in hypophosphorylated (pRb) vs hyperphosphorylated (ppRb) form of retinoblastoma protein.

The proliferative response after PTCA observed in the control group was clearly manifested by the thickening of the intimal layer and a reduction in the coronary lumen as shown in Figures 2 and 3. The rapamycin-treated animals exhibited a significantly larger lumen compared with the controls, as well as a reduction in intimal thickening. Animals receiving rapamycin showed an ≈50% decrease in the fibrocellular response (41.2±2.3% controls versus 21.0±3.1% rapamycin animals; *P*<0.0001). No differences were observed in the contribution of residual thrombus or hematoma to total luminal stenosis. The significant inhibition in fibrocellular hyperplasia supports in vitro data demonstrating that rapamycin inhibits SMC proliferation and migration.[8,18]

Administration of rapamycin was initiated 3 days before angioplasty to ensure that VSMCs would be maintained in a quiescent state from the moment of injury. Rapamycin administration was then maintained for an additional 14 days to prevent any growth stimulus that might occur during the subsequent 2 weeks after the procedure. This regimen attained significant blood levels even 14 days after the last rapamycin administration. This longer blood residence time might also be important to the observed inhibitory effect on neointimal formation after PTCA.



| Rapamycin | - | + | + | + |
| PTCA | + | - | + | + |



| PTCA | + | + |
| Rapamycin | + | - |

**Figure 4.** Effect of rapamycin on p27$^{kip1}$ levels in coronary arteries. Rapamycin increased levels of p27$^{kip1}$ compared with controls. These effects are observed both at 3 (left) and at 15 (right) days after PTCA. Note that effect of rapamycin in p27 levels is more marked in those coronaries undergoing PTCA. Results are expressed as arbitrary units (mean±SEM; n=4).

**A812**

HIGHLY CONFIDENTIAL

CORD075483

The antiproliferative activity of rapamycin in conjunction with its immunosuppressive properties suggests that this drug could also be useful for the prevention and/or treatment of accelerated arteriopathy associated with organ transplantation, particularly in the case of cardiac transplantation, in which accelerated arteriopathy is a major cause of mortality and morbidity and the need for repeat transplantation.

After arterial injury, multiple mitogenic and proliferative factors have been identified as capable of triggering signaling mechanisms leading to SMC activation.[4,30,31] Numerous pharmacological agents, including antiplatelet agents, anticoagulants, ACE inhibitors, and cytotoxic agents, have not significantly reduced restenosis after angioplasty.[32-35] However, because rapamycin inhibits multiple regulators of cell-cycle progression in VSMCs, its mechanism of action differs from many of these agents. Moreover, the ability of rapamycin to inhibit in vitro VSMC proliferation in rodents, humans,[8,19] and now in vivo in pigs suggests that its efficacy, unlike many other antiproliferative agents that have failed in human trials, is not species-specific.

Numerous studies have reported beneficial effects of gene-based therapy to inhibit restenosis after PTCA. Delivery of antisense oligonucleotides to c-*myb*, cdc2, and PCNA or cdk2 have been reported to inhibit restenosis in the rat carotid artery model.[7,36] However, there are several disadvantages with the use of antisense technology, including nonspecific effects, batch variability, and difficulty with the delivery system.[37-39] In addition, adenovirus-mediated transfer of the herpes simplex virus thymidine kinase gene followed by administration of ganciclovir has been shown to inhibit restenosis in rat and pig.[40-42] Several disadvantages of this approach include the induction of cell death, which may lead to intravascular inflammation and the potential for medial necrosis and aneurysm formation, as well as side effects of ganciclovir therapy.[13,14] Another approach used was the adenovirus-mediated overexpression of either a nonphosphorylatable constitutively active form of pRb[9] or the overexpression of the CDKI p21.[13,14] Because rapamycin can be administered orally and causes the inhibition of pRb phosphorylation, as well as increased levels of the CDKI p27[kip1] in the vessel wall, rapamycin may be an ideal agent to inhibit restenosis post-PTCA.

In summary, our study demonstrates that rapamycin significantly reduces the proliferative response after coronary angioplasty in the pig. Because rapamycin targets fundamental regulators of cell growth, its ability to inhibit experimental stenosis in the pig coronary model suggests that these regulators play a significant role in the pathogenesis of injury-induced intimal thickening. Moreover, these results suggest that administration of rapamycin to patients post-PTCA may have a role in the inhibition of restenosis.

## Acknowledgments

This work was supported by grants from the NIH, P50-HL-54469 (Dr Badimon); RO1-AI-39794 and HL-56180 (Dr Marks). Grants-in-Aid from the American Heart Association (Drs Jayaraman and Marks), a New Investigator Development Award from the AHA New York Chapter (Dr Jayaraman), and a grant from Wyeth-Ayerst. Dr Marks is a Bristol-Meyers Squibb Established Investigator of the AHA. The authors would like to thank Eduardo Acampado, DVM, and Veronica Gulle for their technical assistance, the CLAS personnel, and especially Russell Jenkins and Gladys Volmar, for their collaboration in the preparation, handling, and supervision of the animals.

## References

1. Popma J, Califf R, Topol E. Clinical trials of restenosis after PTCA. *Circulation.* 1991;84:1426–1436.
2. Landau C, Lange R, Hillis L. Percutaneous transluminal coronary angioplasty. *N Engl J Med.* 1994;330:981–993.
3. Fuster V, Falk E, Fallon J, Badimon L, Chesebro J, Badimon JJ. The three processes leading to post PTCA restenosis: dependence on the lesion substrate. *Thromb Haemost.* 1995;74:552–559.
4. Foegh M, Virmani R. Molecular biology of intimal proliferation. *Curr Opin Cardiol.* 1993;8:938–955.
5. Gorski D, LePage D, Patel C, Copeland N, Jenkins N, Walsh K. Molecular cloning of a diverged homeobox gene that is rapidly down-regulated during the $G_0/G_1$ transition in VSMC. *Mol Cell Biol.* 1993;13: 3722–3733.
6. Cascells W, Lappi D, Bird A. Molecular atherectomy for restenosis. *Trends Cardiovasc Med.* 1993;156:48–55.
7. Morishita R, Gibbons GH, Ellison KE, Nakajima M, von der Leyen H, Zhang L, Kaneda Y, Ogihara T, Dzau V. Intimal hyperplasia after vascular injury is inhibited by antisense cdk2 kinase oligonucleotides. *J Clin Invest.* 1994;93:1458–1464.
8. Marx SO, Jayaraman T, Go LO, Marks AR. Rapamycin-FKBP inhibits cell cycle regulators of proliferation in VSMC. *Circ Res.* 1995;76: 412–417.
9. Chang MW, Barr E, Seltzer J, Jiang YQ, Nabel GJ, Nabel EG, Parmacek MS, Leiden JM. Cytostatic gene therapy for vascular proliferative disorders with a constitutively active form of the retinoblastoma gene product. *Science.* 1995;267:518–522.
10. Serrano M, Hannon GH, Beach D. A new regulatory motif in cell-cycle control causing specific inhibition of cyclin D/CDK4. *Nature.* 1993;366: 704–707.
11. Harper JW, Adami GR, Wei N, Keyomarsi K, Elledge SJ. The p21 CDK-interacting protein cip1 is a potent inhibitor of cyclin kinases. *Cell.* 1993;75:805–816.
12. Polyak K, Lee MH, Erdjument-Bromage H, Koff A, Roberts JM, Tempst P, Massague J. Cloning of p27[kip1], a cyclin-dependent kinase inhibitor and a potential mediator of extracellular antimitogenic signals. *Cell.* 1994;78: 59–66.
13. Chang M, Barr E, Lu M, Barton K, Leiden J. Adenovirus-mediated overexpression of the cyclin/cyclin-dependent kinase inhibitor, p21 inhibits vascular SMC proliferation and neointima formation in the rat carotid artery model of balloon angioplasty. *J Clin Invest.* 1995;96: 2260–2268.
14. Chen D, Krasinki K, Chen D, Sylvester A, Nisen PD, Andres V. Down-regulation of cyclin-dependent kinase 2 activity and cyclin A promoter activity in VSMC by p27, an inhibitor of neointima formation in the rat carotid artery. *J Clin Invest.* 1997;99:2334–2341.
15. Reynisdottir I, Polyak K, Iavaronne A, Massague J. Kip/Cip and Ink4 Cdk inhibitors cooperate to induce cell cycle arrest in response to TGF-β. *Genes Dev.* 1995;9:1831–1845.
16. Nourse J, Firpo E, Flanagan WM, Coats S, Polyak K, Lee MH, Massague J, Crabtree GR, Roberts JM. Interleukin-2 mediated elimination of the p27 kip1 cyclin-dependent kinase inhibitor prevented by rapamycin. *Nature (Lond).* 1994;372:570–573.
17. Luo Y, Marx SO, Kiyokawa H, Koff A, Massague J, Marks AR. Rapamycin resistance tied to defective regulation of p27[kip1]. *Mol Cell Biol.* 1996;16:6744–6751.
18. Poon M, Marx SO, Gallo R, Badimon JJ, Taubman MB, Marks AR. Rapamycin inhibits VSMC migration. *J Clin Invest.* 1998;98:2277–2283.
19. Gregory C, Huie P, Billingham M, Morris R. Rapamycin inhibits arterial intimal thickening caused by both alloimmune and mechanical injury. *Transplantation.* 1993;55:1409–1418.
20. Meiser B, Billingham M, Morris R. Effects of cyclosporin, FK506, and rapamycin on graft-vessel disease. *Lancet.* 1991;338:1297–1298.
21. Gallo R, Padurean A, Toschi V, Bichler J, Fallon J, Chesebro J, Fuster V, Badimon J. Prolonged thrombin inhibition reduces restenosis after balloon angioplasty in porcine coronary arteries. *Circulation.* 1998;97: 581–588.

**A813**

22. Jayaraman T, Marks AR. Rapamycin-FKBP blocks proliferation, induces differentiation and inhibits cdc2 kinase activity in a myogenic cell line. *J Biol Chem.* 1993:268:25385–25388.

23. Almond PS, Moss A, Nakhleh RE, Melin M, Chen S, Salazar A, Chirabe K, Matas AJ. Rapamycin: immunosuppression, hyporesponsiveness, and side effects in a porcine renal allograft model. *Transplantation.* 1993:56:275–281.

24. Schreiber S. Chemistry and biology of the immunophilins and their immunosuppressive ligands. *Science.* 1991:251:283–287.

25. Brown EJ, Schreiber S. A signaling pathway to control translational control. *Cell.* 1996:86:517–520.

26. Chen PL, Scully P, Shew JY, Want JY, Lee WH. Phosphorylation of the retinoblastoma gene product is modulated during the cell cycle and cellular differentiation. *Cell.* 1989:58:1193–1198.

27. Cordon C. Mutation of cell cycle regulators. *Am J Pathol.* 1995:147: 545–560.

28. Muller DW, Ellis S, Topol EJ. Experimental models of coronary artery restenosis. *J Am Coll Cardiol.* 1992:19:418–432.

29. Schwartz RS, Murphy JG, Edwards WD, Camrud AR, Vlietstra RE, Holmes DR. Restenosis after PTCA: a practical proliferative model in porcine coronary arteries. *Circulation.* 1990:82:2190–2200.

30. Fuster V, Badimon L, Badimon JJ, Ip J, Chesebro JH. The porcine model for the understanding of thrombogenesis and atherogenesis. *Mayo Clinic Proc.* 1991:66:818–831.

31. Wilcox JN. Molecular biology: insight into the causes and prevention of restenosis after arterial intervention. *Am J Cardiol.* 1993:72:88E–95E.

32. Muller DW, Ellis SG, Topol EJ. Colchicine and antineoplastic therapy for the prevention of restenosis after PTCA. *J Am Coll Cardiol.* 1991:17: 126B–131B.

33. Thornton MA, Gruentzig A, Hollman J, King S, Douglas J. Coumadin and aspirin in prevention of recurrence after PTCA: a randomized trial. *Circulation.* 1984:69:721–727.

34. Group MS. Does the new angiotensin converting enzyme inhibitor cilazapril prevent restenosis after PTCA? Results of the MERCATOR study. *Circulation.* 1992:86:100–110.

