# EXHIBIT 70

## FOURTH EDITION

# MOLECULAR CELL BIOLOGY

Lodish

Berk

Zipursky

Matsudaira

Baltimore

Darnell



**Media Connected**

EXECUTIVE EDITOR: Sara Tenney

DEVELOPMENT EDITORS: Katherine Ahr, Ruth Steyn, Kay Ueno

EDITORIAL ASSISTANT: Jessica Olshen

EXECUTIVE MARKETING MANAGER: John A. Britch

PROJECT EDITOR: Katherine Ahr

TEXT AND COVER DESIGNER: Victoria Tomaselli

PAGE MAKEUP: Michael Mendelsohn, Design 2000, Inc.

COVER ILLUSTRATION: Kenneth Eward

ILLUSTRATION COORDINATOR: John Smith, Network Graphics; Tamara Goldman, Bill Page

ILLUSTRATIONS: Network Graphics

PHOTO RESEARCHER: Jennifer MacMillan

PRODUCTION COORDINATOR: Paul W. Rohloff

MEDIA AND SUPPLEMENTS EDITORS: Tanya Awabdy, Adrie Kornasiewicz, Debra Siegel

MEDIA DEVELOPERS: Sumanas, Inc.

COMPOSITION: York Graphics Services, Inc.

MANUFACTURING: Von Hoffman Press

Library of Congress Cataloging-in-Publication Data

Molecular cell biology / Harvey Lodish p [et al.] – 4th ed.
  p.   cm.
  Includes bibliographical references.
  ISBN 0-7167-3136-3
  1. Cytology.  2. Molecular biology.  I. Lodish, Harvey F.
QH581.2.M655    1999
571.6–dc21                                          99-30831
                                                      CIP

© 1986, 1990, 1995, 2000 by W. H. Freeman and Company. All rights reserved.

No part of this book may be reproduced by any mechanical, photographic, or
electronic process, or in the form of a phonographic recording, nor may it be
stored in a retrieval system, transmitted, or otherwise copied for public or private
use, without written permission from the publisher.

Printed in the United States of America

W. H. Freeman and Company
41 Madison Avenue, New York, New York 10010
Houndsmills, Basingstoke  RG21 6XS, England

Second printing, 2000

A889

# Contents in Brief

## PART I    Laying the Groundwork

1    The Dynamic Cell   1

2    Chemical Foundations   14

3    Protein Structure and Function   50

4    Nucleic Acids, the Genetic Code, and the Synthesis of Macromolecules   100

5    Biomembranes and the Subcellular Organization of Eukaryotic Cells   138

6    Manipulating Cells and Viruses in Culture   180

7    Recombinant DNA and Genomics   207

8    Genetic Analysis in Cell Biology   254


## PART II    Nuclear Control of Cellular Activity

9    Molecular Structure of Genes and Chromosomes   294

10    Regulation of Transcription Initiation   341

11    RNA Processing, Nuclear Transport, and Post-Transcriptional Control   404

12    DNA Replication, Repair, and Recombination   453

13    Regulation of the Eukaryotic Cell Cycle   495

14    Gene Control in Development   537


## PART III    Building and Fueling the Cell

15    Transport across Cell Membranes   578

16    Cellular Energetics: Glycolysis, Aerobic Oxidation, and Photosynthesis   616

17    Protein Sorting: Organelle Biogenesis and Protein Secretion   675

18    Cell Motility and Shape I: Microfilaments   751

19    Cell Motility and Shape II: Microtubules and Intermediate Filaments   795


## PART IV    Cell Interactions

20    Cell-to-Cell Signaling: Hormones and Receptors   848

21    Nerve Cells   911

22    Integrating Cells into Tissues   968

23    Cell Interactions in Development   1003

24    Cancer   1054

A890

# Contents

Chapter-Opening Illustrations   xxxvii

## PART I: Laying the Groundwork

## 1   The Dynamic Cell

1.1 Evolution: At the Core of Molecular Change   3

1.2 The Molecules of Life   3

1.3 The Architecture of Cells   5

Cells Are Surrounded by Water-Impermeable Membranes   5

Membranes Serve Functions Other Than Segregation   6

Prokaryotes Comprise a Single Membrane-Limited Compartment   7

Eukaryotic Cells Contain Many Organelles and a Complex Cytoskeleton   7

Cellular DNA Is Packaged within Chromosomes   8

1.4 The Life Cycle of Cells   9

The Cell Cycle Follows a Regular Timing Mechanism   9

Mitosis Apportions the Duplicated Chromosomes Equally to Daughter Cells   10

Cell Differentiation Creates New Types of Cells   10

Cells Die by Suicide   10

1.5 Cells into Tissues   11

Multicellularity Requires Extracellular Glues   11

Tissues Are Organized into Organs   11

Body Plan and Rudimentary Tissues Form Early in Embryonic Development   12

1.6 Molecular Cell Biology: An Integrated View of Cells at Work   13

MEDIA CONNECTIONS

Overview: Life Cycle of a Cell

## 2   Chemical Foundations

2.1 Covalent Bonds   15

Each Atom Can Make a Defined Number of Covalent Bonds   16

The Making or Breaking of Covalent Bonds Involves Large Energy Changes   17

Covalent Bonds Have Characteristic Geometries   17

Electrons Are Shared Unequally in Polar Covalent Bonds   18

Asymmetric Carbon Atoms Are Present in Most Biological Molecules   19

$\alpha$ and $\beta$ Glycosidic Bonds Link Monosaccharides   21

2.2 Noncovalent Bonds   22

The Hydrogen Bond Underlies Water's Chemical and Biological Properties   22

Ionic Interactions Are Attractions between Oppositely Charged Ions   23

Van der Waals Interactions Are Caused by Transient Dipoles   24

Hydrophobic Bonds Cause Nonpolar Molecules to Adhere to One Another   25

Multiple Noncovalent Bonds Can Confer Binding Specificity   26

Phospholipids Are Amphipathic Molecules   26

The Phospholipid Bilayer Forms the Basic Structure of All Biomembranes   27

2.3 Chemical Equilibrium   29

Equilibrium Constants Reflect the Extent of a Chemical Reaction   29

The Concentration of Complexes Can Be Estimated from Equilibrium Constants for Binding Reactions   31

Biological Fluids Have Characteristic pH Values   31

Hydrogen Ions Are Released by Acids and Taken Up by Bases   32

The Henderson-Hasselbalch Equation Relates pH and $K_{eq}$ of an Acid-Base System   33

Buffers Maintain the pH of Intracellular and Extracellular Fluids   33

2.4 Biochemical Energetics   35

Living Systems Use Various Forms of Energy, Which Are Interconvertible   35

The Change in Free Energy $\Delta G$ Determines the Direction of a Chemical Reaction   36

The $\Delta G$ of a Reaction Depends on Changes in Enthalpy (Bond Energy) and Entropy   36

Several Parameters Affect the $\Delta G$ of a Reaction   37

The $\Delta G^{\circ\prime}$ of a Reaction Can Be Calculated from Its $K_{eq}$   38

Cells Must Expend Energy to Generate Concentration Gradients   39

Many Cellular Processes Involve Oxidation-Reduction Reactions   39

An Unfavorable Chemical Reaction Can Proceed If It Is Coupled with an Energetically Favorable Reaction   41

Hydrolysis of Phosphoanhydride Bonds in ATP Releases Substantial Free Energy   41

ATP Is Used to Fuel Many Cellular Processes   43

2.5 Activation Energy and Reaction Rate   45
   Chemical Reactions Proceed through High-Energy
     Transition States   45
   Enzymes Accelerate Biochemical Reactions by Reducing
     Transition-State Free Energy   47

**MEDIA CONNECTIONS**
   Overview: Biological Energy Interconversions

## 3   Protein Structure and Function

3.1 Hierarchical Structure of Proteins   51
   The Amino Acids Composing Proteins Differ Only in
     Their Side Chains   51
   Peptide Bonds Connect Amino Acids into Linear
     Chains   53
   Four Levels of Structure Determine the Shape of
     Proteins   54
   Graphic Representations of Proteins Highlight Different
     Features   54
   Secondary Structures Are Crucial Elements of Protein
     Architecture   56
   Motifs Are Regular Combinations of Secondary
     Structures   58
   Structural and Functional Domains Are Modules of
     Tertiary Structure   60
   Sequence Homology Suggests Functional and Evolutionary
     Relationships between Proteins   60

3.2 Folding, Modification, and Degradation of
   Proteins   62
   The Information for Protein Folding Is Encoded in the
     Sequence   63
   Folding of Proteins in Vivo Is Promoted by
     Chaperones   63
   Chemical Modifications and Processing Alter the
     Biological Activity of Proteins   64
   Cells Degrade Proteins via Several Pathways   66
   Aberrantly Folded Proteins Are Implicated in Slowly
     Developing Diseases   67

3.3 Functional Design of Proteins   68
   Proteins Are Designed to Bind a Wide Range of
     Molecules   68
   Antibodies Exhibit Precise Ligand-Binding
     Specificity   70
   Enzymes Are Highly Efficient and Specific Catalysts   71
   An Enzyme's Active Site Binds Substrates and Carries Out
     Catalysis   71
   Kinetics of an Enzymatic Reaction Are Described by $V_{max}$
     and $K_m$   73
   Many Proteins Contain Tightly Bound Prosthetic
     Groups   74
   A Variety of Regulatory Mechanisms Control Protein
     Function   75

3.4 Membrane Proteins   78
   Proteins Interact with Membranes in Different Ways   78
   Hydrophobic $\alpha$ Helices in Transmembrane Proteins Are
     Embedded in the Bilayer   79
   Many Integral Proteins Contain Multiple Transmembrane
     $\alpha$ Helices   79
   Multiple $\beta$ Strands in Porins Form Membrane-Spanning
     "Barrels"   81
   Covalently Attached Hydrocarbon Chains Anchor Some
     Proteins to the Membrane   81
   Some Peripheral Proteins Are Soluble Enzymes That Act
     on Membrane Components   82

3.5 Purifying, Detecting, and Characterizing
   Proteins   83
   Proteins Can Be Removed from Membranes by Detergents
     or High-Salt Solutions   83
   Centrifugation Can Separate Particles and Molecules That
     Differ in Mass or Density   85
   Electrophoresis Separates Molecules according to Their
     Charge:Mass Ratio   87
   Liquid Chromatography Resolves Proteins by Mass,
     Charge, or Binding Affinity   88
   Highly Specific Enzyme and Antibody Assays Can Detect
     Individual Proteins   90
   Radioisotopes Are Indispensable Tools for Detecting
     Biological Molecules   90
   Protein Primary Structure Can Be Determined by
     Chemical Methods and from Gene Sequences   94
   Time-of-Flight Mass Spectrometry Measures the Mass of
     Proteins and Peptides   94
   Peptides with a Defined Sequence Can Be Synthesized
     Chemically   94
   Protein Conformation Is Determined by Sophisticated
     Physical Methods   95

**MEDIA CONNECTIONS**
   Focus: Chaperone-Mediated Folding
   Overview: Life Cycle of a Protein
   Technique: SDS Gel Electrophoresis
   Technique: Immunoblotting
   Classical Experiment 3.1: Bringing an Enzyme Back
    to Life

## 4   Nucleic Acids, the Genetic Code, and the Synthesis of Macromolecules

4.1 Structure of Nucleic Acids   101
   Polymerization of Nucleotides Forms Nucleic Acids   101
   Native DNA Is a Double Helix of Complementary
     Antiparallel Chains   103
   DNA Can Undergo Reversible Strand Separation   105
   Many DNA Molecules Are Circular   107
   Local Unwinding of DNA Induces Supercoiling   108

A892

RNA Molecules Exhibit Varied Conformations and
Functions  108

4.2 Synthesis of Biopolymers: Rules of Macromolecular
Carpentry  110

4.3 Nucleic Acid Synthesis  111
Both DNA and RNA Chains Are Produced by Copying of
Template DNA Strands  111
Nucleic Acid Strands Grow in the $5' \rightarrow 3'$
Direction  112
RNA Polymerases Can Initiate Strand Growth but DNA
Polymerases Cannot  112
Replication of Duplex DNA Requires Assembly of Many
Proteins at a Growing Fork  113
Organization of Genes in DNA Differs in Prokaryotes and
Eukaryotes  114
Eukaryotic Primary RNA Transcripts Are Processed to
Form Functional mRNAs  115

4.4 The Three Roles of RNA in Protein
Synthesis  116
Messenger RNA Carries Information from DNA in a
Three-Letter Genetic Code  117
Experiments with Synthetic mRNAs and Trinucleotides
Broke the Genetic Code  119
The Folded Structure of tRNA Promotes Its Decoding
Functions  120
Nonstandard Base Pairing Often Occurs between Codons
and Anticodons  122
Aminoacyl-tRNA Synthetases Activate Amino Acids by
Linking Them to tRNAs  123
Each tRNA Molecule Is Recognized by a Specific
Aminoacyl-tRNA Synthetase  124
Ribosomes Are Protein-Synthesizing Machines  125

4.5 Stepwise Formation of Proteins on
Ribosomes  128
The AUG Start Codon Is Recognized by Methionyl-
tRNA$_i^{Met}$  128
Bacterial Initiation of Protein Synthesis Begins Near a
Shine-Dalgarno Sequence in mRNA  129
Eukaryotic Initiation of Protein Synthesis Occurs at the $5'$
End and Internal Sites in mRNA  130
During Chain Elongation Each Incoming Aminoacyl-
tRNA Moves through Three Ribosomal Sites  131
Protein Synthesis Is Terminated by Release Factors When
a Stop Codon Is Reached  132
Simultaneous Translation by Multiple Ribosomes and
Their Rapid Recycling Increase the Efficiency of
Protein Synthesis  133

MEDIA CONNECTIONS
Focus: Basic Transcriptional Mechanism
Overview: Life Cycle of an mRNA
Focus: Protein Synthesis
Classic Experiment 4.1: Cracking the Genetic Code

## 5  Biomembranes and the Subcellular Organization of Eukaryotic Cells

5.1 Microscopy and Cell Architecture  140
Light Microscopy Can Distinguish Objects Separated by
0.2 $\mu$m or More  140
Samples for Light Microscopy Usually Are Fixed,
Sectioned, and Stained  141
Fluorescence Microscopy Can Localize and Quantify
Specific Molecules in Cells  142
Confocal Scanning and Deconvolution Microscopy
Provide Sharper Images of Three-Dimensional
Objects  144
Phase-Contrast and Nomarski Interference Microscopy
Visualize Unstained Living Cells  146
Transmission Electron Microscopy Has a Limit of
Resolution of 0.1 nm  147
Scanning Electron Microscopy Visualizes Details on the
Surfaces of Cells and Particles  152

5.2 Purification of Cells and Their Parts  152
Flow Cytometry Separates Different Cell Types  153
Disruption of Cells Releases Their Organelles and Other
Contents  153
Different Organelles Can Be Separated by
Centrifugation  154
Organelle-Specific Antibodies Are Useful in Preparing
Highly Purified Organelles  157

5.3 Biomembranes: Structural Organization and Basic
Functions  157
Phospholipids Are the Main Lipid Constituents of Most
Biomembranes  157
Every Cellular Membrane Forms a Closed Compartment
and Has a Cytosolic and an Exoplasmic Face  160
Several Types of Evidence Point to the Universality of the
Phospholipid Bilayer  160
All Integral Proteins and Glycolipids Bind Asymmetrically
to the Lipid Bilayer  162
The Phospholipid Composition Differs in Two Membrane
Leaflets  162
Most Lipids and Integral Proteins Are Laterally Mobile in
Biomembranes  162
Fluidity of Membranes Depends on Temperature and
Composition  164
Membrane Leaflets Can Be Separated and Each Face
Viewed Individually  165
The Plasma Membrane Has Many Common Functions in
All Cells  166

5.4 Organelles of the Eukaryotic Cell  168
Lysosomes Are Acidic Organelles That Contain a Battery
of Degradative Enzymes  169

Plant Vacuoles Store Small Molecules and Enable the Cell to Elongate Rapidly 170

Peroxisomes Degrade Fatty Acids and Toxic Compounds 171

Mitochondria Are the Principal Sites of ATP Production in Aerobic Cells 171

Chloroplasts, the Sites of Photosynthesis, Contain Three Membrane-Limited Compartments 172

The Endoplasmic Reticulum Is a Network of Interconnected Internal Membranes 172

Golgi Vesicles Process and Sort Secretory and Membrane Proteins 173

The Double-Membraned Nucleus Contains the Nucleolus and a Fibrous Matrix 174

The Cytosol Contains Many Particles and Cytoskeletal Fibers 175

MEDIA CONNECTIONS
Overview: Protein Secretion
Technique: Reporter Constructs
Classic Experiment 5.1: Separating Organelles
~

