MEDIA CONNECTIONS
Cell Cycle Control



▲ **FIGURE 13-2 Current model for regulation of the eukaryotic cell cycle.** Passage through the cycle is controlled by $G_1$, S-phase, and mitotic cyclin-dependent kinase complexes (CdkCs) highlighted in green. These are composed of a regulatory cyclin subunit and a catalytic cyclin-dependent kinase subunit. Protein complexes (orange) in the Cdc34 pathway and APC pathway polyubiquitinate specific substrates including the S-phase inhibitor, anaphase inhibitor, and mitotic cyclins, marking these substrates for degradation by proteasomes (see Figure 3-18). These pathways thus drive the cycle in one direction because of the irreversibility of protein degradation. Proteolysis of anaphase inhibitors inactivates the protein complexes that connect sister chromatids at metaphase (not shown), thereby initiating anaphase.

catalytic subunits are called **cyclin-dependent kinases (Cdks)** because they have no kinase activity unless they are associated with a cyclin. Each Cdk catalytic subunit can associate with different cyclins, and the associated cyclin determines which proteins are phosphorylated by the Cdk-cyclin complex.

Figure 13-2 outlines the role of the three classes of cyclin-Cdk complexes that control passage through the cell cycle: the $G_1$, S-phase, and mitotic Cdk complexes. When cells are stimulated to replicate, $G_1$ Cdk complexes are expressed first. These prepare the cell for the S phase by activating transcription factors that cause expression of enzymes required for DNA synthesis and the genes encoding S-phase Cdk complexes. The activity of S-phase Cdk complexes is initially held in check by a specific inhibitor. Then, in late $G_1$, $G_1$ Cdk complexes induce the degradation of the S-phase inhibitor, releasing the activity of the S-phase Cdk complexes, which stimulate entry into the S phase.

Once activated by degradation of the S-phase inhibitor, the S-phase Cdk complexes phosphorylate regulatory sites in the proteins that form DNA pre-replication complexes, which are assembled on replication origins during $G_1$. Phosphorylation of these proteins by S-phase Cdk complexes not

only activates initiation of DNA replication but also prevents re-assembly of new pre-replication complexes. Because of this inhibition, each chromosome is replicated just once during passage through the cell cycle, ensuring that the proper chromosome number is maintained in the daughter cells.

Mitotic Cdk complexes are synthesized during the S phase and $G_2$, but their activities are held in check until DNA synthesis is completed. Once activated, mitotic Cdk complexes induce chromosome condensation, breakdown of the nuclear envelope, assembly of the mitotic spindle apparatus, and alignment of condensed chromosomes at the metaphase plate (see Figure 19-34). After the proper association of all chromosomes with spindle microtubules has occurred, the mitotic Cdk complexes activate the anaphase-promoting complex (APC). This multiprotein complex directs the ubiquitin-mediated proteolysis of anaphase inhibitors, leading to inactivation of the protein complexes that connect sister chromatids at metaphase. Degradation of these inhibitors thus permits the onset of anaphase, during which sister chromatids segregate to opposite spindle poles. Later in anaphase, the APC also directs proteolytic degradation of the mitotic cyclins. The resulting decrease in mitotic Cdk activity permits the now separated chromosomes to decondense, the nuclear envelope to re-form around daughter-cell nuclei during telophase, and the cytoplasm to divide at cytokinesis, yielding the two daughter cells.

During early $G_1$ of the next cell cycle, phosphatases dephosphorylate the proteins that form pre-replication complexes. As a result, these complexes can assemble at replication origins in preparation for the next S phase. Phosphorylation of APC by $G_1$ Cdk complexes in late $G_1$ inactivates it, allowing the subsequent accumulation of mitotic cyclins during the S phase and $G_2$ of the ensuing cycle.

Passage through three critical cell-cycle transitions, $G_1 \rightarrow$ S phase, metaphase $\rightarrow$ anaphase, and anaphase $\rightarrow$ telophase and cytokinesis, is irreversible because these transitions are triggered by the regulated degradation of proteins, an irreversible process. As a consequence, cells are forced to traverse the cell cycle in one direction only.

In higher organisms, control of the cell cycle is achieved primarily by regulating the synthesis and activity of $G_1$ Cdk complexes. Extracellular growth factors, called mitogens, induce the synthesis of $G_1$ Cdk complexes. The activity of these and other Cdk complexes is regulated by phosphorylation at specific inhibitory and activating sites in the catalytic subunit. Once mitogens have acted for a sufficient period, the cell cycle continues through mitosis even when they are removed. The point in late $G_1$ where passage through the cell cycle becomes independent of mitogens is called the restriction point (see Figure 13-2).

## Diverse Experimental Systems Have Been Used to Identify and Isolate Cell-Cycle Control Proteins

The first evidence that diffusible factors regulate the cell cycle came from cell-fusion experiments with cultured



Mitotic chromosomes   $G_1$ chromosomes

▲ **FIGURE 13-3 Fusion of mitotic cells with interphase cells in $G_1$.** In unfused interphase cells, the nuclear envelope is intact and the chromosomes are not condensed, so individual chromosomes cannot be distinguished (see Figure 5-42). In mitotic cells, the nuclear envelope is absent and the individual replicated chromosomes are highly condensed. In the fused cell shown here, the nuclear envelope of the $G_1$ cell has broken down and is not visible. The chromosomes are partially condensed, although homologous chromosomes do not associate. The two sister chromatids of the mitotic chromosomes are joined at the centromere and are distinct. [From R. T. Johnson and P. N. Rao, 1970, *Biol. Rev.* **46**:97.]

mammalian cells. When interphase cells in the $G_1$, S, or $G_2$ stage of the cell cycle were fused to cells in mitosis, their nuclear envelopes vesiculated and their chromosomes condensed (Figure 13-3). This finding indicates that some diffusible component or components in the cytoplasm of the mitotic cells forced interphase nuclei to undergo many of the processes associated with early mitosis. We now know that these factors are the mitotic Cdk complexes. Similarly, when cells in $G_1$ were fused to cells in the S phase and the fused cells exposed to radiolabeled thymidine, the label was incorporated into the DNA of the $G_1$ nucleus, indicating that DNA synthesis began in the $G_1$ nucleus shortly after fusion. However, when cells in $G_2$ were fused to S-phase cells, no incorporation of labeled thymidine occurred in the $G_2$ nuclei. Thus diffusible factors in an S-phase cell can enter the nucleus of a $G_1$ cell and stimulate DNA synthesis, but these factors cannot induce DNA synthesis in a $G_2$ nucleus. We now know that these factors are S-phase Cdk complexes, which can activate the pre-replication complexes assembled on DNA replication origins in early $G_1$ nuclei. Although these cell-fusion experiments demonstrated that diffusible factors control entry into the S and M phases of the cell cycle, genetic and biochemical experiments were needed to identify these factors.

The budding yeast *Saccharomyces cerevisiae* and the distantly related fission yeast *Schizosaccharomyces pombe*

have been especially useful for isolation of mutants that are blocked at specific steps in the cell cycle or that exhibit altered regulation of the cycle. In both of these yeasts, temperature-sensitive mutants with defects in specific proteins required to progress through the cell cycle are readily recognized microscopically and therefore easily isolated. *S. cerevisiae* daughter cells form from a growing bud, whose size relative to the parental cell increases during the cell cycle. Mutant *S. cerevisiae* cells with a cell-cycle defect are easily identified because at the nonpermissive temperature they are arrested in the budding process (see Figure 8-9). Such cells are called *cdc* (cell-division cycle) mutants. *S. pombe cells,* in contrast, increase in length and then divide in the middle to form daughter cells. In this yeast, *cdc* mutants grow without dividing and form enormously elongated cells at the nonpermissive temperature. Other *S. pombe* mutants, called *wee* (from the Scottish word for small), divide before the parental cell has grown to the normal length, forming cells that are shorter than normal.

Temperature-sensitive mutations that block progression through the cell cycle at the nonpermissive temperature obviously prevent colony formation from a single haploid yeast cell. The wild-type alleles of recessive temperature-sensitive mutant alleles can be isolated readily by transforming haploid mutant cells with a plasmid library prepared from wild-type cells and then plating the transformed cells at the nonpermissive temperature (Figure 13-4). Complementation of the recessive mutation by the wild-type allele on one of the plasmids in the library allows a transformed mutant cell to grow into a colony; the plasmid bearing the wild-type allele can then be recovered from these cells. Because many of the proteins that regulate the cell cycle are highly conserved, human cDNAs cloned into yeast expression vectors often can complement yeast cell-cycle mutants, leading to the rapid isolation of human genes encoding cell-cycle control proteins.

Biochemical studies require the preparation of cell extracts from many cells. For biochemical studies of the cell cycle, the eggs and early embryos of amphibians and marine invertebrates are particularly suitable. In these organisms, multiple synchronous cell cycles follow fertilization of a large egg. By isolating large numbers of eggs from females and fertilizing them simultaneously by addition of sperm (or treating them in ways that mimic fertilization), researchers can obtain extracts for analysis of proteins and enzymatic activities that occur at specific points in the cell cycle.

In the following sections we describe critical experiments that led to the current model of eukaryotic cell-cycle regulation summarized in Figure 13-2 and present further details of the various regulatory events. As we will see, results obtained with different experimental systems and approaches have provided insights about each of the key transition points in the cell cycle.





Cells in colony at
various cell-cycle stages

▲ **FIGURE 13-4 Isolation of wild-type cell-division cycle (CDC) genes from S. cerevisiae cells carrying temperature-sensitive mutations in these genes.** After mutant cells are transformed with a genomic library prepared from wild-type cells, they are cultured at the permissive temperature; the transformed cells are then plated at the nonpermissive temperature (35° C). Each transformed cell takes up a single plasmid containing one genomic DNA fragment. Most such fragments include genes (e.g., *X* and *Y*) that do not encode the defective Cdc protein; transformed cells that take up such fragments do not form colonies at the nonpermissive temperature. The rare cell that takes up a plasmid containing the wild-type version of the mutant gene (in this case *cdc28*[b]) is complemented, allowing the cell to replicate and form a colony at the nonpermissive temperature. Plasmid DNA isolated from this colony carries the wild-type *CDC* gene. The same procedure is used to isolate wild-type cdc genes in *S. pombe.*

A928

**SUMMARY   Overview of the Cell Cycle and Its Control**

• The eukaryotic cell cycle is divided into four phases: M (mitosis), $G_1$ (the period between mitosis and the initiation of nuclear DNA replication), S (the period of nuclear DNA replication), and $G_2$ (the period between the completion of nuclear DNA replication and mitosis) (see Figure 13-1).

• Cdk complexes, composed of a regulatory cyclin subunit and a catalytic cyclin-dependent kinase subunit, regulate progress of a cell through the cell cycle (see Figure 13-2). Large protein complexes also mark specific inhibitors of cell-cycle events for proteolytic degradation by proteasomes.

• Diffusible factors in mitotic cells, now known to be mitotic Cdk complexes, cause chromosome condensation and vesiculation of the nuclear envelope in $G_1$ and $G_2$ cells when they are fused to mitotic cells. Similarly, S-phase Cdk complexes stimulate DNA replication in the nuclei of $G_1$ cells when they are fused to S-phase cells.

• Amphibian and invertebrate eggs and early embryos from synchronously fertilized eggs provide sources of extracts for biochemical studies of cell-cycle events.

• The isolation of yeast cell-division cycle (*cdc*) mutants led to the identification of genes that regulate the cell cycle (see Figure 13-4).

## 13.2   Biochemical Studies with Oocytes, Eggs, and Early Embryos

A breakthrough in identification of the factor that induces mitosis came from studies of oocyte development in the frog *Xenopus laevis*. To understand these experiments, we must first lay out the events of oocyte maturation. As oocytes develop in the frog ovary, they replicate their DNA and become arrested in $G_2$ for 8 months as they grow in size to a diameter of 1 mm, stockpiling all the materials needed for the multiple cell divisions required to generate a swimming, feeding tadpole. When stimulated by a male, an adult female's ovarian cells secrete the steroid hormone progesterone, which induces the $G_2$-arrested oocytes to enter meiosis I, the first cell division of meiosis (see Figure 8-2). Following this exposure to progesterone, frog oocytes continue through meiosis I, the succeeding interphase, and then arrest during the second meiotic metaphase. At this stage the cells are called *eggs*. When fertilized by sperm, the egg nucleus is released from its metaphase arrest and completes meiosis. The resulting haploid egg nucleus then fuses with the haploid sperm nucleus, producing a diploid zygote, and the mitotic divisions of early embryogenesis begin.

### MPF Promotes Maturation of Oocytes and Mitosis in Somatic Cells

The process of oocyte maturation, from $G_2$-arrested oocyte to the egg arrested in metaphase of meiosis II, can be studied in vitro by surgically removing $G_2$-arrested oocytes from the ovary of an adult female frog and treating them with progesterone (Figure 13-5a). When cytoplasm from eggs arrested in metaphase of meiosis II is microinjected into $G_2$-arrested oocytes, the oocytes mature into eggs in the absence of progesterone (Figure 13-5b). This system not only led to the initial identification of a factor in egg cytoplasm that stimulates maturation of oocytes in vitro in the absence of progesterone but also provided an assay for this factor, called maturation-promoting factor (MPF). As we will see shortly, MPF turned out to be the key factor that regulates the initiation of mitosis in all eukaryotic cells.

Using the microinjection system to assay MPF activity at different times during oocyte maturation in vitro, researchers found that untreated $G_2$-arrested oocytes have low levels of MPF activity; treatment with progesterone induces MPF activity as the cells enter meiosis I (Figure 13-6). As the cells enter the interphase between meiosis I and II, MPF activity falls; it then rises as the cells enter meiosis II and are arrested. Following fertilization, MPF activity falls again until the zygote (fertilized egg) enters the first mitosis of embryonic development. All the cells in early frog embryos undergo 12 synchronous cycles of mitosis. Throughout these cycles MPF activity is low in the interphase periods between mitoses and then rises as the cells enter mitosis.

Although initially discovered in frogs, MPF activity has been found in mitotic cells from all species assayed. For example, cultured mammalian cells can be arrested in mitosis by treatment with compounds (e.g., *colchicine*) that inhibit assembly of microtubules. When cytoplasm from such mitotically arrested mammalian cells was injected into $G_2$-arrested *Xenopus* oocytes, the oocytes matured into eggs; that is, the mammalian somatic mitotic cells contained a cytosolic factor that exhibited frog MPF activity. This finding suggested that MPF controls the entry of mammalian somatic cells into mitosis as well as the entry of frog oocytes into meiosis. When cytoplasm from mitotically arrested mammalian somatic cells was injected into interphase cells, the interphase cells entered mitosis; that is, their nuclear membranes broke down into small vesicles and their chromosomes condensed. Thus MPF is the diffusible factor, first revealed in cell-fusion experiments (see Figure 13-3), that promotes entry of cells into mitosis. Conveniently, the acronym MPF also can stand for mitosis-promoting factor, a name that denotes the more general activity of this factor.

Because the assay for MPF is cumbersome, several years passed before MPF was purified by column chromatography and the MPF proteins were characterized. MPF is in fact one of the heterodimeric complexes composed of a cyclin and cyclin-dependent protein kinase (Cdk) now known to

A929



**(a) Oocyte maturation in vitro**



**(b) Assay for MPF**

▲ **FIGURE 13-5  In vitro maturation of *Xenopus* oocytes and assay of maturation-promoting factor (MPF).** (a) Treatment of $G_2$-arrested *Xenopus* oocytes with progesterone stimulates them to proceed through meiosis I, interphase, and the first half of meiosis II before arresting in the metaphase of meiosis II. Three pairs of duplicated homologous chromosomes (blue) connected to mitotic spindle microtubules (red) are shown schematically to represent metaphase cells. After addition of sperm and fertilization, fertilized eggs complete meiosis II. The resulting haploid egg nucleus fuses with the haploid sperm nucleus to produce a diploid zygote, which undergoes the first of 12 synchronous early embryonic cleavages. (b) When cytoplasm from unfertilized eggs arrested in metaphase of meiosis II is injected into $G_2$-arrested oocytes, the oocytes mature into eggs in the absence of progesterone. This process can be repeated multiple times without further addition of progesterone. [See Y. Masui and C. L. Markert, 1971, *J. Exp. Zool.* **177**:129.]

▶ **FIGURE 13-6  Oscillation of MPF activity during meiotic and mitotic cell cycles of *Xenopus* oocytes and early frog embryos.** Diagrams of the cell structures corresponding to each stage are shown in Figure 13-5a. See text for discussion. [See J. Gerhart et al., 1984, *J. Cell Biol.* **98**:1247; adapted from A. Murray and M. W. Kirschner, 1989, *Nature* **339**:275.]



regulate the cell cycle (see Figure 13-2). Each MPF subunit was recognized through different experimental approaches. First we discuss how the regulatory cyclin subunit was identified and then describe how yeast genetic experiments led to discovery of the Cdk catalytic subunit.

## Mitotic Cyclin Was First Identified in Early Sea Urchin Embryos

Experiments with inhibitors showed that new protein synthesis is required for the increase in MPF during the mitotic phase of each cell cycle in early frog embryos (see Figure

13-6). Biochemical studies with sea urchin eggs and embryos led to identification of the cyclin component of MPF. As in early frog embryos, the initial cell cycles in the early sea urchin embryo occur synchronously, with all the embryonic cells entering mitosis simultaneously. In these studies, synchronously fertilized sea urchin eggs were incubated with a radiolabeled amino acid and samples were removed every 10 minutes. Protein was isolated from each sample and analyzed by gel electrophoresis followed by autoradiography. The amount of radiolabel in the vast majority of proteins increased steadily through several cell cycles. However, one protein peaked in intensity early in mitosis, fell abruptly during anaphase, and then slowly accumulated during the following interphase to peak early in the next mitosis. Careful analysis showed that this protein, named *cyclin B*, is synthesized continuously during the embryonic cell cycles and is abruptly destroyed at the onset of anaphase.

