# EXHIBIT 71

# Mammalian target of rapamycin: Immunosuppressive drugs offer new insights into cell growth regulation

*Robert T. Abraham*

Department of Pharmacology and Cancer Biology, Room C333B LSRC, Box 3813, DUMC, Durham, NC 27710, USA

## Introduction

In this "enlightened" era of drug development, molecular targets are validated on the basis of their relevance to specific disease states, and screening assays are developed to identify small molecule- or peptide-derived modulators of the selected target's function. However, the more classical paradigm, in which the clinical application of new compounds frequently preceded detailed studies of their molecular mechanisms of action, has not been entirely abandoned. Relevant examples are the natural product immunosuppressive agents, cyclosporine A, FK506, and rapamycin. These drugs (cyclosporine A and FK506 in particular) had already made indelible marks on the clinical field of organ transplantation by the time that bench scientists had begun to unravel the molecular pharmacology underlying their effects on immune responses. Remarkably, the insights provided by basic investigations into the cellular mechanisms of action of the immunosuppressants have been as impressive as the results obtained with these drugs in the clinical arena. In each case, the availability of the immunosuppressant enabled investigators to uncover novel and largely unexpected pathways of intracellular signaling. Ongoing research using cyclosporine A, FK506, and rapamycin as pharmacologic probes continues to yield new information relevant to the clinical management of organ transplants, autoimmune diseases, inflammation, and even cancer.

The focus of this brief monograph will be on rapamycin, the latest member of the group to enter the clinic, and the compound whose intracellular target was most recently identified. Although we are a long way from a complete understanding of the mechanism of action of rapamycin, it is clear that this drug interferes with a cell growth-related signal transduction pathway that has been fundamentally conserved during eukaryotic evolution from yeast to man. As stated above, the recent progress toward the definition of this signaling pathway is due in large part to the availabil-

Inflammatory Processes: Molecular Mechanisms and Therapeutic Opportunities, edited by L. Gordon Letts and Douglas W. Morgan
© 2000 Birkhäuser Verlag Basel/Switzerland

CORD115920

Robert T. Abraham

ity of the highly specific inhibitor, rapamycin. The results to date have provided at least a partial molecular explanation for the decades-old observation that cell growth is most sensitive to inhibitors of protein synthesis during $G_1$ phase of the cell cycle [1]. From a therapeutic viewpoint, rapamycin may prove to be the first member of a very unique class of immunosuppressive and anticancer agents targeted against growth-regulatory proteins whose expression is controlled at the level of translation. For reasons that continue to elude cell biologists, the passage of immunocompetent, proinflammatory, and certain tumor cells through $G_1$ phase is particularly sensitive to disruption of the translational control pathway governed by the rapamycin target protein, mTOR.

## Pharmacology of rapamycin

Rapamycin is a macrolide ester produced by a bacterial strain that was cultured from a soil sample collected during a search for novel antibiotics in the Easter Islands. The pharmacologic basis of rapamycin's cellular actions has been reviewed in detail [2], and will be summarized briefly in this monograph. The structures of rapamycin and the related compound, FK506, are shown in Figure 1. Rapamycin is a hydrophobic macrolide ester that binds to a highly conserved and ubiquitously expressed cytoplasmic receptor termed FK506-binding protein-12 (FKBP12). The resulting FKBP12•rapamycin complex acquires an activity not expressed by either component of the complex in isolation, i.e. the ability to bind to and inhibit the kinase activities of specific target proteins termed, appropriately enough, target of rapamycin, or TOR proteins. Several aspects of this pharmacologic mechanism of action are worthy of special mention. First, rapamycin shares a common receptor, FKBP12, with the structurally related immunosuppressive agent, FK506. Moreover, the binding of FK506 to FKBP12 also represents an activation step leading to the formation of a proximate enzyme inhibitor. However, the similarity stops here, in that the FKBP12•FK506 complex targets a completely different signaling molecule, the $Ca^{2+}$-regulated serine-threonine phosphatase, calcineurin. This phosphatase is neither recognized nor inhibited by the FKBP12•rapamycin complex, and the converse is true as well – TOR protein function is unaffected by treatment of cells with FK506. Indeed, the drugs may be considered as mutual antagonists, because concomitant exposure of cells to FK506 and rapamycin may set up a competition for a limiting amount of the FKBP12 receptor protein. From the drug development viewpoint, the mechanism of action of rapamycin represents a fascinating solution to the daunting task of designing a small molecule inhibitor bearing a high level of specificity for a large polypeptide target. The FKBP12 receptor not only positions rapamycin in the optimal orientation to interact with the TOR proteins, but also supplies structural determinants that contribute to the affinity and specificity of this interaction.

54

ate have provided at
observation that cell
g G$_1$ phase of the cell
to be the first mem-
ncer agents targeted
olled at the level of
ists, the passage of
through G$_1$ phase is
athway governed by

in that was cultured
biotics in the Easter
ns has been reviewed
ph. The structures of
gure 1. Rapamycin is
red and ubiquitously
n-12 (FKBP12). The
t expressed by either
d to and inhibit the
ely enough, target of
ologic mechanism of
a common receptor,
t, FK506. Moreover,
n step leading to the
ilarity stops here, in
t signaling molecule,
This phosphatase is
omplex, and the con-
eatment of cells with
gonists, because con-
p a competition for a
g development view-
nating solution to the
a high level of speci-
not only positions
R proteins, but also
and specificity of this



**Figure 1**
*Structures of the macrolide immunosuppressants, FK506 and rapamycin, and the PI3K inhibitors, wortmannin and LY29002. Wortmannin binds irreversibly to and inhibits the catalytic activities of PI3Ks and many PIKKs, while the bioflavonoid derivative reversibly inhibits the catalytic activities of certain PI3Ks and PIKKs, including mTOR.*

## Identification of the rapamycin target protein

The strategy for the isolation of the rapamycin target protein was predicated on earlier work that led to the identification of calcineurin as the common ligand for the immunosuppressive complexes formed between FKBP12 and FK506, and cyclophilin A and cyclosporine A [3]. Mammalian tissue extracts were fractionated

55

CORD115922

Robert T. Abraham

to varying degrees, and then were passed over an affinity column containing FKBP12 loaded with rapamycin. Protein microsequence analysis led to the isolation of the full-length cDNA encoding the FKBP12·rapamycin-binding protein, which was named FRAP [4], RAFT1 [5], or mTOR [6] by the different laboratories. We termed this binding protein mammalian target of rapamycin (mTOR), in deference to the precedent nomenclature from yeast (see below).

The protein encoded by the mTOR cDNA was a complete surprise on several counts. First, the open reading frame encoded a very large polypeptide containing 2,549 amino acids, with a predicted molecular mass of 289 kilodaltons. Second, the only recognizable region of homology to other mammalian proteins resided near the carboxyl-terminus, which contained a stretch of approximately 400 amino acids that bore a distant but significant resemblance to the catalytic domains of phosphoinositide (PI) kinases, particularly those of PI 3-kinases (PI3Ks). Finally, the target protein, like the rapamycin receptor, FKBP12, was ubiquitously expressed in mammalian tissues and cells, with very high levels found in non-proliferating tissues, including brain and muscle. The latter results seemed in conflict with the observations that rapamycin did not behave like a broad-spectrum inhibitor of cell growth when administered to animals or humans. As stated above, a satisfactory explanation for the widely varying sensitivities of different tissue and cell types to rapamycin has not yet been proffered. What was recognized very quickly was that mechanistic studies of an immunosuppressive drug had uncovered a novel regulator of $G_1$ phase progression in mammalian cells. The molecular cloning of mTOR drew the attention of many investigators to a largely unappreciated area of signal transduction – the coupling pathway between growth factor receptor occupancy and the translational machinery in eukaryotic cells.

The deduced amino acid sequence of mTOR also told mammalian cell biologists that, as frequently has been the case in the signaling field, the yeast geneticists had "beaten them to the punch". In addition to its potent immunosuppressive activities, rapamycin is a powerful antifungal agent. Genetic screens for mutations that rendered the budding yeast, *Saccharomyces cerevesiae*, resistant to rapamycin yielded one known and two novel genes [7–9]. Mutations in the previously identified *FKP1* gene, which encodes the yeast FKBP12 ortholog, caused loss of rapamycin sensitivity. This resistant phenotype would be predicted on the basis of the pharmacology outlined above, as both FKBP12 and rapamycin are required for the cellular effects of the immunosuppressive drug. In addition, the screen revealed that mutations in either of two novel and highly related genes, *TOR1* and *TOR2*, permitted yeast cells to form colonies when plated onto a rapamycin-containing semisolid matrix. Remarkably, the sequences of the two yeast proteins exhibited greater than 40% overall identity to that of mTOR, and this sequence identity between the yeast and mammalian TORs rose to greater than 65% in the carboxyl-terminal region containing the PI3K-related catalytic domain. Clearly, TOR1p and TOR2p were orthologs of the subsequently identified mTOR polypeptide. When considered in

56

column containing
is led to the isolation
iding protein, which
ent laboratories. We
nTOR), in deference

e surprise on several
lypeptide containing
>daltons. Second, the
:eins resided near the
:ly 400 amino acids
ic domains of phos-
;Ks). Finally, the tar-
.itously expressed in
ion-proliferating tis-
in conflict with the
rum inhibitor of cell
above, a satisfactory
;ue and cell types to
ery quickly was that
red a novel regulator
ning of mTOR drew
area of signal trans-
r occupancy and the

:nalian cell biologists
yeast geneticists had
uppressive activities,
mutations that ren-
o rapamycin yielded
usly identified *FKP1*
f rapamycin sensitiv-
of the pharmacology
or the cellular effects
ed that mutations in
permitted yeast cells
g semisolid matrix.
:d greater than 40%
:tween the yeast and
terminal region con-
and TOR2p were
When considered in

light of the observation that rapamycin treatment arrests the growth of yeast cells in G$_1$ phase of the cell cycle, it became evident that the TOR proteins participated in a cell-cycle regulatory pathway that had been fundamentally conserved during the evolution of eukaryotic cells.

Additional genetic studies in *S. cerevesiae* demonstrated that the TOR2 gene was essential for viability, while the *TOR1* gene was nonessential, although loss of *TOR1* caused yeast cells to grow more slowly in nutritious medium [10, 11]. Interestingly, a double disruption of the *TOR1* and *TOR2* genes resulted in G$_1$-phase growth arrest and gradual loss of viability – a phenotype that strongly resembled the response of wild-type yeast cells to rapamycin exposure. These results further solidified the argument that rapamycin exerted its cellular effects by inducing loss of a critical signaling function(s) of TOR1p and TOR2p in G$_1$-phase yeast cells.

## Biochemical insights into the mechanicsm of action of rapamycin

The identification of mutant TOR1p and TOR2p polypeptides that led to rapamycin resistance in yeast provided valuable clues regarding the nature of the interaction of the TOR proteins with the FKBP12•rapamycin complex. The "hot spot" for the generation of biologically active but drug-resistant TOR proteins was a conserved serine residue in TOR1p and TOR2p that, when substituted by a more bulky amino acid (e.g. arginine or isoleucine), rendered the host cells resistant to rapamycin [7, 12–14]. We now know that this critical serine residue, which is also found in the mammalian ortholog, mTOR, is nested within a ~ 100 amino acid stretch of amino acids termed the FKBP12•rapamycin binding (FRB) domain [13, 14] (see Fig. 2). Interestingly, the FRB domain is located immediately upstream of the catalytic domain, and has no identifiable role in catalysis. Nonetheless, the interaction of this domain with the FKBP12•rapamycin complex strongly inhibits the kinase activity of mTOR. Although the mechanism remains unclear, a speculative proposal is that the bulky immunophilin•drug complex poses a steric hindrance to the presentation of protein substrates to the catalytic domain.

The findings described above highlight two pharmacological features that have greatly facilitated research concerning the signaling functions of mTOR in mammalian cells. First, rapamycin is an exquisitely specific inhibitor of mTOR function in intact cells; hence, any alteration in a cellular response induced by rapamycin strongly implicates a role for mTOR in the pathway leading to the response. Second, the availability of rapamycin-resistant, but otherwise fully functional, mTOR mutants permits detailed structure-function studies of this kinase in otherwise wild-type cells. Such mutants are readily generated by substitution of Ser$^{2035}$ in the FRB domain of mTOR with a more bulky substituent, such as Ile. The general strategy is then to introduce the rapamycin-resistant mTOR mutant into the appropriate cellular host, and then to treat these cells with rapamycin. The drug is assumed to

57

Robert T. Abraham



*Figure 2*
*Structure and rapamycin-sensitive signaling functions of mTOR. The conceptual translation product of the mTOR cDNA is a 2,549 amino acid polypeptide containing a carboxyl-terminal region similar to the catalytic domains of PI3Ks. The function of the very extended N-terminal region (~ 1900 amino acids) is unclear, but this domain may play roles in protein-protein interactions and/or the subcellular localization of mTOR. The FRB domain comprises approximately 100 amino acids, and represents the binding site for the inhibitory FKBP12-rapamycin complex. The function of the "tail" domain, which contains approximately 30 amino acids, is also unclear, but deletion experiments indicate that this domain is essential for the protein kinase activity of mTOR.*
*The kinase activity of mTOR is required for the phosphorylation of p70[SGK] and PHAS-I in mitogen-stimulated cells. Activation of p70[SGK] facilitates the overall process of translation initiation, and specifically increases the synthesis of components of the protein synthesis machinery itself. The phosphorylation of PHAS-I leads to an increase in eIF-4E-dependent translation initiation, and may specifically augment the production of proteins required for $G_1$ to S phase progression.*

58

c   "Tail"
1   domain

ion

n

conceptual translation
ning a carboxyl-termi-
the very extended N-
play roles in protein-
FRB domain compris-
ite for the inhibitory
nich contains approxi-
ate that this domain is

$p70^{S6K}$ and PHAS-I in
process of translation
the protein synthesis
e in eIF-4E-dependent
f proteins required for

effect a functional "knockout" of the rapamycin-sensitive functions of the endoge-
nous mTOR proteins in these cells, thereby allowing one to focus on the signaling
capabilities of the ectopically-expressed mTOR mutant. Although this approach has
limitations, it has been instrumental in efforts to define the signaling functions of
mTOR in mammalian cells.

## A family of PI3K-related kinases

The months that followed the cloning of mTOR were marked by a flurry of activi-
ty leading to the identification of a large and still-growing family of signaling pro-
teins that contain the PI3K-like catalytic domain. This novel family of proteins,
which we term PI3K-related kinases (PIKKs), has been the subject of several reviews
[15-17]. The PIKK family currently contains four mammalian proteins: mTOR,
ataxia telangiectasia-mutated (ATM), ATM- and Rad3-related (ATR), and DNA-
dependent protein kinase (DNA-PK). A mammalian cDNA encoding a Myc-inter-
acting protein, termed TRRAP, may be the newest addition to the PIKK family [18].
However, the deduced sequence suggests that the region of similarity to the PI3K
catalytic domain may not possess phosphotransferase activity. In contrast to the
TOR proteins, the remaining members of the PIKK family appear not to be involved
in the transmission of mitogenic signals from the cell surface. Rather, this subgroup
of PIKKs, which includes ATM, ATR, and DNA-PK, participate in genome surveil-
lance and maintenance by functioning as components of cell-cycle checkpoints and
the DNA repair machinery. This subgroup has attracted considerable attention from
cancer researchers, because a hallmark characteristic of cancer cells is genomic
instability, a phenotype that can be traced to the breakdown of one or more cell-
cycle checkpoints. The importance of cell-cycle checkpoints during normal develop-
ment is underscored in dramatic fashion by the catastrophic consequences of the
loss of ATM function in humans. AT patients exhibit chromosome instability lead-
ing to neurodegeneration, immunodeficiency, elevated cancer susceptibility, and
hypersensitivity to radiation and other DNA-damaging agents. It is particularly
noteworthy, that, at this early stage of our understanding, the PIKK family already
holds a novel target (mTOR) for a clinically relevant immunosuppressant, and a
checkpoint kinase (ATM) whose loss explains the complex phenotype of a long-
studied human disease.

