A1019

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---|---|---|
| | | associated with different types of response. The section on biocompatibility describes the general response to implantation of a collection of microspheres, including foreign body giant cell formation, fibrous encapsulation, and possible scarring. Degradation of PLGA can take more than a year, during which time the foreign body response continues and is presumably considered chronic. |
| **LACTONE-BASED POLYESTERS AND COPOLYESTERS:** Poly(glycolic acid) (PGA) | Casteleyn et al, Biodegradable Robs Versus Kirschner Wire Fixation of Wrist Fractures, *Journal of Bone and Joint Surgery (British ed.)*, 1992;74:858-861. | To treat wrist fractures, the authors implanted either metal Kirschner (K) wires or PGA rods into 15 patients each. Although the final outcomes for each group were comparable and satisfactory, the PGA rods caused osteolysis (bone loss) in nine out of 15 patients. Other complications caused by PGA degradation included redness and swelling, as well as carpal tunnel syndrome. Histology was performed on tissue from a single patient, which showed a foreign body response with a number of giant cells present. The authors concluded that the complications caused by PGA degradation were significant enough that they could not recommend using PGA rods for |

A1020

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---|---|---|
| | | wrist fixation. |
| LACTONE-BASED POLYESTERS AND COPOLYESTERS: Poly(orthoester) (POE) | Ekholm et al., Biocompatibility of solid poly(orthoester), *J Mat Sci*, 1997;8:265-269. | The authors implanted solid POE rods into rabbit tibias, placing ethylene oxide-sterilized rods into the left tibias and gamma irradiated rods into the right tibias. Tissue samples were harvested and evaluated 1-21 weeks post-implantation. Based on these results of the evaluation, the authors conclude that "POE causes only a moderate inflammation reaction for 9 weeks" and that POE may be more biocompatible than PLA. *Id.* at 268. |
| LACTONE-BASED POLYESTERS AND COPOLYESTERS: Poly(orthoester) (POE) | Zignani et al., New generation of poly(ortho esters): synthesis, characterization, kinetics, sterilization and biocompatibility, *Journal of Controlled Release*, 1997;48:115-129. | The authors synthesized POE and tested it as a drug delivery vehicle for glaucoma filtering surgery. In vivo biocompatibility tests were performed in rats (subcutaneous cage implant model) and rabbits (subconjunctival injections) using two formulations of POE: gamma irradiated and aseptically prepared. The subconjunctival gamma irradiated POE injections caused some hyperemia (increased blood flow) and chemosis (swelling) which were most severe during days 1-3 post-injection, while aseptically prepared POE caused less hyperemia and no chemosis. Eosinophils, which |

A1021

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---|---|---|
| | | are white blood cells responsible for combating infection, were observed at day 3 and largely gone by day 10; the report does not specify which formulation caused the reaction. The irritation was caused by a buildup of polymer degradation products, particularly acetic acid, and was worse for the gamma irradiated POE because irradiation speeded up polymer degradation. The results indicate that the amount of inflammation POE may cause depends on the purity, sterilization method and degradation rate of the material. |
| LACTONE-BASED POLYESTERS AND COPOLYESTERS: Poly(orthester) (POE) | Zignani et al., Subconjunctival biocompatibility of a viscous bioerodable poly(orthester), *J Biomed Mater Res*, 1998;39:277-285. | This article largely reiterates the findings of Zignani et al, 1997, but provides more biocompatibility data (Figure 4) and more comprehensive testing to determine which POE degradation products could cause the observed inflammation. The conclusions indicate some ambivalence regarding the overall biocompatibility of POE, acknowledging that the degradation products, particularly acetic acid, cause inflammation. |
| POLYPHOSPHAZENES | Lora et al., Polyphosphazenes as biomaterials: surface modification of | In an effort to improve the biocompatibility of PTFP while |

A1022

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---|---|---|
| poly(bis(trifluoroethoxy)phosphazene) (PTFP) | poly(bis(trifluoroethoxy)phosphazene with polyethylene glycols, *Biomaterials*, 1993;14(6):430-436. | retaining its favorable mechanical properties, the authors modified the surface of the polymer.  In addition to characterizing the composition, morphology, and wettability of the virgin and modified PFTP surfaces, the authors assessed their biocompatibility by implanting 1 cm diameter films intraperitoneally in adult Wister rats.  Rats, which were all in good health throughout the study, were sacrificed 60 days.  The virgin PTFP exhibited poor biocompatibility – films were deeply enclosed in vascularized fibrotic capsules.  On the other hand, several of the modified PTFP displayed little alteration, with minimal fibroblast invasion and inflammation. |
| **POLYPHOSPHAZENES** poly[bis(ethylalanato)₁.₄(imidazolyl)₀.₆phosphazene] (PEIP) | Langone et al., Peripheral nerve repair using a poly(organo)phosphazene tubular prosthesis, *Biomaterials*, 1995;16:347-353. | Langone and coworkers assessed *in-vivo* biocompatibility of PEIP and explored their use as a conduit for peripheral nerve regeneration.  To evaluate biocompatibility, 10 mm thick films of PEIP were implanted subcutaneously into 10 male Wister rats.  Five rats were sacrificed 30d and 60d post-implantation.  The harvested explants were examined with electron microscopy and histology.  In addition, a 10 cm |

A1023

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---------|-----------|-------------------------|
|         |           | segment of left sciatic nerve was transectioned from 20 male Wister rats. Either a phosphazene conduit or a silicone tube were used to bridge the nerve (n=10/group). The right sciatic nerves served as internal controls. Five animals in each group were sacrificed at 10d and 45d post-surgery. Explants were analyzed with nuclear magnetic resonance and histology. After 60d, there was only a small amount of PEIP left at the site of film insertion. The tissue surrounding the residual polymer was composed primarily of fibroblasts and collagen, though monocytes were still present throughout the encapsulating tissue. On the nerve guides explanted after 10d, monocytes and macrophages were found to cover both the inner and outer surfaces. Though significant nerve fiber regeneration had taken place by day 45, macrophages still surrounded the remaining implant, presumably due to the presence of PEIP degradation products. Further, monocytes still occupied many sites along the conduit. The continued presence of the monocytes and macrophages around the PEIP implant are |

6

A1024

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---------|-----------|-------------------------|
| **POLYPHOSPHAZENES**<br>**Polyorganophosphazene (PP)** | De Scheerder et al., Biocompatibility of polymer-coated oversized metallic stents implanted in normal porcine coronary arteries, *Atherosclerosis*, 1995;114:105-114.<br><br>De Scheerder et al., Local Angiopeptin Delivery Using Coated Stents Reduces Neointimal Proliferation in Overstretched Porcine Coronary Arteries, *Journal of Invasive Cardiology*, 1996;8(5):215-222. | indicative of a prolonged, albeit minor, adverse tissue reaction.<br><br>In the initial 1995 article, De Scheerder and colleagues attempted to decrease the thrombogenicity of bare metal (stainless steel) stents by applying thin polymeric coatings on the stents.  The stents were coated with either a biodegradable polymer, PP, or a biostable polymer, polyurethane (PU).  These polymers were chosen due to their potential as matrices for drug-delivery.  7 mm coated (n=4/polymer) and bare steel stents (n=6) were implanted in the left coronary artery of cross-bred pigs after injury with an oversized balloon catheter.  Coronary angiography confirmed that the vessels were patent immediately following stent deployment.  A second angiography was performed six weeks post-implantation, after which the stented arteries were harvested for optical and histological examination.  Three of the pigs that received uncoated stents died within 48h due to acute thrombosis.  In the remaining animals, the PU-coated and bare metals stents exhibited similar extents of hyperplasia and |

A1025

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---------|-----------|-------------------------|
| | | restenosis (31-39%). On the other hand, the four PP-coated stents had stenosed by 81% after six weeks. Further, severe neointimal hyperplasia was observed in the PP-coated stents, with an invasion of lymphocytes, histiocytes, and multinucleated foreign body giants cells. Only a mild intimal reaction was noted in both the uncoated and PU-coated stents. In the follow-up 1996 article, the same cohort of authors loaded the polyphosphazene coating on the stents with angiopeptin, an anti-thrombotic agent, in an attempt to mitigate the previously observed response. Though the addition of the angiopeptin reduced luminal narrowing, both loaded and unloaded stents exhibited adverse inflammatory reaction. |
| **POLYPHOSPHAZENES** polyorganophosphazene | Caliceti et al., Bioabsorbable Polyphosphazene Matrices as Systems for Calcitonin Controlled Release, *Il Farmaco* 1997;52(11):697-702. | In this study, Caliceti and colleagues studied the biodegradation of and controlled release of calcitonin from polyorganophosphazene matrices. One cm diameter matrices were loaded with 250 mg of calcitonin and implanted subcutaneously in the pouch of the back in female Sprague-Dawley rats that had been |

A1026

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---|---|---|
| | | ovariectomized three months prior to surgery. Matrices were explanted after 30 days to study the extent of calcitonin release, and second series of calcitonin-loaded matrices were implanted in the contralateral pouch. Rats were sacrificed 30 days after implantation of the second matrix and explants were harvested. Optical and histological examination of two matrices from both the control and loaded groups revealed that the matrices had fragmented into small segments *in-vivo* and the segments were surrounded by a thin layer of vascularized connective tissue. Though foreign body giants cells were found around the fragments, the tissue was devoid of other inflammatory cells and infiltrates. Hence, there was a minor, though visible, biological response to the polyorganophosphazene matrices. |
| POLYDIMETHYLSILOXANE (PDMS) | Spilizewski et al., *In vivo* leucocyte interactions with the NHLBI-DTB primary reference materials: Polyethylene and silica-free polydimethylsiloxane, *Biomaterials*, 1987:8;12-17.<br><br>Kao et al., Theoretical Analysis of In-Vivo Macrophage Adhesion and | In this study, Spilizewski and coworkers assessed the *in-vivo* inflammatory response of PDMS and low-density polyethylene (LDPE). The materials, housed in autoclaved mesh cages, were implanted subcutaneously into the backs of female Sprague-Dawley rats. Empty |

A1027

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---|---|---|
| | Foreign-Body Giant-Cell Formation On Polydimethylsiloxane, Low-Density Polyethylene, and Polyetherurethanes, *J Biomed Mat Research*, 1994;28(1):73-79. | cages were implanted as controls. Animals were sacrificed 4, 7, and 21 d post implantation. Just prior to sacrifice, exudate (liquid from the circulatory system that flows into areas of inflammation) was collected from the cage.  Exudate was also collected at 14d from animals sacrificed at 21d.  The total leucocyte, polymorphonuclear luecocyte (PMN), and the macrophage concentrations of the inflammatory exudate, along with its extracellular alkaline phosphatase (ALP) activity, were assessed.  Further, implants were removed after sacrifice and examined with electron microscopy and histology.  The cell concentration and ALP activity of the inflammatory exudates was higher than the control exudate at 4d, but leveled off at later time points.  In addition, leucocytes (primarily mononuclear macrophages) and foreign body giant cells were adhered to the PDMS surface at all time points post implantation, though the concentration decreased with time *in-vivo*.

