J.M. Anderson, M.S. Shive / Advanced Drug Delivery Reviews 28 (1997) 5–24                                                                        13



Fig. 6. Histology of Medisorb 65:35 poly(DL-lactide-co-glycolide) microspheres subcutaneously in rats at 90 days. A higher magnification view shows the fibrous capsule with blood capillaries present within fibroconnective tissue. On the right of the photograph, larger channels between microspheres show the presence of increased fibrosis whereas a macrophage predominant reaction with minimal to no fibroblasts is seen below the large blood vessel. Original magnification 140X.



Fig. 7. Histology of Medisorb 65:35 poly(DL-lactide-co-glycolide) microspheres subcutaneously in rats at 90 days. Microspheres of varying sizes and shapes, indicative of biodegradation, are seen as ovoid to irregular open spaces. Multinucleated foreign body giant cells are seen at the tissue/microsphere interfaces. The channels between microcapsules show the presence of fibroblasts identified as having elongated spindle-shaped nuclei and collagen (fibrosis) is present. Original magnification 350X.

larger than 10 microns in diameter. For biocompatible microspheres, the foreign body reaction with interstitial granulation tissue forms within two to three weeks following implantation and is maintained over the time period of degradation to the point where the microspheres are reduced in size to less than 10 microns in diameter [1,33,34]. At this point, phagocytosis of the microspheres by macrophages and foreign body giant cells occurs leading to the final stages of biodegradation and fibrosis. Following complete biodegradation, fibrosis from the implant site fibrous capsule and the fibrosis produced in the granulation tissue response constitutes the implant site. This fibrosis, like all fibrosis in vascularized connective tissue, is metabolically active with collagen being produced and metabolized. With time, the residual fibrosis in the implant site is reduced leaving minimal scar or fibrotic tissue.

The tissue response to injected biodegradable microcapsules may be characterized as occurring in three phases. The first phase (Phase I) occurs within the first two weeks following injection and includes

A1052



Fig. 8. Histology of Medisorb 65:35 poly(DL-lactide-co-glycolide) microspheres subcutaneously at 90 days. This is a higher magnification view of the implant site seen in Figure 7. Multinucleated foreign body giant cells and macrophages are identified at the interface of the microcapsules. At the top of the photomicrograph, fibroblasts and collagen are identified. The large multinucleated foreign body giant cell to the right is most probably on the top surface of a microsphere which was not sectioned in the preparation of the histology slide. This is a common observation in implant sites. Original magnification 840X.

the initiation, resolution, and organization of the acute and chronic inflammatory responses. Given biocompatible biodegradable microspheres, this response is generally similar regardless of the degradation rate of the biodegradable polymer. A minimal inflammatory reaction with the presence of polymorphonuclear leukocytes, lymphocytes, plasma cells, and monocytes is observed. This early or first-phase response may also contain components of mechanical injury created by injection. Minimal acute myositis along the needle track may be observed with the presence of acute and chronic inflammatory cells. Edema and transient acute myositis are predominantly observed with intramuscular injections as compared to subcutaneous injections. Within days, monocytes predominate in the injection site. Monocytes differentiate into or adopt the phenotype of macrophages which are also known as tissue histiocytes.

The second phase (Phase II) of the tissue response to biodegradable microcapsules is initiated by the predominance of monocytes and macrophages. While the components of the second phase of tissue response are similar, the length of time of their persistence in the injection site is determined by the rate of biodegradation of the microcapsules. Monocytes migrating into the site of injury, i.e., injection site, differentiate into macrophages which in turn

may fuse or join together to form foreign body giant cells. Foreign body giant cell formation is surface-dependent and thus is present at the surface or interface of the microcapsules with the tissue. Macrophages may also be observed at the tissue/microcapsule interface. In addition to the local response at the tissue/microcapsule interface, fibrous capsule development is initiated at the onset of the second phase of the tissue response. Fibroblast infiltration with the secretion of collagen, the principal component of the fibrous capsule, and neoangiogenesis, the formation of blood capillaries, is observed surrounding or encapsulating the implant site, i.e., volume of microcapsules, and may also be observed within the interstices or void space between microcapsules.

As previously indicated, the length of time of the second phase of tissue response is dependent upon the rate of biodegradation of the microcapsules. Visscher et al. have shown that 50:50 poly(DL-lactide-co-glycolide) microcapsules have a phase II response of 50 to 60 days whereas the slower degrading poly(DL-lactide) microspheres have a phase II response on the order of 350 to 400+ days [13–16]. As the polymer within the microcapsules degrades, no loss of integrity of the microcapsules may be observed and the phase II tissue response, i.e., the foreign body reaction, remains virtually the

A1053

*J.M. Anderson, M.S. Shive / Advanced Drug Delivery Reviews 28 (1997) 5–24*

same as observed with light microscopy. Eventually, the biodegradable polymer decreases in molecular weight to the point where the integrity of the microcapsules can no longer be maintained and the microspheres break down into particulate which undergo macrophage phagocytosis and complete degradation.

The third phase (Phase III) of tissue response is characterized by the breakdown into particles of the microspheres. The formation of particles, usually of much smaller size than the microspheres, initiates a tissue response which is predominantly macrophages and the continuing degradation of the polymer occurs quickly under these conditions. The length of time of the phase III response appears to be also dependent upon the degradation rate of the polymer with rapidly degrading polymers exhibiting a phase III response of one to two weeks and slower degrading polymers having a phase III response of several weeks to several months. The fibrous capsule formed during the phase II response is enhanced during the phase III response with fibroblasts and neovascularization filling the volume generated by the loss of microsphere volume.

The variation in inflammatory and foreign body giant cell responses that can be achieved by different routes of administration of biodegradable microspheres as well as different implant sites in tissues or organs is shown in the studies by Spenlehauer and coworkers [8]. Injection of 75:25 poly(DL-lactic-co-glycolic acid) microspheres into the portal veins of rats for embolization within the liver was carried out utilizing cisplatin-free microspheres ranging from 40 to 100 μm in diameter. At 24 h, the microspheres were identified within the small vessels of the liver and neither purulent inflammation nor haemorrhage was observed in the hepatic tissue. At three weeks following embolization, the microspheres were intact, only a few macrophages, lymphocytes and small foreign body giant cells were identified at the surfaces of the microspheres. At four weeks after embolization, an alteration in the shape of the microspheres was noted as well as an increase of the inflammatory response and the number and size of foreign body giant cells. The giant cell formation was more apparent at five weeks together with an increase in the loss of integrity of the microspheres. At six weeks following embolization, only remnants of the 75:25 poly(DL-lactic-co-glycolic acid) microspheres were observed. Total resorption of the microspheres was indicated at eight and 12 weeks following embolization.

Directed intravenous administration of biodegradable microcapsules to target organs can alter the inflammatory and healing responses to the presence of the biodegradable microcapsules. As the injury at the site of the microcapsule within tissue is minimal, only a minimal and very focal inflammatory response with giant cell formation is generated. These investigators also noted that the inflammatory response was identical for microspheres prepared with different polymer compositions. It is noteworthy that they identified no residual fibrosis following the complete resorption of microspheres following venous embolization. In part, this may be due to the fact that collections of microspheres are not present but only single, isolated microspheres are present within the venous network within the liver.

In considering the tissue response to biodegradable microspheres, it is important to consider the biologic activity of the drug or therapeutic agent incorporated into the microspheres, especially if the drug or bioactive agent has demonstrable cytotoxic or antiinflammatory and wound healing characteristics. Utilizing three controlled release systems different than microspheres, we have demonstrated that gentamycin, naltrexone, and hydrocortisone acetate may alter or modulate the tissue response [34–36].

Gentamycin, while a useful antibiotic, may exhibit cellular toxicity when present in relatively high concentrations. In comparing a gentamycin/silicone rubber controlled release system to silicone rubber, we found that the gentamycin/silicone system exhibited a statistically significant increase in the acute and chronic inflammatory responses (phase I) observed over the first 14 days following implantation [35]. With gentamycin/silicone, the concentrations of polymorphonuclear leukocytes at days four and seven, mononuclear leukocytes at days seven and 14, and alkaline phosphatase activity at day four, were statistically significantly higher when compared to the silicone only implants and controls (no implants) in the in vivo cage implant system. Biocompatibility studies of naltrexone sustained-release formulations utilizing 90:10 poly(L-lactic-co-glycolide) beads demonstrated a cytotoxic effect with the sustained presence of chronic inflammation (monocytes and lymphocytes) at the tissue/bead interface [34]. This focal chronic inflammatory response was not seen with controls consisting of the polymer alone in bead

form. These studies were carried out in subcutaneous implant sites in rats and rabbits and the chronic inflammatory response was observed over the entire 28-day time period of the study for the naltrexone-containing beads. Although little is known regarding the cytotoxicity and inflammatory effects of opioid agonists and antagonists, morphine has been demonstrated to inhibit the chemotaxis of neutrophils and modify the inflammatory response.

In a similar cage implant study, the effect of hydrocortisone acetate-loaded poly(DL-lactide) films on the inflammatory response was evaluated [36]. Over a 21-day in vivo period, hydrocortisone acetate released from the poly(DL-lactide) markedly reduced the accumulation of all types of leukocytes at the site of inflammation. In addition, fibrous capsule formation observed at day 21 was also markedly decreased. Hydrocortisone acetate is a glucocorticoid commonly used as an anti-inflammatory or immunosuppressive agent and at the microscopic level hydrocortisone acetate inhibits edema, fibrin deposition, capillary dilatation, migration of leukocytes, capillary proliferation (neoangiogenesis), fibroblast proliferation, deposition of collagen and scar formation. Thus, therapeutic agents with anti-inflammatory or immunosuppressive properties may markedly affect both phase I and phase II types of reactions.

Studies utilizing cisplatin in 75:25 poly(L-lactic acid/co-glycolic acid) microspheres in rats have indicated an increased inflammatory reaction at the site of the microsphere implantation [37,38]. A comparison of the inflammatory and foreign body reactions to microspheres containing cisplatin suggested that there was a slight increase in these responses compared to cisplatin-free microspheres. This may be another example of the localized response to the drug released from the microspheres. The multiple benefits gained from the use of this form of delivery of chemotherapeutic anti-tumour agents such as cisplatin far outweigh the slight increase in the localized inflammatory reaction.

Prolonged regional nerve blockade studies have been carried out with injectable biodegradable poly-(DL-lactic-co-glycolic acid) microspheres in rats [39]. Although this study did not provide a histological examination of the tissue response, the results from the study are of interest as dexamethasone, an anti-inflammatory agent, was also incorporated within the biodegradable microspheres containing bupivacaine. While the introduction of dexamethasone did not alter the release kinetics of bupivacaine, it was noted that sensory and motor block up to eight–13 fold relative to bupivicaine-polymer microspheres without dexamethasone was achieved. This may be an example of the case where reduction or inhibition of the inflammatory response reduces the localized degradation of a drug and thus increases its bioavailability.

Downregulation of mouse peritoneal macrophage activation has also been identified with prednisolone incorporated in poly(DL-lactic acid) microspheres [40]. These microspheres were in the size range of 1 to 10 $\mu$m in diameter and thus were phagocytosed by the mouse peritoneal macrophages. Compared to drug-free microspheres, phagocytosed prednisolone-containing microspheres inhibited or reduced the release of the cytoplasmic enzyme lactate dehydrogenase and the lysosomal enzyme $\beta$-glucuronidase. This effect was also noted when the mouse peritoneal macrophages were stimulated with zymosan.

These studies point out two important features of biodegradable microsphere/therapeutic agent systems that must be considered in evaluating the biocompatibility of biodegradable microsphere/therapeutic agent systems. First, the inherent cytotoxicity of the therapeutic agent must be considered as having the potential of altering the inflammatory (phase I) and foreign body reaction (phase II) responses to these types of systems. The histological observation of enhanced or prolonged acute and/or chronic inflammatory responses to these types of systems may be incorrectly attributed to the biodegradable polymer and additives or contaminants which may be present within the polymer. Secondly, these studies point out the importance of carrying out simultaneous control studies utilizing biodegradable microsphere preparations with no therapeutic agents. While it can be anticipated that the majority of biodegradable microsphere/therapeutic agent systems may exhibit no cytotoxicity or no enhanced or prolonged acute and/or chronic inflammation, the potential for therapeutic agents to produce this type of response must be considered in the experimental design and evaluation of such systems.

## 4. Selected examples of PLA and PLGA microsphere controlled release systems

Over the past decade and, in particular, the past five years, extensive efforts by numerous groups

have been made in the development of poly(DL-lactic acid), poly(L-lactic acid) and poly(lactide-co-glycolide) copolymer microsphere controlled release systems for therapeutic application. As such, these efforts have had as their primary focus the study of release rates of therapeutic agents from the biodegradable microspheres. This section of the review focuses on these publications where significant information relative to biodegradation or biocompatibility has been included in the experimental study. As nanospheres or nanoparticles are a subset of microspheres, nanospheres have been included as a subsection and significant issues dealing with the biodegradation and biocompatibility of nanospheres are included in the review.

The use of biodegradable microspheres and nanospheres for vaccine development is a major area of activity in the utilization of biodegradable microspheres and nanospheres/nanoparticles. However, the vast majority of these efforts, as judged by literature citations, is devoted to the evaluation of mucosal and systemic immunity developed by these systems. Rarely is information pertinent to biodegradation or biocompatibility included in these publications. For this reason, vaccine development has not been included as a subsection but significant issues regarding vaccine development and related to biodegradation and biocompatibility may be found within the lymphoid tissue subsection.

