ocyclic and endocyclic protonation of the alkoxy group followed by the cleavage of the ortho ester bonds lead to the formation of esters; respectively 1- and 2- or 1- and 6-isomers. A detailed study of the initial hydrolysis products using gas chromatography has established that only the 1-and-2 isomers are produced. Thus, hydrolysis proceeds exclusively by exocyclic cleavage [48].

When placed in a small volume of saline, formation of acetic acid by the progressive hydrolysis of POEs leads to a decrease of the pH from 6.5 to 4.5 in 1–5 days. The rate of pH lowering will depend on the molecular weight of the polymer. After complete degradation (day 35–42), the pH further decreases to 2.5. It is important to note that poly (lactic-co-glycolic acid), which is a well characterized and widely used copolymer, also produces a similar decrease of pH, due to the release of lactic acid, as shown in Fig. 3 [61–63].

Hydrophobic POEs erode gradually by surface hydrolysis, yielding first a mixture of neutral esters of the initial triol, followed by a slower hydrolysis to a triol and a carboxylic acid. In contrast, poly(lactide-co-glycolide) copolymers, or poly(lactic acid) erode by bulk hydrolysis and as described by Li et al. [61], when end-stage degradation is reached [45], bulk degradation can rapidly generate large amounts of acidic products, which can exceed local tissue clearance and buffer capabilities. This can trigger a strong inflammatory response in clinical applications such as of bone fracture fixation devices [44].

Even though ortho ester linkages are much more labile than ester linkages, the polymer is sufficiently hydrophobic, so that initial hydrolysis is largely confined to the outer surface of a solid device. Thus, the absence of bulk degradation will not generate acidic products as rapidly at the implantation site, and further, water-soluble, low-molecular weight intermediate degradation products can diffuse away before second stage hydrolysis takes place. This could be a significant advantage in applications where large amounts of polymer are used, such as in fracture fixation applications.

However, it is important to note that presence of esterases in vivo [64] could catalyze hydrolysis of the intermediate degradation products (esters) and that high concentrations of acidic products could be rapidly generated with resulting inflammatory reactions.

### 3.3. Improved management of the local micro-environment

It has been clearly established that the injection of a product with an acidic pH can trigger inflammation [65–67]. For this reason, the acid formed has been first neutralized by adding $Mg(OH)_2$ which has previously been used to prolong drug release. Even though the initial pH of POE with 1% (w/w) $Mg(OH)_2$ was 8.5 (Fig. 4), Heller et al. [68] did not anticipate any problems of tolerance with the addi-



Fig. 3. In vitro pH profile in saline solution at 37°C during degradation of (O) POE 7.8 kDa and (●) PLA 37.5GA75 ($n=3$, ±SD, not shown if smaller than symbols).



Fig. 4. In vitro pH profile in saline solution at 37°C during degradation of POE kDa containing (▲) no additive, (■) 1% magnesium hydroxide and (O) 1% sodium acetate, ($n=3$, ±SD, not shown if smaller than symbols).

A1080

M. Zignani et al. / Journal of Controlled Release 48 (1997) 115–129

123



Fig. 5. Schematic representation of in situ formed buffer system (ISBS).

tion of this poorly soluble salt. Another approach to overcome problems due to low pH environment, is to buffer the formed acetic acid with its alkali salt: sodium acetate (1% w/w). The buffered POE showed an initial pH of 7, which subsequently stabilized around pH 5. This should lead to a well tolerated polymer even for particularly sensitive and closed locations, such as an intravitreal site. This new concept described in Fig. 5, of an in situ formed buffer system (ISBS) is currently under in vivo investigation in order to ascertain an actual improvement of ocular biocompatibility.

### 3.4. In vitro release studies

Poly(ortho esters) have been originally designed to achieve zero order drug release kinetics. Merkli et al. [8] showed that for the third generation polymer, drug release rate can be modulated by varying polymer molecular weight and an increase of POE average molecular weight from 3.5 to 33.3 kDa can prolong 5-FU release times from one day to one week. Good correlation between rate of 5-FU release and polymer weight loss was observed and in fact, polymer erosion and drug release was almost concomitant [8]. This observation can be explained by the fact that the release of the drug from this POE occurs via a combined erosion and diffusion mechanisms. For low molecular weight POEs, where degradation rate is relatively fast, the diffusional component is virtually nonexistent. However, for higher molecular weight polymers, drug diffusion through the flexible polymeric chains becomes more important as polymer degradation rate slows [8].

As described previously, the viscous POE exhibits Newtonian behavior [9] and the viscosity is related to polymer chain stiffness. With low viscosity POE, high chain flexibility facilitates hydrolysis because rate of hydrolysis is determined by a balance of forces that facilitate water entry and viscous forces that oppose it. This leads to a fast initial hydrolysis of the labile ortho ester bonds, followed by a much slower hydrolysis that produces a carboxylic acid and a triol [9]. For highly viscous polymers, where the chains are less flexible, water penetration is hindered to a greater extent and the rate of initial hydrolysis slower.

Merkli et al. [50] have also shown the influence of drug loading on POE release profiles. In fact, with increasing concentrations of the hydrophilic and sparingly soluble 5-FU, water penetration is facilitated and leads to an increase of the hydrolysis rate and consequently to an increase of the 5-FU release rate. For hydrophilic drugs such as 5-FU or MMC 1% w/w loading is optimal [50], whereas with hydrophobic drugs, 10% w/w drug loading markedly prolongs the release compared to 1% w/w (Deshpande et al., unpublished data).

Because POEs contain pH-sensitive linkages in the polymer backbone, they are susceptible to acid catalyzed hydrolysis and erosion rates can be controlled by the incorporation of acidic or basic excipients into the polymer matrix. POEs are stable in neutral and basic media so that basic excipients will stabilize the polymer interior and retard rate of hydrolysis [69–71]. If long-term surface erosion is desired, the interior of the device can be stabilized with a base such as $Mg(OH)_2$ so that hydrolysis can only take place in the surface layers of the device where the base has been depleted by diffusion or neutralization by external buffers [50]. However, this analysis is only valid when drug release is predominantly controlled by polymer erosion and diffusional drug release is not the dominant release mechanism.

Merkli et al. [50] have also reported that the incorporation of up to 1% (w/w) $Mg(OH)_2$ leads to drug release over an extended period of time. However, as the amount of $Mg(OH)_2$ is increased, a greater divergence between polymer erosion and drug release is noted. For this reason, it is essential to use polymers with adequate viscosity and to incorporate optimal amounts of $Mg(OH)_2$ to preserve a concomitant drug release and polymer ero-

A1081



Fig. 6. Cumulative in vitro release of 5-FU (1% w/w) from POE 6.8 kDa in phosphate buffer solution pH 7.4 at 37°C containing respectively (●) 0% sodium acetate and (○) 1% sodium acetate ($n=6$, ±SD, not shown if smaller than symbols).

sion so that the polymer does not persist too long after completion of drug release. In glaucoma filtering therapy, polymer erosion over a maximum period of 10–15 days must be achieved in order to avoid polymer encapsulation [50]. Preliminary studies on the addition of sodium acetate have shown very little effect on rate of drug release (Fig. 6). This can be attributed to an equilibrium between the basic nature of sodium acetate and its hydrophilicity. Thus, its hydrophilicity leads to an increased water uptake of the polymer, while its basicity stabilizes the poly(ortho ester) acid-labile bonds.

### 3.5. Sterilization and aseptic procedure

Conventional methods such as dry heat or autoclaving (steam sterilization) can not be used due to the moisture sensitivity of the polymer and its susceptibility to degradation at elevated temperatures. Ethylene oxide sterilization was also discarded even though this latter method was successfully used by Daniels et al. [44]. Possible presence of residues left in the polymer, despite rigorous outgassing, and mutagenic and possibly carcinogenic properties of such residues have been reported [72]. For these reasons, radiation sterilization was chosen. Two types of ionizing radiations can be used. These are beta radiations generated through the use of a high energy electron beam, or gamma radiations from a radioisotope source. Use of radiation sterilization can lead to changes in polymer molecular weight and structure and the magnitude of such changes is largely determined by the structure of the polymer and by the radiation dose used. For gamma-sterilization, Merkli et al. proposed two different mechanisms depending of the dose. For doses lower than 2.0 Mrad the degradation mechanism is governed by backbone scission of the polymeric chain. This mechanism leads to a fast average molecular weight decrease and thus to a decrease of dynamic viscosity. At doses higher than 2.0 Mrad, ring-opening of the monomer by cleavage of the ortho ester bonds takes place [55]. FTIR and NMR analysis confirmed the structural change of the polymer and revealed the formation of the two isomeric esters of the 1,2,6-hexanetriol, similarly to the previously described hydrolytic process [9,55].

The decrease of the POE viscosity resulting from the backbone scission is important in the development of a drug delivery system, since as discussed previously, a change in POE molecular weight and viscosity can markedly influence release rates [8]. It is therefore important to take into consideration these changes before synthesizing a POE which is intended to release a therapeutic agent over a determined period of time. Sintzel et al. recently showed that a decrease of POE molecular weight and thus viscosity leads to an increase in drug release rate [73]. Because electron-beam and gamma-irradiation affects polymer structure, biocompatibility and release properties, we have developed an aseptic processing.

Merkli et al. [55] have shown that POE has a very low bioburden. This poor microbiological contamination can be attributed to the relatively high temperature reached (100°C) and to the solvents (cyclohexane, methanol and tetrahydrofuran) used during the polymer synthesis as well as the anhydrous environment (argon) that are required for polymer production and storage. An additional factor could be the viscous nature of POEs.

The general synthetic process remains unchanged, except that a 0.2 μm air filter (Millipore GV), is used during solvent evaporation to exclude air. This aseptic process has been successfully used with different nutrient media (broad spectrum). No bacterial growth has been observed after 48 h of incubation at 37°C.

### 3.6. Biocompatibility

Excellent biotolerance of a soft POE of the first generation has been reported by Solheim et al. [17–21,24] in bone surgery applications, in that no inhibition of the osteogenesis was observed and there were no signs of acute or chronic inflammation. According to Daniels et al. [44], the second generation of POE has also proven to be acutely nontoxic using United States Pharmacopoeia tests of cellular, intracutaneous, systemic and intramuscular implant toxicity. Heller et al. [74] have investigated the acute and chronic oral and intravenous toxicity of a third generation POE in rats. Single doses of up to 3.3 g/kg, as well as daily administration (28 days) resulted in non toxic effects. Intravenous doses up to 1.0 g/kg also did not trigger any signs of toxicity.

Bernatchez et al. [51] reported that the subcutaneous injection of gamma-sterilized (2.5 Mrad) POE of 5.5 kDa, induces a mild local inflammation at 3 and 7 days. followed by a minimal chronic inflammation at 14 and 21 days. The concentrations of polymorphonuclear cells and lymphocytes as well as the extra- and intracellular activities of acid and alkaline phosphatases, were not different from the controls (empty cage) both for sodium hyaluronate and POE. Because of these encouraging results, a subconjunctival clinical evaluation in rabbits was also performed. Since gamma-sterilization was shown to partly degrade POEs [55], gamma-sterilized (2.0 Mrad) and aseptically prepared POE of similar molecular weights (approx. 8 kDa) were compared [54]. As shown in Fig. 7, a marked hyperemia (2-3/3) and chemosis (1/3) were observed for gamma-sterilized POE, while aseptically prepared POE only triggered a slight hyperemia (1/3). The inflammatory reaction was only present during the first three days. In both cases, the eye fully recovered, with no sign of inflammation between day 7 and 14. The partial degradation induced by the polymer irradiation accelerates rate of degradation and thus increase the formation of acidic byproducts, which may then exceed local tissue clearance capabilities. Or, toxic free radicals form during the sterilization process. Thus, degradation products may take part in the inflammatory reaction and biocompatibility can be markedly improved by avoiding gamma-sterilization.



Fig. 7. Hyperemia score after subconjunctival injection of 200 μl of gamma-sterilized POE, 8 kDa (solid) and aseptically prepared POE, 7.8 kDa (empty) ($n=4$, ±SD, not shown if smaller than symbols).

In order to further elucidate the cause of the transient inflammation observed after the injection of POE, inflammatory reactions induced by the different POE constituents and degradation products were studied. The two monomers, 1,2,6-hexanetriol [65,75] and trimethylorthoacetate [65] were tested separately at a concentration of 50% (w/w) in phosphate buffer saline (PBS). Both monomers only triggered a slight hyperemia of the conjunctiva (graded 1/3), which completely disappeared at day 3 [54]. It is important to note that highly purified POE has only a very low concentration of monomers [53]. Smyth et al. [75] have extensively investigated 1,2,6-hexanetriol and described it as non-toxic. It is excreted essentially unmetabolized and no systemic toxicity has been observed. Administration of 0.5 ml of 1,2,6-hexanetriol into rabbit eyes produced no irritation and no corneal necrosis was observed. Trimethylorthoacetate has not been thoroughly investigated, but its rapid hydrolysis to methanol and methyl acetate could explain the transient ocular toxicity [65].

Since POE first hydrolyzes into isomeric esters of 1,2,6 hexanetriol, these intermediate hydrolysis products have been synthesized [48] and injected at concentrations of 50 and 100% (w/w) in PBS, in order to assess their maximal inflammatory reaction. These intermediate degradation products triggered an immediate inflammatory reaction with an hyperemia graded 2/3 and a chemosis graded 1/3 after 6 h, which fully disappeared by day 7. These inter-

A1083

mediate hydrolysis products will further hydrolyze to the two final products, 1,2,6-hexanetriol and acetic acid. Acetic acid is not considered toxic because it is eliminated from the body via the Krebs cycle, in the form of $CO_2$ and $H_2O$. However, its acidity can induce intense local irritation [65–67].

Since under in vivo conditions, POE degradation products are more likely to consist of a combination of all possible degradation products, predegraded POE was tested. An immediate inflammatory reaction was observed after 6 h (2/3 hyperemia and 2/3 chemosis). This reaction was probably due to the increased rate of polymer degradation and to the significant amounts of acetic acid. This observation could explain the increased inflammatory reaction after injection of gamma-sterilized POE, which is partially degraded during the sterilization procedure. For this reason, injections of POE containing 1% (w/w) of sodium acetate or $Mg(OH)_2$, which should buffer the formed acetic acid, are currently being investigated.

Since it is well-known that residual solvents can be responsible for acute inflammatory reaction, cyclohexane, tetrahydrofuran and methanol have also been tested subconjunctively at concentrations up to 1% (w/w) in PBS. No sign of inflammation were observed after subconjunctival injection of these solvents at the given concentration.

