healthy regenerated nerve, with a vascularized epineurim-like structure ensheathing numerous regenerated nerve fibres. Moreover, the nerve fibres were present distally in the tibial and peroneal nerves. These data undoubtedly indicate that the derivative products of the PEIP depolymerization process are not harmful to nerve fibre regeneration and growth. In addition, the positive withdrawal response evoked by pinching the rat foot and leg provided a convincing indication that the sensorial and motor nerve fibres had reached their aim, although it was not possible to know the reinnervation accuracy.

On the other hand, it has been recently demonstrated that the biodegradable polyphosphazenes can work very well as a drug delivery system[45,48], and that it is possible to match the degradation rate of the PEIP matrices and drug release by changing the ratio of the ethyl alanato group to the imidazole group, according to the requirements[48,54]. It seems promising, therefore, to investigate the nerve guides associated with molecules that can optimize the nerve regeneration and with an appropriate degradation rate in relation to the length of the nerve gap to be reconstructed.

In conclusion, our results in this preliminary study reveal that the biodegradable polyphosphazene compounds possess many ideal properties that justify their use in nerve guide construction. More ultrastructural and functional analyses of nerves regenerated through several types of biodegradable polyphosphazene tubular prostheses are continuing.

## ACKNOWLEDGEMENTS

We wish to thank Professor Dr Mary Anne Heidi Dolder for help in reviewing the writing style.

## REFERENCES

1   MacKinnon SE, Dellon AL. Future directions in peripheral nerve surgery. In: MacKinnon SE, Dellon AL, eds. *Surgery of the Peripheral Nerve*. New York: Thieme, 1988: 551–574.

2   Diao E, Peimer CA. Sutureless methods of nerve repair. In: Gelberman RH, ed. *Operative Nerve Repair and Reconstruction*. Philadelphia: JB Lippincott, 1991: 305–314.

3   Millesi H. Indications and techniques of nerve grafting. In: Gelberman RH, ed. *Operative Nerve Repair and Reconstruction*. Philadelphia: JB Lippincott, 1991: 525–544.

4   Dellon AL, MacKinnon SE. An alternative to the classical nerve graft for the management of the short nerve gap. *Plast Reconstr Surg* 1988; 82: 849–856.

5   Krarup C, Upton J, Creager MA. Nerve regeneration and reinnervation after limb amputation and replantation: clinical and physiological findings. *Muscle Nerve* 1990; 13: 291–304.

6   Lundborg G. Nerve regeneration and repair. *Acta Orthop Scand* 1987; 58: 145–169.

7   Fields RD, Le Beau JM, Longo FM, Ellisman MH. Nerve regeneration through artificial tubular implants. *Prog Neurobiol* 1989; 33: 87–137.

8   Molander H, Engkvist O, Haaglund J, Olsson Y, Torebjork E. Nerve repair using a polyglactin tube and nerve graft: an experimental study in the rabbit. *Biomaterials* 1983; 4: 276–280.

9   Fields RD, Ellisman MH. Axons regenerated through silicone tube splices. I. Conduction properties. *Exp Neurol* 1986; 92: 48–60.

10  Fields RD, Ellisman MH. Axons regenerated through silicone tube splices. II. Functional morphology. *Exp Neurol* 1986; 92: 61–74.

11  Ashur H, Vilner Y, Finsterbush A, Rouso M, Weinberg H, Devor M. Extent of fiber regeneration after peripheral nerve repair: silicone splint vs. suture, gap repair vs. graft. *Exp Neurol* 1987; 97: 365–374.

12  Dellon AL, MacKinnon SE. Basic scientific and clinical applications of peripheral nerve regeneration. *Surg Annu* 1988; 20: 59–100.

13  Madison R. Peripheral nerve regeneration *in vivo* with tubular prostheses. *Biomed Mater Dev* 1989; 110: 9–16.

14  Archibald SJ, Krarup C, Shefner J, Li S-T, Madison R. A collagen-based nerve guide conduit for peripheral nerve repair: an electrophysiological study of nerve regeneration in rodents and nonhuman primates. *J Comp Neurol* 1991; 306: 685–696.

15  Weiss P, Taylor AC. Guides for nerve regeneration across gaps. *J Neurosurg* 1946; 3: 375–389.

16  Lundborg G, Hansson HA. Regeneration of peripheral nerve through a preformed tissue space. Preliminary observations on the reorganization of regenerating nerve fibers in perineurium. *Brain Res* 1979; 178: 573–576.

17  Lundborg G, Dahlin LB, Danielsen N, Hansson HA, Larsson K. Reorganization and orientation of regenerating nerve fibers, perineurium, and epineurium in reformed mesothelial tubes — an experimental study on the sciatic nerve of rats. *J Neurosci Res* 1981; 6: 265–281.

18  Danielsen N, Dahlin LB, Lee YF, Lundborg G. Axonal growth in mesothelial chambers. *Scand J Plast Reconstr Surg* 1983; 17: 119–125.

19  Dahlin LB, Danielsen N, Ochi M, Lundborg G. Axonal growth in mesothelial chambers: effects of a proximal preconditioning lesion and/or predegeneration of the distal nerve stump. *Exp Neurol* 1988; 99: 655–663.

20  Klein DG, Hayes GJ. The use of resorbable wrapper for peripheral nerve repair. *J Neurosurg* 1964; 21: 737–750.

21  Collin W, Donoff RB. Nerve regeneration through collagen tubes. *J Dent Res* 1984; 63: 987–993.

22  Da-Silva CF, Madison R. Nerve regeneration through collagen/laminin gel tubes: a quantitative HRP study. *Soc Neurosci* (Abstr) 1986; 12: 190.11.

23  Favaro G, Bortolami MC, Cereser S, et al. Peripheral nerve regeneration through a novel bioresorbable nerve guide. *Trans Am Soc Artif Intern Organs* 1990; 36: 1–4.

24  Nylias E, Chiu TH, Sidman R, et al. Peripheral nerve repair with bioresorbable prosthesis. *Trans Am Soc Artif Intern Organs* 1983; 29: 307–313.

25  Da-Silva CF, Madison R, Dikkes P, Chiu T-H, Sidman R. An *in vivo* model to quantify motor and sensory peripheral nerve regeneration using bioresorbable nerve guide tubes. *Brain Res* 1985; 342: 307–315.

26  Madison R, Da-Silva CF, Dikkes P, Sidman R, Chiu T-H. Peripheral nerve regeneration with entubulation repair: comparison of biodegradable nerve guides versus polyethylene tubes and the effects of a laminin-containing gel. *Exp Neurol* 1987; 95: 378–390.

27  Uzman BG, Villegas GM. Mouse sciatic nerve regeneration through semipermeable tubes: a quantitative model. *J Neurosci Res* 1983; 9: 325–338.

28  Valentini RF, Aebischer P, Winn SR, Galletti PM. Collagen- and laminin-containing gels impede peripheral nerve regeneration through semipermeable nerve guidance channels. *Exp Neurol* 1987; 98: 350–356.

A1109

Peripheral nerve repair using a PEIP tubular prosthesis: F. Langone et al.

353

29  Molander H, Olsson Y, Engkvist O, Bowald S, Eriksson I. Regeneration of peripheral nerve through a polyglactin tube. *Muscle Nerve* 1982; **5**: 54–57.

30  Ducker TB, Hayes GJ. Experimental improvements in the use of silastic cuff for peripheral nerve repair. *J Neurosurg* 1968; **28**: 582–587.

31  Lundborg G, Gelberman RH, Longo FM, Powell HC, Varon S. In vivo regeneration of cut nerves encased in silicone tubes: growth across a six millimeter gap. *J Neuropathol Exp Neurol* 1982; **41**: 412–422.

32  Williams LR, Longo FM, Powell HC, Lundborg G, Varon S. Spatial–temporal progress of peripheral nerve regeneration within a silicone chamber: parameters for a bioassay. *J Comp Neurol* 1983; **218**: 460–470.

33  Jeng C-B, Coggeshall RE. Nerve regeneration through holey silicone tubes. *Brain Res* 1985; **361**: 233–241.

34  Le Beau JM, Ellisman MH, Powell HC. Ultrastructural and morphometric analysis of long-term peripheral nerve regeneration through silicone tubes. *J Neurocytol* 1988; **16**: 347–358.

35  Favaro G, Langone F, Schiavinato A, et al. Peripheral nerve regeneration through resorbable hyaluronic acid ester and silicone nerve guides. *Soc Neurosci (Abstr)* 1992; **18**: 271.2.

36  Aebischer P, Valentini RF, Dario P, Domenico C, Galletti PM. Piezoelectric guidance channels enhance regeneration in the mouse sciatic nerve after axotomy. *Brain Res* 1987; **436**: 165–168.

37  Aebischer P, Guenard V, Winn SR, Valentini RF, Galletti PM. Blind-ended semipermeable guidance channels support peripheral nerve regeneration in the absence of a distal nerve stump. *Brain Res* 1988; **454**: 179–187.

38  Merle M, Dellon AL, Campbell JN, Chang PS. Complications from silicon–polymer intubulation of nerves. *Microsurgery* 1989; **10**: 130–133.

39  Urban MA, Bora FW. Nerve grafting through resorbable tubes. In: Gelberman RH, ed. *Operative Nerve Repair and Reconstruction*. Philadelphia: JB Lippincott, 1991: 587–597.

40  Allcock HR. Polyphosphazenes as new biomedical and bioactive materials. In: Chasin M, Langer M, eds. *Biodegradable Polymers as Drug Delivery Systems. Drug and the Pharmaceutical Sciences*. New York: Marcel Dekker, 1990: 163–194.

41  Allcock HR, Fuller TJ, Mack DP, Matsumura K, Smeltz KM. Synthesis of poly(amino acid alkyl ester) polyphosphazene. *Macromolecules* 1977; **10**: 824–830.

42  Allcock HR, Fuller TJ, Matsumura K. Hydrolysis pathways for aminophosphazenes. *Inorg Chem* 1982; **21**: 515–521.

43  Caliceti P, Veronese FM, Marsilio F, Lora S, Soraglia R, Traldi P. Fast atom bombardment in the structural identification of intermediates in the hydrolytic degradation of polyphosphazenes. *Org Mass Spectrom* 1992; **27**: 1199–1202.

44  Goedemoed JH, Mense EHG, de Groot K, Claesson AME,

45  Crommen JHL, Schacht EH, Mense EHG. Biodegradable polymers. *Biomaterials* 1992; **13**: 601–611.

46  Laurencin C, Koh HJ, Neenan TX, Allcock HR, Langer RS. Controlled release using a new bioerodible polyphosphazene matrix system. *J Biomed Mater Res* 1987; **21**: 1231–1246.

47  Allcock HR, Greigger PP, Gardner JE, Schmutz JL. Water soluble polyphosphazenes as carrier molecules for iron (III) and iron (II) porphyrins. *J Am Chem Soc* 1979; **101**: 606–611.

48  Caliceti P, Lora S, Guiotto A, Marsilio F, Veronese FM. Amino-acid and imidazole derivatives of polyphosphazenes: influence in the release of drugs, degradability and swelling. *Il Farmaco* 1994; **49**: 69–74.

49  Allcock HR, Pucher SR, Fitzpatriek RJ, Rasshid K. Antibacterial activity and mutagenicity studies of water-soluble phosphazene high polymers. *Biomaterials* 1992; **13**: 857–862.

50  Grolleman CWJ, de Visser AC, Wolke JGC, Van der Goot H, Timmerman H. Studies on a bioerodible drug carrier system based on polyphosphazene. *J Contr Rel* 1986; **3**: 143–154.

51  Ramon y Cajal S, De Castro F. *Elementos de Técnica Micrográfica del Sistema Nervioso* 2nd edn. Barcelona: Salvat Editores, 1972: 203–205.

52  Kiernan JA. *Histological and Histochemical Methods: Theory and Practice*, 2nd edn. New York: Pergamon Press, 1990: 433.

53  Iamamoto T, Hirano A. A comparative study of modified Bielschowsky, Bodian and thioflavin S stains on Alzheimer's neurofibrillary tangles. *Neuropathol Appl Neurobiol* 1986; **12**: 3–9.

54  Veronese FM, Caliceti P, Marsilio F, Lora S. Biodegradable polyphosphazenes for preparation of drug release systems. In: *The 12th Pharmaceutical Technology Conference*, vol. 1. Elsinore, Denmark; 30 March to 1 April, 1993.

55  Liu HM. The role of extracellular matrix in peripheral nerve regeneration: a wound chamber study. *Acta Neuropathol* 1992; **83**: 469–474.

56  Bailey SB, Eichler ME, Villadiego A, Rich KM. The influence of fibronectin and laminin during Schwann cell migration and peripheral nerve regeneration through silicon chambers. *J Neurocytol* 1993; **22**: 176–184.

57  Carr Jr, ME, Shen LL, Hermans J. Mass–length ratio of fibrin fibers from gel permeation and light scattering. *Biopolymers* 1977; **16**: 1–15.

58  Hatgan RR, Hermanas J. Assembly of fibrin. *J Biol Chem* 1979; **254**: 11 272–11 281.

59  Blomback B, Okada M. Fibrin gel structure and clotting time. *Thromb Res* 1982; **25**: 51–70.

60  Williams LR, Varon S. Modification of fibrin matrix formation *in situ* enhances nerve regeneration in silicone chambers. *J. Comp. Neurol.* 1985; **231**: 209–220.

A1110



ATHEROSCLEROSIS

Atherosclerosis 114 (1995) 105–114

# Biocompatibility of polymer-coated oversized metallic stents implanted in normal porcine coronary arteries

Ivan K. De Scheerder*[a], Krzysztof L. Wilczek[a], Eric V. Verbeken[b], Joke Vandorpe[c], Pham N. Lan[c], Etienne Schacht[c], Hilaire De Geest[a], Jan Piessens[a]

[a]*Department of Cardiology, University Hospital Gasthuisberg, Herestraat 49, B 3000 Leuven, Belgium*
[b]*Department of Pathology, University Hospital Gasthuisberg, Herestraat 49, B 3000 Leuven, Belgium*
[c]*Department of Organic Chemistry, Biomaterial Research Group, Gent, Belgium*

Received 24 February 1994; revision received 14 October 1994; accepted 4 November 1994

## Abstract

Polymer coatings have been suggested to decrease the thrombogenicity of metallic intravascular stents. The purpose of the present study was to investigate the intimal response to two different polymers when used as coatings for stents implanted in normal porcine coronary arteries. Non-articulated stainless steel-slotted tube stents were coated with either a biodegradable poly(organo)phosphazene with amino-acid ester side groups or a biostable polyurethane prepared from an amphiphilic polyether, dephenylmethane-4,4'-diisocyanate and butane diol as chain extender. In order to induce vascular wall injury, the stents were deployed using an oversized balloon. At 6 weeks follow-up, the angiographic luminal diameter measured in four polyurethane-coated stents and in six bare metallic stents was similar and 20% less than immediately post-stenting. However, in four polyphosphazene-coated stents the difference was 65% ($P = 0.01$ when compared to bare metal). At post-mortem morphometry the degree of luminal area stenosis was also similar in polyurethane-coated and in bare metallic stents ($32 \pm 7.6\%$ vs. $39 \pm 14\%$, NS) but reached $81 \pm 19\%$ in polyphosphazene-coated stents ($P < 0.03$ when compared to bare metal). Thus, poly(organo)phosphazene induced a more pronounced histiolymphocytic and fibromuscular reaction than amphiphilic polyurethane, which appeared to be promising as biocompatible stent coating and, consequently, as a potential carrier for vasoactive drugs.

*Keywords:* Stents; Polymer; Biocompatibility; Thrombogenicity; Neointimal response

## 1. Introduction

The concept that a stent could provide structured support to an injured vessel was initially demonstrated by Dotter in 1969 [1]. However, current clinical applications of these new thera-

---

* Corresponding author, Tel.: 32 16 34.34.85; Fax: 32 16 34.34.49.

0021-9150/95/$09.50 © 1995 Elsevier Science Ireland Ltd. All rights reserved

*SSDI* 0021-9150(94)05472-U

106                          *I.K. De Scheerder et al. / Atherosclerosis 114 (1995) 105–114*

peutic devices are hampered by early thrombotic occlusion related to the thrombogenicity of metal [2–4] and by late restenosis induced by intimal hyperplasia [4,5]. In spite of these problems, recent clinical trials have demonstrated the potential advantages of metallic stent implantation as a treatment for coronary atherosclerotic stenosis [6,7]. To overcome the disadvantages of metallic stents, a number of alternative materials are currently under investigation with regard to their biocompatibility and thrombogenicity.

Biodegradable poly(organo)phosphazenes (PP) have been shown to hydrolyse to harmless degradation products [8–10]. These polymers are attractive mainly because of the enormous variability in chemical structures which can be achieved by modification of the poly(dichlorophosphazene) precursor polymer. Polyurethanes (PU) containing hydrophilic segments proved to be successful for the preparation of biomaterials with low bacterial adherence and improved biocompatibility [11,12]. Consequently, both polymers are promising as biocompatible stent coatings. In the present experiments we used both polymers as coatings for stainless steel metallic stents in order to study the thrombotic occlusion rate and the neointimal response when implanted in normal porcine coronary arteries injured by an oversized angioplasty balloon. Balloon oversizing was used in this model because it leads to more vessel injury and consequently more pronounced neointimal response. This model enables us to evaluate the potential inhibitory effect of these stent coatings on this neointimal response.

## 2. Materials and methods

### 2.1. Materials

Non-articulated, 7-mm long, stainless steel-slotted tube stents (Advanced cardiovascular systems, Santa Clara, Ca) were used for all experiments. The filament thickness of this stent was 0.060″ and the undeployed diameter was 1.7 Fr. These stents were coated with either a biodegradable or a biostable polymer.

As a biodegradable stent coating material a polyphosphazene (PP) with aminoacid ester side groups was selected. This polymer was prepared by reaction of poly(dichlorophosphazene) with aminoacid ester as described before [10]. In this particular molecule the chlorides were replaced by a combination of glycine ethyl ester (55%) and phenylalanine ethyl ester (45%).

$$-[-N=P(Cl_2-)-] \quad + \quad (1)\ H_2N-CH_2-COOEt$$
$$(2)\ H_2N-CH(CH_2C_6H_5)-\ COOEt] \rightarrow\rightarrow$$
$$-[-N=P(glyOET)_{0.45}(pheOEt)_{0.55}]-$$

The polymers were purified by repeated precipitation from chloroform solution in *n*-heptane. As a biostable stent coating material a polyurethane, prepared from an amphiphilic polyether, diphenylmethane-4,4′-diisocyanate and butane diol as chain extender, was used.

