*IN VIVO* MACROPHAGE ADHESION                                              77





Figure 4. Calculated density of adherent macrophages present initially that participate in FBGC formation through cell fusion ($d_0$) versus implantation time for PEU P75D, PEU P55D, PEU P80A, PDMS, PEUU A', and LDPE

Figure 3. A kinetic plot of $1/(1 - p)$ versus implantation time for (A) PEU P75D, PEU P55D, PEU P80A and (B) PDMS, PEUU A', LDPE. The rate constant k was determined from the slope and $d_0$.

The rate constant for cell fusion (k) is obtained from:

$$1/(1 - p) = (d_0 tk) + 1 \qquad (5)$$

The rate constant was determined from the slope of the plot $1/(1 - p)$ versus implantation time (Fig. 3) using the average value of $d_0$. The lowest rate constants for cell fusion were obtained for PEU P75D and PEUU A' (Table I).

From the parameters $d_0$ and k, the FBGC density at any implantation time ($d_{fc}$) can be calculated by:

$$d_{fc} = \left[ d_0^3 k^2 (t - 0.42)^2 \right] \Big/ \left[ d_0 k(t - 0.42) + 1 \right] \qquad (6)$$

where $(t - 0.42)$ is the implantation time, assuming that FBGC formation begins at 3 days post-implantation.[1–9,17–19] In general, the $d_{fc}$ curves rise sharply as macrophages begin to fuse and form FBGCs (Fig. 5). The density then gradually decreases after most of the macrophages that participate in

FBGC formation ($d_0$) have been incorporated into FBGCs and further fusion events occur between FBGCs. For PDMS and PEU P75D, a rapid density change with a high maximum occurs at early implantation time (1–2 weeks). In contrast, there is a more gradual density change with lower maximum for LDPE and PEU P80A. The maximum FBGC density decreased in the order: PEU P75D > PDMS > PEUU A' > PEU P55D > LDPE > PEU P80A.

The implantation time of maximum FBGC density ($t_{max}$) can be determined by setting $dd_{fc}/dt = 0$ to obtain:

$$t_{max} = (2/kd_0) + 0.42 \qquad (7)$$

where $t_{max}$ has the unit of (week). By combining Equations (6) and (7), the maximum FBGC density ($d_{fc,max}$) is given by:

$$d_{fc,max} = 4d_0/27 \qquad (8)$$

In addition, when $d_f$ reaches a maximum at $dd_f/dd_0 = 0$ (Equation 3), the extent of fusion is $p = 2/3$. From Equations (7) and (8), it is apparent that the maximum FBGC density is directly proportional to $d_0$, the number of macrophages present initially that participate in FBGC formation. However, the implantation time when the density reaches its maximum and how fast the density subsequently decreases depend on both

TABLE II
The Parameter $p$ (Number of Cell Fusions/Number of Adherent Macrophages Present Initially that Participate in Foreign Body Giant Cell Formation) for Selected Biomedical Polymers

| Implantation Time | PEU P75D | PEU P55D | PEU P80A | PDMS | LDPE | PEUU A' |
|---|---|---|---|---|---|---|
| 1 week | 0.521 | 0.474 | 0.400 | 0.640 | 0.353 | 0.408 |
| 2 weeks | 0.684 | 0.637 | 0.559 | 0.684 | 0.655 | 0.528 |
| 3 weeks | 0.785 | 0.739 | 0.666 | 0.797 | 0.700 | 0.750 |
| 5 weeks | 0.827 | 0.784 | 0.703 | 0.840 | 0.761 | 0.819 |

A1149

78                                                                      KAO ET AL.



**Figure 5.** Measured (symbols) and calculated FBGC density on (A) PEU P75D, PEU P55D, PEU P80A and (B) PDMS, PEUU A′, LDPE versus implantation time.

$d_0$ and $k$. For example, even though PEU P55D and PEU P80A have the same $k$ value, $t_{max}$ of PEU P80A is longer than that of PEU P55D since $d_0$ of PEU P80A is significantly less than that of PEU P55D.

It has been shown that the adherent macrophages and FBGCs on implanted materials play a pivotal role in biodegradation.[1,6,7,20-22] However, a systematic and quantitative method to temporally resolve the formation of FBGCs has been lacking. We have demonstrated a quantitative method for characterizing FBGC formation via the fusion of macrophages. Direct experimental observations reported in the literature support this mechanism of FBGC formation.[4,8-12]

Contact angle, surface energetics, and protein adsorption data for these materials have been published previously by our laboratory.[17,23-25] Results from these studies and the present study showed that an increase in Pellethane PEU weight percent of hard segment, surface hardness, and hydrophobicity resulted in an increase in total protein adsorption, the density of adherent macrophages participating in FBGC formation and the subsequent FBGC density. Our data suggest that the implant surface properties affect protein adsorption (the early event of host inflammatory reaction and blood compatibility) and this can modulate the subsequent cell fusion kinetics. However, when comparing the material properties of all polymers and the cell fusion kinetics, no general correlations could be made. The lack of correlation might be due to the large variation in chemical composition, additives, surface properties and processing methods.

## CONCLUSIONS

A theoretical model, based on the "most probable" distribution, has been used to quantify FBGC formation on PEUs, PEUU, PDMS and LDPE. Specifically, the model accurately quantified *in vivo* FBGC formation on the material surface with two parameters:

the density of adherent macrophages present initially that participate in FBGC formation ($d_0$) and the rate constant for cell fusion ($k$). Subsequently, both kinetic parameters were used to calculate the FBGC density ($d_{fc}$) as a function of implantation time. The results indicated that up to 5 weeks implantation, FBGCs were formed from the fusion of one population of adherent macrophages present by 3 days post-implantation. Furthermore, only a small fraction (<8%) of this initial adherent macrophage population participates in FBGC formation. Based on the results of previous studies and the current study, it is concluded that an increase in PEU hard segment weight percent, surface hardness, and hydrophobicity increased total protein adsorption and effectively increased $d_0$ and $d_{fc}$. No further correlations between the material properties and the cell kinetics can be made at this time. It is believed that the lack of correlation might be due to the large variation in chemical composition, additives, surface properties and processing methods of the polymers studied.

These studies were supported in part by Grants HL-25239, HL-47300, and HL-33849 from the National Institutes of Health.

## References

1. Q.H. Zhao, N. Topham, J.M. Anderson, A. Hiltner, G. Lodoen, and C.R. Payet, "Foreign-body giant cells and polyurethane biostability: *in vivo* correlation of cell adhesion and surface cracking," *J. Biomed. Mater. Res.*, 25, 177–183 (1991).

2. Q.H. Zhao, J.M. Anderson, A. Hiltner, G.A. Lodoen, and C.R. Payet, "Theoretical analysis on cell size distribution and kinetics of foreign-body giant cell formation *in vivo* on polyurethane elastomers," *J. Biomed. Mater. Res.*, 26, 1019–1038 (1992).

3. Y. Oghiso, Y. Yamada, and Y. Shibata, "Exudation of proliferative macrophages in local inflammation in the peritoneum," *J. Leuk. Biol.*, 52, 421–424 (1992).

4. J.M. Papadimitriou, "Macrophage fusion *in vivo* and *in vitro*: a review," in *Membrane Fusion,*

pp. 181–219, (eds., G. Poste and G.L. Nicolson), Elsevier, New York (1978).

5.  M. Mohanty, J. A. Hunt, P. J. Doherty, D. Annis, and D. F. Williams, "Evaluation of soft tissue response to a poly(urethane urea)," *Biomaterials*, 13, 10, 651–656 (1992).

6.  J. M. Anderson, and K. M. Miller, "Biomaterials biocompatibility and the macrophage," *Biomaterials*, 5, 5–10 (1984).

7.  J. M. Anderson, "Inflammatory response to implants," *ASAIO*, 11, 2, 101–107 (1988).

8.  E. Abe, Y. Ishimi, et al., "The relationship between fusion and proliferation in mouse alveolar macrophages," *Endocrinology*, 121, 1, 271–277 (1987).

9.  J. M. Papadimitriou, D. Sforsina, and L. Papaelias, "Kinetics of multinucleate giant cell formation and their modification by various agents in foreign body reactions," *Am. J. Pathol.*, 73, 2,349–362 (1973).

10. N. F. Hassan, N. Kamani, M. M. Meszaros, and S. Douglas, "Induction of multinucleated giant cell formation from human blood-derived monocytes by phorbol myristate acetate in *in vitro* culture," *J. Immunol.*, 143, 7, 2179–2184 (1989).

11. A. Murch, Miranda D. Grounds, C. A. Marshall, and J. M. Papadimitriou, "Direct evidence that inflammatory multinucleate giant cells form by fusion," *J. Pathol.*, 137, 177–180 (1982).

12. K. Smetana, Jr., "Multinucleated foreign-body giant cell formation," *Exp. Mol. Pathol.*, 46, 258–265 (1987).

13. W. J. Kao, P. A. Hiltner, and J. M. Anderson, "Theoretical analysis of *in vivo* macrophage adhesion and foreign body giant cell formation on strained poly(etherurethane urea) elastomers," *J. Biomed. Mater. Res.*, (submitted).

14. Q. Zhao, R. E. Marchant, J. M. Anderson, and A. Hiltner, "Long term biodegradation *in vitro* of poly(ether urethane urea): a mechanical property study," *Polymer*, 28, 2040–2046 (1987).

15. R. E. Marchant, A. Hiltner, C. Hamlin, A. Rabinovitch, R. Slobodkin, and J. M. Anderson, "*In vivo* biocompatibility studies I. The cage implant system and a biodegradable hydrogel," *J. Biomed. Mater. Res.*, 17, 301–325 (1983).

16. P. J. Flory, *Principles of Polymer Chemistry*, Chapter VII, Ithaca, Cornell Univ. Press (1953).

17. M. R. Brunstedt, J. M. Anderson, K. L. Spilzewski, R. E. Marchant, and A. Hiltner, "*In vivo* leukocyte interaction on Pellethane surface," *Biomaterials*, 11, 8 (1990).

18. Y. Wu, Q. Zhao, J. M. Anderson, A. Hiltner, G. A. Lodoen, and C. R. Payet, "Effect of some additives on the biostability of a poly(etherurethane)," *J. Biomed. Mater. Res.*, 25, 725–739 (1991).

19. R. A. Lambert, "The production of foreign body giant cells *in vitro*," *J. Exp. Med.*, 15, 510–519 (1912).

20. Q. H. Zhao, M. P. Agger, M. Fitzpatrick, J. M. Anderson, A. Hiltner, K. Stokes, and P. Urbanski, "Cellular interactions with biomaterials: *in vivo* cracking of pre-stressed Pellethane 2363-80A," *J. Biomed. Mater. Res.*, 24, 621–637 (1990).

21. M. Szycher, A. M. Reed, and A. A. Siciliano, "*In vivo* testing of biostable polyurethane," *J. Biomater. Appl.*, 6, 110–130 (1991).

22. M. Szycher and A. M. Reed, "Biostable polyurethane elastomers," *Med. Dev. Tech.*, 11, 41–51 (1992).

23. M. R. Brunstedt, N. P. Ziats, M. Schubert, P. A. Hiltner, and J. M. Anderson, "Protein adsorption onto poly(ether urethane ureas) containing Methacrol 2138F: a surface-active amphiphilic additive," *J. Biomed. Mater. Res.*, 27, 255–267 (1993).

24. M. R. Brunstedt, N. P. Ziats, S. P. Robertson, A. Hiltner, and J. M. Anderson, "Protein adsorption to poly(ether urethane ureas) modified with acrylate and methacrylate polymer and copolymer additives," *J. Biomed. Mater. Res.*, 27, 367–377 (1993).

25. T. L. Bonfield, E. Colton, R. E. Marchant, and J. M. Anderson, "Cytokine and growth factor production by monocyte and macrophages on protein preadsorbed polymer," *J. Biomed. Mater. Res.*, 26, 837–850 (1992).

Received June 7, 1993
Accepted August 17, 1993

Series, No. 145, Applied Chemistry at Protein Interfaces 26–35, 1975.
6. White MJ, Kohno I, Rubin AL, Stenzel KH: Collagen films: Effect of cross-linking on physical and biological properties. Biomater Med Dev Artif Org 1: 703–715, 1973.
7. Philip EW, Wilcox: Esterification. Methods Biochem Anal 24: 596–615, 1972.
8. Finn W: Bifunctional reagents. Methods Biochem Anal 24: 623–651, 1972.
9. Wiebe D, Megerman JL', Italien GJ, Abbott WM: Glutaraldehyde release from vascular prostheses of biologic origin. Surgery 104: 26–33, 1988.

10. Speer DP, Chvapil M, Eskelson CD, Ulreich J: Biological effects of residual glutaraldehyde in glutaraldehyde-tanned collagen biomaterials. J Biomed Mater Res 14: 753–764, 1980.
11. Richard FM, Knowles JR: Glutaraldehyde as a protein cross-linking reagent. J Mol Biol 37: 231–233, 1968.
12. Eybl E, Griesmacher A, Grimm M, Wolner E: Toxic effects of aldehydes released from fixed pericardium on bovine aortic endothelial cells. J Biomed Mater Res 23: 1355–1365, 1989.
13. Noishiki Y, Miyata T. Initial healing process of succinylated collagen tube as an antithrombogenic cardiovascular graft. Proceedings of the 8th Annual Meeting of the Society of Biomaterials, 1982, p. 102.

# Gas Transfer and *In Vitro* and *In Vivo* Blood Compatibility of a Fluorinated Polyimide Membrane With an Ultrathin Skin Layer

HIROYOSHI KAWAKAMI,* SHOJI NAGAOKA,* AND SUNAO KUBOT†

The authors have synthesized fluorinated polyimides to develop a novel membrane oxygenator combining excellent gas transfer and blood compatibility. Gas exchange membranes of fluorinated polyimides prepared by a dry/wet process showed an asymmetric structure and consisted of an ultrathin and defect-free skin layer supported by a porous substructure. The asymmetric polyimide membranes never incurred plasma leakage because of the defect-free skin layer of the membrane surface. The calculated, apparent defect-free skin layer thickness of the asymmetric membrane was approximately 20 nm. Carbon dioxide and oxygen transfer rates through the membranes were dramatically enhanced because of the ultrathin skin layer and were 96 and 64 times larger than those determined in currently available oxygenator polymer membranes, such as polydimethylsiloxane (PDMS). For the evaluation of *in vitro* blood compatibility, platelet adhesion and plasma protein adsorption on the polyimide membranes were measured by using scanning electron microscopic examination and an amino acid analyzer. Deformation and aggregation of platelets adherent to the membranes were not observed, and the number of platelets was 1.6 $\mu g/cm^2$, which was one-sixth less than the value measured in PDMS. For *in vivo* evaluation, the polymer tubes were implanted in the femoral vein of a mongrel dog for 7 days. Thrombus formation and fibrin were found on the surface of PDMS. However, thrombus formation was not observed on the polyimide. These results indicate that the fluorinated polyimides show excellent blood compatibility and are a promising membrane material for an oxygenator. *ASAIO Journal 1996;42:M871–M876.*

Membrane oxygenators have been widely used for extracorporeal life support (ECLS) or an extracorporeal membrane oxygenator (ECMO) for patients who can no longer be supported by mechanical ventilation.[1-3] In particular, ECLS or ECMO has become standard treatment for neonatal respiratory failure.[4] However, the systems currently available are associated with two major drawbacks for long-term ECLS or ECMO circuits: gas transfer (oxygen exchange and carbon dioxide removal) and blood compatibility. Hollow fiber membranes of microporous polypropylene have been widely used for oxygenators with the advantage of both increased $O_2$ exchange and $CO_2$ removal, but in long-term perfusion, unresolved issues remain, including a decline in gas exchange because of plasma leakage through the microporous membrane and plasma protein adsorbed on the membrane surface. However, polydimethylsiloxane (PDMS) has been used in medical applications for more than 4 decades and has been used in membrane oxygenators because of good biocompatibility and no plasma leakage, but the PDMS membrane cannot transfer sufficient amounts of $O_2$ and $CO_2$ to and from limited surface areas. To develop long-term ECLS or ECMO, it has become necessary to create a novel membrane material that combines excellent gas transfer and blood compatibility.

Aromatic polyimides are a class of high performance polymers that are highly thermally stable and have high glass transition temperatures and relatively low dielectric constants.[5-7] The various polyimides have become increasingly

From the *Department of Industrial Chemistry, Tokyo Metropolitan University, Tokyo, Japan, and the †Department of First Surgery, St. Marianna University School of Medicine Kawasaki, Kanagawa, Japan.

Reprint requests: Hiroyoshi Kawakami, PhD, Department of Industrial Chemistry, Tokyo Metropolitan University Hachioji, Tokyo 192-03, Japan.

important in a variety of technologic applications, such as semiconductor devices, high-temperature adhesives, and high performance composite materials. Recently, aromatic polyimides have been considered for gas separation materials because of their surprisingly high gas selectivities to $P_{H_2}/P_{N_2}$, $P_{O_2}/P_{N_2}$, and $P_{CO_2}/P_{CH_4}$.[8-12] There have been many studies of novel polyimides structurally modified to enhance gas permeability and selectivity. We have synthesized fluorinated aromatic polyimides with chemical imidization and reported that the polyimides exhibit high gas transfer and selectivity.[13-15] It also is clear that the asymmetric membranes prepared by a dry/wet process show not only high gas exchange ($O_2$ transfer and $CO_2$ removal), but also excellent *in vitro* blood compatibility compared with PDMS.[16,17] A better understanding of the relationship between the physicochemical structure of polyimides and the gas transfer and blood compatibility properties is an important factor in designing oxygenator novel membranes.

This article describes the gas transfer and blood compatibility of novel fluorinated polyimides. The gas exchange of the asymmetric membranes to $CO_2$, $O_2$, and $N_2$ have been determined at $35°C$ and at pressures as great as 76 cmHg by using a low vacuum permeation apparatus. The interactions between the surfaces of polyimides and platelet rich and platelet poor plasma are discussed. *In vivo* evaluation of blood compatibility has been performed by inserting the polymer tubes into peripheral veins.

## Materials and Method

### Materials

2,2'-Bis(3,4-dicarboxyphenyl)hexafluoropropane dianhydride (6FDA) was purchased from the Japanese Hoechst Co. (Tokyo, Japan) and purified by sublimation before use. Bis[4-(4 aminophenoxy)phenyl]sulfone (APPS) and 3,3'-diaminodiphenylsulfone (DDS) were purchased from Tokyo Kasei Co. (Tokyo, Japan) and recrystallized twice in methylene chloride and ethanol solution, respectively, before use. 2,2'-Bis(4-aminophenyl)hexafluoropropane (6FAP) was purchased from Central Glass Co. (Saitama, Japan) and recrystallized twice in methylene chloride solution before use.

### Syntheses of Fluorinated Polyimides

Fluorinated polyimides were synthesized with chemical imidization of the poly(amic acid) precursors as reported in the literature.[13] The poly(amic acid) derived from 6FDA dianhydride and aromatic diamines were prepared by solution condensation at $70°C$. After being stirred at $70°C$ for 5 hr, the poly(amic acid) precursors were converted into the corresponding polyimides at $70°C$ by chemical imidization with seven equimolal acetic anhydride and triethylamine. After reaction for 15 hr, the fluorinated polyimides were precipitated by methanol, recovered, and filtered. Subsequently, the polyimide was washed with methanol several times and dried in a vacuum oven at $150°C$ for 24 hr. The structures of the synthesized polyimides are presented in Figure 1.

### Preparation of the Asymmetric Membrane

Asymmetric polyimide membranes were prepared by a dry/wet phase inversion technique as reported pre-



**Figure 1.** Structures of fluorinated polyimides.

viously.[16,17] The membranes were prepared from 12 wt% polyimide, 55 wt% methylene chloride, 23 wt% 1,1,2-trichloroethane, and 10 wt% butanol. The polymer solutions were filtered and subsequently degassed. The solutions were cast on glass plates with a knife gap of 250 $\mu$m. The cast membrane surfaces were exposed to a nitrogen stream of 200 ml/min for a period of 5 sec. During this evaporation step, dry phase inversion occurred in the membranes. After additional freestanding evaporation for 15 sec, the membranes were coagulated in methanol, washed for 12 hr, air dried for 24 hr, and dried in a vacuum oven at $150°C$ for 15 hr to remove all of the residual solvents.

