**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,

Plaintiffs,

v.

JOHNSON & JOHNSON and CORDIS CORPORATION,

Defendants.

**REDACTED PUBLIC VERSION**

Civil Action No. 07-333-SLR
Civil Action No. 07-348-SLR
Civil Action No. 07-409-SLR

BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,

Plaintiffs,

v.

JOHNSON & JOHNSON, CORDIS CORPORATION, and WYETH,

Defendants.

Civil Action No. 07-765-SLR

**APPENDIX OF EXHIBITS TO OPENING MARKMAN BRIEF**
**OF JOHNSON & JOHNSON, CORDIS AND WYETH**
**VOLUME IV OF IV (EXHIBITS 76-81)**

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
312-853-7000
dpritikin@sidley.com
wbaumgar@sidley.com
rcass@sidley.com

Dated: September 16, 2009

# TABLE OF CONTENTS

| Exhibit Number | Description | Appendix Page Number |
|---|---|---|
| 1 | Summary of Polymer Definitions in Cordis' Briefs and Declarations | A1-A47 |
| 2 | "Polymer" as defined by various dictionaries | A48-A57 |
| 3 | Summary of Co-polymer Definitions in Cordis' Briefs and Declarations | A58-A79 |
| 4 | Summary of Homopolymer Definitions in Cordis' Briefs and Declarations | A80-A100 |
| 5 | "Acrylate" as defined by *Webster's Third New International Dictionary* (1993) | A101 |
| 6 | Summary of Biocompatible Definitions in Cordis' Briefs and Declarations | A102-A119 |
| 7 | Summary of "Apply" Definitions in Cordis' Briefs and Declarations | A120-A133 |
| 8 | Summary of "Affix" Definitions in Cordis' Briefs and Declarations | A134-A143 |
| 9 | "Macrocyclic" as defined by *Webster's Third New International Dictionary* (1993) | A144-A147 |
| 10 | Summary of "Inhibit" Definitions in Cordis' Briefs and Declarations | A148-A156 |
| 11 | "Mixture" as defined by *Webster's Third New International Dictionary of the English Language, Unabridged* (2002) and *Dorland's Illustrated Medical Dictionary* (28th ed. 1994) | A157-A162 |
| 12 | "About" as defined by various dictionaries | A163-A198 |
| 13 | "Thereto" as defined by *Webster's Third New International Dictionary of the English Language, Unabridged* (2002) | A199-A201 |
| 14 | "Base" as defined by *Webster's Third New International Dictionary* (1993) | A202-A205 |
| 15 | Office Action Summary concerning Disposition of Claims in U.S. Patent Application 09/874,117 | A206-A209 |
| 16 | Appellant's Second Corrected Brief on Appeal regarding U.S. Patent Application 09/575,480 | A210-A223 |
| 17 | Remarks to Support Pre-Appeal Brief Request for Review regarding U.S. Patent Application 10/829,074 | A224-A228 |
| 18 | Petition to Make Special Because of Actual Infringement (37 CFR § 1.102 and MPEP § 708.02) with Supporting Declaration by Attorney regarding U.S. Patent Application 10/951,385 | A229-A251 |
| 19 | Decision Granting Petition to Make Special Because of Actual Infringement (37 CFR § 1.102 and MPEP § 708.02) | A252-A253 |
| 20 | Petition to Make Special Because of Actual Infringement (37 CFR § 1.102 and MPEP § 708.02) with Supporting Attorney Declaration regarding U.S. Patent Application of Carol Wright (Application number not yet assigned) | A253.1-A253.8 |
| 21 | REDACTED | A254-A263 |

REDACTED

| | | |
|---|---|---|
| 22 | Rensing et al., Coronary restenosis elimination with a sirolimus eluting stent, *European Heart Journal*, 2001 | A264-A269 |
| 23 | Serruys et al., A comparison of balloon-expandable-stent implantation with balloon angioplasty in patients with coronary artery disease, *N Engl J Med* 1994 | A270-A276 |
| 24 | Serruys et al., A randomized comparison of a durable polymer Everolimus-eluting stent with a bare metal coronary stent: The SPIRIT first trial, *EuroIntervention* 2005 | A277-A284 |
| 25 | Poon et al., Rapamycin Inhibits Vascular Smooth Muscle Cell Migration, *J. Clin. Invest.*, 1996 | A285-A291 |
| 26 | Marx et al., Rapamycin-FKBP Inhibits Cell Cycle Regulators of Proliferation in Vascular Smooth Muscle Cells, *Circ. Res.* 1995 | A292-A298 |
| 27 | Perkins et al., XIENCE V™ Everolimus-Eluting Coronary Stent Systems: A Preclinical Assessment, *Journal of Interventional Cardiology*, 2009 | A299-A310 |
| 28 | Ding et al., XIENCE V™ Stent Design and Rationale, *Journal of Interventional Cardiology*, 2009 | A311-A320 |
| 29 | Fischman et al., A Randomized Comparison of Coronary-Stent Placement and Balloon Angioplasty in the Treatment of Coronary Artery Disease, *N Engl J Med* 1994 | A321-A326 |
| 30 | U.S. Patent No. 6,120,536 | A327-A343 |
| 31 | U.S. Patent No. 5,968,091 | A344-A354 |
| 32 | U.S. Patent No. 6,908,624 | A355-A391 |
| 33 | U.S. Patent Application Publication No. US 2004/0063805 | A392-A405 |
| 34 | Boston Scientific, Promus Everolimus-Eluting Coronary Stent System, http://www.bostonscientific.com/Device.bsci?page=HCP_Overview&navRelId=1000.1003&method=DevDetailHCP&id=10104231&pageDisclaimer=Disclaimer.ProductPage (last visited Sep. 14, 2009) | A406-A408 |
| 35 | Boston Scientific, PROMUS Everolimus-Eluting Coronary Stent System, Patient Information Guide | A409-A461 |
| 36 | REDACTED | A462-A552 |
| 37 | | A553-A595 |
| 38 | Instructions for Use: CYPHER Sirolimus-eluting Coronary Stent on RAPTOR Over-the-Wire-Delivery System and CYPHER Sirolimus-eluting Coronary Stent on RAPTORRAIL Rapid Exchange Delivery System | A596-A615 |
| 39 | REDACTED | A616-A629 |
| 40 | | A630-A634 |
| 41 | Abraham et al., Immunopharmacology of Rapamycin, *Annu. Rev. Immunol.* 1996 | A635-A649 |

| | | |
|---|---|---|
| 42 | Van Duyne et al., Atomic Structures of the Human Immunophilin FKBP-12 Complexes with FK506 and Rapamycin, *J. Mol. Biol.* 1993 | A650-A669 |
| 43 | Atomic Structure of the Rapamycin, J. Am. Chem. Soc, 1991 | A670-A671 |
| 44 | Diagram: Normal Sirolimus Everolimus | A672 |
| 45 | Chung et al., Rapamycin-FKBP Specifically Blocks Growth-Dependant Activation of and Signaling by the 70kd S6 Protein Kinases ,*Cell* Vol. 69, 1992 | A673-A682 |
| 46 | Beretta et al., Rapamycin blocks the phosphorylation of 4E-BP1 and inhibits cap-dependent initiation of translation, *The EMBO Journal* Vol. 15 No. 3, 1996 | A683-A689 |
| 47 | Weng et al., Regulation of the p70 S6 Kinase by Phosphorylation in Vivo, *The Journal of Biological Chemistry* 1998 | A690-A698 |
| 48 | Sedrani et al., Chemical Modification of Rapamycin: The Discovery of SDZ RAD, *Elsevier Science* 1998 | A699-A701 |
| 49 | Schuler et al.,, SDZ RAD, A new Rapamycin Derivative, Transplantation, 1997 | A702-A710 |
| 50 | Hartford et al., Rapamycin: Something Old, Something New, Sometimes Borrowed and Now Renewed, *Clinical Pharmacology & Therapeutics* Vol. 82 No 84, 2007 | A711-A718 |
| 51 | Sedrani et al., Chemical Modification of Rapamycin: The Discovery of SDZ RAD, *Elsevier* 1998 | A719-A721 |
| 52 | Buellesfeld et al., ABT-578-Eluting Stents: The Promising Successor of Sirolimus-and Paclitaxe-Eluting Stents Concepts? *Herz* 2004 | A722-A725 |
| 53 | Böhler et al., The In Vivo Effect of Rapamycin Derivative SDZ RAD on Lymphocyte Proliferation, *Transplantation Proc,* 1998 | A726-A728 |
| 54 | Taga et al., Structure of a New Macrocyclic Antibiotic, *International Union of Crystallography*, 1987 | A729-A731 |
| 55 | Curriculum Vitae of David Sabatini | A732-A735 |
| 56 | Sabatini et al., RAFT1: A Mammalian Protein that binds to FKBP12 in a Rapamycin-Dependent Fashion and is Homologus to Yeast TORs, *Cell*, Vol. 78, 1994 | A736-A746 |
| 57 | Nührenberg et al., EMAP-II downregulation contributes to the beneficial effects of Rapamycin after vascular injury, *Cardiovascular Research*, 2008 | A747-A756 |
| 58 | Guertin et al., Defining the Role of mTOR in Cancer, *Cancer Cell* 12, 2007 | A757-A770 |
| 59 | Sehgal et al., Rapamycin (AY-22,989), a New Antifungal Antibiotic, *The Journal of Antibiotics*, Vol. 28, 1975 | A771-A777 |
| 60 | McAlpine et al., Revised NMR Assignments for Rapamycin, *The Journal of Antibiotics*, Vol. 28, No. 10, 1991 | A778-A783 |
| 61 | Paiva et al., Incorporation of Acetate, Propionate, and Methionine into Rapamycin by Streptomyces Hysgroscopicus, *Journal of Natural Products* 1991 | A784-A795 |

| | | |
|---|---|---|
| 62 | White *et al.*, The Structure of the Antifungal Antibiotic Rapamycin, *Crystallography in Biochemistry and Pharmacology* 1981 | A796-A797 |
| 63 | Suzuki et al., Stent-Based Delivery of Sirolimus Reduces Neointimal Formation in a Porcine Coronary Model, *Circulation* 2001 | A798-A803 |
| 64 | Marx *et al.*, Bench to Bedside The Development of Rapamycin and its Application to Stent Restenosis, *Circulation* 2001 | A804-A807 |
| 65 | Gallo *et al.*, Inhibition of Intimal Thickening After Balloon Angioplasty in Porcine Coronary Arteries by Targeting Regulators of the Cell Cycle, *Circulation* 1999 | A808-A814 |
| 66 | Gallo *et al.*, Rapamycin (Sirolimus) Inhibits Vascular Smooth Muscle DNA Synthesis In Vitro and Suppresses Narrowing in Arterial Allografts and in Balloon-Injured Carotid Arteries: Evidence that Rapamycin Antagonizes Growth Factor Action on Immune and Nonimmune Cells, *Transplantation Proceedings*, Vol. 27, No. 1. 1995 | A815-A818 |
| 67 | Siekierka, Probing T-Cell Signal Transduction Pathways with the Immunosuppressive Drugs, FK-506 and Rapamycin, *Immuno Res* 1994 | A819-A825 |
| 68 | Gregory *et al.*, Rapamycin Inhibits Arterial Intimal Thickening Caused by Both Alloimmune and Mechanical Injury, *Transplantation Proceedings*, Vol. 55, No. 6.1995 | A826-A837 |
| 69 | Morris, Rapamycins: Antifungal, Antitumor, Antiproliferative, and Immunosuppressive Macrolides, *Transplantation Reviews*, Vol. 6, No. 1. 1992 | A838-A887 |
| 70 | Lodish *et al.*, Chapter 1 – The Dynamic Cell, pp. 1-13 and Chapter 13 – Regulation of the Eukaryotic Cell Cycle, *Molecular Cell Biology*, 4th ed. 2000 | A888-A964 |
| 71 | Abraham, Mammalian Target of Rapamycin: Immunosuppressive Drugs Offer New Insights Into Cell Growth Regulation, *Inflammatory Processes: Molecular Mechanisms and Therapeutic Opportunities* 2000 | A965-A978 |
| 72 | Choi *et al.*, Structure of the FKPB12-Rapamycin Complex Interacting with the Binding Domain of Human FRAP, *Science* 1996 | A979-A985 |
| 73 | Luo et al., Rapamycin Resistance Tied to Defective Regulation of p27, *Molecular and Cellular Biology* 1996 | A986-A993 |
| 74 | **REDACTED** | A994-A1017 |
| 75 | Adverse Tissue Reaction to Polymers Cited in '7286, '3286 and '473 Patent Specifications | A1018-A1189 |
| 76 | Curriculum Vitae of Antonios G. Mikos | A1190-A1356 |
| 77 | "Polymer" as defined by Webster's Third International Dictionary | A1357-A1359 |
| 78 | **REDACTED** | A1360-A1386 |

