**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and, BOSTON SCIENTIFIC SCIMED, INC. | ) **REDACTED** ) **PUBLIC VERSION** ) |
| Plaintiffs, | ) Civil Action No. 07-333-SLR ) Civil Action No. 07-348-SLR |
| vs. | ) Civil Action No. 07-409-SLR ) |
| JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) |
| Defendants. | ) ) |
| BOSTON SCIENTIFIC CORPORATION and, BOSTON SCIENTIFIC SCIMED, INC. | ) ) ) |
| Plaintiffs, | ) Civil Action No. 07-765-SLR ) |
| vs. | ) ) |
| JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, and WYETH | ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF DAVID SABATINI, M.D., PH.D.

I, David Sabatini, M.D., Ph.D., hereby declare as follows:

## I.   INTRODUCTION

1.   I have been retained in the above-captioned litigations on behalf of Defendants/Counter-Plaintiffs Johnson & Johnson, Inc., Cordis Corporation, and Wyeth (collectively "Cordis").

2.   I understand that Cordis has asserted claims 9, 10, 21, 25, 27-39, 51, 52,

63, 67, 69-77 of United States Patent No. 7,223,286[1] (the "'3286 patent"[2]), claims 1-5 of United

States Patent No. 7,217,286 (the "'7286 patent"), claims 1-5 of United States Patent No.

7,229,473 (the "'473 patent"), and claims 1-3, 5-7, 9-11, 13-15, and 17-25 of United States Patent

No. 7,300,662 (the "'662 patent") against Plaintiffs/Counter-Defendants Boston Scientific

Corporation and Boston Scientific SciMed, Inc. (collectively "Boston Scientific").

## II.   QUALIFICATIONS AND EXPERIENCE

3.     I am Associate Professor with Tenure in the Department of Biology,

Massachusetts Institute of Technology ("MIT"), a position I have held since 2008.  From 2006-

2007 I was Associate Professor, and from 2002-2005 I was Assistant Professor.  I am also a

Member of the Whitehead Institute for Biomedical Research, a position I have held since 2002.  I

am also Senior Associate Member of the Broad Institute of Harvard and MIT and Member of the

Koch Institute for Integrative Cancer Research at MIT.  I have held these positions since 2004.  I

am also Investigator of the Howard Hughes Medical Institute, a position I have held since 2008.

4.     In 1990, I received my B.S. in Biological Sciences, *magna cum laude*,

from Brown University in Providence, Rhode Island.  In 1997, I received my M.D., Ph.D. in

Neuroscience from The Johns Hopkins University School of Medicine.  From 1997-2002, I was

a Whitehead Fellow at the Whitehead Institute for Biomedical Research.  My *curriculum vitae*

("CV") is attached as Exhibit 55, (A732-A735).

---

[1] I understand that Cordis has amended the claims of the '3286 patent in Reexamination No.
95/001,097.  The asserted claims of the '3286 patent as amended in the Reexamination are claims
1, 2, 6, 10, 21, 25, 27-30, 32-41, 44, 48, 52, 63, 67, 69-77.
[2] All citations are to Exhibits attached to the Cordis's Appendix submitted in support of Cordis's
Opening *Markman* Brief.

5.      I have expertise in the fields of molecular biology and biochemistry.  I have worked on the drug sirolimus since 1992.  My work with sirolimus was instrumental to my identification of mammalian Target of Rapamycin ("mTOR").  The identification of mTOR and the molecular pathway that sirolimus targets ("mTOR pathway") has opened up a new field of biology ("TOR biology").  I continue to work in the field of TOR biology to gain insight into the mechanisms that regulate cell growth and proliferation.  My laboratory is also exploring clinical applications of sirolimus and the mTOR pathway in the areas of cancer and diabetes.

6.      I became interested in sirolimus in 1991 during a rotation in the laboratory of Solomon Snyder, M.D. at Johns Hopkins.  The Snyder laboratory was working on a drug called tacrolimus (FK506), an immunosuppressant.  Sirolimus, which shares some similarities in structure to tacrolimus, was being used as a control in experiments directed to elucidating the mechanism of tacrolimus.  I recognized that sirolimus was an interesting molecule and that it had great therapeutic potential.  In addition, sirolimus's potent biological effects (for example, antiproliferative and immunosuppressive effects) at low concentrations suggested a specific mechanism of action.  When I joined the Snyder laboratory as a Ph.D. student in 1992, I began to work on sirolimus.  By 1994, I had identified mTOR.  (*See* Ex. 56, Sabatini *et al.*, RAFT1:  A Mammalian Protein that Binds to FKBP12 in a Rapamycin-Dependent Fashion and is Homologous to Yeast TORs, *Cell* 1994;78:35-43 at pp. 39-40 ("Sabatini (1994)"), (A736-A746) at A742-A743); U.S. Patent Nos. 6,476,200 and 6,492,106 to Sabatini *et al.*

7.      In 1997, when I started my own laboratory at the Whitehead Institute, I continued to study the mTOR complex and the TOR pathway, which led to the identification of other proteins in the mTOR complex.  As a result of my research and consulting activities, I have studied and am knowledgeable about the mechanism of action and biological effects of sirolimus

3

in mammalian cells, including cancer and smooth muscle cells ("SMC").  I am also

knowledgeable about the mechanism of action and biological effects of analogs of sirolimus,

including everolimus, and have used such compounds in my research.

