## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC.,

   Plaintiffs,

  v.

JOHNSON & JOHNSON and
CORDIS CORPORATION,

   Defendants.

 

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC.,

   Plaintiffs,

  v.

JOHNSON & JOHNSON,
CORDIS CORPORATION, and WYETH,

   Defendants.

   )
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**REDACTED
PUBLIC VERSION**

Civil Action No. 07-333-SLR
Civil Action No. 07-348-SLR
Civil Action No. 07-409-SLR

Civil Action No. 07-765-SLR

---

## APPENDIX OF EXHIBITS TO OPENING MARKMAN BRIEF
## OF JOHNSON & JOHNSON, CORDIS AND WYETH
## VOLUME II OF IV (EXHIBITS 33-60)

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Dated:  September 16, 2009

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
312-853-7000
dpritikin@sidley.com
wbaumgar@sidley.com
rcass@sidley.com

# TABLE OF CONTENTS

| Exhibit Number | Description | Appendix Page Number |
|---|---|---|
| 1 | Summary of Polymer Definitions in Cordis' Briefs and Declarations | A1-A47 |
| 2 | "Polymer" as defined by various dictionaries | A48-A57 |
| 3 | Summary of Co-polymer Definitions in Cordis' Briefs and Declarations | A58-A79 |
| 4 | Summary of Homopolymer Definitions in Cordis' Briefs and Declarations | A80-A100 |
| 5 | "Acrylate" as defined by *Webster's Third New International Dictionary* (1993) | A101 |
| 6 | Summary of Biocompatible Definitions in Cordis' Briefs and Declarations | A102-A119 |
| 7 | Summary of "Apply" Definitions in Cordis' Briefs and Declarations | A120-A133 |
| 8 | Summary of "Affix" Definitions in Cordis' Briefs and Declarations | A134-A143 |
| 9 | "Macrocyclic" as defined by *Webster's Third New International Dictionary* (1993) | A144-A147 |
| 10 | Summary of "Inhibit" Definitions in Cordis' Briefs and Declarations | A148-A156 |
| 11 | "Mixture" as defined by *Webster's Third New International Dictionary of the English Language, Unabridged* (2002) and *Dorland's Illustrated Medical Dictionary* (28th ed. 1994) | A157-A162 |
| 12 | "About" as defined by various dictionaries | A163-A198 |
| 13 | "Thereto" as defined by *Webster's Third New International Dictionary of the English Language, Unabridged* (2002) | A199-A201 |
| 14 | "Base" as defined by *Webster's Third New International Dictionary* (1993) | A202-A205 |
| 15 | Office Action Summary concerning Disposition of Claims in U.S. Patent Application 09/874,117 | A206-A209 |
| 16 | Appellant's Second Corrected Brief on Appeal regarding U.S. Patent Application 09/575,480 | A210-A223 |
| 17 | Remarks to Support Pre-Appeal Brief Request for Review regarding U.S. Patent Application 10/829,074 | A224-A228 |
| 18 | Petition to Make Special Because of Actual Infringement (37 CFR § 1.102 and MPEP § 708.02) with Supporting Declaration by Attorney regarding U.S. Patent Application 10/951,385 | A229-A251 |
| 19 | Decision Granting Petition to Make Special Because of Actual Infringement (37 CFR § 1.102 and MPEP § 708.02) | A252-A253 |
| 20 | Petition to Make Special Because of Actual Infringement (37 CFR § 1.102 and MPEP § 708.02) with Supporting Attorney Declaration regarding U.S. Patent Application of Carol Wright (Application number not yet assigned) | A253.1-A253.8 |
| 21 | REDACTED | A254-A263 |

**REDACTED**

| 22 | Rensing et al., Coronary restenosis elimination with a sirolimus eluting stent, *European Heart Journal*, 2001 | A264-A269 |
|----|----|----|
| 23 | Serruys et al., A comparison of balloon-expandable-stent implantation with balloon angioplasty in patients with coronary artery disease, *N Engl J Med* 1994 | A270-A276 |
| 24 | Serruys et al., A randomized comparison of a durable polymer Everolimus-eluting stent with a bare metal coronary stent: The SPIRIT first trial, *EuroIntervention* 2005 | A277-A284 |
| 25 | Poon et al., Rapamycin Inhibits Vascular Smooth Muscle Cell Migration, *J. Clin. Invest.*, 1996 | A285-A291 |
| 26 | Marx et al., Rapamycin-FKBP Inhibits Cell Cycle Regulators of Proliferation in Vascular Smooth Muscle Cells, *Circ. Res.* 1995 | A292-A298 |
| 27 | Perkins et al., XIENCE V[TM] Everolimus-Eluting Coronary Stent Systems: A Preclinical Assessment, *Journal of Interventional Cardiology*, 2009 | A299-A310 |
| 28 | Ding et al., XIENCE V[TM] Stent Design and Rationale, *Journal of Interventional Cardiology*, 2009 | A311-A320 |
| 29 | Fischman et al., A Randomized Comparison of Coronary-Stent Placement and Balloon Angioplasty in the Treatment of Coronary Artery Disease, *N Engl J Med* 1994 | A321-A326 |
| 30 | U.S. Patent No. 6,120,536 | A327-A343 |
| 31 | U.S. Patent No. 5,968,091 | A344-A354 |
| 32 | U.S. Patent No. 6,908,624 | A355-A391 |
| 33 | U.S. Patent Application Publication No. US 2004/0063805 | A392-A405 |
| 34 | Boston Scientific, Promus Everolimus-Eluting Coronary Stent System, http://www.bostonscientific.com/Device.bsci?page=HCP_Overview&navRelId=1000.1003&method=DevDetailHCP&id=10104231&pageDisclaimer=Disclaimer.ProductPage (last visited Sep. 14, 2009) | A406-A408 |
| 35 | Boston Scientific, PROMUS Everolimus-Eluting Coronary Stent System, Patient Information Guide | A409-A461 |
| 36 | **REDACTED** | A462-A552 |
| 37 | | A553-A595 |
| 38 | Instructions for Use: CYPHER Sirolimus-eluting Coronary Stent on RAPTOR Over-the-Wire-Delivery System and CYPHER Sirolimus-eluting Coronary Stent on RAPTORRAIL Rapid Exchange Delivery System | A596-A615 |
| 39 | **REDACTED** | A616-A629 |
| 40 | | A630-A634 |
| 41 | Abraham et al., Immunopharmacology of Rapamycin, *Annu. Rev. Immunol.* 1996 | A635-A649 |

| 42 | Van Duyne et al., Atomic Structures of the Human Immunophilin FKBP-12 Complexes with FK506 and Rapamycin, *J. Mol. Biol.* 1993 | A650-A669 |
| 43 | Atomic Structure of the Rapamycin, J. Am. Chem. Soc, 1991 | A670-A671 |
| 44 | Diagram: Normal Sirolimus Everolimus | A672 |
| 45 | Chung et al., Rapamycin-FKBP Specifically Blocks Growth-Dependant Activation of and Signaling by the 70kd S6 Protein Kinases ,*Cell* Vol. 69, 1992 | A673-A682 |
| 46 | Beretta et al., Rapamycin blocks the phosphorylation of 4E-BP1 and inhibits cap-dependent initiation of translation, *The EMBO Journal* Vol. 15 No. 3, 1996 | A683-A689 |
| 47 | Weng et al., Regulation of the p70 S6 Kinase by Phosphorylation in Vivo, *The Journal of Biological Chemistry* 1998 | A690-A698 |
| 48 | Sedrani et al., Chemical Modification of Rapamycin: The Discovery of SDZ RAD, *Elsevier Science* 1998 | A699-A701 |
| 49 | Schuler et al.,, SDZ RAD, A new Rapamycin Derivative, Transplantation, 1997 | A702-A710 |
| 50 | Hartford et al., Rapamycin: Something Old, Something New, Sometimes Borrowed and Now Renewed, *Clinical Pharmacology & Therapeutics* Vol. 82 No 84, 2007 | A711-A718 |
| 51 | Sedrani et al., Chemical Modification of Rapamycin: The Discovery of SDZ RAD, *Elsevier* 1998 | A719-A721 |
| 52 | Buellesfeld et al., ABT-578-Eluting Stents: The Promising Successor of Sirolimus-and Paclitaxe-Eluting Stents Concepts? *Herz* 2004 | A722-A725 |
| 53 | Böhler et al., The In Vivo Effect of Rapamycin Derivative SDZ RAD on Lymphocyte Proliferation, *Transplantation Proc,* 1998 | A726-A728 |
| 54 | Taga et al., Structure of a New Macrocyclic Antibiotic, *International Union of Crystallography*, 1987 | A729-A731 |
| 55 | Curriculum Vitae of David Sabatini | A732-A735 |
| 56 | Sabatini et al., RAFT1: A Mammalian Protein that binds to FKBP12 in a Rapamycin-Dependent Fashion and is Homologus to Yeast TORs, *Cell*, Vol. 78, 1994 | A736-A746 |
| 57 | Nührenberg et al., EMAP-II downregulation contributes to the beneficial effects of Rapamycin after vascular injury, *Cardiovascular Research*, 2008 | A747-A756 |
| 58 | Guertin et al., Defining the Role of mTOR in Cancer, *Cancer Cell* 12, 2007 | A757-A770 |
| 59 | Sehgal et al., Rapamycin (AY-22,989), a New Antifungal Antibiotic, *The Journal of Antibiotics*, Vol. 28, 1975 | A771-A777 |
| 60 | McAlpine et al., Revised NMR Assignments for Rapamycin, *The Journal of Antibiotics*, Vol. 28, No. 10, 1991 | A778-A783 |
| 61 | Paiva et al., Incorporation of Acetate, Propionate, and Methionine into Rapamycin by Streptomyces Hysgroscopicus, *Journal of Natural Products* 1991 | A784-A795 |

| 62 | White *et al.*, The Structure of the Antifungal Antibiotic Rapamycin, *Crystallography in Biochemistry and Pharmacology* 1981 | A796-A797 |
|---|---|---|
| 63 | Suzuki et al., Stent-Based Delivery of Sirolimus Reduces Neointimal Formation in a Porcine Coronary Model, *Circulation* 2001 | A798-A803 |
| 64 | Marx *et al.*, Bench to Bedside The Development of Rapamycin and its Application to Stent Restenosis, *Circulation* 2001 | A804-A807 |
| 65 | Gallo *et al.*, Inhibition of Intimal Thickening After Balloon Angioplasty in Porcine Coronary Arteries by Targeting Regulators of the Cell Cycle, *Circulation* 1999 | A808-A814 |
| 66 | Gallo *et al.*, Rapamycin (Sirolimus) Inhibits Vascular Smooth Muscle DNA Synthesis In Vitro and Suppresses Narrowing in Arterial Allografts and in Balloon-Injured Carotid Arteries: Evidence that Rapamycin Antagonizes Growth Factor Action on Immune and Nonimmune Cells, *Transplantation Proceedings*, Vol. 27, No. 1. 1995 | A815-A818 |
| 67 | Siekierka, Probing T-Cell Signal Transduction Pathways with the Immunosuppressive Drugs, FK-506 and Rapamycin, *Immuno Res* 1994 | A819-A825 |
| 68 | Gregory *et al.*, Rapamycin Inhibits Arterial Intimal Thickening Caused by Both Alloimmune and Mechanical Injury, *Transplantation Proceedings*, Vol. 55, No. 6.1995 | A826-A837 |
| 69 | Morris, Rapamycins: Antifungal, Antitumor, Antiproliferative, and Immunosuppressive Macrolides, *Transplantation Reviews*, Vol. 6, No. 1. 1992 | A838-A887 |
| 70 | Lodish *et al.*, Chapter 1 – The Dynamic Cell, pp. 1-13 and Chapter 13 – Regulation of the Eukaryotic Cell Cycle, *Molecular Cell Biology*, 4th ed. 2000 | A888-A964 |
| 71 | Abraham, Mammalian Target of Rapamycin: Immunosuppressive Drugs Offer New Insights Into Cell Growth Regulation, *Inflammatory Processes: Molecular Mechanisms and Therapeutic Opportunities* 2000 | A965-A978 |
| 72 | Choi *et al.*, Structure of the FKPB12-Rapamycin Complex Interacting with the Binding Domain of Human FRAP, *Science* 1996 | A979-A985 |
| 73 | Luo et al., Rapamycin Resistance Tied to Defective Regulation of p27, *Molecular and Cellular Biology* 1996 | A986-A993 |
| 74 | **REDACTED** | A994-A1017 |
| 75 | Adverse Tissue Reaction to Polymers Cited in '7286, '3286 and '473 Patent Specifications | A1018-A1189 |
| 76 | Curriculum Vitae of Antonios G. Mikos | A1190-A1356 |
| 77 | "Polymer" as defined by Webster's Third International Dictionary | A1357-A1359 |
| 78 | **REDACTED** | A1360-A1386 |

**REDACTED**

| | | |
|---|---|---|
| 79 | "Biocompatibility" as defined by Merriam-Webster's Collegiate Dictionary | A1387-A1395 |
| 80 | Burke et al., Zotarolimus (ABT-578) eluting stents, *Elsevier* 2006 | A1396-A1405 |
| 81 | ██████      ████████ | A1405-A1414 |

**REDACTED**

# EXHIBIT 33



US 20040063805A1

(19) **United States**

(12) **Patent Application Publication**    (10) Pub. No.: **US 2004/0063805 A1**

Pacetti et al.    (43) Pub. Date:    **Apr. 1, 2004**

(54) **COATINGS FOR IMPLANTABLE MEDICAL DEVICES AND METHODS FOR FABRICATION THEREOF**

(76) Inventors: **Stephen D. Pacetti**, San Jose, CA (US); **Syed F.A. Hossainy**, Fremont, CA (US); **Ni Ding**, San Jose, CA (US); **Wouter E. Roorda**, Palo Alto, CA (US)

Correspondence Address:
**Cameron Kerrigan**
**Squire, Sanders & Dempsey L.L.P.**
**One Maritime Plaza, Suite 300**
**San Francisco, CA 94111 (US)**

(21) Appl. No.: **10/251,111**

(22) Filed: **Sep. 19, 2002**

**Publication Classification**

(51) Int. Cl.$^7$ .............................. A61L 2/00; C08K 3/00

(52) U.S. Cl. .......................................... 523/113; 427/2.24

(57) **ABSTRACT**

A coating for an implantable medical device is disclosed. The coating comprises a fluorinated polymer soluble in an organic solvent or a mixture of organic solvents. A method for improving barrier properties of coatings for implantable medical devices is also provided.