35. Ellis SG, Roubin G, Wilentz J, Douglas J, King SB. Effect of the 18–24 hour heparin administration for prevention of restenosis after uncomplicated PTCA. *Am Heart J.* 1989:117:777–782.

36. Simons M, Edelman ER, DeKeyser JL, Langer R, Rosenberg RD. Antisense c-myb oligonucleotides inhibit intimal arterial SMC accumulation in vivo. *Nature.* 1992:359:67–70.

37. Villa AE, Guzman LA, Garrel CL, Poptic EJ, Labhasetwar V, DiSousa S, Farrell CL, Plow EF, Levy RJ, DiCorleto PE, Topol EJ. Effects of antisense *c-myb* oligonucleotides on VSMC proliferation and response to arterial wall injury. *Circ Res.* 1995:76:505–513.

38. Stein CA, Cheng Y-C. Antisense oligonucleotides as therapeutic agents: is the bullet really magical? *Science.* 1993:261:1004–1012.

39. Epstein SE, Speir E, Finkel T. Do antisense approaches to the problem of restenosis make sense? *Circulation.* 1993:88:1351–1353.

40. Guzman RJ, Hirschowitz EA, Brody SL, Crystal RG, Epstein SE, Finkel T. In vivo suppression of injury-induced VSMC accumulation using adenovirus-mediated transfer of the herpes simplex virus thymidine kinase gene. *Proc Natl Acad Sci USA.* 1994:91: 10732–10736.

41. Chang MW, Ohno T, Gordon D, Lu MN, Nabel GJ, Nabel EJ, Leiden JM. Adenovirus-mediated transfer of the herpes simplex virus thymidine kinase gene inhibits VSMC proliferation and neointima formation following angioplasty of the rat carotid artery. *Mol Med.* 1995:1:172–181.

42. Ohno T, Gordon D, San H, Pompili VJ, Imperiale MJ, Nabel GJ, Nabel EJ. Gene therapy for VSMC proliferation after arterial injury. *Science.* 1994:265:781–784.

**A814**

HIGHLY CONFIDENTIAL

CORD075485

# EXHIBIT 66



# TRANSPLANTATION PROCEEDINGS

Proceedings of the

# XVth WORLD CONGRESS OF THE TRANSPLANTATION SOCIETY



WESTON LIBRARY

MAR 0 2 1995

J5/126 CLINICAL SCIENCES CENTER
600 HIGHLAND AV-MADISON, WI 53792

*Kyoto, Japan*
*August 28–September 2, 1994*

## Guest Editors

**KAZUO OTA**
*Tokyo, Japan*

**HIROSHI TAKAGI**
*Nagoya, Japan*

**HIROSHI AMEMIYA**
*Tokyo, Japan*

### Publication Committee

SATOSHI TERAOKA   KOTA TAKAHASHI   TATSUO KAWAI

KAZUHARU UCHIDA   ITSUO YOKOYAMA

### President

SIR ROY CALNE, FRS
*Cambridge, UK*

APPLETON & LANGE

CORD078260

# TRANSPLANTATION PROCEEDINGS

An Official Publication of The Transplantation Society

The Japan Society for Transplantation  ●  The Hellenic Transplantation Society
The European Society for Transplantation  ●  The Canadian Transplantation Society
The Transplantation Society of Australia and New Zealand
The Scandinavian Transplantation Society  ●  The Latin American Transplantation Society
The Pan-American Society for Dialysis & Transplantation  ●  The Society for Organ Sharing
The Catalan Transplantation Society  ●  The Asian Transplantation Society
The International Liver Transplantation Society  ●  The Cell Transplant Society
The Middle East Society for Organ Transplantation  ●  Société Française de Transplantation

*Transplantation Proceedings* (ISSN 0041-1345) is published bimonthly by Appleton & Lange, Paramount Publishing, 25 Van Zant Street, E. Norwalk, CT 06855. Months of issue are February, April, June, August, October, and December. Second class postage paid at Norwalk, CT 06856 and at additional mailing offices. Printed in the U.S.A.

Postmaster: Send change of address to Appleton & Lange, P.O. Box 118, Pearl River, NY 10965-0118.

Editorial correspondence should be addressed to:
Felix T. Rapaport, MD
Department of Surgery, Health Sciences Center
State University of New York at Stony Brook
Stony Brook, NY 11794

Authors submitting a manuscript do so on the understanding that if it is accepted for publication, copyright in the article, including the right to reproduce the article in all forms and media, shall be assigned exclusively to the Publisher. The Publisher will not refuse any reasonable request by the author for permission to reproduce any of his or her contributions to the journal.

Advertising inquiries should be addressed to Don Roberts, M.J. Mrvica Associates, Inc., 155 South White Horse Pike, Berlin, N J 08009; Tel (609) 768-9360.

Correspondence regarding subscriptions or change of address should be addressed to Appleton & Lange, P.O. Box 118, Pearl River, NY 10965-0118.

Change of address notices, including both the old and new addresses of the subscriber, should be sent to the Publisher at least one month in advance.

Customer service: (203) 838-4400 (Ext. 550).

Subscription rates: for 1995 are $180.00 in the United States; $210.00 in Canada; $243.00 elsewhere; $305.00 in libraries and institutions in the United States; $325.00 in Canada; $355.00 elsewhere. Residents and Fellows in Training: $138.00 in the United States; $161.00 in Canada; $185.00 elsewhere. Regular single copies: $57.00 in the United States; $68.00 elsewhere. In Japan only, contact: Nankodo Co. Ltd., 42-6 Hongo 3 Chome, Bunkyoku, Tokyo 113, Japan. Claims for missing issues will be serviced only within 3 months of cover date in the United States; 6 months elsewhere. Only one request honored for each missing issue. Special issues are priced according to their actual sizes. Back issue and back volume prices are those in current effect. Single issues, both current and back, exist in limited quantities and are offered for sale subject to availability. Subscriptions are accepted on a calendar year basis. Journal orders are payable in advance. All prices are subject to change.

The appearance of the code at the bottom of the first page of an article in this journal indicates the copyright owner's consent that copies of the article may be made for personal or internal use, or for the personal or internal use of specific clients. This consent is given on the condition, however, that the copier pay the stated per-copy fee through the Copyright Clearance Center, Inc., for copying beyond that permitted by Sections 107 or 108 of the US Copyright Law. This consent does not extend to other kinds of copying, such as copying for general distribution, for advertising or promotional purposes, for creating new collective works, or for resale. Absence of the code indicates that the material may not be processed through the Copyright Clearance Center, Inc.

*Transplantation Proceedings* is indexed in *Index Medicus, Current Contents, BIOSIS Database, Institute for Scientific Information, Chemical Abstracts Service, Cambridge Scientific Abstracts, Excerpta Medica, Current Awareness in Biological Sciences,* and *University Microfilms International.*

Statements and opinions expressed in articles and communications herein are those of the author(s) and not necessarily those of the Editor, Publisher, or any of the societies endorsing this journal. Neither the Editor, Publisher, nor societies endorsing this journal guarantee, warrant, or endorse any product or service advertised in this journal, nor do they guarantee any claim made by the manufacturer of such product or service.

Every effort has been made to check generic and trade names, and to verify drug doses. The ultimate responsibility, however, lies with the prescribing physician.

## APPLETON & LANGE

Vice President and Publisher: Chris J. Rawlins
Managing Editor: Louise Whelan
Production Manager: Patricia K. Fogle
Advertising/Circulation Director: Nancy Graves
Circulation Coordinator: Dorothea L. Robinson
Permissions/Reprint Sales: Karen M. Genetski
Customer Service Representative: Marketta Pettway

**A816**

This material may be protected by Copyright law (Title 17 U.S. Code)

# Rapamycin (Sirolimus) Inhibits Vascular Smooth Muscle DNA Synthesis In Vitro and Suppresses Narrowing in Arterial Allografts and in Balloon-Injured Carotid Arteries: Evidence That Rapamycin Antagonizes Growth Factor Action on Immune and Nonimmune Cells

R.E. Morris, W. Cao, X. Huang, C.R. Gregory, M.E. Billingham, R. Rowan, and R.A. Shorthouse

WE HAVE found that three of the new small molecule immunosuppressants, rapamycin (RPM),[1-5] mycophenolic acid (MPA),[2-4] and leflunomide (LFM)[6-8] and its analogue[7,8] are able to suppress intimal thickening in graft arteries, and each inhibits arterial intimal thickening after balloon catheter injury. Although the means by which LFM mediates its effects at the molecular level are not completely clear, the mechanisms of action of RPM and MPA are being more specifically defined. Since both RPM and MPA inhibit vascular smooth muscle cell (VSMC) DNA synthesis after stimulation in culture, we have proposed that their properties in vivo may be caused by their antagonism of both immune and nonimmune growth factors.[3,9,10] This study extends our previous work and focuses primarily on the properties of RPM that appear to reinforce the concept that its antiproliferative effects are not limited to immune cells.

## MATERIALS AND METHODS

RPM (gift from S. Sehgal, Wyeth-Ayerst Research, Princeton, NJ), FK 506 (gift from M. Nishiyama, Fujisawa Pharmaceutical, Osaka, Japan), Cyclosporine (CyA; Sandoz, Basel, Switzerland), and MPA (Sigma Chemical Co, St. Louis, Mo) were used for in vitro studies and for treatment in vivo. Methods for in vitro work have been described in detail previously[10]; platelet-derived growth factor (PDGF) and basic fibroblast growth factor (bFGF) were from GIBCO labs (St. Lawrence, Mass); RPM, CyA, and FK 506 were diluted in ethanol; VSMC were primary cultures derived from rat aortas and stimulation of VSMC DNA synthesis by growth factors was assessed by $^3$H-TdR incorporation. For in vivo treatment, all drugs were prepared fresh daily as previously described.[3,7] Charles River Labs (Wilmington, Mass) supplied adult male donor (Brown Norway) and recipient (Lewis) viral antibody-free rats and male Sprague Dawley rats. Femoral vessels were orthotopic interposition grafts[3,11] transplanted from Brown Norway donors to Lewis recipients. Percent intimal area in transplanted vessels was determined morphometrically after their removal 40 days after transplantation.[3,11] Balloon catheters were used to injure carotid arteries in Sprague Dawley rats as previously described,[3,12] and at different times after injury the arteries were removed to determine the percentage of intimal area by morphometry.

## RESULTS AND DISCUSSION

### Effect of CyA, FK 506, and RPM on Growth Factor-Induced VSMC DNA Synthesis

The results of these experiments have been discussed in detail elsewhere.[10] Briefly, we have found that neither CyA nor FK 506 suppressed PDGF- or bFGF-stimulated VSMC DNA synthesis substantially or consistently even at final concentrations of $10^{-7}$ mol/L. In contrast, statistically significant ($P < .01$, two-tailed Student's $t$ test) reductions in DNA synthesis in PDGF- and bFGF-stimulated cells were caused by RPM concentrations as low as $10^{-10}$ mol/L. RPM did not need to be added to cultures at the same time growth factors were added; even when 1 nmol/L RPM was added to cultures 46 hours after either PDGF or bFGF, significant ($P < .01$) suppression of DNA synthesis was seen. It was originally suggested that RPM's antiproliferative effects on immune cells might be mediated by RPM-FK binding protein (FKBP) complexes that interfered with cyclin assembly.[9] To investigate whether this mechanism may be responsible for RPM's inhibition of VSMC DNA synthesis, increasing concentrations of FK 506 were added to cultures containing inhibitory concentrations of RPM. Although FK 506 concentrations from $10^{-9}$ to $10^{-6}$ mol/L were able to antagonize the suppression of bFGF-induced VSMC DNA synthesis caused by RPM at concentrations of $10^{-10}$ to $10^{-8}$ mol/L, antagonism of $10^{-7}$ mol/L RPM by FK 506 was less consistent.

### Effects of RPM on Suppression of Intimal Thickening in Femoral Artery Allografts

We previously showed that treatment with RPM reduces the percentage of intimal thickening in arterial allografts removed 40 days after transplantation.[2-6] Since that time, the method has been refined,[11] and we have learned that unless sections from a grafted vessel are analyzed in an area as close to the middle of the graft as possible, falsely high amounts of intimal thickening are recorded. For example, in our previous publication,[3] we reported that treatment with 1.5 mg/kg/d of RPM for 40 days failed to inhibit intimal thickening. Review of these tissues has shown that the morphometric analysis was performed on sections cut close to the suture line. Results reported below are from mor-

From the Departments of Cardiothoracic Surgery and Pathology, Stanford University School of Medicine, Stanford, California.