## 6  Manipulating Cells and Viruses in Culture

6.1 Growth of Microorganisms in Culture 181

Many Microorganisms Can Be Grown in Minimal Medium 181

Mutant Strains of Bacteria and Yeast Can Be Isolated by Replica Plating 182

6.2 Growth of Animal Cells in Culture 183

Rich Media Are Required for Culture of Animal Cells 183

Most Cultured Animal Cells Grow Only on Special Solid Surfaces 183

Primary Cell Cultures Are Useful, but Have a Finite Life Span 185

Transformed Cells Can Grow Indefinitely in Culture 186

Fusion of Cultured Animal Cells Can Yield Interspecific Hybrids Useful in Somatic-Cell Genetics 187

Hybrid Cells Often Are Selected in HAT Medium 189

Hybridomas Are Used to Produce Monoclonal Antibodies 189

6.3 Viruses: Structure, Function, and Uses 191

Viral Capsids Are Regular Arrays of One or a Few Types of Protein 192

Most Viral Host Ranges Are Narrow 194

Viruses Can Be Cloned and Counted in Plaque Assays 194

Viral Growth Cycles Are Classified as Lytic or Lysogenic 194

Four Types of Bacterial Viruses Are Widely Used in Biochemical and Genetic Research 196

Animal Viruses Are Classified by Genome Type and mRNA Synthesis Pathway 199

Viral Vectors Can Be Used to Introduce Specific Genes into Cells 203

MEDIA CONNECTIONS
Technique: Preparing Monoclonal Antibodies
Overview: Life Cycle of a Retrovirus
Classic Experiment 6.1: The Discovery of Reverse Transcriptase

## 7  Recombinant DNA and Genomics

7.1 DNA Cloning with Plasmid Vectors 208

Plasmids Are Extrachromosomal Self-Replicating DNA Molecules 209

E. Coli Plasmids Can Be Engineered for Use as Cloning Vectors 209

Plasmid Cloning Permits Isolation of DNA Fragments from Complex Mixtures 210

Restriction Enzymes Cut DNA Molecules at Specific Sequences 211

Restriction Fragments with Complementary "Sticky Ends" Are Ligated Easily 212

Polylinkers Facilitate Insertion of Restriction Fragments into Plasmid Vectors 214

Small DNA Molecules Can Be Chemically Synthesized 215

7.2 Constructing DNA Libraries with λ Phage and Other Cloning Vectors 216

Bacteriophage λ Can Be Modified for Use as a Cloning Vector and Assembled in Vitro 216

Nearly Complete Genomic Libraries of Higher Organisms Can Be Prepared by λ Cloning 218

cDNA Libraries Are Prepared from Isolated mRNAs 219

Larger DNA Fragments Can Be Cloned in Cosmids and Other Vectors 221

7.3 Identifying, Analyzing, and Sequencing Cloned DNA 223

Libraries Can Be Screened with Membrane-Hybridization Assay 224

Oligonucleotide Probes Are Designed Based on Partial Protein Sequences 225

Specific Clones Can Be Identified Based on Properties of the Encoded Proteins 227

Gel Electrophoresis Resolves DNA Fragments of Different Size 228

Multiple Restriction Sites Can Be Mapped on a Cloned DNA Fragment 230

Pulsed-Field Gel Electrophoresis Separates Large DNA Molecules 231

Purified DNA Molecules Can Be Sequenced Rapidly by Two Methods 231

7.4 Bioinformatics   235

Stored Sequences Suggest Functions of Newly Identified Genes and Proteins   235

Comparative Analysis of Genomes Reveals Much about an Organism's Biology   236

Homologous Proteins Involved in Genetic Information Processing Are Widely Distributed   238

Many Yeast Genes Function in Intracellular Protein Targeting and Secretion   239

The *C. elegans* Genome Encodes Numerous Proteins Specific to Multicellular Organisms   239

7.5 Analyzing Specific Nucleic Acids in Complex Mixtures   240

Southern Blotting Detects Specific DNA Fragments   240

Northern Blotting Detects Specific RNAs   241

Specific RNAs Can Be Quantitated and Mapped on DNA by Nuclease Protection   241

Transcription Start Sites Can Be Mapped by S1 Protection and Primer Extension   243

7.6 Producing High Levels of Proteins from Cloned cDNAs   244

*E. coli* Expression Systems Can Produce Full-Length Proteins   244

Eukaryotic Expression Systems Can Produce Proteins with Post-Translational Modifications   245

Cloned cDNAs Can Be Translated in Vitro to Yield Labeled Proteins   245

7.7 Polymerase Chain Reaction: An Alternative to Cloning   246

PCR Amplification of Mutant Alleles Permits Their Detection in Small Samples   246

DNA Sequences Can Be Amplified for Use in Cloning and as Probes   247

7.8 DNA Microarrays: Analyzing Genome-Wide Expression   248

MEDIA CONNECTIONS

Technique: Plasmid Cloning

Technique: Dideoxy Sequencing of DNA

Technique: Polymerase Chain Reaction

Classic Experiment 7.1: Unleashing the Power of Exponential Growth: The Polymerase Chain Reaction

Classic Experiment 7.2: Demonstrating Sequence-Specific Cleavage by a Restriction Enzyme

## 8   Genetic Analysis in Cell Biology

8.1 Mutations: Types and Causes   255

Mutations Are Recessive or Dominant   255

Inheritance Patterns of Recessive and Dominant Mutations Differ   256

Mutations Involve Large or Small DNA Alterations   257

Mutations Occur Spontaneously and Can Be Induced   257

Some Human Diseases Are Caused by Spontaneous Mutations   258

8.2 Isolation and Analysis of Mutants   261

Temperature-Sensitive Screens Can Isolate Lethal Mutations in Haploids   261

Recessive Lethal Mutations in Diploids Can Be Screened by Use of Visible Markers   263

Complementation Analysis Determines If Different Mutations Are in the Same Gene   264

Metabolic and Other Pathways Can Be Genetically Dissected   265

Suppressor Mutations Can Identify Genes Encoding Interacting Proteins   265

8.3 Genetic Mapping of Mutations   266

Segregation Patterns Indicate Whether Mutations Are on the Same or Different Chromosomes   267

Chromosomal Mapping Locates Mutations on Particular Chromosomes   268

Recombinational Analysis Can Map Genes Relative to Each Other on a Chromosome   269

DNA Polymorphisms Are Used to Map Human Mutations   271

Some Chromosomal Abnormalities Can Be Mapped by Banding Analysis   272

8.4 Molecular Cloning of Genes Defined by Mutations   274

Cloned DNA Segments Near a Gene of Interest Are Identified by Various Methods   274

Chromosome Walking Is Used to Isolate a Limited Region of Contiguous DNA   275

Physical Maps of Entire Chromosomes Can Be Constructed by Screening YAC Clones for Sequence-Tagged Sites   276

Physical and Genetic Maps Can Be Correlated with the Aid of Known Markers   277

Further Analysis Is Needed to Locate a Mutation-Defined Gene in Cloned DNA   278

Protein Structure Is Deduced from cDNA Sequence   279

8.5 Gene Replacement and Transgenic Animals   281

Specific Sites in Cloned Genes Can Be Altered in Vitro   281

DNA Is Transferred into Eukaryotic Cells in Various Ways   282

Normal Genes Can Be Replaced with Mutant Alleles in Yeast and Mice   282

Foreign Genes Can Be Introduced into Plants and Animals   287

MEDIA CONNECTIONS

Technique: In Vitro Mutagenesis of Cloned Genes

Technique: Creating a Transgenic Mouse

Classic Experiment 8.1: Expressing Foreign Genes in Mice

# PART II: Nuclear Control of Cellular Activity

## 9  Molecular Structure of Genes and Chromosomes

### 9.1 Molecular Definition of a Gene   295

Bacterial Operons Produce Polycistronic mRNAs   295

Most Eukaryotic mRNAs Are Monocistronic and Contain Introns   295

Simple and Complex Transcription Units Are Found in Eukaryotic Genomes   296

### 9.2 Chromosomal Organization of Genes and Noncoding DNA   297

Genomes of Higher Eukaryotes Contain Much Nonfunctional DNA   297

Cellular DNA Content Does Not Correlate with Phylogeny   298

Protein-Coding Genes May Be Solitary or Belong to a Gene Family   299

Tandemly Repeated Genes Encode rRNAs, tRNAs, and Histones   300

Reassociation Experiments Reveal Three Major Fractions of Eukaryotic DNA   301

Simple-Sequence DNAs Are Concentrated in Specific Chromosomal Locations   301

DNA Fingerprinting Depends on Differences in Length of Simple-Sequence DNAs   302

### 9.3 Mobile DNA   303

Movement of Mobile Elements Involves a DNA or RNA Intermediate   304

Mobile Elements That Move as DNA Are Present in Prokaryotes and Eukaryotes   304

Viral Retrotransposons Contain LTRs and Behave Like Retroviruses in the Genome   307

Nonviral Retrotransposons Lack LTRs and Move by an Unusual Mechanism   308

Retrotransposed Copies of Cellular RNAs Occur in Eukaryotic Chromosomes   312

Mobile DNA Elements Probably Had a Significant Influence on Evolution   312

### 9.4 Functional Rearrangements in Chromosomal DNA   314

Inversion of a Transcription-Control Region Switches Salmonella Flagellar Antigens   314

Antibody Genes Are Assembled by Rearrangements of Germ-Line DNA   315

Generalized DNA Amplification Produces Polytene Chromosomes   318

### 9.5 Organizing Cellular DNA into Chromosomes   320

Most Bacterial Chromosomes Are Circular with One Replication Origin   320

Eukaryotic Nuclear DNA Associates with Histone Proteins to Form Chromatin   321

Chromatin Exists in Extended and Condensed Forms   321

Acetylation of Histone N-Termini Reduces Chromatin Condensation   323

Eukaryotic Chromosomes Contain One Linear DNA Molecule   324

### 9.6 Morphology and Functional Elements of Eukaryotic Chromosomes   324

Chromosome Number, Size, and Shape at Metaphase Are Species Specific   325

Nonhistone Proteins Provide a Structural Scaffold for Long Chromatin Loops   325

Chromatin Contains Small Amounts of Other Proteins in Addition to Histones and Scaffold Proteins   327

Stained Chromosomes Have Characteristic Banding Patterns   327

Chromosome Painting Distinguishes Each Homologous Pair by Color   328

Heterochromatin Consists of Chromosome Regions That Do Not Uncoil   329

Three Functional Elements Are Required for Replication and Stable Inheritance of Chromosomes   329

Yeast Artificial Chromosomes Can Be Used to Clone Megabase DNA Fragments   331

### 9.7 Organelle DNAs   332

Mitochondria Contain Multiple mtDNA Molecules   332

Genes in mtDNA Exhibit Cytoplasmic Inheritance and Encode rRNAs, tRNAs, and Some Mitochondrial Proteins   333

The Size and Coding Capacity of mtDNA Vary Considerably in Different Organisms   334

Products of Mitochondrial Genes Are Not Exported   335

Mitochondrial Genetic Codes Differ from the Standard Nuclear Code   335

Mutations in Mitochondrial DNA Cause Several Genetic Diseases in Man   336

Chloroplasts Contain Large Circular DNAs Encoding More Than a Hundred Proteins   336

MEDIA CONNECTIONS

Focus: Retroviral Reverse Transcription

Focus: Three-Dimensional Packing of Nuclear Chromosomes

Classic Experiment 9.1: Two Genes Become One: Somatic Rearrangement of Immunoglobin Genes

A896

## 10  Regulation of Transcription Initiation

**10.1 Bacterial Gene Control: The Jacob-Monod Model  342**

Enzymes Encoded at the *lac* Operon Can Be Induced and Repressed  342

Mutations in *lacI* Cause Constitutive Expression of *lac* Operon  343

Isolation of Operator Constitutive and Promoter Mutants Support Jacob-Monod Model  343

Regulation of *lac* Operon Depends on Cis-Acting DNA Sequences and Trans-Acting Proteins  344

Biochemical Experiments Confirm That Induction of the *lac* Operon Leads to Increased Synthesis of *lac* mRNA  344

**10.2 Bacterial Transcription Initiation  346**

Footprinting and Gel-Shift Assays Identify Protein-DNA Interactions  346

The *lac* Control Region Contains Three Critical Cis-Acting Sites  347

RNA Polymerase Binds to Specific Promoter Sequences to Initiate Transcription  347

Differences in *E. coli* Promoter Sequences Affect Frequency of Transcription Initiation  349

Binding of *lac* Repressor to the *lac* Operator Blocks Transcription Initiation  349

Most Bacterial Repressors Are Dimers Containing $\alpha$ Helices That Insert into Adjacent Major Grooves of Operator DNA  349

Ligand-Induced Conformational Changes Alter Affinity of Many Repressors for DNA  352

Positive Control of the *lac* Operon Is Exerted by cAMP-CAP  352

Cooperative Binding of cAMP-CAP and RNA Polymerase to *lac* Control Region Activates Transcription  353

Transcription Control at All Bacterial Promoters Involves Similar but Distinct Mechanisms  354

Transcription from Some Promoters Is Initiated by Alternative Sigma ($\sigma$) Factors  355

Many Bacterial Responses Are Controlled by Two-Component Regulatory Systems  356

**10.3 Eukaryotic Gene Control: Purposes and General Principles  358**

Most Genes in Higher Eukaryotes Are Regulated by Controlling Their Transcription  358

Regulatory Elements in Eukaryotic DNA Often Are Many Kilobases from Start Sites  360

Three Eukaryotic Polymerases Catalyze Formation of Different RNAs  361

The Largest Subunit in RNA Polymerase II Has an Essential Carboxyl-Terminal Repeat  362

RNA Polymerase II Initiates Transcription at DNA Sequences Corresponding to the 5' Cap of mRNAs  362

**10.4 Regulatory Sequences in Eukaryotic Protein-Coding Genes  365**

TATA Box, Initiators, and CpG Islands Function as Promoters in Eukaryotic DNA  365

Promoter-Proximal Elements Help Regulate Eukaryotic Genes  366

Transcription by RNA Polymerase II Often Is Stimulated by Distant Enhancer Sites  368

Most Eukaryotic Genes Are Regulated by Multiple Transcription-Control Elements  369

**10.5 Eukaryotic Transcription Activators and Repressors  370**

Biochemical and Genetic Techniques Have Been Used to Identify Transcription Factors  370

Transcription Activators Are Modular Proteins Composed of Distinct Functional Domains  372

DNA-Binding Domains Can Be Classified into Numerous Structural Types  373

Heterodimeric Transcription Factors Increase Gene-Control Options  376

Activation Domains Exhibit Considerable Structural Diversity  377

Multiprotein Complexes Form on Enhancers  378

Many Repressors Are the Functional Converse of Activators  379

**10.6 RNA Polymerase II Transcription-Initiation Complex  380**

Initiation by Pol II Requires General Transcription Factors  381

Proteins Comprising the Pol II Transcription-Initiation Complex Assemble in a Specific Order in Vitro  381

A Pol II Holoenzyme Multiprotein Complex Functions in Vivo  383

**10.7 Molecular Mechanisms of Eukaryotic Transcriptional Control  384**

N-Termini of Histones in Chromatin Can Be Modified  384

Formation of Heterochromatin Silences Gene Expression at Telomeres and Other Regions  384

Repressors Can Direct Histone Deacetylation at Specific Genes  387

Activators Can Direct Histone Acetylation at Specific Genes  389

Chromatin-Remodeling Factors Participate in Activation at Some Promoters  390

Activators Stimulate the Highly Cooperative Assembly of Initiation Complexes  390

Repressors Interfere Directly with Transcription Initiation in Several Ways  391

A897

Regulation of Transcription-Factor Expression Contributes to Gene Control   392

Lipid-Soluble Hormones Control the Activities of Nuclear Receptors   392

Polypeptide Hormones Signal Phosphorylation of Some Transcription Factors   394

**10.8 Other Transcription Systems   397**

Transcription Initiation by Pol I and Pol III Is Analogous to That by Pol II   397

T7 and Related Bacteriophages Express Monomeric, Largely Unregulated RNA Polymerases   398

Mitochondrial DNA Is Transcribed by RNA Polymerases with Similarities to Bacteriophage and Bacterial Enzymes   398

Transcription of Chloroplast DNA Resembles Bacterial Transcription   399

Transcription by Archaeans Is Closer to Eukaryotic Than to Bacterial Transcription   399

**MEDIA CONNECTIONS**

**Focus: Combinatorial Control of Transcription**

# 11   RNA Processing, Nuclear Transport, and Post-Transcriptional Control

**11.1 Transcription Termination   405**

Rho-Independent Termination Occurs at Characteristic Sequences in *E. coli* DNA   405