In subsequent experiments, a cDNA clone encoding sea urchin cyclin B was used as a probe to isolate a homologous cyclin B cDNA from *Xenopus laevis*. Western blotting of MPF purified from *Xenopus* eggs (see Figure 3-44), using antibody prepared against the protein encoded by cyclin B cDNA, showed that one subunit of MPF is indeed cyclin B. The other subunit is the catalytic Cdk subunit, first identified in genetic experiments with yeasts discussed later.

## Cyclin B Levels and MPF Activity Change Together in Cycling *Xenopus* Egg Extracts

Some unusual aspects of the rapid cell cycles in early animal embryos provided a way to study the role of mitotic cyclin in controlling MPF activity. Of particular importance, in the 12 rapid, synchronous cell cycles that occur following fertilization of *Xenopus* eggs, the $G_1$ and $G_2$ periods are minimized, and the cell cycle consists of alternating M and S phases. Once mitosis is complete, the early embryonic cells proceed immediately into the S phase, and once DNA replication is complete, the cells progress almost immediately into the next mitosis.

Remarkably, the oscillation in MPF activity that occurs as early frog embryos enter and exit mitosis (see Figure 13-6) is observed even when the nucleus is removed from a fertilized egg. This finding shows that a cell-cycle clock operates in the cytoplasm of early frog embryos completely independently of nuclear events. This phenomenon occurs only in synchronously dividing cells of early animal embryos. No transcription occurs during these rapid cell cycles, indicating that all the cellular components required for progress through the truncated cell cycles are stored in the unfertilized egg. In somatic cells generated later in development and in yeasts considered in later sections, specific mRNAs must be produced at particular points in the cell cycle for progress through the cycle to proceed. But in early animal embryos, all the mRNAs necessary for the early cell divisions are present in the unfertilized egg. Extracts prepared from unfertilized frog eggs thus contain all the materials required for multiple cell cycles, including the enzymes and precursors needed for DNA replication, the histones and other chromatin proteins involved in assembling the replicated DNA into chromosomes, and the proteins and lipids required in formation of the nuclear envelope. These egg extracts also synthesize proteins encoded by mRNAs in the extract, including cyclin B.

When chromatin prepared from interphase frog sperm is added to a *Xenopus* egg extract, a nuclear envelope develops around the chromatin, forming a haploid nucleus. Following formation of a nuclear envelope, the sperm DNA replicates one time. Following DNA replication, the sperm chromosomes condense and the nuclear envelope breaks down into vesicles, just as it does in intact cells entering mitosis. About 10 minutes after the nuclear envelope breaks down, all the cyclin B in the extract suddenly is degraded, as it is in intact cells during anaphase. Following cyclin B degradation, the sperm chromosomes decondense and a nuclear envelope re-forms around them, as in an intact cell at the end of mitosis. After about 20 minutes, the cycle begins again. DNA within the nuclei formed after the first mitotic period (now $2n$) replicates, forming $4n$ nuclei. Cyclin B, synthesized from the cyclin B mRNA present in the extract, accumulates. As cyclin B approaches peak levels, the chromosomes condense once again, the nuclear envelopes break down, and about 10 minutes later cyclin B is once again suddenly destroyed. These remarkable *Xenopus* egg extracts can mediate several of these cycles, which mimic the rapid synchronous cycles of an early frog embryo.

Using this experimental system, researchers found that MPF activity, assayed by its ability to phosphorylate histone H1, rises and falls in synchrony with the concentration of cyclin B (Figure 13-7a). The early events of mitosis—chromosome condensation and nuclear envelope breakdown—occurred when MPF activity reached its highest levels in parallel with the rise in cyclin B concentration. Addition of cycloheximide, an inhibitor of protein synthesis, prevented cyclin B synthesis and also prevented the rise in MPF activity, chromosome condensation, and nuclear envelope breakdown.

To test the functions of cyclin B in these cell-cycle events, all mRNAs in the egg extract were degraded by digestion with a low concentration of RNase, which then was inactivated by addition of a specific inhibitor. This treatment destroys mRNAs without affecting the tRNAs and rRNAs required for protein synthesis, since their degradation requires much higher concentrations of RNase. When sperm chromatin was added to the RNase-treated extracts, nuclear envelopes assembled around the sperm chromatin and the resulting $1n$ nuclei replicated their DNA, but the increase in MPF activity and the early mitotic events (chromosome condensation and nuclear envelope breakdown), which the untreated extract supports, did not occur (Figure 13-7b). Addition of cyclin B mRNA, produced in vitro from cloned cyclin B cDNA, to the RNase-treated egg extract and sperm chromatin restored the parallel oscillations in MPF activity and cyclin B level and the characteristic early and late

A931

Biochemical Studies with Oocytes, Eggs, and Early Embryos | 503

(a) Untreated extract



(b) RNase-treated extract



(c) RNase-treated extract + wild-type cyclin B mRNA



(d) RNase-treated extract + nondegradable cyclin B mRNA



▲ FIGURE 13-7 Experimental demonstration that the synthesis and degradation of cyclin B are required for the cycling of MPF activity and mitotic events in *Xenopus* egg extracts. In all cases, MPF activity and cyclin B concentration were determined at various times after addition of sperm chromatin to an extract treated as indicated. Microscopic observations determined the occurrence of early mitotic events (blue shading), including chromosome condensation and nuclear envelope breakdown, and of late events (orange shading), including chromosome decondensation and nuclear envelope reformation. See text for discussion. [See A. W. Murray et al., 1989, *Nature* **339**:275; adapted from A. Murray and T. Hunt, 1993, *The Cell Cycle: An Introduction*, W. H. Freeman and Company.]

mitotic events as observed with the untreated egg extract (Figure 13-7c). Since cyclin B is the only protein synthesized under these conditions, these results demonstrate that it is the crucial protein whose synthesis is required to regulate MPF activity and the cycles of chromosome condensation and nuclear envelope breakdown mediated by cycling egg extracts.

In these experiments, chromosome decondensation and nuclear envelope formation (late mitotic events) coincided with decreases in MPF activity and the cyclin B level. As mentioned earlier and described in detail below, mitotic cyclins can be polyubiquitinated and subsequently degraded. To determine whether degradation of cyclin B is required for exit from mitosis, researchers added a mutant mRNA encoding a nondegradable cyclin B to a mixture of RNase-treated *Xenopus* egg extract and sperm chromatin. As shown in Figure 13-7d, MPF activity increased in parallel with the level of the mutant cyclin B, triggering condensation of the sperm chromatin and nuclear envelope breakdown (early mitotic events). However, the mutant cyclin B synthesized in this reaction never was degraded as in the reaction with wild-type cyclin B mRNA (see Figure 13-7c). As a consequence, MPF activity continued to increase and the late mitotic events of chromosome decondensation and nuclear envelope formation were both blocked. This experiment demonstrates that the fall in MPF activity and exit from mitosis depends on degradation of cyclin B.

## Ubiquitin-Mediated Degradation of Mitotic Cyclins Promotes Exit from Mitosis

Animal cells actually contain three cyclins that can function like cyclin B to stimulate *Xenopus* oocyte maturation: cyclin A (which was the first cyclin shown to have this function) and two closely related cyclin Bs. Sequencing of cDNAs encoding several mitotic cyclins from various eukaryotes has shown that all the encoded proteins contain a homologous sequence near the N-terminus called the *destruction box* (Figure 13-8a). In intact cells, cyclin degradation begins shortly after the onset of anaphase (late anaphase), the

A932

(a) Mitotic cyclin destruction box



Cyclin A    Arg—Thr—Val—Leu—Gly—Val—Ile—Gly—Asp

Cyclin B1   Arg—Thr—Ala—Leu—Gly—Asp—Ile—Gly—Asn

Cyclin B2   Arg—Ala—Ala—Leu—Gly—Glu—Ile—Gly—Asn

(b) Polyubiquitination of mitotic cyclin



▲ **FIGURE 13-8 Polyubiquitination of mitotic cyclins.** (a) All mitotic cyclins have a homologous destruction box (yellow) near the N terminus. The destruction-box sequences of *Xenopus* mitotic cyclins are shown with amino acid residues conserved in all three proteins in red; residues conserved in two of the three proteins are in black boldface. *Xenopus* and other vertebrates contain two closely related, functionally equivalent B-type cyclins called B1 and B2. Cyclin A, a third mitotic cyclin discussed later, also is present at low levels during early mitosis. The mitotic cyclins are 60–63 kDa and contain ≈550–580 residues. (b) Late in anaphase, multiple ubiquitin molecules are added one at a time to lysine residues C-terminal to the destruction box in mitotic cyclins. A ubiquitin first is linked to the activating enzyme E1, which then passes the activated ubiquitin to one of several ubiquitin-conjugating enzymes (E2). After E2, together with a ubiquitin ligase (E3), called the anaphase-promoting complex (APC), recognizes a destruction-box sequence, the attached ubiquitin is transferred to the substrate protein. Repetition of this process polyubiquitinates mitotic cyclins, which then are rapidly degraded by a multiprotein proteasome complex. [See M. Glotzer et al., 1991, *Nature* **349**:132; adapted from A. Murray and T. Hunt, 1993, *The Cell Cycle: An Introduction*, W. H. Freeman and Company.]

period of mitosis when sister chromatids are separated and pulled toward opposite spindle poles.

Biochemical studies with *Xenopus* egg extracts showed that after their synthesis, wild-type mitotic cyclins are modified by addition of ubiquitin, a highly conserved, 76-residue protein. As discussed in Chapter 3, covalent attachment of chains of ubiquitin, a process called polyubiquitination, marks proteins for rapid degradation in eukaryotic cells by proteasomes, multiprotein cylindrical structures containing numerous proteases (see Figure 3-18).

Addition of ubiquitin to a mitotic cyclin or other target protein requires three types of enzymes (Figure 13-8b). Ubiquitin is first activated at its carboxyl-terminus by formation of a thioester bond with the cystine residue of *ubiquitin-activating enzyme*, E1. Ubiquitin is subsequently transferred from E1 to the cystine of one of a class of related enzymes called *ubiquitin-conjugating enzymes*, E2. The specific E2 determines, along with a third protein, *ubiquitin ligase* (E3), the substrate protein to which multiple ubiquitins will be covalently linked via a lysine residue, marking the substrate protein for rapid degradation by a proteasome. E3 proteins are frequently complex, multisubunit proteins; for instance, the E3 for cyclin B purified from *Xenopus* eggs contains at least eight different subunits. This E3 that targets mitotic cyclins for polyubiquitination is the anaphase-promoting complex (APC) mentioned earlier (see Figure 13-2). The APC targets E2-ubiquitin complexes to the destruction box in mitotic cyclins, and then stimulates transfer of the ubiquitin to a lysine residue on the C-terminal side of the destruction box. Further cycles of ubiquitination result in chains of polyubiquitin, which are recognized by proteasomes (see Figure 13-8b). Mutant cyclins that lack a destruction box have been constructed using recombinant DNA techniques; because they lack a destruction box, these mutant proteins are not rapidly degraded.

## Regulation of APC Activity Controls Degradation of Cyclin B

The degradation of cyclin B in late anaphase is regulated by controlling APC activity. The APC that is isolated from *Xenopus* eggs arrested in metaphase has low activity for stimulating polyubiquitination of cyclin B. In contrast, APC isolated from eggs stimulated to complete mitosis has high ubiquitination-stimulating activity. Several of the subunits in

A933



**Metaphase**
High cyclin B
High MPF activity

◀ **FIGURE 13-9 Regulation of mitotic cyclin levels in cycling cells.** The anaphase-promoting complex (APC) is activated only when MPF activity is high. Binding of the active APC and E2 covalently linked to a ubiquitin (not shown) to the cyclin B destruction box leads to the addition of multiple ubiquitin (Ubi) molecules. As the poly-ubiquitinated cyclin B is degraded, MPF activity declines, triggering the onset of telophase. Following cytokinesis, synthesis of cyclin B occurs in the interphase daughter cells. APC activity remains high until late in the $G_1$ of the next cell cycle when it is inactivated by a $G_1$ Cdk complex. When the MPF activity rises enough, another mitoses ensues.

APC with high activity are phosphorylated; removal of these phosphates with a protein phosphatase decreases APC activity. These findings led to the model for regulating APC activity depicted in Figure 13-9.

When MPF activity reaches its peak at metaphase, it phosphorylates and thereby activates APC. Polyubiquitination of cyclin B then occurs, leading to the degradation of cyclin B. Since cyclin B is an essential subunit of MPF, its degradation causes inactivation of MPF activity. APC is deactivated late in $G_1$, permitting a rise in the cyclin B level and the concomitant increase in MPF activity needed to enter another mitotic cycle. Since cyclin B is synthesized continuously during the cell cycle, this mechanism accounts for the rise in the cyclin B levels following mitosis (during interphase) and the sudden fall in cyclin B levels late in mitosis.

### SUMMARY   Biochemical Studies with Oocytes, Eggs, and Early Embryos

• MPF is a heterodimer composed of a mitotic cyclin and a cyclin-dependent protein kinase (Cdk). The protein kinase activity of MPF stimulates the onset of mitosis by phosphorylating multiple specific protein substrates, most of which remain to be identified.

• In the synchronously dividing cells of early *Xenopus* embryos, the concentration of mitotic cyclins (e.g., cyclin B) and MPF activity increase as cells enter mitosis and then fall precipitously during late anaphase (see Figure 13-7).

• Proteolysis of mitotic cyclins, which leads to a decrease in MPF activity, is required for the completion of mitosis.

• Mitotic cyclins contain a nine-residue sequence, the destruction box, that is recognized by ubiquitinating enzymes. The multisubunit anaphase-promoting complex (APC) directs specific ubiquitin-conjugating enzymes to polyubiquitinate mitotic cyclins, marking the proteins for rapid degradation by proteasomes.

• The concentration of mitotic cyclins, which are synthesized continuously in early *Xenopus* embryos, is regulated by controlling APC activity. APC activity rises in response to elevated MPF activity, possibly due to direct phosphorylation of APC subunits by MPF. Activated APC then promotes the ubiquitin-dependent degradation of mitotic cyclins in late anaphase (see Figure 13-9). Deactivation of APC in late $G_1$ permits accumulation of mitotic cyclins.

• The cyclical increases and decreases in MPF activity, resulting in entry into and exit from mitosis in early *Xenopus* embryos, depends on cyclical decreases and increases in the rate of mitotic cyclin degradation.

A934

506 CHAPTER 13 Regulation of the Eukaryotic Cell Cycle

# 13.3 Genetic Studies with *S. pombe*

The studies with *Xenopus* egg extracts described in the previous section clearly show that continuous synthesis of cyclin B followed by its periodic degradation at late anaphase is required for the rapid cycles of mitosis observed in early animal embryos. Identification of the catalytic subunit of MPF and further insight into its regulation came from genetic analysis of the cell cycle in the fission yeast *S. pombe*. This yeast grows as a rod-shaped cell that increases in length as it grows and then divides in the middle during mitosis to produce two daughter cells of equal size (Figure 13-10).

## Two Classes of Mutations in *S. pombe* Produce Either Elongated or Very Small Cells

In wild-type *S. pombe*, entry into mitosis is carefully regulated in order to properly coordinate cell division with cell growth. Temperature-sensitive mutants of *S. pombe* with conditional defects in the ability to progress through the cell cycle are easily recognized because they cause characteristic changes in cell length at the nonpermissive temperature. Many such mutants with defects in mechanisms regulating the cell cycle have been isolated and found to fall into two groups. In the first group are *cdc* mutants, which fail to progress through one of the phases of the cell cycle at the nonpermissive temperature; they form extremely long cells because they continue to grow in length, but fail to divide. In contrast, *wee* mutants form smaller-than-normal cells because they are defective in the proteins that normally prevent cells from dividing when they are too small. Studies with these and other *S. pombe* mutants have revealed additional mechanisms for controlling entry into mitosis.

Complementation and recombination analyses of *S. pombe* mutants have identified a number of different *cdc* and *wee* genes, designated with individual numbers. Wild-type genes are indicated in italics with a superscript plus sign (e.g., *cdc2⁺*); genes with a recessive mutation, in italics with a superscript minus sign (e.g., *cdc2⁻*). The protein encoded by a particular gene is designated by the gene symbol in Roman type with an initial capital letter (e.g., Cdc2).

## *S. pombe* Cdc2-Cdc13 Heterodimer Is Equivalent to *Xenopus* MPF

Temperature-sensitive recessive mutations in several different *cdc* genes in *S. pombe* prevent cells from entering mitosis and thus they grow much longer than normal (Figure 13-11). Dominant mutations in one of these genes, designated *cdc2*, gives rise to the wee phenotype. Generally, recessive phenotypes result from the absence of wild-type protein function, whereas dominant phenotypes are due to increased protein function, either because of overproduction or lack of regulation.

(a)



(b)



▲ FIGURE 13-10 The fission yeast *S. pombe*. (a) Scanning electron micrograph of *S. pombe* cells at various stages of the cell cycle. Long cells are about to enter mitosis; short cells have just passed through cytokinesis. (b) Main events in the *S. pombe* cell cycle. Note that the nuclear envelope does not break down during mitosis in *S. pombe* and other yeasts. [Part (a) courtesy of N. Hajibagheri.]

A935



▲ FIGURE 13-11 Schematic diagrams of phenotypes of *S. pombe cdc2* mutants. Wild-type cell (*cdc2⁺*) is depicted just before cytokinesis with two normal-size daughter cells. A recessive *cdc2⁻* mutant cannot enter mitosis at the nonpermissive temperature and appears as an elongated cell with a single nucleus, which contains duplicated chromosomes. A dominant *cdc2^D* mutant enters mitosis prematurely before reaching normal size in $G_2$; thus, the two daughter cells resulting from cytokinesis are smaller than normal, that is, they have the wee phenotype.

Isolation of these mutants indicates that an absence of Cdc2 activity prevents entry into mitosis, while an excess of Cdc2 activity brings on mitosis earlier than normal. These findings identified Cdc2 as a key regulator of entry into mitosis in *S. pombe*. The wild-type *cdc2⁺* gene contained in a *S. pombe* plasmid library was identified and isolated by its ability to complement *cdc2⁻* mutants (see Figure 13-3). Sequencing showed that it encodes a 34-kDa protein with homology to eukaryotic protein kinases.