## Effects of rapamycin on mammalian cell growth

One notable difference between yeast and mammalian cells is that the latter cells dis-
play widely varying sensitivities to the growth-inhibitory effect of rapamycin,
depending on the cell lineage, as well as the growth factor milieu in which the

59

response to the drug is being evaluated. Although the actual determinants of rapamycin sensitivity or resistance have not been defined, recent insights into the mTOR-dependent signaling pathway may eventually yield the answer to this crucial question (see below). A prototypical target cell for rapamycin is the activated T lymphocyte, which undergoes $G_1$ to S phase progression in response to IL-2 or T-cell growth-promoting cytokines. IL-2-stimulated T cells accumulate in mid/late $G_1$ phase of the cell cycle in the presence of $\leq 10$ nM rapamycin [19, 20]. The growth-arrested T cells are characterized by the presence of fully assembled but catalytically inactive cyclin E-Cdk2 complexes, the maintenance of the under-phosphorylated, and hence growth-suppressive form of the retinoblastoma protein (pRb), in spite of continuous exposure to IL-2. Rapamycin treatment seems to allow T cells to progress up to the so-called $G_1$ restriction point, but does not permit passage through this important checkpoint. Restriction point traverse, which depends on the hyperphosphorylation, and inactivation of pRb marks the transition from growth factor-dependent cell-cycle progression to an intrinsic commitment of the cell-cycle machinery to execute S, G2, and M phases [1]. Thus, the rapamycin target, mTOR, must mediate the delivery of signals required for the progression of $G_1$-phase T cells through the restriction point.

## Role of mTOR in translational control

The search for more proximal biochemical responses to rapamycin treatment led to the identification of two proteins whose phosphorylation state is regulated by mTOR. The first target protein is p70 S6 kinase (p70S6K), a serine-threonine kinase that is activated in response to a broad range of mitogenic stimuli. Rapamycin blocks both the phosphorylation and activation of p70S6K in all mammalian cell types examined to date. The second endpoint for the mTOR-dependent phosphorylation pathway is the translational-repressor protein, PHAS-I (also termed 4E-BP1) [21]. As mentioned above, it is striking that both p70S6K and PHAS-I participate in the regulation of protein synthesis in cells stimulated with mitogens or certain hormones, including insulin.

The regulation of p70S6K by upstream protein kinases is exceedingly complex, and the reader is referred to specialized reviews for details concerning this topic [22, 23]. However, it is clear that treatment with rapamycin quickly and efficiently inhibits the *de novo* phosphorylation of p70S6K induced by hormonal stimuli, as well as the phosphorylation of previously activated p70S6K. The predicted epistatic relationship between mTOR and p70S6K was confirmed in cell transfection experiments, which demonstrated that introduction of a rapamycin-resistant mTOR mutant into Jurkat T cells rendered p70S6K activation correspondingly resistant to rapamycin [24]. The only documented physiologic substrate for p70S6K is the 40S ribosomal protein S6, although recent data suggest that this protein kinase also

60

al determinants of
nt insights into the
aswer to this crucial
the activated T lym-
ıse to IL-2 or T-cell
late in mid/late $G_1$
9, 20]. The growth-
bled but catalytical-
ler-phosphorylated,
in (pRb), in spite of
o allow T cells to
not permit passage
hich depends on the
ısition from growth
ent of the cell-cycle
ycin target, mTOR,
of $G_1$-phase T cells

cin treatment led to
ate is regulated by
ne-threonine kinase
stimuli. Rapamycin
all mammalian cell
pendent phosphory-
lso termed 4E-BP1)
HAS-I participate in
gens or certain hor-

:ceedingly complex,
rning this topic [22,
:kly and efficiently
ormonal stimuli, as
e predicted epistatic
transfection experi-
in-resistant mTOR
ndingly resistant to
r p70$^{S6K}$ is the 40S
protein kinase also

phosphorylates two translation initiation factors, eIF-4G and eIF-4B [25]. The over-all effect of these phosphorylation events is to increase the capacity of the protein synthetic machinery to translate mRNA templates. This modulation of translation-al capacity is logical, when one considers that successful passage through $G_1$ requires a substantial increase in cell mass, if the mitotic cycle is destined to give rise to two normally sized daughter cells.

## Regulation of translation initiation by mTOR

The rate-limiting step in the translation of most eukaryotic mRNAs is initiation, a process that includes the binding of the 43S ribosomal preinitiation complex to the 5'-terminus of the mRNA, and the $5' \rightarrow 3'$ translocation of this complex as it scans the 5'-UTR for an AUG initiation codon [25, 26]. Both the ribosome binding and scanning steps are facilitated by the eukaryotic initiation factor (eIF)-4F complex, which itself binds to the cap structure (m$^7$GpppN, where N is any nucleotide) found at the extreme 5'-terminus of nearly all eukaryotic mRNAs. The eIF-4F complex contains eIF-4G, a large scaffolding protein, eIF-4A, an ATP-dependent RNA heli-case (when partnered with an additional initiation factor, eIF-4B), and eIF-4E, the mRNA cap-binding subunit. An exciting realization over the past several years is that rates of translation initiation are controlled by extracellular stimuli, including growth factors, cytokines, and insulin. Moreover, this regulatory mechanism is high-ly discriminate: in mitogen-stimulated cells, translation of some mRNAs increases dramatically (> 30-fold) while the overall increase in protein synthesis is quite mod-est (1.5–2-fold).

The major determinants of eIF-4F dependence reside within the 5'-UTRs of translatable mRNAs. In quiescent cells, mRNAs bearing 5'-UTRs with extensive secondary structure and/or multiple upstream open reading frames tend to be trans-lated very inefficiently due to impaired initiation. Interestingly, a number of growth-regulatory proteins (e.g. c-Myc, cyclin $D_1$ and ornithine decarboxylase) are encod-ed by mRNAs that contain such structural complexity in their 5'-UTRs. Mitogenic stimuli increase the translational efficiencies of these mRNAs by stimulating eIF-4F binding and function, often through the phosphorylation of specific components of this complex. Collectively, this "activated" eIF-4F increases both ribosome binding to the mRNA, and simplifies the structure of the 5'-UTR via the RNA-unwinding activity of eIF-4A, acting in concert with eIF-4B. The positive regulatory effect of mitogens on eIF-4F function therefore provides a mechanism by which the expres-sion of certain growth-related genes can be controlled at the translational level.

The cap-binding eIF-4E subunit is a target for multiple intracellular signaling pathways, including the pathway governed by mTOR. The interaction of eIF-4E with the remaining components of the eIF-4F complex is competitively inhibited by the formation of complexes with 4E-binding proteins (4E-BPs) [21, 27]. These eIF-

61

4E interactors are also termed PHAS (phosphorylated heat and acid stable) proteins, and, for historical reasons, we will use the latter terminology for the remainder of this discussion. The most well-studied member of this family of eIF-4E inhibitors is PHAS-I. In quiescent cells, PHAS-I is not phosphorylated, and is tightly bound to eIF-4E. Under these conditions, eIF-4F function, and therefore translation initiation, is repressed. Exposure of these cells to growth factors or insulin results in the rapid phosphorylation of PHAS-I at 5 serine or threonine residues, and a consequent decrease in the binding affinity of PHAS-I for eIF-4E. Thus, the multi-site phosphorylation of PHAS-I removes a significant obstacle to eIF-4E-dependent translation initiation, and facilitates the synthesis of proteins needed for $G_1$-phase progression.

The protein kinase(s) responsible for the phosphorylation of PHAS-I quickly became a topic of considerable interest. A seminal observation was that this response was blocked by growth-inhibitory concentrations of rapamycin, which strongly hinted that mTOR served as an upstream kinase in the PHAS-I phosphorylation pathway [28–30]. In a somewhat unexpected turn of events, it was recently shown that mTOR itself phosphorylates PHAS-I, at least under *in vitro* kinase assay conditions [31]. The physiologic relevance of these findings is supported by the findings that the five sites phosphorylated by mTOR *in vitro* are identical to the sites of PHAS-I phosphorylation during insulin stimulation of intact cells [32, 33]. The same serine and threonine residues are rapidly dephosphorylated upon addition of rapamycin to these cells. Finally, the *in vitro* phosphorylation of PHAS-I by mTOR effectively inhibits the binding of PHAS-I to eIF-4E. Collectively, these findings argue that mTOR may be directly responsible for the phosphorylation of PHAS-I and subsequent activation of eIF-4E induced by insulin and other mitogenic factors.

## Regulation of mTOR activity by hormonal stimuli

An important area for ongoing studies concerns the pathways through which mTOR is regulated in response to extracellular stimuli. Signals emanating from activated PI3K have been implicated in the stimulation of protein synthesis for some time. More recent evidence suggests that both PI3K and its downstream serine-threonine kinase, AKT, participate in mTOR activation by insulin and other polypeptide hormones [34, 35]. Interestingly, the carboxyl-terminal region of mTOR contains at least two consensus sites for phosphorylation by AKT, and indirect evidence suggests that these sites are, in fact, phosphorylated in an AKT-dependent fashion in intact cells [35]. These findings also raise some cautionary points concerning the extensive laboratory application of wortmannin, an irreversible inhibitor of PI3K, as a signal transduction inhibitor in mammalian cells. Treatment of cells with wortmannin will interfere with at least two components of the cytokine receptor-linked pathway leading to translation initiation: the lipid kinase activity of the p85-p110

62

acid stable) proteins,
for the remainder of
eIF-4E inhibitors is
l is tightly bound to
ranslation initiation,
n results in the rapid
,, and a consequent
multi-site phospho-
ependent translation
₁-phase progression.
of PHAS-I quickly
ntion was that this
f rapamycin, which
ne PHAS-I phospho-
vents, it was recent-
nder in vitro kinase
ngs is supported by
o are identical to the
intact cells [32, 33].
lated upon addition
ation of PHAS-I by
llectively, these find-
phosphorylation of
and other mitogenic

rays through which
emanating from acti-
n synthesis for some
nstream serine-thre-
. and other polypep-
gion of mTOR con-
nd indirect evidence
T-dependent fashion
oints concerning the
e inhibitor of PI3K,
it of cells with wort-
kine receptor-linked
ity of the p85-p110

form of PI3K and, as reported recently, the protein kinase activity of mTOR [31]. Wortmannin irreversibly inhibits the PHAS-I phosphorylating activity of mTOR with an $IC_{50}$ of 250 nM [36]. Although the potency of wortmannin as an mTOR kinase inhibitor is approximately 100-fold lower than that observed with p85-p110 as the target ($IC_{50}$, 3 nM), the emergence of mTOR and other members of the PIKK family [37] as wortmannin-sensitive kinases complicates the interpretation of results based on the use of this broad spectrum inhibitor of kinases containing the PI3K-related catalytic domain.

## Summary and perspective

Rapamycin is a potent immunosuppressive drug that seems destined to find important applications in the transplantation clinic, and in the treatment of autoimmune disease and, possibly, certain types of cancer. Studies of the mechanism of action of rapamycin indicate that this drug blocks the growth of lymphoid and other cell types by suppressing the protein kinase activity of mTOR. The rapamycin target protein, mTOR, functions in a highly conserved signaling pathway leading to the activation of the translational enhancer, p70$^{S6K}$ and the functional inactivation of the translational repressor, PHAS-I. The mTOR signaling pathway seems to be required for the translation of certain mRNAs whose protein products carry out functions permissive for the passage of $G_1$-phase cells through the restriction point. The discovery that mTOR is a serine-threonine protein kinase should facilitate the further development of new drugs that, like rapamycin, interfere in a relatively subtle fashion with the biochemical pathway that links cytokine receptor occupancy to the synthesis of proteins involved in the control of cell growth.

From a broader perspective, the use of rapamycin as a pharmacologic probe opened an avenue of investigation that led to the identification of a completely novel family of signaling proteins, the PIKKs. Ongoing studies of the PIKKs will provide novel insights into the mechanisms whereby normal cells regulate their growth and maintain the integrity of their genomes. The information already available strongly suggests that PIKK dysfunction will lead to defects in the development of the nervous and immune systems, and will favor the development of cancer in humans. At the same time, however, members of the PIKK family have considerable potential as targets for the development of novel anticancer and immunosuppressive agents.

### Acknowledgements
The author wishes to thank Drs. Aleksander Sekulic and Christine Hudson for helpful discussions. Work performed in the author's laboratory was supported by a Ahmadjaja Thymoma Research Grant from the Mayo Foundation, and by a grant (CA76193) from the National Cancer Institute.

63

Robert T. Abraham

## References

1   Pardee AB (1989) $G_1$ events and the regulation of cell proliferation. *Science* 246: 603–640

2   Abraham RT, Wiederrecht GJ (1996) Immunopharmacology of rapamycin. *Ann Rev Immunol* 14: 483–510

3   Schreiber SL, Crabtree GR (1992) The mechanism of action of cyclosporin A and FK506. *Immunol Today* 13: 136–142

4   Brown EJ, Albers MW, Shin TB, Ichikawa K, Keith CT, Lane WS, Schreiber SL (1994) A mammalian protein targeted by $G_1$-arresting rapamycin-receptor complex. *Nature* 369: 756–758

5   Sabatini DM, Erdjument-Bromage H, Lui M, Tempst P, Snyder SH (1994) RAFT1: a mammalian protein that binds to FKBP12 in a rapamycin-dependent fashion and is homologous to yeast TORs. *Cell* 78: 35–43.