Several years later, a similar investigation was undertaken by the |

A1028

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---|---|---|
| | | same cohort of authors which also included several poly(etherurethanes). Of the polymers characterized in that study, PDMS had the most noticeable early inflammatory response (4d post-implantation), with the greatest number of macrophages adhered on its surface. Both of these studies indicate that though PDMS was considered a biocompatible material, it still elicits a pronounced short-term inflammatory response. |
| POLYDIMETHYLSILOXANE (PDMS) | Kawakami et al., Gas Transfer and *In Vitro* and *In Vivo* Blood Compatibility of a Fluorinated Polyimide Membrane With an Ultrathin Skin Layer, *ASAIO Journal*, 1996;42:M871-M876. | In an effort to improve both the hemocompatibility and the efficiency of gas transfer in membrane oxygenators, Kawakami and colleagues fabricated three new fluorinated polyimide membranes (the chemical structure and synthesis of the membranes is described in the previous summary on the fabrication of fluorinated polymers). Both *in-vitro* and the *in-vivo* blood compatibility of the membranes was compared to that of PDMS. *In-vitro* compatibility was assessed by soaking the membranes in platelet-rich blood plasma from mongrel dogs for 2 hours and quantifying the extent of platelet adhesion and the |

11

A1029

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---|---|---|
| | | plasma protein absorption. Compared to all three fluorinated polyimides, the PDMS exhibited significantly greater levels of both platelet adherence and protein absorption. To evaluate *in-vivo* biocompatibility, 10 cm tubes of the PDMS and the one of the fluorinated polyimides were inserted into the peripheral vein of one mongrel dog. The veins were harvested 7 days post-implantation, cut open, and imaged using scanning electron microscopy. Unlike the fluorinated polyimide tube, the PDMS tubes showed significant thrombus formation and fibrin deposition. This experiment highlights the potentially poor short-term biological performance of PDMS for vascular devices. |
| ACRYLATE BASED POLYMERS OR COPOLYMERS: Poly(methyl methacrylate) | Nishi et al., Intercapsular cataract surgery with lens epithelial cell removal, *J Cataract Refract Surg*, 1991;17:471-477. | The authors compared 30 eyes that had extracapsular cataract surgery by the intercapsular technique and posterior chamber intraocular lens (IOL) implantation with lens epithelial cell removal but without anterior capsule capsulectomy with 9 aphekic that had the same procedures but without posterior chamber lens implantation. Fibrous anterior |

12

A1030

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---------|-----------|-------------------------|
| | | capsule opacification was observed in 83% of the pseudophakic eyes in the area of contact with the IOL but was not noted in the aphakic eyes. This suggests that the IOL material, poly(methyl methacrylate), stimulates lens epithelial cells to undergo fibrous metaplasia and to produce collagen fibers. |
| ACRYLATE BASED POLYMERS OR COPOLYMERS: poly(2-hydroxyethyl methacrylate) (poly(HEMA)) and poly(acrylamide) (poly(AAm)) | Mirzadeh et al., Cell attachment to laser-induced AAm- and HEMA-grafted ethylene-propylene rubber as biomaterial: *in vivo* study, *Biomaterials*, 1995;16:641-648. | To test the biocompatibility of two grafted polymers, ethylene-propylene rubber (EPR) was surface modified with poly(HEMA) and poly(AAm) and implanted into rabbit muscle or peritoneum; unmodified EPR served as a control.  All materials generated a tissue response, including macrophage adhesion to the surface and the formation of a fibrous tissue capsule; however, both AAm and HEMA reduced the number of adherent macrophages and the thickness of the tissue layer. Importantly, the authors state, "Polymers implanted in tissues always generate a response; the major reactions encountered with a material implanted in soft tissue or in contact with blood are inflammatory and foreign body reactions and thrombus formation, which may be |

13

A1031

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---|---|---|
|  |  | induced chemically or physically. If the foreign body reaction to a polymeric material in soft tissue is a mild inflammatory response, healing occurs rapidly and the implant then performs effectively. In long-term implantation, the formation of a fibrous sheath, a fibrous capsule and/or pseudo membranes may occur. The difference between thin and thick capsules corresponds to reasonable and bad tissue compatibility, respectively." *Id.* at 641-42. (citations omitted). |
| **FLUORINATED POLYMERS:** **Polytetrafluoroethylene (PTFE)** | Zilla, P., et al., Clinical In-Vitro Endothelialization of Femoropopliteal Bypass Grafts – An Actuarial Follow-Up Over 3 Years, J of Vascular Surgery, 1994;19(3): 540-548. | In this study, the authors reported the long-term (3-year) patency of PTFE femoropopliteal grafts in 49 human patients. The study compared the patency of virgin, untreated PTFE grafts with grafts endothelialized *in-vitro* with endothelial cells harvested from the patient's jugular vein (autologous cells). The conventional wisdom of the day assumed that the formation of a thin, organized endothelial layer on the graft surface would mitigate the neointimal hyperplasia and thrombosis formation. Of the 36 patients that were recruited for the treatment group, only 24 received |

A1032

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---|---|---|
| | | endothelialized grafts – endothelial cells from 12 patients failed to form a confluent layer on the grafts. These 12 patients and 13 others received untreated grafts. The results were very promising - the patency of the control and treatment grafts was 55.4% and 84.5%, respectively, at 32 months post-implantation. The paper underscores the poor performance of the virgin PTFE in vascular graft applications. |
| FLUORINATED POLYMERS: Fluorinated Polyurethane (FPU) | Del Guerra et al., *In vitro* biocompatibility of fluorinated polyurethanes, *Journal of Materials Science: Materials in Medicine*, 1994;5:452-456. | Four different FPU formulations were tested for their *in-vitro* thrombogenicity, cytotoxicity (toxicity to cells) and cytocompatibility. The four FPUs differed in their fluorine content and the macroglycol from which the soft phase of the polyurethane was derived (either polycaprolactone glycol or polytetramethylene ether glycol). Two of the formulations performed very well in the thrombogenicity tests. The cytotoxicity assessment was conducted by culturing cells for 24 and 72 hours. Though signs of lysosomal damage were present after 24 h after culturing in medium with PBS from the FPUs, no evidence of |

| POLYMER | REFERENCE | ADVERSE TISSUE REACTION |
|---------|-----------|-------------------------|
|         |           | lysosomal damage, suppressed mitochondrial activity or cell proliferation was detected in any of the cell cultures at 72 hours. Cytocompatibility was assessing by culturing human umbilical vein endothelial cell in tissue culture dishes on which small pieces of the different polymers were adhered and measuring the extent of endothelialization of polymer surfaces.  Significant endothelialization was only noted in one of the FPU, FPU 60.  Neither of the other three FPU nor the nonfluorinated polyurethane exhibited noticeable cell deposition, suggesting that they may have limited *in-vivo* biocompatibility. |

A1033

16


**ELSEVIER**

*Biomaterials* 17 (1996) 93–102
© 1996 Elsevier Science Limited
Printed in Great Britain. All rights reserved
0142-9612/96/$15.00

# Sterilization, toxicity, biocompatibility and clinical applications of polylactic acid/ polyglycolic acid copolymers

Kyriacos A. Athanasiou, Gabriele G. Niederauer and C. Mauli Agrawal
*Department of Orthopedics, The University of Texas Health Science Center, San Antonio, TX 78284-7774, USA*

This is a review of salient studies of sterilization, toxicity, biocompatibility, clinical applications and current work in the field of orthopaedics, using implants made of polylactic acid (PLA), polyglycolic acid (PGA) and their copolymers. The intrinsic nature of these biomaterials renders them suitable for applications where temporally slow releases of bioactive agents *in situ* may be required. They are also desirable as fixation devices of bone, because they can virtually eliminate osteopenia associated with stress shielding or additional surgery. The majority of currently available sterilization techniques are not suitable for these thermoplastic materials and it may be desirable to develop new sterilization standards, which can account for the special character of PLA–PGA materials. Biocompatibility and toxicity studies suggest that, overall, PLA–PGA biomaterials may be suitable for orthopaedic applications, although certain problems, especially pertaining to reduction in cell proliferation, have been reported. Clinical applications are also promising, albeit not without problems usually associated with transient tissue inflammation. The future of these materials appears bright, especially in soft tissues. They may be used to address the exceedingly complex problem of osteochondral repair, but also as a means to enhance fixation and repair processes in tendons and ligaments.

*Keywords: Polylactic acid, polyglycolic acid, toxicity*

Received 7 November 1994; accepted 12 January 1995

Current trends in orthopaedic practice and research suggest that polylactic acid (PLA), polyglycolic acid (PGA) (*Figure 1*) and their copolymers may enjoy widespread application in the future. Potential applications include bone fixation devices—such as plates, screws, pins and nails—but also scaffolds for soft and hard tissue repair. These biomaterials degrade *in vivo* by hydrolysis into lactic acid and glycolic acid, which are then incorporated into the tricarboxylic acid cycle and excreted. Degradation denotes mass loss due to resorption or dissolution of the material, precipitated or accompanied by a reduction in molecular weight, changes in the implant's structural configuration, and changes in mechanical properties such as reduction in strength and stiffness. In this paper, the term 'biodegradable' will be taken to be tantamount to 'bioresorbable'. Some of the many factors which influence *in vivo* degradation of PLA–PGA include the material's physical and geometric characteristics, host tissue haemodynamic conditions, enzymes (especially with esterase activity) and functional loading. In this paper, methods employed in sterilization of PLA–PGA

are presented, followed by a comprehensive review of issues related to toxicity and biocompatibility. Such a review may be timely, especially in light of recent studies questioning the *in vivo* suitability of PLA–PGA biomaterials. A synopsis of salient clinical studies where these polymeric materials have been used, mainly in a European centre, will also be discussed, followed by current experimental applications and projected uses of these versatile materials.

**Poly (glycolic acid)**

$$( - O - CH_2 - \overset{\displaystyle O}{\overset{\displaystyle \|}{C}} - )_n$$

**Poly (lactic acid)**

$$( - O - \underset{\underset{\displaystyle CH_3}{\displaystyle |}}{CH} - \overset{\displaystyle O}{\overset{\displaystyle \|}{C}} - )_n$$

**Figure 1** Structural formulae of polylactic acid and polyglycolic acid.

Correspondence to Dr K.A. Athanasiou.

A1034

## STERILIZATION

It is necessary to sterilize all medical implants after fabrication and prior to their surgical placement to reduce the risk of infections and associated complications. The most commonly used sterilization techniques utilize heat, steam, radiation or a combination of these methods. Table 1 gives an overview of sterilization techniques used for PLA–PGA biomaterials and lists their advantages and disadvantages. PLA–PGA polymers, in addition to being susceptible to damage by moisture and radiation, are heat sensitive because of their thermoplastic nature. Thus, the selection of the correct sterilization technique for PLA–PGA implants is crucial to their physical and mechanical properties, and hence to their performance in vivo.

Hospital steam sterilization techniques commonly use high moisture and temperatures in excess of 100°C. Such temperatures can approach or exceed the thermal transition temperatures of PLA–PGA polymers and potentially alter their physical and mechanical properties. In a study examining the effects of seven different steam sterilization techniques on L-PLA, it was determined that all the evaluated techniques significantly changed at least one material property of the polymer[1]. The molecular weight decreased in all cases, although in most cases the elastic modulus tended to increase. The authors reported that a sterilization regimen using a temperature of 129°C for 60 s resulted in minimal change in tensile properties of the test L-PLA. However, this method resulted in a significant decrease in the molecular weight, which would affect the degradation kinetics of the polymer.

γ-Radiation sterilization is known to cause chain scission in PLA–PGA polymers. At doses of 2.5 Mrad, $^{60}$Co γ-radiation causes deterioration of Dexon[K] and Vicryl[K] sutures[2]. In addition, there is a rapid decrease in molecular weight of PGA sutures with increasing doses of γ-radiation[2]. It was determined that the rate of decrease was more pronounced for $M_n$ (number-average molecular weight) compared with $M_w$ (weight-average molecular weight), which indicates that random chain scission was not the primary mechanism. A faster decrease in $M_n$ implies that the impact of radiation treatment was greater on short molecular chains. The authors suggested that the main mechanism was probably unzipping of the chains. The same study also determined that although the initial tensile strength of the sutures remained unchanged immediately post-radiation, it decreased to zero 10 days post-

implantation. Other studies have also reported a decrease in the tensile strength of PLA–PGA polymers upon γ-radiation[3,4]. Under in vivo conditions, γ-irradiated PGA sutures have been shown to degrade faster than unirradiated samples[5]. This difference might be related to a decrease in the molecular weight of the irradiated specimens. Thus, it is important to bear in mind that the properties and useful lifetime of PLA–PGA implants can be significantly affected by radiation, even though there might be no immediate visual changes.