### 4.1. Bone morphogenetic protein-BMP

Recombinant human bone morphogenetic protein-2 (rhBMP-2) in an aqueous solution of biopolymer with microparticles of poly(DL-lactide-co-glycolide) has been used to accelerate osseous regeneration in critical-size rat calvarial defects [41]. Using Long-Evans rats, the osteoinductive property of this delivery system with rhBMP-2 was investigated over a 21-day time period utilizing radiography, radiomorphometry, histology and histomorphometry. At 21 days, the longest time period studied, significant bone bridging was noted for the rhBMP-2/poly(DL-lactide-co-glycolide) system. The microparticles are still present at 21 days and exhibit the macrophage/foreign body giant cell reaction (Phase II) at their surfaces. In addition to the new bone, bone marrow constituents were also identified in the implant sites.

A similar study has been carried out in large segmental defects in rat femurs utilizing rhBMP-2 in

poly(DL-lactide-co-glycolide) [42]. As in the aforementioned study, physical characteristics of the biodegradable polymer were not given. The segmental defect study in rat femurs utilized large (430 μm average diameter) and small (247 μm average diameter) microparticles over the nine-week implantation period. Mechanical property studies were carried out on the rat femurs after nine weeks. Failure torque and torsional stiffness of femurs treated with varying doses of rhBMP-2 with small particle sizes gave the highest mechanical performance. While no histological evaluation was carried out in this study, radiographic measurement of the bone mineral density, bone mineral content, and area of bone formation correlated with the enhanced mechanical properties for the small particles with medium to high doses of rhBMP-2.

Saitoh et al. have investigated the usefulness of polylactic acid as a carrier for bone morphogenetic protein [43]. Polylactic acid particles were mixed with demineralized bone and implanted subcutaneously on the intercostal muscles of rats. Histologic examination revealed cartilage formation at two weeks, new bone formation at four weeks, and extensive bone and marrow formation at 24 weeks. The polylactic acid particles were gradually absorbed and completely disappeared at 24 weeks and were replaced by connective tissue.

Mayer and colleagues have reported on maxillary alveolar cleft repair in dogs using rhBMP-2 with 50:50 poly(lactide-co-glycolide) [44]. The biodegradable polymer particles ranged in size from 125 to 250 μm. Histological evaluation at two months indicated no residual 50:50 poly(lactide-co-glycolide) particles and no cellular responses indicative of the presence of particles, i.e., foreign body giant cells and macrophages, were present. Turk et al., investigated the enhanced healing of large cranial defects utilizing osteoinductive protein with beads of three different formulations of copolymers of lactic and glycolic acid [45]. The different molar ratios of lactic and glycolic acid in the copolymers were stated to result in beads that would resorb in approximately six weeks to six months. No details were given on the exact composition of the beads. Moreover, the beads were coated with poly-2-hydroxymethyl methacrylate. Histological evaluation demonstrated the presence of new bone formation and the presence of macrophages and foreign body giant cells in the foreign body reaction to the beads.

A1056

The issue of appropriate and adequate therapeutic doses of rhBMP-2 with biodegradable polymers has been addressed by Hollinger and colleagues [46,47]. These delivery systems use a particulate poly(lactide-co-glycolide) combined with autogenous blood or carboxymethyl cellulose which functions as a carrier system for the rhBMP-2. The rationale for the carrier system is to function as a binder for the particulate poly(lactide-co-glycolide) and aid in localizing the rhBMP-2 at the implantation site.

Poly($\alpha$-hydroxy acids) as carriers for bone morphogenetic proteins have been addressed by Hollinger and Leong [48]. In this review, several important issues regarding the biodegradation of poly($\alpha$-hydroxy acids) are raised. They note that an ideal delivery system would be one in which the polymer would simultaneously erode with bone regeneration. Unfortunately, poly($\alpha$-hydroxy acids) undergo bulk hydrolysis, i.e., bulk erosion, and the particle size does not decrease monotonically with the decrease in molecular weight. A second point raised by these authors is the need for tightly defined temporal biodegradation profiles for the copolymers of lactic and glycolic acid. The presence of crystallinity in the lactic/glycolic acid copolymers may result in phagocytosed particles with their macrophage and foreign body reaction. Thus, crystallinity either imparted in the copolymer prior to implantation or occurring in vivo over the course of the biodegradation may result in an attendant foreign body reaction which is markedly extended in time due to the retardation of biodegradation by the crystallites.

Winet, Hollinger and Stevanovic have evaluated neoangiogenesis, neoosteogenesis and erosion of 51:49 poly(L-lactide-co-glycolide) threads in an in vivo bone chamber [49]. This study is of interest as the extruded threads measured 100 $\mu$m in diameter and thus exhibited a comparable size in two dimensions to biodegradable microspheres. Approximately 50 percent of the poly(DL-lactide-co-glycolide) had degraded by four weeks and complete degradation was achieved in 12 weeks. These authors suggest from the results of these experiments that both delayed angiogenesis and delayed osteogenesis occurred. They suggested that these were secondary consequences of the macrophage response to the eroding poly-L-lactide crystal nanoparticles produced in the degradation products and the influence of reduced nutrient exchange. Neoangiogenesis has not

been quantitatively evaluated within the implant sites of biodegradable lactic acid and glycolic acid polymers and copolymers. Since the implants utilized in this study are dimensionally comparable to biodegradable microspheres, these results may suggest that a similar phenomenon is occurring within the implant sites of biodegradable microspheres. A retardation of and reduction in neoangiogenesis within implant sites of biodegradable microspheres may not only have an impact on the bioavailability of any drug that might be incorporated within the biodegradable microspheres but also on tissue responses when biodegradable microspheres are used as matrices in tissue engineering applications.

## 4.2. Eye

Ogura and Kimura have reported on biodegradable microspheres for targeted drug delivery to the retinal pigment epithelium of the eye [50]. Both 50:50 and 75:25 poly(DL-lactide-co-glycolide) were used for subretinal delivery in rabbits. Retinal pigment epithelium was demonstrated to phagocytose the biodegradable microspheres. Histological evaluation indicated the presence of microspheres at four weeks implantation. In addition, these authors noted that the phagocytosis was enhanced with increasing hydrophobicity of the surface of the biodegradable microsphere. No adverse cellular or tissue reactions were noted in these studies.

## 4.3. Leuprorelin acetate

Okada and colleagues have carried out extensive investigations of the in vivo degradation and in vivo release profiles of leuprorelin acetate, a potent LHRH analogue, from microcapsules and films prepared from polylactic acids and copoly(lactide/glycolide) [5,51]. Utilizing plates 1 mm in thickness and polylactic acid average molecular weights ranging from 6000 to 50 000 and copoly(lactide/glycolide) average molecular weights from 6000 to 13 500, weight losses were determined over a 100-day period as a measure of biodegradation. In this study, copolymer ratios ranging from 90/10 to 55/45 were implanted in rats subcutaneously. In vivo weight loss profiles were biphasic with a lag time followed by a period when the weight fell exponentially. The lag times and the half-lives of the

A1057

*J.M. Anderson, M.S. Shive / Advanced Drug Delivery Reviews 28 (1997) 5–24*                    19

degradation increased with an increase in the molecular weight or a decrease in glycolide content. Release of leuprorelin acetate from polylactic acid microcapsules tended to be comparable to the biodegradation rate of the polymer used and the in vivo release of the drug from copoly(lactide/glycolide) microcapsules tended to be comparable to the biodegradation rate of the polymer.

Biocompatibility studies of 75:25 poly(DL-lactic-co-glycolic acid) containing about 8% leuprorelin displayed a minimal inflammatory reaction and a focal foreign body reaction consisting of macrophages and foreign body giant cells. Good biocompatibility with no inflammation and mild angiogenesis within the fibrous capsule was present with the gradual disappearance of the microspheres following bioerosion over a one-month period.

### 4.4. Central nervous system

The biodegradation of 50:50 poly(DL-lactide-co-glycolide) microspheres, 22 $\mu$m average diameter, in brain tissue and the brain tissue reaction have been investigated over a two-month period [52]. The microspheres were prepared by the solvent evaporation method using methylene chloride and were sterilized by exposure to gamma-irradiation. Stereotaxic implantation into the striatum was carried out on Wistar rats and the biodegradation and tissue response were evaluated at one, ten, 21, 30, 60 and 120 days by standard staining techniques, immunohistochemistry and transmission electron microscopy. Within one day, the microspheres were completely surrounded by activated microglial cells and/or macrophages. At ten days, macrophages, occasional foreign body giant cells and astrocytes were present surrounding the microspheres; a similar reaction was seen at 21 days. At one month, the cellular reaction around the microspheres had strongly decreased. At two months, the cellular reaction was not distinguishable with standard staining and only some remnants of the microspheres could be identified. The tissue reaction at four months was comparable to that at two months. It is noteworthy that at two months, isolated macrophages along the needle tract were identified, as at earlier times, but the cellular reaction to the microspheres had almost completely resolved. Immunohistochemical studies were carried out to evaluate the presence of T lymphocytes to address the issue of potential immunogenicity due to the adjuvant properties of the particulate system. No T lymphocytes were observed at any time point at the implantation site.

Tice and colleagues have investigated the effects of dopamine and norepinephrine biodegradable microspheres to reverse the symptoms of CNS neural degenerative disease [53–55]. Injections of 65:35 poly(DL-lactide-co-glycolide) and 50:50 poly(DL-lactide-co-glycolide) microspheres containing dopamine or norepinephrine were injected into two sites of the dopamine denervated striatum of rats previously unilaterally lesioned with 6-hydroxy dopamine. The slower degrading copolymer, i.e., 65:35 poly(DL-lactide-co-glycolide) containing dopamine or norepinephrine displayed the longest acting effects when compared to the 50:50 poly(DL-lactide-co-glycolide) microspheres. Empty control microspheres showed no changes in symptomatology. Immunocytochemical evaluation of the injection sites revealed growth of dopamine and tyrosine hydroxylase immunoreactive fibres in the striatum of dopamine and norepinephrine microsphere implanted rats. No growth of immunoreactive fibres was noted in rats implanted with empty microspheres.

### 4.5. Nanoparticles and nanospheres

Nanospheres and nanoparticles of PLA and PLGA are generally described as having characteristic dimensions smaller than 10 microns in diameter and thus are available for direct endocytosis or phagocytosis into leukocytes, monocytes, macrophages and other cells of the reticular endothelium system, i.e., liver, spleen, etc. Sites of administration of nanoparticles and nanospheres are direct injection into solid tissues or organs, into body cavities including the intraperitoneal space or pleural space, and intravenously where the nanoparticles embolize to the capillary beds of distant organs such as liver, spleen and lung. Drugs may be incorporated into nanoparticles by three different methods. Drugs may be incorporated within the nanoparticles during the course of the preparation of nanoparticles. In addition, drugs may be adsorbed on preformed nanoparticles or drugs may be chemically bound to the nanoparticles.

Little is known regarding the inflammatory and tissue responses to the injection of nanoparticles.

A1058

However, this is an active area of research by numerous groups because of the broad potential of therapeutic application of these materials [56–60].

Intravenous application of nanoparticles, while offering the opportunity to target drug delivery to organs, may also reduce the efficiency of delivery to the target organ through clearance by the reticuloendothelial system (RES) (also called the MPS, mononuclear phagocyte system). Early studies with intravenously injected nanoparticles identified the RES (MPS) as a major barrier to drug targeting as the cells of this system preferentially phagocytosed the blood circulating nanoparticles and markedly reduced the delivery to selected organs. The results of these studies then led to two paths of research activity in an effort to inhibit RES (MPS) uptake of nanoparticles. Efforts have been directed toward understanding plasma protein (opsonin) adsorption to nanoparticles which may facilitate or inhibit phagocytosis by cells of the RES (MPS) [61–64]. Studies are also ongoing to develop stealth coatings for the nanoparticles such that opsonin protein adsorption to the nanoparticles is inhibited and/or phagocytosis by RES (MPS) is inhibited. Both of these issues are important to the biodegradation and biocompatibility of PLA and PLGA nanoparticles.

Opsonins are plasma proteins which adhere to foreign materials and facilitate the phagocytosis of these materials. The two major opsonins are complement and immunoglobulin. The research groups of Gurny and Couvreur have carried out fundamental studies on the role of plasma and serum opsonins on the internalization of biodegradable nanoparticles. Coatings such as polyethylene glycol (PEG) have been demonstrated to protect biodegradable nanoparticles from extensive uptake by leukocytes and monocytes. Other surfactants have been investigated as coatings to inhibit the opsonization process as well as the phagocytosis process.

In an effort to utilize the properties of polyethylene glycol (PEG) in inhibiting protein adsorption and phagocytosis, several groups have incorporated PEG within the molecular architecture of biodegradable polyesters to produce block copolymer systems. Preliminary investigations in the use of these materials for intravenous and intramuscular application are currently underway [65–67].

These fundamental studies offer the opportunity to investigate the phenotypic expression of inflammatory cells following phagocytosis of nanoparticles under various conditions and modifications. A fundamental knowledge of these processes in circulating inflammatory cells as well as RES (MPS) cells within organs will provide new information on perspective modifications of nanoparticles to inhibit the phagocytic process by the RES (MPS).