Histological sections of the cornea, the limbus and the sclera, after hematoxylin-eosin staining, showed an eosinophilic inflammatory reaction at day 3 [52]. It is important to notice that the eosinophilic reaction previously observed in rabbits and absent in both rat muscle and cage implant biocompatibility test [51], can be explained entirely by the pseudoeosinophilic aspect of the rabbits neutrophils [76]. This inflammatory reaction was almost completely resolved after 7–10 days and no recurrence occurred at 15 or 21 days. The reaction induced by the POE can thus be considered as a transient acute inflammation reaction, with no histological evidence of chronic inflammation. No irreversible changes occurred in the tissues, indicating an overall good biocompatibility [54].

## 4. Conclusions

By varying reaction time and ratio of 1,2,6-hex-

anetriol and trimethylorthoacetate, a third generation POE family having different molecular weight and physicochemical properties has been produced. The release properties of this POE can also be modulate by adding acidic or basic excipients in order to obtained desired drug release rates. A fully characterized and highly purified POE is now available. An aseptic procedure, preserving release properties and biocompatibility, has been achieved and validated. Optimal storage conditions have also been developed. By subcutaneous and intramuscular evaluations, as well as by subconjunctival studies, POE shows an overall good biocompatibility. Monomers and intermediate degradation products do not induce major toxicity reactions. The effect of released acetic acid can be controlled by adding a weak base. This also prolongs drug release. This third generation POE is thus a promising candidate for further applications such as intravitreal injections, periodontal administration or in application for bone formation.

However, long-term biocompatibility of high molecular weight POE with the addition of basic excipients has yet to be evaluated and the possibility of an induced chronic inflammation should not be underestimated.

## Acknowledgments

This work was supported by FNSRS grant #32.35925.92 and #32.46795.96.

## References

[1] N.S. Choi and J. Heller, Drug delivery devices manufactured from poly(ortho esters) and poly(ortho carbonates), US Patent 4,093,709, June 6, 1978.

[2] N.S. Choi and J. Heller, Structured orthoester and orthocarbonate drug delivery devices, US Patent 4,131,648, December 26, 1978.

[3] N.S. Choi and J. Heller, Erodible agent releasing device comprising poly(ortho esters) and poly(ortho carbonates), US Patent 4,138,344, February 6, 1979.

[4] N.S. Choi and J. Heller, Novel orthoester polymers and orthocarbonate polymers, US Patent 4,180,646, December 25, 1979.

[5] J. Heller, D.W.H. Penhale and R.F. Helwing, Preparation of poly(ortho esters) by the reaction of diketene acetals and polyols, J. Polymer Sci. 18 (1980) 619–624.

A1084

[6] N.S. Choi and J. Heller, Polymers of di (and higher functionality) ketene acetals and polyols, US Patent 4,304,767, December 8, 1981.

[7] J. Heller, S.Y. Ng, D.W.H. Penhale, B.K. Fritzinger, L.M. Sanders, R.A. Burns, M.G. Gaynon and S.S. Bhosale, Use of poly(ortho esters) for the controlled release of 5-fluorouracil and LHRH analogue, J. Control. Release 6 (1987) 217–224.

[8] A. Merkli, J. Heller, C. Tabatabay and R. Gurny, Semi-solid hydrophobic bioerodible poly(ortho ester) for potential application in glaucoma filtering surgery, J. Control. Release 29 (f994) 105–112.

[9] A. Merkli, J. Heller, C. Tabatabay and R. Gurny, Synthesis and characterization of a new biodegradable semi-solid poly (ortho ester) for drug delivery systems, J. Biomater. Sci. Polymer (Edn). 4 (1993) 505–516.

[10] The Fluorouracil Filtering Surgery Study Group, Fluorouracil filtering surgery study one-year follow-up. Am. J. Ophthalmol. 108 (1989) 625–635.

[11] The Fluorouracil Filtering Surgery Study Group, Three-year follow-up of the fluorouracil filtering surgery study, Am. J. Ophthalmol. 115 (1993) 82–92.

[12] The Fluorouracil Filtering Surgery Study Group, Five-year follow-up of the fluorouracil filtering surgery study, Am. J. Ophthalmol. 121 (1996) 349–366.

[13] L.M. Vistnes, E.E. Schmitt, G.A. Ksander, E.H. Rose, W.J. Balkenhol and C.L. Coleman, Evaluation of a prototype therapeutic system for prolonged, continuous topical delivery of homosulfanilamide in the management of *Pseudomonas* burn wound sepsis, Surgery 79 (1976) 690–696.

[14] R.C. Capozza, E.E. Schmitt and L.R. Sendelbeck, Development of chronomers for narcotic antagonists, Nat. Inst. Drug Res. Monogr. Ser. 4 (1976) 39–42.

[15] R.C. Capozza, L.R. Sendelbeck and W.J. Balkenhol, Preparation and evaluation of a bioerodible naltrexone delivery system, In: R.G. Kostelnik. (Ed.), Polymeric Delivery Systems, Gordon and Breach, New York, 1978, pp. 59–73.

[16] B.B. Pharriss, V.A. Place, L.R. Sendelbeck and E.E. Schmitt, Steroid delivery systems for contraception. J. Reprod. Med. 17 (1976) 91–97.

[17] E.M. Pinholt, E. Solheim and E. Sudmann, Bone induction by composite of bioerodible polyorthoester and demineralized bone matrix in rats, Acta Orthop. Scand. 62 (1991) 466–480.

[18] E. Solheim, E.M. Pinholt, G. Bang and E. Sudmann, Regeneration of calvaria defects by a composite of bioerodible polyorthoester and demineralized bone in rats, J. Neurosurg. 76 (1992) 275–279.

[19] E. Solheim, E.M. Pinholt, R. Andersen, G. Bang, B. Sudmann and E. Sudmann, The effect of a composite of polyorthoester and demineralized bone on the healing of large segmental defects of the radius in rats, J. Bone Joint Surg. 74-A (1992) 1456–1463.

[20] B. Sudmann, O.G. Anfinsen, G. Bang, R. Koppang, S.O. Stolen, H.S. Koppang and E. Sudmann, Assessment in rats of a new bioerodible bone-wax-like polymer, Acta Orthop. Scand. 64 (1993) 336–339.

[21] E. Solheim, E.M. Pinholt, G. Bang and E. Sudmann, Effect of local hemostatics on bone induction in rats: a comparative study of bone wax, fibrin-collagen paste, and bioerodible polyorthoester with and without gentamicin, J. Biomed. Mater. Res. 26 (1992) 791–800.

[22] L.B. Engesaeter, B. Sudmann and E. Sudmann, Fracture healing in rats inhibited by locally administered indomethacin, Acta Orthop. Scand. 63 (1992) 330–333.

[23] E. Solheim, E.M. Pinholt, G. Bang and E. Sudmann, Inhibition of heterotopic osteogenesis in rats by a new bioerodible system for local delivery of indomethacin, J. Bone Joint Surg. 74-A (1992) 705–712.

[24] E. Solheim, E.M. Pinholt, R. Andersen, G. Bang and E. Sudmann, Local delivery of indomethacin by a polyorthoester inhibits reossification of experimental bone defects, J. Biomed. Mater. Res. 29 (1995) 1141–1146.

[25] J. Heller, D.W.H. Penhale, R.F. Helwing and B.K. Fritzinger, Release of norethindrone from poly(ortho esters), Polymer Eng. Sci. 21 (1981) 727–731.

[26] J. Heller, D.W.H. Penhale, R.F. Helwing and B.K. Fritzinger, Release of norethindrone from polyacetals and poly(ortho esters), Am. Inst. Chem. Eng. 77 (1981) 28–36.

[27] R.V. Sparer, C. Shih, C.D. Ringeisen and K.J. Himmelstein, Controlled release from erodible poly(ortho ester) drug delivery systems, J. Control. Release 1 (1984) 28–32.

[28] C. Shih, T. Higuchi and K.J. Himmelstein, Drug delivery from catalysed erodible polymeric matrices of poly(ortho ester)s. Biomaterials 5 (1984) 237–240.

[29] C. Shih, S. Lucas and G.M. Zentner, Acid catalyzed poly-(ortho ester) matrices for intermediate term drug delivery, J. Control. Release 15 (1991) 55–63.

[30] J. Heller, Controlled drug release from poly(ortho esters)-a surface eroding polymer, J. Control. Release 2 (1985) 167–177.

[31] J. Heller, B.K. Fritzinger, S.Y. Ng and D.W.H. Penhale, In vitro and in vivo release of levonorgestrel from poly(ortho esters). II. Crosslinked polymers, J. Control. Release 1 (1985) 233–238.

[32] J. Heller, B.K. Fritzinger, S.Y. Ng and D.W.H. Penhale, In vitro and in vivo release of levonorgestrel from poly(ortho esters). I. Linear polymers, J. Control. Release 1 (1985) 225–232.

[33] J.A. Fix and P.S. Leppert, Erodible poly(ortho ester) drug delivery systems: in vitro erosion in canine and USP-simulated gastric juice, J. Control. Release 4 (1986) 87–95.

[34] J. Heller, D.W.H. Penhale, B.K. Fritzinger and S.Y. Ng, The effect of copolymerized 9,10-dihydroxystearic acid on erosion rates of poly(ortho esters) and its use in the delivery of levonorgestrel, J. Control. Release 5 (1987) 173–177.

[35] A.W. Chow, R.D. Hamlin and J. Heller, Cure behavior of neat and drug-loaded poly(ortho ester) bioerodible implants, J. Control. Release 9 (1989) 123–131.

[36] J. Heller, D.W.H. Penhale and S.H. Pangburn, Chemically self-regulated drug delivery systems, In: C. Migliaresi. (Ed.), Progress in Biomedical Engineering 5, Elsevier Science Publisher, Amsterdam, 1988, pp. 175–188.

[37] Y.F. Maa and J. Heller, Controlled release of 5-fluorouracil, J. Control. Release 13 (1989) 11–19.

[38] J. Heller, A.C. Chang, G. Rodd and G.M. Grodsky, Release of insulin from pH-sensitive poly(ortho esters), J. Control. Release 13 (1990) 295–302.

[39] Y.F. Maa and J. Heller, Controlled release of naltrexone

pamoate from linear poly(ortho esters), J. Control. Release 14 (1990) 21–28.

[40] K.V. Roskos, J.A. Teft, B.K. Fritzinger and J. Heller, Development of a morphine-triggered naltrexone delivery system, J. Control. Release 19 (1992) 145–160.

[41] L.E. Appel, R. Balena, M. Cortese, E. Opas, G. Rodan, G. Seedor and G.M. Zentner, In vitro characterization and in vivo efficacy of a prostaglandin E2/poly(ortho ester) implant for bone growth promotion, J. Control. Release 26 (1993) 77–85.

[42] C. Shih, J.A. Fix and R.L. Seward, In vivo and in vitro release of ivermectin from poly(ortho ester) matrices. I. Crosslinked prepared form ketene acetal and capped-pre-polymer, J. Control. Release 25 (1993) 155–162.

[43] L.W. Seymour, R. Duncan, J. Duffy, S.Y. Ng and J. Heller, Poly(ortho ester) matrices for controlled release of the antitumour agent 5-fluorouracil, J. Control. Release 31 (1994) 201–206.

[44] A.U. Daniels, K.P. Andriano, W.P. Smutz, M.K.O. Chang and J. Heller, Evaluation of absorbable poly(ortho esters) for use in surgical implants, J. Appl. Biomater. 5 (1994) 51–64.

[45] M.S. Taylor, A.U. Daniels, K.P. Andriano and J. Heller, Six bioabsorbable polymers: in vitro acute toxicity of accumulated degradation products, J. Appl. Biomater. 5 (1994) 151–157.

[46] T.F. Vandamme and J. Heller, Poly(ortho esters) as bioerodible matrices for the controlled delivery of pyrimethamine in chemoprophylaxis of malaria, J. Control. Release 36 (1995) 209–213.

[47] J. Heller, S.Y. Ng, B.K. Fritzinger and K.V. Roskos, Controlled drug release from bioerodible hydrophobic ointments, Biomaterials 11 (1990) 235–237.

[48] P. Wuthrich, S.Y. Ng, B.K. Fritzinger, K.V. Roskos and J. Heller, Pulsatile and delayed release of lysozyme from ointment like poly(ortho ester), J. Control. Release 21 (1992) 191–200.

[49] K.V. Roskos, B.K. Fritzinger, S.S. Rao, G.C. Armitage and J. Heller, Development of drug delivery system for the treatment of periodontal disease based on bioerodable poly(ortho ester), Biomaterials 16 (1995) 313–317.

[50] A. Merkli, J. Heller, C. Tabatabay and R. Gurny, The use of acidic and basic excipients in the release of 5-fluorouracil and mitomycin C from a semi-solid bioerodible poly(ortho ester), J. Control. Release. 33 (1995) 415–421.

[51] S.F. Bernatchez, Q.H. Zhao, A. Merkli, C. Tabatabay, J. Heller, J.M. Anderson and R. Gurny, Biotolerance of a semi-solid hydrophobic biodegradable poly(ortho ester) for controlled drug delivery, J. Biomed. Mater. Res. 27 (1993) 677–681.

[52] S.F. Bernatchez, A. Merkli, T. Le Minh, C. Tabatabay, J.M. Anderson and R. Gurny, Biocompatibility of a new semisolid bioerodible poly(ortho ester) intended for the ocular delivery of 5-fluorouracil, J. Biomed. Mater. Res. 28 (1994) 1037–1046.

[53] A. Merkli, J. Heller, C. Tabatabay and R. Gurny, Purity and stability assesment of a semi-solid poly(ortho ester) used in drug delivery system, Biomaterials 17 (1996) 897–902.

[54] M. Zignani, S.F. Bernatchez, T. Le Minh, C. Tabatabay, J.M.

Anderson and R. Gurny, Subconjunctival biocompatibility of a viscous bioerodible poly(ortho ester). J. Biomed. Mater. Res. (1997) in press.

[55] A. Merkli, J. Heller, C. Tabatabay and R. Gurny, Gamma sterilization of a semi-solid poly(ortho ester) designed for drug delivery -Validation and radiation effects, Pharm. Res. 11 (1994) 1485–1491.

[56] R. Marchant, A. Hiltner, C. Hamlin, A. Rabinovitch, R. Slobodkin and J.M. Anderson, In vivo biocompatibility studies. I. The cage implant system and a biodegradable hydrogel, J. Biomed. Mater. Res. 17 (1983) 301–325.

[57] K. Yamaguchi and J.M. Anderson, Biocompatibility studies of naltrexone sustained release formulations, J. Control. Release 19 (1992) 299–314.

[58] Enquête: solvants résiduels, Pharmeuropa 2 (1990) 142–146.

[59] J. Rabiant, La limitation des solvants résiduels: aspect réglementaire, S.T.P. Pharma Sci. 1 (1991) 278–283.