The stents were coated with the polymers by dipping them in a 5 wt% chloroform solution of the polymer. After removal they were allowed to dry in a clean air cupboard at room temperature. The average thickness of the coating was 23 $\mu$m.

### 2.2. Experimental preparation

A total of 14 domestic cross bred pigs (Sus Scrofa, weight 20–25 kg), fed on a standard natural grain diet without lipid or cholesterol supplementation throughout the study, was used. All animals were treated and cared for in accordance with the National Institute of Health Guide for the care and use of laboratory animals. The pigs were sedated with 1 ml/kg Azaperone (Stresnil®, Janssens Pharmaceutics, Beerse, Belgium) before general anesthesia was induced with intramuscular ketamine (5 mg/kg) and further ketamine (Ketalar®, Parke-Davis NV, Warner Lambert, Belgium) (0.1 mg/kg per h) and Pacuronium (Pavulon®, Organon NV, Oss, Holland) (0.4 mg/kg per h). The pigs were intubated and ventilation (Mark 7 A®, Bird cooperation, Palm Springs, Ca) was started using a mixture of 20 vol% of pure oxygen and 80 vol% of room air. Ventilation was adjusted by frequent blood gas analysis in order to maintain a minimum PaO$_2$ of 100 mmHg and physiologic PaCO$_2$ and pH parameters. Throughout the procedure, the electrocardiogram, blood pressure and temperature were monitored continuously. An external carotid artery was surgically exposed and an 8F intra-arterial sheath was introduced over a 0.035″″ guide wire.

*I.K. De Scheerder et al. / Atherosclerosis 114 (1995) 105–114*

107



Fig. 1. Photomicrograph of a stented segment of a coronary vessel. Note the eccentric fibromuscular response surrounding the non-coated stent filaments (Hematoxylin and eosin stain, original magnification × 40).

Heparin (5000 I.U.) and acetylsalicylic acid (250 mg), were administered intravenously as a bolus. Furthermore, heparin (400 I.U./h) was given as a continuous infusion during the procedure. The left coronary artery was visualized using an 8Fr Judkins 2.5 catheter and iohexol



Fig. 2. Photomicrograph of a polyurethane-stented vessel segment. The stent filaments are pushing aside the internal elastic membrane and some stent filaments touch the external elastic membrane. Note the mild fibromuscular response surrounding the stent filaments (Elastica von Gieson stain, original magnification × 40).

A1113

108                     *I.K. De Scheerder et al. / Atherosclerosis 114 (1995) 105–114*



Fig. 3. Photomicrograph of a polyphosphazene-stented vessel segment. Note the severe injury to both the internal and external elastic membrane. Furthermore, a severe histiolymphocytic and fibromuscular neointimal response severely narrowed the intrastent lumen (Hematoxylin and eosin stain, original magnification × 40).

(Omnipaque®, Nycomed, Oslo) was used as contrast agent. PP-coated ($n = 4$), PU-coated ($n = 4$) and bare stents ($n = 6$) were mounted on a conventional 3.0-mm coronary angioplasty balloon catheter and deployed in the mid left anterior descending artery using an inflation pressure of 8



Fig. 4. Magnification of the specimen shown in Fig. 3 underlines the histiolymphocytic reaction surrounding the stent filaments. (Hematoxylin and eosin stain: original magnification × 400).

A1114

*I.K. De Scheerder et al. / Atherosclerosis 114 (1995) 105–114*

atm for 60 s. Coronary angiography, after intracoronary administration of nitroglycerin (200 $\mu$g) confirmed vessel patency in all animals. Finally, the carotid arteriotomy was repaired and the dermal layers closed using standard techniques. No antiplatelet agents or additional anticoagulants were administered during follow-up.

Six weeks after implantation, control angiography of the stented vessel was performed and subsequently pigs were sacrificed using an intravenous bolus of 10 ml oversaturated potassium chloride. At that time, their mean weight was 67 kg. For these follow-up studies, instrumentation of the pigs and angiographic techniques were identical to those used during the implantation procedure except that a tracheotomy was used for the intubation.

### 2.3. Measurements

*Quantitative coronary angiography.* Angiographic analysis of stented vessel segments was performed before and immediately after stenting as





Fig. 5(a,b).

110                         *I.K. De Scheerder et al. / Atherosclerosis 114 (1995) 105–114*



Fig. 5(c).

Fig. 5. Scanning electron microscopic photomicrograph of a bare stent (a), a PP-coated stent (b), and a PU-coated stent (c). Note the rough surface of the bare metal filaments compared with the smooth surface after coating.

well as at follow-up using the Polytron 1000®-system, that was earlier validated in vitro and in vivo [13–15], and a metal bar was used as a calibration device [16]. The diameter of the stented vessel segment was measured and the oversizing ratio was calculated as balloon/artery thickness ratio.

*Morphometry.* After a 6-week follow-up, the pigs were sacrificed and the stented coronary segments were carefully dissected together with at least a 1-cm vessel segment both proximal and distal to the stent, and fixed in a 2% formalin solution. The stent filaments were removed using a steriomicroscope (so as not to distort or damage the artery). Sections from each arterial segment were stained with hematoxylin-eosin, elastica von Gieson, and Mason's trichrome stain. Light microscopic examination was performed by an experienced pathologist who was unaware of the coating used. Damage of the arterial wall was graded as either no disruption of the elastic membranes or as disruption of the internal but not the external elastic membrane or as disruption of both elastic membranes. Neointimal proliferation within the stented vessel segments was graded, as only the presence of a thin fibromuscular layer covered by new endothelium without noticeable narrowing of the lumen or neointimal proliferation leading to vessel lumen narrowing estimated to be either less or more than 50%. In addition, the predominant histological event leading to the luminal obliterations was carefully examined. Finally, on the coronary segments harvested at the end of the experiments, morphometric analysis was performed using a computerized morphometry program (Leitz CBA 8000). Measurements of maximal intimal thickness, the area within the lumen (lumen area) and inside the internal elastic lamina (intimal area) were performed on the arterial sites, visually appreciated as being the most proliferative.

### 2.4. Statistics

Thrombotic events after stent implantation were compared using a $\chi^2$ test. Arteriographic measurements before, immediately after and 6 weeks after stent implantation were compared using paired $t$-tests. Data are presented as mean value ± S.D. A $P$-value < 0.05 was considered statistically significant.

A1116

*I.K. De Scheerder et al. / Atherosclerosis 114 (1995) 105–114*                 111

## 3. Results

All pigs underwent successful stent implantation and, angiographically, they all had patent vessels immediately after stenting. Of the six pigs with a non-coated metallic stent implant, three died within 48 h due to acute stent thrombosis whereas all pigs with coated stents survived. Thus, when the pigs with coated stents were considered as a single group, significant less fatal stent thrombosis occurred when compared to the treated pigs treated with bare metallic stents ($\chi^2 = 5.091$, $P = 0.0241$).

### 3.1. Quantitative coronary angiography

All 11 remaining animals survived the follow-up period. At that time, all stents were patent except one PP-coated stent. Quantitative coronary analysis of the treated coronary segments was performed before and immediately after stenting and at follow-up (Table 1).

Before implantation the size of the selected vessel segments was 1.8 mm in each of the three study groups and, consequently, the oversizing ratio [1,7] was also similar. Immediately after stent implantation the minimal luminal stent diameter (MLSD) was 2.3 $\pm$ 0.3 mm, 2.4 $\pm$ 0.1 mm, and 2.0 $\pm$ 0.1 mm in the control, PU-coated and PP-treated pigs, respectively (NS).

At 6 weeks, MLSD was similar in the PU-coated and in the non-coated stent group (1.9 $\pm$ 0.4 vs. 1.9 $\pm$ 0.2 mm). However, in the PP-coated stent group, the MLSD was significantly smaller when compared with each of both other treatments (0.7 $\pm$ 0.5 mm, $P < 0.01$).

The loss in MLSD was similar in the control non-coated stents when compared with the amphiphilic polyurethane stents, but significantly less when compared with the poly(organo)phosphazene-coated stents.

### 3.2. Histopathological studies

*Vessel injury.* In all of the 11 vessel segments examined at follow-up, the internal elastic membrane was disrupted. In addition, the external elastic membrane was disrupted in one of the three control and in three of the four PP-stented vessel segments but in none of the PU-stented vessel segments. Disruption of the internal elastic membrane was often limited, the stent filaments being located just underneath the elastic lamina, without interposition of smooth muscle cells of the media.

*Neointimal response.* Morphologically two types of neointimal proliferation were seen, fibromuscular proliferation, and lymphohistiocytic inflammation. The former consisted of proliferating mesenchymal spindle cells in a dense collagenous matrix, the latter consisting of an active inflammation with lymphocytes and histiocytes, multinucleated giant cells, and often eosinophils in an edematous matrix of granulation tissue. In all PP-coated stents intimal proliferation was severe and of the lymphohistiocytic type. Exuberant foreign body granuloma formation and eosinophilic infiltration narrowed the intra-stent lumen > 50% in the four specimens. In the amphiphilic PU-coated stents and the non-coated stents only a mild fibromuscular reaction surrounding the stent filaments was observed.

Table 1
Minimal coronary arterial diameters of the stented coronary arterial segments (mm)

|         | Pre-stenting  | Post-stenting | At 6 weeks   |
|---------|---------------|---------------|--------------|
| Control | 1.8 $\pm$ 0.2 | 2.3 $\pm$ 0.3 | 1.9 $\pm$ 0.2 |
| PU-coated | 1.8 $\pm$ 0.4 | 2.4 $\pm$ 0.1 | 1.9 $\pm$ 0.4 |
| PP-coated | 1.8 $\pm$ 0.1 | 2.0 $\pm$ 0.1 | 0.7 $\pm$ 0.5* |

Abbreviations: PP, polyphosphazene; PU, polyurethane.
All differences with control values are insignificant except
*$P = 0.01$

Table 2
Morphometry of stented arterial segments

|                          | Control stents | PP-coated     | PU-coated     |
|--------------------------|----------------|---------------|---------------|
| Lumen area (mm$^2$)      | 1.58 $\pm$ 0.10 | 0.46 $\pm$ 0.37** | 1.69 $\pm$ 0.36 |
| Internal elastic lamina (mm$^2$) | 2.69 $\pm$ 0.66 | 2.49 $\pm$ 0.60 | 2.53 $\pm$ 0.82 |
| Area stenosis (%)        | 39.0 $\pm$ 14.2 | 81.1 $\pm$ 18.7* | 31.7 $\pm$ 7.6 |

Abbreviations: PP, polyphosphazene; PU, polyurethane.
All differences with control values are insignificant except *$P$ < 0.03 and ** $P$ < 0.004.

**A1117**

*Morphometry.* The results of the morphometric analysis are given in Table 2. While the internal elastic lamina area was not substantially different in the three study groups, a much smaller lumen area and, consequently, a higher percent luminal area stenosis was found in the PP-coated stents when compared to the controls. In the PU-stented vessel segments, however, these parameters were not significantly different from controls.

## 4. Discussion

Although metallic coronary stents are currently used to treat post-angioplasty acute closure and late restenosis, some concern remains over their permanent nature and the aggressive need for anticoagulation to overcome subacute stent thrombosis [2–5]. Polymer endovascular stents have been suggested as an alternative for these metallic stents [17–23]. In addition, these stent materials are potentially useful to deliver either potent anticoagulants intended to decrease the acute thrombotic complication rate associated with metallic stents or antiproliferative drugs intended to modify the healing process of the injured arterial segment.

The main finding of the present study is that different polymers when used as stent coating induce different degrees of neointimal hyperplasia. At a 6-week follow-up, compared with immediately post-stenting this undesired reaction had narrowed the lumen by 20% when a PU coating was used but by 65% when the stent was coated with PP. The degree of neointimal proliferation induced by PU was comparable to that induced by bare metallic stents. These angiographic findings were confirmed by post-mortem morphometry where, within the polyurethane- and the polyphosphazene-coated stents, the maximal degree of stenosis was found to be 32% and 81%, respectively, the former value being similar to that measured in bare metallic stents. This excessive neointimal proliferation around polyphosphazene coatings was found in the presence of some more damage to the external elastic lamina when compared to the polyurethane-treated coronary arteries. However, the oversizing ratio in both treatment groups was identical and, therefore,

more initial mechanical damage as a source for disruption of the arterial architecture is unlikely. Most probable, was the more severe damage of the external elastic lamina around the PP-coated stents, induced by the severe inflammatory response leading to a remodelling effect on the surrounding tissue by inducing neovascularisation and changes in the extracelluar matrix substances.

We recently demonstrated that polyurethane-coated stents, in contrast to polyphosphazene-coated stents, induced only a minor fibromuscular reaction when implanted in peripheral porcine arteries [24]. The present study confirms and extends these findings to porcine coronary arteries injured by oversizing of the stent.

Thus, the amphiphilic polyurethane polymer does not stimulate additional neointimal proliferation when used as a coating for metallic stents implanted in peripheral as well as coronary arteries. Therefore, this biostable polymer can be considered for clinical applications whether or not loaded with antithrombotic or antiproliferative drugs. In contrast the severe neointimal response induced by polyphosphazene seems to exclude this polymer from clinical use. However, combined with some intrinsic characteristics of this polymer, this undesired property provides interesting experimental perspectives when used as a delivery system for high local concentrations of investigational drugs aimed to suppress neointimal hyperplasia.

Our experimental protocol provided only for a restricted antithrombotic regimen and, therefore, it is not surprising that three of six animals treated with a bare stainless steel stent died due to thrombotic occlusion of the stents. In contrast all eight animals treated with a polymer-coated stent survived. It is indeed well known that pigs are very susceptible for life-threatening arrhythmias during coronary artery occlusion [25,26]. Since after the stent implantations serial coronary angiograms were not performed, it is quite possible that the incidence of thrombotic phenomena early after stent implantation has been underestimated. At a 6-week follow-up, however, intra-stent thrombus was never observed and the occlusion of one polyphosphazene stent was clearly related to a severe histiolymphocytic foreign body and

fibromuscular reaction. These observations, although based on small numbers, suggest that polymer coatings may reduce the thrombogenicity of the stents presently in clinical use.

In conclusion, to reduce the thrombogenicity of the present stents, polymer coatings are promising. However, different polymers induce different degrees of neointimal proliferation. Amphiphilic polyurethane appeared to be relatively inert when compared to bare metal.

## Acknowledgments

The authors wish to thank Tony Stassen for technical assistance, and Joke Tack for secretarial assistance. This work was supported by The Belgian National Fund for Scientific Research (NFWO). I. De Scheerder is a research associate of the Belgian National Fund for Scientific Research NFWO.

## References

[1] Dotter C. Transluminally placed coilspring endoarterial tube grafts, Long term patency in canine popliteal artery. Invest Radiol 1969;4:327.

[2] Bucx JJ, De Scheerder I, Beatt K, van den Brand M, Suryapranata, H, de Feyter PJ, Serruys PW. The importance of adequate anticoagulation to prevent early thrombosis after stenting of stenosed venous bypass grafts. Am Heart J 1991;121:1389.

[3] de Feyter PJ, De Scheerder I, van den Brand M, Laarman GJ, Suryapranata H, Serruys PW. Emergency stenting for refractory acute coronary artery occlusion during coronary angioplasty. Am J Cardiol 1990;66:1147.

[4] De Scheerder IK, Strauss BH, de Feyter PJ, Beatt KJ, Baur LH, Wijns W, Heyndrix GR, Suryapranata H, van den Brand M, Buis B, Serruys PW. Stenting in venous bypass grafts: a new treatment modality for patients who are poor candidates for reintervention. Am Heart J 1992;123:1046.

[5] Strauss BH, Serruys PW, De Scheerder IK, Tijssen JG, Bertrand ME, Puel J, Meier B, Kaufmann U, Stauffer JC, Rickards AF, Sigwart U. Relative risk analysis of angiographic predictors of restenosis within the coronary wallstent. Circulation 1991;84:1636.

[6] Fishmann D, Savage M, Leon M, Schatz R, Baim D, Penn I, Detre K, Heuser R, Ricci D, Fish D, Rahe R, Gedhardt S, Goldberg S. Acute and late angiographic results of the stent restenosis study (STRESS). J Am Col Cardiol 1994;23 (Suppl.I):60A.

[7] Leon MB, Fishman D, Schatz R, Bain D, Penn I, Nobiyoshi M, Colombo A, Cleman MW, Almond D, Moses J, Savage M, Goldberg S, Detre K. Analysis of early and late clinical events from the stent restenosis study Stress. J Am Coll Cardiol 1994;23 (Suppl.I):26A.

[8] Crommen JHL, Schacht EH, Mense EHG. Biodegradable polymers. Synthesis of hydrolysis-sensitive poly(organo)phosphazenes. Biomaterials 1992;13:511.

[9] Crommen JHL, Schacht EH, Mense EHG. Biodegradable polymers. Degradation characteristics of hydrolysis-sensitive poly(organo)phosphazenes. Biomaterials 1992;13:601.

[10] Crommen J, Vandorpe J, Schacht E. Degradable polyphosphazenes for biomedical application. J Controlled Release 1993;24:167.

[11] Boretos JH, Cooper SL. Segmented polyurethane — a new elastomer for biomedical applications. Science 1967;158:1481.

[12] Ito Y, Imanski Y. Blood compatibility of polyurethanes. CRC Crit Rev Biocompact 1989;5:45.

[13] Barth K, Eicker B, Bittner U, Marhoff P. The improvement of vessel quantification with image processing equipment for high resolution digital angiography, In: Lemke HV, (eds). Computer Assisted Radiology. Berlin: Springer-Verlag, 1989:220–225.

[14] Galbraith JE, Murphy ML, Desoyza N. Coronary angiogram interpretation: interobserver variability. J Am Med Assoc 1981;240:2053.

[15] Fortin DF, Spero LA, Cusma JT, Santoro L, Burgess R, Bashore TM. Pitfalls in the determination of absolute dimensions using angiographic catheters as calibration devices in quantitative angiography. Am J Cardiol 1991;68:1176.

[16] Desmet W, Vrolix M, De Scheerder I, Van Lierde J, De Geest H, Willems JL, Piessens J. Angiotensin converting enzyme inhibiton with fosinopril sodium in the prevention of restenosis after coronary angioplasty. Circulation 1994;89:385–392.

[17] Schwartz RS, Murphy JG, Edwards WD, Holmes DR. Bioabsorbable, drug-eluting, intracoronary stents: design and future applications. In: Sigwart U and Frank GI, (eds), Coronary Stents. Heidelberg: Springer-Verlag, 1992:135–154.

[18] Lincoff AM, Schwartz RS, van der Giessen WJ, van Beusekom, HM, Serruys PW, Holmes DR, Ellis SG, Topol EJ. Biodegradable polymers can evoke a unique inflammatory response when implanted in the coronary artery. Circulation 1992;86: Suppl-800.