### Characteristics of Polyimides

The molecular weights of fluorinated polyimides were determined by gel-permeation chromatography (detector: 830-RI monitor, Jasco, Tokyo, Japan) with tetrahydrofuran as the solvent. A flow rate of 1 ml/min was used, and the polyimides were dissolved in tetrahydrofuran at a concentration of 0.005 wt%. Molecular weights were estimated by comparing retention times in columns (Shodex KF-805L, Showa Denko Co., Tokyo, Japan) to those of standard polystyrene.

The glass transition temperature was determined by differential scanning calorimetry (DSC200, SSC/5200H, Seiko, Tokyo, Japan). The samples enclosed in an aluminum pan with a cover were heated at $10°C$/min. Residual solvent was detected by using thermogravimetric analysis (TG/DTA300, SSC/5200H, Seiko) by observing any weight loss at temperatures below the degradation temperature.

### In Vitro and In Vivo Experiments

Blood was withdrawn from the carotid of a mongrel dog into a siliconized glass tube containing 3.8% trisodium citrate aqueous solution. Platelet rich plasma (PRP) and platelet poor plasma were prepared from the blood by centrifugation. The platelet counts (approximately $2 \times 10^5/\mu l$) in PRP were adjusted by diluting the PRP with the platelet poor plasma and determined by a Coulter counter (Coulter Elec-

**Table 1. Characteristics of Fluorinated Polyimides**

| Polyimide | Mw | Mw/Mn | Tg(°C) |
|-----------|------|-------|--------|
| 6FDA-DDS | 44,700 | 1.5 | 325 |
| 6FDA-APPS | 64,800 | 1.4 | 267 |
| 6FDA-6FAP | 92,000 | 1.1 | 320 |

tronics Japan, Inc., Tokyo, Japan). The sample membranes were soaked in PRP suspension and incubated at 37°C for 2 hr. After being rinsed with phosphate buffered saline, the sample membranes were fixed with 3% glutaraldehyde saline solution for 2 days. The morphologic deformation of platelets adherent to the membrane was observed with a scanning electron microscope (SEM, JXP-6100P, JEOL, Tokyo, Japan), and the number of platelets that adhered and plasma protein adsorbed on the membranes were determined by an amino acid analyzer (Hitachi 835, Hitachi, Tokyo, Japan). The number of adherent platelets was expressed by the platelet protein adherent to substrate ($\mu g/cm^2$) because a close correlation between these has been determined.[18]

The in vivo experiment was performed as reported in the literature.[19,20] For the experiment, an 18 gauge needle was inserted into the peripheral vein of the mongrel dog under general anesthesia. 6FDA-APPS and PDMS tubes with a length of 10 cm were introduced through the needle into the lumen of the vessel. After the needle was withdrawn, the edge of the tube was ligated to the connective tissue near the puncture site of the vessel. After a period of 7 days, the dog was killed by exsanguination under general anesthesia and heparin administration. The vein in which the tubes were inserted was opened, and the structure and cross-sections of the implanted tubes were observed by SEM.

*Permeability Measurements*

Carbon dioxide, oxygen, and nitrogen used in this study were represented to be at least 99.9 mol% and were used without additional purification.

Asymmetric membranes were mounted on a permeation cell with a 1.0 cm² surface area. Gas transfers at pressures as great as 76 cmHg were determined with a low-vacuum apparatus (K-315-H, Rika Seiki Inc., Tokyo, Japan).[13–15] The pressures on the upstream and downstream sides were detected by using a Baratron absolute pressure gauge. The apparent skin layer thickness of the asymmetric membrane was calculated from

$$L = P/Q \qquad (1)$$

where, L (cm) is the apparent skin layer thickness, P ($cm^3$(STP)cm/m² min cmHg) is the gas permeability coefficient measured from the flat membrane, and Q ($cm^3$(STP)/m² min cmHg) is the gas transfer of the asymmetric membrane.

**Results**

Fluorinated polyimides were synthesized by chemical imidization by treatment with a mixture of acetic anhydride and triethylamine. The resulting characteristics of the polyimides are listed in Table 1. The polyimides all were soluble in polar solvents, such as dimethylformamide, dimethylacetamide, N-methylpyrrolidone, and tetrahydrofuran, and had a higher molecular weight polymer with a narrower molecular weight distribution. All of the polyimides had a high glass transition temperature and good thermal stability. Thermogravimetric analysis showed no weight loss to a temperature of 450°C, which indicates that no residual solvents remain in the polyimide membranes.

The structural features of the asymmetric polyimide membranes prepared by the dry/wet process have been elucidated from SEM. The cross-section of the asymmetric membranes consisted of an ultrathin skin layer and porous substructure, as shown in Figure 2. The porous substructure was characterized by the presence of a sponge-like structure and microvoids. Large microvoids were present in the bulk structure of 6FDA-APPS and 6FDA-6FAP.

Figure 3 presents the numbers of platelets adherent to the polyimide and PDMS membranes after contact with PRP for 2 hr. Platelet adhesion to polyimide surfaces was effectively reduced compared with that found on PDMS surfaces. Although the platelets adherent to the 6FDA-APPS were slightly enhanced compared with those in 6FDA-DDS and



**6FDA-DDS**

**6FDA-APPS**

**6FDA-6FAP**

**Figure 2.** Cross-section of asymmetric polyimide membranes.



**Figure 3.** Numbers of platelets adherent to polymer membranes. Mean ± SD (n = 4).



**\*Figure 5.** Amounts of plasma proteins adsorbed on polymer membranes. Mean ± SD (n = 4).

6FDA-6FAP, these fluorinated polyimides showed excellent *in vitro* blood compatibility. **Figure 4** shows a typical magnification of platelets adhering to a 6FDA-6FAP surface. The adherent platelets hardly changed shape, and deformation and aggregation were not seen. **Figure 5** shows the amounts of plasma proteins adsorbed on the polyimide and PDMS membranes. Adsorption of plasma protein on the surface of polyimide also was significantly decreased and was less than that on PDMS.

**Figure 6** presents the result of *in vivo* evaluation of the 6FDA-APPS and PDMS tubes, which were implanted in the femoral vein of the mongrel dog for 7 days. Red thrombus formation incorporating erythrocyte corpuscles and fibrin were found on the surface of PDMS. However, no thrombus formation or fibrin precipitation was observed on the polyimide, as shown in **Figure 6.**

The average gas transfer rates and selectivities for 10 randomly sampled asymmetric polyimide membranes prepared

by the dry/wet process are reported in **Table 2.** Gas transfer rates for all of the polyimide membranes were enhanced compared with the values determined on PDMS flat membrane. Transfer of $CO_2$, to $2.6 \times 10^4$ (cm³(STP)/m² min) at 35°C and 20 cmHg, through the 6FDA-6FAP asymmetric membrane was achieved and was approximately 96 times larger than that measured with the PDMS membrane. The $O_2$ transfer rate of 6FDA-6FAP also was approximately 64 times larger than that of 6FDA-DDS at 35°C and 15.2 cmHg, as shown in **Table 2.**

It should be noted that the calculated, apparent skin layer thickness is only an approximation of the actual skin layer thickness. If the gas selectivities of the asymmetric membranes are different from those of the membrane materials, it is expected that the molecular skin layer structure differs from that of the bulk membrane materials. Lower gas selectivity of asymmetric membranes can be the result of defects in the skin layer. However, the intrinsic gas selectivities of polyimides measured from the bulk membrane were obtained for the asymmetric membranes, which means that the asymmetric membranes consist of a defect-free skin layer.

### Discussion

We synthesized soluble fluorinated polyimides as a novel membrane material for an oxygenator. Essentially defect-free skinned asymmetric polyimide membranes were prepared by a dry/wet phase process. An optimal asymmetric membrane consisted of an ultrathin skin layer and porous substructure characterized by the presence of a sponge-like structure and microvoids. The calculated, apparent skin layer thicknesses of 6FDA-DDS, 6FDA-APPS, and 6FDA-6FAP were 500, 20, and 22 nm, respectively. These results mean that plasma leakage through the asymmetric membrane never occur and that the ultrathin skin layer of asymmetric polyimide membranes provided the higher gas transfer obtained in this study. The primary goal of respiratory support should focus on $O_2$ exchange and $CO_2$ removal. The asymmetric polyimide membranes prepared in this study may



**Figure 4.** Scanning electron micrograph of platelets adhering to 6FDA-6FAP.



Figure 6. Scanning electron micrographs of 6FDA-APPS and PDMS implanted in a femoral vein for 7 days. (A) and (B) 6FDA-APPS. (C) and (D) PDMS. (A) Magnification ×35. (B) and (D) Magnification ×1,000. (C) Magnification ×50.

provide sufficient $O_2$ exchange and efficient $CO_2$ removal *in vivo*. However, it is well known that an important contributing factor to the gas transfer of a membrane oxygenator is gas transfer resistance and that most of the resistance is in the blood phase.[21,22] It is reported that hollow fiber membranes can be used to augment blood flow and overcome resistance in these devices and to reduce the thrombogenicity of the device by increasing the efficiency of transfer.[23] We have prepared a novel polyimide hollow fiber membrane with an asymmetric structure. We will elucidate the gas transfer resistance or the blood phase diffusion distance in these hollow fiber membranes in future research.

For the evaluation of *in vitro* blood compatibility, platelet adhesion and plasma protein adsorption on polyimide membranes were measured with a SEM and an amino acid analyzer. Formation of pseudopods, deformation, and aggregation of platelets adherent to the polyimide membranes were not observed, and the platelets were not activated. The number of platelets on 6FDA-DDS membrane was 1.6 μg/cm², which was one-sixth less than the value measured on PDMS. For *in vivo* evaluation, the polymer tubes were implanted in

the femoral vein of a mongrel dog for 7 days. Thrombus formation and fibrin were found on the surface of PDMS. However, thrombus formation was not observed on the polyimide. This may mean that hexafluoropropane groups, which have been found by electron spectroscopy for chemical analysis (ESCA) to produce increased fluorine content in the surface region,[24] play an important role in suppressing platelet adhesion and activation. However, it is clear that additional study is needed to elucidate the surface effect of these polyimides on blood compatibility.

## Conclusions

Novel asymmetric fluorinated polyimide membranes were developed for prolonged ECMO or ECLS. The asymmetric membranes showed not only intrinsic gas selectivity but also ultrathin skin layer thicknesses in the range of 20–500 nm. The membrane exhibited a higher gas transfer ($O_2$ exchange and $CO_2$ removal) than that of currently available membranes for oxygenators, such as PDMS. It also was found that the polyimide membranes exhibited excellent blood com-

### Table 2. Gas Transfer Properties of Asymmetric Polyimide Membranes at 35°C

| Polymer | Membrane Type | $Q_{CO_2}$* | $Q_{CO_2}/Q_{O_2}$ | $Q_{O_2}$† | $Q_{O_2}/Q_{N_2}$ |
|---------|---------------|-------------|--------------------|-----------|-------------------|
| 6FDA-DDS | Asymmetric | 540 | 6.0 | 68 | 5.7 |
| 6FDA-APPS | Asymmetric | 4,800 | 6.0 | 600 | 5.7 |
| 6FDA-6FAP | Asymmetric | 26,000 | 6.3 | 4,100 | 4.9 |
| PDMS | Flat‡ | 270 | 3.2 | 64 | 2.1 |

Q: [cm³(STP) m⁻² min⁻¹]; * at 20 cmHg, † at 15.2 cmHg, ‡ thickness 50 μm.

patibility and outstanding gas transfer *in vitro* and *in vivo*. These results suggest that the asymmetric fluorinated polyimide membranes are promising membrane materials for use in oxygenators.

## References

1. Bartlell RH: Extracorporeal life support for cardiopulmonary failure. Curr Probl Surg 27: 623–705, 1990.
2. Conrad S, Eggerstedt J, Romero M: Prolonged intracorporeal support of gas exchange with an intravenacaval oxygenator. Chest 103: 158–161, 1993.
3. Keszler M, Moront MG, Cox C, Milewski M, Visner MS: Oxygen delivery with a single cannula tidal flow venovenous system for extracorporeal membrane oxygenator. ASAIO J 41: M850–M854, 1995.
4. Paul GG, Ronald BH, Thomas ND, Ronald ED, Thomas T, Robert HB: A matched pairs analysis of venoarterial and venovenous extracorporeal life support in neonatal respiratory failure. ASAIO J 41: M573–M579, 1995.
5. Xu G, Gryte CC, Nowick AS, Li SZ, Pak YS, Greenbaum SG: Dielectric relaxation and deuteron nmr of water in polyimide films. J Appl Phys 66: 5290–5296, 1989.
6. Herminghaus S, Boese D, Yoon DY, Smith BA: Large anisotropy in optical properties of thin polyimide films of poly(p-phenylene. biphenyltetracarboximide). Appl Phys Lett 59: 1043–1045, 1991.
7. Ho BC, Lin YS, Lee YD: Synthesis and characteristics of organic soluble photoactive polyimides. J Appl Poly Sci 53: 1513–1524, 1994.
8. Kim TH, Koros WJ, Husk GR, O'Brien KC: Reverse permeability of N₂ over CH₄ in aromatic polyimides. J Appl Polym Sci 34: 1767–1771, 1987.
9. Kim TH, Koros WJ, Husk GB, O'Brein KC: Relationship between gas separation properties and chemical structure in a series of aromatic polyimides. J Membr Sci 37: 45–62, 1988.
10. Stern SA, Mi Y, Yamamoto H: Structure/permeability relationships of polyimide membranes: Applications to the separation of gas mixtures. J Polym Sci Polym Phys 27: 1887–1909, 1989.
11. Okamoto K, Tanaka K, Kita H: The effect of morphology on sorption and transport of carbon dioxide in polyimide from 3,3′4,4′-biphenyltetracarboxylic dianhydride and 4,4′-oxydianiline. J Polym Sci Polym Phys 27: 1221–1233, 1989.
12. Stern SA: Polymers for gas separations: The next decade. J Membr Sci 94: 1–65, 1994.
13. Kawakami H, Anzai J, Nagaoka S: Gas transport properties of soluble aromatic polyimides with sulfone diamine moieties. J Appl Polym Sci 57: 789–795, 1995.
14. Kawakami H, Mikawa M, Nagaoka S: Gas permeability and selectivity through asymmetric polyimide membranes. J Appl Polym Sci. In press.
15. Kawakami H, Mikawa M, Nagaoka S: Gas transport properties in thermally cured aromatic polyimide membranes. J Membr Sci. In press.
16. Kawakami H, Nagaoka S: Gas exchange properties and blood compatibility of a novel aromatic polyimide for membrane oxygenator. Jpn J Artif Organs 24: 65–69, 1995.
17. Kawakami H, Nagaoka S: Synthesis of aromatic polyimides with sulfone diamine moieties for a novel membrane oxygenator. ASAIO J 41: M379–M383, 1995.
18. Nagaoka S, Mori Y, Tanzawa H, Kikuchi T: Effect of molecular structure of hydropholic heparinized material on their properties. Jpn J Artif Organs 10: 1058–1061, 1981.
19. Noishiki Y: An in vivo test for evaluation of blood compatibility by insertion of the polymer coated suture into the peripheral vein. Jpn J Artif Organs 11: 794–797, 1982.
20. Miyam H, Fugii N, Kuwano A, Nagaoka S, Mori Y, Noishiki Y: Antithrombogenic heparinized polyacrylonitrile copolymer. J Biomed Mater Res 20: 895–901, 1986.
21. Drinker PA, Bartlett RH, Bialer RM, Noyes J: Augmentation of membrane gas transfer by induced secondary flows. Surgery 66: 775–781, 1969.
22. Makarewicz AJ, Mockros LF, Anderson RW: A pumping intravascular artifical lung with active mixing. ASAIO J 39: M466–M469, 1993.
23. Makarewicz AJ, Mockros LF, Anderson RW: A pumping artificial lung. ASAIO J 40: M518–M521, 1994.
24. Yoon SC, Ratner BD: Surface structure of segmental poly(ether urethanes) and poly(ether urethane ures) with various perfluoro chain extenders: An x-ray photoelectron spectroscopic investigation. Macromolecules 19: 1068–1079, 1986.

# Platelet Adhesion and Activation on Polyethylene Glycol Modified Polyurethane Surfaces

## Measurement of Cytoplasmic Calcium

Ki Dong Park,* Ken Suzuki,† Won Kyu Lee,* Jong Eun Lee,* Young Ha Kim,* Yasuhisa Sakurai,† and Teruo Okano†

Polyurethane (PU) surfaces were modified by coupling polyethylene glycol (PEG; molecular weight, 1,000) chains carrying different terminal groups (PU-PEG1K-OH, PU-PEG1K-NH₂, PU-PEG1K-SO₃) and longer PEG chains (MW, 3,350; PU-PEG3.4K-OH). The modified PU surfaces have the same PEG (1K) chain density. Surface induced platelet activation was evaluated by measuring cytoplasmic free calcium concentration in platelets contacting modified surfaces, and platelet adhesion onto modified surfaces was investigated *in vitro*. Cytoplasmic free calcium levels in platelets contacting PU-PEG-SO₃ remained relatively constant, in contrast to the significant increase observed for PU-PEG-NH₂, PU-PEG-OH, and control PU surfaces. The degree of platelet adhesion clearly demonstrates that all PEG graft surfaces prevented platelet adhesion. Among PEG1K surfaces, PU-PEG-SO₃ shows the lowest platelet adhesion. In the case of



none
Sheryl Kane
50 Craigie St #13
Somerville, MA 02143
United States

## THANK YOU
### FOR YOUR ORDER.

**This is a coversheet, do NOT submit payment.**

Customer Service:
(800) 603-4367 toll free
(203) 423-2176 direct
service@tsdoc.com
www.tsdoc.com

### ORDER INFORMATION

INFO #:            19317265

SHIP VIA:          Ariel

ORDER #:

CUSTOMER #:        182496 / 2239030

BILLING REF:

CCD:               $57.00

ORDERED:           08/25/2009

NEED BY:

### ARTICLE INFORMATION

ACCESSION #:       08863350

PUBLICATION:       Journal of cataract and refractive surgery

DETAILS:           17(4):471-477 1991

AUTHOR:            NISHI O, NISHI K, SAKKA Y, SAKURABA T, MAED

TITLE:             INTERCAPSULAR CATARACT-SURGERY WITH
                   LENS EPITHELIAL-CELL REMOVAL .4. CAPSUL

### CUSTOMER INFORMATION

SPECIAL
INSTRUCTIONS:

COMPANY:           none

PATRON:            Sheryl Kane

PHONE:

FAX:

EMAIL:             sherylkane@gmail.com

ARIEL:             sherylkane@gmail.com

## REGULAR

19317265

The contents of the attached document are copyright works. Unless you have the permission of the copyright owner, the Copyright Licensing Agency Ltd. or another authorized licensing body, you may not copy, store in any electronic medium or otherwise reproduce or resell any of the content. even for internal purposes. except as may be allowed by law.

A1158

# Intercapsular cataract surgery with lens epithelial cell removal
## Part IV: Capsular fibrosis induced by poly(methyl methacrylate)

Okihiro Nishi, M.D., Kayo Nishi, M.D., Yuji Sakka, M.D., Tomoki Sakuraba, M.D., Shuji Maeda, M.D.