REDACTED

| | | |
|---|---|---|
| 79 | "Biocompatibility" as defined by Merriam-Webster's Collegiate Dictionary | A1387-A1395 |
| 80 | Burke et al., Zotarolimus (ABT-578) eluting stents, *Elsevier* 2006 | A1396-A1405 |
| 81 | REDACTED | A1405-A1414 |

# EXHIBIT 76

# EXHIBIT REDACTED

# EXHIBIT 77

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1

1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20 93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

484950QPH9796

**…karyon** *also* **poly·caryon** \"+\ *n* [NL, fr. *poly-* + …] : a multinuclear cell or individual

**poly·kary·ot·ic** \+¦karē¦äd·ik\ *adj* [*poly-* + *kary-* + *-otic*] : having many nuclei or cells with many nuclei

**poly·lem·ma** \¦pälē¦lemə, -lə¦-\ *n* -s [*poly-* + *-lemma* (as in *dilemma*)] : an argument analogous to a dilemma in which many (as more than three) alternatives are presented in the major premise

**poly·lingual** \¦pälē, -lə+\ *adj* [*poly-* + *lingual*] : MULTILINGUAL ⟨~ area⟩ ⟨a ~ journal⟩

**poly·literal** \"+\ *adj* [*poly-* + *literal*] **1** : POLYGRAPHIC ⟨~ transposition⟩ **2** : representing each letter by a polygraph ⟨~ substitution⟩

**poly·literally** \"+\ *adv* : in a polyliteral manner : so as to be polyliteral

**poly·lith** \ˈ,lith\ *n* -s [*poly-* + *-lith*] : a megalithic structure (as a dolmen or stone circle) made of several or many stones — compare MONOLITH

**poly·lith·ic** \¦¦lithik\ *adj* [*poly-* + *-lithic*] : composed of several or many stones or kinds of stone ⟨a ~ deposit⟩

**poly·mas·tia** \,ˈmastēə\ *also* **poly·mas·ty** \ˈ,ˌtē\ *n, pl* **polymastias** *also* **polymasties** [NL, fr. *poly-* + *-mastia*] : the condition of having more than the normal number of breasts — **poly·mas·tic** \¦¦stik\ *adj*

**poly·mas·ti·da** \,ˈmastədə\ *or* **poly·mas·ti·ga** \-təgə\ *or* **poly·mas·ti·go·da** \-,mastəˈgōdə\ *or* **poly·mas·ti·go·ta** \-ōd·ə\ [NL, irreg. fr. *Polymastig-, Polymastix*] *syn of* POLYMASTIGINA

**poly·mas·ti·gi·na** \-,mastəˈjīnə\ *n pl, cap* [NL, fr. *Polymastig-, Polymastix*, genus of flagellates (fr. *poly-* + Gk *mastig-, mastix* whip) + *-ina* — more at MASTIG-] : an order of small plastic usu. parasitic flagellates (subclass Zoomastigina) having several flagella and including various medically or economically important forms (as members of the genera *Costia, Chilomastix, Giardia, Hexamita,* and *Trichomonas*) — **poly·mas·ti·gine** \¦¦mastə,jīn\ *adj*

**¹poly·mas·ti·gote** \¦¦mastə,gōt\ *adj* [alter. of earlier *polymastigate*, fr. *poly-* + *mastig-* + *-ate*] **1** : having many flagella **2** [NL *Polymastigota*] : of or relating to the Polymastigina

**²polymastigote** \"\ *n* -s : a flagellate of the order Polymastigina

**¹poly·math** \ˈ,math\ *n* -s [Gk *polymathēs* knowing much, fr. *poly-* + *-mathēs* (fr. *mathein, manthanein* to learn) — more at MATHEMATICAL] : one of encyclopedic learning ⟨such a survey requires a heroic ~ —Douglas Bush⟩ ⟨our most ambitious critics are ~s —R.G.Davis⟩ — called also *polyhistor*

**²polymath** \"\ *or* **poly·math·ic** \¦¦mathik\ *adj* : learned in many fields — compare ERUDITE ⟨masters of the subtle schools are controversial, *polymath* —T.S.Eliot⟩ ⟨an original, vigorous, *polymathic* mind —B.R.Redman⟩

**po·lym·a·thy** \pəˈliməthē\ *n* -ES [Gk *polymathia* much learning, fr. *polymathēs* knowing much + *-ia* -y] : the character or attainments of a polymath : encyclopedic learning ⟨scorn for mere ~ —G.W.Johnson⟩

**poly·melia** \,pälēˈmēlēə, -lə'm-, -mel-, -lyə\ *also* **po·lym·e·ly** \pəˈliməlē; ˈpälē,mēlē, -ələ,m-, -mel-\ *n, pl* **polymelias** *also* **polymelies** [NL *polymelia*, fr. *poly-* + *-melia*] : the condition of having more than the normal number of limbs

**poly·menorrhea** *also* **poly·menorrhoea** \¦pälē, -lə+\ *n* [NL, fr. *poly-* + *menorrhea*] : menstruation at abnormally frequent intervals — compare MENORRHAGIA

**poly·mer** \ˈpäləmə(r), -lēm-\ *n* -s [ISV, back-formation fr. *polymeric*; prob. orig. formed in G] : a natural or synthetic chemical compound or mixture of compounds formed by polymerization and consisting essentially of repeating structural units; *esp* : HIGH POLYMER — compare COPOLYMER, DIMER, HOMOPOLYMER, ISOMER, MONOMER; MACROMOLECULE, PLASTIC, RESIN 2a, SYNTHETIC FIBER, SYNTHETIC RUBBER

**po·lym·era** \pəˈlimərə\ *n pl, cap* [NL, fr. *poly-* + *-mera*, neut. pl. of *-merus* -merous] *in some classifications* : a division of invertebrate animals having the body divided into numerous clearly defined segments

**poly·me·ria** \,ˈmirēə, -məˈrīə\ *n* -s [NL, fr. Gk *polymereia* condition of having many parts, fr. *polymerēs* having many parts + *-ia* -y] : the condition of having supernumerary parts or accessory organs

**poly·mer·ic** \¦¦merik, -rēk\ *adj* [ISV *polymer-* (fr. Gk *polymerēs* having many parts, fr. *poly-* + *meros* part) + *-ic* — more at MERIT] **1** : of, relating to, or consisting of a polymer **2 a** : of, relating to, involving, or being any of a group of nonallelic identical genes that collectively control various quantitative hereditary characters — compare MULTIPLE FACTOR, POLYGENE **b** : composed of several similar parts ⟨~ chromosomes⟩ **3** : consisting of many segments ⟨a ~ annelid worm⟩ — **poly·mer·i·cal·ly** \-rək(ə)lē, -rēk-, -li\ *adv*

**po·lym·er·ide** \pəˈlimə,rīd, -,rəd\ *n* -s [ISV *polymeric* + *-ide*] *chiefly Brit* : POLYMER

**po·lym·er·ism** \pəˈlimə,rizəm; ˈpäləmə,rizəm, -lēm-\ *n* -s : the quality or state of being polymeric

**po·lym·er·iz·able** \pəˈlimə,rīzəbəl, ,ˈ; ˈpäləm-, -lēm-, ,ˈ\ *adj* : capable of polymerizing

**po·lym·er·i·zate** \pəˈlimərə,zāt; ,päləˈmerə,zāt, -lēˈm-\ *n* -s [ISV, prob. back-formation fr. *polymerization*] : a product of polymerization : POLYMER

**po·lym·er·i·za·tion** \pə,limərəˈzāshən, ,päləm-, ,pälēm-, -,rīˈz-\ *n* -s [ISV *polymer* + *-ization*] **1 a** : a chemical reaction in which two or more small molecules combine to form larger molecules that contain repeating structural units of the original molecules and that have the same percentage composition as the small molecules if the small ones were all of the same kind : the union of monomers to form polymers — see ADDITION POLYMERIZATION, CONDENSATION POLYMERIZATION, COPOLYMERIZATION; compare POLYCONDENSATION **b** : the state of being polymerized **2** : ASSOCIATION 7 **3** : reduplication of parts in the animal body

**po·lym·er·ize** \pəˈlimə,rīz, ˈpäləm-, ˈpälēm-\ *vb* -ED/-ING/-S *see -ize in Explan Notes* [*polymer* + *-ize*] *vt* : to combine (small molecules) chemically into larger or esp. very large molecules : subject to polymerization ~ *vi* : to form larger molecules from small molecules : undergo polymerization

**po·lym·er·iz·er** \-zə(r)\ *n* -s : an operator of polymerization equipment

**po·lym·er·ous** \pəˈlimərəs\ *adj* [*poly-* + *-merous*] **1** : having many parts or members in a whorl **2** [*polymer* + *-ous*] : POLYMERIC 1

**polymer tempera** *n* : an aqueous plastic-based paint used esp. in fine arts

**po·lym·ery** \pəˈlimərē, ˈpälə,merē, ˈpälē,-\ *n* -ES [ISV, fr. NL *polymeria*] : polymeric condition ⟨doubling of floral organs is a common manifestation of ~⟩

**poly·me·ter** \ˈpälē,mēd·ə(r), -lə,m-; pəˈlimәd-\ *n* [ISV *poly-* + *-meter*] : any of various measuring instruments capable of indicating two or more quantities

**poly·methine** \¦pälē, -lə+\ *adj* [*poly-* + *methine*] : consisting of or containing a series of methylidyne groups ⟨~ chain⟩

**polymethine dye** *n* : any of a class of dyes (as cyanines or merocyanines) characterized by a resonance structure containing a conjugated chain of carbon atoms that is at least in part an open chain (as in $-CH(=CH-CH)_n=$) attached to two polar atoms (as two amino nitrogen atoms either one of which is considered to be positively charged) — see DYE table I