8.      Over the course of my academic career I have authored or co-authored

approximately 66 journal publications, published in, among others, *Science, Cell, Molecular and

Cellular Biology,* and *Journal of Biological Chemistry*.  I have also edited a book on TOR.  In

2001, I co-organized with Dr. Michael Hall the first scientific conference devoted to TOR and

the control of cell growth.  I co-organized a similar conference with Dr. Hall in 2008.  I have

given numerous invited seminars worldwide on sirolimus and the mTOR pathway.

9.      To facilitate my research of sirolimus and the mTOR pathway and their

relationship to human disease, I have developed cell-based microarrays that allow the study of

thousands of proteins simultaneously in a living cell.  U.S. Patent No. 6,544,790 to Sabatini, *et

al.*  This discovery launched Akceli, Inc., a Cambridge based company that I co-founded, which

was subsequently sold to Invitrogen.  My laboratory continues to use cell-based microarrays in

our studies of the mTOR pathway.

10.     I am also a founding member and principal investigator of The RNAi

Consortium ("TRC") based at the Broad Institute.  The TRC is a partnership between academic

institutions and pharmaceutical companies that is developing RNA interference (RNAi)

technologies to probe gene function in mammalian cells and identify key genes underlying

normal physiology and disease.  My laboratory uses RNAi technology to identify the metabolic

processes that are necessary for the growth and proliferation of cancer cells.

11.     I have received numerous honors and awards in recognition of my

research.  In 2005, I received the David H. Koch Cancer Research Fellowship, the W.M. Keck

Foundation Distinguished Young Scholars in Medical Research Fellowship, and the Howard S.

Stern and Linda B. Stern Career Development Professorship.  In 2004, I was awarded the Rita

Allen Fellowship.  In 2003, I received the Charles Ross Scholar Award and was named the Pew

Scholar in the Biomedical Sciences at MIT.  In 2002, I was chosen as one of the world's 100 Top

Young Innovators by Technology Review, MIT's Magazine of Innovation.  This honor was in

recognition of my work in developing the cell microarray technology.  In 1999, I was named a

Skegg's Fellow at the Whitehead Institute.  In 1997, I received the Michael A. Shanoff Award for

Thesis Research at Johns Hopkins for my work on sirolimus's mechanism of action and the

identification of the mTOR.

      12.    I have served on and continue to serve on the Scientific Advisory Board of

numerous companies.  In addition, I have consulted for Ariad, Genzyme, Pfizer, Novartis, OSI

and Wyeth on the mTOR pathway and the potential of sirolimus as a treatment for certain

cancers.

## III.    PERSON OF ORDINARY SKILL IN THE ART

      13.    As a basis for my opinions set forth herein, I have relied upon the

definition of the person of ordinary skill in the art set forth in the Declaration of Cordis's expert

Dr. Antonios G. Mikos.  Dr. Mikos states that in the 1997-2001 timeframe, the person of

ordinary skill in the art is a Ph.D., chemist, biologist, materials scientist, biomedical engineer or

physician, all with experience in drug delivery systems and biomaterials research, specifically

experience with polymers in contact with blood.  This person would also have knowledge of, or

worked in conjunction with, a physician experienced in the use of medical devices implanted in

blood-contacting environments, such as a cardiologist.

## IV.   RAPAMYCIN, SIROLIMUS AND ANALOGS OF SIROLIMUS

### A.   Rapamycin

14.   The term "rapamycin" is sometimes used to refer to the compound "sirolimus." The term "rapamycin" is also sometimes used to refer to a class of compounds including sirolimus and structurally similar compounds with the same method of action and biological activity. *See, e.g.*, Ex. 57, Nührenberg *et al.*, EMAP-II downregulation contributes to the beneficial effects of rapamycin after vascular injury, *Cardiovascular Research* 2008;77:580-589 at pp. 583-585, (A747-A756) at A750-A752 (describing tests using everolimus); Ex. 58, Guertin *et al.*, Defining the Role of mTOR in Cancer, *Cancer Cell* 2007;12:9-22 at p. 15, (A757-A770) at A763. I have used the term "rapamycin" in both ways – both to refer to sirolimus and to refer to the class of compounds including sirolimus and structurally similar compounds with the same mechanism of action and biological activity. My use of the term is consistent with my experience of how it is used by other skilled persons in the published literature and during scientific conferences.

15.   Sirolimus is an antibiotic produced by the bacterium *Streptomyces hygroscopicus*. The word "rapamycin" comes from *Rapa Nui*, the native name for Easter Island. In the early 1970s, researchers found that a culture of *Streptomyces hygroscopicus* from a soil sample collected from Easter Island exhibited antifungal activity. The active principle, isolated as a crystalline material of unknown structure obtained after purification and originally referred to as "rapamycin," was found to have potent antifungal activity, including against the yeast *Candida albicans*. Ex. 59, Sehgal, J., Rapamycin (AY-22,989), A New Antifungal Antibiotic. II. Fermentation, Isolation and Characterization. *Antibiot* 1975;28:727-732 at p. 727, (A771-A777) at A772.

**B.**   **Sirolimus**

16.   The compound sirolimus has the following structure:



**SIROLIMUS**

17.   By 1997, the complete molecular structure of sirolimus had been identified. *See* Ex. 60, McAlpine *et al.*, Revised NMR Assignments for Rapamycin, *J Antibiotics* 1991;44(6):688-690 and *erratum* in *J Antibiotics* 1991;44(10):C-3 at p. 688, C-3, (A778-A783) at A779, A791, and references cited therein; Ex. 61, Paiva *et al.*, Incorporation of Acetate, Propionate, and Methionine into Rapamycin by Streptomyces Hygroscopicus, *J Nat Prod* 1991;54(1):167-177 at 167, (A784-A795) at A785; Ex. 62, White *et al.*, The Structure of the Antifungal Antibiotic Rapamycin, *Crystallography in Biochemistry and Pharmacology* 1981;C75 at p. C75, (A796-A797) at A796.