**A392**



*Fig.1*



*Fig.2*



FIG. 3

FIG. 4

FIG. 5

A394

US 2004/0063805 A1

1

Apr. 1, 2004

# COATINGS FOR IMPLANTABLE MEDICAL DEVICES AND METHODS FOR FABRICATION THEREOF

## BACKGROUND OF THE INVENTION

[0001]   1. Field of the Invention

[0002]   This invention relates to coatings for drug delivery devices, such as drug eluting vascular stents. More particularly, this invention is directed to coatings for controlling the rate of release of drugs from stents and methods of fabricating the same.

[0003]   2. Description of Related Art

[0004]   In the treatment of vascular disorders, stents have become a standard adjunct to balloon angioplasty. Stents can eliminate vasospasm, tack dissections to the vessel wall, and reduce negative remodeling. In addition to mechanical functionality, stents are being modified to provide pharmaceutical therapy. Local drug delivery with a stent can provide an efficacious concentration of a drug to the treatment site. In contrast, systemic administration of the medication may produce adverse or toxic side effects for the patient. Local delivery of a drug to the patient via a stent can be the preferred method of treatment in that smaller total levels of medication are administered in comparison to systemic dosages, but are concentrated at a specific site.

[0005]   Stents are typically made from interconnected struts that are usually between 50 and 150 microns wide. Being made of a metal, such as stainless steel, bare stents have to be modified so as to provide a means for drug delivery. Accordingly, stents are being modified by forming a polymeric coating, containing a drug, on the surface of the stent. A polymer dissolved in a solvent and a drug added thereto can be sprayed on the stent or the stent can be immersed in the composition. Once the solvent evaporates from the composition, a polymeric film layer containing a drug remains on the surface of the stent.

[0006]   To the extent that the mechanical functionality of stents has been optimized, continued improvements can be made to the coating for stents. For example, one improvement can be for maintaining the concentration of a drug at a therapeutically effective level for an acceptable period of time. Accordingly, controlling or, in effect, decreasing the rate of release of a drug from the stent is important in order to provide for long term sustained drug release. One way of controlling the release rate of the drug from a polymer layer is by the deposition of a topcoat layer on the drug-polymer layer. The topcoat layer serves as a barrier membrane, retarding the process of dissipation of the drug. The current topcoat technology can be improved by providing topcoats having low water absorption, high hydrophobicity and increased biological stability and compatibility. In addition, the topcoats can have other important functions, such as providing the stent with increased lubricity.

[0007]   In light of the foregoing, the embodiments of the present invention provide for coatings for implantable medical devices, such as stents, with improved characteristics for the delivery of pharmaceutical agents.

## SUMMARY

[0008]   According to one embodiment of the present invention, a coating for an implantable medical device is pro-vided, the coating comprises a fluorinated polymer soluble in an organic solvent or a mixture of organic solvents. Examples of the fluorinated polymer include poly(vinylidene fluoride), poly(vinylidene fluoride-co-hexafluoropropene), poly(tetrafluoroethylene), fluorinated poly(ethylene-co-propylene), poly(hexafluoropropene), poly(chlorotrifluoroethylene), poly(vinylidene fluoride-co-tetrafluoroethylene), poly(tetrafluoroethylene-co-hexafluoropropene), poly(tetrafluoroethylene-co-vinyl alcohol), poly(tetrafluoroethylene-co-vinyl acetate), poly(tetrafluoroethylene-co-propene), poly(hexafluoropropene-co-vinyl alcohol), poly(tetrafluoroethylene-co-fluoromethylvinyl ether), poly(ethylene-co-tetrafluoroethylene), poly(ethylene-co-hexafluoropropene), poly(vinylidene fluoride-co-chlorotrifluoroethylene), fluorinated silicones, and mixtures thereof. The fluorinated polymer can have a solubility parameter lower than about 11 $(cal/cm^3)^{1/2}$.

[0009]   According to another embodiment of the present invention, a method for improving barrier properties of a coating for an implantable medical device is provided, the method comprises including into the coating a fluorinated polymer soluble in an organic solvent or a mixture of organic solvents.

[0010]   According to yet another embodiment of the present invention, a method for coating a stent is provided, the method comprises applying a fluorinated polymer dissolved in an organic solvent to the stent and allowing the organic solvent to evaporate.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0011]   FIGS. 1 and 2 illustrate the results of the drug release by coatings fabricated according to some embodiments of the present invention.

[0012]   FIGS. 3-5 are histology slides showing the results of the biocompatibility studies of coatings fabricated according to some embodiments of the present invention.

## DETAILED DESCRIPTION

[0013]   A stent coating according to the present invention can include an optional primer layer, a drug-polymer layer, a topcoat layer, an optional intermediate membrane, and an optional finishing coat layer. The drug-polymer layer serves as a reservoir for the therapeutic substance. The primer layer can be used if there is a need to improve the adhesion of the stent coating to the bare surface of the stent, particularly when the drug in the coating may compromise the adhesion. Each of these layers can be formed by dissolving a polymer in a suitable solvent to be selected by those having ordinary skill in the art, followed by applying the solution to the stent, for example, by dipping, brushing, spraying, or other conventional coating methods.

[0014]   A copolymer of ethylene and vinyl alcohol (EVAL) is one example of a polymer that can be used to fabricate the optional primer layer and/or the drug-polymer layer. EVAL has the general formula $—[CH_2—CH_2]_n—[CH_2—CH(OH)]_m—$. EVAL is a product of hydrolysis of ethylene-vinyl acetate copolymers and may also be a terpolymer including up to 5 molar % units derived from styrene, propylene and other suitable unsaturated monomers. A brand of copolymer of ethylene and vinyl alcohol distributed commercially by Aldrich Chemical Co. of Milwaukee, Wis., or manufactured by EVAL Company of America of Lisle, Ill., can be used.

2

[0015] Alternatively, a block copolymer can be used to fabricate the optional primer layer and/or the drug-polymer layer. The block-copolymer is also called "a segmented copolymer." The term "block copolymer" is defined in accordance with the terminology used by the International Union of Pure and Applied Chemistry (IUPAC) and refers to a copolymer containing a linear arrangement of blocks. The block is defined as a portion of a polymer molecule in which the monomeric units have at least one constitutional or configurational feature absent from the adjacent portions.

[0016] For example, a block copolymer of A and B may be written as . . . -A-A-A-B-B-B- . . . The blocks of "A" and "B" can have the same or different number of units of "A" and "B." The blocks need not be linked on the ends, since the individual blocks are usually long enough to be considered polymers in their own right. The term copolymer is intent to broadly include two or more types of blocks such as tri-blocks.

[0017] Examples of block-copolymers that can be used include such classes of block copolymers as polyureas, polyurethanes, polyureaurethanes, for example, BIOMER, styrene-butadiene-styrene tri-block copolymers, styrene-isoprene-styrene tri-block copolymers, and styrene-ethylene/propylene-styrene tri-block copolymers. The polyurethanes that can be used include:

  [0018] (a) polyurethanes having poly(dimethylsiloxane) soft segments, such as ELAST-EON;

  [0019] (b) polyurethanes having polycarbonate soft segments, such as BIONATE;

  [0020] (c) polyurethanes having polyether soft segments, such as PELLETHANE, TECOTHANE or TECOFLEX;

  [0021] (d) polyurethanes with polyester soft segments; and

  [0022] (e) polyurethanes with aliphatic soft segment.

[0023] BIOMER is a trade name of a poly(ether-urethane-urea) tri-block copolymer and is available fro Johnson & Johnson Co. of New Brunswick, N.J.

[0024] ELAST-EON is a trade name of a product of co-polycondensation of an isocyanate-based component (the hard segment) and a hydrophobic polymeric component (the soft segment) and is available from AorTech Biomaterials Co. of Chatswood, Australia. With respect to one grade of ELAST-EON, the isocyanate-based component can be synthesized by reacting an aromatic diisocyanate, 4,4'-methylene-bisphenyl-diisocyanate (MDI) with butane-1,4-diol. The hydrophobic soft segment can be a blend of poly(hexamethylene glycol) and a carbinol-terminated polydimethylsiloxane (PDMS).

[0025] BIONATE is a trade name of a thermoplastic polycarbonate-urethane elastomer formed as the product of the reaction between a hydroxyl-terminated polycarbonate, an aromatic diisocyanate, and a low molecular weight glycol used as a chain extender. BIONATE is available from The Polymer Technology Group Incorporated of Berkeley, Calif.

[0026] PELLETHANE is a trade name of a family of polyether- or polyester-based thermoplastic polyurethane elastomers registered to Upjohn Co. of Kalamazoo, Mich. and available from Dow Chemical Co. of Midland, Mich.

[0027] TECOTHANE is a trade name of a family of aromatic, polyether-based thermoplastic polyurethane elastomers and TECOFLEX—a trade name of family of aliphatic, polyether-based thermoplastic polyurethane elastomers. Both TECOTHANE and TECOFLEX are available from Thermedics, Inc. of Woburn, Mass.

[0028] Alternatively, the optional primer layer can be also fabricated of a silane, a siloxane, an amorphous fluorocarbon solvent-soluble perfluoropolymer, a fluorinated silicone, poly(vinylidene fluoride) (PVDF), a copolymer of poly(tetrafluoroethylene) (PTFE) and fluoromethylvinyl ether, a fluoroalkoxyl-containing polymer, a mixture of silicone and fluoropolymer, or combinations thereof.

[0029] Yet another example of a material suitable for making the optional primer layer is a PTFE/silicone copolymer, polymerized on the stent's surface via glow discharge. Still another example of a suitable polymer for fabricating the optional primer layer is a PARYLENE coating. PARYLENE is a trade name of a poly(para-xylylene)-based coating available from Specialty Coating Systems, Inc. of Indianapolis, Ind.

[0030] If the adhesion still needs to be improved, a primer layer having more than one sub-layer can be used, e.g. poly(butyl methacrylate) sub-layer may be applied to the bare stent first, followed by application of a fluorine-containing polymer such as PTFE-co-fluoromethylvinyl ether, and finally followed by application of the amorphous PTFE.

[0031] Alternatively, other polymers can be used to make the optional primer layer and/or the drug-polymer layer, if desired. Representative examples of such alternative polymers include poly(amino acids), cyanoacrylates, poly(trimethylene carbonate), poly(iminocarbonate), co-poly(ether-esters) (e.g. PEO/PLA), polyalkylene oxalates, polyphosphazenes, biomolecules (such as fibrin, fibrinogen, cellulose, starch, collagen and hyaluronic acid), polyurethanes, silicones, polyesters, polyolefins, polyisobutylene and ethylene-alphaolefin copolymers, acrylic polymers and copolymers, vinyl halide polymers and copolymers, such as polyvinyl chloride, polyvinyl ethers (such as polyvinyl methyl ether), polyvinylidene halides, such as polyvinylidene chloride, polyacrylonitrile, polyvinyl ketones, polyvinyl aromatics (such as polystyrene), polyvinyl esters (such as polyvinyl acetate), copolymers of vinyl monomers with each other and olefins (such as ethylene-methyl methacrylate copolymers, acrylonitrile-styrene copolymers, ABS resins, and ethylene-vinyl acetate copolymers), polyamides (such as Nylon 66 and polycaprolactam), alkyd resins, polycarbonates, polyoxymethylenes, polyimides, polyethers, epoxy resins, rayon, rayon-triacetate, cellulose, cellulose acetate, cellulose butyrate, cellulose acetate butyrate, cellophane, cellulose nitrate, cellulose propionate, cellulose ethers, and carboxymethyl cellulose.

[0032] The therapeutic substance of drug can include any substance capable of exerting a therapeutic or prophylactic effect in the practice of the present invention. The drug may include small molecule drugs, peptides or proteins. The drug can be for inhibiting abnormal or inappropriate migration and proliferation of smooth muscular cells for the treatment of restenosis.

[0033] Examples of the drugs which are usable include antiproliferative substances such as actinomycin D, or

US 2004/0063805 A1

3

Apr. 1, 2004

derivatives and analogs thereof. Synonyms of actinomycin D include dactinomycin, actinomycin IV, actinomycin I$_1$, actinomycin X$_1$, and actinomycin C$_1$. The active agent can also fall under the genus of antineoplastic, anti-inflammatory, antiplatelet, anticoagulant, antifibrin, antithrombin, antimitotic, antibiotic, antiallergic and antioxidant substances. Examples of antineoplastics and/or antimitotics include paclitaxel, docetaxel, methotrexate, azathioprine, vincristine, vinblastine, fluorouracil, doxorubicin hydrochloride, and mitomycin. Examples of antiplatelets, anticoagulants, antifibrin, and antithrombins include sodium heparin, low molecular weight heparins, heparinoids, heparin derivatives containing hydrophobic counter-ions, hirudin, argatroban, forskolin, analogues, vapiprost, prostacyclin and prostacyclin dextran, D- phe-pro-arg-chloromethylketone (synthetic antithrombin), dipyridamole, glycoprotein IIb/IIIa platelet membrane receptor antagonist antibody, recombinant hirudin, and thrombin. Examples of cytostatic or antiproliferative agents include angiopeptin, angiotensin converting enzyme inhibitors such as captopril, cilazapril or lisinopril, calcium channel blockers (such as nifedipine), colchicine, fibroblast growth factor (FGF) antagonists, fish oil (ω-3-fatty acid), histamine antagonists, lovastatin (an inhibitor of HMG-CoA reductase, a cholesterol lowering drug), monoclonal antibodies (such as those specific for Platelet-Derived Growth Factor (PDGF) receptors), nitroprusside, phosphodiesterase inhibitors, prostaglandin inhibitors, suramin, serotonin blockers, steroids, thioprotease inhibitors, triazolopyrimidine (a PDGF antagonist), and nitric oxide. An example of an antiallergic agent is permirolast potassium. Other therapeutic substances or agents which may be appropriate include alpha-interferon, genetically engineered epithelial cells, tacrolimus, clobetasol, dexamethasone and its derivatives, and rapamycin, its derivatives and analogs, such as 40-O-(2-hydroxy)ethyl-rapamycin (known by the trade name of EVEROLIMUS available from Novartis Corp. of N.Y.), 40-O-(3-hydroxy)propyl-rapamycin, 40-O-[2-(2-hydroxy)ethoxy]ethyl-rapamycin, and 40-O-tetrazole-rapamycin.