Supported by grants from the Hawes and Falk Funds and the Hedco Foundation.

Address reprint requests to Randall Ellis Morris, MD, Department of Cardiothoracic Surgery, Stanford University School of Medicine, Stanford, CA 94305-5247.

© 1995 by Appleton & Lange
0041-1345/95/$3.00/+0

430

A817

CORD078262

phometric analyses taken from sections distant from both suture lines to eliminate this artifact. The mean percentage of intimal area for femoral grafts removed 20, 30, and 40 days after transplantation from untreated rats in different groups was 1.5 (N = 4), 9.2 (N = 3) and 49 (N = 18), respectively. Treatment with 1.5 mg/kg/d of IP RPM from the day of transplantation until day 39 reduced the mean percentage of intimal area in grafts to 27. As noted above, intimal thickening was seen as early as day 20 after grafting in untreated rats. From day 30 to 39, the increase in intimal thickening accelerates. To determine whether RPM could suppress the progression of preexisting intimal thickening, treatment with RPM was not begun on the day of transplantation. The mean percentage of intimal area for grafts removed on day 40 from rats in which initiation of daily IP RPM treatment was delayed until day 14 (3 mg/kg [N = 5]), day 21 (3 mg/kg [N = 5] or 6 mg/kg [N = 6]) and even day 30 (6 mg/kg [N = 6]) was 15, 12, 10 and 28, respectively (P < .002, <.002, <.02, and <.025, respectively, by Mann Whitney U test for small sample sizes). These results show that RPM suppressed progression of preexisting intimal thickening and will be more completely discussed in other publications.

### Effect of RPM and MPA on Intimal Thickening After Carotid Artery Balloon Catheter Injury

Because RPM so effectively suppressed intimal thickening in arterial allografts and inhibited VSMC DNA synthesis in vitro, we wondered whether its efficacy might be attributed to its actions on two very different cellular targets in transplanted vascular grafts: (1) the recipient immune cells and (2) the donor VSMC. To investigate this hypothesis, we tested the ability of RPM to inhibit intimal thickening in carotid arteries injured by balloon catheters. Intimal thickening subsequent to this form of mechanical injury is not believed to require immune cells.[3,12] Our initial studies did show that intimal thickening 14 days after injury was reduced in arteries from rats treated with RPM.[2–6] MPA was found to inhibit VSMC proliferation in vitro,[2,5] and in vivo it also reduced the intimal area 14 days after balloon catheter injury; the combination of RPM and MPA was an especially effective therapy for inhibition of intimal thickening in this model.[2] More recent studies[12] have shown that IP RPM (1.5 mg/kg/d; days 0 to 13) + PO MPA (40 mg/kg/d; days 0 to 13) marginally reduced the percentage of intimal area in balloon injured vessels removed on day 44

(P = .05 vs % intimal area for vessels removed on day 40 from untreated controls). Although prolonged treatment (days 0 to 30) with both drugs at these doses was slightly more effective (P = .024), the best results were seen in vessels removed on day 44 when rats were treated with both RPM and MPA from day −3 to day 13 (P = .024).

These data show that RPM inhibits growth factor-stimulated VSMC DNA synthesis in vitro, and that this effect may be mediated through complexes of RPM with FKBP. Perhaps RPM's postulated antiproliferative effects on both the recipient immune cells and donor VSMC explain why it is such an effective treatment for the prevention of and treatment for preexisting intimal thickening in vessel allografts. If the demonstrated ability of RPM to inhibit VSMC DNA synthesis in vitro can be translated into its actions in vivo, this effect may account for its ability to inhibit intimal thickening after balloon catheter injury. These experimental data might suggest that RPM could eventually contribute to the control of the vascular manifestations of chronic rejection in the clinic and perhaps be used to control arterial narrowing after balloon angioplasty. Additional preclinical and clinical work will need to be done before the complete and clinically useful therapeutic profile of RPM is known.

### REFERENCES

1. Meiser BM, Billingham ME, Morris RE: Lancet 338:1297, 1991

2. Gregory CR, Morris RE, Pratt R, et al: J Heart Lung Transplant 6:A940, 1992

3. Gregory CR, Huie P, Billingham ME, et al: Transplantation 55:1409, 1993

4. Gregory CR, Huie P, Shorthouse R, et al: Transplant Proc 25:120, 1993

5. Gregory CR, Pratt RE, Huie P, et al: Transplant Proc 25:770, 1993

6. Gregory CR, Wang J, Cao W: J Heart Lung Transplant 13:S68, 1994

7. Morris RE, Huang X, Gregory CR, et al: Transplant Proc (accepted for publication)

8. Morris RE, Huang X, Cao W, et al: Transplant Proc 27:(this issue), 1995

9. Morris RE: Transplant Rev 6:39, 1992

10. Cao W, Mohacsi PJ, Pratt RE, et al: Transplantation (in press)

11. Gregory CR, Shorthouse R, Rowan R, et al: (in preparation)

12. Gregory CR, Huang X, Pratt RE, et al: (in press)

CORD078263

# EXHIBIT 67

**Immunologic Research**
Editor-in-Chief: J.M. Cruse, Jackson, Miss.

**Reprint**
Publisher: S. Karger AG, Basel
Printed in Switzerland

Immunol Res 1994;13:110–116

*John J. Siekierka*

Department of Molecular
Immunology, Immunobiology
Research Institute, Annandale,
N.J., USA

# Probing T-Cell Signal Transduction Pathways with the Immunosuppressive Drugs, FK-506 and Rapamycin

**Key Words**
Immunosuppression
Immunophilins
T-cell activation
Cell cycle

**Abstract**
In addition to their clinical utility in tissue transplantation the immunosuppressive agents FK-506 (Prograf) and rapamycin, have proven to be valuable tools for gaining insight into the biochemistry of T-cell activation. The findings that the protein phosphatase calcineurin and cell cycle control are key elements in T-cell activation and proliferation are the direct result of investigations into the mechanism of action of FK-506 and rapamycin and provide potentially novel therapeutic targets.

## Introduction

The immunosuppressive agents FK-506 (Prograf) and rapamycin represent a new generation of potent drugs to be used in the prevention of graft rejection during tissue transplantation [1, 2]. Numerous investigations into the molecular mechanisms of action of these therapeutic agents have not only led to a better understanding of the therapeutic potential of these agents, but also to the identification of novel signaling pathways in both lymphoid and nonlymphoid cells, which may be targeted for the development of novel agents useful in tissue transplantation, autoimmuni-

ty and inflammation. It is my objective in this brief review to highlight how studies into the mechanisms of action of FK-506 and rapamycin have led to the identification of previously unrecognized novel signaling components in T cells.

## Effects of FK-506 and Rapamycin on T-cell Proliferation: Cell Biology

FK-506, a natural product produced by *Streptomyces tsukubaensis* and first isolated by scientists at the Fujisawa Pharmaceutical Company [3, 4], is structurally related to rapamycin (fig. 1), which was isolated in the mid

Dr. John J. Siekierka
Department of Molecular Immunology
Immunology Research Institute
Route 22 East
Annandale, NJ 08801-0999 (USA)

© 1995
S. Karger AG, Basel
0257–277X/94/
0133–0110$8.00/0

CONFIDENTIAL

**FK 506**          **RAPAMYCIN**

Fig. 1. Structures of FK-506 (Prograf) and rapamycin.

1970s from *Streptomyces hygroscopicus* by scientists at Ayerst Research Laboratories [5, 6]. Both FK-506 and rapamycin are potent inhibitors of T-cell proliferation. Stimulation of resting T cells by antigens or mitogens triggers a complex series of events leading to cell-cycle entry ($G_0 \rightarrow G_1$) with production of IL-2 and expression of high affinity IL-2 receptors. Subsequent interaction of IL-2 with its high affinity receptor leads to progression through $G_1 \rightarrow S$ of the cell cycle. Once entering the S phase of the cell cycle, T cells are committed to enter mitosis. FK-506 (as well as cyclosporin A, CsA) has been shown to inhibit a critical T-cell activation event during the ($G_0 \rightarrow G_1$) phase of the cell cycle, leading to the inhibition of a limited set of early T-cell activation genes, i.e. IL-2, etc. [7, 8].

Rapamycin exerts its effects much later, during the $G_1 \rightarrow S$ phase of the cell cycle [9, 10] (fig. 2). Interestingly, FK-506 and rapa-

mycin act as reciprocal antagonists, with rapamycin effectively reversing the inhibition of T-cell activation by FK-506 and FK-506 preventing rapamycin inhibition of $G_1 \rightarrow S$ progression [9]. These early studies indicated that FK-506 and rapamycin interact with a common receptor, the outcome of which is cell cycle (e.g. $G_0 \rightarrow G_1$) vs. $G_1 \rightarrow S$) dependent.

### FK-506: Molecular Mechanism of Action

A key event in understanding the mechanisms of action of FK-506 was the identification and isolation of a major cellular binding protein for the drug [11–13]. The FK-506-binding protein (FKBP$_{12}$, the subscript refers to the molecular weight of the respective FK-506-binding protein in kilodaltons) is a member of a ubiquitous family of proteins, termed the immunophilins, which catalyze the *cis*-

CONFIDENTIAL

CRDS00713717

## FK-506 and Rapamycin: Potent Inhibitors of T-cell Activation & $G_1 \rightarrow S$ Progression



**Fig. 2.** FK-506 inhibits T-cell signaling responsible for IL-2 gene expression. Rapamycin inhibits IL-2 receptor (and other growth factor) signal transduction necessary for $G_1 \rightarrow S$ progression through the cell cycle.

*trans* isomerization of peptidyl-prolyl bonds (PPlase activity) in proteins and peptides [14]. Cyclophilin, a major intracellular IL binding protein for the immunosuppressive drug CsA is also a member of the immunophilin family and exhibits PPlase activity [14]. Both FK-506 and CsA are potent inhibitors of their respective binding proteins isomerase activity [12, 13, 15, 16], which led to the proposal that immunosuppression was a consequence of inhibition of PPlase activity. This turned out not to be the case, in that a number of FK-506 and CsA analogs, which potently inhibited PPlase activity, failed to exhibit immunosuppressive activity [17, 18]. The precise biological function(s) of PPlase activity in the cell is largely unknown. The notion that this activity plays a general role in protein folding within the cell is unlikely since disruption of cyclophilin and $FKBP_{12}$ in yeast did not compromise viability [19, 20]. However, PPlase activity may be important for the conformational regulation of certain biochemical processes. In a recent study, it has been shown that $FKBP_{12}$ is tightly associated with the muscle ryanodine receptor and may play an active role in modulating the activity of

this $Ca^{2+}$ channel through its PPlase activity [21]. Similarly, the *Drosophila* cyclophilin homolog, *ninaA*, has been implicated in either folding or transport of rhodopsin in photoreceptor cells through isomerization about a peptidyl-prolyl bond [22].

Two observations provided the first clues which ultimately led to an understanding of the mechanism of action of FK-506 (and CsA). First, studies examining the activation pathways inhibited by FK-506 (and CsA) revealed a strict correlation between inhibition and those signaling pathways which trigger an increase in intracellular $Ca^{2+}$ [23]. Second, by comparing the concentration of FK-506 required to inhibit T-cell activation and the intracellular concentration of $FKBP_{12}$, it can be determined that only a small fraction of the intracellular $FKBP_{12}$ pool needs to be complexed with FK-506 in order to achieve complete inhibition of IL-2 gene expression. Taken together, these observations led to the hypothesis that the FK-506·$FKBP_{12}$ complex binds to and inhibits a limiting component within T cells necessary for transducing a $Ca^{2+}$ dependent signal required for T-cell acti-

CONFIDENTIAL

CRDS00713718

vation. It was subsequently found that the FK-506·FKBP$_{12}$ (as well as CsA·cyclophilin) complex associates with the Ca$^{2+}$/calmodulin-dependent protein phosphatase, calcineurin [24, 25]. This interaction represents a 'gain in function' by FKBP (and cyclophilin) in that this protein is not normally associated with calcineurin in vivo. The interaction of the FK-506·FKBP complex with calcineurin exhibits an absolute requirement for calmodulin and is not dependent upon functional PPIase activity [26]. Rapamycin binds with high affinity to FKBP$_{12}$; however, the resulting complex fails to bind to calcineurin [25, 26]. Only FKBP$_{12}$ and FKBP$_{12.6}$, a recently described member of the FKBP family, appear to form a complex with FK-506 and calcineurin [26, 27].