Premature Termination by Attenuation Helps Regulate Expression of Some Bacterial Operons   405

Rho-Dependent Termination Sites Are Present in Some λ-Phage and *E. coli* Genes   407

Sequence-Specific RNA-Binding Proteins Can Regulate Termination by *E. coli* RNA Polymerase   407

Three Eukaryotic RNA Polymerases Employ Different Termination Mechanisms   408

Transcription of HIV Genome Is Regulated by an Antitermination Mechanism   409

Promoter-Proximal Pausing of RNA Polymerase II Occurs in Some Rapidly Induced Genes   409

**11.2 Processing of Eukaryotic mRNA   410**

The 5'-Cap Is Added to Nascent RNAs Shortly after Initiation by RNA Polymerase II   410

Pre-mRNAs Are Associated with hnRNP Proteins Containing Conserved RNA-Binding Domains   410

hnRNP Proteins May Assist in Processing and Transport of mRNAs   413

Pre-mRNAs Are Cleaved at Specific 3' Sites and Rapidly Polyadenylated   413

Splicing Occurs at Short, Conserved Sequences in Pre-mRNAs via Two Transesterification Reactions   415

Spliceosomes, Assembled from snRNPs and a Pre-mRNA, Carry Out Splicing   416

Portions of Two Different RNAs Are Trans-Spliced in Some Organisms   418

Self-Splicing Group II Introns Provide Clues to the Evolution of snRNAs   419

Most Transcription and RNA Processing Occur in a Limited Number of Domains in Mammalian Cell Nuclei   420

**11.3 Regulation of mRNA Processing   422**

U1A Protein Inhibits Polyadenylation of Its Pre-mRNA   422

Tissue-Specific RNA Splicing Controls Expression of Alternative Fibronectins   423

A Cascade of Regulated RNA Splicing Controls *Drosophila* Sexual Differentiation   423

Multiple Protein Isoforms Are Common in the Vertebrate Nervous System   425

**11.4 Signal-Mediated Transport through Nuclear Pore Complexes   426**

Nuclear Pore Complexes Actively Transport Macromolecules between the Nucleus and Cytoplasm   427

Receptors for Nuclear-Export Signals Transport Proteins and mRNPs out of the Nucleus   428

Pre-mRNAs in Spliceosomes Are Not Exported from the Nucleus   431

Receptors for Nuclear-Localization Signals Transport Proteins into the Nucleus   432

Various Nuclear-Transport Systems Utilize Similar Proteins   434

HIV Rev Protein Regulates the Transport of Unspliced Viral mRNAs   435

**11.5 Other Mechanisms of Post-Transcriptional Control   436**

RNA Editing Alters the Sequences of Pre-mRNAs   437

Some mRNAs Are Associated with Cytoplasmic Structures or Localized to Specific Regions   438

Stability of Cytoplasmic mRNAs Varies Widely   440

Degradation Rate of Some Eukaryotic mRNAs Is Regulated   440

Translation of Some mRNAs Is Regulated by Specific RNA-Binding Proteins   442

Antisense RNA Regulates Translation of Transposase mRNA in Bacteria   442

**11.6 Processing of rRNA and tRNA   443**

Pre-rRNA Genes Are Similar in All Eukaryotes and Function as Nucleolar Organizers   443

Small Nucleolar RNAs (snoRNAs) Assist in Processing rRNAs and Assembling Ribosome Subunits   444

Self-Splicing Group I Introns Were the First Examples of Catalytic RNA   445

All Pre-tRNAs Undergo Cleavage and Base Modification   446

**A898**

Splicing of Pre-tRNAs Differs from Other Splicing
Mechanisms 448

**MEDIA CONNECTIONS**
Overview: Life Cycle of an mRNA
Focus: mRNA Splicing
Classic Experiment 11.1: Catalysis without
Proteins: The Discovery of Self-Splicing RNA

## 12 DNA Replication, Repair, and Recombination

**12.1 General Features of Chromosomal Replication 454**
DNA Replication Is Semiconservative 454
Most DNA Replication Is Bidirectional 455
DNA Replication Begins at Specific Chromosomal Sites 456

**12.2 The DNA Replication Machinery 458**
DnaA Protein Initiates Replication in *E. coli* 459
DnaB Is an *E. coli* Helicase That Melts Duplex DNA 460
*E. coli* Primase Catalyzes Formation of RNA Primers for DNA Synthesis 460
At a Growing Fork One Strand Is Synthesized Discontinuously from Multiple Primers 461
*E. coli* DNA Polymerase III Catalyzes Nucleotide Addition at the Growing Fork 462
The Leading and Lagging Strands Are Synthesized Concurrently 463
Eukaryotic Replication Machinery Is Generally Similar to That of *E. coli* 464
Telomerase Prevents Progressive Shortening of Lagging Strands during Eukaryotic DNA Replication 467

**12.3 The Role of Topoisomerases in DNA Replication 468**
Type I Topoisomerases Relax DNA by Nicking and Then Closing One Strand of Duplex DNA 468
Type II Topoisomerases Change DNA Topology by Breaking and Rejoining Double-Stranded DNA 469
Replicated Circular DNA Molecules Are Separated by Type II Topoisomerases 470
Linear Daughter Chromatids Also Are Separated by Type II Topoisomerases 471

**12.4 DNA Damage and Repair and Their Role in Carcinogenesis 472**
Proofreading by DNA Polymerase Corrects Copying Errors 472
Chemical Carcinogens React with DNA Directly or after Activation 474
The Carcinogenic Effect of Chemicals Correlates with Their Mutagenicity 475

DNA Damage Can Be Repaired by Several Mechanisms 475
Eukaryotes Have DNA-Repair Systems Analogous to Those of *E. coli* 479
Inducible DNA-Repair Systems Are Error-Prone 481

**12.5 Recombination between Homologous DNA Sites 482**
The Crossed-Strand Holliday Structure Is an Intermediate in Recombination 482
Double-Strand Breaks in DNA Initiate Recombination 484
The Activities of *F. coli* Recombination Proteins Have Been Determined 486
Cre Protein and Other Recombinases Catalyze Site-Specific Recombination 488

**MEDIA CONNECTIONS**
Focus: Bidirectional Replication of DNA
Focus: Nucleotide Polymerization by DNA Polymerase
Focus: Coordination of Leading and Lagging Strand Synthesis
Focus: Telomere Replication
Classic Experiment 12.1: Proving That DNA Replication Is Semiconservative

## 13 Regulation of the Eukaryotic Cell Cycle

**13.1 Overview of the Cell Cycle and Its Control 496**
The Cell Cycle Is an Ordered Series of Events Leading to Replication of Cells 496
Regulated Protein Phosphorylation and Degradation Control Passage through the Cell Cycle Diverse 496
Diverse Experimental Systems Have Been Used to Identify and Isolate Cell-Cycle Control Proteins 498

**13.2 Biochemical Studies with Oocytes, Eggs, and Early Embryos 500**
MPF Promotes Maturation of Oocytes and Mitosis in Somatic Cells 500
Mitotic Cyclin Was First Identified in Early Sea Urchin Embryos 501
Cyclin B Levels and MPF Activity Change in Cycling *Xenopus* Egg Extracts 502
Ubiquitin-Mediated Degradation of Mitotic Cyclins Promotes Exit from Mitosis 503
Regulation of APC Activity Controls Degradation of Cyclin B 504

**13.3 Genetic Studies with *S. pombe* 506**
Two Classes of Mutations in *S. pombe* Produce Either Elongated or Very Small Cells 506
*S. pombe* Cdc2-Cdc13 Heterodimer Is Equivalent to *Xenopus* MPF 506

Phosphorylation of the Catalytic Subunit Regulates MPF Kinase Activity   507

Conformational Changes Induced by Cyclin Binding and Phosphorylation Increase MPF Activity   508

Other Mechanisms Also Control Entry into Mitosis by Regulating MPF Activity   509

13.4  Molecular Mechanisms for Regulating Mitotic Events   510

Phosphorylation of Nuclear Lamins by MPF Leads to Nuclear-Envelope Breakdown   510

Other Early Mitotic Events May Be Controlled Directly or Indirectly by MPF   512

APC-Dependent Unlinking of Sister Chromatids Initiates Anaphase   513

Phosphatase Activity Is Required for Reassembly of the Nuclear Envelope and Cytokinesis   514

13.5  Genetic Studies with *S. cerevisiae*   517

*S. cerevisiae* Cdc28 Is Functionally Equivalent to *S. pombe* Cdc2   518

Three $G_1$ Cyclins Associate with Cdc238 to Form S Phase–Promoting Factors   519

Kinase Activity of Cdc28–$G_1$ Cyclin Complexes Prepares Cells for the S Phase   519

Degradation of the S-Phase Inhibitor Sic1 Triggers DNA Replication   520

Multiple Cyclins Direct Kinase Activity of Cdc28 during Different Cell-Cycle Phases   522

Replication at Each Origin Is Initiated Only Once during the Cell Cycle   522

13.6  Cell-Cycle Control in Mammalian Cells   524

Mammalian Restriction Point Is Analogous to START in Yeast Cells   524

Multiple Cdks and Cyclins Regulate Passage of Mammalian Cells through the Cell Cycle   524

Regulated Expression of Two Classes of Genes Returns $G_0$ Mammalian Cells to the Cell Cycle   526

Passage through the Restriction Point Depends on Activation of E2F Transcription Factors   526

Cyclin A Is Required for DNA Synthesis and Cdk1 for Entry into Mitosis   528

Mammalian Cyclin-Kinase Inhibitors Contribute to Cell-Cycle Control   528

13.7  Checkpoints in Cell-Cycle Regulation   529

The Presence of Unreplicated DNA Prevents Entry into Mitosis   530

Improper Assembly of the Mitotic Spindle Leads to Arrest in Anaphase   530

$G_1$ and $G_2$ Arrest in Cells with Damaged DNA Depends on a Tumor Suppressor and Cyclin-Kinase Inhibitor   531

**MEDIA CONNECTIONS**
  Overview: Cell Cycle Control

Classic Experiment 13.1: Cell Biology Emerging from the Sea: The Discovery of Cyclins

# 14  Gene Control in Development

14.1  Cell-Type Specification and Mating-Type Conversion in Yeast   538

Combinations of DNA-Binding Proteins Regulate Cell-Type Specification in Yeast   538

Mating of $\alpha$ and a Cells Is Induced by Pheromone-Stimulated Gene Expression   540

Multiple Regulation of *HO* Transcription Controls Mating-Type Conversion   541

Silencer Elements Repress Expression at *HML* and *HMR*   542

14.2  Cell-Type Specification in Animals   543

Embryonic Somites Give Rise to Myoblasts, the Precursors of Skeletal Muscle Cells   543

Myogenic Genes Were First Identified in Studies with Cultured Fibroblasts   544

Myogenic Proteins Are Transcription Factors Containing a Common bHLH Domain   546

MEFs Function in Concert with MRFs to Confer Myogenic Specificity   546

Myogenic Stages at Which MRFs and MEFs Function in Vivo Have Been Identified   547

Multiple MRFs Exhibit Functional Diversity and Permit Flexibility in Regulating Development   548

Terminal Differentiation of Myoblasts Is under Positive and Negative Control   549

A Network of Cross-Regulatory Interactions Maintains the Myogenic Program   549

Neurogenesis Requires Regulatory Proteins Analogous to bHLH Myogenic Proteins   550

Progressive Restriction of Neural Potential Requires Inhibitory HLH Proteins and Local Cell-Cell Interactions   551

bHLH Regulatory Circuitry May Operate to Specify Other Cell Types   552

14.3  Anteroposterior Specification during Embryogenesis   553

*Drosophila* Has Two Life Forms   554

Patterning Information Is Generated during Oogenesis and Early Embryogenesis   555

Four Maternal Gene Systems Control Early Patterning in Fly Embryos   556

Morphogens Regulate Development as a Function of Their Concentration   556

Maternal *bicoid* Gene Specifies Anterior Region in *Drosophila*   557

Maternally Derived Inhibitors of Translation Contribute to Early *Drosophila* Patterning   558

Graded Expression of Several Gap Genes Further Subdivides Fly Embryo into Unique Spatial Domains   560

Expression of Three Groups of Zygotic Genes Completes Early Patterning in *Drosophila*   560

Selector (Hox) Genes Occur in Clusters in the Genome   563

Combinations of Different Hox Proteins Contribute to Specifying Parasegment Identity in *Drosophila*   565

Specificity of *Drosophila* Hox-Protein Function Is Mediated by Exd Protein   566

Hox-Gene Expression Is Maintained by Autoregulation and Changes in Chromatin Structure   567

Mammalian Homologs of *Drosophila* ANT-C and BX-C Genes Occur in Four Hox Complexes   568

Mutations in Hox Genes Result in Homeotic Transformations in the Developing Mouse   569

**14.4 Specification of Floral-Organ Identity in *Arabidopsis*   571**

Flowers Contain Four Different Organs   571

Three Classes of Genes Control Floral-Organ Identity   572

Many Floral Organ–Identity Genes Encode MADS Family Transcription Factors   573

**MEDIA CONNECTIONS**

**Overview: Gene Control in Embryonic Development**

**Classic Experiment 14.1: Using Lethal Injection to Study Development**

**PART III: Building and Fueling the Cell**

**15   Transport across Cell Membranes**

**15.1 Diffusion of Small Molecules across Phospholipid Bilayers   579**

**15.2 Overview of Membrane Transport Proteins   580**

**15.3 Uniporter-Catalyzed Transport   582**

Three Main Features Distinguish Uniport Transport from Passive Diffusion   582

GLUT1 Transports Glucose into Most Mammalian Cells   583

**15.4 Intracellular Ion Environment and Membrane Electric Potential   585**

Ionic Gradients and an Electric Potential Are Maintained across the Plasma Membrane   585

The Membrane Potential in Animal Cells Depends Largely on Resting $K^+$ Channels   586

$Na^+$ Entry into Mammalian Cells Has a Negative $\Delta G$   587

**15.5 Active Transport by ATP-Powered Pumps   588**

Plasma-Membrane $Ca^{2+}$ ATPase Exports $Ca^{2+}$ Ions from Cells   591

Muscle $Ca^{2+}$ ATPase Pumps $Ca^{2+}$ Ions from the Cytosol into the Sarcoplasmic Reticulum   591

$Na^+/K^+$ ATPase Maintains the Intracellular $Na^+$ and $K^+$ Concentrations in Animal Cells   593

V-Class $H^+$ ATPases Pump Protons across Lysosomal and Vacuolar Membranes   594

The ABC Superfamily Transports a Wide Variety of Substrates   595

**15.6 Cotransport by Symporters and Antiporters   597**

$Na^+$-Linked Symporters Import Amino Acids and Glucose into Many Animal Cells   598

$Na^+$-Linked Antiporter Exports $Ca^{2+}$ from Cardiac Muscle Cells   598

AE1 Protein, a $Cl^-/HCO_3^-$ Antiporter, Is Crucial to $CO_2$ Transport by Erythrocytes   599

Several Cotransporters Regulate Cytosolic pH   600

Numerous Transport Proteins Enable Plant Vacuoles to Accumulate Metabolites and Ions   601

**15.7 Transport across Epithelia   602**

The Intestinal Epithelium Is Highly Polarized   602

Transepithelial Movement of Glucose and Amino Acids Requires Multiple Transport Proteins   602

Parietal Cells Acidify the Stomach Contents While Maintaining a Neutral Cytosolic pH   604

Tight Junctions Seal Off Body Cavities and Restrict Diffusion of Membrane Components   604

Other Junctions Interconnect Epithelial Cells and Control Passage of Molecules between Them   607

**15.8 Osmosis, Water Channels, and the Regulation of Cell Volume   608**

Osmotic Pressure Causes Water to Move across Membranes   608

Different Cells Have Various Mechanisms for Controlling Cell Volume   609

Water Channels Are Necessary for Bulk Flow of Water across Cell Membranes   610

Simple Rehydration Therapy Depends on Osmotic Gradient Created by Absorption of Glucose and $Na^+$   610

Changes in Intracellular Osmotic Pressure Cause Leaf Stomata to Open   611

**MEDIA CONNECTIONS**

**Overview: Biological Energy Interconversions**

**Classic Experiment 15.1: Stumbling upon Active Transport**

**16   Cellular Energetics: Glycolysis, Aerobic Oxidation, and Photosynthesis**

**16.1 Oxidation of Glucose and Fatty Acids to $CO_2$   618**

Cytosolic Enzymes Convert Glucose to Pyruvate   619

Substrate-Level Phosphorylation Generates ATP during Glycolysis   619

xviii | Contents

Anaerobic Metabolism of Each Glucose Molecule Yields Only Two ATP Molecules  619

Mitochondria Possess Two Structurally and Functionally Distinct Membranes  622

Mitochondrial Oxidation of Pyruvate Begins with the Formation of Acetyl CoA  623

Oxidation of the Acetyl Group of Acetyl CoA in the Citric Acid Cycle Yields $CO_2$ and Reduced Coenzymes  625