To search for genes related to *S. pombe cdc2⁺* in other eukaryotes, researchers tested cDNA clones from other organisms for their ability to complement *S. pombe cdc2⁻* mutants. Remarkably, they isolated a human cDNA encoding a protein identical to *S. pombe* Cdc2 in 63 percent of its residues. This was one of the first demonstrations that complicated functions, such as induction of mitosis, often are carried out by proteins that are highly conserved during evolution. The ability of the human protein to perform all the functions of *S. pombe* Cdc2 also indicates that the mechanism for controlling entry into mitosis is fundamentally similar among all eukaryotes.

The discovery that Cdc2 from *S. pombe* is a protein kinase was one of the important clues that led researchers to test MPF purified from *Xenopus* eggs for protein kinase activity. As discussed earlier, one of the subunits of MPF is cyclin B. The other *Xenopus* MPF subunit not only is the same size as Cdc2 but also reacts with antibody prepared against the region of Cdc2 that is most highly conserved between the human and yeast Cdc2 proteins. These findings, which demonstrated that *Xenopus* MPF is a heterodimer composed of cyclin B and a protein kinase similar to *S. pombe* Cdc2, linked the genetic studies of the cell cycle in yeasts with the biochemical analysis of early embryonic cell cycles in frogs.

Isolation and sequencing of a second *S. pombe cdc* gene (*cdc13⁺*), which also is required for entry into mitosis, revealed that it encodes a protein with homology to sea urchin and *Xenopus* cyclin B. Further studies showed that a heterodimer of Cdc13 and Cdc2 form the *S. pombe* MPF; like *Xenopus* MPF, this heterodimer has protein kinase activity. Moreover, Cdc2 protein kinase activity rises as *S. pombe* cells enter mitosis and falls as they exit mitosis in parallel with the rise and fall in the Cdc13 level. These findings are completely analogous to the results obtained with early *Xenopus* embryos (see Figure 13-7a).

## Phosphorylation of the Catalytic Subunit Regulates MPF Kinase Activity

Analysis of other *cdc* and *wee* mutants indicated that proteins encoded by other genes influence the protein kinase activity of *S. pombe* MPF (the Cdc2-Cdc13 heterodimer). For example, temperature-sensitive *cdc25⁻* mutants do not enter mitosis at the nonpermissive temperature. On the other hand, overexpression of Cdc25 from a plasmid present in multiple copies per cell decreases the length of $G_2$ causing premature entry into mitosis and small cells (Figure 13-12a). Conversely, *wee1⁻* mutants exhibit premature entry into mitosis indicated by their small cell size, whereas overproduction of Wee1 protein increases the length of $G_2$ resulting in elongated cells. A logical interpretation of these findings is that Cdc25 protein stimulates the activity of *S. pombe* MPF, whereas Wee1 protein inhibits MPF activity (Figure 13-12b).

In subsequent studies, the wild-type *cdc25⁺* and *wee1⁺* genes were isolated, sequenced, and used to produce the encoded proteins with suitable expression vectors. The deduced sequences of Cdc25 and Wee1 and biochemical studies of the proteins demonstrated that they regulate the activity of *S. pombe* MPF by phosphorylating and dephosphorylating specific regulatory sites in Cdc2, the catalytic subunit.

Cdc2 is active as a protein kinase only when it is associated with a cyclin such as Cdc13. Phosphorylation at one residue (threonine-161) in the Cdc2 subunit activates MPF and phosphorylation at another residue (tyrosine-15) in Cdc2 inactivates MPF, even when the activating site (threonine-161) is phosphorylated. These regulatory phosphorylations of Cdc2 only occur after it is bound by the mitotic cyclin Cdc13. As illustrated in Figure 13-13, Wee1 is the protein kinase that phosphorylates the inhibitory Tyr-15 residue; another kinase, designated *Cdc2-activating kinase (CAK)*, phosphorylates the activating Thr-161 residue. The resulting diphosphorylated MPF is still inactive. Finally, Cdc25, which has protein phosphatase activity, removes the phosphate from Tyr-15, yielding an active MPF. Site-specific mutagenesis that changed the Tyr-15 in Cdc2 to a phenylalanine, which cannot be phosphorylated, produced mutants with the wee phenotype, similar to that of *wee1⁻* mutants. Both mutations prevent the inhibitory phosphorylation at Tyr-15, leading to increased MPF activity, resulting in premature entry into mitosis.

508  CHAPTER 13  Regulation of the Eukaryotic Cell Cycle



(a)

Deficit of Cdc25
Excess of Wee1 } ⟶ Elongated cells
(Increased G₂)

Excess of Cdc25
Deficit of Wee1 } ⟶ Small cells
(Decreased G₂)

(b)

*S. pombe* MPF

Cdc13
Cdc2

Wee1    Cdc25

▲ **FIGURE 13-12 Effects of mutations in *cdc25* and *wee1* genes on *S. pombe* phenotypes and MPF activity.** (a) Cells that lack Cdc25 or Wee1 activity, as a result of recessive temperature-sensitive mutations in the corresponding genes, have the opposite phenotype. Likewise, cells with multiple copies of plasmids containing *cdc25*[1] or *wee1*[+], and which thus produce an excess of the encoded proteins, have opposite phenotypes. (b) These phenotypes imply that the Cdc2-Cdc13 complex is activated (→) by Cdc25 and inhibited (⊣) by Wee1. In *cdc25⁻* cells, the inhibitory activity is unopposed and MPF activity is inhibited, blocking entry into mitosis and resulting in elongated cells. When Cdc25 is produced at higher-than-normal levels, it offsets the inhibitory effect of Wee1, so MPF activity rises faster than in wild-type cells, causing premature entry into mitosis in small (wee) cells. In *wee1⁻* mutants, the stimulatory effect of Cdc25 is unopposed, so MPF activity rises faster than normal, leading to premature entry into mitosis and small (wee) cells. Conversely, overproduction of Wee1 inhibits MPF activity more than normal, delaying entry into mitosis and producing elongated cells.



Cdc13
(cyclin B)          Cdc2
                   Y15  T161

Inactive
protein kinase
subunit

Cdc13
Cdc2
Y15  T161

Inactive
MPF

↓ Wee1

Cdc13
Cdc2
Y15  T161
Ⓟ

Inactive
MPF

↓ CAK

Cdc13
Cdc2
Y15  T161
Ⓟ    Ⓟ

Inactive
MPF

↓ Cdc25

Cdc13
Cdc2
Y15  T161
            Ⓟ

Active
MPF

Substrate-
binding surface

▲ **FIGURE 13-13 Regulation of MPF protein kinase activity in *S. pombe* by Cdc13 (cyclin B), Wee1, CAK (Cdc2-activating kinase), and Cdc25.** Wee1 and CAK are protein kinases, and Cdc25 is a protein phosphatase. Once bound by Cdc13, the catalytic Cdc2 subunit can be phosphorylated at two regulatory sites, tyrosine-15 (Y15) and threonine-161 (T161). Only when Cdc2 is monophosphorylated at T161 is MPF active. Cdc13 contributes to the specificity of substrate binding, probably by forming part of the substrate-binding surface (cross-hatch), which also includes the inhibitory Y15 residue.

## Conformational Changes Induced by Cyclin Binding and Phosphorylation Increase MPF Activity

The three-dimensional structure of human cyclin-dependent kinase 2 (Cdk2), which is discussed in a later section, provides insight into how phosphorylation of the Cdc2 subunit of *S. pombe* MPF regulates its protein kinase activity. Although the three-dimensional structures of Cdc2 and most other cyclin-dependent kinases have not been determined, their extensive sequence homology with human Cdk2 suggests that all these cyclin-dependent kinases have a similar structure and are regulated by a similar mechanism.

The three-dimensional structure of unphosphorylated, inactive Cdk2 complexed with ATP, as determined by x-ray crystallography, is shown in Figure 13-14a. A flexible region

of inactive Cdk2, called the *T-loop*, blocks access of protein substrates to the active site where ATP is bound, largely explaining why free Cdk2, unbound to cyclin, has no protein kinase activity. A threonine residue located at the top of this

A937



▲ **FIGURE 13-14 Structures of human Cdk2, which is homologous to the Cdc2 catalytic subunit of MPF.** (a) Free, inactive Cdk2 unbound to cyclin A. α-helices are shown as cylinders and β-strands as arrows. Regions of the molecule whose conformation change in the complex with cyclin A are shown in yellow. The T-loop contains the activating threonine whose phosphorylation fully activates the kinase activity of the Cdk2–cyclin A complex. The α1 helix contains a seven-residue sequence that is found at this position in all Cdks. ATP is shown in a ball and stick model, C=gray, O=red, N=blue, P=purple. The T-loop region of Cdk2 is positioned in front of the active site where it blocks access of protein substrates to the γ-phosphate of the bound ATP. (b) Unphosphorylated, low-activity Cdk2–cyclin A complex. Interactions between cyclin A (purple) and the T-loop (yellow) cause the T-loop to pull away from the active site of Cdk2, so that substrate proteins can bind. Helix α1, which interacts extensively with cyclin A, moves several angstroms into the catalytic cleft where it probably contributes to substrate specificity. Conformational changes induced by cyclin A binding also reposition key catalytic side chains leading to the correct alignment of the ATP phosphates for the phosphotransfer reaction. This complex has low kinase activity. (c) Phosphorylated, high-activity Cdk2–cyclin A complex. The conformational changes induced by phosphorylation of the activating threonine alter the shape of the substrate-binding surface, greatly increasing the affinity for protein substrates. [Courtesy of P. D. Jeffrey. See A. A. Russo et al., 1996, *Nature Stuct. Biol.* 3:696.]

loop corresponds to the activating site in Cdc2 (Thr-161) that is phosphorylated by CAK (see Figure 13-13). Unphosphorylated Cdc2 bound to one of its cyclin partners, cyclin A, has minimal, but detectable protein kinase activity in vitro. The structure of the complex shows that extensive interactions between cyclin A and the T-loop cause a dramatic shift in the position of the T-loop, thereby exposing the Cdk2 active site (Figure 13-14b). Binding of cyclin A also shifts the position of the α1 helix in Cdk2, modifying the substrate-binding surface of Cdk2. Phosphorylation of the activating threonine in the T-loop in Cdk2–cyclin A complexes causes additional conformational changes that further modify the substrate-binding surface of the complex, greatly increasing its affinity for protein substrates (Figure 13-14c). As a result, the kinase activity of the phosphorylated complex is a hundredfold greater than that of the unphosphorylated complex.

The inhibitory Tyr-15 of Cdc2 is in the region of the protein that binds the ATP phosphates. In vertebrate Cdk2 proteins, a second inhibitory site (Thr-14) is located in the same region of the protein. Phosphorylation of Tyr-15 and Thr-14 in these proteins prevents binding of ATP because of electrostatic repulsion between the phosphates linked to the protein and the phosphates of ATP. Thus, these phosphorylations inhibit protein kinase activity even when the Cdk protein is bound by a cyclin and the activating site is phosphorylated.

## Other Mechanisms Also Control Entry into Mitosis by Regulating MPF Activity

So far we have discussed two mechanisms for controlling entry into mitosis: (a) regulation of the concentration of mitotic cyclins as outlined in Figure 13-9 and (b) regulation of the activity of MPF as outlined in Figure 13-13. Further studies of *S. pombe* mutants with altered cell cycles revealed additional complexities in the regulation of MPF activity. The Wee1 protein kinase that inhibits MPF is in turn inhibited by another protein kinase encoded by the *nim1*[+] gene. Another gene, *mik1*[+], encodes a protein kinase, very similar to Wee1, that can also phosphorylate the inhibitory Tyr-15 of Cdc2 (see Figure 13-13). Several other genes currently being studied also are thought to influence MPF activity. At present it is clear that multiple mechanisms regulate MPF activity in *S. pombe* in order to control the timing of mitosis and therefore the size of daughter cells.

Enzymes with activities equivalent to *S. pombe* Wee1 and Cdc25 have been found in cycling *Xenopus* egg extracts. The *Xenopus* Wee1 tyrosine kinase activity is high and Cdc25

phosphatase activity is low during interphase, holding the MPF assembled from *Xenopus* Cdc2 and newly synthesized cyclin B in the inactive state with the Cdc2 Tyr-15 phosphorylated. As the extract initiates the events of mitosis, Wee1 activity diminishes and Cdc25 activity increases so that MPF is converted into its active form. As a result, although cyclin B is the only protein whose *synthesis* is required for the cycling of early *Xenopus* embryos, the *activities* of other proteins, including *Xenopus* Wee1 and cdc25, must be properly regulated for cycling to occur. In its active form, Cdc25 is phosphorylated, suggesting that its activity is also controlled by one or more additional protein kinases and phosphatases.

MPF activity also can be regulated by controlling transcription of the genes encoding the proteins that regulate MPF activity. For example, after the initial rapid synchronous cell divisions of the early *Drosophila* embryo, all the mRNAs are degraded, and the cells become arrested in $G_2$. This arrest occurs because the *Drosophila* homolog of Cdc25, called String, is unstable. Since *string* mRNA is degraded along with other mRNAs, synthesis of String ceases. Because of the resulting decrease in String phosphatase activity, MPF is maintained in its inhibited state. The subsequent regulated entry into mitosis by specific groups of cells is then triggered by the regulated transcription of the *string* gene.

### SUMMARY   Genetic Studies with *S. pombe*

- In the fission yeast, *S. pombe*, *cdc* mutations delay progress through one or more phases of the cell cycle, resulting in elongated cells that continue to grow in length but fail to divide. In contrast, *wee* mutations accelerate progress through a phase of the cell cycle, resulting in cells that are shorter than normal.

- *S. pombe* mutants that lack Cdc2 function fail to enter mitosis, while mutants that have greater-than-normal Cdc2 function enter mitosis sooner than normal (see Figure 13-11). Thus Cdc2 is a key regulator of entry into mitosis.

- The *S. pombe cdc2* gene encodes a cyclin-dependent protein kinase. The Cdc2 protein associates with a B-type mitotic cyclin encoded by the *cdc13* gene to form a heterodimer that is equivalent to MPF.

- Two residues in the Cdc2 subunit of the Cdc2-Cdc13 complex can be phosphorylated. The protein kinase activity of the complex is greatest when threonine 161 is phosphorylated. However, phosphorylation at tyrosine 15 by Wee1 inhibits the protein kinase activity of Cdc2-Cdc13 by interfering with binding of ATP. This inhibitory phosphate is removed by Cdc25, a protein phosphatase. As cells enter mitosis, Wee1 activity falls while Cdc25 activity increases, resulting in activation of Cdc2-Cdc13 activity (see Figure 13-13).

- The human Cdk2–cyclin A complex is similar to *Xenopus* MPF and the *S. pombe* Cdc2-Cdc13 complex. Structural studies with the human proteins reveal that cyclin binding to Cdk2 and phosphorylation of the activating threonine (equivalent to Thr-161 in Cdc2) cause conformational changes that expose the active site and modify the substrate-binding surface so that it has high affinity for protein substrates.

## 13.4   Molecular Mechanisms for Regulating Mitotic Events

So far, we have seen that a regulated increase in MPF activity induces entry into mitosis. Presumably, the entry into mitosis is a consequence of the phosphorylation of specific proteins by the protein kinase activity of MPF. For the most part, however, the proteins phosphorylated by MPF in vivo have not been identified. The active phosphorylated forms of these proteins are thought to mediate the many remarkable events of mitosis including chromosome condensation, formation of the mitotic spindle, and breakdown of the nuclear envelope (see Figure 19-34).

As demonstrated in the studies with *Xenopus* egg cycling extracts described earlier (see Figure 13-7), a decrease in mitotic cyclins and the associated inactivation of MPF coincides with the later stages of mitosis (late anaphase and telophase). Just before this, in early anaphase, sister chromatids separate and move to opposite spindle poles. During telophase, microtubule dynamics return to interphase conditions, the chromosomes decondense, the nuclear envelope reforms, the endoplasmic reticulum and Golgi complex are remodeled, and cytokinesis occurs. Some of these processes are triggered by dephosphorylation; others, by protein degradation.

In this section, we discuss the molecular mechanisms and specific proteins associated with some of the events that characterize early and late mitosis.

### Phosphorylation of Nuclear Lamins by MPF Leads to Nuclear-Envelope Breakdown

The nuclear envelope is a double-membrane extension of the rough endoplasmic reticulum containing many nuclear pore complexes (see Figure 5-42). The lipid bilayer of the inner nuclear membrane is supported by the nuclear lamina, a meshwork of lamin filaments located adjacent to the inside face of the nuclear envelope (Figure 13-15a). The three nuclear lamins (A, B, and C) present in vertebrate cells belong to the class of cytoskeletal proteins, the intermediate filaments, that are critical in supporting cellular membranes (Chapter 19). Lamins A and C, which are encoded by the same transcription unit and produced by alternative splicing of a single pre-mRNA, are identical except for a 133-residue region at the C-terminus of lamin A, which is absent in lamin

(a)



1 μm

▲ **FIGURE 13-15 The nuclear lamina and its depolymerization.**
(a) Electron micrograph of the nuclear lamina. A nuclear membrane
from a hand-dissected *Xenopus* oocyte was fixed to an electron
microscope grid and then extracted with a nonionic detergent to
remove the lipid membranes and nonpolymerized proteins. Note
the regular meshlike network of fibers. (b) Schematic diagram of
the nuclear lamina associated with the inner membrane of the
double-membrane nuclear envelope of an interphase cell. The
nuclear lamina (red) consists of two orthogonal sets of 10-nm-
diameter filaments built of lamins A, B, and C. Individual lamin
filaments are formed by end-to-end polymerization of lamin
tetramers, which consist of two lamin dimers. The red circles
represent the globular N-terminal domains. Phosphorylation of
specific serine residues near the ends of the coiled-coil rodlike
central section of lamin dimers causes the filaments and tetramers
to depolymerize, leading to breakdown of the nuclear envelope.
[Part (a) from U. Aebi et al., 1986, *Nature* **323**:560; courtesy of U. Aebi.
Part (b) adapted from A. Murray and T. Hunt, 1993, *The Cell Cycle: An
Introduction,* W. H. Freeman and Company.]