6   Sabers CJ, Martin MM, Brunn GJ, Williams JM, Dumont FJ, Wiederrecht G, Abraham RT (1995) Isolation of a protein target of the FKBP12-rapamycin complex in mammalian cells. *J Biol Chem* 270: 815–822

7   Helliwell SB, Wagner P, Kunz J, Deuter-Reinhard M, Henriquez R, Hall MN (1994) TOR1 and TOR2 are structurally and functionally similar but not identical phosphatidylinositol kinase homologues in yeast. *Molec Biol Cell* 5: 105–118

8   Heitman J, Movva NR, Hall MN (1992) Proline isomerases at the crossroads of protein folding, signal transduction, and immunosuppression. *New Biologist* 4: 448–460

9   Cafferkey R, Young PR, McLaughlin MM, Bergsma DJ, Koltin Y, Sathe GM, Faucette L, Eng WK, Johnson RK, Livi GP (1993) Dominant missense mutations in a novel yeast protein related to mammalian phosphatidylinositol 3-kinase and VPS34 abrogate rapamycin cytotoxicity. *Mol Cell Biol* 13: 6012–6023

10  Kunz J, Henriquez R, Schneider U, Deuter-Reinhard M, Movva NR, Hall MN (1993) Target of rapamycin in yeast, TOR2, is an essential phosphatidylinositol kinase homolog required for G1 progression. *Cell* 73: 585–596

11  Zheng XF, Florentino D, Chen J, Crabtree GR, Schreiber SL (1995) TOR kinase domains are required for two distinct functions, only one of which is inhibited by rapamycin. *Cell* 82: 121–130

12  Stan R, McLaughlin MM, Cafferkey R, Johnson RK, Rosenberg M, Livi GP (1994) Interaction between FKBP12-rapamycin and TOR involves a conserved serine residue. *J Biol Chem* 269: 32027–32030

13  Chen J, Zheng XF, Brown EJ, Schreiber SL (1995) Identification of an 11-kDa FKBP12-rapamycin-binding domain within the 289-kDa FKBP12-rapamycin-associated protein and characterization of a critical serine residue. *Proc Natl Acad Sci USA* 92: 4947–4951

14  Lorenz MC, Heitman J (1995) TOR mutations confer rapamycin resistance by preventing interaction with FKBP12-rapamycin. *J Biol Chem* 270: 27531–27537

15  Keith CT, Schreiber SL (1995) PIK-related kinases: DNA repair, recombination, and cell cycle checkpoints. *Science* 270: 50–51

64

feration. *Science* 246:

rapamycin. *Ann Rev*

of cyclosporin A and

S, Schreiber SL (1994)
ptor complex. *Nature*

SH (1994) RAFT1: a
endent fashion and is

ederrecht G, Abraham
cin complex in mam-

z R, Hall MN (1994)
t not identical phos-
05–118
e crossroads of protein
*gist* 4: 448–460
Y, Sathe GM, Faucette
ations in a novel yeast
and VPS34 abrogate

NR, Hall MN (1993)
hatidylinositol kinase

. (1995) TOR kinase
which is inhibited by

g M, Livi GP (1994)
served serine residue. *J*

of an 11-kDa FKBP12-
cin-associated protein
*i USA* 92: 4947–4951
resistance by prevent-
l–27537
combination, and cell

16  Abraham RT (1996) Phosphoinositide 3-kinase related kinases. *Curr Op Immunol* 8: 412–418

17  Hunter T (1995) When is a lipid kinase not a lipid kinase? When it is a protein kinase. *Cell* 83: 1–4

18  McMahon SB, Van Buskirk HA, Dugan KA, Copeland TD, Cole MD (1998) The novel ATM-related protein TRRAP is an essential cofactor for the c-Myc and E2F oncoproteins. *Cell* 94: 363–374

19  Morice WG, Brunn GJ, Wiederrecht G, Siekierka JJ, Abraham RT (1993) Rapamycin-induced inhibition of p34cdc2 kinase activation is associated with G1/S-phase growth arrest in T lymphocytes. *J Biol Chem* 268: 3734–3738

20  Morice WG, Wiederrecht G, Brunn GJ, Siekierka JJ, Abraham RT (1993) Rapamycin inhibition of interleukin-2-dependent p33cdk2 and p34cdc2 kinase activation in T lymphocytes. *J Biol Chem* 268: 22737–22745

21  Lawrence JC Jr, Abraham RT (1997) PHAS/4E-BPs as regulators of mRNA translation and cell proliferation. *Trends Biochem Sci* 22: 345–349

22  Proud CG (1996) p70 S6 kinase: an enigma with variations. *Trends Biochem Sci* 21: 181–185

23  Pullen N, Thomas G (1997) The modular phosphorylation and activation of p70s6k. *FEBS Lett* 410: 78–82

24  Brown EJ, Beal PA, Keith CT, Chen J, Shin TB, Schreiber SL (1995) Control of p70 s6 kinase by kinase activity of FRAP *in vivo*. *Nature* 377: 441–446

25  Sonenberg N, Gingras AC (1998) The mRNA 5' cap-binding protein eIF4E and control of cell growth. *Curr Op Cell Biol* 10: 268–275

26  Pain VM (1996) Initiation of protein synthesis in eukaryotic cells. *Eur J Biochem* 236: 747–771

27  Pause A, Belsham GJ, Gingras AC, Donze O, Lin TA, Lawrence JC Jr, Sonenberg N (1995) Insulin-dependent stimulation of protein synthesis by phosphorylation of a regulator of 5'-cap function. *Nature* 371: 762–767

28  Graves LM, Bornfeldt KE, Argast GM, Krebs EG, Kong X, Lin TA, Lawrence JC Jr (1995) cAMP- and rapamycin-sensitive regulation of the association of eukaryotic initiation factor 4E and the translational regulator PHAS-I in aortic smooth muscle cells. *Proc Natl Acad Sci USA* 92: 7222–7226

29  Lin TA, Kong X, Saltiel AR, Blackshear PJ, Lawrence JC Jr (1995) Control of PHAS-I by insulin in 3T3-L1 adipocytes. Synthesis, degradation, and phosphorylation by a rapamycin-sensitive and mitogen-activated protein kinase-independent pathway. *J Biol Chem* 270: 18531–18538

30  Beretta L, Gingras AC, Svitkin YV, Hall MN, Sonenberg N (1996) Rapamycin blocks the phosphorylation of 4E-BP1 and inhibits cap-dependent initiation of translation. *EMBO J* 15: 658–664

31  Brunn GJ, Hudson CC, Sekulic A, Williams JM, Hosoi H, Houghton PJ, Lawrence JC, Abraham RT (1997) Phosphorylation of the translational repressor PHAS-I by the mammalian target of rapamycin. *Science* 277: 99–101

65

Robert T. Abraham

32  Brunn GJ, Fadden P, Haystead TA, Lawrence JC Jr (1997) The mammalian Target of Rapamycin phosphorylates sites having a (Ser/Thr)-Pro motif and is activated by antibodies to a region near its COOH terminus. *J Biol Chem* 272: 32547–32550

33  Fadden P, Haystead TA, Lawrence JC Jr (1997) Identification of phosphorylation sites in the translational regulator, PHAS-I, that are controlled by insulin and rapamycin in rat adipocytes. *J Biol Chem* 272: 10240–10247

34  Gingras AC, Kennedy SG, O'Leary MA, Sonenberg N, Hay N (1998) 4E-BP1, a repressor of mRNA translation, is phosphorylated and inactivated by the Akt (PKB) signaling pathway. *Genes Dev* 12: 502–513

35  Scott PH, Brunn GJ, Kohn AD, Roth RA, Lawrence JC Jr (1998) Evidence of insulin-stimulated phosphorylation and activation of mammalian target of rapamycin by a protein kinase B signaling pathway. *Proc Natl Acad Sci USA* 95: 7772–7777

36  Brunn GJ, Williams J, Sabers C, Wiederrecht G, Lawrence JC Jr, Abraham RT (1996) Direct inhibition of the signaling functions of the mammalian target of rapamycin by the phosphoinositide 3-kinase inhibitors, wortmannin and LY294002. *EMBO J* 15: 5256–5267

37  Sarkaria JN, Tibbetts RS, Busby EC, Kennedy AP, Hill DE, Abraham RT (1998) Inhibition of phosphoinositide 3-kinase related kinases by the radiosensitizing agent wortmannin. *Cancer Res* 58: 4375–4382

66

# EXHIBIT 72



ISSN 0036-8075
12 JULY 1996
VOLUME 273
NUMBER 5272

# SCIENCE

AMERICAN
ASSOCIATION FOR THE
ADVANCEMENT OF
SCIENCE

## NEWS

The Decline of German Universities 172
Foreign Students Bypassing Germany 173

Disputed Results Now Just a Footnote 174

Panel Backs Joint Bion Mission 175

Earmark for New Ship Puts Academics 176
Over Pork Barrel

Italian Bioethics: Embryo Report 177
Opens Old Wounds

Publisher Draws Censorship Charge 177

Tobacco Studies: UC Objects to 178
Research Restrictions

Silver Thread Boosts Current Capacity 178

Unruly Sun Emerges in 179
Solar Observatory's First Results
Spying On the Sun—on the Cheap 180

Evolutionary and Systematic Biologists 181
Converge

Twinkle, Twinkle, Little Quasar 182

Protein Matchmaker May Lead 183
New Gene Therapy to the Altar

## SPECIAL NEWS REPORT

Putting Prions to the Test 184
Flipping Yeast 186
Prusiner and the Press 188

## PERSPECTIVES

If a Tree Falls in the Forest... 201
M. Keller, D. A. Clark, D. B. Clark, A. M.
Weitz, E. Veldkamp

The Shrewd Grasp of RNA 202
Polymerase
R. Landick and J. W. Roberts

Rho Returns: Its Targets in Focal 203
Adhesions
H. Bussey

## ARTICLE

New Designs of Macroporous 205
Polymers and Supports: From Separation
to Biocatalysis
F. Svec and J. M. J. Fréchet



**184**
Do prions mangle proteins?

## DEPARTMENTS

**THIS WEEK IN SCIENCE** 157

**EDITORIAL** 163
Scientific Imagination and Integrity
K. J. Ryan

**LETTERS** 165
Not the "Dark Ages": W. C. Barker and R. S. Ledley
• Dinosaurs and Their Youth: M. A. Norell and
J. M. Clark; N. R. Geist and T. D. Jones • Tobacco
Research: J. F. Glenn; J. Cohen; T. D. Sterling •
Uninterrupted Electric Power: D. N. Baker and J.
G. Kappenman

**SCIENCESCOPE** 171

**RANDOM SAMPLES** 191
High Court Won't Review Hopwood • Manatee
Killer Revealed • Canada Considers Gene Law

**BOOK REVIEWS** 196
Bendectin and Birth Defects, reviewed by S.
Bartlett Foote • The Mismeasure of Man • The
World According to Wavelets • Wavelets • Vignette
• Books Received

**PRODUCTS & MATERIALS** 262

**SCIENCE'S NEXT WAVE** 265
Bioinformatics: New Frontier Calls Young Scientists

**AAAS Board of Directors**

Rita R. Colwell
*Retiring President, Chairman*
Jane Lubchenco
*President*
Mildred S. Dresselhaus
*President-elect*

Sheila Jasanoff
William A. Lester Jr.
Simon A. Levin
Marcia C. Linn
Michael J. Novacek
Anna C. Roosevelt
Jean E. Taylor
Nancy S. Wexler

William T. Golden
*Treasurer*
Richard S. Nicholson
*Executive Officer*

■ SCIENCE (ISSN 0036-8075) is published weekly on Friday, except the last week in
December, by the American Association for the Advancement of Science, 1200 New York
Avenue, NW, Washington, DC 20005. Periodicals Mail postage (publication No. 484460) paid at
Washington, DC, and additional mailing offices. Copyright © 1996 by the American Association for
the Advancement of Science. The title SCIENCE is a registered trademark of the AAAS. Domestic
individual membership and subscription (51 issues): $102 ($55 allocated to subscription). Domestic
institutional subscription (51 issues): $250. Foreign postage extra: Mexico, Caribbean (surface mail)
$55; other countries (air assist delivery) $90. First class, airmail, student, and emeritus rates on
request. Canadian rates with GST available upon request, GST #1254 88122. Printed in the U.S.A.

REPORTS

# Structure of the FKBP12-Rapamycin Complex Interacting with the Binding Domain of Human FRAP

Jungwon Choi,* Jie Chen, Stuart L. Schreiber, Jon Clardy†

Rapamycin, a potent immunosuppressive agent, binds two proteins: the FK506-binding protein (FKBP12) and the FKBP-rapamycin–associated protein (FRAP). A crystal structure of the ternary complex of human FKBP12, rapamycin, and the FKBP-rapamycin-binding (FRB) domain of human FRAP at a resolution of 2.7 angstroms revealed the two proteins bound together as a result of the ability of rapamycin to occupy two different hydrophobic binding pockets simultaneously. The structure shows extensive interactions between rapamycin and both proteins, but fewer interactions between the proteins. The structure of the FRB domain of FRAP clarifies both rapamycin-independent and -dependent effects observed for mutants of FRAP and its homologs in the family of proteins related to the ataxia-telangiectasia mutant gene product, and it illustrates how a small cell-permeable molecule can mediate protein dimerization.

A dividing cell must pass various checkpoints as it proceeds through the cell cycle, and error-free division requires the ability to rectify DNA lesions (1, 2). The ataxia-telangiectasia mutant (ATM) gene product, the catalytic subunit of the DNA-dependent protein kinase, and the products of yeast genes such as TOR1, TOR2, and MEC1 (ESR1) are members of a family of large molecular size proteins that participate in cell cycle progression and checkpoints as well as in DNA repair and recombination (1–4). All members of the ATM family contain a COOH-terminal kinase domain (1–4), but no structural information is available for any domain of any family member. Human FRAP (rat RAFT), one member of this family, is a 289-kD protein that binds FKBP12-rapamycin, regulates p70 ribosomal protein S6 kinase, and is required for $G_1$ cell cycle progression in several cell types (5–7).

The potent immunosuppressive agents FK506 (8) and rapamycin (9–11) (Fig. 1A) share the same cellular target: the 12-kD FK506-binding protein, FKBP12 (12, 13). Although both rapamycin and FK506 bind to FKBP12 with high affinity [dissociation constant ($K_d$), 0.2 to 0.4 nM], they effect immunosuppression through different mechanisms. Whereas FK506 interrupts the signal from the T cell receptor, rapamycin interrupts the signal from the interleukin-2 receptor and the receptors for other cytokines and growth factors (14). Binding of similar molecules, such as FK506 and rapamycin,

to the same protein can disrupt different signals because the protein-ligand complexes, (not the individual components) are the active entities (14). FKBP12-FK506 inhibits calcineurin, a serine-threonine phosphatase (15), whereas FKBP12-rapamycin binds to FRAP (5). Thus, small cell-permeable molecules can induce proteins to associate in a manner similar to that by which growth factors (such as human growth hormone), cytokines (such as interleukin-2), and intracellular signaling proteins (such as GRB2) induce dimerization of signaling proteins. These naturally occurring inducers of dimerization have inspired the design of synthetic molecules that induce dimerization of intracellular proteins and result in the activation of cytoplasmic signaling pathways (16).

FK506 and rapamycin bind FKBP12 in a hydrophobic pocket, and an important feature of both FKBP12-ligand structures is the large fraction, ~50%, of ligand exposed on the exterior of the complex (17–19). A composite surface—a surface with contributions from both ligand (FK506 or rapamycin) and the protein (FKBP12)—mediates the interaction of the FKBP12-ligand complex with its target (14). Two independent x-ray structures of the ternary FKBP12-FK506-calcineurin complex show a composite binding surface with extensive contacts between FK506 and its protein partners as well as between the protein partners themselves (20, 21). We now present a 2.7 Å x-ray structure that shows how rapamycin mediates the heterodimerization of FKBP12 with FRAP.

Binding of FRAP to FKBP12-rapamycin ($K_d$ = 2 nM) is mediated by a small domain, the FKBP12-rapamycin–binding (FRB) domain, that can be expressed as a 12-kD soluble protein (22). Crystals (23) of the ternary FKBP12-rapamycin-FRB complex were pre-

pared and the structure was solved (24) by a combination of molecular replacement (MR) with isomorphous replacement for a single anomalously scattering derivative (SIRAS) (Fig. 1, B and C). The resulting MR-SIRAS map was readily interpretable, and the structure was refined to a final $R$ factor of 0.193 (8.0 to 2.7 Å data). The ternary complex has a roughly rectangular shape with overall dimensions of 60 Å by 45 Å by 35 Å. The two protein components are virtually the same size, and rapamycin is almost completely buried between them. The ternary complex features an extensive array of rapamycin-protein interactions in two binding pockets lined with aromatic residues. FKBP12 contains a large β sheet composed of five antiparallel β strands (17–19). A short amphipathic α helix is pressed against this sheet, and rapamycin binds in a hydrophobic pocket formed between the α helix and β sheet. Three loops—the 40s loop, which is a bulge in β5, the 50s loop connecting β5 to α, and the 80s loop connecting β2 to β3—surround and contribute to the binding pocket. In general, the structure of the FKBP12-rapamycin portion of the ternary complex does not differ from that of the binary FKBP12-rapamycin complex (18, 19), and the overall root-mean-square deviation between the binary and ternary complex is 1.14 Å for all atoms and 0.49 Å for main chain atoms.