Chemical sterilization by gases such as ethylene oxide (EO) is often used for polymers that are sensitive to heat and moisture. This is particularly true for PLA–PGA polymers that are thermoplastic in nature and biodegrade by hydrolysis. However, chemical sterilization can potentially leave residues in harmful quantities on the surface and within the polymer. The amount of gas adsorbed into the polymer depends on the equilibrium absorption and diffusion coefficient[6]. These physical parameters depend on the type of polymer as well as the sterilization parameters. It is crucial that polymeric implants are subjected to adequate degassing or aeration subsequent to EO sterilization so that the concentration of residual EO is reduced to acceptable levels[7]. It has been reported that the aeration process is significantly improved if the polymers are subjected to microwave radiation, because such radiation reduces to half the activation energy for diffusion[7]. Using techniques such as infrared spectroscopy, the amount of EO residue can be quantified[8]. Verheyen et al.[9] determined that the flexural strength of hydroxyapatite–PLA composites was reduced upon EO gas sterilization. However, detrimental effects of chemical sterilization on the mechanical properties of the PLA–PGA polymers have rarely been reported in the literature.

Sterilization techniques can significantly affect the mechanical and physical properties of PLA–PGA devices. In addition, they can leave harmful residues on these materials, causing them to fail in vivo. The specific effects of different techniques are determined by the sterilization parameters, the method used for fabrication, as well as the polymeric material itself. Thus, it is imperative that choice of a particular sterilization regimen be made only subsequent to a careful study. It is essential that a new standard for sterilizing PLA–PGA devices be designed and established.

**Table 1**  Standard sterilization techniques and their applicability to PLA–PGA

| Sterilization technique | Advantages | Disadvantages |
|---|---|---|
| Steam sterilization (high steam pressure, 120–135°C) | No toxic residues | Deformation/degradation due to water attack, limited usage for PLA–PGA |
| Dry heat sterilization (160–190°C) | No toxic residues | Melting and softening of polymer, not usable for PLA–PGA |
| Radiation (ionizing or γ) | High penetration, low chemical reactivity, quick effect | Instability and deterioration, cross-linking/breakage of polymer chains |
| Gas sterilization (ethylene oxide) | Low temperature range | Lengthy process due to degassing, residues are toxic |

A1035

## TOXICITY/BIOCOMPATIBILITY

To perform adequately during many years of service, implants in general must not cause abnormal responses in local tissues and should not produce toxic or carcinogenic effects, either locally or systemically. Biodegradable implants in particular should serve their intended function while releasing products of degradation that are biocompatible and non-toxic, and without interfering with tissue healing. *Table 2* provides a chronological list of salient studies examining biocompatibility characteristics of PLA–PGA biomaterials. In general, PLA–PGA biomaterials have demonstrated satisfactory biocompatibility and absence of significant toxicity, although some reduction in cell proliferation has been reported. The following is a brief review of some *in vitro* and *in vivo* studies examining toxicity and biocompatibility of PLA–PGA biomaterials.

Cell proliferation was studied on polylactides of varying molecular weights using rat epithelial cells, human fibroblasts and osteosarcoma cells under culture conditions[10,11]. Overall, it was determined that satisfactory biocompatibility was exhibited, although some cell inhibition was also noted. In another study, hepatocytes cultured on mesh membranes made of PGA fibres were noted to attach and significantly interact with these transplantation devices[12]. In a more recent study, however, it was reported that both PLA and PGA produce toxic solutions *in vitro*, probably as a result of the acidic degradation products[13]. A bioluminescence toxicity assay was used to test accumulated degradation products of several biodegradable polymers, which were incubated at 37°C in buffer. Obviously, such 'closed' incubation tests do not emulate *in vivo* and *in situ* conditions, because they cannot account for physiological buffering and hydrodynamic evacuation of byproducts.

Numerous other studies have demonstrated successful *in vivo* biocompatibility characteristics of these biomaterials. Owing to the fact that PLA–PGA polymers have enjoyed successful clinical use in the form of sutures, researchers from many centres have theorized that these materials can also be used as fixation devices or replacement implants in musculoskeletal tissues. Indeed, a plethora of innovative designs and concepts have been developed, and in subsequent studies both PLA and PGA were found to exhibit sufficient biocompatibility with bone[14,15]. In some cases, however, inflammatory responses have been noted. For example, L-PLA was used in meniscal reconstruction in the dog and although some success was noted, symptoms related to chronic inflammation (presence of macrophages, fibroblasts, giant cells and lymphocytes) were observed[16]. Biocompatibility may be compromised once degradation is in full progress and the small polymeric particles released promote a foreign body inflammatory reaction, as described in a study where L-PLA was implanted in canine femora[17]. In a study examining implant materials in the goat femoral diaphysis, macrophage-like cells and small L-PLA particles were found in lymph nodes[18]. In contrast, good tissue biocompatibility was observed when PLA was used as a plug in the femoral canal of

sheep to increase cement concentration in total hip replacement through intramedullary plugging[14]. Similarly, no inflammatory or foreign body reaction was observed in the medullary cavity of rabbit femora in response to ultra-high strength L-PLA rods for up to 1 year[15].

PLA–PGA copolymers have also been frequently used in bone repair applications and have been found to be biocompatible, non-toxic and non-inflammatory[19–22]. Implants made of these materials have been shown to accelerate bone healing in the rat tibia[20] and induce higher bone formation than untreated controls in cranial defects[21]. Similarly, biocompatibility and absence of infection or inflammation have been observed in studies to promote articular healing in osteochondral defects in the rabbit[23–25].

PGA has also been considered to be immunologically inert, following cytological analysis of materials aspirated from malleolar fracture repair effusions developed around PGA implants, although inflammatory monocytes were observed[26]. No evidence of infection or symptomatic foreign body reaction were observed in another study where self-reinforced PGA rods were used[27]. In a series of European clinical studies of PGA, used for fracture fixation in the foot, foreign body reactions were often reported[28–30]. In some of this group's studies, osteolytic reactions were noted to result from PGA degradation products for 10 weeks following fixation of malleolar fractures[28,29]. In a study of fracture fixation of transverse distal femoral osteotomies in rabbits, variable tissue response and healing were observed in response to PGA[31]. Using a similar model, inflammatory response to either self-reinforced PGA or L-PLA screws for fixation of transverse distal femoral osteotomies in rabbits was observed to be insignificant[32]. Good clinical results were also obtained in paediatric patients requiring internal fracture fixation with PLA pins[33]. It was thus speculated that other physico-chemical factors were responsible for the inflammation observed in this group's previous clinical studies. In a recent, comprehensive, clinical study involving 155 patients with ankle fractures, treated with either PGA or stainless-steel screws, no differences between the two groups were found and no complications related to PGA were noted[34].

All of the above *in vivo* studies involved applications in bone, articular cartilage and the meniscus. It should nevertheless be noted that a significant number of other studies have been performed *in situ* in muscle or other soft tissues. Again, the results of all of these studies appear to support the *in vivo* use of PLA–PGA biomaterials, although inflammatory responses have been observed in some cases. In a study examining both *in vivo* and *in vitro* degradation characteristics of L-PLA implants for up to 39 weeks in rats, the material was found to be well tolerated with no chronic inflammation[35]. PLA membranes, placed transcutaneously in rats, were shown to have sufficient biocompatibility[36]. In contrast, in another study in rats, subcutaneously implanted pre-degraded L-PLA elicited fibrous encapsulation, with macrophages and giant cells covering the smaller particles[37]. Similar histological observations were reported in another study where

Clinical applications of PLA–PGA: K.A. Athanasiou et al.

**Table 2**  Biocompatibility/toxicity testing of PGA–PLA in animals, humans and *in vitro*, presented in chronological order

| Year | Reference | Application | Material | Results |
|------|-----------|-------------|----------|---------|
| *Animal testing* | | | | |
| 1966 | Kulkarni et al.[52] | Sutures in guinea-pigs and rats | PLA | Non-toxic and non-tissue reactive |
| 1970 | Postlethwait[47] | Sutures in rabbits | PGA | Less reaction than catgut, silk or Dacron |
| 1971 | Frazza and Schmitt[48] | Sutures in rabbits | PGA | Less inflammation than catgut |
| 1971 | Cutright and Hunsuck[50] | Sutures in rat muscle | PLA | Degraded suture induced giant cell reaction |
| 1971 | Cutright et al.[53] | Sutures in rabbits | PLA PGA | Acceptable soft tissue reactions |
| 1971 | Cutright et al.[54] | Sutures in monkeys | PLA | Minimal inflammatory response |
| 1971 | Kulkarni et al.[51] | Sutures in monkeys | D-PLA | Tissue response similar to controls |
| 1973 | Brady et al.[86] | Soft tissue/rat abdomen | PLA PGA | High degree of biocompatibility |
| 1976 | Schwope et al.[42] | Soft tissue/mice | PLA PGA | No foreign body reaction |
| 1977 | Nelson et al.[19] | Bone repair of rat tibia | PLA PGA | Very tissue tolerant, little foreign body reaction |
| 1977 | Miller et al.[87] | Soft tissue/rats | PLA PGA | High degree of biocompatibility |
| 1981 | Varma et al.[88] | Sutures in dogs | PGA | Initial reaction intense, chronically mild |
| 1981 | Walter et al.[89] | Sutures in pigs | PGA | Negligible inflammation |
| 1982 | Christel et al.[90] | Fracture fixation of rat tibia | L-PLA PGA | Promising results |
| 1983 | Christel et al.[14] | Bone repair of sheep femur | PLA | Satisfactory tissue compatibility |
| 1983 | Hollinger[20] | Bone repair of rat tibia | PLA PGA | No adverse tissue host responses |
| 1983 | Salthouse[91] | Sutures in rat muscle | PGA PLA (Vicryl) | Mild reaction |
| 1986 | Higashi et al.[92] | Bone repair in rats | PLA HA | PLA/hydroxyapatite composite encouraged new bone formation |
| 1986 | Visscher et al.[39] | Soft tissue/rat muscle | PLA PGA | Slight reaction after 480 days |
| 1987 | Leenslag et al.[93] | Fracture fixation in dogs, sheep | L-PLA | Well tolerated, increased cellular activity |
| 1988 | Schakenraad et al.[40] | Drug release in rat soft tissue | L-PLA | Very moderate foreign body tissue reaction |
| 1988 | Schmitz and Hollinger[78] | Bone repair of rabbit calvarium | PLA PGA | No adverse host tissue responses |
| 1989 | Schakenraad et al.[94] | Subcutaneous implants in rats | DL-PLA | Mild foreign body reaction |
| 1990 | Schakenraad et al.[41] | Drug release in rat soft tissue | L-PLA | L-PLA is tissue compatible |
| 1991 | Cooper et al.[95] | Rat dermis | PGA PLA | No inflammation |
| 1991 | Devereux et al.[44] | Abdominal wall of rats | PGA | No intrinsic bacteriocidal or bacteriostatic activity |
| 1991 | Galgut et al.[36] | Soft tissue of rats | PLA | Sufficient biocompatibility well tolerated |
| 1991 | Klompmaker et al.[16] | Meniscal repair in dogs | L-PLA | Chronic inflammation |
| 1991 | Majola et al.[74] | Bone fixation in rat | L-PLA, LD-PLA | No inflammation or foreign body reaction |
| 1991 | von Schroeder et al.[23] | Articular defects in rabbit | PLA | Well tolerated, minimal inflammatory response |
| 1992 | Athanasiou et al.[24] | Articular defects in rabbit | PLA PGA | Good long-term compatibility |
| 1992 | Böstman et al.[31] | Fracture fixation in rabbit | PGA | Variable tissue response |
| 1992 | Böstman et al.[96] | Fracture fixation of rabbit femur | PGA | No contraindications for clinical application of PGA |
| 1992 | Kobayashi et al.[97] | Soft tissue/rabbit cornea | PLA PGA | PLA non-toxic and safe PGA some toxicity |
| 1992 | Matsusue et al.[15] | Bone repair of rabbit femur | L-PLA | No inflammatory or foreign body reaction |
| 1992 | Rozema et al.[37] | Soft tissue/rats | L-PLA | Some cellular reaction |
| 1993 | Athanasiou et al.[25] | Articular defects in rabbits | PLA PGA | No infection or inflammatory cells |
| 1993 | Lam et al.[38] | Soft tissue/mice | L-PLA | L-PLA particles cause cell damage and lesion |
| 1993 | Päivärinta et al.[32] | Fracture fixation of rabbit femur | PLA PGA L-PLA | Insignificant inflammatory response |
| 1993 | Robert et al.[98] | Soft tissue/rat abdomen | PLA | Excellent biocompatibility of PLA; larger reaction of PGA |
| 1993 | Suganuma and Alexander[17] | Bone repair of dog femur | L-LA | L-PLA particles induce foreign body reaction |
| 1993 | Verheyen et al.[18] | Bone repair of goat femur | L-PLA | L-PLA debris found in lymph nodes |
| *Human applications* | | | | |
| 1974 | Horton et al.[46] | Suture in subcutaneous skin | PGA PLA (Vicryl) | Vicryl tissue reaction not appreciable |
| 1978 | Racey et al.[49] | Suture for oral tissue | PGA PLA (Vicryl) | Vicryl response similar to silk |