## 4.6. Lymphoid tissue

Biodegradable microspheres composed of poly(DL-lactic-co-glycolic acid), 1 to 10 μm in diameter, can be transported into and through Peyer's patches in the gastrointestinal tract, and provide antigens for the development of mucosal or systemic immunity, respectively. Ermak and colleagues have demonstrated that M cells bind and transport microspheres to immunocompetent cells in underlying mucosal lymphoid tissues [68]. Other investigators have found that particles less than 5 μm can be transported through Peyer's patches to peripheral lymphoid organs, whereas particles greater than 5 μm remain within Peyer's patches [69–71]. Administration of biodegradable microspheres which target immune cells within the Peyer's patches may be optimal for initiating mucosal IgA responses whereas biodegradable microspheres which pass through patches may be optimal for the generation of systemic IgG responses. These studies reported no untoward tissue or cellular responses to the biodegradable microspheres within the mucosal epithelium or within the Peyer's patches.

Utilization of biodegradable poly(DL-lactide-co-glycolide) microspheres as an adjuvant for vaccines has been demonstrated by Eldridge, Tice and colleagues [72,73]. As measured by circulating immunoglobulin G (IgG) antitoxin titers, the delivery of Staphylococcal enterotoxin B (SEB) toxoid via poly(DL-lactide-co-glycolide) microspheres, 1 to 10 μm in diameter, induced an immune response which was approximately 500 times that seen with nonencapsulated toxoid when injected subcutaneously in mice. When larger microspheres, 10 to 110 μm, were used, the titer was approximately one-tenth that seen with the smaller microspheres at comparable time periods. Utilizing microspheres with different lactide-to-glycolide ratios, peak IgG titers were approximately the same but the time period to peak IgG titer increased with decreasing glycolide composition. By

A1059

J.M. Anderson, M.S. Shive / Advanced Drug Delivery Reviews 28 (1997) 5–24

21

utilizing mixtures of microspheres with differing lactide/glycolide ratios as well as different microsphere sizes, these authors demonstrated that lactide/glycolide copolymers could be used for discrete pulsatile vaccine release [72,73].

Similar effects on the modulation of the immune response in mice by varying the composition of the biodegradable copolymer or the particle size have been demonstrated with tetanus toxoid and a synthetic malaria antigen. In this study, Gander and colleagues examined the effect of polymer degradation time, microsphere size, antigen release kinetics and immunological responses in mice [74].

## 5. Conclusions

Studies to date indicate that PLA and PLGA microspheres containing bioactive agents are biocompatible and when used in therapeutic applications in vivo do not exhibit untoward reactions either locally or systemically. The biodegradation of PLA and PLGA microspheres occurs through a homogeneous hydrolytic chain cleavage mechanism where the rates of polymer degradation are similar for both the surface and the bulk of the microspheres. However, caution is warranted in the application of this principle in the design and development of microsphere controlled release systems as the bioactive agent incorporated into the microspheres may modulate the hydrolytic degradation rate as well as the tissue response. Other factors such as molecular weight and molecular weight distribution as well as sterilization may also alter the degradation rate of the biodegradable polyesters in microspheres.

The rate of degradation as well as the localized tissue response to microspheres is size-dependent. Microspheres greater than 5 to 10 microns in diameter may not be phagocytosed within macrophages and foreign body giant cells and thus a foreign body reaction is present at the surfaces of these microspheres. Microspheres smaller than 5 microns may undergo phagocytosis by macrophages, foreign body giant cells and other types of cells. Incorporation of these smaller microspheres and nanoparticles or nanospheres may lead to a more rapid degradation of the biodegradable polyester. Regardless of composition, the foreign body reaction with the presence of macrophages and foreign body giant cells is a

common tissue response to microspheres greater than 10 microns in diameter. This reaction is a part of the tissue response continuum and follows the early response and acute and chronic inflammation secondary to implantation or injection injury.

Microspheres composed of PLA and PLGA have proven useful in providing local responses such as the facilitation of rapid bone growth through the use of bone morphogenetic protein or through systemic responses by the release of leuprorelin.

New areas of application, such as the application of PLA and PLGA as controlled release systems in the brain and the development of nanospheres for intravenous application are currently under investigation. Fundamental studies on the opsonization process, i.e., blood protein adsorption to nanosphere surfaces, will provide new insights into the modulation and control of cellular responses and the phagocytic process with nanospheres. Insight into these mechanisms will also facilitate and broaden the application of PLA and PLGA microspheres and nanospheres for vaccine development.

## References

[1] J.M. Anderson, In vivo biocompatibility of implantable delivery systems and biomaterials, Eur. J. Pharm. Biopharm. 40 (1994) 1–8.

[2] J.M. Anderson, Mechanisms of inflammation and infection with implanted devices, Cardiovasc. Pathol. 2(3, Suppl) (1993) 33S–41S.

[3] J.M. Anderson, Perspectives on the in vivo responses of biodegradable polymers, in: J.O. Hollinger (Ed.), Biomedical Applications of Synthetic Biodegradable Polymers, CRC Press, Boca Raton, FL, 1995, pp. 223–233.

[4] J.M. Anderson, Inflammation and the foreign body response, Prob. Gen. Surgery 11 (1994) 147–160.

[5] H. Okada, H. Toguchi, Biodegradable microspheres in drug delivery, Crit. Rev. Therap. Drug Carrier Sys. 12 (1995) 1–99.

[6] S. Li, M. Vert, Biodegradation of aliphatic polyesters, in: G. Scott, D. Gilead (Eds.), Degradable Polymers. Chapman and Hall, London, 1995, Chapter 4, pp. 43–87.

[7] J.M. Schakenraad, M.J. Hardon, J. Feijen, I. Molenaar, P. Nieuwenhuis, Enzymatic activity toward poly(L-lactic acid) implants, J. Biomed. Mater. Res. 24 (1990) 529–545.

[8] G. Spenlehauer, M. Vert, J.P. Benoit, A. Boddaert, In vitro and in vivo degradation of poly(DL- lactide/glycolide) type microspheres made by solvent evaporation method, Biomaterials 10 (1989) 557–563.

[9] M. Vert, J. Mauduit, S. Li, Biodegradation of PLA/GA

polymers: increasing complexity, Biomaterials 15 (1994) 1209–1213.

[10] I. Grizzi, H. Garreau, S. Li, M. Vert, Hydrolytic degradation of devices based on poly(DL-lactic acid) size-dependence, Biomaterials 16 (1995) 305–311.

[11] M. Vert, S.M. Li, H. Garreau, Attempts to map the structure and degradation characteristics of aliphatic polyesters derived from lactic and glycolic acids, J. Biomater. Sci. Polymer Edn. 6 (1994) 639–649.

[12] M. Vert, S. Li, H. Garreau, Recent advances in the field of lactic acid/glycolic acid polymer-based therapeutic systems, Macromol. Symp. 98 (1995) 633–642.

[13] G.E. Visscher, R.L. Robison, H.V. Maulding, J.W. Fong, J.E. Pearson, G.J. Argentieri, Biodegradation of and tissue reaction to 50:50 poly(DL-lactide-co-glycolide) microcapsules, J. Biomed. Mater. Res. 19 (1985) 349–365.

[14] G.E. Visscher, R.L. Robison, H.V. Maulding, J.W. Fong, J.E. Pearson, G.J. Argentieri, Note: Biodegradation of and tissue reaction to poly(DL-lactide) microcapsules, J. Biomed. Mater. Res. 20 (1986) 667–676.

[15] G.E. Visscher, R.L. Robison, G.J. Argentieri, Tissue response to biodegradable injectable microcapsules, J. Biomat. Appl. 2 (1987) 118–130.

[16] G.E. Visscher, J.E. Pearson, J.W. Fong, G.J. Argentieri, R.L. Robison, H.V. Maulding, Effect of particle size on the in vitro and in vivo degradation rates of poly(DL-lactide-co-glycolide) microcapsules, J. Biomed. Mater. Res. 22 (1988) 733–746.

[17] Y. Tabata, Y. Ikada, Macrophage phagocytosis of biodegradable microspheres composed of L-lactic acid/glycolic acid homo- and copolymers, J. Biomed. Mater. Res. 22 (1988) 837–858.

[18] Y. Tabata, Y. Ikada, Protein precoating of polylactide microspheres containing a lipophilic immunopotentiator for enhancement of macrophage phagocytosis and activation, Pharm. Res. 6 (1989) 296–301.

[19] Y. Tabata, Y. Ikada, Phagocytosis of polymer microspheres by macrophages, Adv. Polym. Sci. 94 (1990) 107–141.

[20] L.R. Beck, D.R. Cowsar, D.H. Lewis, Systemic and local delivery of contraceptive steroids using biodegradable microspheres, in: E.S.E. Hafez, W.A.A. Van Os (Eds.), Biodegradables and Delivery Systems for Contraception, MTP Press Limited, 1, 1980, pp. 63–82

[21] T.R. Tice, D.H. Lewis, R.L. Dunn, W.E. Meyers, R.A. Casper, D.R. Cowsar, Biodegradation of microspheres and biomedical devices prepared with resorbable polyesters, in: 9th International Symposium on Controlled Release of Bioactive Materials. The Controlled Release Society, Inc., 1982, pp. 21–25.

[22] T.R. Tice, S.E. Tabibi, Parenteral drug delivery: Injectables, in: A. Kydonieus (Ed.), Treatise on Controlled Drug Delivery. Marcel Dekker, Inc., New York, 1992, pp. 315–339.

[23] H.V. Maulding, T.R. Tice, D.R. Cowsar, J.W. Fong, J.E. Pearson, J.P. Nazareno, Biodegradable microcapsules: acceleration of polymeric excipient hydrolytic rate by incorporation of a basic medicament, J. Contr. Rel. 3 (1986) 103–117.

[24] H. Pistner, D.R. Bendix, J. Muhling, J.F. Reuther, Poly(L-lactide): a long-term degradation study in vivo Part III. Analytical characterization. Biomaterials 14 (1993) 291–304.

[25] O. Bostman, E. Hirvensalo, J. Makinen, P. Rokkanen, Foreign-body reactions to fracture fixation implants of biodegradable synthetic polymers, J. Bone Joint Surg. 72B (1990) 592–596.

[26] E.J. Bergsma, F.R. Rozema, R.R.M. Bos, W.C. De Bruijn, Foreign body reactions to resorbable poly(L-lactide) bone plates and screws used for fixation of unstable zygomatic fractures, J. Oral Maxillofac. Surg. 51 (1993) 666–670.

[27] O. Bostman, Intense granulomatous in inflammatory lesions associated with absorbable internal fixation devices made of polyglycolide in ankle fractures, Clin. Orthop. Rel. Res. 778 (1992) 178–199.

[28] F.R. Rozema, Resorbable poly(L-lactide) bone plates and screws: Tests and applications. Academisch Ziekenhuis Groningen, Afdeling Mondziektenen Kaakchirurgie-Ill. Thesis, Groningen University, 1991.

[29] M. Isobe, Y. Yamazaki, S-i. Oida, K. Ishihara, N. Nakabayashi, T. Amagasa, Bone morphogenetic protein encapsulated with a biodegradable and biocompatible polymer, J. Biomed. Mater. Res. 32 (1996) 433–438.

[30] S. Kamei, Y. Inoue, H. Okada, M. Yamada, Y. Ogawa, H. Toguchi, New method for analysis of biodegradable polyesters by high-performance liquid chromatography after alkali hydrolysis, Biomaterials 13 (1992) 953–958.

[31] T. Heya, H. Okada, Y. Ogawa, H. Toguchi, In vitro and in vivo evaluation of thyrotrophin releasing hormone release from copoly(DL-lactic/glycolic acid) microspheres, J. Pharm. Sci. 83 (1994) 636–640.

[32] A.K. McNally, J.M. Anderson, Interleukin-4 induces foreign body giant cells from human monocytes/macrophages. Differential lymphokine regulation of macrophage fusion leads to morphological variants of multinucleated giant cells, Amer. J. Pathol. 147 (1995) 1487–1499.

[33] K. Yamaguchi, J.M. Anderson, In vivo biocompatibility studies of medisorb® 65/35 DL-lactide/glycolide copolymer microspheres. J. Contr. Rel. 24 (1993) 81–93.

[34] K. Yamaguchi, J.M. Anderson, Biocompatibility studies of naltrexone sustained release formulations, J. Contr. Rel. 19 (1992) 299–314.

[35] J.M. Anderson, R. Marchant, M. McClurken, Tissue response to drug delivery systems: the cage implant system, in: G.I. Zatuchni, A. Goldsmith, J.D. Shelton, J.J. Sciarra (Eds.), Long-Acting Contraceptive Delivery Systems, Harper and Row, 1984, Chapter 23, pp. 248–255.

[36] K.L. Spilizewski, R.E. Marchant, C.R. Hamlin, J.M. Anderson, T.R. Tice, T.O. Dappert, W.E. Meyers, The effect of hydrocortisone acetated loaded poly(DL-lactide) films on the inflammatory response, J. Contr. Rel. 2 (1985) 197–203.

[37] O. Ike, Y. Shimizu, R. Wada, S.-H. Hyon, Y. Ikada, Controlled cisplatin delivery system using poly(DL-lactic acid). Biomaterials 13 (1992) 230–234.