[60] J. Heller, Y.F. Maa, S.Y. Ng and R. Duncan, Recent developments in the synthesis and utilization of poly(ortho esters), J. Control. Release 16 (1991) 3–14.

[61] S.M. Li, H. Garreau and M. Vert, Structure-property relationships in the case of the degradation of massive poly(a-hydroxy acids) in aqueous media, Part 2, Degradation of lactide-glycolide copolymers: PLA37.5GA and PLA75GA25, J. Mater. Sci. 1 (1990) 131–139.

[62] M. Vert, S.M. Li, G. Spenlehauer and P. Guerin, Bioresorbability and biocompatibility of aliphatic polyesters, J. Mater. Sci. 3 (1992) 432–446.

[63] K.A. Athanasiou, G.G. Niedrauer and C.M. Agrawal, Sterilization, toxicity, biocompatibility and clinical applications of polylactic acid/polyglycolic acid copolymers, Biomaterials 17 (1996) 93–102.

[64] V.H.L. Lee, Esterases activities in adult rabbit eyes, J. Pharm. Sci., 72 (1982) 239–244.

[65] The Sigma-Aldrich Library of Chemical Safety Data, Milwaukee, Sigma-Aldrich, 1988.

[66] J. Sekizawa, K. Yasuhara, Y. Suyama, S. Yamanaka, M. Tobe and M. Nishimura, A simple method for screening assesment of skin and eye irritation. J. Toxicol. Sci. 19 (1994) 25–35.

[67] H. Wheeler-Aceto, F. Porreca and A. Cowan, The rat formalin test: comparison of noxious agents, Pain 40 (1990) 229–238.

[68] J. Heller, D.W.H. Penhale, B.K. Fritzinger and S.Y. Ng, Controlled release of contraceptive agents from poly(ortho esters), in: G.I. Zatuchni and A. Goldsmith, (Eds.), PARFR Series on Fertility Regulatory, Harper and Row, Philadelphia, PA, 1984, pp. 113–128.

[69] C.A. Bunton and R.H. de Wolfe, The hydrolysis of carboxilic ortho ester, J. Org. Chem. 30 (1965) 1371.

[70] T.H. Nguyen, K.J. Himmelstein and T. Higuchi, Some equilibrium and kinetic aspects of water sorption in poly(ortho ester)s, Int. J. Pharm. 25 (1985) 1–12.

[71] T.H. Nguyen, C. Shih, K.J. Himmelstein and T. Higuchi, Hydrolysis of some poly(ortho ester)s in homogeneous solutions, J. Pharm. Sci. 73 (1984) 1563–1568.

[72] J. Hoborn, Die Entwicklung der Ethylenoxidsterilisation: technologische Aspekte und toxikologische Sicherheit, J. Pharm. Technol. 6 (1985) 34–35.

A1086

[73] M.B. Sintzel, M. Zignani, C. Tabatabay and R. Gurny, Influence of irradiation sterilization on semi-solid poly(ortho ester), Proc. Eur. J. Pharm. Biopharm. 42 (1996).

[74] J. Heller, S.S. Rao, B.K. Fritzinger, G.C. Armitage and K.V. Roskos, Development of a tetracycline delivery system for the periodontal disease, In: T. Okano, N. Ogata, J. Feijen and S.W. Kim. (Eds.), Advances in Biomedical Polymers in Biomedical Engineering and Drug Delivery Systems, Spring Verlag, 1996, pp. 106–110.

[75] H.F. Smyth, U.C. Pozzani, C.S. Weil, M.J. Tallant and C.P. Carpentier, Experimental toxicity and metabolism of 1,2,6-hexanetriol, Toxicol. Appl. Pharmacol. 15 (1969) 282–286.

[76] B.M. Mitruka and H.M. Rawnsley, Reference Values in Experimental Animals, Masson, New York, 1977, pp. 82–84.

A1087

# Subconjunctival biocompatibility of a viscous bioerodable poly(ortho ester)

M. Zignani,[1] S. F. Bernatchez,[1] T. Le Minh,[2] C. Tabatabay,[1] J. M. Anderson,[3] R. Gurny[1]

[1]School of Pharmacy, Department of Pharmaceutical Technology, University of Geneva, 30, quai E. Ansermet, CH-1211 Geneva 4, Switzerland
[2]School of Medicine, Department of Pathology, University of Geneva, CH-1211 Geneva 4, Switzerland
[3]Institute of Pathology, Case Western Reserve University, Cleveland, Ohio 44106-2622

Received 5 December 1996; accepted 15 February 1997

**Abstract:** The biocompatibility of a viscous poly(ortho ester) (POE) intended for prolonged intraocular drug delivery was studied. This hydrophobic and bioerodable carrier was subconjunctivally injected in rabbits and evaluated both clinically and histologically. To assess the cause of the triggered transient acute inflammatory reaction, the two monomers, the intermediate and final degradation products, and the local toxicity of different solvents used during the polymer preparation were tested. Since the two initial monomers and the intermediate degradation products induced only moderate inflammation, the main acute inflammatory reaction is attributed to the formation of an acidic by-product, which has been monitored *in vitro* by measuring the progressive decrease of the environmental pH. The influence of the sterilization procedure on tissue biocompatibility was established by comparing two polymers of similar molecular weight: one after γ-sterilization, and an aseptically synthesized one. The biocompatibility was significantly improved by avoiding irradiation of the polymer. © 1998 John Wiley & Sons, Inc. *J Biomed Mater Res*, 39, 277–285, 1998.

**Key words:** poly(ortho ester); biocompatibility; degradation; sterilization; opthalmology

## INTRODUCTION

The aim of this study was to evaluate the biocompatibility of a viscous poly(ortho ester) (POE) carrier intended for drug release during glaucoma-filtering surgery. Antifibroblastic agents are widely used to increase the success of filtering procedures in patients with poor surgical prognoses such as glaucoma in aphakia and pseudophakia, as well as previous failure cases of trabeculectomy.[1–3] The daily subconjunctival administrations of >15 days as well as the frequently reported side effects[4–6] can be decreased by using a sustained release system. For this reason, biocompatibility studies have been performed. Bernatchez et al.[7] recently reported that the subcutaneous injection of γ-sterilized POE in rats induces mild local inflammation at 3 and 7 days, followed by minimal chronic inflammation at 14 and 21 days. The concentrations of polymorphonuclear cells and lymphocytes as well as the extra- and intracellular activities of acid and alkaline phosphatases were similar between controls and POE. However, when subconjunctivally injected into rabbits, the same polymer triggered a marked hyperemia at day 3, which confirmed that rabbit eye sensitivity to irritation is high.[8,9] Biocompatibility is strongly related to injection site, and thus different tissues in the body respond differently to the same polymer implantation. For this reason, we further purified the polymer and studied the influence of the γ-sterilization and aseptic synthesis of POE on subconjunctival biocompatibility in rabbits. Since POE is biodegradable, we have attempted to indentify the mechanism triggering the transient inflammatory reaction and to decrease it to an acceptable and minimal level. Local tissue response depends on the biocompatibility of the polymer, its components, and its leachable degradation products.[10] A marked inflammatory reaction would counter the effect of the wound-healing inhibitor administered to improve the success rate of glaucoma-filtering surgery. Increased inflammation and proliferation of fibroblasts with production of new collagen in the early postoperative period are characteristic features of failed filtering procedures.[11–13]

Correspondence to: R. Gurny
Contract grant sponsor: FNSRS; Contract grant numbers: 32.35925.92, 32.46795.96

© 1998 John Wiley & Sons, Inc.      CCC 0021-9304/98/020277-09

## MATERIALS AND METHODS

### Polymer synthesis

Poly(ortho ester) is synthesized by a transesterification reaction between 1,2,6-hexanetriol and trimethyl orthoacetate (Aldrich Chemie, Steinheim, Germany) (Fig. 1). Under anhydrous conditions, the mixture is introduced into a round-bottomed flask, equipped with a magnetic stirring bar and cyclohexane (Fluka Chemie AG, Buchs, Switzerland) is added. The reaction is catalyzed by *p*-toluene sulfonic acid. The reaction flask is heated to 85°–100°C with vigorous stirring and the methanol-cyclohexane azeotrope formed is rapidly removed at 54°C. When the temperature of the reaction mixture begins to climb above 54°C and reaches 81°C, the distillation flow rate is controlled at 0.5 mL./min. Throughout the procedure, strictly anhydrous conditions are maintained. By using different ratios of trimethyl orthoacetate and 1,2,6-hexanetriol, and by varying the heating time, a family of POEs having different molecular weights can be produced.[14,15] After heating for an additional 8–24 h, the solution is cooled to room temperature and a few drops of triethylamine (TEA) (Fluka) are added to neutralize the acid catalyst and stabilize the polymer. Excess solvent is poured off and the polymer is dried under vacuum. It is purified by a precipitation procedure to remove impurities such as residual monomers and oligomers. The polymer is solubilized under anhydrous conditions in tetrahydrofurane (THF; Fluka) and the resulting viscous solution is poured into anhydrous methanol containing a few drops of TEA. After vigorous stirring, the methanol and THF mixture is decanted and the precipitated polymer is dried under vacuum at 40°C on a rotavapor. To further eliminate residual solvents, the polymer is also dried under vacuum ($10^{-2}$ mbar) at room temperature for an additional 48 h.[16]

### Aseptic procedure

Merkli et al.[17] previously showed that POE has a very low bioburden. This low microbiological contamination can be attributed to the viscous nature of POE, as well as additional factors such as the relatively high synthesis temperature (100°C), solvents (cyclohexane, methanol, and tetrahydrofuran) used during the polymer synthesis, and anhydrous environment (argon) that are required for polymer production and storage.

The general synthesis process remains unchanged, except that a 0.2-μm air filter (Millipore GV) is used during solvent evaporation to exclude air contamination. This aseptic process has been successfully validated using different nutrient media (broad spectrum).[17] No bacterial growth has been observed after 48 h of incubation at 37°C.

### Gamma irradiation

Irradiation was performed using a 22,000-Ci activity $^{60}$Co source (Federal Research Institute, Wädenswil, Switzerland). The POE samples were γ-irradiated under inert gas (argon) at −70°C. The dose rate of 0.093 Mrad/h and the total irradiation dose of 2.0 Mrad, previously validated, were measured using a Perspex dosimeter, red type 4034 BM (Harwell Laboratory, UK).[17]

### POE degradation

*In vitro* degradation studies have shown that the hydrophobic POE erodes gradually by surface hydrolysis, yielding first a mixture of esters of the initial triol, followed by a slower hydrolysis to 1,2,6-hexanetriol and acetic acid.[14–18] Since the second hydrolysis is much slower, no autocatalysis is observed (Fig. 2).

Since POE degradation products are likely to consist of a combination of all possible degradation products *in vivo*, degraded POE was also tested. Degraded POE ($M_w$ 1.2 kDa) was obtained by shelf-aging a POE with an initial molecular weight of 22 kDa. Degraded POE was γ-sterilized at 2.0 Mrad before subconjunctival injections and had a final molecular weight of 1 kDa.

### Synthesis of intermediate degradation products

The synthesis of intermediate degradation products (Fig. 2) was carried out by a esterification of 1,2,6-hexanetriol. Fifty mmol of 1,2,6-hexanetriol and acetic acid (Fluka) was placed in a 100-mL flask equipped with a reflux condenser, magnetic stirring bar, and Dean Stark trap, together with 10 mg *p*-toluene sulfonic acid catalyst and 50 mL toluene (Fluka). The mixture was vigorously stirred and heated at 125°C until 0.9 mL of water had been collected, at which



**Figure 2.** Two-step degradation of viscous POE.



**Figure 1.** Synthesis of viscous POE.

point heating was discontinued. The reaction mixture was then dissolved in acetone and dried over anhydrous magnesium sulfate/sodium carbonate (Fluka) to remove residual water and neutralize any residual acetic acid.[19]

The intermediate degradation products were injected subconjunctivally, either pure or diluted at a concentration of 50%. Before the injection, they were γ-sterilized at 2.0 Mrad and diluted with autoclaved phosphate buffer solution (PBS) in a laminar flow hood.

## Characterization of POE and intermediate degradation products

### Structure characterization

The structures of synthesized POE and intermediate degradation products were characterized by [1]H and [13]C-NMR spectroscopy. The molecular structure determination of the polymer by analyzing the characteristic vibrations of functional groups was carried out with a 1600 series Fourier transform–infrared spectrometer (Perkin Elmer AG, K, Snacht, Switzerland). Sample preparation of the POE was achieved by directly dispersing the viscous paste on the surface of a sodium chloride disc.[14,15]

### Intermediate degradation product analysis

Intermediate degradation products were analyzed by gas chromatography using an HP 5890 Series II (Hewlett Packard, Meyrin, Switzerland) equipped with a flame ionization detector (FID) and a 30-m HP SC 54 column. Determinations were carried out using a gradient oven temperature between 60° and 260°C.

### Molecular weight determination

The average molecular weights of the POE were determined by gel permeation chromatography (GPC) using a Waters 150 CV instrument with three Ultrastyragel (Waters, Volketswil, Switzerland) columns, 100, 500, and $10^3$ Å pore size in series, and THF (Romil Chemicals, Leics, UK) as eluent.[14,15]

### Residual solvent determination

The method was developed on an HP 5880 A series gas chromatograph (Hewlett Packard) equipped with a flame ionization detector. The column was a 30 m × 0.53-mm ID fused-silica capillary column with a 1-μm-thick bonded stationary phase (Supelcowax 10®; Supelco SA, Gland, Switzerland). The pressure of the carrier gas nitrogen was set at 4.2 psi, while hydrogen and air pressure were 30 and 16 psi,

respectively. Injector and detector temperetures were set at 220°C. The GC determination of all residual solvents was carried out using a single-step oven temperature of 40°C. Samples were prepared by dissolution of the polymer in acetone (0.500 g/10 mL). The analysis of the solutions was performed by injecting in the direct mode 1 μL into the chromatographic system described above. The concentrations of the solvents used during synthesis and purification were calculated from calibrations curves which had been plotted using a concentration range of 0.1–1 g/10 mL acetone (Fluka).[14]

### In vitro pH determination during POE degradation

During POE degradation, the pH was measured to assess the actual lowering of pH induced by the release of acetic acid, which is one of the final degradation products. We placed 1 g (w/w) POE and 10 mL 0.9% sodium chloride (Fluka) solution in a shaker (Haling, Aigle, Switzerland) at 37°C operating at low speed (100 U/min). Measurements of pH were taken in triplicate every day during the first week and then every week using a pH meter (Mettler DL25; Nanikon-Uster, Switzerland) and a combined pH glass microelectrode (6.0204.100Pc; Metrohm, Herisau, Switzerland) until complete degradation.