[19] Murphy JG, Schwartz RS, Edwards WD, Camrud AR, Vlietstra, RE, Holmes DR. Percutaneous polymeric stents in porcine coronary arteries. Initial experience with polyethylene terephthalate stents. Circulation 1992;86:1596.

[20] van Beusekom HM, van der Giessen WJ, van Ingen S, Slager CJ. Synthetic polymers as an alternative to metal in stents? In vivo and mechanical behaviour of polyethylene-terephthalate. Circulation 1992;suppl I:I-731.

[21] Khorsandi MJ, Eigler NL, Litvack F, Mahrer KN, Forrester J. Heat activated recoverable temporary stents: histopathologic and angiographic observations for implantations of up to six weeks. JACC 1993;21:439A.

[22] Zidar JP, Mohammad SF, Culp SC, Brott BC, Phillips HR, Stack RS. In vitro thrombogenicity analysis of a new bioabsorbable, balloon expandable, endovascular stent. JACC 1993;21:483A.

[23] Susawa T, Shiraki K, Shimizu Y. Biodegradable intracoronary stents in adult dogs. JACC 1993;21:483A.

[24] De Scheerder I, Wilczek K, Verbeken E, Van Dorpe J, Lan PN, Schacht E, Barrios L, Piessens J, De Geest H. Intraarterial biocompatibility of biodegradable and non-biodegradable polymer coated stents implanted in porcine peripheral arteries. Cardiovasc Interventional Radiol (in press).

[25] van der Giessen WJ, van Beusekom HM, van Houten CD, van Woerkens LJ, Verdouw PD, Serruys PW. Coronary stenting with polymer-coated and uncoated self-expanding endoprostheses in pigs, Coronary Artery Dis 1992;3:631.

[26] Verdouw PD, Hartog JM. Provocation and suppression of ventricular arrhytmias in domestic swine, In: Stanton HC, Marsmann HJ, (eds). Swine in Cardiovascular Research, vol. II. Boca Raton, Florida: CRC Press Inc. 1986;121.

A1120

# Local Angiopeptin Delivery Using Coated Stents Reduces Neointimal Proliferation in Overstretched Porcine Coronary Arteries

Ivan De Scheerder, MD,  Krzysztof Wilczek, MD,  Joke Van Dorpe**,
Erik Verbeken*, MD,  Sam Cathapermal****, PhD,  Kai Wang, MD,
Walter Desmet, MD,  Etienne Schacht**, PhD,  Marie Foegh****, MD,
Hilaire De Geest, MD,  Jan Piessens, MD

ABSTRACT: *Background.* Systemic administration of angiopeptin has been shown to inhibit myointimal thickening after arterial injury in several animal species.

*Methods and Results.* To explore to what extent high and long–lasting local concentrations of angiopeptin influence the healing process after vascular injury, tantalum balloon-expandable stents were first coated with a polymer loaded with angiopeptin 250 µg. Implantation of these stents in porcine coronary arteries resulted in tissue concentrations of 10.7 pg/ml wet weight in the stented arterial segment 24 hours after stent implantation, gradually declining to 2.0 pg/ml wet weight at day 8. Finally, 20 pigs were randomly treated with either an angiopeptin–loaded or a blank–coated stent. At baseline, the angiographic parameters were similar between both groups but, after 6 weeks, the minimal luminal diameter of the stented arterial segment was larger in the angiopeptin–treated pigs when compared to controls ($2.20 \pm 0.57$ mm vs $1.57 \pm 0.68$ mm, $p<0.01$) This angiographic finding was confirmed by post–mortem morphometry where the respective lumen area values were $1.00 \pm 0.54$ mm$^2$ and $0.43 \pm 0.28$ mm$^2$ ($p<0.01$).

*Conclusion.* Polymer coated stents can be loaded with angiopeptin, which after implantation in porcine right coronary arteries result in high local tissue concentrations gradually declining over more than 8 days. These high local concentrations inhibit myointimal proliferation induced by poly(organo)phosphazene coated overstretched stents.

J INVAS CARDIOL 1996;8:215-222

Key words: endovascular prosthesis, restenosis, local drug delivery

From the Departments of Cardiology and *Histopathology, University Hospital Gasthuisberg, Leuven, Belgium, and the Department of **Organic Chemistry, Biomaterials Research Group, University of Ghent, Belgium and from the ***Department of Physiology and Biophysics and the ****Department of Surgery, Georgetown University, Washington, DC.

Address reprint requests to: Ivan De Scheerder, MD, PhD, UH Gasthuisberg, Department of Cardiology, 49, Herestraat, 3000 Leuven, Belgium.

Implantation of metallic stents in normal porcine vessels has previously been shown to induce myointimal proliferation.[1] In spite of this undesired tissue reaction, a recent clinical trial revealed a lower restenosis rate after adjunctive stenting than after balloon angioplasty alone, a beneficial effect believed to be strictly mechanical and related to overstretching of the stented vessel

215

A1121

*DE SCHEERDER, et al.*

segment. However, the reduced restenosis rate was obtained at the expense of a stringent anti-thrombotic treatment protocol leading to an excess in bleeding complications and to prolonged hospitalization.[2,3] These considerations have generated considerable interest in stent coatings as carriers of antiproliferative or antithrombotic agents for local application.[4]

During our preliminary work with different coatings, we found that poly(organo)phosphazene coated metallic stents, when implanted in normal porcine coronary arteries, result in such a severe histiolymphocytic and fibromuscular reaction that clinical applications of this polymer are definitively excluded.[5] These observations, however, prompted us to use these coatings, in the experimental setting, as carriers for antiproliferative agents in order to study their efficacy in suppressing this excessive intimal reaction.

Angiopeptin, a synthetic cyclic octapeptide, is a somatostatin analogue. It suppresses growth hormone release and prevents the increase in insulin–like growth factor I (IGF-I) in the vascular wall following balloon injury.[6] Furthermore, angiopeptin has been shown to inhibit the interleukin-I induced adhesiveness of endothelial cells for mononuclear cells.[7]

In the present study we investigated the feasibility of loading poly(organo)phosphazene polymers with angiopeptin. Subsequently, the release of angiopeptin from the polymer–coated stents was determined *in vitro* and after implantation in porcine coronary arteries. Finally, when these arteries were injured by oversized poly(organo)-phosphazene–coated stents, the effect of local angiopeptin delivery on the subsequent intimal reaction was studied.

## MATERIALS AND METHODS

### Preparation and loading of the polymer coating of the stents

For these experiments Wiktor stents (Medtronic Inc, Minneapolis, MN) mounted on a conventional over–the–wire balloon having a nominal inflated diameter of 3.5 mm were used. The Wiktor stent consists of a single radio-opaque tantalum wire (0.127 mm diameter) which is formed into a sinusoidal wave and wrapped into a helical coil structure. These stents were coated with a biodegradable polyphosphazene polymer with amino acid ester side groups, which was prepared by reaction of poly(dichlorophosphazene) with amino

acid ester as previously described.[8] In this particular molecule the chlorides were replaced by a combination of glycine ethyl ester (55%) and phenylalanine ethyl ester (45%). Poly(organo)-phosphazene polymers were loaded with angiopeptin. Therefore, angiopeptin 5 weight % was dissolved in the polymer solution before the polymerisation step. The stents were coated with the polymers by dipping them in a 5 weight % chloroform solution of the polymer. After removal they were allowed to dry in a clean air cupboard at room temperature and the final thickness of the polymer coating was 20 µm.

### Experimental preparation

Domestic cross bred pigs (Sus Scrofa) of both sexes were used in these experiments. All animals were treated and cared for in accordance with the National Institute of Health Guide for the care and use of laboratory animals. A total of 27 domestic pigs (weight 20-25 kg), fed on a standard natural grain diet without lipid or cholesterol supplementation throughout the study, were used for this study. The pigs were sedated with azaperone 0.1 ml/hr (Stresnil, Janssen Pharmaceutics, Beerse, Belgium) before general anesthesia was induced with intramuscular ketamine (5 mg/kg) and further intravenous ketamine (Ketalar®, Parke–Davis NV, Warner Lambert, Belgium) at a rate of 0.1 mg/kg/hr and pancuronium (Pavulon , Organon NV, Oss, Holland) at a rate of 0.4 mg/kg/hr. The pigs were intubated and ventilation (Mark 7 A®, Bird cooperation, Palm Springs, CA) was started using a mixture of 20 vol% of pure oxygen and 80 vol% of room air. Ventilation was adjusted by frequent blood gas analysis in order to maintain a minimum PaO$_2$ of 100 mmHg and physiologic PaCO$_2$ and pH parameters. Continuous electrocardiographic, pressure and temperature monitoring was performed throughout the procedure. An external carotid artery was surgically denudated and an 8F intra–arterial sheath was introduced over a 0.035" wire.

Heparin 5000 IU and acetyl salicylic acid 250 mg were administered intravenously as a bolus. Furthermore, heparin 400 IU/h was given as a continuous infusion during the procedure. The right coronary artery was visualized using an 8F left Judkins 2.5 catheter and iohexol (Omnipaque, Nycomed, Oslo) was used as contrast agent. Stents were deployed using a balloon inflation pressure of 8 atm for 60 seconds. Injection of contrast medium after intracoronary administration of nitroglycerin 200 µg confirmed successful implanta-

216

A1122

tions. The carotid arteriotomy was repaired and the dermal layers closed using standard techniques. No antiplatelet agents nor additional anticoagulants were administered during follow–up.

At control, after 1 to 8 days or after 6 weeks of follow–up, the instrumentation and the angiographic techniques were identical to those used during the implantation procedure except that a tracheotomy was performed for intubation. After control angiography the pigs were sacrificed using an intravenous bolus of 10 ml over–saturated potassium chloride.

**Measurement of angiopeptin release *in vitro* and *in vivo***

All angiopeptin concentrations were measured at the Department of Physiology and Biophysics of the Georgetown University Medical Center, Washington DC. The tissue was weighed and ground in 2-3 ml of 0.1 molar acetic acid. The homogenate was then centrifuged at 10,000 rpm for 30 min in a cold centrifuge and the supernatant was lyophilized. The lyophilized fraction was reconstituted in 1 ml of pig's plasma and then assayed for angiopeptin using a iodine 125-radioimmunoassay of which the detection limit is around 50 pg/ml. The antiserum does not recognize native somatostatin and the assay allows the direct measurement without extraction of the peptide. The tissue concentrations were expressed as pg/mg wet weight and plasma levels were expressed as pg/ml plasma.

**Angiopeptin release in vitro.** To study the release of angiopeptin *in vitro*, an angiopeptin loaded poly(organo)phosphazene coated stent was incubated in 20 ml physiologic solution. Samples were obtained after 1, 2, 3, 6, 9, 12, 18, and 24 hours and angiopeptin release was calculated.

**Coronary intramural angiopeptin delivery.** For this study an angiopeptin loaded poly(organo)-phosphazene coated stent was implanted in the right coronary artery of 7 pigs. Plasma angiopeptin concentrations were determined 30, 45, 60 and 90 min after stent implantation and just before sacrifice. One pig died immediately after stent implantation and the 6 remaining pigs were sacrificed 1, 2, 3, 4, 6 and 8 days after stent implantation, respectively, in order to determine the intramural angiopeptin concentration of the stented vessel segments.

**Evaluation of the effect of local angiopeptin delivery on the foreign body response to stent implantation and the poly(organo)phosphazene polymer**

For this study, either a blank polymer–coated stent or an angiopeptin–loaded polymer–coated stent was randomly placed in the right coronary artery of 20 pigs and the follow-up period was 6 weeks, after which the pigs underwent quantitative coronary angiography and then were sacrificed. The right coronary artery was harvested for histopathology and morphometry.

**Quantitative coronary angiography.** Before and immediately after stenting and at 6 weeks follow–up, angiographic analysis was performed using the Polytron 1000®-system, that was earlier validated *in vitro* and *in vivo*. A metal bar was used as calibration device.[9,10]

**Histopathology after stenting.** At 6 weeks follow–up, after control angiograms were obtained, the pigs were sacrificed. The stented coronary arterial segments were carefully dissected and fixed in a formalin 2% solution. The stent filaments were removed using a stereomicroscope (so as not to distort or damage the artery). Sections from each arterial segment were stained with hematoxylin–eosin, elastin von Gieson, and Masson's trichrome stain. All sections were examined by light microscopy by an experienced pathologist who was unaware of whether the stent had contained angiopeptin.

Damage of the vascular wall was graded as intact internal and external elastic membrane or disruption of the internal elastic membrane but intact external elastic membrane or disruption of both the internal and external elastic membranes. Neointimal proliferation within the stented segments was visually estimated and the predominant histological event leading to intimal proliferation was studied. Finally, on the coronary segments harvested at the end of the chronic experiments, morphometric analysis was performed using a computerized morphometry program (Leitz CBA 8000). Measurements of lumen area, the area inside the internal and external elastic lamina, and the neointimal area were performed at the most reactive arterial site, as visually observed. The neointimal area was further subdivided into a histolymphocytic area surrounding the remainings of the poly(organo)phosphazene polymer and a central fibromuscular area.

A1123

DE SCHEERDER, *et al.*



**Figure 1.** *In vitro release of angiopeptin from a polyphosphazene coated stent incubated in physiologic serum.*



**Figure 2.** *Tissue angiopeptin concentration in function of time after angiopeptin–loaded stent implantation in porcine right coronary arteries.*

## Statistics

Arteriographic measurements before, immediately after and 6 weeks after stent implantation were compared using paired t–tests. Arteriographic as well as morphometric measurements obtained in the angiopeptin–loaded and blank–coated stent group were compared using an unpaired t–test. Data are presented as mean value ± SD. A *p*–value < 0.05 was considered statistically significant.

## RESULTS

### *In vitro* angiopeptin release

The total amount of angiopeptin incrustrated in 1 single stent coating was calculated to be 250 µg. Figure 1 depicts the percent release of angiopeptin in function of time. Within 24 hours, 91% of the total amount of angiopeptin was released from the stent.

### Intramural angiopeptin release

Figure 2 shows the coronary tissue concentrations of angiopeptin at the different time intervals between stent implantation and sacrifice of the 6 pigs. After 24 hours, the stented coronary arterial angiopeptin concentration was 10.7 pg/mg wet weight and, after 48 hours, 7.9 pg/mg wet weight. Between day 3 and day 8 the angiopeptin tissue concentrations gradually declined to around 3 pg/mg wet weight. The mean plasma angiopeptin concentration of all samples obtained the day of stent implantation was 174 ± 160 pg/ml and, after 24 hours, no angiopeptin could be detected in plasma.

### The effect of local angiopeptin delivery on the foreign body response to stent implantation and the poly(organo)phosphazene coating

All stent implantations were successful but one implantation (angiopeptin loaded) was complicated by a large dissection. However, the routine control angiography obtained after 15 min showed that all arteries remained patent. One pig died 120 min after stent implantation (blank coated stent)

**Table 1.** Quantitative Coronary Angiographic Analysis of the Stented Vessel Segments

|  | Pre-implantation diameter (mm) | Balloon/artery ratio | Recoil (%) | Post implantation diameter (mm) | Diameter at 6 weeks follow-up (mm) |
|---|---|---|---|---|---|
| Control | 2.58 ± 0.28 | 1.37 ± 0.16 | 10.86 ± 7.10 | 3.13 ± 0.27 | 1.57 ± 0.68 |
| Angiopeptin-loaded | 2.56 ± 0.18 | 1.38 ± 0.10 | 14.89 ± 8.30 | 3.00 ± 0.29 | *2.20 ± 0.57 |

* *p* < 0.01 when compared with control. All other parameters were not significantly different between both treatment groups.

A1124

*Angiopeptin Delivery Using Coronary Stents*



**Figure 3.** *Photomicrograph of a vessel segment stented with a poly(organo)phosphazene coated stent. Note the severe inflammatory response leading to total disruption of the vessel architecture. The remaining lumen (L) is surrounded by a halo of fibromuscular (FM) tissue. More distal from the lumen a pronounced histiolymphocytic reaction (HL) surrounding the stent filaments (F) as well as the remainings (R) of the poly(organo)phosphazene coating are observed. (Hematoxylin and eosin stain, original magnification x40).*



**Figure 5.** *Photomicrograph of a vessel segment stented with an angiopeptin loaded poly(organo)phosphazene stent. The stent filaments (F) are surrounded by a histiolymphocytic reaction. The narrowed lumen (L) is surrounded by fibromuscular tissue (Elastica von Gieson stain original magnification x40).*



**Figure 4.** *Photomicrograph of the vessel at higher magnification (x440) showing the histiolymphocytic reaction surrounding the remainings (R) of the poly(organo)phosphazene coating (Hematoxylin and eosin stain).*

because of thrombotic closure. Indeed, post–mortem angiography showed an occluded right coronary artery and macroscopic examination revealed thrombus in the stent.

**Quantitative coronary angiography (Table 1).** Before stenting, the selected arterial segments were very similar in size ($2.56 \pm 0.18$ mm in the angiopeptin loaded and $2.58 \pm 0.28$ mm in the blank coated stent group ; $p=0.85$). The stent deployment resulted in an increased luminal

diameter of $3.00 \pm 0.29$ mm in the angiopeptin–loaded group versus $3.13 \pm 0.27$ mm in the control group ($p=0.31$). The balloon/artery ratio and acute recoil were not significantly different in both groups. However, after 6 weeks follow–up, the minimal luminal diameter of the stented arterial segment was larger in the angiopeptin–treated group than in the control group ($2.20 \pm 0.57$ mm vs $1.57 \pm 0.68$ mm, $p < 0.01$).

**Histopathology.** *Vessel Injury.* Vessel injury was comparable in both groups. In all stented arteries of the angiopeptin–treated and control group severe disruption of the internal elastic membrane as well as partial disruption of the external elastic membrane was found.

*Neointimal response.* In both groups all stented arteries showed a severe histiolymphocytic infiltrate adjacent to the stent filaments. This infiltrate contained macrophages, lymphocytes, plasmacytes and giant cells. In addition, the lumen of the vessel was surrounded by homogeneous fibromuscular tissue (Figure 3, 4, 5).

*Morphometry.* Table 2 shows the results of morphometry performed on the stented coronary arterial segments at 6 weeks follow–up. While the external elastic membrane area was not significantly different between both groups, a significantly smaller fibromuscular area was measured in the angiopeptin–loaded vessel segments resulting in a significantly larger stent intra–luminal area.