### ABSTRACT

Characteristic lens epithelial cell behavior in the pseudophakic eye was examined by comparing 30 eyes that had extracapsular cataract surgery by the intercapsular technique and posterior chamber intraocular lens (IOL) implantation with lens epithelial cell removal but without anterior capsule capsulectomy and nine aphakic eyes that had the same procedure but without posterior chamber lens implantation over a mean follow-up period of 30 and 23 months, respectively. Fibrous anterior capsule opacification was observed in 83% of the pseudophakic eyes in the area of contact with the IOL, while the region beyond the margin of the IOL remained transparent. Fibrous anterior capsular opacification was not noted in the aphakic eyes. This suggests that the IOL material, poly(methyl methacrylate), stimulates lens epithelial cells to undergo fibrous metaplasia and to produce collagen fibers. Various cytokines such as IL-1 and TGF-β synthesized by lens epithelial cells may play a crucial role as mediators in the process. We recommend that this effect be considered as a parameter of biocompatibility in developing and evaluating new biomaterials.

Key Words: anterior capsular opacification, fibrous metaplasia, lens epithelial cells, poly(methyl methacrylate)

Capsular bag fixation[1,2] of a posterior chamber intraocular lens (IOL) causes the least intraocular tissue damage among currently performed implantation techniques. Secure capsular bag fixation depends largely on preserving capsular integrity, including the zonules at attachments. If the anterior capsule is not removed, thus preserving capsular integrity significantly, better IOL fixation can be obtained.[3-5] However, increased complications caused specifically by residual lens epithelial cell proliferation, such as capsular opacification, IOL dislocation, and fibrin reaction,[6-9] may result.

We performed intercapsular cataract surgery without capsulorhexis, i.e., without removing the axial anterior capsule after IOL insertion, and removed lens epithelial cells[5] by ultrasound aspiration. Short-term observations revealed anterior capsular opacification in 20% of the eyes.[3]

In this paper, we report the long-term results of anterior capsular opacification and the characteristic postoperative behavior of lens epithelial cells in posterior chamber IOL implanted eyes.

## MATERIALS AND METHODS

*Intercapsular Cataract Surgery with Posterior Chamber IOL Implantation*

One eye of a 22-year-old patient with a juvenile cataract and 29 eyes with senile cataracts had

*From the Nishi Eye Hospital, Osaka, Japan (Nishi, Nishi), the Sakka Eye Clinic, Kitakyushu, Japan (Sakka), and the Hirosaki University School of Medicine, Hirosaki-shi, Japan (Sakuraba, Maeda).*

*Presented in part at the Third International Cataract, Microsurgical and Refractive Keratoplasty meeting, Fukuoka, Japan, May 1989, and at the 1st Interdisciplinary Symposium of Bionaterials in Ophthalmology, Bologna, Italy, September 1989.*

*Reprint requests to Okihiro Nishi, M.D., Nishi Eye Hospital, 4-14-26, Nakamichi, Higashinari-ku, Osaka 537, Japan.*

A1159

extracapsular cataract surgery by the intercapsular technique and posterior chamber IOL implantation between August 1986 and July 1987. The patients with senile cataracts ranged from 45 to 89 years of age, with a mean age of 64 ± 14 years.

A curvilinear anterior capsulotomy was performed and after nucleus and cortex removal the lens epithelial cells beneath the anterior capsule were removed by ultrasound aspiration.[5] The lens epithelial cells in the 12 o'clock region were not satisfactorily removed because of the technical difficulties involved in accessing this area. After a posterior chamber IOL was implanted, the anterior capsule was left in place. All IOLs were plano-convex posterior chamber lenses with modified C loops and were inserted with the convex side anterior.

The follow-up period was from 22 to 34 months with a mean of 30 ± 3 months. One 78-year-old patient with anterior capsular opacification who was observed for 12 months died 25 months postoperatively.

*Controls: Intercapsular Cataract Surgery Without Posterior Chamber IOL Implantation*

From among 13 patients who had the same procedure without posterior chamber IOL implantation, nine patients who had been followed for more than one year were selected as controls. They consisted of six eyes of diabetic patients with proliferative diabetic retinopathy (PDR) and three aphakic eyes of two children with congenital cataracts. In the PDR patients the capsule was left in place and the lens epithelial cells were removed by ultrasound aspiration. The cells in the 12-o'clock region in the upper anterior capsule flap above the capsulotomy could not be adequately removed. The ages of the patients ranged from 26 to 80 years with a mean of 58 ± 20 years. The mean follow-up period was 17.0 ± 2.8 months.

The procedure was originally performed to avoid ring-shaped capsular fibrosis, which is commonly seen in aphakic eyes, and to obtain better fundus visualization for treating PDR with vitrectomy and photocoagulation postoperatively.

The congenital cataract group consisted of a 12-year-old patient and a 10-month-old girl with two aphakic eyes who had endocapsular phacoemulsification with anterior capsule preservation. The follow-up period was 36 and 54 months, respectively. The mean follow-up period of all nine cases was 23.0 ± 15.0 months.

## RESULTS

*Intercapsular Cataract Surgery with Posterior Chamber IOL Implantation*

Anterior capsular opacification, anterior capsule

shrinkage, and posterior synechia were the main postoperative complications. Anterior capsular opacification (Figures 1 and 2) was seen in 25 of



Fig. 1.   (Nishi) Anterior capsular opacification in the pseudophakic eye of a 61-year-old male 24 months after intercapsular cataract surgery with lens epithelial cell removal. The anterior capsule was not removed after implant insertion. Anterior capsular fibrosis is seen only in the area facing the posterior chamber lens optic. The area outside the optic is clear. Note the distinct transition in the anterior capsule from clear to fibrously opacified on the posterior chamber lens optic. A YAG anterior capsulotomy is seen in the middle.



Fig. 2A.   (Nishi) Anterior capsular fibrosis in the pseudophakic eye of a 54-year-old male 28 months after having the same procedure as the patient in Figure 1. The anterior capsule is preserved. The YAG anterior capsulotomy site is in the middle. The posterior chamber lens is very well encapsulated. Note that fibrous opacification is limited to the area in contact with the posterior chamber lens optic (arrow). Note also that this opacity surrounded the lens edge posteriorly. There is slight posterior capsular opacification.

A1160



Fig. 2B.   (Nishi) Gross view of eye in Figure 2A.

Table 1. Postoperative complications of intercapsular cataract surgery with lens epithelial cell removal without capsulorhexis (capsule in place) in 30 eyes.

| Complication | Number of Eyes | Percentage |
|---|---|---|
| Total numbers with anterior capsular opacification | 25 | 83 |
| (YAG capsulotomy) | ( 12 | 40 ) |
| Without "pea podding" | 14 | 47 |
| With "pea podding" | 11 | 36 |
| Posterior synechia | 6 | 20 |
| Posterior capsule opacification | 0 | 0 |

30 eyes (83%) and posterior synechia was seen in six eyes (20%) in the mean follow-up period of 16 months.[3] Twelve eyes (40%) had anterior capsulotomy by YAG laser.

In the 25 eyes with anterior capsular opacification, the posterior chamber IOLs were well encapsulated in 14 eyes, but anterior capsule shrinkage, producing a "pea podding" effect (a condition in which the anterior capsule edge is shrunken below the center of the IOL), was seen in 11 eyes (37%). Initially thin central opacification was seen in the anterior capsule of a few of the eyes with pea podding[3]; later relatively dense fibrous opacification developed in all eyes with pea podding.

Posterior synechia occurred in six eyes (20%). It was always seen at a wide, lifted anterior capsule edge or on an area near the edge.

In five cases the anterior capsule remained clear and the posterior chamber lens was well encapsulated.

Postoperative posterior capsular opacification consisted exclusively of fine fibrosis. The fibrosis rarely extended to the center of the capsule, which remained axially clear so there was no clinically significant posterior capsular opacification impairing visual acuity and requiring a YAG laser capsulotomy. Table 1 shows the results for all 30 eyes.

Anterior capsular opacification characteristically appeared as a fine fibrosis that was distributed unequally, having areas that were speckled and undulated. The density of the opacification varied irregularly. Opacification was exclusively observed in the area of potential contact with the posterior chamber IOL and its polyvinylidene fluoride haptics (Figures 1 and 2). The patients rarely complained of blurred vision since in many instances they had 20/20 acuity. Opacification usually began in the peripheral area, at the edge of the posterior chamber

IOL, and moved toward the center, becoming increasingly opaque with time. However, at the same time the middle field of the capsule opacified sporadically and irregularly in many cases. Those areas that opacified early were in closest contact with the posterior chamber IOL surface. The closeness of contact determined the degree of opacification and its appearance over time. The haptics were also surrounded by fibrous tissue. The capsular area outside the IOL was clear, with no fibrous opacification, so the relatively clear peripheral area changed suddenly and distinctly to a disc-shaped fibrous opaque area corresponding to the posterior chamber IOL (Figures 1 and 2). The upper anterior capsular edges, corresponding to the capsulotomy, were rolled somewhat outward and lifted from the IOL surface. They were not fibrously opacified but remained crystal clear (Figure 3).



Fig. 3.   (Nishi) Anterior capsular opacification in the pseudophakic eye of a 76-year-old male 28 months postoperatively. Note that the upper anterior capsule edge has rolled up, lifted from the posterior chamber lens, and is transparent.

A1161





Fig. 4A.   (Nishi) Clear anterior capsule in the aphakic eye of a 64-year-old female 16 months after intercapsular cataract surgery with lens epithelial cell removal. The anterior capsule was preserved and no IOL was implanted. Slight cell migration and fine fibrosis is located not in the anterior capsule but in the formed posterior capsule folds.

Fig. 4B.   (Nishi) Figure 4A in retroillumination. Slight fibrosis corresponding to the upper linear anterior capsulotomy is visible. The anterior capsule is otherwise clear and shows no fibrosis.

A few areas that looked like Elschnig pearls were seen in the equatorial capsular bag region, forming a Soemmering's ring. They were impeded by the optic's edge because the posterior chamber IOL was tightly encapsulated and in close contact with the posterior capsule.

### Intercapsular Cataract Surgery Without Posterior Chamber Lens Implantation

In all six eyes with proliferative diabetic retinopathy, the anterior capsule was clear and showed no fibrosis within the pupillary area (Figure 4A). In two of the six eyes, fibrosis was observed only at the upper linear anterior capsulotomy site, adhering to the posterior capsule (Figure 4B). In the other four eyes, the pupil could not be dilated sufficiently to observe the peripheral area, where the capsulotomy was performed. Some eyes had a few folds in the posterior capsule. Slight cell migration and/or fine fibrosis was observed in these folds. Otherwise the posterior capsule was also clear.

In three eyes with congenital cataracts the anterior as well as the posterior capsule was clear and showed no fibrosis except at the upper anterior capsulotomy site (Figure 5).

In all nine eyes, the anterior and posterior capsules generally adhered tightly, particularly within the dilated pupillary area. In the equatorial region, when pupils could be dilated sufficiently for observation, areas of regenerated lens cells were occasionally observed. In eyes with congenital cataracts, the extent of lens regeneration had increased, forming a Soemmering's ring that never reached the central area (Figure 5).

## DISCUSSION

Lens epithelial cells beneath the anterior capsule can be effectively removed by ultrasound aspiration except in the pre-equatorial region hidden by the iris, which must be treated blindly.[5] Some residual lens epithelial cells may therefore remain in situ. The very fine, thin fibrous opacification of the anterior capsule seen in pseudophakic eyes is considered to originate from these residual lens epithelial cells in the pre-equatorial region.



Fig. 5.   (Nishi) Clear anterior capsule in the aphakic eye of a 5-year-old female with congenital cataract 54 months after endocapsular phacoemulsification with preserved anterior capsule. The fibrosis is seen only at the upper anterior capsulotomy site. The cloudiness in the under region is not capsular fibrosis but lens regeneration in the capsular bag.

A1162

Fibrous anterior capsular opacification was seen only within the capsular area facing the front surface of the posterior chamber IOL optic and haptics, whereas the peripheral region beyond the lens, including the pre-equatorial region of the anterior capsule, was clear (Figures 1 and 2). The same findings are reported after endocapsular cataract surgery with complete in-the-bag IOL implantation,[4] and specular microscopy has confirmed that lens epithelial cells in the clear peripheral area outside the IOL have a normal polygonal structure and show no fibrous proliferation.[10]

An aphakic eye develops capsular opacification after extracapsular cataract extraction in two ways: (1) pre-equatorial residual lens epithelial cells undergo mitosis postoperatively and migrate on the posterior capsule, becoming lens fiber cells that degenerate to Elschnig pearls; (2) lens epithelial cells at the anterior capsular margin are traumatized by the capsulotomy, proliferate, and produce collagen fibers in the form of a fibrous metaplasia that induces fibrosis along the posterior capsule contact surface.[11,12]

These clinical postoperative findings and the proliferation of the lens epithelial cells are characteristic of all types of cataracts regardless of the patient's age or underlying disorder.

The preserved anterior capsule in the non-implanted control group showed no capsular fibrosis except at the upper curvilinear anterior capsulotomy site where the traumatized lens epithelial cells that could not be satisfactorily removed were located. This coincides with the common appearance of the eye after extracapsular cataract surgery in which the anterior capsule is clear except for a ring-shaped capsular fibrosis, corresponding to the capsulotomy.

The pseudophakic eyes and the aphakic control eyes had the same cataract surgical procedure. The former group had a high incidence of characteristic anterior capsular fibrosis and the latter, no fibrosis in any case. This strongly suggests that the poly(methyl methacrylate) (PMMA) optic stimulated the lens epithelial cells to change into fibroblast-like cells, to proliferate, and to produce collagen fibers in the form of fibrous metaplasia whenever they were in close or direct contact.

In the present study, the differences between the two groups of patients was not considered to affect this interpretation, since the lens epithelial cells of diabetics showed no remarkable postoperative features. Capsular opacification from lens epithelial cells in diabetic patients was clinically similar to that in nondiabetic patients. The fibrous proliferation and mitosis in these two groups were considered to be similar.

We believe the mechanism for the observations reported in this paper is that residual lens epithelial cells in the pre-equatorial region that are unaffected by ultrasound aspiration undergo mitosis beneath the anterior capsule, showing normal polygonal structure and no fibrous opacification. They migrate centrally and onto the PMMA optic. This structure acts as a scaffold for the lens epithelial cells to undergo fibrous metaplasia, produce collagen fibers, and result in typical anterior capsular opacification. There was no opacification on the upper capsule edge, which was rolled somewhat outward and lifted from the posterior chamber lens, since there was no anterior capsule PMMA contact (Figure 6).

We also noted these characteristic findings with anterior capsular opacification in many pseudophakic eyes in which the anterior capsule was removed. As shown in Figure 7, when the posterior chamber IOL is fixated in the capsular bag after circular capsulorhexis, anterior capsular opacification is present only in the area in potential contact



Fig. 6. (Nishi) Schematic representation of proliferation of residual epithelial cells in a posterior-chamber-lens implanted-capsular bag in intercapsular cataract surgery with lens epithelial cell removal, without capsulorhexis (capsule in place). Residual epithelial cells have undergone mitosis under the anterior capsule at the pre-equatorial zone and have extended toward the center. Once the cells touch the posterior chamber lens they undergo fibrous metaplasia and produce collagen fibers in typical anterior capsular opacification. The anterior capsule edge, lifted from the posterior chamber lens, remains transparent, and the fibrosis ends on the posterior chamber lens.



Fig. 7. (Nishi) Localized anterior capsular fibrosis in a pseudophakic eye. The posterior chamber lens is firmly fixated in the capsular bag after circular capsulorhexis. Fibrosis is seen only in the area facing the posterior chamber lens. The capsule outside the lens is clear, with no fibrosis.

with the posterior chamber lens, i.e., the inner surface of the anterior capsule with the lens epithelial cells.

Some studies suggest that PMMA optics promote the development of fibrous metaplasia. Animal lens epithelial cells proliferate in collagen gel or on plastic extracellular matrices and produce different collagen fibers than in vivo.[13-15] In their study of in-vitro rabbit lens epithelium, Santos and co-authors[16,17] suggested that extracellular fibrils observed beneath the PMMA optic might be a manifestation of myofibroblastic metaplasia. Thus, lens epithelial cells form Soemmering's ring or Elschnig pearls when they are not traumatized or do not come in close contact with PMMA in a posterior chamber IOL implanted eye.

Some cytokines seem to be responsible for the fibrous metaplasia induced by PMMA. In our recent research[18,19] we detected significant amounts of prostaglandin $E_2$ ($PGE_2$) and interleukin-1$\alpha$ (IL-1$\alpha$) in the incubation media of human lens epithelial cell culture when lens epithelial cells underwent fibroblast-like cell change on exposure to the well plastic. We further showed[18] as evidence of in vivo synthesis of these mediators that the blood aqueous barrier was disrupted when lens epithelial cells at the capsular margin in posterior chamber lens implanted eyes underwent fibrous metaplasia.

IL-1 is a cytokine, which is the general term for a group of peptide mediators that function as up and down regulators of immunologic, inflammatory, and reparative host responses to an injury.[20] It is known to stimulate epithelial cells to proliferate and to produce collagen.[20] It also increases $PGE_2$ syn-

thesis by activating the enzymes in the arachidonic acid cascade.[20]

We therefore think that IL-1$\alpha$ was produced by the lens epithelial cells when they came into contact with PMMA. It stimulated those lens epithelial cells autocrinelly to produce collagen. Other cytokines such as TGF-$\beta$ may be produced by lens epithelial cells and participate in the process of fibrous metaplasia. Figure 8 shows the possible pathogenesis of fibrous metaplasia of residual lens epithelial cells schematically.

Since fibrous metaplasia may be induced by IL-1$\alpha$ and IL-1$\alpha$ induces $PGE_2$ synthesis, which disrupts the blood aqueous barrier, the fibrous metaplasia will be an important indicator of postoperative inflammatory response. This subject will be discussed in a separate paper.

The selective effect of PMMA on lens epithelial cells, in addition to the well-known Elschnig pearls and fibrosis in aphakic eyes after extracapsular surgery, is important in explaining the pathogenesis of various postoperative complications caused specifically by lens epithelial cell proliferation, such as posterior capsular opacification and IOL dislocation, as well as fibrin reaction in IOL implanted eyes.

Fibrous opacification did not reach the center of the posterior capsule so no clinically significant opacification was seen when compared to the high incidence of anterior capsular opacification (83%). This may be because the residual lens epithelial cells could not migrate along the posterior capsule, whereas they were already present beneath the



Fig. 8. (Nishi) Possible pathogenesis of capsular fibrosis from fibrous metaplasia of residual lens epithelial cells after cataract surgery. LEC = lens epithelial cells; $PGE_2$ = prostaglandin $E_2$; BAB = blood aqueous barrier.

A1164

anterior capsule and could easily migrate centrally beneath it. We postulate that they were stopped from extending along the posterior capsule at the lens capsule equator since they had to make a steep turn in an inverted direction where the lens capsule is duplicated after surgery. As a result, the lens epithelial cells could not proliferate regularly in a row at the posterior equatorial corners and accumulated at the IOL edge, forming a Soemmering's ring (Figure 6). Even if the cells did migrate posteriorly, despite the obstacles to anatomical migration and the optic edge barrier, they would not come into close contact with the PMMA since the IOL is inserted with its plano surface posterior. Our observation that the early significant opacification of the anterior capsule area was always associated with close contact of the anterior capsule to the posterior chamber IOL surface supports this concept.

Since pea podding is also caused by anterior capsule shrinkage because of fibrous proliferation of residual lens epithelial cells beneath it, we consider it an extension of anterior capsular opacification. It was found in 25 of 30 eyes (83%) in the three year follow-up period. This finding indicates that the axial anterior capsule should also be removed in intercapsular cataract surgery with posterior chamber lens implantation despite thorough removal of residual lens epithelial cells.

If an IOL material that does not act as an extracellular matrix for lens epithelial cells to form fibrous metaplasia is developed, anterior capsular opacification and fibrosis of the posterior capsule may not occur as evidenced in this study in the clear peripheral area outside the posterior chamber lens and the clear area at the rolled capsular edge that was not attached to the PMMA optic. Consequently, in developing a new biomaterial for IOLs, lens epithelial cell biocompatibility should be considered.