**poly·methylene** \"+\ *n* [ISV *poly-* + *methylene*] **1** : a hydrocarbon constituted of methylene groups: as **a** : CYCLOPARAFFIN **b** : a polymer of high molecular weight that resembles polyethylene except for its entirely linear and unbranched structure and that is usu. made from diazomethane by loss of nitrogen **2** : a bivalent radical $-(CH_2)_n-$ consisting of a series of methylene groups ⟨~ halides⟩

**poly·methyl methacrylate** \"+…-\ *n* [*polymethyl* fr. *poly-* + *methyl*] : a polymer of methyl methacrylate : METHYL METHACRYLATE 2

types of microorganisms

**poly·mig·nyte** *or* **poly·mig·nite** \,pälēˈmig,nīt, -ləm-\ *n* -s [Sw *polymignit*, fr. *poly-* + *mign-* (fr. Gk *mignynai* to mix) + *-it* -ite — more at MIX] : a mineral (Ca,Fe,Y,etc.,Zr,Th)(Cb,Ti,Ta)$O_4$ consisting of a niobate and titanate of the metals of the cerium group with iron and calcium

**poly·mix·ia** \-ˈmiksēə\ *n, cap* [NL, fr. Gk, mixture of many components, fr. *poly-* + *mixis* act of mixing (fr. *mignynai* to mix) + *-ia* -y] : a genus of small deep-sea berycoid fishes coextensive with the family Polymixiidae and resembling the squirrelfishes but having smooth scales and a pair of barbels on the chin — **poly·mix·i·id** \¦¦sēəd\ *n or adj*

**po·lym·nia** \pəˈlimnēə\ *n, cap* [NL, prob. fr. L *Polymnia, Polyhymnia*, one of the Greek muses, fr. Gk] : a small genus of American and chiefly tropical herbs (family Compositae) having large lobed leaves and corymbose heads of discoid and radiate yellow or white flowers — see LEAFCUP

**pol·ym·nite** \ˈpäləm,nīt, pəˈlim-\ *n* -s [Gk *polymnios* full of moss (fr. *poly-* + *mnion* moss, seaweed) + E *-ite* — more at MINIUM] : a stone marked with dendrites and black lines so disposed as to suggest rivers and marshes

**poly·molecular** \¦pälē, -lə+\ *adj* [*poly-* + *molecular*] **1** : consisting of many molecules esp. of different sizes ⟨high polymers are, in general, ~ —A.M.Sookne & Milton Harris⟩ **2** : having a thickness of several molecules ⟨~ layers⟩ — compare MULTILAYER — **poly·molecularity** \"+\ *n*

**poly·molybdate** \"+\ *n* [*poly-* + *molybdate*] : any of various complex salts (as ammonium molybdate) regarded as derived from isopoly acids of molybdenum

**¹poly·morph** \ˈpälē,mȯrf, -lə,m-\ *n* -s [ISV, fr. *polymorphous*] **1** : a polymorphous organism; *also* : one of the several forms of such an organism **2** : any of the crystalline forms of a polymorphous substance **3** : a polymorphonuclear leukocyte

**²polymorph** \"\ *adj* : POLYMORPHIC

**poly·mor·pha** \,ˈmȯrfə\ *n pl, cap* [NL, *poly-* + *-morpha*] *in some esp former classifications* : a suborder or other group of beetles including the Clavicornia and Serricornia

**poly·mor·phe·an** \¦¦mȯrfēən, ¦¦\ *adj* [Gk *polymorphos* multiform + E *-an*] *archaic* : POLYMORPHIC

**poly·mor·phic** \¦¦mȯrfik\ *adj* [Gk *polymorphos* multiform + E *-ic*] **1** : POLYMORPHOUS b **2** : having or occurring in several distinct forms : exhibiting polymorphism ⟨a ~ species⟩ ⟨man is both ~ and polytypic —*New Biology*⟩ — **poly·mor·phi·cal·ly** \-fək(ə)lē\ *adv*

**poly·mor·phism** \ˈ,mȯr,fizəm, ,ˈ\ *n* -s [ISV *polymorphous* + *-ism*] : the quality or state of being polymorphous: as **a** (1) : capability of assuming different forms : capability of wide variation (2) : existence of a species in several forms independent of the variations of sex (as in various butterflies whose broods, appearing at different seasons, differ in size or color, or both, or in ants and termites, in which different castes exist) — compare DIMORPHISM, HETEROMORPHISM **b** : the property of crystallizing in two or more forms with distinct structures — compare ALLOTROPY

**¹poly·mor·pho·nuclear** \¦pälē¦mȯrfə, -lə¦m- +\ *adj* [*polymorphous* + *nuclear*] **1** *of a leukocyte* : having the nucleus complexly lobed **2** : being a neutrophil or other leukocyte of typical mature form with distinctly lobed nucleus

**²polymorphonuclear** \"\ *n* -s : a polymorphonuclear leukocyte

**poly·mor·pho·nucleate** \¦pälē¦mȯrfə, -lə¦m-+\ *adj* [¹*polymorphonuclear* + *-ate*] : POLYMORPHONUCLEAR

**poly·mor·phous** \¦pälē¦mȯrfəs, -lə¦m-\ *adj* [Gk *polymorphos* multiform fr. *poly-* + *-morphos* -morphous] : having or assuming various forms, characters, styles, or functions ⟨a ~ god⟩: as **a** : POLYMORPHIC 2 **b** : crystallizing with two or more different structures — **poly·mor·phous·ly** *adv* — **poly·mor·phous·ness** *n* -ES

**polymorphous-perverse** \¦¦¦¦, ¦¦¦¦\ *adj* : relating to or exhibiting infantile sexual tendencies in which the genitals are not yet identified as the sole or principal sexual organs nor coitus as the goal of erotic activity and which are a basis for pregenital libidinal fixation

**poly·mor·phy** \ˈpälē,mȯrfē, -lə,m-\ *n* -ES [ISV *polymorph* + *-y*] : POLYMORPHISM

**poly·my·ar·i·an** \¦,mīˈa(a)rēən\ *also* **poly·my·ar·i·al** \-ēəl\ *adj* [*poly-* + *-myaria* + *-an* or *-al*] : having many cells in each quadrant of a cross-section — used of the arrangement of muscle cells in a nematode worm

**poly·my·ar·i·ty** \,,mīˈarəd·ē\ *n* -ES [*polymyarian* + *-ity*] : the condition of being polymyarian

**poly·my·odi** \,pälē,mīˈō,dī, -lə,m-\ *n pl, cap* [NL, fr. *poly-* + *-myodi* (fr. Gk *myōdēs* muscular, fr. *mys* mouse, muscle) — more at MOUSE] *in former classifications* : a group of birds nearly equivalent to Passeres — **poly·my·odi·an** \¦,¦ōdēən\ *or* **poly·my·odous** \-dəs\ *adj*

**poly·my·oid** \¦¦mī,ȯid\ *adj* [*poly-* + *my-* + *-oid*] **1** : having many syringeal muscles **2** [NL *Polymyodi* + E *-oid*] : POLYMYODIAN

**poly·myositis** \¦pälē, -lə+\ *n* [NL, fr. *poly-* + *myositis*] : inflammation of several muscles at once

**po·lym·y·thy** \pəˈliməthē; ˈpälē,mithē, -lə,m-\ *n* -ES [NL *polymythia*, fr. Gk *polymythos* with many legends (fr. *poly-* + *mythos* myth) + NL *-ia* -y — more at MYTH] : the inclusion of many or several stories or plots in one narrative or dramatic work

**poly·myx·in** \,pälēˈmiksən, -lə,m-\ *n* -s [ISV, fr. NL *polymyxa* (specific epithet of *Bacillus polymyxa* — fr. *poly-* + *-myxa* —) + ISV *-in*] : any of several basic polypeptide toxic antibiotics that are obtained from strains of a soil bacterium (*Bacillus polymyxa*) and are active against gram-negative bacteria: as **a** *or* **polymyxin A** : one of three nephrotoxic antibiotics **b** *or* **polymyxin B** : the least toxic of the polymyxins used in the form of its sulfate chiefly in the treatment of some localized, gastrointestinal, or systemic infections

**pol·y·nee** \¦¦nā\ *n* -s [Sw] : a tart made of rich cookie dough, filled with meringue to which ground almonds have been added, and topped with a cross made of two strips of the cookie dough

**poly·nemid** \,pälēˈnēməd, -nem-\ *n* -s [NL *Polynemidae*] : a fish of the family Polynemidae

**poly·nem·i·dae** \-nemə,dē\ *n pl, cap* [NL, fr. *Polynemus*, type genus + *-idae*] : a family (usu. coextensive with a suborder Polynemoidea of Percomorphi) of fishes that resemble mullets but have the pectoral fin divided into two parts of which the upper is much like an ordinary fin and the lower is composed of several separate slender threadlike rays and abound on the sandy shores of warm seas, many of them being valued for food and some yielding isinglass

**¹poly·ne·moid** \¦¦nē,mȯid\ *adj* [NL *Polynemus* + E *-oid*] : resembling or related to the Polynemidae

**²polynemoid** \"\ *n* -s : a polynemoid fish

**poly·ne·moi·dea** \,nəˈmȯidēə\ *n pl, cap* [NL, fr. *Polynemus* + *-oidea*] : a suborder of Percomorphi coextensive with the family Polynemidae

**poly·ne·mus** \,pälēˈnēməs, -ləˈn-\ *n, cap* [NL, fr. *poly-* + Gk *nēma* thread — more at NEEDLE] : a genus (the type of the family Polynemidae) of fishes resembling mullets

**poly·neph·ric** \¦¦nefrik\ *adj* [*poly-* + *-nephric*] *of an insect* : having many Malpighian tubules

**¹poly·ne·sian** \¦pälə¦nēzhən, -ēsh-\ *adj, usu cap* [*Polynesia*, islands of the central Pacific ocean + E *-an*] **1 a** : of, relating to, or characteristic of Polynesia **b** : of, relating to, or characteristic of the Polynesians **2** : of, relating to, or characteristic of the Polynesian languages **3** : of, relating to, or being a biogeographic region or subregion of the Australian region that includes the smaller tropical Pacific islands

**²polynesian** \"\ *n* -s *cap* [*Polynesia* + E *-an*] **1** : a member of any of the native peoples of Polynesia usu. classified as being a composite chiefly of the white, Mongoloid, and Melanesian races and described as having black wavy hair, black eyes, medium breadth of nose, medium prognathism, brown skin,

several peripheral nerves … caused by alcohol-ism, metallic and other poisons, infectious disease, or vitamin deficiency (as of thiamine)

**poly·neuropathy** \"+\ *n* [*poly-* + *neuropathy*] : a disease of nerves; *esp* : a noninflammatory degenerative disease of nerves usu. caused by toxins (as of lead, alcohol)

**¹pol·y·noid** \ˈpälə,nȯid, pəˈlinəwəd\ *adj* [NL *Polinoidae*] : of or relating to the Polynoidae

**²polynoid** \"\ *n* -s : a worm of the family Polynoidae : SCALE WORM

**pol·y·noi·dae** \,päləˈnōi(,)dē, pə,linəˈwī(,)dē\ *n pl, cap* [NL, fr. *Polynoe*, type genus (fr. Gk *Polynoē*, a sea nymph) + *-idae*] : a family of marine polychaete worms having the back covered with two rows of scales