18.   Sirolimus is a macrolide, *i.e.*, it possesses a large macrocyclic lactone ring to which other groups are attached. The lactone ring encompasses the majority of the molecule. The only portion of sirolimus that is not part of the macrocycle is the portion of the molecule attached to C-25 (which contains the cyclohexyl fragment). Sirolimus's macrocyclic ring also

7

possesses a segment comprising three conjugated carbon-carbon double bonds ("triene") linking carbons C-1 to C-6.

### C.   Sirolimus Has Potent Antiproliferative And Antiinflammatory Activity

19.   Although it was first isolated as an antifungal agent, subsequent studies revealed that sirolimus possessed potent anti-proliferative and immunosuppressive activities, and it has been shown to inhibit the inflammatory response that occurs after arterial injury and stent implantation and the SMC hyperproliferative response. *See, e.g.,* Ex. 63, Suzuki *et al.*, Stent-based Delivery of Sirolimus Reduces Neointimal Formation in a Porcine Coronary Model, *Circulation* 2001;104:1188-1193 at p. 1191, (A798-A803) at A801; Ex. 64, Marx and Marks, Bench to Bedside: The Development of Rapamycin and Its Application to Stent Restenosis, *Circulation* 2001;104:852-855 at pp. 852-853, (A804-A807) at A804-A805; Ex. 65, Gallo *et al.*, Inhibition of Intimal Thickening after Balloon Angioplasty in Porcine Coronary Arteries by Targeting Regulators of the Cell Cycle, *Circulation* 1999;99:2164-2170 at pp. 2167-2169, (A808-A814) at A811-A813; Ex. 25, Poon *et al.*, Rapamycin Inhibits Vascular Smooth Muscle Cell Migration, *J Clin Invest* 1996;98:2277-2283 at pp. 2278-2282, (A285-A291) at A286-A290; Ex. 26, Marx *et al.,* Rapamycin-FKBP Inhibits Cell Cycle Regulators of Proliferation in Vascular Smooth Muscle Cells, *Circ Res* 1995;76:412-417 at pp. 415-416, (A292-A298) at A296-A297; Ex. 66, Morris *et al.*, Rapamycin (Sirolimus) Inhibits Vascular Smooth Muscle DNA Synthesis in Vitro and Suppresses Narrowing in Arterial Allografts and in Balloon-Injured Carotid Arteries: Evidence That Rapamycin Antagonizes Growth Factor Action on Immune and NonImmune Cells, *Transplant Proc* 1995;27:430-431 at pp. 430-431, (A815-A818) at A817-A818; Ex. 67, Siekierka *et al.*, Probing T-Cell Signal Transduction Pathways with the Immunosuppressive Drugs, FK-506 and Rapamycin, *Immunol Res* 1994;13:110-116 at pp. 110-

8

111, 113-114, (A819-A825) at A819-A820, A822-A823; Ex. 68, Gregory *et al.*, Rapamycin

Inhibits Arterial Intimal Thickening Caused By Both Alloimmune and Mechanical Injury,

*Transplantation* 1993;55:1409-1418 at pp. 1411-1417, (A826-A837) at A830-A836; Ex. 69,

Morris, R. E., Rapamycins: Antifungal, Antitumor, Antiproliferative, and Immunosuppressive

Macrolides, *Transplantation Reviews* 1992;6:39-87 at pp. 71-75, (A838-A887) at A871-A875.

### D.   The Mechanism Of Action Of Sirolimus

20.   Sirolimus acts by delaying the progression of dividing cells from G1 into

the S phase of the cell cycle.  The cell cycle is the process by which cells multiply.  It is an

ordered sequence of events in which a cell duplicates its genetic material (or DNA) and divides

into two daughter cells.  The cell cycle of mammalian cells can be divided into four phases.  The

phase prior to the duplication of genetic material (or S phase) is called the G1 phase (the first

gap).  G1 gives way to the S phase (for synthesis), during which the cell duplicates its genetic

material.  The S phase is followed by the G2 phase (the second gap).  The cell cycle then

culminates in cell division through a process called mitosis or M phase.  Progression through the

various phases of the cell cycle is regulated by the synthesis, activation, and degradation of

specific proteins. *See generally* Ex. 70, Lodish *et al.*, MOLECULAR CELL BIOLOGY (W.H. Freeman

and Company, 4th ed. 1999) at pp. 1-13, 496-536, (A888-A964).

21.   Sirolimus has only one pharmacologically relevant target in mammalian

cells.  That target is mTOR (mammalian target of rapamycin), a major regulator of cell growth

and proliferation.  mTOR is a kinase, *i.e.*, an enzyme that adds phosphate groups to proteins.

mTOR regulates cell growth and proliferation via a complex intracellular signaling pathway

known as the mTOR pathway.

22.     When sirolimus enters mammalian cells, it exerts its effect by first binding a protein called FKBP-12 to create a drug-receptor complex.  The sirolimus:FKBP-12 complex then binds mTOR, blocking its kinase function, thereby inhibiting cell growth and proliferation.  Binding to FKBP-12 is necessary, but not sufficient, for sirolimus's biological effects.