[0034] EVAL can be also used to make the optional finishing coat layer and/or the topcoat layer. However, in some cases, in order to provide a topcoat layer with improved barrier properties, it may be desirable to choose a polymer other than EVAL. Thus, the topcoat layer and the optional finishing coat layer can be fabricated of a polymer having hydrophobicity higher than that of pure EVAL.

[0035] Generally, hydrophobicity of a polymer can be gauged using the Hildebrand solubility parameter δ. Hydrophobic polymers typically have a low δ value. A polymer sufficiently hydrophobic to be uses in the topcoat layer or the

optional finishing coat layer can have a solubility parameter lower than about 11 (cal/cm$^3$)$^{1/2}$. The term "Hildebrand solubility parameter" refers to a parameter measuring the cohesive energy density of a substance. The δ parameter is determined as follows:

$$\delta = (\Delta E/V)^{1/2}$$

[0036] where δ is the solubility parameter, (cal/cm$^3$)$^{1/2}$; ΔE is the energy of vaporization, cal/mole; and V is the molar volume, cm$^3$/mole.

[0037] Consequently, various embodiments of the present invention described below are directed to the stent coating such that the outermost layer of the coating (i.e., the topcoat layer or the optional finishing coat layer) includes a hydrophobic fluorinated polymer soluble in an organic solvent or a blend of organic solvents. In some embodiments, more particularly in embodiments in which a topcoat layer as well as a finishing coat layer disposed on the topcoat layer is used, both the topcoat layer and finishing coat layer may include a fluorinated polymer. Optionally, the drug-polymer layer can also be made out of the fluorinated polymer, if desired.

[0038] Examples of highly fluorinated polymers include PVDF having a general formula —[CF$_2$—CH$_2$]$_m$—, and poly(vinylidene fluoride-co-hexafluoropropene) (PVDF-HFP) having a general formula

$$-[CF_2-CH_2]_m - [CF_2 - \underset{\underset{CF_3}{|}}{CF}]_n - .$$

[0039] A brand of PVDF known under the trade name KYNAR available from Atofina Chemicals, Inc. of Philadelphia, Pa., can be used.

[0040] In the alternative, those having ordinary skill in the art may select other highly fluorinated polymers. For the purposes of the present invention, the term "highly fluorinated polymer" is defined as any homopolymer, copolymer, terpolymer or a blend thereof in which at least 50% of monovalent atoms in the macromolecule are fluorine atoms.

[0041] One group of such suitable alternative highly fluorinated polymers includes polymers based on fluorinated olefins or mixtures thereof. The term "polymers based on fluorinated olefins" refers to the polymers which include units derived from fully or partially fluorinated olefins, such as fluorinated ethylene. Examples of some polymers belonging to this group are provided in Table 1.

TABLE 1

Examples of Olefin-Based Fluorinated Polymers Suitable for Stent Coatings.

| No. | Fluorinated Polymer | Abbreviation | General Formula |
|---|---|---|---|
| 1 | Poly(tetrafluoroethylene) [a] | PTFE | —[CF$_2$—CF$_2$]$_m$— |
| 2 | Fluorinated poly(ethylene-co-propylene) | FPEP | —[CF$_2$—CHF]$_m$—[CH$_2$—CH]$_n$— [b] <br> $\quad\quad\quad\quad\quad\quad\quad\quad\quad\quad\quad$ \| <br> $\quad\quad\quad\quad\quad\quad\quad\quad\quad\quad\quad$ CF$_3$ |

US 2004/0063805 A1

4

Apr. 1, 2004

TABLE 1-continued

Examples of Olefin-Based Fluorinated Polymers Suitable for Stent Coatings.

| No. | Fluorinated Polymer | Abbreviation | General Formula |
|---|---|---|---|
| 3 | Poly(hexafluoropropene) | PHFP | $-\![CF_2\!-\!CF]_n\!-$ with $CF_3$ |
| 4 | Poly(chlorotrifluoroethylene) | PCTFE | $-\![CClF\!-\!CF_2]_n\!-$ |
| 5 | Poly(vinylidene fluoride)*** | PVDF | $-\!CF_2\!-\!CH_2\!-\!]_n$ |
| 6 | Poly(vinylidene fluoride-co-tetrafluoroethylene) | PVDF-TFE | $-\![CF_2\!-\!CH_2]_m\!-\![CF_2\!-\!CF_2]_n\!-$ |
| 7 | Poly(vinylidene fluoride-co-hexafluoropropene) | PVDF-HFP | $-\![CF_2\!-\!CH_2]_m\!-\![CF_2\!-\!CF]_n\!-$ with $CF_3$ |
| 8 | Poly(tetrafluoroethylene-co-hexafluoropropene) | PTFE-HFP | $-\![CF_2\!-\!CF_2]_m\!-\![CF_2\!-\!CF]_n\!-$ with $CF_3$ |
| 9 | Poly(tetrafluoroethylene-co-vinyl alcohol) | PTFE-VAL | $-\![CF_2\!-\!CF_2]_m\!-\![CH_2\!-\!CH]_n\!-$ with $OH$ |
| 10 | Poly(tetrafluoroethylene-co-vinyl acetate) | PTFE-VAC | $-\![CF_2\!-\!CF_2]_m\!-\![CH_2\!-\!CH]_n\!-$ with $OC(O)CH_3$ |
| 11 | Poly(tetrafluoroethylene-co-propene) | PTFEP | $-\![CF_2\!-\!CF_2]_m\!-\![CH_2\!-\!CH]_n\!-$ with $CH_3$ |
| 12 | Poly(hexafluoropropene-co-vinyl alcohol) | PHFP-VAL | $-\![CF_2\!-\!CF]_n\!-\![CH_2\!-\!CH]_n\!-$ with $CF_3$ and $OH$ |
| 13 | Poly(ethylene-co-tetrafluoroethylene) | PETFE | $-\![CH_2\!-\!CH_2]_m\!-\![CF_2\!-\!CF_2]_n\!-$ |
| 14 | Poly(ethylene-co-hexafluoropropene) | PEHFP | $-\![CH_2\!-\!CH_2]_m\!-\![CF_2\!-\!CF]_n\!-$ with $CF_3$ |
| 15 | Poly(vinylidene fluoride-co-chlorotrifluoroethylene) | PVDF-CTFE | $-\![CF_2\!-\!CH_2]_m\!-\![CClF\!-\!CF_2]_n\!-$ |

*)Including various brands of TEFLON available from E.I. DuPont de Nemours & Co. of Wilmington, Delaware.
**)The formula shows an example of one possible FPEP. Other kinds of FPEP can be used.
***)Including various brands of KYNAR

[0042] The fluorinated polymers discussed above are highly hydrophobic. For example, PTFE has a Hildebrand solubility parameter of 6.2. Other highly fluorinated polymers that can be used for making the topcoat layer, the finishing coat layer and/or the drug-polymer layer include polymers having heterocyclic fragments or having oxygen atoms in the backbone. These classes of polymers are not based on fluorinated olefins. Examples of such polymers include:

[0043] (1) amorphous products of polymerization of fluorinated cyclic esters, such as poly(perhalo-2,2-di-loweralkyl-1,3-dioxole-co-perfluoro-2-methyl-ene-methyl-1,3-dioxolane) (designated for the purposes of this invention as "polyfluorooxalanes"), for example, poly(perhalo-2,2-dimethyl-1,3-dioxole-co-perfluoro-2-methylene-methyl-1,3-dioxolane);

[0044] (2) thermoplastic resinous fluorine-containing cyclic polymers having a main chain with an asymmetrical cyclic structure, with repeating units of cyclically polymerized perfluorallyl vinyl ether and/or perfluorobutenyl vinyl ether, e.g., poly(perfluorobutenyl vinyl ether) (PPVBE); and

[0045] (3) copolymers of perfluoro-2,2-dimethyl-1,3-dioxole (PDD) with such monomers as perfluoroolefins and perfluoro(alkyl vinyl) ethers (designated for the purposes of this invention as "polyfluorooxoles"), including the TEFLON AF product. TEFLON AF is a trade name of a product which includes poly(tetrafluoroethylene-co-perfluoro-2,2-dimethyl-1,3-dioxole) and which is available from E.I. DuPont de Nemours & Co.

[0046] Polyfluorooxoles can contain between about 1 and 99.5% (molar) units derived from PDD and the balance of units derived from perfluoro(butenyl vinyl ether), and can optionally contain minor amounts of additional monomers, such as chlorinated or fluorinated olefins, e.g., tetrafluoroethylene or chlorotrifluoroethylene, and perfluorvinyl ethers such as perfluoropropylvinyl ether, perfluoro-3,6-dioxa-4-methyl-7-octenesulfonyl fluoride and methyl perfluoro-4,7-dioxa-5-methyl-8-nonenoate. A PPVBE brand under the trade name CYTOP, available from Asahi Glass Co. of Charlotte, N.C., can be used.

[0047] All fluorinated polymers used in the present invention are soluble in at least one organic solvent, or a blend of

A398

5

various organic solvents. Suitable solvents include fluorinated solvents, for example, fluorocarbon systems having the boiling temperature of about 60° C. to about 140° C., such as FLUORINERT FC-75 and various FREONs, and other fluorinated solvents, such as FLUX REMOVER AMS and NOVEC hydrofluoroether solvents.

[0048]   FLUORINERT FC-75 is a trade name of perfluoro(2-butyltetrahydrofuran), a solvent which is available from Minnesota Mining and Manufacturing Corp. of Saint Paul, Minn. FREON is a trade name of various chlorinated fluorocarbons available from E.I. DuPont de Nemours & Co.

[0049]   FLUX REMOVER AMS is trade name of a solvent manufactured by Tech Spray, Inc. of Amarillo, Tex. comprising about 93.7% of a mixture of 3,3-dichloro-1,1,1,2,2-pentafluoropropane and 1,3-dichloro-1,1,2,2,3-pentafluoropropane, and a balance of methanol, with trace amounts of nitromethane. NOVEC is a trade name of a family of solvents based on hydrofluoroethers available from 3M Corp. of St. Paul, Minn.

[0050]   Other solvents can be alternatively used to dissolve the above described fluorinated polymers. Representative examples of such other suitable solvents include N,N-dimethylacetamide (DMAC), N,N-dimethylformamide (DMF), dimethylsulphoxide (DMSO), acetone, cyclohexanone, methyl isobutyl ketone, methyl ethyl ketone, N-methyl pyrrolidone, and 1,4-dioxane.

[0051]   To form the topcoat layer, the finishing layer and/or the drug-polymer layer, the layer can be applied from a polymer solution as described above. To prepare the polymer solution, one or a blend of several of the fluoropolymers described above can be dissolved in one or a blend of several of the above-mentioned solvents. If it is desirable to incorporate EVAL or other non-fluorinated polymers described above into the topcoat layer, the finishing layer and/or the drug-polymer layer, they can be included in the polymer solution. No cross-linking of the coating or exposure of the coating to high temperatures is required for the curing of the coating, but moderate heat can be optionally applied to facilitate the removal of the solvent.

[0052]   To improve the barrier properties of the topcoat layer even more, in one embodiment, an intermediate membrane can be applied below the topcoat layer, or between the topcoat layer and the finishing layer which is deposited on top of the topcoat layer. The intermediate membrane can be applied by chemical vapor deposition according to techniques known to those skilled in the art. Typical materials used for depositing the intermediate membrane include tetrafluoroethylene and vinylidene fluoride to obtain a PTFE-like or PVDF-like membrane.

[0053]   Non-fluorinated materials, such as PARYLENE or DYLYN can alternatively be used to make the intermediate membrane. DYLYN is a trade name of a pyrolytic carbon coating having abstractable hydrogen (diamond-like coating having both $sp^2$ and $sp^3$ carbon atoms and applied by plasma-assisted chemical vapor deposition). DYLYN can be obtained from ART, Inc. of Buffalo, N.Y.

[0054]   The coatings of all the embodiments of the present invention have been described in conjunction with a stent. However, the coatings can also be used with a variety of other medical devices. Examples of the implantable medical devices that can be used in conjunction with the embodi-

ments of this invention, include stent-grafts, grafts (e.g., aortic grafts), artificial heart valves, cerebrospinal fluid shunts, pacemaker electrodes, axius coronary shunts and endocardial leads (e.g., FINELINE and ENDOTAK, available from Guidant Corporation). The underlying structure of the device can be of virtually any design. The device can be made of a metallic material or an alloy such as, but not limited to, cobalt-chromium alloys (e.g., ELGILOY), stainless steel (316L), "MP35N," "MP20N," ELASTINITE (Nitinol), tantalum, tantalum-based alloys, nickel-titanium alloy, platinum, platinum-based alloys such as, e.g., platinum-iridium alloy, iridium, gold, magnesium, titanium, titanium-based alloys, zirconium-based alloys, or combinations thereof. Devices made from bioabsorbable or biostable polymers can also be used with the embodiments of the present invention.