The identification of calcineurin as the target for FK-506·FKBP (and CsA·cyclophilin) revealed that calcineurin phosphatase activity is essential for IL-2 gene expression. T-cell activation leads to the activation of a number of transcription factors involved in lymphokine gene expression. Of particular importance for IL-2 gene expression is the activation of the unique T-cell transcription factor, NF-AT [8]. Calcineurin is required for the dephosphorylation of a heterodimeric cytoplasmic component of NF-AT, NF-AT$_{c/p}$, and promotes the translocation of NF-AT$_{c/p}$ into the nucleus, whereupon it binds a nuclear component, NF-AT$_n$, [28]. The NF-AT complex binds to the NF-AT-enhancer region within the IL-2 promoter and drives IL-2 gene expression. In addition to the T-cell-specific NF-AT, calcineurin also appears to regulate the activity of the more ubiquitous transcription factors, NF-κB and Oct/OAP, which also bind to enhancer regions within the IL-2 promoter [29]. By inhibiting calcineurin phosphatase activity, FK-506 (and CsA) prevents the activation of a limited set of transcription factors required for the activation of the IL-2 promoter and therefore, IL-2 gene expression.

## Rapamycin: Mechanism of Action

Rapamycin is a potent inhibitor of IL-2-dependent T-cell progression through the G$_1$→S phase of the cell cycle [9, 10] (fig. 2). Rapamycin has also been shown to interfere with G$_1$→S progression in non-lymphoid cells, a potentially useful clinical property [30, 31]. Careful examination of the precise point of G$_1$ arrest by rapamycin in the IL-2-dependent T-cell line CTLL-2 places it at or very near the G$_1$/S boundary [32]. G$_1$→S cell cycle progression is controlled by several cyclins and cyclin-dependent protein kinases (cdks) [for a review see Sherr, 33]. Cyclins are expressed in a cell cycle-dependent manner and form specific complexes with their cognate cdks leading to their activation. In T cells, p34$^{cdc2}$·cyclin A plays an important role in regulating G$_1$ progression [32, 34], while entry into S phase is largely regulated by p33$^{cdk2}$·cyclin E (fig. 3). T cells treated with rapamycin exhibit a profound inhibition of cyclin A expression and p34$^{cdc2}$-cyclin-dependent histone H1 kinase activity [32, 35]. But cyclin E expression is only marginally affected by rapamycin; however, p33$^{cdk2}$·cyclin E-dependent histone H1 kinase activity is still inhibited [35]. These observations were the first to implicate p34$^{cdc2}$·cyclin A and p33$^{cdk2}$·cyclin E as targets of rapamycin. Similar observations have also been made in non-lymphoid cells [36].

Rapamycin has also been shown to inhibit IL-2 (as well as other growth factor)-induced activation of p70 S6 kinase [37, 38], a kinase activated by a variety of growth factors which phosphorylates the ribosomal protein S6. IL-2 induction of p70 S6 kinase activity is a rapid event, occurring within minutes; however, cell cycle arrest by rapamycin can be achieved as late as 12 h after IL-2 addition to IL-2-deprived T cells [32], suggesting a more distal site of action. The relationship of rapamycin

CONFIDENTIAL

CRDS00713719



**Fig. 3.** Schematic representation of the eukaryotic cell cycle. The asterisks indicate events affected by rapamycin.

inhibition of p70 S6 kinase activity to inhibition of $p34^{cdc2}$-cyclin A and $p33^{cdk2}$-cyclin E kinase activity is not known. A role for p70 S6 kinase activity in $G_1$ progression in mammalian cells has been reported [39]. Rapamycin has also been shown to be a potent inhibitor of *Saccharomyces cerevisiae* cell proliferation, arresting the growth of these cells in the $G_1$ phase of the cell cycle [40]. Yeast, however, lacks a protein kinase homologous to p70 S6 kinase and S6 phosphorylation appears not to be required for yeast cell cycle progression [41].

Rapamycin (alone or complexed to $FKBP_{12}$) appears not to interact directly with cyclins, cdks or p70 S6 kinase, but rather with a more proximal component. Recently, the rapamycin·$FKBP_{12}$ complex has been shown

to specifically interact with a protein, TOR1/TOR2 in yeast and RAFT1/FRAP in mammalian cells, which exhibits significant homology to phosphatidylinositol 3-kinase (PI3 kinase) [42–44]. PI3 kinase activation is coincident with the activation of several growth factor receptors, including the IL-2 receptor [45]; however, its role in cell cycle control is not completely understood. Interestingly, PI3 kinase has been implicated in platelet-derived growth factor receptor-mediated p70 S6 kinase activation [46]. If p70 S6 kinase activity is required for $G_1$ progression in mammalian cells, it may be possible that rapamycin, by binding to the RAFT/FRAP PI3 kinase homolog, inhibits p70 S6 kinase activity and subsequent $G_1$ events, e.g. cyclin gene expression and cdk·cyclin kinase activity.

CONFIDENTIAL

CRDS00713720

## Conclusions

Investigations into the mechanism of action of FK-506 (CsA) and rapamycin have not only shed light on their mechanisms of therapeutic action and toxicity, but have led to the discovery of novel signaling components and critical control elements previously unknown in T cells. As discussed above, studies with FK-506 have led to the identification of calcineurin as a critical component of T-cell signal transduc-tion and to NF-AT as a critical element of lymphokine gene expression. Likewise, studies with rapamycin have recently provided new insights into cell cycle control in both lymphoid and non-lymphoid cells and have led to the identification of a novel PI3 kinase homologue which may play a critical role in IL-2 receptor (and other cytokine receptor)-mediated signaling. These findings should lead to the development of more defined therapeutic targets for the manipulation of immune responsiveness.

### References

1  Proceedings of the 1st International Congress on FK-506. Transplant Proc 1991;23:2977–3308.

2  Morris RE: Rapamycins: Antifungal, antitumor, antiproliferative, and immunosuppressive macrolides. Transplant Rev 1992;6:39–87.

3  Kino T, Hatanaka H, Hashimoto M, Nishiyama M, Goto T, Okuhara M, Kohsaka M, Aoki H, Imanaka H: FK-506, a novel immunosuppressant isolated from a *Streptomyces*. I. Fermentation, isolation, and physico-chemical and biological characteristics. J Antibiot (Tokyo) 1987; 40:1249–1255.

4  Kino T, Hatanaka H, Miyata S, Inamura N, Nishiyama M, Yajima T, Goto T, Okuhara M, Kohsaka M, Aoki H, Ochiai T: FK-506, a novel immunosuppressant isolated from *Steptomyces*. II. Immunosuppressive effect of FK-506 in vitro. J Antibiot (Tokyo) 1987;40:1256–1265.

5  Vezina C, Kudelski A, Sehgal SN: Rapamycin (AY-22,989), a new antifungal antibiotic. I Taxonomy of the producing streptomycete and isolation of the active principle. J Antibiot (Tokyo) 1975;28:721–726.

6  Sehgal SN, Baker H, Vezina C: Rapamycin (AY-22,989), a new antifungal antibiotic. II. Fermentation, isolation and characterization. J Antibiot (Tokyo) 1975;28:727–732.

7  Tocci MJ, Matkovich DA, Collier KA, Kwok P, Dumont F, Lin S, Degudicibus S, Siekierka JJ, Chin J, Hutchinson NI: The immunosuppressant FK-506 selectively inhibits expression of early T-cell activation genes. J Immunol 1989;143:718–726.

8  Crabtree GR, Clipstone NA: Signal transmission between the plasma membrane and nucleus of T lymphocytes. Annu Rev Biochem 1994; 63:1045–1083.

9  Dumont FJ, Melino MR, Staruch MJ, Koprak SL, Fischer PA, Sigal NH: The immunosuppressive macrolides FK-506 and rapamycin act as reciprocal antagonists in murine T cells. J Immunol 1990;144:1418–1424.

10  Bierer BE, Mattila PS, Sandaert RF, Herzenberg LA, Burakoff SJ, Crabtree G, Schreiber SL: Two distinct signal transmission pathways in T lymphocytes are inhibited by complexes formed between an immunophilin and either FK-506 or rapamycin. Proc Natl Acad Sci USA 1990; 87:9231–9235.

11  Sierkierka JJ, Staruch MJ, Hung SH, Sigal NH: FK-506, a potent novel immunosuppressive agent, binds to a cytosolic protein which is distinct from the cyclosporin A-binding protein, cyclophilin. J Immunol 1989;143:1580–1583.

12  Siekierka JJ, Hung SH, Poe M, Lin CS, Sigal NH: A cytosolic binding protein for the immunosuppressant FK-506 has peptidyl-prolyl isomerase activity but is distinct from cyclophilin. Nature 1989;341:755–757.

13  Harding MW, Galat A, Uehling DE, Schreiber SL: A receptor for the immunosuppressant FK-506 is a *cis-trans* peptidyl-prolyl isomerase. Nature 1989;341:758–760.

14  Trandinh CH, Pao GM, Saier MH: Structural and evolutionary relationships among the immunophilins: Two ubiquitous families of peptidyl-prolyl *cis-trans* isomerase. FASEB J 1992;6:3410–3420.

15  Takahashi N, Hayano T, Suzuki M: Peptidyl-prolyl *cis-trans* isomerase is the cyclosporin A-binding protein cyclophilin. Nature 1989;37:473–475.

16  Fischer G, Wittmann LB, Lang K, Kiefhaber T, Schmid FX: Cyclophilin and peptidyl-prolyl *cis-trans* isomerase are probably identical proteins. Nature 1989;337:476–478.

17  Bierer BE, Somers PK, Wandless TJ, Burakoff SJ, Schreiber SL: Probing immunosuppressant action with a nonnatural immunophilin ligand. Science 1990;250:556–559.

18  Sigal NH, Dumont F, Durette P, Siekierka JJ, Peterson L, Rich DH, Dunlap BE, Staruch MJ, Melino MR, Koprak SL, Williams D, Witzel B, Pisano JM: Is cyclophilin involved in the immunosuppressive and nephrotoxic mechanism of action of cyclosporin A? J Exp Med 1991;173:619–628.

A824

115

CONFIDENTIAL

CRDS00713721

19 Tropschug M, Barthelmess I, Neupert W: Sensitivity to cyclosporin A is mediated by cyclophilin in *Neurospora crassa* and *Saccharomyces cerevisiae*. Nature 1989;342:953–955.

20 Wiederrecht G, Brizuela L, Elliston K, Sigal NH, Siekierka JJ: FKB1 encodes a nonessential FK-506-binding protein in *Saccharomyces cerevisiae* and contains regions suggesting homology to the cyclophilins. Proc Natl Acad Sci USA 1991; 88:1029–1033.

21 Timerman AP, Ogunbumni E, Freund E, Wiederrecht G, Marks AR, Fleischer S: The calcium release channel of sarcoplasmic reticulum is modulated by FK-506-binding protein. J Biol Chem 1993;268:22992–22999.

22 Stamnes MA, Shieh BH, Chuman L, Harris GL, Zuker CS: The cyclophilin homolog ninaA is a tissue-specific integral membrane protein required for the proper synthesis of a subset of *Drosophila* rhodopsins. Cell 1991; 65:219–272.

23 Lin CS, Boltz RC, Siekierka JJ, Sigal NH: FK-506 and cyclosporin-A inhibit highly similar signal transduction pathways in human T-lymphocytes. Cell Immunol 1991;133:269–284.

24 Friedman J, Weissman I: Two cytoplasmic candidates for immunophilin action are revealed by affinity for a new cyclophilin: One in the presence and one in the absence of Ca. Cell 1991;66:799–806.

25 Liu J, Farmer JD, Lane WS, Friedman J, Weissman I, Schreiber SL: Calcineurin is a common target of cyclophilin-cyclosporin A and FKBP-FK-506 complexes. Cell 1991;66:807–815.

26 Wiederrecht G, Hung S, Chan KH, Marcy A, Martin M, Calaycay J, Boulton D, Sigal N, Kincaid RL, Siekierka JJ: Characterization of high molecular weight FK-506 binding activities reveals a novel FK-506-binding protein as well as a protein complex. J Biol Chem 1992; 267:21753–21760.