Inner-Membrane Proteins Allow the Uptake of Electrons from Cytosolic NADH  626

Mitochondrial Oxidation of Fatty Acids Is Coupled to ATP Formation  627

Oxidation of Fatty Acids in Peroxisomes Generates No ATP  629

The Rate of Glucose Oxidation Is Adjusted to Meet the Cell's Need for ATP  630

16.2 Electron Transport and Oxidative Phosphorylation  632

The Proton-Motive Force in Mitochondria Is Due Largely to a Voltage Gradient across the Inner Membrane  633

Electron Transport in Mitochondria Is Coupled to Proton Translocation  634

Electrons Flow from $FADH_2$ and NADH to $O_2$ via a Series of Multiprotein Complexes  634

CoQ and Cytochrome $c$ Shuttle Electrons from One Electron Transport Complex to Another  639

Reduction Potentials of Electron Carriers Favor Electron Flow from NADH to $O_2$  639

CoQ and Three Electron Transport Complexes Pump Protons out of the Mitochondrial Matrix  639

Experiments with Membrane Vesicles Support the Chemiosmotic Mechanism of ATP Formation  641

Bacterial Plasma-Membrane Proteins Catalyze Electron Transport and Coupled ATP Synthesis  643

ATP Synthase Comprises a Proton Channel ($F_0$) and ATPase ($F_1$)  643

The $F_0F_1$ Complex Harnesses the Proton-Motive Force to Power ATP Synthesis  645

Transporters in the Inner Mitochondrial Membrane Are Powered by the Proton-Motive Force  646

Rate of Mitochondrial Oxidation Normally Depends on ADP Levels  647

Brown-Fat Mitochondria Contain an Uncoupler of Oxidative Phosphorylation  647

16.3 Photosynthetic Stages and Light-Absorbing Pigments  648

Photosynthesis Occurs on Thylakoid Membranes  649

Three of the Four Stages in Photosynthesis Occur Only during Illumination  649

Each Photon of Light Has a Defined Amount of Energy  651

Chlorophyll $a$ Is Present in Both Components of a Photosystem  651

Light Absorption by Reaction-Center Chlorophylls Causes a Charge Separation across the Thylakoid Membrane  652

Light-Harvesting Complexes Increase the Efficiency of Photosynthesis  653

16.4 Molecular Analysis of Photosystems  655

Photoelectron Transport in Purple Bacteria Produces a Charge Separation  655

Both Cyclic and Noncyclic Electron Transport Occur in Bacterial Photosynthesis  656

Chloroplasts Contain Two Functionally and Spatially Distinct Photosystems  658

An Oxygen-Evolving Complex in PSII Regenerates $P_{680}$  659

Cyclic Electron Flow in PSI Generates ATP but No NADPH  661

PSI and PSII Are Functionally Coupled  661

Both Plant Photosystems Are Essential for Formation of NADPH and $O_2$  662

16.5 $CO_2$ Metabolism during Photosynthesis  664

$CO_2$ Fixation Occurs in the Chloroplast Stroma  664

Synthesis of Sucrose Incorporating Fixed $CO_2$ Is Completed in the Cytosol  665

Light Stimulates $CO_2$ Fixation by Several Mechanisms  667

Photorespiration, Which Consumes $CO_2$ and Liberates $CO_2$, Competes with Photosynthesis  667

The $C_4$ Pathway for $CO_2$ Fixation Is Used by Many Tropical Plants  667

Sucrose Is Transported from Leaves through the Phloem to All Plant Tissues  670

MEDIA CONNECTIONS

**Focus: Electron Transport**

**Focus: Photosynthesis**

**Focus: ATP Synthesis**

# 17  Protein Sorting: Organelle Biogenesis and Protein Secretion

17.1 Synthesis and Targeting of Mitochondrial and Chloroplast Proteins  677

Most Mitochondrial Proteins Are Synthesized as Cytosolic Precursors Containing Uptake-Targeting Sequences  677

Cytosolic Chaperones Deliver Proteins to Channel-Linked Receptors in the Mitochondrial Membrane  679

Matrix Chaperones and Chaperonins Are Essential for the Import and Folding of Mitochondrial Proteins  680

Studies with Chimeric Proteins Confirm Major Features of Mitochondrial Import   682

The Uptake of Mitochondrial Proteins Requires Energy   682

Proteins Are Targeted to Submitochondrial Compartments by Multiple Signals and Several Pathways   684

The Synthesis of Mitochondrial Proteins Is Coordinated   685

Several Uptake-Targeting Sequences Direct Proteins Synthesized in the Cytosol to the Appropriate Chloroplast Compartment   685

**17.2  Synthesis and Targeting of Peroxisomal Proteins   689**

C- and N-Terminal Targeting Sequences Direct Entry of Folded Proteins into the Peroxisomal Matrix   689

Peroxisomal Protein Import Is Defective in Some Genetic Diseases   690

**17.3  Overview of the Secretory Pathway   691**

Secretory Proteins Move from the Rough ER Lumen through the Golgi Complex and Then to the Cell Surface   692

Analysis of Yeast Mutants Defined Major Steps in the Secretory Pathway   694

Anterograde Transport through the Golgi Occurs by Cisternal Progression   695

Plasma-Membrane Glycoproteins Mature via the Same Pathway as Continuously Secreted Proteins   695

**17.4  Translocation of Secretory Proteins across the ER Membrane   696**

A Signal Sequence on Nascent Secretory Proteins Targets Them to the ER and Is Then Cleaved Off   696

Two Proteins Initiate the Interaction of Signal Sequences with the ER Membrane   697

Polypeptides Move through the Translocon into the ER Lumen   699

GTP Hydrolysis Powers Protein Transport into the ER in Mammalian Cells   700

**17.5  Insertion of Membrane Proteins into the ER Membrane   702**

Most Nominal Cytosolic Transmembrane Proteins Have an N-Terminal Signal Sequence and Internal Topogenic Sequence   702

A Single Internal Topogenic Sequence Directs Insertion of Some Single-Pass Transmembrane Proteins   704

Multipass Transmembrane Proteins Have Multiple Topogenic Sequences   705

After Insertion in the ER Membrane, Some Proteins Are Transferred to a GPI Anchor   705

**17.6  Post-Translational Modifications and Quality Control in the Rough ER   707**

Disulfide Bonds Are Formed and Rearranged in the ER Lumen   707

Correct Folding of Newly Made Proteins Is Facilitated by Several ER Proteins   708

Assembly of Subunits into Multimeric Proteins Occurs in the ER   709

Only Properly Folded Proteins Are Transported from the Rough ER to the Golgi Complex   710

Many Unassembled or Misfolded Proteins in the ER Are Transported to the Cytosol and Degraded   711

ER-Resident Proteins Often Are Retrieved from the *Cis*-Golgi   711

**17.7  Protein Glycosylation in the ER and Golgi Complex   712**

Different Structures Characterize *N*- and *O*-Linked Oligosaccharides   712

*O*-Linked Oligosaccharides Are Formed by the Sequential Transfer of Sugars from Nucleotide Precursors   712

ABO Blood Type Is Determined by Two Glycosyltransferases   715

A Common Preformed *N*-Linked Oligosaccharide Is Added to Many Proteins in the Rough ER   716

Modifications to *N*-Linked Oligosaccharides Are Completed in the Golgi Complex   718

Oligosaccharides May Promote Folding and Stability of Glycoproteins   719

Mannose 6-Phosphate Residues Target Proteins to Lysosomes   719

Lysosomal Storage Diseases Provided Clues to Sorting of Lysosomal Enzymes   720

**17.8  Golgi and Post-Golgi Protein Sorting and Proteolytic Processing   722**

Sequences in the Membrane-Spanning Domain Cause the Retention of Proteins in the Golgi   722

Different Vesicles Are Used for Continuous and Regulated Protein Secretion   723

Proproteins Undergo Proteolytic Processing Late in Maturation   723

Some Proteins Are Sorted from the Golgi Complex to the Apical or Basolateral Plasma Membrane   724

**17.9  Receptor-Mediated Endocytosis and the Sorting of Internalized Proteins   727**

The LDL Receptor Binds and Internalizes Cholesterol-Containing Particles   728

Cytosolic Sequences in Some Cell-Surface Receptors Target Them for Endocytosis   728

The Acidic pH of Late Endosomes Causes Most Receptors and Ligands to Dissociate   729

The Endocytic Pathway Delivers Transferrin-Bound Iron to Cells   731

Some Endocytosed Proteins Remain within the Cell   731

Transcytosis Moves Some Ligands across Cells   732

**A903**

xxx │ Contents

17.10 Molecular Mechanisms of Vesicular
       Traffic  733
       At Least Three Types of Coated Vesicles Transport
         Proteins from Organelle to Organelle  733
       Clathrin Vesicles Mediate Several Types of Intracellular
         Transport  733
       COP I Vesicles Mediate Retrograde Transport within the
         Golgi and from the Golgi Back to the ER  738
       COP II Vesicles Mediate Transport from the ER to the
         Golgi  741
       Specific Fusion of Intracellular Vesicles Involves a
         Conserved Set of Fusion Proteins  741
       Conformational Changes in Influenza HA Protein
         Trigger Membrane Fusion  743
     MEDIA CONNECTIONS
       Overview: Protein Sorting
       Overview: Protein Secretion
       Focus: Synthesis of Secreted and Membrane-
         Bound Proteins
       Classic Experiment 17.1: Following a Protein out
         of the Cell

18  Cell Motility and Shape I:
     Microfilaments

18.1 The Actin Cytoskeleton  752
       Eukaryotic Cells Contain Abundant Amounts of Highly
         Conserved Actin  753
       ATP Holds Together the Two Lobes of the Actin
         Monomer  753
       G-Actin Assembles into Long, Helical F-Actin
         Polymers  754
       F-Actin Has Structural and Functional Polarity  754
       The Actin Cytoskeleton Is Organized into Bundles and
         Networks of Filaments  755
       Cortical Actin Networks Are Connected to the
         Membrane  758
       Actin Bundles Support Projecting Fingers of
         Membrane  760

18.2 The Dynamics of Actin Assembly  761
       Actin Polymerization In Vitro Proceeds in Three
         Steps  761
       Actin Filaments Grow Faster at One End Than at the
         Other  761
       Toxins Disrupt the Monomer-Polymer Equilibrium  763
       Actin Polymerization Is Regulated by Proteins That Bind
         G-Actin  763
       Some Proteins Control the Lengths of Actin Filaments by
         Severing Them  765
       Actin Filaments Are Stabilized by Actin-Capping
         Proteins  765
       Many Movements Are Driven by Actin
         Polymerization  766

18.3 Myosin: The Actin Motor Protein  769
       All Myosins Have Head, Neck, and Tail Domains with
         Distinct Functions  769
       Myosin Heads Walk along Actin Filaments  770
       Myosin Heads Move in Discrete Steps, Each Coupled to
         Hydrolysis of One ATP  771
       Myosin and Kinesin Share the Ras Fold with Certain
         Signaling Proteins  771
       Conformational Changes in the Myosin Head Couple
         ATP Hydrolysis to Movement  773

18.4 Muscle: A Specialized Contractile Machine  774
       Some Muscles Contract, Others Generate Tension  775
       Skeletal Muscles Contain a Regular Array of Actin and
         Myosin  775
       Smooth Muscles Contain Loosely Organized Thick and
         Thin Filaments  777
       Thick and Thin Filaments Slide Past One Another during
         Contraction  777
       Titin and Nebulin Filaments Organize the
         Sarcomere  778
       A Rise in Cytosolic $Ca^{2+}$ Triggers Muscle
         Contraction  779
       Actin-Binding Proteins Regulate Contraction in Both
         Skeletal and Smooth Muscle  780
       Myosin-Dependent Mechanisms Also Control
         Contraction in Some Muscles  781

18.5 Actin and Myosin in Nonmuscle Cells  783
       Actin and Myosin II Are Arranged in Contractile
         Bundles That Function in Cell Adhesion  783
       Myosin II Stiffens Cortical Membranes  784
       Actin and Myosin II Have Essential Roles in
         Cytokinesis  784
       Membrane-Bound Myosins Power Movement of Some
         Vesicles  785

18.6 Cell Locomotion  787
       Controlled Polymerization and Rearrangements of Actin
         Filaments Occur during Keratinocyte Movement  787
       Ameboid Movement Involves Reversible Gel-Sol
         Transitions of Actin Networks  789
       Myosin I and Myosin II Have Important Roles in Cell
         Migration  789
       Migration of Cells Is Coordinated by Various Second
         Messengers and Signal-Transduction
         Pathways  790
     MEDIA CONNECTIONS
       Focus: Actin Polymerization
       Technique: In Vitro Motility Assay
       Focus: Myosin Crossbridge Cycle
       Overview: Cell Motility
       Classic Experiment 18.1: Looking at Muscle
         Contraction

**A904**

# 19 Cell Motility and Shape II: Microtubules and Intermediate Filaments

19.1 Microtubule Structures  796
Heterodimeric Tubulin Subunits Compose the Wall of a Microtubule  796
Microtubules Form a Diverse Array of Both Permanent and Transient Structures  797
Microtubules Assemble from Organizing Centers  799
Most Microtubules Have a Constant Orientation Relative to MTOCs  800
The $\gamma$-Tubulin Ring Complex Nucleates Polymerization of Tubulin Subunits  800

19.2 Microtubule Dynamics and Associated Proteins  802
Microtubule Assembly and Disassembly Occur Preferentially at the (+) End  802
Dynamic Instability Is an Intrinsic Property of Microtubules  805
Colchicine and Other Drugs Disrupt Microtubule Dynamics  806
Assembly MAPs Cross-Link Microtubules to One Another and Other Structures  807
Bound MAPs Alter Microtubule Dynamics  809

19.3 Kinesin, Dynein, and Intracellular Transport  809
Fast Axonal Transport Occurs along Microtubules  809
Microtubules Provide Tracks for the Movement of Pigment Granules  811
Intracellular Membrane Vesicles Travel along Microtubules  812
Kinesin Is a (+) End–Directed Microtubule Motor Protein  812
Each Member of the Kinesin Family Transports a Specific Cargo  815
Dynein Is a (−) End–Directed Microtubule Motor Protein  815
Dynein-Associated MBPs Tether Cargo to Microtubules  816
Multiple Motor Proteins Are Associated with Membrane Vesicles  816

19.4 Cilia and Flagella: Structure and Movement  817
All Eukaryotic Cilia and Flagella Contain Bundles of Doublet Microtubules  817
Ciliary and Flagellar Beating Are Produced by Controlled Sliding of Outer Doublet Microtubules  820
Dynein Arms Generate the Sliding Forces in Axonemes  820

Axonemal Dyneins Are Multiheaded Motor Proteins  820
Conversion of Microtubule Sliding into Axonemal Bending Depends on Inner-Arm Dyneins  821
Proteins Associated with Radial Spokes May Control Flagellar Beat  821
Axonemal Microtubules Are Dynamic and Stable  822

19.5 Microtubule Dynamics and Motor Proteins during Mitosis  823
The Mitotic Apparatus Is a Microtubule Machine for Separating Chromosomes  823
The Kinetochore Is a Specialized Attachment Site at the Chromosome Centromere  825
Centrosome Duplication Precedes and Is Required for Mitosis  827
Dynamic Instability of Microtubules Increases during Mitosis  828
Organization of the Spindle Poles Orients the Assembly of the Mitotic Apparatus  829
Formation of Poles and Capture of Chromosomes Are Key Events in Spindle Assembly  829
Kinetochores Generate the Force for Poleward Chromosome Movement  831
During Anaphase Chromosomes Separate and the Spindle Elongates  832
Astral Microtubules Determine Where Cytokinesis Takes Place  833
Plant Cells Reorganize Their Microtubules and Build a New Cell Wall during Mitosis  834

19.6 Intermediate Filaments  836
Functions and Structure of Intermediate Filaments Distinguish Them from Other Cytoskeletal Fibers  836
IF Proteins Are Classified into Six Types  837
Intermediate Filaments Can Identify the Cellular Origin of Certain Tumors  838
All IF Proteins Have a Conserved Core Domain and Are Organized Similarly into Filaments  838
Intermediate Filaments Are Dynamic Polymers in the Cell  840
Various Proteins Cross-Link Intermediate Filaments and Connect Them to Other Cell Structures  840
IF Networks Support Cellular Membranes  840
Intermediate Filaments Are Anchored in Cell Junctions  842
Desmin and Associated Proteins Stabilize Sarcomeres in Muscle  842
Disruption of Keratin Networks Causes Blistering  843