(b)



C. Lamin B, encoded by a different transcription unit, is
post-transcriptionally modified by the addition of a hy-
drophobic isoprenyl group near its carboxyl-terminus. This
fatty acid is incorporated into the inner leaflet of the lipid
bilayer that forms the inner nuclear membrane, thereby an-
choring the nuclear lamina to the membrane. All three nu-
clear lamins form dimers containing a rodlike α-helical
coiled-coil central section and globular head and tail do-
mains; polymerization of these dimers through head-to-head
and tail-to-tail associations generates the intermediate fila-
ments that compose the nuclear lamina (see Figure 19-51).

Early in mitosis, MPF phosphorylates specific serine
residues in all three nuclear lamins, causing depolymeriza-
tion of the lamin intermediate filaments (Figure 13-15b).
The phosphorylated lamin A and C dimers are released into
solution, whereas the phosphorylated lamin B dimers remain
associated with the nuclear membrane via their isoprenyl
anchor. Depolymerization of the nuclear lamins leads to dis-
integration of the nuclear lamina meshwork and contributes
to the breakdown of the nuclear envelope into small vesicles.
The experiment summarized in Figure 13-16 shows that the
breakdown of the nuclear envelope, which normally occurs
early in mitosis, depends on phosphorylation of lamin A.



▲ **FIGURE 13-16 Experimental demonstration that phospho-rylation of human nuclear lamin A is required for lamin depolymerization, which contributes to nuclear-envelope breakdown during mitosis.** Site-directed mutagenesis was used to prepare a mutant human lamin A gene encoding a protein in which alanines replace the serines that normally are phosphory-lated in wild-type lamin A (see Figure 13-15b). As a result, the mutant lamin A cannot be phosphorylated. Expression vectors carrying the wild-type or mutant gene were separately transfected into cultured hamster cells. Transfected cells at various stages in the cell cycle then were stained with a fluorescent-labeled monoclonal antibody specific for human lamin A and with a fluorescent dye that binds to DNA. In these photomicrographs of cells during interphase, prophase, and metaphase, lamin A staining visualized polymerized (unphosphorylated) lamin A as a bright band of fluorescence around the perimeter of the nucleus, whereas diffuse staining and the absence of the bright periph-eral band indicates depolymerized lamin A. In cells with both wild-type and mutant lamin A, the chromosomes were fully condensed by metaphase. Depolymerization of lamin A, how-ever, occurred only in the wild-type cells. The presence of intact nu-lamin A in the mutant cells prevents disintegration of the nu-clear lamina and envelope. [From R. Heald and F. McKeon, 1990, *Cell* **61**:579.]

## Other Early Mitotic Events May Be Controlled Directly or Indirectly by MPF

The demonstration that nuclear-envelope breakdown depends on phosphorylation of nuclear lamins suggests that MPF-catalyzed phosphorylation of other proteins may play a role in other early mitotic events, such as chromosome conden-sation. For instance, genetic experiments in the budding yeast *S. cerevisiae* identified a family of *SMC* (structural maintenance of chromosomes) *proteins* that are required for normal chromosome segregation. Biochemical studies of the homologous *Xenopus* proteins showed that these large pro-teins ($\approx$1200 amino acids) contain long regions predicted to participate in coiled-coil structures (see Figure 3-9) and char-acteristic ATPase domains at their C-terminus. Homologs of

yeast SMC proteins were cloned from a *Xenopus* cDNA library, and antibodies were raised against the encoded proteins. Immunoprecipitation studies with these antibodies revealed that in a *Xenopus* egg extract the SMC proteins are part of a protein complex, called condensin, that includes three additional proteins, which become phosphorylated as cells enter mitosis. When the anti-SMC antibodies were used to deplete condensin from an egg extract, the extract lost its ability to condense added sperm chromatin.

In experiments with purified condensin and DNA, phosphorylated condensin binds to DNA and winds it into supercoils in a reaction requiring the hydrolysis of ATP. These results have lead to the model that individual condensin complexes, activated by MPF or another protein kinase regulated by MPF, bind to DNA at intervals along the chromosome scaffold. Self-association of the bound complexes via their coiled-coil domains and supercoiling of the DNA segments between them is proposed to cause chromosome condensation.

Phosphorylation of microtubule-associated proteins by MPF probably is required for the dramatic changes in microtubule dynamics that result in the formation of the mitotic spindle and asters (Section 19-5). In addition, all vesicular traffic in the cell ceases during mitosis, and the endoplasmic reticulum and Golgi complex break down into small vesicles as the nuclear membrane does. Phosphorylation of proteins associated with these membranous organelles, by MPF or other protein kinases activated by MPF-catalyzed phosphorylation, likely is responsible for these mitotic events as well.

## APC-Dependent Unlinking of Sister Chromatids Initiates Anaphase

We saw earlier that in the late anaphase and telophase stages of mitosis, APC-mediated polyubiquitination of cyclin B targets it for destruction (see Figure 13-9). Additional experiments with RNase-treated *Xenopus* egg extracts provided evidence that polyubiquitination and subsequent degradation of noncyclin proteins also is required to initiate anaphase. In these studies, the mitotic spindle, which is formed from tubulin-containing microtubules, was visualized by including fluorescent-labeled tubulin in the reaction mixtures. When RNase-treated egg extracts and sperm chromatin were incubated in the presence of mRNA encoding wild-type cyclin B, the mitotic spindle apparatus and condensed sperm chromosomes aligned between the spindle poles were visible, similar to their appearance during metaphase in intact cells. After 15 minutes of incubation, the chromosomes were seen to move toward the spindle poles, just as they do during anaphase in intact cells. Cyclin B degradation and the resulting precipitous decrease in MPF activity began after this point, and over the next half hour the spindle depolymerized and the chromosomes decondensed (Figure 13-17a).

When mRNA encoding a nondegradable cyclin B was substituted for wild-type mRNA, MPF activity remained high as in the experiments described earlier (see Figure 13-7d). As before, chromosome decondensation did not occur, but

chromosome segregation was observed to occur normally, indicating that chromosome segregation during anaphase does not require MPF inactivation (Figure 13-17b).

Researchers then prepared a peptide corresponding to residues 13–110 of cyclin B, which contains the destruction-box sequence and the site of polyubiquitination. When this peptide was added to a reaction mixture containing untreated egg extract and sperm chromatin, movement of chromosomes toward the spindle poles was greatly delayed at peptide concentrations of 20–40 μg/ml and blocked altogether at higher concentrations (Figure 13-17c). The added excess destruction-box peptide is thought to act as a substrate for the APC-directed polyubiquitination system, competing with the normal endogenous target proteins and thereby delaying or preventing their degradation by proteasomes.

As discussed in Chapter 19, each sister chromatid of a metaphase chromosome is attached to microtubules via its kinetochore, a complex of proteins assembled at the centromere (see Figure 19-39); the opposite ends of these kinetochore microtubules associate with one of the spindle poles. At metaphase, the spindle is in a state of tension with forces pulling the two kinetochores towards the opposite spindle poles balanced by forces pushing the spindle poles apart. Sister chromatids do not separate because they are held together at their centromeres and multiple positions along the chromosome arms by recently discovered multiprotein complexes called cohesins. Among the proteins composing the cohesin complex are members of the SMC protein family discussed earlier. Thus SMC proteins function in multiprotein complexes with other proteins in both chromosome condensation and the cohesion of sister chromatids. The function of the cohesin complex was demonstrated in experiments in which antibodies specific for the cohesin SMC proteins were used to deplete the cohesin complex from *Xenopus* egg extracts. The depleted extract was able to replicate the DNA in added sperm chromatin, but the resulting sister chromatids were defective in their association with each other.

Cohesin function is regulated by the **anaphase inhibitor**, a protein that is a target of APC-directed polyubiquitination. In yeast, anaphase inhibitor functions together with another protein to stimulate the proper association of cohesin with daughter chromosomes. As cells enter anaphase, anaphase inhibitor is polyubiquitinated by the APC and degraded by proteasomes (see Figure 13-2). As a consequence, cohesin function is inactivated, allowing the poleward force exerted on kinetochores to move sister chromatids toward opposite spindle poles (Figure 13-18).

After APC is activated, it initially acts on certain target proteins such as the anaphase inhibitor, but it does not act on cyclin B until late in anaphase (Figure 13-19). This is necessary in order to maintain MPF activity until late anaphase, keeping chromosomes in their condensed state until they have segregated to opposite spindle poles. Recent genetic studies in budding yeast indicate that this stage-dependent



(a) RNase treated extract + mRNA encoding wild-type cyclin B

DNA

Tubulin

Time (min)    0    10    15    40

(b) RNase treated extract + mutant mRNA encoding nondegradable cyclin B

DNA

Tubulin

Time (min)    0    10    15    80

targeting of APC activity is due to the regulated activity of two APC-associated proteins.

## Phosphatase Activity Is Required for Reassembly of the Nuclear Envelope and Cytokinesis

Earlier we saw that phosphorylation of nuclear lamins results in their depolymerization, leading to breakdown of the nuclear envelope, a crucial event of early mitosis. Removal of these phosphates coincides with lamin repolymerization and re-formation of the nuclear lamina associated with the daughter-cell nuclei during telophase. Studies with *Xenopus* egg extracts and analyses of various organisms with temperature-sensitive mutations in protein phosphatases indicate that specific protein phosphatases indeed are required for reassembly of the nuclear lamina and the nuclear envelope. When MPF is inactivated by the

A943

(c)  Untreated extract + cylin B destruction-box peptide

**15-min reaction time**



DNA

**35-min reaction time**





DNA

| 0 | 20 | 40 | 60 | 80 | Peptide conc. added (µg/ml) |

◄ **FIGURE 13-17 Experimental evidence that onset of anaphase depends on polyubiquitination of proteins other than cyclin B.** The reaction mixtures contained an untreated or RNase-treated *Xenopus* egg extract and isolated *Xenopus* sperm nuclei, plus other components indicated below. Chromosomes were visualized with a fluorescent DNA-binding dye. Addition of fluorescent rhodamine-labeled tubulin to the reactions permitted observation of the microtubules forming the spindle apparatus. (a,b) The egg extract was treated with RNase to destroy endogenous mRNAs, and an RNase inhibitor was added before addition of mRNA encoding wild-type cyclin B or nondegradable cyclin B. In both samples, the condensed chromosomes and assembled spindle apparatus are visible at 0 minutes. In the presence of wild-type cyclin B (a), condensed chromosomes attached to the spindle microtubules and segregated toward the poles of the spindle as cyclin B was degraded. By 40 minutes, the spindle had depolymerized (thus is not visible), and the chromosomes had decondensed. In the presence of nondegradable cyclin B

(b), chromosomes segregated to the spindle poles (15 minutes), as in (a), but the spindle microtubules did not depolymerize and the chromosomes did not decondense even after 80 minutes. These observations indicate that degradation of cyclin B is not required for chromosome segregation during anaphase, although it is required for depolymerization of spindle microtubules and chromosome decondensation during telophase. (c) Various concentrations of a cyclin B peptide containing the destruction box were added to extracts that had not been treated with RNase; the samples were stained for DNA at 15 and 35 minutes after formation of the spindle apparatus. The two lowest peptide concentrations delayed chromosome segregation, and the higher concentrations completely inhibited chromosome segregation. In this experiment, the added cyclin B peptide is thought to function as a competitive inhibitor for polyubiquitination of target proteins whose degradation is required for onset of anaphase. [From S. L. Holloway et al., 1993. *Cell* **73**:1393; courtesy of A. W. Murray.]

degradation of cyclin B late in anaphase, the action of these phosphatases, which remove the lamin regulatory phosphates, is unopposed; consequently, the lamins are rapidly dephosphorylated.

Figure 13-20 schematically depicts reassembly of the nuclear envelope, which occurs late in mitosis. Vesicles derived from the breakdown of the nuclear envelope during prophase associate with the surface of the decondensing chromosomes during telophase. These vesicles fuse to form continuous double membranes around each chromosome.

Nuclear pore complexes, which disassemble into subpore complexes during prophase, reassemble into the nuclear membrane around each chromosome, forming individual mininuclei called *karyomeres*. Subsequent fusion of the karyomeres associated with each spindle pole generates the two daughter-cell nuclei, each one containing a full set of chromosomes. Lamins A and C appear to be imported through the reassembled nuclear pore complexes during this period and reassemble into a new nuclear lamina. Reassembly of the nuclear lamina in the daughter nuclei probably

516   CHAPTER 13   Regulation of the Eukaryotic Cell Cycle





▲ FIGURE 13-18 Model for induction of anaphase by regulation of cohesin complexes. Arrows indicate direction of the forces acting on the kinetochores. Cohesin complexes are shown connecting centromeres, but they also occur along the arms of sister chromatids. Cohesin function is regulated by anaphase inhibitor, a protein that is polyubiquitinated by the APC during early anaphase. The subsequent degradation of anaphase inhibitor by proteasomes results in the inactivation of cohesins, permitting the poleward movement of the chromatids. See text for discussion.

► FIGURE 13-19 Control of entry into anaphase and exit from mitosis by the anaphase-promoting complex (APC), which directs the degradation of at least two classes of proteins. Inactive APC (light orange) is activated (dark purple) directly or indirectly by MPF (Cdc2–cyclin B) after MPF has induced the early events of mitosis through metaphase (see Figure 13-9). Activated APC first polyubiquitinates anaphase inhibitor (brown), which prevents separation of sister chromatids, thereby initiating anaphase. Subsequently, APC polyubiquitinates cyclin B, resulting in the inactivation of MPF and exit from mitosis. [Adapted from R. W. King et al., 1996, Science 274:1652.]



A945

◄ **FIGURE 13-20 Assembly of the nuclear envelope during telophase.** Nuclear envelope vesicles, generated by the breakdown of the envelope during prophase, associate with decondensing chromosomes and then fuse. Subpore complexes reassemble into nuclear pores, forming individual mininuclei called karyomeres. The enclosed chromosome further decondenses, and subsequent fusion of the nuclear envelopes of all the karyomeres at each spindle pole forms a single nucleus containing a full set of chromosomes. Reassembly of the nuclear lamina is not shown. [See G. P. Vigers and M. J. Lohka, 1991, *J. Cell Biol.* **112:**545; adapted from A. Murray and T. Hunt, 1993, *The Cell Cycle: An Introduction*, W. H. Freeman and Company.]



▲ **FIGURE 13-21 Regulation of myosin light chain by MPF.** Phosphorylation of inhibitory sites on the myosin light chain by MPF early in mitosis prevents active myosin heavy chains from interacting with and sliding along actin filaments, a process required for cytokinesis. When MPF activity falls during anaphase, a constitutive phosphatase dephosphorylates the inhibitory sites, permitting cytokinesis to proceed. A different enzyme, myosin light-chain kinase, phosphorylates the activating site. [See L. L. Satterwhite et al., 1992, *J. Cell Biol.* **118:**595; adapted from A. Murray and T. Hunt, 1993, *The Cell Cycle: An Introduction*, W. H. Freeman and Company.]

is initiated on lamin B molecules, which remain associated with the nuclear-envelope vesicles throughout mitosis via the isoprenyl anchors covalently linked to the C-terminal region of lamin B.

During cytokinesis, the final step in cell division, the actin and myosin filaments composing the contractile ring slide past each other to form a cleavage furrow of steadily decreasing diameter (see Figure 18-37). As MPF activity rises early in mitosis, it phosphorylates the myosin light chain, thereby inhibiting its ability to associate with actin filaments (Figure 13-21). Inactivation of MPF toward the end of anaphase, due to the degradation of cyclin B, permits the unopposed action of protein phosphatases to dephosphorylate myosin light chain. As a result, the contractile machinery is activated, the cleavage furrow can form, and cytokinesis proceeds. This regulatory mechanism assures that cytokinesis does not occur before the completion of anaphase when mitotic cyclins are degraded and MPF activity falls.

**SUMMARY   Molecular Mechanisms for Regulating Mitotic Events**

• Although most substrates of MPF remain to be identified, nuclear lamins, subunits of condensin, and myosin light chain are three identified substrates.

• MPF-catalyzed phosphorylation of specific lamin serines early in mitosis causes depolymerization of lamin filaments, leading to breakdown of the nuclear envelope (see Figure 13-15). In addition, phosphorylation of condensin complexes by MPF or a kinase regulated by MPF is thought to promote chromosome condensation.

• When MPF activity falls in late anaphase and telophase, protein phosphatases remove the regulatory phosphates from lamins A, B, and C, permitting reassembly of the nuclear lamina in the two daughter cell nuclei.

• MPF-catalyzed phosphorylation of the myosin light chain prevents cytokinesis. Since MPF activity does not

fall until the completion of anaphase, cytokinesis is delayed until sister chromatids have been segregated to opposite poles of the spindle apparatus.

• The APC-directed degradation of the anaphase inhibitor causes inactivation of the cohesin complexes that connect sister chromatids. This unlinking of sister chromatids heralds the onset of anaphase and allows sister chromatids to move apart (see Figure 13-19). Later, the same APC targets cyclin B for destruction, causing the decrease in MPF activity that marks the onset of telophase.