The FRB domain of FRAP forms a four-helix bundle, a common structural motif in globular proteins (25). Its overall dimensions are 30 Å by 45 Å by 30 Å, and all four helices (α1 to α4) have short underhand connections similar to the cytochrome $b_{562}$ fold (26). The $NH_2$- and COOH-termini of the FRB domain are close to each other, suggesting that an FRB-type protein domain could be inserted into other protein chains. The longest helix, α3, has a 60° bend at $Tyr^{2074}$, roughly one-third of the distance from its $NH_2$-terminus, and the α2 helix has a small region ($Gly^{2049}$ to $Leu^{2051}$) that deviates from a standard α helix. Ignoring the first 10 residues of α3, all four helices are ~26 Å in length and comprise 16 to 19 residues. The α1 and α2 helices are almost parallel (interhelical angle of 22°), as are α3 and α4 (20°), whereas the crossing angles between the α1-α2 pair and the α3-α4 pair range from 30° to 60°. The parallel helices are also closer. Helices α1-α2 and α3-α4 show the shortest interhelical distances of 6.3 and 7.2 Å, respectively, whereas other closest interhelical contacts range from 10 to 14 Å. Most of the hydrophobic and aromatic residues are located in the interhelical regions, and the hydrophilic residues are exposed to solvent. The first and last helices of the bundle, α1 and α4, form a deep cleft near their crossing point, and this cleft, which is lined by six aromatic side chains, forms the hydrophobic

J. Choi and J. Clardy, Department of Chemistry, Baker Laboratory, Cornell University, Ithaca, NY 14853-1301, USA.
J. Chen and S. L. Schreiber, Howard Hughes Medical Institute and Department of Chemistry and Chemical Biology, Harvard University, Cambridge, MA 02138, USA.

*Present address: Department of Chemistry, Suwon University, Kyunggi 445-773, South Korea.
†To whom correspondence should be addressed.

A980

pocket in which rapamycin binds.

Rapamycin interacts extensively with both FKBP12 and FRB. Its interactions with FKBP12 resemble those described for the binary complex and feature extensive contacts with conserved aromatic residues and five hydrogen bonds (18, 19). Trp[59] forms the base of the binding pocket and contacts the pipecolinyl ring (C2 to N7)—the most deeply buried portion of rapamycin. A total of 460 Å² (44%) of the solvent-accessible surface area of rapamycin is buried in FKBP12. Rapamycin also interacts with the FRB domain of FRAP through close contacts with aromatic residues, and a series of interactions along the triene arm of rapamycin (C16 to C23) involving Phe[2039], Trp[2101], Tyr[2105], and Phe[2108] appear especially important (Fig. 2). Ser[2035], Leu[2031], Thr[2098], Asp[2102], and Tyr[2038] also make contact with rapamycin. There are no hydrogen bonds in the FRB-rapamycin interaction, and 340 Å² (33%) of the solvent-accessible surface area of rapamycin participate in the interaction. A small, but important, conformational change in rapamycin is evident between the binary (FKBP12-rapamycin) and ternary (FKBP12-rapamycin-FRB) complexes. In crystal structures of uncomplexed rapamycin (27) and the FKBP12-rapamycin complex (18), the triene arm of rapamycin is planar, with the three double bonds fully conjugated. In the ternary complex, rotations of −15° about C18–C19 and 37° about C20–C21 slightly disrupt the conjugation and move the most deeply buried portion of rapamycin, the methyl group attached to C23, by 1.6 Å (Fig. 1). This conformational alteration of rapamycin avoids a close contact with Phe[2108] and places the deeply buried methyl group in a small crease between Phe[2108] and Leu[2031] (Fig. 2). The macrocyclic loop of rapamycin is eight carbon atoms larger than the corresponding loop in FK506, and the triene portion of rapamycin reduces the conformational flexibility of the loop and holds it away from the surface of FKBP12—it organizes the loop for binding into a deep pocket. Our analysis suggests that the limited flexibility of the triene arm might also be an important feature of the structure of rapamycin. If FK506 and rapamycin are overlaid, the much shorter loop of FK506 does not approach the binding pocket of the FRB domain of FRAP.

Although rapamycin interacts extensively with both protein partners, the extent to which the proteins interact with each other is relatively limited (Fig. 2). Two regions of the complex show interactions between the proteins: the 40s loop of FKBP12 with α4 of FRB, and the 80s loop of FKBP12 with the α1-α2 region of FRB. In the 40s-α4 interaction, the OH group of Tyr[2105] and the O atom of Lys[47] make a short contact and there is also a water-mediated salt bridge. In the other inter-

action region, the NH₂ group of Arg[2042] makes short contacts with Oγ1 of Thr[85] and the O atom of Gly[86], and there are two water-mediated interactions. Although the number of interprotein polar interactions is moderate, 400 Å² of solvent-accessible surface area, roughly equivalent to the surface area buried by FKBP12-rapamycin or FRB-rapamycin, participate in the interaction between them. The 80s loop of FKBP12 appears to be one region where the structure of FKBP12 differs between the binary and ternary complexes, with the major change being around Ile[90], where both side chain and main chain deviations are apparent. These deviations move FKBP12 away from the FRB domain, suggesting repulsion between the proteins in this region.

The residues that form the rapamycin binding pocket of FRAP (Fig. 2) are conserved in yeast Tor1p, Tor2p, and rat RAFT1—other ATM family members that

hind FKBP12-rapamycin—and thus all four proteins are likely to contain a hydrophobic pocket with similar architecture and related function. Overexpression of the Ser[1972] (corresponding to Ser[2035] of FRAP) → Ile mutant of Tor1p results in marked inhibition of cell growth that is dependent on the kinase activity of the mutant (28). These results indicate that the site bearing the Ser mutation may regulate the neighboring kinase domain of Tor1p (28). The conserved binding pocket associated with a regulatory function suggests that binding of an as yet unidentified ligand may regulate kinase activity. The shape of the binding pocket and the α1-α4 crossing angle are mutually dependent; thus, ligand binding could result in a change in the crossing angle, and the domain could function as a ligand-dependent conformational switch. FKBP12 might adjust the crossing angle (possibly by having its 80s loop repel the α1-α2 helical pair of the FRB domain of





**Fig. 1. (A)** Chemical structure of rapamycin. **(B)** The $2F_o - F_c$ electron density of the FRB domain of the FKBP12-rapamycin-FRB complex (24) ($F_o$, observed structure factor; $F_c$, calculated structure factor). A model of the final structure is embedded in this initial electron density. **(C)** Overall structure of the ternary complex between FKBP12 (blue ribbon), rapamycin (ball and stick), and the FRB domain of FRAP (red ribbon). Secondary structural elements are labeled with the conventional numbering scheme for FKBP12. N and C, NH₂- and COOH-termini, respectively. The drawing in (C) was prepared with RIBBONS (31).







**Fig. 2.** Interactions of rapamycin with FKBP12 and FRB. (**A**) A LIGPLOT (32) rendering of the interactions of rapamycin with FKBP12 and FRB. Hydrogen bonds are shown by dashed lines (with lengths in angstroms), and hydrophobic interactions by surface dashes. (**B**) Close-up of the interactions of rapamycin (ball and stick) with the FRB domain of FRAP (red ribbon). Residue numbering is based on that for FRAP. (**C**) Complementarity plot of rapamycin with FKBP12 and the FRB domain of FRAP (33). High complementarity is indicated by purple. FKBP12 is on the right and the opening of the deep cavity where the pipecolinyl moiety is buried is visible. The FRB domain of FRAP is on the left, and the most deeply buried methyl group is shown disappearing into the FRB cavity.

FRAP) so that the FRB pocket is optimized for rapamycin binding.

Mutation of Ser[2035] to Thr in FRAP renders the protein insensitive to the inhibitory effects of the FKBP12-rapamycin complex; the extra bulk of Thr[2035] may prevent binding of rapamycin in the pocket (7) (Fig. 2). Mutations of Trp[2101] and Phe[2108] also confer rapamycin resistance (29), and these residues also interact strongly with rapamycin (Fig. 2).

Our data provide a structural framework for understanding the rapamycin-based dimerization of FKBP12 and FRAP. Comparison of the FKBP12-FK506-calcineurin structure (20, 21) with the FKBP12-rapamycin-FRB structure reveals different strategies for the two dimerization modes. Whereas FK506-induced dimerization features extensive protein-

protein interactions, rapamycin-induced dimerization does not. Because rapamycin-induced protein dimerization can form the basis for regulating gene transcription and other cellular processes (30), such structure-based modifications of the interaction might have important practical consequences. The structure also provides insights into structural features and possible regulation of the ATM family of proteins.

## REFERENCES AND NOTES

1. C. T. Keith and S. L. Schreiber, *Science* **270**, 50 (1995).
2. V. A. Zaklan, *Cell* **82**, 685 (1995).
3. T. Hunter, *ibid.* **83**, 1 (1995).
4. S. P. Jackson, *Curr. Biol.* **5**, 1210 (1995).
5. E. J. Brown *et al.*, *Nature* **369**, 756 (1994).
6. D. Sabatini, H. Erdjument-Bromage, M. Lui, P. Tempst, S. Snyder, *Cell* **78**, 35 (1994).
7. E. J. Brown *et al.*, *Nature* **377**, 441 (1995).
8. H. Tanaka *et al.*, *J. Am. Chem. Soc.* **109**, 5031 (1987).
9. D. C. N. Swindells, P. S. White, J. A. Findlay, *Can. J. Chem.* **56**, 2491 (1978).
10. S. N. Sehgal, H. Baker, C. Vezina, *J. Antibiot.* **28**, 727 (1975).
11. C. Vezina, A. Kudelski, S. N. Sehgal, *ibid.*, p. 721.
12. M. W. Harding, A. Galat, D. E. Uehling, S. L. Schreiber, *Nature* **341**, 758 (1989).
13. J. J. Siekierka, S. H. Y. Hung, M. Poe, C. S. Lin, N. H. Sigal, *ibid.*, p. 755.
14. S. L. Schreiber, *Science* **251**, 283 (1991).
15. J. Liu *et al.*, *Cell* **66**, 807 (1991).
16. D. M. Spencer, T. J. Wandless, S. L. Schreiber, G. R. Crabtree, *Science* **262**, 1019 (1993); P. J. Belshaw, S. N. Ho, G. R. Crabtree, *Proc. Natl. Acad. Sci. U.S.A.* **93**, 4604 (1996).
17. G. D. Van Duyne, R. F. Standaert, P. A. Karplus, S. L. Schreiber, J. Clardy, *Science* **251**, 839 (1991).
18. G. D. Van Duyne, R. F. Standaert, S. L. Schreiber, J. Clardy, *J. Am. Chem. Soc.* **113**, 7433 (1991).
19. G. D. Van Duyne, R. F. Standaert, P. A. Karplus, S. L. Schreiber, J. Clardy, *J. Mol. Biol.* **229**, 105 (1993).
20. C. R. Kissinger *et al.*, *Nature* **378**, 641 (1995).
21. J. P. Griffith *et al.*, *Cell* **82**, 507 (1995).
22. J. Chen, X. F. Zheng, E. J. Brown, S. L. Schreiber.

A982

*Proc. Natl. Acad. Sci. U.S.A.* **92**, 4947 (1995).

23. The expression and purification of recombinant human FKBP12 (*19*) and the FRB domain of human FRAP (*22*) have been described. Crystals of FKBP12-rapamycin-FRB were grown in 2 to 3 weeks at room temperature from hanging drops prepared from FKBP12 [10 mg/ml, in 10 mM tris-HCl (pH 8.0)], two equivalents of rapamycin (in methanol), and one equivalent of FRB [10 mg/ml, in 50 mM tris-HCl (pH 8.0)]. The well solution contained 20% (w/v) polyethylene glycol 8000, 10% methpentanediol, and 10 mM tris-HCl (pH 8.5). The rod-shaped crystals are orthorhombic, space group $P2_12_12_1$, with cell constants $a = 44.63$, $b = 52.14$, and $c = 102.53$ Å, and contain one ternary complex in the asymmetrical unit.

24. Data to a resolution of 2.7 Å (43,447 measurements of 6920 unique reflections, 98.5% complete, $R_{sym} = 0.071$) were collected from a crystal of dimensions 0.3 mm by 0.2 mm by 0.1 mm with the use of a San Diego multiwire area detector on a Rigaku RU-200 rotating anode x-ray source. Experimental phases were obtained from MR and SIRAS. MR with X-PLOR [A. T. Brünger, J. Kuriyan, M. Karplus, *Science* **235**, 458 (1987)] and the FKBP12-rapamycin model (*19*) yielded a clear solution, but the resulting electron density map was noisy. A mercury derivative was prepared (2 mM HgCl₂, overnight), and the two heavy atom sites were refined with PHASES [W. Furey and S. Swaminathan, *ACA Abstr.* **18**, 73 (1990)]. Anomalous dispersion measurements were included in this data set and 16 cycles of solvent flattening were applied (PHASES). The resulting electron density map clearly showed the four-helix–bundle architecture of FRB. The FKBP12-rapamycin portion of the structure was well defined in the initial electron density map, and minor changes in the backbone of the 30s loop and some side chains were sufficient to fit the model. For the FRB portion, most of a polyalanine chain could be traced for the helical regions of the initial map. After several cycles of positional refinement (X-PLOR), loop regions could also be traced and the side chains assigned. CHAIN [J. S. Sack, *J. Mol. Graphics* **6**, 244 (1988)] was used for model fitting and building the structure. A total of 95 residues in the FRB domain of FRAP (three residues in the NH₂-terminal and two residues in the COOH-terminal regions showed no electron density and were not included), all residues of FKBP12, all atoms of rapamycin, and 23 water molecules were included in the final model. FRB residues are numbered according to FRAP numbering. The current $R$ factor is 0.193 ($R_{free} = 0.299$) for data from 8 to 2.7 Å. The root-mean-square deviations of bond lengths and bond angles are 0.008 Å and 1.48°, respectively. The average temperature factors for all atoms and main chain atoms are 17.0 and 14.7 Å², respectively.

25. N. L. Harris, S. R. Presnell, F. E. Cohen, *J. Mol. Biol.* **236**, 1356 (1994).

26. F. Lederer, A. Glatigny, P. H. Bethge, H. D. Bellamy, F. S. Mathews, *ibid.* **148**, 427 (1981).

27. J. A. Findlay and L. Radics, *Can. J. Chem.* **58**, 579 (1980).

28. X. F. Zheng, D. Fiorentino, J. Chen, G. R. Crabtree, S. L. Schreiber, *Cell* **82**, 121 (1995).

29. M. C. Lorenz and J. Heitman, *J. Biol. Chem.* **270**, 27531 (1995).

30. V. M. Rivera *et al.*, *Nature Med.*, in press.

31. M. Carson, *J. Mol. Graphics* **5**, 103 (1987).

32. A. C. Wallace, R. A. Laskowski, J. M. Thornton, *Prot. Engh.* **8**, 127 (1995).

33. A. Nicholls, K. Sharp, B. Honig, *GRASP Manual* (Columbia Univ. Press, New York, 1992).

34. We thank S. Ealick, J. Liang, and R. Gilliian for discussions. The Cornell work was funded in part by USPHS grant CA59021 (to J.C.) and the Harvard work by an Irvington Institute Fellowship (to J.C.) and USPHS grant GM38625 (to S.L.S.). S.L.S. is a Howard Hughes Medical Institute Investigator. Atomic coordinates have been deposited in the Protein Data Bank under the accession number 1FAP.