A1037

**Table 2—**contd.

| Year | Reference | Application | Material | Results |
|------|-----------|-------------|----------|---------|
| 1990 | Santavirta et al.[26] | Cytological aspiration from fracture repair wound ankle (malleolar) fracture | PGA | Immunologically inert biomaterial |
| 1991 | Böstman[28] | Ankle (malleolar) fracture fixation | PGA | Foreign body osteolytic reaction |
| 1991 | Devereux et al.[45] | Intestinal sling | PGA | Well tolerated |
| 1991 | Hope et al.[27] | Paediatric elbow fracture fixation | PGA | No infection or foreign body reaction |
| 1991 | Wetter et al.[99] | Suture for appendix wound | PGA | PGA less infection than nylon |
| 1992 | Böstman[29] | Fixation devices for ankle fractures | PGA | Non-bacterial inflammatory reaction seen |
| 1992 | Böstman et al.[30] | Fixation screws for ankle (malleolar) fractures | PGA | Local non-bacterial reactions observed |
| 1992 | Fraser and Cole[100] | Paediatric elbow (humeral) fracture fixation | PGA | Osteolysis present, no foreign body reaction |
| 1993 | Böstman et al.[33] | Paediatric elbow (humeral) fracture fixation | PGA | No adverse clinical effects |
| 1994 | Bucholz et al.[34] | Ankle fracture fixation | PLA | Found safe and effective, no complications |
| *In vitro/cellular response testing* | | | | |
| 1976 | Schwope et al.[42] | In vitro toxicity | PLA PGA | No foreign body reaction |
| 1987 | Leenslag et al.[93] | In vitro degradation | L-PLA | Well tolerated, increased cellular activity |
| 1990 | van Sliedregt et al.[10] | Fibroblast, osteosarcoma and epithelial cell response | PLA | No reduction in cell proliferation |
| 1992 | Daniels et al.[70] | In vitro toxicity | PLA PGA | Can produce toxic solutions |
| 1992 | Matsusue et al.[15] | In vitro degradation | L-PLA | No inflammatory or foreign body reaction |
| 1992 | van Sliedregt et al.[11] | Osteosarcoma and epithelial cell response | PLA | Satisfactory biocompatibility |
| 1993 | Mikos et al.[76] | Rat hepatocyte response | PGA | Hepatocytes attach to PGA mesh |
| 1994 | Taylor et al.[13] | In vitro degradation | PLA PGA | Toxic solutions are produced |

L-PLA particles were injected intraperitoneally in mice[38]. In other studies where L-PLA was used for drug delivery, good tissue compatibility was reported[39–41]. Using carriers made of lactide and glycolide polymers either implanted subcutaneously in mice or examined in vitro, the absence of foreign body reaction to the implants was noted along with an excellent correlation between in vitro and in vivo results[42]. In a study examining various PLA–PGA materials, it was determined that as the material degrades the small particles that break off are phagocytosed by macrophages and multinucleated giant cells[43]. It was also suggested that no adverse biological responses occur, especially if the material volume is relatively small[43]. PGA, implanted in the peritoneal cavity of rats, was observed not to have bacteriocidal or bacteriostatic activity and to stimulate inflammatory response[44]. In a subsequent study, a PGA mesh, used in an intestinal procedure, was found to be well tolerated and did not cause infections[45].

## CLINICAL APPLICATIONS

In the 1960s and 1970s, research on absorbable suture materials such as Dexon" (100% PGA) and Vicryl™ (90% PGA–10% PLA) indicated good tissue compatibility and opened the door to the use of biodegradable

polymer implants for other clinical applications[46–54]. These clinical applications of PLA and PGA have been predominantly for fracture fixation in both lower and upper extremities. In lower extremities, PLA–PGA biomaterials are most commonly used in malleolar fractures of the ankle. In 1985, repair of displaced malleolar fractures in 56 patients with ASIF screws and plates was compared with rods made of PLA–PGA[55,56]. No major differences were observed during a 1 year follow-up, indicating that PLA–PGA devices show promising results and are a clinically acceptable alternative to metal fixation devices.

Even though PGA devices for fracture fixation show a high rate of union with no apparent adverse effect on fracture healing, several studies have reported complications using PGA rods and screws for internal fixation of ankle fractures[57–60]. The complications described in these studies included minor displacements of fracture (0–15%), inflammatory sinus (6–8%) and fixation failure (5%). Even though Böstman found discharging inflammatory foreign body reaction adjacent to PGA fixation devices in 25% of the cases of malleolar fractures, normal bone structure was restored after 1 year[28]. Complications occurring with PGA pins prompted a medical centre to cease using them[61]. A clinical reaction occurred in 10.2% of the patients and appeared to be related to patient age, i.e. the younger age group had little risk of complication,

A1038

whereas reactions appeared in patients who were over 40 years old[61].

For the upper extremities, PGA implants have been used for intra-articular fractures surrounding the elbow joint. In 1988, a 29 patient study using PGA rods for intra-articular fixation of elbow joints reported fixture failure (3%), slight fracture redisplacement (14%) and late non-infectious inflammatory reaction (14%)[62]. Similarly, PGA pins used for displaced fractures of the distal part of the radius resulted in an inflammatory reaction 47–145 days after insertion in 23% of the patients, requiring debridement of the inflamed tissue[63]. Comparing biodegradable PGA rods with Kirschner wires for fixation of wrist fracture, it was reported that better functional results were achieved with Kirschner wires and, as a result, fixation of distal radial fractures using PGA rods was not recommended[64].

The studies reviewed above were all performed on adults; however, physeal fractures across the growth plate in children have also been repaired using PGA pins[65]. An initial study (six patients) and a subsequent follow-up study (19 patients) showed promising preliminary results leading to further application of these devices. A comparison of PGA pins with standard Kirschner wires to fix displaced elbow fractures in children indicated that the PGA pins provided good fixation and did not require hardware removal, as was the case with the Kirschner wires[27]. Self-reinforced PGA pins have also been used for internal fixation of displaced physeal or non-physeal fractures in 71 children[33]. Severe redisplacement was found in 4% of the patients; however, preliminary results were satisfactory and the absence of the need for hardware removal eliminated the psychological stress associated with a second surgical procedure.

Relatively few reports on the clinical use of PLA have been published, mainly in applications of craniofacial fractures and ankle fixation. Unstable zygomatic fractures repaired with L-PLA and PLA plates and screws were found to be effectively stabilized[66,67]. However, another study using resorbable L-PLA for the fixation of zygomatic fractures documented 60% of the patients had intermittent swelling at the implantation site[68]. The explanted material showed remnants of degraded L-PLA surrounded by a dense fibrous capsule which indicated a non-specific foreign body reaction. Recently, a study compared fixation of ankle fractures with PLA screws and stainless steel screws in 155 patients[34]. After 37 months the radiographic and functional results were similar in the two groups, although patients observed less tenderness in fractures fixated with the PLA. This study confirmed that PLA is a safe and effective alternative to stainless steel for zygomatic fracture fixation. It was further concluded that PLA does not provide the same degree of interfragmental compression as metal, but it avoids hardware prominence and removal[34].

In summary, although PLA–PGA biomaterials are generally biocompatible and non-toxic, several studies have reported inflammatory reactions with the polylactide or polyglycolide implants, usually occurring 7–20 weeks after placement in the body. Bacterial cultures to determine the source of the reaction have been negative, and the problem usually subsides within weeks. It has been suggested that the frequency of occurrences may depend on the anatomical region, since more complications (25%) are observed in the distal radius and scaphoid than in the ankle (5–8%)[69]. The reported complications may be attributed to degradation products draining from the implantation site once polymer hydrolysis has commenced. Furthermore, response may be age related[61], determined by local tissue tolerance, the capacity of bone to clear the degradation products[69], or the volume of polymer implanted[34].

## CURRENT AND FUTURE APPLICATIONS

In recent years, the experimental and clinical uses of PLA–PGA polymers in the field of orthopaedics have seen tremendous growth, especially as fracture fixation devices and scaffolds for tissue ingrowth. The biodegradable and biocompatible nature of these polymers as well as their suitable mechanical properties have made them potential candidates for a variety of orthopaedic applications such as bone fixation, repair of osteochondral defects, ligament and tendon reconstructions, and bone substitutes.

The concept of biodegradable fracture fixation devices is particularly attractive because such constructs can reduce problems arising from stress shielding of bone. Daniels et al.[70] have presented an extensive review of these devices. Because the mechanical properties of long bones usually exceed those of PLA–PGA materials, it is often necessary to reinforce these polymers with fibres which have higher stiffness and strength, such as carbon fibres or fibres of the copolymer itself[71]. The use of self-reinforced PLA–PGA and PGA rods has also been reported in other studies[3,59,72,73]. Sometimes, the self-reinforced devices are fabricated by sintering together sutures of PLA–PGA materials. For instance, Törmälä et al.[74] fabricated self-reinforced PGA rods by sintering together bundles of PGA sutures (Dexon[R]) at temperatures of 205–232°C under high pressure. As described elsewhere in this paper, PGA and PLA–PGA copolymer rods have been used adequately for the repair of malleolar fractures[56–58]. However, in a significant number of cases an aseptic sinus formation or an inflammatory response was detected at the site of implantation[29,60,69]. The majority of these complications were transient in nature and resolved with time or with minimal intervention. It is conceivable that adverse responses may be better controlled in the future through better quality control of the stock material to reduce impurities and free monomers. Better manipulation of the implant's structural and other physical characteristics through novel manufacturing methodologies may also aid in reducing clinical problems.

The repair of articular cartilage is perhaps one of the most challenging problems in orthopaedics. Self-reinforced PGA rods were used to assist in the repair of cartilage in rabbit perichondrium but the results were unsatisfactory due to a foreign body reaction[72]. In 1991, von Schroeder et al.[23] reported the use of a PLA



**Figure 2**  Artist's rendition of osteochondral implant and its placement in the femoral condyle. The two-phase PLA–PGA implant abuts against articular cartilage and bone and can be used either as scaffold or as a carrier of bioactive agents and/or cells.

matrix with and without periosteal grafts in the rabbit knee. Athanasiou et al.[24,25] have used implants fabricated from a 50:50 copolymer of PLA–PGA to deliver growth factors to sites of osteochondral defects in rabbit knees in an attempt to regenerate cartilage and the underlying bone (Figure 2). They have reported satisfactory results. These devices function not only as controlled release systems for the delivery of proteins over a period of time but also as scaffolds for the growth of neo-tissue. An in vitro study of this implant has shown that the protein is released in a sigmoidal fashion over a period of 10 weeks and the implant is fully degraded by this time[75]. PLA–PGA polymers have also been used to fabricate scaffolds on which cells can be cultured in vitro prior to implantation to regenerate tissue. Mikos et al.[12,76] have developed three-dimensional foams and fibre scaffolds for the purpose of creating polymer–cell grafts. Freed et al.[77] used similar scaffolds to develop polymer–chondrocyte grafts for the regeneration of cartilage. In vitro, the cell growth rate on the scaffold was twice as high on PGA compared to L-PLA. These grafts were implanted subcutaneously in rats for up to 6 months. At the end of this period, the extracellular matrix maintained the shape of the original scaffolds and histologically resembled cartilage.