[38] K. Itoi, C.-Y. Tabata, O. Ike, Y. Shimizu, M. Kuwabara, M. Kyo, S.H. Hyon, Y. Ikada, In vivo suppressive effects of copoly(glycolic/L-lactic acid) microspheres containing CDDP on murine tumor cells, J. Contr. Rel. 42 (1996) 175–184.

[39] J. Curley, J. Castillo, J. Hotz, M. Uezono, S. Hernandez,

J.-O. Lim, J. Tigner, M. Chasin, R. Langer, C. Berde, Prolonged regional nerve blockade. Injectable biodegradable bupivacaine/polyester microspheres. Anesthesiology 84 (1996) 1401–1409.

[40] A. Smith, I.M. Hunneyball, Evaluation of poly(lactic acid) as a biodegradable drug delivery system for parenteral administration, Int. J. Pharm. 30 (1986) 215–220.

[41] R. Kenley, L. Marden, T. Turek, L. Jin, E. Ron, J.O. Hollinger, Osseous regeneration in the rat calvarium using novel delivery systems for recombinant human bone morphogenetic protein-2 (rhBMP-2), J. Biomed. Mater. Res. 28 (1994) 1139–1147.

[42] S.C. Lee, M. Shea, M.A. Battle, K. Kozitza, E. Ron, T. Turek, R.G. Schaub, W.C. Hayes, Healing of large segmental defects in rat femurs is aided by RhBMP-2 in PLGA matrix, J. Biomed. Mater. Res. 28 (1994) 1149–1156.

[43] H. Saitoh, T. Takata, H. Nikai, H. Shintani, S.-H. Hyon, Y. Ikada, Effect of polylactic acid on osteoinduction of demineralized bone: preliminary study of the usefulness of polylactic acid as a carrier of bone morphogenetic protein, J. Oral Rehab. 21 (1994) 431–438.

[44] M. Mayer, J. Hollinger, E. Ron, J. Wozney, Maxillary alveolar cleft repair in dogs using recombinant human bone morphogenetic protein-2 and a polymer carrier, Plast. Reconstr. Surg. 98 (1996) 247–259.

[45] A.E. Turk, K. Ishida, J.A. Jensen, J.S. Wollman, T.A. Miller, Enhanced healing of large cranial defects by an osteoinductive protein in rabbits, Plast. Reconstr. Surg. 92 (1993) 593–600.

[46] J. Hollinger, M. Mayer, D. Buck, H. Zegzula, E. Ron, J. Smith, L. Lin, J. Wozney, Poly(α-hydroxy acid) carrier for delivering recombinant human bone morphogenetic protein-2 for bone regeneration, J. Contr. Rel. 39 (1996) 287–304.

[47] J.O. Hollinger, J. Brekke, E. Gruskin, D. Lee, Role of bone substitutes, Clin. Orthop. Rel. Res. 324 (1996) 55–65.

[48] J.O. Hollinger, K. Leong, Poly(α-hydroxy acids): carriers for bone morphogenetic proteins, Biomaterials 17 (1996) 187–194.

[49] H. Winet, J.O. Hollinger, M. Stevanovic, Incorporation of polylactide-polyglycolide in a cortical defect: neoangiogenesis and blood supply in a bone chamber, J. Orthop. Res. 13 (1995) 679–689.

[50] Y. Ogura, H. Kimura, Biodegradable polymer microspheres for targeted drug activity to the retinal pigment epithelium. Survey of Ophthalmology 39 (Suppl.) S-17-S-24, 1995

[51] Y. Ogawa, H. Okada, M. Yamamoto, T. Shimamoto, In vivo release profiles of leuprolide acetate from microcapsules prepared with polylactic acids or copoly(lactic/glycolic) acids and in vivo degradation of these polymers, Chem. Pharm. Bull. 36 (1988) 2576–2581.

[52] P. Menei, V. Daniel, C. Montero-Menei, M. Brouillard, A. Pouplard-Barthelaix, J.P. Benoit, Biodegradation and brain tissue reaction to poly(DL-lactide-co-glycolide) microspheres., Biomaterials 14 (1993) 470–478.

[53] A. McRae, A. Dahlström, S. Hjorth, E.A. Ling, D. Mason, T. Tice, Catecholamine-containing biodegradable microsphere implants: an overview of experimental studies in dopamine-lesioned rats, in: I. Hannin (Ed.), Alzheimer's and Parkinson's Disease, Plenum Press, New York, 1995, pp. 421–427.

[54] A. McRae, E.A. Ling, S. Hjorth, A. Dahlström, D. Mason, T. Tice, Catecholamine-containing biodegradable microsphere implants as a novel approach in the treatment of CNS neurodegenerative disease. A review of experimental studies in DA-lesioned rats, Molec. Neurobiol. 9 (1994) 191–205.

[55] A. McRae, S. Hjorth, A. Dahlström, L. Dillon, D. Mason, T. Tice, Dopamine fiber growth induction by implantation of synthetic dopamine-containing microspheres in rats with experimental hemi-Parkinsonism, Molec. Clin. Neuropathol. 16 (1992) 123–141.

[56] J.-C. Leroux, E. Allémann, F. De Jaeghere, E. Doelker, R. Gurny, Biodegradable nanoparticles – from sustained release formulations to improved site specific drug delivery, J. Contr. Rel. 39 (1996) 339–350.

[57] R. Gref, Y. Minamitake, M.T. Peracchia, V. Trubetskoy, V. Torchilin, R. Langer, Biodegradable long-circulating polymeric nanospheres, Science 263 (1994) 1600–1602.

[58] E. Allémann, R. Gurny, E. Doelker, Drug-loaded nanoparticles – preparation methods and drug targeting issues, Eur. J. Pharm. Biopharm. 39 (1993) 173–191.

[59] E. Allémann, N. Brasseur, O. Benrezzak, J. Rousseau, S.V. Kudrevich, R.W. Boyle, J.-C. Leroux, R. Gurny, J.E. Van Lier, PEG-coated poly(lactic acid) nanoparticles for the delivery of hexadecafluoro zinc phthalocyanine to EMT-6 mouse mammary tumours, J. Pharm. Pharmacol. 47 (1995) 382–387.

[60] E. Allémann, J. Rousseau, N. Brasseur, S.V. Kudrevich, K. Lewis, J.E. Van Lier, Photodynamic therapy of tumours with hexadecafluoro zinc phthalocyanine formulated in PEG-coated poly(lactic acid) nanoparticles, Int. J. Cancer 66 (1996) 821–824.

[61] J.-C. Leroux, F. De Jaeghere, B. Anner, E. Doelker, R. Gurny, An investigation on the role of plasma and serum opsonins on the internalization of biodegradable poly(DL-lactic acid) nanoparticles by human monocytes, Life Sci. 57 (1995) 695–703.

[62] E. Allémann, P. Gravel, J.-C. Leroux, L. Balant, R. Gurny, Kinetics of blood components adsorption on poly(DL-lactic acid) nanoparticles – evidence of complement C3 component involvement. J. Biomed. Mater. Res., 1996, (in press).

[63] R. Fernández-Urrusuno, E. Fattal, J.M. Rodrigues, J. Féger, P. Bedossa, P. Couvreur, Effect of polymeric nanoparticle administration on the clearance activity of the mononuclear phagocyte system in mice, J. Biomed. Mater. Res. 31 (1996) 401–408.

[64] R. Fernández-Urrusuno, E. Fattal, D. Porquet, J. Féger, P. Couvreur, Influence of surface properties on the inflammatory response to polymeric nanoparticles, Pharm. Res. 12 (1995) 1385–1387.

[65] B. Ronneberger, T. Kissel, J.M. Anderson, Biocompatibility of ABA triblock copolymer microparticles consisting of poly(L-lactic-co-glycolic acid) A-blocks attached to central poly(oxyethylene) B-blocks in rats after intramuscular injection, Eur. J. Pharm. Biopharm. 43 (1997) 19–28.

[66] R. Gref, A. Domb, P. Quellec, T. Blunk, R.H. Müller, J.M. Verbavatz, R. Langer, The controlled intravenous delivery of drugs using PEG-coated sterically stabilized nanospheres, Adv. Drug Del. Rev. 16 (1995) 215–233.

[67] B. Ronneberger, W.J. Kao, J.M. Anderson, T. Kissel, In vivo biocompatibility study of ABA triblock copolymers consisting of poly(L-lactic-co-glycolic acid) A blocks attached to central poly(oxyethylene) B blocks, J. Biomed. Mater. Res. 30 (1996) 31–40.

[68] T.H. Ermak, E.P. Dougherty, H.R. Bhagat, Z. Kabok, J. Pappo, Uptake and transport of copolymer biodegradable microspheres by rabbit Peyer's patch M cells, Cell Tissue Res. 279 (1995) 433–436.

[69] J.H. Eldridge, C.J. Hammond, J.A. Meulbroek, J.K. Staas, R.M. Gilley, T.R. Tice, Controlled vaccine release in the gut-associated lymphoid tissues. I. Orally administered biodegradable microspheres target the Peyer's patches, J. Contr. Rel. 11 (1990) 205–214.

[70] J.H. Eldridge, R.M. Gilley, J.K. Staas, Z. Moldoveanu, J.A. Meulbroek, T.R. Tice, Biodegradable microspheres: vaccine delivery system for oral immunization, Curr. Topics Microbiol. Immunol. 146 (1989) 59–66.

[71] J.H. Eldridge, J.K. Staas, J.A. Meulbroek, J.R. McGhee, T.R. Tice, R.M. Gilley, Biodegradable microspheres as a vaccine delivery system, Molec. Immunol. 28 (1991) 287–294.

[72] J.H. Eldridge, J.K. Staas, J.A. Meulbroek, T.R. Tice, R.M. Gilley, Biodegradable and biocompatible poly(DL-lactide-co-glycolide) microspheres as an adjuvant for Staphylococcal enterotoxin B toxoid which enhances the level of toxin-neutralizing antibodies, Infect. Immun. 59 (1991) 2978–2986.

[73] J.H. Eldridge, J.K. Staas, T.R. Tice, R.M. Gilley, Pulsatile delivery of vaccines, in: R. Gurny, H.E. Junginger, N.A. Peppas (Eds.), Pulsatile Drug Delivery – Current Applications and Future Trends. Stuttgart: Wissenschaffliche Verlags gesellschaft, 1993, pp. 163–176.

[74] C. Thomasin, G. Corradin, Y. Men, H.P. Merkle, B. Gander, Tetanus toxoid and synthetic malaria antigen containing poly(lactide)/poly(lactide-co-glycolide) microspheres: importance of polymer degradation and antigen release for immune response, J. Contr. Rel. 41 (1996) 131–145.

A1063

# BIODEGRADABLE RODS VERSUS KIRSCHNER WIRE FIXATION OF WRIST FRACTURES

## A RANDOMISED TRIAL

P. P. CASTELEYN,   F. HANDELBERG,   P. HAENTJENS

*From the Academic Hospital of the Vrije Universiteit Brussel, Brussels*

In a prospective trial, biodegradable polyglycolic acid rods were compared with Kirschner wires for fixation of wrist fractures (Frykman types I, II, V and VI). Fifteen patients were randomly assigned to each treatment group. There was no significant difference between the groups with regard to age, sex ratio and fracture type. Kapandji's pinning technique was used in all cases. There were no significant differences in the results obtained in both groups at final follow-up. At three months and six months the functional results of the Kirschner-wire group were, however, significantly better ($p < 0.05$), due to numerous transient complications from foreign-body reactions to the polyglycolic acid rods.

The use of polyglycolic acid rods is therefore not recommended for the fixation of distal radial fractures.

Metal implants used for osteosynthesis have often to be removed once the fracture has united. This has prompted research into fracture fixation devices which are biodegradable. Polyglycolic acid (PGA) rods have been in clinical use for some years (Rokkanen et al 1985) but in most cases fracture fixation did not depend only on the rods, but was supplemented by a cast. Early joint mobilisation, one of the classical advantages of stable osteosynthesis, was not therefore possible (Hirvensalo 1989). Only two randomised studies have compared bioabsorbable with metal implants (Böstman et al 1987; Hope et al 1991).

We report a randomised, prospective study of wrist fractures fixed with PGA rods or Kirschner (K) wires without cast immobilisation.

## PATIENTS AND METHODS

From November 1989 to August 1990 30 consecutive patients with wrist fractures of the Frykman (1967) types I, II, V or VI were entered into the trial. Informed consent was obtained before inclusion in the study.

All the fractures were closed and the patients had no other injuries. Randomisation to either PGA-rod or K-wire treatment was made using sealed cards; 15 patients were allocated to each group.

All patients were operated on under general or regional anaesthesia. Table I shows the clinical details.

**Table I.** Details of 30 patients with wrist fractures

|  | K-wires | PGA rods |
|---|---|---|
| Age (yr) (range) | 58.2 (23 to 85) | 64.3 (22 to 82) |
| Female : Male | 11 : 4 | 12 : 3 |
| Cause | | |
|   Fall | 11 | 14 |
|   Traffic injury | 2 | 1 |
|   Sports injury | 2 | 0 |
| Left : right | 9 : 6 | 10 : 5 |
| Dominant hand affected | 7 | 7 |
| Fracture type (Frykman) | | |
|   I or II | 9 | 9 |
|   V or VI | 6 | 6 |
| Anaesthesia | | |
|   General | 11 | 13 |
|   Local or regional | 4 | 2 |

**Operative technique.** The fractures are reduced by axial distraction on a fracture table with finger traps on the index and middle fingers, and on the thumb, in abduction. Counter-traction is applied by a post against the distal humerus, the elbow being flexed to 90°.