### Subconjunctival injections

New Zealand albino rabbits were used and treated as approved by the Animal Care and Use Committee of the University of Geneva. We injected 200 μL POE and degraded POE subconjunctivally with a hydraulic syringe through a 20G needle under local anesthesia; monomers and intermediate and final degradation products (200 μL) were manually injected through a 25G needle at different concentrations. The injections were performed nasally into the superior rectus muscle while the rabbits were in restraining boxes. Each product was tested on three to six rabbits. A clinical examination was performed daily by slit lamp. The hyperemia of the conjunctiva and episclera, the chemosis and lachrymation induced by the different injected products—i.e., POE, monomers, intermediate and final degradation products and solvents—were graded respectively according to a 0 (absence) to 3 (highest) clinical evaluation scale described in Table I.[20] Rabbits were sacrificed by intravenous injection of sodium pentobarbital for histology at 3, 10, 15, and 21 days. Histologic sections of samples including the cornea, limbus, and sclera were retrieved as previously described by Bernatchez et al.[8] The tissues were fixed in 10% formol and embedded in paraffin. Hematoxylineosin and Giemsa stainings were performed.

## RESULTS AND DISCUSSION

### In vitro degradation

*In vitro* degradation studies have shown that hydrophobic POE erodes gradually by surface hydrolysis,

A1090

**TABLE I**
**Modified Draize's Grading Scale for Clinical Evaluation of Palpebral and Bulbar Conjunctivae and Episclera[20]**

| | |
|---|---|
| Hyperemia | |
| Normal vessels | 0 |
| Definitely injected vessels | 1 |
| Diffuse crimson red, individual vessels not easily discernable | 2 |
| Diffuse beefy red | 3 |
| Chemosis | |
| No swelling | 0 |
| Any swelling above normal (including nictating membrane) | 1 |
| Swelling with partial eversion of lids | 2 |
| Obvious swelling with half-closed lids | 3 |
| Lachrymation | |
| None | 0 |
| Light lachrymation (normal watering) | 1 |
| Lachrymation wetting palpebras and hairs | 2 |
| Intense lachrymation wetting palpebras and large surfaces of hairs | 3 |

Score of 2 or 3 in any category is considered positive. Total score = A + B + C. Maximum = 9.

yielding a mixture of esters of the initial triol, followed by a slower hydrolysis to 1,2,6-hexanetriol and acetic acid.[14,18] Since the second hydrolysis is much slower, no autocatalysis is observed.

When placed in a small volume of saline, formation of acetic acid by the progressive hydrolysis of POE leads *in vitro* to a decrease of the pH from 6.5 to 4.5 in 1–5 days (Fig. 3). The rate of pH lowering depends on the molecular weight of the polymer (unpublished data). After complete degradation (days 35–42), the pH further decreases to 2.5. As expected, intermediate degradation products are water soluble and show an initial pH of approximately 4.5, which is the pH ob-

served after complete dissolution of POE and corresponds to the first hydrolysis step. The degraded polymer, which dissolves in a few hours, initially gives a slightly acidic pH.

It is interesting to note that POE is sufficiently hydrophobic, so that initial hydrolysis is mainly confined to its outer surface and the progressive erosion does not generate acidic products rapidly at the implantation site. Furthermore, water-soluble, low-molecular-weight intermediate degradation products could diffuse away before the second-stage hydrolysis takes place.[21,22] However, it is important to note that polymer degradation could be markedly increased by the activity of enzymes locally present in tissues. Lee[23] reported the presence of esterase activity in different tissues of the rabbit eye. Inflammatory cells which are triggered by the foreign-body implantation can also produce enzymes. Macrophages are the principal producers of a series of lysosomal enzymes such as hydrolases or esterases.[24] The hydrolysis of the intermediate esters could be catalyzed, and higher concentrations of acidic products could be rapidly generated with resulting inflammatory reactions.

### *In vivo* biocompatibility

Bernatchez et al.[8] observed an important acute inflammatory reaction after subconjunctival injection of γ-sterilized POE at 2.5 Mrad in rabbits. Moreover, it has been reported that γ-sterilization markedly degrades POE at doses higher than 2.0 Mrad, leading to the formation of isomeric esters of the 1,2,6-hexanetriol; whereas a simple backbone scission was observed after irradiation at doses lower than 2.0 Mrad.[17] A sterilization procedure has been validated at 2.0 Mrad,[17] and subsequent *in vivo* injections of γ-sterilized (2.0 Mrad) POE have been performed. Similarly, since POE shows a very low bioburden, an aseptic procedure has been carried out and successfully validated. γ-Sterilized and aseptically prepared POE of similar molecular weights (approximately 8 kDa) were compared after subconjunctival injection. As shown in the histogram depicted in Figure 4 and in clinical photographs (Fig. 5), a marked hyperemia, graded 2–3 and chemosis graded as 1 were observed with γ-sterilized POE, while aseptically prepared POE only triggered a mild hyperemia graded as 1. In both cases, the eye fully recovered between days 5 (aseptic procedure) and 10 (γ-sterilization) with no signs of chronic inflammation. Two injection volumes, 100 and 200 μL, were tested in the case of the γ-sterilized polymer, but no significant differences in conjunctival reaction were found between the two injection volumes. It is interesting to note that the difference between a 100-μL injection of sterilized POE and a 200-μL injec-



**Figure 3.** *In vitro* pH measurements during degradation of POE ($M_w$ 7.3 kDa) (-□-), intermediate degradation products (-●-), and degraded POE ($M_w$ 1 kDa) (-O-) in saline at 37°C. Mean ± SD ($n$ = 3). Standard deviations smaller than symbols are not shown.









**Figure 5.** Clinical pictures of rabbit eyes 1, 3, 7, and 10 days after subconjunctival injection of 200 μL of γ-sterilized POE, 8 kDa (left) and 200 μL of aseptically prepared POE, 8 kDa (right).

**Figure 4.** Comparative clinical evaluation of the hyperemia, chemosis and lachrymation induced by subconjunctival injection of (■) 200 μL and (▦) 100 μL of γ-sterilized POE ($M_w$ 8 kDa after sterilization) compared to (□) 200 μL of aseptically prepared POE ($M_w$ 8 kDa). Mean ± ($n = 4$).

tion of aseptically prepared POE was still significant (Fig. 4). The inflammatory reaction was significantly reduced with the aseptic preparation of the polymer. Several reasons could explain this improvement. First, the partial degradation induced by polymer irradiation accelerates the degradation rate and thus increases the formation rate of acidic by-products,

which may exceed local tissue clearance. In fact, backbone scission due to γ-sterilization leads to a rapid decrease of POE average molecular weight, together with a decrease of its dynamic viscosity. The resulting polymer is less viscous and shows higher chain flexibility, which promotes polymer hydrolysis by facilitating water penetration. It has been suggested that the γ-sterilization could facilitate the enzymatic degradation of polymers, as reported by Williams et al.[25,26] in the case of poly(glycolic acid). This phenomenon could similarly affect POE, leading to an increased formation rate of degradation products.

Finally, free radicals could form in POE during the sterilization process, as similarly described by Volland

et al.[27] in poly (D,L,-lactide-co-glycolide) microspheres. Radicals can lead to the formation of new potentially toxic entities.[28] It has also been reported that oxygen free radicals can both stimulate and inhibit proliferation of cultured human fibroblasts, according to their dose.[29] Free radicals are also considered to be relevant in maintaining inflammatory reactions,[30] and preliminary investigations suggest that radicals could influence the cyclo-oxygenase in the prostaglandin cascade and thus modulate fibroblast proliferation.[29]

To elucidate the cause of the transient inflammation observed after the injection of POE, its different constituents, its intermediate and final degradation products, and the residual solvents were evaluated. The presence of residual monomers and oligomers after synthesis is a major problem in polymer purification. The toxicity of different monomers such as methacrylate[31] or low-molecular-weight components of silicone has been reported,[32] and the necessity of purifying the polymers from these small constitutive entities has been clearly demonstrated. Merkli et al.[16] showed that after reprecipitation, a highly purified POE is obtained with only very low concentrations of monomers, oligomers, and low-molecular-weight moieties.

The two monomers, 1,2,6-hexanetriol and trimethyl (orthoacetate) were tested separately in concentrations as high as 10 and 50% (w/w) in PBS. No inflammatory reaction was observed with either of the two monomers at a concentration of 10%. However, at a concentration of 50%, a moderate hyperemia of the conjunctiva was triggered by both monomers with a maximum intensity at 1 day, as depicted in the histograms in Figure 6. The reaction triggered by trimethyl (orthoacetate) appears to be relatively more severe than 1,2,6-hexanetriol. Trimethyl (orthoacetate) induces a rather severe hyperemia and chemosis graded 2 during the first day of application, as well as intense lachrymation graded 2 after 6 h. 1,2,6-Hexanetriol induces only a hyperemia graded 1 at day 1, a chemosis graded 1 only after 2 days, and no lachrymation. The tested eyes fully recovered by day 3 (1,2,6-hexanetriol) and 5 (trimethyl (orthoacetate)). It is important to note that the initial triol (1,2,6-hexanetriol) is also a final degradation product of POE, whereas unreacted trimethyl (orthoacetate) is completely eliminated during the purification procedure.

Smyth et al.[33] extensively investigated the toxicity of 1,2,6-hexanetriol, which was found to be nontoxic. This triol (1,2,6-hexanetriol) is excreted essentially unmetabolized, and no systemic toxicity has been observed. Furthermore, the administration of 0.5 mL 1,2,6-hexanetriol into rabbit eyes produced neither irritation nor corneal necrosis. Trimethyl (orthoacetate) was not thoroughly investigated previously, but its rapid hydrolysis to methanol and methyl acetate could explain the observed transient ocular toxicity.[34]







**Figure 6.** Comparative clinical evaluation of the hyperemia, chemosis, and lachrymation induced by subconjunctival injection of 200 μL (■) trimethyl (orthoacetate), and (□) 1,2,6-hexanetriol, respectively at 50% in PBS. Mean ± SD ($n = 5$).

Since POE first hydrolyzes into isomeric esters of 1,2,6-hexanetriol, these intermediate degradation products were synthesized[19] and injected at concentrations of 50% (w/w) in PBS as well as pure, to assess their maximal inflammatory reaction. These intermediate degradation products triggered an immediate inflammatory reaction showing a hyperemia graded 2

and a chemosis graded 1 during the first 3 days which were resolved completely by day 7. No significant difference was observed between 50 and 100% of these intermediate degradation products concerning the induced hyperemia. However, the chemosis score was diminished at lower concentration, and lachrymation was present only with pure intermediate degradation products (Fig. 7). These results do not agree with those of Daniels et al.,[21,22] who described similar POE intermediate degradation products as neutral, nontoxic, and diffusing easily away from the injection site, thus avoiding the possible irritation due to final degradation products. However, it is difficult to determine if the observed toxicity was directly due to the intermediate esters or if the reaction was triggered by an increased *in situ* enzymatic degradation into the two final degradation products: 1,2,6-hexanetriol and acetic acid. Since the triol was shown to be nontoxic subconjunctivally, the reaction can be attributed to acetic acid, the acidity of which (pH 4.5–2.5) can induce intense local irritation.[34–36] For ethical reasons, pure acetic acid has not been tested. However, it is important to note that acetic acid is not considered to be systemically toxic, because it is eliminated from the body via the Krebs cycle in the form of $CO_2$ and $H_2O$.

Degraded POE triggered an immediate inflammatory reaction after 1 day, with hyperemia and chemosis graded 2 and lachrymation graded 1 (Fig. 7). The maximum inflammatory reaction appeared during the first 2 days and was resolved within a week. Degraded POE shows a hyperemia score greater that of intermediate degradation products, but not the chemosis and lachrymation score. This could be due to the enhanced viscosity of the degraded POE compared to the nonviscous intermediate esters, and thus to an increased contact time with the subconjunctival tissues. The intensity of hyperemia triggered after the subconjunctival injection of γ-sterilized and degraded polymer was not significantly different during the first 2 days. However, the eyes receiving degraded polymer recovered more rapidly, which was also due to the shorter contact time experienced with the less viscous degraded polymer. This observation could explain the inflammatory reaction after injection of γ-sterilized POE, which is partially degraded during the sterilization procedure.

Injection of pure intermediate degradation products also triggered a similar reaction, but with a delayed maximal reaction at day 3. This delayed reaction could be explained by the hydrolysis of these esters into acidic byproducts. Lachrymation was present only after injection of nonviscous products such as precursors and intermediate degradation products, and never after injection of polymer.

According to the modified Draize's test[20] (Table 1), subconjunctival injection of aseptically produced POE triggers only mild to minimal irritation and the deg-







**Figure 7.** Comparative clinical evaluation of the hyperemia, chemosis, and lachrymation induced by subconjunctival injection of 200 μL (■) degraded POE ($M_w$ 1 kDa), $n = 6$; (▨) pure intermediate degradation products; and (□) intermediate degradation products at 50% in PBS. Mean ± SD ($n = 4$).

radation products even injected pure induce moderate irritation during the first 3 days (Fig. 8). According to these results, we conclude that POE has an acceptable biocompatibility when injected subconjunctivally.

For quality control and toxicologic reasons, a sensitive and accurate analysis of the residual solvents in



**Figure 8.** Comparative clinical evaluation of cumulated score according to modified Draize's test induced by subconjunctival injection of 200 μL (▥) degraded POE ($M_w$ 1 kD), (▦) pure intermediate degradation products, (■) 200 μL γ-sterilized POE ($M_w$ 8 kDa after sterilization), and (□) aspetically prepared POE ($M_w$ 8kDa).

POE was performed. It is well known that residual solvents can be responsible for acute or chronic inflammatory and toxic reactions and limits have been set by the different pharmacopeias. Typical amounts of residual solvents measured in POE are 0.02% of cyclohexane, 0.15% of tetrahydrofurane, and 0.40% of methanol. These solvents are used during POE synthesis and purification procedure and have been tested subconjunctivally at the mentioned concentrations as well as up to 1% (w/w) in PBS. No sign of inflammation was observed after subconjunctival injection of these solvents at any concentration used. We therefore conclude that residual solvents do not affect the biocompatibility of the polymer. It is important to point out that cyclohexane has been listed in Class 2 (toxic solvents) in recent guidelines,[37] and its exposure is limited to 1.8 mg/day. Tetrahydrofuran and methanol are considered to be poorly toxic solvents (Class 3) and are accepted at 10 mg/day or 0.5% without further justification. Acetic acid, which is a degradation product, is also considered to be a Class 3 solvent.[37] These safety guidelines assume long-term treatment with oral administration and full absorption.