A1125

*DE SCHEERDER, et al.*

**Table 2.** Morphometry

|  | Control | Angiopeptin–treated | P Value |
|---|---|---|---|
| lumen area (mm$^2$) | 0.43 ± 0.28 | 1.00 ± 0.54 | 0.01 |
| lumen diameter (mm) | 0.79 ± 0.26 | 1.10 ± 0.32 | 0.04 |
| EEL area (mm$^2$) | 8.78 ± 3.46 | 7.54 ± 3.37 | 0.44 |
| TPZ (mm$^2$) | 8.35 ± 3.60 | 6.55 ± 3.15 | 0.26 |
| HLA (mm$^2$) | 6.15 ± 2.22 | 5.24 ± 1.92 | 0.35 |
| FMA (mm$^2$) | 2.11 ± 0.87 | 1.27 ± 0.54 | 0.02 |

EEL = external elastic lamina; TPZ = total proliferative zone; HLA = histiolymphocytic area; FMA = fibromuscular area.

## DISCUSSION

Our results show that, when normal pig coronary arteries were almost 40% overstretched by a polyphosphazene–coated Wiktor stent, an immediate stent recoil of slightly more than 10% was observed and that, after 6 weeks follow–up, neointimal proliferation reduced the intra–stent lumen by an additional 45%. More importantly, loading the stent coating with angiopeptin, a somatostatin analogue, limited the contribution of neointimal proliferation to the intra–stent luminal narrowing to only 23%. These angiographic data were confirmed by post–mortem morphometry where the difference in percent diameter stenosis between both groups was found to be 17% in favor of the angiopeptin–treated vessel segments.

Implantation of metallic stents in normal porcine vessels has previously been shown to induce neointimal proliferation.[1] This process is characterized by an inflammatory reaction around the stent wires and a marked intimal smooth muscle proliferation leading to circumferential intimal thickening. Coating of these metallic stents with certain polymers such as polylactics or poly(organo)phosphazenes do intensify this process, leading to a severe histiolymphocytic reaction surrounding the stent wires and a thick circumferential myointimal proliferation surrounding the narrowed vessel lumen.[5] In this study we evaluated the feasibility and efficacy of stent mediated local angiopeptin delivery in inhibiting the severe neointimal proliferation induced by the implantation of overstretched poly(organo)phosphazene coated stents in porcine arteries. In previous morphometric studies, systemic administration of angiopeptin consistently inhibited myointimal thickening after injury of coronary arteries of pigs, aorta and iliac

arteries of rabbits and aorta and carotid arteries of rats.[11-14] Subsequent clinical studies demonstrated the need for continuous delivery of the drug. First, in a pilot study, angiopeptin 750 µg daily, administered continuously and subcutaneously during 5 days, starting the day before and boosted by a bolus at the time of coronary angioplasty. This study demonstrated a significant reduction in the angiographic restenosis rate and the repeat revascularization rate as well as a decrease in clinical events at 12 months following PTCA.[15] In contrast, in a large multicenter study in which 2 daily subcutaneous injections of either 5, 20 or 80 µg/kg/day were given, angiopeptin neither reduced the clinical nor the angiographic restenosis rate, when compared to placebo.[16] Finally, in a second large multicenter trial, angiopeptin was given as a continuous subcutaneous infusion (3 mg the day before angioplasty followed by 6 mg daily for 4 days and boosted by a bolus at the time of angioplasty). This mode of administration of angiopeptin significantly reduced the clinical event rate at 6 and 12 months as well as improved the event–free survival at 12 months.[17] However, this beneficial clinical effect was not reflected in an improved angiographic restenosis rate and, therefore, we speculated that higher local concentrations may be more effective. The desire to achieve high local concentrations for a prolonged period of time using a delivery system more convenient than the cumbersome continuous infusions, prompted us to explore to what extent an angiopeptin–loaded stent could prevent the neointimal proliferation induced by its implantation and commitant vascular injury. In current interventional practice, stent implantation is routine treatment for failures or suboptimal results of balloon angioplasty, but may, in the future, be upgraded as the preferential treatment for de novo lesions. For this indication stenting has

220

*Angiopeptin Delivery Using Coronary Stents*

already been shown to reduce the restenosis rate in spite of increased myointimal proliferation.[2,3] This beneficial effect is considered to be strictly mechanical and, therefore, loading of the device with a promising antiproliferative agent was a first logical step.

For that purpose, first, the feasibility of loading a stent coating, which was known to induce a severe neointimal reaction, with angiopeptin was studied. Angiopeptin was dissolved in the polymer solution, before the polymerization step. During the polymerization, angiopeptin becomes incrustrated in the polymer and the total angiopeptin content of a single stent was 250 μg. When incubated in physiologic serum, the stent almost totally released its angiopeptin content over a 24 hour period. Secondly, the angiopeptin-loaded stent has been implanted in right coronary arteries of healthy pigs and the plasma concentration of angiopeptin gradually increased up to 90 min after implantation but, after 24 hours, plasma angiopeptin was undetectable. These *in vivo* findings are in accordance with *in vitro* observations when combined with the short elimination time of angiopeptin, which was previously found to approximate 90 min after a single intravenous bolus in various animal models.[18-20] In contrast, 24 hours after stent implantation, the coronary arterial tissue concentration was still a thousand fold the minimal concentration considered to exert maximal local activity and tissue concentrations of the same order of magnitude, although gradually declining, persisted for at least 8 days. These observations imply that the coronary arterial wall has a strong binding capacity for angiopeptin.

In the angiopeptin–treated and in the control stented vessel segments, at 6 weeks follow–up, microscopic examination revealed similar damage to the internal and external elastic membranes, virtually excluding the possibility that more initial vessel damage induced a more exaggerated healing process in the control vessel segments. Microscopic examination and morphometry indeed demonstrated, a more patent lumen within the stents loaded with angiopeptin, although the intimal reaction was qualitatively identical. Angiopeptin did not affect the severe histiolymphocytic reaction surrounding the stent filaments. The central fibromuscular area, however, was significantly smaller in the group receiving an angiopeptin coated stent, suggesting that angiopeptin inhibits the fibromuscular intimal cell proliferation in this model.

In conclusion, poly(organo)phosphazene coated Wiktor stents can be loaded with a pharmacologically active dose of angiopeptin. When implanted in pig coronary arteries, angiopeptin was detectable in plasma for at least 90 min but undetectable after 24 hours. However, high intramural concentrations persisted for at least 8 days. As a result, after 6 weeks, angiopeptin–loaded stents, when compared to blank coated stents, inhibited the neointimal proliferation induced by oversized poly(organo) phosphazene coated oversized stents.

**Acknowledgments.** The authors wish to thank Tony Stassen for excellent technical assistance, and Joke Tack for excellent secretarial assistance in preparing the manuscript.

## REFERENCES

1. Karas SP, Gravanis MB, Santioian EC, et al. Coronary intimal proliferation after balloon injury and stenting in swine: An animal model of restenosis. *J Am Coll Cardiol* 1992;20:467-474.

2. Serruys PW, De Jaegere P, Kiemeneij F, et al. A comparison of balloon-expandable stent implantation with balloon angioplasty in patients with coronary artery disease. *New Engl J Med* 1994;331:489-495.

3. Fishmann D, Leon M, Baim D, et al. A randomized comparison of coronary stent placement and balloon angioplasty in the treatment of coronary artery disease. *New Engl J Med* 1994;331:496-501.

4. Schwartz RS, Murphy JG, Edwards WD, Holmes DR. Coronary stents. In: Sigwart U, Frank GI (eds). *Bioabsorbable, Drug–eluting, Intracoronary Stents: Design and Future Applications.* Heidelberg, Springer–Verlag, 1994, pp 135-154.

5. De Scheerder IK, Wilczek KL, Verbeken EV, et al. Intraarterial biocompatibility of biodegradable and non-biodegradable polymer stent coatings tested in a polymer coated oversized metallic stent model. *Atherosclerosis* 1995;2:154-158.

6. Howell M, Orskov H, Frystyk J, et al. Lanreotide, a somatostatin analogue, reduces insulin–like growth factor I accumulation in proliferating aortic tissue in rabbits *in vivo*. A preliminary study. *Eur J Endocrinol* 1994;130:422-425.

7. Leczczynski D, Josephs M, Fournier R, Foegh M. Angiopeptin, the octapeptide analogue of somatostatin, decreases rat heart endothelial cell adhesiveness for mononuclear cells. *Regulatory Peptides.* 1993;43:131-140.

8. Crommen J, Vandorpe J, Schacht E. Degradable polyphosphazenes for biomedical applications. *J Controlled Release* 1993;24:167-180.

9. Barth K, Eicker B, Bittner U, Marhoff P. The improvement of vessel quantification with image processing equipment for high resolution digital angiography. In Lemke HV (ed). *Computer Assisted Radiology.* Berlin: Springer–Verlag, 1989, pp.220-225.

10. Desmet W, Willems JL, Vrolix M, et al. Intra– and interobserver variability of a fast on–line quantitative coronary angiographic system. *Int J Cardiac Imaging* 1993;9:249-256.

11. Conte JV, Foegh ML, Calcagno D, et al. Peptide inhibition of myointimal proliferation following angioplasty in rab-

A1127

*DE SCHEERDER, et al.*

bits. *Transplant Proc* 1989;21:3686-3688.

12. Foegh ML, Asotra S, Conte JV, et al. Early inhibition of myointimal proliferation by angiopeptin following balloon catheter injury in the rabbit. *J Vasc Surgery* 1994;19:1084-1091.
13. Foegh ML, Khirabadi BS, Chambers E, et al. Inhibition of coronary artery transplant atherosclerosis in rabbits with angiopeptin, an octapeptide. *Atherosclerosis* 1989;78:229-236.
14. Santoian EC, Schneider JE, Gravanis MB, et al. Angiopeptin inhibits intimal hyperplasia after angioplasty in porcine coronary arteries. *Circulation* 1993;88:11-14.
15. Eriksen U, Amtorp O, Bagger J, et al. Continuous angiopeptin infusion reduces coronary restenosis following balloon angioplasty. *Am Heart J* (in press).
16. Kent K, Williams D, Cassagneau B, et al. Double-blind, controlled trial of the effect of angiopeptin on coronary restenosis following balloon angioplasty (Abstr). *Circulation* 1994;88:I-506.
17. Emanuelson H, Beatt K, Bagger J-P, et al. Long-term effects of angiopeptin treatment in coronary angioplasty–reduction of clinical events but not of angiographic restenosis. *Circulation* 1995;91:1689-1696.
18. Leszczynski D, Zhao Y, Cathapermal S, et al. Rat heart smooth muscle cells express high and low affinity receptors for somatostatin-14, which are involved in regular cell proliferation. *Life Sciences* 1993;53:1663-1674.
19. Grant MB, Wargovich TJ, Ellis EA, et al. Localization of insulin–like growth factor I and inhibition of coronary smooth muscle cells. A potential treatment for restenosis? *Circulation* 1994;89:1511-1517.
20. Cathapermal S, Foegh ML, Rau CS, Ramwell PW. Disposition and tissue distribution of Angiopeptin in the rat. *J Drug Metabolism and Disposition* 1991;19:735.

*IL FARMACO*, 52 (11), 697-702 (1997)

# BIOABSORBABLE POLYPHOSPHAZENE MATRICES AS SYSTEMS FOR CALCITONIN CONTROLLED RELEASE

Paolo Caliceti (*), (**), Nicolò Nicoli Aldini (***), Milena Fini (***), Michele Rocca (***), Saverio Gnudi (****), Silvano Lora (**), Gianluca Giavaresi (***), Cristina Monfardini (**), Roberto Giardino (***) and Francesco Maria Veronese (**)

(*) *Department of Pharmaceutical Sciences, University of Padova, Via F. Marzolo 5, 35131 Padova, Italy*
(**) *Experimental Surgery Dept., Istituto di Ricerca Codivilla-Putti I.O.R.,Via di Barbiano 1/10, 40136 Bologna, Italy*
(***) *Department of Medicine, Istituti Ortopedici Rizzoli, Via Pupilli 1, 40136 Bologna Italy*
(****) *Institute of Photochemistry and High Energy Radiation FRAE, C.N.R. Legnaro, Padova Italy*

*Summary* – To provide a suitable delivery system for the calcitonin controlled release 80 mg bioabsorbable polyphosphazene matrices were obtained with entrapped 50 or 250 μg calcitonin. The *in vitro* behaviour demonstrated a release burst for about 24 hours, followed by a period of slow release of the peptide lasting for weeks. Matrices containing 250 μg calcitonin were implanted under general anaesthesia in osteoporotic female rats, while a group of animals (control group) received unloaded matrices. After thirty days a second batch of matrices was implanted in both groups to prolong the period of treatment until two months. The explanted matrices were histologically evaluated together with the surrounding tissues, and the dosage of the residual calcitonin was also performed. Results demonstrated the good biocompatibility of the system and the complete release of the calcitonin from the matrices 30 days after implantation. The therapeutic effect, after sixty days of treatment was confirmed by the better densitometric values observed in the femoral bone of treated animals than in controls.

## INTRODUCTION

Calcitonin is a polypeptide hormone of 32 aminoacids and 4500 D molecular weight that possesses a relevant physiological role in calcium homeostasis[1,2]. It is presently used in the treatment of many calcium related disorders such as hypercalcemias of neoplastic and non neoplastic origin, chronic bone diseases osteoporosis and Paget's disease[3-8]. However, although calcitonin displays an interesting pharmacological activity the low stability, poor absorption and short half life in plasma deeply affect its therapeutic effectiveness[9]. Frequent calcitonin administrations, usually performed by parenteral route, are in fact required in order to overcome these negative biopharmaceutical properties and to assure a constant drug delivery in long term treatments.

To provide a suitable calcitonin delivery a number of administration techniques have been investigated and several sustained and controlled release systems have been proposed, although only few were so far obtained *in vivo*[10,11].

In the last years biodegradable and biocompatible polymers have been considered for the preparation of prolonged calcitonin dosage forms[12-15]. The programmed degradation of these materials can in fact allow a therapeutically suitable kinetic release of high molecular weight drugs that, since their physico-chemical properties and size, can not diffuse easily through the matrix. Moreover the explantation of the empty matrix at the end of the therapy, needed in the case of non degradable polymers, is not required with the biodegradable polymers.

A proper choice of polymer and dosage form are important steps for a successful development of a drug delivery system in particular to have suitable degradation rate of the matrix that yields a proper drug release and consequently the needed therapeutic drug levels in blood.

To meet such requirements for a new calcitonin delivery formulation we considered the use of polyphosphazenes, a class of polymers so far under exploitation in drug release that are charcterized by high biocompatibility and degradability in water[16-17].

Polyorganophosphazenes are polymers with a phosphorus-nitrogen alternating backbone, properly substituted at the phosphorus atom. Their physico-chemical, biological and technological properties are mainly dictated by the nature of the substituents and the degree of substitution.

Polyphosphazenes substituted with aminoacid esters as alanine ethyl ester or phenylalanine ethyl ester and imidazole have been already studied in our laboratories for the preparation of controlled drug release systems. In such studies these polymers were demonstrated to possess the main requisites for pharmaceutical and medical application, namely non-toxicity and high biocompatibility. Moreover their biodegradable character, strictly related to the imidazole content, makes them of great interest for the development of long lasting pharmaceutical formulations and of devices for medical and surgical application[18-20].

Successful results have been obtained in our laboratory in the preparation of naproxen releas-

(*) To whom correspondence should be addressed.

ing polymeric disks that were found to be effective in the long term treatment of inflammation by maintaining constant hematic levels of the drug up to 20 days. Positive results were also obtained in the preparation of delivery systems for release of antibacterial drugs in odontoiatric diseases and the bacteriostatic polypeptide nisin useful in alimentary field[21-24].

Such positive results encouraged to fore the problem of the release of calcitonin, in a formulation based on polyphosphazenes that could avoid the drug degradation during manufacturing and release period and could also allow for proper kinetics.

For such a study we used a PheOEt/Imidazole 80:20 substituted polyphosphazene that, among the various polymer prepared, was found to be suitable for physical entrapment and sustained release of calcitonin. The efficacy of such system was investigated by *in vitro* and *in vivo* studies.

## MATERIALS AND METHODS

Salmon calcitonin was obtained from SANDOZ (Milano, Italy). Phosphatase conjugated anti mouse IgG+IgM and all the reagents for ELISA were supplied by SIGMA Chemical Co. (St. Louis, MO). All the other analytical grade chemicals were obtained from Fluka (Steiheim, Germany). The animals for in vivo studies were from Charles River (Calco, Como, Italy).

### POLYMER SYNTHESIS

Polyorganophosphazene substituted with phenylalanine ethylester and imidazole (80/20 molar ratio) was prepared following the method previously reported[22]. Briefly: 9.5 g of polydichlorophosphazene, obtained by thermal polymerization of esacholorcyclophosphazene at 250 °C, were dissolved in 500 ml of toluene and a dry tetrahydrofuran solution (300 ml) of 39 g of phenylalanine ethylester hydrochloride, 1.2 g of imidazole and 50 g of triethylamine was added dropwise under stirring. After 48 hours stirring at room temperature an excess of 10 g of imidazole was added and the mixture was maintained for further 24 hours at room temperature. The mixture was filtered and the polymer was precipitated from the organic solution by the addition of *n*-hexane. The polymer was ridissolved in toluene and riprecipitated in *n*-heptane and this procedure was repeated three times. The polymer was finally collected and dried under vacuum.

### PREPARATION OF CALCITONIN CONTAINING FILMS

Eighty mg of polyphosphazene (PheOEt: Imidazole 80:20) were dissolved in 200 µl of $CH_2Cl_2$ and amounts of calcitonin (0,50 or 250 µg) were suspended in the organic solution. The suspension was vigorously stirred and poured in a flat bottom capsule (1 cm diameter) maintained in an ice/acetone bath. The capsules were left in a dessicator at –20 °C under vacuum for 20 hours and at 4° for further 24 hours. The collected disks (1 cm diameter, 1 mm height) were stored at –20 °C.

### ANTI-CALCITONIN MOUSE SERUM PREPARATION

Five male Balb/c mice (30-32 g) were treated at day 0 with 25 µg with a calcitonin solution 100 µl of 0.01 M phosphate buffer, 0.15 M NaCl, pH 7.2, plus 100 µl of complete Freund's adjuvant. At days 7, 14, 21, and 28 the treatment was repeated as above using incomplete Freund's adjuvant. All the immunizations were performed by intraperitoneous (half volume) and subcutaneous (half volume) injection. At day 35 the animals were bled and the serum obtained by blood centrifugation was pooled and tested by ELISA to estimate the anti-calcitonin IgG+IgM content.