## REFERENCES

1. Apple DJ, Mamalis N, Reidy JJ, et al. A comparison of ciliary sulcus and capsular bag fixation of posterior chamber intraocular lenses. Am Intra-Ocular Implant Soc J 1985; 11: 44-63

2. Miyake K, Asakura M, Kobayashi H. Effect of intraocular lens fixation on the blood-aqueous barrier. Am J Ophthalmol 1984; 98:451-455

3. Nishi O. Intercapsular cataract surgery with lens epithelial cell removal. Part I: Without capsulorhexis. J Cataract Refract Surg 1989; 15:297-300

4. Hara T, Hara T. Clinical results of endocapsular phacoemulsification and complete in-the-bag intraocular lens fixation. J Cataract Refract Surg 1987; 13:279-286

5. Nishi O. Removal of lens epithelial cells by ultrasound in endocapsular cataract surgery. Ophthalmic Surg 1987; 18: 577-580

6. Nishi O. Fibrinous membrane formation on the posterior chamber lens during the early postoperative period. J Cataract Refract Surg 1988; 14:73-77

7. Nishi O, Nishi K. Fibrin reaction following posterior chamber lens implantation. Implants Ophthalmol 1988; 2: 216-220

8. Nishi O. Intercapsular cataract surgery with lens epithelial cell removal. Part II: Effect on prevention of fibrinous reaction. J Cataract Refract Surg 1989; 15:301-303

9. Miyake K, Maekubo K, Miyake Y, Nishi O. Pupillary fibrin membrane. A frequent early complication after posterior chamber lens implantation in Japan. Ophthalmology 1989; 96:1228-1233

10. Hara T, Hara T, Kojima M, et al. Specular microscopy of the anterior lens capsule after endocapsular lens implantation. J Cataract Refract Surg 1988; 14:533-540

11. Cobo LM, Ohsawa E, Chandler D, et al. Pathogenesis of capsular opacification after extracapsular cataract extraction; an animal model. Ophthalmology 1984; 91:857-863

12. Naumann GOH, Apple DJ. Pathologie des Auges. Berlin, Springer Verlag, 1980; 507-510

13. Greenberg G, Hay ED. Cytodifferentiation and tissue phenotype change during transformation of embryonic lens epithelium to mesenchyme-like cells in vitro. Dev Biol 1986; 115:363-379

14. Hughes RC, Laurent M, Lonchampt MO, Courtois Y. Lens glycoproteins: Biosynthesis in cultured epithelial cells of bovine lens. Eur J Biochem 1975; 52:143-155

15. Laurent M, Kern P, Courtois Y, Regnault F. Synthesis of types I, III and IV collagen by bovine lens epithelial cells in long-term culture. Exp Cell Res 1981; 134:23-31

16. Santos BA, DelMonte MA, Pastora R, O'Donnell FE. Lens epithelial inhibition by PMMA optic: Implications for lens design. J Cataract Refract Surg 1986; 12:23-26

17. Santos BA, DelMonte MA, Pastora R, O'Donnell FE Jr. Comparative study of the effects of optic design on lens epithelium in vitro. J Cataract Refract Surg 1987; 13: 127-130

18. Nishi O, Nishi K. Fibrin reaction and its cause; prostaglandin $E_2$-synthesis by residual lens epithelial cells. In press, Dev Ophthalmol

19. Nishi K, Nishi O. Synthesis of interleukin-1 alpha by human lens epithelial cells. Atarashii Ganka 1990; 7:1539-1542

20. Oppenheim JJ, Ruscetti FW, Faltynek C. Cytokines. In: Stites DP, Terr AI, eds. Basic Human Immunology. East Norwalk, CT, Appleton & Lange, 1991; chap 7, 78-100

A1165



*Biomaterials* 16 (1995) 641–648
© 1995 Elsevier Science Limited
Printed in Great Britain. All rights reserved
0142-9612/95/$10.00

# Cell attachment to laser-induced AAm- and HEMA-grafted ethylene–propylene rubber as biomaterial: *in vivo* study

H. Mirzadeh*, A.A. Katbab†, M.T. Khorasani*, R.P. Burford‡, E. Gorgin¶ and A. Golestani§

*Polymer Research Center of Iran, PO Box 14185/515 Tehran, Iran; †Department of Polymer Engineering, Amirkabir University, Tehran, Iran; ‡Department of Polymer Science, University of New South Wales, Sydney, Australia 2052; ¶Faculty of Veterinary Medicine of Tehran University Tehran, Iran; §Institute of Biochemistry and Biophysics, University of Tehran, Iran*

With the purpose of improved tissue compatibility, ethylene–propylene rubber (EPR)-based vulcanizates have been surface grafted with acrylamide (AAm) and 2-hydroxyethyl methacrylate (HEMA) using $CO_2$-pulsed laser as excitation source. Grafted surfaces were characterized by performing scanning electron microscopy combined with energy dispersive X-ray analysis and attenuated total reflectance infrared spectroscopy to study the surface morphology and grafting. Surface hydrophilicity (measured by water drop contact angle) increased for the grafted samples. Fractal type of morphology is formed by the grafted poly(AAm) and poly(HEMA) chains on the surface of EPR, which provides both hydrophilic and hydrophobic sites. *In vivo* tissue compatibility was assessed by implanting test samples in the deep intramuscular and peritoneal layers of rabbits. After 8 weeks of implantation, comparative results indicate that the adhesion of macrophages to EPR samples modified with AAm and HEMA, with no respiratory burst and cellular damage, is significantly lower than their adhesion on unmodified surfaces which show an activated state of the attached macrophages. Also, no acute or chronic inflammatory reaction was observed at the site of implantation and a thinner fibrous tissue capsule formed around the modified samples, whereas foreign body giant cells adhered to unmodified EPR.

*Keywords: Cell attachment, macrophages, acrylamide, 2-hydroxyethyl methacrylate, laser grafting*

Received 5 August 1994; accepted 15 September 1994

Polymeric materials are widely used as biomaterials in both medical and pharmaceutical applications, which range from a variety of implants or other supporting materials such as vascular grafts, artificial hearts and intraocular lenses[1,2]. All biomaterials must meet certain criteria and regularity requirements before they can be qualified for use in medical applications. These include mechanical properties for the intended function, bioresistivity, tissue compatibility and minimum adverse biological responses[1–3].

It is very difficult to assess tissue responses to various implants due to the wide variation in experimental protocols. However, there are several methods of assessing the biocompatibility of an implanted material. Cell attachment to the implanted material plays an important role in determining tissue compatibility and many results have been published dealing with cell–polymer interactions[4–6]. The influence of surface hydrophilicity on cell adhesion is discussed for a series of hydrophilic–hydrophobic copolymers by

Horbett et al.[7]. It has been suggested that the oxidative response of macrophages to biomaterial could be used as a test for biocompatibility[8–10]. The macrophage is the eminent cell for use in *in vivo* and *in vitro* biocompatibility testing, as this cell plays a major role in inflammatory response to foreign bodies[11–15]. It has been suggested that a biomaterial which has a high affinity for macrophage binding would be expected to activate and be considered unsuitable for implantation[8,9]. Giridhar et al.[8] showed that the degree of adherence of macrophages on biomaterials and any associated oxidative burst or activation can be used as indices for screening biomaterials for tissue compatibility. However, cell–polymer interactions are believed to be mainly dependent upon the physical and chemical properties of the material surface[16–18], surface free energy[19], microstructure, rigidity[20], hydrophilicity[21] and hydrophobic–hydrophobic ratio[21,22].

The thickness of the capsules around the specimens was also considered an important parameter in the estimation of tissue compatibility. Polymers implanted in tissues always generate a response; the major

Correspondence to Dr H. Mirzadeh.

reactions encountered with a material implanted in soft tissue or in contact with blood are inflammatory and foreign body reactions and thrombus formation, which may be induced chemically or physically[1,23–25]. If the foreign body reaction to a polymeric material in soft tissue is a mild inflammatory response, healing occurs rapidly and the implant then performs effectively. In long-term implantation, the formation of a fibrous sheath, a fibrous capsule and/or pseudo membranes may occur[2]. The difference between thin and thick capsules corresponds to reasonable and bad tissue compatibility, respectively[26].

The degree of tissue responses varies according to both the physical and chemical nature of implants[1]. If the implant is either a chemical or a physical irritant to the surrounding tissue, then inflammation occurs at the implant site and polymorphonuclear leucocytes appear near the implanted sample followed by the macrophages called foreign body giant cells[1]. Biomaterial surfaces are believed to play an important role in determining their biocompatibility and one has to understand the interactions between materials and the living system[2]. Therefore, surface modification of polymers has attracted considerable attention in the last two decade to enhance their biocompatibility.

Poly(2-hydroxyethyl methacrylate) (poly(HEMA)) and poly(acryl-amide) (poly(AAm)) are known as hydrogels with high hydrophilicity and good biomedical properties[27,28]. However, their main disadvantage is weak mechanical properties when swollen in water, so an alternative is to graft polar monomers such as acrylamide (AAm) and 2-hydroxyethyl methacrylate (HEMA) onto non-polar polymer substrates with good mechanical properties to improve tissue and blood compatibility[29–33].

In the present work, vulcanized samples based on ethylene–propylene rubber (EPR) have been surface grafted with AAm and HEMA using a $CO_2$-pulsed laser. The modified samples were implanted in the deep intramuscular and peritoneal layers of albino rabbits of a European breed to study the tissue response against them. No work on implantation with laser-modified substrates has, to our knowledge, previously been reported.

## MATERIALS AND METHODS

Raw EPR (Vistalon 808[®]) obtained from Exxon Chemical Ltd (Brussels, Belgium) was vulcanized into sheets of 0.3 mm thickness according to the procedure reported in the paper published by the same authors[31]. Extracted, dried films of dimensions $30 \times 10$ mm$^2$ which had been surface modified with AAm and HEMA (Aldrich Chemical, Gillingham, UK) by the use of a $CO_2$-pulsed laser according to previously published procedure[31,33], with various graft levels and different surface morphology, were used for implantation processes.

### Water compatibility measurement

Hydrophilicity and the percentage water uptake of the samples was evaluated by measuring the static water drop contact angle ($\theta$) and the equilibrium water content (EWC) by the change in weight of grafted samples kept in warm distilled water respectively[31]. All contact angles ($\theta$) and percentage EWC are the means of three determinations.

### Surface characterization

To characterize the surface of modified samples before being implanted, attenuated total reflectance – infrared spectroscopy (ATR–IR) with KRS-5 prism and incident angle of 45° was performed using Brucker-88 spectroscopy. A Cambridge scanning electron microscopy (SEM) model S-36 (10 kV and tilt = 0°) combined with an energy dispersive X-ray analyser (EDXA) having a thin beryllium and AN-10,000 EDXA unit (EHT = 6 kV) was employed to study the surface morphology and analysis of the graft.

### In vivo experiment

A number of albino rabbits of a European breed were chosen for implantation of different modified samples in various tissues and their vital reactions with these tissues have been studied. All rabbits were kept in an isolated area and vaccinated against all bacterial and viral diseases and also zoonosis disease, and were given anthelmintic drugs (Ketrax[®] (levamizol), ICI, Droncit-Bayer, Germany). After 20 d quarantine, they were weighed and blood samples were collected from their marginal ear veins for analysis, and their general status, heart and lung condition data were collected.

Areas of each rabbit selected for surgery were shaven and disinfected by Betadine[®] (povidone iodine, Mundi Pharma, Basle, Switzerland) several times. General anaesthesia was given using a mixture of acepromazine (0.5 mg per kg body weight Calmivet, [®] Phenix-Pharmaceutical, AZ, USA) and ketamine (Ketalar[®], 15 mg per kg body weight, Park-Davis, Ontario, Canada). After redisinfection, samples were implanted in the deep intramuscular and peritoneal layers of rabbits.

Before implantation, the samples were carefully sterilized and weighed to five decimal points, and were fixed in the loci of implantation by absorbable catgut (Vicril[®], Ethicon, UK), muscles were stitched using catgutchromic type sutures (Astra[®], Ethicon, UK) and skin was sutured with double zero silk (Ethicon, UK).

The loci were disinfected and redressed twice a day. Trimetoprim and sulphadiazine (co-trimoxazol from Roche, Basle, Switzerland) was used for prophylaxis by subcutaneous injection (10 mg per kg body weight). Stitches were removed after 10 d without complications. After 8 wk, under general anaesthesia, samples and their connected tissues were removed from each rabbit, and fixed in formaldehyde (Merck, Vienna, Austria) for pathological studies.

In some experiments samples were fixed in the body with non-absorbable monofilament threads (Dr Hammer and Co. GmbH, Hamburg, Germany) and after 8 wk were removed and kept first in alcohol (for dehydration) and then in liquid nitrogen for pathological studies. For this purpose, the samples were fixed with 2.5% v/v glutaraldehyde (Polysciences, Warring-

ton, PA, USA) in 0.1 M cacodylate-buffered solution, pH 7.4, for 30 min and washed again with cacodylate-buffered solution, followed by dehydration through a graded ethanol series. Samples were then dried in a vacuum desiccator for 1 h and sputter coated with gold for examination by a Cambridge S-360 SEM at 10 kV.

## RESULTS AND DISCUSSION

### Surface grafting

Examples of attenuated total reflectance–Fourier transform infrared (ATR–FTIR) spectra of EPR surfaces grafted with AAm and HEMA are presented in *Figure 1a, b*. The characteristic absorption bands of AAm and HEMA appearing at 1609–1673 cm$^{-1}$ and 1722 cm$^{-1}$ correspond to the grafted carbonyl groups of AAm and HEMA respectively. Comparison of these spectra with that of the unmodified one gives evidence for the presence of grafted poly(AAm) and poly(HEMA) on the modified surfaces.

The change in hydrophilicity and percentage water uptake of EPR surface with grafting is also shown in *Table 1* and *Figure 2*. It is seen that the surface wettabil-

**Table 1** Graft levels and the relevant contact angles and percentage water contents of acrylamide (AAm) and 2-hydroxyethyl methacrylate (HEMA)-grafted ethylene–propylene rubber (EPR) samples*

| EPR samples | Graft level (mg cm$^{-2}$) | Contact angle ($\theta$) (degrees) | Water content (%) |
|---|---|---|---|
| Unmodified | 0 | 89 | 0.2 |
| AAm-g-EPR | 0.2 | 83 | 33 |
| AAm-g-EPR | 0.3 | 78 | 45 |
| AAm-g-EPR | 0.6 | 70 | 60 |
| AAm-g-EPR | 1 | 60 | 77 |
| AAm-g-EPR | 1.2 | 58 | 80 |
| HEMA-g-EPR | 0 | 89 | 0.2 |
| HEMA-g-EPR | 0.2 | 80 | 20 |
| HEMA-g-EPR | 0.3 | 73 | 26 |
| HEMA-g-EPR | 0.6 | 63 | 37 |
| HEMA-g-EPR | 0.7 | 58 | 40 |
| HEMA-g-EPR | 1.3 | 42 | 39 |

*All contact angles ($\theta$) and percentage equilibrium water contents are the means of three determinations.

ity of EPR has improved upon grafting. The degree of water absorbed by the grafted samples increases up to a graft density of 1.5 mg cm$^{-2}$, after which water uptake decreases. This is consistent with the increase in surface water contact angle shown in *Table 1*. In other words, above 1.5 mg cm$^{-2}$ not only water compatibility of both HEMA- and AAm-grafted samples decreases (contact angle increases), but diffusion of water molecules into the bulk of the samples becomes more difficult as the more hydrophilic AAm or HEMA chains are incorporated onto the surface. Fujimoto et al.[34] have also reported a non-linear trend for the contact angle vs graft degree for AAm-grafted polyurethane films. They showed that the contact angle of AAm-grafted polyurethane samples decreased as the graft level increased and then slightly increases, probably because of a thick hydrated layer existing at the interface between the grafted surface and water. In *Figure 3a, b*, typical SEM photomicrographs of AAm- and HEMA-modified EPR samples are also demonstrated and compared with unmodified EPR



a



b

**Figure 1**  a, Attenuated total reflectance Fourier transform infrared spectrum for acrylamide-grafted and b, 2-hydroxyethyl methacrylate-grafted ethylene–propylene rubber samples: (1) unmodified, (2) modified.



**Figure 2**  Dependence of percentage water uptake of the ethylene–propylene rubber (EPR) samples upon graft level: **A**, acrylamide (AAm)-grafted; **B**, 2-hydroxyethyl methacrylate (HEMA)-grafted EPR. Error bars are ± one standard deviation of three replicates from a single experiment.

**MEM1: Modified EPR**

| Windows label | Start (keV) | End (keV) | Width chains | Gross integral | Net integral | EFF. factor | % total |
|---|---|---|---|---|---|---|---|
| C | 0.17 | 0.33 | 17 | 3704 | 2489 | 0.79 | 73.37 |
| N | 0.34 | 0.44 | 11 | 1083 | 93 | 3.42 | 11.88 |
| O | 0.45 | 0.58 | 14 | 1322 | 377 | 1.05 | 14.75 |







**d**

**MEM1: EPR unmodified EHTG (GR205)**

| Window label | Start (keV) | End (keV) | Width chains | Gross integral | Net integral | EFF. factor | % total |
|---|---|---|---|---|---|---|---|
| C | 0.17 | 0.33 | 17 | 9856 | 7655 | 0.79 | 95.66 |
| N | 0.34 | 0.44 | 11 | 836 | −6 | 3.42 | −0.30 |
| O | 0.45 | 0.58 | 14 | 1071 | 280 | 1.05 | 4.64 |







**e**

**Figure 3**  Scanning electron micrographs of ethylene–propylene rubber (EPR) grafted by $CO_2$-pulsed laser: **a**, acrylamide (AAm) modified; **b**, 2-hydroxyethyl methacrylate-grafted; **c**, unmodified. Energy dispersive X-ray analysis (EDXA) of **d**, AAm-grafted EPR; **e**, unmodified EPR.

(*Figure 3c*). It can be seen that the grafted poly(AAm) and poly(HEMA) chains form a fractal type of morphology, which might be attributed to the agglomerating behaviour of poly(AAm) and poly(HEMA) chains[31,33,35]. An EDXA trace of the AAm-grafted sample (*Figure 3d*) is compared with the unmodified EPR (*Figure 3e*). These results show a higher percentage of oxygen and nitrogen on the surface of modified EPR. It is apparent from *Figure 3d* and the water contact angle data, as well as the equilibrium water contents presented in *Table 1* and *Figure 2*, that the surface grafting has changed the surface chemistry of the hydrophobic EPR samples compared with unmodified EPR.

The point which should be mentioned is the presence of unmodified (hydrophobic) areas on the surface of both AAM- and HEMA-modified samples. More information has been reported previously by the same authors[31-33].

## Cell adhesion and growth on the surface of implanted modified EPR

The site and processes of EPR sample implantation in rabbits are demonstrated in *Figure 4a-d*. Fixed and dried implanted samples were sputter-coated with gold to determine *in vivo* adhesion and spreading of macrophages attached on the surface of specimens by SEM. As can be seen in *Figure 5a,b*, the shape and size of the fractals formed by the grafted poly(AAm) chains on the surface of EPR have remained intact after 8 wk implantation. Also, results indicated more macrophages attached onto unmodified surfaces, with a greater degree of spreading, than on modified EPR (*Figure 6*). Macrophages on the unmodified EPR display pronounced ruffling of the plasma membrane, an increased capacity for adherence and spreading on the surface, and an increased number of extensive filopodia. Moreover, we found that the macrophages attached onto the surface of modified samples (*Figure 5a*) appeared rounded, with minimal cytoplasmic spreading and ruffling. No respiratory burst on the few macrophages attached to the surface of grafted sample was observed. These results confirm the earlier report by Barth *et al.*[9] that macrophages strongly adhere to poly(methyl methacrylate) and elicit a high oxidative response. However, about half as many macrophages bound to titanium metal and no oxidative burst occurred. They suggest that these observations reflect poor tissue compatibility and comparatively satisfactory biocompatibility of titanium. Also, Anderson[11] and Zimmerli *et al.*[14] showed that exposure of macrophages to various biomaterials alters the physiology and biochemistry of



**Figure 4**   **a**, Site of implantation; **b**, implantation of acrylamide (AAm)-modified ethylene–propylene rubber (EPR) in rabbit; removal of: **c**, the AAm-modified implant after 8 wk; **d**, unmodified EPR. Note the thickness of the surrounded capsule and compare **c** and **d**.