**¹poly·no·mi·al** \¦pälē¦nōmēəl, -lə¦n-\ *n* -s [*poly-* + *-nomial* (as in *binomial*)] **1 a** : a mathematical expression of two or more terms **b** : an algebraic function of one or more variables consisting of the sum of terms whose factors are constants or positive integral or zero powers of the variables — called also *integral rational function* **2** : a technical name of a plant or animal consisting of a descriptive phrase of more than three words

**²polynomial** \"\ *adj* **1** : having the character of a polynomial **2** : consisting of many names or terms

**poly·nuclear** \¦pälē, -lə+\ *adj* [ISV *poly-* + *nuclear*] : containing more than one nucleus: **a** : POLYCYCLIC a **b** : containing more than one central atom or ion — used of coordination complexes **c** : POLYMORPHONUCLEAR

**poly·nu·cle·o·sis** \,,n(y)üklēˈōsəs\ *n, pl* **polynucleo·ses** \-ō,sēz\ [NL, fr. ISV *polynucle-* (in *polynuclear*) + NL *-osis*] : the presence of an excess of polymorphonuclear leucocytes (as in the circulating blood)

**poly·nucleotide** \¦pälē, -lə+\ *n* [ISV *poly-* + *nucleotide*] : a nucleotide (as of a nucleic acid) consisting of many mononucleotides in combination

**po·lyn·ya** *also* **po·lyn·ia** \¦pälən¦yä\ *n* -s [Russ *polyn'ya*, fr. *polyĭ* open, hollow; akin to OSlav *polje* field — more at FLOOR] : an area of open water in sea ice — distinguished from *lead*

**poly·odon** \ˈpälēə,dän\ *n, cap* [NL, fr. *poly-* + *-odon*] : a genus (the type of the family Polyodontidae) of fishes containing the paddlefish — **poly·odont** \-ənt\ *or* **poly·odon·toid** \¦¦dän·,tȯid\ *adj or n*

**poly·odon·tia** \,pälēōˈdänch(ē)ə\ *n* -s [NL, fr. *poly-* + *-odontia*] : the presence of more than the normal number of teeth

**poly·odon·ti·dae** \-ntə,dē\ *n pl, cap* [NL, fr. *Polyodont-, Polyodon*, type genus + *-idae*] : a family of fishes (order Chondrostei) comprising the genera *Polyodon* and *Psephurus*

**polyoestrous** *var of* POLYESTROUS

**poly·oi·cism** \,pälēˈȯi,sizəm, -ȯi,ki-\ *n* -s [ISV *polyoicous* + *-ism*] : the condition of being polyoicous

**poly·oi·cous** \¦¦ȯikəs\ *or* **poly·oe·cious** \¦¦ēshəs\ *also* **poly·ecious** \¦¦ēshəs\ *adj* [*poly-* + Gk *oikia* house + E *-ous* — more at VICINITY] : having the archegonia and antheridia sometimes on the same plant and sometimes on different plants ⟨~ mosses⟩ ⟨~ liverworts⟩ — compare HETEROICOUS, PAROICOUS — **poly·oi·cous·ly** *or* **poly·oe·cious·ly** *adv* — **poly·oi·cous·ness** *or* **poly·oe·cious·ness** *n* -ES

**poly·oi·cy** \ˈ,ȯisē, -,ȯikē\ *n* -ES [ISV *polyoicous* + *-y*] : POLYOICISM

**poly·ol** \ˈ,ȯl, -,ōl\ *n* -s [ISV *poly-* + *-ol*] : a compound (as sorbitol or pentaerythritol) containing usu. several alcoholic hydroxyl groups : a polyhydric alcohol

**poly·olefin** \¦pälē+\ *n* [*poly-* + *olefin*] **1** : an olefin containing many double bonds **2** : a polymer of olefin (as polyethylene)

**poly·on·y·mous** \¦pälē¦änəməs\ *adj* [Gk *polyōnymos*, fr. *poly-* + *-ōnymos* (fr. *onoma* name) — more at NAME] : having many names : known by various names

**poly·on·y·my** \,ˈänəmē\ *n* -ES [Gk *polyōnymia*, fr. *poly-* + *-ōnymia* (fr. *onoma* name + *-ia* -y)] : plurality of names : the use of various names for one thing

**poly·opia** \,pälēˈōpēə\ *n* -s [NL, fr. *poly-* + *-opia*] : perception of more than one image of a single object esp. with one eye : multiple vision : DIPLOPIA — **poly·opic** \¦¦äpik\ *adj*

**poly·or·chi·dism** \,ˈȯ(r)kə,dizəm\ *n* -s [ISV *poly-* + *-orchidism*] : a condition of having more than two testes

**poly·organic** \¦pälē+\ *adj* [*poly-* + *organic*] : having many organs

**poly·os·tot·ic** \¦pälē,ä¦städ·ik\ *adj* [ISV *poly-* + *-ost* + *-otic*] : involving or relating to many bones

**poly·ovular** \¦pälē+\ *adj* [*poly-* + *ovular*] : of, relating to, producing, or containing more than one ovum ⟨~ cycle⟩ ⟨~ follicle⟩

**poly·ovulation** \"+\ *n* [*poly-* + *ovulation*] : the production of several to many ova at a single ovulation ⟨~ appears to be a primitive mammalian characteristic⟩

**poly·oxy·ethylene glycol** \¦pälē,äksē + …-\ *n* [*polyoxyethylene* fr. *poly-* + *oxy-* + *ethylene*] : POLYETHYLENE GLYCOL

**poly·oxymethylene** \¦pälē+\ *n* [*poly-* + *oxy-* + *methylene*] : a polymer or hydrated polymer of formaldehyde; *esp* : PARAFORMALDEHYDE

**polyoxymethylene glycol** *n* : a linear hydrated polymer $HO(CH_2O)_nH$ of formaldehyde — see PARAFORMALDEHYDE

**pol·yp** \ˈpäləp\ *n* -s [MF *polype* octopus, nasal tumor, fr. L *polypus*, fr. Gk *polypous*, lit., many-footed, fr. *poly-* + *pous* foot — more at FOOT] **1 a** *also* **pol·ype** \"\ *archaic* : an animal (as an octopus, cuttlefish, or squid) having numerous feet or tentacles **b** : a typical coelenterate individual with a hollow tubular body having outer ectoderm separated from inner endoderm by mesogloea, terminating anteriorly in a central mouth surrounded by tentacles, and being posteriorly closed and attached to the substrate (as in *Hydra*) or more or less directly continuous with other individuals of a compound animal (as in *Obelia* or most corals) : ZOOID **2** [so called fr. the ramifications resembling the tentacles of an octopus] **a** : a projecting mass of swollen and hypertrophied mucous membrane (as in the nasal cavity) caused by chronic inflammation **b** : a pedunculated tumor (as of the lower intestine) that often undergoes malignant change

**poly·parasitism** \¦pälē, -lə+\ *n* [*poly-* + *parasitism*] : HYPERPARASITISM 2

**pol·yp·ar·i·an** \¦pälə¦pa(a)rēən\ *adj* [*polypary* + *-an*] : of or relating to a polypary

**pol·yp·ar·i·um** \,ˈpa(a)rēəm\ *n, pl* **polypar·ia** \-ēə\ [NL, fr. ISV *polypary*] : POLYPARY

**po·lyp·a·rous** \pəˈlipərəs\ *adj* [*poly-* + *-parous*] : POLYTOCOUS

**pol·yp·ary** \ˈpälə,perē\ *n* -ES [*polyp* + *-ary*] : the common investing structure or tissue in which the polyps of corals and other compound forms are embedded

**pol·yp·ean** \¦¦pēən\ *adj* [*polyp* + *-an*] : relating to or like a polyp

**pol·yp·ec·to·my** \,ˈpektəmē\ *n* -ES [*polyp* + *-ectomy*] : the surgical excision of a polyp

**¹poly·ped** \ˈpälē,ped, -lə,p-\ *n* -s [*poly-* + *-ped*] : a polyped animal

**²polyped** \"\ *adj* : having many feet

**poly·pe·da·tes** \,pəˈdād·(,)ēz\ *n, cap* [NL, prob. irreg. fr. *poly-* + Gk *pēdētēs* leaper, dancer, fr. *pēdan* to leap, jump; akin to L *ped-, pes* foot — more at FOOT] : a genus (the type of the family Polypedatidae) of Old World tree frogs related to the Ranidae but distinguished by cylindrical transverse sacral processes

**¹poly·pe·da·tid** \¦¦dād·əd, -¦dad·əd\ *adj* [NL *Polypedatidae*] : of or relating to the Polypedatidae A1359

**²polypedatid** \"\ *n* -s : a tree frog of the family Polypedatidae

**poly·pe·dat·i·dae** \,ˈdad·ə,dē\ *n pl, cap* [NL, fr. *Polypedates*, type genus + *-idae*] : a family of Old World tree frogs (suborder Diplasiocoela)

**poly·peptide** \¦pälē, -lə+\ *n* [ISV *poly-* + *peptide*; prob. orig.

# EXHIBIT 78

# EXHIBIT REDACTED

# EXHIBIT 79



# Dorland's *Illustrated* Medical Dictionary

**W.B. SAUNDERS COMPANY**
*A Division of Harcourt Brace & Company*
Philadelphia London Toronto Montreal Sydney Tokyo

**A1387**

**W.B. SAUNDERS COMPANY**
*A Division of Harcourt Brace & Company*

The Curtis Center
Independence Square West
Philadelphia, PA 19106

Dorland's illustrated medical dictionary.
Philadelphia: W.B. Saunders Co.,
v.: ill.; 27 cm.
Irregular.
Began publication with 23rd ed.
Description based on: 26th ed.
Continues: American illustrated medical dictionary.

1. Medicine—Dictionaries. I. Dorland, W.A. Newman (William Alexander Newman), 1864–1956.
[DNLM: 1. Dictionaries, Medical. 2. Reference Books, Medical]

R121.D73 610'.3'21—dc19 0-6383
AACR 2 MARC-S

Library of Congress [8607r85]rev6

Listed here are the latest translated editions of this book together with the languages for the translations and the publishers.

Italian *(27th Edition; revised)*—Edizioni Scientifiche Internazionali (ESI), Milan, Italy

Japanese *(27th Edition)*—Hirokawa Publishing Company, Tokyo, Japan

Spanish *(27th Edition)* (Adaption)—McGraw-Hill-Interamericana de España, Madrid, Spain

Dorland's Illustrated Medical Dictionary ISBN 0-7216-2859-1(Standard)
0-7216-5577-7(Deluxe)
0-7216-5323-5(International)

© 1994 by W.B. Saunders Company. Copyright 1900, 1901, and 1903 by W.B. Saunders and Company. Copyright 1906, 1909, 1911, 1913, 1915, 1917, 1919, 1921, 1923, 1927, 1929, 1932, 1935, 1938, 1941, 1944, 1947, 1951, 1957, 1965, 1974, 1981, 1985, and 1988 by W.B. Saunders Company.

Copyright under the Uniform Copyright Convention. Simultaneously published in Canada. All copyright renewals registered.

Derechos reservados conforme a la ley para la Republica Mexicana.

All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. Made in the United States of America.

Some of the words appearing in the Dictionary are proprietary names (trademarks) even though no reference to this fact is made in the text. The appearance of any name without designation as a trademark is therefore not to be regarded as a representation by the editors or publisher that it is not a trademark or is not the subject of proprietary rights.