23.     The complex of sirolimus with FKBP-12 binds to mTOR at a region of mTOR sometimes called the FKBP-12-sirolimus binding or FRB domain.  The sirolimus:FKBP-12:mTOR complex inhibits the activity of mTOR and thus the signaling network downstream of mTOR.  The sirolimus:FKBP-12:mTOR complex prevents phosphorylation of the proteins p70 S6 kinase (S6K1) and 4E-BP1 by mTOR.  Phosphorylation and activation of p70 S6 kinase and 4E-BP1 are required for the synthesis of proteins needed for cell cycle progression and regulation.  By interfering with the activity of mTOR, sirolimus prevents the synthesis of particular proteins that are required for progression through the late G1 phase or entry into the S phase of the cell cycle.

24.     By 1997 it was known that the mechanism of action underlying sirolimus's physiological effects involved binding to FKBP12 and inhibition of mTOR.  *See e.g.,* Ex. 71, Robert T. Abraham, Mammalian target of rapamycin: Immunosuppressive drugs offer new insights into cell growth regulation, *in* INFLAMMATORY PROCESSES: MOLECULAR MECHANISMS AND THERAPEUTIC OPPORTUNITIES (L. Gordon Letts and Douglas W. Morgan eds., 2000) pp. 53-66 at p. 54, (A965-A978) at A966; Ex. 72, Choi *et al.*, Structure of the FKBP12-rapamycin complex interacting with the binding domain of human FRAP, *Science* 1996;273:239-42 at p. 240, (A979-A985) at A981; Ex. 73, Luo et al., Rapamycin Resistance Tied to Defective Regulation of p27$^{Kip1}$, *Mol Cell Biol* 1996;16: 6744-51 at p. 6744 and references cited therein, (A986-A993) at A986; Ex. 41, Abraham *et al.*, Immunopharmacology of Rapamycin, *Annu Rev*

10

*Immunol* 1996;14:483-510 at pp. 487-496, 503, (A635-A649) at A637-A642, A645; Ex. 26 at

A293-294; Ex. 56 at A738-A739.

25.    By 1997, the specific ligand-protein binding interactions between

sirolimus and FKBP-12 and the sirolimus:FKBP-12 complex and mTOR, had also been

identified. *See e.g.*, Ex. 72 at A980-A981; Ex. 42, Van Duyne *et al.*, Atomic Structures of the

Human Immunophilin FKBP-12 Complexes with FK506 and Rapamycin, *J Mol Biol*

1993;229:105-124 at pp. 116-119, (A650-A669) at A661-A664; Ex. 43, Van Duyne *et al.*,

Atomic Structure of the Rapamycin Human Immunophilin FKBP-12 Complex, *J Am Chem Soc*

1991;113:7433-7434 at p. 7434, (A670-A671) at A671.  Choi (1996) describes extensive

contacts between sirolimus's macrocyclic ring and FKBP-12 and mTOR, including interactions

between the pipecolinyl ring and FKBP-12, close contacts between the FRB-domain of mTOR

and sirolimus's triene arm, and the fact that the length of the macrocyclic ring in sirolimus

organizes the compound for binding into a deep pocket in mTOR.  Ex. 72 at A981.

26.    Exhibit 44 is a schematic I have prepared illustrating sirolimus's

mechanism of action and cell cycle arrest at the G1-S interface.

**E.    Analogs Of Sirolimus**

27.    In 1997, it was common for skilled persons to take a naturally-produced

compound, such as sirolimus, and make minor modifications to its structure to try to achieve

different pharmacokinetic or physicochemical attributes while maintaining its essential method

of action and biological activity.  Such analogs could be identified by looking in the literature to

see what analogs existed or by the creation of new compounds, and subsequent testing of the

compounds to determine if they exhibited the same mechanism of action as sirolimus (*i.e.*,

binding to FKBP-12 and inhibition of mTOR) or showed comparable biological activity (for example, inhibition of SMC proliferation).

28.     Tests for mTOR activity were well known in the art and could be performed using routine analytical and experimental techniques. *See, e.g.,* Ex. 45, Chung *et al.,* Rapamycin-FKBP Specifically Blocks Growth-Dependent Activation of and Signaling by the 70 kd S6 Protein Kinases, *Cell* 1992; 69:1227-1236 at pp. 1228-1232, (A673-A682) at A674-A678; Ex. 46, Beretta *et al.,* Rapamycin blocks the phosphorylation of 4E-BP1 and inhibits cap-dependent initiation of translation, *EMBO J.,* 1996; 15:658-664 at pp. 658-661, (A683-A689), at A683-A686; Ex. 47, Weng et al., Regulation of the p70 S6 Kinase by Phosphorylation *in Vivo, J. of Biological Chem.,* 1998; 273:16621-16629 at pp. 16622-16623, (A690-A698) at A691-A692. These assays, which test for phosphorylation of proteins regulated by mTOR, represent just a sample of the many possible ways to test for mTOR activity.

29.     Tests for biological activity, for example, inhibition of SMC proliferation, were also well known and routine. *See, e.g.,* Ex. 48, Sedrani *et al.,* Chemical Modification of Rapamycin: The Discovery of SDZ RAD, *Transplant Proc* 1998;30:2192-94 at pp. 2192-2193, (A699-A701) at A699-A700; Ex. 49, Schuler *et al.,* SDZ RAD, A New Rapamycin Derivative: Pharmacological Properties *In vitro* and *In vivo, Transplantation* 1997;64:36-42 at p. 37, (A702-A710) at A705; Ex. 25 at A285-A286.