[0055]   "MP35N" and "MP20N" are trade names for alloys of cobalt, nickel, chromium and molybdenum available from Standard Press Steel Co. of Jenkintown, Pa. "MP35N" consists of 35% cobalt, 35% nickel, 20% chromium, and 10% molybdenum. "MP20N" consists of 50% cobalt, 20% nickel, 20% chromium, and 10% molybdenum.

EXAMPLES

[0056]   Embodiments of the present invention can be further illustrated by the following Examples.

Example 1

[0057]   A first composition was prepared by mixing the following components:

[0058]   (a) about 2.0 mass % of EVAL; and

[0059]   (b) the balance, a mixture of solvents, DMAC and ethanol, in a ratio of DMAC to ethanol of about 70:30 by mass.

[0060]   The first composition was applied onto the surface of a bare 13 mm TETRA stent (available from Guidant Corp.) by spraying and dried to form a primer layer. A spray coater having an EFD 7803 spray valve with 0.014 inch fan nozzle with a VALVEMATE 7040 control system, manufactured by EFD, Inc. of East Providence, R.I. was used. The fan nozzle was maintained at about 60° C. with a feed pressure of about 0.2 atm (about 3 psi) and an atomization pressure of about 1.35 atm (about 20 psi). An average of about 19 micrograms ($\mu$g) per coating pass was applied and an average total of about 62 $\mu$g of the wet coating was applied.

[0061]   The primer layer was baked at about 140° C. for about one hour, yielding a layer with an average total amount of solids of about 61 $\mu$g, corresponding to an average thickness on the stent of 0.65 $\mu$m. "Solids" means the amount of dry residue deposited on the stent after all volatile organic compounds (e.g., the solvent) have been removed.

[0062]   The second composition was prepared by mixing the following components:

[0063]   (c) about 2.0 mass % of EVAL

[0064]   (d) about 0.7 mass % rapamycin; and

[0065]   (e) the balance, a mixture of solvents, DMAC and ethanol, in a ratio of DMAC to ethanol of about 70:30 by mass.

[0066] A second composition was applied onto the dried primer layer to form a drug-polymer layer using the same spraying technique and equipment used for the primer layer. About 497 $\mu g$ of the wet coating was applied, followed by drying at about 50° C. for about 2 hours. The total amount of solids of the drug-polymer layer was about 494 $\mu g$, corresponding to an average thickness on the stent of about 5.3 $\mu m$.

[0067] A third composition was prepared by mixing the following components:

[0068] (g) about 2.0 mass % of PVDF-HFP; and

[0069] (h) the balance, a mixture of solvents, cyclohexanone, acetone, and AMS FLUX REMOVER in a ratio of 25:50:25 by mass.

[0070] The third composition was applied onto the drug-polymer layer, to form a topcoat layer, using the same spraying technique and equipment used for applying the primer and drug-polymer layers. About 475 $\mu g$ of wet coating was applied, followed by baking at about 50° C. for about 2 hours. The average total amount of solids of the topcoat layer was about 449 $\mu g$, corresponding to an average thickness on the stent of about 3.08 $\mu m$.

[0071] The properties of the coating obtained according to the procedure described above are summarized as shown in Table 2.

TABLE 2

Properties of the Coating of Example 1.

| Layer of the Coating | Weight, $\mu g$ | Average Thickness, $\mu m$ |
|---|---|---|
| EVAL Primer | 61 ± 5 | 0.65 |
| Rapamycin/EVAL drug-polymer layer | 494 ± 21 | 5.3 |
| PVDF-HFP topcoat layer | 449 ± 10 | 3.08 |
| Overall coating | 1,004 ± 36 | 9.03 |

Example 2

[0072] A primer layer and a drug-polymer layer were formed on a stent as described in Example 1. A topcoat composition was prepared by mixing the following components:

[0073] (a) about 2.0 mass % of EVAL; and

[0074] (b) the balance, a mixture of solvents, DMAC and pentane, in a ratio of DMAC to pentane of about 80:20 by mass.

[0075] The topcoat composition was applied onto the drug-polymer layer, to form a topcoat layer, using the same spraying technique and equipment used for applying the primer and drug-polymer layers. About 348 $\mu g$ of wet coating was applied, followed by baking at about 50° C. for about 2 hours. The average total amount of solids of the topcoat layer was about 295 $\mu g$, corresponding to an average thickness on the stent of about 3.16 $\mu m$.

Example 3

[0076] The stents coated according to Examples 1 and 2 were assayed for total drug content by solvent extraction followed by analysis by HPLC. Six stents were used for each group. The average amount of the drug present based on the gravimetric weight of the drug/polymer layer was about 80% of the theoretical amount.

[0077] The stents also were assayed for drug release. Again, six stents were used for each group. The stents were immersed in stirred porcine serum at about 37° C. for about 24 hours to simulate an in vivo environment. The drug remaining on the stent was assayed using the same total drug content assay. It was found that the three stents with the PVDF-HFP topcoat released an average of about 6.5% of the drug indicating a slow release rate. Similar stents with a 285 $\mu g$ topcoat membrane layer of EVAL released an average of about 14.7% of the rapamycin in about 24 hours under the same conditions. The comparative results for the two groups are provided in Table 3.

TABLE 3

Comparative Results of the Drug Release Study

| Topcoat Layer of the Stent Coating | Avenge Theoretical Amount of Rapamycin | Actual Amount of Rapamycin, % of Theoretical Amount | Rapamycin Released in 24 hours, % |
|---|---|---|---|
| PVDF-HFP | 127 | 80.5 | 6.5 |
| EVAL | 128 | 80.1 | 14.7 |

[0078] The topcoat thicknesses of the PVDF-HFP in Example 1, and the EVAL in Example 2 are close at 3.08 and 3.16 $\mu m$, respectively. As seen from the results presented in Table 2, the fluoropolymer topcoat layer of the stent coating provides a substantial (over 55%) decrease in the drug release rate compared to an EVAL topcoat layer.

### Example 4

[0079] A first composition was prepared by mixing the following components:

[0080] (a) about 2.67 g of a 15 mass % solution of EVAL in DMAC;

[0081] (b) about 0.20 g of 17-β-estradiol; and

[0082] (c) about 17.13 g of additional DMAC.

[0083] The first composition was applied onto a stent, to form a drug-polymer layer. About 323 $\mu g$ of the wet coating was applied. The total amount of solids of the drug-polymer layer was about 316 $\mu g$, corresponding to a thickness of about 3.38 $\mu m$.

[0084] A second composition was prepared by mixing the following components:

[0085] (d) about 6.0 g of a 5 mass % solution of KYNAR-FLEX 2800 in acetone;

[0086] (e) about 1.65 g of additional acetone;

[0087] (f) about 3.675 g of cyclohexanone; and

[0088] (g) about 3.675 g of AMS FLUX REMOVER.

[0089] The second composition was applied by spraying using an EFD 7803 spray valve with 0.014 inch fan nozzle to form a topcoat layer followed by drying. The nozzle temperature was at ambient with a feed pressure of about 0.2 atm (3 psi) and an atomization pressure of about 1 atm (15 psi). The dryer temperature was at ambient with a dryer air pressure of about 2.7 atm (40 psi). An average of about 15 $\mu g$ per coating pass was applied and an average total of about 461 $\mu g$ of wet coating was applied. This topcoat was baked at about 50° C. for about two hours yielding a total amount of solids of about 439 $\mu g$, corresponding to a thickness of about 3.0 $\mu m$.

### Example 5

[0090] Three stents coated according to Example 4 were assayed for total drug content by solvent extraction followed by analysis by HPLC. The percent drug present, based on the weight of the drug/polymer layer was 92±1.1%. The three stents were also assayed for drug release. The stents were immersed in stirred porcine serum at about 37° C. for about 24 hours to simulate an in vivo environment. It was found that the three stents released an average of about 2.5% of the drug indicating a slow release rate. Similar stents with a 300 $\mu g$ topcoat layer of EVAL released 100% of the 17-β-estradiol in about 24 hours under the same conditions.

### Example 6

[0091] A drug-polymer layer was applied onto a stent as described in Example 1, except 17-β-estradiol was used instead of rapamycin. A topcoat composition was prepared by mixing the following components:

[0092] (a) about 1.2 g of a 10 mass % solution of KYNAR-FLEX 2800 in acetone;

[0093] (b) about 1.89 g of additional acetone;

[0094] (c) about 5.94 g of cyclohexanone; and

[0095] (d) about 2.97 g of AMS FLUX REMOVER.

[0096] The topcoat composition was applied by spraying using an EFD 7803 spray valve with 0.014 inch fan nozzle to form a topcoat layer, followed by drying. The nozzle temperature was at ambient with a feed pressure of about 0.2 atm (3 psi) and an atomization pressure of about 1 atm (15 psi). The dryer temperature was at ambient with a dryer air pressure of about 2.7 atm (40 psi). An average of about 5 $\mu g$ per coating pass was applied and an average total of about 60 $\mu g$ of wet coating was applied. The topcoat layer was baked at about 50° C. for two hours yielding a total amount of solids of about 55 $\mu g$, corresponding to a thickness of about 0.38 $\mu m$.

[0097] Three stents coated according to this example were tested for the drug release rate. The stents were immersed in individual, stirred vessels containing a phosphate-buffered saline solution which included about 1 mass % of sodium dodecyl sulfate. The buffer solution had pH of about 7.4 thermostated at 37° C. The amount of 17-β-estradiol released was determined at measured intervals of time by HPLC. The percent drug released as a function of time for three stents is shown by **FIG. 1**. The data demonstrates good reproducibility. There is an initial small burst of drug during the first 20 hours, after which the release rate is approximately linear.

### Example 7

[0098] A first composition was prepared by mixing the following components:

[0099] (a) about 10 g of a 10 mass % solution of EVAL in DMAC;

[0100] (b) about 0.8 g of EVEROLIMUS;

[0101] (c) about 9.56 g of additional DMAC; and

[0102] (d) 4.64 g of pentane.

[0103] The first composition was applied onto the surface of a bare 18 mm medium VISION stent using an EFD 780S spray valve with a 0.014 inch nozzle tip and a 0.028 inch round air cap to form a drug-polymer layer, followed by drying. The nozzle temperature was at about 45° C. with a feed pressure of about 0.2 atm (3 psi) and an atomization pressure of about 1.3 atm (20 psi). The dryer temperature was 80° C. with a dryer air pressure of about 1.3 atm (20 psi). An average of about 30 $\mu g$ per coating pass was applied and an average total of about 332 $\mu g$ of wet coating was applied. The drug-polymer layer was baked at about 80° C. for about two hours yielding a total amount of solids of about 309 $\mu g$, corresponding to a thickness of about 2.1 $\mu m$.

[0104] A second composition was prepared by mixing the following components:

[0105] (e) about 4.0 g of a 10 mass % solution of KYNAR-FLEX 2800 in acetone;

[0106] (f) about 1.3 g of additional acetone;

**A401**

[0107] (g) about 9.8 g of cyclohexanone; and

[0108] (h) about 4.9 g of AMS FLUX REMOVER.

[0109] The second composition was applied by spraying using an EFD 7803 spray valve with 0.014 inch fan nozzle tip and 0.014 inch fan air cap to form a topcoat layer, followed by drying. The nozzle temperature was at ambient with a feed pressure of about 0.2 atm (3 psi) and an atomization pressure of about 1 atm (15 psi). The dryer temperature was at ambient with a dryer air pressure of about 1.35 atm (20 psi). An average of about 10 $\mu$g per coating pass was applied. On one group of stents, an average weight of the wet topcoat layer was about 105 $\mu$g. On another group of stents, an average weight of the wet topcoat layer was about 164 $\mu$g. The topcoat layers in both cases were baked at about 80° C. for about one hour yielding total amount of solids of about 79 and 131 $\mu$g, respectively, corresponding to average dry topcoat layer thicknesses of about 0.39 and 0.65 $\mu$m, respectively.

[0110] Three stents of each group were assayed for in vitro drug release. The stents were agitated at 37° C. in a buffer solution, and at measured intervals of time each solution was assayed for drug content by HPLC. The fraction of EVEROLIMUS released as a function of time for the six stents ( two groups of three stents each) is shown by FIG. 2.

[0111] In FIG. 2, curves 1-3 correspond to stents having 0.65 $\mu$m thick KYNAR-FLEX 2800 topcoat layer. Curves 4-6 correspond to stents having 0.39 $\mu$m thick KYNAR-FLEX 2800 topcoat layer. Curves 7-9 correspond to stents having no topcoat layer. FIG. 2 demonstrates that compared to the stents with no topcoat layers, stents having KYNAR-FLEX 2800 substantially reduce the rate of release of everolimus. Different thicknesses of the KYNAR-FLEX 2800 topcoat layer allow for different controlled release rates of EVEROLIMUS.

Example 8

[0112] In order to assess the chronic vascular response, a study was done to compare bare metal (uncoated) stents to stents coated KYNAR-FLEX 2800. Both coated and uncoated stents were implanted for 28 days in the porcine coronary system.

[0113] To make the coated stents, a first composition was prepared by mixing the following components:

[0114] (a) about 6.0 g of a 10 mass % solution of EVAL in DMAC;

[0115] (b) about 6.12 g of additional DMAC; and

[0116] (c) about 2.88 g of pentane.

[0117] The first composition was applied onto a stent using equipment and technique described in Example 1, to form a primer layer. About 66 $\mu$g of the wet coating was applied, followed by baking at about 140° C. for one hour. The total amount of solids of the dry primer layer was about 65 $\mu$g, corresponding to an average thickness of about 0.7 $\mu$m.