27 Sewell TJ, Lam E, Martin MM, Leszyk J, Weidner J, Calaycay J, Griffin P, Williams H, Hung S, Cryan J, Sigal NH, Wiederrecht GJ: Inhibition of calcineurin by a novel FK-506-binding protein. J Biol Chem 1994;269:21094–21102.

28 McCaffrey PG, Perrino BA, Soderling TR, Rao A: NF-ATp, a T lymphocyte DNA-binding protein that is a target for calcineurin and immunosuppressive drugs. J Biol Chem 1993;268:3747–3752.

29 Wiederrecht G, Lam E, Hung S, Martin M, Sigal N: The mechanism of action of FK-506 and cyclosporin A. Ann NY Acad Sci 1994;696:9–19.

30 Akselband Y, Harding MW, Nelson PA: Rapamycin inhibits spontaneous and fibroblast growth factor-stimulated proliferation of endothelial cells and fibroblasts. Transplant Proc 1991;23:2833–2836.

31 Gregory CR, Huie P, Billingham ME, Morris RE: Rapamycin inhibits arterial intimal thickening caused by both alloimmune and mechanical injury. Transplant 1993;55:1409–1418.

32 Morice WG, Brunn GJ, Wiederrecht G, Siekierka JJ, Abraham RT: Rapamycin-induced inhibition of p34$^{cdc2}$ kinase activation is associated with $G_1$/S-phase growth arrest in T lymphocytes. J Biol Chem 1993; 268:3734–3738.

33 Sherr CJ: Mammalian $G_1$ cyclins. Cell 1993;73:159–165.

34 Furukawa Y, Piwnica-Worms H, Ernst TJ, Kanakura Y, Giffin JD: *cdc2* gene expression at the $G_1$ to S transition in human T lymphocytes. Science 1990;250:805–808.

35 Morice WG, Wiederrecht G, Brunn GJ, Siekierka JJ, Abraham RT: Rapamycin inhibition of interleukin-2-dependent p33$^{cdk2}$ and p34$^{cdc2}$ kinase activation in T lymphocytes. J Biol Chem 1993;268:22737–22745.

36 Albers MW, Williams RT, Brown EJ, Tanaka A, Hall FL, Schreiber SL: FKBP-rapamycin inhibits a cyclin-dependent kinase activity and a cyclin D1-cdk association in early $G_1$ of an osteosarcoma cell line. J Biol Chem 1993;268:22825–22829.

37 Kuo CJ, Chung J, Fiorentino DF, Flanagan WM, Blenis J, Crabtree GR: Rapamycin selectively inhibits interleukin-2 activation of p70 S6 kinase. Nature 1992;358:70–73.

38 Calvo V, Crews CM, Vik TA, Bierer B: Interleukin 2 stimulation of p70 S6 kinase activity is inhibited by the immunosuppressant rapamycin. Proc Natl Acat Sci USA 1992; 89:7571–7575.

39 Lane HA, Fernadex A, Lamb NJC, Thomas G: p70$^{s6k}$ function is essential for $G_1$ progression. Nature 1993; 363:170–172.

40 Heitman J, Movva NR, Hall MN: Targets for cell cycle arrest by the immunosuppressant rapamycin in yeast. Science 1991;253:905–909.

41 Johnson SP, Warner JR: Phosphorylation of the *Saccharomyces cerevisiae* equivalent of ribosomal protein S6 has no detectable effect of growth. Mol Cell Biol 1987;1338–1345.

42 Kunz J, Henriquez R, Schneider U, Deuter-Reinhard M, Movva NR, Hall MN: Target of rapamycin in yeast, TOR2, is an essential phosphatidylinositol kinase homolog required for $G_1$ progression. Cell 1993;73:585–596.

43 Brown EJ, Albers MW, Shin TB, Ichikawa K, Keith CT, Lane WS, Schreiber SL: A mammalian protein target by $G_1$ arresting rapamycin-receptor complex. Nature 1994;369: 756–758.

44 Sabatini DM, Erdjument-Bromage H, Lui M, Tempst P, Snyder SH: RAFT1: A mammalian protein that binds to FKBP$_{12}$ in a rapamycin-dependent fashion and is homologous to yeast TORs. Cell 1994;78: 35–43.

45 Augustine JA, Sutor SL, Abraham RT: Interleukin-2 and polyomavirus middle T antigen-induced modification of phosphatidylinositol 3-kinase activity in activated T lymphocytes. Mol Cell Biol 1991;11:4431–4440.

46 Chung J, Grammer TC, Lemon KP, Kazlauskas A, Blenis J: PDGF- and insulin-dependent pp70$^{s6k}$ activation mediated by phosphatidylinositol-3-OH kinase. Nature 1994; 370:71–75.

CONFIDENTIAL

CRDS00713722

# EXHIBIT 68

er            CISTI/ICIST NRC/CNRC            Transplantation
589          Main Ser                          1/Faxon    Stacks M-55
76           0041-1337
. 55         Received on: 07-13-93      ox
5. 6         Transplantation
ine
993

**on**®

ISSN 0041-1337 TRPLAU                    VOLUME 55 · NUMBER 6   **June 1993**



# Transplantation

## OFFICIAL JOURNAL OF THE TRANSPLANTATION SOCIETY

### Editors

J. R. BATCHELOR
*London, England*

PETER J. MORRIS
*Oxford, England*

DAVID STEINMULLER
*Gallatin Gateway, Montana*

KATHRYN J. WOOD
*Oxford, England*

ANTHONY P. MONACO
*Boston, Massachusetts*

MARY L. WOOD
*Boston, Massachusetts*

**EUROPEAN EDITORIAL OFFICE:**
*Nuffield Department of Surgery*
*University of Oxford*
*John Radcliffe Hospital*
*Headington, Oxford OX3 9DU, England*

**NORTH AMERICAN EDITORIAL OFFICE:**
*New England Deaconess Hospital*
*185 Pilgrim Road*
*Boston, Massachusetts 02215*

### Editorial Board

#### Class of 1994

A. ANDERSON, *Uppsala, Sweden*
N. L. ASCHER, *San Francisco, California*
W. M. BALDWIN, *Baltimore, Maryland*
F. O. BELZER, *Madison, Wisconsin*
W. E. BESCHORNER, *Baltimore, Maryland*
R. W. BUSUTTIL, *Los Angeles, California*
W. A. BUURMAN, *Maastricht, The Netherlands*
R. CALNE, *Cambridge, England*
J. CHAPMAN, *Westmead, Australia*
R. J. CORRY, *Iowa City, Iowa*
R. B. EPSTEIN, *Oklahoma City, Oklahoma*
R. B. ETTENGER, *Los Angeles, California*
J. FABRE, *East Grinstead, England*
J. L. M. FERRARA, *Boston, Massachusetts*
E. FIELD, *Iowa City, Iowa*
R. D. GINGRICH, *Iowa City, Iowa*
N. E. GOEKEN, *Iowa City, Iowa*

J. J. GOZZO, *Boston, Massachusetts*
C. GREEN, *Harrow, England*
B. M. HALL, *Liverpool, Australia*
C. HAMMER, *Munich, Germany*
P. HAYRY, *Helsinki, Finland*
T. HIGNEBOTTAM, *Cambridge, England*
J. HOWS, *London, England*
T. MANDEL, *Melbourne, Australia*
R. MARGREITER, *Innsbruck, Austria*
P. McMASTER, *Birmingham, England*
C. MILLER-GRAZIANO, *Worcester, Massachusetts*
T. MOHANAKUMAR, *St. Louis, Missouri*
E. MOLLER, *Stockholm, Sweden*
R. E. MORRIS, *Stanford, California*
D. J. NORMAN, *Portland, Oregon*
A. S. NOVICK, *Cleveland, Ohio*

D. PEGG, *Cambridge, England*
B. A. REITZ, *Stanford, California*
R. H. RUBIN, *Boston, Massachusetts*
W. SAMLOWSKI, *Salt Lake City, Utah*
F. SANFILIPPO, *Baltimore, Maryland*
B. W. SHAW, JR., *Omaha, Nebraska*
J. W. STREILEIN, *Miami, Florida*
A. SVEJGAARD, *Copenhagen, Denmark*
R. TAYLOR, *Newcastle-on-Tyne, England*
P. I. TERASAKI, *Los Angeles, California*
N. L. TILNEY, *Boston, Massachusetts*
J. L. TOURAINE, *Lyon, France*
J. D. TYLER, *Knoxville, Tennessee*
G. M. WILLIAMS, *Baltimore, Maryland*
M: YACOUB, *Harefield, England*

#### Class of 1995

H. AUCHINCLOSS, *Boston, Massachusetts*
C. F. BARKER, *Philadelphia, Pennsylvania*
P. BELL, *Leicester, England*
M. E. BILLINGHAM, *Stanford, California*
B. R. BLAZAR, *Minneapolis, Minnesota*
K. BLUME, *Stanford, California*
L. J. BURNS, *Minneapolis, Minnesota*
L. CHATENOUD, *Paris, France*
S. L. CHO, *Boston, Massachusetts*
F. CLAAS, *Leiden, The Netherlands*
G. M. COLLINS, *San Francisco, California*
D. V. CRAMER, *Los Angeles, California*
M. DALLMAN, *Oxford, England*
R. A. DAYNES, *Salt Lake City, Utah*
H. J. DEEG, *Seattle, Washington*
R. M. FERGUSON, *Columbus, Ohio*
O. J. FINN, *Pittsburgh, Pennsylvania*
J. D. FRELINGER, *Chapel Hill, North Carolina*
E. A. FRIEDMAN, *Brooklyn, New York*

S. FUGGLE, *Oxford, England*
M. R. GAROVOY, *San Francisco, California*
R. G. GILL, *Denver, Colorado*
T. J. GILL, *Pittsburgh, Pennsylvania*
E. GOULMY, *Leiden, The Netherlands*
D. GRAY, *Oxford, England*
R. D. GUTTMANN, *Montreal, Canada*
P. F. HALLORAN, *Edmonton, Canada*
W. HANCOCK, *Melbourne, Australia*
L. G. HUNSICKER, *Iowa City, Iowa*
S. T. ILDSTAD, *Pittsburgh, Pennsylvania*
P. JABLONSKI, *Melbourne, Australia*
N. JAMIESON, *Cambridge, England*
B. D. KAHAN, *Houston, Texas*
R. L. KIRKMAN, *Boston, Massachusetts*
R. A. KROM, *Rochester, Minnesota*
J. W. KUPIEC-WEGLINSKI, *Boston, Massachusetts*
R. LECHLER, *London, England*

A. NAJI, *Philadelphia, Pennsylvania*
G. NEILD, *London, England*
J. NEUBERGER, *Birmingham, England*
L. C. PAUL, *Calgary, Canada*
I. PENN, *Cincinnati, Ohio*
R. J. ROHRER, *Boston, Massachusetts*
D. ROOFEENIAN, *Bar Harbor, Maine*
J. R. SALAMAN, *Cardiff, Wales*
D. R. SALOMON, *Bethesda, Maryland*
R. L. SIMMONS, *Pittsburgh, Pennsylvania*
H. W. SOLLINGER, *Madison, Wisconsin*
J. P. SOULILLOU, *Nantes, France*
S. M. STRASBERG, *St. Louis, Missouri*
D. E. R. SUTHERLAND, *Minneapolis, Minnesota*
J. M. THOMAS, *Greenville, North Carolina*
P. J. TUTSCHKA, *Columbus, Ohio*
D. A. VALLERA, *Minneapolis, Minnesota*
J. WALLWORK, *Cambridge, England*

#### Class of 1996

J. C. BALDWIN, *New Haven, Connecticut*
W. A. BAUMGARTNER, *Baltimore, Maryland*
E. BELL, *Manchester, England*
A. G. BIRTCH, *Springfield, Illinois*
D. K. BISHOP, *Salt Lake City, Utah*
J. A. BLUESTONE, *Chicago, Illinois*
J. A. BRADLEY, *Glasgow, Scotland*
J. D. BRIGGS, *Glasgow, Scotland*
W. J. BURLINGHAM, *Madison, Wisconsin*
B. CHARPENTIER, *Paris, France*
A. B. COSIMI, *Boston, Massachusetts*
C. S. DAVID, *Rochester, Minnesota*
F. L. DELMONICO, *Boston, Massachusetts*
J. S. DUMMER, *Nashville, Tennessee*
R. J. DUQUESNOY, *Pittsburgh, Pennsylvania*
P. DYER, *Manchester, England*
S. M. FLECHNER, *Stanford, California*
M. W. FLYE, *St. Louis, Missouri*
P. FRIEND, *Cambridge, England*
R. E. GRESS, *Bethesda, Maryland*
D. W. HANTO, *Cincinnati, Ohio*