MEDIA CONNECTIONS
Focus: Mitosis
Focus: Microtubule Dynamics
Classic Experiment 19.1: Racing Down the Axon

# PART IV: Cell Interactions

## 20   Cell-to-Cell Signaling: Hormones and Receptors

20.1 Overview of Extracellular Signaling   849

Signaling Molecules Operate over Various Distances in Animals   849

Receptor Proteins Exhibit Ligand-Binding and Effector Specificity   850

Hormones Can Be Classified Based on Their Solubility and Receptor Location   850

Cell-Surface Receptors Can Belong to Four Major Classes   852

Effects of Many Hormones Are Mediated by Second Messengers   854

Other Conserved Proteins Function in Signal Transduction   854

Common Signaling Pathways Are Initiated by Different Receptors in a Class   856

The Synthesis, Release, and Degradation of Hormones Are Regulated   856

20.2 Identification and Purification of Cell-Surface Receptors   858

Hormone Receptors Are Detected by Binding Assays   859

$K_D$ Values for Cell-Surface Hormone Receptors Approximate the Concentrations of Circulating Hormones   860

Affinity Techniques Permit Purification of Receptor Proteins   860

Many Receptors Can Be Cloned without Prior Purification   860

20.3 G Protein–Coupled Receptors and Their Effectors   862

Binding of Epinephrine to Adrenergic Receptors Induces Tissue-Specific Responses   862

Stimulation of $\beta$-Adrenergic Receptors Leads to a Rise in cAMP   863

Critical Features of Catecholamines and Their Receptors Have Been Identified   863

Trimeric $G_S$ Protein Links $\beta$-Adrenergic Receptors and Adenylyl Cyclase   865

Some Bacterial Toxins Irreversibly Modify G Proteins   868

Adenylyl Cyclase Is Stimulated and Inhibited by Different Receptor-Ligand Complexes   868

GTP-Induced Changes in $G_{s\alpha}$ Favor Its Dissociation from $G_{\beta\gamma}$ and Association with Adenylyl Cyclase   869

$G_{i\alpha}$ and $G_{s\alpha}$ Interact with Different Regions of Adenylyl Cyclase   871

Degradation of cAMP Also Is Regulated   871

20.4 Receptor Tyrosine Kinases and Ras   871

Ligand Binding Leads to Autophosphorylation of RTKs   872

Ras and $G_{s\alpha}$ Subunits Belong to the GTPase Superfamily of Intracellular Switch Proteins   872

An Adapter Protein and GEF Link Most Activated RTKs to Ras   873

SH2 Domain in GRB2 Adapter Protein Binds to a Specific Phosphotyrosine in an Activated RTK   876

Sos, a Guanine-Nucleotide–Exchange Factor, Binds to the SH3 Domains in GRB2   877

20.5 MAP Kinase Pathways   878

Signals Pass from Activated Ras to a Cascade of Protein Kinases   878

Ksr May Function as a Scaffold for the MAP Kinase Cascade Linked to Ras   879

Phosphorylation of a Tyrosine and a Threonine Activates MAP Kinase   880

Various Types of Receptors Transmit Signals to MAP Kinase   881

Multiple MAP Kinase Pathways Are Found in Eukaryotic Cells   882

Specificity of MAP Kinase Pathways Depends on Several Mechanisms   883

20.6 Second Messengers   884

cAMP and Other Second Messengers Activate Specific Protein Kinases   884

cAPKs Activated by Epinephrine Stimulation Regulate Glycogen Metabolism   885

Kinase Cascades Permit Multienzyme Regulation and Amplify Hormone Signals   886

Cellular Responses to cAMP Vary among Different Cell Types   887

Anchoring Proteins Localize Effects of cAMP to Specific Subcellular Regions   887

Modification of a Common Phospholipid Precursor Generates Several Second Messengers   888

Hormone-Induced Release of $Ca^{2+}$ from the ER Is Mediated by $IP_3$   889

Opening of Ryanodine Receptors Releases $Ca^{2+}$ Stores in Muscle and Nerve Cells   891

$Ca^{2+}$-Calmodulin Complex Mediates Many Cellular Responses   891

DAG Activates Protein Kinase C, Which Regulates Many Other Proteins   893

Synthesis of cGMP Is Induced by Both Peptide Hormones and Nitric Oxide   893

**A906**

20.7 Interaction and Regulation of Signaling
Pathways 894

The Same RTK Can Be Linked to Different Signaling
Pathways 895

Multiple G Proteins Transduce Signals to Different
Effector Proteins 895

$G_{\beta\gamma}$ Acts Directly on Some Effectors in Mammalian
Cells 895

Glycogenolysis Is Promoted by Multiple Second
Messengers 897

Insulin Stimulation Activates MAP Kinase and Protein
Kinase B 897

Insulin and Glucagon Work Together to Maintain a
Stable Blood Glucose Level 898

Receptors for Many Peptide Hormones Are Down-
Regulated by Endocytosis 898

Phosphorylation of Cell-Surface Receptors Modulates
Their Activity 900

Arrestins Have Two Roles in Regulating G Protein–
Coupled Receptors 901

20.8 From Plasma Membrane to Nucleus 902

CREB Links cAMP Signals to Transcription 902

MAP Kinase Regulates the Activity of Many
Transcription Factors 904

Phosphorylation-Dependent Protein Degradation
Regulates NF-κB 904

MEDIA CONNECTIONS

Focus: Second Messengers in Signaling Pathways
Overview: Extracellular Signaling
Focus: Expression Cloning of Receptors
Classic Experiment 20.1: The Infancy of Signal
Transduction: GTP Stimulation of cAMP
Synthesis

21 Nerve Cells

21.1 Overview of Neuron Structure and Function 912

Specialized Regions of Neurons Carry Out Different
Functions 912

Synapses Are Specialized Sites Where Neurons
Communicate with Other Cells 914

Neurons Are Organized into Circuits 915

21.2 The Action Potential and Conduction of Electric
Impulses 917

The Resting Potential, Generated Mainly by Open
"Resting" $K^+$ Channels, Is Near $E_K$ 918

Opening and Closing of Ion Channels Cause Predictable
Changes in the Membrane Potential 919

Membrane Depolarizations Spread Passively Only Short
Distances 920

Voltage-Gated Cation Channels Generate Action
Potentials 921

Action Potentials Are Propagated Unidirectionally
without Diminution 923

Movements of Only a Few $Na^+$ and $K^+$ Ions Generate
the Action Potential 923

Myelination Increases the Rate of Impulse
Conduction 923

21.3 Molecular Properties of Voltage-Gated Ion
Channels 927

Patch Clamps Permit Measurement of Ion Movements
through Single Channels 927

Voltage-Gated $K^+$ Channels Have Four
Subunits Each Containing Six Transmembrane $\alpha$
Helices 929

P Segments Form the Ion-Selectivity Filter 930

The S4 Transmembrane $\alpha$ Helix Acts as a Voltage
Sensor 932

Movement of One N-Terminal Segment Inactivates
Shaker $K^+$ Channel 932

All Pore-Forming Ion Channels Are Similar in Structure
to the Shaker $K^+$ Channel 932

Voltage-Gated Channel Proteins Probably Evolved from
a Common Ancestral Gene 933

21.4 Neurotransmitters, Synapses, and Impulse
Transmission 935

Many Small Molecules Transmit Impulses at Chemical
Synapses 935

Influx of $Ca^{2+}$ Triggers Release of
Neurotransmitters 936

Synaptic Vesicles Can Be Filled, Exocytosed, and
Recycled within a Minute 936

Multiple Proteins Participate in Docking and Fusion of
Synaptic Vesicles 936

Chemical Synapses Can Be Excitatory or
Inhibitory 938

Two Classes of Neurotransmitter Receptors Operate at
Vastly Different Speeds 939

Acetylcholine and Other Transmitters Can Activate
Multiple Receptors 940

Transmitter-Mediated Signaling Is Terminated by Several
Mechanisms 941

Impulses Transmitted across Chemical Synapses Can Be
Amplified and Computed 942

Impulse Transmission across Electric Synapses Is Nearly
Instantaneous 943

21.5 Neurotransmitter Receptors 944

Opening of Acetylcholine-Gated Cation Channels Leads
to Muscle Contraction 944

All Five Subunits in the Nicotinic Acetylcholine Receptor
Contribute to the Ion Channel 945

Two Types of Glutamate-Gated Cation Channels May
Function in a Type of "Cellular Memory" 946

**A907**

xxxiv | Contents

GABA- and Glycine-Gated Cl⁻ Channels Are Found at Many Inhibitory Synapses  947

Cardiac Muscarinic Acetylcholine Receptors Activate a G Protein That Opens K⁺ Channels  948

Catecholamine Receptors Induce Changes in Second-Messenger Levels That Affect Ion-Channel Activity  949

A Serotonin Receptor Indirectly Modulates K⁺ Channel Function by Activating Adenylyl Cyclase  949

Some Neuropeptides Function as Both Neurotransmitters and Hormones  950

21.6 Sensory Transduction  951

Mechanoreceptors and Some Other Receptors Are Gated Cation Channels  951

Visual Signals Are Processed at Multiple Levels  952

The Light-Triggered Closing of Na⁺ Channels Hyperpolarizes Rod Cells  952

Absorption of a Photon Triggers Isomerization of Retinal and Activation of Opsin  953

Cyclic GMP Is a Key Transducing Molecule in Rod Cells  954

Rod Cells Adapt to Varying Levels of Ambient Light  956

Color Vision Utilizes Three Opsin Pigments  957

A Thousand Different G Protein–Coupled Receptors Detect Odors  958

21.7 Learning and Memory  960

Repeated Conditioned Stimuli Cause Decrease in *Aplysia* Withdrawal Response  960

Facilitator Neurons Mediate Sensitization of *Aplysia* Withdrawal Reflex  961

Coincidence Detectors Participate in Classical Conditioning and Sensitization  961

Long-Term Memory Requires Protein Synthesis  962

**MEDIA CONNECTIONS**
Overview: Biological Energy Interconversions
Classic Experiment 21.2: Sending a Signal through a Gas

## 22  Integrating Cells into Tissues

22.1 Cell-Cell Adhesion and Communication  969

Cadherins Mediate Ca²⁺-Dependent Homophilic Cell-Cell Adhesion  971

N-CAMs Mediate Ca²⁺-Independent Homophilic Cell-Cell Adhesion  971

Selectins and Other CAMs Participate in Leukocyte Extravasation  972

Cadherin-Containing Junctions Connect Cells to One Another  973

Gap Junctions Allow Small Molecules to Pass between Adjacent Cells  974

Connexin, a Transmembrane Protein, Forms Cylindrical Channels in Gap Junctions  975

22.2 Cell-Matrix Adhesion  976

Integrins Mediate Weak Cell-Matrix and Cell-Cell Interactions  977

Cell-Matrix Adhesion Is Modulated by Changes in the Activity and Number of Integrins  977

De-adhesion Factors Promote Cell Migration and Can Remodel the Cell Surface  978

Integrin-Containing Junctions Connect Cells to the Substratum  978

22.3 Collagen: The Fibrous Proteins of the Matrix  979

The Basic Structural Unit of Collagen Is a Triple Helix  979

Collagen Fibrils Form by Lateral Interactions of Triple Helices  980

Assembly of Collagen Fibers Begins in the ER and Is Completed Outside the Cell  981

Mutations in Collagen Reveal Aspects of Its Structure and Biosynthesis  982

Collagens Form Diverse Structures  984

22.4 Noncollagen Components of the Extracellular Matrix  985

Laminin and Type IV Collagen Form the Two-Dimensional Reticulum of the Basal Lamina  986

Fibronectins Bind Many Cells to Fibrous Collagens and Other Matrix Components  987

Proteoglycans Consist of Multiple Glycosaminoglycans Linked to a Core Protein  989

Many Growth Factors Are Sequestered and Presented to Cells by Proteoglycans  992

Hyaluronan Resists Compression and Facilitates Cell Migration  992

22.5 The Dynamic Plant Cell Wall  993

The Cell Wall Is a Laminate of Cellulose Fibrils in a Pectin and Hemicellulose Matrix  993

Cell Walls Contain Lignin and an Extended Hydroxyproline-Rich Glycoprotein  995

A Plant Hormone, Auxin, Signals Cell Expansion  996

Cellulose Fibrils Are Synthesized and Oriented at the Plant Cortex  996

Plasmodesmata Directly Connect the Cytosol of Adjacent Cells in Higher Plants  998

**MEDIA CONNECTIONS**
Focus: Cell-Cell Adhesion in Leukocyte Extravasation

## 23  Cell Interactions in Development

23.1 Dorsoventral Patterning by TGFβ-Superfamily Proteins  1004

TGFβ Proteins Bind to Receptors That Have Serine/Threonine Kinase Activity  1005

**A908**

Activated TGFβ Receptors Phosphorylate Smad Transcription Factors  1006

Dpp Protein, a TGFβ Homolog, Controls Dorsoventral Patterning in *Drosophila* Embryos  1007

Sequential Inductive Events Regulate Early *Xenopus* Development  1007

Inductive Effect of TGFβ Homologs Is Regulated Post-Translationally  1009

A Highly Conserved Pathway Determines Dorsoventral Patterning in Invertebrates and Vertebrates  1012

23.2 **Tissue Patterning by Hedgehog and Wingless  1013**

Modification of Secreted Hedgehog Precursor Yields a Cell-Tethered Inductive Signal  1013

Binding of Hedgehog to the Patch Receptor Relieves Inhibition of Smo  1014

Hedgehog Organizes Pattern in the Chick Limb and *Drosophila* Wing  1014

Hedgehog Induces Wingless, Which Triggers a Highly Conserved Signaling Pathway  1017

23.3 **Molecular Mechanisms of Responses to Morphogens  1018**

Hedgehog Gradient Elicits Different Cell Fates in the Vertebrate Neural Tube  1019

Cells Can Detect the Number of Ligand-Occupied Receptors  1019

Target Genes That Respond Differentially to Morphogens Have Different Control Regions  1019

23.4 **Reciprocal and Lateral Inductive Interactions  1021**

Reciprocal Epithelial-Mesenchymal Interactions Regulate Kidney Development  1022

Activation of the Ret Receptor Promotes Growth and Branching of the Ureteric Bud  1023

The Basal Lamina Is Essential for Differentiation of Many Epithelial Cells  1024

Cell-Surface Ephrin Ligands and Receptors Mediate Reciprocal Induction during Angiogenesis  1024

The Conserved Notch Pathway Mediates Lateral Interactions  1025

Interactions between Two Equivalent Cells Give Rise to AC and VU Cells in *C. elegans*  1025

Neuronal Developemnt in *Drosophila* and Vertebrates Depends on Lateral Interactions  1027

23.5 **Overview of Neuronal Outgrowth  1028**

Individual Neurons Can Be Identified Reproducibly and Studied  1029

Growth Cones Guide the Migration and Elongation of Developing Axons  1030

Different Neurons Navigate along Different Outgrowth Pathways  1030

Various Extracellular-Matrix Components Support Neuronal Outgrowth  1031

Growth Cones Navigate along Specific Axon Tracts  1032

Soluble Graded Signals Can Attract and Repel Growth Cones  1034

23.6 **Directional Control of Neuronal Outgrowth  1034**

Three Genes Control Dorsoventral Outgrowth of Neurons in *C. elegans*  1034

Vertebrate Homologs of *C. elegans* UNC-6 Both Attract and Repel Growth Cones  1034

UNC-40 Mediates Chemoattraction in Response to Netrin in Vertebrates  1036

UNC-5 and UNC-40 Together Mediate Chemorepulsion in Response to Netrin  1036

Prior Experience Modulates Growth-Cone Response to Netrin  1037

Other Signaling Systems Can Both Attract and Repel Growth Cones  1038

23.7 **Formation of Topographic Maps and Synapses  1039**

Visual Stimuli Are Mapped onto the Tectum  1039

Temporal Retinal Axons Are Repelled by Posterior Tectal Membranes  1039

Ephrin A Ligands Are Expressed as a Gradient along the Anteroposterior Tectal Axis  1039

The EphA3 Receptor is Expressed in a Nasal-Temporal Gradient in the Retina  1041

Motor Neurons Induce Assembly of the Neuromuscular Junction  1041

23.8 **Cell Death and Its Regulation  1044**

Programmed Cell Death Occurs through Apoptosis  1045

Neutrophins Promote Survival of Neurons  1045

Three Classes of Proteins Function in the Apoptotic Pathway  1046

Pro-Apoptotic Regulators Promote Caspase Activation  1048

Some Trophic Factors Prevent Apoptosis by Inducing Inactivation of a Pro-Apoptotic Regulator  1048