# 13.5   Genetic Studies with *S. cerevisiae*

As mentioned earlier, in most vertebrate cells the key decision determining whether or not a cell will divide is the decision to enter the S phase. In most cases, once a vertebrate cell has become committed to entering the S phase, it does

518 | CHAPTER 13   Regulation of the Eukaryotic Cell Cycle



▲ **FIGURE 13-22 The budding yeast _S. cerevisiae._** (a) Scanning electron micrograph of _S. cerevisiae_ cells at various stages of the cell cycle. The larger the bud, which emerges at the end of the $G_1$ period, the further along in the cycle the cell is. (b) Main events in _S. cerevisiae_ cell cycle. Daughter cells are born smaller than mother cells and must grow longer in $G_1$ before they are large enough to enter the S phase. As in _S. pombe,_ the nuclear envelope does not break down during mitosis. Unlike _S. pombe_ chromosomes, _S. cerevisiae_ chromosomes do not condense sufficiently to be visible by light microscopy. [Part (a) courtesy of E. Schachtbach and I. Herskowitz.]

so several hours later and progresses through the remainder of the cell cycle until it completes mitosis. _S. cerevisiae_ cells regulate their proliferation similarly, and much of our current understanding of the molecular mechanisms controlling entry into the S phase and the control of DNA replication originates with genetic studies of _S. cerevisiae._

_S. cerevisiae_ cells replicate by budding (Figure 13-22). The daughter cell initially is smaller than the mother cell and must grow in size considerably before it attempts to divide. Both mother and daughter cells remain in the $G_1$ period of the cell cycle while growing, although it takes mother cells a shorter time to reach a size compatible with cell division. When _S. cerevisiae_ cells in $G_1$ have grown sufficiently, they begin a program of gene expression that leads to entry into the S phase. If $G_1$ cells are shifted from a rich medium to a medium low in nutrients before they reach a critical size, they remain in $G_1$ and grow slowly until they are large enough to enter the S phase. However, once $G_1$ cells reach the critical size, they become committed to completing the cell cycle, entering the S phase and proceeding through $G_2$ and mitosis, even if they are shifted to a medium low in nu-

trients. This point in late $G_1$ of growing _S. cerevisiae_ cells when they become irrevocably committed to entering the S phase and traversing the cell cycle is called START.

### _S. cerevisiae_ Cdc28 Is Functionally Equivalent to _S. pombe_ Cdc2

All _S. cerevisiae_ cells carrying a mutation in a particular _cdc_ gene arrest with the same size bud at the nonpermissive temperature (see Figure 8-9). Each type of mutant has a terminal phenotype with a particular bud size: no bud (_cdc28_), intermediate-sized buds, or large buds (_cdc13_). Note that in _S. cerevisiae_ wild-type genes are indicated in italic capital letters (e.g., _CDC28_) and recessive mutant genes in italic lowercase letters (e.g., _cdc28_); the corresponding wild-type protein is written in Roman letters with an initial capital (e.g., Cdc28), similar to _S. pombe_ proteins.

The phenotypic behavior of temperature-sensitive _cdc28_ mutants indicates that Cdc28 function is critical for entry into the S phase. When these mutants are shifted to the nonpermissive temperature, they behave like wild-type cells suddenly

deprived of nutrients. That is, *cdc28* cells that have grown large enough to pass START at the time of the temperature shift continue through the cell cycle normally and undergo mitosis, whereas those that are too small to have passed START when shifted to the nonpermissive temperature do not enter the S phase even though nutrients are plentiful. Although *cdc28* cells blocked in $G_1$ continue to grow in size at the nonpermissive temperature, they do not initiate formation of a bud, synthesize DNA, or duplicate their spindle pole body. In other words, at a temperature that inactivates their Cdc28, these cells cannot pass START and enter the S phase.

The wild-type *CDC28* gene was isolated by its ability to complement mutant *cdc28* cells at the nonpermissive temperature (see Figure 13-4). Sequencing of *CDC28* showed that the encoded protein is homologous to known protein kinases, and when Cdc28 protein was expressed in *E. coli*, it exhibited protein kinase activity. Actually, Cdc28 from *S. cerevisiae* was the first cell-cycle protein shown to be a protein kinase. When the *S. pombe cdc2⁺* gene was cloned shortly afterwards, it was found to be highly homologous to the *S. cerevisiae CDC28* gene. In fact, the Cdc2 and Cdc28 proteins are functionally analogous, and *S. cerevisiae CDC28* can complement a *S. pombe cdc2⁻* mutant. Each type of yeast contains a single cyclin-dependent protein kinase, which can substitute for each other: Cdc2 in *S. pombe* and Cdc28 in *S. cerevisiae*.

Even though *cdc2⁺* and *CDC28* encode cyclin-dependent protein kinases, the mutant phenotypes at the nonpermissive temperature differ: most *cdc2⁻ S. pombe* cells are arrested in $G_2$, whereas most *cdc28 S. cerevisiae* cells are arrested in $G_1$. This difference can be explained in terms of the physiology of the two yeasts. In *S. pombe* cells growing in rich media, cell-cycle control is exerted primarily at the $G_2 \rightarrow M$ transition (i.e., entry to mitosis). In many *cdc2⁻* mutants, including those isolated first, enough Cdc2 activity is maintained at the nonpermissive temperature to permit cells to enter the S phase, but not enough to permit entry into mitosis. Such mutant cells are observed to be arrested in $G_2$. At the nonpermissive temperature, cultures of completely defective *cdc2⁻* mutants include some cells arrested in $G_1$ and some arrested in $G_2$, depending on their location in the cell cycle at the time of the temperature shift. Conversely, as noted earlier, cell-cycle regulation in *S. cerevisiae* is exerted primarily at the $G_1 \rightarrow S$ transition (i.e., entry to the S phase). Thus, partially defective *cdc28* cells are arrested in $G_1$, but completely defective *cdc28* cells are arrested in either $G_1$ or $G_2$. These observations demonstrate that Cdc2 and Cdc28 are required for entry into both the S phase and mitosis.

## Three $G_1$ Cyclins Associate with Cdc28 to form S Phase—Promoting Factors

By the late 1980s, it was clear that mitosis-promoting factor (MPF) is composed of two subunits: a cyclin-dependent

protein kinase (Cdk) and a mitotic cyclin required to activate the catalytic subunit. By analogy, it seemed likely that *S. cerevisiae* contains an S phase–promoting factor (SPF) that phosphorylates and regulates proteins required for DNA synthesis. Similar to MPF, SPF was proposed to be a heterodimer composed of Cdc28 and a cyclin, in this case one that acts in $G_1$.

To identify this putative $G_1$ cyclin, researchers looked for a gene that, when expressed at high levels, could suppress certain temperature-sensitive *cdc28* mutations. The rationale of this approach was that some *cdc28* mutants might be temperature sensitive because of decreased affinity of the mutant Cdc28 for a $G_1$ cyclin at the nonpermissive temperature. In this case, if the $G_1$ cyclin was present at high enough levels, it might drive formation of enough SPF, containing $G_1$ cyclin and the mutant Cdc28, to promote entry into the S phase at the nonpermissive temperature. By using a library of *S. cerevisiae* genomic DNA cloned in a high-copy plasmid vector, researchers isolated two genes, *CLN1* and *CLN2*, that suppressed some *cdc28* mutations in this way (Figure 13-23). Using a different approach, researchers identified a dominant mutation in a third $G_1$ cyclin gene and subsequently isolated the corresponding wild-type *CLN3* gene.

Sequencing of the three *CLN* genes showed that they encoded related proteins. Each Cln protein contains an ≈100-residue domain exhibiting significant homology with mitotic cyclins from sea urchin, clam, human, and *S. pombe*. This domain is included in the region of human cyclin A shown in Figure 13-14b,c.

Gene knockout experiments showed that *S. cerevisiae* cells can grow in rich medium if they carry any one of the three *CLN* genes. Knockout of all three genes, however, is lethal, and deletion of *CLN3* extends $G_1$ for several hours. As the data presented in Figure 13-24 indicate, overproduction of one Cln protein decreases the fraction of cells in $G_1$, demonstrating that high levels of the Cdc28–$G_1$ cyclin complex drives cells through start prematurely. Moreover, in the absence of any Cln proteins, cells become arrested in $G_1$, indicating that a Cdc28–$G_1$ cyclin heterodimer is required for *S. cerevisiae* cells to enter the S phase.

The complexes formed between Cdc28 and the three $G_1$ cyclins (Cln1, Cln2, and Cln3) in *S. cerevisiae* have protein kinase activity and constitute the hypothesized S phase–promoting factors (SPFs). In wild-type yeast cells, Cln3 is expressed at a nearly constant level throughout the cell cycle. Cln1 and Cln2 are expressed during the second half of $G_1$ when they increase in concentration rapidly, peaking at the onset of the S phase and diminishing thereafter until they are eliminated by the time of mitosis.

## Kinase Activity of Cdc28—$G_1$ Cyclin Complexes Prepares Cells for the S Phase

A variety of experiments indicate that the activity of Cdc28-Cln3 is regulated in response to cell size, although the

520   CHAPTER 13   Regulation of the Eukaryotic Cell Cycle

(a) Wild-type cells



(b) cdc28ts cells



(c) cdc28ts cells transformed with high-copy G₁ cyclin plasmid



▲ FIGURE 13-23 Genetic screen for G₁ cyclin genes based on proposed interactions between Cdc28 and G₁ cyclins in wild-type and temperature-sensitive (ts) *S. cerevisiae* cells. (a) Wild-type cells produce a high-affinity Cdc28 that associates with G₁ cyclins, forming SPF, at 25 and 36°C. (b) Some *cdc28ts* mutants are thought to express a Cdc28ts protein with low affinity for G₁ cyclin. At the permissive temperature (25° C), enough Cdc28ts–G₁ cyclin (SPF) forms to support growth and colony development, but at the nonpermissive temperature (36° C), SPF does not form, and consequently no colonies develop. (c) When *cdc28ts* cells were transformed with a *S. cerevisiae* genomic library cloned in high-copy plasmids, three types of colonies formed at 36°C: one contained a plasmid carrying the wild-type *CDC28* gene; the other two contained plasmids carrying two genes, *CLN1* and *CLN2*, which encode proteins with homology to mitotic cyclins. In transformed cells carrying the *CLN1* or *CLN2* gene, the concentration of G₁ cyclin is thought to be high enough to offset the low affinity of the altered Cdc28ts at 36°C, so enough SPF forms to support entry into the S phase and subsequent mitosis. Untransformed *cdc28* mutant cells and cells transformed with plasmids carrying other genes are arrested in G₁ and do not form colonies. [See J. A. Hadwiger et al., 1989, *Proc. Nat'l. Acad. Sci. USA* **86**:6255.]

mechanism of this regulation is not currently understood. Once activated, Cdc28-Cln3 phosphorylates and activates two related transcription factors, SBF and MBF. These induce transcription of the *CLN1* and *CLN2* genes as well as several other genes required for DNA replication, including genes encoding DNA polymerase subunits, RPA (the eukaryotic ssDNA-binding protein), DNA ligase, and enzymes required for deoxyribonucleoside triphosphate synthesis.

One of the important substrates of the Cdc28-Cln1 and Cdc28-Cln2 complexes is the yeast anaphase-promoting-complex, APC. Recall that the APC is activated during anaphase of the previous mitosis, probably by MPF phosphorylation. Activated APC then directs polyubiquitination and hence proteasome degradation of the anaphase inhibitor, yeast B-type cyclins, and components of the spindle apparatus (see Figure 13-2). Phosphorylation of APC by Cdc28-Cln1 or Cdc28-Cln2 inactivates the complex in late G₁. Two B-type cyclin genes, called *CLB5* and *CLB6*, also are regulated by MBF and transcribed beginning in late G₁. The corresponding proteins, Clb5 and Clb6, accumulate because of the inactivation of the APC, which would otherwise cause the degradation of these B-type cyclins.

## Degradation of the S-Phase Inhibitor Sic1 Triggers DNA Replication

As Cdc28-Clb5 and Cdc28-Clb6 heterodimers accumulate in late G₁, they are immediately inactivated by binding of Sic1, which is expressed late in mitosis and early G₁. Sic1 functions as an *S-phase inhibitor*, specifically inhibiting Cdc28–B-type cyclin complexes but having no effect on the Cdc28–G₁ cyclin (Cln) complexes.

Cells enter the S phase (i.e., DNA replication initiates at yeast origins) when the Sic1 inhibitor is precipitously degraded following its polyubiquitination by a distinct E2 ubiquitin-conjugating enzyme (Cdc34) associated with an E3 ubiquitin ligase called SCF (Figure 13-25). Once Sic1 is degraded, the Cdc28-Clb5 and Cdc28-Clb6 kinases induce DNA replication from yeast origins by phosphorylating as-yet unidentified substrates. This mechanism for activating these Cdk-cyclin complexes—that is, inhibiting them as they are synthesized and then precipitously degrading the inhibitor—permits the sudden activation of large numbers of complexes, as opposed to the gradual increase in kinase activity that would result if no inhibitor were present during synthesis of the S-phase cyclins.

We can now see that regulated proteolysis directed by two ubiquitinating complexes, Cdc34-SCF and APC, controls three major transitions in the cell cycle: onset of the S phase, beginning of anaphase, and exit from mitosis. As discussed earlier, the APC must be activated before anaphase can proceed (see Figure 13-19). In contrast, the activity of Cdc34-SCF is not directly regulated. Rather, control is exerted by marking its substrate, Sic1, for polyubiquitination by phosphorylation by a Cdc28-G₁ cyclin (see Figure



(a) Wild-type cells
+ empty Cln3 vector

(b) Wild-type cells
+ Cln3 vector

(c) *cln1⁻/cln2⁻/cln3⁻* cells
+ Cln3 vector







▲ **FIGURE 13-24 Experimental demonstration that G$_1$ cyclins (Cln1, Cln2, and Cln3) regulate entry of *S. cerevisiae* cells into the S phase.** The yeast expression vector used in these experiments *(top)* carried the *CLN3* gene linked to the strong *GAL1* promoter, which is turned off when glucose is present in the medium. To determine the proportion of cells in G$_1$ and G$_2$, cells were exposed to a fluorescent dye that binds to DNA and then were passed through a fluorescence-activated cell sorter (see Figure 5-21). Since the DNA content of G$_2$ cells is twice that of G$_1$ cells, this procedure can distinguish cells in the two cell-cycle phases. (a) Wild-type cells transformed with an empty expression vector displayed the normal distribution of cells in G$_1$ and G$_2$ in the absence of glucose (Glc) and after addition of glucose. (b) Wild-type cells transformed with the Cln3 expression vector displayed a higher-than-normal percentage of cells in the S phase and G$_2$ because overexpression of Cln3 decreased the G$_1$ period (red curve). When expression of Cln3 from the vector was shut off by addition of glucose, the cell distribution returned to normal (bottom curve). (c) Cells with mutations in all three *CLN* genes and transformed with the Cln3 expression vector also showed a high percentage of cells in S and G$_2$ in the absence of glucose (red curve). When expression of Cln3 from the vector was shut off by addition of glucose, the cells completed the cell cycle and arrested in G$_1$ (bottom curve) because cells contained no functional Cln proteins. [Adapted from H. E. Richardson et al., 1989, *Cell* **59**:1127.]

522   CHAPTER 13   Regulation of the Eukaryotic Cell Cycle



◀ **FIGURE 13-25 Control of the G₁ → S phase transition in *S. cerevisiae* by regulated proteolysis of Sic1.** Although the S-phase Cdk-cyclin complexes (Cdc28-Clb5 and Cdc28-Clb6) begin to accumulate in G₁, they are inhibited by Sic1, preventing initiation of DNA replication until the cell is fully prepared. Cdk-cyclin complexes assembled in late G₁ (Cdc28-Cln1 and Cdc28-Cln2) phosphorylate Sic1, enabling its recognition and polyubiquitination by the Cdc34 ubiquitin-conjugating enzyme and a trimeric ubiquitin ligase called SCF. The active S-phase Cdk complexes then induce initiation of DNA synthesis at origins by phosphorylating substrates that remain to be identified. [Adapted from R. W. King et al., 1996, *Science* **274**:1652.]

13-25). This difference in strategy probably occurs because the APC has several substrates, including the anaphase inhibitor and B-type cyclins, which must be degraded at different times in the cycle. In contrast, entry into the S phase requires the degradation of only a single protein, Sic1. An obvious advantage of proteolysis for controlling passage through these critical points in the cell cycle is that protein degradation is an irreversible process, ensuring that cells proceed irreversibly through the cycle.

## Multiple Cyclins Direct Kinase Activity of Cdc28 during Different Cell-Cycle Phases

Later in the *S. cerevisiae* S phase, transcription begins of the genes encoding two additional B-type cyclins, Clb3 and Clb4, which also form heterodimeric protein kinases with Cdc28. These complexes together with those including Clb5 and Clb6 activate replication origins throughout the remainder of the S phase. The Cdc28-Clb3 and Cdc28-Clb4 complexes also initiate formation of the mitotic spindle at the beginning of mitosis. As cells complete chromosome replication and enter G₂, two more B-type cyclins are expressed, Clb1 and Clb2. These function as mitotic cyclins, associating with Cdc28 to form complexes that are required for chromosome segregation and nuclear division.

Each group of cyclins thus directs the Cdc28 kinase activity to specific functions associated with various cell-cycle phases, as outlined in Figure 13-26. Cdc28-Cln3 activates transcription in late G₁ by phosphorylating and activating transcription factors SBF and MBF. Cdc28-Cln1 and -Cln2 inhibit the APC, allowing B-type cyclins to accumulate, and activate proteolysis of the S-phase inhibitor Sic1. Cdc28-Clb5, -Clb6, -Clb3, and -Clb4 trigger DNA synthesis. Cdc28-Clb3 and -Clb4 also trigger

formation of mitotic spindles. And Cdc28-Clb1 and -Clb2 trigger nuclear division.

## Replication at Each Origin Is Initiated Only Once during the Cell Cycle

As discussed in Chapter 12, eukaryotic chromosomes are replicated from multiple origins, some of which initiate DNA replication early in the S phase and some of which initiate late. However, none of the multiple replication origins initiate more than once per S phase, ensuring proper maintenance of gene copy number. Recent experiments indicate that this restriction of origin "firing" to once and only once per cell cycle in *S. cerevisiae* is enforced by the alternating cycle of Cdk-Clb activities throughout the cell cycle: low in telophase through G₁ and high in S, G₂, and M through anaphase (see Figure 13-26).

Yeast replication origins contain an 11-bp conserved core sequence to which is bound a hexameric protein, the *origin-recognition complex* (ORC), required for initiation of DNA synthesis. DNase I footprinting analysis and immunoprecipitation of chromatin proteins cross-linked to specific DNA sequences during the various phases of the cell cycle indicate that the ORC remains associated with origins during all phases of the cycle. Several proteins required for the initiation of DNA synthesis in *S. cerevisiae*, including Cdc6, Cdc45, and a complex of six Mcm proteins, also associate with origins during G₁, but not during G₂ or M. This complex of ORC plus initiation proteins that assembles in G₁ is called a *pre-replication complex*.