15 March 1996; accepted 15 May 1996

# Long-Term Lymphohematopoietic Reconstitution by a Single CD34-Low/Negative Hematopoietic Stem Cell

Masatake Osawa,* Ken-ichi Hanada, Hirofumi Hamada, Hiromitsu Nakauchi†

Hematopoietic stem cells (HSCs) supply all blood cells throughout life by making use of their self-renewal and multilineage differentiation capabilities. A monoclonal antibody raised to the mouse homolog of CD34 (mCD34) was used to purify mouse HSCs to near homogeneity. Unlike in humans, primitive adult mouse bone marrow HSCs were detected in the mCD34 low to negative fraction. Injection of a single mCD34$^{lo/-}$, c-Kit$^+$, Sca-1$^+$, lineage markers negative (Lin$^-$) cell resulted in long-term reconstitution of the lymphohematopoietic system in 21 percent of recipients. Thus, the purified HSC population should enable analysis of the self-renewal and multilineage differentiation of individual HSCs.

CD34 is a marker of human HSCs, and all colony-forming activity of human bone marrow (BM) cells is found in the CD34-positive fraction (*1*). Clinical transplantation studies that used enriched CD34$^+$ BM cells also indicated the presence of HSCs with long-term BM reconstitution ability within this fraction (*2*). After isolation of the human CD34 gene, the mouse homolog (mCD34) was isolated by cross-hybridization (*3*). To examine the expression and function of mCD34, we raised a monoclonal antibody (mAb), 49E8 [rat immunoglobulin G2a (IgG2a)], to mCD34 by immunizing rats with a glutathione-S-transferase (GST)–mCD34 fusion protein. This mAb stained BaF3 cells transfected with a full-length mCD34 cDNA but not mock-transfected cells (*4*). Murine cell lines such as PA6, NIH 3T3, M1, and DA1, shown by reverse transcriptase–polymerase chain reaction (RT-PCR) to contain mCD34 mRNA, were also stained by this mAb, indicating that 49E8, although specific for a GST–mCD34 fusion protein, could also recognize the native form of mCD34 as expressed on various cell types (*4*).

We next examined adult mouse BM for expression of mCD34. Four-color fluorescence-activated cell sorter (FACS) analysis was done after sequential staining of BM cells with a combination of lineage-specific mAbs to CD4, CD8, B220, Gr-1, Mac-1, and TER119, and then a mixture of mAbs to c-Kit (ACK-2), Ly6A/E (Sca-1), and mCD34 (*5*).

Monoclonal antibody 49E8 reacted with 2.5 ± 0.5% (mean ± SD) of total BM cells, with most of the positive cells occurring in the Lin$^-$ fraction (Fig. 1A). More than 90% of the c-Kit$^+$ Sca-1$^+$ Lin$^-$ cells previously shown to contain primitive HSCs (*6*) stained brightly with 49E8, whereas the remainder were low to negative (Fig. 1B). The frequency of mCD34$^+$ c-Kit$^+$ Sca-1$^+$ Lin$^-$ cells and mCD34$^-$ c-Kit$^+$ Sca-1$^+$ Lin$^-$ cells among total nucleated BM cells was 0.073 ± 0.028% (mean ± SD, n = 5) and 0.004 ± 0.003% (mean ± SD, n = 5), respectively.

To determine whether mouse HSCs express mCD34, we sorted subpopulations by FACS and examined their stem cell activity. Within the c-Kit$^+$ Sca-1$^+$ Lin$^-$ population, the frequency of interleukin-3 (IL-3)–dependent colony-forming unit culture (CFU-C) per 200 cells was 20.0 ± 3.9% (mean ± SD, n = 8) (*7*) for mCD34$^+$ cells but only 0.16 ± 0.4% (mean ± SD, n = 8) in the CD34$^-$ fraction. Similarly, mCD34$^+$ cells contained 14.1 ± 3.4% (mean ± SD, n = 15) day 12 CFU spleen (CFU-S) per 200 cells, whereas in the mCD34$^-$ fraction this value was 1.6 ± 1.7% (mean ± SD, n = 15) (*8*). Thus, colony-forming activity was positively correlated with mCD34 expression among c-Kit$^+$ Sca-1$^+$ Lin$^-$ cells. When these cells were cultured in the presence of both IL-3 and stem cell factor (SCF), however, 80% of mCD34$^-$ c-Kit$^+$ Sca-1$^+$ Lin$^-$ cells formed large multilineage colonies (*7*).

For in vivo analyses, mCD34$^-$ c-Kit$^+$ Sca-1$^+$ Lin$^-$ cells were fractionated into mCD34$^{lo/-}$ (Fr. 1), mCD34$^{lo}$ (Fr. 2), and CD34$^+$ (Fr. 3) subpopulations according to their mCD34 expression by FACS (Fig. 2A). Although 100 c-Kit$^+$ Sca-1$^+$ Lin$^-$ cells were sufficient to radioprotect a lethally irradiated mouse, injection of 300 cells from either the Fr. 1 or Fr. 3 subpopulation (Fig. 2A) alone showed poor radioprotective ability (*9*). When cells

M. Osawa and H. Nakauchi, Department of Immunology, Institute of Basic Medical Sciences and Center for Tsukuba Advanced Research Alliance, University of Tsukuba, Tsukuba Science-City, Ibaraki 305, Japan.
K.-i. Hanada and H. Hamada, Department of Molecular Biotherapy, Cancer Chemotherapy Center, Japanese Foundation for Cancer Research, Tokyo 170, Japan.

*Present address: KIRIN Pharmaceutical Research Laboratory, Gunma 371, Japan.
†To whom correspondence should be addressed.

A983

REPORTS







**Fig. 2.** Interactions of rapamycin with FKBP12 and FRB. (**A**) A LIGPLOT (32) rendering of the interactions of rapamycin with FKBP12 and FRB. Hydrogen bonds are shown by dashed lines (with lengths in angstroms), and hydrophobic interactions by surface dashes. (**B**) Close-up of the interactions of rapamycin (ball and stick) with the FRB domain of FRAP (ribbon). Residue numbering is based on that for FRAP, (**C**) Complementarity plot of rapamycin with FKBP12 and the FRB domain of FRAP (33). High complementarity is indicated by purple. FKBP12 is on the right and the opening of the deep cavity where the pipecolinyl moiety is buried is visible. The FRB domain of FRAP is on the left, and the most deeply buried methyl group is shown disappearing into the FRB cavity.

protein interactions, rapamycin-induced dimerization does not. Because rapamycin-

FRAP) so that the FRB pocket is optimized for rapamycin binding.

8. H. Tanaka et al., J. Am. Chem. Soc. 109, 5031 (1987).





y of the FRB domain of the
lculated structure factor). A
erall structure of the ternary
: FRB domain of FRAP (red
bering scheme for FKBP12.
5 (FRAP), Ile mutant
pared with 4 BBONS (31).

ycin—and thus all four
o contain a hydrophobic
architecture and related
assion of the Ser[1972] (cor-

**1984**



ooth
with
e bi-
acts
hy-
base
pipe-
eply
460
face
apa-
in of
atic
the
olv-
2108
2035
also
e no
nter-
vent-
rtici-
por-
in is
amy-
FRB)
com-
rapa-
rapa-
onds
, ro-
37°
juga-
rtion
ed to
ional
ntact
uried
ween
cyclic
arger
, and
s the
and
2—it





**Fig. 1.** (**A**) Chemical structure of rapamycin. (**B**) The $2F_o - F_c$ electron density of the FRB domain of the FKBP12-rapamycin-FRB complex (*24*) ($F_o$, observed structure factor; $F_c$, calculated structure factor). A model of the final structure is embedded in this initial electron density. (**C**) Overall structure of the ternary complex between FKBP12 (blue ribbon), rapamycin (ball and stick), and the FRB domain of FRAP (red ribbon). Secondary structural elements are labeled with the conventional numbering scheme for FKBP12. N and C, NH$_2$- and COOH-termini, respectively. The drawing in (C) was prepared with RIBBONS (*31*).

action region, the NH$_2$ group of Arg[2042] makes short contacts with O$\gamma$1 of Thr[85] and the O atom of Gly[86], and there are two water-

bind FKBP12-rapamycin—and **AQ85** all four proteins are likely to contain a hydrophobic pocket with similar architecture and related

# EXHIBIT 73

MOLECULAR AND CELLULAR BIOLOGY, Dec. 1996, p. 6744–6751
0270-7306/96/$04.00+0
Copyright © 1996, American Society for Microbiology

Vol. 16, No. 12

# Rapamycin Resistance Tied to Defective Regulation of p27$^{Kip1}$

YAN LUO,[1,2] STEVEN O. MARX,[3] HIROAKI KIYOKAWA,[1,2] ANDREW KOFF,[2] JOAN MASSAGUÉ,[2] AND ANDREW R. MARKS[3]*

Cell Biology Program and Howard Hughes Medical Institute[1] and Molecular Biology Program,[2] Memorial Sloan-Kettering Cancer Center, New York, New York 10021, and Laboratory for Molecular Cardiology, Department of Medicine, Cardiovascular Institute, Mount Sinai School of Medicine, New York, New York 10029[3]

Received 30 April 1996/Returned for modification 13 June 1996/Accepted 5 September 1996

The potent antiproliferative activity of the macrolide antibiotic rapamycin is known to involve binding of the drug to its cytosolic receptor, FKBP12, and subsequent interaction with targets of rapamycin, resulting in inhibition of p70 S6 kinase (p70$^{S6K}$). However, the downstream events that lead to inhibition of cell cycle progression remain to be elucidated. The antiproliferative effects of rapamycin are associated with prevention of mitogen-induced downregulation of the cyclin-dependent kinase inhibitor p27$^{Kip1}$, suggesting that the latter may play an important role in the growth pathway targeted by rapamycin. Murine BC3H1 cells, selected for resistance to growth inhibition by rapamycin, exhibited an intact p70$^{S6K}$ pathway but had abnormally low p27 levels that were no longer responsive to mitogens or rapamycin. Fibroblasts and T lymphocytes from mice with a targeted disruption of the p27$^{Kip1}$ gene had impaired growth-inhibitory responses to rapamycin. These results suggest that the ability to regulate p27$^{Kip1}$ levels is important for rapamycin to exert its antiproliferative effects.

Rapamycin inhibits the mitogen-stimulated serine/threonine kinase p70$^{S6K}$ (27, 41) and prevents cyclin-dependent kinase (CDK) activation, retinoblastoma protein (Rb) phosphorylation, and G$_1$ progression (1, 6, 10, 19, 22, 33, 35). Regulation of CDKs, which is crucial for orderly initiation and progression of the cell division cycle, involves CDK inhibitors among other mechanisms (34, 49). CDK inhibitors act stoichiometrically, and oscillations in their levels can have profound effects on cell proliferation (43). The CDK inhibitor p27$^{Kip1}$ (39, 51) is present at high levels in quiescent cells and is downregulated by mitogenic stimulation (23, 37, 40, 43). Downregulation of p27 by mitogens can be blocked by rapamycin (37). The requirement of p27 for the antimitogenic response to rapamycin remains to be established.

Rapamycin acts by binding to the cytosolic protein FKBP12 (46), and this complex in turn binds to and inhibits FRAP (4). Activation of p70$^{S6K}$ requires an additional input that is provided by FRAP (also known as RAFT) (3, 45), a mammalian kinase homologous to the yeast target of rapamycin (TOR) molecules (5, 19, 26). FRAP itself is not a mitogen-activated p70$^{S6K}$ kinase but is required to render p70$^{S6K}$ susceptible to activation by mitogenic signals (4, 7). As a result, rapamycin selectively prevents mitogen-induced p70$^{S6K}$ activation without disrupting other known pathways (8, 25).

p27 levels are increased in response to mitogen deprivation, cell-cell contact, or addition of the antimitogen transforming growth factor β (39, 43, 50) and during myeloid cell differentiation (31) and neurogenesis (29). The high levels of p27 in quiescent macrophages, fibroblasts, or T lymphocytes are decreased in response to the mitogens colony-stimulating factor 1, serum, and interleukin-2 (IL-2), respectively (23, 37). Although p27 can be regulated at the mRNA level (31), its downregulation by mitogens occurs posttranscriptionally and involves ubiquitin-dependent degradation (38).

Inhibition of mitogen-stimulated downregulation of p27 by

rapamycin raises the possibility that the regulation of p27 levels is critical for the antiproliferative activity of rapamycin. To address this question, we have taken several complementary approaches. We established rapamycin-resistant murine BC3H1 cells by culturing in the presence of the drug without any induced mutagenesis. Multiple independent rapamycin-resistant (RR) cell lines had intact p70$^{S6K}$ regulatory responses but exhibited constitutively low p27 levels even after mitogen deprivation. Moreover, p27 no longer increased the p27 levels in these cells. Moreover, p27 null fibroblasts and T lymphocytes derived from p27$^{-/-}$ mice exhibited a significant resistance to growth inhibition by rapamycin. These results argue that the ability to block p27 downregulation contributes to the growth-inhibitory action of rapamycin.

## MATERIALS AND METHODS

**Establishment of RR cells.** BC3H1 cells were grown in Dulbecco's modified essential medium (DMEM) with the addition of 20% fetal bovine serum (FBS), penicillin (100 U/ml), and streptomycin (100 μg/ml). Medium was changed every 48 to 72 h; rapamycin was added directly to the culture medium (at final concentrations ranging from 0.1 to 1 μM). Cells were cultured for multiple passages over a 6-month period in the presence of high concentrations of rapamycin (0.1 to 1 μM) followed by dilutional cloning. Mv1Lu cells were from the American Type Culture Collection (CCL64). The rapamycin-resistant cell line RR-3 has been deposited in the American Type Culture Collection, where it is available on request.

**DNA synthesis and cell proliferation assays.** DNA synthesis in BC3H1 cells was determined by measuring the incorporation of [3H]thymidine into DNA. Microcultures (~5,000 cells) were established in flat-bottom 96-well microtiter plates in the presence of various concentrations of rapamycin. After 48 h, cells were pulsed with [3H]thymidine and harvested 16 to 20 h later. 3H incorporation was measured in a liquid scintillation counter.

**p27 immunoblot assay.** Exponentially growing cells (BC3H1 or Mv1Lu) were cultured in medium containing 0.5 or 20% FBS in the presence of 20 nM rapamycin, 50 μM MG101, or 100 nM wortmannin for 24 h (Mv1Lu cells) or 16 h (BC3H1 cells) as indicated below. The cells were washed with phosphate-buffered saline (PBS) and lysed by scraping into hypotonic buffer (20 mM *N*-2-hydroxyethylpiperazine-*N*′-2-ethanesulfonic acid [HEPES]-KOH [pH 7.5], 5 mM KCl, 0.5 mM MgCl$_2$, 1 mM dithiothreitol [DTT], leupeptin [10 μg/ml], antipain [10 μg/ml], benzamidine hydrochloride [100 μg/ml], aprotinin [50 μg/ml], soybean trypsin inhibitor [10 μg/ml], pepstatin [10 μg/ml]) with sonication. Protein concentration in the lysates were measured using the Bradford reagent (Bio-Rad), with bovine serum albumin as a standard. Cell lysates containing 50 μg of total protein were subjected to sodium dodecyl sulfate (SDS)-polyacrylamide gel electrophoresis (PAGE) (12% gel) and Western blotting (immunoblotting) using a polyclonal anti-p27$^{Kip1}$ antibody (43). The filters were washed

---

* Corresponding author. Mailing address: Box 1269, Mount Sinai School of Medicine, One Gustave L. Levy Place, New York, NY 10029. Phone: (212) 241-0309. Fax: (212) 996-4498. Electronic mail address: a_marks@smtplink.mssm.edu.

Downloaded from mcb.asm.org by on August 16, 2009

A986

and incubated with the secondary antibody conjugated to peroxidase for 20 min, and p27 was detected by chemiluminescence using the Amersham ECL system.