The use of osteogenic proteins to induce new bone growth has received considerable attention. Hollinger and Schmitz[78] combined allogenic demineralized freeze-dried bone with a copolymer of PLA–PGA and implanted it in 15 mm calvarial defects in rabbits for periods up to 24 weeks. The control animals did not receive any implants. The results indicated that defects, which were repaired with the implant, displayed a significantly greater volume of trabecular bone in the absence of any adverse tissue responses. The same research team also investigated the use of a PLA–PGA implant for delivering an acidic phospholipid to discontinuities in canine mandibles[79]. To regenerate and guide cranial bone, Levy et al.[22] placed PLA films above and below cranial defects to prevent prolapse of soft tissue into the defects, which resulted in significantly more bone formation in the PLA-treated defects than in untreated defects. Heckman et al.[80] used a PLA implant with bone morphogenetic protein (BMP) to treat non-unions in canines with satisfactory results. Agrawal et al.[81,82] have developed a microporous implant with BMP for the same

purpose. The efficacy of incorporating an osteoconductive protein in a copolymer of PLA–PGA and using it as a bone graft to treat large cranial defects in a rabbit model has also been investigated[83]. The treated groups exhibited a significantly greater amount of bone ingrowth. More recently, Kenley et al.[84] have reported on achieving osseous regeneration in calvarial defects in rats with the help of an implant comprising recombinant human BMP, microparticles of a PLA–PGA copolymer and a variety of biopolymers including autologous blood clot and hydroxypropyl methylcellulose. At 21 days, all defects treated with BMP exhibited radio-opacity and the copolymer was significantly absorbed. Using a very similar construct, Lee et al.[85] treated large segmental defects in rat tibia and reported that such devices effectively aided in defect healing.

Based on these studies, it is envisioned that PLA–PGA biomaterials can be used in the future in clinical practice as neo-tissue scaffolds, delivery vehicles for growth factors, carriers of cells and extracellular matrix, or as means to deliver both growth factors and cells to aid repair processes of musculoskeletal tissues, such as osteochondral defects in diarthrodial joints. Such implants can also contain other purely synthetic, inorganic materials, which may prove to be both inductive and conductive for tissue regeneration. For example, such additives may assist in developing appropriate pathways for the migration of mesenchymal stem cells, which may differentiate according to their environments into articular chondrocytes or osteoblasts, which, in turn, may assist in biological resurfacing of the osteochondral defect. Along the same lines, it is conceivable that such techniques may be applied in tendons and ligaments (both mid-substance and avulsion tears) as well, although the delivery vehicles may have to be redesigned to account for the mainly tensile environment of such tissues.

In conclusion, the future of PLA–PGA polymers in the field of orthopaedics appears to be promising. The use of biodegradable materials will grow as new technologies are developed to supplement traditional treatments. There is increasing research addressing the use of bioactive agents to regenerate tissue and solve previously untreatable problems of the musculoskeletal system. In conjunction with these developments, the use of PLA–PGA polymers as delivery vehicles for these agents is also likely to increase. Because of their thermoplastic nature and their solubility in several organic solvents, these polymers can be readily processed into a variety of shapes and forms. In addition, they have been extensively studied since the 1960s and their properties and behaviour are fairly well understood. These factors, coupled with the biodegradable nature of these materials, render them attractive for formulating delivery vehicles, grafts and scaffolds for neo-tissue growth. As biological cascades of tissue regeneration are further elucidated with future research, the properties of the present generation of PLA–PGA implants can be modulated to better suit the new requirements. PLA–PGA polymers are also likely to find increased applications in the form of fibres and composites to aid in the normal healing of tendons, ligaments and bone. In the future, however,

A1040

techniques will have to be developed to reduce the amount of extraneous materials in the polymers and to control the pH of the *in vivo* environment surrounding the degrading implants. These factors may play a crucial role in the response and healing of muscoskeletal tissue and the future application of PLA–PGA materials.

# REFERENCES

1   Rozema FR, Bos RRM, Boering G, van Asten JAAM, Nijenhuis AJ, Pennings AJ. The effects of different steam-sterilization programs on material properties of poly(L-lactide). *J Appl Biomater* 1991; 2: 23–28.

2   Gilding D, Reed AM. Biodegradable polymers for use in surgery—polyglycolic/poly(lactic acid) homo- and copolymers: 1. *Polymer* 1979; 20: 1459–1464.

3   Vainionpää S, Kilpikari J, Laiho J, Helevirta P, Rokkanen P, Törmälä P. Strength and strength retention *in vitro*, of absorbable, self-reinforced polyglycolide (PGA) rods for fracture fixation. *Biomaterials* 1987; 8: 46–48.

4   Laitinen O, Törmälä P, Taurio R *et al.* Mechanical properties of biodegradable ligament augmentation device of poly(L-lactide) *in vitro* and in vivo. *Biomaterials* 1992; 13: 1012–1016.

5   Chu CC, Williams DF. The effect of gamma irradiation on the enzymatic degradation of polyglycolic acid absorbable sutures. *J Biomed Mater Res* 1983; 17: 1029–1040.

6   Vink P. Pleijsier K. Aeration of ethylene oxide-sterilized polymers. *J Biomater* 1986; 7: 225–230.

7   Matthews IP, Gibson C, Samuel AH. Enhancement of the kinetics of the aeration of ethylene oxide sterilized polymers using microwave radiation. *J Biomed Mater Res* 1989; 23: 143–156.

8   Saalman E. Infrared spectroscopic study of polymers exposed to ethylene oxide. *J Biomater* 1985; 6: 225–230.

9   Verheyen CCPM, de Wijn JR, van Blitterswijk CA, de Groot K. Evaluation of hydroxylapatite/poly(L-lactide) composites: mechanical behavior. *J Biomed Mater Res* 1992; 26: 1277–1296.

10  van Sliedregt A, van Blitterswijk CA, Hesseling SC, Grote JJ, deGroot K. The effect of the molecular weight of polylactic acid on *in vitro* biocompatibility. *Adv Biomater* 1990; 9: 207–212.

11  van Sliedregt A, Radder AM, deGroot K, van Blitterswijk CA. *In vitro* biocompatibility testing of polylactides. Part I: proliferation of different cell types. *J Mater Sci: Mater Med* 1992; 3: 365–370.

12  Mikos AG, Sarakinos G, Leite SM, Vacanti JP, Langer R. Laminated three-dimensional biodegradable foams for use in tissue engineering. *Biomaterials* 1993; 14: 323–330.

13  Taylor MS, Daniels AU, Andriano KP, Heller J. Six bioabsorbable polymers: *in vitro* acute toxicity of accumulated degradation products. *J Appl Biomater* 1994; 5: 151–157.

14  Christel PS, Vert M, Chabot F, Abols Y, Leary JL. Polylactic acid for intramedullary plugging. In: Ducheyne P. ed. *Biomaterials and Biomechanics*. Amsterdam: Elsevier Science Publishers, 1983.

15  Matsusue Y, Yamamuro T. Oka M. Shikinami Y, Hyon S-H, Ikada Y. *In vitro* and *in vivo* studies on bioabsorbable ultra-high-strength poly(L-lactide) rods. *J Biomed Mater Res* 1992; 26: 1553–1567.

16  Klompmaker J, Jansen HWB, Veth RPH, deGroost JH,

17  Nijenhuis AJ. Pennings AJ. Porous polymer implant for repair of meniscal lesions: a preliminary study in dogs. *Biomaterials* 1991; 12: 810–816.

17  Suganuma J, Alexander H. Biological response of intramedullary bone to poly-L-lactic acid. *J Appl Biomater* 1993; 4: 13–27.

18  Verheyen CCPM, deWijn JR, van Blitterswijk CA. Rozing PM, deGroot K. Examination of efferent lymph nodes after 2 years of transcortical implantation of poly(L-lactide) containing plugs: a case report. *J Biomed Mater Res* 1993; 27: 1115–1118.

19  Nelson JF, Standford HG, Cutright DE. Evaluation and comparisons of biodegradable substances as osteogenic agents. *J Oral Surg* 1977; 43(6): 836–843.

20  Hollinger JO. Preliminary report on the osteogenic potential of a biodegradable copolymer of polylactide (PLA) and polyglycolide (PGA). *J Biomed Mater Res* 1983; 17: 71–82.

21  Kleinschmidt J, Marden L, Kent D, Quigley N, Hollinger J. A multiphase system bone implant for regenerating the calvaria. *J Plast Reconstr Surg* 1993; 91: 581–588.

22  Levy F, Hollinger J, Szachowicz E. Effect of a bioresorbable film on regeneration of cranial bone. *J Plast Reconstr Surg* 1994; 93: 307–311.

23  von Schroeder HP, Kwan M, Amiel D, Coutts RD. The use of polylactic acid matrix and periosteal grafts for the reconstruction of rabbit knee articular defects. *J Biomed Mater Res* 1991; 25: 329–339.

24  Athanasiou KA, Schmitz JP, Schenck RC, Clem M. Aufdemorte T, Boyan BD. The use of biodegradable implants for repairing large articular cartilage defects in the rabbit. *Trans Orthop Res Soc* 1992; 17: 172.

25  Athanasiou KA, Schenck RC, Constantinides G. Sylvia V, Aufdemorte T, Boyan BD. Biodegradable carriers of TGF-β in rabbit osteochondral defects. *Trans Orthop Res Soc* 1993; 18: 288.

26  Santavirta S, Konttinen YT, Saito T *et al.* Immune response to polyglycolic acid implants. *J Bone Joint Surg* 1990; 72-B: 597–600.

27  Hope PG, Williamson DM, Coates CJ, Cole WG. Biodegradable pin fixation of elbow fractures in children. *J Bone Joint Surg* 1991; 73: 965–968.

28  Böstman OM. Osteolytic changes accompanying degradation of absorbable fracture fixation implants. *J Bone Joint Surg* 1991; 73-B: 679–682.

29  Böstman OM. Intense granulomatous inflammatory lesions associated with absorbable internal fixation devices made of polyglycolide in ankle fractures. *Clin Orthop Related Res* 1992; 278: 193–199.

30  Böstman O, Partio E. Hirvensalo E, Rokkanen P. Foreign-body reactions to polyglycolide screws. *Acta Orthop Scand* 1992; 63: 173–176.

31  Böstman O, Päivärinta U, Partio E. Vasenius J, Manninen M. Rokkanen P. Degradation and tissue replacement of an absorbable polyglycolide screw in the fixation of rabbit femoral osteotomies. *J Bone Joint Surg* 1992; 74-A(7): 1021–1031.

32  Päivärinta U, Böstman O. Majola A, Toivonen T, Törmälä P, Rokkanen P. Intraosseous cellular resonse to biodegradable fracture fixation screws made of polyglycolide polylactide. *Arch Orthop Trauma Surg* 1993; 112: 71–74.

33  Böstman O. Mäkelä EA, Södergard J, Hirvensalo E, Törmälä P. Rokkanen R. Absorbable polyglycolide pins in internal fixation of fractures in children. *J Ped Orthop* 1993; 13: 242–245.

34  Bucholz RW, Henry S. Henley MB. Fixation with bioabsorbable screws for the treatment of fractures of the ankle. *J Bone Joint Surg* 1994; 76-A: 319–324.

A1041

35  Leenslag JW, Pennings AJ, Bos RRM, Rozema FR, Boering G. Resorbable materials of poly(L-lactide): VII. In vivo and in vitro degradation. Biomaterials 1987; 8: 311–314.

36  Galgut P, Pitrola R, Waite I, Doyle C, Smith R. Histological evaluation of biodegradable and non-biodegradable membranes placed transcutaneously in rats. J Clin Periodontol 1991; 18: 581–586.

37  Rozema FR, Bos RRM, Boering G et al. Tissue response to pre-degraded poly(L-lactide). In: Plank H, Dauner M, Renardy M, eds. Degradation Phenomena on Polymeric Biomaterials. New York: Springer, 1992: 123–131.

38  Lam KH, Schakenraad JM, Esselbrugge H, Feijen J, Nieuwenhuis PP. The effect of phagocytosis of poly(L-lactic acid) fragments on cellular morphology and viability. J Biomed Mater Res 1993; 27: 1569–1577.

39  Visscher GE, Robison RL, Maulding HV, Fong JW, Pearson JE, Argentieri GJ. Biodegradation and tissue reaction to poly(DL-lactide) microcapsules. J Biomed Mater Res 1986; 20: 667–676.