The fractures are pinned percutaneously using Kapandji's (1976) technique. Under fluoroscopic control, a 2 mm diameter K-wire is introduced through a small dorsal stab incision into the fracture gap perpendicular

P. P. Casteleyn, MD, Associate Clinical Professor
F. Handelberg, MD, Assistant Clinical Professor
P. Haentjens, MD, Assistant Clinical Professor
Department of Orthopaedics and Traumatology, Academic Hospital, Vrije Universiteit Brussel, Laarbeeklaan 101, B-1090 Brussels, Belgium.

Correspondence should be sent to Professor P. P. Casteleyn.

©1992 British Editorial Society of Bone and Joint Surgery
0301-620X/92/6481 $2.00
*J Bone Joint Surg [Br]* 1992; 74-B:858–61.

A1064

BIODEGRADABLE RODS VERSUS KIRSCHNER WIRE FIXATION OF WRIST FRACTURES 859



Fig. 1

Anteroposterior and lateral radiographs of K-wire Kapandji pinning of a Frykman type II fracture.



Fig. 2

Mean functional scores of K-wire and PGA treated groups postoperatively (0) and after 1, 3, 6 and 12 months. The differences are significant at three months and at six months (p < 0.05).

to the long axis of the bone. The pin is rotated until it is tangential to the distal fragment. It is then advanced in a proximal direction and drilled through the opposite cortex of the shaft of the radius. The same procedure is repeated from the lateral side of the radius. Both wires are then cut, with their distal ends left protruding a few millimetres beyond the cortex and lying against the metaphysis. They are buried under the skin and each stab incision is closed by a single stitch.

The K-wires do not transfix the distal fragment but support it like buttresses, or a basket, preventing dorsal and lateral displacement (Fig. 1).

A similar technique is used with the PGA rods (Biofix R : Cyanamid, Fareham, England). Holes have to be predrilled, however, as the rods have blunt ends. The drilling is first performed with a 2.5 mm K-wire, and enlarged by a 3.2 mm drill. The depth of the drill hole is measured so that PGA rods of the right length can be selected. The rods are never cut or shortened. The two 3.2 mm PGA rods are gently tapped home with an applicator sleeve and a mallet.

The rods are more difficult to use than the K-wires because of their radiolucency and the need for predrilling. No cast was applied in either group and patients were encouraged to move their wrists freely from the first postoperative day.

All K-wires were removed after six weeks, under local anaesthesia and without admission to hospital.

**Evaluation.** The patients were examined clinically and radiologically on the first postoperative day and after 1, 3, 6 and 12 months. A five-grade functional score was used to assess the results (Table II) based on the subjective opinion of the patient, the range of motion and the degree of swelling and deformity of the wrist.

The accuracy of reduction and the degree of consolidation were evaluated from anteroposterior and lateral radiographs. The angle between the articular surface and the long axis of the radius was recorded in both planes. The relative lengths of the radius and ulna (radio-ulnar index) were measured on the anteroposterior radiograph.

Statistical evaluation of the data was performed using the t-test, the paired t-test and the Mann-Whitney U test.

## RESULTS

Statistical analysis showed no significant differences preoperatively between the two treatment groups (Table I).

One patient in each group died more than six months postoperatively from causes unrelated to the wrist fracture. One patient in each group failed to attend the one-year follow-up. Both were interviewed by telephone and reported complete functional recovery with no residual disability.

All the fractures united and all the patients achieved either complete functional recovery (grade 1) or incomplete functional recovery with no restriction of daily living skills (grade 2).

The recovery was faster in the K-wire group than in the PGA group with significantly better functional scores (p < 0.05) at three and six months. The final scores showed no significant difference (Fig. 2).

The range of motion at one year was satisfactory in both groups and there was no statistical difference between them (Table III).

The radiographs showed a slight but significant (p < 0.01) loss of reduction in the K-wire group between the first postoperative day and the one-year follow-up. This was also observed in the PGA group, but statistical significance was not reached due to the broad range of the values. The final anatomical results were satisfactory

A1065

860                          P. P. CASTELEYN,  F. HANDELBERG,  P. HAENTJENS



Fig. 3

Radiological evaluation of osteolysis around PGA rods at day 1 and 1, 3, 6 and 12 months, showing its appearance at 3 months progressive resolution at and after one year.

**Table II.** Functional grading based on subjective assessment and objective evaluation

|  | Grade |
|---|---|
| Complete functional recovery | 1 |
| Incomplete functional recovery No restriction of daily living skills | 2 |
| Moderate restriction of daily living skills and leisure activities | 3 |
| Severe restriction of daily living skills and leisure activities | 4 |
| Complete functional loss | 5 |

**Table III.** Range of motion (degrees; mean ± SD) one year postoperatively in the two treatment groups

|  | K-wires | PGA rods |
|---|---|---|
| Dorsal extension | 53.8 ± 13.7 | 55.0 ± 18.5 |
| Volar flexion | 63.1 ± 13.0 | 53.1 ± 17.9 |
| Radial deviation | 20.4 ± 5.6 | 23.1 ± 7.2 |
| Ulnar deviation | 20.8 ± 6.1 | 19.2 ± 7.9 |
| Pronation | 86.1 ± 8.7 | 86.9 ± 4.3 |
| Supination | 86.1 ± 5.5 | 85.0 ± 7.6 |

in both groups: there was no statistical difference between them (Table IV).

**Complications.** In the K-wire group two patients presented after four weeks with ruptures of the extensor pollicis longus tendon caused by the protruding pins. Both were treated by tendon grafting and achieved a grade 1 functional result, with satisfactory thumb motion and strength. In the same group, one patient developed reflex sympathetic dystrophy which had completely resolved at one year.

Complications were more frequent in the PGA group and were all related to the degradation and resorption of the PGA rods. After uneventful wound healing and progressive fracture consolidation, seven patients developed painful, erythematous, fluctuant swellings around the dorsal and/or lateral wound scars. This complication occurred between eight and 18 weeks postoperatively. In six of these patients a sinus formed and only closed after four to six weeks. Bacteriological cultures of the drainage fluid were all negative. Histological examination, performed in one patient, showed a non-specific foreign-body reaction with abundant giant cells.

Two other patients developed carpal tunnel syndrome from swelling around the volar extremity of a PGA rod introduced from the dorsum. Surgical decompression was necessary to relieve the symptoms in one but in the other the pain resolved spontaneously.

The radiological follow-up revealed severe osteolytic reactions around the rods in nine of the 15 patients in the PGA group. This was most obvious between three and six months, and had regressed or disappeared at one year (Fig. 3). Osteolysis was seen in both patients with carpal tunnel syndrome and in five of the seven who developed swellings. Milder degrees of osteolysis were seen in two wrists which did not have subcutaneous fluid accumulation. The mean age of the PGA-treated patients with fluid accumulation and/or osteolysis was 67.2 years (55 to 82) and did not differ significantly from the mean age of those without this complication (56.5 years: 22 to 74).

Fluid accumulation and osteolysis did not influence the final functional or anatomical result.

## DISCUSSION

Our study has shown that the functional and anatomical results of biodegradable implants can equal those of K-wire fixation in wrist fractures.

The complications of K-wire fixation reported in this series are typical of the Kapandji technique in which the extensor pollicis tendon seems to be at risk. The number of extensor pollicis longus lesions was, however,

A1066

BIODEGRADABLE RODS VERSUS KIRSCHNER WIRE FIXATION OF WRIST FRACTURES       861

**Table IV.** Anatomical result evaluated by radiographs one year postoperatively in the two treatment groups (mean ± SD)

|  | K-wires | PGA rods |
| --- | --- | --- |
| Anteroposterior radial angle | 19.8° ± 4.8° | 20.9° ± 3.0° |
| Lateral radial angle | 2.9° ± 6.0° | 3.8° ± 11.5° |
| Radio-ulnar index (mm) | −1.1 ± 2.5 | −1.1 ± 2.7 |

unusually high in this series and compares poorly with our previous experience of two lesions in more than 100 wrist pinnings and with an incidence of 1.9% reported by Peyroux et al (1987).

The numerous complications in the group treated by PGA rods are all related to the degradation and resorption of the material and can be attributed to foreign-body and immune reactions to PGA (Böstman et al 1990; Santavirta et al 1990). Reactions of this type have been reported in 5% to 25% of cases so treated, depending on the anatomical location of the fracture (Böstman et al 1990).

The patients' age and the volume of PGA may both influence the appearance of these complications. A study of elbow fractures in young children treated by small 2 mm diameter PGA rods revealed no osteolysis (Hope et al 1991). The ends of the rods which protrude from the bone subcutaneously in the Kapandji pinning technique may have increased the problem of fluid accumulation in our series.

Böstman (1991a, b) interpreted osteolysis as a sign of increased intra-osseous pressure exerted by the liquid polymeric debris retained in a drill channel open only at one end and he suggested perforation of the cortex at both ends. This hypothesis is invalidated by our observation of osteolysis in 60% of our cases, in all of which the drill channels perforated both cortices.

The main theoretical advantage of biodegradable implants is the avoidance of the need for implant removal. The cost of PGA rods is more than 20 times that of K-wires, however, and the management cost and inconvenience of the late inflammatory reactions more

than offset the disadvantage of K-wire removal under local anaesthesia in the out-patient clinic.

**Conclusions.** This prospective randomised study showed no significant difference between the final functional and anatomical results of wrist fractures pinned with PGA rods or K-wires.

The high complication rate in patients treated by PGA rods, however, means that we cannot advocate their use for Kapandji wrist pinning.

Although none of the authors have received or will receive benefits for personal or professional use from a commercial party related directly or indirectly to the subject of this article, benefits have been or will be received but are directed solely to a research fund, foundation, educational institution, or other non-profit institution with which one or more of the authors is associated.

REFERENCES

Böstman OM. Absorbable implants for the fixation of fractures. *J Bone Joint Surg [Am]* 1991a; 73-A:148-53.

Böstman OM. Osteolytic changes accompanying degradation of absorbable fracture fixation implants. *J Bone Joint Surg [Br]* 1991b; 73-B:679-82.

Böstman O, Vainionpää S, Hirvensalo E, et al. Biodegradable internal fixation for malleolar fractures: a prospective randomised trial. *J Bone Joint Surg [Br]* 1987; 69-B:615-9.

Böstman O, Hirvensalo E, Mäkinen J, Rokkanen P. Foreign body reactions to fracture fixation implants of biodegradable synthetic polymers. *J Bone Joint Surg [Br]* 1990; 72-B:592-6.

Frykman G. Fracture of the distal radius including sequelae – shoulder-hand-finger syndrome, disturbance in the distal radio-ulnar joint and impairment of nerve function: a clinical and experimental study. *Acta Orthop Scand* 1967; Suppl 108.

Hirvensalo E. Fracture fixation with biodegradable rods: forty-one cases of severe ankle fractures. *Acta Orthop Scand* 1989; 60:601-6.

Hope PG, Williamson DM, Coates CJ, Cole WG. Biodegradable pin fixation of elbow fractures in children: a randomised trial. *J Bone Joint Surg [Br]* 1991; 73-B:965-8.

Kapandji A. L'osteosyntese par double embrochage intra-focal: traitement fonctionnel des fractures non-articulaires de l'extrémité inférieure du radius. *Ann Chir* 1976; 30:903-8.

Peyroux LM, Dunaud JL, Caron M, Ben Slamia I, Kharrat M. La technique de Kapandji et son évolution dans le traitement des fractures de l'extrémité inférieure du radius: a propos du'une série de 159 cas. *Ann Chir Main* 1987; 6:109-22.

Rokkanen P, Böstman O, Vainionpää S, et al. Biodegradable implants in fracture fixation: early results of treatment of fractures of the ankle. *Lancet* 1985; 1:1422-4.

Santavirta S, Konttinen YT, Saito T, et al. Immune response to polyglycolic acid implants. *J Bone Joint Surg [Br]* 1990; 72-B: 597-600.

A1067

JOURNAL OF MATERIALS SCIENCE: MATERIALS IN MEDICINE 8 (1997) 265–269

# Biocompatibility of solid poly (ortho ester)

M. EKHOLM*‡, A. SALO*‡, S. SYRJÄNEN§, P. LAINE*, C. LINDQVIST*,
M. KELLOMÄKI‡‡, I. VIRTANEN‡, R. SUURONEN*
* Department of Maxillofacial Surgery, Department of Surgery, Helsinki University Central
Hospital, Helsinki, Finland
‡ Department of Anatomy, Institute of Biomedicine, University of Helsinki, Helsinki, Finland
§ Department of Oral Pathology, University of Turku, Turku, Finland
‡‡ Institute of Biomaterials, Tampere University of Technology, Finland

In previous studies poly (ortho ester) (POE) has shown promise as a resorbable device,
a hemostatic sealant and as a carrier for drugs in bone surgery. The aim of this study was to
evaluate the tissue reactions of solid poly (ortho ester) implanted into both tibiae of 17
rabbits. One half of the rods were sterilized by gamma radiation and the other half by
ethylene oxide. The follow-up times were from 1 week to 21 weeks, after which the animals
were killed and the bony specimens examined histologically. The connective tissue samples
were examined immunohistochemically in order to study the occurrences of two
extracellular matrix glycoproteins, tenascin and fibronectin. The results showed that solid
poly (ortho ester)s induce a moderate inflammatory reaction for 9 weeks. Tenascin and
fibronectin were present in samples from 1 week up to 4 weeks. It was also found that
gamma sterilized POE was resorbed at week 7 and ethylene oxide sterilized POE at week 13.