Histologic sections of the cornea, limbus, and sclera after hematoxylin-eosin staining showed an eosinophilic inflammatory reaction at day 3. It is important to notice that the eosinophilic reaction previously observed in rabbits and absent in both rat muscle and cage implant biocompatibility tests[7,8] can be explained by the pseudoeosinophilic character of rabbit neutrophils.[38] This inflammatory reaction was almost completely resolved after 7–10 days and no recurrence occurred at 15 or 21 days. The reaction induced by the POE can thus be considered a transient acute inflammatory reaction, with no histologic evidence of chronic inflammation. No irreversible changes occurred in the tissues, indicating an overall good biocompatibility.

## CONCLUSION

This study showed that subconjunctival POE biocompatibility is strongly dependent on the degree of POE purification and the sterilization method. The biocompatibility of the polymer was markedly improved by purifying the polymer from residual monomers and oligomers, by reprecipitation, and by avoiding γ-sterilization. The local toxicity of the initial monomers and intermediate degradation products induces only a moderate inflammatory reaction. The formation of acetic acid remains the major problem, and for this reason better control of the local acidity generated by the polymer degradation is currently under investigation. Several approaches such as the addition of different basic salts to POE are being evaluted to reduce the inflammatory reaction by buffering or neutralizing the acidic by-product or by decreasing the degradation rate of the polymer and the release rate of the acidic moiety.

The authors are grateful to Florence Mottu for technical assistance.

## References

1. Fluorouracil Filtering Surgery Study Group, "Fluorouracil filtering surgery study one-year follow-up," *Am. J. Ophthalmol.,* **108**, 625–635 (1989).
2. Fluorouracil Filtering Surgery Study Group, "Three-year follow-up of the fluorouracil filtering surgery study," *Am. J. Ophthalmol.,* **115**, 82–92 (1993).
3. Fluorouracil Filtering Surgery Study Group, "Five-year follow-up of the fluorouracil filtering surgery study," *Am. J. Ophthalmol.,* **121**, 349–366 (1996).
4. P. C. Wong, J. C. Ruderman, T. Krupin, M. Goldenfeld, L. F. Rosenberg, M. B. Shields, R. Ritch, J. M. Liebmann, and D. K. Gieser, "5-fluorouracil after primary combined filtration surgery," *Am. J. Ophthalmol.,* **117**, 149–154 (1994).
5. R. M. M. A. Nuyts, E. Pels, and E. L. Greve, "The effects of 5-fluorouracil and mitomycin C on the corneal endothelium," *Curr. Eye Res.,* **11**, 565–570 (1992).
6. P. T. Hung, L. L. K. Lin, J. W. Hsieh, and T. H. Wang, "Preoperative mitomycin-C subconjunctival injection and glaucoma filtering surgery," *J. Ocul. Pharmacol.,* **11**, 233–241 (1996).
7. S. F. Bernatchez, Q. H. Zhao, A. Merkli, C. Tabatabay, J. Heller, J. M. Anderson, and R. Gurny, "Biotolerance of a semi-solid hydrophobic biodegradable poly(ortho ester) for controlled drug delivery," *J. Biomed. Mater. Res.,* **27**, 677–681 (1993).
8. S. F. Bernatchez, A. Merkli, T. Le Minh, C. Tabatabay, J. M. Anderson, and R. Gurny, "Biocompatibility of a new semisolid

bioerodible poly(ortho ester) intended for the ocular delivery of 5-fluorouracil," *J. Biomed. Mater. Res.*, **28**, 1037–1046 (1994).

9. C. M. Hutak and R. B. Jacaruso, "Evaluation of primary ocular irritation: Alternatives to the Draize test," in *Ocular Therapeutics and Drug Delivery: A Multidisciplinary Approach*, I. K. Reddy (ed.), Technomic, Basel, 1996, pp. 489–525.

10. D. L. Wise, D. J. Trantolo, D. E. Altobelli, M. J. Yaszemski, J. D. Gresser, and E. R. Schwartz (eds.), *Biological Performance of Materials: Fundamentals of Biocompatibility*, Marcel Dekker, New York, 1992.

11. A. E. Maumenee, "External filtering operations for glaucoma: The mechanism of function and failure," *Trans. Am. Ophthalmol. Soc.*, **58**, 319–328 (1960).

12. M. Addicks, H. A. Quigley, R. Green, and A. L. Robin, "Histologic characteristics of filtering blebs in glaucomatous eyes," *Arch. Ophthalmol.*, **101**, 795–798 (1983)

13. R. A. Hitchings and I. Grierson, "Clinico pathological correlation in eyes with failed fistulizing surgery," *Trans. Ophthal. Soc. UK*, **103**, 84–88 (1983).

14. A. Merkli, J. Heller, C. Tabatabay, and R. Gurny, "Synthesis and characterization of a new biodegradable semi-solid poly (ortho ester) for drug delivery systems," *J. Biomater. Sci. Polymer Edn.*, **4**, 505–516 (1993).

15. A. Merkli, J. Heller, C. Tabatabay, and R. Gurny, "Semi-solid hydrophobic bioerodible poly(ortho ester)for potential application in glaucoma filtering surgery," *J. Control. Rel.*, **29**, 105–112 (1994).

16. A. Merkli, J. Heller, C. Tabatabay, and R. Gurny, "Purity and stability assesment of a semi-solid poly(ortho ester) used in drug delivery system," *Biomaterials*, **17**, 897–902 (1996).

17. A. Merkli, J. Heller, C. Tabatabay, and R. Gurny, "Gamma sterilization of a semi-solid poly(ortho ester) designed for drug delivery: Validation and radiation effects," *Pharm. Res.*, **11**, 1485–1491 (1994).

18. J. Heller, Y. F. Maa, S. Y. Ng, and R. Duncan, "Recent developments in the synthesis and utilization of poly(ortho esters)," *J. Control. Rel.*, **16**, 3–14 (1991).

19. P. Wuthrich, S. Y. Ng, B. K. Fritzinger, K. V. Roskos, and J. Heller, "Pulsatile and delayed release of lysozyme from ointment like poly(ortho ester)," *J. Control. Rel.*, **21**, 191–200 (1992).

20. F. Bottari, B. Giannaccini, B. Cristofori, M. F. Saettone, and N. Tellini, "Semisolid ophthalmic vehicles. I: A study of eye irritation in albino rabbits of a series of gel-type aqueous bases," *Farmaco II*, **33**, 435–446 (1978).

21. A. U. Daniels, K. P. Andriano, W. P. Smutz, M. K. O. Chang, and J. Heller, "Evaluation of absorbable poly(ortho esters) for use in surgical implants," *J. Appl. Biomat.*, **5**, 51–64 (1994)

22. M. S. Taylor, A. U. Daniels, K. P. Andriano, and J. Heller, "Six

23. V. H. L. Lee, "Esterases activities in adult rabbit eyes," *J. Pharm. Sci.*, 239–244 (1982).

24. G. N. Kumar, "Drug metabolizing enzyme systems in the eye," in *Ocular Therapeutics and Drug Delivery: A Multidisciplinary Approach*, I. K. Reddy (ed.), Technomic, Basel, 1996, pp. 149–167.

25. D. F. Williams and E. Mort, "Enzyme-accelerated hydrolysis of polyglycolic acid," *J. Bioeng.*, **1**, 231–238 (1977).

26. C. C. Chu and D. F. Williams, "The effect of gamma irradiation on the enzymatic degradation of polyglycolic acid absorbable sutures," *J. Biomed. Mater. Res.*, **17**, 1029–1040 (1983).

27. C. Volland, M. Wolff, and T. Kissel, "The influence of terminal gamma-sterilization on captopril containing poly(D,L-lactide-co-glycolide) microspheres," *J. Control. Rel.*, **31**, 293–305 (1994).

28. S. D. Aust, C. F. Chignell, T. M. Bray, B. Kalyanaraman, and R. P. Mason, "Contemporary issues in toxicology: Free radicals in toxicology," *Toxicol. Appl. Pharmacol.*, **120**, 168–178 (1993).

29. G. A. C. Murrel, M. J. O. Francis, and L. Bromley, "Modulation of fibroblast proliferation by oxygen free radicals," *Biochem. J.*, **265**, 659–665 (1990).

30. D. R. Blake, R. E. Allen, and J. Lunec, "Free radicals in biological systems: A review oriented to inflammatory processes," *Br. Med. Bull.*, **43**, 371–385 (1987).

31. T. V. Chirila, L. N. Walker, I. J. Constable, D. E. Thompson, and G. D. Barrett, "Cytotoxic effects of residual chemicals from polymeric biomaterials for artificial soft intraocular lenses," *J. Cataract Refract. Surg.*, **17**, 154–162 (1991).

32. K. Nakamura, M. F. Refojo, D. V. Crabtree, J. C. Pastor, and F. Leong, "Ocular toxicity of low-molecular-weight components of silicone and fluorosilicone oils," *Invest. Ophthalmol. Vis. Sci.*, **32**, 3007–3020 (1991).

33. H. F. Smyth, U. C. Pozzani, C. S. Weil, M. J. Tallant, and C. P. Carpentier, "Experimental toxicity and metabolism of 1,2,6-hexanetriol," *Toxicol. Appl. Pharmacol.*, **15**, 282–286 (1969).

34. Anonymous, *The Sigma-Aldrich Library of Chemical Safety Data*, Sigma-Aldrich, Milwaukee, 1988.

35. J. Sekizawa, K. Yasuhara, Y. Suyama, S. Yamanaka, M. Tobe, and M. Nishimura, "A simple method for screening assesment of skin and eye irritation," *J. Toxicol. Sci.*, **19**, 25–35 (1994).

36. H. Wheeler-Aceto, F. Porreca, and A. Cowan, "The rat formalin test: Comparison of noxious agents," *Pain*, **40**, 229–238 (1990).

37. F. Erni, P. Helboe, and A. Artiges, "ICH guideline, residual solvents," *Pharmeuropa*, **8**, 109–111 (1996).

38. B. M. Mitruka and H. M. Rawnsley, *Reference Values in Experimental Animals*, Masson, New York, 1977, pp. 82–84.

430

# Polyphosphazenes as biomaterials: surface modification of poly(bis(trifluoroethoxy)phosphazene) with polyethylene glycols

S. Lora*, G. Palma**, R. Bozio**, P. Caliceti† and G. Pezzin‡

*Istituto di Fotochimica e Radiazioni d'Alta Energia, C.N.R., (BO), Sezione di Legnaro, Via Romea 4, 35020 Legnaro, Padova; **Dipartimento Chimica Fisica, Università Padova, Padova; †Dipartimento Chimica Farmaceutica, Università Padova, Padova; ‡Centro di Studio per la Fisica delle Macromolecole, C.N.R., Bologna, Italy

Investigations were carried out on the metathetical exchange reaction between the $-O-CH_2CF_3$ moieties of poly(bis(trifluoroethoxy)phosphazene) (PTFP), in the state of slightly swollen films, and the alkoxide ions derived from methoxypolyethylene glycol (MPEG) of molecular mass ranging from 350 to 5000 g/mol. The substitution of these hydrophilic chains, mostly confined to thin surface layers, was revealed by means of optical microscopy and scanning electron microscopy observations, surface elemental analysis by energy-dispersive X-ray analysis (EDXA), FTIR-ATR analysis and water contact angle measurements. The surface biocompatibility was enhanced in all cases, whilst the mechanical properties of the original PTFP films were substantially retained in the modified samples exhibiting low substitutions. Such samples were obtained especially when the metathetical reaction was carried out with MPEG5000.

*Keywords: Polyphosphazene, polyethylene glycol, surface analysis, polymer composition*

Received 14 July 1992; revised 5 October 1992; accepted 5 October 1992

In the field of biomaterials, hydrophobic synthetic polymers with excellent mechanical properties, such as polyethylene and polytetrafluoroethylene, are of limited application because of the incompatibility of their surface with biological tissues[1, 2]. Hydrophilic synthetic polymers, such as polyvinylpyrrolidone, are not incompatible, but have poor mechanical strength in a water-swollen state[3]. Clearly, a way to obtain satisfactory biomaterials is the design of hybrid systems in which both requirements are fulfilled by two or more component polymers[4].

These hybrid materials are made of polyethylene glycol (PEG) and methoxypolyethylene glycol (MPEG). In fact, copolymers based on ethylene glycol are known to reduce the surface adhesion of blood cells[5] and also to repel blood proteins due to the mobility and flexibility of their hydrated chains, together with the absence of electric charges[6, 7]. Additional advantages are the lack of toxicity and non-interference in biological reactions[7].

On the other hand, the candidates characterized by a convenient mechanical strength can be chosen from polyphosphazenes, polymers of general formula $-[N=P(R_1, R_2)]_n-$, for which most properties can be controlled by introducing different side groups $R_1$ and $R_2$

in the polymeric precursor polydichlorophosphazene[8]. With two of these, semicrystalline chemically inert polymers with suitable mechanical properties, i.e. poly(bis(phenoxy)phosphazene) and poly(bis(trifluoro-ethoxy)phosphazene) (PTFP), hybrid biomaterials with enhanced biocompatibility have already been prepared in our laboratory through radiation-grafting hydrophilic monomers such as N-vinylpyrrolidone and dimethyl-aminoethylmethacrylate on to them. The mechanical properties are mostly retained after the modification[9–11].

Modifications of PTFP can also be obtained by metathetical exchange reaction of the $-O-CH_2CF_3$ moieties with alkoxide nucleophiles, a reaction producing linear copolymers or cross-linked networks, depending on whether monofunctional or bifunctional nucleophiles are involved[8, 12].

The side groups of PTFP were replaced with groups $-OCH_2CH_2OCH_3$ and $-O-CH_2CH_2-OH$ by Matsuki and Saiki[13]; and with the groups $-OCH_2CH_2CN$, $-(OCH_2CH_2)_x-NH_2$ and $-(OCH_2CH_2)_y-OH$, where $x = 1$, 2 and $y = 1$, 2, 4 by Allcock et al.[14]. The reactions were carried out either in solution or with PTFP in the form of a film.

Although in the above works the nucleophiles involved have a short chain length, it has been reported that polymeric materials bearing PEG chains exhibit

Correspondence to Dr S. Lora.

© 1993 Butterworth-Heinemann

increasing efficiency in minimizing the adhesion of blood platelets and the absorption of plasma proteins, such as fibrinogen[6, 15], as the PEG chains lengthen.

To develop blood-compatible materials, we carried out a study on the modification of the surface of PTFP films by a metathetical exchange reaction of the trifluoro-ethoxide moiety with three MPEGs with chain lengths varying widely, with a nominal molecular mass of 350 (MPEG350), 750 (MPEG750) and 5000 g/mol (MPEG5000). A characterization of the modified samples was made by optical microscopy, scanning electron microscopy (SEM), water contact angle, energy-dispersive X-ray analysis (EDXA) and FTIR-ATR analysis. Mechanical properties and *in vivo* tests of biocompatibility were also evaluated.