### CALCITONIN TITRATION BY ELISA

ELISA 96 wells microplates were incubated overnight at 4 °C with 200 µl of calcitonin solutions (0.01-5 µg/ml) in 0.05M Tris HCl, 2 mM EDTA, 0.3 M KCl, pH 8.0 or with 200 µl of samples properly diluted (1:1-1:100) with Tris buffer. After incubation the wells were washed three times with 350 µl of 0.01 M phosphate buffer, 0.15 M NaCl, 0.3% Tween, pH 7.2 (PBS-Tween), 200 µl of bovine serum albumin (50 µg/ml) in the Tris buffer were added and maintained for 2 hours at room temperature. The wells were washed as above and further incubated for 2 hours at room temperature with antiserum solutions coming from the immunized mice diluted 1:100 with PBS-Tween. After washing the wells were incubated for 2 hours at room temperature with alkaline phosphatase conjugated anti mouse IgG+IgM. The wells were washed 5 times with 350 µl of PBS-Tween and finally of 200 µl 1mg/ml of *p*-nitrophenol (SIGMA 104) in 1 M diethanolamine, 0.5 mM $MgCl_2$, pH 9.8 were added. After 1 hour the reaction was stopped by addition of 50 µl 3N NaOH while the optical density at 405 was determined.

### *IN VITRO* CALCITONIN RELEASE

Calcitonin containing films were maintained under stirring at 37 °C in 5 ml of 10 mM phosphate buffer, 0.15 M NaCl, pH 7.2. At scheduled times 1 ml of solution was taken and replaced with fresh buffer. The amount of released calcitonin was estimated in the taken solution by ELISA.

### *IN VIVO* EXPERIMENTS

The *in vivo* model was carried out according to the guidelines of the International Guide on Animal Biomedical Research, the Ethical Code for Animal Experimentation of the Council for International Organization of Medica Sciences, and the rules contained in the «Gazzetta Ufficiale della Repubblica Italiana» of February 2, 1992 (D.L. 116/92 of January, 27, 1992). Ten female Sprague Dawley rats 350±20 g. body weight were anestetized by intramuscular administration of ketamine and xylazine. A bilateral ovariectomy was performed through a lumbar approach, according to a previously described model[26-27] to induce an osteoporotic state.

The animals were divided in two groups:

a) *Treatment Group*. Three months after the ovariectomy, in general anesthesia induced as described above, in five animals a subcutaneous implant of 250 mg calcitonin loaded matrix was performed into a pouch created in the back of the rats. The pouch was sutured with 3/0 atraumatic silk, and the animals were housed in standard conditions. 30 days after this procedure, a second serie of loaded matrices was implanted in a controlateral pouch on the back of the rat, to prolong the treatment until 60 days.

b) *Control Group*. A second group of five animals was submitted to the same procedure with calcitonin unloaded matrices.

### DETERMINATION OF CALCITONIN IN EXPLANTED MATRIXES

Polyphosphazene disks explanted after 30 days of subcutaneous implantation were dissolved in 500 µl of $CH_2Cl_2$ and 500 µl of phosphate buffer for calcitonin extraction were added. The amount of calcitonin in the buffer was estimated by ELISA.

## IN VIVO CONTROLS

30 days after the second implant (60 days of treatment) the rats of both groups were sacrificed with anestethic overdose. The seat of the implant was carefully explored after a wide incision of the skin. The macroscopical appearance of the matrices was recognized, together with that of the surrounding tissues. All the matrices were then explanted: two of them were fixed in 10% buffered formalin, dehydrated in graded series of alcohols and embedded in paraffin. Sections of 7-10 mm were stained with hematoxylin-eosine and Azan Mallory to evaluate tissue reaction and the reabsorption of the implant.

On the remaining three matrices the dosage of calcitonin was performed according to the above described method. The femurs were also explanted and cleaned of surrounding soft tissues. Bone Mineral Density (B.M.D.) and Bone Mineral Content (B.M.C.) were evaluated using a Norland 2780 densitometer with an apposite software for small animals and respectively expressed as g/cm² and g.

## RESULTS

### Calcitonin polyphosphazene matrix preparation: in vitro behavior

Since the ELISA method for calcitonin estimation was found reliable and accurate in the range of 50-200 ng/ml for pure samples of polypeptide, in presence of polyphosphazene and in presence of polymer degradation products, the procedure was employed in all of the studies reported in the investigation.

In the preparation of polyphosphazene disks a polymer substituted at a molar ratio of 80/20 with respect to the phenyalanine ethyl ester and imidazole was used. It was prepared and charac-

terized according the procedures described in a previous paper from one of our laboratories[20]. The entrapment of calcitonin described in experimental section was achieved following the procedure already found successful in a study of naproxen release[21].

The calcitonin release profile obtained with matrices containing two calcitonin concentrations (50 and 250 μg) are reported in Fig. 1. The figure shows that in both cases a release burst takes place for about 24 hours.

The extent of burst depends upon the calcitonin concentration since about 12% of the entrapped drug is released from the matrix loaded with 50 μg of calcitonin, whereas in the same time about 45% of calcitonin was released from the 250 mg loaded matrices. After this time the remaining peptide still entrapped into the matrixes was slowly released.

### In vivo behavior of calcitonin polyphosphazene matrices

Polyphosphazene matrices in the form of disks containing 250 μg of calcitonin were implanted subcutaneously in rats. After one month the matrices were removed while a macroscopic and microscopic examination of the implantation site was carried out.

It was found that the matrix had lost its shape and was present in small fragments with signs of reabsorption. The material was surrounded with a thin vascularized connective tissue.



Fig. 1 - *In vitro* calcitonin cumulative release time course from polyphosphazene matrices loaded with 50 μg (●) and 250 μg (■) of peptide. The amount of released calcitonin is reported as percentage of the entrapped drug SD estimated on the basis of 5 experiments.



Fig. 2 - Histological appearance of the degradation of matrices at 30 days. Fragments of the polymer wrapped by a thin connective sheath (arrows). Mallory Azan, 1.25×.



Fig. 3 - A detail in which foreign body reaction with giant cells (arrow) is evident around the fragments of the polymer. Mallory Azan, 10×.

A1132

At the microscopical observation the fragments were wrapped by a well vascularized sheet of connective tissue (Fig. 2), with evidence of foreign body giant cells (Fig. 3). No significant inflammatory cells infiltrates or signs of infections were instead observed.

The remaining material was evaluated for the still entrapped calcitonin content. It was found that the amount was low, at the limit of the evaluation of the method.

### Therapeutic effects

The therapeutic effects of polyphosphazene matrices releasing calcitonin were evaluated at sixty days of treatment.

The efficacy of the treatment was evaluated by densitometric study of the femoral bone. The results of densitometry are reported in Tab. I. It can be seen that the mean Bone Mineral Density (B.M.D.) of treatment group was higher than the controls and that the difference was significant ($p=0.04$). Also the difference in Bone Mineral Content (B.M.C.) between calcitonin treated and untreated animals was significant ($p=0.019$).

TABLE I - Bone Mineral Density and Bone Mineral Content in femurs of treated and control groups

|  | Treated group | Control group | T-Test |
|---|---|---|---|
| B.M.D. (g/cm²) | 0.171 ± 0.0049 | 0.154 ± 0.0021 | p = 0.04 |
| B.M.C. (g) | 0.461 ± 0.007 | 0.385 ± 0.013 | p = 0.019 |

## DISCUSSION

Release of macromolecules from matrices through diffusion process, a mechanism that takes place in non biodegradable polymers, may occur only in special circumstances. One example is the release of peptides or proteins of low or high molecular weight entrapped into matrices of poly-hydroxyethylacrylamide, obtained by radiation induced polymerization in presence of poly(ethylene glycol) of increasing mol wt. In this case the escape of poly(ethylene glycol), a polymer that does not takes part in the polymerization but behaves like an eccipient, leaves large pores through which large molecules can pass through[28]. A more simple and general method to release macromolecules from polymer matrices is the use of biodegradable polymers, among these the most studied being polylactide-polyglycolide of different composition eventually copolymerized with capro-lactones, polyanhydrides, or specially prepared collagen[29].

Polyphosphazene is a new polymer more recently considered in this respect. It has several positive properties in addition to biodegradability; indeed it *does* not modify the microenviromental

pH during degradation, does not present the risk of immunogenicity as the products of natural origin, may be prepared with the desired rate of degradation and finally can be easily shaped into the desired forms as disks or microspheres ore tubes. This polymer was found suitable for the preparation of small mol wt drugs in our laboratory and for vaccine production in other laboratories[17].

These favorable properties now encouraged us in matrix calcitonin entrapment for the treatment of pathological diseases, a situation that requires long term drug administration. It was found that from disks containing calcitonin a spike of release takes place in the first couple of days, but later the release becomes constant for several weeks. During the entrapment process the peptide does not appear to undergo degradation as demonstrated by HPLC chromatography or ELISA test using antibodies risen in mice.

It is noteworthy to report that, as already observed with other polymers, a different release rate takes place *in vitro* and *in vivo*, in fact after one month, on the contrary of what found *in vitro*, the implanted matrix is present in small degraded fragments containing only traces of calcitonin. This is in favor of a more rapid degradation process *in vivo*. It is difficult at the present to state whether this is due to the special physico-chemical environment of the tissues or to the action of enzymes. These data indicate the suitability of polyphosphazene use in the praparation of matrices because these do not need a surgery for the explantation.

As to the biocompatibility is concerned these polyphosphazene matrices exhibit very good behavior, a property already observed in our laboratory in different experimental situations. Signs of inflammation were not found as well as infections or toxicity. The connective reaction was very mild thus allowing diffusion of released product.

Very important and encouraging was the observed densitometric response that is clearly by in favour of a therapeutic effect although the limited period of treatment.

In conclusion, the results so far obtained suggest that polyphosphazenes may be used in preparation of devices for long term calcitonin therapy and encouraged further study, on one side to improve the administration procedure by providing calcitonin containing microspheres and, on the other, studying in more detail the biological effects of the long term calcitonin administration.

## REFERENCES

[1] D.H. COPP. *Calcitonin discovery*. «Development and clinical application». *Clin. Invest. Med.*, 17(3), 268-77, 1994.

[2] K.E. SCHWARTZ, R.C. ORLONSKY, R. MARCUS, «des-Ser² Salmon calcitonin: a biologically potent synthetic analog», *Endocrinology*, 108 (3), 831-5, 1981.

[3] E. SEEMAN, C. TSALAMANDRIS, S. BASS, G. PEARCE, «Present and future of osteoporosis therapy», *Bone*, 17(2, suppl), 23S-29S, 1995.

(⁴) J.Y. REGINSTER, M.P. LECART, «Efficacy and safety of drugs for Paget's disease of bone», *Bone*, 17(5 Suppl), 485S-488S, 1995.

(⁵) C. NAGANT DE DEUXCHASNEIS, G.D. DEVOGLEAER, J.P. HUAUX, J.P. DUFOUR, W. ESSELINCKX., J.P. ENGELBEEN, P. STAASSE, P. HERMANS, J.P. DE BUISSERET, «New models of administration of salmon calcitonin in Paget's disease», *Clin. Orthop*, 217, 56-71, 1997.

(⁶) L.J. DEFLOS, «Hypercalcemia mechanisms, differential diagnosis and remedies», *Postgrad. Med.*, 100(6), 119-21, 1996.

(⁷) C.S. KOVACS, S.M. MACDONALD, C.L. CHICK, E. BRUERA, «Hypercalcemia of malignancy in the palliative care patient: a treatment strategy», *J. Pain Symptom Manage*, 10(3), 224-32, 1995.

(⁸) S. KAUL, J.J. SOCKALOSKY, «Human synthetic calcitonin therapy for hypercalcemia of immobilization», *J. Pediatr.*, 126(5), 825-7, 1995.

(⁹) KANG CHOON LEEE, YOON JOONG LEEE, HYUN HYO SONG, CHANG JO CHUN P.P. DE LUCA, «Degradation of synthetic salmon calcitonin in acqueous solution», *Pharm Res.*, 9, 1521-23, 1992.

(¹⁰) R.F. GAGEL, C.C. LOGAN, L.E. MALLETTE, «Treatment of Paget's disease of bone with salmon calcitonin nasal spray», *J. Am. Geriatr. Soc.*, 36, 1010-14, 1988.

(¹¹) D. THIEBAUD, E. BURCKHARD P. JAEGER, M. AZRIA, «Effectiveness of salmon calcitonin administered as suppositors in tumor induced hypercalcemia», *Am. J. Med.*, 82, 745-50, 1987.

(¹²) M. ASANO, M. HIOSHIDA, I. OMICHI, T. MASHIMO, K. OKABE, H. YUASA, H. YAMAKIDA, H. SAKAKIBARA, S. MORIMOTO, «Biodegradable poly(dl-lactic acid) formulations in a calcitonin delivery system», *Biomaterials*, 14(10), 797-99, 1993.

(¹³) A.J. MILLEST, J.R. EVANS, J.J. YOUNG., D. JOHNSTONE, «Sustained release of salmon calcitonin *in vivo* from lactide glycolide copolymer depots», *Calcif. Tissue Int.*, 52, 361-64, 1993.

(¹⁴) E. BONUCCI, P. BALLANTI, P.A. RAMIRES, J.L. RICHARDSON, L.M. BENEDETTI, «Prevention of ovariectomy osteopenia in rats after vaginal administration of Hyaff11 microspheres containing salmon calcitonin», *Calcif. Tissue Int.*, 56(4), 274-9, 1995.

(¹⁵) G. GOLOMB, A. AVRAMOFF, A. HOFFMAN, «A new route of drug administration: intrauterine delivery of insulin and calcitonin», *Pharm. Res.*, 10(6), 828-33, 1993.

(¹⁶) C.T. LAURENCIN, H.J. KON, T.X. NEENAN, H.R. ALLCOCK R., Langer «Controlled release using a new bioerodible poly(phosphazene) matrix system», *J. Biomed Mat. Res.*, 81, 1231-46, 1987.

(¹⁷) S.M. IBIM, A.A. AMBROSIO, D. LARRIER, H.R. ALLCOCK, C.T. LAURENCIN, «Controlled macromolecule release from poly(phosphazene) matrices», *J. Control. Rel.*, 40, 31-39, 1996.

(¹⁸) N. NICOLI ALDINI, M. FINI, M. ROCCA, L. MARTINI, R. GIARDINO, P. CALICETI, F.M. VERONESE, S. LORA, M.C., «Maltarello Peripheral nerve reconstruction with bicabsorbable polyphosphazene conduits», *J. Bioact. Compat. Pol.*, 12, 3-13, 1997.

(¹⁹) P. CALICETI, F.M. VERONESE, F. MARSILIO, S. LORA, R. SERAGLIA, P. TRALDI, «Fast atom bombardment in the structural identification of intermediates in the hydrolitic degradation of polyphosphazenes», *Organic Mass Spectrometry*, 27, 1199-1202, 1992.

(²⁰) P. CALICETI, S. LORA, F. MARSILIO, A. GUIOTTO, F.M. VERONESE, «Aminoacid esters and hymidazole derivatives of polyphosphazenes: influences on relieve of drugs, degradability and swelling», *Il Farmaco*, 49, 69-74, 1994.

(²¹) A. CONFORTI, S. BERTANI, S. LUSSIGNOLI, L. GRIGOLINI, M. TERZI, S. LORA, P. CALICETI, F. MARSILIO, F.M. VERONESE, «Anti-inflammatory activity of phosphazene-based naproxen slow-release systems», *J. Pharm Pharmacol.*, 48, 468-73, 1997.

(²²) F.M. VERONESE, F. MARSILIO, P. CALICETI, R. DE FILIPPI, P. GIUNCHEDI, S. LORA, «Polyorganophosphazene microspheres for drug release; polymer synthesis, microsphere preparation, in vitro and in vivo naproxen release», *J. Controll. Rel.*, 1997 (in press).

(²³) P. SPETTOLI, A. LANTE, A. ZAMORANI, S. LORA, P. CALICETI, F.M. VERONESE, «Metodi per trattare alimenti con additivi GRAS e polimeri biodegradabili e biocompatibili per attuare il metodo». Brevetto Italiano VE95A 000022 (1995).

(²⁴) F.M. VERONESE, F. MARSILIO, S. LORA, P. CALICETI, P. PASSI, P. ORSOLINI, «Polyphosphazene membranes and microspheres in periodontal diseases and implant surgery», *Biomaterials*, 1997 (in press).

(²⁵) F. LANGONE, S. LORA, F.M. VERONESE, P. CALICETI, P.P. PARNIGOTTO, F. VALENTI, G. PALMA, «Peripheral nerve repair using poly(organo)phosphazene tubular prothesis», *Biomaterials*, 16, 347-353, 1995.

(²⁶) R. GIARDINO, M. FINI, G. GIAVARESI, R. MONGIORGI, S. GNUDI, A. ZATI, «Experimental surgical model in osteoporosis study», *Boll. Soc. It. Biol. Sper.*, 69(7-8), 453-60, 1993.

(²⁷) S. GNUDI, R. GIARDINO, R. MONGIORGI, M. FINI, A. ZATI, E. FIGUS, S. MONTI, C. RIPAMONTI, «Evaluation of an experimental model of osteoporosis induced in the female rat through ovariectomy», *Boll. Soc. It. Biol. Sper.*, 69(7-8), 469-75, 1993.

(²⁸) P. CALICETI, F.M. VERONESE, O. SCHIAVON, S. LORA, M. CARENZA, «Controlled release of proteins and peptides from hydrogels syntesized by gamma rays induced polymerization», *Il Farmaco*, 47, 275-286, 1992.

(²⁹) H.K. SAH, R. TODDYWALA, Y.W. CHIEN, «Continuous release of proteins from biodegradable microcapsules and *in vivo* evaluation as a vaccine adjuvant», *J. Control. Rel.*, 35, 137-144, 1995.

*Received September 11, 1997; accepted October 10, 1997*

Sci?
R857
H3
B59
( V.8#1 )
1987.



# Biomaterials

**Published by Butterworth Scientific Limited**



**Volume 8 Number 1 January 1987**

6162597
26/01/87

CANADA INSTITUTE FOR STI
LIBRARY SERIALS ACQUISITIONS
BIOMATERIALS
VOL: B ISS:

CANADA INSTITUTE FOR S.T.I.
N. R. C. C.