A1170









**Figure 5** a, Scanning electron micrograph of implanted acrylamide-grafted ethylene–propylene rubber (graft level = 0.8 mg cm$^{-2}$); no change in surface morphology was observed and the macrophages attached to the modified surface showed no respiratory burst and activated state after 8 wk implantation; b, enlargement of a.

**Figure 6** a, Scanning electron micrograph of implanted unmodified ethylene–propylene rubber in the activated state; attachment by macrophages has occurred and giant cells formed connective and granulated tissue after 8 wk implantation; b, enlargement of a.

the macrophages. Tanzawa *et al.*[6] reported that the influence of surface properties on implant biocompatibility is directly related to and governed by the cell surface interaction[6]. Peluso *et al.*[36] found that activation of macrophages seems to depend upon the physical and chemical surface characteristics of the biomaterial. Based on our observations and the above-mentioned reports, we conclude that improved laser-treated EPR has more tissue compatibility compared with the unmodified control.

### *In vivo* tissue compatibility evaluation

*Figure 4c, d* demonstrates the difference in the thickness of the adhering cells and capsules for the unmodified EPR sample and the one modified with AAm (0.8 mg cm$^{-2}$, graft level) after 8 wk implantation in rabbit. As can be seen, the unmodified specimen (*Figure 4d*) is surrounded by a thick and giant capsule which indicates bad tissue compatibility, while in the case of the modified sample the capsule was quite thin which shows improved tissue compatibility (*Figure 4c*).

The fibrous tissue capsules adhering to the surface of unmodified sample could not be easily separated and

the thickness of the adhering cellular layer was about 43 $\mu$m after 8 wk implantation, but the layer adhered to the surface of the AAm-grafted sample (0.8 mg cm$^{-2}$, graft level) and had a mean thickness of 5 $\mu$m (all the thicknesses are the means of five determinations). No acute or chronic inflammatory reaction and no fibrotic encapsulation was observed on the site of implantation and no surface corrosion or weight loss was observed for the implanted AAm-grafted EPR samples. The same trend was also observed for the HEMA-modified samples with comparable graft level. In support of our data, other workers have reported different *in vivo* and *in vitro* responses to AAm- and HEMA-grafted polymer, depending on the graft level[26–30]. Fischer *et al.*[26] observed that the thinner the capsule adhering to and surrounding the sample, the higher will be the tissue compatibility of the HEMA-grafted polypropylene. Park and Lakes[1] have shown that the tissue response to an 'inert' and biocompatible material is very much like normal wound healing: no foreign body giant cells appear and a thin fibrous capsule is formed. They have also reported that in response to irritant materials, foreign body giant cells appear and an inflammatory response is evoked with

the formation of a thick capsule. According to their view, if the implant is chemically and physically inert to the tissue, then the foreign body giant cells may not form. Instead, only a thin layer of collagenous tissue encapsulates the implant[1]. For all our samples, capsules could be detected in close proximity to the implanted specimens, the shape and thickness of which varied depending upon the graft level and surface morphology. However, the thickness and shape of the capsules formed around the implanted test pieces and the number of macrophages attached on the surface of the samples varied as a function of graft level, which will be discussed in a separate paper.

## CONCLUSIONS

EPR surface was successfully grafted with HEMA and AAm using a $CO_2$-pulsed laser as excitation source and tissue compatibility of EPR effectively improved. The morphological examination showed no evidence of cellular damage to the attached macrophages. Also, the weight of implanted samples and the fractals comprising poly(AAm) and poly(HEMA) chains grafted on the surface of EPR remained intact after 8 wk implantation. Generally, many macrophages adhered to the unmodified surfaces with a greater degree of spreading, whereas macrophage attachment was very rarely observed on the laser-grafted surface. A thinner fibrous tissue capsule formed around the laser-modified samples implanted in the deep intramuscular and peritoneal layers of rabbits compared with the controls, which indicates improved tissue compatibility, while a thick capsule and foreign body giant cells surrounded and adhered to unmodified EPR.

## ACKNOWLEDGEMENTS

The authors would like to express their appreciation to the Atomic Energy Organization of Iran (Laser Research Center) for providing equipment. We also acknowledge Miss S. Shokrolahi for her assistance during this work and thank Mr F. Soltanmoradee from AEOI-LRC for his technical help.

## REFERENCES

1    Park JB, Lakes RS. Biomaterials: An Introduction. New York: Plenum Press, 1992; 1, 223–234.
2    Piskin E. Biologically modified polymeric biomaterial surfaces: introduction. Clin Mater 1992; 11: 3–7.
3    Remes A, Williams DF. Immune response in biocompatibility. Biomaterials 1992; 13: 731–743.
4    Kiremitic M, Serbetci AY, Colak R, Piskin E. Cell attachment to PU and PHEMA based biomaterials: relation to structural properties. Clin Mater 1991; 8: 9–16.
5    Lydon MJ, Minett TW, Tighe BJ. Cellular interaction with synthetic polymer surface in culture. Biomaterials 1985; 6: 396–405.
6    Horbett TA, Schway MB. Hydrophilic–hydrophobic copolymers as cell substrate: effect on 3T3 cell growth rates. J Colloid Interf Sci 1985; 104: 28–33.

7    Horbett TA, Waldburger JJ, Ratner BD, Hoffman AS. Cell adhesion to a series of hydrophilic–hydrophobic copolymers studied with a spinning disc apparatus. J Biomed Mater Res 1988; 22: 383–404.
8    Giridhar G, Gristina AG, Myrvik QN. Altered oxidative responses and antibacterial activity of adult rabbit alveolar macrophages exposed to poly(methyl methacrylate). Biomaterials 1993; 14: 609–614.
9    Barth E, Sullivan T, Berg E, Myrvik QN. Chemiluminescent responses of macrophages exposed to biomaterials: a biocompatibility screening test. J Invest Surg 1988; 1: 291–297.
10   Buscaroli S, Arciola CR, Rocca M, Aldini N, Fini N, Mancini I, Giardino R. The oxidative burst in the determination of immune response to synthetic material. Giorn Chir 1990; 11: 144–146.
11   Anderson JM. Inflammatory response to implants. Trans Am Soc Artif Intern Organs 1988; 34: 101–107.
12   Anderson JM, Miller KM. Biomaterial biocompatibility and the macrophage. Biomaterials 1984; 5: 5–10.
13   Gristina AG, Barth E, Myrvik QN. Materials, microbes and man: the problem of infection associated with implantable devices. In: Current Perspectives on Implantable Devices. London: JAI Press, 1989: 71–137.
14   Zimmerli W, Lew PD, Waldvogel FA. Pathogenesis of foreign body infection. Evidence for a local granulocyte defect. J Clin Invest 1984; 73: 1191–1200.
15   Shanbhag A, Yang J, Lilien J, Black J. Decreased neutrophil respiratory burst on exposure to cobaltchrome alloy and polystyrene in vitro. J Biomed Mater Res 1992; 26: 185–195.
16   Van Kampen CL. Effect of implant surface chemistry upon arterial thrombosis. J Biomed Mater Res 1979; 13: 517–541.
17   Curtis ASG, Forrester JV, Clark P. Substrate hydroxylation and cell adhesion. J Cell Sci 1986; 86: 9–24.
18   Absolom DR, Thomson C, Hawthorn LA, Zingg W, Neumann AW. Kinetics of cell adhesion to polymer surfaces. J Biomed Mater Res 1988; 22: 215–229.
19   Curtis ASG. Cell adhesion. Prog Biophys Mol Biol 1973; 27: 317–375.
20   Mathew J, Kodama M. Study of blood compatible polymers–I. Modification of polyvinyl alcohol. Polymer J 1992; 24: 31–34.
21   Johnson SD, Anderson JA, Marchant RE. Biocompatibility studies on plasma polymerized interface materials encompassing both hydrophobic and hydrophilic surfaces. J Biomed Mater Res 1992; 26: 915–935.
22   Ratner BD, Hoffman AS, Hanson SR, Harker LA, Whiffen JD. Blood-compatibility–water-content relationships for radiation-grafted hydrogels. J Polym Sci: Polym Symp 1979; 66: 363–375.
23   Jansen JA, Van der Waerdon JPCM, De Groot K. Effects of surface treatments on attachment and growth of epithelial cells. Biomaterials 1989; 10: 604–608.
24   Ziats NP, Miller KM, Anderson JM. In vitro and in vivo interaction of cells with biomaterials. Biomaterials 1988; 9: 5–13.
25   Nojiri C, Okano T, Grainger D, Park KD. Nakahama S, Suzuki K, Kim SW. Evaluation of polymers in a new rabbit A–A shunt model. Trans Am Soc Artif Intern Organs 1987; 33: 596–601.
26   Fisher JP, Decker U, Von Halasz SP, Mück KF, Püschner H, Rüsinger S, Schmidt A, Suhr H. The preparation and characterization of surface grafted plastic materials designed for the evaluation of their tissue and blood compatibility. J Polym Sci: Polym Symp 1979; 6: 443–463.
27   Bruck SD. Aspects of three types of hydrogels for biomaterial applications. J Biomed Mater Res 1973; 7: 387–404.

28    Hoffman AS, Harris CH. Radiation-grafted hydrogels on silicone rubber surfaces – A new biomaterial. *ACS Div Polym Chem Polym Prepr* 1972; **13**: 740–746.

29    Ratner BD, Hoffman AS. Surface grafted polymers for biomedical applications, hydrogels for medical and related applications. In: Andrade JD, ed. *ACS Symposium Series 31.* 1976: 1–36.

30    Jansen B, Ellinghorst G. Radiation initiated grafting of hydrophilic and reactive monomers on polyetherurethane for biomedical application. *Radiat Phys Chem* 1981; **18**: 1195–1202.

31    Mirzadeh H, Katbab AA, Burford RP. $CO_2$-pulsed laser induced surface grafting of acrylamide onto ethylene–propylene rubber I. *Radiat Phys Chem* 1993; **41**: 507–519.

32    Mirzadeh H, Katbab AA, Burford RP. $CO_2$-pulsed laser induced surface grafting of acrylamide onto ethylene–propylene rubber II. *Radiat Phys Chem* 1993; **42**: 53–56.

33    Mirzadeh H, Katbab AA, Khorasani MT, Burford RP. Laser induced surface grafting of HEMA and NVP onto ethylene–propylene rubber as biocompatible material. *Angew Makromol Chem* 1994; **18**: 23–40.

34    Fujimoto K, Takebayashi Y, Inoue H, Ikada Y. Ozone induced graft copolymerization onto polymer surface. *J Polym Sci Polym Chem* 1993; **31**: 1035–1043.

35    Pascal P, Napper DH, Gilbert RG, Piton MC, Winnik MA. Pulsed laser study of the propagation kinetics of acrylamide and methacrylamide in water. *Macromolecules* 1990; **23**: 5161–5163.

36    Peluso G, Ranieri M, Ambrosio L, Cinguegrani M, Nicolasi L, Tanja G. Biocompatibility of two different cured polyepoxy composites. *Clin Mater* 1991; **8**: 99–104.

09/14/2009 07:59 FAX  613 998 4926        CISTI ICIST                    ☑003/013

CISTI/ICIST NRC/CNRC          Journal of vascular surgery
Main Ser                      ↙Faxon    Stacks M-55
0741-5214
Received on: 03-29-94
Journal of vascular surgery

# VASCULAR SURGERY

## EDITORS

**CALVIN B. ERNST,** DETROIT    **JAMES C. STANLEY,** ANN ARBOR

### ASSOCIATE EDITORS

ROBERT W. BARNES, LITTLE ROCK    JOHN M. PORTER, PORTLAND
JOHN A. MANNICK, BOSTON    JAMES S. T. YAO, CHICAGO

### EDITORIAL BOARD

WILLIAM M. ABBOTT, BOSTON          K. WAYNE JOHNSTON, TORONTO
WILLIAM H. BAKER, MAYWOOD, IL      RICHARD F. KEMPCZINSKI, CINCINNATI
DENNIS F. BANDYK, TAMPA           WILLIAM C. KRUPSKI, DENVER
VICTOR M. BERNHARD, TUCSON         FRANK W. LoGERFO, BOSTON
EUGENE F. BERNSTEIN, LA JOLLA      WESLEY S. MOORE, LOS ANGELES
ALLAN D. CALLOW, ST. LOUIS         MALCOLM O. PERRY, NASHVILLE
G. PATRICK CLAGETT, DALLAS         NORMAN M. RICH, WASHINGTON
ALEXANDER W. CLOWES, SEATTLE       ROBERT B. RUTHERFORD, DENVER
JOHN E. CONNOLLY, IRVINE           DONALD SILVER, COLUMBIA, MO
JACK L. CRONENWETT, LEBANON, NH    ROBERT B. SMITH III, ATLANTA
RICHARD H. DEAN, WINSTON-SALEM     RONALD J. STONEY, SAN FRANCISCO
JAMES A. DeWEESE ROCHESTER, NYD    D. EUGENE STRANDNESS, SEATTLE
ALLAN R. DOWNS, WINNIPEG           DAVID S. SUMNER, SPRINGFIELD, IL
JERRY GOLDSTONE, SAN FRANCISCO     BRIAN L. THIELE, HERSHEY, PA
LINDA M. GRAHAM, CLEVELAND         M. DAVID TILSON, NEW YORK
LAZAR J. GREENFIELD, ANN ARBOR     JONATHAN B. TOWNE, MILWAUKEE
NORMAN R. HERTZER, CLEVELAND       FRANK J. VEITH, NEW YORK
ROBERT W. HOBSON II, NEWARK        ANTHONY D. WHITTEMORE, BOSTON
GEORGE JOHNSON, JR., CHAPEL HILL   CHRISTOPHER K. ZARINS, STANFORD, CA

CONSULTING EDITOR      FOUNDING EDITOR
D. EMERICK SZILAGYI    MICHAEL E. DeBAKEY

### OFFICIAL PUBLICATION

THE SOCIETY FOR VASCULAR SURGERY
INTERNATIONAL SOCIETY FOR CARDIOVASCULAR SURGERY
NORTH AMERICAN CHAPTER

ANNUAL JOINT MEETING
JUNE 5-8, 1994 SEATTLE, WASHINGTON

# JOURNAL OF
# VASCULAR
# SURGERY

Copyright © 1994 by The Society for Vascular Surgery and International Society for Cardiovascular Surgery, North American Chapter

## CONTENTS    Volume 19, Number 3        March 1994

*page*

ORIGINAL ARTICLES

Optimal exposure of the proximal abdominal aorta: A critical          375
appraisal of transabdominal medial visceral rotation
Linda M. Reilly, MD, Tammy K. Ramos, MD, Stephen P. Murray, MD,
Stephen W. K. Cheng, MD, *and* Ronald J. Stoney, MD, *San Francisco, Calif.*

Long-term results of venous valve reconstruction: A four- to          391
twenty-one-year follow-up
Elna M. Masuda, MD, *and* Robert L. Kistner, MD, *Honolulu, Hawaii*

Venous valve repair: Early results in fifty-two cases                 404
T. R. Cheatle, MCh, FRCSI, *and* M. Perrin, MD, *Decines Charpieu, France*

Studies by pulsed Doppler ultrasonography of velocity fields          414
downstream of graded stenoses on the abdominal aorta in pigs
W. Yong Kim, MD, Erik M. Pedersen, MD, Hans Nygaard, ME, Lars Sømod,
MD, *and* J. Michael Hasenkam, MD, DMSc, *Aarhus, Denmark*

Hemodynamic stress and experimental aortoiliac atherosclerosis        426
Hisham S. Bassiouny, MD, Christopher K. Zarins, MD, Mark H. Kadowaki,
MD, *and* Seymour Glagov, MD, *Chicago, Ill.*

The role of cholesterol accumulation in prosthetic vascular graft     435
anastomotic intimal hyperplasia
Dirk S. Baumann, MD, Manuel Doblas, MD, Alan Daugherty, PhD, Gregorio
Sicard, MD, *and* Gustav Schonfeld, MD, *St. Louis, Mo.*

Vol. 19, No. 3, March 1994. The JOURNAL OF VASCULAR SURGERY (ISSN 0741-5214) is published monthly (six issues per volume, two volumes per year) by Mosby-Year Book, Inc., 11830 Westline Industrial Dr., St. Louis, MO 63146-3318. Second class postage paid at St. Louis, Mo., and additional mailing offices. POSTMASTER: Send address changes to the JOURNAL OF VASCULAR SURGERY, Mosby-Year Book, Inc., 11830 Westline Industrial Dr., St. Louis, MO 63146-3318, telephone (800)453-4351, or (314)453-4351. Annual subscription rates for 1994: domestic, $107.00 for individuals and $197.00 for institutions. Printed in the U.S.A. Copyright © 1994 by The Society for Vascular Surgery and the North American Chapter, International Society for Cardiovascular Surgery. All rights reserved. No part of this publication may be reproduced, stored, or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

A1175

09/14/2009 08:00 FAX  613 998 4926          CISTI ICIST                              ☒ 005/013

# Clinical in vitro endothelialization of femoropopliteal bypass grafts: An actuarial follow-up over three years

Peter Zilla, MD, PhD, Manfred Deutsch, MD, Johann Meinhart, PhD,
Rudolf Puschmann, MD, Thomas Eberl, MD, Erich Minar, MD,
Robert Dudczak, MD, Herbert Lugmaier, MD, Peter Schmidt, MD,
Irene Noszian, MD, and Teddy Fischlein, MD, *Wels, Vienna, and Schallerbach, Austria*

*Purpose:* The creation of an endothelial coverage on prosthetic vascular surfaces may improve the performance of synthetic small diameter vascular grafts. In vitro lining with cultured autologous endothelial cells offers a confluent endothelium at the time of implantation.

*Methods:* Between June 1989 and December 1991, 49 patients who had no saphenous vein available entered the study. Indication for operation was disabling claudication in 37 patients and critical ischemia in 12 patients. With a random 1:2 assignment, 33 patients were admitted to the endothelialized group and 16 control patients received an untreated polytetrafluoroethylene prosthesis. Cultured autologous endothelial cells from the external jugular vein were confluently lined onto polytetrafluoroethylene grafts precoated with fibrinolytically inhibited fibrin glue. The follow-up was based on angiography, platelet labeling studies with indium 111–labeled oxine, assessment of the ankle-brachial index, and duplex sonography.

*Results:* First-passage mass cultures of 16 million endothelial cells—required for the confluent lining of a 70 cm long 6 mm graft—were reached $25.1 \pm 11.2$ days after vein excision. Growth failure occurred in 27.3%. After 32 months, the actuarial patency was 84.7% for endothelialized grafts and 55.4% for control grafts ($p < 0.041$ by Breslow test; $p < 0.068$ by Mantel-Cox test). The ankle-brachial index was continually diverging, reaching significantly lower values in the control group at 24 months ($0.98 \pm 0.14$ in the endothelialized group versus $0.70 \pm 0.12$ in the control; $p < 0.0023$). The uptake of indium 111–labeled platelets—measured at 9 days, 3 months, 6 months, and 12 months—was significantly lower in the endothelialized group during the entire observation period.

*Conclusions:* Our initial 3-year data demonstrate the early superiority of endothelialized synthetic grafts over commonly used untreated expanded polytetrafluoroethylene prostheses. (J VASC SURG 1994;19:540-8.)