The use of portions of the text of the *United States Pharmacopeia*, Twenty-second Revision, official from January 1, 1990, of the *National Formulary*, Seventeenth Edition, official from January 1, 1990, and of *USAN and the USP Dictionary of Drug Names 1994* is by permission received from the Board of Trustees of the United States Pharmacopeial Convention, Inc. The said Convention is not responsible for any inaccuracy of quotation, or for any false or misleading implication that may arise by reason of the separation of excerpts from the original context or by obsolescence resulting from the publication of a supplement.

A1388

Library of Congress catalog card number 78-50050

Last digit is the print number: 9 8 7 6 5 4 3 2 1

**bi·man·u·al** (bi-man'u-əl) [*bi-* + L. *manualis* of the hand] with both hands; performed by both hands.

**bi·mas·toid** (bi-mas'toid) pertaining to both mastoid processes.

**bi·max·il·lary** (bi-mak'sĭ-lar"e) pertaining to or affecting both jaws.

**Bim·ler's appliance** (bim'lerz) [H.P. *Bimler*, German orthodontist, 20th century] see under *appliance*.

**bi·mo·dal** (bi-mo'dəl) having two modes; of a graph, having two maxima.

**bi·mo·lec·u·lar** (bi"mo-lek'u-lər) relating to or formed from two molecules.

**bin-** see *bi-*.

**bin·an·gle** (bin'ang-gəl) having two angles; a dental instrument having two angulations in the shank connecting the handle, or shaft, with the working portion of the instrument, known as the blade, or nib.

**bi·na·ry** (bi'nar-e) [L. *binarius* of two] 1. made up of two elements. 2. denoting a number system with a base of two.

**bin·au·ral** (bi-naw'rəl) [L. *bini* two + *auris* ear] pertaining to both ears.

**bin·au·ric·u·lar** (bi"naw-rik'u-lər) [L. *bini* two + *auricula* little ear] pertaining to both auricles of the ears.

**bind** (bind) 1. to wrap with a binder or bandage. 2. to form a weak, reversible chemical bond, e.g., antigen to antibody or hormone to receptor. 3. a predicament or dilemma.
**double b.**, a situation in which one person receives conflicting messages from another and in which response to either message or recognition of the conflict or withdrawal is met with rejection or disapproval; a concept developed by Gregory Bateson and thought to be a characteristic mode of interaction in some families of schizophrenics.

**Bin·da's sign** (bēn'dahz) [Luigi *Binda*, Italian physician, early 20th century] see under *sign*.

**bind·er** (bīnd'ər) an abdominal girdle or bandage, especially one applied after childbirth to support the relaxed abdominal walls.

**bi·neg·a·tive** (bi-neg'ə-tiv) having two negative charges, especially in ions such as $SO_4^{2-}$.

**Bi·net's test** (be-nāz') [Alfred *Binet*, French psychologist, 1857–1911] see under *tests*.

**Bi·net-Si·mon test** (be-na'-se-maw') [Alfred *Binet*; Théodore *Simon*, French physician, 1873–1961] Binet's test.

**Bing's test** (bingz) [Albert *Bing*, German otologist, 1844–1922] see under *tests*.

**Bing-Neel syndrome** (bing-nāl) [Jens *Bing*, Danish physician, born 1906; Axel Valdemar *Neel*, Danish physician, 1878–1952] see under *syndrome*.

**bin·ir·a·my·cin** (bi-nēr"ə-mi'sin) an antibacterial substance produced by a variant of *Streptomyces bikiniensis*.

**bin·oc·u·lar** (bĭ-nok'u-lər) [L. *bini* two + *oculus* eye] 1. pertaining to both eyes. 2. having two eyepieces, as in a microscope.

**bi·no·mi·al** (bi-nōm'e-əl) [*bi-* + L. *nomen* name] 1. composed of two names, as the scientific names of organisms formed by combination of genus and species names (binomial nomenclature). 2. a mathematical expression obtained by taking powers of the sums or differences of two terms; see *binomial coefficient* and *distribution*, under *coefficient* and *distribution*.

**bin·oph·thal·mo·scope** (bin"of-thal'mə-skōp) [L. *bini* two + *ophthalmoscope*] an ophthalmoscope for examining both fundi of the patient at one time.

**bino·scope** (bin'o-skōp) [L. *bini* two + *-scope*] an instrument for inducing binocular vision in squint by presenting one object in the central part of the field of vision, the peripheral parts of the field being screened out.

**bin·ot·ic** (bin-ot'ik) [L. *bini* two + Gr. *ous* ear] pertaining to both ears.

**bin·ov·u·lar** (bin-ov'u-lər) [L. *bini* two + *ovum* an egg] pertaining to or derived from two distinct ova.

**Bins·wang·er's disease (dementia, encephalitis)** (bin'swahng-ər) [Otto *Binswanger*, German neurologist, 1852–1929] see under *disease*.

**bi·nu·cle·ar** (bi-noo'kle-ər) [*bi-* + L. *nucleus* nut] having two nuclei.

**bi·nu·cle·ate** (bi-noo'kle-āt) binuclear.

**bi·nu·cle·a·tion** (bi"noo-kle-a'shən) the formation of two nuclei within a cell through division of the nucleus without division of the cytoplasm.

**bi·nu·cleo·late** (bi-noo-kle'o-lāt) [*bi-* + L. *nucleolus*] having two nucleoli.

**bio-** [Gr. *bios* life] combining form denoting relationship to life, or to living organisms.

**bio·acous·tics** (bi"o-ə-koo'stiks) the science dealing with the communicating sounds made by animals.

**bio·ac·tive** (bi"o-ak'tiv) having an effect on or eliciting a response from living tissue.

**bio·aer·a·tion** (bi"o-ār-a'shən) a modification of the activated sludge method of purifying sewage.

**bio·amine** (bi'o-ə-mēn") biogenic amine.

**bio·am·in·er·gic** (bi"o-am"in-ər'jik) of or pertaining to neurons that secrete biogenic amines.

**bio·as·say** (bi"o-as'a) [*bio-* + *assay*] determination of the active power of a sample of a drug by noting its effect on a live animal or an isolated organ preparation, as compared with the effect of a standard preparation; called also *biological assay*.

**bio·as·tro·nau·tics** (bi"o-as"trə-nawt'iks) the science concerned with study of the effects of space and interplanetary travel on living organisms.

**bio·avail·a·bil·i·ty** (bi"o-ə-vāl"ə-bil'ĭ-te) the degree to which a drug or other substance becomes available to the target tissue after administration.

**bio·cata·lyst** (bi"o-kat'ə-list) enzyme.

**bio·ce·no·sis** (bi"o-se-no'sis) [*bio-* + Gr. *koinos* common] the relation of diverse organisms that live in association.

**bio·ce·not·ic** (bi"o-se-not'ik) characterized by biocenosis.

**bio·chem·is·try** (bi"o-kem'is-tre) [*bio-* + *chemistry*] the chemistry of living organisms and of vital processes; physiological chemistry.

**bio·che·mor·phic** (bi"o-ke-mor'fik) pertaining to biochemorphology.

**bio·che·mor·phol·o·gy** (bi"o-ke-mor-fol'ə-je) the study of the relationship between chemical constitution and biological action.

**bio·ci·dal** (bi"o-si'dəl) pertaining to that which kills living organisms.

**bio·cide** (bi'o-sīd) an agent that kills living organisms.

**bio·cli·mat·ics** (bi"o-kli-mat'iks) bioclimatology.

**bio·cli·ma·tol·o·gist** (bi"o-kli"mə-tol'ə-jist) an individual skilled in bioclimatology.

**bio·cli·ma·tol·o·gy** (bi"o-kli"mə-tol'ə-je) [*bio-* + *climatology*] the science devoted to the study of effects on living organisms of conditions of the natural environment (rainfall, daylight, temperature, humidity, air movement) prevailing in specific regions of the earth. See also *biometeorology*.

**bio·coe·no·sis** (bi"o-se-no'sis) biocenosis.

**bio·col·loid** (bi"o-kol'oid) [*bio-* + *colloid*] a colloid from animal, plant, or microbial tissue.

**bio·com·pat·i·bil·i·ty** (bi"o-kom-pat"ĭ-bil'ĭ-te) the quality of being biocompatible.

**bio·com·pat·i·ble** (bi"o-kom-pat'ĭ-bəl) being harmonious with life; not having toxic or injurious effects on biological function.

**bio·cy·ber·net·ics** (bi"o-si"bər-net'iks) the science of communications and control in animals.

**bio·cy·cle** (bi"o-si'kəl) [*bio-* + Gr. *kyklos* cycle] the rhythmic repetition of certain phenomena observed in living organisms.

**bio·cy·tin** (bi"o-si'tin) biotin in amide linkage with the ε-amino group of lysine, as occurs in the holoenzymes for which biotin is the coenzyme.

**bio·de·grad·able** (bi"o-de-grād'ə-bəl) susceptible of decomposition by natural biological processes, as by the action of bacteria, plants, animals, etc.

**bio·deg·ra·da·tion** (bi"o-deg"rə-da'shən) the series of processes by which living systems render chemicals less noxious to the environment.

**bio·de·tri·tus** (bi"o-de-tri'təs) detritus derived from the disintegration and decomposition of once-living organisms; further designated as phytodetritus or zoodetritus, depending on whether the original organism was vegetal or animal.

**bio·dy·nam·ics** (bi"o-di-nam'iks) [*bio-* + Gr. *dynamis* might] the scientific study of the nature and determinants of all organismic (including human) behavior.

**bio·elec·tric·i·ty** (bi"o-e"lek-tris'ĭ-te) the electrical phenomena

A1389

# McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Fifth Edition

**Sybil P. Parker**
Editor in Chief

A1390

**McGraw-Hill, Inc.**
New York San Francisco Washington, D.C.
Auckland Bogotá Caracas Lisbon London Madrid Mexico City Milan
Montreal New Delhi San Juan Singapore Sydney Tokyo Toronto

**On the cover: Photomicrograph of crystals of v**
***(Dennis Kunkel, University of Hawaii)***

Included in this Dictionary are definitions which have bee_d previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyc*opyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed ht © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Stan book for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights res

In addition, material has been drawn from the following ref . E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glos ndardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manu l. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Ae and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and ons*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Term* Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, Natic u of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., De of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bu ines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilatio in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of St nology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, ative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-30.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AN NICAL TERMS, Fifth Edition**

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, ights reserved. Printed in the Unied States of America. Except as permitted under the United States Cop of 1976, no part of this publicaton may be reproduced or distributed in any form or by any means, or sto tabase or retrieval system, witbut the prior written permission of the publisher.

2 3 4 5 6 7 8 9 0 DOW/DOW 9 9 8 7 6 5 4

ISBN 0-07-042333-4

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms /
Sybil P. Parker, editor in chief.—5th ed.
p. cm.
ISBN 0-07-042333-4
1. Science—Dictionaries. 2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34 1993
503—dc20 93-34772
CIP

**INTERNATIONAL EDITION**

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture a . This book cann be re-exported from the country to which it is consigned by McGraw-Hill. The Inter Edition is not avilable in North America.

When ordering this title, use ISBN 0-07-113584-7.