30.     As shown from the literature, persons of ordinary skill had no problem identifying compounds structurally similar to sirolimus having the same mechanism of action and biological activity.  For example, everolimus and zotarolimus are structurally similar to sirolimus having the same macrocyclic lactone ring structure, and are also capable of inhibiting both the inflammatory response known to occur after arterial injury and stent implantation, as

12

well as the SMC hyperproliferative response.  These compounds are described as analogs of

sirolimus.  *See* Ex. 50, Hartford *et al.*, Rapamycin: Something Old, Something New, Sometimes

Borrowed and Now Renewed, *Clin Pharmacol Ther* 2007;82(4):381-388 at pp. 382-383, (A711-

A718) at A712-A713; Ex. 80, Burke *et al.*, Zotarolimus (ABT-578) eluting stents, Advance Drug

Delivery Reviews 2006;58:437-446 at p. 440, (A1396-A1405) at A1399; Ex. 52, Buellesfeld *et

al.*, ABT-578-Eluting Stents, *Herz* 2004;29:167-170 at p. 168, (A722-A725) at A723.

      31.     Everolimus has a structure that is nearly identical to that of sirolimus, as

shown by the following side-by-side comparison.



**SIROLIMUS**                **EVEROLIMUS**

      32.     Everolimus possesses the identical macrocyclic lactone ring that is present

in sirolimus.  Everolimus also possesses the identical macrocyclic triene segment linking carbons

C-1 to C-6.  The only difference between everolimus's and sirolimus's chemical structure is at the

C-42 position.  Whereas sirolimus contains a hydroxyl (-OH) group at this position, everolimus

13

contains an O-hydroxyethyl (-CH2-CH2-OH) group.  Everolimus is created directly from the

sirolimus molecule.  *See, e.g.*, U.S. Patent No. 6,665,772 ("the '772 patent"), at 12:31-67.[3]

      33.     Everolimus was identified by Novartis as part of a program to improve the

physicochemical properties of sirolimus to aid in its formulation for oral administration.

Novartis carefully selected the applicable changes in such a way as to ensure that the

macrocyclic ring structure of sirolimus was not changed and biological activity was retained.

Ex. 48 at A699.  Everolimus has potent antiproliferative and antiinflammatory effects.  *In vitro*

assays conducted by Novartis showed that the relative inhibition of bovine SMC proliferation by

everolimus "was not statistically significant when compared with inhibition by RPM

[sirolimus]."  Ex. 49 at A706.  *See also* U.S. Patent Nos. 5,665,772, 6,440,990, 6,384,046; Ex.

53, Böhler *et al.*, The In Vivo Effect of Rapamycin Derivative SDZ RAD on Lymphocyte

Proliferation, *Transplant Proc* 1998;30:2195-2197 at p. 2196, (A726-A728) at A727.

      34.     Everolimus also has the same mechanism of action as sirolimus.  Like

sirolimus, everolimus binds to FKBP-12 and the FKBP-12:everolimus complex binds to mTOR

at the FKBP-12-rapamycin binding (FRB) domain.  Like the sirolimus:FKBP-12:mTOR

complex, the everolimus:FKBP-12:mTOR complex causes a decrease in the phosphorylation of

the downstream proteins 4E-BP1 and p70 S6 kinase, ultimately blocking progression through the

cell cycle and causing arrest in the G1 phase.  *See* Ex. 49 at A708; Ex. 50 at A714; Ex. 44.

      35.     Similarly, Abbott identified the compound zotarolimus with the goal of

identifying a compound that would robustly inhibit SMC proliferation, carefully selecting a site

of modification that would not impair biological activity.  Ex. 80 at A1397-A1398.  In

---

[3] Although the '772 patent refers to everolimus as 40-O-(2-hydroxyethyl)-rapamycin, the
numbering convention for sirolimus and its analogs has been changed such that under the revised

zotarolimus, a tetrazole ring is substituted for the -OH group at position 42 in sirolimus.  Abbott

used a simple *in vitro* assay for inhibition of SMC proliferation to identify zotarolimus.  *Id.* at

A1399-A1400.  Based on these basic tests, zotarolimus was placed into preclinical trials for

delivery from a stent.  *Id.* at A1399.  Zotarolimus has the same mechanism of action as sirolimus,

*i.e.*, binding to FKBP-12 and inhibition of mTOR.  *Id.*

36.    In contrast, compounds such as tacrolimus (FK506) have some structural

similarity to sirolimus but have a completely different mechanism of action.  Tacrolimus has the

following structure:



**TACROLIMUS**

37.    Made by a completely different bacterium, *Streptomyces tsukubaensis*,

tacrolimus does not have the same macrocyclic ring as sirolimus.  Although tacrolimus is a

macrolide (*i.e.*, it contains a macrocyclic lactone), it contains a smaller 21-membered ring that

also does not contain a conjugated triene.  *See* Ex. 54, Taga *et al.*, Structure of a New

Macrocyclic Antibiotic, *Acta Cryst* 1987;C43:751-753 at pp. 752-753, (A729-A731) at A730-

A731.  Tacrolimus binds to FKBP-12, however, the tacrolimus-FKBP-12 complex does not bind

Chemical Abstracts nomenclature, what was formerly the 40-position is now the 42-position.

to and inhibit mTOR.   Rather, the FK506-FKBP-12 complex inhibits the $Ca^{+2}$/Calmodulin-dependent protein phosphatase, calcineurin.  Ex. 67 at A821-A822.  Tacrolimus has been used as a control for studies of sirolimus, precisely because researchers knew that it did *not* possess mTOR activity.  Tacrolimus does not consistently inhibit SMC proliferation.  *See, e.g.*, Ex. 26 at A296-A297 (noting that FK520, an analog of FK506 did not inhibit SMC proliferation).