[0118] A second composition was prepared by mixing the following components:

[0119] (d) about 7.94 g of a 6.3 mass % solution of PVDF-HFP in acetone;

[0120] (e) about 12.25 g of cyclohexanone; and

[0121] (f) about 4.81 g of AMS FLUX REMOVER.

[0122] The second composition was applied by spraying using an EFD 7803 spray valve with 0.014 inch fan nozzle tip and 0.014 inch fan air cap to form a topcoat layer, followed by drying. The nozzle temperature was at ambient with a feed pressure of about 0.2 atm (3 psi) and an atomization pressure of about 1 atm (15 psi). The dryer temperature was at about 60° C. with a dryer air pressure of about 1.35 atm (20 psi). An average of about 20 $\mu$g per coating pass was applied. The number of passes was varied. The topcoat layer was baked at about 60° C. for about two hours. For one group of stents, the total amount of solids was about 200 $\mu$g, corresponding to average dry topcoat layer thicknesses of about 1.4 $\mu$m. For another group of stents, the total amount of solids was about 486 $\mu$g, corresponding to average dry topcoat layer thicknesses of about 3.3 $\mu$m. The stents of both groups coated as described above were mounted onto 3.0×13 mm TETRA catheters and sterilized by electron beam radiation.

[0123] Non-atherosclerotic healthy farm pigs of either sex, in the weight range of 30-40 kg were used. Seven animals were used with three stents implanted per animal. Ticlopidine, 500 mg, and Aspirin, 325 mg were administered daily starting one day prior to stent implantation. The coronary vessels were randomized. Nine coated stents having a thickness of the topcoat layer of about 3.3 $\mu$m, six coated stents having a thickness of the topcoat layer of about 1.4 $\mu$m, and six bare metal stent (controls) were used. The stents were implanted at a target stent-to-artery ratio of 1.1 to 1 (the diameter of the stents was about 10% bigger than the diameter of the arteries).

[0124] Of the seven swine, one animal expired 4 days post surgery. The rest of the animals were sacrificed at a 28 day time point post surgery. The vessels were explanted, preserved in 10% formalin, embedded in methacrylate resin, and stained with hemotoxilin and eosin dye. Histological sections were performed and photomicrographs were prepared. The histology slides are shown by FIG. 3 (for the stent having 1.4 $\mu$m-thick PVDF-HFP coating), FIG. 4 (3.3 $\mu$m-thick PVDF-HFP coating), and FIG. 5 (control bare stent). Morphometric analysis (microscopic examination) of the histograms was done using computerized planimetry. Vessel injury scoring was performed as described in R. S. Schwartz et al, Restenosis and the Proportional Neointimal Response to Coronary Artery Injury: Results in a Porcine Model, *Journal of American College of Cardiology*, vol. 19, pp. 267-274 (1992). The average vessel injury scores, percent area stenosis (the ratio between the area of neointima and the area circumscribed by inner elastic lamina), and neointimal thickness over the struts (reflecting the growth of the tissue over the stent struts) are shown in Table 3.

US 2004/0063805 A1

Apr. 1, 2004

TABLE 3

A Summary of Experiments on Swine

| Treatment | Injury Score[a] (the Schwartz method) | Neointimal Thickness (mm) | Stenosis, % |
|---|---|---|---|
| Bare Stent, 5 stents averages | 1.34 ± 0.36 | 0.30 ± 0.18 | 32.6 ± 16.1 |
| 1.4 μm PVDF-HFP 5 stents averages | 1.13 ± 0.10 | 0.11 ± 0.04 | 15.3 ± 4.6 |
| 3.3 μm PVDF-HFP 8 stents averages | 1.18 ± 0.17 | 0.16 ± 0.11 | 23.5 ± 11.6 |

[a]The score of "0" (the lowest) indicates no injury; the score of "3" indicates the highest degree of injury.

[0125]  The 28 days in vivo implantation of PVDF-HFP coated stents were well tolerated in the porcine model. No filling defects, lumenal narrowing, aneurysms or thrombus were noted upon angiographic and morphometric analysis. For all of the stents, the struts were well apposed to the vessel wall. The mean morphometric percent stenosis of the PVDF-HFP coated stents is at least equivalent to that of bare stainless steel, indicating suitable biocompatibility of PVDF-HFP polymer for use as a coronary stent coating.

Example 9

[0126]  A first composition can be prepared by mixing the following components:

[0127]  (a) between about 0.1 mass % and about 15 mass %, for example, about 2.0 mass % of EVAL;

[0128]  (b) between about 0.05 mass % and about 1.0 mass %, for example, about 0.7 mass % of actinomycin D (AcD); and

[0129]  (c) the balance, DMAC solvent.

[0130]  The first composition can be applied onto a stent, to form a drug-polymer layer with about 40 μg of total solids, with or without the optional primer layer.

[0131]  A second composition can be prepared by mixing the following components:

[0132]  (d) between about 0.1 mass % and about 15 mass %, for example, about 1.5 mass % of PVDF; and

[0133]  (e) the balance DMAC solvent.

[0134]  The second composition can be applied onto the dried drug-polymer layer, for example, by spraying or dipping, to form the topcoat layer. The topcoat layer can have, for example, a total solids weight of about 30 μg.

Example 10

[0135]  A first composition can be prepared by mixing the following components:

[0136]  (a) between about 0.1 mass % and about 15 mass %, for example, about 2.0 mass % of EVAL;

[0137]  (b) between about 0.05 mass % and about 1.0 mass %, for example, about 0.7 mass % of AcD; and

[0138]  (c) the balance, DMAC solvent.

[0139]  The first composition can be applied onto a stent, to form a drug-polymer layer with about 40 μg of total solids, with or without the optional primer layer.

[0140]  A second composition can be prepared by mixing the following components:

[0141]  (d) between about 0.1 mass % and about 15 mass %, for example, about 1.5 mass % of PVDF; and

[0142]  (e) the balance DMAC solvent.

[0143]  The second composition can be applied onto the dried drug-polymer layer, for example, by spraying or dipping, to form a topcoat layer. The topcoat layer can have, for example, a total solids weight of about 30 μg.

[0144]  A third composition can be prepared by mixing the following components:

[0145]  (f) about 2.0 mass % of EVAL; and

[0146]  (g) the balance, DMAC solvent.

[0147]  The third composition can be applied onto the dried topcoat layer, to form a finishing layer. The finishing layer can have, for example, a total solids weight of about 30 μg.

Example 11

[0148]  A first composition can be prepared by mixing the following components:

[0149]  (a) between about 0.1 mass % and about 15 mass %, for example, about 2.0 mass % of EVAL;

[0150]  (b) between about 0.05 mass % and about 1.0 mass %, for example, about 0.7 mass % of AcD; and

[0151]  (c) the balance, DMAC solvent.

[0152]  The first composition can be applied onto a stent, to form a drug-polymer layer with about 40 μg of total solids, with or without the optional primer layer.

[0153]  A second composition can be prepared by mixing the following components:

[0154]  (d) between about 0.1 mass % and about 15 mass %, for example, about 1.77 mass % of PVDF-HFP;

[0155]  (e) between about 0.1 mass % and about 15 mass %, for example, about 3.23 mass % of EVAL; and

[0156]  (f) the balance, DMAC solvent.

[0157]  The second composition can be applied onto the dried drug-polymer layer, for example, by spraying or dipping, to form the topcoat layer. The topcoat layer can have, for example, a total solids weight of about 30 μg.

Example 12

[0158]  A first composition can be prepared by mixing the following components:

[0159]  (a) between about 0.1 mass % and about 15 mass %, for example, about 2.0 mass % of EVAL;

[0160]  (b) between about 0.05 mass % and about 1.0 mass %, for example, about 0.7 mass % of AcD; and

[0161]  (c) the balance, DMAC solvent.

US 2004/0063805 A1

10

Apr. 1, 2004

[0162]   The first composition can be applied onto a stent, to form a drug-polymer layer with about 40 $\mu$g of total solids, with or without the optional primer layer.

[0163]   A second composition can be prepared by mixing the following components:

[0164]   (d) between about 0.1 mass % and about 15 mass %, for example, about 2.99 mass % of PVDF;

[0165]   (e) between about 0.1 mass % and about 15 mass %, for example, about 1.58 mass % of EVAL; and

[0166]   (f) the balance, DMAC solvent.

[0167]   The second composition can be applied onto the dried drug-polymer layer, for example, by spraying or dipping, to form the topcoat layer. The topcoat layer can have, for example, a total solids weight of about 30 $\mu$g.

Example 13

[0168]   A first composition can be prepared by mixing the following components:

[0169]   (a) between about 0.1 mass % and about 15 mass %, for example, about 2.0 mass % of EVAL;

[0170]   (b) between about 0.05 mass % and about 1.0 mass %, for example, about 0.7 mass % of AcD; and

[0171]   (c) the balance, DMAC solvent.

[0172]   The first composition can be applied onto a stent, to form a drug-polymer layer with about 40 $\mu$g of total solids, with or without the optional primer layer. A membrane based on a PTFE-like polymer can be formed on top of the drug-polymer layer by chemical vapor deposition of poly(tetrafluoro ethylene). The method of chemical vapor deposition is known to those having ordinary skill in the art. The membrane can have thickness between about 0.05 $\mu$m and about 0.25 $\mu$m, for example, about 0.1 $\mu$m.

[0173]   A second composition can be prepared by mixing the following components:

[0174]   (d) between about 0.1 mass % and about 15 mass %, for example, about 1.5 mass % of PVDF; and

[0175]   (e) the balance, DMAC solvent.

[0176]   The second composition can be applied onto the membrane fabricated by chemical vapor deposition as described above, for example, by spraying or dipping, to form the topcoat layer. The topcoat layer can have, for example, a total solids weight of about 30 $\mu$g.

Example 14

[0177]   A first composition can be prepared by mixing the following components:

[0178]   (a) between about 0.1 mass % and about 15 mass %, for example, about 2.0 mass % of ELAST-EON 55 D; and

[0179]   (b) the balance, a mixture of solvents, DMAC and FLUX REMOVER AMS, in a ratio of DMAC to FLUX REMOVER AMS of about 50:50 by mass.

[0180]   ELAST-EON 55 D is one of the polymers of the ELAST-EON family and is a an aromatic polyurethane based on a soft segment containing a carbinol-terminated siloxane.

[0181]   The first composition can be applied onto the surface of a bare 13 mm TETRA stent by spraying and dried to form a primer layer. An average of between about 9 and 12 $\mu$g per coating pass can be applied and an average a total of about 50 $\mu$g of the wet coating can be applied. The first composition can be baked at about 100° C. for about 1 hour, yielding a primer layer.

[0182]   A second composition can be prepared by mixing the following components:

[0183]   (c) between about 0.1 mass % and about 15 mass %, for example, about 2.0 mass % of ELAST-EON 55 D;

[0184]   (d) between about 0.1 mass % and 2.0 mass %, for example, 0.7 mass % of EVEROLIMUS; and

[0185]   (e) the balance, a mixture of solvents, DMAC and FLUX REMOVER AMS, in a ratio of DMAC to FLUX REMOVER AMS of about 50:50 by mass.

[0186]   The second composition is applied on top of the dried primer layer to form the drug-polymer layer. The method of applying of the second composition can be the same as for the first composition. An average of between about 14 and 24 $\mu$g per coating pass can be applied. After the second composition is applied, it can be baked at about 60° C. for about 2 hours, to yield, for example, between about 294 and 311 $\mu$g of the dried drug-polymer layer.

[0187]   A third composition can be prepared by mixing the following components:

[0188]   (f) between about 0.1 mass % and about 15 mass %, for example, about 2.0 mass % of PVDF-HFP; and

[0189]   (g) the balance a mixture of solvents, DMAC and acetone, in a ratio of DMAC to acetone of about 50:50 by mass.

[0190]   The third composition can be applied onto the dried drug-polymer layer, for example, by spraying or dipping, to form the topcoat layer. An average of between about 16 and 19 $\mu$g per coating pass can be applied. After the third composition is applied, it can be baked at about 60° C. for about 2 hours, to yield, for example, between about 275 and 300 $\mu$g of the dried topcoat layer.

[0191]   While particular embodiments of the present invention have been shown and described, it will be obvious to those skilled in the art that changes and modifications can be made without departing from this invention in its broader aspects. Therefore, the appended claims are to encompass within their scope all such changes and modifications as fall within the true spirit and scope of this invention.

What is claimed is:

1. A coating for an implantable medical device, the coating comprising a fluorinated polymer soluble in an organic solvent or a mixture of organic solvents.

2. The coating of claim 1, wherein the device is a stent.

3. The coating of claim 1, wherein the fluorinated polymer is an olefin-based polymer.

**A404**

US 2004/0063805 A1                                          Apr. 1, 2004

11

4. The coating of claim 1, wherein the fluorinated polymer is selected from a group consisting of poly(vinylidene fluoride), poly(vinylidene fluoride-co-hexafluoropropene), poly(tetrafluoroethylene), fluorinated poly(ethylene-co-propylene), poly(hexafluoropropene), poly(chlorotrifluoroethylene), poly(vinylidene fluoride-co-tetrafluoroethylene), poly(tetrafluoroethylene-co-hexafluoropropene), poly(tetrafluoroethylene-co-vinyl alcohol), poly(tetrafluoroethylene-co-vinyl acetate), poly(tetrafluoroethylene-co-propene), poly(hexafluoropropene-co-vinyl alcohol), poly(tetrafluoroethylene-co-fluoromethylvinyl ether), poly(ethylene-co-tetrafluoroethylene), poly(ethylene-co-hexafluoropropene), poly(vinylidene fluoride-co-chlorotrifluoroethylene), fluorinated silicones, and mixtures thereof.

5. The coating of claim 1, wherein the fluorinated polymer has a solubility parameter lower than about 11 $(cal/cm^3)^{1/2}$.