S. M. HAMMER, *Boston, Massachusetts*
M. A. HARDY, *New York, New York*
A. D. HESS, *Baltimore, Maryland*
S. HUNT, *Oxford, England*
R. F. L. JAMES, *Leicester, England*
M. JEANNET, *Geneva, Switzerland*
M. A. JUTILA, *Bozeman, Montana*
M. P. KAYE, *Minneapolis, Minnesota*
R. H. KERMAN, *Houston, Texas*
G. B. KLINTMALM, *Dallas, Texas*
S. KNIGHT, *London, England*
R. A. P. KOENE, *Nijmegen, The Netherlands*
G. KOOTSTRA, *Maastricht, The Netherlands*
J. B. KUPIEC, *Oxford, England*
W. S. LAPP, *Montreal, Canada*
P. LEAR, *Bristol, England*
R. LOWRY, *Atlanta, Georgia*
N. MALLICK, *Manchester, England*
D. MASON, *Oxford, England*
R. W. MELVOLD, *Chicago, Illinois*
J. MILLER, *Miami, Florida*

J. P. OKUNEWICK, *Pittsburgh, Pennsylvania*
C. G. OROSZ, *Columbus, Ohio*
J. L. PLATT, *Durham, North Carolina*
K. ROLLES, *London, England*
M. L. ROSE, *Harefield, England*
J. C. ROSENBERG, *Detroit, Michigan*
D. H. SACHS, *Boston, Massachusetts*
O. SALVATIERRA, *San Francisco, California*
J. C. SCORNIK, *Gainesville, Florida*
J. H. SOUTHARD, *Madison, Wisconsin*
T. E. STARZL, *Pittsburgh, Pennsylvania*
R. J. STRATTA, *Omaha, Nebraska*
R. STORB, *Seattle, Washington*
A. W. THOMSON, *Pittsburgh, Pennsylvania*
A. TING, *San Francisco, California*
G. B. VOGELSANG, *Baltimore, Maryland*
W. WARE, *Leuven, Belgium*
K. WELSH, *Oxford, England*
D. WHITE, *Cambridge, England*
R. F. M. WOOD, *London, England*

06/02/2009 06:47 FAX 615 952 8303   CISTI ICIST   @005/014

0041-1337/93/5506-1409$03.00/0
Transplantation
Copyright © 1993 by Williams & Wilkins

Vol. 55, 1409–1416, No. 6, June 1993
Printed in U.S.A.

# Transplantation®

## RAPID COMMUNICATION

# RAPAMYCIN INHIBITS ARTERIAL INTIMAL THICKENING CAUSED BY BOTH ALLOIMMUNE AND MECHANICAL INJURY

### Its Effect on Cellular, Growth Factor, and Cytokine Responses in Injured Vessels

Clare R. Gregory,[1,3] Philip Huie,[2] Margaret E. Billingham,[2] and Randall E. Morris[1,4]

Laboratory for Transplantation Immunology, Department of Cardiothoracic Surgery and Department of Pathology, Stanford University School of Medicine, Stanford 94305-5247; and Department of Surgery, School of Veterinary Medicine, University of California, Davis, California 95616-8745

The effect of rapamycin (RPM) on the extent of arterial intimal thickening was determined in rat recipients of orthotopic femoral artery allografts or in rats that had undergone balloon catheter injury to carotid arteries. In untreated rats, neointima comprised approximately 50% of the arterial wall area in both models. Although treatment of allograft recipients for 40 days with 1.5 mg/kg/day RPM was ineffective, a dose of 6 mg/kg/day RPM (days 0–7) followed by 3 mg/kg/day (days 8–39) reduced intimal thickening by 98% ($P<0.0001$). The higher RPM dose reduced T cell and macrophage infiltration significantly and decreased the expression of IL-2 receptor, class II Ag, and mRNAs for growth factors and cytokines. Treatment with 1.5 mg/kg/day RPM (days 0–13) after balloon-catheter injury reduced intimal thickening by 45% ($P=0.0254$) and substantially decreased macrophage infiltration and expression of class II Ag in the adventitia. Within the neointima, however, mRNAs for platelet-derived growth factor-α, basic fibroblast growth factor, and transforming growth factor-β were still expressed. In summary, we have shown that RPM inhibits not only the vascular response to injury caused by allograft rejection, but also the response to balloon catheter injury. This new information is important to our understanding of: (1) the fundamental processes responsible for intimal thickening regardless of the cause of vascular injury, (2) mechanisms of action of RPM that explain its effects on the response to very different types of vascular injury, and (3) the potentially diverse therapeutic applications of drugs, like RPM, that inhibit the actions of both immune and nonimmune cytokines and growth factors.

Although vascular narrowing produced by graft vascular disease is the major complication that limits long-term survival after heart transplantation, it also occurs in all other solid organ allografts (1). The migration and proliferation of smooth muscle cells and deposition of extracellular matrix accounts for much of the arterial intimal thickening in organ allografts, arterial isografts, and in coronary arteries after balloon angioplasty (2, 3–6). Inflammation and the release of cytokines and growth factors cause concentric luminal narrowing in all types of vascular injury (2, 7, 8). Although the specific events responsible for the accumulation of smooth muscle cells in injured vessels have not been identified, the common pathologic response to different types of injury is vascular repair leading to intimal thickening. In the present study, arterial injury was produced by two different methods: rejection of femoral arterial allografts (alloimmune injury) and balloon-catheter injury of carotid arteries (mechanical injury). The cellular responses and expression of mRNAs for cytokines and growth factors associated with these two types of injury were investigated and compared by histopathologic, immunocytochemical, and DNA oligoprobe in situ hybridization techniques.

We also investigated the efficacy of rapamycin (RPM*) for the prevention of intimal thickening after alloimmune and mechanical injury. RPM was chosen to suppress the response to alloimmune injury because it prolongs allograft survival in many species and prevents graft vascular disease in rat heart allografts more effectively than CsA (9). Although RPM inhibits lymphoid cell proliferation and other immune responses by unique, relatively selective, and highly effective mechanisms (10), its antiproliferative effects are not restricted solely to immune cells. Because RPM also inhibits the proliferation of hepatocytes, endothelial cells, fibroblasts, and smooth muscle cells stimulated by nonimmune growth factors (10–12), we evaluated the ability of RPM to suppress the response to mechanical injury. The effects of treatment with RPM on intimal thickening, cellular infiltration, and expression of mRNAs for growth factors and cytokines were assessed after both types of vascular injury.

## MATERIALS AND METHODS

Arterial intimal thickening was produced using a new model for alloimmune vascular injury in which femoral vessels from 250–300 g

---

[1] Laboratory for Transplantation Immunology in the Department of Cardiothoracic Surgery, Stanford University.

[2] Department of Pathology, Stanford University.

[3] Department of Surgery, School of Veterinary Medicine, University of California, Davis.

[4] Address correspondence to: Dr. Randall E. Morris, Laboratory for Transplantation Immunology, Department of Cardiothoracic Surgery and Department of Pathology, Stanford University School of Medicine, Stanford, CA 94305-5247.

* Abbreviations: bFGF, basic fibroblast growth factor; PDGFa, platelet-derived growth factor-α; RPM, rapamycin; TGFb, transforming growth factor-β.

1409

male Brown Norway (RT-1$^n$) rat donors were transplanted orthotopically to 250–300 g male Lewis (RT-1$^l$) rat recipients (n=5) (13; C. R. Gregory, R. E. Morris, in preparation). Orthotopic femoral artery transplantation was also performed between Lewis donors and Lewis recipients (n=5). Forty days after surgery, rats were euthanized and the allografts and isografts were excised, imbedded in optimal cutting temperature compound (Miles Inc., Elkhart IN), and immediately frozen in liquid nitrogen. All specimens were stored at −70°C. The microscopic changes in arterial allografts from untreated rats were compared to changes in isograft vessels and allografts from rats treated i.p. daily (days 1–41) with 1.5 mg/kg/day RPM (Wyeth-Ayerst Research, Princeton, NJ) suspended in 1% high-viscosity carboxymethylcellulose (n=5) or with 6 mg/kg/day RPM (days 0–7) and then 3 mg/kg/day (days 8–39) (n=5).

Intimal thickening was also produced by balloon-catheter (mechanical) injury to left carotid arteries of 400–500 g male Sprague-Dawley rats (14). Fourteen days after injury, the rats were euthanized and the injured left and noninjured control right carotid arteries were prepared and stored as described above. Microscopic changes in the arteries from untreated rats (n=5) were compared to arteries from rats treated i.p. with 1.5 mg/kg/day RPM from days 0–13 (n=5).

Arteries from all rats were examined using histopathologic, morphometric, immunocytochemical, and in situ hybridization (mRNA) techniques. Histopathology and morphometry were performed on 4-, 6-, 8-μm transverse sections taken from the central two-thirds of arterial allografts or isografts, and the central one-third of balloon-injured left or noninjured control right carotid arteries. All sections for histopathology and morphometry were stained with hematoxylin and eosin. Intimal cross-sectional areas were estimated by point counting (15). An eyepiece grid with 100 points (line intersections) was used, which covered the entire artery cross-section. The area of the grid in square millimeters was determined with a stage micrometer at the same magnification used for point counts. The number of points (P) lying over the intima or media were counted separately, and the areas of each were estimated by 0.01P × grid area. Intima per cent was defined as: area of intima (mm$^2$)/area of media + intima (mm$^2$) × 100. Groups were statistically compared using a two-tailed Student's $t$ test for two means.

Immunohistochemistry and in situ hybridization were performed on 6-μm, transverse cross-sections from the same regions sampled for histopathology and morphometry. Immunocytochemistry was performed by an indirect immunoperoxidase technique (16) using the following mAbs: pan T cell (α/β T cell receptor, R 7.3); T helper/granulocyte (W325); T cytotoxic/suppressor (OX 8); macrophage (ED 1, ED 2); class II (OX 6); IL-2R (OX 39); and human antismooth muscle actin (Bioproducts for Science, Indianapolis, IN). In situ hybridization was performed using 33-mer DNA probes with a newly developed biotin-avidin enzyme-linked detection system (P. Huie, C. R. Gregory, R. Shorthouse, R. E. Morris, R. K. Sibley, unpublished data). Growth factor and cytokine mRNAs assayed in test and control tissues were: platelet-derived growth factor-α (PDGFa), basic fibroblast growth factor (bFGF), transforming growth factor-β (TGFb), IL-2, IL-1, and INF-γ. Poly-T and an oligoprobe to EBV were used as positive and negative control probes, respectively. Normal and 40-day untreated allograft arteries were used as negative and positive control tissues. Hybridization solution alone, without labeled probe, was used to detect the presence of endogenous alkaline phosphatase. Each oligoprobe was hybridized to a complete set of experimental and control tissues on a single slide. This ensured that the hybridization, washing, and development steps were consistent, enabling reliable comparisons of mRNA expression to be made among different tissues. To ensure that the signal was specific for mRNA, positive control tissue was incubated in 10 mM Tris, 0.1 M KCl, 1 mM MgCl$_2$, at pH 7.6 buffer with and without 1.0 μg/μl RNase IIa or 200 U/ml RNase for 1 hr at room temperature before fixation. After fixation, the tissues were hybridized with labeled probe, developed, and checked for a lack of, or greatly diminished, signal when compared to untreated tissue. To ensure the specificity of the signal, hybridization solutions of labeled probe were incubated with 25–100× concentrations of unlabeled probe on positive

control tissue. Competitive inhibition was demonstrated by a lack of signal.