**MEDIA CONNECTIONS**
Focus: TGFβ Signaling Pathway
Focus: Apoptosis
Classic Experiment 23.1: Hunting Down Genes Involved in Cell Death

24 **Cancer**

24.1 **Tumor Cells and the Onset of Cancer  1055**

Metastatic Tumor Cells Are Invasive and Can Spread  1055

Alterations in Cell-to-Cell Interactions Are Associated with Malignancy  1056

Tumor Growth Requires Formation of New Blood Vessels  1056

DNA from Tumor Cells Can Transform Normal Cultured Cells  1059

xxxvi | Contents

Development of a Cancer Requires Several
Mutations   1059

Cancers Originate in Proliferating Cells   1061

24.2 Proto-Oncogenes and Tumor-Suppressor
Genes   1063

Gain-of-Function Mutations Convert Proto-Oncogenes
into Oncogenes   1064

Oncogenes Were First Identified in Cancer-Causing
Retroviruses   1065

Slow-Acting Carcinogenic Retroviruses Can Activate
Cellular Proto-Oncogenes   1065

Many DNA Viruses Also Contain Oncogenes   1066

Loss-of-Function Mutations in Tumor-Suppressor Genes
Are Oncogenic   1066

The First Tumor-Suppressor Gene Was Identified in
Patients with Inherited Retinoblastoma   1067

Loss of Heterozygosity of Tumor-Suppressor Genes
Occurs by Mitotic Recombination or Chromosome
Mis-Segregation   1068

24.3 Oncogenic Mutations Affecting Cell
Proliferation   1069

Misexpressed Growth-Factor Genes Can Autostimulate
Cell Proliferation   1069

Virus-Encoded Activators of Growth Factor Receptors
Act as Oncoproteins   1069

Activating Mutations or Overexpression of Growth-
Factor Receptors Can Transform Cells   1070

Constitutively Active Signal-Transduction Proteins Are
Encoded by Many Oncogenes   1070

Deletion of the PTEN Phosphatase Is a Frequent
Occurrence in Human Tumors   1073

Inappropriate Expression of Nuclear Transcription
Factors Can Induce Transformation   1073

24.4 Mutations Causing Loss of Cell-Cycle
Control   1074

Passage from $G_1$ to S Phase Is Controlled by Proto-
Oncogenes and Tumor-Suppressor Genes   1074

Loss of TGFβ Signaling Contributes to Abnormal Cell
Proliferation and Malignancy   1075

24.5 Mutations Affecting Genome Stability   1076

Mutations in p53 Abolish $G_1$ Checkpoint
Control   1076

Proteins Encoded by DNA Tumor Viruses Can Inhibit
p53 Activity   1078

Some Human Carcinogens Cause Inactivating Mutations
in the p53 Gene   1078

Defects in DNA-Repair Systems Perpetuate Mutations
and Are Associated with Certain Cancers   1078

Chromosomal Abnormalities Are Common in Human
Tumors   1079

Telomerase Expression May Contribute to
Immortalization of Cancer Cells   1081

MEDIA CONNECTIONS
Overview: Cell Cycle Control
Focus: TGFβ Signaling Pathway
Classic Experiment 24.1: Studying the
Transformation of Cells by DNA Tumor Viruses

Glossary   G-1

Index   I-0

A910

# The Dynamic Cell

1



An artist's rendering of a eukaryotic cell.

A t first glance, the biological universe appears amazingly diverse—from tall palm trees to tiny ferns, from single-cell bacteria and protozoans visible only under a microscope to multicellular animals of all kinds. Yet the bewildering array of outward biological form overlies a powerful uniformity: all biological systems are composed of the same types of chemical molecules and employ similar principles of organization at the cellular level. Although the basic kinds of biological molecules have been conserved during the billion years of evolution, the ways in which they are assembled with one another to form functioning cells and organisms have undergone considerable change.

To study the properties of the molecules of life and the innumerable variations on basic themes that are found in different organisms, modern researchers employ concepts and experimental techniques drawn from biochemistry, molecular biology, genetics, and cell biology. The resulting discipline of *molecular cell biology* investigates how cells develop, operate, communicate, and control their activities, and on occasion go awry. This book contains the authors' attempt to describe systematically the current state of knowledge about cells and to present many of the key experiments that have led to our current understanding of cellular life. It may seem to you, our new reader, a daunting challenge. Our hope is that the overwhelming inventiveness and sheer beauty of construction of biological systems will intrigue you and amply reward your efforts to understand the story we tell.

Living systems, including the human body, consist of such closely interrelated elements that no single element can be fully appreciated in isolation from the others. Organisms contain organs; organs are composed of tissues; tissues consist of cells; and cells are formed from molecules (Figure 1-1). The unity of living systems is coordinated by many levels of interrelationship: molecules carry messages from organ to organ and cell to cell;

**OUTLINE**

1.1 Evolution: At the Core of Molecular Change   3

1.2 The Molecules of Life   3

1.3 The Architecture of Cells   5

1.4 The Life Cycle of Cells   9

1.5 Cells into Tissues   11

1.6 Molecular Cell Biology: An Integrated View of Cells at Work   13

**MEDIA CONNECTIONS**

Overview: Life Cycle of a Cell

**2 | CHAPTER 1   The Dynamic Cell**

tissues are delineated and integrated with other tissues by noncellular membranes secreted by cells; and cells gain identity from contact with other cells. Generally all the levels into which we fragment biological systems interconnect. To learn about biological systems, however, we must take a segment at a time. The biology of cells is a logical starting point because an organism can be viewed as consisting of interacting cells, which are the closest thing to an autonomous biological unit that exists. The integration of cellular activity into tissues, the development of organisms by growth and specialization of cells, and the metabolic events fueling the dynamism of living systems are all topics on which we will touch, but they are all topics that fall within the province of other subdisciplines of biological science.

In this chapter, we provide a framework for understanding the primacy of cells in biological systems and review several fundamental concepts that recur throughout our more detailed discussions in subsequent chapters. We begin with a brief look at the role of evolution and then discuss the general properties of the molecules found in biological systems. Next, we review the main features of cellular architecture, noting the similarities and differences between the three main cell lineages that have emerged over evolutionary time. The remaining topics covered in this chapter focus on the assemblage of cells into organized structures and their dynamic nature, in preparation for later chapters dealing with various processes critical to cellular growth, differentiation, and adaptation to changing circumstances.



▲ **FIGURE 1-1   Living systems such as the human body consist of closely interrelated elements.** (a) The surface of our hand is covered by a living organ, skin, that is covered by several layers of tissue. (b) An outer covering of hard, dead cells protects the body from injury, infection, and dehydration. This layer is constantly renewed by living epidermal cells, which also give rise to hair and fur. Deeper layers of muscle and connective tissue give skin its tone and firmness. (c) Tissues are formed through subcellular adhesion structures that join cells to each other and to an underlying layer of supporting fibers. (d) At the heart of the adhesion are its structural components: phospholipid molecules that make up the plasma membrane and protein molecules which form strong bonds with molecules on other cells and with internal or external fibers.

A912

## 1.1   Evolution: At the Core of Molecular Change

The interplay of events played out over billions of years, in the historical process called *evolution*, dictates the form and structure of the living world today. Thus biology, which is the study of the results of these historical events, differs fundamentally from physics and chemistry, which deal with the essential and unchanging properties of matter. The great insight of Charles Darwin was that all organisms are related in a great chain of being extending from the distant past to the present. The Darwinian principle that organisms vary randomly and the fittest are then selected by the forces of their environment guides biological thinking to this day.

We now know that genes, which chemically are composed of deoxyribonucleic acid (DNA), ultimately define biological structure and maintain the integration of cellular function. The genes encode proteins, the primary molecules that make up cell structures and carry out cellular activities. Alterations in the structure and organization of genes thus provide the random variation that nurtures evolutionary change in biological structure and function.

Even scientists brought up in the evolutionary tradition have been surprised to learn in recent years just how closely the genes of different species are related. During evolution, genes have been conserved to such an extent that some human genes will function in a yeast cell and quite a few will function in a fly cell. Clearly, one feature of evolution is the *maintenance* unchanged of many aspects of cellular life even while great changes in external form and capability are occurring. Recent progress in determining the sequences of all the genes in a variety of organisms is revealing the subtle changes that have fueled evolution.

The creative part of the evolutionary process is *adaptation* to rapidly changing environments and the conquest of new environmental niches. During this process, small alterations in cellular structures and functions are selected. Entirely new structures rarely are created; more often, old structures are adapted to new circumstances. More rapid change is possible by rearranging or multiplying previously evolved components rather than by waiting for a wholly new approach to emerge. The cellular organization of organisms plays a fundamental role in this process because it allows change to come about by small alterations in previously evolved cells, giving them new capabilities.

## 1.2   The Molecules of Life

Among the many events that occur in the life of a cell are a multitude of specific chemical transformations, which provide the cell with usable energy and the molecules needed to form its structure and coordinate its activities. These biochemical reactions and other cellular processes are governed by basic principles of chemistry reviewed in Chapter 2. Here we briefly describe the functions of the main types of chemicals that compose cells. Throughout many later chapters we will focus on the interactions and transformations of these molecules.

Water, inorganic ions, and a large array of relatively small organic molecules (e.g., sugars, vitamins, fatty acids) account for 75–80 percent of living matter by weight. Of these small molecules, water is by far the most abundant. The remainder of living matter consists of macromolecules, including proteins, polysaccharides, and DNA (Figure 1-2).

▼ **FIGURE 1-2 Cells are filled with molecules large and small.** In this artist's drawing, the cytoplasm of a bacterial cell is densely packed with different protein macromolecules (white), ribosomes (green), mRNA (red), and DNA (blue). Nevertheless, most of the cell is composed of water, ions, and other molecules that are too small to be depicted in the scale of this drawing. [Illustration by D. Goodsell.]



Cell { Outer membrane
wall { Inner membrane

Ribosome

DNA

mRNA

Cells acquire and use these two size classes of molecules in fundamentally different ways. Ions, water, and many small organic molecules are imported into the cell. Cells also make and alter many small organic molecules by a series of different chemical reactions. In contrast, cells can obtain macromolecules only by making them. Their synthesis entails linking together a specific set of small molecules (monomers) to form polymers through repetition of a single type of chemical-linkage reaction.

Some small molecules function as precursors for synthesis of macromolecules, and the cell is careful to provide the appropriate mix of small molecules needed. Small molecules also store and distribute the energy for all cellular processes; they are broken down to extract this chemical energy, as when sugar is degraded to carbon dioxide and water with the release of the energy bound up in the molecule (Chapter 16). Other small molecules (e.g., hormones and growth factors) act as signals that direct the activities of cells (Chapter 20), and nerve cells communicate with one another by releasing and sensing certain small signaling molecules (Chapter 21). The powerful effect on our body of a frightening event comes from the instantaneous flooding of the body with a small-molecule hormone that mobilizes the "fight or flight" response.

Macromolecules, though, are the most interesting and characteristic molecules of living systems; in a true sense the evolution of life as we know it is the evolution of macromolecular structures. Proteins, the workhorses of the cell, are the most abundant and functionally versatile of the cellular macromolecules. To appreciate the abundance of protein within a cell, we can estimate the number of protein molecules in a typical eukaryotic cell, such as a hepatocyte in the liver. This cell, roughly a cube 15 $\mu$m (0.0015 cm) on

a side, has a volume of $3.4 \times 10^{-9}$ cm³ (or milliliters). Assuming a cell density of 1.03 g/ml, the cell would weigh $3.5 \times 10^{-9}$ g. Since protein accounts for approximately 20 percent of a cell's weight, the total weight of cellular protein is $7 \times 10^{-10}$ g. The average yeast protein has a molecular weight of 52,700 (g/mol), as noted in Chapter 3. Assuming this value is typical of eukaryotic proteins, we can calculate the total number of protein molecules per liver cell as about $7.9 \times 10^9$ from the total protein weight and the number of molecules per mole, which is a constant (Avogadro's number). To carry this calculation one step further, consider that a liver cell contains about 10,000 different proteins; thus, a cell contains close to a million molecules of each protein on average. In actuality, however, the abundance of different proteins varies widely, from the quite rare cell-surface protein that binds the hormone insulin (20,000 molecules) to the abundant structural protein actin ($5 \times 10^8$ molecules).

Many of the proteins within cells are enzymes, which accelerate (catalyze) reactions involving small molecules. Other proteins allow cells to move and do work, maintain internal cell rigidity, and transport molecules across membranes. Proteins even direct their own synthesis and that of other macromolecules. Reflecting their numerous functions, proteins come in many shapes and sizes (Figure 1-3). The elucidation of the structure of proteins and the relation of protein structure to function remain active areas of scientific investigation (Chapter 3). Proteins are formed from only 20 different monomers, the amino acids. That such a limited set of building blocks can do so much is a continuous marvel, even to researchers who work with proteins every day. They are the true glory of the biological world.



Insulin

DNA molecule

Glutamine synthetase          Hemoglobin          Immunoglobulin          Adenylate kinase          Lipid bilayer

▲ FIGURE 1-3 Models of some representative proteins (pink) drawn to a common scale and compared with a small portion of a lipid bilayer sheet (yellow) and a DNA molecule (blue). Each protein has a defined three-dimensional shape held together by numerous chemical bonds. The illustrated proteins include enzymes (glutamine synthetase and adenylate kinase), an antibody (immunoglobulin), a hormone (insulin), and the blood's oxygen carrier (hemoglobin). [Courtesy of Gareth White.]



▲ FIGURE 1-4 James D. Watson *(left)* and Francis H. C. Crick *(right)* with the double-helical model of DNA they constructed in 1952–1953. Their model ultimately proved correct in all its essential aspects. [From J. D. Watson, 1968, *The Double Helix*, Atheneum, Copyright 1968, p. 215; Courtesy of A. C. Barrington Brown.]

The macromolecule that garners the most public attention is not protein but deoxyribonucleic acid (DNA), whose functional properties make it the cell's master molecule. The three-dimensional structure of DNA, first proposed by James D. Watson and Francis H. C. Crick about 50 years ago, consists of two long helical strands that are coiled around a common axis forming a double helix (Figure 1-4). The double-helical structure of DNA, one of nature's most magnificent constructions, is critical to the phenomenon of heredity, the transfer of genetically determined characteristics from one generation to the next.

Each strand of DNA is composed of just four different types of monomers called nucleotides. Genes are simply coded representations of the structures of individual proteins, a code written in four chemical "letters"—the nucleotides—and displayed as a continually varying sequence in DNA. Since cells use proteins (enzymes) to make other molecules like sugars or fats, DNA indirectly directs the synthesis of many small molecules as well as proteins. DNA also contains a coded set of instructions about when various proteins are to be made and in what quantities.

In the common view, DNA is the storage form of genetic information, which protein "machines" read out for use by the cell. But a third macromolecule, ribonucleic acid (RNA), is necessary in the process. The *central dogma* of biology states that the coded genetic information hard-wired into DNA is transcribed into individual transportable cassettes,

composed of messenger RNA (mRNA); each mRNA cassette contains the program for synthesis of a particular protein (or small number of proteins). This critical trio of macromolecules—DNA, RNA, and proteins—is present in all cells. The mechanism whereby the information encoded in DNA is deciphered into proteins is now understood quite well and explained in Chapter 4. How this process of gene expression is regulated—that is, how cells "know" to make the right proteins at the right time in the right amounts—is a major focus of current research in molecular cell biology and a recurring theme throughout this book.

## 1.3   The Architecture of Cells

Although generalizations in biology usually lack the theoretical underpinnings found in physics, there are very clear commonalities among living systems that give biology a unity. One is the style of cellular construction. The biological universe consists of two types of cells—*prokaryotic cells*, which lack a defined nucleus and have a simplified internal organization, and *eukaryotic cells*, which have a more complicated internal structure including a defined, membrane-limited nucleus. Detailed analysis of the DNA from a variety of prokaryotic organisms in recent years has revealed two distinct types: bacteria (often called *"true" bacteria* or eubacteria) and archaea (also called *archaebacteria* or *archaeans*). As we discuss in Chapter 7, the archaea are in some respects more similar to eukaryotic organisms than to the true bacteria.

Based on the assumption that organisms with more similar genes evolved from a common progenitor more recently than those with more dissimilar genes, researchers have developed the lineage tree shown in Figure 1-5. According to this tree, the archaea and eukarya (eukaryotes) are thought to have diverged from the bacteria before they diverged from each other. Despite the differences in the organization of prokaryotic and eukaryotic cells, all cells share certain structural features and carry out many complicated processes in basically the same way.