As discussed in the previous section, Cdc28-Clb5 and -Clb6 complexes become active at the beginning of the S phase when their specific inhibitor, Sic1, is degraded (see Figure 13-25). In the current model for *S. cerevisiae*

**A951**

▶ **FIGURE 13-26 Activity of *S. cerevisiae* Cdc28-cyclin complexes through the course of the cell cycle.** The width of the colored bands is approximately proportional to the demonstrated or proposed protein kinase activity of the indicated Cdc28-cyclin complexes.



replication, active Cdc28-Clb complexes phosphorylate proteins that simultaneously activate initiation of DNA replication by pre-replication complexes and prevent assembly of new pre-replication complexes needed for another round of initiation (Figure 13-27). Initiation of DNA replication requires both the assembly of a pre-replication complex and an active Cdc28-Clb complex. A second heterodimeric protein kinase, Cdc7-Dbf4, which is expressed in $G_1$, is also required

to trigger initiation. Each origin fires only once during the S phase because Cdc28-Clb complexes remain active throughout the S phase and $G_2$, preventing the assembly of new pre-replication complexes.

Activation of the anaphase-promoting complex (APC) at the anaphase → telophase transition leads to proteolysis of B-type cyclins (Clbs), eliminating the block to assembly of pre-replication complexes. APC activity remains high during



◀ **FIGURE 13-27 Assembly of the pre-replication complex and its regulation by Cdc28-Clb (Cdk–cyclin B) complexes in *S. cerevisiae*.** Pre-replication complexes assemble at origins when Cdc28-Clb activity is absent, that is, following anaphase and in early $G_1$. The increase in Cdc28-Clb activity at the beginning of the S phase triggers initiation of DNA replication from pre-replication complexes. The heterodimeric protein kinase Cdc7-Dbf4 also is required to trigger DNA replication. The presence of active Cdk-cyclin B complexes during S, $G_2$, and up to metaphase in mitosis prevents assembly of new pre-replication complexes. This dual function of Cdk-cyclin B complexes ensures that replication does not re-initiate at an origin until the cell undergoes anaphase (when Cdc28-Clb activity falls) and segregates sister chromosomes to daughter cells. Once replication has initiated, Mcm proteins and Cdc45 move away from the origin along with DNA polymerases (not shown). Mcm proteins are homologous to helicases and may form the hexameric helicase associated with replication forks (see Figure 12-11). [Adapted from C. S. Newlon 1997 *Cell* **91**:717.]

A952

early $G_1$ when the Cdc6 protein, required for pre-replication complex assembly, is synthesized. Pre-replication complexes assemble on origins during early $G_1$ because Cdc28-Clb activity is low while Cdc6 activity is high (see Figure 13-27). As discussed previously, APC activity is inhibited during late $G_1$, setting the stage for the synthesis and subsequent activation of Clb5 and Clb6, which depend on Cdc28-$G_1$ cyclin activity. The release of Cdc28-Clb activity triggers origin firing at the onset of the S phase and inhibition of new pre-initiation complex assembly until the next $G_1$ phase when active APC eliminates Cdc28-Clb activity.

### SUMMARY  Genetic Studies with *S. cerevisiae*

- *S. cerevisiae* expresses a single cyclin-dependent protein kinase (Cdk), encoded by *CDC28*, which interacts with several different cyclins during different phases of the cell cycle (see Figure 13-26).

- Three cyclins are active in $G_1$: Cln1, Cln2 and Cln3. Cln3 concentration does not vary significantly through the cell cycle, but Cdc28-Cln3 activity is regulated by cell size. Active Cdc28-Cln3 phosphorylates two transcription factors that induce expression in late $G_1$ of Cln1 and Cln2, enzymes and other proteins required for DNA replication, and the S-phase cyclins Clb5 and Clb6.

- Cln1 and Cln2 form complexes with Cdc28 that inhibit the anaphase promoting complex (APC), thus permitting accumulation of Clb5 and Clb6 in late $G_1$.

- Cdc28-Clb5 and Cdc28-Clb6 formed in late $G_1$ initially are inhibited by Sic1, expressed in early $G_1$. Ubiquitin-mediated degradation of Sic1 activates Cdc28-Clb5 and Cdc28-Clb6, triggering initiation of DNA replication, that is, onset of the S phase (see Figure 13-25).

- Cyclins Clb3 and Clb4, expressed later in S, form heterodimers with Cdc28 that also trigger initiation at origins and initiate spindle formation early in mitosis.

- Cyclins Clb1 and Clb2, expressed in $G_2$, form heterodimers with Cdc28 that stimulate mitotic processes. All of the B-type cyclins (Clbs) are degraded in late anaphase by activated APC.

- DNA replication is initiated from pre-replication complexes assembled at origins during early $G_1$. S-phase Cdc28-Clb complexes simultaneously trigger initiation from pre-replication complexes and inhibit assembly of new pre-replication complexes (see Figure 13-27). This results in initiation at each origin only once until cells proceed through anaphase when activation of APC leads to a decrease Cdc28-Clb activity.

- The block on reinitiation of DNA replication until cells have completed anaphase and segregated their replicated chromosomes to daughter cells maintains the proper number of chromosomes per cell.

## 13.6  Cell-Cycle Control in Mammalian Cells

In multicellular organisms, precise control of the cell cycle during development and growth is critical for determining the size and shape of each tissue. Cell replication is controlled by a complex network of signaling pathways that integrate extracellular signals about the identity and numbers of neighboring cells and intracellular cues about cell size and developmental program. Most cells withdraw from the cell cycle during $G_1$, entering the $G_0$ state, to differentiate (see Figure 13-1). Some differentiated cells (e.g., fibroblasts and lymphocytes) can be stimulated to reenter the cycle and replicate. Many differentiated cells, however, never reenter the cell cycle to replicate again; they are referred to as *postmitotic* cells. As we discuss in this section, the cell-cycle regulatory mechanisms uncovered in yeasts and *Xenopus* eggs and early embryos also operate in the somatic cells of higher eukaryotes including humans and other mammals.

### Mammalian Restriction Point is Analogous to START in Yeast Cells

Most studies of mammalian cell-cycle control have been done with cultured cells that require certain polypeptide growth factors (mitogens) to stimulate cell proliferation. Binding of these growth factors to specific receptor proteins that span the plasma membrane initiates a cascade of intracellular molecular events, referred to as signal transduction, that ultimately influence transcription and cell-cycle control (Chapter 20).

Mammalian cells cultured in the absence of growth factors are arrested with a diploid complement of chromosomes in the $G_0$ period of the cell cycle. If growth factors are added to the culture medium, these quiescent cells pass through the restriction point 14–16 hours later, enter the S phase 6–8 hours after that, and traverse the remainder of the cell cycle. Like START in yeast cells, the restriction point is the point in the cell cycle at which mammalian cells become committed to entering the S phase and completing the cell cycle. If mammalian cells are moved from a medium containing growth factors to one lacking growth factors before they have passed the restriction point, the cells do not enter the S phase. But once cells have passed the restriction point, they are committed to entering the S phase and progressing through the entire cell cycle, which takes about 24 hours for most cultured mammalian cells.

### Multiple Cdks and Cyclins Regulate Passage of Mammalian Cells through the Cell Cycle

Unlike *S. pombe* and *S. cerevisiae*, which each produce a single cyclin-dependent kinase (Cdk) to regulate the cell cycle, mammalian cells use a small family of related Cdks to regulate progression through the cell cycle. The principle Cdks active in most mammalian cells have been named

(a)



(b)







(c)



▲ **FIGURE 13-28 Experimental demonstration that cyclin D is required for passage through the restriction point in the mammalian cell cycle.** The $G_0$-arrested cells used in these experiments pass the restriction point 14–16 hours after addition of growth factors, and enter the S phase 6–8 hours later. (a) Outline of experimental protocol. At various times 10–16 hours after addition of growth factors, some cells were microinjected with rabbit antibodies against cyclin D. Bromodeoxyuridine (BrdU), a thymidine analog, was then added to the medium, and the control and microinjected cells were incubated separately for an additional 16 hours. Each sample then was analyzed to determine the percentage of cells that had incorporated BrdU, indicating that they had entered the S phase. (b) Analysis of cells microinjected with rabbit anti-cyclin D antibody 8 hours after addition of growth factors. The three panels show the same field of cells stained 16 hours after microinjection and addition of BrdU to the medium. Cells were stained with a DNA stain that

fluoresces blue *(top)*, a fluorescein-conjugated mouse monoclonal antibody specific for BrdU *(middle)*, and Texas red-conjugated goat antibodies against rabbit antibodies to identify the cells that had been microinjected with the rabbit anti-cyclin D antibody *(bottom)*. Note that the two cells injected with anti-cyclin D antibody (the red cells in the right bottom) did not incorporate BrdU into nuclear DNA. (c) Percentage of control cells (blue) and cells injected with anti-cyclin D antibodies (red) that had incorporated BrdU. Most cells injected with anti-cyclin D antibodies 10 or 12 hours after addition of growth factors failed to enter the S phase. In contrast, anti-cyclin D antibodies had little effect on entry into the S phase and DNA synthesis when injected at 14 or 16 hours, after cells had passed the restriction point. These results indicate that cyclin D is required to pass the restriction point, but once cells have passed the restriction point, they do not require cyclin D to enter the S phase 6–8 hours later. [Parts (b) and (c) adapted from V. Baldin et al., 1993 *Genes & Devel.* 7:812.]

Cdk1, 2, 4, and 6 in order of their discovery. The first human Cdk to be discovered was identified by the ability of a cDNA clone encoding it to complement *S. pombe cdc2⁻* mutants; now designated Cdk1, this protein initially was called human Cdc2, a term that continues to be commonly used. A cDNA encoding mammalian Cdk2 was isolated by its ability to complement *S. cerevisiae cdc28* mutants. Cdk4 and Cdk6 were isolated based on their homology to other Cdks. cDNAs for Cdk3 and Cdk5 also have been isolated, but the encoded proteins are not expressed at significant levels in most mammalian cells, and they function in processes other than cell cycle control.

Like *S. cerevisiae,* mammalian cells express multiple cyclins. Cyclins A and B, which function in the S phase, $G_2$, and early mitosis, initially were detected as proteins whose concentration oscillates in experiments with synchronously cycling early sea urchin and clam embryos. Homologous cyclin A and B proteins have been found in all higher eukaryotes examined. cDNAs encoding three related human D-type cyclins and cyclin E were isolated based on their ability to complement *S. cerevisiae* cells mutant in all three *CLN* genes encoding $G_1$ cyclins. The relative amounts of the three D-type cyclins expressed in various cell types (e.g., fibroblasts, hematopoietic cells) differ. Here we refer to them collectively as cyclin D. Cyclin D and E are expressed during $G_1$. Experiments such as those shown in Figure 13-28 demonstrate that these $G_1$ cyclins are essential for passage through the restriction point.

Figure 13-29 presents a current model for the periods of the cell cycle in which different Cdk-cyclin complexes act in $G_0$-arrested mammalian cells stimulated to divide by the addition of growth factors. Neither cyclins nor Cdks are expressed in $G_0$ cells cultured in the absence of growth factors. The absence of these proteins critical for stimulating the many molecular processes required for cell-cycle progression explains why $G_0$ cells do not replicate.

## Regulated Expression of Two Classes of Genes Returns $G_0$ Mammalian Cells to the Cell Cycle

Addition of growth factors to $G_0$-arrested mammalian cells induces transcription of multiple genes, most of which fall into one of two classes—early-response or delayed-response genes—depending on how soon their encoded mRNAs appear (Figure 13-30a). Transcription of early-response genes is induced within a few minutes after addition of growth factors by a signal-transduction cascade that leads to activation of specific transcription factors (Chapter 20). Induction of early-response genes is not blocked by inhibitors of protein synthesis (Figure 13-30b), because the required transcription factors are present in $G_0$ cells and are activated by post-translational modifications such as phosphorylation. Many of the early-response genes encode transcription factors, such as c-Fos and c-Jun, that stimulate transcription of the delayed-response genes. As discussed in Chapter 24, mutant, unregulated forms of both c-Fos and c-Jun are expressed by oncogenic retroviruses; the discovery that the viral forms of these proteins (v-Fos and v-Jun) can transform normal cells into cancer cells led to identification of the regulated cellular forms of these transcription factors.

After peaking at about 30 minutes following addition of growth factors, the concentrations of the early-response mRNAs fall to a lower level that is maintained as long as growth factors are present in the medium. Most of the imme-

▶ FIGURE 13-29 Activity of mammalian Cdk-cyclin complexes through the course of the cell cycle in $G_0$ cells induced to divide by treatment with growth factors. The width of the colored bands is approximately proportional to the protein kinase activity of the indicated complexes. Cyclin D refers to all three D-type cyclins.



A955





▲ **FIGURE 13-30 Time course of expression of early- and delayed-response genes in G₀-arrested mammalian cells after addition of serum containing growth factors in the absence (a) and presence (b) of inhibitors of protein synthesis.** See text for discussion. [Adapted from A. Murray and T. Hunt, 1993, *The Cell Cycle: An Introduction*, W. H. Freeman and Company.]

diate early proteins are unstable and, consequently, fall in concentration as the level of their mRNAs, and hence their rate of synthesis, falls. This drop in transcription is blocked by inhibitors of protein synthesis (see Figure 13-30b), indicating that it depends on production of one or more of the early-response proteins.

Proteins encoded by early response genes induce the transcription and expression of delayed response genes. Delayed response genes are not expressed when mitogens are added to G₀-arrested cells in the presence of an inhibitor of protein synthesis. This is because their expression requires the synthesis of early-response proteins.

Some delayed-response genes encode additional transcription factors such as E2Fs, discussed in the next section. Other delayed-response genes encode the D-type cyclins, cyclin E, Cdk2, Cdk4, and Cdk6. Cdk4, Cdk6, and the D-type cyclins are expressed first, followed by cyclin E and Cdk2 (see Figure 13-29). If growth factors are withdrawn before passage through the restriction point, transcription of these G₁-phase Cdks and cyclins ceases. Since these proteins and the mRNAs encoding them are unstable, their concentrations fall precipitously. As a consequence, the cells do not pass the restriction point and do not replicate.

## Passage through the Restriction Point Depends on Activation of E2F Transcription Factors

As in *S. cerevisiae*, mammalian genes encoding many of the proteins involved in DNA and deoxyribonucleotide synthesis are induced as cells pass through the G₁ → S transition. A small family of E2F transcription factors is required for transcription of several of these genes and those encoding Cdk2 and cyclins A and E. In addition, E2Fs autostimulate transcription of the genes encoding themselves.

The transcription-activating ability of E2Fs is inhibited by their binding of Rb protein and two related proteins, p107 and p130. Indeed, binding of Rb to E2Fs converts them from transcriptional activators to repressors because Rb interacts with histone deacetylase complexes (see Figure

10-58). Rb protein was initially identified as the product of the prototype tumor-suppressor gene *RB* (Chapter 24). As discussed in Chapter 8, a child with hereditary retinoblastoma receives one normal *RB*⁺ allele and one mutant *RB*⁻ allele. If the *RB*⁺ allele in a retinal cell is somatically mutated to a *RB*⁻ allele, then no functional protein is expressed and the cell or one of its descendants is likely to become cancerous, leading to the retinal tumors that characterize this disease (see Figure 8-7).

Phosphorylation of Rb protein inhibits its repressing function, permitting activation of the genes required for entry into the S phase by E2Fs. As shown in Figure 13-31, phosphorylation of Rb protein is initiated by Cdk4–cyclin D and Cdk6–cyclin D in mid G₁; once expression of Cdk2 and cyclin E is stimulated, Cdk2–cyclin E further phosphorylates



▲ **FIGURE 13-31 Regulation of Rb and E2F activities in late G₁.** Stimulation of G₀ cells with mitogens induces expression of Cdk4, Cdk6, D-type cyclins and E2F transcription factors (E2Fs), all encoded by delayed-response genes (see Figure 13-30). Interaction of E2Fs with hypophosphorylated Rb protein initially inhibits E2F activity. When signaling from mitogens is sustained, the resulting Cdk4–cyclin D and Cdk6–cyclin D complexes (Cdk4/6–cyclin D) initiate the phosphorylation of Rb, converting some E2F to the active form. Active E2F then stimulates its own synthesis and the synthesis of Cdk2 and cyclin E. Cdk2–cyclin E further stimulates Rb phosphorylation releasing more E2F activity. These processes result in positive feedback loops (blue arrows) leading to a rapid rise in both E2F and Cdk2–cyclin E activity as the cell approaches the G₁→S transition.

Rb in late $G_1$. Since E2Fs also stimulate their own expression, these processes form positive feedback loops for phosphorylation of Rb protein. Initial phosphorylation of Rb leads to generation of Cdk2–cyclin E, which accelerates further phosphorylation of Rb. At this point, passage through the cell cycle is independent of Cdk4/6–cyclin D activity, so that progression occurs even when mitogens are withdrawn and cyclin D levels fall—that is, the restriction point is passed. The positive cross-regulation of E2F and Cdk2–cyclin E produces a rapid rise of both activities as cells approach the $G_1 \rightarrow S$ transition point. Events in addition to Rb phosphorylation also contribute to control of passage through the restriction point as evidenced by the finding that $RB^{-/-}$ cells retain some dependence on mitogens, although greatly reduced mitogen concentrations suffice.

Rb protein is maintained in the phosphorylated state throughout the S, $G_2$, and M phases by Ckd2 -and Cdk1-cyclin complexes. After cells complete mitosis and enter early $G_1$ or $G_0$, the fall in Cdk-cyclin levels leads to dephosphorylation of Rb protein by the action of unopposed phosphatases. As a consequence, hypophosphorylated Rb protein is available to inhibit E2F activity during early $G_1$ of the next cycle.