**Rb immunoblot assay.** Exponentially growing cells were plated at approximately 30% confluence. After 24 h, plates were washed twice with PBS and placed in low-serum medium (DMEM plus 0.5% FBS) for 72 h. Plates were then stimulated with 20% FBS and treated with either no drug (control) or 100 nM rapamycin. At the indicated time points, plates were washed with ice-cold PBS and lysates were prepared by scraping cells into lysis buffer (50 mM Tris-HCl [pH 8.0], 120 mM NaCl, 1 mM EDTA, 0.1 mM NaF, 0.2 mM Na$_3$VO$_4$, 10 mM β-glycerophosphate, 1 mM DTT, 0.5 mM phenylmethylsulfonyl fluoride, aprotinin [1 µg/ml], leupeptin [1 µg/ml], soybean trypsin inhibitor [10 µg/ml], 0.5% Nonidet P-40). Protein concentration in the lysates were measured by using the Bradford reagent (Bio-Rad), with bovine serum albumin as a standard. Cell lysates containing 50 µg of total protein were subjected to SDS-PAGE (7% gel). Filters were blocked with PBS containing 0.1% Tween 20 (PBS-T) and 5% dry milk for 1 h, followed by incubation overnight with anti-pRb antibody (1/1,000 dilution) at 4°C. The filters were washed with PBS-T and then incubated with the secondary antibody conjugated to peroxidase for 1 h. Detection was with the ECL system.

**FKBP12, RAFT/FRAP, and p27 reverse transcription-PCR assays.** FKBP12, FRAP, and p27 cDNAs were isolated from parental and rapamycin-resistant BC3H1 cells with reverse transcription of mRNA as previously described (21). Primers were synthesized based on the sequence of the murine FKBP12 5′ and 3′ untranslated regions: sense, 5′-GCCACCGCGCGTCCTTTTCC-3′; and antisense, 5′-GGCAGATCCACGTGCAGAGC-3′. Degenerate oligonucleotide primers were prepared based on the reported protein sequence for FRAP/RAFT (45): sense, 5′-AA(A/G)AA(C/T)ATGTG(C/T)GA(G/A)CA-3′; and antisense, 5′-CACCA(T/C)TC(T/C)TGiGC(T/C)TCCAT-3′. Primers were synthesized based on the sequence of the murine p27 (39); sense, 5′-CTCCATCCGTGGC GTTT-3′; and antisense, 5′-CATTAACCCACCG-3′. PCR was performed for 30 cycles of 94°C for 1 min, 48°C for 1 min, and 72°C for 30 s. Products were ligated into pBluescript and sequenced on both strands.

**p70$^{S6K}$ phosphorylation and activity assays.** Cells were incubated in medium containing 20% FBS in the presence or absence of 20 nM rapamycin for 45 min. Cells were washed with PBS and lysed at 4°C in buffer containing 10 mM K(PO$_4$) (pH 7.4), 1 mM EDTA, 5 mM EGTA, 10 mM MgCl$_2$, 50 mM β-glycerophosphate, 1 mM Na$_3$VO$_4$, 2 mM DTT, 2 mM phenylmethylsulfonyl fluoride, and 0.1% Nonidet P-40. Cell lysates containing 50 µg of total protein were separated by SDS-PAGE (7.5% gel) and analyzed by immunoblotting using anti-p70$^{S6K}$ antibody C2 (9). Loading on Western blots was controlled by measuring the protein concentration, using the Bradford assay. For S6 kinase activity assays, cell lysates containing 1 mg of total protein were immunoprecipitated with anti-p70$^{S6K}$ antibody N2 (9). The kinase activity of the immune complexes was determined by using an S6 peptide as a substrate as instructed by the supplier (Upstate Biotechnology, Inc.). Kinase activity was quantitated as the counts per minute of $^{32}$P incorporated into the S6 peptide.

**Determination of p27 half-life.** Cells cultured under the indicated conditions for 24 h were placed in methionine-free medium for 30 min and then labeled with 200 µCi of [$^{35}$S]methionine per ml for 40 min. Cells were then placed in full medium to chase the metabolic label and harvested at the indicated time points for lysis with hypotonic buffer. The lysates were immunoprecipitated with anti-p27 antibody, and the precipitates were analyzed by SDS-PAGE (12% gel) and with a PhosphorImager. The radioactive signal associated with the p27 band was quantitated by using ImageQuant software (Molecular Dynamics).

**DNA and nuclear fragmentation assays.** Exponentially growing cells were incubated in medium containing 0.5 or 20% FBS for 24 h. For nuclear staining assays, cells that had spontaneously detached from the dishes and attached cells released by trypsinization were collected washed with PBS and pooled. For nuclear staining assays (2), the cell suspension was fixed with 3% paraformaldehyde for 10 min at room temperature, stained with DNA-binding fluorochrome bisbenzimide (16 µg/ml; Hoechst 33085) in 1% paraformaldehyde for 15 min, spread on a coverslip, and examined under the microscope. At least 600 cells were counted to determine the proportion showing fragmented or condensed nuclei. For DNA fragmentation assays (15), cells were lysed in a solution containing 5 mM Tris-Cl (pH 8.0), 5% glycerol, 0.05% bromophenol blue, and 5 mg of RNase A per ml. The sample was loaded onto a discontinuous agarose gel with the part above the sample wells containing 1% agarose, 2% SDS, and 64 µg of proteinase K per ml and the part below the wells being 2% agarose. Gels were run at 60 mV for 14 h at room temperature. DNA was visualized by ethidium bromide staining.

**Generation and analysis of p27 null mouse cells.** Mice homozygous for a targeted disruption of the p27$^{Kip1}$ gene were obtained as described elsewhere (24). Embryonic primary fibroblasts were prepared from mouse embryos 13.5 days postcoitus as previously described (44). The fibroblasts were cultured in DMEM supplemented with 10% FBS. Exponentially growing fibroblasts (passage 4) were used in all experiments. p70$^{S6K}$ assays were done as described above. [$^{125}$I]iododeoxyuridine incorporation into DNA was determined in sparse cultures of wild-type and p27$^{-/-}$ mouse embryo fibroblasts after 24 h of incubation in the presence of the indicated concentrations of rapamycin. Cells were pulsed with [$^{125}$I]iododeoxyuridine and harvested 4 h later. $^{125}$I incorporation was measured in a gamma counter.



A



B

FIG. 1. Growth characteristics of RR BC3H1 cells. (A) Rapamycin inhibited cell growth in parental BC3H1 cells but not in RR cells. Cell cultures (10$^4$ cells each) were plated on day 0 in growth medium alone or containing 1 µM rapamycin. Cells counts were determined at the indicated times. Data are the averages of triplicate samples ± standard deviations. wt, wild type. (B) Rapamycin inhibited DNA synthesis in parental BC3H1 cells but not in two independent RR cell lines. Cells were cultured with various concentrations of rapamycin for 48 h, at which point 1 µCi of [$^3$H]thymidine was added. Cells were harvested 20 h later, and the [$^3$H]thymidine incorporated into DNA was counted. Data are the averages of four determinations ± standard deviations.

Splenic lymphocytes were obtained by gently pressing the spleen against the bottom of a culture dish with a bent syringe needle. Cells were collected and incubated for 5 min at room temperature in 0.15 M NH$_4$Cl–1 mM KHCO$_3$–0.1 mM EDTA (pH 7.2) to lyse erythrocytes. Cells were pelleted, washed, and resuspended in RPMI 1640 medium with 10% FBS, 2 mM L-glutamine, nonessential amino acids, 1 mM sodium pyruvate, and 50 µM 2-mercaptoethanol. Splenic T lymphocytes were activated in RPMI 1640 with 10% FBS, 3 µg of hamster anti-CD3 antibody (Pharmingen) per ml, 10 µg of goat anti-hamster immunoglobulin G antibody (Chappel) per ml, 100 U of IL-2 per ml, and different concentrations of rapamycin. At 48 h after activation, cells were labeled with 10 µCi of [$^3$H]thymidine per ml for 4 h. The labeled cells were harvested, and the incorporated radioactivity was measured by liquid scintillation counting.

## RESULTS

**p70$^{S6K}$ regulation in RR cells.** BC3H1 cells are a murine myogenic cell line (47) that is growth inhibited by nanomolar concentrations of rapamycin (22). Rapamycin, as low as 0.2 nM, blocks cell cycle progression in BC3H1 cells (22). Prolonged incubation of these cells with rapamycin resulted in the selection of two independent clones, RR-1 (selected in the presence of 1 µM rapamycin) and RR-3 (selected at 0.1 µM rapamycin), that are resistant to growth inhibition by rapamycin, as determined by cell counts and thymidine incorporation assays (Fig. 1). Proliferation of RR-1 and RR-3 cells was unaffected by as much as 1 µM rapamycin (Fig. 1B).

The effects of rapamycin on p70$^{S6K}$ activity were examined in exponentially growing cells that were either serum starved, cultured in 20% FBS, or cultured in 20% FBS plus rapamycin (20 nM). Immunoblot analyses of total cell lysates indicated that rapamycin induced a switch in p70$^{S6K}$ from the hyperphos-

Downloaded from mcb.asm.org by on August 6, 2009

6746   LUO ET AL.

MOL. CELL. BIOL.

A. p70 S6K Phosphorylation



B. p70 S6K Activity



FIG. 2. Regulation of p70[S6K] is intact in cells resistant to growth inhibition by rapamycin. (A) Parental BC3H1 cells (wild type [WT]) or two RR BC3H1 cell lines (RR-1 and RR-3) were cultured with 20% FBS and received 20 nM rapamycin for 45 min or no additions. Cell lysates (50 μg of total protein) were analyzed by Western immunoblotting using an anti-p70[S6K]. The phosphorylated (active) forms of p70[S6K] are the slow-migrating forms (9). (B) Parental BC3H1 cells and RR-1 cells were placed in medium containing 0.5% FBS, 20% FBS alone, or 20% FBS with 20 nM rapamycin. Cell lysates (1 mg of total protein) were immunoprecipitated with anti-p70[S6K] antibody, and the kinase activity of the immune complexes was assayed with S6 peptide as the substrate. Data are expressed as relative activity compared to the S6 kinase activity in untreated wild-type cells. Data are the averages of two determinations, and bars show the range of values.

phorylated, active state (slower-migrating bands) to the hypophosphorylated state (faster-migrating bands) in both parental and RR BC3H1 cells (Fig. 2A). Similarly, in parental and RR cells, both serum starvation and rapamycin inhibited p70[S6K] activity to levels as low as 5% of those seen with serum stimulation (Fig. 2B). Compared to wild-type cells, the levels of p70[S6K] were 3-fold higher in RR-1 cells and 1.5-fold higher in RR-3 cells, based on immunoblot analyses (Fig. 2A). Although there was more p70[S6K] protein in the RR cells, the levels of the active form (the most phosphorylated or slower-migrating band) were similar. To ensure that the activity assays were accurate despite the increased level of p70[S6K] protein in the RR cells, we performed p70[S6K] activity assays with various amounts of cell lysate and determined that under the conditions used, the assay was in the linear range, indicating that the increased amount of p70[S6K] protein in the RR cells was not saturating (data not shown). These results indicate that the p70[S6K] inhibitory pathway is intact in the RR cells. This pathway is thought to involve rapamycin binding to FKBP12 and binding of this complex to FRAP (4). Indeed, cloning and sequencing of the endogenous FKBP12 and part of FRAP (corresponding to the region that confers rapamycin resistance when mutated in the yeast homolog [26]) showed that they were both wild type in the RR-1 cells, and the levels of FKBP12 protein as determined by immunoblot were also normal in these cells (data not shown).

**Deregulated p27 levels in RR cells.** p27 protein levels were determined in exponentially growing cells subjected to serum withdrawal, serum stimulation, serum plus rapamycin, or serum plus MG101 (an inhibitor of the ubiquitin-dependent degradation pathway involved in mitogen-induced p27 degradation [38]). Equal amounts of cell lysates were immunoblotted with an anti-p27 antibody. The p27 levels after serum starvation were >5-fold lower in the RR-1 and RR-3 cells than in the parental cells and were comparable to the p27 levels in serum-stimulated parental cells (Fig. 3A). Furthermore, p27 levels in the RR cells were no longer regulated: they were neither decreased in response to serum nor increased in response to rapamycin (Fig. 3A).

The low levels of p27 in the RR-1 cells were not due to constitutive activation of a ubiquitin-dependent degradation process, since MG101, which prevented the downregulation of p27 by serum in parental BC3H1 cells, failed to stimulate the accumulation of p27 in RR cells (Fig. 3A). The lack of ubiq-

A



B



FIG. 3. p27 Levels are constitutively low in rapamycin-resistant cells. (A) Levels of p27 protein. Proliferating cell monolayers were placed in medium containing 0.5% FBS and received 20% FBS, 20 nM rapamycin, and/or 50 μM MG101 as indicated. After 24 h, cell lysates were prepared and aliquots (50 μg of total protein) were analyzed by Western immunoblotting using anti-p27[Kip1] antibody C2. (B) Half-life of p27 in BC3H1 cells. Cell monolayers were incubated with 20 or 0.5% FBS for 24 h. Cells were then metabolically labeled with [35S]methionine for 40 min, and the label was chased for the indicated times in complete medium. Cell lysates were immunoprecipitated with anti-p27 antibody N2, and the immune complexes were analyzed by SDS-PAGE and exposure in a PhosphorImager. The signal associated with the p27 bands was quantitated and is plotted as a percent of the signal at the start of the chase in each condition. The experiment was repeated twice with similar results in each case. WT, wild type.

Downloaded from mcb.asm.org by on August 6, 2009



FIG. 4. Rb phosphorylation in RR cells is not affected by rapamycin and persists in mitogen-poor medium. Exponentially growing cells were placed in low-serum medium (DMEM plus 0.5% FBS) for 72 h. Cells were then stimulated with 20% FBS and treated with either no drug or 100 nM rapamycin (rapa). pRb was examined at the indicated time points (in hours) by Western immunoblotting using an anti-pRb antibody. The slow-migrating forms of pRb correspond to hyperphosphorylated forms (12).

uitin-mediated degradation of p27 in RR cells was not due to a generalized defect in the ubiquitin pathway, since MG101 did inhibit the degradation of cyclin B1 in both BC3H1 and RR-1 cells (data not shown). The loss of p27 in serum-deprived RR-1 cells incubated with MG101 (Fig. 3A) was a reproducible finding that we presume is due to a nonspecific toxic effect of MG101 on these cells when serum starved. A specific effect of MG101 would be to increase p27 levels rather than decrease them.

The p27 mRNA levels in parental and RR cells were similar, as determined by Northern (RNA) analysis (data not shown). However, the half-life of p27 in the RR cells was markedly decreased, as determined by immunoprecipitation and quantitation of labeled p27 from pulse-chase metabolically labeled cells (Fig. 3B). The half-life of p27 in RR1 cells was less than 2 h either in the presence or in the absence of serum, which was similar to the half-life of p27 in serum-stimulated parental cells and significantly less than the half-life (~5 h) in serum-starved parental cells. Therefore, the low levels of p27 in the RR cells are due to a high rate of ubiquitin-independent degradation. Sequencing of the p27 mRNA from RR-1 cells showed that it was wild type (data not shown).

**Rb phosphorylation and apoptosis in serum-starved RR cells.** In various cell types, the decrease in p27 levels upon addition of mitogens helps activate CDKs, leading to Rb hyperphosphorylation and cell cycle progression (23, 37). Since the p27 levels in our RR cells were low already in the absence of serum, it was of interest to determine whether this anomaly would result in serum-independent Rb phosphorylation. Indeed, immunoblot analysis showed the presence of hyperphosphorylated (slow-migrating) Rb in serum-starved RR-1 cells, whereas this form was absent in serum-starved parental BC3H1 cells (Fig. 4). Furthermore, the progressive accumulation of hyperphosphorylated Rb upon mitogenic stimulation of serum-starved cells was blocked by rapamycin in parental BC3H1 but not in RR-1 cells (Fig. 4), which is consistent with the fact that the latter cells were able to proliferate.