40  Schakenraad JM, Oosterbaan JA, Nieuwenhuis P et al. Biodegradable hollow fibres for the controlled release of drugs. Biomaterials 1988; 9: 116–120.

41  Schakenraad JM, Hardonk MJ, Feijen J, Molenaar I, Nieuwenhuis P. Enzymatic activity toward poly(L-lactic acid) implants. J Biomed Mater Res 1990; 24: 529–545.

42  Schwope AD, Wise DL, Howes JF. Development of polylactic/glycolic acid delivery systems for use in treatment of narcotic addiction. Nat Inst Drug Abuse Res Monogr Ser 1976; January: 13–18.

43  Gibbons DF. Tissue response to resorbable synthetic polymers. In: Plank H, Dauner M, Renardy M, eds. Degradation Phenomena on Polymeric Biomaterials. New York: Springer, 1992: 97–104.

44  Devereux DF, O'Connell SM, Liesch JB, Weinstein M, Robertson FM. Induction of leukocyte activation by meshes surgically implanted in the peritoneal cavity. Am J Surg 1991; 162: 243–246.

45  Devereux DF, O'Connell SM, Spain DA, Robertson FM. Peritoneal leukocyte response following placement of polyglycolide acid intestinal sling in patients with rectal carcinoma. Dis Colon Rectum 1991; 34: 670–674.

46  Horton CE, Adamson JE, Mladick RA, Carraway JH. Vicryl synthetic absorbable sutures. Am Surg 1974: 729–731.

47  Postlethwait RW. Polyglycolic acid surgical suture. Arch Surg 1970; 101: 489–494.

48  Frazza EJ, Schmitt EE. A new absorbable suture. J Biomed Mater Res Symp 1971; 1: 43–58.

49  Racey GL, Wallace WR, Cavalaris J, Marguard JV. Comparison of a polyglycolic–polylactic acid suture to black silk and plain catgut in human oral tissues. J Oral Surg 1978; 36: 766–770.

50  Cutright DE, Hunsuck EE. Tissue reaction to the biodegradable polylactic acid suture. J Oral Surg 1971; 31: 134–139.

51  Kulkarni RK, Moore G, Hegyeli AF, Leonard F. Biodegradable poly(lactic acid) polymers. J Biomed Mater Res 1971; 5: 169–181.

52  Kulkarni RK, Pani KC, Neuman C, Leonard F. Polylactic acid for surgical implants. Arch Surg 1966; 93: 839–843.

53  Cutright DE, Beasley JD, Perez B. Histologic comparison of polylactic and polyglycolic acid sutures. J Oral Surg 1971; 32: 165–173.

54  Cutright DE, Hunsuck EE, Beasley JD. Fracture reduction using a biodegradable material, polylactic acid. J Oral Surg 1971; 29: 393–397.

55  Rokkanen P, Böstman O, Vainionpää S et al. Biodegradable implants in fracture fixation: early results of treatment of fractures of the ankle. Lancet 1985; 1: 1422–1424.

56  Böstman O, Vainionpää S, Hirvensalo E et al. Biodegradable internal fixation for malleolar fractures. J Bone Joint Surg 1987; 69-B: 615–619.

57  Böstman O, Hirvensalo E, Vainionpää S et al. Ankle fractures treated using biodegradable internal fixation. Clin Orthop Related Res 1989; 238: 195–203.

58  Böstman O, Hirvensalo E, Vainionpää S, Vihtonen K, Törmälä P, Rokkanen P. Degradable polyglycolide rods for the internal fixation of displaced bimalleolar fractures. Int Orthop (SICOT) 1990; 14: 1–8.

59  Hirvensalo E. Fracture fixation with biodegradable rods. Acta Orthop Scand 1989; 60: 601–606.

60  Böstman O, Hirvensalo E, Mäkinen J, Rokkanen P. Foreign-body reactions to fracture fixation implants of biodegradable synthetic polymers. J Bone Joint Surg 1990; 72-B: 592–596.

61  Gerbert J. Effectiveness of absorbable fixation devices in Austin bunionectomies. J Am Pediat Med Assoc 1992; 82: 189–195.

62  Hirvensalo E, Böstman O, Vainionpää S, Törmälä P, Rokkanen P. Biodegradable fixation in intraarticulate fractures of the elbow joint. Acta Orthop Scand Suppl 1988; 227: 78–79.

63  Hoffmann R, Krettek C, Haas N, Tscherne H. Die distale Radiusfraktur. Frakturstabilisierung mit biodegradablen Osteosynthes Stiften (Biofix). Exper Unters Klinische Erfahrungen 1989; 92: 430–434.

64  Casteleyn PP, Handelberg F, Haentjens P. Biodegradable rods versus Kirschner wire fixation of wrist fractures. J Bone Joint Surg 1992; 73-B: 858–861.

65  Böstman O, Mäkelä EA, Törmälä P, Rokkanen R. Transphyseal fracture fixation using biodegradable pins. J Bone Joint Surg 1989; 71-B: 706–707.

66  Bos RRM, Boering G, Rozema FR, Leenslag JW. Resorbable poly(L-lactide) plates and screws for the fixation of zygomatic fractures. J Oral Maxillofac Surg 1987; 45: 751–753.

67  Gerlach KL. Treatment of zygomatic fractures with biodegradable poly(L-lactide) plates and screws. Clinical implant materials. In: Heimke G, Soltesz U, Lee ACJ, eds. Advances in Biomaterials. Amsterdam: Elsevier, 1990: 573–578.

68  Bergsma EJ, Rozema FR, Bos RRM, deBruijn WC. Foreign body reactions to resorbable poly(L-lactide) bone plates and screws used for the fixation of unstable zygomatic fractures. J Oral Maxillofac Surg 1993; 51: 666–670.

69  Böstman O. Current concepts review: absorbable implants for fixation of fractures. J Bone Joint Surg 1991; 73-A: 148–153.

70  Daniels AU, Chang MKO, Andriano KP. Mechanical properties of biodegradable polymers and composites proposed for internal fixation of bone. J Appl Biomater 1990; 1: 57–78.

71  Törmälä P, Vainionpää S, Kilpikari J, Rokkanen P. The effects of fibre reinforcement and gold plating on the flexural and tensile strength of PGA/PLA copolymer materials in vitro. Biomaterials 1987; 8: 42–45.

72  Törmälä P, Vasenius J, Vainiompää S, Pohjonen T, Rokkanen P, Laiho J. Ultra high strength absorbable self-reinforced polyglycolide (SR-PGA) composite rods for internal fixation of bone fractures: in vitro and in vivo study. J Biomed Mater Res 1991; 25: 1–22.

73  Ruuskanen MM, Kallioinen MJ, Kaarela OI, Laiko JA, Törmälä PO, Waris TJ. The role of polyglycolic acid rods in the regeneration of cartilage from perichondrium in rabbits. Scand J Plast Reconstruct Hand Surg 1991; 25: 15–18.

A1042

74  Majola A, Vainionpää S, Vihtonen K et al. Absorption, biocompatibility and fixation properties of polylactic acid in bone tissue: an experimental study in rats. Clin Orthop Related Res 1991; 268: 260–269.

75  Athanasiou KA, Singhal AR, Agrawal CM, Boyan BD. In vitro degradation and release characteristics of biodegradable implants containing trypsin inhibitor. Clin Orthop Related Res 1995; 315: 272–281.

76  Mikos AG, Bao Y, Cima LG, Ingber DE, Vacanti JP, Langer R. Preparation of poly(glycolic acid) bonded fiber structures for cell attachment and transplantation. J Biomed Mater Res 1993; 27: 183–189.

77  Freed LE, Marquis JC, Nohria A, Emmanual J, Mikos AG, Langer R. Neocartilage formation in vitro and in vivo using cells cultured on synthetic biodegradable polymers. J Biomed Mater Res 1983; 27: 11–23.

78  Schmitz JP, Hollinger JO. A preliminary study of the osteogenic potential of a biodegradable alloplastic-osteoinductive alloimplant. Clin Orthop Related Res 1988; 245–255.

79  Hollinger JO, Schmitz JP. Restoration of bone discontinuities in dogs using a biodegradable implant. J Oral Maxillofac Surg 1987; 45: 594–600.

80  Heckman JD, Boyan BD, Aufdemorte TB, Abbott JT. The use of bone morphogenetic protein in the treatment of non-union in a canine model. J Bone Joint Surg 1991; 74-A: 750–764.

81  Agrawal CM, Best J, Boyan BD, Heckman JD. In vitro protein release characteristics of a bioabsorbable carrier of BMP for fracture non-unions. Trans ORS 1994; 19: 602.

82  Agrawal CM, Best J, Boyan BD, Heckman JD. Protein release kinetics of a biodegradable implant used for delivering BMP to fracture non-unions. The 20th Annual Meeting of the Society for Biomaterials, 1994: 95.

83  Turk AE, Ishida K, Jensen JA, Wollman JS, Miller TA. Enhanced healing of large cranial defects by an osteoinductive protein in rabbits. J Plast Reconstruct Surg 1993; 92(4): 593–600.

84  Kenley R, Marden L, Turek T, Jin L, Ron E, Hollinger JO. Osseous regeneration in the rat calvarium using novel delivery systems for recombinant human bone morphogenetic protein-2 (rhBMP-2). J Biomed Mater Res 1994; 28: 1139–1147.

85  Lee, SC, Shea M, Battle MA et al. Healing of large segmental defects in rat femurs is aided by RhBMP-2 in PLGA matrix. J Biomed Mater Res 1994; 28: 1149–1156.

86  Brady JM, Cutright DE, Miller RA, Battistone GC. Resorption rate, route of elimination, and ultrastructure of the implant site of polylactic acid in the abdominal wall of the rat. J Biomed Mater Res 1973; 7: 155–166.

87  Miller RA, Brady JM, Cutright DE. Degradation rates of oral resorbable imlants (polylactates and polyglycolates): rate modification with changes in PLA/PGA copolymer ratios. J Biomed Mater Res 1977; 11: 711–719.

88  Varma S, Lumb WV, Johnson LW, Ferguson HL. Further studies with polyglycolic acid (Dexon) and other sutures in infected experimental wounds. Am J Vet Res 1981; 4: 571–574.

89  Walter EP, Waldhausen JA, Prophet A, Pierce WS. Primary vascular anastomosis in growing pigs: comparison of polypropylene and polyglycolic acid sutures. J Thoracic Cardiovasc Surg 1981; 81: 921–927.

90  Christel P, Chabot F, Leray JL, Morin C, Vert M. Biodegradable composites for internal fixation. In: Winters GL, Gibbons DF, Plenk H, eds. Biomaterials 1980. John Wiley & Sons, 1982: 271–280.

91  Salthouse TN. Tissue response to sutures. In: Rubin LR, ed. Biomaterials in Reconstructive Surgery. St. Louis: Mosby, 1983: 131–142.

92  Higashi S, Yamamuro T, Nakamura T, Ikada Y, Hyon S-H, Jamshidi K. Polymer–hydroxyapatite composites for biodegradable bone fillers. Biomaterials 1986; 7: 183–187.

93  Leenslag JW, Pennings AJ, Bos RRM, Rozema FR, Boering G. Resorbable materials of poly(L-lactide): VI. Plates and screws for internal fracture fixation. Biomaterials 1987; 8: 70–73.

94  Schakenraad JM, Nieuwenhues P, Molenaar I, Helder J, Dykstra PJ, Feijen J. In vivo and in vitro degradation of glycine/DL-lactic acid copolymers. J Biomed Mater Res 1989; 23: 1271–1288.

95  Cooper ML, Hansbrough JF, Spielvogel RL, Cohen R, Bartel RL, Naughton G. In vivo optimization of a living dermal substitute employing cultured human fibroblasts on a biodegradable polyglycolic acid or polylactin mesh. Biomaterials 1991; 12: 243–248.

96  Böstman O, Päivärinta Ü, Partio E et al. The tissue–implant interface during degradation of absorbable polyglycolide fracture fixation screws in the rabbit femur. Clin Orthop Related Res 1992; 285: 263–272.

97  Kobayashi H, Shiraki K, Ikada Y. Toxicity test of biodegradable polymers by implantation in rabbit cornea. J Biomed Mater Res 1992; 26: 1463–1476.