## 1. Introduction

Today some fractures and osteotomies can be fixed with
biodegradable devices instead of metallic ones. The poly-
mers most often used are poly (lactic acid) (PLA) and
poly (glycolic acid) (PGA). As the devices do not need to
be removed, patient suffering and the cost to the hospi-
tal can be reduced. However, abacterial inflammatory
reactions have been noticed after the clinical introduc-
tion of these devices [1–5]. Both swelling and pain at the
site of implantation have also been reported. The eti-
ology of this inflammatory reaction is still unknown
despite numerous studies [3, 5, 6]. An ongoing search for
new biocompatible materials is thus necessary.

Poly (ortho ester)s (POE) are a group of synthetic
bioerodible polymers. Devices made of poly (ortho es-
ter)s can be formulated so that the device undergoes
surface erosion, e.g., the polymeric device degrades only
at its surface and becomes thinner with time rather than
crumpling. This may be the reason for minor foreign
body reaction compared with PLA or PGA. In studies
where wax-like poly (ortho ester)s have been implanted
into rats, tissue reactions have been reported to be
moderate [7–9]. In this study, we have assessed tissue
reactions of solid POE both histologically and im-
munohistochemically. The devices were implanted into
bone. Also resorption time of the material from the tissue
and the influence of sterilization method are reported.

## 2. Materials and methods
### 2.1. Experimental animals and implant material

Seventeen adult rabbits (New Zealand White) of both
sexes, weighing from 3000 g to 4000 g were used as
experimental animals. Solid poly (ortho ester) was
used as an implant material (SRI International, Menlo
Park, CA, USA). The molecular weight of the polymer
was 140 000 and its chemical structure is shown in
Fig. 1. It has a structure comprised of a 20/80 ratio of
linear and cyclic blocks. Polymer synthesis has been
described by Heller et al. [10].

Implant samples were prepared in the Biomaterials
Laboratory, Tampere University of Technology, Fin-
land. The polymer power was ultrasonically melted to
2 mm thick plates from which rods were sawn. The
rods had dimensions approximately 2 mm × 2 mm ×
5 mm. The first group of rods was sterilized by gamma
radiation (Kolmiset Oy, Ilomantsi, Finland) with
a minimum dose of 25 kGy. The second group of
devices was sterilized with ethylene oxide (Bioscience
Oy, Tampere, Finland).

### 2.2 Operative procedure

There was no preoperative fasting. The rabbits were
anesthetized with subcutaneous (s.c.) medetomidine
0.3 mg/kg (Domitor® 1 mg/ml, Lääkefarmos, Turku,
Finland) and ketamine hydrochloride 50 mg/kg
(Ketalar® 50 mg/ml, Parke-Davis, Barcelona, Spain).
They also received 150 000 IU bentzylpenicillin
procaine and 150 000 IU bentzatine penicillin (Du-
plocillin la®, Gist-Brocades NV Delt-Holland) s.c.
preoperatively for infection prophylaxis. The lateral
sides of both tibias were shaved and scrubbed with an
antiseptic solution, chlorhexidine gluconate (Klor-
hexol® 5 mg/ml, Leiras, Finland). An incision was
made laterally on the distal end of the tibia and the

A1068



*Figure 1* The chemical structure of studied poly (ortho ester).

*Figure 2* Schematic drawing of the surgical technique.

**TABLE I** Follow-up schedule

| Follow-up time (weeks) | Number of rabbits |
| --- | --- |
| 1 | 1 |
| 2 | 2 |
| 3 | 2 |
| 4 | 2 |
| 7 | 2 |
| 8 | 3 |
| 9 | 2 |
| 13 | 1 |
| 17 | 1 |
| 21 | 1 |

periosteum was reflected down to the bone. A small defect was drilled with a cylindrical bur through cortical bone to the bone marrow. Implants were inserted into the bone so that part of the implant was placed into the bone marrow and another part into the cortical bone (Fig. 2). The gammasterilized rods were inserted into the right tibia (group A) and the ethyleneoxide sterilized (group B) into the left tibia. Incisions were closed by absorbable sutures (Dexon®).

### 2.3. Postoperative procedure
All animals were fed *ad libitum* after the surgical procedure and they were free to move in their cages.

### 2.4. Follow-up times and specimens
Follow-up times were 1, 2, 3, 4, 7, 8, 9, 13, 17 and 21 weeks (Table I). After the follow-up time the animals were killed by administering an overdose of pentobarbital (Mebunat®, Orion, Turku, Finland) and both tibias were exarticulated. For histologic studies the bony specimens were fixed in 70% alcohol and embedded in methylmetacrylate [11]. They were cut into 5 μm sections, stained by the Masson–Goldner method [12] and evaluated by light microscopy. The formation of osteoid, growth of granulation tissue, amount of inflammatory and giant cells and foreign body reaction were evaluated from the specimens and graded from 0 to 3 (0 = none, 1 = slight, 2 = moderate, 3 = abundant). The average grade for each specimen was then calculated.

After careful dissection a sample for immunohistochemistry was taken from the connective tissue facing the implant. The samples were snap frozen in precooled isopentane contained in vials in a slurry of ice and stored at −70°C. Cryosections 5 μm thick were cut, air dried and briefly fixed with cold acetone. Indirect immunofluorescence microscopy was performed by using monoclonal antibodies (Mabs) 100EB2 [13] against human tenascin and 52DH1 [14] against human cellular fibronectin. The specimens were incubated with the Mabs for 30 min. Fluorescein isothiocyanate (FITC)-coupled sheep anti-mouse IgG antiserum (Jackson Laboratories, West Grove, PA) was then applied. The specimens were evaluated by

Leitz Aristoplan© fluorescence microscope equipped with appropriate filters for immunohistochemistry.

## 3. Results
### 3.1. Histologic study
The site of implantation was clearly visible in all samples during the first two weeks (Fig. 3a). After that the region became more difficult to recognize until week 17, when it was no longer visible. Bone formation was strongest at weeks 1, 2 and 3 (Figs. 3b, 3c and 4) in both groups. Some osteoid formation was also seen at weeks 4, 7, 8 and 9. Slight formation of granulation tissue around implants was seen until week 8 and week 13 in groups A and B, respectively (Figs. 3d and 5). A few inflammatory cells were present until week 13 and week 9 in group A and group B, respectively (Fig. 6). The number of giant cells was highest during the first four weeks, and after week 13 they were no longer found (Fig. 7). The foreign body reaction was stronger in group B (ethylene oxide sterilized POE) than in group A (gamma sterilized POE) and it lasted longer (group A week 8 and group B week 17, Fig. 8).

### 3.2. Immunohistochemical study
Some tenascin and fibronectin immunoreactivity was detected in connective tissue bordering POE-implant from first to fourth postoperative weeks (Fig. 9a). However, no highly fluorecent tenascin or fibronectin layer facing the implant was seen. After fourth postoperative week no tenascin or fibronectin immunoreactivity was detected in connective tissue (Fig. 9b).

## 4. Discussion
The use of metallic devices for fracture fixation is considered to be a reliable method for achieving undisturbed fracture healing. However, there are several disadvantages in the use of these metallic implants. One is bone athropy from stress shielding by the rigid bone plates and screws. Other disadvantages are pain, infection, the possibility of corrosion and even carcinogenic potential. Also they need to be removed after the fracture has healed. Bioresorbable fracture fixation devices are an alternative to metallic devices. In the beginning, poor strength of biodegradable

266

A1069



*Figure 3* (a) Implant still visible surrounded by fibrotic granulation tissue and osteoid. (b) Abundant osteoid formation in a specimen taken one week after implantation. (c) Strong bone formation in a 3-week specimen. (d) A thick layer of granulation tissue around the implant area. Several giant cells are found in inflammatory reaction.



*Figure 4* Formation of osteoid: ■ gamma sterilized; □ ethylene oxide sterilized.



*Figure 6* Inflammatory cell infiltration: ■ gamma sterilized; □ ethylene oxide sterilized.



*Figure 5* Presence of granulation tissue: ■ gamma sterilized; □ ethylene oxide sterilized.



*Figure 7* Presence of giant cells: ■ gamma sterilized; □ ethylene oxide sterilized.

267

A1070



*Figure 8* Foreign body reaction: ■ gamma sterilized; □ ethylene oxide sterilized.





*Figure 9* Immunofluorescence micrographs: (a) demonstrating fibronectin immunoreactivity close to the implant in a 2-week specimen; (b) showing no clear fibronectin immunoreactivity detectable in a 9-week specimen.

devices was a problem, but by better material management that has now been resolved [15]. Unfortunately after clinical introduction of these devices, unaccountable abacterial inflammatory reactions have been noticed and about 6% of patients operated on with polyglycolide devices have developed a tissue reaction at the site of implantation [3]. Microscopic examination showed an intense inflammatory response composed of neutrophilic polymorphonuclear leukocytes and small lymphocytes. Another common finding was the occurrence of monocyte-macrophages and foreign-body-type giant cells. These reactions have been found some months [3] or even some years after operation [1, 5] with PGA and PLA, respectively. Yet, no such reactions have so far been detected with self-reinforced poly (L-lactide) fracture fixation devi-

ces (Törmälä, personal communication). The reason for this tissue reaction is not yet known, but it has been suggested that local tissue tolerance and transport potential are important [2]. Also, the incidence of inflammatory reaction around the implants has been shown to vary with different anatomic regions [2].

In this study, we have found that POE causes minimal tissue reaction, which is in agreement with previous studies [7–9]. Only a mild inflammatory reaction with some giant cells was noted. Resorption of materials sterilized with ethylene oxide was slower than that of gamma sterilized materials. Gamma irradiation reduces molecular weight so that resorption times are shorter. Ethylene oxide sterilization does not reduce molecular weight. This finding is in agreement with the studies of Lähde *et al.* [16]. The resorption times for solid ethylene oxide sterilized POE and for solid gamma sterilized POE were 13–17 weeks and 8 weeks, respectively.

We also analysed the expression of two extracellular matrix glycoproteins, tenascin and fibronectin. Tenascin is absent from most normal adult tissues but is strongly expressed during inflammatory processes, wound healing and in neoplastic tumors including sarcomas, melanomas and carcinomas [17, 18]. It is also expressed during acute and chronic tissue rejections [19]. During wound healing, tenascin is regularly detectable in wounds older than 5 days and is generally dispersed within 21–45 days. There after it is regarded as pathological [20, 18]. Fibronectin is not found in normal adult tissue, but is present in fetal tissue. It is expressed during wound healing, rejection and in tumor stroma [19, 21]. In this study neither tenascin nor fibronectin were found in the specimens after follow-up at 4 weeks. Kontio *et al.* [22] studied connective tissue capsules around PLA-implants, and they found tenascin and fibronectin during the whole 48-week follow-up period. They suggested that PLA induces a prolonged tissue response different from conventional wound healing. The high expression of tenascin and fibronectin close to the implants might be an early sign of subclinical rejection. If this is shown to be true, the biocompatibility of POE might be better than that of PLA.

We conclude that POE causes only a moderate inflammation reaction for 9 weeks. Giant cells are also found during the first 4 weeks. More studies with different experimental animals are needed to confirm the biocompatibility of POE and to estimate mechanical properties and the possible use of POE as fracture fixation devices.

## Acknowledgements

This work was financially supported by the Scientific Committee for National Defence. The authors thank Ms Taina Hutko for preparing the histological specimens.