## EXPERIMENTAL

Toluene (TL) and dioxane (DX) were C. Erba products and were purified immediately before use, the former by distillation over Na and the latter according to the Hess and Frahm method[16]. The three MPEG products were from Aldrich and were used as received. PTFP was prepared as described previously[9, 10]. PTFP films of a constant thickness were obtained by casting from acetone solutions and, after removal of residual solvent by washing with methanol, dried under vacuum. PTFP films were allowed to swell for 24 h in DX-TL mixtures of various compositions at 20 and 65°C. The amount of swelling was determined as $[(w_s - w_o)/w_o] \cdot 100$, where $w_o$ and $w_s$ are the weights of the films before and after swelling. The surface modifications of PTFP were carried out according to the following procedure. MPEG was dissolved in 15 ml of DX-TL mixture and treated with excess NaH in order to obtain sodium alkoxide. Unreacted NaH was removed by centrifugation and a PTFP film $(30.0 \times 11.0 \times 0.3 \text{ mm})$ was successfully introduced in the solution. The amount of moles of the MPEG alkoxide ions in solution was always chosen as 10 times that of the PTFP $-O-CH_2CF_3$ groups contained in the whole film. The metathetical reaction was allowed to take place at 65°C for a predetermined time, then the modified films were washed rapidly with TL and methanol in succession, dried under vacuum and weighed. The results are reported as sample weight increments per unit area $\Delta w/A$, where $A$ is the total surface area measured on the original PTFP film.

The following characterizations were carried out on the modified film samples:

1. Optical observations with a Leitz Laborlux 12HL microscope, after the swelling of the samples in water containing 0.5% acid fuchsin. The samples were cut, using a microtome, into slices *ca*. 200 μm thick from films cooled at 0°C. After immersion in the staining solution for a day, the slices were rapidly wiped dry of water and immediately used for the reflection optical microscopy analysis.

2. SEM analysis with a Cambridge Stereoscan 250 instrument.

3. Surface elemental analysis by the EDXA method, using an EDAX model PW9800 instrument. As a control of the uniformity of the surface composition,

EDXA spectra were taken in at least five regions of each of the films.

4. FTIR-ATR analysis by means of a Bruker IFS 113 V spectrometer equipped with a Wilks ATR accessory, using a trapezoidal KRS5 plate (28 refractive index) cut for multiple reflections at an internal angle of incidence of 45°.

5. Water contact angle measurements carried out with the sessile drop method, using a Ramè-Hart A-100 apparatus. Values of the advancing and receding angles of three different drops, taken for each sample surface, were in all cases within experimental reproducibility, i.e. within a standard deviation of about ±3%.

Evaluation of the mechanical properties was carried out with dumbbell-shaped specimens, 8 mm wide and 15 mm long, cut from modified and original PTFP films. The stress-strain curves were obtained using an Instron tensile tester at 20°C and at a strain rate of 10 mm/min. *In vivo* tests were carried out by intraperitoneal implantation of round films of about 1 cm diameter in adult Wistar rats, each weighing 200–250 g. To implant the film, an incision 1.5 cm long was made into the rat abdomen skin and underlying peritoneum in the direction of abdominal muscular fibres; the incision was closed with stainless steel clips. Two rats, not implanted, were operated on with the same procedure as a control. All animals were fed *ad libitum* and were killed after 60 d.

## RESULTS AND DISCUSSION

All the metathetical exchange reactions were carried out at 65°C, a temperature 5°C lower than the mesomorphic transition of PTFP[17]. A number of runs were made with the three nucleophiles MPEG350 and MPEG750 and MPEG5000 dissolved in DX-TL solutions of different compositions, capable of swelling PTFP films to different extents. The percentage weight increments due to swelling were of 3, 4.5 and 6.2% at 20°C and 4.2, 7.8 and 12.2% at 65°C, for DX-TL mixtures in the weight ratios of 0:100, 10:90 and 25:75, respectively.

The replacement of the $-O-CH_2CF_3$ moieties by the higher molar mass MPEG groups shows a sample weight increase, which gives an indication of the extent of the reaction. The more significant data, since the reaction is mostly confined to the film surface, are the increments divided by the surface area $\Delta w/A$, which are reported for different solvent compositions and reaction times in *Table 1*. The dimensions, excluding the film thickness, were measured on the modified films and then reported in *Table 1*. Examination of the data permits the division of the modified samples into three groups characterized by: comparatively large $\Delta w/A$ values, increased film dimensions; smaller $\Delta w/A$ values, little or no film enlargement; and negligibly small or no weight increase, decreased film dimensions. Clearly, samples 2, 4 and 10 belong to the first group and samples 13–18 to the third group, while most of the others can be considered second group samples.

The third group samples are produced when MPEG5000 is the reactant and the samples of the other two groups

432



**Figure 1**   Reflection optical microscopy photographs of thin cross-sections of original poly(bis(trifluoroethoxy)phosphazene) (PTFP) and modified samples swollen by 0.5% acid fuchsin aqueous solution: **a**, original poly(bis(trifluoroethoxy)phosphazene) (PTFP); **b**, sample 1; **c**, sample 10; **d**, sample 2; **e**, sample 13; **f**, sample of **b** after ≈200% elongation.



**Figure 5**   Photographs of films recovered after 60 d of intraperitoneal implantation in rats. **a**, Original poly(bis(trifluoroethoxy)-phosphazene) (PTFP) film; **b**, sample 5; **c**, sample 9; **d**, sample 13; and **e**, sample 10.

MPEG-modified polyphosphazenes: S. Lora et al.

**Table 1**  Metathetical exchange reaction of poly(bis(trifluoroethoxy)phosphazene) (PTFP) films with MPEG350, MPEG750 and MPEG5000 at 65°C in the three DX-TL mixtures of weight ratios of 0:100, 10:90 and 25:75, respectively. Reaction parameters and data of the modified film samples

| Sample number | MPEG reagent | % DX in mixture | Reaction time (min) | Film weight Before (mg) | Film weight After (mg) | $\Delta w/A*$ Values (mg/cm$^2$) | Modified film dimensions** (mm) | Water-swollen modified film Weight (mg) | $w_w$† (mg) | Contact angle Advancing-Receding (°) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MPEG350 | 0 | 45 | 136.3 | 147.3 | 1.60 | 30 × 12 | - | - | - |
| 2 | | 0 | 90 | 155.3 | 188.9 | 5.10 | 42 × 15 | 183.0 | 17.4 | 52–8 |
| 3 | | 10 | 20 | 159.6 | 165.6 | 0.90 | 30 × 11 | 232.0 | 60.4 | - |
| 4 | | 10 | 45 | 152.6 | 171.6 | 2.90 | 40 × 15 | 196.1 | 22.3 | - |
| 5 | | 25 | 15 | 168.2 | 173.8 | 0.85 | 30 × 12 | - | - | 30–0 |
| 6 | | 25 | 20 | 207.2 | 212.8 | 0.85 | 32 × 12 | - | - | - |
| 7 | MPEG750 | 0 | 45 | 120.8 | 123.4 | 0.40 | 30 × 11 | 126.2 | 2.8 | 52–8 |
| 8 | | 0 | 90 | 115.0 | 123.0 | 1.20 | 30 × 12 | 138.3 | 15.3 | 0–0 |
| 9 | | 10 | 30 | 156.7 | 159.1 | 0.35 | 30 × 12 | 163.7 | 4.6 | 0–0 |
| 10 | | 10 | 45 | 156.0 | 164.2 | 1.20 | 36 × 14 | 181.0 | 16.8 | 0–0 |
| 11 | | 25 | 20 | 163.0 | 165.5 | 0.40 | - | 170.5 | 5.0 | - |
| 12 | | 25 | 30 | 197.0 | 202.4 | 0.80 | 30 × 12 | - | - | - |
| 13 | MPEG5000 | 0 | 150 | 156.0 | 156.0 | 0.00 | 30 × 11 | 157.7 | 1.7 | 52–6 |
| 14 | | 0 | 120 | 128.0 | 128.5 | 0.10 | 30 × 11 | 130.6 | 2.2 | - |
| 15 | | 10 | 35 | 110.1 | 110.0 | 0.00 | 27 × 10 | 112.9 | 2.9 | - |
| 16 | | 25 | 60 | 203.2 | 204.0 | 0.10 | 29 × 11 | 215.1 | 11.1 | 60–0 |
| 17 | | 25 | 60 | 169.0 | 169.6 | 0.10 | 29 × 11 | 179.0 | 9.5 | 72–0 |
| 18 | | 25 | 90 | 235.6 | 237.5 | 0.30 | 29 × 11 | 244.5 | 7.0 | 16–0 |

*Weight increment divided by the surface area measured on the original PTFP film.
**Modified film dimensions (30 × 11 mm = dimensions of the original film).
†$w_w$ = weight of water contained in the swollen modified sample.

result from the reactions with MPEG750 and MPEG350. Those of the first group mostly result from MPEG350. This different behaviour is undoubtedly due to the different rate of diffusion into the polymer film, which increases with decreasing reactant size. However, the difference in diffusion cannot account for all data in *Table 1*; the $\Delta w/A$ values found with DX-rich solutions, which also favour the reagent diffusion, are not higher than those relative to other solution compositions (compare samples 17 and 18 with samples 13 and 14). A possible explanation for this apparent discrepancy is that a DX-rich solvent partially dissolves the MPEG-modified PTFP molecules, especially when MPEG has a long chain length, which is consistent with the negligibly small increase in dimensions observed in the third group samples over the original PTFP films. Although the constant size of the second group samples is in line with a surface-confined substitution, the enlargement of the first group samples should occur because the metathetical reaction, proceeding to rather high levels, also takes place in the film interior. For instance, for sample 2, the stoichiometric calculation, based on the amount of reacted MPEG350, shows that about 10% of all the $-O-CH_2CF_3$ moieties present in the original PTFP has been replaced, which makes it unrealistic to assume that the substituted monomoles are confined in the surface layers. An indication of the changes undergone by this modified sample is given by the dramatic decay observed in its mechanical properties.

The equilibrium swelling of the modified samples in water was attained by their immersion in water for 24 h; the amounts of water absorbed are also reported in *Table 1*. Water uptake is observed with all samples, which, since no water is absorbed by pure PTFP, indicates that a certain amount of hydrophilic MPEG chains is present, even in the third group samples. This supports the view

that MPEG5000 substitution occurs to a certain extent, and that the expected weight increment is cancelled by a weight loss due to the partial dissolution of substituted macromolecules.

Evidence in agreement with all the above considerations was gathered by reflection optical microscopy analysis of the samples swollen by 0.5% acid fuchsin aqueous solution. The microphotographs of *Figure 1* show that, although the original PTFP film does not swell (*Figure 1a*), the swelling, from which a red material is produced, is confined to the surface layers for the second group samples (*Figure 1b*), but with the first group samples it extends to most of the film (*Figure 1c*) and then to the whole film (*Figure 1d*) as the $\Delta w/A$ value progressively increases. The presence of hydrophilic MPEG chains in the surface of the third group film is proved by this (compare *Figures 1e to 1b*).

Additional information was obtained by examining the surface-modified samples which had undergone ≈200% elongation before their swelling in the fuchsin solution. A second group sample (*Figure 1f*) exhibits two clearcut regions: an unmodified inner part which is not coloured and, as a semicrystalline elastomer[11], does not break under this deformation, and the MPEG-modified surface layers, which appear to be markedly coloured and exhibit very different mechanical properties. The fractures at regular intervals in the order of magnitude of 100 μm (resulting from comparison with the about 250 μm thickness of the elongated film) demonstrate that the surface layers have a homogeneous composition and are so firmly bound to the film elastomeric region that a deformation of the latter causes the former to undergo a homogeneous deformation at the microscopic level. Thus, the deformation at the level of 100 μm appears to be affine, i.e. identical to the macroscopic one for the inner unmodified polymer region.

The enhanced hydrophilicity of the surface of the MPEG-modified films was also confirmed by measurements of contact angle. The values of both advancing and receding contact angles, reported in *Table 1* for some of the modified samples, are considerably lower than the values of 101 and 49° determined on the original PTFP films. We noted that the data of *Table 1* are significantly lower than the contact angles found by Allcock *et al.*[14] on samples modified to a greater extent, but with shorter chain reactants.

For the scattering observed in the advancing angle data, note that the contact angle depends also on the surface roughness, which varies with the reaction conditions, illustrated by the SEM photographs of *Figure 2*. As can be seen, the substitution reaction causes the virtually smooth surface in the original PTFP film (*Figure 2a*) to become rough to different extents. In *Figure 2c* there is an example of the characteristic texture observed in the surface of most samples of the first and second groups; *Figure 2b* refers to a third group sample with a very low surface roughness, as expected.

An anomalous case of particularly high surface roughness is presented by a first group sample (*Figure 2d* and *Figure 1c*). By comparison with the samples of the same group, this anomaly cannot be simply ascribed to the high level of substitution and other factors, such as

poorly controlled reaction conditions, must be taken into account.

Clearly, the alteration of the bulk properties, produced by extensive substitution of PTFP molecules with MPEG chains, is not the aim of an investigation on the preparation of polymer biomaterials, where only the enhancement of surface biocompatibility is required. Consequently, this study focussed primarily on the second and third group samples and, since with them the gravimetric determinations appeared scarcely reliable, other determinations were carried out.

Semiquantitative information on the film surface modification of the second and third group samples could be gained by EDXA spectrometry which gave the elemental analysis, confined to surface layers in the order of tens of micrometres, of five of the elements present in the samples. Although most of the elements are of low atomic number and near the borderline of the instrument's sensitivity, concentration changes in accordance with an unequivocable substitution of $-O-CH_2CF_3$ moieties by MPEG were found in all cases, even when negligibly low $\Delta w/A$ values were concerned. *Figure 3* shows the spectra of an original PTFP sample (*Figure 3a*) and a second group sample recorded under the same conditions (*Figure 3b*). Comparing the corresponding spectral areas, the variations of the element



**Figure 2**   Scanning electron microscopy (SEM) microphotographs of the surface of: **a**, original poly(bis(trifluoroethoxy)phosphazene) (PTFP) film; **b**, sample 13; **c**, sample 8; **d**, sample 10.



**Figure 3** Energy-dispersive X-ray analysis (EDXA) spectra of: **a**, original poly(bis(trifluoroethoxy)phosphazene) (PTFP) film and **b**, the modified sample 6.

weight percentages (excluding the undeterminable hydrogen) are as follows: carbon (18.1–35.7%), nitrogen (6.2–6.3%), oxygen (14.9–23.8%), fluorine (47.5–21.1%) and phosphorus (13.2–13.1%). Taking into account the data calculated for the complete substitution, i.e. C = 57.4%, N = 1.0%, O = 39.4%, F = 0% and P = 2.2%, these changes provide evidence for a considerable substitution of the –O–CH$_2$CF$_3$ moieties by the MPEG chains.