FEB 1 7 1987

C. N. R. C.
INSTITUT CANADIEN DE L/I.S.T.



# Biomaterials

Publisher
**Charles Fry**

Executive Editor
**Mary Korndorffer**

Editors:
**Dr G.W. Hastings**
Biomedical Engineering Unit,
Medical Institute,
Hartshill, Stoke-on-Trent,
Staffs, ST4 7NY, UK

**Professor R.S. Langer**
Department of Applied Biological
Sciences,
Massachusetts Institute of
Technology, Cambridge,
MA 02139, USA

**Professor N.A. Peppas**
School of Chemical Engineering,
Purdue University,
West Lafayette,
Indiana 47907, USA

# International Editorial Board

**J. Anderson**
Case Western University,
Cleveland, Ohio, USA

**J. Andrade**
University of Utah, Utah, USA

**J. Black**
University of Pennsylvania,
Philadelphia, USA

**B. Bloch**
Sydney Hospital, NSW, Australia

**S. Cooper**
University of Wisconsin,
Madison, USA

**J.M. Courtney**
University of Strathclyde,
Glasgow, UK

**S.S. Davis**
University of Nottingham, UK

**E. Dörre**
Feldmuhle AG, FRG

**P. Ducheyne**
University of Pennsylvania,
Philadelphia, USA

**J. Feijen**
Twente University of Technology,
Enschede, The Netherlands

**N.B. Graham**
University of Strathclyde,
Glasgow, UK

**K. de Groot**
Free University,
Amsterdam, The Netherlands

**U. Gross**
Free University, Berlin

**R. Guny**
University of Geneva, Switzerland

**J. Heller**
S.R.I. International, California, USA

**A. Hensten-Pettersen**
NIOM, Oslo, Norway

**A. Hoffman**
University of Washington,
Seattle, USA

**H. Jansons**
Institute of Traumatology and
Orthopaedics, Riga, USSR

**M. Jozefowicz**
University of Paris-Nord, France

**G. Kerepyi**
Tisza Chemical Works, Hungary

**H. Klinkmann**
Wilhelm-Pieck University,
Rostock, G.D.R.

**J. Kopecek**
Czechoslovak Academy of Sciences,
Prague, Czechoslovakia

**D. Laake**
University of California,
Los Angeles, USA

**E.A. Mason**
Science and Engineering Research
Council, Swindon, UK

**E. Merrill**
MIT, Cambridge, USA

**L. Nicolais**
University of Naples, Italy

**N.A. Plati**
State University,
Moscow, USSR

**H. Plenk**
University of Vienna, Austria

**B. Ratner**
University of Washington,
Seattle, USA

**A. Ravaglioli**
CNR, Faenza, Italy

**M. Sefton**
University of Toronto, Canada

**R.L. Sparks**
Washington University, St. Louis,
Missouri, USA

**M. Spector**
Emory University, Atlanta,
Georgia, USA

**B. Tighe**
University of Aston,
Birmingham, UK

**D. Tirrell**
University of Massachusetts,
Amherst, USA

**D.F. Williams**
University of Liverpool, UK

Case 1:07-cv-00333-SLR   Document 281-10   Filed 09/23/09   Page 29 of 40

# In vivo leucocyte interactions with the NHLBI-DTB primary reference materials: Polyethylene and silica-free polydimethylsiloxane

Karen L. Spilizewski, Roger E. Marchant, James M. Anderson* and Anne Hiltner

Departments of Macromolecular Science and Pathology, Case Western Reserve University, Cleveland, Ohio 44106, USA
(Received 24 March 1986; revised 30 July 1986)

In vivo leucocyte interactions with the NHLBI-DTB primary reference materials, low density polyethylene (LDPE) and silica-free polydimethylsiloxane (PDMS), were qualitatively and quantitatively characterized using a cage implant system over a 21 d implantation period. Scanning electron microscopy (SEM) and cytochemical staining procedures were utilized to observe the cellular events occurring at the leucocyte/biomaterial interface. The results showed that more cells adhered to the PDMS surface than the LDPE surface at days 4 and 7. The differential analysis revealed that mononuclear cells, presumably macrophages, preferentially adhered to both polymer surfaces. By day 21, there were more very large (> 20 nuclei per cell) foreign body giant cells (FBGCs) present on the PDMS surface than the LDPE surface. The phagocytic capabilities of the adhered cells, including the FBGCs, decreased to a greater extent on the PDMS surface, corresponding to the earlier and more extensive spreading of these cells observed in the morphological analysis.

Keywords: Implants, polymers, low density polyethylene, silica-free polydimethylsiloxane, in vivo leucocyte/biomaterial interactions, foreign body giant cells

The events occurring at the interface of an implanted material with its physiological environment are particularly crucial in determining the biocompatibility of the implant, a key event being the dynamic interaction of the inflammatory leucocytes with the biomedical material. In vivo examination of these events is often difficult due to the fibrous encapsulation of the implant which normally occurs. In order to avoid this difficulty, in vitro cell culture methods[1, 2] have been used to assess the biocompatibility of the materials. However, these methods are much less realistic. Recently, an in vivo implant system was used by Marchant et al.[3] to quantitatively evaluate the leucocyte interactions with Biomer®, while omitting the problems inherent in other in vivo and in vitro systems. Marchant et al.[3] found that leucocytes in contact with relatively biocompatible materials undergo a general sequence of events which normally occur: cellular attachment, spreading, degranulation, exocytosis of lysosomal enzymes, and cell death. It was proposed that these events in general apply to other biomedical materials, but may vary in intensity and duration depending on the polymer surface properties.

The Devices and Technology Branch (DTB) of the National Heart, Lung and Blood Institute (NHLBI) has made available primary reference materials in order to facilitate the comparison of results obtained in different institutions and research laboratories or at different times. These primary reference materials are to be used to qualify experimental methods or secondary working materials in the assessment of biomaterial biocompatibility. The two polymers currently available, and the ones investigated in this report, are low density polyethylene and silica-free polydimethylsiloxane. These materials have been highly purified and well characterized, and are considered to be relatively nondegrading, nontoxic and biocompatible. Thus, these NHLBI-DTB reference materials are ideal polymers for the observation of leucocyte/biomaterial interactions in an effort to understand the cellular events occurring at the interface of the physiological environment with different biocompatible polymers.

## MATERIALS AND METHODS

The NHLBI-DTB primary reference material, low density polyethylene (LDPE), was obtained in film form from Abiomed, Inc. (Danvers, MA). The NHLBI-DTB primary

*To whom correspondence should be addressed.

© 1987 Butterworth & Co (Publishers) Ltd. 0142-9612/87/010012-06$03.00

A1137

09/14/2009 07:57 FAX                CISTI ICIST                          ☑006/010

*In vivo leucocyte interactions: K.L. Spilizewski et al*

reference material, silica-free polydimethylsiloxane (PDMS), was obtained from Thoratec Laboratories Corp. (Berkeley, CA). The PDMS had been applied as a coating to one side of a translucent Mylar substrate and was then protected by an oversized clear Mylar sheet, which was removed just prior to use. Both materials had been presterilized when received.

The cage implant system has been described in detail elsewhere[4]. Cleaned and autoclaved mesh cages (3.5 cm in length X 1 cm in diam.) containing an LDPE or PDMS specimen (1.5 X 0.5 cm) were implanted subcutaneously in the backs of female Sprague-Dawley rats, one cage implant per rat. Empty cages were also implanted as controls.

The rats were sacrificed at 4, 7, and 21 d post-implantation time. Just prior to the sacrifice, inflammatory exudate was withdrawn from the implanted cage. An exudate sample was also taken at day 14 from the rats sacrificed at day 21. After the exudate had been aspirated, an aliquot from each sample was cultured on brain–heart infusion agar plates to check for infection. Infected samples (about 7%) and samples excessively contaminated with erythrocytes (about 2%) were not included in the analyses. Quantitative cell counts of each exudate sample were then performed in duplicate using a haemocytometer. Differential leucocyte analyses were performed from Wright's stained and nonspecific esterase stained[5] cytocentrifuged slide preparations. The exudates were then centrifuged at 1300 g for 20 min to remove the cellular components. The supernatant was withdrawn and stored at −80°C for later enzyme analysis. Each exudate sample was subsequently assayed for the extracellular alkaline phosphatase activity which was measured using colorimetric techniques. A unit of alkaline phosphatase activity is defined as that amount of enzyme activity which will liberate 1 μmol of *p*-nitrophenol in 1 min at 37°C and pH 10.25.

Following the exudate withdrawal, the implanted cage was surgically removed and the LDPE or PDMS specimen removed from the cage. The retrieved polymer was rinsed in phosphate buffered saline and then placed onto a microscope slide with the side that had been facing into the centre of the cage uppermost. The polymer sample was then cut into 4 pieces. One piece was placed in a cold glutaraldehyde fixative containing cacodylate buffer (0.1 M) with 2.5% glutaraldehyde and 4% sucrose, and stored at 4°C for later SEM visualization. The 3 remaining pieces were placed onto individual precleaned microscope slides and subsequently stained with either Wright's stain, an alkaline phosphatase stain (Sigma assay kit no. 85), or an acid phosphatase stain

(Sigma assay kit no. 386). The polymer specimens were sufficiently transparent to enable visualization of stained adherent leucocytes using a light microscope. For the Wright's stained polymer specimens, every cell attached to the top surface was counted. This gave the cell population density (cells/mm) on the polymer surface. Each foreign body giant cell (FBGC) was counted as one cell and the number of nuclei within each FGBC was noted. The alkaline and acid phosphatase stains were used to identify those adherent cells having intracellular lysosomal enzyme activity and each cell on the surface was identified as having either positive or negative staining. In addition, differential cell counts were made using the alkaline phosphatase stained polymers.

For SEM visualization, the polymer film samples were removed from the glutaraldehyde fixative, rinsed in 0.1 M cacodylate buffer, and then post-fixed with 1% osmium tetroxide/cacodylate buffer solution. Following post-fixation, the samples were slowly dehydrated using increasing concentrations of ethanol, and, finally, critical point dried using $CO_2$. The specimens were mounted and then sputter-coated with gold/palladium using a Polaron ES100 II Sputter Coater (Polaron Equipment Ltd, Watford, England). The specimens were viewed with a JSM-35CF Stereoscan Electron Microscope (JEOL(USA) Inc., Peabody, MA).

Means and standard deviations were calculated from the data and statistical significance was determined using the Student's *t*-test for unpaired samples[6].

## RESULTS

The results of the exudate analysis indicated that the primary effect of the LDPE and PDMS on inflammation occurred at the earliest postimplantation time point i.e. day 4. *Table 1* shows the variation in total leucocyte concentration in the exudate with implantation time. At 4 d postimplantation, the leucocyte concentrations of both the LDPE and PDMS exudates were significantly greater than the control value (*p* < 0.1). However, after day 4 the leucocyte concentrations were not significantly different and the values decreased and levelled off with implantation time. *Table 1* also shows the variation in polymorphonuclear leucocyte (PMN) and macrophage concentration in the inflammatory exudate with implantation time. This differential analysis revealed that the main source of the increase in total leucocyte concentration at day 4 for LDPE was a significant increase in PMN concentration as compared to the control value

*Table 1   The variation in the level of inflammation as determined by the total leucocyte concentration, the PMN concentration, the macrophage concentration and the extracellular alkaline phosphatase activity in the LDPE, PDMS and control exudates with implantation time*

|  | Implantation time (d) | Total leucocytes (cells/μl) | PMNs (cells/μl) | Macrophages (cells/μl) | Extracellular alkaline phosphatase activity (U/dl) |
|---|---|---|---|---|---|
| LDPE | 4 | [a]2050 ± 616 (4) | [b]1384 ± 518 (4) | 560 ± 204 (4) | 18.6 ± 4.8 (4) |
|  | 7 | 675 ± 162 (4) | 128 ±  51 (4) | 391 ± 166 (4) | 14.2 ± 4.7 (4) |
|  | 14 | 750 ± 348 (4) | 15 ±   7 (4) | 128 ±  47 (4) | 10.9 ± 1.8 (4) |
|  | 21 | 860 ± 497 (4) | 17 ±  10 (4) | 185 ±  68 (4) | [a]7.0 ± 2.0 (4) |
| PDMS | 4 | [a]1996 ± 662 (5) | 924 ± 538 (4) | 912 ± 271 (4) | [b]18.9 ± 1.9 (5) |
|  | 7 | 811 ± 350 (7) | 125 ±  71 (7) | 486 ± 235 (7) | 11.5 ± 4.9 (7) |
|  | 14 | 978 ± 375 (4) | 33 ±  18 (3) | 290 ± 112 (3) | 6.8 ± 2.0 (4) |
|  | 21 | 915 ± 176 (4) | 37 ±  24 (4) | 332 ± 164 (4) | 4.5 ± 1.8 (4) |
| Control | 4 | 1228 ± 235 (4) | 502 ±  69 (4) | 622 ± 367 (4) | 12.1 ± 3.3 (4) |
|  | 7 | 523 ±  68 (4) | 62 ±  47 (3) | 269 ±  26 (3) | 10.2 ± 3.3 (4) |
|  | 14 | 1058 ± 320 (4) | 35 ±  23 (4) | 466 ± 388 (4) | 6.1 ± 4.4 (4) |
|  | 21 | 828 ± 218 (3) | 40 ±  26 (3) | 276 ± 182 (3) | 3.0 ± 1.8 (3) |

Mean value ± standard deviation. Numbers in parentheses are n values.
[a]Significantly different from the corresponding control value at the 90% confidence level (*p* < 0.1) for the two-tailed Student's *t*-test.
[b]Significantly different from the corresponding control value at the 95% confidence level (*p* < 0.05) for the two-tailed Student's *t*-test.

*In vivo leucocyte interactions: K.L. Spilizewski et al*

($p < 0.05$). On the other hand, the increase in leucocyte concentration at day 4 for the PDMS exudate appeared to be the result of elevated PMN and macrophage concentrations, though these increases over the control values were not significant. No marked differences were observed in the lymphocyte concentration in the LDPE and PDMS exudates as compared to the control values at all time points. These results correlate well with the results of the extracellular alkaline phosphatase activity assay (*Table 1*). At 4 d postimplantation, the extracellular alkaline phosphatase activity in the LDPE and PDMS exudates was markedly greater than the control value, with the value for the PDMS being statistically different ($p < 0.05$). After day 4, all values steadily decreased with implantation time.

*Table 2* shows the variation in leucocyte population density on the LDPE and PDMS surfaces with implantation time. There were greater numbers of leucocytes adhered to the PDMS surface as compared to the numbers of leucocytes adhered to the LDPE surface at day 4. A similar result was also observed at day 7, though the difference was not quite so marked. By day 21, the cell population densities on the LDPE and PDMS surfaces had decreased and were comparable.

The differential counts of the cells adhered to the polymer surfaces revealed that mononuclear cells, presumably macrophages, were the predominant cell type adhered to the surfaces at all time points observed. For both the LDPE and PDMS, only about 6% of the cells adhered at day 4 were PMNs, with the percentage dropping to nearly zero at all subsequent time points. This was in marked contrast to the situation in the exudate where the PMN was found to be much more predominant at day 4, 66% of the total leucocyte concentration for the LDPE exudate and 45% for the PDMS exudate.

Foreign body giant cells (FBGCs) were present on both the LDPE and PDMS surfaces at all time points observed. As seen in *Table 2*, the number of FBGCs per unit area adhered to the polymer surfaces did not change significantly over time. However, *Table 3*, which shows the variation in size distribution of FBGCs with implantation time for the LDPE and PDMS surfaces, indicates that the FBGCs did become larger. For the PDMS surface, there appeared to be more very large FBGCs (> 20 nuclei) present at day 21 compared to the LDPE surface.

Very few adhered cells at any time point for both the LDPE and PDMS were positively stained for intracellular alkaline phosphatase. This was not surprising since there were few adhered PMNs. The results for the intracellular acid phosphatase staining of the cells adhered to the polymer surfaces are given in *Table 4*. The percentage of positively staining mononuclear cells on the LDPE surface

decreased slightly with time, while the percentage of positively staining mononuclear cells on the PDMS surface diminished to a greater extent by day 21. The percentage of positively staining FBGCs appeared to remain fairly constant on the PDMS surface. On the LDPE surface, the percentage of positively staining FBGCs increased at day 7, but by day 21 the percentage had returned to a value similar to that observed at day 4.

The results of the morphological analysis appeared to indicate that the cells adhered to the PDMS exhibited more spreading at earlier time points than the cells adhered to the LDPE. At day 4, a considerable proportion of the cells on the PDMS surface had undergone cytoplasmic spreading and vacuolation, which is a sign of cellular activation (*Figure 1*). On the LDPE surface, most of the cells were still fairly rounded and few had undergone cytoplasmic spreading (*Figure 2*). By day 7, an increasing similarity in cell morphology on the PDMS and LDPE surfaces was observed. Most of the cells on the PDMS surface exhibited either cytoplasmic spreading or whole cell spreading, including flattening of the nucleus, while the majority of the cells on the LDPE surface were only at the cytoplasmic spreading phase. At day 21, there was a considerable amount of cell debris on the surface of both polymers and the adhered cells

*Table 3   The variation in the number of nuclei in the foreign body giant cells (FBGCs) adhered to the LDPE and PDMS surfaces with implantation time*

| | | Size distribution of FBGCs | | |
|---|---|---|---|---|
| | Time (d) | < 6 nuclei (%) | 6–20 nuclei (%) | > 20 nuclei (%) |
| LDPE | 4 | 88 ± 9 (4) | 12 ± 9 (4) | 0 ± 0 (4) |
| | 7 | 75 ± 30 (4) | 19 ± 17 (4) | 7 ± 14 (4) |
| | 21 | 44 ± 49 (3) | 26 ± 23 (3) | 30 ± 26 (3) |
| PDMS | 4 | 100 ± 0 (4) | 0 ± 0 (4) | 0 ± 0 (4) |
| | 7 | 26 ± 12 (4) | 57 ± 20 (4) | 18 ± 18 (4) |
| | 21 | 31 ± 27 (3) | 19 ± 16 (3) | 50 ± 43 (3) |

Mean value ± standard deviation. Numbers in parentheses are n values.

*Table 4   The variation in the intracellular acid phosphatase activity with implantation time for leucocytes adhered to the LDPE and PDMS surfaces*

| | LDPE surface | | PDMS surface | |
|---|---|---|---|---|
| Time (d) | MN (% +) | FBGC (% +) | MN (% +) | FBGC (% +) |
| 4 | 65 ± 11 (3) | 40 ± 57 (2) | 59 ± 15 (3) | 49 ± 21 (3) |
| 7 | 61 ± 11 (3) | 73 ± 10 (3) | 41 ± 13 (3) | 47 ± 24 (3) |
| 21 | 47 ± 9 (4) | 30 ± 18 (4) | 10 ± 5 (4) | 35 ± 12 (4) |

Mean value ± standard deviation. Numbers in parentheses are n values. MN = Mononuclear leucocytes. FBGC = Foreign body giant cells.