Previous efforts to achieve surface endothelialization of synthetic vascular grafts aimed at one-stage

From the Departments of Cardiovascular and Thoracic Surgery and Radiology (Drs. Lugmaier and Noszian), General Hospital, Wels, Division of Angiology (Drs. Minar and Dudczak), First Department of Medicine, University of Vienna, Vienna, and Rehabilitation Center for Cardiovascular Diseases (Dr. Schmidt), Bad, Schallerbach.
Supported by the Austrian Federal Bank ("Österreichische Nationalbank") Grant no. 4105.
Reprint requests: Peter Zilla, MD, PhD, Department of Cardio-Thoracic Surgery, University of Cape Town Medical School, Observatory, Cape Town, South Africa.

Copyright © 1994 by The Society for Vascular Surgery and International Society for Cardiovascular Surgery, North American Chapter.
0741-5214/94/$3.00 + 0   24/1/48189

procedures,[1,2] which seemed clinically the most feasible. Human studies with single-stage endothelial seeding, however, were controversial and mostly disappointing.[3-10] The most likely reason for the failure of these approaches was an insufficient seeding density or the formation of an endothelial coverage.

As an alternative, two-stage in vitro lining with cultured autologous endothelial cells was developed,[11-14] providing a confluent endothelium at the time of implantation. Although technically more demanding, this approach offers the opportunity to study the actual benefit of graft endothelialization. Recent simplifications of the lining procedures,[14,15] together with the morphologic proof of the actual

JOURNAL OF VASCULAR SURGERY
Volume 19, Number 3

*Zilla et al.* 541

Table I. Distribution of patients in the control and the endothelialized groups regarding clinical staging and surgical procedure

| | Endothelialized group | | | Control group | | |
|---|---|---|---|---|---|---|
| | Total number of patients | Patients with patent grafts | Patients with occluded grafts | Total number of patients | Patients with patent grafts | Patients with occluded grafts |
| Grade I (Fontain IIb) | 17 (1)* | 16 (0) | 1 (0) | 13 (0) | 8 (0) | 5 (0) |
| Grade II (Fontain III) | 4 (2) | 3 (2) | 1 (0) | 1 (1) | 1 (1) | 0 (0) |
| Grade III (Fontain IV) | 3 (0) | 3 (0) | 0 (0) | 2 (2) | 2 (2) | 0 (0) |
| Total | 24 (3) | 22 (2) | 2 (0) | 16 (3) | 11 (3) | 5 (0) |

*Numbers in parentheses represent patients with grafts below the knee.

persistence of the lined endothelium[16-18] and a successful implantation in two patients in 1986,[4] encouraged us to perform this first clinical study.

## PATIENTS AND METHODS

Between June 1989 and December 1991, a total of 49 patients (29 men and 20 women) with a mean age of $65.2 \pm 9.8$ years entered the study. After approval by the ethics committee of our institution, informed consent was obtained from all patients. Patients were admitted to the study only when their saphenous veins were unavailable or unsuitable for use as a bypass graft. Reasons for this included varicosity ($n = 13$), previous femoropopliteal bypass procedures on the contralateral side plus ipsilateral varicosity ($n = 10$) or stripping ($n = 5$), ipsilateral stripping and contralateral varicosity ($n = 2$), bilateral stripping ($n = 4$), previous coronary artery bypass grafting ($n = 9$), previous coronary artery and femoropopliteal bypass procedures ($n = 2$), or bilateral deep venous thrombosis ($n = 4$). Only patients undergoing primary procedures on the affected side and patients who had not received a synthetic prosthesis before were included. Indications for operation were disabling claudication in 37 patients (grade I chronic limb ischemia; Fontain IIb) and critical ischemia in 12 patients. Critical ischemia was further defined as ischemic rest pain in six patients (grade II chronic limb ischemia; Fontain III) or tissue loss as a result of ischemia in another six patients (grade III chronic limb ischemia; Fontain IV).

A random-number generator determined the assignment for the initial 100 patients in a 1:2 ratio, in favor of the endothelialized group. So far 16 patients have been admitted to the control group and 33 have been admitted to the endothelialized group. All 16 control patients received a unilateral, untreated 6 mm polytetrafluoroethylene (PTFE) graft (Gore-Tex; W. L. Gore & Associates, Inc., Newark, Del.). Among the 33 patients who were admitted to the

endothelialized group, growth failure of the endothelial cells occurred in nine. These patients received an untreated (neither endothelialized nor fibrin glue–coated) PTFE graft, with the distal anastomosis above the knee in seven and below the knee in two patients. These patients were subsequently taken out of the direct comparative study. Nevertheless, their patency rates were assessed to rule out the possibility of the results being biased by the exclusion of an unfavorable subgroup. Of the remaining 24 patients who received a successfully endothelialized PTFE graft, 21 patients had unilateral implantations and three patients received a bilateral in vitro–lined PTFE graft. The clinical staging and classification of the surgical procedure for those patients who finally entered the direct comparison are listed in Table I. Eighteen patients were smokers; 10 were former smokers. Six patients had diabetes mellitus; four of these had insulin-dependent diabetes.

### Surgical procedure

**Endothelial cell harvest.** In patients assigned to the endothelialized group, the right external jugular vein was taken out with the patient under local anesthesia (1% lidocaine). To avoid the cytotoxic effect of glove powder,[19] starch-free gloves were used for operation. For cosmetic reasons, a horizontal skin incision of 4 to 5 cm was performed. After no-touch dissection, the in situ cannulation of the vein, and the application of collagenase (0.1% CLS II; Cooper, Malvern, Pa.) was done as previously described in detail.[15] On the basis of another previous study,[20] the exposure time to collagenase was fixed at 15 minutes to reduce the difference in growth behavior between smokers and nonsmokers.

**Graft implantation.** A second-generation cephalosporine (cefamandole, 2 gm intravenously twice daily) was given as the perioperative and postoperative prophylactic antibiotic regimen until day 2. Before arterial clamping, standard anticoagulation

Case 1:07-cv-00333-SLR   Document 281-11   Filed 09/23/09   Page 30 of 41

09/14/2009 08:01 FAX  613 998 4926        CISTI ICIST              ☒007/013

JOURNAL OF VASCULAR SURGERY
March 1994

was achieved by the intravenous administration of 10,000 U unfractionated heparin (Hoffmann La, Vienna, Austria). After operation 5,000 U of heparin was administered subcutaneously three times a day until the patient was mobile. All patients received the same antiaggregatory treatment (oral dipyridamole 75 mg/day, oral acetylsalicylic-acid 330 mg/day, Thrombosantin; Boehringer Ingelheim, Germany) beginning 2 days before implantation and continuing throughout the observation period.

Patients were anaesthetized by means of a continuous epidural block with bupivacaine hydrochloride (Carbostesin 0.5%). Graft implantation was performed as previously described,[4] with the exception that the culture medium was kept inside the graft without clamping of the prosthesis. Thin-walled reinforced PTFE (Gore-Tex, 6 mm inner diameter) was used as graft material in both groups (W. L. Gore & Associates).

### Endothelial cell cultures and graft lining

The details of the cultivation technique have already been extensively described.[15] To summarize briefly, primary cultures were grown in one well of a six-well plate (Costar Corp., Cambridge, Mass). After a single passage at preconfluence from the six-well plate into two 162 cm$^2$ culture flasks (Costar), a microgrid technique enabled the daily in situ quantification of available endothelial cells.[15] The culture medium consisted of medium 199 (JRH Biosciences, Lenexa, Kan.), 180 µg/ml preservative-free heparin (Novo Industries A/S, New York, N.Y.), 2 mmol/L L-glutamine (JRH Biosciences), 75 µg/ml endothelial cell growth supplement (Collaborative Research, Bedford, Mass) and 50 µg/ml gentamycin (Flow Laboratories, Herts, U.K.). Complete medium contained 20% of autologous serum. To obtain a sufficient amount of autologous serum for the whole culture and lining procedure, 120 ml native autologous blood was taken 3 days before the vein excision and allowed to clot. The serum supernatant was then filtered through 0.2 µm pores (Millipore, Molsheim, France) and frozen in 10 ml aliquots. Feeding of the cultures was performed only twice a week by replacing 50% of the medium.[15] After the required cell number of $16 \times 10^6$ endothelial cells was reached,[14] the primary first-passage mass cultures were detached by trypsin, counted by crystal violet,[14,19] and suspended in complete medium.

Six-millimeter expanded PTFE grafts 70 cm in length were "preclotted" with a special dilution of clinically approved and fibrinolytically inhibited fibrin glue (Immuno AG, Vienna, Austria) as previously described.[4,14] After coating, grafts were further

pretreated with virologically tested fibronectin (6 µg/cm$^2$ for 2 hours at room temperature; Inotech AG, Zürich, Switzerland). Before lining, a control specimen was taken from each graft and processed for scanning-electron microscopy (SEM) and light microscopy to assess the completeness and thickness of the fibrin glue layer. Grafts were then trimmed to 60 cm length, filled with the cell suspension containing $8.13 \pm 4.22 \times 10^6$ endothelial cells/ml, and rotated in a microprocessor-controlled seeding device at 6 rph for 3 hours.[4,14] Subsequently, both ends of the graft were further trimmed to remove the segments where the clamps of the rotation device had prevented endothelialization. Previous experiments proved that the use of the rotation device results in an even endothelialization of the entire graft surface.[14,21] The grafts were then incubated in a specially designed, filter-protected culture vessel[14] containing 4 ml complete medium per square centimeter of graft surface.[14] After a further incubation period of $11.6 \pm 3.0$ days, needed for the maturation of the cytoskeleton,[22] grafts were implanted. Unlike in primate experiments, in which a continual removal of SEM samples allowed the assessment of endothelial confluence,[17] a predetermined period of 9 days, during which no SEM specimens were taken, was chosen to minimize the contamination risk. Moreover, medium samples were taken for microbiologic investigations 7 days after the lining procedure and at the time of implantation to exclude occult infection.

### Graft structure

Immediately after grafts were taken out of the rotation device and before implantation, control specimens were taken for SEM and light microscopy. Each specimen was rinsed in warm (37° C) Hank's balanced salt solution (JRH Biosciences) and then placed into a mild prefixative (0.25% glutaraldehyde in 0.16 mol/L cacodylate buffer at pH 7.2). Thereafter, specimens were stored in 2% glutaraldehyde (0.05 mol/L cacodylate buffer at pH 7.2) at 4° C. Samples for SEM were further processed according to the rupture-free preparation method for monolayer cultures[23] and investigated with a Jeol 5200 (Jeol Ltd., Tokyo, Japan) and SEM 505 (Philips N.V., Eindhoven, Netherlands).

The percentage of endothelial cell-coverage was planimetrically determined from randomly taken low-magnification scanning-electron micrographs (MOP image analyzing device; Kontron Instruments, Inc., Everett, Mass.). Samples for light microscopy were stained with hematoxylin and eosin for morphometric measurements of the thickness of the underlying fibrin glue layer.

A1178

JOURNAL OF VASCULAR SURGERY
Volume 19, Number 3

Zilla et al. 543

### Laboratory parameters

When autologous blood was taken to obtain serum for the cell cultures, samples were also taken for a multitude of laboratory parameters. These serum parameters included lipoprotein a, cholesterol, high-density lipoprotein, low-density lipoproteins, triglycerides, serum alanine aminotransferase, serum asperate aminotransferase, glutamyltransferase, hemoglobin, potassium, sodium, creatinine, uric acid, antithrombin III, and glucose.

### Clinical follow-up

Postoperative control procedures complied with the standards for evaluating results of interventional therapy in peripheral vascular diseases.[24] Follow-up studies were performed after 9 days, 3 months, 6 months, and 1 year. Long-term control investigations were repeated annually. Moreover, all patients were assessed in June 1992, which was 35 months after the study was initiated.

**Determination of patency.** Duplex sonography and Doppler ultrasonography[24] were the noninvasive methods of choice to determine graft patency at each predetermined time point. The combination of a real-time scanner with a duplex probe enabled the clear visualization of both the graft and the color display of any flow signal. To obtain numeric data for the Doppler ultrasonographic investigations, the ankle-brachial index (ABI) was evaluated. Indexes of patients with occluded grafts were included in the analysis. In contrast to Doppler and duplex controls, angiography (intraarterial digital subtraction angiography) was performed only annually and as an emergency diagnostic procedure in patients with suspected graft thrombosis. Graft thrombosis was suspected if a deterioration of the clinical status of the limb was confirmed by noninvasive studies (i.e., by a significant drop in ABI or by a lack of a flow signal on duplex sonography). Only primary graft patency, which was defined as uninterrupted patency of the graft from the time of operation, was considered.

**Uptake of indium 111–labeled platelets.** To determine the persistence of an in vitro–lined endothelium indirectly, the uptake of indium 111–labeled platelets was assessed during the first year at each of the four predetermined time points. Platelet deposition on endothelialized and control grafts was determined by an in vivo platelet-imaging system. Double isotope labeling with indium 111 and technetium 99m was performed for correction of the blood pool. Autologous platelets were tagged with indium 111–labeled oxine, according to the method described by Thakur et al.[25] The median labeling efficiency was 80% and the administered activity ranged from was 500 to 700 µCi.

Anterior scintigrams of the lower limbs were performed about 40 hours after the administration of the labeled platelets. Counts were accumulated over 15 minutes with a large-field gamma camera (Siemens AG — Bereich Medizinische Technik, Erlangen, Germany) equipped with a medium-energy parallel-hole collimator. Both gamma photon peaks of indium 111 (172 and 247 keV) were collected with a 15% energy window and stored in a 128 × 128 matrix of a dedicated computer (PDP 11/34; Digital Equipment Corp., Marlborough, Mass.).

After the indium 111 study was completed, 10 to 15 mCi technetium 99m–labeled human serum albumin were injected intravenously and a blood pool scintigram (duration 1 minute) of the same region was obtained 10 minutes after the administration. Because the dose of technetium 99m was several times that of indium 111, the fraction of counts caused by Compton scattering of indium 111 in the technetium 99m energy window was negligible (<3%).

Regions of interest (4 × 4 pixels each) encompassing the region of the bypass and the contralateral vessel were drawn on the indium 111 image, and the same was done for the technetium 99m human serum albumin image to allow correction of the blood pool radioactivity. Bypass grafts were divided into 12 predetermined points of interest.

Before determination of the platelet accumulation index, (PAI) scintigrams were visually interpreted by both of two experienced observers (E. M. and R. D.) regarding accumulation of radioactivity in the region of the bypass. The method of Isaka et al.[26] was used for the calculation of PAI. This index was obtained by determining the ratio of radioactivity of indium 111–labeled platelets in the region of interest of the bypass conduit to that of the circulating blood pool:

$$PAI(\%) = \{[(In_B/In_R)/(Tc_B/Tc_R)] - 1\} \times 100$$

Where $In_B$ is indium 111 activity in the region of interest of the bypass, $In_R$ is reference indium 111 activity, $Tc_B$ is radioactivity of technetium 99m–labeled human serum albumin in the bypass region, and $Tc_R$ is reference technetium activity. The indium 111 to technetium 99m ratio was calculated for each subunit of the contralateral vessel and the mean value of these indexes was used as the reference value.

### Statistical analysis

Patency results were analyzed by actuarial methods and presented in the form of Kaplan-Meier life tables, according to the procedures established by the

A1179

JOURNAL OF VASCULAR SURGERY
March 1994

**544** *Zilla et al.*

**Table II.** Kaplan Meier analysis of the cummulative survival rate, standard error, and number of patients at risk

|  | *Month* | *Cumulative survival rate* | *SE* | *Patients at risk* |
|---|---|---|---|---|
| Control group | 0.5 | 0.9375 | 0.0605 | 15 |
|  | 1.0 | 0.8750 | 0.0827 | 14 |
|  | 3.5 | 0.8125 | 0.0976 | 13 |
|  | 13 | 0.7386 | 0.1133 | 10 |
|  | 22 | 0.5540 | 0.1811 | 3 |
| Endothelialized group | 14 | 0.9412 | 0.0571 | 16 |
|  | 19 | 0.8471 | 0.1030 | 9 |

Society for Vascular Surgery and International Society for Cardiovascular Surgery joint committee on guidelines for reporting lower extremity ischemia.[24] Comparisons of life-table estimates were done with the generalized Savage (Mantel-Cox) and the generalized Wilcoxon (Breslow) tests for significance. Patients remaining at risk are listed in Table II. Comparisons of ABI values between the two groups were made by Student's unpaired *t* test. To determine changes in thickness of the fibrin glue layer during preoperative incubation, Student's paired *t* test was performed. The criterion "growth failure" of endothelial cell cultures was correlated with each of the determined serum parameters by applying Student's unpaired *t* test. For the uptake of indium 111–labeled platelets, Student's unpaired *t* test was used.

## RESULTS

**Endothelial cell cultures and graft lining.** The average length of excised segments of the right external jugular vein was $2.61 \pm 1.30$ cm. The in situ application of collagenase yielded $55.6 \pm 12.8 \times 10^3$ endothelial cells, resulting in a harvest efficiency of $18.5 \pm 12.8 \times 10^3$ endothelial cells/cm². Growth failure occurred in 27.3% of the initial 33 cultures. The correlation of growth failure with a multitude of laboratory parameters revealed that the cultures that failed to grow were from patients with a significantly higher serum level of lipoprotein a ($62.86 \pm 66.10$ mg/dl vs $15.25 \pm 18.76$ mg/dl; $p < 0.013$). There was no correlation between serum levels of lipoprotein a and smoking.

Of the 24 cultures that grew successfully, primary cultures were passaged from six-well plates to two 162 cm² flasks at $0.93 \pm 0.09$ preconfluence on day $12.0 \pm 5.4$. The first-passage mass cultures in the two 162 cm² flasks reached the cell number of $16.6 \pm 4.8 \times 10^6$ endothelial cells required for confluent lining of 130 cm² graft surface on day $25.1 \pm 11.2$. The average time span between vein excision and graft implantation was $36.9 \pm 12.9$ days.

**Graft structure.** At the end of the precoating

procedure, SEM controls confirmed that the entire surface of the graft was completely covered with a fine-meshed fibrin mat. Only two grafts showed slightly uneven surface areas. Immediately at the end of the lining procedure, 77.8% of the grafts showed a completely covering endothelium, 7.4% had a preconfluent layer, and 14.8% showed occasional endothelium-free but fibrin glue–covered areas. Before implantation, confluence was confirmed in 88.9% (Fig. 1). Areas of preconfluent endothelium were found in 3.7% of endothelialized grafts and small patches of uncovered fibrin matrix were found in 7.4%. On histologic cross sections of specimens from freshly lined grafts, the thickness of the fibrin glue layer was an average of $8.0 \pm 6.1$ μm, compared with $10.0 \pm 9.5$ μm of the preimplantation specimens.

**Clinical follow-up.** The mean observation period was 17.5 months for endothelialized grafts and 15.0 months for control grafts. After 32 months of implantation, the Kaplan-Meier life-table analysis provided a patency rate of 84.71% for endothelialized grafts and 55.40% for control grafts (Fig. 2). When the generalized Wilcoxon (Breslow) test was applied to determine significant differences between the two groups, the *p* value was 0.0414. When the generalized Savage (Mantel-Cox) test was used, the *p* value was 0.0683.

The most pronounced divergence between the two groups occurred during the initial 5 months. During this period, three of 16 control grafts became occluded, whereas all of the endothelialized prostheses remained patent (Fig. 2). Graft occlusion occurred after 0.5 months, 1 month, 3.5 months, 13 months, and 22 months in the control group and after 14 months and 19 months in the endothelialized group. In patients who received an untreated PTFE graft after growth failure of their endothelial cells, the 32-month patency rate was 58.3%.