**bioastronautics** [BIOL] The study of biological, behavioral, and medical problems pertaining to astronautics. { ¦bī·ō,as·trə'nȯd·iks }

**bioautography** [ANALY CHEM] A bioassay based upon the ability of some compounds (for example, vitamin $B_{12}$) to enhance the growth of some organisms or compounds and to repress the growth of others; used to assay certain antibiotics. { ¦bī·ō,ȯ'täg·rə·fē }

**bioavailability** [PHYSIO] The extent and rate at which a substance, such as a drug, is absorbed into a living system or is made available at the site of physiological activity. { ,bī·ō·ə,vāl·ə'bil·əd·ē }

**biobubble** [ECOL] A model concept of the ecosphere in which all living things are considered as particles held together by nonliving forces. { 'bī·ō,bəb·əl }

**biocatalyst** [BIOCHEM] A biochemical catalyst, especially an enzyme. { ,bī·ō'kad·əl·ist }

**biocenology** [ECOL] The study of natural communities and of interactions among the members of these communities. { ,bī·ō·sə'näl·ə·jē }

**biocenose** *See* biotic community. { ,bī·ō'sē,nōs }

**biochemical deposit** [GEOL] A precipitated deposit formed directly or indirectly from vital activities of organisms, such as bacterial iron ore and limestone. { ¦bī·ō'kem·ə·kəl di'päz·ət }

**biochemical fuel cell** [ELEC] An electrochemical power generator in which the fuel source is bioorganic matter; air is the oxidant at the cathode, and microorganisms catalyze the oxidation of the bioorganic matter at the anode. { ¦bī·ō'kem·ə·kəl 'fyül ,sel }

**biochemical oxygen demand** [MICROBIO] The amount of dissolved oxygen required to meet the metabolic needs of aerobic microorganisms in water rich in organic matter, such as sewage. Abbreviated BOD. Also known as biological oxygen demand. { ¦bī·ō'kem·ə·kəl 'äk·sə·jən di'mand }

**biochemical oxygen demand test** [MICROBIO] A standard laboratory procedure for measuring biochemical oxygen demand; standard measurement is made for 5 days at 20°C. Abbreviated BOD test. { ¦bī·ō'kem·ə·kəl 'äk·sə·jən di'mand ,test }

**biochemical profile** [IND ENG] Data recorded by both electromyographic and biomechanical means during the performance of a task to evaluate changes in the functional capacity of a worker resulting from modifications in human–equipment interfaces. { ¦bī·ō'kem·ə·kəl 'prō,fīl }

**biochemical rock** [PETR] A type of sedimentary rock primarily comprising deposits resulting directly or indirectly from processes and activities of living organisms. { ¦bī·ō'kem·i·kəl 'räk }

**biochemistry** [CHEM] The study of chemical substances occurring in living organisms and the reactions and methods for identifying these substances. { ¦bī·ō'kem·ə·strē }

**biochemorphology** [BIOCHEM] The science dealing with the chemical structure of foods and drugs and their reactions on living organisms. { ¦bī·ō¦ke·mȯr'fäl·ə·jē }

**biochip** [ELECTR] An experimental type of integrated circuit whose basic components are organic molecules. { 'bī·ō,chip }

**biochore** [ECOL] A group of similar biotopes. { 'bī·ō,kȯr }

**biochrome** [BIOCHEM] Any naturally occurring plant or animal pigment. { 'bī·ō,krōm }

**biochron** [PALEON] A fossil of relatively short range of time. { 'bī·ō,krän }

**biochronology** [GEOL] The relative age dating of rock units based on their fossil content. { ,bī·ō·krə'näl·ə·jē }

**biociation** [ECOL] A subdivision of a biome distinguished by the predominant animal species. { bī,äs·ē'ā·shən }

**biocide** *See* pesticide. { 'bī·ə,sīd }

**bioclastic rock** [PETR] Rock formed from material broken or arranged by animals, humans, or sometimes plants; a rock composed of broken calcareous remains of organisms. { ¦bī·ō¦klas·tik 'räk }

**bioclimatic law** [ECOL] The law which states that phenological events are altered by about 4 days for each 5° change of latitude northward or longitude eastward; events are accelerated in spring and retreat in autumn. { ¦bī·ō,klī'mad·ik 'lȯ }

**bioclimatograph** [ECOL] A climatograph showing the relation between climatic conditions and some living organisms. { ¦bī·ō,klī'mad·ə,graf }

**bioclimatology** [ECOL] The study of the effects of the natural environment on living organisms. { ¦bī·ō,klī·mə'täl·ə·jē }

**biocoenosis** [ECOL] A group of organisms that live closely together and form a natural ecologic unit. { ,bī·ō·sə'nō·səs }

**biocompatibility** [PHYSIO] The condition of being compatible with living tissue by virtue of a lack of toxicity or ability to cause immunological rejection. { ,bī·ō·kəm,pad·ə'bil·əd·ē }

**biocontrol system** [CONT SYS] A mechanical system that is controlled by biological signals, for example, a prosthesis controlled by muscle activity. { ,bī·ō·kən'trōl ,sis·təm }

**biocycle** [ECOL] A group of similar biotopes composing a major division of the biosphere; there are three biocycles: terrestrial, marine, and fresh-water. { 'bī·ō,sī·kəl }

**biocytin** [BIOCHEM] $C_{16}H_{28}N_4O_4S$ Crystals with a melting point of 241–243°C; obtained from dilute methanol or acetone solutions; characterized by its utilization by *Lactobacillus casei* and *L. delbrückii* LD5 as a biotin source, and by its unavailability as a biotin source to *L. arabinosus*. Also known as biotin complex of yeast. { ,bī·ō'sīt·ən }

**biocytinase** [BIOCHEM] An enzyme present in the blood and liver which hydrolyzes biocytin into biotin and lysine. { ,bī·ō'sīt·ən,ās }

**biodegradability** [MATER] The characteristic of a substance that can be broken down by microorganisms. { ,bī·ō·di,grād·ə'bil·əd·ē }

**biodeterioration** [MATER] Decay of wood or other material caused by fungi, bacteria, insects, or marine boring organisms. { ,bī·ō·di,tir·ē·ər'ā·shən }

**biodynamic** [AGR] Of or pertaining to a system of organic farming. [BIOPHYS] Of or pertaining to the dynamic relation between an organism and its environment. { ,bī·ō·dī'nam·ik }

**biodynamics** [BIOPHYS] The study of the effects of dynamic processes (motion, acceleration, weightlessness, and so on) on living organisms. { ,bī·ō·dī'nam·iks }

**bioelectric current** [PHYSIO] A self-propagating electric current generated on the surface of nerve and muscle cells by potential differences across excitable cell membranes. { ¦bī·ō·i'lek·trik 'kər·ənt }

**bioelectricity** [PHYSIO] The generation by and flow of an electric current in living tissue. { ¦bī·ō,i,lek'tris·əd·ē }

**bioelectric model** [PHYSIO] A conceptual model for the study of animal electricity in terms of physical principles. { ¦bī·ō·i'lek·trik 'mäd·əl }

**bioelectrochemistry** [PHYSIO] The study of the control of biological growth and repair processes by electrical stimulation. { ¦bī·ō·i¦lek·trō'kem·ə·strē }

**bioelectronics** [BIOPHYS] The application of electronic theories and techniques to the problems of biology. { ¦bī·ō,i,lek'trän·iks }

**bioenergetics** [BIOCHEM] The branch of biology dealing with energy transformations in living organisms. { ¦bī·ō,en·ər'jed·iks }

**bioengineering** [ENG] The application of engineering knowledge to the fields of medicine and biology. { ,bī·ō,en·jə'nir·iŋ }

**bioethics** [BIOL] A discipline concerned with the application of ethics to biological problems, especially in the field of medicine. { ,bī·ō'eth·iks }

**biofacies** [GEOL] **1.** A rock unit differing in biologic aspect from laterally equivalent biotic groups. **2.** Lateral variation in the biologic aspect of a stratigraphic unit. { 'bī·ō,fā·shēz }

**biofeedback** [PSYCH] The use of instrumentation to provide immediate visual or auditory information to an individual about changes in one or more of the individual's physiologic processes not ordinarily perceived, such as brainwave activity, muscle tension, or blood pressure, in order to manipulate the process by conscious mental control. { ,bī·ō'fēd,bak }

**bioflavonoid** [BIOCHEM] A group of compounds obtained from the rinds of citrus fruits and involved with the homeostasis of the walls of small blood vessels; in guinea pigs a marked reduction of bioflavonoids results in increased fragility and permeability of the capillaries; used to decrease permeability and fragility in capillaries in certain conditions. Also known as citrus flavonoid compound; vitamin P complex. { ¦bī·ō'flav·ə,nȯid }

**biofog** [METEOROL] A type of steam fog caused by contact between extremely cold air and the warm, moist air surrounding human or animal bodies or generated by human activity. { 'bī·ō,fäg }

**biogalvanic battery** [MED] A battery that is implanted in the body and depends on interaction of metal electrodes with ...

A1392



# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

NOV 2007
SIDLEY AUSTIN LLP
LIBRARY

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
p. cm.
Includes index.
ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36 1993
423—dc20 93-20206
CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

6RMcN93

using bimetallism **2 :** composed of two different metals — often used of devices having a part in which two metals that expand differently are bonded together — **bimetallic** *n*

**bi·met·al·lism** \(,)bī-ˈme-tᵊl-,i-zəm\ *n* [F *bimétallisme*, fr. *bi-* + *métal* metal] (1876) **:** the use of two metals (as gold and silver) jointly as a monetary standard with both constituting legal tender at a predetermined ratio — **bi·met·al·list** \-tᵊl-ist\ *n* — **bi·met·al·lis·tic** \,bī-,me-tᵊl-ˈis-tik\ *adj*

**bi·mil·le·na·ry** \(,)bī-ˈmi-lə-,ner-ē, ,bī-mə-ˈle-nə-rē\ *or* **bi·mil·len·ni·al** \,bī-mə-ˈle-nē-əl\ *n* (1850) **1 :** a period of 2000 years **2 :** a 2000th anniversary — **bimillenary** *adj*

**bi·mod·al** \(,)bī-ˈmō-dᵊl\ *adj* (1903) **:** having or relating to two modes; *esp* **:** having or occurring with two statistical modes — **bi·mo·dal·i·ty** \,bī-mō-ˈda-lə-tē\ *n*

**bi·mo·lec·u·lar** \,bī-mə-ˈle-kyə-lər\ *adj* [ISV] (1899) **1 :** relating to or formed from two molecules **2 :** being two molecules thick ⟨~ lipid layers⟩ — **bi·mo·lec·u·lar·ly** *adv*

**¹bi·month·ly** \(,)bī-ˈmən(t)th-lē\ *adj* (1846) **1 :** occurring every two months **2 :** occurring twice a month **:** SEMIMONTHLY *usage* see BI-

**²bimonthly** *adv* (1864) **1 :** once every two months **2 :** twice a month

**³bimonthly** *n* (ca. 1890) **:** a bimonthly publication

**bi·mor·phe·mic** \,bī-mȯr-ˈfē-mik\ *adj* (1942) **:** consisting of two morphemes

**¹bin** \ˈbin\ *n* [ME *binn*, fr. OE] (bef. 12c) **:** a box, frame, crib, or enclosed place used for storage

**²bin** *vt* **binned; bin·ning** (1841) **:** to put into a bin

**bin-** *prefix* [ME, fr. LL, fr. L *bini* two by two; akin to OE *twinn* twofold — more at TWIN] **:** ¹BI- ⟨*binaural*⟩

**¹bi·na·ry** \ˈbī-nə-rē, -,ner-ē\ *n, pl* **-ries** (15c) **:** something made of or based on two things or parts: as **a :** BINARY STAR **b :** a binary number system