## V.   THE '3286, '7286, AND '473 PATENTS

### A.   The Teachings Of The '3286, '7286 and '473 Patents

38.   The '3286, '7286, and '473 patents (all assigned to Cordis) are entitled "Local Delivery Of Rapamycin For Treatment Of Proliferative Sequelae Associated With PTCA Procedures, Including Delivery Using A Modified Stent."  The '3286, '7286 and '473 patents are directed to polymer-drug coated intravascular stents for the controlled, local delivery of "rapamycin or a macrocyclic lactone analog thereof."  *See e.g.*, '3286 patent at 1:25-30.[4]

39.   The "Background of the Invention" section of these patents describes the problem of restenosis, *i.e.,* re-narrowing of the coronary arteries following PTCA, which had plagued the interventional cardiology field for many years.  "Because SMC proliferation and migration are intimately involved with the pathophysiological response to arterial injury, prevention of SMC proliferation and migration represents a target for pharmacological intervention in prevention of restenosis."  *Id.* at 3:30-34.

40.   In the Detailed Description, these patents describe "rapamycin" to be "[o]f particular interest" for restenosis prevention.  *Id.* at 5:32.  According to these patents, the

---

[4] Citations are provided for the '3286 patent in Column:line format.  Because the '3286, '7286 and '473 patents share the same specification, the same teachings appear in the '7286 and '473 patents as in the '3286 patent.

biological activity of "rapamycin," including inhibition of the inflammatory response and the

SMC hyperproliferative response, support the use of "rapamycin" for the prevention of

restenosis:

> [R]apamycin is capable of inhibiting both the inflammatory response known to occur after arterial injury and stent implantation, as well as the SMC hyperproliferative response. . . .

> These observations clearly support the potential use of rapamycin in the clinical setting of post-angioplasty restenosis. . . .

> An agent which prevents inflammation and the proliferation of SMC combined with a stent may provide the most efficacious treatment for post-angioplasty restenosis. . . .

> Agents: Rapamycin (sirolimus) structural analogs (macrocyclic lactones) and inhibitors of cell-cycle progression.

*Id.* at 5:46 to 6:3.

> 41.   The '3286, '7286, and '473 patents also explain:

> Rapamycin is a macrolide antibiotic which blocks IL-2 mediated T-cell proliferation and possesses antiinflammatory activity. While the precise mechanism of rapamycin is still under active investigation, rapamycin has been shown to prevent the $G_1$ to [S] phase progression of T-cells through the cell cycle by inhibiting specific cell cyclins and cyclin-dependent protein kinases (Siekierka, Immunol Res 13: 110-116, 1994). The antiproliferative action of rapamycin is not limited to T-cells; Marx et al. (Circ Res 76:412-417, 1995) have demonstrated that rapamycin prevents proliferation of both rat and human SMC *in vitro* while Poon *et al.* have shown th[at] rat, porcine, and human SMC migrati[o]n can also be inhibited by rapamycin (J Clin Invest 98:2277-2283, 1996). Thus, rapamycin is capable of inhibiting both the inflammatory response known to occur after arterial injury and stent implantation, as well as the SMC hyperproliferative response. In fact, the combined effects of rapamycin have been demonstrated to result in a diminished SMC hyperproliferative response in a rat femoral artery graft model and in both rat and porcine arterial balloon injury models (Gregory et al., Transplantation 55:1409-1418, 1993; Gallo et al., in press, (1997).

*Id.* at 5:32-54.

**B.    The Meaning Of "Rapamycin" And "Macrocyclic Lactone Analog Thereof" As Used In The '3286, '7286, And '473 Patents**

**1.    "Rapamycin"**

42.    The specifications of the '3286, '7286 and '473 patents refer to "rapamycin (sirolimus)," and therefore in the context of these patents "rapamycin" would be understood to mean "sirolimus." The patents list "Agents" that can be used, including "Rapamycin (sirolimus)." *Id.* at 6:4. Thus, in these patents, the inventors clarified that they were using the term "rapamycin" as referring only to the compound "sirolimus."

**2.    "Macrocyclic Lactone Analog Thereof"**

43.    The specifications and claims of the '3286, '7286 and '473 patents also refer to a "macrocyclic lactone analog thereof," *i.e.*, a "macrocyclic lactone analog" of "rapamycin." In the context of these patents, a person skilled in this area would understand a "macrocyclic lactone analog" of "rapamycin" to be a compound structurally similar to sirolimus having the same macrocyclic lactone ring structure which is capable of inhibiting the inflammatory response known to occur after arterial injury and stent implantation, as well as the SMC hyperproliferative response.

44.    I understand the reference to a "macrocyclic lactone" in the term "macrocyclic lactone analog thereof" to be a shorthand for the macrocyclic ring structure of sirolimus. Based on the specification and claims of these patents, the skilled person would understand that, in addition to sirolimus, the inventors intended their invention to include compounds having small modifications made to sirolimus that retained the mechanism of action and biological activity of sirolimus. The person of ordinary skill in the art identifying such analogs would seek to change only those parts of sirolimus that could be modified without losing SMC anti-proliferative activity and use for restenosis prevention. Therefore, the skilled person

18

who had knowledge of sirolimus's structure, understood that sirolimus's mechanism of action required binding to both FKBP-12 and mTOR, and also knew of the extensive contacts made by sirolimus's macrocyclic ring with FKBP-12 and mTOR explained in Choi *et al.* (1996), Exhibit 72, would maintain the same macrocyclic lactone ring structure as sirolimus. Even if one were to assume that "macrocyclic lactone analog" could involve some changes to the macrocyclic lactone ring structure, a person of ordinary skill in the art would use the macrocyclic lactone ring structure of sirolimus as a benchmark for determining what is a macrocyclic lactone analog, and would be able to determine whether molecules fell within this claim limitation.