6. The coating of claim 1, wherein the fluorinated polymer includes units derived from fluorinated cyclic esters.

7. The coating of claim 6, wherein the fluorinated polymer includes poly(perhalo-2,2-dimethyl-1,3-dioxole-co-perfluoro-2-methylene-methyl-1,3-dioxolane), poly(perfluoroolefin-co-perfluoro-2,2-dimethyl-1,3-dioxole), or poly [perfluoro(alkyl vinyl) ether-co-perfluoro-2,2-dimethyl-1,3-dioxole].

8. The coating of claim 7, wherein poly(perfluoroolefin-co-perfluoro-2,2-dimethyl-1,3-dioxole) is poly(tetrafluoroethylene-co-perfluoro-2,2-dimethyl-1,3-dioxole).

9. The coating of claim 1, wherein the fluorinated polymer includes units derived from fluorinated vinyl ethers.

10. The coating of claim 9, wherein the fluorinated polymer is poly(perfluorobutenyl vinyl ether).

11. The coating of claim 1, wherein the solvent is a fluorinated organic substance or a mixture of fluorinated organic substances.

12. The coating of claim 1, wherein the solvent has a boiling temperature between about 60° C. and 140° C.

13. The coating of claim 1, wherein the solvent is selected from a group consisting of perfluoro(2-butyltetrahydrofuran) and chlorinated fluorocarbons.

14. The coating of claim 1, wherein the solvent includes a mixture of 3,3-dichloro-1,1,1,2,2-pentafluoropropane and 1,3-dichloro-1,1,2,2,3-pentafluoropropane.

15. The coating of claim 1, wherein the solvent is selected from a group consisting of N,N-dimethylacetamide, N,N-dimethylformamide, dimethylsulfoxide, acetone, cyclohexanone, methyl isobutyl ketone, methyl ethyl ketone, N-methyl pyrrolidone, and 1,4-dioxane, and mixtures thereof.

16. The coating of claim 1, further including a pyrolytic carbon-based polymer or poly(para-xylylene).

17. The coating of claim 1, further including a therapeutic substance.

18. The coating of claim 17, wherein the therapeutic substance is rapamycin, derivatives or analogs thereof.

19. The coating of claim 1, further including a block copolymer.

20. The coating of claim 19, wherein the block copolymer is selected from a group consisting of polyureas, polyurethanes, polyureaurethanes, styrene-butadiene-styrene tri-block copolymers, styrene-isoprene-styrene tri-block copolymers, and styrene-ethylene/propylene-styrene tri-block copolymers.

21. A method for improving barrier properties of a coating for an implantable medical device, the method comprising including into the coating a fluorinated polymer soluble in an organic solvent or a mixture of organic solvents.

22. The method of claim 21, wherein the device is a stent.

23. The method of claim 21, wherein the fluorinated polymer is an olefin-based polymer.

24. The method of claim 21, wherein the fluorinated polymer is selected from a group consisting of poly(vinylidene fluoride), poly(vinylidene fluoride-co-hexafluoropropene), poly(tetrafluoroethylene), fluorinated poly(ethylene-co-propylene), poly(hexafluoropropene), poly(chlorotrifluoroethylene), poly(vinylidene fluoride-co-tetrafluoroethylene), poly(tetrafluoroethylene-co-hexafluoropropene), poly(tetrafluoroethylene-co-vinyl alcohol), poly(tetrafluoroethylene-co-vinyl acetate), poly(tetrafluoroethylene-co-propene), poly(hexafluoropropene-co-vinyl alcohol), poly(tetrafluoroethylene-co-fluoromethylvinyl ether), poly(ethylene-co-tetrafluoroethylene), poly(ethylene-co-hexafluoropropene), poly(vinylidene fluoride-co-chlorotrifluoroethylene), fluorinated silicones, and mixtures thereof.

25. The method of claim 21, wherein the fluorinated polymer has a solubility parameter lower than about 11 $(cal/cm^3)^{1/2}$.

26. The method of claim 21, wherein the fluorinated polymer includes units derived from fluorinated cyclic esters.

27. The method of claim 26, wherein the fluorinated polymer includes poly(perhalo-2,2-dimethyl-1,3-dioxole-co-perfluoro-2-methylene-methyl-1,3-dioxolane), poly(perfluoroolefin-co-perfluoro-2,2-dimethyl-1,3-dioxole), or poly [perfluoro(alkyl vinyl) ether-co-perfluoro-2,2-dimethyl-1,3-dioxole].

28. The method of claim 27, wherein poly(perfluoroolefin-co-perfluoro-2,2-dimethyl-1,3-dioxole) is poly(tetrafluoroethylene-co-perfluoro-2,2-dimethyl-1,3-dioxole).

29. The method of claim 21, wherein the fluorinated polymer includes units derived from fluorinated vinyl ethers.

30. The method of claim 28, wherein the fluorinated polymer is poly(perfluorobutenyl vinyl ether).

31. The method of claim 21, wherein the solvent is a fluorinated organic substance or a mixture of fluorinated organic substances.

32. The method of claim 21, wherein the solvent has a boiling temperature between about 60° C. and 140° C.

33. The method of claim 21, wherein the solvent is selected from a group consisting of perfluoro(2-butyltetrahydrofuran) and chlorinated fluorocarbons.

34. The method of claim 21, wherein the solvent includes a mixture of 3,3-dichloro-1,1,1,2,2-pentafluoropropane and 1,3-dichloro-1,1,2,2,3-pentafluoropropane.

35. The method of claim 21, wherein the solvent is selected from a group consisting of N,N-dimethylacetamide, N,N-dimethylformamide, dimethylsulfoxide, acetone, cyclohexanone, methyl isobutyl ketone, methyl ethyl ketone, N-methyl pyrrolidone, and 1,4-dioxane, and mixtures thereof.

36. The method of claim 21, further comprising including into the coating a pyrolytic carbon-based polymer or poly(para-xylylene).

37. A method for coating a stent comprising applying a fluorinated polymer dissolved in an organic solvent to the stent and allowing the organic solvent to evaporate.

\* \* \* \* \*

# EXHIBIT 34



**Boston Scientific**
*Delivering what's next.™*

🎗United States                  | About Us | New
                          Relations | Careers | F.

**Medical Areas**        **Procedures**        **Products**

Home » Products » PROMUS® Everolimus-Eluting Coronary Stent System

# PROMUS® Everolimus-Eluting Coronary Stent System

Olimus Made Deliverable

**Contact Us About This Product**

---

**HEALTH CARE PROFESSIONALS**

**Overview**

**Directions for Use**

**Patient Guides**

**Prescriptive Information**

---

**The right olimus, the right platform, from the right partner.**
The PROMUS Stent System combines a highly deliverable platform with an effective drug and polymer design to provide an optimal olimus from a partner you trust.

**Effective Drug and Polymer Design**
* Everolimus is highly lipophilic[1]
* Low drug load[2]
* Thin, fluorinated copolymer matrix for controlled drug release (100% drug elution in 120 days)[3]

**Exceptional Deliverability**
The Multi-Link Vision® Stent platform features:
* Thin 0.0032" cobalt chromium struts for increased flexibility and conformability without compromise to radiopacity or radial strength[2,3]
* Low 0.042" stent profile for enhanced deliverability[4]

**Device Illustration**



1. Wire/Catheter Holder
2. Adaption Cup
3. Proximal Marker
4. Proximal Shaft

**A406**

**A407**

[5] SPIRIT sponsored by Abbott. SPIRIT FIRST 6-month data: Serruys PW, Ong A, Piek J. A randomized comparison of a durable polymer everolimus-eluting stent with a bare metal coronary stent: the SPIRIT FIRST Trial. *EuroIntervention.* 2005;1:58-65. SPIRIT FIRST 4-Year Results Presentation, PCR 2008; presented by Dr. Stephen Windecker. SPIRIT II 6-Month Results Presentation, ESC 2006; presented by Dr. Patrick Serruys. SPIRIT II 2-Year Results Presentation, ACC 2008; presented by Dr. Patrick Serruys. SPIRIT III 9-Month Results Presentation, ACC 2007; presented by Dr. Gregg W. Stone. SPIRIT III 2-Year Results Presentation, PCR 2008; presented by Dr. Gregg W. Stone.

PROMUS Stent is a private-labeled XIENCE V™ Everolimus Eluting Coronary Stent System manufactured by Abbott and distributed by Boston Scientific Corporation.

Multi-Link Vision and XIENCE are trademarks of Abbott Laboratories group of companies.

Please click on the Prescriptive Information tab above for important information about intended uses as well as relevant warr contraindications for Boston Scientific products featured on this page.

**A408**

# EXHIBIT 35

# Boston Scientific

## PROMUS™
**Everolimus - Eluting Coronary Stent System**

Patient Information
Guide

A409

# Table of Contents

**Coronary Artery Disease (CAD)** ...............................5
Your Heart.......................................................5
What is Coronary Artery Disease?............................5
What are the Symptoms of CAD?............................6
What are the Risk Factors of CAD?.........................8
How Can My Doctor Tell if I Have CAD?...................9

**Your Treatment Options**.................................13
Surgery...........................................................14
Angioplasty.....................................................14
Coronary Artery Stents.......................................17

**Drug Eluting Stents (DES)**..............................19

**PROMUS Everolimus-Eluting
Coronary Stent System**..................................20
Contraindications..............................................22

**Potential Adverse Events
Associated with the PROMUS Stent**...................23

**The SPIRIT Family of Clinical Trials**...................28

# Table of Contents *(continued)*

**Your Drug Eluting Stent Procedure**........................**31**
How Do I Prepare for My Procedure?......................31
Your Drug Eluting Stent Placement Procedure........32
Immediately after Procedure....................................37
Take All Medications as Instructed.........................38
Follow-Up Care........................................................40
Keep Your ID Card Handy........................................41

**Preventing Coronary Artery Disease**.....................**43**

**Frequently Asked Questions**.................................**45**

**Definition of Medical Terms**.................................**47**

3

# Coronary Vasculature



Aortic Arch

Plaque

Bypass Graft

Left Main

Left Anterior Descending (LAD)

Circumflex (CX)

Right Coronary Artery (RCA)

Obtuse Marginal (OM)

Acute Marginal

Diagonal

Posterior Descending

# Coronary Artery Disease (CAD)

## Your Heart

Your heart is a muscle that pumps blood throughout your body. The blood carries oxygen and nutrients that your body needs to work correctly. For the heart to be able to function properly, it also needs a constant supply of oxygen-filled blood. The vessels that supply this blood to the heart are called coronary arteries. If these arteries become blocked or narrowed, treatment may be required to restore blood flow and the vital supply of oxygen to the heart.

## What is Coronary Artery Disease (CAD)?

CAD is the most common form of heart disease. It is a condition that occurs when the arteries that supply oxygen-rich blood and nutrients to the heart muscle become narrowed or blocked by a gradual build-up of "plaque." Plaque is made up of fatty deposits (cholesterol), white blood cells, calcium, and other substances that collect over time in the wall of a coronary artery. As the plaque narrows the opening (lumen) of a coronary artery, it makes it difficult for adequate quantities of blood to flow to the heart muscle. This process is called

5

# Coronary Artery Disease (CAD)
## *(continued)*

"atherosclerosis." Gradual reduction of blood flow to the heart muscle can cause chest pain (angina). A heart attack (myocardial infarction) can occur if the artery suddenly becomes completely blocked, usually by a blood clot that forms over ruptured (broken) plaque. Heart attacks cause irreversible damage to the heart muscle. The first symptom of CAD can also be sudden death.

Improved medical treatment, combined with earlier diagnosis, and increased public awareness of the symptoms and risk factors that contribute to this disease are helping to decrease the death rate from CAD.

## What are the Symptoms of CAD?

Two common symptoms of CAD are chest pain, also known as angina, and shortness of breath, which are caused by the reduction of blood flow to the heart muscle. If plaque build-up does not reduce blood flow excessively, there may be no noticeable symptoms at rest, but symptoms such as heaviness in the chest may occur with increased activity or stress.

# Coronary Artery Disease (CAD)
*(continued)*

Other symptoms that may be experienced are:
- Pain in the jaw or neck
- Pain radiating to the arms or back
- Heartburn
- Nausea
- Vomiting
- Heavy sweating

When blood flow is significantly reduced and the heart muscle does not receive enough blood to meet its needs, severe symptoms such as chest pain (angina pectoris), heart attack (myocardial infarction), or heart rhythm disturbances (arrhythmias) may occur.

There are some patients who report no symptoms of CAD. It is possible to have a heart attack without experiencing any symptoms.

A415

# Coronary Artery Disease (CAD)
*(continued)*

Recent research has shown that some women experience different CAD symptoms from men and are less likely than men to report chest pain, heaviness in the chest, or chest discomfort during a heart attack. Women may notice other early symptoms, such as unusual tiredness or sleep disturbances up to one month prior to a heart attack. These differences in symptoms may cause some women to delay seeking help or treatment.

## What are the Risk Factors of CAD?

Two main risk factors for CAD are:

- Increasing age (over age 65)
- Being male or a menopausal female[1]

---

[1]Menopausal women begin to develop and die of heart disease at a rate equal to men. Menopause is the transition in a woman's life when production of the hormone estrogen in the body falls permanently to very low levels, the ovaries stop producing eggs, and menstrual periods stop.

# Coronary Artery Disease (CAD)
## (continued)

Other risk factors that may increase your chances of developing CAD are:

- Family history of heart disease (close relatives with heart disease at a young age)
- Diabetes
- High blood cholesterol levels
- Smoking
- High blood pressure
- Stress
- Obesity (being overweight)
- High fat diet
- Lack of exercise

## How Can My Doctor Tell if I Have CAD?

If your doctor suspects that you have CAD or if you have symptoms of the disease, he/she will ask you about your risk factors and your symptoms. A complete physical exam and blood tests to identify injury to your heart muscle will also be completed. In addition, some of the tests used to make the diagnosis are:

A417

# Coronary Artery Disease (CAD)
## *(continued)*

**Electrocardiogram (ECG/EKG)** is a commonly used test that records your heart's electrical activity and can show certain problems such as abnormal heartbeats or damage to the heart muscle. An ECG can be done at rest or while you are walking or running on a treadmill or pedaling a stationary bicycle (Stress ECG).