## RESULTS

Before describing the effects of treatment with RPM on arterial allografts and arteries injured by balloon catheterization, we will describe results of our analysis of injured arteries removed from untreated rats. Both allograft rejection and balloon-catheter injury produced arterial intimal thickening that comprised approximately 50% of the vascular area (Figs. 1 and 2). Intimal thickening comprised approximately 5% of the vascular area in the femoral artery isograft vessels (Figs. 1 and 2). The neointima, media, and adventitia of the allograft vessels contained many T cells without the predominance of either CD4 or CD8 cells (Fig. 3). There were few T cells present in the adventitia of the isografts. T cells were only occasionally found in the adventitia of balloon-injured arteries. In allograft vessels, macrophages were present in large numbers in the neointima, media, and adventitia (Fig. 3). In isograft vessels, macrophages were found in small numbers surrounding small vessels in the adventitia. In balloon-injured arteries, macrophages were present in small numbers in the adventitia; fewer cells were present in the media and neointima. IL-2R was expressed in the neointima and adventitia of the allograft vessels (Fig. 4), was minimally present in the adventitia of isograft vessels, and was not detected in balloon-injured vessels. Allograft vessels had marked class II expression in the neointima, media, and adventitia (Fig. 4); a few vessels from rats in the balloon-injured group had traces of intimal class II expression, and both isograft and balloon-injured vessels had moderate class II expression in the media and adventitia. In all groups, class II expression was found principally in the adventitia. In allograft vessels, approximately 50% of the intimal cells contained smooth muscle actin compared to greater than 95% of the neointima cells in the isograft and balloon-injured vessels (data not shown).

Allograft vessels from untreated rats had diffuse expression of mRNAs for PDGFa, bFGF, TGFb, IL-1, IL-2, and INF-γ in the neointima, media, and adventitia (Figs. 5 and 6). There was trace to moderate expression of these growth factors and cytokines in the adventitia of isograft vessels (data not shown). PDGFa, bFGF, and TGFb mRNAs were expressed in the neointima and adventitia of the balloon-injured vessels; IL-1 was expressed in the adventitia (Fig. 7).

Treatment with 1.5 mg/kg RPM did not measurably reduce intimal thickening (Fig. 2) or expression of IL-2R, class II Ag, growth factor, or cytokine mRNAs in arterial allografts. The dose of 1.5 mg/kg/day was initially selected because this dose prevented rejection of heterotopic cardiac allografts, Brown Norway rat donors (RT-1$^n$) to Lewis rat recipients (RT-1$^l$), in a previous study (9). Increasing the dose to 6 mg/kg RPM followed by 3 mg/kg did reduce intimal thickening by 96% (P<0.0001) and reduced the infiltration of T cells (both CD4 and CD8) and macrophages and the expression of IL-2R, class II Ag, and mRNAs for growth factors and cytokines (Figs. 2–6). The medial layers of these arteries were structurally intact and free of infiltration of T cells and macrophages. The neointima, when present, contained only smooth muscle cells. Treatment with 1.5 mg/kg RPM reduced intimal thickening by 45% (P=0.0245) 14 days after balloon-catheter injury (Fig. 2). There was no evidence of T cells, and the number of macrophages and expression of class II Ag were reduced compared to control

06/02/2009 09:47 FAX 619 692 5305          CTSI1 ICTSI                    ☒007/014

*June 1993*                          GREGORY ET AL.                                    1411



FIGURE 1. Hematoxylin and eosin stained cross-sections of: (A) rat femoral allograft (Brown Norway to Lewis) 40 days after transplantation, B) rat femoral isograft (Lewis to Lewis) 40 days after transplantation, C) rat left carotid artery 14 days after balloon-catheter injury, and D) uninjured rat right carotid artery (100×).



FIGURE 2. Percent intima ((area of intima (mm²)/area of media + intima (mm²) × 100)) of 5 rat carotid arteries 14 days after balloon catheter injury and 5 rat femoral allografts (Brown Norway to Lewis) or isografts (Lewis to Lewis) 40 days after orthotopic transplantation. RPM was administered starting the day of surgery and for 13 days after balloon catheter injury or 39–40 days after transplantation. * $P \leq 0.05$, Student's $t$ test (two-tailed) for two means.

vessels. Within the neointima area, mRNAs for PDGFa, bFGF, and TGFb were expressed (Fig. 7).

## DISCUSSION

Although allograft rejection and balloon angioplasty injure arteries by different mechanisms, arterial intimal thickening is the culmination of the responses to both forms of injury. In this study, rat peripheral arteries were injured either by rejection (alloimmune injury) after orthotopic femoral artery transplantation or by balloon-catheterization of carotid arteries (mechanical injury). To compare and contrast the responses to both types of injury in these models, we used immunohistochemical and in situ hybridization techniques to characterize cell populations and cytokine mRNA expression in vessel walls. Balloon-catheter injury is an acute, severe, and finite injury that produces substantial intimal thickening in 2 weeks. In contrast, allograft rejection is a progressive, continuous injury that requires over a month to produce the same degree of intimal thickening. When arteries were evaluated microscopically 2 weeks after balloon-catheter injury or 40 days after transplantation, there were similarities and differences. For example, macrophages, IL-1 mRNA, and class II Ags were present in the adventitia of all injured arteries regardless of the type of injury. The intima of all injured vessels contained mRNAs for growth factors (PDGFa, bFGF, TGFb). On the other hand, not only was there a greater variety of cell types and cytokine mRNAs in allografted arteries compared to balloon-injured arteries, but these cells and mRNAs were also

06/02/2009 08:46 FAX 615 352 8303    CISTI ICIST    Case 1:07-cv-00333-SLR    Document 281-1    Filed 09/23/09    Page 28 of 34    ☒0087014



FIGURE 3. Immunocytochemistry using an indirect immunoperoxidase technique performed on 6-μm frozen cross-sections of rat femoral allografts (Brown Norway to Lewis) 40 days after orthotopic transplantation (400×). The left column displays sections from an untreated rat. The right column displays sections from a rat treated with RPM (6 mg/kg/day, days 0–7, and then 3 mg/kg/day, days 8–39). mABs employed were: panT = T cells (α/β T cell receptor, R 7.3); CD4 = T helper/granulocyte (W325); CD8 = T cytotoxic/suppressor (OX 8); and Mφ = macrophage (ED 1).

FIGURE 4. Immunocytochemistry using an indirect immunoperoxidase technique performed on 6-μm frozen cross-sections of rat femoral allografts (Brown Norway to Lewis) 40 days after orthotopic transplantation (400×). The left column displays sections from an untreated rat. The right column displays sections from a rat treated with RPM (6 mg/kg/day, days 0–7, and then 3 mg/kg/day, days 8–39). mABs employed were: IL-2R = IL-2 receptor (OX 39) and II = class II surface Ag (OX 6).

more widely distributed throughout the segments of the vessel wall. Vessel allografts contained T cells and macrophages in large numbers in the adventitia, media, and intima. Although IL-2R expression was limited to the adventitia and intima of allograft vessels, class II Ags and mRNAs for growth factors were expressed in all vessel layers. Similarly, cytokine (IL-1, -2, INF-γ) mRNAs were detected in all layers of allograft vessels.

Our findings, combined with data from other studies, suggest mechanisms that are responsible for intimal thickening after allograft rejection or balloon-catheter injury. Growth factors appear to be responsible for the regulation of vascular smooth muscle migration and proliferation after injury (2, 17–19). The media and developing neointima of arteries injured by immune and nonimmune processes contain mRNAs for PDGFa, bFGF, and TGFb, and PDGFa appears to play an important role in the response to injury caused by rejection and balloon-catheterization (20). This growth factor is produced by many cell types, including arterial endothelial cells, activated monocytes and macrophages, smooth muscle cells, and stimulated fibroblasts; it is both a mitogen and chemoattractant for smooth muscle cells. The relevance of PDGFa to the two forms of injury used in our study is reinforced by the following findings: (1) administration of exogenous PDGFa increases intimal thickening after balloon-catheter injury (21), and (2) T cells induce the secretion of a PDGF-like protein from endothelial cells (22).

bFGF and TGFb may also affect the responses to arterial injury caused by rejection and balloon-catheterization. For example, bFGF is stored locally in the subendothelial extracellular matrix and is released by plasmin or heparinase from these sites immediately after acute injury (23). bFGF is also produced by platelets and macrophages and is a potent mitogen for smooth muscle and endothelial cells (20). Prolonged administration of bFGF increases arterial neointima thickening after balloon-catheter injury (18). The effects of TGFb are complex, because in vitro it inhibits and stimulates smooth muscle cell proliferation and affects the deposition and composition of extracellular matrix; its primary effects in vivo are not clear (20, 24).

Because IL-1 is a cytokine associated with inflammation and produced by macrophages, it was not surprising that we found that it was the only cytokine for which mRNA was detected in arteries injured by both rejection and balloon-catheterization. IL-1 may contribute to an artery's response to injury by: (1) being a mitogen for smooth muscle cells, (2) stimulating secretion of PDGFa from smooth muscle cells, (3) being chemotactic for macrophages and inducing PG production by these cells, and (4) promoting fibroblast growth (25, 26).

IL-2 and INF-γ are primarily associated with cellular immune responses (25, 27) and were detected only in allografted arteries. The major function of IL-2 is to act as a growth factor for T cells, but it also enhances the biosynthesis of other T



FIGURE 5. Expression of mRNA for PDGFa, bFGF, and TGFb in 6-μm frozen cross-sections of rat femoral allografts (Brown Norway to Lewis) 40 days after orthotopic transplantation (400×). The left column displays sections from an untreated rat. The right column displays sections from a rat treated with RPM (6 mg/kg/day, days 0–7, and then 3 mg/kg/day, days 8–39). In situ hybridization for mRNA was performed using 30-mer DNA oligoprobes with a biotin-avidin enzyme-linked detection system (P. Huie, C. R. Gregory, R. Shorthouse, R. E. Morris, R. K. Sibley, unpublished data). Oligoprobes employed were: Poly T = positive control probe to the poly A tail of mRNA; EBV = negative control probe to human EBV mRNA; PDGF = PDGFa; FGF = bFGF; TGF = TBFb.

CORD115893



FIGURE 6. Expression of mRNA for IL-2, IL-1, and INF-γ in 6-μm frozen cross-sections of rat femoral allografts (Brown Norway to Lewis) 40 days after orthotopic transplantation (400×). The left column displays sections from an untreated rat. The right column displays sections from a rat treated with RPM (6 mg/kg/day, days 0–7, and then 3 mg/kg/day, days 8–39). In situ hybridization for mRNA was performed using 30-mer DNA oligoprobes with a biotin-avidin enzyme-linked detection system (Huie et al., unpublished data). Oligoprobes employed were IL-2, IL-1, and INF-γ.

cell-derived lymphokines. The direct effects of IL-2 on smooth muscle proliferation are unknown. The presence of INF-γ in rejected allograft arteries in our study may account for the extensive expression of class II Ag, because others have shown that this cytokine increases class II Ag on smooth muscle cells (27). INF-γ, in the absence of growth factors, also inhibits smooth muscle cell proliferation; intimal thickening after balloon-catheterization has been reduced by 50% after administration of this cytokine (28).

RPM is an unusual molecule because in vitro experiments have shown that it interferes with signal transduction subsequent to the interaction between cytokines and growth factors with their cell surface receptors. The inhibition of the action of ILs may account for some of the immunosuppressive effects of RPM in vivo (29). We reasoned that the pharmacologic profile of RPM might not be restricted to suppression of

immune cell function, because RPM also inhibits the actions of growth factors (epidermal growth factor, hepatocyte growth factor) that do not affect immune cells (11, 12). We have also found that RPM blocks bFGF-induced smooth muscle proliferation in vitro as well as protein, but not RNA synthesis in these cells after stimulation with angiotensin II (30, 31). Although RPM does not block the synthesis of immune cytokines directly, inhibition of paracrine cytokine effects could indirectly block additional cytokine and growth factor production.

We decided to evaluate the effects of RPM on arterial allograft rejection and on the response to arterial balloon-catheter injury for two reasons: (1) RPM appears to act by inhibiting cytokine and growth factor action, and (2) it is believed that both rejection and the response to balloon-catheter injury depends on the actions of cytokines and growth factors. Although we have previously shown that daily treatment of Lewis recip-



FIGURE 7. Expression of mRNA for PDGFs, bFGF, and TGFb in 6-μm frozen cross-sections of rat left carotid arteries 14 days after balloon catheter injury (400×). The left column displays sections from an untreated rat. The right column displays sections from a rat treated with RPM (1.5 mg/kg/day, days 0–13). In situ hybridization for mRNA was performed using 30-mer DNA oligoprobes with a biotin-avidin enzyme-linked detection system (Hsia et al., unpublished data). Oligoprobes employed were: Poly T = positive control probe to the poly A tail of mRNA; EBV = negative control probe to human EBV mRNA; PDGF = PDGFs; FGF = bFGF; TGF = TGFb.