### Cells Are Surrounded by Water-Impermeable Membranes

A cell, because it is a limited space, must have an outer border. The construction of that border represents one of the most fundamental considerations in biological organization. The outer shell of cells, like any shell, is built to keep the interior contents from leaking out into the surrounding environment. The chemical processes of cellular life generally take place in a watery solution, and the intracellular constituents of cells are largely molecules that are easily dissolved in water. Similarly, the environment around cells is a watery one, the blood and other bodily fluids being solutions in water. Cells then, in order to maintain their integrity,

**6 | CHAPTER 1   The Dynamic Cell**

need to be surrounded by an environment through which water cannot flow. A membrane composed of fatty molecules serves this purpose.

We all know from common experience that "oil and water don't mix." That maxim is all one needs to appreciate how a cell is constructed. When oil is poured on water, the oil spreads into a thin film; that film is analogous to the film of fat that surrounds cells, called the plasma membrane (Figure 1-6). Biological membranes differ from a pure oil film in that the molecules that make the membrane have both oily and watery portions; they have long fatty chains, but they also have a head group that is water-soluble by virtue of being electrically charged. Thus membranes are formed because these bipartite molecules, called phospholipids, spontaneously orient themselves to form a double layer, or bilayer, having a fatty interior with external surfaces bonded to the surrounding water by the charged head groups. The membrane is given rigidity by interspersion of cholesterol, a molecule we have come to hate because of its association with heart disease, but one that is required to build the outer membrane of all our cells. Hence from an understanding of the contrasting properties of watery solutions and oily layers, an understanding of cellular construction emerges.



▲ **FIGURE 1-6 The watery interior of cells is surrounded by the plasma membrane, a two-layered shell of phospholipids.** Cholesterol molecules provide some rigidity to the fatty layer. The phospholipid molecules are oriented with their fatty chains facing inward and their water-seeking head groups (red spheres) facing outward. Thus both sides of the membrane are lined by head groups, mainly charged phosphates, adjacent to the watery spaces inside and outside the cell. In actuality, the interior space is much larger relative to the volume of lipid. All biological membranes have the same basic phospholipid bilayer structure.



▲ **FIGURE 1-5 The three kingdoms of organisms are related through common sequences of their ribosomal RNAs.** Their lineage depicts a view of how all life on earth, from simple bacteria to complex mammals, evolved from a common, single-celled progenitor.

In spite of the rigidity provided by cholesterol, membranes composed of fat are not very strong, so numerous mechanisms for strengthening the borders of cells have evolved. In plants the plasma membrane is surrounded by a rigid cell wall. Although most animal cells lack a cell wall, proteins attached to their exterior surfaces provide some stability; the linking of cells together through these proteins helps maintain the integrity of tissues. Tissues and organs are often covered by strong networks of proteins and other molecules that strengthen and protect them, and also wall off the various compartments of the body. Single-celled organisms, like bacteria, have special outer coats to protect them.

### Membranes Serve Functions Other Than Segregation

Although membranes are valuable as a way to segregate the watery interior of the cell from its environment, or to segregate intracellular events from one another, they have other important functions, including energy storage. Because membranes separate watery compartments from one another, if an ion or a molecule dissolved in water is moved through a membrane into a new cellular compartment, it will not be able to diffuse freely out of the compartment into which it was moved. It takes energy to move the molecule, but once moved, the molecule stores that energy by virtue of its entrapment. Formally, this storage of energy is just like the storage of energy in a battery. Therefore, membranes not only delineate compartments, but also serve as active participants in the cell's dynamism.

The functions of many proteins depend on their mode of association with membranes. For instance, the passage of

water-soluble molecules through membranes is carried out by protein transporters that are embedded in the membrane. Also, cells send information to one another by releasing signaling molecules. The outer membranes of cells have proteins, known appropriately as *receptors*, that bind the circulating signaling molecules. These signaling molecules allow the individual activities of the many cells in the body to be coordinated. The receipt of a signaling molecule by a receptor causes the transient organization of particular types of intracellular proteins, called *signal-transduction proteins*, into an activated complex at the interior face of the cell's outer membrane, from which it directs alterations of events in the cell's cytoplasm or nucleus (Chapter 20).

## Prokaryotes Comprise a Single Membrane-Limited Compartment

All prokaryotes are single-celled organisms, or protists. The bacterial lineage includes *Escherichia coli*, found in animal intestines and a favorite experimental organism, and the photosynthetic organisms formerly known as *blue-green algae* but better known today as *cyanobacteria*. (Because most prokaryotes studied in laboratories are bacteria, discussions of prokaryotic structure or metabolism throughout this book refer to these organisms, not archaeans, unless noted otherwise.) Many members of the archaeal lineage grow in unusual, often extreme, environments. For instance, the halophiles require high concentrations of salt to survive, and the thermoacidophiles grow in hot (80°C) sulfur springs, where a pH of less than 2 is common. Other archaeans, called *methanogens*, live in oxygen-free milieus and generate methane ($CH_4$) by the reduction of carbon dioxide.

Figure 1-7a illustrates the general structure of a typical bacterial cell; archaeal cells have a similar structure. In general, prokaryotes consist of a single closed compartment containing the cytosol and bounded by the plasma membrane. Although bacterial cells do not have a defined nucleus, the genetic material, DNA, is condensed into the central region of the cell. In addition, most ribosomes—the cell's protein-synthesizing particles—are found in the DNA-free region of the cell. Some bacteria also have an invagination of the cell membrane, called a *mesosome*, which is associated with synthesis of DNA and secretion of proteins. Thus bacterial cells are not completely devoid of internal organization.

Bacterial cells possess a cell wall, which lies adjacent to the external side of the plasma membrane. The cell wall is composed of layers of peptidoglycan, a complex of proteins and oligosaccharides; it helps protect the cell and maintain its shape. Some bacteria (e.g., *E. coli*) have a thin cell wall and an unusual outer membrane separated from the cell wall by the periplasmic space. Such bacteria are not stained by the Gram technique and thus are classified as gram-negative. Other bacteria (e.g., *Bacillus polymyxa*) that have a thicker cell wall and no outer membrane take the Gram stain and thus are classified as gram-positive.

## Eukaryotic Cells Contain Many Organelles and a Complex Cytoskeleton

Eukaryotes comprise all members of the plant and animal kingdoms, including the unicellular fungi (e.g., yeasts, mushrooms, molds) and protozoans. Eukaryotic cells, like prokaryotic cells, are surrounded by a plasma membrane. However, unlike prokaryotic cells, most eukaryotic cells also contain extensive internal membranes that enclose specific compartments, the organelles, and separate them from the rest of the cytoplasm, the region of the cell lying outside the nucleus (Figure 1-7b and chapter opening figure).

Most organelles are surrounded by a single phospholipid membrane, but several, including the nucleus, are enclosed by two membranes. Each type of organelle plays a unique role in the growth and metabolism of the cell, and each contains a collection of specific enzymes that catalyze requisite chemical reactions. The membranes defining these subcellular compartments control their internal ionic composition so that it commonly differs from that of the cytosol (the portion of the cytoplasm outside the organelles) and among the various organelles.

The largest organelle in a eukaryotic cell is generally the nucleus, which houses most of the cellular DNA. In addition to the nucleus, several other organelles are present in nearly all eukaryotic cells: the mitochondria, in which much of the cell's energy metabolism is carried out; the rough and smooth endoplasmic reticula, a network of membranes in which glycoproteins and lipids are synthesized; Golgi vesicles, which direct membrane constituents to appropriate places in the cell; and peroxisomes, in which fatty acids and amino acids are degraded. Animal cells, but not plant cells, contain lysosomes, which degrade worn-out cell constituents and foreign materials taken in by the cell. Chloroplasts, where photosynthesis occurs, are found only in certain leaf cells of plants and some single-celled organisms. Both plant cells and some single-celled eukaryotes contain one or more vacuoles, large, fluid-filled organelles in which nutrients and waste compounds are stored and some degradative reactions occur.

The cytosol of eukaryotic cells contains an array of fibrous proteins collectively called the cytoskeleton (Chapters 18 and 19). Three classes of fibers compose the cytoskeleton: microtubules (20 nm in diameter), built of polymers of the protein tubulin; microfilaments (7 nm in diameter), built of the protein actin; and intermediate filaments (10 nm in diameter), built of one or more rod-shaped protein subunits. The cytoskeleton gives the cell strength and rigidity, thereby helping to maintain cell shape. Cytoskeletal fibers also control movement of structures within the cell; for example, some cytoskeletal fibers connect to organelles or provide tracks along which organelles move.

The rigid cell wall, composed of cellulose and other polymers, that surrounds plant cells contributes to their strength and rigidity. Fungi are also surrounded by a cell wall, but its composition differs from that of bacterial or plant cell walls.

A917

**8** │ CHAPTER 1   The Dynamic Cell

(a) Prokaryotic cell





Periplasmic space and cell wall

Outer membrane   Inner (plasma) membrane   Nucleoid   0.5 μm

Inner (plasma) membrane
Cell wall
Periplasmic space
Outer membrane

(b) Eukaryotic cell





▲ **FIGURE 1-7 Comparison of the structure of prokaryotic and eukaryotic cells.** (a) Drawing of a typical gram-negative prokaryotic (bacterial) cell in the process of dividing and electron micrograph of a thin section of *E. coli*, a common intestinal bacterium. Note the periplasmic space between the inner and outer membranes, and the cell wall adjacent to the inner membrane. (b) Drawing of a eukaryotic cell and electron micrograph of a plasma cell, a type of white blood cell that secretes antibodies. Only a single membrane (the plasma membrane) surrounds the cell, but the interior contains many membrane-limited compartments known as *organelles*, which are described in more detail in Chapter 5. The defining characteristic of eukaryotic cells is segregation of the cellular DNA within a defined nucleus, which is bounded by a double membrane. [Photograph in part (a) courtesy of I. D. J. Burdett and R. G. E. Murray; photograph in part (b) from P. C. Cross and K. L. Mercer, 1993, *Cell and Tissue Ultrastructure: A Functional Perspective*, W. H. Freeman and Company.]

## Cellular DNA Is Packaged within Chromosomes

The DNA in the nuclei of eukaryotic cells is distributed among 1 to more than 50 long linear structures called chromosomes. The number and size of the chromosomes are the same in all cells of an organism, but vary among different types of organisms. Each chromosome comprises a single DNA molecule associated with numerous proteins, and the total DNA in the chromosomes of an organism is referred to as its *genome*. Chromosomes, which stain intensely with basic dyes, are visible in the light microscope only during cell division when the DNA becomes tightly compacted (Figure 1-8).

A918



▲ **FIGURE 1-8 Light micrograph of the 46 human chromosomes.** A normal individual has 23 pairs of chromosomes; one member of each pair is inherited from the mother and the other member from the father. In this example, use of a special technique permits each of the chromosome pairs to be shown in a different color. The presence of an X and Y chromosome pair identifies the sex of the individual as male. [Courtesy of K. Heselmeyer-Haddad and H. M. Padilla-Nash.]

In all prokaryotic cells, most of or all the genetic information resides in a single circular DNA molecule, about a millimeter in length; this molecule lies, folded back on itself many times, in the central region of the cell. Although the large genomic DNA molecule in prokaryotes is associated with proteins and often is referred to as a chromosome, the arrangement of DNA within a bacterial chromosome differs greatly from that within the chromosomes of eukaryotic cells.

The concept that genes are like "beads" strung on a long "string," the chromosome, was proposed early in the 1900s based on genetic work with the fruit fly *Drosophila*. The early *Drosophila* workers could position, or map, the genes responsible for various mutant traits on a chromosome, even though they did not know that genes were segments of DNA or that the function of a gene was due to a protein whose sequence was encoded by that gene!

## 1.4   The Life Cycle of Cells

A cell in an adult organism can be viewed as a steady-state system. The DNA is constantly read out into a particular set of mRNAs, which specify a particular set of proteins. As these proteins function, they are also being degraded and re-

placed by new ones, and the system is so balanced that the cell neither grows, shrinks, nor changes its function. This static view of the cell, however, misses the all-important dynamic aspects of cellular life.

The dynamics of a cell can best be understood by examining the course of its life. A new cell arises when one cell divides or when two cells, like a sperm and an egg cell, fuse. Either event sets off a cell-replication program that is encoded in the DNA and executed by proteins. This program usually involves a period of cell growth, during which proteins are made and DNA is replicated, followed by cell division, when a cell divides into two daughter cells. Whether a given cell will grow and divide is a highly regulated decision of the body, assuring that an adult organism replaces worn out cells or makes more cells in response to a new need. Examples of the latter are the growth of muscle in response to exercise or damage, and the proliferation of red blood cells when a person ascends to a higher altitude and needs more capacity to capture oxygen. However, in one major and devastating disease—cancer—cells multiply even though they are not needed by the body. To understand how cells become cancerous, biologists have intensely studied the mechanisms that control the growth and division of cells.

### The Cell Cycle Follows a Regular Timing Mechanism

Most eukaryotic cells live according to an internal clock; that is, they proceed through a sequence of phases, called the cell cycle, during which DNA is duplicated during the synthesis (S) phase and the copies are distributed to opposite ends of the cell during mitotic (M) phase (Figure 1-9). Progress along the cycle is controlled at key checkpoints, which monitor the status of a cell, for instance, the internal amount of DNA or the presence of extracellular nutrients. When certain conditions are met, the cell proceeds to the next checkpoint. The cycle begins after the cell divides into two daughter cells, each containing an identical copy of the parental cell's genetic material.

The cell cycle of prokaryotes is simple and fast. Replication of the single chromosome begins at a particular DNA sequence, the replication origin, which is anchored to the cell membrane. Once DNA replication is complete, assembly of new membrane and cell wall forms a septum, which eventually divides the cell in two (see Figure 1-7a). Because the origins of the two newly formed chromosomes are anchored to different membrane sites, each daughter cell receives one chromosome. In ideal growth conditions, the bacterial cell cycle is repeated every 30 minutes.

Only a few types of eukaryotic cells can grow and divide as quickly as bacteria. Most growing plant and animal cells take 10–20 hours to double in number, and some duplicate at a much slower rate. Many cells in adult animals, such as nerve cells and striated muscle cells, do not divide at all. They have temporarily exited from the cell cycle



▲ **FIGURE 1-9 The eukaryotic cell cycle.** In most growing cells, the four phases proceed successively, taking from 10–20 hours depending on cell type and developmental state. Interphase comprises the $G_1$, S, and $G_2$ phases. DNA is synthesized in S, and other cellular macromolecules are synthesized throughout interphase, so the cell roughly doubles its mass. During $G_2$ the cell is prepared for the mitotic (M) phase, when the genetic material is evenly partitioned and the cell divides. Nondividing cells exit the normal cycle, entering the quiescent $G_0$ state.

after mitosis and entered a "paused or quiescent" state called $G_0$. Because eukaryotic cells are larger and more complex than prokaryotic cells, a specialized mechanism coordinates their replication of genomic DNA, distribution of chromosomes, and cell division. The complex regulatory events that guide eukaryotic cells from phase to phase are described in Chapter 13.

### Mitosis Apportions the Duplicated Chromosomes Equally to Daughter Cells

Mitosis is the mechanism in eukaryotes for partitioning the genome equally at cell division. To accomplish this complex task, plant and animal cells build a specialized machine, called the **mitotic apparatus**, which captures the chromosomes and then pushes and pulls them to opposite sides of the dividing cell (Chapter 19). Remarkably, the mitotic apparatus is a temporary structure that exists only during mitosis to distribute the genetic material. Although the events of mitosis unfold continuously, they are conventionally divided into four substages representing phases of chromosome movement. During the first substage, prophase, the replicated chromosomes, each comprising two identical chromatids, are condensed into compact packets and then

released to the cytoplasm when the nuclear membrane breaks down. During metaphase and anaphase, the chromosomes are sorted, and each chromatid of a pair moves to opposite sides of the cell (Figure 1-10). The end of mitosis is marked by re-formation of a membrane around each set of chromosomes (telophase). Division of the cytoplasm, called cytokinesis, then yields two daughter cells, each with a $2n$ complement of genetic material.

Cell division in plant and animal cells differs mainly at cytokinesis. Animal cells divide in two by pinching of the cytoplasm. However, because a plant cell is surrounded by a rigid cell wall, daughter cells are formed by building a new cell membrane and cell wall between the two daughter nuclei, thereby cutting the cytoplasm into two portions.

### Cell Differentiation Creates New Types of Cells

The most complicated example of cellular dynamics occurs when a cell changes, or *differentiates*, to carry out a specialized function. This process often is marked by a change in the microscopic appearance, or *morphology*, of the cell. For example, the different structures of a nerve cell and a muscle cell reflect their respective functions in long-distance communication and contraction, highlighting the biological principle that "form follows function."