## Cyclin A Is Required for DNA Synthesis and Cdk1 for Entry into Mitosis

Synthesis of cyclin A begins as cells approach the $G_1 \rightarrow S$ transition, and the protein is immediately transported into the nucleus. Disruption of cyclin A function inhibits DNA synthesis in mammalian cells. Consequently, like *S. cerevisiae* Cdc28-Clb5/6 complexes, Cdk2–cyclin A may trigger initiation of DNA synthesis by pre-replication complexes assembled in early $G_1$ and inhibit the assembly of new pre-replication complexes (see Figure 13-27). At present, it is not clear which mammalian protein performs the function of *S. cerevisiae* Sic1 (see Figure 13-25); by analogy this protein would inhibit the activity of Cdk2–cyclin A until it is degraded precipitously at the onset of S phase.

The principle mammalian Cdk in $G_2$ is Cdk1 (see Figure 13-29). As mentioned previously, Cdk1 is highly homologous with *S. pombe* Cdc2. Cdk1 associates with cyclins A and B, and mRNAs encoding either of these mammalian cyclins can promote oocyte maturation when injected into *Xenopus* oocytes. In mammalian cells, the MPF activity of Cdk1–cyclin A and Cdk1–cyclin B, which induces entry into mitosis, appears to be regulated by proteins analogous to *S. pombe* Wee1, CAK, and Cdc25 (see Figure 13-13). For instance, activation of each of the mammalian Cdks requires phosphorylation of a T-loop threonine (see Figure 13-14), and there is evidence that each Cdk is inhibited by protein kinases analogous to *S. pombe* Wee1 and that phosphatases analogous to *S. pombe* Cdc25 remove the inhibitory phosphate.

In cycling mammalian cells, cyclin B is first synthesized during the S phase and increases in concentration as cells proceed through $G_2$, peaking in early mitosis and dropping

after anaphase, as in *Xenopus* cycling egg extracts (see Figure 13-7). In human cells, cyclin B first accumulates in the cytoplasm and then enters the nucleus just before the nuclear envelope breaks down early in mitosis. Thus MPF activity may be controlled not only by phosphorylation and dephosphorylation but also by regulation of the nuclear transport of cyclin B.

The APC-directed polyubiquitination of cyclins A and B and their subsequent degradation in proteasomes causes a rapid fall in MPF activity, permitting completion of mitosis and setting the stage for the next cell cycle (see Figure 13-2).

## Mammalian Cyclin-Kinase Inhibitors Contribute to Cell-Cycle Control

As noted above, mammalian cells are thought to express a *cyclin-kinase inhibitor (CKI)* that functions like *S. cerevisiae* Sic1. Although this inhibitor has not yet been identified, mammalian cells are known to express several CKIs that contribute to cell-cycle control. These are grouped into two classes: those in the *CIP* (Cdk inhibitory protein) family bind and inhibit all Cdk1-, Cdk2-, Cdk4-, and Cdk6-cyclin complexes; those in the *INK4* (inhibitors of kinase 4) family bind and inhibit only Cdk4–cyclin D and Cdk6–cyclin D complexes.

Experimental overexpression of INK4 proteins inhibits progression through $G_1$, the expected result for inhibition of Cdk4/6–cyclin D phosphorylation of Rb protein. As discussed in Chapter 24, one INK4 protein, designated p16 after its molecular weight, appears to function primarily as a *tumor suppressor*, but the functions of the other INK4 proteins still are unclear. All INK4 proteins contain four tandem repeats of an $\approx$32-residue consensus sequence called the ankyrin repeat, after the first protein in which this repeated sequence was observed.

The three known mammalian CIP proteins (p21, p27, and p57) also are closely related in sequence. As discussed later, p21$^{CIP}$ functions in the response of most mammalian cells to DNA damage. CIP function also has recently been shown to be required for normal embryonic development in *Drosophila*. The single CIP homolog thus far identified in *Drosophila*, called Dacapo, specifically binds to and inhibits Cdk2–cyclin E. During normal *Drosophila* embryogenesis, the fertilized egg and its daughter cells undergo 16 rapid cell cycles. Cells that form the epidermis of the embryo then express Dacapo transiently beginning in $G_2$ of cycle 16 and persisting into $G_1$ of cycle 17 when they exhibit an extended $G_1$ phase. In *dacapo* mutants, these cells fail to arrest in $G_1$ of cycle 17 and complete one extra cycle. These mutant cells may be limited to only one extra cycle because expression of cyclin E is normally repressed at this time in development, limiting further cell cycles. Thus during normal embryonic development, both Dacapo induction and cyclin E repression contribute to the proper control of cell cycling, thereby limiting the number of cell cycles in the developing epidermis.

The functions of mammalian p27$^{CIP}$ and p57$^{CIP}$ have been assessed in mouse knockout experiments. Homozygous

$p27^{-/-}$ mouse embryos develop normally through birth. However, by several weeks of age the mutant mice are 30 percent larger than wild-type animals because of a general overproliferation of cells in most organs. Although $p27^{-/-}$ cells undergo more cell cycles than normal, most eventually arrest in $G_1$ and develop normally. Thus, although $p27^{CIP}$ clearly contributes to the normal control of cell proliferation, other mechanisms also restrain cell cycling, especially during embryonic and fetal development.

$p57^{CIP}$ is normally expressed in newly differentiated cells and in many adult tissues. Knockout mice that do not produce $p57^{CIP}$ die shortly after birth with a number of developmental defects in a subset of the tissues that normally express $p57^{CIP}$. In these tissues, failure to become postmitotic leads to defects in cell differentiation. In many cases, instead of normal differentiation, the abnormal cells undergo a process of programmed cell death, called apoptosis (Chapter 23).

### SUMMARY  Cell-Cycle Control in Mammalian Cells

- In multicellular organisms, cell replication is controlled by a complex network of signaling pathways that integrate signals from the extracellular environment with intracellular cues about cell size and developmental program.

- Polypeptide growth factors called mitogens stimulate cultured mammalian cells to cycle. Once cycling cells pass the restriction point, they can enter the S phase and complete S, $G_2$, and mitosis in the absence of growth factors.

- Mammalian cells use several Cdks and cyclins to regulate passage through the cell cycle. Cdk4–cyclin D and Cdk6–cyclin D function in mid to late $G_1$; Cdk2–cyclin E in late $G_1$; Cdk2–cyclin A in S; and Cdk1–cyclin A and Cdk1–cyclin B in $G_2$ and M through anaphase (see Figure 13-29).

- Growth factors induce expression of early-response genes, many of which encode transcription factors that stimulate expression of delayed-response genes. Cdks2, 4, and 6, cyclins D and E, and E2F transcription factors are encoded by delayed-response genes.

- Passage through the restriction point requires activation of E2F, which stimulates transcription of genes encoding proteins required for DNA replication and deoxyribonucleotide synthesis as well as Cdk2, cyclin E, and cyclin A.

- E2F activity is inhibited by binding of hypophosphorylated Rb protein generated during mitosis. Polyphosphorylation of Rb protein, first by Cdk4/6–cyclin D and then by Cdk2–cyclin E, in mid and late $G_1$ frees E2F so it can activate transcription (see Figure 13-31).

- Cdk2–cyclin A is required for DNA replication and may be the kinase that activates pre-replication complexes to initiate DNA synthesis.

- Cdk1–cyclin A and Cdk1–cyclin B induce the events of mitosis through metaphase. Cyclins A and B are polyubiquitinated by the anaphase-promoting complex (APC) during late anaphase and then are degraded by proteasomes.

- The activity of all mammalian Cdk-cyclin complexes appears to be regulated by phosphorylation and dephosphorylation similar to the mechanism in *S. pombe* (see Figure 13-13).

- The activity of mammalian Cdk-cyclin complexes is further regulated by two classes of cyclin-kinase inhibitors, CIP proteins and INK4 proteins.

## 13.7  Checkpoints in Cell-Cycle Regulation

 Catastrophic genetic damage can occur if cells progress to the next phase of the cell cycle before the previous phase is properly completed. For example, when S-phase cells are induced to enter mitosis by fusion to a cell in mitosis, the MPF present in the mitotic cell forces the chromosomes of the S-phase cell to condense. However, since the replicating chromosomes are fragmented by the process (Figure 13-32), such premature entry into mitosis is disastrous for a cell. Another example concerns attachment of kinetochores to microtubules



▲ FIGURE 13-32 Micrograph of chromosomes from a hybrid cell resulting from fusion of an S-phase cell and a M-phase cell. Chromosomes from the mitotic cell are highly condensed with distinct sister chromatids visible, as expected. The chromosomes from the S-phase cell are fragmented into pieces of condensed chromosomes. [From R. T. Johnson and P. N. Rao, 1971, *Biol. Rev.* **46**:97.]



**▲ FIGURE 13-33 Nondisjunction occurs when chromosomes segregate in anaphase before the kinetochore of each sister chromatid has attached to microtubules (red lines) from the opposite spindle poles.** As a result, one daughter cell contains two copies of one chromosome, while the other daughter cell lacks that chromosome. [Adapted from A. Murray and T. Hunt, 1993, *The Cell Cycle: An Introduction,* W. H. Freeman and Company.]

of the mitotic spindle during metaphase. If anaphase is initiated before both kinetochores of a replicated chromosome become attached to microtubules from opposite spindle poles, daughter cells are produced that have a missing or extra chromosome (Figure 13-33). When this process, called nondisjunction, occurs during the meiosis that generates a human egg, Down syndrome can occur from trisomy of chromosome 23, resulting in developmental abnormalities and mental retardation.

To minimize the occurrence of such mistakes in cell-cycle events, a cell's progress through the cycle is monitored at four key checkpoints (Figure 13-34). Control mechanisms that operate at these checkpoints ensure that chromosomes are intact and that each stage of the cell cycle is completed before the following stage is initiated.

## The Presence of Unreplicated DNA Prevents Entry into Mitosis

Cells that fail to replicate all their chromosomes do not enter mitosis. Operation of this checkpoint control involves the recognition of unreplicated DNA and inhibition of MPF activation. Although the ability of unreplicated DNA to inhibit entry into mitosis is well documented, little is yet known about the proteins that mediate this checkpoint control. However, yeast mutants defective in this checkpoint control have been isolated; analysis of such mutants should help reveal how cells recognize the presence of unreplicated DNA and how it prevents activation of MPF.

## Improper Assembly of the Mitotic Spindle Leads to Arrest in Anaphase

The effect of colchicine, which inhibits microtubule polymerization and thus assembly of the mitotic spindle, demonstrates the presence of another checkpoint in the cell cycle. When colchicine is added to cultured cells, the cells enter mitosis and arrest with condensed chromosomes. With increasing time, a large fraction of the cells in a culture become arrested, thus permitting determination of the size, shape, and number of mitotic chromosomes—that is, the karyotype—in multiple cells. A checkpoint control somehow senses when the mitotic spindle has not assembled properly and prevents activation of the APC polyubiquitination system that normally leads to degradation of the anaphase inhibitor, required for onset of anaphase, and later to the degradation of mitotic cyclins, required for the exit from mitosis (see Figure 13-9). As a result, MPF activity remains high, chromosomes remain condensed, and the nuclear envelope does not re-form.

A microtubule-depolymerizing drug called benomyl has been used to isolate yeast mutants defective in this mitotic checkpoint. Low concentrations of benomyl increase the time required for yeast cells to assemble the mitotic spindle and attach kinetochores to microtubules. Wild-type cells exposed to benomyl delay in anaphase until these processes



**▲ FIGURE 13-34 Stages at which checkpoint controls can arrest passage through the cell cycle.** DNA damage due to irradiation or chemical modification prevents $G_1$ cells from entering the S phase and $G_2$ cells from entering mitosis. Unreplicated DNA prevents entry into mitosis. Defects in assembly of the mitotic spindle or the attachment of kinetochores to spindle microtubules prevent activation of the APC polyubiquitination system that leads to degradation of the anaphase inhibitor. Consequently, cells do not enter anaphase until all kinetochores are bound to spindle microtubules. [Adapted from A. Murray and T. Hunt, 1993, *The Cell Cycle: An Introduction,* W. H. Freeman and Company.]

are completed and then proceed on through mitosis, producing normal daughter cells. In contrast, mutants defective in this cell-cycle checkpoint proceed through anaphase before assembly of the spindle and attachment of kinetochores is complete; consequently, they mis-segregate their chromosomes, producing abnormal daughter cells that die. Analysis of these mutants, called *bub* (budding *u*ninhibited by benomyl) and *mad* (*m*itotic *a*rrest *d*eficient), should shed light on the mechanism by which the mitotic checkpoint operates. The sequence of one of the *BUB* genes indicates that it encodes a protein kinase, which may influence the activities of multiple proteins.

### G₁ and G₂ Arrest in Cells with Damaged DNA Depends on a Tumor Suppressor and Cyclin-Kinase Inhibitor

Cells whose DNA is damaged by irradiation with UV light or γ-rays or by chemical modification become arrested in $G_1$ and $G_2$ until the damage is repaired. Arrest in $G_1$ prevents copying of damaged bases, which would fix mutations in the genome. Replication of damaged DNA also causes chromosomal rearrangements at high frequency by as-yet unknown mechanisms. Arrest in $G_2$ allows DNA double-stranded breaks to be repaired before mitosis by mechanisms discussed in Section 12.4. If a double-stranded break is not repaired, the broken distal portion of the damaged chromosome is not properly segregated because it is not physically linked to a centromere, which is pulled toward a spindle pole during anaphase.

As discussed in Chapter 24, genes whose inactivation contributes to the development of a tumor are called tumor-suppressor genes. The most commonly mutated tumor-suppressor gene associated with human cancers is *p53*, so named because it encodes a phosphorylated protein with an apparent molecular weight of 53 kDa as estimated from SDS-polyacrylamide gel electrophoresis. The p53 protein functions in the checkpoint control that arrests human cells with damaged DNA in $G_1$, and it contributes to arrest in $G_2$. Cells with functional p53 arrest in $G_1$ or $G_2$ when exposed to γ-irradiation, whereas cells lacking functional p53 do not arrest in $G_1$ (Figure 13-35).

Although the p53 protein is a transcription factor, under normal conditions, it is extremely unstable; thus it generally does not accumulate to high enough levels to bind to p53-control elements and activate transcription. Damaged DNA somehow stabilizes p53, leading to an increase in its concentration. One of the genes whose transcription is stimulated by p53 encodes p21$^{CIP}$, a cyclin-kinase inhibitor (CKI) that binds and inhibits all mammalian Cdk-cyclin complexes. As a result, cells are arrested in $G_1$ (and $G_2$) until the DNA damage is repaired and p53 and subsequently p21$^{CIP}$ levels fall (Figure 13-36).

(a) Wild-type cells



(b) p53⁻ mutant cells



▲ **FIGURE 13-35 Effect of mutation of the *p53* tumor-suppressor gene on G₁ DNA-damage checkpoint control.** The distribution of cultured human cells in G₁, S, and G₂ was determined by analysis of their DNA content with a fluorescence-activated cell sorter as described in Figure 13-24. (a) By 8 hours following exposure of wild-type cells to γ-radiation, cells that were in the S phase (red shading) had completed DNA synthesis, entered G₂, and then arrested, accounting for the rise in the G₂ peak. The absence of S-phase cells indicates that irradiation prevented new cells from entering the S phase, causing them to arrest in G₁. (b) The presence of an S peak 8 hours after irradiation of *p53⁻* mutant cells indicates that the G₁ checkpoint does not operate in these cells. The increase in the G₂ peak indicates that the checkpoint blocking entry of irradiated cells into mitosis still operates in these mutant cells. [See S. J. Kuerbitz et al., 1992, *Proc. Nat'l. Acad. Sci. USA* **89**:7491; adapted from A. Murray and T. Hunt, 1993, *The Cell Cycle: An Introduction*, W. H. Freeman and Company.]

532    CHAPTER 13    Regulation of the Eukaryotic Cell Cycle



◄ **FIGURE 13-36 p53-induced cell-cycle arrest in response to DNA damage.** The normally unstable p53 protein is stabilized by damaged DNA, so its concentration increases. Acting as a transcription factor, p53 induces expression of p21$^{CIP}$, a cyclin-kinase inhibitor that inhibits all Cdk1-, Cdk2-, Cdk4-, and Cdk6-cyclin complexes (see Figure 13-29). Binding of p21$^{CIP}$ to these Cdk-cyclin complexes leads to cell cycle arrest in G$_1$ and G$_2$.

If DNA damage is extensive, p53 also activates the expression of genes that lead to apoptosis. This process of programmed cell death normally occurs in specific cells during the development of multicellular animals (Chapter 23). In vertebrates, the p53 response evolved to induce apoptosis in the face of extensive DNA damage, presumably to prevent the accumulation of multiple mutations that might result in the development of a cancer cell.

Cells with mutations in both *p53* alleles do not exhibit delayed entry into the S phase following low levels of DNA damage (see Figure 13-35) and do not undergo apoptosis following more extensive DNA damage. If such cells suffer DNA damage, the damaged DNA can replicate, producing mutations and DNA rearrangements that contribute to the development of a highly transformed, metastatic cell (Section 24.5). The consequences of mutations in *p53* provide a dramatic example of the significance of cell-cycle checkpoints to the health of a multicellular organism.

### SUMMARY  Checkpoints in Cell-Cycle Regulation

- Checkpoint controls function to ensure that chromosomes are intact and that critical stages of the cell cycle are completed before the following stage is initiated.

- One checkpoint operates during S and G$_2$ to prevent the activation of MPF before DNA synthesis is complete.

- Another checkpoint operates during early mitosis to prevent activation of APC and the initiation of anaphase until the mitotic spindle apparatus is completely assembled and all chromosome kinetochores are properly attached to spindle fibers.

- Checkpoints that function in response to DNA damage prevent entry into S or M until the damage is repaired.

- Moderate DNA damage activates p53, a transcription factor that stimulates expression of p21$^{CIP}$. This cyclin-kinase inhibitor then binds to and inhibits all Cdk-cyclin complexes, causing arrest in G$_1$ and G$_2$.