In the course of this work, we noticed that the RR cells remained in a proliferative state when placed in mitogen-poor medium, as determined by [³H]thymidine or [¹²⁵I]iododeoxyuridine incorporation into DNA, but failed to accumulate because of continued detachment from the culture dish and death. In several instances, it has been shown that blocking or bypassing Rb function causes apoptosis when cells are placed in mitogen-poor medium (11, 42, 48, 52). These and other studies have suggested that conflicts between activation of the Rb pathway in the absence of concurrent activation of other mitogenic pathways can induce apoptosis. Thus, the presence

of inactivated (hyperphosphorylated) Rb in mitogen-deprived RR-1 cells raised the possibility that cells in this population could be driven to apoptosis, rather than growth arrest, by serum deprivation. Confirming this possibility, we found that following 24 h of serum deprivation, the RR cells were detaching from the dishes and showed apoptotic features including a typical DNA fragmentation ladder on agarose gels (Fig. 5A), as well as chromatin condensation and nuclear fragmentation in 35 to 43% of the entire (attached plus floating) cell population (Fig. 5B). The attached cell population, which was the population used for the p27 and p70$^{S6K}$ assays described above, showed little evidence of apoptosis (<3% nuclear fragmentation) when analyzed separately from the floating population of cells.

**Impaired rapamycin response in p27$^{-/-}$ fibroblasts and T lymphocytes.** The finding that selection for cell resistance to growth inhibition by rapamycin yields clones with constitutively low and deregulated p27 levels is consistent with the possibility that p27 plays a critical role in the growth-inhibitory action of rapamycin. To directly test this hypothesis, we used p27 null cells derived from mice that have a targeted disruption of the p27 gene (24). Primary embryo fibroblasts from p27$^{-/-}$ animals showed a normal p70$^{S6K}$ inhibition response to rapamycin. p70$^{S6K}$ phosphorylation was inhibited half-maximally at 0.1 nM rapamycin and fully at 1 nM rapamycin (Fig. 6A), which is very similar to the response in wild-type fibroblasts T lymphocytes and other cell types (data not shown) (27, 41). However, exponentially growing p27$^{-/-}$ fibroblasts had an impaired antiproliferative response to rapamycin (0.1 to 1 nM), as determined by the rate of [¹²⁵I]iododeoxyuridine incorporation into DNA. The extent of inhibition of DNA synthesis in p27$^{-/-}$ fibroblasts was only half that observed in p27$^{+/+}$ fibroblasts (Fig. 6B). Cell density did not affect the rapamycin response, since similar effects were observed with sparsely seeded and densely seeded cells (data not shown).

The impairment of antimitogenic responsiveness to rapamycin in p27 null cells was confirmed using splenic T lymphocytes (Fig. 6C). This cell type was of particular interest because one of the most apparent phenotypic traits observed in p27$^{-/-}$ animals was an enlarged thymus and spleen owing to an increase in the number of T cells and the proportion of cycling cells (16, 24, 36). The inhibitory effect of rapamycin was less extensive in p27$^{-/-}$ T cells than in p27$^{+/+}$ T cells. The sensitivity to growth inhibition by rapamycin was 15- to 30-fold lower in p27$^{-/-}$ cells (50% inhibitory dose = 0.6 to 1 nM rapamycin) than in p27$^{+/+}$ cells (50% inhibitory dose = 0.03 nM rapamycin) (Fig. 6C). These results suggest that rapamycin exerts antimitogenic effects through several mechanisms; one requires p27 and is activated by rapamycin concentrations in the 0.03 to 1 nM range, whereas the other(s) is p27 independent.

## DISCUSSION

Rapamycin has been used as a molecular probe to dissect the mitogen-stimulated signaling pathways that control cell proliferation. The rapamycin-FKBP12 complex binds to FRAP/RAFT and inhibits p70$^{S6K}$ activation. A hallmark of rapamycin-induced interference with mitogenic signals is the inhibition of CDKs and Rb phosphorylation. Moreover, the antiproliferative response to rapamycin is associated with an increase in the levels of the CDK inhibitor p27$^{Kip1}$. Therefore, it has been proposed that regulation of p70$^{S6K}$, possibly involving p70$^{S6K}$, is critical to the antiproliferative activity of rapamycin, although there is no evidence for a direct link between these molecules. In this present study, we provide evidence that

Downloaded from mcb.asm.org by on August 6, 2009





FIG. 5. Serum withdrawal induces apoptosis in the RR cells. Cells were cultured for 24 h in medium containing the indicated amounts of FBS. Cells that were attached to the culture dishes and cells that became spontaneously detached were pooled, and DNA fragmentation (A) and nuclear morphology (B) were examined as described in Materials and Methods. WT, wild type.

Downloaded from mcb.asm.org by on August 6, 2009

establishes the importance of p27 regulation in the antiproliferative activity of rapamycin.

Previous work showed that inhibition of Cdk2 by rapamycin is associated with increasing p27 levels in mitogenically stimulated T lymphocytes and human diploid fibroblasts (37). In the present study, independent BC3H1 cell lines that are resistant to inhibition of cell cycle regulators by rapamycin all exhibit the same abnormality: defective regulation of p27 levels. The constitutively low levels of p27 observed in the RR BC3H1 cells are explained by increased p27 degradation, as evidenced by a decrease in the half-life of the protein. Earlier studies demonstrated that changes in p27 levels quantitatively comparable to those observed between parental and RR BC3H1 cells can determine whether a cell will proliferate or arrest. For example, it has been shown that in an inducible p27 expression system, as little as a threefold increase in p27 levels can result in cell cycle arrest (43).

Rapamycin inhibits p70[S6K] activation (9, 27, 41), which is essential for G$_1$ progression in various cell types (28). However, in the RR cells, transition through G$_1$ to S does not depend on p70[S6K] activation, as these cells proliferate in the presence of rapamycin, even though p70[S6K] is inactivated. In the RR cells, constitutively low levels of p27 protein uncouple p70[S6K] from the antimitogenic effects of rapamycin. There are several possible explanations for this uncoupling. The best-known substrate of p70[S6K] is the 40S ribosomal protein S6 (8, 25), and S6 phosphorylation is thought to increase the translation rate of certain mRNAs required for G$_1$-phase progres-

sion. Moreover, in addition to ubiquitin-dependent degradation of p27, translational control also plays a role in regulating p27 levels during the cell cycle (20). It is conceivable, therefore, that under normal circumstances, p70[S6K] activates translation of an mRNA encoding a protein involved in p27 degradation, but that the abnormally short half-life of the p27 protein in the RR BC3H1 cells prevents significant changes in the levels of p27 protein. It is also possible that a protease is mutated in the RR cells such that it is constitutively activated resulting in low levels of p27 throughout the cell cycle.

In contrast to the mechanism of p27 downregulation by mitogens in parental BC3H1 cells, the short half-life of p27 in RR cells is not due to constitutive activation of a ubiquitin-dependent mechanism. This point is based on the observation that an inhibitor of ubiquitin-dependent degradation, MG101, prevents the serum-induced loss of p27 in parental cells but not the constitutive degradation of p27 in RR cells. The mechanism that leads to the short half-life of p27 in the RR BC3H1 cells remains to be determined. Characterization of RR mutants of YAC-1 murine T cells indicated that in these cells, the mutation was dominant (13, 14). This would be consistent with the constitutive activation of a protease that degraded p27.

A critical finding in the present study is that selection for cell resistance to the antimitogenic action of rapamycin yields clones with constitutively low levels of p27. The p27 levels in these cells are no longer affected by serum or rapamycin. Rapamycin resistance was established in BC3H1, a cell line that is normally growth inhibited by low concentrations of

## A. p70 S6K Response in Fibroblasts



## B. Antiproliferative Response in Fibroblasts



## C. Antiproliferative Response in T-lymphocytes



FIG. 6. Impaired growth-inhibitory response to rapamycin in p27 null cells. (A) The phosphorylation state of p70$^{S6K}$ was assessed by Western immunoblotting in extracts from $p27^{-/-}$ mouse primary embryo fibroblasts treated with the indicated concentrations of rapamycin for 45 min. (B) [$^{125}$I]iododeoxyuridine incorporation into DNA was determined in sparse cultures of wild-type and $p27^{-/-}$ mouse embryo fibroblasts after 24 h of incubation in the presence of the indicated concentrations of rapamycin. (C) Wild-type and $p27^{-/-}$ primary T lymphocytes were activated with anti-CD3 antibody and incubated with IL-2 and various concentrations of rapamycin for 48 h. [$^{3}$H]thymidine incorporation into DNA was then determined. In panels B and C, data are presented as the percent incorporation relative to controls that did not receive rapamycin and as the averages of triplicate determinations ± standard deviations. The experiments were repeated four times with similar results.

rapamycin in a manner very similar to that described for other rapamycin-sensitive cell types (22). The method chosen for establishing RR BC3H1 cells, selecting for cells that could grow in high concentrations of rapamycin, did not involve any mutagenesis protocols. The findings in the present study are based on parallel experiments using two entirely independent RR cultures. Importantly, p70$^{S6K}$ regulation by serum or rapa-

mycin is intact in these cells. The fact that independent RR populations, selected without forced mutagenesis, both exhibited abnormal regulation of p27 supports the notion that p27 downregulation is a critical step in mitogenic stimulation of G$_1$ progression. To assess whether other cyclin inhibitors besides p27 were regulated abnormally in RR cells, we examined the levels of p15 and p21 in BC3H1, RR-1, and RR-3 cells. However, none of these CDK inhibitors are present at detectable levels in BC3H1 cells or in the RR cells. These data suggest that p27 is the major CDK inhibitor in BC3H1 cells, and since the levels of p15 and p21 were so low in BC3H1 and RR cells, we cannot comment on whether these other CDK inhibitors were also downregulated in RR cells.

The ability of rapamycin to inhibit p70$^{S6K}$ activation indicates that the rapamycin-FKBP12-FRAP pathway is intact in these resistant cells. Indeed, the levels of FKBP12 protein are normal in these cells, and we found no mutations in either FKBP12 or the region of FRAP that in the yeast homolog TOR2 contains a mutation that confers rapamycin resistance (26). Recently, additional mutations in TOR1 and TOR2 that confer rapamycin resistance by preventing rapamycin-FKBP12 binding to TOR1 and TOR2 have been described (32). Similar mutations in FRAP also block rapamycin-FKBP12 binding. However, the presence of these mutations in the RR BC3H1 cells is highly unlikely since the sensitivity of p70$^{S6K}$ activation to rapamycin is normal in these cells (4).

Two additional observations illustrate the functional significance of low p27 levels in these RR cells. First, when deprived of serum, the RR cells still contain hyperphosphorylated Rb and progress into S phase, both events are indicative of the presence of G$_1$ CDK activity. Second, the cells have a high propensity to undergo apoptosis under these conditions. Apoptosis in serum-free media has been found in systems in which the Rb pathway is activated without the concurrent activation of other mitogenic pathways. For example, blocking Rb action by overexpression of adenovirus E1A protein (11) or circumventing it by E2F overexpression (42, 48, 52) induces apoptosis when cells are placed in serum-free medium. This process appears to involve a p53-dependent checkpoint that triggers apoptosis in response to an imbalance of mitogenic signals (11, 42, 52). The high rate of apoptosis in our serum-deprived RR cells is therefore consistent with the presence of mitogen-independent Rb kinase activation.

The demonstration that cells from mice with a targeted disruption of the *p27* gene are partially resistant to the antiproliferative effects of rapamycin provides further support for the hypothesis that rapamycin exerts its antimitogenic action in part by preventing mitogen-induced downregulation of p27. Although rapamycin blocks p70$^{S6K}$ activation in both primary cultures and BC3H1 cells, constitutively low levels or absence of p27 interferes with the antimitogenic effects of the drug. Moreover, the antimitogenic effect of rapamycin varies with the cell type, suggesting different degrees of dependence on rapamycin-sensitive mitogenic mechanisms. Serum-stimulated BC3H1 cells and IL-2-stimulated splenic T lymphocytes are profoundly growth inhibited by rapamycin, whereas primary mouse embryo fibroblasts are inhibited less extensively. More importantly, the results indicate that antimitogenic responses to rapamycin in both cell types are at least partially dependent on p27, since these responses are impaired in the $p27^{-/-}$ counterparts. p27 deficiency is associated with a decrease in both the amplitude and the sensitivity of the antiproliferative response to rapamycin. The decrease in sensitivity is most apparent in the $p27^{-/-}$ T lymphocytes, which require a 15- to 30-fold-higher concentration of rapamycin than do wild-type cells for a comparable level of growth inhibition. The maximal

Downloaded from mcb.asm.org by on August 6, 2009

Downloaded from mcb.asm.org by on August 6, 2009

difference in the rapamycin response of wild-type and *p27* null cells is achieved at the low rapamycin concentration range that also achieves maximal inhibition of p70[S6K].

One interpretation of the results is that rapamycin may inhibit T-lymphocyte proliferation through at least two separate mechanisms, one that correlates with p70[S6K] inhibition and requires p27 and another that is p27 independent and occurs at higher rapamycin concentrations. Indeed, the partial sensitivity of the *p27* null cells to rapamycin indicates that there is more than one pathway that determines rapamycin sensitivity. BC3H1 cells which are completely growth inhibited at the lowest concentrations of rapamycin (e.g., 10 pM) may have only the p27-dependent pathway, since rapamycin sensitivity is completely abrogated in the RR cells. However, it is also possible that p27-dependent and -independent mechanisms mediating rapamycin sensitivity are present in BC3H1 cells and are both lost in the RR cell lines.

Our observation of significant differences in rapamycin sensitivity between wild-type and *p27* null fibroblasts and T cells is in contrast to the results of Nakayama et al. (36), who did not detect a difference in the effects of rapamycin on cell growth between wild-type and *p27* null thymocytes. The discrepancy between our results and those of Nakayama et al. could be due to differences in cell culture and assay conditions. Nakayama et al. activated T cells by anti-CD3 plus anti-CD28 monoclonal antibodies and examined the effect of rapamycin on T-cell proliferation after 6 days in culture (36), whereas we activated T cells by anti-CD3 antibody plus its secondary antibody and our assays were done with T cells that had been in culture for only 2 days.

Kiyokawa et al. (24) have shown that there is no difference in apoptosis induced by either ionizing radiation or dexamethasone between wild-type and *p27* null thymocytes. This finding is in agreement with our observation that RR cells can undergo apoptosis despite having low levels of p27.

The properties of the *p27*[−/−] cells described here support the conclusion that loss of p27 CDK-inhibitory function enhances the proliferative ability of the cell. Disruption of *p27* in mice enhances postnatal growth owing to an increase in cell number in most organs (17, 24, 36). This phenotype is particularly apparent in the thymus and spleen, two tissues with relatively high p27 levels in normal mice. The increase in cell number is accompanied by an increase in the proportion of cycling cells, suggesting a propensity of *p27* null cells to avoid quiescence or terminal differentiation. Our observation that cells from these animals have an impaired antimitogenic response to rapamycin supports the view that increased growth may result from an intrinsic hyperproliferative potential of the *p27* null cells rather than the effect of a circulating somatotropic factor (24).

In conclusion, loss of p27 activity, whether as a result of cell selection in the presence of rapamycin or from targeted disruption of its gene, is associated with resistance to rapamycin. The level of resistance ranges from limited (e.g., in *p27* null cells) to complete (e.g., in BC3H1 RR cells). Thus, rapamycin inhibits cell proliferation in part by opposing the mitogen-induced downregulation of p27. It also implies that p27 downregulation by serum or IL-2 is an important event in the mitogenic response to these agents. Thus, rapamycin represents a class of growth inhibitors that oppose the action of mitogens by blocking their signaling pathways, in the present case a pathway leading to downregulation of a CDK inhibitor. This mode of action distinguishes rapamycin from another class of antimitogens, represented by transforming growth factor β, which oppose the action of mitogens by regulating the expression of

CDKs and their inhibitors (16, 18, 43) rather than by inhibiting mitogenic signaling pathways (30).

## ACKNOWLEDGMENTS

The first two authors contributed equally to this work.

We are grateful to J. Blenis for anti-p70[S6K] antibody, to J. Avruch for p70[S6K] cDNA, to R. Kolesnick for advice with the apoptosis assays, and to M. Ono for help with lymphocyte preparation.

This work was supported by grants from the National Institutes of Health to J.M. and A.R.M. and a MERCK/ACC fellowship to S.O.M. J.M. is a Howard Hughes Medical Institute Investigator. A.R.M. is a Bristol-Meyers Squibb Established Investigator of the American Heart Association.

## REFERENCES

1. Albers, M., R. Williams, E. Brown, A. Tanaka, F. Hall, and S. Schreiber. 1993. FKBP-rapamycin inhibits a cyclin-dependent kinase activity and a cyclin D1-Cdk association in early G1 of an osteosarcoma cell. J. Biol. Chem. 268:22825–22829.
2. Bose, R., M. Verheij, A. Haimovitz-Friedman, K. Scotto, Z. Fuks, and R. Kolesnick. 1995. Ceramide synthase mediates daunorubicin-induced apoptosis: an alternative mechanism for generating death signals. Cell 82:405–414.
3. Brown, E., M. Albers, T. Shin, K. Ichikawa, C. Keith, W. Lane, and S. Schreiber. 1994. A mammalian protein targeted by G1-arresting rapamycin-receptor complex. Nature (London) 369:756–758.
4. Brown, E. J., P. A. Beal, C. T. Keith, J. Chen, T. B. Shin, and S. L. Schreiber. 1995. Control of p70 S6 kinase by kinase activity of FRAP in vivo. Nature (London) 377:441–446.
5. Cafferkey, R., P. R. Young, M. M. McLaughlin, D. J. Bergsma, Y. Koltin, G. M. Sathe, L. Faucette, W.-K. Eng, R. K. Johnson, and G. P. Livi. 1993. Dominant missense mutations in a novel yeast protein related to mammalian phosphatidylinositol 3-kinase and VPS34 abrogate rapamycin cytotoxicity. Mol. Cell. Biol. 13:6012–6023.
6. Calvo, V., M. Wood, C. Gjertson, T. Vik, and B. E. Bierer. 1994. Activation of 70-kDa S6 kinase, induced by the cytokines interleukin-3 and erythropoietin and inhibited by rapamycin, is not an absolute requirement for cell proliferation. Eur. J. Immunol. 24:2664–2671.
7. Cheatham, L., M. Monfar, M. M. Chou, and J. Blenis. 1995. Structural and functional analysis of pp70S6k. Proc. Natl. Acad. Sci. USA 92:11696–11700.
8. Chou, M. M., and J. Blenis. 1995. The 70kDa S6 kinase: regulation of a kinase with multiple roles in mitogenic signalling. Curr. Opin. Cell Biol. 7:806–814.
9. Chung, J., T. C. Grammer, K. P. Lemon, A. Kazlauskas, and J. Blenis. 1994. PDGF- and insulin-dependent pp70S6k activation mediated by phosphatidylinositol-3OH kinase. Nature (London) 370:71–75.
10. Chung, J., C. J. Kuo, G. R. Crabtree, and J. Blenis. 1992. Rapamycin-FKBP specifically blocks growth-dependent activation of and signaling the 70 kd S6 protein kinases. Cell 69:1227–1236.
11. Debbas, M., and E. White. 1993. Wild-type p53 mediates apoptosis by E1QA, which is inhibited by E1B. Genes Dev. 7:546–554.
12. DeCaprio, J. A., Y. Furukawa, F. Ajchenbaum, J. D. Griffin, and D. M. Livingston. 1992. The retinoblastoma-susceptibility gene product becomes phosphorylated in multiple stages during the cell cycle entry and progression. Proc. Natl. Acad. Sci. USA 89:1795–1798.
13. Dumont, F. J., A. Altmeyer, C. Kastner, P. A. Fischer, K. P. Lemin, J. Chung, J. Blenis, and M. J. Staruch. 1994. Relationship between multiple biologic effects of rapamycin and the inhibition of pp70S6 protein kinase activity. J. Immunol. 152:992–1003.
14. Dumont, F. J., M. J. Staruch, T. Grammer, J. Blenis, C. A. Kastner, and K. M. Rupprecht. 1995. Dominant mutations confer resistance to the immunosuppressant, rapamycin, in variants of a T cell lymphoma. Cell. Immunol. 163:70–79.
15. Eastman, A. 1995. Assays for DNA fragmentation, endonucleases, intracellular pH and Ca[+2] associated with apoptosis. Methods Cell Biol. 46:43–46.
16. Ewen, M., H. Sluss, L. Whitehouse, and D. Livingston. 1993. TGFβ inhibition of cdk4 synthesis is linked to cell cycle arrest. Cell 74:1009–1020.
17. Fero, M. L., M. Rivkin, M. Tasch, P. Porter, C. E. Carow, E. Firpo, K. Polyak, L.-H. Tsai, V. Broudy, R. M. Perlmutter, K. Kaushansky, and J. M. Roberts. 1996. A syndrome of multiorgan hyperplasia with features of gigantism, tumorigenesis, and female sterility in p27[Kip1]-deficient mice. Cell 85:733–744.
18. Hannon, G. J., and D. Beach. 1994. p15INK4B is a potential effector of TGF-β-induced cell cycle arrest. Nature (London) 371:257–261.
19. Heitman, J., N. R. Movva, and M. N. Hall. 1991. Targets for cell cycle arrest by the immunosuppressant rapamycin in yeast. Science 253:905–909.
20. Hengst, L., and S. I. Reed. 1996. Translational control of p27kip1 accumulation during the cell cycle. Science 271:1861–1864.
21. Jayaraman, T., A.-M. B. Brillantes, A. P. Timerman, H. Erdjument-Bromage, S. Fleischer, P. Tempst, and A. R. Marks. 1992. FK506 Binding

protein associated with the calcium release channel (ryanodine receptor). J. Biol. Chem. 267:9474–9477.

22. Jayaraman, T., and A. R. Marks. 1993. Rapamycin-FKBP blocks proliferation induces differentiation and inhibits cdc2 kinase activity in a myogenic cell line. J. Biol. Chem. 268:25385–25388.

23. Kato, J., M. Matsuoka, K. Polyak, J. Massagué, and C. J. Sherr. 1994. Cyclic AMP-induced G1 phase arrest mediated by an inhibitor (p27Kip1) of cyclin-dependent kinase-4 activation. Cell 79:487–496.

24. Kiyokawa, H., R. D. Kineman, K. O. Manova-Todorova, V. C. Soares, E. S. Hoffman, M. Ono, D. Khanam, A. C. Hayday, L. A. Frohman, and A. Koff. 1996. Enhanced growth of mice lacking the cyclin-dependent kinase inhibitor function of p27$^{Kip1}$. Cell 85:721–732.

25. Kozma, S. C., and G. Thomas. 1994. p70S6K/p8S6K: mechanism of activation and role in mitogenesis. Cancer Biol. 5:255–266.

26. Kunz, J., R. Henriquez, U. Schneider, M. Deuter-Reinhard, N. R. Movva, and M. N. Hall. 1993. Target of rapamycin in yeast, TOR2, is an essential phospatidylinositol kinase homolog required for G1 progression. Cell 73:585–596.

27. Kuo, C. J., J. Chung, D. F. Fiorentino, W. M. Flanagan, J. Blenis, and G. R. Crabtree. 1992. Rapamycin selectively inhibits interleukin-2 activation of p70 S6 kinase. Nature (London) 358:70–73.

28. Lane, H. A., A. Fernandez, J. C. Lamb, and G. Thomas. 1993. p70s6K function is essential for G1 progression. Nature (London) 363:170–172.

29. Lee, M.-H., M. Nikolic, C. A. Baptista, E. Lai, L.-H. Tsai, and J. Massagué. 1996. The brain-specific activator p35 allows Cdk5 to escape inhibition by p27$^{Kip1}$ in neurons. Proc. Natl. Acad. Sci. USA 93:3259–3263.

30. Like, B., and J. Massagué. 1986. The antiproliferative effect of type β transforming growth factor occurs at a level distal from receptors for growth-activating factors. J. Biol. Chem. 261:13426–13429.

31. Liu, M., M.-H. Lee, M. Cohen, M. Bommakanti, and L. P. Freedman. 1996. Transcriptional activation of the Cd inhibitor p21 by vitamin D3 leads to the induced differentiation of the myelomonocytic cell line U937. Genes Dev. 10:142–153.

32. Lorenz, M. C., and J. Heitman. 1995. TOR mutations confer rapamycin resistance by preventing interaction with FKBP12-rapamycin. J. Biol. Chem. 270:27531–27537.

33. Marx, S. O., T. Jayaraman, L. O. Go, and A. R. Marks. 1995. Rapamycin-FKBP inhibits cell cycle regulators of proliferation in vascular smooth muscle cells. Circ. Res. 76:412–417.

34. Morgan, D. O. 1995. Principles of CDK regulation. Nature (London) 374:131–134.

35. Morice, W. G., G. J. Brunn, G. Wiederrecht, J. J. Siekierka, and R. T. Abraham. 1993. Rapamycin-induced inhibition of p34cdc2 kinase activation is associated with G1/S-phase growth arrest in T lymphocytes. J. Biol. Chem. 268:3734–3738.

36. Nakayama, K., N. Ishida, M. Shirane, A. Inomata, T. Inoue, N. Shishido, I. Horii, D. K. Loh, and K. Nakayama. 1996. Mice lacking p27$^{Kip1}$ display increased body size, multiple organ hyperplasia retinal dysplasia, and pituitary tumors. Cell 85:707–720.

37. Nourse, J., E. Firpo, W. M. Flanagan, S. Coats, K. Polyak, M. Lee, J. Massagné, G. Crabtree, and J. M. Roberts. 1994. Interleukin-2-mediated elimination of the p27Kip1 cyclin-dependent kinase inhibitor prevented by rapamycin. Nature (London) 372:570–573.

38. Pagano, M., S. W. Tam, A. M. Theodoras, P. Beer-Romero, G. Del Sal, V. Chau, P. R. Yew, G. F. Draetta, and M. Rolfe. 1995. Role of the ubiquitin-proteosome pathway in regulating abundance of the cyclin-dependent kinase inhibitor p27. Science 269:682–685.

39. Polyak, K., M. H. Lee, H. Erdjument-Bromage, A. Koff, J. M. Roberts, P. Tempst, and J. Massagué. 1994. Cloning of p27Kip1, a cyclin-dependent kinase inhibitor and a potential mediator of extracellular antimitogenic signals. Cell 78:59–66.

40. Poon, R. Y. C., H. Toyoshima, and T. Hunter. 1995. Redistribution of the CDK inhibitor p27 between different cyclin-CDK complexes in the mouse fibroblast cell cycle and in cells arrested with lovastatin or ultraviolet irradiation. Mol. Biol. Cell 6:1197–1213.

41. Price, D. J., J. R. Grove, V. Calvo, J. Avruch, and B. E. Bierer. 1992. Rapamycin-induced inhibition of the 70-kilodalton S6 protein kinase. Science 257:973–977.

42. Qin, X., D. Livingston, W. Kaelin, and P. Adams. 1994. Deregulated transcription factor E2F-1 expression leads to S-phase entry and p53-mediated apoptosis. Proc. Natl. Acad. Sci. USA 91:10918–10922.

43. Reynisdóttir, I., K. Polyak, A. Iavarrone, and J. Massagué. 1995. Kip/Cip and Ink4 Cdk inhibitors cooperate to induce cell cycle arrest in response to TGF-β. Genes Dev. 9:1831–1845.

44. Robertson, E. J. 1987. Embryo-derived stem cell lines, p. 71–112. In E. J. Robertson (ed.), Teratocarcinomas and embryonic stem cells: a practical approach. IRL Press, Oxford.

45. Sabatini, D., H. Erdjument-Bromage, M. Lui, P. Tempst, and S. Snyder. 1994. RAFT1: a mammalian protein that binds to FKBP12 in a rapamycin-dependent fashion and is homologous to yeast TORs. Cell 78:35–43.

46. Schreiber, S. 1991. Chemistry and biology of the immunophilins and their immunosuppressive ligands. Science 251:283–287.

47. Schubert, D., A. J. Harris, C. E. Devine, and S. and Heinemann. 1974. Characterization of a unique muscle cell line. J. Cell Biol. 61:398–413.

48. Shan, B., and W. H. Lee. 1994. Deregulated expression of E2F-1 induces S-phase entry and leads to apoptosis. Mol. Cell. Biol. 14:8166–8173.

49. Sherr, C. J., and J. M. Roberts. 1995. Inhibitors of mammalian G1 cyclin-dependent kinases. Genes Dev. 9:1149–1163.

50. Slingerland, J. M., L. Hengst, C. Pan, D. Alexander, M. Stampfer, and S. I. Reed. 1994. A novel inhibitor of cyclin-cdk activity detected in transforming growth factor β-arrested epithelial cells. Mol. Cell. Biol. 14:3683–3694.

51. Toyoshima, H., and T. Hunter. 1994. p27, novel inhibitor of G1 cyclin-Cdk protein kinase activity, is related to p21. Cell 78:67–74.

52. Wu, X., and A. J. Levine. 1994. p53 and E2F-1 cooperate to mediate apoptosis. Proc. Natl. Acad. Sci. USA 91:3602–3606.

Downloaded from mcb.asm.org by on August 6, 2009

# EXHIBIT 74

# EXHIBIT REDACTED

# EXHIBIT 75

A1018

ADVERSE TISSUE REACTION TO POLYMERS CITED IN '7286, '3286 AND '473 PATENT SPECIFICATIONS

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---|---|---|
| LACTONE-BASED POLYESTERS AND COPOLYESTERS: <br><br> Poly(lactic acid) (PLA) <br><br> Poly(glycolic acid) (PGA) <br><br> Poly(lactic-co-glycolic acid) (PLA-GA) | Athanasiou et al., Sterilization, toxicity, biocompatibility and clinical applications of polylactic acid/polyglycolic acid copolymers, *Biomaterials*, 1996;17:93-102. | This article reviews PLA, PGA, and PLA-PGA sterilization techniques, biocompatibility, and potential for use in tissue engineering. Although many studies showed very good biocompatibility, some reported at least some adverse effects, largely inflammation and/or the presence of inflammatory cells (predominantly macrophages and giant cells). Several groups observed that implanting PGA or PLA-PGA rods to treat fractures in human patients caused the formation of sinuses (holes) in the nearby bone, as well as fluid discharge; however, the patients ultimately had largely positive outcomes.  Table 2 (pages 96-97) lists a plethora of PLA, PGA, and/or PLA-PGA biocompatibility studies and outcomes. |
| LACTONE-BASED POLYESTERS AND COPOLYESTERS: <br><br> Poly(lactic acid) (PLA) <br><br> Poly(lactic-co-glycolic acid) (PLA-GA) | Anderson et al., Biodegradation and biocompatibility of PLA and PLGA microspheres, *Advanced Drug Delivery Reviews* 1997;28:5-24. | The authors review the degradation and biocompatibility of PLA and PLA-GA (labeled PLGA in this article) microspheres.  Figure 3 and Table 2 (page 11) provide a timeline for the general biological response to biodegradable polymers, as well as an indication of which cells are |