98  Robert P, Mauduit J, Frank RM, Vert M. Biocompatibility and resorbability of a polylactic acid membrane for periodontal guided tissue regeneration. Biomaterials 1993; 14: 353–358.

99  Wetter LA, Dinneen MD, Levitt MD, Motson RW. Controlled trial of polyglycolic acid versus catgut and nylon for appendicectomy wound closure. Br J Surg 1991; 78: 985–987.

100  Fraser RK, Cole WG. Osteolysis after biodegradable pin fixation of fractures in children. J Bone Joint Surg 1992; 74-B: 929–930.

A1043


**ELSEVIER**

Advanced Drug Delivery Reviews 28 (1997) 5–24

advanced
**drug delivery**
reviews

# Biodegradation and biocompatibility of PLA and PLGA microspheres

## James M. Anderson*, Matthew S. Shive

*Institute of Pathology and Department of Biomedical Engineering, Case Western Reserve University, Cleveland, OH 44106, USA*

## Abstract

A fundamental understanding of the in vivo biodegradation phenomenon as well as an appreciation of cellular and tissue responses which determine the biocompatibility of biodegradable PLA and PLGA microspheres are important components in the design and development of biodegradable microspheres containing bioactive agents for therapeutic application. This chapter is a critical review of biodegradation, biocompatibility and tissue/material interactions, and selected examples of PLA and PLGA microsphere controlled release systems. Emphasis is placed on polymer and microsphere characteristics which modulate the degradation behaviour and the foreign body reaction to the microspheres. Selected examples presented in the chapter include microspheres incorporating bone morphogenetic protein (BMP) and leuprorelin acetate as well as applications or interactions with the eye, central nervous system, and lymphoid tissue and their relevance to vaccine development. A subsection on nanoparticles and nanospheres is also included. The chapter emphasizes biodegradation and biocompatibility; bioactive agent release characteristics of various systems have not been included except where significant biodegradation and biocompatibility information have been provided.    © 1997 Elsevier Science B.V.

*Keywords:* Inflammatory response; Foreign body response; Macrophages; Foreign body giant cells; Hydrolytic degradation; Therapeutic agent release; In vivo tissue response

## Contents

1. Introduction ................................................................................................................. 5
2. Biodegradation ............................................................................................................ 6
3. Biocompatibility and tissue/material interactions ......................................................... 10
4. Selected examples of PLA and PLGA microsphere controlled release systems ............. 16
   4.1. Bone morphogenetic protein-BMP ......................................................................... 17
   4.2. Eye ..................................................................................................................... 18
   4.3. Leuprorelin acetate .............................................................................................. 18
   4.4. Central nervous system ........................................................................................ 19
   4.5. Nanoparticles and nanospheres ............................................................................ 19
   4.6. Lymphoid tissue .................................................................................................. 20
5. Conclusions ................................................................................................................ 21
References ...................................................................................................................... 21

## 1. Introduction

The design and development of biodegradable

*Corresponding author. Tel: 216-844-1012; fax: 216-844-8004.

microspheres containing bioactive agents for therapeutic application require a fundamental understanding of the in vivo biodegradation phenomena as well as an appreciation of cellular and tissue responses which determine the biocompatibility of the bio-

0169-409X/97/$32.00    © 1997 Elsevier Science B.V. All rights reserved.
*PII* S0169-409X(97)00048-3

degradable microspheres. The objective of this chapter is to provide an overview of the biodegradation phenomena and the biocompatibility of biodegradable microspheres. This chapter is a critical review of the literature which addresses the biodegradation and biocompatibility issues and is focused on and limited to in vivo interactions and responses. Therefore, studies which have focused on in vitro evaluation of the biodegradation and bioactive agent release characteristics of biodegradable microspheres have not been included in this chapter. In part, this review has as its foundation the efforts of the senior author over the past two decades to provide a fundamental understanding of biodegradation and biocompatibility phenomena as they relate to biodegradable polymers in controlled release systems as well as other biomedical polymers utilized in various applications [1–4].

This review is in three parts: Biodegradation, Biocompatibility and tissue/material interactions, and Selected examples of poly(DL-lactic acid), poly-(L-lactic acid) and poly(lactide-co-glycolide) microsphere controlled release systems. Numerous articles in the scientific literature of biodegradable microspheres address the significant issue of drug delivery rates from biodegradable microspheres but do not contain significant information relative to biodegradation or biocompatibility issues. Therefore, the information provided in these articles has not been addressed in this review nor have these articles been included as references as they add little to our fundamental understanding of biodegradation and biocompatibility of biodegradable microspheres. Nonetheless, bioactive agent release rates are important components in the design and development of biodegradable microspheres containing bioactive agents for therapeutic applications [5]. Selected examples of systems containing specific bioactive agents and their respective characteristics and properties are presented in this special issue.

## 2. Biodegradation

It is generally considered that the mechanism of degradation of aliphatic polyester microspheres is a hydrolytic mechanism [3,5,6]. Investigators have considered the possibility that enzyme catalyzed

degradation may occur but these studies are not convincing [7]. The hydrolytic mechanism of degradation is strongly supported by the detailed efforts of Vert and coworkers on the chemistry of the hydrolytic degradation mechanism as well as morphological studies of microspheres in in vitro and in vivo systems by Visscher et al. and Ikada et al. [6–19].

Vert and coworkers have carried out extensive studies on the size dependence of the hydrolytic degradation of devices based on lactic and glycolic acid polymers [10]. Both in vivo and in vitro studies have identified a heterogeneous degradation in large-sized devices [6,9,10]. The heterogeneous hydrolytic degradation in these systems is characterized by a rate of degradation in the core which is greater than that at the surface of the device. Unlike large-sized or thick PLA/GA polymer devices, microspheres less than 300 microns in diameter undergo a homogeneous degradation with the rate of degradation of the core being equivalent to that at the surface [8]. Morphological evaluation of microspheres from in vivo studies support the homogeneous hydrolytic degradation of microspheres composed of lactic and glycolic acid polymers.

Factors which can modulate the hydrolytic degradation behaviour of lactide/glycolide homopolymer and copolymer microspheres are indicated in Table 1. The biodegradation kinetics of microspheres prepared with lactide/glycolide excipients have been determined in rats [20–22]. Rats were injected intramuscularly in the leg with norethistrone or lypressin microspheres prepared with radiolabelled poly(DL-lactide-co-glycolide) copolymers of varying composition. The radiolabel was incorporated into the excipient by using $^{14}$C-DL-lactide monomer during its polymerization. Fig. 1 shows the in vivo resorption of radiolabelled poly(DL-lactide-co-glycolide) microspheres. Altering the chemical composition by increasing the glycolide mole ratio in the copolymer increases the rate of biodegradation.

Additives through their acidic or basic nature as well as loading level in the case of therapeutic agents may markedly affect the degradation rate of microspheres. Maulding et al. have reported on the acceleration of microsphere degradation rates by incorporation of a tertiary amino compound, thioridazine [23]. These results suggest that the nucleophilic nitrogen of the thioridazine base participated in the degradation of ester bonds as little effect was seen when

*J.M. Anderson, M.S. Shive / Advanced Drug Delivery Reviews 28 (1997) 5–24*

7

Table 1
Factors affecting the hydrolytic degradation behaviour of biodegradable polyesters

- Water permeability and solubility (hydrophilicity/hydrophobicity)
- Chemical composition
- Mechanism of hydrolysis (noncatalytic, autocatalytic, enzymatic)
- Additives (acidic, basic, monomers, solvents, drugs)
- Morphology (crystalline, amorphous)
- Device dimensions (size, shape, surface to volume ratio)
- Porosity
- Glass transition temperature (glassy, rubbery)
- Molecular weight and molecular weight distribution
- Physico-chemical factors (ion exchange, ionic strength, pH)
- Sterilization
- Site of implantation



Fig. 1. In vivo resorption rates of radiolabelled poly(DL-lactide-co-glycolide) microspheres injected intramuscularly in rats. The fastest rate of degradation occurs with the 50:50 copolymer and as the glycolic acid content decreases, the rate of degradation decreases. Modified from Figure 3 in Reference [20].

the amino group of thioridazine was protonated and the salt (pamoate) was incorporated in the microspheres. Basic compounds can catalyze ester linkage scission and thus accelerate polymer degradation. On the other hand, appropriate amounts of basic compounds can neutralize carboxyl endgroups and thus decrease the rate of degradation. This potential effect by the acidic/basic nature of the therapeutic agent incorporated in the microspheres must be considered in the design of the microsphere formulation [6]. The crystallinity of the homopolymer or copolymer comprising the microcapsule may play a significant role in modulating the degradation rate. Pistner et al. have carried out long-term in vivo degradation studies of poly(L-lactide) [24]. Utilizing the same batch of poly(L-lactide), these investigators implanted two types of implants subcutaneously in rats and followed the degradation over an extended period of time. The as-polymerized samples were semicrystalline and were microporous with an open structure. The second type of sample that was implanted was an injection-moulded sample which was amorphous and had a tight structure with a solid skin. Their studies indicated that injection moulding caused a decrease in the molecular weight of the implant specimens and that differences in the degradation

A1046

behaviour of the amorphous and crystalline samples could be explained by degradation of the amorphous components of the two respective specimens. These authors suggested that the semicrystalline, as-polymerized microporous specimens permitted release of low molecular weight degradation products whereas the degradation of the amorphous, injection-moulded solid specimens did not permit release of low molecular weight degradation products and that autocatalytic degradation was prominent in these specimens. For semicrystalline polyesters, degradation first occurs in the amorphous domains and later in the crystalline regions. During the degradation process, the crystallinity gradually increases resulting in a highly crystalline material which is much more resistant to hydrolysis than the starting polymer [25–28]. The increase in crystallinity has been attributed to an increased mobility of the partially degraded polymer chains due to a larger degree of entanglement which enables a realignment of the polymer chains into a more ordered crystalline state. These results point out the possible effects that post-fabrication treatment, i.e., heat or annealing, as well as shelf time may have on the performance of bioactive agent-loaded microspheres.

Porosity of the microspheres may play a major role in enhancing the rate of biodegradation, especially when the pore dimensions are sufficiently large enough to permit cellular migration into the pores of the microsphere. This effect is demonstrated in the recent effort by Isobe and coworkers where 75:25 poly(DL-lactide-co-glycolide) porous microspheres with bone morphogenetic protein were observed to degrade within three weeks following implantation, whereas non-porous microspheres of 74:26 poly(DL-lactide-co-glycolide) would have been expected to degrade over a time period of 20 weeks [29,22]. Porosity may also enhance the diffusion of oligomers and low molecular weight degradation products whose carboxylic chain ends may facilitate the autocatalytic degradation of the polymer.

In this regard, the molecular weight and molecular weight distribution may play a role in the degradation behaviour. A large molecular weight distribution would indicate relatively large numbers of carboxylic endgroups which can facilitate the autocatalytic degradation of the polymer chains. Large or wide molecular weight distributions thus would be expected to accelerate the rate of degradation where-

as a narrow molecular weight distribution would have fewer carboxylic acid endgroups available for autocatalysis.

Given the multiple factors presented in Table 1 which can influence the degradation of microspheres, it is difficult to design microsphere systems for therapeutic agent delivery in which the degradation rates are narrowly specified. Given these multiple factors and the interaction that may occur between therapeutic agent and polymer within microspheres, in vivo studies are necessary to validate the controlled release behaviour and biodegradation rates of any given therapeutic agent/polymer microsphere formulation.

Visscher and colleagues, in an excellent series of studies, have investigated the biodegradation and tissue response to biodegradable injectable microcapsules composed of poly(DL-lactide) and poly(DL-lactide-co-glycolide) [13–16]. In these studies, they have utilized light microscopy (LM, histology), transmission (TEM) and scanning electron microscopy (SEM), carbon radioisotope ($^{14}$C) and molecular weight evaluation techniques to characterize the biodegradation and tissue responses to the biodegradable microcapsules. It must be noted that in their studies, the microcapsules contained bioactive agents; 1%-lysine-8-vasopressin in 50:50 poly(DL-lactide-co-glycolide), 0.40–1.00% lysine-8-vasopressin in poly(DL-lactide), and 9% ergot alkaloid in 50:50 poly(DL-lactide-co-glycolide). A marked difference in the rate of biodegradation was noted between the poly(DL-lactide) microspheres and the poly(DL-lactide-co-glycolide) microspheres following implantation in rat gastrocnemius muscles. The poly(DL-lactide) microspheres exhibited extensive erosion and breakdown at 360 days and at 480 days only residual particulate was noted in the histological studies. In contrast, the poly(DL-lactide-co-glycolide) microspheres demonstrated extensive erosion and breakdown at 56 days with complete degradation at 63 days. The molecular weight loss studies demonstrated that the 50:50 poly(DL-lactide-co-glycolide) microspheres had a half-life (50% loss of molecular weight) of 15 days.

Fig. 2 demonstrates that there is no significant difference in the rate of polymer degradation as demonstrated by the $^{14}$C studies which had lysine-8-vasopressin in the microcapsules as compared to the molecular weight loss studies which evaluated the

A1047

*J.M. Anderson, M.S. Shive / Advanced Drug Delivery Reviews 28 (1997) 5–24*

9



Fig. 2. In vitro-in vivo degradation profile of 50:50 poly(DL-lactide-co-glycolide) microcapsules with lysine-8-vasopressin. The in vivo study was carried out with $^{14}$C radiolabelled polymer. Open circles, $X = 30$ μm average diameter. In vitro studies were carried out with three different microsphere sizes: closed triangles, $X = 30$ μm average diameter, 45–75 μm diameter range; closed circles, $X = 79$ μm average diameter, 75–106 μm diameter range; and closed squares, $X = 130$ μm average diameter, 106–177 μm diameter range.

effect of microcapsule size on the rate of degradation in microcapsules containing 9% ergot alkaloid. Fig. 2 is a composite taken from Figure 5 of reference 16 and Figure 16 of reference 13. Utilizing the aforementioned microscopic techniques, Visscher and coworkers demonstrated a correlation between the actual breakdown of the microcapsules and their loss of radioactivity. It also appears that the two drugs utilized in the studies had either no effect or the same effect on the rate of in vivo polymer degradation.

Strong evidence for the homogeneous hydrolytic degradation mechanism is given by the comparison of loss of molecular weight of the 50:50 poly(DL-lactide-co-glycolide) in three different size fractions of the ergot-containing microcapsules. The sieve sizes and average particle diameter (μm) were <45–75 ($X = 30$); 75–106 ($X = 79$); and 106–177 ($X = 130$). The authors noted that the largest microcapsules ($X = 130$ μm) exhibited a slightly greater tendency to undergo in vivo degradation. However, they concluded that over the microcapsule size ranges examined, minimal differences in the degradation properties of the polymeric matrices of the microcapsules were noted.

The effects of molecular weight and implant site on the in vivo degradation of 75:25 poly(DL-lactide-co-glycolide) microspheres with a diameter range of 53–75 μm have been carried out by Kamei and coworkers [30]. In these studies, two molecular weights of the copolymer were used: 10 000 and 20 000; two implant sites were also used: the subcutaneous tissue and intravenously into the lung. Excellent retrieval and analytical techniques enabled these investigators to demonstrate that the 10 000 molecular weight polymer degraded approximately twice as fast as the 20 000 molecular weight polymer. The 10 000 molecular weight polymer had a half-life of degradation on the order of eight days whereas 18 days was found for the approximate half-life of the 20 000 molecular weight polymer when these molecular weights were used in microspheres and administered subcutaneously in rats. Moreover, it was found that the remaining glycolic acid in the polymer decreased more rapidly than the lactic acid and the lactic acid ratio in the remaining polymer increased with an increase in the weight loss while the L-lactic acid ratio in the lactic acid component was not changed. Degradation in the lung, however, was slightly faster with the 10 000 molecular weight giving a half-life of about four days and the 20 000 molecular weight a half-life of about 14 days. In the lung, the lactic acid ratio in the remaining polymer increased with an increase in the weight loss and the L-lactic acid ratio in the lactic acid was not changed.

A1048

The in vivo degradation properties of 75:25 poly-(DL-lactide-co-glycolide), average molecular weight of 11 000, have been determined in a microsphere preparation containing thyrotrophin releasing hormone [31]. Analysis of in vivo microspheres demonstrated that the remaining thyrotrophin releasing hormone, microsphere weight and copolymer molecular weight decreased monotonically with an approximate half-life of two weeks for each of these three parameters.

Insight into the final stages of the biodegradation of biodegradable microspheres is found in the elegant experiment by Tabata and Ikada utilizing biodegradable microspheres composed of L-lactic acid, DL-lactic acid, or glycolic acid homopolymers and copolymers of different molecular weights and monomer compositions [17–19]. These investigators studied the phagocytosis of microspheres whose diameter was <2 microns in a mouse peritoneal macrophage cell culture system. Microscopic observation indicated that the phagocytosed microspheres were gradually degraded within the macrophage interior with incubation time. These investigators utilized the release of a fluorescent dye encapsulated in the microspheres to follow the final degradation within the cells. The rate of microsphere degradation in the cells was controlled by changing the molecular weight and the monomer composition of the copolymers comprising the microspheres. The fastest degrading system was comprised of a copolymer with 50 mol % glycolic acid and 50 mol % L-lactic acid. Within seven days, complete degradation within the macrophages was noted for this copolymer. Other copolymers ranging in higher or lower glycolic acid content degraded at a slower rate and microspheres were still identifiable within macrophages at seven days. Tabata and Ikada also examined the influence of protein precoating of the microspheres on the rate of phagocytosis of the microspheres. Precoating with bovine serum albumin and several synthetic polymers reduced the extent of phagocytosis whereas precoating with gelatin, fibronectin and IgG enhanced the rate of phagocytosis consistent with the concept of opsonization.

As microspheres larger than 10 microns in diameter are considered to be too large for phagocytosis, the homogeneous hydrolysis rate leading to degradation and resorption reduces the size of these microspheres to a point where they become suscep-tible to phagocytosis by macrophages and foreign body giant cells which comprise the foreign body reaction surrounding the larger microspheres. Given the results of the experiments by Tabata and Ikada, it can be anticipated that once the size of microspheres falls into a range where they can be phagocytosed, the degradation from that point will be rapid and most probably much greater than that observed with microspheres >10 microns in diameter.

Macrophages and foreign body giant cells at the interface of the biodegradable microsphere can produce acid and other agents capable of facilitating the biodegradation process. While the buffered physiologic pH is approximately 7, the interfacial pH between the macrophages and foreign body giant cells and the biodegradable polymer surface may be much lower. Phagolysosomal vacuoles within macrophages have been identified as having a pH as low as 3. Thus, cells of the foreign body reaction may produce acidic concentrations which are four orders of magnitude more acidic than extracellular fluid. From a development perspective, it is recommended that in vitro studies be carried out over the pH range of 3 to 7.

## 3. Biocompatibility and tissue/material interactions

The evaluation of the biocompatibility of implantable delivery systems requires an understanding of the inflammatory and healing responses of implantable materials. Inflammation, wound healing and foreign body responses are generally considered as components of the tissue or cellular host responses to injury [1–4]. The response to injury is initiated by the implantation procedure which in the case of microspheres involves injection of the formulation within a solvent vehicle. Humoral and cellular mechanisms are activated to produce inflammation and healing and the degree to which these mechanisms are perturbed and the extent of the pathophysiologic responses and their resolution are measures of the host reaction to the drug delivery system. Host reactions are considered to be tissue-dependent, organ-dependent and species-dependent.

The sequence of events following implantation of a microsphere drug delivery system is illustrated in Fig. 3 and Table 2. The size, shape, and chemical

A1049



Fig. 3. The temporal variation in the acute inflammatory response, chronic inflammatory response, granulation tissue development, and foreign body reaction to implanted biodegradable microspheres. The acute and chronic inflammatory responses (Phase I) are of short duration, i.e., one to two weeks, regardless of polymer composition of the biodegradable microspheres. The granulation tissue development, foreign body reaction, and fibrosis (fibrous capsule) vary in duration which is dependent upon the rate of polymer biodegradation. Phase III (not shown) follows loss of mass integrity (end of Phase II) and is usually rapid, i.e., weeks. Phase III is characterized by the phagocytosis of microsphere particulate by macrophages and foreign body giant cells.

Table 2
Sequence of local events following implantation: The tissue response continuum

Injury – Injection, Implantation
Acute inflammation – Polymorphonuclear Leukocytes
Chronic inflammation – Monocytes and Lymphocytes
Granulation tissue – Fibroblasts and New Blood Capillaries
Foreign Body Reaction – Macrophages and FBGCs at the Material-Tissue Interface
Fibrosis – Fibrous Capsule

and physical properties of the biomaterial and the physical dimensions and properties of the material, prosthesis, or device may be responsible for variations in the intensity and time duration of the inflammatory and wound healing processes.

Injection of microspheres subcutaneously or intramuscularly results in the implantation of a high surface area/low volume biomaterial into a given tissue volume. Thus, the implant, i.e., volume of microspheres, is distinctly different from the implantation of large-sized devices with comparatively small surface areas. The microsphere implant site is comparable to implant sites seen with open structured foams, porous biomaterials (expanded polytetrafluoroethylene) and fabrics which are knitted, woven or of an open velour structure, i.e., Dacron (Fig. 4 Fig. 5) [2,4].

The sequence of local events following implantation is presented in Table 2 and is generally considered as the tissue response continuum. That is, each individual event leads into the next event from injury to acute inflammation to chronic inflammation to granulation tissue formation to foreign body reaction to fibrous encapsulation. Table 2 also lists the characteristic cell types associated with each event in the tissue response continuum.

In addition to the high surface area/low volume characteristic of implanted microspheres, other characteristic features are noted in the tissue response to this type of implant. As the volume of microspheres within tissue may be considered as an open porous implant, a time lag is present from the onset of acute inflammatory responses at the surface of the microsphere volume to the centre of the microsphere volume. Depending on the packing and the volume of microspheres within an implant site, days to weeks may be required for cellular infiltration from the surface of the microsphere volume to the centre of the microsphere volume. Given the rapid resolution of acute and chronic inflammatory

A1050



Fig. 4. Histology of Medisorb 65:35 poly(DL-lactide-co-glycolide) microspheres subcutaneously in rats at 75 days. The injection site containing microspheres with the granulation tissue and foreign body reactions are encapsulated in a fibrous capsule which has adjacent skeletal muscle on the bottom and adipose tissue on the top of the figure. An arteriole and venule are present within the injection site (to the left of centre). Original magnification 56X.



Fig. 5. Histology of Medisorb 65:35 poly(DL-lactide-co-glycolide) microspheres subcutaneously in rats at 90 days. Vascularity within the fibrous capsule is seen at the top of the photomicrograph. In the mid to lower portions of the photomicrograph, a loss of mass integrity of the microcapsules has occurred with an increase in fibroconnective tissue produced by fibroblasts. Original magnification 88X.

responses with biocompatible materials, the cellular components of these responses may resolve quickly and only monocytes, macrophages and fibroblasts may be observed within the central zone of the microsphere implant site (Fig. 6 Fig. 7). The infiltration of inflammatory cells and in particular, monocytes, macrophages and fibroblasts, results in each microsphere having its attendant tissue/material interaction. This is seen as the foreign body reaction with the presence of monocyte-derived macrophages and foreign body giant cells on the surfaces of the microspheres. Foreign body giant cells are formed by the fusion of monocyte-derived macrophages (Fig. 8) [32].

In addition to the individual microsphere tissue response, the volume of microspheres also elicits a response which is generally seen early as a granulation tissue response which leads to fibrous encapsulation of the entire microsphere implant site, i.e., the entire volume of microspheres. This fibrous encapsulation is preceded by a granulation tissue response with fibroblast proliferation and collagen deposition and new capillary formation (neoangiogenesis) (Fig. 5).

Fig. 3 illustrates the temporal variation in the acute inflammatory response, chronic inflammatory response, granulation tissue development, foreign body reaction, and fibrous encapsulation of implanted biomaterials. It should be noted that Fig. 3 illustrates the responses to microspheres which are

A1051