## References

1. E. J. BERGSMA, F. R. ROZEMA, R. R. BOS and W. C. BRUIJN DE, *J. Oral Maxillofac. Surg.* 51 (1993) 666.

2. O. BÖSTMAN, E. HIRVENSALO, J. MÄKINEN and P. ROKKANEN, *J. Bone Joint Surg.* 72B (1990) 592.
3. O. BÖSTMAN, *Clin. Orthop.* 278 (1992) 193.
4. J. EITENMULLER, A. DAVID and G. MUHR, in Proceedings of 92 Congrès Francais de chirurgie, Paris, 1990.
5. F. R. ROZEMA, Doctoral thesis, University of Groningen, Groningen, The Netherlands, 1991, p. 61.
6. S. SANTAVIRTA, Y. KONTTINEN, T. SAITO, M. GRÖNBLAD, E. PARTIO, P. KEMPPINEN and P. ROKKANEN, *J. Bone Joint Surg.* 72B (1990) 597.
7. E. M. PINHOLT, E. SOLHEIM, G. BANG and E. SUDMANN, *J. Oral Maxillofac. Surg.* 50 (1992) 1300.
8. E. SOLHEIM, E. M. PINHOLT and E. SUDMANN, *J. Biomed. Mater. Res.* 26 (1992) 791.
9. B. SUDMANN, O. ANFINSEN, G. BANG, R. KOPPANG, Ø. STØLEN, H. STROMME KOPPANG and E. SUDMANN, *Acta Orthop. Scand.* 64 (1993) 336.
10. J. HELLER, S. Y. NG and B. K. FRITZINGER, *Macromolecules* 25 (1992) 3362.
11. R. K. SCHENK, *Acta Anat.* 60 (1965) 1965.
12. J. GOLDNER, *Amer. J. Pathol.* 14 (1938) 237.
13. A. A. HOWEEDY, I. VIRTANEN, L. LAITINEN, N. S. GOULD, G. K. GOGOULIS and V. E. GOULD, *Lab. Invest.* 63 (1990) 798.
14. T. VARTIO, L. LAITINEN, O. NÄRVÄNEN, M. CUTOLO, L. E. THORNELL, I. ZARDI and I. VIRTANEN, *J. Cell Sci.* 88 (1987) 419.
15. P. TÖRMÄLÄ, J. VASENIUS, S. VAINIONPÄÄ, J. LAIHO, T. POHJONEN and P. ROKKANEN, *J. Biomed. Mater. Res.* 25 (1991) 1.
16. H. LÄHDE, T. POHJONEN, V. P. HEPONEN, S. VAINIOPÄÄ, P. ROKKANEN and P. TÖRMÄLÄ, in Abstract book of the VIth International Conference on Polymers in Medicine and Surgery, Leeuwenhorst, Holland, 1989, p. 1/7.
17. R. CHIQUET-EHRISMANN, E. MACKIE, C. PEARSON and T. SAKAKURA, *Cell* 47 (1986) 131.
18. M. LUOMANEN and I. VIRTANEN, *Oral Pathol. Med.* 22 (1993) 41.
19. V. GOULD, LACABE-MARTINEZ, I. VIRTANEN, K. SAHLIN and M. SCHWARTZ, *Lab. Invest.* 67 (1992) 71.
20. P. BETZ, A. NERLICH, I. TUBEL, R. PENNING and W. EISENMENGER, *J. Legal Med.* 105 (1993) 325.
21. B. CARNEMOLLA, E. BALZA, A. SIRI, L. ZARDI, M. NICOTRA, A. BIGOTTI and P. NATALI, *J. Cell Biol.* 108 (1989) 1139.
22. R. KONTIO, A. SALO, R. SUURONEN, P. TÖRMÄLÄ, C. LINDQVIST, J. MEURMAN and I. VIRTANEN, *J. Orthop. Res.* (submitted).

*Received 17 May*
*and accepted 11 July 1996*

A1072



**ELSEVIER**

Journal of Controlled Release 48 (1997) 115–129

journal of
**controlled
release**

# New generation of poly(ortho esters): synthesis, characterization, kinetics, sterilization and biocompatibility

M. Zignani[a], A. Merkli[a], M.B. Sintzel[a], S.F. Bernatchez[a], W. Kloeti[b], J. Heller[c], C. Tabatabay[a], R. Gurny[a,*]

[a]*School of Pharmacy, University of Geneva, 30 Quai E. Ansermet, CH-1211 Geneva 4, Switzerland*
[b]*Department of Physical Chemistry, Mass Spectrometry Lab, University of Geneva, CH-1211 Geneva 4, Switzerland*
[c]*APS Research Institute, Redwood City, CA 94063 USA*

Received 24 June 1996; revised 26 November 1996; accepted 24 December 1996

## Abstract

After a brief historical overview of the development of three families of poly(ortho esters) (POEs), the physico-chemical characteristics, drug release properties and biocompatibility of the third generation is discussed. Its synthesis is based on a transesterification reaction between 1,2,6-hexanetriol and trimethylorthoacetate. This viscous hydrophobic polymer has been used for the sustained release of 5-fluorouracil (5-FU) or mitomycin C (MMC) in glaucoma filtering surgery. It shows a good correlation between drug release and polymer erosion and can be injected using a hydraulic syringe. Drug release can be modulated by using different molecular weights of the polymer, or by adding basic or acidic excipients. Because conventional sterilization methods using gamma or electron beam-irradiation can not be used due to changes in molecular weight and dynamic viscosity resulting from backbone cleavage, an aseptic fabrication procedure has been developed and validated. POE biocompatibility has been established after subconjunctival injections of POE, monomers and degradation products in rabbits. Better control of the microenvironmental pH during polymer degradation has been achieved by using an in situ formed buffer system.   © 1997 Elsevier Science B.V.

*Keywords:* Poly(ortho esters); Sterilization; Biocompatibility; Release kinetics; Ophthalmology; 5-Fluorouracil; mitomycin C

## 1. Introduction

In the late seventies, the first poly(ortho esters) (POEs) were described in a series of patents assigned to the Alza Corporation [1–4]. Different generations of POEs were subsequently developed, whose structures are shown in Fig. 1 and applications are summarized in Table 1. The first generation POEs were prepared by the transesterification reaction

between a diol and diethoxytetrahydrofuran. Various potential applications of Alzamer® (previously Chronomer®) were investigated, such as the delivery of contraceptive steroids and narcotic antagonist, as well as the treatment of burns. More recently, soft and moldable POEs has been advantageously investigated to help osteogenesis (Table 1). However, this first generation of POEs had several disadvantages, such as a preparative procedure requiring long heating times under high vacuum and the need to use a basic excipient, such as sodium carbonate ($Na_2CO_3$) to prevent an autocatalytic hydrolysis

---

*Corresponding author.

0168-3659/97/$17.00 © 1997 Elsevier Science B.V. All rights reserved
*PII* S0168-3659(97)00050-3

A1073

**POLY(ORTHO ESTER) FAMILIES**



POLY(ORTHO ESTER) I

POLY(ORTHO ESTER) II

POLY(ORTHO ESTER) III

Fig. 1. Chemical structure of three different POE families.

reaction, resulting by the rapid release of the acidic byproduct.

A second generation of solid POEs that did not exhibit an autocatalyzed hydrolysis has been subsequently developed by Heller et al. [5,6]. These POEs were prepared by an addition reaction between 3,9-bis(ethylidene)-2,4,8,10-tetraoxaspiro(5,5)undecane (DETOSU) and a diol, or a mixture of diols at ambient temperature. Linear POEs were obtained with *trans*-cyclohexane dimethanol and 1,6-hexanediol, while crosslinked POEs were obtained with 1,2,6-hexanetriol, or other polyols having a functionality greater than two. Hydrolysis, in a first step, produces two neutral compounds, the initial diols and pentaerythritol dipropionate which subsequently and in a slower step hydrolyses to pentaerythritol and propionic acid. Because the neutral pentaerythritol dipropionate can diffuse away from the polymer before hydrolysis takes place, no autocatalysis due to the formed propionic acid takes place. Solid, long-term devices could thus be prepared and release from one month to one year were obtained for contraceptive or antitumoral devices (Table 1). Release time could be decreased by adding acid anhydrides, or aliphatic carboxylic acids such as suberic acid, whereas the addition of basic excipients such as magnesium hydroxide ($Mg(OH)_2$) markedly prolonged the release. However, because the acidic excipient can diffuse from the polymer, excipient depleted POEs showed an prolonged residence time after complete drug release, inducing undesirable polymer encapsulation [7].

More recently new viscous biodegradable POEs (third generation), showing good correlation between drug release and polymer erosion have been synthesized [8,9]. These polymers contain highly flexible chains, and are viscous materials at room temperature. These new viscous POEs can be injected directly and allow prolonged local delivery of therapeutic agents without the need of surgical removal. Further, this viscous nature at room temperature allows the incorporation of therapeutic agents by simple mixing without the need of additional solvents, which from a toxicological point of view, is a major advantage.

An interesting application for such a polymer is the delivery of 5-fluorouracil (5-FU) or mitomycin C (MMC) in glaucoma filtering surgery [8,9]. These two antifibroblastic agents are widely used to increase the success of filtering procedure in patients with poor surgical prognoses, such as glaucoma in aphakia and pseudophakia, as well as previous failure cases of trabeculectomy [10–12]. The daily subconjunctival administrations over 15 days, as well as the frequently reported side effects with these agents can be decreased by using a sustained release system, and for this reason, the in vitro release of 5-FU and MMC from POE has been investigated. An appropriate sterilization method has been established in order to guarantee sterility and to preserve the polymer release properties. Since the use of a polymer in ophthalmology is critically dependent on its biocompatibility, in vivo studies after subconjunctival injection of POE have been carried out in New Zealand albino rabbits. In order to assess tissue reactions and toxicity, both POE synthesis precursors and degradation products have been tested.

## 2. Materials and methods

### 2.1. Polymer synthesis

POE is synthesized by a transesterification reaction between 1,2,6-hexanetriol and trimethyl orthoacetate (Aldrich® Chemie, Steinheim, Germany) (Fig. 2). Under anhydrous conditions, the mixture is introduced into a round-bottom flask, equipped with a magnetic stirring bar and cyclohexane (Fluka® Chemie AG, Buchs, Switzerland) is added. The

**A1074**

M. Zignani et al. / Journal of Controlled Release 48 (1997) 115–129     117

Table 1
Historical overview of three families of poly(ortho esters)

| POE type | Consistency (geometry) | Application | In vitro release studies | In vivo studies (duration) | Toxicity studies | Additives | Year | Ref. |
|---|---|---|---|---|---|---|---|---|
| 1 | Solid (disk) | 4-Homosulphanilamide, severe burn treatment | – | Rats (14 days) | – | – | 1976 | [13] |
| 1 | Solid (rod) | Naltrexone 2%, narcotic antagonism | 4 weeks | Rats (4 weeks) | + | Sodium carbonate 10% | 1976, 1978 | [14,15] |
| 1 | Solid (rod) | Norethisterone, contraception | – | Rats, rabbits, baboons (3 months) | + | – | 1976 | [16] |
| 1 | Semi-solid | Demineralized bone matrix, bone induction | – | Rats (5 weeks) | + | – | 1991–1993 | [17–20] |
| 1 | Semi-solid | Demineralized bone matrix, gentamicin 4%, bone induction | – | Rats (4 weeks) | + | – | 1992 | [21] |
| 1 | Semi-solid | Indomethacin 5%, inhibition fracture healing | – | Rats (3–5 weeks) | + | – | 1992, 1995 | [22–24] |
| 2 | Solid (disk) | Norethindrone 10 and 20% | 6–8 months | – | – | Sodium carbonate 10%, sodium chloride 10%, sodium sulfate 10% | 1981 | [25,26] |
| 2 | Solid (disk) | Methylene blue | 8–20 days | – | – | Acidic anhydrides: succinic, phtalic, maleic, benzoic, 0.2–0.5% | 1984 | [27] |
| 2 | Solid (disk) | Timolol maleate 2%, timolol maleate 10% | days–months | – | – | Acidic anhydrides: succinic, phtalic, maleic, benzoic, 0.2–0.5% | 1984, 1991 | [28,29] |
| 2 | Solid (x-linked) | Levonorgestrel 30%, contraception | 6–12 months | Rabbits (7 months) | – | Magnesium hydroxide 7%, copolymer acidic anhydrides | 1985 | [30,31] |
| 2 | solid (rod) | Levonorgestrel 30%, contraception | 14 months | Rabbits (15 months) | – | Calcium lactate 2% | 1985 | [32] |
| 2 | Solid (disk) | In vitro erosion in gastric juice | 8h | Dogs | – | 2% Phthalic anhydride | 1986 | [33] |
| 2 | Solid (x-linked) (rod) | Levonorgestrel 10%, contraception | 15 days | Rabbits (6 months) | – | Magnesium hydroxide 7%, Copolymer acidic anhydrides | 1987, 1989 | [34,35] |
| 2 | Solid (disk) | Naltrexone, lysozyme: cancer | 8h | – | – | Copolymer 2% | 1988 | [36] |
| 2 | Solid | 5-FU 10% | 20 days | – | – | Acidic anhydrides | 1990 | [37] |
| 2 | Semi-solid | Insulin 10%, diabetus | 12 h | – | – | Phenyldiethanolamine | 1990 | [38] |
| 2 | Solid (disk) | Naltrexone pamoate 50% | 30 days | – | – | Suberic acid 1% | 1990 | [39] |
| 2 | Solid (disk) | Naltrexone | 5 days | – | – | – | 1992 | [40] |
| 2 | Solid | Prostaglandin $E_2$ up to 0.81%, bone growth promotion | 8 days | Rats (8 days) | – | – | 1993 | [41] |

118

*M. Zignani et al. / Journal of Controlled Release 48 (1997) 115–129*

Table 1. Continued

| POE type | Consistency (geometry) | Application | In vitro release studies | In vivo studies (duration) | Toxicity studies | Additives | Year | Ref. |
|---|---|---|---|---|---|---|---|---|
| 2 | Solid (x-linked) (rod) | Ivermectin, canine heartworm prophylaxis | 7 months | Rats dogs, (8 months) | | Drug crosslinking | 1993 | [42] |
| 2 | Solid (implant) | 5-FU 10%, human colorectol carcinoma | – | Mice, (15 days) | + | Suberic acid 0.15% | 1994 | [43] |
| 2 | Solid | Surgical implant, bone fixation device | | Rabbits | + | – | 1994 | [44,45] |
| 2 | Solid (disk) | Pyrimethamine 21%, malaria chemoprophylaxis | 2 months | Rabbits, mice (2 months) | | Suberic acid 5% | 1995 | [46] |
| 3 | Semi-solid | Hydrocortisone 2%, 4-homosulphanilamide 10%, severe burn treatment | 50 h | – | | Adipic acid 2% | 1990 | [47] |
| 3 | Semi-solid | Lysozyme 5–10% cancer | 1–5 days pulsed release | – | | – | 1992 | [48] |
| 3 | Semi-solid | Tetracycline 10%, periodontal treatment | 10–75 days | | + | Magnesium hydroxide 0.5% | 1995 | [49] |
| 3 | Semi-solid | 5-FU and MMC 1%, glaucoma filtering surgery | 1–8 days | – | + | Acidic anhydrides 0.25%, magnesium hydroxide 1%, sodium acetate 1% | 1993–1996 | [8,50–52] |

reaction is catalyzed by *p*-toluene-sulfonic acid. The reaction flask is heated to 85–100°C with vigorous stirring and the formed methanol-cyclohexane azeotrope is rapidly removed at 54°C. When the temperature of the reaction mixture begins to climb above 54°C and reaches 81°C, the distillation flow rate is controlled at 0.5 ml/min. Throughout the procedure, strictly anhydrous conditions are maintained. By using different ratios of trimethylorthoacetate and 1,2,6-hexanetriol, and by varying the heating time, a family of POE having different molecular weights can be produced [8,9]. After heating for an additional 8–24 h, the solution is cooled to room temperature and a few drops of triethylamine (TEA) (Fluka®

Chemie AG, Buchs, Switzerland) are added to neutralize the acid catalyst and to stabilize the polymer. Excess solvent is poured off and the polymer is dried under vacuum. It is purified by a precipitation procedure to remove all impurities such as residual monomers and oligomers. The polymer is solubilized under anhydrous conditions in tetrahydrofurane (THF) (Fluka® Chemie AG, Buchs, Switzerland) and the resulting viscous solution poured into anhydrous methanol containing a few drops of TEA. After vigorous stirring, the methanol and THF mixture is decanted and the precipitated polymer dried under vacuum at 40°C on a rotavapor. To further eliminate residual solvents, the polymer is



Fig. 2. Synthesis of a third generation viscous POE.

also dried under vacuum ($10^{-2}$ mbar) at room temperature for an additional 48 h [53].

## 2.2. Synthesis of intermediate hydrolysis products

Synthesis of intermediate hydrolysis products was carried out by an esterification of 1,2,6-hexanetriol. 50 mmol of 1,2,6-hexanetriol and acetic acid (Fluka® Chemie AG, Buchs, Switzerland) were placed in a 100 ml flask equipped with a reflux condenser, magnetic stirring bar and Dean Stark trap, together with 10 mg *p*-toluenesulfonic acid catalyst, and 50 ml toluene (Fluka® Chemie AG, Buchs, Switzerland). The mixture was vigorously stirred and heated at 125°C until 0.9 ml of water had been collected at which point heating was discontinued. The reaction mixture was then dissolved in acetone and dried over anhydrous magnesium sulfate/sodium carbonate (Fluka® Chemie AG, Buchs, Switzerland) in order to remove residual water and to neutralize the possible presence of acetic acid [48].

## 2.3. Characterization of POE and intermediate hydrolysis products

### 2.3.1. Structure characterization

The structure of POEs and intermediate hydrolysis products was characterized by recording its $^1$H- and $^{13}$C-NMR spectra. The 200-MHz $^1$H- and 50-MHz $^{13}$C-spectra of POE as a 20% (w/v) solution in CDCl$_3$ (Dr. Glaser AG, Basel, Switzerland) at room temperature were obtained with a NMR Bruker® AC-F 200 Spectrometer (Spectrospin® AG, Fallanden, Switzerland). A pulse sequence termed APT (Attach Proton Test) was used with parameters chosen so that differences between CH, CH$_2$ and CH$_3$ appear in the $^{13}$C-spectra. The molecular composition determination of the polymer by analyzing the characteristic vibrations of functional groups was obtained with a 1600 series FT-IR spectrometer (Perkin Elmer® AG, Kusnacht, Switzerland). Sample preparation of the POEs was achieved by directly dispersing the viscous paste on the surface of a sodium chloride disc [8,9].

### 2.3.2. Molecular weight determination

The average molecular weights of the POEs were determined by gel permeation chromatography (GPC) using a Waters® 150 CV instrument with three Ultrastyragel® (Waters®, Volketswil, Switzerland) columns 100, 500, $10^3$ Å pore size in series and tetrahydrofurane (THF) (Romil® Chemicals, Leics, UK) as eluent. The flow rate was set at 1.0 ml/min and the column temperature was maintained at 30°C. A viscosimeter coupled with a differential refractometer was used as detector. Injection samples were prepared by dissolution of the polymer in THF with concentration of 2.0 mg/ml and 200 ml. Monodisperse polystyrene standards were used for the calibration [8,9].

## 2.4. Viscosity determination

A Bohlin® Controlled Stress Rheometer with a cone-plate CP 4/40 or a parallel plate PU 20 device (Bohlin® Rheology GmbH, Muhlacker, West Germany) was used for measurements of viscosity. A stress viscometry test was applied to the samples which were placed on the stationary lower plate. The temperature was controlled during the test with a Bohlin® Extended Temperature Option (ETO) and the controlled torque applied on the rotatable upper geometry using a drag-cup motor principle. Shear stresses ranging from 100 to 4500 Pa were used for the determinations. For all samples the strain delay time was of 20 s, the integration time 20 s and the measurement interval 10 s [8].

## 2.5. Residual solvent determination

The method was developed on a HP 5880 A series gas chromatograph (Hewlett Packard®, Meyrin, Switzerland) equipped with a flame ionization detector. The column was a 30 m×0.53 mm ID fused-silica capillary column with a 1 μm thick bonded stationary phase (Supelcowax 10®) (Supelco® SA, Gland, Switzerland). The pressure of the carrier gas nitrogen was set at 4.2 psi, while hydrogen and air pressure were 30 and 16 psi respectively. Injector and detector temperatures were set at 220°C. The GC determination of all residual solvents was carried out using a single step oven temperature at 40°C. Samples were prepared by dissolution of the polymer in acetone (0.500 g/10 ml). The analysis of the solu-

A1077

tions was performed by injecting in the direct mode 1 μl into the chromatographic system described above. The concentrations of the solvents used during synthesis and purification were calculated from calibration curves which had been plotted using a concentration range of 0.1–1 g/10 ml acetone (Fluka® Chemie AG, Buchs, Switzerland) [9].

### 2.6. Intermediate degradation product analysis

Intermediate degradation products were analyzed by gas-chromatography using a HP 5890 Series II (Hewlett Packard®, Meyrin, Switzerland) equipped with a flame ionization detector (FID) and a 30 m HP SC 54 column. Determinations were carried out using a gradient oven temperature between 60 and 260°C [54].

### 2.7. In vitro pH determination during POE degradation

The pH was measured during POE degradation in order to assess the decrease of pH induced by the release of acetic acid. One gram (w/w) POEs and 10 ml 0.9% sodium chloride (Fluka® Chemie AG, Buchs, Switzerland) solution were placed in a thermostated horizontal shaker (Haling, Aigle, Switzerland) at 37°C under light shaking (100 U/min). For comparative reasons, inserts (3 mm length, 1.5 mm diameter) of copolymer DL-lactide and glycolide (PLA 37.5 GA 25, Boehringer, Ingelheim, Germany) have been similarly tested. pH measurements were taken every day during the first week and then every week until complete degradation, using a pH-meter Mettler DL25 (Nanikon-Uster, Switzerland) and a combined pH-glass micro-electrode (6.0204.100Pc, Metrohm, Herisau, Switzerland) [54].

### 2.8. POE bioburden and asepsy determination

Using a laminar air-flow hood, three samples of freshly synthesized and/or aseptically prepared POEs were transferred into a seal glass bottle containing 20.0 ml of 0.85% sodium chloride and 0.1% peptone (Sigma® Chemie AG, Buchs, Switzerland). The 1.0 g POE samples were dissolved by agitation using a horizontal shaker (GFL®, Burgwedel, Germany) at 4°C for 4 days. After complete

dissolution, 1.0 ml aliquots of each bottle were plated out directly without using further dilution. All determinations were carried out in triplicate using Tripticase Soy Agar (Sigma® Chemie AG, Buchs, Switzerland), Sheep blood Gelose 5% and Chocolate Gelose 10% (Bio-Life®, Milan, Italy) as nutrient media. The Petri plates were then incubated for 48 h at 37.0°C. After incubation, the number of colony-forming units (CFU) per g of samples was determined as the function of dilution factor used (1.0 ml from 20.0 ml). A standard plate counts method was used to enumerate the different organisms [55].

### 2.9. Gamma irradiation

Irradiations were performed by using a 22,000 Ci activity [60]Co source (Federal Research Institute, Wadenswil, Switzerland). The POE samples were gamma-irradiated at −78°C at a dose rate of 0.093 Mrad/hr. The doses of gamma radiation ranging from 0.1 Mrad to 4.0 Mrad were measured using a Perspex dosimeter red type 4034 BM (Harwell® Laboratory, UK) [55].

### 2.10. In vitro release studies

Drug release studies were conducted in specially designed thermostated cells containing 250 mg of POE. The 5-FU (Sigma® Chemie AG, Buchs, Switzerland) loaded polymer was placed into the cells, and phosphate buffer pH 7.4 was circulated through the cells at the rate of 10 ml/h, and collected every hour using an automatic fraction collector 2111 Multirac (LKB®, Bromma, Sweden). The cell temperature was controlled with a D8 thermostatic controller (Haake®, Karlsruhe, Germany). Release kinetics were monitored and four successive fractions were pooled to obtain release data every 4 h. The amount of 5-FU released was measured by UV at 266 nm (MMC at 364 nm) with a diode array 8452A spectrophotometer (Hewlett-Packard®, Meyrin, Switzerland). The 5-FU loaded polymer was prepared at room temperature by dispersing 25 mg of 5-FU in 2.5 g of POE. Polymer weight loss was obtained gravimetrically: the polymer was removed at selected time intervals, and the sample dried by lyophilization with a Lyolab B II (Secfroid SA, Aclens-Lausanne, Switzerland). The percentage

A1078

M. Zignani et al. / Journal of Controlled Release 48 (1997) 115–129

121

weight loss was obtained from the difference between POE weight before release and the weight after release and drying [8].

### 2.11. In vivo evaluation

#### 2.11.1. Subcutaneous injections and cage-implant system

Experiments were approved by the ethical committee of the Institutional Animal Care and Use Committee (IAUC) of Case Western Reserve University. The POE biocompatibility was investigated subcutaneously and in the cage-implant system, according to the procedure of Anderson et al. [56,57]. A volume of 0.5 ml POEs was injected subcutaneously and in a stainless steel wire cage implanted in the back of a Sprague–Dawley rat at the level of panniculus carnosa, and the exudate surrounding the implanted material within the cage system was collected for the quantification of the inflammatory components. Samples were taken and histopathological observations were made at 3, 7, 14 and 21 days after implantation. The results were compared to the same volume of sodium hyaluronate (Healon®, Uppsala, Sweden) and empty cages were used as controls [51].

#### 2.11.2. Subconjunctival injections

Albino rabbits were used and treated as approved by the Animal Care and Use Committee of the University of Geneva. POE was injected subconjunctivally with a hydraulic syringe, through a 20G needle to New Zealand albino rabbits under local anesthesia. A clinical examination was performed daily at the slit lamp, and animals were sacrificed for histology at 3, 10, 14 days and 21 days [52]. A 0 to 3+ clinical evaluation scale was used to grade respectively the hyperemia of the conjunctiva and the episclera, the chemosis and the lachrymation induced by the different injected products, i.e. controls, POE, degradation products. Histological sections of samples including the cornea, the limbus and the sclera, were retrieved as previously described by Bernatchez et al. [52] and hematoxylin-eosin staining was performed.

## 3. Results and discussion

### 3.1. POE synthesis and characterization

Merkli et al. [9] described a biodegradable hydrophobic third generation POE fully characterized by FT-IR and NMR. Different molecular weights can be obtained by varying the molar ratios of the two monomers as well as by changing the heating time. Because drug release rate is directly influenced by polymer molecular weight, tailored drug release can be obtained. Moreover, this POE has low glass transition temperature ($-46$ to $-26°C$) [8] and highly flexible chains, resulting in an ointment-like consistency which allows drug incorporation by simple mixing without use of solvents. This POE shows a Newtonian behavior and an increasing viscosity with increasing molecular weight. It can be directly injected with a hydraulic syringe.

Because the presence of low molecular weight compounds, such as oligomers, residual monomers, catalysts and stabilizers can cause significant changes of the intrinsic properties of the polymer, it has been purified by reprecipitation [53]. For toxicological and quality control reasons, a sensitive and accurate analysis of the residual solvents in POEs have been developed. The measured amounts of residual solvents are within the acceptable limits, proposed by the different Pharmacopoeias [4,58,59].

Merkli et al. [53] have also carried out storage conditions studies. Because the polymer is moisture and temperature sensitive, optimal storage conditions have been achieved under inert gas (argon). Sintzel et al. recently reported that storing POEs at low temperature (4°C) further improves the polymer stability (unpublished data).

### 3.2. In vitro degradation

As with the second generation POE, exposure to a pH 7.4 phosphate buffer or to a saline solution induces an initial hydrolysis of the ortho ester bonds with formation of three possible isomeric esters of the triol, followed by a slower hydrolysis to the original triol and acetic acid [9,60]. Since the second hydrolysis is much slower, no autocatalysis is observed. The in vitro hydrolysis of ortho ester bonds can take place by two different mechanisms. Ex-