Similar results were obtained by FTIR-ATR spectrometry, by which a surface layer thickness around 4, 2 and 0.6 μm can be estimated to be probed by incident radiation of wavenumber 500, 1000 and 3300 cm$^{-1}$, respectively, according to standard equations[18]. The spectra obtained with an original PTFP film (curve a), a second group sample (curve b) and a third group sample (curve c) are shown in *Figure 4*, which reveals the appearance only in curve b, and not in curve c, of a



**Figure 4** FTIR-ATR spectra of original poly(bis(trifluoroethoxy)phosphazene) (PTFP) film (curve a); sample 9 (curve b); and sample 14 (curve c).

relevant band at 2870 cm$^{-1}$, attributable to the C–H stretching modes of the MPEG chains[19], while the C–H stretching bands of original PTFP peak at 2970 cm$^{-1}$ with a weaker component at 2900 cm$^{-1}$. This also reveals some definite changes, with respect to the original PTFP spectrum, in the 600–1600 cm$^{-1}$ region of spectra b and c (greater in the former case), which can be interpreted as the superimposition of the spectrum of MPEG on to that of PTFP. In general, the assignment of all the specific components of the bands present in these complex structures is difficult, because of bands overlapping and the possible effects of the modifications to structural order and polymer conformation induced by the chemical treatment. However, the bands at 1348 and 660 cm$^{-1}$, free from interference, can be safely assigned to MPEG and PTFP, respectively, and from their changes in intensity we obtain evidence for the MPEG presence to a substantial extent in the sample of curve b and to a smaller extent in that of curve c.

No clear evidence for the presence of MPEG groups could be obtained for the sample of curve c in the C–H stretching region; this is probably due to the reduced sensitivity at high wavenumbers at which thinner surface layers are probed. In any case, the FTIR-ATR spectrometry analysis and the EDXA spectrometry analysis proved to be valuable for directly determining the MPEG presence in the film surface, and for giving some information on its extent.

To complete the characterization of the modified films, the mechanical properties on the dry and water-swollen states were compared with those of the original PTFP films. The values of Young's modulus $E$, rupture strain $\varepsilon_r$, yield stress $\sigma_y$ and rupture stress $\sigma_r$, derived from the experimental stress–strain curves of a second group sample and a third group sample, are collected in *Table 2*. In agreement with a small substitution reaction, confined to the surface layers, the data for the modified samples do not, within experimental error, differ from those of the original PTFP films.

The *in vivo* tests were carried out with original PTFP and samples of the second and third groups, each sample being examined twice for the reproducibility control. At the moment they were killed, all rats were found to be in good health, with no lesions to organs and tissues, and with no exudate production. Upon examination of the recovered films, it could be established that, whereas the original PTFP film is poorly biocompatible being deeply encysted in a vascularized fibrotic capsule (*Figure 5a*), in general, the biocompatibility was substantially enhanced in the modified samples. Indeed, they were either found with little surface alteration and erosion phenomena (*Figures 5b* and *c*) or left completely unaffected (*Figure*

**Table 2** Mechanical properties of dry and water-swollen original poly(bis(trifluoroethoxy)phosphazene) (PTFP) and methoxypolyethylene glycol (MPEG)-modified specimens

| Sample | | $E$(MPa) | $\sigma_y$(MPa) | $\sigma_r$(MPa) | $\varepsilon_r$(%) |
|---|---|---|---|---|---|
| Pure PTFP | Dry | 110 | 62 | 108 | 300 |
| | Wet | 120 | 63 | 100 | 300 |
| Sample 9 | Dry | 120 | 66 | 120 | 370 |
| | Wet | 120 | 66 | 120 | 360 |
| Sample 14 | Dry | 135 | 72 | 117 | 300 |
| | Wet | 135 | 67 | 115 | 320 |

5d). Moreover, the histological characterization revealed the presence of few fibroblasts and no evidence of phlogistic reaction. In this respect, it is worth remarking that the last sample, with high biocompatibility, is a MPEG5000-modified sample of the third group, exhibiting an almost smooth surface after the metathetical reaction (*Figure 2b*).

An opposite case of poor biocompatibility was also found. Sample 10 of the first group, exhibiting the anomalously high roughness illustrated in *Figures 1c* and *2d*, was recovered deeply encysted (*Figure 5e*) and affected by an appreciable phlogistic reaction, with the presence of giant cells. This behaviour is difficult to interpret, but it seems better to impute it to the surface roughness than to the comparatively high $\Delta w/A$ value.

## CONCLUSION

This study demonstrates that a metathetical exchange reaction successfully takes place between the $-O-CH_2CF_3$ moieties of PTFP, as slightly swollen films, and the alkoxide ions derived from MPEG of comparatively high molecular mass. The extent of substitution varies, at fixed reaction times and reaction solution compositions, with MPEG chain length decreasing greatly as the chain length increases.

Adequate surface hydrophilicity is obtained for all, even if very small, substitution extents, while the mechanical properties of the original PTFP films are best retained, the smaller the extended substitution.

Substantially enhanced surface biocompatibility was found, with samples exhibiting a low substitution, confined to thin surface layers. Such samples are especially obtained in the metathetical reaction with MPEG5000, where the smoothness of the original PTFP films is also mostly maintained.

## ACKNOWLEDGEMENTS

The authors thank the Ministero dell' Università e della Ricerca Scientifica e Tecnologica (40% funding) and the Progetto Chimica Fine 2 for partial support of this research.

## REFERENCES

1  Andrade, J.D., Interfacial phenomena and biomaterials, *Med. Instrum.* 1973, **7**, 110–120
2  Ikada, Y., Blood compatible polymers, in *Advances in Polymer Science* Vol. 57, Springer-Verlag, Berlin, Germany, 1984, pp 103–140
3  Andrade, J.D. and Hlady, T., Protein adsorption and materials biocompatibility: a tutorial review and suggested hypotheses, in *Advances in Polymer Science* Vol. 79, Springer-Verlag, Berlin, Germany, 1986, pp 1–64
4  Langer, R., Cima, L.G., Tamada, J.A. and Wintermantel, E., Future directions in biomaterials, *Biomaterials* 1990, **11**, 738–745
5  Merrill, E.W. and Salzman, E.W., Polyethylene oxide as a biomaterial, *Am. Soc. Artif. Int. Organs J.* 1983, **6**, 60–64
6  Gregonis, D.E., Buerger, D.E., van Wagenen, R.A., Hunter, S.H. and Andrade, J.D., Poly(ethyleneglycole) surfaces to minimize protein adsorption, *Trans. Biomater.* 1984, **82**, 266
7  Lee, J.H., Kopecek, J. and Andrade, J.D., Protein-resistant surfaces prepared by PEO-containing block copolymer surfactants, *J. Biomed. Mater. Res.* 1989, **23**, 351–368
8  Allcock, H.R., *Phosphorus-Nitrogen Compounds* Academic Press, NY, USA, 1972
9  Lora, S., Carenza, M., Palma, G. and Caliceti, P., Radiation-induced graft copolymerization of hydrophilic monomers onto polyphosphazenes, *Radiat. Phys. Chem.* 1990, **35**, 117–121
10  Lora, S., Carenza, M., Palma, G., Pezzin, G., Battaglia, P. and Lora, A., Biocompatible polyphosphazenes by radiation-induced graft copolymerization and heparinization, *Biomaterials* 1991, **12**, 275–280
11  Pezzin, G., Palma, G., Lora, S. and Carenza, C., Films of poly[bis-(trifluoroethoxy)phosphazene] radiation-grafted with hydrophilic monomers: thermal and mechanical characterization, *La Chimica & L'Industria* 1991, **73**, 185–189
12  Allcock, H.R. and Moore, G.Y., Reaction mechanisms in phosphazene polymer chemistry, *Macromolecules* 1972, **5**, 231
13  Matsuki, T. and Saiki, N., Preparation of hydroxy group-containing polyphosphazenes, Japanese Patent 63, 92655, 1986
14  Allcock, H.R., Fitzpatrick, R.J. and Salvati, L., Functionalization of the surface of poly[bis(trifluoroethoxy)phosphazene] by reaction with alkoxide nucleophiles, *Chem. Mater.* 1991, **3**, 450–454
15  Nagaoka, S., Mori, Y., Takiuchi, H., Yokata, K., Tanzawa, H. and Nishiumi, S., Interaction between blood components and hydrogels with poly(oxyethylene) chains, in *Polymers as Biomaterials* (Eds S.W. Shalaby, A.S. Hoffman, B.D. Ratner and T.A. Horbett), Plenum Press, NY, USA, 1984, pp 361–374
16  Hess, K. and Frahm, H., Preparation and properties of pure dioxane, *Ber.* 1938, **71**, 2627–2636
17  McCaffrey, R.R., McAtee, R.E., Grey, A.E., Allen, C.A., Cumming, D.G. and Appelhans, A.D., Synthesis, casting and diffusion testing of poly[bis(trifluoroethoxy)phosphazene] membranes, *J. Membrane Sci.* 1986, **28**, 47–67
18  Tompkins, H.G., The physical basis for analysis of the depth of absorbing species using internal reflection spectroscopy, *Appl. Spectrosc.* 1974, **28**, 335–341
19  *The Aldrich Library of IR Spectra* 2nd Edn (Ed. C.J. Pouchert), Polymers, in No. 18,202–8, Aldrich Chemical, Milwaukee, WI, USA, 1978, p 1344



*Biomaterials* 16 (1995) 347–353
© 1995 Elsevier Science Limited
Printed in Great Britain. All rights reserved
0142-9612/95/$10.00

# Peripheral nerve repair using a poly(organo)phosphazene tubular prosthesis

Francesco Langone, Silvano Lora*, Francesco M. Veronese[†], Paolo Caliceti[†], Pier Paolo Parnigotto[†], Fabio Valenti[†] and Giancarlo Palma[‡]

*Department of Anatomy, Biology Institute, Campinas State University, 13083–970 Campinas, São Paulo, Brazil; *Istituto di Fotochimica e Radiazioni d'Alta Energia del CNR, Sezione di Legnaro, 35020 Legnaro, Padova, Italy; [†] Pharmaceutical Sciences Department and [‡] Physical Chemistry Department, University of Padua, Via F. Marzolo, 5–35121 Padova, Italy*

Nerve regeneration experiments were carried out using tubular nerve guides of poly[(ethylalanato)$_{1.4}$(imidazolyl)$_{0.6}$phosphazene] (PEIP). By means of *in vivo* tests, this polymer was found to be biodegradable and transformed into harmless products. The tubular nerve guides were prepared by deposition of the dissolved polymer on a glass capillary tube, followed by evaporation of the solvent (methylene dichloride). After transectioning, rat sciatic nerve stumps were immediately sutured into the ends of 10-mm-long polymer tubes. On removal of the prosthesis, after implantation for 45 d, a tissue cable was found bridging the nerve stumps in all cases. Histological analysis revealed that the tissue cable was essentially composed of a regenerated nerve fibre bundle. A parallel series of experiments was undertaken to compare the use of silicone tubes that are not biodegradable and are most frequently used for studies of nerve regeneration with tubulization techniques. The advantages of biodegradable PEIP tubular nerve guides used for peripheral nerve repair are discussed.

*Keywords: Polyphosphazene, biodegradation, tubular prosthesis, peripheral nerve repair, nerve regeneration*

Received 7 December 1993; accepted 29 July 1994

Despite several refined microsurgery approaches for promoting nerve repair, the clinical results remain disappointing and better strategies are needed[1,2].

Currently, the use of autologous nerve grafts is the most frequently employed surgical technique for nerve gap reconstruction[3]. However, this procedure has some disadvantages such as the loss of neural function at the donor nerve region, the mismatch between the nerve and graft dimensions and the probability of neuroma formation[4,5]. Lately, as an alternative to the autograft, the use of a tubular prosthesis to bridge a nerve gap is being intensively investigated[6,7]. Many anatomical and physiological experimental data show that the use of tubular prostheses could be as effective as autografts; moreover, the complications of the latter are avoided[8–14].

Many biodegradable and non-biodegradable materials have been used to construct tubular nerve guides such as arterial cuffs[15], mesothelial membranes[16–19], collagen[14,20–22], hyaluronic acid ester[23], polylactates[24–26], acrylic copolymers[27,28], polyglactin[29],

silicone[30–35], and polyvinylidene fluoride[36,37]. However, it is still a challenge to find a nerve guide with ideal biocompatibility and structural properties.

Biodegradable materials offer better prospects than non-biodegradable ones. Indeed, the implant made up of biodegradable material need not be removed by secondary surgery. This surgery is required to avoid the nerve pain which may develop over a long period when non-absorbable materials are employed[34,35,38]. On the other hand, the process of nerve regeneration requires perfect coordination between the rate of tube absorption and the time necessary for growth and maturation of the nerve within the tube[32,39]. In addition, the substances released during tube degradation must not be cytotoxic but may even be beneficial to nerve regeneration[39]. In this sense, the tubular prosthesis could also be thought of as a drug delivery device for *in situ* application of neurotrophic factors, antiscar drugs and other pharmacological agents to enhance nerve regeneration[39].

Biocompatible poly(organo)phosphazenes may be important candidates for these applications in which the implants have a temporary function and the materials are degraded into harmless products.

Correspondence to Dr F. Langone.

A1104

Polyphosphazenes are a class of polymers with a wide range of physical and chemical properties and applications[40]. They consist of an alternating backbone of phosphorus and nitrogen atoms, with each phosphorus bearing two organic side-groups. The latter determine polymer properties such as stability, solubility, electrical conductivity, flexibility and other parameters.

Poly(organo)phosphazenes bearing side-groups such as amino acid esters, imidazoles, alcohols and polyalcohols are hydrophilic in character and undergo slow degradation in water to give non-toxic products which are then metabolized or excreted[41–43]. Because of such properties, these polyphosphazenes have been studied as matrices for the controlled release of drugs[44–50]. Given that imidazolyl groups impart a faster degradability than amino acid esters, we are currently investigating whether the drug release from polyphosphazene matrices is affected by changes in the molar proportions of these side-groups[48].

Due to their controlled degradability, and the possibility of drugs or various bioactive molecules being released during depolymerization, the polyphosphazenes might also be suitable for preparation of guidance channels for nerve regeneration or, more generally, for the elucidation of the cellular processes underlying nerve growth.

To verify such a possibility this paper reports on the use of tubes composed of polyphosphazenes with alanine ethyl ester and imidazole as phosphorus substituents, the biocompatibility *in vivo* and their use in experiments on nerve regeneration. Comparison with nerve repair using silicone tubes, the non-biodegradable material of major use for studies of nerve regeneration by tubulization techniques[7], was carried out simultaneously.

## MATERIALS AND METHODS

The organic solvents were analysis grade products from Carlo Erba (Milan, Italy) and Aldrich Chemie (Steinheim, Germany). Toluene and tetrahydrofuran were refluxed over sodium and distilled under nitrogen immediately before use. Triethylamine was distilled from BaO. L-Alanine ethyl ester and imidazole were dried under vacuum at room temperature for 24 h and then transferred under nitrogen to the reaction flask. Hexachlorocyclophosphazene from Nisso-Soda (Tokyo, Japan) was purified by sublimation and polymerized at 250°C under vacuum to give polydichlorophosphazene $(NPCl_2)_n$ which, after removal of the unreacted monomer by sublimation, was dissolved in anhydrous toluene. All the other reagents were from Sigma Chemical (St Louis, MO, USA).

From a silicone tubing reel (Silastic®, Medical Grade; Dow Corning, Midland, MI, USA) 1.47 mm inner diameter × 1.96 mm outer diameter elements were cut into 10-mm sections, washed with 70% ethanol, rinsed with sterile saline, dried and autoclaved prior to use.

Thirty outbred adult male Wistar rats (from Charles River, Calco, Milan, Italy) weighing between 150 and 160 g were used. The animals were housed in individual cages receiving rations and water *ad libitum* before and after surgical procedures.

## Synthesis of poly[(ethylalanato)$_{1.4}$(imidazolyl)$_{0.6}$ phosphazene] (PEIP)

Dry L-alanine ethyl ester hydrochloride (9.37 g) and imidazole (1.75 g) were dissolved in tetrahydrofuran (250 ml) to which triethylamine (30 g) was added. A solution of polydichlorophosphazene (5.0 g) in toluene (250 ml) was added dropwise. The reaction mixture was maintained with constant stirring for 2 d in nitrogen at room temperature and centrifuged in order to eliminate the insoluble chlorides. The PEIP was precipitated by addition of *n*-heptane, redissolved in tetrahydrofuran, centrifuged, reprecipitated with heptane and finally dried.

## Preparation of PEIP tubes

Closed-end glass capillary tubes were immersed in a solution of 0.3 g of polymer in 3 ml of $CH_2Cl_2$ for a short time; they were then removed to enable the solvent to evaporate under slow rotation of the capillary. This operation was repeated several times until a polymer tube of suitable thickness was obtained. After drying overnight, the glass capillary was manually slipped out of the polymeric tube, whose resulting inner diameter was equal to the outer capillary diameter; that is 1.3 mm. Only regular tubes (10 mm length and 1.8 mm outer diameter) were used. All the operations were carried out under sterile conditions. Tube dimensions were determined by the rat sciatic nerve diameter (1.0 mm approximately) and by the nerve length to be repaired. The thickness was determined taking into consideration the relationship between the necessary time for nerve regeneration within the tube and its degradation time.

## Biocompatibility evaluation

Films of PEIP (10 mm diameter, 2 mm thickness) obtained by solvent evaporation of a polymer solution in tetrahydrofuran (100 mg per 2 ml) were subcutaneously implanted in ten rats. The animals, described above, were anaesthetized by ethyl ether and a cutaneous incision was made on the dorsal region, near the right hind leg. The films of PEIP were implanted and the wounds were closed by stainless steel clips. Five rats were killed after 30 d and five rats after 60 d. Biopsy samples of the implanted zone were prepared for scanning electron microscopy (SEM) and fixed in 10% formalin for histological examination.

## Implant of the tubular prosthesis

All surgery was performed under general chloral hydrate anaesthesia of the rats (30 mg per 100 g body weight, intraperitoneally) and in sterile conditions. The left sciatic nerves were exposed and transectioned at the mid-thigh level. Both proximal and distal nerve stumps were then immediately sutured with a stitch of 9–0 epineural nylon suture, introduced into the ends of a 10-mm-long polyphosphazene nerve guide or a silicone tube, leaving a 5-mm gap between the severed nerve ends. The musculature was closed with 6–0 silk sutures, and the skin was closed with Michel clips. The right leg was not operated on and its sciatic nerve was used as the control. Each series of experiments was carried out with five rats.

## Morphological and ${}^{1}$H nuclear magnetic resonance (NMR) analysis

Biological samples obtained from implants of films in the biocompatibility study were lyophilized and analysed by SEM (Cambridge Stereoscan 360).

Biological samples from the tubular prosthesis were obtained 10 and 45 d after surgery. The rats were anaesthetized and the control nerve and operated sciatic regenerated nerves were removed and conserved in Bouin's fixative. A longitudinal window was made on the silicone tubes to allow penetration of the fixative.

The nerves were dehydrated and included in paraffin. Longitudinal, 5-$\mu$m-thick serial sections of nerves were stained according to the haematoxylin–eosin method for light microscopy analysis. Furthermore, samples obtained from tubular prosthesis implantations were also stained by the modified Bielschowsky method for nerve fibre identification[51–53].

${}^{1}$HNMR analysis was carried out with the polymer material dissolved in CDCl₃, using a Varian Gemini 200 apparatus.

## RESULTS

### Polyphosphazene nerve guides

The structure of PEIP, schematized in *Figure 1*, is in agreement with the weight percentages obtained by elemental analysis: C = 41.83 (42.65); H = 6.32 (6.42); N = 18.57 (20.34); P = 11.7 (12.51); Cl = 1.58 (0). The data in brackets, calculated on the basis of the formula given in *Figure 1*, have been reported for the sake of comparison. The presence of chlorine may be due to incomplete chlorine substitution and/or incomplete removal of chlorine ions in the polymer purification. A 70:30 molar ratio of the ethyl alanato group to the imidazolyl group was also confirmed by ${}^{1}$HNMR analysis as can be inferred from the following data: $\delta$ 1.10–1.40 ppm (broad s, OCH₂CH₃ and –CHCH₃); $\delta$ 3.80–4.30 ppm (broad s, OCH₂CH₃ and –CHCH₃); $\delta$ 7.10 ppm (s, 4′,5′-imidazole) $\delta$ 7.80 ppm (s, 2′-imidazole). Details of the analysis and a complete chemical study of the polymer are reported elsewhere[48].

The polymer is insoluble in water but readily soluble in many organic solvents. For nerve guide preparations, CH₂Cl₂ was employed as a solvent since its rapid evaporation left a thin film of polymer around the capillary tube used as a mould. The polyphosphazene nerve guides were less flexible and translucent than the silicone tubes but could be easily punched for suture to the nerve stumps, without breaking.

### Biocompatibility characterization

Biocompatibility evaluations were carried out after 30 and 60 d of polymer implantation. In both cases the animals were healthy at the end of the experiments. A residual amount of polymer was found after 60 d and no exudate was observed at the site of polymer insertion. The biological material surrounding the polymer was evaluated by histological analysis and found to correspond to fibroblasts and collagen with few monocytes in the internal sites. Type and size of monocytes were found to correspond to those isolated from the blood of the same rats. *Figure 2* shows a typical SEM micrograph of the residual polymer recovered after 60 d. Extensive erosion of the polymer and the presence of few monocytes were observed. It is interesting to note that the biocompatibility of the nerve guides is not affected by the small amount of chlorine left in PEIP.

### Nerve regeneration

#### Macroscopic and clinical observations

A capsule of reactive connective tissue surrounding the PEIP and silicone nerve guides was present 10 and 45 d after implantation. However, the connective capsule in the PEIP group was much thinner than in the silicone one and less scar tissue was formed.

Ten days after surgery, the shape of the PEIP nerve guide was not modified, but the connective reactive capsule strongly adhered to it. Patches of the nerve guide's wall remained adhered to the connective reactive capsule when it was stripped out of fresh 24-h fixed specimens. Along the central axis of both PEIP nerve guides and silicone tubes a thin, translucent

$$\left(- \begin{array}{c} R \\ | \\ P = N \\ | \\ R \end{array} -\right)_{X} \left(- \begin{array}{c} R \\ | \\ P = N \\ | \\ R1 \end{array} -\right)_{Y} \left(- \begin{array}{c} R1 \\ | \\ P = N \\ | \\ R1 \end{array} -\right)_{Z}$$

$$R = \begin{array}{c} CH_3 \\ NHCHCOOCH_2CH_3 \end{array}$$

$$R1 = N \begin{array}{c} CH = N \\ | \\ CH = CH \end{array}$$

X + Y + Z ≅ 15,000

**Figure 1**  Chemical structure of poly[(ethylalanato)₁.₄ (imidazolyl)₀.₆ phosphazene] (PEIP).



**Figure 2**  SEM of residual polymer 60 d after subcutaneous implantation. Scale bar = 10 $\mu$m.

well-defined tissue cable bridging the nerve stumps was formed in all animals. No withdrawal response to pinching was elicited in rats of either group.

Forty-five days after surgery, the wall of the PEIP nerve guide was largely eroded with evident fragmentation along its length. The boundary between the nerve guide extremities and the nerve stumps was not clearly defined. The tissue cable bridging the nerve stumps in the PEIP nerve guides grew in diameter and seemed larger than that observed in the silicone ones. Moreover, there was very little or no separation between the tissue cable and the inner face of the PEIP nerve guide's wall.

All the operated rats showed amputation of the toes due to autotomy. However, a withdrawal response to pinching was observed in the operated limbs when the stimulus was applied to both foot and leg.

### Microscopic observations

Ten days after surgery the microscopic observation of regenerating nerves revealed the presence of monocytes and macrophages on the outer and the inner surfaces of the PEIP nerve guide. The reactive connective capsule surrounding it seemed to invade part of the wall. The tissue cable was formed mainly by extracellular matrix material, blood vessels and cells of round and fuse shape. A few new fibres appeared to form at the proximal end of the regenerating nerve stump and penetrated the tissue cable. In the case of silicone tubes the tissue cable was very similar, apart from nerve fibre penetration, which was some millimetres deeper.

Nerve regeneration after 45 d of prosthesis implantation was studied by histological examination at different levels of the nerve. The general scheme of the main histological section is shown in *Figure 3*.

Forty-five days after surgery, the reactive connective capsule appeared to pervade deeply into the PEIP nerve guide wall. The presence of a conspicuous macrophage population was associated with the erosion of the PEIP nerve guide wall, as can be seen in *Figure 4a* and *b*. The tissue cable present in both PEIP and silicone nerve guides had the typical characteristics of a peripheral nerve (*Figure 5a* and *b*). A richly vascularized epineurium-like structure enclosing numerous nerve fibres was evident in the regenerated nerves. In the case of the PEIP nerve guides, this epineurium-like structure was found to be thicker than





**Figure 4** Histological sections of regenerated nerves showing regions of the PEIP nerve guide wall penetrated by the reactive connective capsule and phagocytosed by macrophages **(A).** Note some macrophages pervading the PEIP nerve guide matrix **(B).** Haematoxylin–eosin stain. RCC, reactive connective capsule; M, macrophages. Scale bars = 50 μm.

in the case of the silicone tubes. In addition, at several points where the inner side of the PEIP nerve guide was in contact with the epineurium-like structure, the interface between them was occupied by many monocytes and macrophages. On the other hand, the regenerated nerves in the silicone tubes were centrally located and surrounded by an acellular fluid. The nerve fibres seem more compactly arranged in the nerves regenerated in the PEIP nerve guides than in the silicone ones (*Figure 5*). In both cases the regenerated nerve fibres seemed to reach the distal stump and to go further along the tibial and peroneal nerves (*Figure 6a* and *b*).

### DISCUSSION

Advances in the synthesis of biocompatible poly(organo)phosphazenes with good mechanical properties permitted the proposal of this class of polymers as biomaterials[40–43]. Lately, through substitution of the phosphorus atoms with amino acid esters and imidazole, a biodegradable polymer has been obtained[47,48]. Recent toxicological analysis demonstrated the non-toxicity of the PEIP degradation products[54]. Our present results concerning the biocom-



**Figure 3** Sketch showing the position of nerve guide implantations on the rat sciatic nerve and the areas where the pictures of *Figures 4, 5* and *6* were taken.





**Figure 5** Typical longitudinal sections of regenerated nerves through the PEIP nerve guide (A) and silicone tube (B), 45 d after surgery. Stained with modified Bielschowsky method. EP, epineurium. Scale bars = 100 $\mu$m.

**Figure 6** Longitudinal sections at the level of sciatic nerve bifurcation distally of tubular implants. Note the presence of numerous nerve fibres that penetrated tibial (TB) and peroneal (PN) nerve 45 d after the PEIP nerve guide (A) and the silicone tube (B) implantation. Stained with modified Bielschowsky method. TB, tibial nerve; PN, peroneal nerve. Scale bars = 100 $\mu$m.

patibility of the PEIP used here corroborate these studies.

The biocompatibility and biodegradation properties of PEIP films implanted subcutaneously prompted us to verify their applicability and behaviour as bioreabsorbable nerve guides.

The nerve guides obtained with PEIP possessed the most important physical features needed for this kind of device, such as: flexibility, good suturability and translucence. Once implanted, the PEIP nerve guides seemed more biocompatible than silicone tubes, considering that less scar tissue was induced and a thinner fibrotic capsule formed around these guides. Ten days after the PEIP nerve guide implantation, the connective reactive capsule began to pervade its wall, and monocytes and macrophages were present. Later, 45 d after surgery, the remaining PEIP nerve guide continued to be phagocytosed by the macrophages. However, at that time no giant cells were formed, as usually occurs during a chronic inflammation associated with a foreign-body reaction.

The biodegradation rate of the PEIP nerve guide agreed chronologically with the cytological events of nerve regeneration inside it. Ten days after PEIP tubular implantation, the degradation process had begun but the nerve guide kept its morphology, allowing a tissue cable formation between nerve stumps. However, the axonal growth was delayed along the tissue cable in the PEIP implants in compari-

son with that observed in the silicone tubes. We speculate that this delay may be due to some perturbation in the microenvironment inside the PEIP nerve guide at the beginning of regeneration. It is well known that immediately after a nerve guide implantation the gap between nerve stumps is filled with blood serum and other extra- and intracellular fluids. Afterwards, enzymatic conversion of fibrinogen to fibrin, polymerization of fibrin and its interaction with fibronectin lead to the formation of a rich fibrin–fibronectin bridge connecting the proximal and distal nerve stumps. This early structure is a favourable substratum for cell migration and axonal regeneration[7,32,55,56]. In vitro and in vivo experiments have led to hypotheses that changes in the fibrinogen, thrombin and $Ca^{2+}$ concentration, pH and ion strength might affect the assembly time and the fibrin–fibronectin bridge calibre[57–60]. It therefore seems reasonable that the early hydrolytic events of PEIP degradation might interfere in the acellular bridge formation and in retarding the axonal growth. However, this possible perturbation of the microenvironment at the beginning of the nerve regeneration process does not truly hamper its development.

Indeed, the tissue cable made through the PEIP nerve guide after 45 d had the morphological features of a