*Table 2   The variation in cell population density on the LDPE and PDMS surfaces with implantation time*

| | | Polymer surface | | |
|---|---|---|---|---|
| | Time (d) | Total cells (cells/mm²) | Single cells (cells/mm²) | FBGCs (cells/mm²) |
| LDPE | 4 | 70 ± 42 (4) | 69 ± 42 (4) | 0.29 ± 0.31 (4) |
| | 7 | 55 ± 44 (4) | 55 ± 44 (4) | 0.39 ± 0.26 (4) |
| | 21 | 24 ± 11 (3) | 23 ± 11 (3) | 1.21 ± 0.85 (3) |
| PDMS | 4 | 189 ± 134 (4) | 188 ± 134 (4) | 0.28 ± 0.17 (4) |
| | 7 | 100 ± 99 (4) | 98 ± 97 (4) | 1.30 ± 1.28 (4) |
| | 21 | 17 ± 11 (3) | 17 ± 11 (3) | 0.59 ± 0.16 (3) |

Mean value ± standard deviation. Numbers in parentheses are n values. FBGCs = Foreign body giant cells.



*Figure 1   PDMS surface after 4 d implantation time. This area of the surface shows a relatively high population density of adherent leucocytes undergoing cytoplasmic spreading. (Wright stain; magnification: × 66).*

In vivo leucocyte interactions: K.L. Spilizewski et al



*Figure 2   LDPE surface after 4 d implantation time. This area of the surface shows a relatively low population density of fairly rounded adherent leucocytes. (Wright stain; magnification: × 66).*



*Figure 3   Foreign body giant cell on the LDPE surface after 21 d implantation time. (SEM; magnification: × 520).*

exhibited cytoplasmic or whole cell spreading along with cellular disintegration. This decrease in cell integrity over time correlates well with the decrease in intensity of intracellular acid phosphatase staining observed on the polymer surfaces.

Morphologically, the FBGCs on both polymer surfaces looked like fused aggregates of single cells undergoing cytoplasmic and whole cell spreading (*Figure 3*). The cytoplasm of the FBGCs was extensively spread and appeared to be very thin and vacuolated.

## DISCUSSION

According to the results of the exudate analysis, it appeared that the LDPE and PDMS implants enhanced the acute phase of the inflammatory response, which is characterized by the presence of PMNs. In support of this finding was the observation that the extracellular alkaline phosphatase activity was increased at the early time point, day 4 (*Table 1*). The extracellular alkaline phosphatase activity was used as an indicator of cellular activation in the acute phase of inflammation. Alkaline phosphatase is a lysosomal enzyme located within the specific granule of the PMN so its presence in the exudate indicates release through cell lysis or exocytosis resulting from activation. At all subsequent time points mononuclear leucocytes, including macrophages

and lymphocytes, were predominant suggesting a change in the inflammatory response from acute to mildly chronic. The elevated macrophage concentration observed at day 4 for the PDMS exudates compared to control and LDPE exudates (*Table 1*) indicated that the transition from the acute to the chronic phase of inflammation occurs earlier for the PDMS implants.

Under normal wound healing conditions, in the absence of a large foreign body, the inflammatory exudate macrophages are actively involved in the phagocytosis of small particles present at the wound site, such as cellular and tissue debris. In the presence of an implanted biomaterial, the cells adhere to the polymer surface, extend pseudopodia, and spread, hoping to eventually entrap the foreign material. Foreign body giant cell formation also may occur in order to increase the cells' membrane surface areas so that their ability to ingest the foreign material is maximized. Obviously, the surface is never completely engulfed by the spreading cells, but the process of releasing enzymes from the lysosomal granules continues. This involves phagosome-lysosome fusion before the phagosome is completely developed, resulting in the extracellular release of the enzymes through an exocytosis mechanism. As a consequence, the leucocyte's phagocytic capability declines. These events have been observed by Henson[7] and termed 'frustrated phagocytosis'. The whole process is illustrated in this study for the LDPE and PDMS implants by the decrease in intensity of intracellular acid phosphatase staining (*Table 4*), signifying extracellular enzymatic release. The greater loss of staining capability seen for the cells adhered to the PDMS surface compared to the cells on the LDPE would be indicative of a more extensive degranulation process by the macrophages on the PDMS, possibly suggesting a more intensive phagocytic response to the PDMS.

The observed preferential adherence of macrophages over PMNs could be the result of the relatively short lifetime of the PMN compared to the macrophage, which would lead to a higher proportion of macrophages adhering as more cells come into contact with the surface. Possibly more PMNs adhered prior to day 4. Also, compared to the PMN, the macrophage is a functionally more advanced cell[8] with many more receptors than the PMN and it is therefore more likely to strongly adhere to a surface. Matlaga and Salthouse[9] observed this preferential adherence of macrophages to an implanted synthetic polymer using TEM techniques. Marchant et al.[3] also observed preferential adherence of macrophages to implanted Biomer[4].

One factor that may affect the extent of cellular adhesion to a surface is the level of inflammation at the wound site. When inflammation is enhanced, the leucocyte concentration in the exudate is increased due to a higher concentration of chemotactic factors and other mediators. A higher leucocyte concentration would raise the probability that a cell would interact and possibly adhere to a surface, since there are more cells present to interact. In this study, it was observed that the LDPE and PDMS provoked approximately the same level of inflammation as determined by the total leucocyte concentration (*Table 1*). However, upon closer examination of the components of the inflammatory response, it was revealed that there were, in fact, more macrophages present in the exudate of the PDMS implants at day 4 when compared to the exudate of the LDPE implants. Since, as stated before, it is the macrophages that preferentially adhere to surfaces, there were actually more opportunities for a macrophage to come into contact and adhere to the PDMS surface than the LDPE surface, which

*In vivo leucocyte interactions: K.L. Spilizewski et al*

could lead to the observed result that there was indeed a higher population density of cells adhered to the PDMS than the LDPE.

It has been generally accepted that adherent cells do not interact directly with the implant surface. Once initiation of the inflammatory response occurs upon implantation of a synthetic material, increased vascular permeability at the wound site leads to the exudation of specific plasma proteins which adsorb to the surface of the polymer. It is with this adsorbed protein layer that the cells actually interact. It has been suggested that the extent to which proteins are adsorbed and the composition of the adsorbed protein layer is dependent on the surface chemical properties of the implanted polymer and on time[10]. The PDMS reference material has been reported[11] to be more hydrophobic than the LDPE reference material, with PDMS having a critical surface tension of 19.8 dynes/cm, while the critical surface tension of LDPE was 33.8 dynes/cm. ESCA analysis[12] revealed that the PDMS surface was composed of carbon, oxygen and silicon in the expected ratio 2:1:1. The LDPE surface, on the other hand, was composed of nearly 100% carbon. Variations in adsorbed protein layers resulting from differences in these or other surface properties could contribute to the differences in the level of cell adhesion observed on the LDPE and PDMS surfaces. Many investigators[13,14] have observed that the quantity of protein adsorbed is greater on hydrophobic surfaces compared to hydrophilic surfaces. Brash[13] speculated that hydrophobic interactions, defined as the interaction of nonpolar groups in aqueous media, were perhaps the most important general binding mechanism for binding proteins to surfaces.

Specific proteins thought to be involved in leucocyte adhesion, including fibronectin and immunoglobulin G, have been shown to adsorb in a preferred 'active' conformation onto hydrophobic surfaces[15,16]. Also, a number of polymeric materials have been shown to initiate complement activation *via* the alternate pathway[17,18] and it has been proposed[19,20] that cellular adhesion is complement-mediated through the C3b molecule. C3b-mediated attachment of macrophages to an extensive surface leads to degranulation, an event observed in this study to occur to a greater extent for cells on the PDMS surface, as demonstrated by the decrease in intensity of intracellular acid phosphatase staining (*Table 4*). Additionally, complement activation has been shown[21,22] to increase leucocyte adhesiveness and aggregation, an effect found to be due to complement fragment C5a[8,23]. In a study carried out by Sevast'ianov et al.[24], the primary reference material, PDMS, was found to be more complement activating than the primary reference material LDPE. Also Sevast'ianov et al.[24] reported greater platelet adhesion to the PDMS surface compared to the LDPE surface, and that serum albumin was more irreversibly adsorbed to the LDPE surface than the PDMS surface. Serum albumin is believed[13] to actually inhibit cellular adhesion.

Foreign body giant cells were observed on both the PDMS and LDPE implant surfaces at all time points. The formation of FBGCs is believed to occur through the cytoplasmic fusion of macrophages after they have simultaneously attempted to engulf the same particle[25,26]. This fusion process is thought to be regulated by soluble cell-derived factors[27], as well as, perhaps, a component of the physiological environment of *in vivo* monocyte differentiation[28]. In order for a FBGC to form, the cytoplasm of the macrophages must first come into contact with each other and then fuse. Thus, any factor that promotes contact between macrophages would enhance the formation of

FBGCs, leading to either an increased number of FBGCs or an increase in the size of the FBGCs already present on the surface. The more motile the adhered cells, the more likely they are to come into contact with each other. A higher population density of adhered cells would also increase the probability of contact between cells, as would more extensive cell spreading. Also, as mentioned earlier, complement activation has been observed to promote the formation of cell aggregates[15,23]. All these factors may come into play to produce the observation that, although there was no significant difference in the number of FBGCs observed on the PDMS surface compared to the number of FBGCs on the LDPE surface, there were more very large FBGCs (> 20 nuclei) on the PDMS surface by day 21 (*Table 3*).

## CONCLUSIONS

The interactions of the inflammatory leucocytes with an implanted biomedical polymer are crucial events in determining a material's biocompatibility. The response of the leucocytes to the inflammatory stimuli is an important factor controlling the course of the ensuing inflammatory response, i.e. whether it will be resolved or prolonged, since the leucocytes can release or stimulate many of the key mediators[8]. Here it was observed that the PDMS implants initially provoked a slightly more intense response compared to the LDPE implants, especially in terms of the macrophage concentration. Thus, there were more macrophages available to interact with the PDMS surface and, in fact, more macrophages were adhered to the PDMS surface at days 4 and 7 postimplantation. Since the cell population density on both types of implants, the cells' phagocytic capabilities (as exhibited by the intracellular acid phosphatase staining), as well as the other inflammatory parameters quantitatively measured here, did diminish with implantation time, it would appear that the inflammatory response to these materials was being resolved. The increase in the size of the FBGCs present on both the LDPE and PDMS surface may be evidence for the presence of a chronic response.

The techniques used in this study have proved to be very useful in the *in vivo* investigation of the cellular events occurring at the interface of an implanted biomaterial (in this case the NHLBI-DTB primary reference materials, LDPE and PDMS) and the physiological environment. A complete understanding of these complex events is of primary importance for the future development of biocompatible materials.

## ACKNOWLEDGEMENTS

The authors wish to thank Mr Carmen Terlizzi and Ms Rimma Slobodkin for their technical assistance in this work and also Ms Bonnie Berty for her assistance with the preparation of the manuscript. This work was supported by the National Institutes of Health under Grant No. HL-25239.

## REFERENCES

1   Imai, Y., Watanabe, A. and Masuhara, E., A new cell culture biocompatibility test system for materials, *Trans. Am. Soc. Artif. Intern. Organs* 1979, **25**, 299–304

2   Lyman, D.J., Hill, D.W., Stirk, R.K., Adamson, L. and Mooney, B.R., The interaction of tissue cells with polymer surfaces, *Trans. Am. Soc. Artif. Intern. Organs* 1972, **18**, 19–23

3   Marchant, R.E., Miller, K.M. and Anderson, J.M., *In vivo* biocompatibility studies. V. *In vivo* leukocyte interactions with Biomer, *J. Biomed. Mater. Res.* 1984, **18**, 1169–1190

A1141

4   Marchant, R.E., Hiltner, A., Hamlin, C., Rabinovitch, A., Slobodkin, R. and Anderson, J.M., *In vivo* biocompatibility studies. I. The cage implant system and a biodegradable hydrogel, *J. Biomed. Mater. Res.* 1983, 17, 301–325

5   Yam, L.T., Li, C.Y. and Crosby, W.H., Cytochemical identification of monocytes and granulocytes. *Am. J. Clin. Pathol.* 1971, 55, 283–288

6   Erricker, B.C., *Advanced General Statistics*, The English Universities Press Ltd, London, 1971, pp 242–276

7   Henson, P.M., Mechanisms of exocytosis in phagocytic inflammatory cells, *Am. J. Pathol.* 1980, 101, 494–511

8   Anderson, J.M. and Miller, K.M., Biomaterial biocompatibility and the macrophage, *Biomaterials* 1984, 5, 5–10

9   Matlaga, B.F. and Salthouse, T.N., Ultrastructural observations of cells at the interface of a biodegradable polymer: Polyglactin 910, *J. Biomed. Mater. Res.* 1983, 17, 185–197

10  Horbett, T.A., Adsorption of proteins from plasma to a series of hydrophilic–hydrophobic copolymers. II. Compositional analysis with the prelabeled protein technique, *J. Biomed. Mater. Res.* 1981, 15, 673–695

11  Cumming, R.D., Phillips, P.A. and Singh, P.I., Surface chemistry and blood–material interactions (BMI), *Trans. Am. Soc. Artif. Intern. Organs* 1983, 29, 163–168

12  Didisheim, P., Dewanjee, M.K., Fass, D.N., Frisk, C.S., Kaye, M.P., Zollman, P.E. and Tirrell, M.V., Blood compatibility of circulatory assist devices, prepared for *The Devices and Technology Branch, Division of Heart and Vascular Diseases, National Heart, Lung and Blood Institute*, Bethesda, MD, 1982, Contract No. NIH-NO1-HV-92915

13  Brash, J.L., Mechanism of adsorption of proteins to solid surfaces and its relationship to blood compatibility, in *Biocompatible Polymers, Metals, and Composites*, (Ed. M. Szycher), Technomic Publishing Co., Inc., Lancaster, PA, 1983, pp 35–52

14  Chuang, H.Y.K., King, W.F. and Mason, R.G., Interaction of plasma proteins with artificial surfaces: Protein adsorption isotherms, *J. Lab. Clin. Med.* 1978, 92, 483–496

15  Klebe, R.J., Bentley, K.L. and Schoen, R.C., Adhesive substrates for fibronectin, *J. Cell. Physiol.* 1981, 109, 481–488

16  Vroman, L., Adams, A.L., Klings, M., Fischer, G.C., Munoz, P.C. and Solensky, R.P., Reactions of formed elements of blood with plasma proteins at interfaces, *Ann. NY Acad. Sci.* 1977, 283, 65–76

17  Shephard, A.D., Gelfand, J.A., Callow, A.D. and O'Donnell, T.F., Complement activation by synthetic vascular prostheses, *J. Vasc.*

18  Breillatt, J. and Dorson, W.J., Hemocompatibility studies. Quantification of serum complement activation by polymeric membranes and materials, *ASAIO J.* 1984, 7, 57–63

19  Herzlinger, G.A., Bing, D.H., Stein, R. and Cumming, R.D., Quantitative measurement of C3 activation at polymer surfaces, *Blood* 1981, 57, 764–770

20  Herzlinger, G.A. and Cumming, R.D., Role of complement activation in cell adhesion to polymer blood contact surfaces, *Trans. Am. Soc. Artif. Intern. Organs* 1980, 26, 165–171

21  Hammerschmidt, D.E., Stronck, D.F., Bowers, T.K., Lammi-Keefe, C.J., Kurth, D.M., Ozalins, A., Nicoloff, D.M., Lillehei, R.C., Craddock, P.R. and Jacob, H.S., Complement activation and neutropenia occurring during cardiopulmonary bypass, *J. Thorac. Cardiovasc. Surg.* 1981, 81, 370–377

22  O'Flaherty, J.T., Craddock, P.R. and Jacob, H.S., Effect of intravascular complement activation on granulocyte adhesiveness and distribution, *Blood* 1978, 51, 731–739

23  Herzlinger, G.A., Activation of complement by polymers in contact with blood, in *Biocompatible Polymers, Metals, and Composites*, (Ed. M. Szycher), Technomic Publishing Co., Inc., Lancaster, PA, 1983, pp 89–101

24  Sevast'ianov, V.I. and Tseytlina, E.A., The activation of the complement system by polymer materials and their blood compatibility, *J. Biomed. Mater. Res.* 1984, 18, 969–978

25  White, D.C., Trepman, E., Kolobow, T., Shafer, D.K., Reddick, R.L. and Bowman, R.L., The microscopic characterization of multinucleated giant cells formed on polymeric surfaces perfused with blood, *Artif. Organs* 1979, 3, 86–91

26  Murch, A.R., Grounds, M.D., Marshall, C.A. and Papadimitriou, J.M., Direct evidence that inflammatory multinucleated giant cells form by fusion, *J. Pathol.* 1982, 137, 177–180

27  Postlethwaite, A.E., Jackson, B.K., Beachey, E.H. and Kang, A.H., Formation of multinucleated giant cells from human monocyte precursors, mediation by a soluble protein from antigen- and mitogen-stimulated lymphocytes, *J. Exp. Med.* 1982, 155, 168–178

28  Kaplan, G. and Gaudernack, G., *In vitro* differentiation of human monocytes. Differences in monocyte phenotypes induced by cultivation on glass or on collagen, *J. Exp. Med.* 1982, 156, 1101–1114

29  Chenoweth, D.E., Complement activation during hemodialysis: Clinical observations, proposed mechanisms, and theoretical implications, *Artif. Organs* 1984, 8, 281–287

Ser
R856
J86
v. 28
no. 1
January
1994

CISTI/ICIST NRC/CNRC
Main Ser.
0021-9304
Received on: 12-17-93
Journal of biomedical
materials research

Journal of biomedical materi
Paxon   Stacks M-55



# Research

An Official Journal of
THE SOCIETY FOR BIOMATERIALS
THE JAPANESE SOCIETY FOR BIOMATERIALS

JANUARY 1994
Volume 28 Number 1

JBMRBG 28(1) 1–140 (1994)



A Wiley-Interscience Publication



WILEY
Publishers Since 1807

ISSN: 0021-9304

**Editor-In-Chief:**

**James M. Anderson**
University Hospitals of Cleveland
The Institute of Pathology of
Case Western Reserve University
2074 Abington Road
Cleveland, OH 44106-2622

# Journal of Biomedical Materials Research

**Assistant Editors:**

Jonathan Black
Robert Craig
Robert M. Pilliar
Buddy Ratner
June Wilson-Hench

**Editorial Board:**

Joseph Andrade
K. J. Anusavice
Robert E. Baier
P. K. Bajpai
Sumner Barenberg
J. D. Bobyn
Jack C. Bokros
J. W. Boretos
John Brash
Stan Brown
John Brunski
Attar S. Chawla
Milos Chvapil
Francis W. Cooke
Stephen Cook
S. L. Cooper
Paul Ducheyne

Robert Draughn
P. Elaine Duncan
Jan Feijen
Henry Gabelnick
Lawrence Gettleman
Peter Griss
U. Gross
Thomas A. Gruen
Robert Guidoin
S. R. Hanson
Larry Hench
Anne Hiltner
Allan S. Hoffman
Thomas Horbett
Samuel F. Hulbert
Robert A. James
Lawrence Katz
Haruyuku Kawahara
Un Young Kim
Kandace Kottke-Marchant
E. P. Lautenschlager
Clive A. J. Lee
Jack E. Lemons
Donald J. Lyman

Roger E. Marchant
Katherine Merritt
Ivar A. Mjör
Nobuo Nakabayashi
Sharon J. Northup
Joon B. Park
Hanns Plenk
Solomon Pollack
S. Saha
Yasuhisa Sakurai
Fredrick J. Schoen
V. Sevastyanov
Dennis Smith
Myron Spector
T. K. Vaidyanathan
Andreas von Recum
Leo Vroman
David Williams
Takao Yamamuro
I. V. Yannas

**Assistant to the Editor:**

Bonnie Berry

**Editorial Production, John Wiley:**

Geri Burgert

*Journal of Biomedical Materials Research* (ISSN: 0021-9304) is published monthly by John Wiley & Sons, Inc. Copyright © 1994 John Wiley & Sons, Inc. All rights reserved. No part of this publication may be reproduced in any form or by any means, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the publisher, or authorization through the Copyright Clearance Center, 27 Congress Street, Salem, MA 01970, (508) 744-3350, fax (508) 745-9379. Second-class postage paid at New York, NY, and at additional mailing offices.

The code and copyright notice appearing at the bottom of the first page of an article in this journal indicate the copyright owner's consent that copies of the article may be made for personal or internal use, or for the personal use of specific clients, on the condition that the copier pay for copying beyond that permitted by Sections 107 or 108 of the U.S. Copyright Law. This consent does not extend to other kinds of copying, such as copying for general distribution, for advertising or promotional purposes, for creating new collective works, or for resale. Such permission requests and other permission inquiries should be addressed to the Permissions Dept.

**Subscription price** (Volume 28, 1994): $1,050.00 in US, $1,170.00 in Canada and Mexico, $1,215.00 outside North America. All subscriptions outside US will be sent by air. Payment must be made in US dollars drawn on a US bank. Claims for undelivered copies will be accepted only after the following issue has been received. Please enclose a copy of the mailing label. Missing copies will be supplied when losses have been sustained in transit and where reserve stock permits. Please allow four weeks for processing a change of address. For subscription inquiries, please call (212) 850-6645.

**Postmaster:** Send address changes to *Journal of Biomedical Materials Research*, Susan Malawski, Director, Subscription Fulfillment and Distribution, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158.

**Advertising Sales:** Advertising inquiries should be addressed to: Rosealee Lee, ARDEL, Inc., 6524 Walker Street, Suite 215, Minneapolis, MN 55426. Telephone (612) 927-8108. Fax (612) 927-8127.

**Other correspondence:** Address all other correspondence to: *Journal of Biomedical Materials Research*, Publisher, Interscience Division, Professional, Reference, and Trade Group, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158.

**Manuscripts** and correspondence concerning manuscripts under review should be sent to the Editor. *Information for Contributors* appears in the first and last issue of each volume.

The contents of this journal are indexed in the following: BIOSIS, Current Contents/Life Sciences, Engineering Information, Excerpta Medica, Index Medicus, Research Alert (ISI), Science Citation Index (ISI), and SCISEARCH Database (ISI).

**This journal is printed on acid-free paper.**

A1144

# Theoretical analysis of *in vivo* macrophage adhesion and foreign body giant cell formation on polydimethylsiloxane, low density polyethylene, and polyetherurethanes

Weiyuan John Kao,[1] Qing H. Zhao,[2] Anne Hiltner,[1] and James M. Anderson[3,*]

[1]Department of Macromolecular Science, and [3]Institute of Pathology, Case Western Reserve University, 10900 Euclid Ave., Cleveland, Ohio 44106-4907; [2]Presently at Physiological Research Lab, 1385 115th Avenue, Coon Rapids, Minnesota 55432

Quantitative description of foreign body giant cell (FBGC) formation on implanted polymer surfaces as a function of time can conceivably correlate cell adhesion with polymer properties and possibly predict the behavior of the polymer *in vivo*. In the present study, the formation of FBGCs on various biomedical polymers was quantified by two parameters: the density of adherent macrophages present initially that participate in FBGC formation ($d_0$) and the rate constant for cell fusion (k); both kinetic parameters were used to calculate the time-dependent FBGC density ($d_{fc}$).

The materials used were: three Pellethane poly(etherurethanes) (PEUs) varying in weight percent of hard segment, one poly(etherurethane urea) (PEUU), and NHLBI-DTB primary reference materials: low density polyethylene (LDPE), silica-free polydimethylsiloxane (PDMS). The results indicated that up to 5 weeks of implantation, FBGCs were formed from the fusion of one population of adherent macrophages present by 3 days post-implantation. Furthermore, only a small fraction (<8%) of this initial adherent macrophage population participated in FBGC formation. Based on the results of previous studies and the current study, it was concluded that increase in PEU hard segment weight percent, surface hardness and hydrophobicity increased total protein adsorption and effectively increased $d_0$ and $d_{fc}$. No further correlations between the material properties of all polymers and the cell kinetics can be made at this time. However, this study demonstrated that macrophage adhesion and FBGC formation can be quantified with the cell fusion model, and are modulated by various polymer properties. © 1994 John Wiley & Sons, Inc.

## INTRODUCTION

Poly(etherurethanes) (PEUs) and poly(etherurethane ureas) (PEUUs) are unique classes of thermoplastic elastomers that had been used extensively in medical applications due to good biocompatibility and superior mechanical performance. These elastomers are composed of short, rigid urethane or urea sequences (hard segments) connected to long, flexible polyether or polyester chains (soft segments). The hard-to-soft segment ratio can be varied during processing and tailored to the intended end use.

Macrophages and foreign body giant cells (FBGCs) on biomedical polymer surfaces have been previously observed as early as three days *in vivo*.[1-7] However, the mechanisms of FBGC formation are still unclear. It is hypothesized that FBGCs are formed through the fusion of activated macrophages.[4,8-12] It is further hypothesized that macrophage adhesion, FBGC formation, and other stages of the inflammatory response might be modulated by chemical composition and physical properties of implanted materials.

Quantitative elucidation of FBGC formation kinetics on surfaces of implanted materials can conceivably be used to correlate cell adhesion with polymer properties and possibly predict the behavior of the polymer *in vivo*. A theoretical model has been developed in our laboratory to quantify FBGC formation on poly(etherurethane ureas) by the following parameters: the density of adherent macrophages present initially that participate in FBGC formation and the rate constant for cell fusion. Subsequently, FBGC density can be calculated.[2,13]

To clearly characterize FBGC formation quantitatively and correlate the results with previous surface property and protein adsorption data from our laboratory, the theoretical model was applied to various biomedical polymers in the present study. It is

*To whom correspondence should be addressed.

Journal of Biomedical Materials Research, Vol. 28, 73–79 (1994)
© 1994 John Wiley & Sons, Inc.                                    CCC 0021-9304/94/010073-07

postulated that the variations in material properties and chemical composition can modulate the parameters used to quantify FBGC formation and the subsequent effects on polymer integrity *in vivo*.

## MATERIALS AND METHODS

### Materials

Three Pellethane 2363 poly(etherurethane) (PEU) materials varying in 4,4-methylene/bisphenyldiisocyanate (MDI):poly(tetramethyleneglycol) of 650 M.Wt. (PTMEG650) or of 1000 M.Wt. (PTMEG1000): 1,4-butanediol (BD) weight ratios were used. The samples were supplied by Medtronics Inc. (Minneapolis, MN) and were designated as follows: PEU P75D had MDI:PTMEG650:BD = 4.5:1:3.5 (weight percent of hard segments = 68.9%); PEU P55D had MDI:PTMEG1000:BD = 4.5:1:3.5 (weight percent of hard segments = 59.0%); and PEU P80A had MDI:PTMEG650:BD = 2:1:1 (weight percent of hard segments = 47.6%). The PEUs were extruded and contained butylated hydroxytoluene antioxidant and methylene bis-stearamide extrusion lubricant. One poly(etherurethane urea) (PEUU) formulation similar to that used in previous studies[2,13] and designated as PEUU A′ was also used. The PEUU A′ was prepared from *p*-diphenyl-methanediisocyanate and poly(tetramethyleneoxide) ($M_w \approx 2,000$) in an approximately 1.6:1 capping ratio and was chain extended with ethylenediamine (weight percent of hard segment = 18.5%). The PEUU A′ was cast from a 20% solution in *N,N′*-dimethylacetamide onto Mylar sheets, then air dried. The Mylar backing was removed prior to implantation. Sterile NHLBI-DTB primary reference materials: low density polyethylene (LDPE) and silica-free polydimethylsiloxane (PDMS), were obtained from Abiomed Inc. (Denvers, MA) and Thoratec Laboratories Corporation (Berkeley, CA), respectively, in film form.

### Cage-implantation

Sterile film samples (2.5 × 2.0 cm²) were wrapped around the inside of stainless steel wire mesh cages (3.5 cm in length and 1 cm in diameter); one per cage. The Mylar side of PEUU A′ was placed in contact with the cage and thus, the air-cast surface was available for macrophage adhesion. The cages were implanted subcutaneously using sterile techniques into individual female Sprague Dawley rats (3 months old, 250–300 g; Charles River, N. Wilmington, MA) following procedures described previously.[14,15] NIH guidelines for the care and use of laboratory animals were observed.

The rats were sacrificed after 4 days and 1, 2, 3, 5, 10 weeks; the cages were retrieved, and the specimens were stained with modified Wright's stain. The *n* value for each material at each retrieval time was two. The area and density ($d_m$, number of cells/area) of adherent cells on the polymer side facing the cage lumen were determined using a video analyzer system (JAVA by Jandel Scientific, CA) coupled to an Olympus BH-2 light microscope. Since the edges of the samples could disrupt the morphology of the adherent cells, cells at edges of the specimen were not included in the determination of adherent cell area and density of the adherent cell. All specimens were stored in a darkened desiccator *in vacuo*.

All statistical analyses were performed on a Macintosh IIcx computer with Statview 512+ statistical program. Comparative analyses were determined for each measured and calculated parameter and compared to PEU P75D and PEUU A′ samples using analysis of variance and Fisher's protective *t* test to determine 95% confidence levels.

## RESULTS AND DISCUSSION

At 4 days implantation time, most of the adherent cells were macrophages with very little intercellular fusion and few foreign body giant cells (FBGCs). The initial macrophage density measured at 4 days implantation time ($d_m$) is shown in Table I. The values for PEU P75D, PDMS, LDPE and PEUU A′ were not significantly different, while values for PEU P55D and PEU P80A were significantly lower than the others. The adherent macrophages on all specimens had an average spreading area of $0.00035 \pm 0.00009$ mm² ($n = 10,000$).

It has been found that only a small percentage of the adherent macrophages eventually fuse and form FBGCs.[1–7] An *in vivo* macrophage fusion model has been formulated in our laboratory[2,13] in which the number of adherent macrophages involved in FBGC formation and the kinetics of macrophage fusion are described by the "most probable" distribution of Flory.[16] The model assumes that the area of a FBGC is proportional to the number of macrophages that form the FBGC. For simplicity, the model also assumes that each cell (macrophage or FBGC) has the same activity towards, and the same probability for, fusion; and that each fusion event does not change a cell's activity towards further fusions. Furthermore, a FBGC is defined as three or more fused macrophages; thus, the minimum FBGC area is 0.0010 mm² and this number is used in all measurements and theoretical model calculations.

The "most probable" distribution of FBGCs sizes is given as:

$$N_n = p^{n-3}(1 - p) \qquad n \geq 3 \qquad (1)$$

A1146

TABLE I
Parameters for Characterizing Macrophage Adhesion and FBGC Formation on Selected Biomedical Polymers

| Parameters | PEU P75D | PEU P55D | PEU P80A | PDMS | LDPE | PEUU A' |
|---|---|---|---|---|---|---|
| $d_m$<br>Measured macrophage density at 4 days implantation (cells/cm$^2$) | 98800 ± 21700(2) | 64800 ± 13100[‡] (2) | 50900 ± 17700[†] (2) | 124000 ± 37300 (2) | 106700 ± 32400 (2) | 73700 ± 23200 (2) |
| $d_0$<br>Calculated density of adherent macrophages present initially that participate in FBGC formation (cells/cm$^2$) | 6500 ± 1200[‡] (5) | 4600 ± 1300[†] (5) | 1900 ± 300[†‡] (5) | 6300 ± 1100[‡] (5) | 2800 ± 400[†‡] (5) | 5000 ± 700[†] (5) |
| $k$<br>Calculated rate constant for cell fusion (cm$^2$/cells)week$^{-1}$ | $2.0 \times 10^{-4}$ | $3.0 \times 10^{-4}$[†‡] | $3.0 \times 10^{-4}$[†‡] | $2.2 \times 10^{-4}$[†‡] | $2.9 \times 10^{-4}$[†‡] | $2.0 \times 10^{-4}$ |
| $d_0/d_m$ | 6.5%[‡] | 7.1%[†‡] | 3.5%[†‡] | 5.1%[†‡] | 2.6%[†‡] | 6.8%[†] |
| $t_{max}$<br>Calculated implantation time when FBGC density reaches a maximum (week) | 1.96[‡] | 1.86[†‡] | 3.93[†‡] | 1.86[†‡] | 2.88[†‡] | 2.42[†] |

[†,‡]Represents values which are significantly different at 95% ($p < .05$) confidence level when compared to P75D and PEUU A', respectively.
Parentheses represent $n$ values in determining respective parameters.

where $N_n$ is the number fraction of FBGCs with $n$ nuclei, and $p$ is the probability of a macrophage or FBGC fusing, which is equal to the total number of fusions divided by the number of adherent macrophages participating in cell fusion. Since it is assumed that the area of a FBGC is proportional to the number of FBGC nuclei, which represents the number of macrophages forming the FBGC, Equation (1) becomes:

$$N_x = p^{ax-3}(1 - p) \qquad (2)$$

where $N_x$ is the number fraction of FBGCs with area x and $a$ is the proportionality constant relating number of nuclei to cell area and has the units of (number of nuclei per cell area).

Equation (2) is a discrete function of the integer x, however, only cell area could be measured directly with the video analyzer and the number of nuclei in a given cell could not be counted. Moreover, the magnitude of the FBGC area varied continuously. The data were therefore grouped in intervals of 0.0019 mm$^2$ which is equivalent to 6 nuclei. For example, the first group contained all FBGCs with areas between 0.0010 and 0.0029 mm$^2$ (3–8 nuclei); the next group contained those FBGCs with areas between 0.0030 and 0.0049 mm$^2$ (9–14 nuclei), etc.

A nonlinear fitting program (SigmaPlot 4.0, IBM/PC) was used to fit Equation (2) to the experimental FBGC size distribution. Equation (2) required x = 0.0030 for the first data group (FBGC areas of 0.0010–0.0029 mm$^2$) so that $ax - 3 = 0$. The group size then dictated that x be increased by increments

of 0.0020. To fit the data, an iterative process was used in which the parameters $a$ and $p$ were adjusted. Figure 1 shows the comparison of the data with the calculated size distribution for the six materials used in the study. An excellent fit was obtained for data up to 5 weeks implantation. Results for 1, 3, and 5 weeks implantation are presented. For all materials, the distribution shifted to larger FBGC areas as implantation time increased. The data at 10 weeks implantation did not fit well, indicating that the assumptions in the model did not apply at this time point. According to the theoretical model, it is assumed that the initial FBGC formation is dependent upon the influx of macrophages within the first 3 days of implantation. The results suggested that there was an influx of new macrophages by 10 weeks implantation which would indicate the possibility of a "feedback" pathway and a prolonged inflammatory process.[6,7] Additional $p^{'a'x-3}(1 - p')$ terms can be added to Equation (2) to accommodate the participation of additional macrophages in FBGC formation beyond 5 weeks implantation time. However, in this study, the theoretical model was used to describe only the initial formation of FBGC from one population of macrophages on the material surfaces.

Figure 2 shows the values of $1/a$ that gave the best fit at each implantation time. The results indicated that $1/a$ was essentially constant for all materials and was independent of implantation time. The value of $1/a$ represented the spreading area of the smallest FBGC

09/14/2009 07:58 FAX  613 998 4926       CISTI ICIST       ☒008/011

76                                                                      KAO ET AL.





**Figure 2.** Variation of $1/a$ with implantation time for PEU P75D, PEU P55D, PEU P80A, PDMS, LDPE, and PEUU A'. The average value of $1/a$ represents the area of the smallest FBGC on the surface prior to further cell fusion.

the initial premise and thus confirmed the validity of the method used to fit the data.

As cell fusion proceeded, the number of macrophages available for fusion decreased. This is represented in the model as a gradually increasing $p$. Consequently, the plot of $1/(1 - p)$ versus implantation time (Fig. 3) has a positive slope. The $p$ values for all materials at each implantation time up to 5 weeks are given in Table II.

By coupling the results from the computerized video analysis with the theoretical model, the kinetics of FBGC formation can be described by two parameters: the density of adherent macrophages present initially that participate in FBGC formation ($d_0$) and the rate constant for cell fusion ($k$). At each implantation time, $d_0$ is given by:

$$d_0 = d_f/p^2(1 - p) \qquad (3)$$

where $d_f$ is the measured FBGC density. For any particular material, Figure 4 indicates that the values of $d_0$ tended to scatter but showed no consistent trends with implantation time. The average $d_0$ for each material is included in Table I. The lowest values were for LDPE and PEU P80A, and the highest for PDMS and PEU P75D. The ratio of $d_0/d_m$ represents the percentage of macrophages present initially that participated in FBGC formation. Only a small percentage (<8%) of the initial adherent macrophages formed FBGCs through cell fusion. LDPE had the lowest $d_0/d_m$ value which indicated the least activation of adherent macrophages in cell fusion.

The kinetics of cell fusion can be described by a second-order reaction:

$$-d[\text{cell}]/dt = k[\text{cell}]^2 \qquad (4)$$

which becomes: $1/[\text{cell}] = kt + $ constant, where [cell] is the density of adherent cells with 3 or more nuclei

**Figure 1.** Curve fitting of the FBGC size distribution, Equation (2), to the experimental data (symbols) for (A) PEU P75D, (B) PEU P55D, (C) PEU P80A, (D) PDMS, (E) LDPE, and (F) PEUU A'.

on the surface prior to further cell fusion. The average value of 0.0012 ± 0.0001 mm²/cell was consistent with