Comparison of the ABI (Fig. 3) showed no significant difference between the two groups, either preoperatively or during the initial 6 months. At 12

JOURNAL OF VASCULAR SURGERY
Volume 19, Number 3

*Zilla et al.*  **545**



Fig. 1. Scanning-electron micrograph of cross section through in vitro endothelialized 6 mm PTFE graft before implantation. Confluently covering endothelium on top of PTFE structure is clearly visible. PTFE structure of prosthesis shows dense fibrin sealing of its inner part and reinforcement ring underneath. *Bar*, 1 mm. (Original magnification ×665)



Fig. 2. Life-table curves of primary patency for 43 infrainguinal reconstructions with PTFE show significant difference between in vitro endothelialized and control grafts. Twenty-four patients received 27 endothelialized grafts, with mean implantation time of 17.5 months. Mean observation period for 16 control patients was 15.0 months.



Fig. 3. ABI showed diverging course after 6 months. At 24 months, difference between endothelialized (-o-o-) and control (-○-○-) groups was significant.

months, the two curves began to diverge. After 24 months, the ABI index was 0.98 ± 0.14 in the endothelialized group and 0.70 ± 0.12 in the control group. This difference then became statistically significant (unpaired $t$ test, $p < 0.0023$).

Routine angiography was performed in 17 patients in the endothelialized group and seven control patients after 1 year and in five patients in the endothelialized group and three control patients after 2 years. Moreover, occlusions occurring between the annual observations were also confirmed angiographically in two patients in the endothelialized group and five control patients between 0.5 and 22 months after implantation.

None of the grafts showed obvious anastomotic narrowing. With two exceptions, the prosthetic surface was smooth and no stenosis could be detected throughout the graft in both endothelialized and control prostheses. One of these exceptions, belonging to the control group, showed multiple stenoses over the entire length of the graft at 2-year angiography. The other one, belonging to the endothelialized group, showed similar surface appositions after 1 year. The runoff in the latter patient was severely restricted by a filiform stenosis of the adjacent distal popliteal artery, 1 cm downstream of the anastomosis. Percutaneous translu-

minal angioplasty through the prostheses was performed after angiography.

Percutaneous transluminal angioplasty was similarly performed in another patient 1 year after lining. This patient had an inconspicuous prosthetic lumen but a similar newly developed stenosis of the popliteal artery distal to the graft anastomosis. One year after in vitro lining, one patient showed a significant stenosis of the common femoral artery proximal to the anastomosis. All of these angiographic findings had not been observed before graft implantation. In the control group, there were two patients with new stenoses distal to the popliteal graft anastomosis and one with a stenosed common femoral artery caudad to the proximal anastomosis; these did not require percutaneous transluminal angioplasty yet. The PAI

JOURNAL OF VASCULAR SURGERY
March 1994

546  *Zilla et al.*



Fig. 4. PAI evaluated during initial year of implantation showed significant difference between endothelialized (-○-○-) and control (-□-□-) grafts during entire observation period.

of the platelet-uptake study showed a significant difference between endothelialized and control groups during the entire observation period (Fig. 4).

## DISCUSSION

In vitro endothelialization has improved the patency of small diameter vascular grafts in the nonhuman primate model[17] and in the canine model.[12] Moreover, the in vivo persistence of the lined endothelium and its continual nonthrombogenic properties have also been confirmed.[16-18] This study finally provides support that in vitro lining may be beneficial in human beings: with observation periods as long as 32 months, the patency rate was 84.7% for endothelialized grafts and 55.4% for control grafts. Furthermore, the assessment of surface thrombogenicity with indium 111–labeled thrombocytes indicated that the platelet uptake in endothelialized grafts was as low as in natural vessels.

One of the major arguments against in vitro lining has been the conviction that a two-stage procedure is too technically demanding. The development of a simple and reliable harvest and culture technique[15] and of a reproducible and easy lining procedure[14] were thus prerequisites for any clinical application. With the in situ cannulation of short segments of the external jugular vein, a 15-minute exposure to collagenase and low-density plating, we have developed a simple and reliable cultivation procedure for autologous endothelial cells.[15] Although a saphenous vein was not available in any of our patients, a primary culture could regularly be obtained.

Among other parameters, the reliability of our culture technique was also reflected in the constant harvest efficiency achieved. The $18.5 \times 10^3$ endothelial cells we gained from 1 cm² of vein corresponded well with the harvest efficiency of previous stud-

ies.[15,17] The subsequent splitting of primary cultures at a ratio of 1:40 exceeded even the high splitting rates we reported previously.[15] This low-density plating provided first-passage mass cultures of 16 million endothelial cells after 25 days. The use of a microprocessor-controlled seeding device[4,14] had previously enabled the distinct reduction of the lining density from $5 \times 10^5$ endothelial cells/cm² [11-13] to $1.2 \times 10^5$ endothelial cells/cm².[14] Sixteen million endothelial cells were thus sufficient for the confluent endothelialization of 60 cm long PTFE grafts. Since as many as 30 million endothelial cells could be harvested after another 3 to 5 days of cultivation, two grafts could easily be endothelialized simultaneously for patients requiring bilateral implantations.

Despite the high success rate of the in situ harvest technique in previous experiments,[15] there was still a 27.3% failure rate of cell proliferation in primary cultures in this study. Correlating a wide variety of patient parameters with this growth failure, cigarette smoking turned out not to be a risk factor. This is in agreement with the previous finding that with a prolonged exposure to collagenase, cultures from smokers can also enter an exponential phase of proliferation, although the population doubling time is markedly longer than in nonsmokers.[20] In this study, the only highly significant correlation was between growth failure and high serum levels of lipoprotein a. In patients with high levels of lipoprotein a the number of endothelial cells in the primary culture declined after a few days of cultivation. In this regard it is interesting to note that we previously found increasing endothelial cell damage with a changing pattern of lipoproteins in the culture medium of a perfusion circuit.[14]

The cosmetic concern that excision of the external jugular vein could result in ugly neck scars can also be dispelled. A horizontal incision in the natural splitting direction of the neck skin leads to a hardly visible scar.

In summary, our simplified culture procedure already provides a method that enables successful endothelialization in a distinct majority of patients, does not pose a deterrent infection risk, and can easily be adapted to any hospital with a small culture unit. The fact that our study comes from a provincial hospital demonstrates that in vitro lining does not necessarily have to be confined to major centers. Nevertheless, the lack of sufficient time for cell cultivation in acute patients will continue to limit this two-stage procedure to patients with chronic ischemia. In almost all patients with peripheral vascular disease, symptoms develop over prolonged periods,

JOURNAL OF VASCULAR SURGERY
Volume 19. Number 3

Zilla et al.  547

however, and even patients with minor tissue loss who need the bypass procedure for limb salvage can endure the period of 4 to 5 weeks needed for graft endothelialization. To demonstrate the feasibility of in vitro endothelialization in these patients, 12 patients with critical ischemia have also been admitted to the study. With one exception, none of those patients had deterioration during the cultivation period, and analgesics were sufficient to bridge this time span. Only one patient of the endothelialized group had markedly worsened rest pain (2 days before we had planned to admit him) when his in vitro lined graft was ready for implantation. One could argue that this heterogenicity of the patients diminishes the clarity of the outcome of our study. It is a reasonable approach, however, for a clinical trial of a new method to assess its benefit for the average patient population affected. This means that both variables—above knee versus below knee and disabling claudication versus critical ischemia—needed to be represented. To avoid the possibility that the favorable outcome of the endothelialized grafts could be explained by a preselection process, we also assessed the patency in patients who received an untreated PTFE graft after their cultures had failed to grow. The 32-month patency rate for these patients was 58%, comparable with that of the control group. Although the results must be taken with caution because of the relatively low number of patients, this observation indicates that the criterion of growth failure did not single out patients with a higher probability of graft occlusion and thus contribute to an artificially good result in the endothelialized group.

Apart from patency studies, the efficiency of endothelial lining was also assessed by platelet imaging with labeled thrombocytes. From earlier studies, Powers[27] concluded that this technique is well suited to the in vivo study of platelet depositions in vessels of similar size in different subjects, and especially well suited to sequential studies of the same vessel in the same subject. The overall results of our study clearly proved the reduced thrombogenicity of the in vitro endothelialized grafts. The mean platelet uptake was significantly lower in the endothelialized grafts than in untreated control grafts. It was interesting to see that circumscript areas of increased platelet accumulation—which could be visualized in some patients with endothelialized grafts early after implantation—had mostly disappeared during consecutive investigations. These areas may well have corresponded with the small patches of nonendothelialized graft surface that existed in 7.4% of patients at the time of implantation.

It is difficult to judge the influence of the antiplatelet treatment with acetylsalicylic acid and dipyridamole on the results of our labeling study. However, Goldman et al.[28] demonstrated in human beings that the use of aspirin and dipyridamole still results in a measurable retention of platelet deposition on Dacron polyester fiber and PTFE femoropopliteal bypass grafts. Moreover, when ultrastructure and platelet function were correlated in the presence of antiplatelet drugs, the early stages of platelet activation—occurring during initial adherence—continued to occur despite a complete inhibition of aggregation.[29]

The continual low platelet uptake we found in the endothelialized grafts supports our previous observation of an intact endothelial monolayer on a fibrin-glue matrix after implantation.[16-18] This observation may also help to dispel existing fears of adverse consequences of confluent endothelialization, such as the detachment of large endothelial sheets.

In summary, both the negligible surface thrombogenicity and the higher patency rate of endothelial-lined grafts support the concept of graft endothelialization. Keeping in mind that our entire study contained only 49 patients—justified in view of the fact that such a novel technique also bears potential hazards—our results only suggest the superiority of endothelialized synthetic grafts over commonly used untreated PTFE prostheses. One could easily imagine, however, that the combination of a nonthrombogenic endothelium, an even caliber that does not cause turbulences, and a "vessel wall" that does not respond to intraoperative injury with a hyperplastic reaction would result in a conduit even superior to a vein graft. Considering the even broader applicability of surface endothelialization in cardiac surgery,[30-32] more clinical studies are more than justified. Even if the two-staged procedure involving cell culture techniques is not the final solution, it offers the reliable opportunity to study the influence of endothelialization on prosthetic bypass performance. The fascinating new aspects of gene transduction into cultured endothelial cells and the subsequent lining of clinical implants with these modified cells,[33] together with the fact that in vitro fertilization has been successfully performed in gynecology for years, may well ameliorate the longstanding fear of cell culture procedures in clinical medicine and make in vitro lining a surgically acceptable technique.

We thank Professor Peter Groscurth, Anatomical Institute, University of Zürich, for assistance with the morphologic aspects of the study.

JOURNAL OF VASCULAR SURGERY
March 1994

548  *Zilla et al.*

## REFERENCES

1. Herring MB, Dilley R, Jersild RA, Boxer R, Gardner A, Glover J. Seeding arterial prostheses with vascular endothelium: the nature of lining. Ann Surg 1979;190:84-90.
2. Graham LM, Burkel WE, Ford JW, Vinter DW, Kahn RH, Stanley JC. Immediate seeding of enzymatically derived endothelium in Dacron vascular grafts. Arch Surg 1980;115:289-94.
3. Herring MB, Gardner A, Glover J. Seeding human arterial prostheses with mechanically derived endothelium: the detrimental effect of smoking. J VASC SURG 1984;1:279-89.
4. Zilla P, Fasol R, Deutsch M, et al. Endothelial cell seeding of polytetrafluoroethylene vascular grafts in humans: a preliminary report. J VASC SURG 1987;6:535-41.
5. Herring MB, Compton RS, Gardner AL, LeGrand DR. Clinical experience with endothelial seeding in Indianapolis. In: Zilla P, Fasol R, Deutsch M, eds. Endothelialization of vascular grafts. Basel: Karger, 1987:218-24.
6. Walker MG, Thomson GJL, Shaw JW. Endothelial cell seeded versus non-seeded ePTFE grafts in patients with severe peripheral vascular disease. In: Zilla P, Fasol R, Deutsch M, eds. Endothelialization of vascular grafts. Basel: Karger, 1987:245-8.
7. Örtenwall P, Wadenvik H, Risberg B. Reduced platelet deposition on seeded versus unseeded segments of expanded polytetrafluoroethylene grafts: clinical observations after a 6-month follow-up. J VASC SURG 1989;10:374-80.
8. Fasol R, Zilla P, Deutsch M, Grimm M, Fischlein T, Laufer G. Human endothelial cell seeding: evaluation of its effectiveness by platelet parameters after one year. J VASC SURG 1989;9:432-6.
9. Örtenwall P, Wadenvik H, Kutti J, Risberg B. Endothelial cell seeding reduces thrombogenicity of Dacron grafts in humans. J VASC SURG 1990;11:403-10.
10. Meerbaum SO, Sharp WV, Schmidt SP. Lower extremity revascularization with polytetrafluoroethylene grafts seeded with microvascular endothelial cells. In: Zilla P, Fasol R, Callow A eds. Applied Cardiovascular Biology 1990–91. Basel: Karger, 1992:107-19.
11. Foxall TL, Auger KR, Callow AD, Libby P. Adult human endothelial cell coverage of small-caliber Dacron and polytetrafluoroethylene vascular prostheses. J Surg Res 1986;41:158-72.
12. Shindo S, Takagi A, Whittemore AD. Improved patency of collagen-impregnated grafts after in vitro autogenous endothelial cell seeding. J VASC SURG 1987;6:325-32.
13. Schneider PA, Hanson SR, Price TM, Harker LA. Durability of confluent endothelial cell monolayers on small caliber vascular prostheses in vitro. Surgery 1988;103:456-62.
14. Zilla P, Fasol R, Preiss P, et al. Use of fibrin glue as a substrate for in vitro endothelialization of PTFE vascular grafts. Surgery 1989;105:515-22.
15. Zilla P, Fasol R, Dudeck U, et al. In situ cannulation, microgrid follow-up, and low density plating provide first passage endothelial cell mass cultures for in vitro lining. J VASC SURG 1990;12:180-9.
16. Müller-Glauser W, Zilla P, Lachat M, et al. Immediate shear stress resistance of endothelial cell monolayers lined in vitro on fibrin gluc-coated ePTFE prostheses. Eur J Vasc Surg 1993;7:324-8.
17. Zilla P, Preiss P, Von Oppell U, Odell J, Reichart B. In vitro endothelialization of vascular prostheses: rapid mass-culture technique for autologous endothelial cells and implantation of confluently lined PTFE grafts in non-human primates. In: Zilla P, Fasol R, Callow A, eds. Applied Cardiovascular Biology 1989. Basel: Karger, 1990:56-72.
18. Fischlein T, Zilla P, Meinhart J, et al. In vitro endothelialization of a mesosystemic shunt: a clinical case report. J VASC SURG 1994;19:549-54.
19. Sharefkin JB, Fairchild KD, Albus RA, Creuss DF, Rich NM. The cytotoxic effects of surgical glove powder particles on adult human vascular endothelial cell cultures: implications for use of tissue culture techniques. J Surg Res 1986;41:463-72.
20. Zilla P, Siedler S, Fasol R, Sharefkin JB. Reduced reproductive capacity of freshly harvested endothelial cells in smokers: a possible shortcoming in the success of seeding? J VASC SURG 1989;10:143-8.
21. Fasol R, Zilla P, Preiss P, Von Oppell U, Odell J, Reichart B. Allogenic, multidonor in vitro endothelialization of small diameter PTFE grafts in baboons. Vasc Surg 1991;25:64-71.
22. Schnittler HJ, Franke RP, Fuhrmann R, et al. Influence of various substrates on the actin filament system of cultured human vascular endothelial cells exposed to fluid shear stress. In: Zilla P, Fasol R, Deutsch M, eds. Endothelialization of vascular grafts. Basel: Karger, 1987:183-9.
23. Schroetter D, Spiess E, Paweletz N, Benke R. A procedure for rupture free preparation of confluently grown monolayer cells for scanning electron microscopy. J Electron Microsc Tech 1986;1:219-25.
24. Rutherford RB. Standards for evaluating results of interventional therapy for peripheral vascular disease. Circulation 1991;83(Suppl I):I6-11.
25. Thakur ML, Walsh L, Malech HL, Gottschalk A. Indium 111–labeled human platelets: improved method, efficacy and evaluation. J Nucl Med 1981;22:381-5.
26. Isaka Y, Kimura K, Yoneda S, et al. Platelet accumulation in carotid atherosclerotic lesions: semiquantitative analysis with Indium 111–labeled platelets and technetium 99 human serum albumin. J Nucl Med 1984;25:556-63.
27. Powers WD. Indium 111 platelet scintigraphy: carotid atherosclerosis and stroke. J Nucl Med 1984;25:626-9.
28. Goldman M, Simpson O, Hawker RJ, Norcell MC, Collum CN. Aspirin and dipyridamole reduce platelet deposition on femoropopliteal grafts in man. Ann Surg 1983;198:713-6.
29. Zilla P, Groscurth P, Varga G, Fischlein T, Fasol R. PGI₂ and PGE₁ induce morphological alterations in human platelets similar to those of the initial phase of activation. Exp Hematol 1987;15:741-9.
30. Zilla P, Von Oppell U, Deutsch M. The endothelium: a key to the future. J Card Surg 1993;8:32-60.
31. Eberl T, Siedler S, Schuhmacher B, Zilla P, Schlandraff K, Fasol R. Experimental in vitro endothelialization of cardiac valve leaflets. Ann Thorac Surg 1992;53:487-92.
32. Zilla P, Fasol R, Grimm M, et al. Growth properties of cultured human endothelial cells on differently coated artificial heart materials. J Thorac Cardiovasc Surg 1991;101:671-80.
33. Dichek DA, Neville RF, Zwiebel JA, Freeman SM, Leon MB, Anderson WF. Seeding of intravascular stents with genetically engineered endothelial cells. Circulation 1989;80:1347-53.

Submitted Jan. 25, 1993; accepted April 23, 1993.

A1184

JOURNAL OF MATERIALS SCIENCE: MATERIALS IN MEDICINE 5 (1994) 452–456

# *In vitro* biocompatibility of fluorinated polyurethanes

R. SBARBATI DEL GUERRA, L. LELLI
*Istituto di Fisiologia Clinica C. N. R., Via Savi 8, I-56126 Pisa, Italy and Centro Studi Processi Ionici C. N. R., Via Diotisalvi 2, I-56126 Pisa, Italy*

C. TONELLI, T. TROMBETTA
*CRS Ausimont, Via S. Pietro 50, I-20021 Bollate, Milano, Italy*

M. G. CASCONE, M. TAVERI, P. NARDUCCI, P. GIUSTI
*Dipartimento di Ingegneria Chimica, Chimica Industriale e Scienza dei Materiali, Via Diotisalvi 2, I-56126 Pisa, Italy*

The *in vitro* biocompatibility of fluorinated polyurethanes (FPUs), labelled as FPU 42, 52, 58, and 60, was evaluated by means of thrombogenicity, cytoxicity and cytocompatibility tests. Cardiothane® was taken as control material. The thrombogenicity was tested on thin material films by measuring the activation of prekallikrein (PKK) to kallikrein (KK). Level I cytoxicity tests of the bulk materials, i.e. Neutral Red (NR) uptake, 3-(4,5-dimethylthiazol-2-yl)-2,5-diphenyl tetrazolium bromide (MTT), and Kenacid Blue (KB) assays, were performed to assess the influence of the polymer extracts on, respectively, lysosomes, mitochondria and cell proliferation. The cytocompatibility was evaluated, on thin membranes made by a spraying phase-inversion process, by measuring the area of the polymer surface covered by human umbilical vein endothelial cells (HUVEC) 1 week after seeding. The results indicate that all the polymers are not thrombogenic, and not cytotoxic. The FPUs that contain polycaprolactone glycol (PCLG) (FPU 52 and 60) instead of poly(tetramethylene ether) glycol (PTMEG) (FPU 42 and 58) as soft segment show the lowest thrombogenicity and the best cytocompatibility.

## 1. Introduction
The polyurethanes are elastomers with a high medical grade performance, which are reported to possess good blood compatibility, hydrolytic stability, abrasion resistance, tensile strength and flexure endurance [1].

The aim of this study was to evaluate the *in vitro* biocompatibility of fluorinated polyurethanes (FPUs, patented by Ausimont, Milano, I). FPUs are of interest for several reasons. Properties in the bulk are such that thermal stability is high. Properties at the surface are such that the interfacial free energy is low [4]. This low surface energy finds applicability in many different areas such as biomaterials [4] and in particular in the field of cardiovascular prostheses. As far as we know the only information reported in the literature concerning the *in vitro* biocompatibility of FPUs deals with their haemocompatibility [5]. In the present studies four different FPUs were used, differing in their fluorine content and macroglycol portion. FPUs labelled as 42, 52, 58 and 60 were used for thrombogenicity, cytotoxicity and cytocompatibility tests.

## 2. Materials and methods
### 2.1. Membrane preparation and material composition
FPU 42, 52, 58 and 60 (test materials) and Cardiothane® (control material) membranes were made by a spraying, phase-inversion process already described elsewhere [2, 3]. In short: 1% w/v solutions were prepared in suitable solvents: 1,4 dioxane/THF 1/2 for Cardiothane® and DMF/THF 1/9 for FPUs. Porous membranes were obtained by simultaneously spraying distilled water and a thermodynamically unstable PU solution (obtained by addition of distilled water) onto a rotating mandrel. The local precipitation of the polymeric material results in a porous membrane with reproducible structural characteristics. The FPUs differ in their soft phase, with that of FPU 52 and 60 being made of polycaprolactone glycol (PCLG), and that of FPU 42 and 58 being made of poly(tetramethylene ether) glycol (PTMEG). The composition of the materials is shown in Table I.

### 2.2. Thrombogenicity test
The thrombogenicity of the materials was tested on thin material films by measuring the activation of prekallikrein (PKK) to kallikrein (KK), by the proteolytic reaction between KK and the chromogenic substrate H-D-Pro-Phe-Arg-pNa (S-2302 Kabi Diagnostica, Kabi Vitrum, Sweden). To evaluate the contact PKK activation, a pool of citrated plasma from nine healthy donors was dispensed in samples of 0.5 ml, and then frozen at $-20\,^{\circ}\text{C}$. Before carrying out the activation test, the plasma was thawed at $37\,^{\circ}\text{C}$

0957–4530  © *1994 Chapman & Hall*

TABLE I FPUs composition

| | Components | Molecular weight MW | Molar ratio |
|---|---|---|---|
| FPU 42 | ZDOLTX | 2000 | 0.2 |
| | PTMEG | 1000 | 1.0 |
| | MDI | 250 | 2.0 |
| | BDO | 90 | 0.8 |
| FPU 52 | ZDOLTX | 2000 | 0.2 |
| | PCLG | 1250 | 0.8 |
| | MDI | 250 | 2.0 |
| | BDO | 90 | 1.0 |
| FPU 58 | ZDOLTX | 2000 | 0.3 |
| | PTMEG | 2000 | 0.7 |
| | MDI | 250 | 2.0 |
| | BDO | 90 | 1.0 |
| FPU 60 | ZDOLTX | 2000 | 0.3 |
| | PCLG | 2000 | 0.7 |
| | MDI | 250 | 2.0 |
| | BDO | 90 | 1.0 |

ZDOLTX: $HO(CH_2CH_2)_nCH_2CF_2(OCF_2CF_2)_p(OCF_2)_qOCF_2$ $CH_2(OCH_2CH_2)_nOH.$
$n = 1.0–1.5$; $p/q = 0.8–1.2$.
PTMEG: polytetremethilene ether glycol.
PCLG: polycaprolactone glycol.
MDI: methylene diisocyanate.
BDO: 1,4-butanediol.

and diluted 1:10 with a 0.05 M TRIS-HCL buffer (pH 7.8). Volumes of 0.52 ml diluted plasma were placed in 0.50 cm inner-radius borosilicate glass tubes both uncoated and coated with the materials to be tested. The plasma was incubated at 37 °C under a constant stirring speed (1100 rpm) for 3 min; 0.2 ml of activated plasma was added to 0.2 ml of 2 mM solution of the chromogenic substrate and to 0.6 ml of the same buffer in a spectrophotometric cell thermostated at 37 °C. The releasing of $p$-nitroaniline was followed at 405 nm (molar absorptivity 9950) by means of a Shimadzu 2100 UV-visible spectrophotometer; the initial rates were obtained by "differential plots", calculated by a "tailor-made" computer program. Kallikrein-like activity (KLA) values were obtained from the initial rates by the "initial velocity" method, using the kinetic constants evaluated from the reaction between S-2302 and purified kallikrein [6, 7].

## 2.3. Cytotoxicity test

The cytotoxicity of the bulk materials was tested using protocols modified from FRAME (Found for the Replacement of Animals in Medical Experiments, Nottingham, GB) [6, 8]. They are level I cytotoxicity tests according to the NIH Guidelines [9]. Neutral Red (NR), 3-(4,5-dimethylthiazol-2-yl)-2,5 diphenyl tetrazolium bromide (MTT), and Kenacid Blue (KB) assays were used. Material samples of 300 mg each were prepared, first sterilized by ethylene oxide, then added to 15 ml phosphate-buffered saline (PBS) and left at 37 °C for 5 days. The negative control consisted of 15 ml PBS with no added material samples. Extracts were filtered with 0.2 μm cellulose acetate (Nalgene, USA) and used for the assays. 3T3 cells, from a

mouse fibroblast cell line, were cultured in Dulbecco's Minimal Essential Medium with 10% fetal bovine serum, 2 mM L-glutamine, 100 U ml$^{-1}$ penicillin-streptomycin, 5 μg ml$^{-1}$ fungizone. The cells were seeded onto 96-well plates at two different densities: 1.2 × 10$^4$ cells cm$^{-2}$ for the 24 h and 6 × 10$^3$ cells cm$^{-2}$ for the 72 h exposure period assays. The extracts were added to the wells (100 μl per well) 24 h after seeding. The plates were then incubated for 24 or 72 h at 37 °C in a CO$_2$ atmosphere. The positive control wells had 2,4-dinitrophenol (70 μg added ml$^{-1}$). After the incubation period, the procedures were different for the three assays. NR assay: the culture medium was replaced with 150 μl NR medium per well. The plates were incubated for 3 h at 37 °C, the NR medium was removed, the cells were rinsed twice with PBS and 150 μl destain solution (1% glacial acetic acid + 50% ethanol + 49% distilled water) per well were added. The plates were shaken for 10 min and the absorbance was read at 540 nm against a reference well which contained no cells. MTT assay: the culture medium was replaced with 10 μl MTT solution per well. After 4 h incubation the solution was removed, 100 μl DMSO were added and, after a 5 min slow agitation, the absorbance was read at 550 nm. KB assay: the culture medium was replaced with 150 ml KB dye per well. The dye was aspirated after a 20 min slow agitation and the wells washed twice with a washing solution. The desorbing solution was then added and the plates shaken for 20 min. The absorbance was read at 570 nm.

## 2.4. Cytocompatibility test

Human umbilical vein endothelial cells (HUVEC) were isolated from umbilical cords by trypsin/EDTA (0.05% trypsin, 0.02% EDTA (w/v)) treatment following a standard protocol [10]. They were cultured in 80 cm$^2$ culture flasks (Greiner, FRG) precoated with fibronectin in a complete culture medium composed of culture media T199 and RPMI 1640 with 20 mM Hepes buffer (Gibco, Paisley, UK), 2 mM L-glutamine, 100 U ml$^{-1}$ penicillin-streptomycin, 5 μg ml$^{-1}$ fungizone, 20% human serum (Sigma, Milano, Italy). Small fragments (area of about 50 mm$^2$) of the materials to be tested were cut from previously prepared [2, 3] small diameter (4 mm) vascular prostheses of FPU 58, FPU 60 and Cardiothane®. After ethylene oxide sterilization the material samples were distended on the bottom of 24-well TCPS culture dishes (Greiner, Austria). The experimental scheme was as follows. Sixteen samples of each material were prepared and divided into two identical sets. The samples of the first set were glued on the well bottom with a fibrin glue (Fbg, Immuno, Austria, 1 μl mm$^{-2}$). The samples of the second set were fixed by means of TCPS rings. Four samples of both sets were coated with human fibronectin (Fn, 5 μg ml$^{-1}$) and the other four were left uncoated. HUVEC were then seeded onto the materials at a seeding density of 4 × 10$^4$ cells cm$^{-2}$. The Fbg compound contained fibronogen (35 mg), plasma Fn (1–4,5 mg), factor XIII (5 U), plasminogen (17.5 μg), bovine thrombin (500 UI), and aprotinin (3000 UIK).

After one week in culture the materials were fixed and processed [11] for SEM. The presence of HUVEC on the material surfaces was estimated, as area covered by HUVEC, by the point counting method [11].

## 3. Results

*Thrombogenicity.* Fig. 1 shows the plasma PKK activation induced by FPU, compared with that induced by borosilicate glass (as a high-activation reference), silicone (as a low-activation reference) and Cardiothane® (a commercial polyurethane whose good haemocompatibility is known [1]). The PKK activation induced by FPUs appeared low, even lower than that induced by silicone and Cardiothane®. Moreover FPU 52 and FPU 60 showed a PKK activation lower than FPU 58 and FPU 42. A statistical analysis (Fisher PLSD test) was carried out to check the presence of significant differences between the KLA values of the different materials. The different FPUs were compared with the positive and negative controls. All the tested materials gave, as could be expected, KLA values lower than glass ($p < 0.01$). FPU 52 and FPU 60 showed lower KLA levels than silicone and Cardiothane® ($p < 0.05$ for FPU 52, $p < 0.01$ for FPU 60). FPU 60 showed a KLA activity lower than FPU 58 ($p < 0.01$).

*Cytotoxicity.* The results of the cytotoxicity tests are shown in Fig. 2. After a 24 h incubation of the polymer extracts with 3T3 cells, signs of lysosomal damage (NR test, Fig. 2a) were present with polymers FPU 60, FPU 52 and FPU 58 (Fisher PLSD test, $p < 0.05$) if compared with the negative control (PBS). This result was not confirmed after 72 h when no sign of cytotoxicity was detected. The MTT and KB assays at both 24 and 72 h (Fig. 2b, c) showed no significant difference between treated and control wells, which



*Figure 2* Cytotoxicity tests of FPU 42, 60, 52 and 58 polymer extracts after 24 h (▨) and 72 h (▨) incubation with 3T3 cells: (a) NR uptake; (b) MTT assay; (c) KB assay. Negative control wells were incubated with PBS instead of polymer extracts. The statistical significance of the absorbance values is referred to the PBS values (negative control) (Fisher PLSD test, *$p < 0.05$). The results are the mean ( ± SD) of five measures.



*Figure 1* Plasma PKK activation induced by FPUs *in vitro*. The four FPUs are compared with positive (borosilicate glass) and negative (silicone and Cardiothane®) controls. Statistical significance is referred to both Cardiothane® and silicone (Fisher PLSD test, *$p < 0.05$, **$p < 0.01$). The results are the mean ( ± SD) of six measures. 1 glass, 2 silicone, 3 cardiothane, 4 FPU 58, 5 FPU 42, 6 FPU 52, 7 FPU 60.

indicated that neither mitochondrial activity nor cell proliferation were affected by the extracts.

*Cytocompatibility.* In Fig. 4 SEM pictures of the surface patterns of respectively FPU 60, 58 and Cardiothane® precoated with Fn, before HUVEC seeding, are shown. They show a porous wall about 300 μm thick with a trabecular structure. One week after HUVEC seeding, FPU 60 showed a better endothelialization compared with FPU 58 and Cardiothane®. In particular the simultaneous presence of both Fn and Fbg in the FPU 60 samples seemed to give the best results (Fig. 3, Fig. 5a). A monolayer of distended and, in many parts, confluent HUVEC was observed (Fig 5a). The HUVEC spreading area on FPU 60 was significantly less (Fig. 3) when either Fn or Fbg alone were used, even if the cells presented a normal morphology. FPU 58 endothelialization gave satisfactory



*Figure 3* Endothelialization of FPU 60, 58 and Cardiothane®
membranes. The three material samples were either fixed with fibrin
glue on the bottom of 24-well TCPS culture dishes and coated
with fibronectin (samples Fn + Fbg ■) or fixed with fibrin glue and
left uncoated (samples Fbg ▨) or fixed by means of TCPS rings and
coated with fibronectin (samples Fn ▨). Estimations of the HUVEC
area were performed by the point counting method [11] on SEM
pictures (magnification: × 750) taken at random on the material
surfaces. No endothelialization was found on FPU 58 (Fn), FPU 58
(Fbg) and on Cardiothane®. Statistical significance is referred to
FPU 60 (Fn + Fbg) (Fisher PLSD test, ** $p < 0.01$). The results are
the mean ($\pm$ SD) of four measures.







*Figure 4* SEM pictures of the surfaces of (a) FPU 60, (b) FPU 58
and (c) Cardiothane® membranes before HUVEC seeding. (Original
magnification: × 370)

results only when Fn and Fbg were simultaneously
used (Fig. 3, Fig. 5b). In all the other cases no appreci-
able endothelialization was present with the exception
of rare spread round cells. Cardiothane® that was also
tested gave constantly results equal to zero (Fig. 3).
Rare HUVEC were found only on small flat patches,
not representative of the whole material, occasionally
present on the membrane surface. Significant endothe-
lialization was not observed on any of the materials
(data not shown), when they where both fixed with
TCPs rings and not coated with Fn. The statistical
analysis (Fisher PLSD test) showed that endothe-
lialization was significantly higher on FPU 60 (Fn
+ Fbg) ($p < 0.01$) than on FPU 60 (Fn) or FPU 60
(Fbg) and FPU 58 (Fn + Fbg) (Fig. 3).

## 4. Discussion

The thrombogenicity of a material candidate for
vascular prostheses is of paramount importance, since
it can lead to early thrombus formation and occlusion.
All the tested FPUs showed a PKK activation lower
than their negative controls. This result agrees well
with published data [5] and is probably to be at-
tributed to the presence of fluorine at the polymer
surface, which might lower the polymer interfacial free
energy with, as a consequence, a decreased thrombo-
genicity [4, 5]. FPU 52 and FPU 60, which contain
PCLG as soft segment, showed PKK activation val-
ues lower than FPU 42 and FPU 58, whose soft
segment is made of PTMEG. We can therefore infer
that the nature of the macroglycol portion is import-
ant in determining the thrombogenicity of the mater-
ials. The tested FPUs demonstrated to be not cyto-
toxic after 72 h incubation of their extracts with 3T3
murine cells (Fig. 2). A relative instability of the cellu-

lar response at 24 h with the NR assay was detected
and discussed in previous experiments [8]. The use of
PUs as suitable candidates for endothelialization has
been reported [12, 13] and is confirmed by our data.
Endothelial cell attachment to FPUs was favoured by
Fn coating (Fig. 3). Fn is an adhesive protein contain-
ing the sequence RGD that recognizes the endothelial
cell adhesion receptors called integrins [14]. The bind-
ing between the RGD sequence and the integrins is an
important step in the adhesion process. After this first
event, the exogenous Fn adsorbed to the material is
displaced by the endogenous Fn [15]. It seems that
this displacement can occur only on materials that
have an intermediate degree of surface hydrophilicity
[15]. Too hydrophobic or too hydrophilic materials

455





*Figure 5* SEM pictures of (a) HUVEC on FPU 60 (Fn + Fbg) and (b) on FPU 58 (Fn + Fbg) surfaces one week after cell seeding. (Original magnification: (a) × 1000, (b) × 750).

do not allow displacement of the adsorbed exogenous Fn and the process of adhesion and proliferation can not further continue. It seems therefore that integrin binding with Fn is a "necessary but not sufficient" event, that needs to be coupled to appropriate surface characteristics. Fn-mediated HUVEC attachment and growth was fully successful only on FPU 60, less on FPU 58 (i.e. only in the presence of Fn + Fbg) and not at all on Cardiothane® (Fig. 3). We could not measure the water contact angles of the polymers under study due to their porous and trabecular structure (Fig. 4). We have therefore to infer from our results that the surface characteristics of FPU 60 are such as to favour HUVEC adhesion and growth compared with the other materials. Fbg, even if present only at the interface between the material sample and the TCPS well bottom, seems to exert a synergic effect with Fn on HUVEC adhesion and proliferation on FPU 60 and 58 (Fig. 3). It has already been reported that Fbg can be used as a substrate for in vitro endothelialization of PTFE vascular grafts [16]. Fbg contains human Fn

and fibrinogen, which probably are partially soluble into the culture medium. Once in solution, they might adsorb onto the test materials, thus contributing to a better endothelialization process. Fibrinogen has been demonstrated to specifically bind to endothelial cells [17] and to promote not only cell attachment, stress fibres and adhesion plaque organization but also cell migration [18], events that are fundamental for the HUVEC proliferation process.

## Acknowledgements

The authors thank Dr Piero Cerrai for reviewing the manuscript and Nicola Rizzi for technical assistance.

## References

1. M. SZYCHER, in "Blood compatible materials and devices", (edited by C. P. Sharma and M. Szycher (Technomic Publishing Co, Inc, Lancaster, USA, 1991).
2. P GIUSTI, G. SOLDANI, M. PALLA, M. PACI and G LEVITA, *J. Eur. Soc. Artif. Organs* 3 (suppl. 1) (1985) 476.
3. G SOLDANI, M STEINER. P. M GALLETTI, L. LELLI, M PALLA and P. GIUSTI, *Clin. Mater.* 8 (1991) 81.
4. P. G. EDELMAN, D. G. CASTNER and B. D RATTNER, *Polymer Preprints* (1990) 314.
5. T. TAKAKURA, M. KATO and M YAMABE, *Makromol. Chem.* 191 (1990) 625.
6. P CERRAI, G. D. GUERRA. L LELLI, M TRICOLI, R. SBARBATI DEL GUERRA, M. G. CASCONE and P. GIUSTI, *J. Mater. Sci. Mater. Med.*, in press.
7. G. D. GUERRA, N. BARBANI, L LAZZERI, L. LELLI, M. PALLA and C. RIZZO *J. Biomat. Sci., Polymer Edn.* 4 (1993) 643.
8. R SBARBATI DEL GUERRA, M. G. CASCONE, M. TRICOLI and P CERRAI, *J. T. L. A.* 21 (1993) 97.
9. WORKING GROUP ON BLOOD-MATERIAL INTERACTIONS GUIDELINES, NIH Publication no. 85-2185 (1985).
10. Ch. WILLEMS. G C. B ASTALDI and Ph. G. de GROOT, *Exp. Cell Res.* 139 (1982) 191.
11. R. SBARBATI, D GIANNESSI, M C. CENNI, G. LAZZERINI, F. VERNI and R. DE CATERINA, *Int. J. Artif. Organs* 14 (1991) 491.
12. L. BORDENAVE, R. BAREILLE, F. LEFEBVRE, F. ROUAIS, Ch. VERGNES, Ch. BAQUEY and J. M ANDERSON, 4the World Biomaterials Congress, Berlin, 1992, p. 451.
13. S. NIU, T. MATSUDA and T. OKA, *ASAIO Trans.* 36 (1990) M164.
14. R SBARBATI DEL GUERRA and M. G. CASCONE, *Biomateriali*, in press.
15. P. B VAN WACHEM, B. W L. MALLENS, A. DEKKER, T BEUGELING. J FEIJEN, A. BANTJES, G. P. DETMERS and W. G. VAN AKEN, *J. Biomed. Mater. Res.* 21 (1987) 1317.
16. P. ZILLA, R. FASOL, P PREISS. M. KADLETZ, M DEUTSCH, H. SCHIMA, S TSANGARIS and P. GROSCURTH, *Surgery* 105 (1989) 515.
17. E. DEJANA, S. COLELLA. L. R. LANGUINO, G. BALCONI, G. C. CORBASCIO and P C. MARCHISIO. *J. Cell Biol.* 104 (1987) 1403.
18. E. DEJANA, M. G. LAMPUGNANI, M GIORGI, M. GAVOLI and P. C. MARCHISIO, *Blood* 75 (1990) 1509.