**²binary** *adj* [LL *binarius*, fr. L *bini*] (1597) **1 :** compounded or consisting of or marked by two things or parts **2 a :** DUPLE — used of measure or rhythm **b :** having two musical subjects or two complementary sections **3 a :** relating to, being, or belonging to a system of numbers having 2 as its base ⟨the ~ digits 0 and 1⟩ **b :** involving a choice or condition of two alternatives (as on-off or yes-no) **4 a :** composed of two chemical elements, an element and a radical that acts as an element, or two such radicals **b :** utilizing two harmless ingredients that upon combining form a lethal substance (as a gas) ⟨~ weapon⟩ **5 :** relating two logical or mathematical elements ⟨~ operation⟩

**binary fission** *n* (1897) **:** reproduction of a cell by division into two approximately equal parts ⟨the *binary fission* of protozoans⟩

**binary star** *n* (ca. 1847) **:** a system of two stars that revolve around each other under their mutual gravitation — called also *binary system*

**bi·na·tion·al** \(,)bī-ˈna-sh(ə-)nəl\ *adj* (1888) **:** of or relating to two nations ⟨a ~ board of directors⟩

**bin·au·ral** \(,)bī-ˈnȯr-əl, (,)bi-\ *adj* [ISV] (1861) **1 :** of, relating to, or involving two or both ears **2 :** of, relating to, or constituting sound reproduction involving the use of two separated microphones and two transmission channels to achieve a stereophonic effect — **bin·au·ral·ly** \-ə-lē\ *adv*

**¹bind** \ˈbīnd\ *vb* **bound** \ˈbau̇nd\; **bind·ing** [ME, fr. OE *bindan*; akin to OHG *bintan* to bind, Gk *peisma* cable, Skt *badhnāti* he binds] *vt* (bef. 12c) **1 a :** to make secure by tying **b :** to confine, restrain, or restrict as if with bonds ⟨~s himself with an oath⟩ **c :** to put under an obligation ⟨~s himself with an oath⟩ **d :** to constrain with legal authority **2 a :** to wrap around with something so as to enclose or cover **b :** BANDAGE **3 :** to fasten round about **4 :** to tie together (as stocks of wheat) **5 a :** to cause to stick together **b :** to take up and hold (as by chemical forces) **:** combine with **6 :** CONSTIPATE **7 :** to make a firm commitment for ⟨a handshake ~s the deal⟩ **8 :** to protect, strengthen, or decorate by a band or binding **9 :** to apply the parts of the cover to (a book) **10 :** to set at work as an apprentice **:** INDENTURE **11 :** to cause or bring about an emotional attachment **12 :** to fasten together ~ *vi* **1 a :** to form a cohesive mass **b :** to combine or be taken up esp. by chemical action ⟨antibody ~s to a specific antigen⟩ **2 :** to hamper free movement or natural action **3 :** to become hindered from free operation **4 :** to exert a restraining or compelling effect ⟨a promise that ~s⟩

**²bind** *n* (bef. 12c) **1 a :** something that binds **b :** the act of binding **:** the state of being bound **c :** a place where binding occurs **2 :** TIE 3 **3 :** a position or situation in which one is hampered, constrained, or prevented from free movement or action — **in a bind :** in trouble

**bind·er** \ˈbīn-dər\ *n* (bef. 12c) **1 :** a person or machine that binds something (as books) **2 a :** something used in binding **b :** a usu. detachable cover (as for holding sheets of paper) **3 :** something (as tar or cement) that produces or promotes cohesion in loosely assembled substances **4 :** a temporary insurance contract that provides coverage until the policy is issued **5 :** something (as money) given in earnest; *also* **:** the agreement arrived at

**bind·ery** \ˈbīn-d(ə-)rē\ *n, pl* **-er·ies** (1810) **:** a place where books are bound

**¹bind·ing** \ˈbīn-diŋ\ *n* (13c) **1 :** the action of one that binds **2 :** a material or device used to bind: as **a :** the cover and materials that hold a book together **b :** a narrow fabric used to finish raw edges **c :** a set of ski fastenings for holding the boot firm on the ski

**²binding** *adj* (14c) **1 :** that binds **2 :** imposing an obligation — **bind·ing·ly** \-diŋ-lē\ *adv* — **bind·ing·ness** *n*

**binding energy** *n* (1932) **:** the energy required to break up a molecule, atom, or atomic nucleus completely into its constituent particles

**bin·dle stiff** \ˈbin-dᵊl-,stif\ *n* [*bindle*, perh. alter. of *bundle*] (1901) **:** HOBO; *esp* **:** one who carries his clothes or bedding in a bundle

**bind off** *vt* (ca. 1939) **:** to cast off in knitting

**bind over** *vt* (1610) **:** to put under a bond to do something (as to appear in court)

**bind·weed** \ˈbīnd-,wēd\ *n* (1548) **:** any of various twining plants (esp. genus *Convolvulus* of the morning-glory family) that mat or interlace with plants among which they grow

**bine** \ˈbīn\ *n* [alter. of ²*bind*] (1727) **:** a twining stem or flexible shoot (as of the hop); *also* **:** a plant (as woodbine) whose shoots are bines

**Bi·net–Si·mon scale** \bi-,nā-sē-ˈmōⁿ-\ *n* [Alfred *Binet* †1911 and Théodore *Simon* †1961 Fr. psychologists] (1914) **:** an intelligence test consisting orig. of tasks graded from the level of the average 3-year-old to that of the average 12-year-old but later extended in range

**¹binge** \ˈbinj\ *n* [E dial. *binge* (to drink heavily)] (1854) **1 a :** a drunken revel **:** SPREE **b :** an unrestrained and often excessive indulgence ⟨a buying ~⟩ **2 :** a social gathering **:** PARTY

**²binge** *vi* **binged; binge·ing** *or* **bing·ing** (1910) **:** to go on a binge; *esp* **:** to go on an eating binge — **bing·er** \ˈbin-jər\ *n*

**¹bin·go** \ˈbiŋ-(,)gō\ *interj* [alter. of *bing* (interj. suggestive of a ringing sound)] (1925) **1** — used to announce an unexpected event or instantaneous result **2** — used to announce a winning position in bingo

**²bingo** *n, pl* **bingos** (1932) **:** a game of chance played with cards having numbered squares corresponding to numbered balls drawn at random and won by covering five such squares in a row; *also* **:** a social gathering at which bingo is played

**bin·na·cle** \ˈbi-ni-kəl\ *n* [alter. of ME *bitakle*, fr. OPg or OSp; OPg *bitácola* & OSp *bitácula*, fr. L *habitaculum* dwelling place, fr. *habitare* to inhabit — more at HABITATION] (1762) **:** a housing for a ship's compass and a lamp

**¹bin·oc·u·lar** \bī-ˈnä-kyə-lər, bə-\ *adj* (1738) **:** of, relating to, using, or adapted to the use of both eyes ⟨~ vision⟩ — **bin·oc·u·lar·i·ty** \(,)bī-,nä-kyə-ˈlar-ə-tē, bə-\ *n* — **bin·oc·u·lar·ly** \bī-ˈnä-kyə-lər-lē, bə-\ *adv*

**²bin·oc·u·lar** \bə-ˈnä-kyə-lər, bī-\ *n* (1871) **1 :** a binocular optical instrument **2 :** a handheld optical instrument composed of two telescopes and a focusing device and usu. having prisms to increase magnifying ability — usu. used in pl.

**bi·no·mi·al** \bī-ˈnō-mē-əl\ *n* [NL *binomium*, fr. ML, neut. of *binomius* having two names, alter. of L *binominis*, fr. *bi-* + *nomin-*, *nomen* name — more at NAME] (1557) **1 :** a mathematical expression consisting of two terms connected by a plus sign or minus sign **2 :** a biological species name consisting of two terms — **binomial** *adj* — **bi·no·mi·al·ly** \-mē-ə-lē\ *adv*

**binomial coefficient** *n* (ca. 1889) **:** a coefficient of a term in the expansion of the binomial $(x + y)^n$ according to the binomial theorem

**binomial distribution** *n* (1911) **:** a probability function each of whose values gives the probability that an outcome with constant probability of occurrence in a statistical experiment will occur a given number of times in a succession of repetitions of the experiment

**binomial nomenclature** *n* (1880) **:** a system of nomenclature in which each species of animal or plant receives a name of two terms of which the first identifies the genus to which it belongs and the second the species itself

**binomial theorem** *n* (1755) **:** a theorem that specifies the expansion of a binomial of the form $(x + y)^n$ as the sum of $n + 1$ terms of which the general term is of the form

$$\frac{n!}{(n-k)!\,k!}\,x^{(n-k)}y^k$$

where $k$ takes on values from 0 to $n$

**bint** \ˈbint\ *n* [Ar, girl, daughter] (1855) *Brit* **:** GIRL, WOMAN

**bi·nu·cle·ate** \(,)bī-ˈnü-klē-ət *also* -ˈnyü-\ *also* **bi·nu·cle·at·ed** \-klē-,ā-təd\ *adj* (1881) **:** having two cellular nuclei ⟨~ hepatocytes⟩

**bio** \ˈbī-(,)ō\ *n, pl* **bi·os** (1947) **:** a biography or biographical sketch

**bio-** — see BI-

**bio·acous·tics** \,bī-(,)ō-ə-ˈkü-stiks\ *n pl but sing in constr* (1957) **:** a branch of science concerned with the production of sound by and its effects on living systems

**bio·ac·tive** \,bī-ō-ˈak-tiv\ *adj* (1965) **:** having an effect on a living organism ⟨~ molecules⟩ — **bio·ac·tiv·i·ty** \-ak-ˈti-və-tē\ *n*

**bio·as·say** \,bī-(,)ō-ˈa-,sā, -a-ˈsā\ *n* (1912) **:** determination of the relative strength of a substance (as a drug) by comparing its effect on a test organism with that of a standard preparation — **bio·as·say** \-a-ˈsā, -ˈa-,sā\ *vt*

**bio·avail·abil·i·ty** \-ə-,vā-lə-ˈbi-lə-tē\ *n* (1971) **:** the degree and rate at which a substance (as a drug) is absorbed into a living system or is made available at the site of physiological activity — **bio·avail·able** \-ˈvā-lə-bəl\ *adj*

**bio·ce·no·sis** *or* **bio·coe·no·sis** \,bī-ō-sə-ˈnō-səs\ *n, pl* **-no·ses** \-,sēz\ [NL, fr. ²*bi-* + Gk *koinōsis* sharing, fr. *koinos* common] (1883) **:** an ecological community esp. when forming a self-regulating unit

**bio·chem·i·cal** \,bī-ō-ˈke-mi-kəl\ *adj* [ISV] (1851) **1 :** of or relating to biochemistry **2 :** characterized by, produced by, or involving chemical reactions in living organisms — **biochemical** *n* — **bio·chem·i·cal·ly** \-k(ə-)lē\ *adv*

**biochemical oxygen demand** *n* (ca. 1927) **:** the oxygen used in meeting the metabolic needs of aerobic microorganisms in water rich in organic matter (as water polluted with sewage)

**bio·chem·is·try** \,bī-ō-ˈke-mə-strē\ *n* [ISV] (1881) **1 :** chemistry that deals with the chemical compounds and processes occurring in organisms **2 :** the chemical characteristics and reactions of a particular living system or biological substance (as chlorophyll) ⟨a change in the patient's ~⟩ — **bio·chem·ist** \-mist\ *n*

**bio·chip** \ˈbī-ō-,chip\ *n* (1981) **:** a hypothetical computer logic circuit or storage device in which the physical or chemical properties of large biological molecules (as proteins) are used to process information

**bio·cid·al** \,bī-ə-ˈsī-dᵊl\ *adj* (1949) **:** destructive to life

**bio·cide** \ˈbī-ə-,sīd\ *n* (1947) **:** a substance (as DDT) that is destructive to many different organisms

**bio·cli·mat·ic** \,bī-ō-klī-ˈma-tik\ *adj* (1918) **:** of or relating to the relations of climate and living matter ⟨~ adaptations⟩

**bio·com·pat·i·bil·i·ty** \-kəm-,pa-tə-ˈbi-lə-tē\ *n* (1971) **:** compatibility with living tissue or a living system by not being toxic or injurious and not causing immunological rejection — **bio·com·pat·i·ble** \-ˈpa-tə-bəl\ *adj*

**bio·con·trol** \,bī-ō-kən-ˈtrōl\ *n* (1967) **:** BIOLOGICAL CONTROL

**bio·con·ver·sion** \,bī-(,)ō-kən-ˈvər-zhən, -shən\ *n* (1960) **:** the conversion of organic materials (as wastes) into an energy source (as methane) by processes (as fermentation) involving living organisms

**bio·de·grad·able** \-di-ˈgrā-də-bəl\ *adj* (1961) **:** capable of being broken down esp. into innocuous products by the action of living things (as microorganisms) ⟨~ trash bags⟩ — **bio·de·grad·abil·i·ty** \-,grā-də-ˈbi-lə-tē\ *n* — **bio·deg·ra·da·tion** \-,de-grə-ˈdā-shən\ *n* — **bio·de·grade** \-di-ˈgrād\ *vb*

A1395

# EXHIBIT 80



ELSEVIER

Available online at www.sciencedirect.com

Advanced Drug Delivery Reviews 58 (2006) 437–446

www.elsevier.com/locate/addr

# Zotarolimus (ABT-578) eluting stents ☆

Sandra E. Burke [a,*], Richard E. Kuntz [b], Lewis B. Schwartz [a]

[a] *Cardiovascular Systems Research, Abbott Laboratories, 200 Abbott Park Road, Department AVD-5, AP-52-2N, Abbott Park, Illinois 60064-6215, USA*

[b] *Brigham and Women's Hospital, Boston, Massachusetts, USA*

Received 29 July 2005; accepted 31 January 2006
Available online 6 March 2006

**Abstract**

Drug-eluting stents have revolutionized the field of interventional cardiology and have provided a significant innovation for preventing coronary artery restenosis. Polymer coatings that deliver anti-proliferative drugs to the vessel wall are key components of these revolutionary medical devices. This article focuses on the development of stents which elute the potent anti-proliferative agent, zotarolimus, from a synthetic phosphorylcholine-based polymer known for its biocompatible profile. Zotarolimus is the first drug developed specifically for local delivery from stents for the prevention of restenosis and has been tested extensively to support this indication. Clinical experience with the PC polymer is also extensive, since more than 120,000 patients have been implanted to date with stents containing this non-thrombogenic coating. This review provides background on pre-clinical studies with zotarolimus, on the development of the biocompatible PC polymer and on the clinical trials conducted using two stent platforms which deliver this drug to patients with coronary artery disease.

© 2006 Published by Elsevier B.V.

*Keywords:* Restenosis; Zotarolimus; Coronary stenting; Coronary artery disease

**Contents**

1. Introduction . . . . . 438
2. Zotarolimus . . . . . 438
3. Zotarolimus human safety studies . . . . . 441
4. Phosphorylcholine polymer . . . . . 441
5. Clinical trials . . . . . 442
   5.1. The PREFER zotarolimus-eluting stent . . . . . 442
   5.2. The ENDEAVOR zotarolimus-eluting stent . . . . . 442

☆ This review is part of the *Advanced Drug Delivery Reviews* theme issue on "Drug-Eluting Stents: an Innovative Multidisciplinary Drug Delivery Platform", Vol. 58/3, 2006.

* Corresponding author. Tel.: +1 847 937 9710; fax: +1 847 937 8401.
*E-mail address:* sandra.e.burke@abbott.com (S.E. Burke).

0169-409X/$ - see front matter © 2006 Published by Elsevier B.V.
doi:10.1016/j.addr.2006.01.021

5.3. The ENDEAVOR II trial . . . . . 442
5.4. The ENDEAVOR III trial . . . . . 443
5.5. The ZoMaxx zotarolimus-eluting stent . . . . . 443
5.6. The ZoMaxx™ I clinical trial . . . . . 444
5.7. The ZoMaxx™ II clinical trial . . . . . 444
References . . . . . 445

## 1. Introduction

When Andreas Gruentzig completed the first coronary artery dilatation in a canine model nearly 30 years ago, occlusive coronary artery disease had long been a challenge to interventional cardiologists, addressed only by bypass surgery. Gruentzig's innovative study led to a more significant event in 1977, when the first patient was successfully dilated in Zurich, marking the first percutaneous coronary intervention (PCI) conducted using a balloon catheter in man [1]. Interventional cardiologists rapidly accepted PCI, a procedure designed to restore normal blood flow in vessels narrowed by vascular disease. Despite the initial benefits derived from balloon angioplasty, it soon became evident that renewed obstruction of the vasculature accompanied these interventions in as many as 30–50% of patients, depending on the extent of the underlying disease [2–5]. This effect, termed restenosis, remained a serious problem in many patients until the introduction of intracoronary stents in the late 1980s. These metal scaffolds, used to enlarge and maintain the lumenal diameter of the treated vessel and to prevent recoil, significantly reduced the restenosis rate associated with balloon angioplasty. Still, the successful outcome was often limited in duration by subsequent restenosis of the vessel, an event typically referred to as in-stent restenosis. This response to mechanical injury and to the presence of a metal scaffold is mainly characterized by proliferation of vascular smooth muscle cells [6]. In-stent restenosis re-occluded the vessel in more than 30% of the patients who received these bare metal devices [7–11]. A more recent approach, designed to prevent in-stent restenosis, has been the use of drug-eluting stents coated with polymers to deliver anti-proliferative agents such as rapamycin [12,13] or paclitaxel [14,15]. Recent introduction and widespread use of these coated devices has now reduced the restenosis rate to less than 10%.

At least three major elements must be considered when designing a drug-eluting stent system for optimal performance in patients with coronary artery disease. First, the drug should robustly inhibit the proliferation of coronary vascular smooth muscle cells, the target cell population. It should also possess certain sanguine chemical properties, such as stability and lipophilicity, which enhance and sustain delivery to the lipid-rich arterial wall. Second, the polymer that covers the stent struts and contains the drug must be durable, displaying physical characteristics, which allow the incorporation and release of the appropriate drug and be composed of a biocompatible material that minimizes the possibility of hypersensitivity reactions and thrombus formation. Finally, the stent itself must possess appropriate operating characteristics, including symmetric scaffolding of the arterial surface for uniform drug delivery, radiopacity, flexibility and ease of delivery to the lesion. Particularly useful are sufficiently thin stent struts, which have been conclusively shown to generate less injury and neointimal hyperplasia [16–19]. Each of these key elements will be further described in the sections to follow.

## 2. Zotarolimus

The inherent growth inhibitory properties of many anti-cancer agents make these drugs ideal candidates for the prevention of restenosis. However, these same properties are often associated with cytotoxicity at doses which block cell proliferation. Therefore, the unique cytostatic nature of the immunosuppressant rapamycin was the basis for the use of this drug on the Cypher™ stent recently developed by Johnson and Johnson. Rapamycin was originally approved for the prevention of renal transplant rejection in 1999 [20]. More recently, Abbott Laboratories developed a compound from the same class, zotarolimus (formerly ABT-578), as the first cytostatic agent to be used

solely for delivery from drug-eluting stents to prevent restenosis [21,22]. A large body of pre-clinical evidence was compiled to support this approach and will be described in the next section.

Zotarolimus is a proprietary analog made by substituting a tetrazole ring for the native hydroxyl group at position 42 in rapamycin that is isolated and purified as a natural product from fermentation. This site of modification was found to be the most tolerant position to introduce novel structural changes without impairing biologic activity. The compound is extremely lipophilic, with a very high octanol:water partition coefficient, and therefore has limited water solubility. These properties are highly advantageous for designing a drug-loaded stent containing zotarolimus in order to obtain a slow sustained release of drug from the stent directly into the wall of coronary vessels. The poor water solubility prevents rapid release into the circulation, since elution of drug from the stent will be partly dissolution rate-limited. The slow rate of release and subsequent diffusion of the molecule facilitates the maintenance of therapeutic drug levels eluting from the stent. In addition, its lipophilic character favors crossing cell membranes to inhibit neointimal proliferation of target tissue. The octanol:water partition coefficients of a number of compounds, recently obtained in a comparative study, indicate that zotarolimus is the most lipophilic of all DES drugs (Fig. 1, [23]).

The key biologic event associated with the restenotic process is clearly the proliferation of smooth muscle cells in response to the expansion of a foreign body against the vessel wall [24–27]. This proliferative response is initiated by the early expression of growth factors such as PDGF isoforms [28], bFGF [29], and thrombin [30], which bind to cellular receptors. However, the key to understanding the mechanism by which compounds like zotarolimus inhibit cell proliferation is based on events which occur downstream of this growth factor binding. The signal transduction events which culminate in cell cycle arrest in the G1 phase are initiated as a result of ligand binding to an immunophilin known as FK binding protein-12 [31]. The FK designation was based on early studies conducted with tacrolimus, formerly known as FK-506, which binds this cytoplasmic protein with high affinity [31]. Subsequent investigations showed that rapamycin also binds to this intracellular target, forming an FKBP12–rapamycin complex which is not in itself inhibitory, but does have the capacity to block an integral protein kinase known as target of rapamycin (TOR) [32,33]. TOR was first discovered in yeast [33,34] and later identified in eukaryotic cells, where it was designated as mTOR, the mammalian target of rapamycin. The importance of mTOR is based on its ability to phosphorylate a number of key proteins, including those associated with protein synthesis ($p70^{s6}$kinase

Fig. 1. Octanol/Water partition coefficients for five compounds, which have been delivered from drug-eluting stents. Zotarolimus is the most lipophilic of all DES drugs tested.

variety of species, including rat, mouse, swine and

Fig. 2. Inhibition of ascomycin binding to FKBP-12 by zotarolimus. Symbols represent mean ± SEM; $n = 11$.

($IC_{50}$ = 2.6 ± 1.0 nM). However, despite these in vitro results, data from animal studies indicate near-complete restoration of endothelial cell growth at 30 days after implant of zotarolimus-eluting stents.

A strong mechanistic rationale based on inhibition of FKBP-12 binding and inhibition of cell proliferation, combined with clear demonstration of appropriate physical–chemical characteristics, prompted the completion of a definitive study in a classic swine model to determine the safety and efficacy of zotarolimus. Twenty phosphorylcholine-coated (PC) stents, and 20 PC stents eluting zotarolimus were placed in 20 domestic crossbred juvenile swine. After 28 days, coronary arteries that were implanted with zotarolimus stents developed 50% less stenosis, 50% less neointimal area, 42% less neointimal thickness

CORD119700

# EXHIBIT 81

# EXHIBIT REDACTED