45.     The person of ordinary skill in the art would also consider the meaning of the term "macrocyclic lactone analog thereof" in the context of the biological activity and clinical utility (delivery of "rapamycin or a macrocyclic lactone thereof" from a stent for the prevention of restenosis) set forth in the claims of the patents-in-suit. The patents make clear that the significance of "rapamycin" is its biological activity in inhibiting SMC proliferation and inflammation following arterial injury. In fact, they specifically note these effects in describing why "rapamycin" is a desirable molecule for the treatment of restenosis:

> Rapamycin is a macrolide antibiotic which blocks IL-2 mediated
> T-cell proliferation and possesses antiinflammatory activity. . . .
> Thus, rapamycin is capable of inhibiting both the inflammatory
> response known to occur after arterial injury and stent
> implantation, as well as the SMC hyperproliferative response.

'3286 patent at 5:32-49 (emphasis added).

46.     The patents-in-suit reemphasize the importance of these functional characteristics, noting that "an agent which prevents inflammation and the proliferation of SMC combined with a stent may provide the most efficacious treatment for post-angioplasty restenosis." *Id.* at 5:64-67. Given this emphasis, a person skilled in the art would understand

19

that a "macrocyclic lactone analog thereof" as claimed in the patents-in-suit would be capable of

inhibiting both the SMC hyperproliferative response and inflammatory response known to occur

after arterial injury and stent implantation. The skilled person would consider these important

functional limitations to be part of the meaning of "macrocyclic lactone analog thereof."

## VI.     THE '662 PATENT

47.     U.S. Patent No. 7,300,662 ("the '662 patent"), co-owned by Cordis and

Wyeth, is entitled "Drug/Drug Delivery Systems for the Prevention and Treatment of Vascular

Disease."

48.     The '662 patent describes the problem of restenosis after PTCA, including

that it is a gradual process initiated by vascular injury. *See* '662 patent at 1:52-54. *See also*

*generally id.* at 1:58 to 2:40. The '662 patent also describes that attempts to prevent restenosis

using systemic pharmacological agents in human patients were unsuccessful. *Id.* at 2:41, 3:15-

59. Similarly, while bare metal stents proved "effective in significantly reducing restnosis,"

these did not eliminate the incidence of restenosis, while heparin-coated stents showed some

measure of restenosis prevention. *Id.* at 3:60 to 4:14. "Accordingly, there exists a need for

effective drugs and drug delivery systems for the effective prevention and treatment of

neointimal thickening that occurs after [PTCA] and stent implantation." *Id.* at 4:15-19.

49.     The '662 patent sets forth its own specific definition for "rapamycin":

> Rapamycin as used throughout this application shall include
> rapamycin, rapamycin analogs, derivatives and congeners that bind
> FKBP12 and possess the same pharmacologic properties as
> rapamycin.

'662 Patent at 5:47-51; 7:29-32; 11:38-42; 11:67 to 12:37.

50.     The '662 patent specification makes clear that the significance of

"rapamycin" is its biological activity in inhibiting smooth muscle proliferation and inflammation

following arterial injury:

>Rapamycin functions to inhibit smooth muscle cell proliferation
>through a number of mechanisms.  In addition, rapamycin reduces
>the other effects caused by vascular injury, for example,
>inflammation. . . .
>
>Rapamycin reduces vascular hyperplasia by antagonizing smooth
>muscle proliferation in response to mitogenic signals that are
>released during angioplasty.  Inhibition of growth factor and
>cytokine mediated smooth muscle proliferation at the late G1
>phase of the cell cycle is believed to be the dominant mechanism
>of action of rapamycin.  However, rapamycin is also known to
>present T-cell proliferation and differentiation when administered
>systemically. . . .
>
>The molecular events that are responsible for the actions of
>rapamycin, a known anti-proliferative, which acts to reduce the
>magnitude and duration of neointimal hyperplasia, are still being
>elucidated.  It is known, however, that rapamycin enters cells and
>binds a high-affinity cytosolic protein called FKBP12.  The
>complex of rapamycin and FKPB12 in turn binds to and inhibits a
>phosphoinositide (PI)-3 kinase called the "mammalian Target of
>Rapamycin" or TOR.  TOR is a protein kinase that plays a key role
>in mediating the downstream signaling events associated with
>mitogenic growth factors and cytokines in smooth muscle cells and
>T lymphocytes.  These events include phosphorylation of p27,
>phosphorylation of p70 s6 kinase and phosphorylation of 4BP-1,
>an important regulator of protein translation.

*Id.* at 5:43 to 6:10.

51.     The properties of "rapamycin" listed in the '662 patent include:

- "Rapamycin" reduces vascular hyperplasia by antagonizing SMC proliferation in response to mitogenic signals that are released during angioplasty.  *Id.* at 5:52-54.

- "Rapamycin" inhibits SMC proliferation at the late G1 phase of the cell cycle.  *Id.* at 5:56.

- "Rapamycin" binds to a high-affinity cytosolic protein called FKBP12.  *Id.* at 66-67.

21

**B.      The Meaning Of "Rapamycin" And "Macrocyclic Triene Analog Thereof" As Used In The '662 Patent**

   **1.      "Rapamycin"**

   52.      The '662 patent sets forth its own specific definition for "rapamycin":

Rapamycin as used throughout this application shall include
rapamycin, rapamycin analogs, derivatives and congeners that bind
FKBP12 and possess the same pharmacologic properties as
rapamycin.

'662 Patent at 5:47-51; 7:29-32; 11:38-42; 11:67 to 12:37.  Thus, in this patent, the term

"rapamycin" is used to include not only sirolimus but a class of compounds as described, and

means sirolimus and all analogs, derivatives and congeners that bind FKBP12 and possess the

same pharmacologic properties as sirolimus.

   53.      Based on my review of the '662 patent, I understand the term "same

pharmacologic properties" as used in the above definition to refer to analogs that possess the

same mechanism of action as sirolimus (*i.e.*, binding to FKBP-12 and mTOR) and also inhibit

SMC proliferation following arterial injury.  Indeed, the '662 patent specification clearly explains

that the claimed invention is directed to use of "rapamycin" to inhibit SMC proliferation, and

specifically describes the properties of "rapamycin" by referring to its binding to FKBP-12 and

mTOR, *see id.* at 5:33-42; *id.* at 5:62 to 6:10.

   54.      Because the '662 patent is directed to "the prevention and treatment of

neointimal hyperplasia," *see id.* at 1:26, a person of ordinary skill in the art would understand

those properties of sirolimus which contribute to the invention to be those required of

"rapamycin analogs" that are included in the '662 patent's definition of "rapamycin."  Therefore,

in the context of the '662 patent, the skilled person would understand "same pharmacologic

properties" to be the same mechanism of action and ability to inhibit SMC proliferation

following arterial injury, and not "any property of a drug" or pharmacokinetic or

physicochemical properties (for example, solubility).  The term "same pharmacologic properties"

would also not be understood to require that the analog have identical pharmacologic properties

as sirolimus, because analogs would typically be expected to have some differences in

pharmacokinetic and physicochemical properties.

> 2.    "Macrocyclic Triene Analog Thereof"

     55.    The specification and claims of the '662 patent also refer to a "macrocyclic

triene analog thereof."  The '662 patent describes a "macrocyclic triene analog" of "rapamycin"

in terms of structure and functional similarities to sirolimus.  Therefore, in the context of the '662

patent, a person skilled in this area would understand a "macrocyclic triene analog" of

"rapamycin" to be a compound structurally similar to sirolimus having the same macrocyclic

triene structure which is capable of inhibiting the inflammatory response known to occur after

arterial injury and stent implantation, as well as the SMC hyperproliferative response.

     56.    I understand the reference to a "macrocyclic triene" in the term

"macrocyclic triene analog thereof" to be a shorthand for the macrocyclic ring structure of

sirolimus.  Based on the specification of the '662 patent, the person of ordinary skill in the art

would understand that the inventors intended their invention to include molecules which are

structurally similar to sirolimus and have the same mechanism of action and result in inhibition

of neointimal SMC proliferation.  By the time of the filing of the '662 patent, it was well known

that the macrocyclic ring and its length were important for binding of sirolimus with FKBP-12

and mTOR.  *See, e.g.*, Ex. 72 at A981.  Therefore, the skilled person would maintain the same

macrocyclic triene ring structure as sirolimus.  Even if one were to assume that "macrocyclic

triene analog" could involve some changes to the macrocyclic triene ring structure, a person of

ordinary skill in the art would use the macrocyclic triene ring structure of sirolimus as a

benchmark.

57.     The person of ordinary skill in the art would also consider the meaning of

the term "macrocyclic triene analog thereof" in the context of the use set forth in the claims of

the '662 patent, delivery of "rapamycin or a macrocyclic triene analog thereof" from a stent for

the inhibition of neointimal hyperplasia.  The '662 patent emphasizes the superior effects of

"rapamycin" eluting stents in humans when compared with animals with respect to the

magnitude and duration of the reduction in neointimal hyperplasia.  *See, e.g.*, '662 patent at 4:45-

48; *id.* at 11:1-5.  The '662 patent also makes clear that the significance of "rapamycin" is its

biological activity in inhibiting smooth muscle proliferation and inflammation following arterial

injury.  *Id.* at 5:43 to 6:10.

58.     The skilled person would understand the term "macrocyclic triene analog

thereof" in the claims in the context of the '662 patent inventions and what was already known in

the art concerning sirolimus's structure and its mechanism of action (binding to FKBP-12 and

inhibition of mTOR).  The skilled person would have in mind the structure and mechanism of

action of sirolimus, and also would have in mind that such analogs are to be used in a

nonerodible polymer on a stent for inhibition of neointimal proliferation.  Therefore, the skilled

person would understand the claimed "macrocyclic triene analog" of "rapamycin" to be a

compound structurally similar to sirolimus having the same macrocyclic triene ring structure

which is capable of inhibiting both the inflammatory response known to occur after arterial

injury and stent implantation, as well as the SMC hyperproliferative response.

59.     I note further that the phrase "same pharmacological properties as

rapamycin" does not appear in any claim of the '662 patent and does not modify the term

"macrocyclic triene analog thereof" in the specification or the claims.  Rather, in the '662 patent, "same pharmacologic properties" is used to identify the "rapamycin analogs, derivatives and congeners" that are included in the definition of "rapamycin."  If the claimed "macrocyclic triene analog thereof" also possessed the "same pharmacologic properties as rapamycin," only those analogs which are already encompassed in the definition of "rapamycin" would qualify as "macrocyclic triene analogs."  The phrase "or a macrocyclic triene analog thereof" would be redundant to the term "rapamycin."

60.    I believe a person skilled in the art would understand the term "macrocyclic triene analog," as used in the '662 patent, to have the same meaning as "macrocyclic lactone analog" as used in the '3286, '7286 and '473 patents.  The reasons for my conclusion are set forth *supra* at ¶¶ 39-60.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

David M. Sabatini, M.D., Ph.D.

26