**Stress Tests** are used to evaluate your heart rate, heart rhythm, and ECG while you are exercising. The results of a stress test can help your doctor determine the areas of heart muscle which are affected by lack of blood flow due to CAD.

**Echocardiography** is an exam of the heart using sound waves.

**Coronary Angiogram or Heart Catheterization** is a procedure carried out in the cardiac catheterization laboratory (cath lab) by a cardiologist. Angiography is a procedure in which coronary arteries are visualized using X-rays.

# Coronary Artery Disease (CAD)
## *(continued)*

A catheter (long, thin, hollow tube) is inserted into an artery in the groin or arm. The tip of this tube is positioned at the beginning of the arteries supplying blood to the heart, and a special fluid called contrast dye is injected through the tube to visualize the blood vessels on X-rays so that pictures, called angiograms, can be taken. These angiograms allow the doctor to see any blockage and/or narrowings in your coronary arteries and determine their severity.

Using the information gathered from one or more of these tests, your doctor is better able to decide the best treatment plan for you.

11

A419



**Cardiac Catheterization Laboratory**

# Your Treatment Options

Once a diagnosis has been made, your doctor will recommend the most appropriate form of treatment, depending on the condition and severity of your CAD. CAD can be managed by a combination of changes in lifestyle (eating a healthy, low-saturated fat diet, regular exercise, and quitting smoking) and medical treatment. Your treatment may include medications to relieve your chest pain and/or to expand the coronary arteries, increasing blood flow to your heart.

However, because medicine alone may not clear blocked arteries, you may need more treatment, including surgery, angioplasty, and/or stenting to treat your symptoms.

**Your doctor will explain the risks and benefits of your treatment options and answer any questions you or your family may have. You are encouraged to discuss your treatment options with your doctor.**

# Your Treatment Options *(continued)*

## Surgery

Coronary artery bypass grafting is a common surgical procedure that removes a section of artery or vein from another part of your body. This vessel is then connected (grafted) to the coronary artery at the blockage site. This creates a new path for blood to flow around (bypass) the blocked artery and to your heart. Often, several blocked arteries are bypassed during the same operation. Most coronary bypass patients remain in the hospital for about a week, followed by a recovery period at home.

## Angioplasty

Angioplasty is a procedure used to open blocked arteries. You may also hear it referred to as PTCA (Percutaneous Transluminal Coronary Angioplasty). This procedure is performed under local anesthetic in a cardiac catheterization laboratory. A catheter with a small balloon mounted on the end is passed into the coronary artery. The catheter is then positioned at the narrowed portion of the artery and the balloon is inflated. As the balloon inflates, it pushes out against the wall of the coronary artery and compresses the plaque. The balloon is then deflated and the catheter

# **Your Treatment Options** *(continued)*

is removed from the artery. This opens the narrowing in the coronary artery and improves the blood flow to the heart muscle. In balloon angioplasty, no permanent device remains in the artery after the balloon catheter is removed. Balloon angioplasty can be performed with a balloon alone or can involve placement of a permanent device called a stent, within the coronary artery.

Although balloon angioplasty enlarges the lumen of coronary arteries, many patients develop re-narrowing of the vessel in the months following the procedure. This process is called restenosis, and it is caused by the growth of scar tissue within the coronary artery.

## **Step 1:**

The doctor guides a catheter with a small balloon through the blood vessel to the narrowed section of the artery. By watching the progress of this catheter on the fluoroscope (an X-ray device that creates real-time images



**Step 1**

**15**

A423

# Your Treatment Options *(continued)*

of the internal structures of the body that can be viewed on a TV monitor), the doctor is able to maneuver it into the blocked coronary artery.

## Step 2:

The balloon is inflated, pushing out against the wall of the artery and compressing the plaque. The balloon is deflated and the catheter is removed.



**Step 2**

## Step 3:

The inside of the blood vessel is now larger and the blood flow is improved.



**Step 3**

# Your Treatment Options *(continued)*

## Coronary Artery Stents

Coronary artery stents are devices (small metallic mesh tubes) that are placed over a balloon catheter and delivered to the narrowed portion of the coronary artery. The balloon is used to expand the stent. The stent presses against the narrowed vessel wall holding the vessel open. This makes a wider channel to improve blood flow to the heart muscle. This may be followed by repeat balloon inflations within the stent to achieve the result desired by your doctor. Once the balloon has been deflated and withdrawn, the stent stays in place permanently, holding the coronary artery open. The inner lining of the artery grows over the surface of the stent, making the stent a permanent part of your artery.

## Step 1:

The doctor maneuvers the catheter into the blocked artery and inflates the balloon.



**Step 1**

17

A425

# Your Treatment Options *(continued)*

### Step 2:

The stent expands against the vessel wall as the balloon is inflated.



**Step 2**

### Step 3:

Once the balloon has been deflated and the catheter is withdrawn, the stent stays in place permanently, holding the blood vessel open and improving blood flow.



**Step 3**

Coronary artery stents are less invasive than bypass surgery. Stenting involves a shorter hospital stay — usually one to three days — and faster recovery than surgery. However, restenosis can also occur in some patients who receive stents (in-stent restenosis) due to the build-up of scar tissue within the stent leading to narrowing of the stent lumen.

# Drug Eluting Stents (DES)

To help prevent restenosis, "drug-eluting" stents
have been developed. These stents provide the same
structural support as uncoated stents, but they also
have a drug coated on them. The drug is released
over time, helping to prevent restenosis by limiting
the overgrowth of normal tissue within the stent.

19

# PROMUS Everolimus-Eluting Coronary Stent System

The illustration shown is an artist's rendition of Boston Scientific's drug eluting stent, the PROMUS.



Magnified photo of actual stent

The PROMUS Everolimus-Eluting Coronary Stent System (PROMUS EECSS or PROMUS Stent System) is a private label XIENCE™ V Everolimus Eluting Coronary Stent System manufactured by Abbott and distributed by Boston Scientific Corporation.

# PROMUS Everolimus-Eluting Coronary Stent System *(continued)*

The PROMUS stent is designed to prevent re-narrowing within the stent (in-stent restenosis). It consists of a medical grade cobalt chromium stent with a thin coating of a drug called everolimus on its surface. This stent is based on the design of the clinically proven MULTI-LINK VISION® stent and provides mechanical support to the artery while everolimus is slowly released into the artery wall around the stent from a thin polymer (a type of plastic) coating. The polymer coating helps control the release of everolimus into the arterial wall. The polymer used on the PROMUS stent has a long history of being used in medical products in contact with blood. The release of everolimus is intended to limit the overgrowth of tissue within the coronary stent.

21

A429

# PROMUS Everolimus-Eluting Coronary Stent System *(continued)*

## Contraindications:

- If you have a known hypersensitivity (allergy) or contraindication to everolimus or structurally-related compounds cobalt, chromium, nickel, tungsten, acrylic, and fluoropolymers

- If you cannot take aspirin or blood-thinning medications (also called antiplatelet or anticoagulant therapy)

- If your physician decides that the coronary artery blockage will not allow complete inflation of the angioplasty balloon or proper placement of the stent

# Potential Adverse Events Associated with the PROMUS Stent

The risk of using the PROMUS stent is similar to those that are associated with standard stent procedures. If the stent clots, you may need another angioplasty procedure. It may also lead to a heart attack, the need for urgent bypass surgery, or death. Even with successful stent implants, there is a chance of re-narrowing of your coronary artery. This may require further treatments, such as repeat angioplasty and/or bypass surgery, to reopen the artery and to increase blood flow to the heart. The risks from using balloon catheters after stent implants are similar to the risks that may occur during the initial stent implant. These may be serious enough to require surgery or cause death.

Other risks from these devices are the same as treatment procedures for a narrowed coronary artery. Some problems associated with standard balloon angioplasty and stenting include, but are not limited to:

**23**

**A431**

# Potential Adverse Events Associated with the PROMUS Stent *(continued)*

## Common Risks

- Bruise or bleeding at the catheter insertion site in the groin or arm
- Pain at the catheter insertion site
- Irregular heartbeats
- Chest pains during and after the procedure
- Spasm of the coronary artery
- Decreased or increased blood pressure

## Rare Risks

- Tearing, puncture, or rupture of the coronary artery
- Air, pieces of devices, or fragments of clots blocking the coronary or peripheral arteries
- Complete blockage of the coronary artery, which may require a repeat procedure to reopen the coronary artery
- Compression of the heart due to accumulation of blood around the heart
- Re-narrowing of the coronary artery
- Heart attack

# Potential Adverse Events Associated with the PROMUS Stent *(continued)*

- Damage to the stent or injury to the coronary artery, requiring emergency heart surgery
- Bleeding, requiring transfusion or surgery
- Allergic reaction (may include X-ray dye, cobalt, chromium, nickel, tungsten, everolimus, acrylic, and fluoropolymer)
- Infection
- Nerve injury
- Kidneys fail to function normally
- Aneurysm (weakening of a portion of the wall of a blood vessel)
- Shock
- Stroke
- Death

25

# Potential Adverse Events Associated with the PROMUS Stent (continued)

Potential adverse events related to taking everolimus daily by mouth (based on long-term everolimus drug studies in organ transplant patients) may include:

Acne, decreased red or white blood cells, blood clotting abnormalities, diarrhea, water retention in the body, destruction of red blood cells, increased blood cholesterol, increased fat in the blood, increased blood pressure, decreased functioning of sexual organs in men, infections, liver function test abnormality, white blood cell abnormalities, nausea, pain, rash, destruction of the kidney tubules, surgical wound complication, decreased platelet cell count, blood clot in the vein, or vomiting.

Exposure to drug and polymer on the PROMUS stent is directly related to the number and lengths of the stents implanted. The use of multiple PROMUS stents will result in you receiving larger amounts of drug and polymer. It should be noted that a kidney transplant patient usually receives a daily dose of the drug everolimus by mouth that is about seven times more than the maximum dose of the drug contained on one PROMUS stent.

# Potential Adverse Events Associated with the PROMUS Stent *(continued)*

Everolimus, when given by mouth daily to organ transplant patients, may interact with other drugs or substances. Please tell your physician about any medications you are taking.

# The SPIRIT Family of Clinical Trials

The PROMUS Everolimus-Eluting Coronary Stent System (PROMUS EECSS or PROMUS Stent System) is a private label XIENCE™ V Everolimus Eluting Coronary Stent System manufactured by Abbott and distributed by Boston Scientific Corporation. There have been three clinical trials thus far that together have shown the safety and effectiveness of the XIENCE V drug eluting stent in patients with coronary artery disease. A short description of these trials, known as the XIENCE V SPIRIT Family of Trials, is detailed below.

## SPIRIT FIRST

SPIRIT FIRST was the first clinical trial. This study had 60 patients and was performed outside the United States. The purpose of the study was to compare the XIENCE V stent that is coated with a drug to that of an approved metallic stent that is not coated with a drug. There were 28 patients who received the XIENCE V stent and 32 patients who received the metallic stent (patients who received the metallic stent are also known as the "control" group).

# The SPIRIT Family of Clinical Trials
*(continued)*

After six months, the XIENCE V stent was significantly better than the metallic stent at reducing the re-narrowing of the artery where the stent was placed. After three years, patients who had received the XIENCE V stent had fewer major adverse cardiac events (15.4%) compared to patients who received the metallic stent (25.0%).

## SPIRIT II

The SPIRIT II clinical trial was the second study of the XIENCE V stent. The purpose of the study was to compare the XIENCE V stent to an approved drug eluting stent, called TAXUS®. The SPIRIT II study was conducted outside of the United States.

After six months, the XIENCE V stent was significantly better than the TAXUS stent at reducing the re-narrowing of the artery where the stent was placed. At two years, patients who had received the XIENCE V stent had a rate of major adverse cardiac events (6.6%) that was comparable to the TAXUS stent (11.0%).

**29**

A437

# The SPIRIT Family of Clinical Trials
*(continued)*

### SPIRIT III

SPIRIT III was the third clinical study of the XIENCE V stent. This was a much bigger study than either the SPIRIT FIRST or SPIRIT II studies, and was conducted in the United States. In one part of this study, 1002 patients were given either the XIENCE V stent or the TAXUS stent. There were 669 patients who received the XIENCE V stent and 333 patients who received the TAXUS stent.

After eight months, the XIENCE V stent was significantly better than the TAXUS stent at reducing the re-narrowing of the artery where the stent was placed. At one year, patients who had received the XIENCE V stent had a rate of major adverse cardiac events (6.0%) that was comparable to the TAXUS stent (10.3%).

For patients treated with the XIENCE V stent in ways not studied in these clinical trials, clinical results may vary. Very long-term (beyond 24 months) risks and benefits associated with the XIENCE V stent are currently unknown.

# Your Drug Eluting Stent Procedure

## How Do I Prepare for My Procedure?

In the days prior to your treatment, make sure you:

- Take all of your prescribed medicines
- Tell your doctor if you are taking any other medication
- Tell your doctor if, for any reason, you cannot take aspirin and/or Plavix®
- Make sure your doctor knows about any allergies you have
- Refrain from eating and drinking after midnight on the night before your treatment
- Follow all instructions given to you by your doctor or nurse

You may be given a mild sedative to help you relax, but you will not be put to sleep. There are two reasons for this. First, most people find they experience little to no discomfort from the procedure. Secondly, your doctor may need to ask you to take a deep breath while X-rays are being taken, to improve the quality of the pictures.

31

# Your Drug Eluting Stent Procedure
## *(continued)*

The procedure usually lasts about 90 minutes, during which time your doctor will ask you to remain very still. For the most part, you will be comfortable, but you may feel some pressure or chest pain when the balloon is inflated. This is normal and will quickly fade when the balloon is deflated.

### Your Drug Eluting Stent Placement Procedure

Your procedure will be performed in a cardiac catheterization laboratory (cath lab). You will lie on the X-ray table, and an X-ray camera will move over your chest during the procedure. The staff will monitor your heart by attaching several small, sticky patches to your chest and using a specialized ECG recorder and monitor.

The groin is the most common site for catheter introduction and requires a very small skin incision to be made on the inside of your upper thigh. The area will be shaved and cleaned with an antiseptic,

# Your Drug Eluting Stent Procedure
# *(continued)*

and you will be given a local anesthetic to numb the area. This incision will allow an introducer sheath (short tube) to be inserted into your femoral artery (the main artery of the thigh, supplying blood to the leg). Your doctor will then insert a guiding catheter (long, flexible tube) into the introducer sheath and advance it to where the coronary arteries branch off to the heart. A guide wire is then advanced through the guiding catheter to the narrowing in the coronary artery. This helps carry all the necessary devices required during the stenting procedure.

Additional options for catheter introduction are the arm/brachial approach (incision is made on the inside of your elbow) and the wrist/radial approach (incision is made on the inside of your wrist).

A441

# Your Drug Eluting Stent Procedure
## *(continued)*



**Blood vessel access for heart catheterization through the femoral, radial or brachial artery**

# Your Drug Eluting Stent Procedure
## *(continued)*

After the catheters are inserted, your doctor will inject a contrast dye through the guiding catheter into your artery to view the narrowing. Your doctor will watch the injection on an X-ray monitor, much like a TV screen. While these X-rays are being taken, your doctor may ask you to take a deep breath and hold it for a few seconds. You may also be asked to cough after the X-ray picture is completed to help speed the removal of the contrast dye from the arteries.

Using the guiding catheter, a balloon catheter is positioned in the narrowing in the coronary artery and the balloon is then inflated. This compresses the plaque and widens the coronary artery. This procedure is called pre-dilatation.

**35**

A443

## Step 1:

The stent mounted on a balloon catheter is delivered to the narrowing in the coronary artery by a delivery catheter.



**Step 1**

## Step 2:

The balloon is then inflated and this expands the stent, pressing it against the coronary artery wall.Your doctor may choose to expand the stent further by using another balloon so that the stent can make better contact with the artery wall. This is known as post-dilatation.



**Step 2**

## Step 3:

Once in place, the PROMUS stent will remain as a permanent implant in your coronary artery.



**Step 3**

# Your Drug Eluting Stent Procedure
*(continued)*

## Immediately after Procedure

You will be asked to lie flat for four to six hours following the procedure and to not bend your leg or arm, depending on which area your doctor used to insert the catheters. Pressure will also be placed on the area.

A vascular closure device may be used to seal the incision site in your groin or arm. You will be allowed to get up and walk around sooner if this type of device is used. Your hospital stay may range from one to three days.

Medications will be prescribed for you before and after stent placement. Antiplatelet medications such as aspirin and Plavix® are the most commonly prescribed. They help prevent a blood clot (thrombus) from forming and blocking the stent lumen. Your doctor or nurse will give you instructions about your medications before you leave the hospital.

**37**

# Your Drug Eluting Stent Procedure
## *(continued)*

**CAUTION:** If you have any chest pain, or discomfort or bleeding from your incision site, call your doctor immediately. If your doctor is unavailable, call for an ambulance to take you to the nearest hospital emergency room.

## Take All Medications as Instructed

After you leave the hospital, your cardiologist will instruct you to take a daily dose of aspirin and another antiplatelet drug such as Plavix®. Your doctor will tell you how long you should continue taking the antiplatelet drugs. It is very important that you take these medications exactly as your doctor instructs you:

- Follow your medication schedule exactly to avoid possible complications after you receive your stent. Do not miss any doses.

- Call your doctor if you cannot keep taking your medications because of side effects such as rash, bleeding, or upset stomach.

# Your Drug Eluting Stent Procedure
*(continued)*

- **CAUTION:** Do not stop taking your prescribed medications unless you are instructed to do so by the doctor who performed your stent procedure.

- **CAUTION:** Notify your cardiologist or family doctor if you are scheduled to see the dentist while on antiplatelet medication. Your doctor may prescribe antibiotics to avoid the potential of an infection. You should review with your doctor any recommendations from your dentist to stop your prescribed medications.

- **CAUTION:** Before undergoing implantation of a drug eluting stent, if you plan to have any type of surgery, which may require you to stop taking antiplatelet medications, you and your cardiologist should discuss whether or not placement of a drug eluting stent is the right treatment choice for you.

If surgery or dental work, which would require you to stop taking antiplatelet medications, is recommended after you've received the stent, you and your doctors should carefully consider the risks and benefits of this surgery or dental work versus the possible risks from early discontinuation of these medications.

**39**

# Your Drug Eluting Stent Procedure
## *(continued)*

If you do require discontinuation of antiplatelet medications because of significant bleeding, your cardiologist will carefully monitor you for possible complications. Once your condition has stabilized, your cardiologist may put you back on these medications.

### Follow-Up Care

You will be discharged to the care of your cardiologist or family doctor. You should be able to return to your normal activities soon.

**CAUTION:** Notify your doctor immediately if you experience chest pain (angina), or notice any changes such as more severe or frequent chest discomfort, especially in the first month after a procedure. These symptoms may indicate a re-narrowing in your coronary arteries.

**40**
A448

# Your Drug Eluting Stent Procedure
## (continued)

Your doctor will ask you to return for follow-up visits. The first visit is usually two to four weeks after your stent is implanted, with follow-up visits every six months for the first year. Be sure to keep all appointments for follow-up care, including blood tests.

### Keep Your ID Card Handy

**CAUTION:** Show your identification card if you report to an emergency room. This card identifies you as a patient who has had a stent implanted.

If you require a magnetic resonance imaging (MRI) scan, tell your doctor or MRI technician that you have a stent implant. Test results indicate that patients with single or overlapped PROMUS stents can undergo MRI scans safely under the following conditions:

- Static magnetic field of 1.5 or 3 Tesla
- Spatial gradient field of 720 Gauss/cm or less

41

A449

# Your Drug Eluting Stent Procedure
*(continued)*

- Maximum whole-body-averaged specific absorption rate (SAR) of 2.0 W/kg (normal operating mode) for 15 minutes of scanning or less

The stent(s) should not migrate in this MRI environment, and MRI may be performed immediately following the implantation of the PROMUS stent(s). Prior to undergoing an MRI scan, inform your doctor that you have a PROMUS Everolimus-Eluting Coronary Stent.

# Preventing Coronary Artery Disease

Coronary artery disease can be treated effectively, but it has no cure. You can help to prevent your coronary artery disease from progressing by carefully following your doctor's advice. Your doctor may prescribe medications to help control your blood pressure, diabetes, and/or high cholesterol. Your doctor may also recommend some lifestyle changes. Among the healthy choices you can make:

**Stop smoking.** If you smoke, quitting is the single most important thing you can do to lower your risk of coronary artery disease. Chemicals in cigarette smoke may make it easier for plaque to build up on your artery walls. And smoking increases your heart rate and blood pressure, raising your risk of heart attack and stroke. If you're ready to quit, ask your doctor for advice — he or she can recommend smoking cessation aids to help you quit.

A451

# Preventing Coronary Artery Disease
*(continued)*

**Increase your activity and eat a healthy diet.** A sedentary lifestyle increases your risk. Your doctor can recommend an activity program tailored for your situation. Regular exercise can help you lower your blood pressure and blood cholesterol and reach a healthy weight. It can also help you manage the daily stresses of modern life more easily. Choose a healthy diet. A diet low in saturated fats and cholesterol and rich in lean protein, fresh fruits, vegetables and whole grains, can help you achieve a healthy weight and control your blood pressure, and cholesterol levels.

**Manage your stress.** Stress is an inescapable aspect of modern day living, but you can help lessen its negative health effects by practicing the "relaxation response." Research has shown that relaxation techniques can improve your ability to cope with stressful events while decreasing your heart rate, blood pressure, and stress hormone levels.

# Frequently Asked Questions

## How long will the stent stay in my body?

Stents are designed to stay in your body permanently.

## What are the restrictions or cautions after I've received a stent?

If you require magnetic resonance imaging (MRI), tell your doctor or MRI technician that you have an implanted stent.

## When can I resume my regular activities?

Your doctor will advise you. Many patients can return to work and follow their normal routine about a week after their stent procedure.

## Will my stent set off the metal detector at airport security checkpoints?

No, your stent implant will not trigger alarms at security checkpoints.

45

# Frequently Asked Questions
## *(continued)*

### Will I be able to feel the stent inside me?

No, you will not be able to feel the stent once it has been implanted in your artery.

### Could I have recurring symptoms?

Yes, it is possible that you will experience symptoms again, either due to a new blockage in the region treated with the stent or a blockage at another place in your coronary arteries. Your doctor will monitor your progress.

### How can I help prevent a recurrence of symptoms?

While there is no sure way to prevent a recurrence of symptoms, you can reduce the risk through exercise, not smoking, and eating a healthy diet. Your doctor can advise you about lifestyle changes.

# Definition of Medical Terms

**Angina:** Chest pain caused by inadequate supply of blood to the heart.

**Angioplasty (also referred to as PTCA):** A minimally invasive procedure in which a balloon dilatation catheter is passed through to the blocked area of an artery. Once inflated the catheter compresses the plaque against the blood vessel wall and enlarges the vessel opening. An angioplasty can also be performed with placement of a stent.

**Anticoagulant:** A medication to prevent or slow the clotting of blood.

**Antiplatelet:** A substance to reduce clumping of platelets in the blood. An antiplatelet medicine helps thin the blood to prevent clot formation.

**Atherosclerosis:** A disease that causes narrowing or blockage of arteries caused by a build-up of fat (cholesterol) within the artery wall. The build-up is sometimes referred to as "plaque."

47

# Definition of Medical Terms
## *(continued)*

**Cardiac Catheterization Laboratory (Cath Lab):** A sterile X-ray theater in which heart catheterization is performed.

**Catheter:** A thin, hollow, flexible tube used to access the coronary arteries during an angiogram or during an angioplasty procedure. This catheter can be used to inject medication, fluids, or contrast dye during your procedure. Catheter is also used to describe the device used to deliver the balloon or stent during an angioplasty procedure.

**Coronary Angiography (or Heart Catheterization or Cardiac Cath):** A test in which contrast dye is injected to create images of the coronary arteries and the chamber of the heart. This allows the doctor to see the extent of the disease in the coronary arteries and make a decision on how to best treat the blockages.

**Coronary Arteries:** The blood vessels that carry oxygenated blood from the aorta to the heart muscle. There are four major coronary arteries: the left main,

# Definition of Medical Terms
*(continued)*

the right coronary artery, the left anterior descending, and the circumflex.

**Coronary Artery Bypass Graft Surgery (CABG):**
Open-heart surgery to treat CAD.

**Coronary Artery Disease (CAD):** The formation of blockages or atherosclerotic plaques within coronary arteries that result in restricted blood flow to the heart muscle.

**Electrocardiogram (ECG/EKG):** A test that records changes in the electrical activity of the heart. An ECG/EKG may show whether parts of the heart muscle are damaged due to decreased blood flow to the heart muscle.

**Femoral Artery:** The main artery of the thigh, supplying blood to the leg.

**49**

# Definition of Medical Terms
## (continued)

**Fluoroscope:** An X-ray device that creates an image of the body that can be viewed on a TV monitor. This permits the doctor to obtain real-time images of the internal structures of a patient.

**In-stent Restenosis:** Recurrent blockage or narrowing of a previously stented vessel.

**Local Anesthetic:** A substance used to numb the area to which it is applied.

**Lumen:** The inner channel or cavity of a vessel or tube. In a blood vessel, it is the opening through which blood flows.

**Myocardial Infarction (MI):** Also called a heart attack. Permanent damage of an area of the heart tissue, due to interruption in the blood flow to the heart muscle (myocardium).

# Definition of Medical Terms
## *(continued)*

**Magnetic Resonance Imaging (MRI):** A non-invasive diagnostic procedure used to obtain images of internal body structures through the use of magnets and radio waves.

**Percutaneous:** Performed through the skin.

**Plaque:** An accumulation or build-up of fatty deposits, calcium, white blood cells, and other substances in the wall of an artery that results in narrowing of the vessel lumen.

**Restenosis:** A recurring blockage caused by the excessive growth of scar tissue inside the artery or stent, following an interventional procedure such as angioplasty.

**Stent:** A metallic mesh tube that is implanted into an artery during an angioplasty, providing a scaffold to help hold the artery open, ensuring blood flow to the heart muscle.

51

A459

# Definition of Medical Terms
## *(continued)*

**Transluminal:** Through the inside opening of a vessel or artery.

# Boston Scientific

Distributed By:
Boston Scientific Corporation
One Boston Scientific Place
Natick, MA 01760-1537 USA
USA Customer Service:
1-888-272-1001
www.bostonscientific.com/promus

Manufactured By:
Abbott Vascular
Santa Clara, CA
95054-2807 USA

This product is intended for use by or under the direction of a physician. Prior to use, it is important to read thoroughly the instructions for use, warnings and potential complications associated with the use of this device.

© 2008 Boston Scientific Corporation. All rights reserved.

XIENCE is a trademark of the Abbott Group of Companies.
MULTI-LINK VISION is a registered trademark of the Abbott Group of Companies.
PROMUS is a trademark of Boston Scientific Corporation.
TAXUS is a registered trademark of Boston Scientific Corporation.
Plavix is a trademark of Sanofi-Aventis Corporation.

For more information, visit our web site at
bostonscientific.com/promus

EL2063685 (6/25/08) (LT2923392)

A461