CORD1156835

ients of Brown Norway heart allografts with 1.5 mg/kg RPM prevents intimal thickening in graft coronary arteries 50 days after transplantation (9), this dose did not inhibit the rejection of femoral arterial allografts 40 days after transplantation. This dose may have suppressed rejection less effectively in isolated arterial allografts compared to whole heart allografts for the following reasons: (1) arterial grafts are more immunogenic than heart grafts, (2) arterial grafts fail to shed donor cells or Ags that could down-modulate the recipient immune system, or (3) tissue levels of RPM are lower in arterial grafts. Higher doses of RPM did prevent arterial allograft rejection; in these allograft vessels, there was a good correlation between the paucity of immune cells, cytokine, and growth factor mRNAs and lack of intimal proliferation. In this model, it is most likely that the primary effect of RPM treatment was to inhibit lymphoid cell infiltration into the graft. As a result, smooth muscle cell destruction was prevented and the synthesis and release of cytokines and growth factors that cause intimal thickening was blocked.

Most interesting was the ability of RPM treatment to inhibit intimal proliferation in carotid arteries 14 days after balloon-catheter injury (Fig. 2). This effect cannot be attributed to the immunosuppressive effects of RPM because alloantigen-mediated T cell activation is not responsible for intimal thickening in this model. Therefore, after balloon-catheter injury, RPM may have inhibited intimal proliferation by interfering with growth factor and cytokine actions that attract and activate macrophages and cause smooth muscle cells to migrate and proliferate. In these vessels, mRNAs for growth factors and cytokines were expressed extensively, yet intimal thickening was less than in injured vessels from untreated rats. We are investigating different RPM doses and treatment schedules in an attempt to inhibit intimal thickening after balloon-catheter injury more effectively.

The intimal thickening we observed in femoral arterial isografts in untreated rats is another example of nonimmune-mediated injury; the minimal extent of intimal thickening in these vessels was most likely a response to the injury caused by ischemia and trauma during transplantation. Therefore, although the intimal thickening in rejecting allograft vessels is primarily the result of immune-mediated injury, nonimmune injury probably also plays a role. Because intimal thickening in allograft vessels from rats treated with the highest doses of RPM was less than the intimal thickening in isograft vessels from untreated rats (Fig. 2), these findings suggest that RPM suppressed the response to both forms of injury in allograft vessels.

RPM is the first member of a new class of drugs that inhibit both immune and nonimmune growth factors. As a result, RPM is both an immunosuppressant and a drug that can be used in nonimmunological diseases to treat the pathological consequences of growth factor or cytokine actions. Because the response to arterial injury appears to involve many different growth factors with redundant actions, RPM and drugs in its class may be preferable to other therapeutic strategies that are limited to the inhibition of a single cytokine or growth factor.

Acknowledgments. The authors would like to acknowledge the efforts of Dr. Jian Wang and Randi Shorthouse in the Department of Cardiothoracic Surgery for performing surgical procedures and for assistance with histopathology, and Reed Rowan in the Department of Pathology for performing the morphometry.

## REFERENCES

1. Miller LW. Allograft vascular disease: a disease not limited to hearts. J Heart Lung Transplant 1992; 11: S32.
2. Gordon D. Growth factors and cell proliferation in human transplant arteriosclerosis. J Heart Lung Transplant 1992; 11: S7.
3. Billingham ME. Histopathology of graft coronary disease. J Heart Lung Transplant 1992; 11: S38.
4. Ip JH, Fuster V, Badimon L, Badimon J, Taubman MB, Chesebro JH. Syndromes of accelerated atherosclerosis: role of vascular injury and smooth muscle cell proliferation. J Am Coll Cardiol 1990; 15: 1667.
5. Liu MW, Roubin GS, King SB. Restenosis after coronary angioplasty: potential biologic determinants and role of intimal hyperplasia. Circulation 1989; 79: 1374.
6. Painter TA. Myointimal hyperplasia: pathogenesis and implications. 1. In vitro characteristics. Artif Organs 1991; 15: 42.
7. Foegh ML. Chronic rejection—graft arteriosclerosis. Transplant Proc 1990; 22: 119.
8. Hansson GK, Jonasson L, Seifert PS, Stemme S. Immune mechanisms in atherosclerosis. Arteriosclerosis 1989; 9: 567.
9. Meiser BM, Billingham ME, Morris RE. Graft vessel disease: the role of rejection and the effect of cyclosporine, FK506, and rapamycin. Lancet 1991; 338: 1297.
10. Morris RE. Rapamycins: antifungal, antitumor, antiproliferative, and immunosuppressive macrolides. Transplant Rev 1992; 6: 39.
11. Akselband Y, Harding MW, Nelson PA. Rapamycin inhibits spontaneous and fibroblast growth factor beta-stimulated proliferation of endothelial cells and fibroblasts. Transplant Proc 1991; 23: 2833.
12. Francavilla A, Starzl TE, Carr B, et al. The effects of FK506, cyclosporine, and rapamycin on liver growth in vitro and in vivo. Transplant Proc 1991; 23: 2817.
13. Schmitz-Rixen T, Megerman J, Colvin RB, Williams AM, Abbott WM. Immunosuppressive treatment of aortic allografts. J Vasc Surg 1988; 7: 82.
14. Clowes AW, Clowes MM, Reidy MA. Kinetics of cellular proliferation after arterial injury. III. Endothelial and smooth muscle cell growth in chronically denuded vessels. Lab Invest 1986; 54: 295.
15. Aherne WA, Dunnill MS. Morphometry. London: Edward Arnold, 1982.
16. Stites DP, Channing RP. Clinical laboratory methods for detection of antigens and antibodies. In: Stites DP, Stobo JD, Wells JV, eds. Basic and clinical immunology. Los Altos, CA: Appleton and Lange, 1987: 241.
17. Ross R. Growth factors in the pathogenesis of atherosclerosis. Acta Med Scand 1989; 715: 33.
18. Lindner V, Lappi DA, Baird A, Majack RA, Reidy MA. Role of basic fibroblast growth factor in vascular lesion formation. Circ Res 1991; 64: 106.
19. Majesky MW, Lindner V, Twardzik DR, Schwartz SM, Reidy MA. Production of transforming growth factor $B_1$ during repair of arterial injury. J Clin Invest 1991; 88: 904.
20. Casscells W. Smooth muscle cell growth factors. Prog Growth Fac Res 1991; 3: 177.
21. Ohnishi H, Yamaguchi K, Shimada S et al. An evidence for "response to injury" hypothesis. Life Sci 1982; 31: 2595.
22. Shaddy RE, Hansen JC, Cowley CG. Effects of T cells on platelet-derived growth factor-like protein secretion from endothelial cells. J Heart Lung Transplant 1992; 11: 48.
23. Voldavsky I, Fuks Z, Ishai-Michaeli R, et al. Extracellular matrix-resident basic fibroblast growth factor; implication for the control of angiogenesis. J Cell Biochem 1991; 45: 167.
24. Sporn MB, Roberts AB. TGF-B; problems and prospects. Cell Regul 1990; 1: 875.
25. Schreiber RD. Cytokines: structure, function, and role in immune response amplification. In: Schwartz BD, ed. Immunology. Kal-

06/02/2009 08:32 FAX 617 635 9303    CIRM BIOLAB    @014/014

1418            TRANSPLANTATION           Vol. 55, No. 6

amazoo, MI: Upjohn, 1991: 81.

26. Ikeda U, Ikeda M, Oohara T, Kano S, Yaginuma T. Mitogenic action of interleukin-1a on vascular smooth muscle cells me- diated by PGDF. Atherosclerosis 1990; 84: 183.

27. Hansson GK, Jonasson L, Holm J, Clowes MM, Clowes AW. γ-interferon regulates vascular smooth muscle proliferation and Ia antigen expression in vivo and in vitro. Circ Res 1988; 63: 712.

28. Hansson GK, Holm J. Interferon-γ inhibits arterial stenosis after injury. Circulation 1991; 84: 1266.

29. Sigal NG and Dumont FJ. Cyclosporin A, FK-506 and rapamycin: pharmacologic probes of lymphocyte signal transduction. Annu

Rev Immunol 1992; 10: 519.

30. Gregory CR, Morris RE, Pratt RE, et al. Use of antiproliferative agents for the treatment of occlusive vascular disease. FASEB J 1992; 6: A940.

31. Gregory CR, Morris R, Pratt R, et al. The use of new antiprolif- erative immunosuppressants is a novel and highly effective strat- egy for the prevention of vascular occlusive disease. J Heart Lung Transplant 1992; 11: A197.

Received 3 November 1992.
Accepted 27 January 1993.

---

0041-1337/93/5506-1418$03.00/0
TRANSPLANTATION
Copyright © 1993 by Williams & Wilkins

Vol. 55, 1418–1421, No. 6, June 1993
Printed in U.S.A.

# XENOTRANSPLANTATION: BABOONS AS POTENTIAL LIVER DONORS?

## SCIENTIFIC AND ETHICAL ISSUES

LAURENCE CHICHE[1,3] RENÉ ADAM[1], SOPHIE CAILLAT-ZUCMAN,[2] DENIS CASTAING,[1] JEAN FRANÇOIS BACH[2], AND HENRI BISMUTH[1]

*Groupe de Recherche de Chirurgie Hépatique, Hopital Paul Brousse, UER Kremlin Bicêtre, 94300 Villejuif, France; and INSERM 25, Hopital Necker, Paris, France*

The dramatic development of liver transplantation compared to a relative shortage of donors has brought a renewed interest to xenotransplantation. Because of an- atomical and immunological compatibilities, nonhuman primates are the most appropriate donors. The aim of this work was to analyze the different problems of a baboon-to-man liver xenotransplantation. Thirty ba- boons bred in a French Primatology Center were stud- ied. The analysis of anatomical, microbiological, and immunological data showed that only 8 baboons out of 30 were suitable as donors for xenotransplantation. Considering these data and the ethical issues, the actual feasibility of xenotransplantation programs is dis- cussed.

During the 1960s and the 1970s, several xenotransplantations (XT[*]) were performed in humans using chimpanzees or ba- boons as donors (1–7). Even if some xenogenic grafts had relatively long and promising survival, like some of the chim- panzee kidneys in Reemtsa's experience or the baboon heart in Bailey's case (8), the outcome of xenotransplants was con- stantly poor. Recent developments in surgical techniques and advances in immunology, with a resultant shortage of donor organs, have brought a renewed perspective and interest to XT,

which was tremendously enhanced by the recent case of Starzl, who transplanted a baboon liver into a man (9).

The purpose of this work was to study the suitability and the validity of inbred baboons from a French primatology center as potential liver donors. The question was to determine, out of this population of available animals, how many were actually suitable for transplantation. As a matter of fact, because chim- panzees, which are the most appropriate animal for xeno- transplantation in man, can no longer be used for this purpose, baboons, which are easily bred in captivity, are currently the available animals most closely related to man.

## MATERIALS AND METHODS

There are several mandatory requirements for animals to be suitable as potential donors. These include easy animal procurement, a very close anatomical and immunological concordance with man, a low risk of infectious diseases, and ethical approval.

### Scientific Data

Thirty baboons, *Papio cynocephalus* and *Papio anubis*, born and bred in the primatology Center of Villejuif, France, have been investigated. Those animals were, for the majority, bred from baboons both in the same center. There were 12 males and 18 females with an age range from 8 to 30 years. The mean weight of the males was 24 kg (20–29 kg), and that of the females was 15 kg (10–21 kg).

During the period of this work, 2 old baboons died and their livers were studied for anatomy.

Because the purpose was to select potential donors, a first "clinical selection" was done, excluding too small animals or baboons with a

[1] Groupe de Recherche de Chirurgie Hépatique.
[2] INSERM.
[3] Address correspondence to: L. Chiche, Hopital Paul Brousse, 12 Ave P.V. Couturier, 92804 Villejuif Cedex, France.
[*] Abbreviation: XT, xenotransplantation.