Cell differentiation creates the diversity of cell types that arise during the development of an organism from a fertilized egg. This is a process of extensive cell multiplication and differentiation. A mammal that starts as one cell becomes an organism with hundreds of diverse cell types such as muscle, nerve, and skin. Here we see at its most dramatic the power of DNA to control cellular behavior: development is a DNA-orchestrated set of cellular changes (easily tens of thousands of them) that occur virtually without fail. The almost perfect resemblance of "identical" twins is a testament to the program encoded by DNA to reproducibly direct the development of a human being.

Nowhere is the variety of cellular activities and responses better illustrated than in the body's immune system. It is there that many cell types come together in organized tissues specifically designed to allow the body to distinguish its own cells from those of foreign invaders. Within the immune system, we see both development of specialized cells that can recognize invading cells and formation of tissues from cells that originate in various parts of the body. The immune-system cells not only actively survey their environment with surface receptor proteins like antibodies, but also change their properties when they encounter a foreign substance, allowing the body to rid itself of invaders.

### Cells Die by Suicide

Unchecked cell growth and multiplication produce a mass of cells, a tumor. *Programmed cell death* plays the very important role of population control by balancing cell growth and multiplication. In addition, cell death also eliminates

▶ **FIGURE 1-10 Cell division.** A parental cell in $G_1$ has two copies of each chromosome (2*n*), one maternal (red) and one paternal (blue). Chromosomes are replicated during the S phase, giving a 4*n* chromosomal complement. At the midpoint of mitosis (metaphase), the replicated chromosomes are aligned and held in position by the mitotic apparatus. The two identical chromatids composing each replicated chromosome then move to opposite ends of the cell, the nuclear membrane re-forms around each set of chromosomes, and finally cytokinesis splits the cell into two genetically identical daughter cells.



MEDIA CONNECTIONS
Life Cycle of a Cell

unnecessary cells. For example, during embryogenesis, the digits of our fingers and toes are sculpted by the death of cells in the intervening spaces. If these cells remained alive, our hands and feet would become webbed. Thus the timing and location of cell death, as well as cell growth and division, must be precisely controlled.

Cell death follows an internal program of events called **apoptosis**, in which all traces of a cell vanish. The first visible sign of apoptosis is condensation of the nucleus and fragmentation of the DNA. The cell soon shrivels and is consumed by macrophages. A cell is directed to commit suicide when an essential factor is removed from the extracellular environment or when an internal signal is activated. Thus, the default state of the cell is to remain alive. The discovery of genes that suppress the growth of tumors by activating cell death stimulated an exciting new line of cancer research that may lead to more effective treatment strategies.

## 1.5 Cells into Tissues

The evolution of multicellular organisms most likely began when cells remained associated in small colonies after division instead of separating into individual cells. A few prokaryotes and several unicellular eukaryotes exhibit such rudimentary social behavior. The full flowering of multicellularity, however, occurs in eukaryotic organisms whose cells become differentiated and organized into groups, or *tissues*, in which the tissue's cells perform a specialized, common function.

### Multicellularity Requires Extracellular Glues

The simplest multicellular organisms are single cells embedded in a jelly of protein and polysaccharide called the extracellular matrix. More complicated arrangements of cells into a chain, a ball, or a sheet require other means. The cells of higher plants, for instance, are connected by cytoplasmic bridges, called **plasmodesmata**, and are encased in a network of chambers formed by the interlocking cell walls surrounding the cells. Animal cells, in contrast, are "glued" together by cell-adhesion molecules (CAMs) on their surface. Some CAMs bind cells to one another; other types bind cells to the extracellular matrix, forming a cohesive unit. In

animals, the matrix cushions and lubricates cells. A specialized matrix, the basal lamina, which is especially tough, forms a supporting layer underlying cell sheets and preventing the cells from ripping apart.

### Tissues Are Organized into Organs

The specialized groups of differentiated cells form tissues, which are themselves the major components of organs. For example, the lumen of a blood vessel is lined with a sheet-like layer of endothelial cells, or endothelium, which prevents blood cells from leaking out (Figure 1-11). A layer of smooth muscle tissue encircles the lumen and contracts to limit the blood flow. During times of fright, constriction of smaller peripheral vessels forces more blood to the vital organs. The muscle layer of a blood vessel is wrapped in an outer layer of connective tissue, a network of fibers and cells that encase and protect the vessel walls from stretching and rupture. This hierarchy of tissues is copied in other blood vessels, which differ mainly in the thickness of the layers. The wall of a major artery must withstand much stress and

**12** | CHAPTER 1   The Dynamic Cell



▲ **FIGURE 1-11 All organs are organized arrangements of various tissues, as illustrated in this cross section of a small artery (arteriole).** Blood flows through the vessel lumen (Lu), which is lined by a thin sheet of endothelial cells (EC) forming the endothelium (TI) and by the underlying basal lamina. This tissue adheres to the overlying layer of smooth muscle tissue (TM); contraction of the muscle layer controls blood flow through the vessel. A fibrillar layer of connective tissue (TA) surrounds the vessel and connects it to other tissues. [From R. Kessels and R. Kardon, 1979, *Tissues and Organs: A Text-Atlas of Scanning Electron Microscopy*, W. H. Freeman and Company, p. 42.]

is therefore thicker than a minor vessel. The strategy of grouping and layering of different tissues is used to build other complex organs. In each case the function of the organ is determined by the specific functions of its component tissues.

## Body Plan and Rudimentary Tissues Form Early in Embryonic Development

The human body consists of some 100 trillion cells, yet it develops from a single cell, the zygote, resulting from fusion of a sperm and an egg. The early stages in the development of an embryo are characterized by rapid cell division and the differentiation of cells into tissues. The embryonic *body plan*, the spatial pattern of cell types (tissues) and body parts, emerges from two influences: a program of genes that specify the pattern of the body and local cell interactions that induce different parts of the program. Remarkably, the ba-

sic body plan of all animals is very similar (Figure 1-12). This conservation of body plan reflects evolutionary pressure to preserve the commonalities in the molecular and cellular mechanisms controlling development in different organisms. The impressive strides made in understanding these mechanisms are detailed in several later chapters.

With only a few exceptions, most animals display axial symmetry; that is, their left and right sides mirror each other. This most basic of patterns is encoded in the genome. In fact, *patterning genes* specify the general organization of an organism, beginning with the major body axes—anterior-posterior, dorsal-ventral, and left-right—and ending with body segments such as the head, chest, abdomen, and tail. The conservation of axial symmetry from the simplest worms to mammals is explained by the presence of conserved patterning genes in the genomes. Some patterning genes encode proteins that control expression of other genes; other patterning genes encode proteins that are important in cell adhesion or in cell signaling. This broad repertoire of patterning genes permits the integration and coordination of events in different parts of the developing embryo.

The precise timing of developmental events is maintained by the ability of one group of cells to induce or activate differentiation of a second group of cells. Most often induction is mediated by direct cell contact or by soluble factors released by the cells. In a typical case, contact between an aggregate of cells, the mesenchyme, with an overlying epithelial cell layer directs the latter cells to differentiate into an embryonic tissue or in later stages of development into a specific type of tissue. For example, the primitive notochord induces the development of embryonic nervous tissue



▲ **FIGURE 1-12 Common patterns of development are seen in animals as diverse as sea urchins, flies, mice, and humans.** Shown here, a set of Hox genes are arranged linearly in the genomes of mammals and flies. These genes direct the development of different segments in the body plan of many animals. This suggests a common control mechanism for the development of body segments. Remarkably, the position of the gene also marks the position of its expression in the embryo. During embryonic development, the first genes (red) in the genome are expressed at the anterior of the embryo while other genes (orange, yellow) are expressed at more distal parts. This pattern of expression in flies gives rise to mouth parts, thorax, wing segments, and the tail.

A922

and brain. Later, an eye forms when contact between a lobe of the developing brain induces the overlying embryonic "skin" to differentiate into a primitive lens.

## 1.6 Molecular Cell Biology: An Integrated View of Cells at Work

Today's scientific understanding of cellular complexity and dynamism rests on the work of many thousands of scientists over the last century and a half. Modern researchers have fused concepts and experimental techniques drawn from biochemistry, genetics, and molecular biology with those from classical cell biology to produce a dynamic conception of cellular life. In the chapters that follow, we will flesh out this introductory overview of the cell, drawing on insights from all the subdisciplines that contribute to the hybrid science of molecular cell biology.

Our knowledge of cell structure and function at any point in time is only as good as the tools available for investigation; as those tools become more effective, old concepts are sometimes totally reformulated. For this reason, our presentation will be anchored on the experimental foundations supporting various concepts. We hope this approach will encourage the reader to appreciate biology as a living science, one in which changing knowledge continually generates fresh perspectives and fresh opportunities for productive impacts on our society.

In the next ten years, a new view of biology will emerge as the massive endeavor currently under way to sequence the human genome is completed. Knowledge of the sequences of the roughly 100,000 genes in human DNA will add a whole new dimension to biological study, assisting in the even more difficult task of determining the functions of all the genes and bringing further insight about the interplay of genes in the development and differentiation of organisms. Perhaps the major challenge facing cell biologists in the twenty-first century will be to analyze the molecular basis of integrated functions in whole organisms, including learning, behavior, and aging. Astonishing as it may seem, today's young researchers may well achieve the goal stated in 1973 by Francois Jacob in *The Logic of Life*: "to interpret the properties of the organism by the structure of its constituent molecules."

## Key Terms

amino acids *4*
anaphase *10*
apoptosis *11*
archaea *5*
bilayer *6*
cell *9*
cell cycle *9*
cell division *9*
cell wall *6*
checkpoints *9*
chloroplasts *7*
chromatids *10*
chromosomes *10*
cytoplasm *7*
cytoskeleton *7*
cytosol *7*
deoxyribonucleic acid (DNA) *3*
double helix *5*
endoplasmic reticula *7*
enzymes *4*
eubacteria *5*
eukaryotes *7*
extracellular matrix *11*
gene expression *5*
genes *3*

genome *8*
Golgi vesicles *7*
induction *12*
lysosomes *7*
macromolecules *3*
messenger RNA (mRNA) *5*
metaphase *10*
mitochondria *7*
mitosis *10*
mitotic apparatus *10*
monomers *4*
nucleotides *5*
nucleus *5*
organelles *7*
peroxisomes *7*
phospholipids *6*
plasma membrane *6*
polymers *4*
prokaryotes *7*
prophase *10*
proteins *3*
ribonucleic acid (RNA) *5*
ribosomes *7*
telophase *10*

A923



# Regulation of the Eukaryotic Cell Cycle

**M**ost eukaryotic cells proceed through an ordered series of events, constituting the cell cycle, during which their chromosomes are duplicated and one copy of each duplicated chromosome segregates to each of two daughter cells (see Figure 1-9). Regulation of the cell cycle is critical for the normal development of multicellular organisms. Loss of control ultimately leads to cancer, an all-too-familiar disease that kills one in every six people in the developed world. In the late 1980s, it became clear that the molecular processes regulating the main events in the cell cycle—chromosome replication and cell division—are fundamentally similar in all eukaryotic cells. Because of this similarity, research with diverse organisms, each with its own particular experimental advantages, has contributed to a growing understanding of how these events are coordinated and controlled.

Biochemical and genetic techniques, as well as recombinant DNA technology, have been employed in studying various aspects of the eukaryotic cell cycle. These studies have revealed that cell replication is primarily controlled by regulating the timing of two critical events in the cell cycle: nuclear DNA replication and mitosis. The master controllers of these events are a small number of *heterodimeric protein kinases* that contain a regulatory subunit and catalytic subunit. These kinases regulate the activities of multiple proteins involved in DNA replication and mitosis by phosphorylating them at specific regulatory sites, activating some and inhibiting others to coordinate their activities. The molecular machinery that replicates DNA was described in Chapter 12, and the microtubule-dependent events that segregate each daughter chromatid during mitosis are considered in



A newt lung cell in metaphase. Microtubules were detected by indirect immunofluorescence (green) and chromosomes were visualized by staining DNA with an intercalating dye (blue).

**OUTLINE**

13.1 Overview of the Cell Cycle and Its Control   496

13.2 Biochemical Studies with Oocytes, Eggs, and Early Embryos   500

13.3 Genetic Studies with *S. pombe*   506

13.4 Molecular Mechanisms for Regulating Mitotic Events   510

13.5 Genetic Studies with *S. cerevisiae*   517

13.6 Cell-Cycle Control in Mammalian Cells   524

13.7 Checkpoints in Cell-Cycle Regulation   529

**MEDIA CONNECTIONS** 

Overview: Cell Cycle Control

Classic Experiment 13.1: Cell Biology   A924 Emerging from the Sea: The Discovery of Cyclins

Chapter 19. In this chapter we focus on how the cell cycle is regulated and the experimental systems that have led to our current understanding of these crucial regulatory mechanisms.

# 13.1 Overview of the Cell Cycle and Its Control

We begin our discussion by reviewing the stages of the eukaryotic cell cycle, presenting a summary of the current model of how the cycle is regulated, and briefly describing key experimental systems that have provided revealing information about cell-cycle regulation.

## The Cell Cycle Is an Ordered Series of Events Leading to Replication of Cells

As illustrated in Figure 13-1, the cell cycle is divided into four major phases. In cycling (replicating) somatic cells, chromosomes are replicated during the S (synthesis) phase. After progressing through the $G_2$ phase, cells begin the complicated process of mitosis, also called the M phase, which is divided into several stages (see Figure 19-34). Chromosomes condense during the prophase period of mitosis, by tightly folding loops of the 30-nm chromatin fiber attached to the chromosome scaffold (see Figure 9-35). Sister **chromatids**, produced by DNA replication during the S phase, remain attached at the centromere and multiple points along their length and become aligned in the center of the cell during metaphase. During the **anaphase** portion of mitosis, sister chromatids separate and move to opposite poles of the mitotic apparatus, or spindle (see Figure 19-36), segregating one of the two sister chromatids to each daughter cell.

In most cells from higher eukaryotes, the **nuclear envelope** breaks down into multiple small vesicles early in mitosis and re-forms around the segregated chromosomes as they decondense during telophase, the last mitotic stage. The physical division of the cytoplasm, called cytokinesis, then yields two daughter cells. The Golgi complex and endoplasmic reticulum also vesiculate during mitosis and re-form in the two daughter cells after cell division. In yeasts and other fungi, the nuclear envelope does not break down. In these organisms, the mitotic spindle forms within the nuclear envelope, which then pinches off, forming two nuclei at the time of cytokinesis. Following mitosis, cycling cells enter the $G_1$ phase, the period before DNA synthesis is reinitiated in the S phase.

In vertebrates and diploid yeasts, cells in $G_1$ have a diploid number of chromosomes ($2n$), one inherited from each parent. In haploid yeasts, cells in $G_1$ have one of each chromosome ($1n$). Rapidly replicating human cells progress through the full cell cycle in about 24 hours: mitosis takes ≈30 minutes; $G_1$, 9 hours; the S phase, 10 hours; and $G_2$, 4.5 hours. In contrast, the full cycle takes only ≈90 minutes in rapidly growing yeast cells.



▲ **FIGURE 13-1 The fate of a single parental chromosome throughout the eukaryotic cell cycle.** Although chromosomes condense only during mitosis, they are shown in condensed form to emphasize the number of chromosomes at different cell-cycle stages. The nuclear envelope is not depicted. Following mitosis (M), daughter cells contain $2n$ chromosomes in diploid organisms and $1n$ chromosomes in haploid organisms including yeasts maintained in the haploid state. In proliferating cells, $G_1$ is the period between "birth" of a cell following mitosis and the initiation of DNA synthesis, which marks the beginning of the S phase. At the end of the S phase, cells enter $G_2$ containing twice the number of chromosomes as $G_1$ cells ($4n$ in diploid organisms). The end of $G_2$ is marked by the onset of mitosis, during which numerous events leading to cell division occur. The $G_1$, S, and $G_2$ phases are collectively referred to as interphase, the period between one mitosis and the next. Most nonproliferating cells in vertebrates leave the cell cycle in $G_1$, entering the $G_0$ state. See also Figure 1-10.

Postmitotic cells in multicellular organisms can "exit" the cell cycle and remain for days, weeks, or in some cases (e.g., nerve cells and cells of the eye lens) even the lifetime of the organism without proliferating further. Most postmitotic cells in vertebrates exit the cell cycle in $G_1$, entering a phase called $G_0$ (see Figure 13-1). $G_0$ cells returning to the cell cycle enter into the S phase; this reentry is regulated, thereby providing control of cell proliferation.

## Regulated Protein Phosphorylation and Degradation Control Passage through the Cell Cycle

As mentioned in the chapter introduction, the complex macromolecular events of the eukaryotic cell cycle are regulated by a small number of heterodimeric protein kinases. The concentrations of the regulatory subunits of these kinases, called cyclins, increase and decrease in phase with the cell cycle. Their