- In response to extensive DNA damage, p53 activates genes that induce apoptosis.

## PERSPECTIVES  for the Future

The remarkable pace of cell-cycle research over the last two decades has led to the model of eukaryotic cell-cycle control outlined in Figure 13-2. A beautiful logic underlies these molecular controls. Each regulatory event has two important functions: to activate a step of the cell cycle and to prepare the cell for the next event of the cycle. This strategy ensures that the phases of the cycle occur in the proper order. DNA replication is activated by G$_1$ Cdks, which stimulate the transcription of S-phase Cdk components and induce degradation of the S-phase inhibitor. G$_1$ Cdks also prepare cells for mitosis by inactivating the APC and allowing mitotic cyclins to accumulate. Mitosis is triggered by mitotic Cdk activity, which induces chromosome condensation, assembly of the mitotic spindle, and attachment of metaphase chromosomes to spindle fibers resulting in metaphase. Mitotic Cdks also carry out activation of the APC, which is required for initiating anaphase and the degradation of mitotic cyclins. The resulting decrease in mitotic Cdk activity not only allows exit from mitosis but also permits assembly of DNA pre-replication complexes and expression of G$_1$ cyclins, thus initiating another cycle.

Although the general logic of cell-cycle regulation now seems well established, many critical details remain to be discovered. The components of the pre-replication complex that must be phosphorylated by S-phase Cdk-cyclin complexes to initiate DNA replication remain to be determined, as does the mechanism of initiation. The targets of mitotic Cdk-cyclin activity that cause mitotic spindle assembly also remain to be characterized. Current understanding of the structure of condensed, mitotic chromosomes remains vague. Much remains to be learned about how the APC is activated during anaphase and how its activity is first directed toward anaphase inhibitors and only subsequently toward mitotic cyclins. Considerable progress has been made in understanding how DNA damage leads to G$_1$ and G$_2$ arrest, but the mechanisms by which the other two checkpoints operate are poorly understood.

  Understanding these detailed aspects of cell-cycle control will have significant consequences, particularly for the treatment of cancers. Radiation therapy works because it causes DNA damage in the target cells that induces their apoptosis. But this induced apoptosis

depends on p53 function. For this reason, human cancers associated with mutations of both *p53* alleles, which is fairly common, are particularly resistant to radiotherapy. If more were understood about cell-cycle controls and checkpoints, new strategies for treating p53-minus cancers might be possible. For instance, some chemotherapeutic agents inhibit microtubule function, interfering with mitosis. Resistant cells selected during the course of treatment may be defective in the mitotic checkpoint as the result of mutations in the genes encoding the proteins involved. Can the loss of this checkpoint be turned to advantage? Only better understanding of the molecular processes involved can answer the question.

A great deal remains to be learned about the control of cell replication during the development of multicellular organisms. Regulation of cell replication is of obvious importance for the proper structure and function of the organ systems of vertebrates. Not only is the timing of cell division crucial, but also the position of the plane of cell cleavage, which recapitulates the position of the metaphase plate. In many cases during development, cell division is highly asymmetric. How is this achieved? Clearly, there are many fundamental and significant questions yet to be answered concerning eukaryotic cell-cycle control.

## PERSPECTIVES in the Literature

Exit from mitosis requires the regulated activity of the anaphase-promoting-complex (APC). The APC must be inactive during S-phase and early mitosis, and then must be activated to polyubiquitinate the anaphase-inhibitor first and only subsequently the B-type cyclins. What processes regulate the activity of the APC? Consult the following articles as you develop an answer to this question:

Fang, G., H. Yu, and M. W. Kirschner. 1998. Direct binding of CDC20 protein family members activates the anaphase-promoting complex in mitosis and G1. *Mol. Cell* 2:163–171.

Shirayama, M., et al. 1998. The Polo-like kinase Cdc5p and the WD-repeat protein Cdc20p/fizzy are regulators and substrates of the anaphase promoting complex in *Saccharomyces cerevisiae*. *Embo J.* 17:1336–1349.

Shou, W., et al. 1999. Exit from mitosis is triggered by Tem1-dependent release of the protein phosphatase Cdc14 from nucleolar RENT complex. *Cell* 97:233–244.

Visintin, R., E. S. Hwang, and A. Amon. 1999. Cfi1 prevents premature exit from mitosis by anchoring Cdc14 phosphatase in the nucleolus. *Nature* 398:818–823.

## Testing Yourself on the Concepts

1. What strategy ensures that passage through the cell cycle is unidirectional and irreversible? What mechanism underlies this strategy?

2. What is the wee phenotype? What mistiming of the cell cycle does it reflect? What protein activities can cause this phenotype?

3. What are the mechanisms that regulate the distribution of the correct number of "normal" chromosomes to daughter cells?

4. Describe how the phosphorylation state of proteins regulates passage through critical points in the cell cycle.

5. What is the functional definition of START/restriction point?

## MCAT/GRE-Style Questions

**Key Concept** Please read the section titled "*S. pombe* Cdc2-Cdc13 Heterodimer Is Equivalent to *Xenopus* MPF" (p. 506) and refer to Figures 13-4 and 13-11; then answer the following questions:

1. The best description for the content of this section is
   a. An analysis of the functions of Cdc2.
   b. The evolutionary conservation of the proteins regulating M phase of the cell cycle.
   c. The demonstration of multiple alleles of *cdc2*.
   d. The use of complementation analysis to analyze *cdcs*.

2. The complementation analysis described in this section demonstrated
   a. The immunological similarity between human and yeast Cdc2.
   b. The homology between *cdc2* and *cdc13*.
   c. The homology between yeast and human cyclin B.
   d. The homology between yeast and human cyclin-dependent kinases.

3. The experiments described here linked biochemical and genetic evidence for regulation of M phase by showing that
   a. A yeast *cdc2* gene, defined by mutation, encoded a protein equivalent to a *Xenopus* protein with kinase activity.
   b. MPF activity parallels the concentration of Cdc13.
   c. Mutation in *cdc2* causes the wee phenotype.
   d. *cdc2* and *cdc13* encode similar proteins.

4. The conclusion that the MPFs of yeast and *Xenopus* are homologous is supported by all of the following except:
   a. The demonstration that mutations in both organisms result in early entry into M phase.
   b. A positive reaction with one subunit of Xenopus MPF using an antibody against an amino acid sequence conserved in human and yeast Cdc2.
   c. Amino acid homology between Cdc13 and *Xenopus* cyclin B.

**A962**

d. The temporal coordination between MPF activity and either Cdc13 concentration in yeast or cyclin B concentration in *Xenopus*.

**Key Experiment** Please read the section titled "Cyclin B Levels and MPF Activity Change Together in Cyclin G *Xenopus* Egg Extracts" (p. 502) and refer to Figure 13-7; then answer the following questions:

5. All of the following are true about the experimental systems described in the section *except*:
   a. *Xenopus* eggs carry out all phases of the cell cycle.
   b. Extracts from *Xenopus* eggs replicate haploid sperm DNA and carry out the events of mitosis.
   c. Extracts from *Xenopus* eggs contain all the components necessary for passage through M and S phases.
   d. Cyclin B concentration and MPF activity rise and fall in concert with mitotic events in *Xenopus* extracts.

6. The *best* evidence for the involvement of cyclin B in MPF activity is
   a. Absence of cyclin B and MPF activity in activated *Xenopus* extracts treated with RNase.
   b. The decrease in MPF activity at the time of mitotic events.
   c. Data showing that cyclin B concentration and MPF activity rise and fall in parallel.
   d. Observation of MPF cycling in *Xenopus* egg extracts when the only mRNA present encodes cyclin B.

7. The *best* evidence for the requirement of degradation of cyclin B for exit from mitosis and loss of MPF activity in *Xenopus* cytoplasmic extracts supplemented with chromatin is
   a. The decrease in cyclin B concentration at the time of mitotic events.
   b. The decrease in cyclin B concentration at the time of mitotic events in extracts expressing only cyclin B mRNA.
   c. The maintenance of high levels of MPF in an extract expressing a mutant cyclin B that cannot be poly-ubiquitinated.
   d. The data showing that cyclin B and MPF activity increase and decrease coordinately.

8. Assays of a cytoplasmic extract such as that shown in Figure 13-7a to which cycloheximide was added
   a. Would give data like those shown in Figure 13-7a.
   b. Would give data like those shown in Figure 13-7b.
   c. Would give data like those shown in Figure 13-7d.
   d. Would show lower amounts of cyclin mRNA than extracts without added cycloheximide.

**Key Application** Please read the section titled "G1 and G2 Arrest in Cells with Damaged DNA Depends on a Tumor-Suppressor and Cyclin-Kinase Inhibitor" (p. 531)

and refer to Figures 13-35 and 13-36; then answer the following questions:

9. Wild-type p53 acts as a tumor-suppressor gene in response to radiation by all of the following mechanisms *except*:
   a. Arresting cells at the $G_1$ checkpoint to repair DNA damage.
   b. Stimulating transcription of an inhibitor of Cdks.
   c. Interacting with p21$^{CIP}$.
   d. Activating apoptosis.

10. Mutations in p53 can cause cancer by
   a. Increasing the activity of SPF and MPF, leading to un-regulated cell growth.
   b. Abrogating the activity of this protein to repair DNA damage.
   c. Stabilizing the protein and fostering the transcription of genes that can cause cancer.
   d. Preventing checkpoint activity.

11. In Figure 13-35, the absence of a checkpoint is *best* demonstrated by
   a. The increased number of cells in $G_2$ in a population of irradiated, wild-type cells.
   b. The increased number of $G_2$ cells in a population of irradiated cells that are mutant for *p53*.
   c. The absence of cells in S phase in a population of irradiated wild-type cells.
   d. The presence of cells in S phase in irradiated *p53*$^-$ cells.

## Key Terms

anaphase inhibitor *513*

anaphase-promoting complex (APC) *498*

Cdc25 protein *507*

checkpoints *530*

CIP proteins *528*

Cln proteins *519*

cohesins *513*

condensin *513*

cyclin-dependent kinases *497*

cyclins *497*

cytokinesis *496*

D-type cyclins (mammalian cells) *526*

delayed-response genes *526*

early-response genes *526*

mitogens *498*

mitosis *495*

mitosis-promoting factor (MPF) *500*

nondisjunction *530*

nuclear lamina *510*

p53 protein *531*

polyubiquitination *504*

pre-replication complex *497*

proteasome *500*

quiescent cells *524*

Rb protein *527*

restriction point *498*

S phase–promoting factors (SPFs) *519*

Wee1 protein *507*

A963

# References

## Overview of the Cell Cycle and Its Control

King, R. W., et al. 1996. How proteolysis drives the cell cycle. *Science* 274:1652–1659.

Murray, A., and T. Hunt. 1993. *The Cell Cycle: An Introduction.* W. H. Freeman and Company.

Nasmyth, K. 1996. Viewpoint: putting the cell cycle in order. *Science* 274:1643–1645.

## Biochemical Studies with Oocytes, Eggs, and Early Embryos

Dunphy, W. G., et al. 1988. The *Xenopus* Cdc2 protein is a component of MPF, a cytoplasmic regulator of mitosis. *Cell* 54:423–431.

Evans, T., et al. 1983. Cyclin: a protein specified by maternal mRNA in sea urchin eggs that is destroyed at each cleavage division. *Cell* 33:389–396.

Gautier, J., et al. 1988. Purification of maturation-promoting factor from *Xenopus* eggs: the factor contains the product of a *Xenopus* homolog of the fission yeast cell cycle control gene *cdc2*+. *Cell* 54:433–439.

Gautier, J., et al. 1990. Cyclin is a component of maturation-promoting-factor from *Xenopus*. *Cell* 60:487–494.

Gerhart, J., M. Wu, and M. J. Kirschner. 1984. Cell cycle dynamics of an M-phase specific cytoplasmic factor in *Xenopus laevis* oocytes and eggs. *J. Cell. Biol.* 98:1247–1255.

Masui, Y., and C. L. Markert. 1971. Cytoplasmic control of nuclear behavior during meiotic maturation of frog oocytes. *J. Exp. Zool.* 177:129–145.

Murray, A. W., and M. W. Kirschner. 1989. Cyclin synthesis drives the early embryonic cell cycle. *Nature* 339:275–280.

Swenson, K. I., K. M. Farrell, and J. V. Ruderman. 1986. The clam embryo cyclin A induces entry into M phase and the resumption of meiosis in *Xenopus* oocytes. *Cell* 47:861–870.

## Genetic Studies with *S. pombe*

Featherstone, C., and P. Russell. 1991. Fission yeast p107wee1 mitotic inhibitor is a tyrosine/serine kinase. *Nature* 349:808–811.

Gautier, J., et al. 1991. Cdc25 is a specific tyrosine phosphatase that directly activates p34cdc2. *Cell* 67:197–211.

Gould, K.L., et al. 1991. Phosphorylation at Thr167 is required for *Schizosaccharomyces pombe* p34cdc2 function. *EMBO J.* 10:3297–3309.

Gould, K. I., and P. Nurse. 1989. Tyrosine phosphorylation of the fission yeast *cdc2*+ protein kinase regulates entry into mitosis. *Nature* 342:39–45.

Harper, J. W., and S. J. Elledge. 1998. The role of Cdk7 in CAK function, a retro-retrospective. *Genes & Devel.* 12:285–289.

Lee, M. G., and P. Nurse. 1987. Complementation used to clone a human homologue of the fission yeast cell cycle control gene *cdc2*. *Nature* 327:31–35.

Nurse, P., and Y. Bissett. 1981. Gene required in G1 for commitment to cell cycle and in G2 for control of mitosis in fission yeast. *Nature* 292:558–560.

Nurse, P., and P. Thuriaux. 1980. Regulatory genes controlling mitosis in the fission yeast *Schizosaccharomyces pombe*. *Genetics* 96:627–637.

Stern, B., and P. Nurse. 1996. A quantitative model for the Cdc2 control of S phase and mitosis in fission yeast. *Trends Genet.* 12:345–350.

## Molecular Mechanisms for Regulating Mitotic Events

Biggins, S., and A. W. Murray. 1998. Sister chromatid cohesion in mitosis. *Curr. Opin. Cell Biol.* 10:769–775.

Field, C., R. Li, and K. Oegema. 1999. Cytokinesis in eukaryotes: a mechanistic comparison. *Curr. Opin. Cell Biol.* 11:68–80.

Hershko, A. 1997. Roles of ubiquitin-mediated proteolysis in cell cycle control. *Curr. Opin. Cell Biol.* 9:788–799.

Hoyt, M. A. 1997. Eliminating all obstacles: regulated proteolysis in the eukaryotic cell cycle. *Cell* 91:149–151.

Nigg, E. A. 1998. Polo-like kinases: positive regulators of cell division from start to finish. *Curr. Opin. Cell Biol.* 10:776–783.

Nigg, E. A., A. Blangy, and H. A. Lane. 1996. Dynamic changes in nuclear architecture during mitosis: on the role of protein phosphorylation in spindle assembly and chromosome segregation. *Exp. Cell Res.* 229:174–180.

Peters, J. M. 1998. SCF and APC: the Yin and Yang of cell cycle regulated proteolysis. *Curr. Opin. Cell Biol.* 10:759–768.

Strunnikov, A. V. 1998. SMC proteins and chromosome structure. *Trends Cell Biol.* 8:454–459.

Yanagida, M. 1998. Fission yeast *cut* mutations revisited: control of anaphase. *Trends Cell Biol.* 8:144–149.

## Genetic Studies with *S. cerevisiae*

Andrews, B., and V. Measday. 1998. The cyclin family of budding yeast: abundant use of a good idea. *Trends Genet.* 14:66–72.

Cross, F. R. 1995. Starting the cell cycle: what's the point? *Curr. Opin. Cell Biol.* 7:790–797.

Hadwiger, J. A., et al. 1989. A family of cyclin homologs that control G1 phase in yeast. *Proc. Nat'l. Acad. Sci. USA* 86:6255–6259.

Hartwell, L. H., et al. 1974. Genetic control of the cell division cycle in yeast. *Science* 183:46–51.

Koch, C., and K. Nasmyth. 1994. Cell cycle regulated transcription in yeast. *Curr. Opin. Cell Biol.* 6:451–459.

Leatherwood, J. 1998. Emerging mechanisms of eukaryotic DNA replication initiation. *Curr. Opin. Cell Biol.* 10:742–748.

Mendenhall, M. D., and A. E. Hodge. 1998. Regulation of Cdc28 cyclin-dependent protein kinase activity during the cell cycle of the yeast *Saccharomyces cerevisiae*. *Microbiol. Molec. Biol. Rev.* 62:1191–1243.

Nasmyth, K. 1996. At the heart of the budding yeast cell cycle. *Trends Genet.* 12:405–412.

Newlon, C. S. 1997. Putting it all together: building a prereplicative complex. *Cell* 91:717–720.

Reed, S. I. 1980. Selection of *S. cerevisiae* mutants defective in the start event of cell division. *Genetics* 95:561–577.

Reed, S. I., J. A. Hadwiger, and A. T. Lorincz. 1985. Protein kinase activity associated with the product of the yeast cell division cycle gene *CDC28*. *Proc. Nat'l. Acad. Sci. USA* 82:4055–4059.

## Cell-Cycle Control in Mammalian Cells

Donaldson, A. D., and J. J. Blow. 1999. The regulation of replication origin activation. *Curr. Opin. Genet. Devel.* 9:62–68.

Dynlacht, B. D. 1997. Regulation of transcription by proteins that control the cell cycle. *Nature* 389:149–152.

Ford, H. I., and A. B. Pardee. 1998. The S phase: beginning, middle, and end: a perspective. *J. Cell. Biochem. Suppl.* 30-31:1–7.

Hengst, L., and S. I. Reed. 1998. Inhibitors of the Cip/Kip family. *Curr. Topics Microbiol. Immunol.* 227:25–41.

Morgan, D. O. 1997. Cyclin-dependent kinases: engines, clocks, and microprocessors. *Annu. Rev. Cell Devel. Biol.* 13:261–291.

Mulligan, G., and T. Jacks. 1998. The retinoblastoma gene family: