# EXHIBIT 36

# EXHIBIT REDACTED

# EXHIBIT 37

# EXHIBIT REDACTED

# EXHIBIT 38



10056733-3

Instructions for Use
**CYPHER™ Sirolimus-eluting Coronary Stent on RAPTOR™
Over-the-Wire Delivery System**

and

**CYPHER™ Sirolimus-eluting Coronary Stent on RAPTORRAIL®
Rapid Exchange Delivery System**

A596

Table of Contents

1.  Product Description ........................................................................................................................... 3
    1.1.  Device Component Description ................................................................................................ 3
          Table 1-1: Device Component Description ............................................................................... 3
    1.2.  Drug Component Description .................................................................................................. 3
          Table 1-2: CYPHER™ Sirolimus-eluting Coronary Stent System Product Matrix & Nominal Sirolimus Dosages ............ 4
2.  Indications ........................................................................................................................................ 4
3.  Contraindications ............................................................................................................................. 4
4.  Warnings .......................................................................................................................................... 4
5.  Precautions ...................................................................................................................................... 4
    5.1.  General Precautions ............................................................................................................... 4
    5.2.  Use of Multiple Stents ............................................................................................................ 4
    5.3.  Brachytherapy ........................................................................................................................ 5
    5.4.  Use in Conjunction with Other Procedures ............................................................................ 5
    5.5.  Use in Special Populations ..................................................................................................... 5
    5.6.  Lesion/Vessel Characteristics ................................................................................................ 5
    5.7.  Drug Interactions .................................................................................................................... 5
    5.8.  Coronary Artery Surgery – Effect on Anastomoses ................................................................ 5
    5.9.  Immune Suppression Potential ............................................................................................... 5
    5.10. Lipid Elevation Potential ......................................................................................................... 5
    5.11. Magnetic Resonance Imaging (MRI) – Stent Migration ......................................................... 5
    5.12. Stent Handling Precautions .................................................................................................... 5
    5.13. Stent Placement Precautions .................................................................................................. 5
    5.14. Stent/System Removal Precautions ....................................................................................... 6
    5.15. Post Implantation Precautions ................................................................................................ 6
6.  Drug Information ............................................................................................................................... 6
    6.1.  Mechanism of Action .............................................................................................................. 6
    6.2.  Pharmacokinetics of the CYPHER Sirolimus-eluting Coronary Stent ..................................... 6
          Table 6-1: Whole Sirolimus Pharmacokinetic Parameters in Patients after Implantation of CYPHER Sirolimus-eluting Coronary Stents ... 6
    6.3.  Pharmacokinetics Following Oral Administration of Sirolimus ................................................. 6
          Table 6-2: Pharmacokinetic Parameters in Healthy Subjects, Renal Transplant Patients and Patients with Hepatic Impairment
          Following Oral Administration of Sirolimus ............................................................................. 7
    6.4.  Drug Interactions Following Oral Administration of Sirolimus .................................................. 7
    6.5.  Mutagenesis, Carcinogenicity and Reproductive Toxicology .................................................. 8
    6.6.  Pregnancy .............................................................................................................................. 8
    6.7.  Lactation ................................................................................................................................. 8
7.  Adverse Events ................................................................................................................................ 9
    7.1.  Observed Adverse Events ....................................................................................................... 9
          Table 7-1: Clinical Studies - Major Characteristics ................................................................. 9
          Table 7-2: Principal Adverse Events Observed in Clinical Studies In-Hospital and Out-of-Hospital ... 10
          Table 7-3: Frequency of Incomplete Stent Apposition ............................................................ 10
    7.2.  Potential Adverse Events ........................................................................................................ 11
8.  Clinical Studies ................................................................................................................................ 11
    8.1.  Overview of Clinical Studies .................................................................................................... 11
          Table 8-1: Clinical Study Comparison ..................................................................................... 11
    8.2.  SIRIUS Trial (Pivotal Study) ................................................................................................... 12
          Table 8-2: Principal Effectiveness and Safety Results (to 360 Days) ...................................... 13
          Figure 8-1: Kaplan-Meier Graph and Life Table to 360 Days .................................................. 14
    8.3.  RAVEL Trial ............................................................................................................................ 14
          Table 8-3: Principal Effectiveness and Safety Results (to 720 Days) ...................................... 15
          Figure 8-2: Kaplan-Meier Graph and Life Table to 720 Days .................................................. 16
    8.4.  First-in-Man Study .................................................................................................................. 17
          Table 8-4: First-in-Man: Effectiveness and Safety Results ...................................................... 17
9.  Individualization of Treatment .......................................................................................................... 17
10. Patient Counseling Information ........................................................................................................ 17
11. How Supplied ................................................................................................................................... 17
12. Operator's Manual (Combined OTW and RX) ................................................................................... 18
    12.1. Access to Package Holding Sterile Stent Delivery System ..................................................... 18
    12.2. Inspection Prior to Use ........................................................................................................... 18
    12.3. Materials Required .................................................................................................................. 18
    12.4. Preparation ............................................................................................................................. 18
    12.5. Delivery Procedure ................................................................................................................. 18
    12.6. Deployment Procedure ........................................................................................................... 18
    12.7. Further Dilatation of Stented Segments .................................................................................. 19
    12.8. Removal Procedure ................................................................................................................. 19
    12.9. In-Vitro Information ................................................................................................................. 19
          Table 12-1: Inflation Pressure Recommendations .................................................................. 19
13. Patient Information ........................................................................................................................... 19
14. Patents ............................................................................................................................................ 19
15. Disclaimer of Warranty and Limitation of Remedy ........................................................................... 19

A597

Caution: Federal (USA) law restricts this device to sale by or on the order of a physician.

1. **Product Description**
   The CYPHER™ Sirolimus-eluting Coronary Stent (CYPHER Stent) is a combination product comprised of two regulated components: a device (a stent system) and a drug product (a formulation of sirolimus in a polymer coating).

   1.1. **Device Component Description**
   The device component consists of a stent mounted onto a stent delivery system (SDS). The physical characteristics of the device component are shown in Table 1-1.

Table 1-1: Device Component Description

| | CYPHER™ Sirolimus-eluting Coronary Stent on RAPTOR™ Over-the-Wire (OTW) Stent Delivery System | CYPHER™ Sirolimus-eluting Coronary Stent on RAPTORRAIL® Rapid Exchange (RX) Stent Delivery System |
|---|---|---|
| Available Stent Lengths, unexpanded (mm): | 8, 13, 18, 23, 28, 33 | 8, 13, 18, 23, 28, 33 |
| Available Stent Diameters (mm): | 2.50, 2.75, 3.00, 3.50 | 2.50, 2.75, 3.00, 3.50 |
| Stent Material: | Electropolished stainless steel (316L), laser-cut from seamless tubing in a sinusoidal pattern coated with a polymer and sirolimus mixture. | |
| Stent Geometry: | Six circumferential cells (2.50 – 3.00 mm stents) or Seven circumferential cells (3.50 mm stents) | |
| Nominal Stent Foreshortening: | ≤ 1 mm | |
| Delivery System Usable Length: | 145 cm | 137 cm |
| Delivery System Y-Adapter Ports: | Y-Connector (Side arm for access to balloon inflation/deflation lumen. Straight arm is continuous with shaft inner lumen – designed for guidewire ≤ 0.014" (0.36 mm).) | Single access port to the inflation lumen. A guidewire exit port is located at 28 cm from the tip. Designed for guidewire ≤ 0.014" (0.36 mm). |
| Stent Delivery Balloon: | Single-layer nylon, nominally 2 mm longer than stent. Mounted stent length and location is defined by 2 platinum-iridium radiopaque marker bands. | |
| Balloon Inflation Pressure: | Nominal pressure: 11 atm (1115 kPa) Rated burst pressure: 16 atm (1621 kPa) | |
| Guiding Catheter Inner Diameter: | ≥ 0.067" (1.7 mm) | ≥ 0.056" (1.4 mm) for 2.50 – 3.00 mm ≥ 0.067" (1.7 mm) for 3.50 mm |
| Catheter Shaft Outer Diameter: | 3.3F (1.10 mm) proximally. 2.7F (0.90 mm) distally. | 2.3F (0.75 mm) proximally; 2.6F (0.85 mm) distally (Ø up to 3.00 mm); 2.9F (0.95 mm) distally (Ø > 3.00 mm). |

1.2. **Drug Component Description**
The active ingredient in the CYPHER Sirolimus-eluting Coronary Stent is sirolimus (also known as rapamycin). Sirolimus is a macrocyclic lactone produced by *Streptomyces hygroscopicus*. The chemical name of sirolimus (also known as rapamycin) is (3*S*,6*R*,7*E*,9*R*,10*R*,12*R*,14,15*E*,17*E*,19*E*,21*S*,23*S*,26*R*,27*R*,34a*S*)-9,10,12,13,14,21,22,23,24,25,26,27,32,33,34,34a-hexadecahydro-9,27-dihydroxy-3-[(1*R*)-2-[(1*S*,3*R*,4*R*)-4-hydroxy-3-methoxycyclohexyl]-1-methylethyl]-10,21-dimethoxy-6,8,12,14,20,26-hexamethyl-23,27-epoxy-3*H*-pyrido[2,1-*c*][1,4] oxaazacyclohentriacontine-1,5,11,28,29 (4*H*,6*H*,31*H*)-pentone. Its molecular formula is C$_{51}$H$_{79}$NO$_{13}$ and its molecular weight is 914.2. The structural formula of sirolimus is shown below:



Sirolimus is a white to off-white powder and is insoluble in water, but freely soluble in benzyl alcohol, chloroform, acetone, and acetonitrile. Please refer to Table 1-2 for the nominal dosages of sirolimus on the CYPHER Sirolimus-eluting Coronary Stents.

3

A598

The inactive ingredients in the CYPHER Sirolimus-eluting Coronary Stent contain parylene C and the following two non-erodible polymers: polyethylene-co-vinyl acetate (PEVA) and poly n-butyl methacrylate (PBMA). A combination of the two polymers mixed with sirolimus (67%/33%) makes up the basecoat formulation which is applied to a parylene C treated stent. A drug-free topcoat of PBMA polymer is applied to the stent surface to control the release kinetics of sirolimus. The drug/polymer coating is adhered to the entire surface (i.e., luminal and abluminal) of the stent. The structural formulae of the polymer subunits are shown below:



| PEVA | PBMA | Parylene C |
|------|------|------------|

Table 1-2: CYPHER Sirolimus-eluting Coronary Stent System
Product Matrix & Nominal Sirolimus Dosages

| Product Code | | Nominal Expanded Stent ID (mm) | Nominal Unexpanded Stent Length (mm) | Nominal Sirolimus Content (µg) | Product Code | | Nominal Expanded Stent ID (mm) | Nominal Unexpanded Stent Length (mm) | Nominal Sirolimus Content (µg) |
| OTW | RX | | | | OTW | RX | | | |
|------|------|------|------|------|------|------|------|------|------|
| CWS08250 | CXS08250 | 2.50 | 8 | 71 | CWS23250 | CXS23250 | 2.50 | 23 | 190 |
| CWS08275 | CXS08275 | 2.75 | 8 | 71 | CWS23275 | CXS23275 | 2.75 | 23 | 190 |
| CWS06300 | CXS08300 | 3.00 | 8 | 71 | CWS23300 | CXS23300 | 3.00 | 23 | 190 |
| CWS08350 | CXS08350 | 3.50 | 8 | 83 | CWS23350 | CXS23350 | 3.50 | 23 | 221 |
| CWS13250 | CXS13250 | 2.50 | 13 | 111 | CWS28250 | CXS28250 | 2.50 | 28 | 229 |
| CWS13275 | CXS13275 | 2.75 | 13 | 111 | CWS28275 | CXS28275 | 2.75 | 28 | 229 |
| CWS13300 | CXS13300 | 3.00 | 13 | 111 | CWS28300 | CXS28300 | 3.00 | 28 | 229 |
| CWS13350 | CXS13350 | 3.50 | 13 | 129 | CWS28350 | CXS28350 | 3.50 | 28 | 266 |
| CWS18250 | CXS18250 | 2.50 | 18 | 150 | CWS33250 | CXS33250 | 2.50 | 33 | 266 |
| CWS18275 | CXS18275 | 2.75 | 18 | 150 | CWS33275 | CXS33275 | 2.75 | 33 | 268 |
| CWS18300 | CXS18300 | 3.00 | 18 | 150 | CWS33300 | CXS33300 | 3.00 | 33 | 266 |
| CWS18350 | CXS18350 | 3.50 | 18 | 175 | CWS33350 | CXS33350 | 3.50 | 33 | 314 |

2.   Indications
The CYPHER Sirolimus-eluting Coronary Stent is indicated for improving coronary luminal diameter in patients with symptomatic ischemic disease due to discrete *de novo* lesions of length ≤ 30 mm in native coronary arteries with a reference vessel diameter of ≥ 2.5 to ≤ 3.5 mm.

Long-term outcome (beyond 12 months) for this permanent implant is unknown at present.

3.   Contraindications
Use of the CYPHER Sirolimus-eluting Coronary Stent is contraindicated in the following patient types:
   •   Patients with a hypersensitivity to sirolimus or its derivatives.
   •   Patients with a known hypersensitivity to polymethacrylates or polyolefin copolymers.

Coronary artery stenting is contraindicated for use in:
   •   Patients in whom antiplatelet and/or anticoagulation therapy is contraindicated.
   •   Patients judged to have a lesion that prevents complete inflation of an angioplasty balloon.

4.   Warnings
   •   Please ensure that the inner package has not been opened or damaged as this may indicate the sterile barrier has been breached.
   •   The use of this device carries the risks associated with coronary artery stenting, including subacute thrombosis, vascular complications, and/or bleeding events.
   •   Patients with a known hypersensitivity to 316L stainless steel may suffer an allergic reaction to this implant.

5.   Precautions
   5.1.   General Precautions
      •   Only physicians who have received adequate training should perform implantation of the stent.
      •   Stent placement should only be performed at hospitals where emergency coronary artery bypass graft surgery can be readily performed.
      •   Subsequent stent blockage may require repeat dilatation of the arterial segment containing the stent. The long-term outcome following repeat dilatation of endothelialized stents is not well characterized.
      •   To avoid the possibility of dissimilar metal corrosion, do not implant stents of different materials in tandem where overlap or contact is possible.
      •   Do not use Ethiodol or Lipiodol contrast media.[1]
      •   Do not expose the delivery system to organic solvents, such as alcohol, or detergents.

   5.2.   Use of Multiple Stents
   The extent of the patient's exposure to drug and polymer is directly related to the number of stents implanted. Use of more than two CYPHER Stents has not received adequate clinical evaluation. Use of more than two CYPHER Stents will result in the patient receiving larger amounts of drug and polymer than the experience reflected in the clinical studies.

   5.3.   Brachytherapy
   The safety and effectiveness of the CYPHER Stent in patients with prior brachytherapy of the target lesion have not been established. The safety and effectiveness of use of brachytherapy to treat in-stent restenosis in a CYPHER Stent have not been established. Both vascular brachytherapy and the CYPHER Stent alter arterial remodeling. The synergy between these two treatments has not been determined.

---

[1] Ethiodol and Lipiodol are trademarks of Guerbet, S.A.

4

**5.4.    Use in Conjunction with Other Procedures**
The safety and effectiveness of using mechanical atherectomy devices (directional atherectomy catheters, rotational atherectomy catheters) or laser angioplasty catheters in conjunction with CYPHER Stent implantation have not been established.

**5.5.    Use in Special Populations**

5.5.1.    Pregnancy: Pregnancy Category C. See Drug Information – 6.6 Pregnancy.
There are no adequate and well controlled studies in pregnant women. Effective contraception should be initiated before implanting a CYPHER Stent and for 12 weeks after implantation. The CYPHER Stent should be used during pregnancy only if the potential benefit outweighs the potential risk to the embryo or fetus.

5.5.2.    Use during lactation: See Drug Information – 6.7 Lactation. A decision should be made whether to discontinue nursing or to implant the stent, taking into account the importance of the stent to the mother.

5.5.3.    Pediatric use: The safety and efficacy of the CYPHER Stent in pediatric patients below the age of 18 years have not been established.

5.5.4.    Geriatric use: Clinical studies of the CYPHER Stent did not find that patients age 65 years and over differed with regard to safety and efficacy compared to younger patients.

**5.6.    Lesion/Vessel Characteristics**
The safety and effectiveness of the CYPHER Stent have not been established in the following patient populations:
*    Patients with unresolved vessel thrombus at the lesion site.
*    Patients with coronary artery reference vessel diameter < 2.5 mm or > 3.5 mm.
*    Patients with lesions located in the left main coronary artery, ostial lesions, or lesions located at a bifurcation.
*    Patients with diffuse disease or poor overflow distal to the identified lesions.
*    Patients with tortuous vessels in the region of the obstruction or proximal to the lesion.
*    Patients with a recent acute myocardial infarction where there is evidence of thrombus or poor flow.

**5.7.    Drug Interactions**
Several drugs are known to affect the metabolism of sirolimus, and other drug interactions may be inferred from known metabolic effects. Sirolimus is known to be a substrate for both cytochrome P450 IIIA4 (CYP3A4) and P-glycoprotein. See Drug Information – 6.4 Drug Interactions Following Oral Administration of Sirolimus for more specific information.

Consideration should be given to the potential for drug interaction when deciding to place a CYPHER Stent in a patient who is taking a drug that could interact with sirolimus, or when deciding to initiate therapy with such a drug in a patient who had recently received a CYPHER Stent. The effect of drug interactions on the safety or efficacy of the CYPHER Stent has not been determined.

**5.8.    Coronary Artery Surgery – Effect on Anastomoses**
There have been rare reports of bronchial anastomotic dehiscence of transplant anastomoses in lung transplant patients who were receiving oral sirolimus, in a vessel that has recently been implanted with a CYPHER Stent, the sirolimus concentrations are expected to be several fold higher than systemic sirolimus concentrations. Therefore, consideration should be given to the possibility that the presence of a CYPHER Stent may compromise the healing of coronary artery vascular anastomoses. No such event was observed in the very limited experience from clinical trials.

**5.9.    Immune Suppression Potential**
Sirolimus, the active ingredient of the CYPHER Stent, is an immunosuppressive agent that is also available in oral formulations. The mean peak systemic blood concentration of sirolimus following placement of up to two CYPHER Stents (1.05 ng/ml) is substantially lower than the therapeutic concentrations usually obtained when sirolimus oral formulations are used as prophylaxis for renal transplant rejection (see Drug Information – Pharmacokinetics (6.2)). In clinical studies of CYPHER Stents when used according to its intended use, there were no reports of immune suppression. However, for patients who receive several CYPHER Stents simultaneously, it may be possible for systemic concentrations of sirolimus to approach immunosuppressive levels temporarily, especially in patients who also have hepatic insufficiency or who are taking drugs that inhibit CYP3A4 or P-glycoprotein. This possibility should be considered for such patients, particularly if they are also taking oral sirolimus (or rapamycin), other immunosuppressive agents, or are otherwise at risk for immune suppression.

**5.10.    Lipid Elevation Potential**
The use of oral sirolimus in renal transplant patients was associated with increased serum cholesterol and triglycerides that in some cases required treatment. The effect was seen with both low and high dose prolonged oral therapy in a dose related manner. When used according to the indications for use, the systemic sirolimus concentrations from the CYPHER Stent are expected to be lower than the concentrations usually obtained in transplant patients, but the magnitude and duration of any effect of those concentrations on lipids is not known.

**5.11.    Magnetic Resonance Imaging (MRI) – Stent Migration**
An MRI scan should not be performed on a patient after stent implantation until there is adequate neointimal investment of the stent because of a potential for stent migration. For a conventional uncoated 316L stainless steel stent this period is usually considered to be eight weeks. Because of the reduced neointimal formation associated with the CYPHER Stent, the period of vulnerability may be longer, but there is currently insufficient information to provide a specific recommendation.

**5.12.    Stent Handling Precautions**
*    For single use only. Do not resterilize or reuse this device. Note the "Use By" date on the product label.
*    Do not remove the stent from the delivery balloon – removal may damage the stent and/or lead to stent embolization. The stent system is intended to perform as a system.
*    Do not induce a vacuum on the delivery system prior to reaching the target lesion.
*    Special care must be taken not to handle or in any way disrupt the stent on the balloon. This is most important while removing the catheter from the packaging, placing it over the guidewire, and advancing it through the large-bore rotating hemostatic valve and guiding catheter hub.
*    Stent manipulation (e.g., rolling the mounted stent with your fingers) may loosen the stent from the delivery system balloon and cause dislodgment.
*    Use only the appropriate balloon inflation media. Do not use air or any gaseous medium to inflate the balloon as this may cause uneven expansion and difficulty in deployment of the stent.

**5.13.    Stent Placement Precautions**
*    Do not prepare or pre-inflate the balloon prior to stent deployment other than as directed. Use the balloon purging technique described in Section 12 – Operator's Manual.
*    Guiding catheters used must have lumen sizes that are suitable to accommodate the stent delivery system (see Product Description). – 1.1 Device Component Description).
*    Do not induce a negative pressure on the delivery catheter prior to placement of the stent across the lesion. This may cause premature dislodgment of the stent from the balloon.
*    Although the stent delivery balloon catheter is strong enough to expand the stent without rupture, a circumferential tear of the carrier balloon distal to the stent and prior to complete expansion of the stent could cause the balloon to become tethered to the stent, requiring surgical removal. In case of rupture of the balloon, it should be withdrawn and, if necessary, a new balloon catheter exchanged over the guidewire to complete the expansion of the stent.

5

- Implanting a stent may lead to a dissection of the vessel distal and/or proximal to the stented portion and may cause acute closure of the vessel requiring additional intervention (CABG, further dilatation, placement of additional stents, or other intervention).
- Do not expand the stent if it is not properly positioned in the vessel. (See Precautions – 5.14 Stent/System Removal Precautions.)
- Placement of the stent has the potential to compromise side branch patency.
- Balloon pressures should be monitored during inflation. Do not exceed rated burst pressure as indicated on the product label. (See Inflation Pressure Recommendations in Table 12-1.) Use of pressures higher than those specified on the product label may result in a ruptured balloon with possible intimal damage and dissection.
- Do not attempt to pull an unexpanded stent back through the guiding catheter, as dislodgment of the stent from the balloon may occur. Remove as a single unit per instructions in Precautions – 5.14 Stent/System Removal Precautions.
- Stent retrieval methods (use of additional wires, snares and/or forceps) may result in additional trauma to the coronary vasculature and/or the vascular access site. Complications may include bleeding, hematoma, or pseudoaneurysm.
- Ensure full coverage of the entire lesion/dissection site so that there are no gaps between stents.

5.14.   Stent/System Removal Precautions
Should unusual resistance be felt at any time during either lesion access or removal of the stent delivery system before stent implantation, the entire system should be removed as a single unit.

When removing the delivery system as a single unit:
- Do not retract the delivery system into the guiding catheter.
- Advance the guidewire into the coronary anatomy as far distally as safely possible.
- Tighten the rotating hemostatic valve to secure the stent delivery system to the guiding catheter; then remove the guiding catheter and stent delivery system as a single unit.

Failure to follow these steps or applying excessive force to the stent delivery system can potentially result in loss or damage to the stent or stent delivery system.

If it is necessary to retain the guidewire in position for subsequent artery/lesion access, leave the guidewire in place and remove all other system components.

5.15.   Post Implantation Precautions
- Great care must be exercised when crossing a newly deployed stent with an intravascular ultrasound (IVUS) catheter, a coronary guidewire or balloon catheter to avoid disrupting the stent geometry.
- Do not perform a magnetic resonance imaging (MRI) scan on a patient after stent implantation until there is adequate neointimal investment of the stent (see Precautions – 5.11 Magnetic Resonance Imaging (MRI) – Stent Migration). The stent may cause artifacts in MRI scans due to distortion of the magnetic field.

6.   Drug Information
6.1.   Mechanism of Action
The mechanism (or mechanisms) by which a CYPHER Stent affects neointima production as seen in clinical studies has not been established. It is known that sirolimus inhibits T-lymphocyte activation and smooth muscle and endothelial cell proliferation in response to cytokine and growth factor stimulation. In cells, sirolimus binds to the immunophilin, FK Binding Protein-12 (FKBP-12). The sirolimus-FKBP-12 complex binds to and inhibits the activation of the mammalian Target of Rapamycin (mTOR), leading to inhibition of cell cycle progression from the $G_1$ to the S phase.

6.2.   Pharmacokinetics of the CYPHER Sirolimus-eluting Coronary Stent
The pharmacokinetics of sirolimus as delivered by the CYPHER Sirolimus-eluting Coronary Stent has been determined in patients with coronary artery disease after implantation of 1 (n=10) or 2 (n=9) CYPHER Stents. The parameters determined from patients receiving 1 and 2 CYPHER stents are provided in Table 6-1.

Table 6-1: Whole Sirolimus Pharmacokinetic Parameters in Patients after Implantation of CYPHER Sirolimus-eluting Coronary Stents

| Number of Stents | Statistic | Dose (µg) | $t_{max}$ (h) | $C_{max}$ (ng/ml) | $t_{1/2}$ (h) | AUC (ng•h/ml) | CL (ml/h/kg) |
|---|---|---|---|---|---|---|---|
| 1 (n=10) | Mean | 161 | 3.90 | 0.57 | 206 | 127 | 17.7 |
| | SD | 15 | 2.38 | 0.12 | 92 | 51 | 7.5 |
| | %CV | 9.09 | 61.0 | 20.5 | 44.8 | 40.3 | 42.2 |
| | Range | 149-178 | 1-6 | 0.43-0.77 | 111-354 | 58-225 | 6.22-29.2 |
| 2 (n=9) | Mean | 315 | 3.24 | 1.05 | 220 | 227 | 17.1 |
| | SD | 25 | 3.59 | 0.39 | 106 | 58 | 5.3 |
| | %CV | 7.84 | 111 | 37.4 | 48.3 | 25.7 | 31.2 |
| | Range | 299-355 | 1.05-12.2 | 0.51-1.66 | 131-486 | 149-307 | 9.31-24.5 |

$t_{max}$ = time peak concentration occurs; $C_{max}$ = peak blood concentration; $t_{1/2}$ = terminal-phase half-life; AUC=area under the concentration-time curve; CL=total blood clearance

The results in Table 6-1 show that $C_{max}$ and AUC were closely dose-proportional over a 2-fold range in doses. The blood levels after stent implantation were 10 to 20 fold lower than what was observed after oral administration of sirolimus in either healthy volunteers or transplanted patients. The mean ± SD sirolimus terminal half-life ($t_{1/2}$) after stent implantation for the combined groups (n = 19) was 213 ± 97 h. By comparison, the mean ± SD sirolimus $t_{1/2}$ values after single dose administration of sirolimus by oral solution in healthy subjects (n = 305) and renal transplant patients (n = 81) were 72.9 ± 19.3 h and 58.2 ± 19.2 h, respectively. The apparent discrepancy in half-lives after stent implantation and oral administration is due to the fact that the decline in terminal sirolimus concentrations reflects the release of sirolimus from the stent and not elimination of sirolimus from the body.

6.3   Pharmacokinetics Following Oral Administration of Sirolimus
Sirolimus pharmacokinetic activity has been determined following oral administration in healthy subjects, pediatric dialysis patients, hepatically-impaired patients, and renal transplant patients. Table 6-2 provides a summary of the descriptive statistics for the maximum whole blood sirolimus pharmacokinetic exposure, based on $t_{max}$, $C_{max}$ and AUC.

6

Table 6-2: Pharmacokinetic Parameters (mean ± SD) in Healthy Subjects, Renal Transplant Patients
and Patients with Hepatic Impairment Following Oral Administration of Sirolimus

| Patient Status(n) | Dose | $t_{max}$ (hours) | $C_{max}$ (ng/ml) | AUC (ng•h/ml) |
|---|---|---|---|---|
| Healthy (n=18) | 15 mg single dose oral solution | 0.82 ± 0.17 | 78.2 ± 18.3 | 970 ± 272 |
| Renal Transplant (n=19) | 2 mg/day multiple dose oral solution | 3.01 ± 2.4 | 12.2 ± 6.2 | 158 ± 70 |
| Renal Transplant (n=23) | 5 mg/day multiple dose oral solution | 1.84 ± 1.3 | 37.4 ± 21 | 396 ± 193 |
| Renal Transplant (n=13) | 2 mg/day multiple dose tablets | 3.46 ± 2.4 | 15.0 ± 4.9 | 230 ± 67 |
| Hepatic Impairment (n=18) | 15 mg single dose oral solution | 0.84 ± 0.17 | 77.9 ± 23.1 | 1567 ± 616 |

6.3.1.   **Distribution**
The mean (±SD) blood to plasma ratio of sirolimus was 36 (±18) in stable renal allograft patients, indicating that sirolimus is extensively partitioned into formed blood elements. Sirolimus is extensively bound (approximately 92%) to human plasma proteins. In man the binding of sirolimus was shown mainly to be associated with serum albumin (97%), alpha-1 acid glycoprotein and lipoproteins.

6.3.2.   **Metabolism**
Sirolimus is a substrate for both cytochrome P450 IIIA4 (CYP3A4) and P-glycoprotein. Sirolimus is extensively metabolized by O-demethylation and/or hydroxylation. Seven major metabolites, including sirolimus, demethyl, and hydroxydemethyl are identifiable in blood. Some of these metabolites are also detectable in plasma, fecal and urine samples. Sirolimus is the major component in human whole blood and contributes to more than 90% of the immunosuppressive activity.

6.3.3.   **Special Populations**
Hepatic Impairment: Sirolimus (15 mg) was administered as a single oral dose to 18 subjects with normal hepatic function and 18 patients with Child-Pugh classification A or B hepatic impairment, in which hepatic impairment was primary and not related to an underlying systemic disease. Compared with the values in the normal hepatic group, the hepatic impairment had higher mean AUC (61%) and $t_{1/2}$ (43%) and had lower mean clearance values (33%). The mean $t_{1/2}$ increased from 79 ± 12 hours in subjects with normal hepatic function to 113 ± 41 hours in patients with impaired hepatic function. However, hepatic diseases with varying etiologies may show different and the pharmacokinetics of sirolimus in patients with severe hepatic dysfunction is unknown.

Renal Impairment: The effect of renal impairment on the pharmacokinetics of sirolimus is not known. However, there is minimal (2.2%) renal excretion of the drug or its metabolites.

Demographics: After oral administration of sirolimus there was no effect of gender, race and age (> 65 years) on the pharmacokinetics of sirolimus.

6.4   **Drug Interactions Following Oral Administration of Sirolimus**
Drug interaction studies have not been conducted with the CYPHER Sirolimus-eluting Coronary Stent. Sirolimus is extensively metabolized by cytochrome P450 3A4 (CYP3A4) in the gut wall and liver and undergoes efflux from enterocytes of the small intestine by P-glycoprotein (P-gp). Therefore, absorption and the subsequent elimination of systemically absorbed sirolimus may be influenced by drugs that affect these proteins. Inhibitors of CYP3A4 and P-gp may increase sirolimus levels, while inducers of CYP3A4 and P-gp may decrease sirolimus levels. The pharmacokinetic interaction between orally administered sirolimus and concomitantly administered drugs is discussed below. Drug interaction studies have not been conducted with drugs other than those described below.

6.4.1.   **Ketoconazole**
Multiple-dose ketoconazole administration significantly affected the rate and extent of absorption and sirolimus exposure after administration of a sirolimus oral formulation, as reflected by increases in sirolimus $C_{max}$, $t_{max}$, and AUC of 4.3-fold, 38%, and 10.9-fold, respectively. However, the terminal $t_{1/2}$ of sirolimus was not changed. Single-dose sirolimus did not affect steady-state 12-hour plasma ketoconazole concentrations. It is recommended that sirolimus oral solution and oral tablets should not be administered with ketoconazole.

6.4.2.   **Rifampin**
Pretreatment of 14 healthy volunteers with multiple doses of rifampin, 600 mg daily for 14 days, followed by a single 20-mg dose of sirolimus, greatly increased sirolimus oral-dose clearance by 5.5-fold (range = 2.6 to 10), which represents mean decreases in AUC and $C_{max}$ of about 82% and 71%, respectively. In patients where rifampin is indicated, alternative therapeutic agents with less enzyme induction potential should be considered.

6.4.3.   **Diltiazem**
The simultaneous oral administration of 10 mg of a sirolimus oral solution and 120 mg of diltiazem to 18 healthy volunteers significantly affected the bioavailability of sirolimus. Sirolimus $C_{max}$, $t_{max}$, and AUC were increased 1.4-, 1.3-, and 1.6-fold, respectively. Sirolimus did not affect the pharmacokinetics of either diltiazem or its metabolites desacetyldiltiazem and desmethyldiltiazem.

6.4.4.   **Cyclosporine**
Single-dose pharmacokinetic interactions between cyclosporine and sirolimus were investigated for two sirolimus oral formulations in studies using 24 healthy volunteers. Compared to results obtained when oral sirolimus was administered alone, the oral administration of 10 mg sirolimus 4 hours after a single dose of 300 mg cyclosporine soft gelatin capsules increased mean sirolimus AUC by 33% to 80% and increased mean sirolimus $C_{max}$ by 33% to 58%, depending on the sirolimus formulation. The half-life of sirolimus was not significantly affected. The cyclosporine mean AUC and mean $C_{max}$ were not significantly affected.

7

**6.4.5.   Drugs which may be coadministered without dose adjustment**

Clinically significant pharmacokinetic drug-drug interactions were not observed in studies of drugs listed below in conjunction with orally administered sirolimus. Sirolimus and these drugs may be coadministered without dose adjustments.

- Acyclovir
- Digoxin
- Glyburide
- Nifedipine
- Norgestrel/ethinyl estradiol
- Prednisolone
- Sulfamethoxazole/trimethoprim

**6.4.6.   Other drug interactions**

Drugs that may increase sirolimus blood concentrations include:

- **Calcium channel blockers:** nicardipine, verapamil.
- **Antifungal agents:** clotrimazole, fluconazole, itraconazole.
- **Macrolide antibiotics:** clarithromycin, erythromycin, troleandomycin.
- **Gastrointestinal prokinetic agents:** cisapride, metoclopramide.
- **Other drugs:** bromocriptine, cimetidine, danazol, HIV-protease inhibitors (e.g., ritonavir, indinavir).

Drugs that may decrease sirolimus levels include:

- **Anticonvulsants:** carbamazepine, phenobarbital, phenytoin.
- **Antibiotics:** rifabutin, rifapentine.

These lists are not all inclusive.

Care should be exercised when drugs or other substances that are metabolized by CYP3A4 are administered concomitantly with implantation of CYPHER Stents.

**6.4.7.   Grapefruit Juice:** Grapefruit juice reduces CYP3A4-mediated metabolism of sirolimus.

**6.4.8.   Herbal Preparations:** St. John's Wort (*Hypericum perforatum*) induces CYP3A4 and P-glycoprotein. Because sirolimus is a substrate for both cytochrome CYP3A4 and P-glycoprotein, there is the potential that the use of SL John's Wort in patients receiving CYPHER Stents could result in reduced sirolimus levels.

**6.4.9.   Vaccination**

Immunosuppressants may affect response to vaccination. Therefore, for some period after receiving a CYPHER Stent, vaccination may be less effective. The use of live vaccines should be avoided; live vaccines may include, but are not limited to, measles, mumps, rubella, oral polio, BCG, yellow fever, varicella, and TY21a typhoid.

**6.4.10.   Drug-laboratory test interactions**

There are no studies on the interactions of sirolimus in commonly employed clinical laboratory tests.

**6.5.   Mutagenesis, Carcinogenicity and Reproductive Toxicology**

The genotoxicity, carcinogenicity, and reproductive toxicity of CYPHER Stents have not been evaluated. However, the genotoxicity, carcinogenicity, and reproductive toxicity of sirolimus have been investigated in bacterial and mammalian cells *in vitro* and in laboratory animals *in vivo*.

Sirolimus was not genotoxic in the *in vitro* bacterial reverse mutation assay, the Chinese hamster ovary cell chromosomal aberration assay, the mouse lymphoma cell forward mutation assay, or the *in vivo* mouse micronucleus assay.

Carcinogenicity studies in mouse showed hepatocellular adenoma and carcinoma at dosages of 1, 3 and 6 mg/kg/day orally (approximately 15 to 94 times the dosage provided by a stent coated with 314 μg sirolimus, adjusted for body surface area). In the 104-week rat study at dosage of 0.2 mg/kg/day (approximately 6 times the dosage provided by a stent coated with 314 μg sirolimus adjusted for body surface area), there was a significant increase in the incidence of testicular adenoma.

There was no effect on fertility in female rats following the administration of sirolimus at dosages up to 0.5 mg/kg/day (approximately 15 times the dosage provided by a stent coated with 314 μg sirolimus adjusted for body surface area). In male rats, there was no significant difference in fertility rate compared to controls at a dosage of 2 mg/kg/day (approximately 60 times the dosage provided by a stent coated with 314 μg sirolimus adjusted for body surface area). Reduction in testicular weights and/or histological lesions (e.g., tubular atrophy and tubular giant cells) were observed in rats following dosages of ≥ 0.65 mg/kg/day (approximately 20 times the dosage provided by a stent coated with 314 μg sirolimus adjusted for body surface area).

**6.6.   Pregnancy**

Pregnancy Category C: There are no adequate and well controlled studies in pregnant women of sirolimus or CYPHER Stents. Sirolimus was embryo/feto toxic in rats at dosages of ≥ 0.1 mg/kg/day (approximately 3 times the dose provided by a stent coated with 314 μg sirolimus adjusted for body surface area). Embryo/feto toxicity was manifested as mortality and reduced fetal weights, with associated delays in skeletal ossification. No teratogenic effect of sirolimus was evident. There was no effect of sirolimus on rabbit development at the maternally toxic dosage of 0.05 mg/kg/day (approximately 3 times the dose provided by a stent coated with 314 μg sirolimus adjusted for body surface area).

Effective contraception should be initiated before implanting a CYPHER Stent and for 12 weeks after implantation. The CYPHER Stent should be used during pregnancy only if the potential benefit outweighs the potential risk to the embryo or fetus.

**6.7.   Lactation**

Sirolimus is excreted in trace amounts in milk of lactating rats. It is not known whether sirolimus is excreted in human milk. The pharmacokinetic and safety profiles of sirolimus in infants are not known. Because many drugs are excreted in human milk and because of the potential for adverse reactions in nursing infants from sirolimus, a decision should be made whether to discontinue nursing or to implant the stent, taking into account the importance of the stent to the mother.

8

7. **Adverse Events**

   7.1.   **Observed Adverse Events**

      Observed adverse event experience comes from three clinical studies, the SIRIUS trial, the RAVEL trial, and the First-In-Man study. See Section 8 – Clinical Studies for more complete descriptions of the study designs and results.

      The SIRIUS trial and the RAVEL trial were multi-center, double-blind, randomized clinical trials in patients with symptomatic ischemic coronary artery disease due to *de novo* lesions in native coronary arteries. Patients were randomized to the CYPHER Stent (a sirolimus-eluting BX VELOCITY™ Stent) or to a Control stent (BX VELOCITY, an uncoated 316L stainless steel stent). Eligibility was based on visual estimates of vessel diameter and lesion length. Following treatment, patients were treated with aspirin indefinitely and either clopidogrel or ticlopidine for 2 or 3 months, depending on the trial. Evaluations included clinical and angiographic outcomes. The First-In-Man study was a small, non-randomized, two-center study that used the CYPHER Stent in 30 of its 45 patients. Major study characteristics are summarized in Table 7-1. Principal adverse events are shown in Table 7-2.

| Table 7-1: Clinical Studies – Major Characteristics | | | |
|---|---|---|---|
| | **SIRIUS Trial** | **RAVEL Trial** | **First-In-Man Study** |
| **Study Type** | prospective, randomized | prospective, randomized | non-randomized |
| **Number of Patients** | 1058 (533 CYPHER Stent, 525 Control) | 238 (120 CYPHER Stent, 118 Control) | 45 (30 CYPHER Stent, 15 other) |
| **Lesion Criteria** | *De novo* lesion in native coronary artery ≥ 2.5 to ≤ 3.5 mm in diameter, lesion 15 to 30 mm in length and coverable with 2 stents | *De novo* lesion in native coronary artery ≥ 2.5 to ≤ 3.5 mm in diameter, lesion coverable by one 18 mm stent | *De novo* lesion in native coronary artery ≥ 3.0 to ≤ 3.5 mm diameter, lesion coverable by one 18 mm stent |
| **Antiplatelet Therapy** | Aspirin indefinitely, and ticlopidine or clopidogrel for 3 months | Aspirin indefinitely, and ticlopidine or clopidogrel for 2 months | Aspirin indefinitely, and ticlopidine or clopidogrel for 2 months |

9

A604

| Table 7-2: Principal Adverse Events Observed in Clinical Studies In-Hospital and Out-of-Hospital | | | | | |
|---|---|---|---|---|---|
| | SIRIUS Trial to 360 Days | | RAVEL Trial to 720 Days | | First-in-Man to 720 Days |
| | CYPHER Stent (N=533) | Control Stent (N=525) | CYPHER Stent (N=120) | Control Stent (N=118) | CYPHER Stent (N=30) |
| MACE[1] | | | | | |
|   In-Hospital | 2.4% (13) | 1.5% (8) | 2.5% (3) | 2.5% (3) | 6.7% (2) |
|   Out-of-Hospital | 6.0% (32) | 21.3% (112) | 7.5% (9) | 17.8% (21) | 3.3% (1) |
| Death | | | | | |
|   In-Hospital | 0.2% (1) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 3.3% (1) |
|   Out-of-Hospital | 1.1% (6) | 0.8% (4) | 5.0% (6) | 2.5% (3) | 0.0% (0) |
| Myocardial Infarction | | | | | |
|   In-Hospital | 2.3% (12) | 1.5% (8) | 2.5% (3) | 2.5% (3) | 3.3% (1) |
|   Out-of-Hospital | 0.8% (4) | 1.9% (10) | 1.7% (2) | 2.5% (3) | 0.0% (0) |
|   Q-wave | | | | | |
|     In-Hospital | 0.4% (2) | 0.0% (0) | 1.7% (2) | 0.8% (1) | 0.0% (0) |
|     Out-of-Hospital | 0.4% (2) | 0.4% (2) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
|   Non Q-wave | | | | | |
|     In-Hospital | 1.9% (10) | 1.5% (8) | 0.8% (1) | 1.7% (2) | 3.3% (1) |
|     Out-of-Hospital | 0.4% (2) | 1.5% (8) | 1.7% (2) | 2.5% (3) | 0.0% (0) |
| Emergent CABG | | | | | |
|   In-Hospital | 0.0% (0) | 0.0% (0) | -- | -- | 0.0% (0) |
|   Out-of-Hospital | 0.0% (0) | 0.0% (0) | -- | -- | 0.0% (0) |
| Target Lesion Revascularization (TLR) | | | | | |
|   In-Hospital | 0.2% (1) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
|   Out-of-Hospital | 4.7% (25) | 20.0% (105) | 2.5% (3) | 13.6% (16) | 3.3% (1) |
| TVR not Target Lesion | | | | | |
|   In-Hospital | 0.0% (0) | 0.0% (0) | 0.8% (1) | 0.8% (1) | 3.3% (1) |
|   Out-of-Hospital | 3.6% (19) | 6.7% (35) | 0.0% (0) | 1.7% (2) | 3.3% (1) |
| Target Vessel Failure[2] | | | | | |
|   In-Hospital | 2.4% (13) | 1.5% (8) | 2.5% (3) | 2.5% (3) | 6.7% (2) |
|   Out-of-Hospital to 270 days[3] | 6.6% (35) | 19.6% (103) | -- | -- | -- |
|   Out-of-Hospital to 360/720 days | 7.5% (40) | 23.6% (124) | 3.3% (4) | 19.5% (27) | 3.3% (1) |
| Stent Thrombosis | | | | | |
|   In-Hospital | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
|   Out-of-Hospital | 0.2% (1) | 0.2% (1) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
| Sub-acute Closure | | | | | |
|   In-Hospital | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
|   Out-of-Hospital | 0.2% (1) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
| Late Thrombosis | | | | | |
|   Out-of-Hospital | 0.2% (1) | 0.6% (3) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
| CVA | | | | | |
|   In-Hospital | 0.2% (1) | 0.8% (4) | 0.0% (0) | 0.0% (0) | 3.3% (1) |
|   Out-of-Hospital | 0.9% (5) | 1.3% (7) | 0.8% (1) | 0.0% (0) | 3.3% (1) |

[1] MACE is defined as Death, Q-wave or non Q-wave MI, Emergency CABG, or Target Lesion Revascularization.
[2] Target Vessel Failure is defined as Target Vessel Revascularization, MI or cardiac death that could not be clearly attributed to a vessel other than the target vessel.
[3] TVF at 270 days is the primary endpoint for the SIRIUS study.
Tabulated entries are represented as: percentage (number of patients with event).

In the SIRIUS trial, a subset of patients underwent intravenous ultrasound (IVUS) evaluation of the treated lesion immediately after treatment and as part of a scheduled angiographic evaluation at 8 months. In the RAVEL trial, a subset of patients underwent an IVUS study as part of the follow-up angiographic evaluation at 6 months, but there was no baseline IVUS evaluation. In both studies, patients who received the CYPHER Stent had a greater frequency of incomplete stent apposition at follow-up than patients who received the control stent (BX VELOCITY Stent, an uncoated 316L stainless steel stent). From the SIRIUS trial, it appeared that in about half of the cases, the incomplete stent apposition had not been observed immediately after stenting (late incomplete stent apposition). Late incomplete stent apposition was not observed in the control group. There were no clinical adverse events that were related to the occurrence of incomplete stent apposition. Frequencies of incomplete stent apposition are shown in Table 7-3.

| Table 7-3: Frequency of Incomplete Stent Apposition | | | |
|---|---|---|---|
| | SIRIUS Trial | | RAVEL Trial |
| | CYPHER Stent | Control Stent | CYPHER Stent | Control Stent |
| Incomplete Stent Apposition Rate at Follow-up | 18% (18/101) | 9% (7/78) | 21% (10/41) | 4% (2/27) |
| Changes from Baseline | | | | |
|   Healed | 10% (8/80) | 5% (3/61) | -- | -- |
|   Preserved | 8% (6/80) | 10% (6/61) | -- | -- |
|   Late Incomplete Stent Apposition | 9% (7/80) | 0% (0/61) | -- | -- |

10

**7.2.    Potential Adverse Events**

Adverse events (in alphabetical order) which may be associated with the implantation of a coronary stent in coronary arteries (including those listed in Table 7-2 and Table 7-3):

**7.2.1.    Potential Adverse Events Associated with Coronary Stent Placement**

- Allergic reaction
- Aneurysm
- Arrhythmias
- Cardiac tamponade
- Death
- Dissection
- Drug reactions to antiplatelet agents / anticoagulation agents / contrast media
- Emboli, distal (tissue, air, or thrombotic emboli)
- Embolization, stent
- Emergency CABG
- Failure to deliver the stent to the intended site
- Fever
- Fistulization
- Hemorrhage
- Hypotension/Hypertension
- Incomplete stent apposition
- Infection and pain at the intended site

- Myocardial infarction
- Myocardial ischemia
- Occlusion
- Prolonged angina
- Pseudoaneurysm
- Renal failure
- Restenosis of stented segment (greater than 50% obstruction)
- Rupture of native and bypass graft
- Stent compression
- Stent migration
- Stroke
- Thrombosis (acute, subacute, or late)
- Ventricular fibrillation
- Vessel spasm
- Vessel perforation

**7.2.2.    Potential Adverse Events Related to Sirolimus (Following Oral Administration):**

- Abnormal liver function tests
- Anemia
- Arthralgias
- Diarrhea
- Hypercholesterolemia
- Hypersensitivity, including anaphylactic/anaphylactoid type reactions
- Hypertriglyceridemia (see section 5.10)
- Hypokalemia
- Infections
- Interstitial lung disease
- Leukopenia
- Lymphoma and other malignancies
- Thrombocytopenia

# 8.    Clinical Studies

## 8.1.    Overview of Clinical Studies

The principal safety and efficacy evidence for the CYPHER Stent came from three clinical studies, the SIRIUS trial, the RAVEL trial, and the First-In-Man study. All three of these studies evaluated the performance of the CYPHER Stent in patients with symptomatic ischemic disease due to *de novo* lesions in native coronary arteries. Major study characteristics are summarized below and in Table 8-1.

The SIRIUS and RAVEL trials were multi-center, double-blind, randomized clinical trials that compared the CYPHER Stent to a Control consisting of an uncoated 316L stainless steel stent (the BX VELOCITY Stent). Eligibility was based on visual estimates of vessel diameter and lesion length. Following treatment, patients were treated with aspirin indefinitely and with clopidogrel or ticlopidine for 2 or 3 months, depending on the study. The SIRIUS trial was a large study with a primary clinical endpoint of target vessel failure at 9 months. Angiographic follow-up was scheduled for a majority of patients at 8 months. The RAVEL trial was a smaller study with a primary angiographic endpoint of late loss at 6 months. Clinical follow-up through one year is available for both trials, and follow-up through five years is planned.

The First-In-Man study was a small, non-randomized, initial feasibility study that involved angiographic and clinical follow-up. Its primary value is that it provides the longest available follow-up information, through 2 years.

**Table 8-1: Clinical Study Comparison**

| | SIRIUS Trial | RAVEL Trial | First-In-Man Study |
|---|---|---|---|
| Study Type | Pivotal Study | Supportive Study | Feasibility Study |
| | Multi-center (N=53), prospective, randomized | Multi-center (N=19), prospective, randomized | Multi-center (N=2) Non-randomized |
| Number of Patients | 1058 (533 CYPHER Stent, 525 Control) | 238 (120 CYPHER Stent, 118 Control) | 45 (30 CYPHER Stent, 15 other) |
| Lesion Criteria | *De novo* lesion in native coronary artery ≥ 2.5 to ≤ 3.5 mm in diameter, lesion 15 to 30 mm in length and coverable with 2 stents | *De novo* lesion in native coronary artery ≥ 2.5 to ≤ 3.5 mm in diameter, lesion coverable by one 18 mm stent | *De novo* lesion in native coronary artery ≥ 3.0 to ≤ 3.5 mm diameter, lesion coverable by a 18 mm stent |
| Device Products Used | CYPHER Sirolimus-eluting Coronary Stent on RAPTOR Over-the-Wire Stent Delivery System | CYPHER Sirolimus-eluting Coronary Stent on RAPTORRAIL Rapid Exchange Stent Delivery System | CYPHER Sirolimus-eluting Coronary Stent on RAPTOR Over-the-Wire Stent Delivery System |
| Antiplatelet Therapy | Aspirin indefinitely, and Ticlopidine or Clopidogrel for 3 months | Aspirin indefinitely, and Ticlopidine or Clopidogrel for 2 months | Aspirin indefinitely, and Ticlopidine or Clopidogrel for 2 months |
| Follow-up | 8 months angiographic 9 months clinic 1, 3, 6, 12 months and 2, 3, 4 and 5 years telephone F/U | 6 months angiographic 1 and 6 month clinic 12 months and 2, 3, 4, and 5 years telephone F/U | Brazil: 4, 12, 24 months angio & IVUS The Netherlands: 6 & 18 months angio & IVUS and 24 months clinical F/U |

11

A606

8.2.   **SIRIUS Trial (Pivotal Study)**

**Purpose:** The purpose of the trial was to evaluate the safety and effectiveness of the CYPHER Stent in reducing target vessel failure in *de novo* native coronary artery lesions.

**Conclusions:** In selected patients, use of the CYPHER Stent significantly reduced the rate of target vessel failure (TVF) at 9 months compared to the Control (BX VELOCITY Stent, an uncoated 316L stainless steel stent). Angiographic lesion characteristics at 8 months were also significantly improved.

**Design:** This was a multi-center, prospective, randomized, double-blind trial conducted at 53 sites in the U.S. The primary efficacy endpoint was pre-specified to be TVF at 9 months, defined as cardiac death, myocardial infarction, or target vessel revascularization. To be eligible, a patient was required to have a *de novo* ischemic lesion of length 15 mm to 30 mm in a native coronary artery of diameter 2.5 mm to 3.5 mm (using visual estimates). Patients could be treated with up to two overlapping stents to cover the lesion.

Patients were randomized with equal probability to receive either the CYPHER Stent or the Control. A total of 1101 patients were randomized, and 1058 patients were included in the study results; 533 with CYPHER Stent and 525 with Control. A subset of 826 was pre-assigned to have angiographic follow-up at 8 months. After the procedure, patients were treated with aspirin indefinitely and with clopidogrel or ticlopidine for 3 months.

Clinical follow-up through the 12-month (± 2 weeks) endpoint was available on 1027 patients. Angiographic follow-up was obtained on 703 patients. A total of 209 patients had both baseline and follow-up IVUS studies. Clinical follow-up currently is available through one year.

**Demography:** Baseline characteristics were similar for both treatment arms; factors evaluated included age (mean 62 years), gender (29% female), race (90% Caucasian, 4.3% African American, 3.4% Hispanic, 1.7% Asian, and approximately 0.6% other), diabetes (26%), prior MI (31%), hypertension (68%), hyperlipidemia (74%), ejection fraction (mean 54%), CSS Angina Class (44% III or IV), and IIb/IIIa inhibitor use (60%), LAD (44%), LCX (25%), RCA (31%), reference vessel diameter (mean 2.8 mm), minimum lumen diameter (mean 0.97 mm), percent diameter stenosis (mean 65%), and lesion length (mean 14.4 mm). The overall fraction with a smoking history was 23%, but it was slightly lower in the CYPHER Stent arm (20%) than in the control arm (26%); smoking history was not found to be a significant predictor of outcome in the trial.

**Methods:** Baseline clinical and angiographic data were collected on standardized case report forms by clinical coordinators at the clinical sites. Angiographic and IVUS outcomes were assessed in a blinded fashion by quantitative analysis at designated central laboratories. An independent Clinical Events Committee adjudicated clinical events, and the trial was monitored by an independent Data and Safety Monitoring Committee.

**Results:** In selected patients, elective CYPHER Stent placement in native coronary *de novo* lesions resulted in a reduction in the incidence of TVF at 9 months compared to Control (8.8% vs. 21.0%, p < 0.001). By follow-up angiography at 8 months, there was significantly lower in-stent late loss (0.17 mm vs. 1.00 mm, p < 0.001) and mean in-lesion % diameter stenosis was significantly reduced (23.6% vs. 43.2%, p < 0.001). There was no evidence of an edge-effect 5 mm proximal or distal to the stent. Examination by IVUS at 8 months showed that neointimal hyperplasia (NIH) volume was significantly reduced in the CYPHER Stent arm (4.4 mm³ vs. 57.6 mm³, p < 0.001), but there was a higher rate of incomplete stent apposition (18% vs. 9%, p = 0.13). There were no clinical events related to the occurrence of incomplete stent apposition. Clinical outcomes through 12 months were consistent with the 9 month outcomes. Twenty-eight percent (28%) of the patients in the CYPHER Stent arm of the SIRIUS trial received 2 or more (overlapping) stents. The incidence of major adverse cardiac events in these patients was statistically lower than the patients who received an uncoated stent.

Table 8-2 summarizes the principal effectiveness and safety results of the SIRIUS Trial through 360 days. Figure 8-1 provides the cumulative TVF rates through 360 days.

A607

**Table 8-2 SIRIUS Principal Effectiveness and Safety Results (to 360 Days)**
**All Patients Treated (N=1058)**

| Effectiveness Measures | CYPHER Stent (N=533 Patients N=533 Lesions) | Control (N=525 Patients N=531 Lesions) | Difference [95% CI] | P-Value |
|---|---|---|---|---|
| Device Success* | 97.9% (522/533) | 98.7% (524/531) | -0.7% [-2.3, 0.8] | 0.477 |
| Procedure Success* | 97.4% (519/533) | 98.5% (517/525) | -1.1% [-2.8%, 0.6%] | 0.261 |
| **Post-Procedure MLD (mm)** | | | | |
| In-Stent | 2.67 ± 0.40 (528) | 2.68 ± 0.42 (526) | 0.00 [-0.05, 0.05] | 0.985 |
| In-Lesion | 2.38 ± 0.45 (530) | 2.40 ± 0.46 (526) | -0.01 [-0.07, 0.04] | 0.643 |
| **Post-Procedure % DS** | | | | |
| In-Stent | 5.4% ± 8.2% (529) | 6.0% ± 7.9% (526) | -0.6% [-1.6%, 0.4%] | 0.229 |
| In-Lesion | 16.1% ± 8.7% (530) | 16.2% ± 8.5% (526) | -0.1% [-1.2%, 1.0%] | 0.792 |
| **Eight-Month Follow-up MLD (mm)** | | | | |
| In-Stent | 2.50 ± 0.58 (349) | 1.69 ± 0.78 (353) | 0.82 [0.71, 0.92] | <0.001 |
| In-Lesion | 2.15 ± 0.61 (350) | 1.60 ± 0.72 (353) | 0.55 [0.45, 0.65] | <0.001 |
| **Eight-Month Follow-up % DS** | | | | |
| In-Stent | 10.4% ± 16.5% (349) | 40.1% ± 25.3% (353) | -29.7% [-32.9%, -26.5%] | <0.001 |
| In-Lesion | 23.6% ± 16.4% (350) | 43.2% ± 22.4% (353) | -19.7% [-22.6%, -16.8%] | <0.001 |
| **Eight-Month Late Loss (mm)** | | | | |
| In-Stent | 0.17 ± 0.44 (347) | 1.00 ± 0.70 (350) | -0.83 [-0.92, -0.74] | <0.001 |
| In-Lesion | 0.24 ± 0.47 (348) | 0.81 ± 0.67 (350) | -0.57 [-0.66, -0.49] | <0.001 |
| **Eight-Month Binary Restenosis** | | | | |
| In-Stent | 3.2% (11/349) | 35.4% (125/353) | -32.3% [-37.6%, -26.9%] | <0.001 |
| In-Lesion | 8.9% (31/350) | 36.3% (128/353) | -27.4% [-33.2%, -21.6%] | <0.001 |
| Eight-Month Minimum Lumen Area (mm²) | 5.4 ± 2.1 (101) | 3.9 ± 1.9 (75) | 1.5 [0.9, 2.1] | <0.001 |
| Eight-Month NIH Volume (mm³) | 4.4 ± 6.5 (51) | 57.6 ± 32.7 (45) | -53.2 [-62.5, -43.9] | <0.001 |
| TVF to 9 Months (Primary Endpoint)* | 8.8% (47/533) | 21.0% (110/525) | -12.1% [-16.4%, -7.9%] | <0.001 |
| **Clinical Endpoints to 270 Days** | | | | |
| TLR-Free† | 95.8% | 83.2% | 12.6% [8.5%, 16.7%] | <0.001 |
| TVR-Free† | 93.5% | 81.1% | 12.4% [8.0%, 16.8%] | <0.001 |
| TVF-Free † | 91.1% | 78.9% | 12.2% [7.5%, 16.8%] | <0.001 |
| MACE-Free† | 92.8% | 81.0% | 11.8% [7.4%, 16.3%] | <0.001 |
| **Clinical Endpoints to 360 Days** | | | | |
| TLR-Free† | 95.0% | 79.5% | 15.5% [11.4%, 19.7%] | <0.001 |
| TVR-Free† | 92.7% | 76.9% | 15.8% [11.4%, 20.1%] | <0.001 |
| TVF-Free † | 90.1% | 74.9% | 15.2% [10.6%, 19.9%] | <0.001 |
| MACE-Free† | 91.7% | 77.4% | 14.2% [9.6%, 18.7%] | <0.001 |
| **Safety Measures** | | | | |
| In-Hospital MACE* | 2.4% (13/533) | 1.5% (8/525) | 0.9% [-0.8%, 2.6%] | 0.379 |
| Out-of-Hospital MACE to 270 days* | 4.9% (26/533) | 17.7% (93/525) | -12.8% [-16.6%, -9.1%] | <0.001 |
| Out-of-Hospital MACE to 360 days* | 6.0% (32/533) | 21.3% (112/525) | -16.3% [-19.4%, -11.3%] | <0.001 |
| MACE to 270 days* | 7.1% (38/533) | 18.9% (99/525) | -11.7% [-15.7%, -7.7%] | <0.001 |
| MACE to 360 days* | 8.3% (44/533) | 22.3% (117/525) | -14.0% [-18.3%, -9.8%] | <0.001 |
| TVF to 270 days (Primary endpoint)* | 8.8% (47/533) | 21.0% (110/525) | -12.2% [-16.4%, -7.9%] | <0.001 |
| TVF to 360 days* | 9.6% (52/533) | 24.8% (130/525) | -15.0% [-19.5%, -10.5%] | <0.001 |
| Stent Thrombosis to 30 days | 0.2% (1/533) | 0.2% (1/525) | 0.0% [-0.5%, 0.5%] | 1.000 |
| Late Thrombosis to 360 days | 0.2% (1/533) | 0.6% (3/525) | -0.4% [-1.1%, 0.4%] | 0.371 |
| Subacute Closure | 0.2% (1/533) | 0.0% (0/525) | 0.2% [-0.2%, 0.6%] | 1.000 |
| Cerebrovascular Accident (CVA) to 360 days | 1.1% (6/533) | 2.1% (11/525) | -1.0% [-2.5%, 0.5%] | 0.231 |
| Major Bleeding Complications | 3.6% (19/533) | 3.4% (18/525) | 0.1% [-2.1%, 2.3%] | 1.000 |
| Major (hemorrhagic) Vascular Complications | 1.5% (8/533) | 2.3% (12/525) | -0.8% [-2.4%, 0.9%] | 0.376 |
| Hematological Dyscrasia to 360 days | 0.6% (3/533) | 0.8% (4/525) | -0.2% [-1.2%, 0.8%] | 0.724 |

Numbers are % (counts/sample size) or Mean ± SD.
Relative Risk = Sirolimus/BX VELOCITY Stent
CI = RR-exp(±1.96·SE)

CI = Confidence Interval
SE = Calculated in SAS‡ software using Mantel-Haenszel Method

All event data were adjudicated by the independent Clinical Events Committee (CEC). All QCA data were assessed by the Angiographic Core Laboratory.   All IVUS data were assessed by the IVUS Core Laboratory.
Device Success (Lesion Based) – Achievement of a final residual diameter stenosis of <50% (by QCA) using the assigned device only (if QCA was not available, the visual estimate of diameter stenosis was used).
Procedure Success (Lesion Based) – Achievement of a final diameter stenosis of <50% (by QCA) using any percutaneous method, without the occurrence of death, Q-wave or WHO-defined non Q-wave MI, or repeat revascularization of the target lesion during the hospital stay (if QCA was not available, the visual estimate of diameter stenosis was used).
MLD = Minimum Lumen Diameter
DS = Diameter Stenosis
In-Lesion (Within Segment) – Inivision measurement was defined as the measurements either within the stented segment or within 5 mm proximal or distal to the stent edges.
In-Stent (Within Stent) – In-stent measurement was defined as the measurement within the stented segment.
NIH = Neointimal Hyperplasia
* Events rates in this table included the WHO definition of non Q-wave MI.
WHO-defined non Q-wave MI – Elevation of post-procedure CK levels to >2 times normal with elevated CKMB in the absence of new pathological Q-waves.
† The following survival estimates are by Kaplan-Meier Methods with standard error estimates by Peto formula:
    TLR-Free– No target lesion revascularization.
    TVR-Free – No target vessel revascularization.
    TVF-Free – No cardiac death, Q-wave or WHO-defined non Q-wave MI, or target vessel revascularization.
    MACE-Free – No death, Q-wave or WHO-defined non Q-wave MI, or target vessel revascularization.
Major Adverse Cardiac Events (MACE) – A composite endpoint comprised of death, Q-wave or WHO-defined non Q-wave MI, or target vessel revascularization.
Target Vessel Failure (TVF) – A composite endpoint comprised of cardiac death, Q-wave or WHO-defined non Q-wave MI, or target vessel revascularization.
Stent Thrombosis – A 30-day endpoint including subacute closure or unexplained death or Q-wave MI.
Late Thrombosis – Myocardial infarction occurring >30 days after the index procedure and attributable to the target vessel with angiographic documentation (site-reported or by QCA) of thrombus or total occlusion at the target site and freedom from an interim revascularization of the target vessel.
Subacute (Subabrupt) Closure – Abrupt closure that occurred after the index procedure was completed (and the patient left the catheterization laboratory) and before the 30-day follow-up endpoint.
Cerebrovascular Accident (CVA) – Sudden onset of vertigo, numbness, aphasia, or dysarthria due to vascular lesions of the brain such as hemorrhage, embolism, thrombosis, or rupturing aneurysm, that persisted >24 hours.
Major Bleeding Complications – Bleeding requiring transfusions or associated with hemoglobin drop > 5.0 g/dL.
Major (hemorrhagic) Vascular Complication – Hematoma at access site >5 cm; false aneurysm; AV fistula; retroperitoneal bleed; peripheral ischemia/nerve injury; any transfusion required was reported as a vascular complication unless clinical indication clearly other than catheterization complication; and vascular surgical repair.

‡ SAS is a trademark of SAS Institute, Inc.

13

A608



**Figure 8-1**
**Kaplan-Meier Graph and Life Table to 360 Days**
**SIRIUS Cumulative Percentage of Target Vessel Failure**



Error Bars Indicate 1.5 Standard Error

| | Time after initial procedure (days) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sirolimus-Eluting** | 0 | 7 | 14 | 30 | 60 | 90 | 120 | 150 | 180 | 210 | 240 | 270 | 360 |
| **Bx VELOCITY™** | | | | | | | | | | | | | |
| # Entered | 533 | 530 | 519 | 519 | 517 | 514 | 509 | 505 | 499 | 496 | 490 | 481 | 474 |
| # Censored | 0 | 1 | 0 | 0 | 3 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 20 |
| # Incomplete | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| # at risk | 533.0 | 529.5 | 519.0 | 519.0 | 515.5 | 513.0 | 508.5 | 504.5 | 498.5 | 495.5 | 489.5 | 480.5 | 464.0 |
| # Events | 3 | 10 | 0 | 2 | 0 | 3 | 3 | 5 | 2 | 3 | 5 | 6 | 5 |
| # Events/Month | | 42.9 | 0.0 | 3.5 | 0.0 | 3.0 | 3.0 | 5.0 | 2.0 | 5.0 | 8.0 | 6.0 | 1.7 |
| % with Events | 0.6% | 2.4% | 2.4% | 2.8% | 2.8% | 3.4% | 4.0% | 4.9% | 5.3% | 6.2% | 7.8% | 8.9% | 9.9% |
| SE | 0.3% | 0.7% | 0.7% | 0.7% | 0.7% | 0.8% | 0.9% | 0.9% | 1.0% | 1.1% | 1.2% | 1.2% | 1.3% |
| **Bx VELOCITY™** | | | | | | | | | | | | | |
| # Entered | 525 | 525 | 515 | 515 | 513 | 507 | 499 | 475 | 468 | 460 | 450 | 439 | 406 |
| # Censored | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 19 |
| # Incomplete | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| # at risk | 525.0 | 525.0 | 515.0 | 515.0 | 513.0 | 507.0 | 487.0 | 475.0 | 467.5 | 459.0 | 450.0 | 436.0 | 396.5 |
| # Events | 0 | 10 | 0 | 2 | 6 | 8 | 20 | 7 | 7 | 6 | 11 | 31 | 20 |
| # Events/Month | | 42.9 | 0.0 | 3.5 | 8.0 | 8.0 | 20.0 | 7.0 | 7.0 | 6.0 | 11.0 | 31.0 | 6.7 |
| % with Events | 0.0% | 1.9% | 1.9% | 2.3% | 3.4% | 5.0% | 8.8% | 10.1% | 11.5% | 13.0% | 15.1% | 21.1% | 25.1% |
| SE | 0.0% | 0.6% | 0.6% | 0.7% | 0.8% | 1.0% | 1.3% | 1.4% | 1.4% | 1.5% | 1.6% | 1.8% | 2.0% |

**Tests Between Groups**

| Test | Chi-Square | Deg Frdm | P-value |
|---|---|---|---|
| Log-Rank | 40.01 | 1 | <0.001 |
| Wilcoxon | 38.29 | 1 | <0.001 |

Standard error estimates by Peto formula.

8.3. **RAVEL Trial**

**Purpose:** The purpose of the trial was to evaluate the safety and effectiveness of the CYPHER Stent for reducing late loss in *de novo* native coronary artery lesions.

**Conclusions:** In selected patients, use of the CYPHER Stent significantly reduced the rate of in-stent late loss at 6 months compared to the Control (BX VELOCITY, an uncoated 316L stainless steel stent). Clinical outcomes at 24 months were also significantly improved.

**Design:** This was a multi-center, prospective, randomized, double-blind trial conducted at 19 sites in Europe, Brazil and Mexico. The primary efficacy endpoint was pre-specified to be in-stent late loss at 6 months. To be eligible a patient was required to have a *de novo* ischemic lesion of a length that could be covered by a single 18 mm stent in a native coronary artery of diameter 2.5 mm to 3.5 mm (using visual estimates).

Patients were randomized with equal probability to receive either the CYPHER Stent or the Control stent. A total of 238 patients were randomized; 120 to CYPHER Stent and 118 to Control. After the procedure patients were treated with aspirin indefinitely and with clopidogrel or ticlopidine for 2 months.

Angiographic follow-up at 6 months was obtained in 217 patients. IVUS follow-up (but without baseline studies) was obtained on 110 patients. Clinical follow-up is currently available through 2 years (± 1 month) in 90% of patients.

**Demography:** Baseline characteristics were similar for both treatment arms; factors evaluated included age (mean 61 years), diabetes (18%), prior MI (36%), hypertension (49%), hyperlipidemia (52%), current smoking (30%), CSS Angina Class (12% III or IV), IIb/IIIa inhibitor use (10%), LAD (50%), LCX (23%), RCA (27%), reference vessel diameter (mean 2.6 mm), minimum lumen diameter (mean 0.95 mm), percent diameter stenosis (mean 64%), and lesion length (mean 9.6 mm). Overall 24% were female, but there were more women in the CYPHER Stent arm (30%) than in the Control arm (19%); gender was not a significant predictor of outcome in the trial.

**Methods:** Baseline clinical and angiographic data were collected on standardized case report forms by clinical coordinators at the clinical sites. Angiographic and IVUS outcomes were assessed in a blinded fashion by quantitative analysis at designated central laboratories. An independent review committee adjudicated clinical events, and the trial was monitored by an independent Data and Safety Monitoring Committee.

14

A609

Results: In selected patients, elective CYPHER Stent placement in naïve coronary *de novo* lesions resulted in significantly lower in-stent late loss at 6 months compared to control (-0.01 mm vs. 0.80 mm, p < 0.001), and the mean in-lesion % diameter stenosis also was significantly reduced (25.3% vs. 38.7%, p < 0.001). There was no evidence of an edge-effect 5 mm proximal or distal to the stent. Examination by IVUS at 6 months showed that neointima volume was significantly reduced in the CYPHER Stent arm (1.5 mm³ vs. 34.3 mm³, p < 0.001), but there was a higher rate of incomplete stent apposition (21% vs. 4%, p = 0.028). The rate of target vessel failure by 1 year was lower (4% vs. 20%, p < .001).

Table 8-3 summarizes the principal effectiveness and safety results of the RAVEL Trial to 720 days. Figure 8-2 provides the cumulative TVF rates to 720 days.

### Table 8-3: RAVEL Principal Effectiveness and Safety Results (to 720 days)
### All Patients Treated (N=238)

| Effectiveness Measures | CYPHER Stent (N=120) | Control (N=118) | Difference [95% CI] | P-value |
|---|---|---|---|---|
| Procedure Success | 96.7% (116/120) | 93.1% (108/118) | 3.6% [-2.1%, 9.2%] | 0.248 |
| Binary Restenosis Rate | 0.0% (0/109) | 26.6% (29/109) | -26.6% [-34.9%, -18.3%] | <0.001 |
| Post-procedure MLD (mm) | | | | |
| In-stent | 2.43 ± 0.41 (N=120) | 2.41 ± 0.40 (N=116) | 0.01 [-0.09, 0.12] | 0.705 |
| In-lesion | 1.97 ± 0.40 (N=120) | 2.01 ± 0.44 (N=116) | -0.04 [-0.14, 0.07] | 0.465 |
| Post-procedure % DS | | | | |
| In-stent | 11.9 ± 5.9 (N=120) | 14.0 ± 6.8 (N=116) | -2.1 [-3.7, -0.5] | 0.012 |
| In-lesion | 24.5 ± 8.6 (N=120) | 24.7 ± 10.7 (N=116) | -0.2 [-2.7, 2.2] | 0.855 |
| 6 month f/u MLD (mm) | | | | |
| In-stent | 2.42 ± 0.49 (N=109) | 1.64 ± 0.59 (N=109) | 0.78 [0.64, 0.93] | <0.001 |
| In-lesion | 2.01 ± 0.47 (N=109) | 1.57 ± 0.53 (N=109) | 0.45 [0.31, 0.58] | <0.001 |
| 6 month f/u % DS | | | | |
| In-stent | 14.7 ± 6.9 (N=109) | 36.7 ± 18.0 (N=109) | -22.0 [-25.6, -18.4] | <0.001 |
| In-lesion | 25.3 ± 9.6 (N=109) | 38.7 ± 16.9 (N=109) | -13.5 [-17.1, -9.8] | <0.001 |
| 6 month f/u | | | | |
| Late loss (mm) | -0.01 ± 0.33 (N=109) | 0.80 ± 0.53 (N=108) | -0.81 [-0.93, -0.70] | <0.001 |
| Volume obstruction in-stent (mm) | 1.1 ± 2.5 (N=55) | 26.1 ± 20.2 (N=54) | -25.0 [-30.3, -19.7] | 0.022 |
| TLR-Free to 720 days* | 97.4% | 86.2% | 11.2% [3.7%, 18.7%] | 0.001 |
| TVR-Free to 720 days* | 96.6% | 83.6% | 13.0% [4.9%, 21.1%] | <0.001 |
| TVF-Free to 720 days* | 94.1% | 78.7% | 15.4% [6.2%, 24.6%] | <0.001 |
| MACE-Free to 720 days* | 89.9% | 80.4% | 9.5% [0.0%, 19.2%] | 0.022 |
| **Safety Measures** | | | | |
| MACE In-Hospital | 2.5% (3/120) | 2.5% (3/118) | 0.0% [-4.0%, 3.9%] | 1.000 |
| MACE out-of-Hospital to 720 days | 7.5% (9/120) | 17.8% (21/118) | -10.3% [-18.7%, -1.9%] | 0.019 |
| MACE to 720 days | 10.0% (12/120) | 19.5% (23/118) | -9.5% [-18.4%, -0.6%] | 0.045 |
| Sub-acute Occlusion | 0.0% (0/120) | 0.0% (0/118) | 0.0% [—,—] | -- |
| Stent Thrombosis | 0.0% (0/120) | 0.0% (0/118) | 0.0% [—,—] | -- |
| Late Thrombosis | 0.0% (0/120) | 0.0% (0/118) | 0.0% [—,—] | -- |
| CVA to 720 days | 0.8% (1/120) | 0.0% (0/118) | 0.8% [-0.8%, 2.5%] | 1.000 |
| Major Bleeding Complications to 720 days | 0.8% (1/120) | 3.4% (4/118) | -2.6% [-6.2%, 1.1%] | 0.211 |

Numbers are % (count/available field sample size) or mean ± 1 standard deviation.
CI = Confidence Interval          CI = Diff ± 1.96 • SE
SD = Standard Deviation          SE = sqrt (p1+q1/n1 + p2+q2/n2)
Procedure success -- Successful implantation of study device, attainment of < 30% diameter stenosis by angiographic corelab. Quantitative Coronary Angiography (QCA) determination, and freedom from in-hospital MACE.
% DS— Percent diameter stenosis -- value calculated as 100·(1-MLD/RVD) using the mean values from two orthogonal views (when possible) by Quantitative Coronary Angiography (QCA). A 100% DS was imputed for total occlusions if no RVD values were available.
Restenosis Rate -- Percent lesions with a follow-up percent diameter stenosis is ≥ 50%.
* The following survival estimates are by Kaplan-Meier methods.  Standard Error estimates from Peto formula.
       TLR-Free -- No target lesion revascularization
       TVR-Free -- No target vessel revascularization
       TVF-Free -- No cardiac death, target vessel related myocardial infarction or target vessel revascularization
       MACE-Free -- No death, myocardial infarction, target lesion CABG or target lesion Re-PTCA
In-Hospital MACE -- Death, myocardial infarction (Q-wave and non Q-wave), target lesion CABG or target lesion revascularization prior to hospital discharge as determined by the independent Clinical Events Committee.
Out-of-Hospital MACE -- Death, myocardial infarction (Q-wave and non Q-wave), target lesion CABG or target lesion revascularization after hospital discharge through the 720 days contact as determined by the independent Clinical Events Committee.
Late loss-- Difference MLD after device— MLD at follow-up.
MACE -- Major Adverse Cardiac Events: death, myocardial infarction (Q-wave and non Q-wave), target lesion CABG or target lesion revascularization.
Major Bleeding Events -- Any intracranial bleeding, cardiac tamponade, bleeding events associated with a decrease in hemoglobin > 5.0 g/dL, transfusion or surgical repair.
MI — Myocardial Infarction: Necrosis of the myocardium, as a result of interruption of the blood supply to the area as in coronary thrombosis. For this study, myocardial infarction was categorized in Q-wave and non Q-wave.
Sub-acute occlusion -- New reduced (TIMI 0 or 1) flow at the target vessel as a result of mechanical obstruction, such as dissection or luminal thrombus, occurring after completion of the index procedure but within thirty days of stent deployment.
Stent Thrombosis -- Complete thirty-day ischemic endpoint including death, Q-wave MI or subabrupt closure requiring revascularization.
Late Thrombosis -- Late Thrombosis was myocardial infarction attributable to the target vessel with angiographic documentation (site-reported or by QCA) of thrombus or total occlusion at the target site > 30 days after the index procedure in the absence of an intervening revascularization of the target vessel.
MLD -- mean minimal luminal diameter (mm) from two orthogonal views using Quantitative Coronary Angiography (QCA).
RVD -- Reference Vessel Diameter: Average of normal segments proximal and distal to the target lesion from two orthogonal views (when available) using QCA.
TL = Target Lesion
TV = Target Vessel
CVA = Cerebrovascular Accident: Cerebral hemorrhage, thrombosis, or embolism leading to neurological deficit.

15

A610



Figure B-2
Kaplan-Meier Graph and Life Table to 720 Days
RAVEL Cumulative Percentage of Target Vessel Failure

Error Bars Indicate ± 1.5 Standard Error
Standard Error based on the Peto formula

**Target Vessel Failure Life Table Analysis: All Patients Treated (N=238)**

| Interval ending day | 0 | 2 | 7 | 30 | 60 | 120 | 180 | 240 | 300 | 360 | 420 | 480 | 540 | 600 | 660 | 720 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sirolimus-eluting Bx VELOCITY™ (N=120)** | | | | | | | | | | | | | | | | |
| # Entered | 120 | 120 | 117 | 117 | 117 | 117 | 117 | 116 | 116 | 115 | 113 | 111 | 110 | 108 | 108 | 101 |
| # Censored | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 2 | 2 | 4 | 21 |
| # At risk | 120 | 120 | 117 | 117 | 117 | 117 | 117 | 116 | 116 | 114 | 112 | 111 | 109 | 107 | 104 | 91 |
| # Events | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 |
| # Events / Month | 0 | 45.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.5 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.5 | 0.0 |
| % with Events | 0.0 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 3.3 | 3.3 | 4.2 | 4.2 | 4.2 | 5.0 | 5.0 | 5.0 | 5.9 | 5.9 |
| Std. Err. (%) | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 0.6 | 0.6 |
| **Bx VELOCITY™ (N=118)** | | | | | | | | | | | | | | | | |
| # Entered | 118 | 118 | 115 | 115 | 115 | 115 | 109 | 105 | 96 | 93 | 92 | 88 | 88 | 85 | 85 | 85 |
| # Censored | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 4 | 0 | 1 | 0 | 0 | 0 | 17 |
| # At risk | 118 | 118 | 115 | 115 | 115 | 115 | 109 | 105 | 95 | 93 | 90 | 88 | 88 | 85 | 85 | 77 |
| # Events | 0 | 3 | 0 | 0 | 0 | 6 | 4 | 9 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| # Events / Month | 0 | 45.0 | 0.0 | 0.0 | 0.0 | 3.0 | 2.0 | 4.5 | 0.5 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % with Events | 0.0 | 2.5 | 2.5 | 2.5 | 2.5 | 7.6 | 11.0 | 18.6 | 19.5 | 19.5 | 19.5 | 21.3 | 21.3 | 21.3 | 21.3 | 21.3 |
| Std. Err. (%) | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 0.7 | 1.0 | 1.7 | 1.8 | 1.8 | 1.9 | 1.9 | 2.1 | 2.1 | 2.1 | 2.3 |

**Survival Curves Comparison**

| | Log-Rank P-value | Wilcoxon P-value |
|---|---|---|
| Life-Table Analysis | <0.001 | <0.001 |
| Kaplan-Meier Analysis | <0.001 | <0.001 |

Standard error estimates from Peto formula

16

8.4.   First-In-Man Study

**Purpose:** The purpose of this early feasibility study was to evaluate the performance of the CYPHER Stent and an alternate formulation sirolimus-eluting stent in *de novo* native coronary artery lesions. This study provides the longest follow-up experience available.

**Conclusions:** In selected patients, use of the CYPHER Stent provided favorable IVUS, angiographic and clinical results through 24 months of follow-up.

**Design:** This was a non-randomized, open-label study conducted at two sites, one in The Netherlands and one in Brazil. To be eligible, a patient was required to have a *de novo* ischemic lesion of a length that could be covered by a single 18 mm stent in a native coronary artery of diameter 3.0 mm to 3.5 mm (using visual estimates). A total of 45 patients were treated, of which 30 received the CYPHER Stent and 15 received an alternative formulation sirolimus-eluting stent. After the procedure, patients were treated with aspirin indefinitely and with clopidogrel for 2 months. Angiographic follow-up was performed at 4, 12 and 24 months, or at 6 and 18 months, depending on the site. Angiographic follow-up is available for 24 patients, and IVUS follow-up is available for 15 patients. Clinical follow-up is available through 2 years.

**Demography:** Patients had a mean age of 58 years, there were 36% females, and 13% had diabetes, 51% of the lesions treated were in LAD, 22% were in the LCX, 27% were in the RCA, mean reference vessel diameter was 2.9 mm, mean minimum lumen diameter was 0.95 mm, mean percent diameter stenosis was 67%, and 27% of patients had a lesion length < 10 mm and 73% of patients had a lesion length between 10 and 18 mm. Note: IIb/IIIa inhibitor usage was not monitored during this study.

**Methods:** Baseline clinical and angiographic data were collected on standardized case report forms. Angiographic and IVUS outcomes were assessed by quantitative analysis at designated central laboratories. An independent Clinical Events Committee adjudicated clinical events.

**Results:** At 18 to 24 months following elective CYPHER Stent placement in native coronary *de novo* lesions, in-stent mean % diameter stenosis ranged from 1.4% to 3.2%, and mean in-stent late loss ranged from -0.09 mm to 0.20 mm. Mean obstructive volume by IVUS ranged from 2.3% to 7.5%. The overall MACE rate at 24 months was 10%.

Table 8-4: First-In-Man: Effectiveness and Safety Results
All Patients Treated with CYPHER Stent

| Effectiveness Measures | CYPHER Stent (N=30 Patients, N=30 Lesions) |
|---|---|
| Procedure Success (QCA) | 100.0% (30/30) |
| **% Diameter Stenosis** | |
| 18 Months (The Netherlands) | 3.2% ± 13.1% (10) |
| 24 Months (Brazil) | 1.4% ± 5.9% (14) |
| **In-Stent Late Loss (mm)** | |
| 18 Months (The Netherlands) | 0.20 ± 0.24 (10) |
| 24 Months (Brazil) | -0.09 ± 0.24 (14) |
| **Obstruction Volume (%)** | |
| 18 Months (The Netherlands) | 2.3% ± 2.1% (7) |
| 24 Months (Brazil) | 7.5% ± 7.3% (8) |
| 24-month Target Lesion Revascularization (TLR) | 3.3% (1/30) |
| **Safety Measures** | |
| In-Hospital MACE Events | 6.7% (2/30) |
| Out-of-Hospital MACE Events to 24 months | 3.3% (1/30) |
| Combined (In and Out-of-Hospital) MACE to 24 months | 10.0% (3/30) |

Numbers are % (counts available field sample size) or Mean ± Standard Deviation.
Procedure Success – The attainment of a final in-stent diameter stenosis of <50% (by QCA) in the absence of death, emergent CABG, Myocardial Infarction, or TLR prior to hospital discharge.
QCA – Quantitative Coronary Angiography by Corelab
MACE is a composite endpoint comprised of deaths, WHO-defined non Q-wave myocardial infarction, Q-wave myocardial infarction, or target lesion revascularization.

9.   Individualization of Treatment
See also Precautions– 5.5 Use in Special Populations and Precautions– 5.6 Lesion/Vessel Characteristics.

The risks and benefits described above should be considered carefully for each patient before use of the CYPHER Stent. Patient selection factors to be assessed should include a judgment regarding the risk of prolonged anticoagulation. Stenting is generally avoided in those patients at heightened risk of bleeding (e.g., those patients with recently active gastritis or peptic ulcer disease, see Section 3 – Contraindications).

Premorbid conditions that increase the risk of a poor initial result and the risks of emergency referral for bypass surgery (diabetes mellitus, renal failure, and severe obesity) should be reviewed. The relation of baseline and procedural variables to Major Adverse Cardiac Events (MACE) was examined. Multivariable modeling suggested that treatment assignment remained an independent predictor of clinical and angiographic outcomes even after adjusting for other baseline and procedural confounding variables.

10.   Patient Counseling Information
Physicians should consider the following in counseling patient about this product:
   • Discuss the risks associated with stent placement
   • Discuss the risks associated with a sirolimus-eluting implant
   • Discuss the risks/benefits issues for this particular patient
   • Discuss alteration to current lifestyle immediately following the procedure and over the long term.

11.   How Supplied
STERILE: This device is sterilized with ethylene oxide gas and is nonpyrogenic. Do not use if the package is opened or damaged. For one use only. Do not resterilize.

CONTENTS: One (1) CYPHER Sirolimus-eluting Coronary Stent on RAPTOR Over-the-Wire Delivery System or RAPTORRAIL Rapid Exchange Delivery System.

STORAGE: Store in a cool, dark, dry place. Store at 25°C (77°F); excursions permitted to 15-30°C (59 – 86°F).

17

A612

**12. Operator's Manual (Combined OTW and RX)**

**12.1. Access to Package Holding Sterile Stent Delivery System**

Tear open the foil pouch to remove the product that is packaged in a coiled hoop and tray. Pass or drop the product into the sterile field using an aseptic technique.

**12.2. Inspection Prior to Use**

Before opening, carefully inspect the stent delivery system package, and check for damage to the sterile barrier. Prior to using the device, carefully remove the system from the package and inspect it for bends, kinks, and other damage. Do not use the device if any damage to the packaging is noted.

**12.3. Materials Required**

| Quantity | Material |
|---|---|
| N/A | Appropriate guiding catheter(s) |
| 2-3 | 10-20 cc syringes |
| 1,000 u./500 cc | Sterile Heparinized Normal Saline (HepNS) |
| 1 | 0.014" (0.36 mm) diameter guidewire (OTW: 300 cm long) |
| 1 | Rotating hemostatic valve with an appropriate internal diameter (OTW: min. I.D. of 0.074" [1.9 mm]) (RX: min. I.D. of 0.096" [2.4 mm]) |
| N/A | Contrast diluted 1:1 with normal saline |
| 1 | Inflation device |
| 1 | Stopcock (3-way minimum) |
| 1 | Torque device |
| 1 | Guidewire introducer |
| N/A | Appropriate anticoagulation and anti-platelet drugs |

**12.4. Preparation**

**Precaution**

- AVOID manipulation of the stent during flushing of the guidewire lumen, as this may disrupt the placement of the stent on the balloon.
- DO NOT apply negative or positive pressure to the balloon during the delivery system preparation.

**12.4.1.** Rinse the catheter with sterile heparinized normal saline solution.

**12.4.2. Guidewire Lumen Flush**

| OTW | 1. Locate the guidewire lumen hub and flush the guidewire lumen with HepNS. |
|---|---|
| RX | 1. Attach the syringe with HepNS to the flushing needle packaged with the catheter. 2. Insert the needle into the tip of the catheter and flush the guidewire lumen with HepNS. |

**12.4.3. Delivery System Preparation**

| Step | Action |
|---|---|
| 1. | Prepare the inflation device or syringe with diluted contrast medium. |
| 2. | Attach the inflation device or syringe to the stopcock; attach to the balloon inflation port hub. |
| 3. | Open the stopcock to stent delivery system. |
| 4. | Leave the inflation device or syringe on neutral. |

**12.5. Delivery Procedure**

| Step | Action |
|---|---|
| 1. | Prepare the vascular access site according to standard practice. |
| 2. | Predilate the lesion with a PTCA catheter. Limit the longitudinal length of pre-dilatation by the PTCA balloon to avoid creating a region of vessel injury that is outside the boundaries of the CYPHER Stent. |
| 3. | Maintain neutral pressure on the inflation device. Open the rotating hemostatic valve as widely as possible. |
| 4. | Backload the delivery system onto the proximal portion of the guidewire while maintaining the guidewire position across the target lesion. |
| 5. | Advance the stent delivery system over the guidewire to the target lesion. Use the radiopaque balloon markers to position the stent across the lesion; perform angiography to confirm the position of the stent. |

Note: Should unusual resistance be felt at any time during either lesion access or removal of the stent delivery system before stent implantation, the entire system should be removed as a single unit. See Precautions – 5.14 Stent/System Removal Precautions for specific stent delivery system removal instructions.

**12.6. Deployment Procedure**

| Step | Action |
|---|---|
| 1. | Before deployment, reconfirm the correct position of the stent relative to the target lesion via the radiopaque balloon markers. |
| 2. | Attach the inflation device (only partially filled with contrast media) to a three-way stopcock and apply negative pressure to purge the balloon of air. |
| 3. | Turn the stopcock on the catheter to the off position and purge the inflation device of air. Close the side port of the stopcock. |
| 4. | Under fluoroscopic visualization, inflate the balloon to at least the nominal pressure to deploy the stent, but do not exceed the labeled rated burst pressure of 16 atm (1621 kPa). Optimal expansion requires the stent to be in full contact with the artery wall, with the stent internal diameter matching the size of the reference vessel diameter. Stent wall contact should be verified through routine angiography or intravascular ultrasound. |
| 5. | Fully cover the entire lesion and balloon treated area (including dissections) with the CYPHER Stent, allowing for adequate stent coverage into healthy tissue proximal and distal to the lesion. |
| 6. | If more than one CYPHER Stent is needed to cover the lesion and balloon treated area, adequately overlap stents, taking into account stent foreshortening. Ensure no gaps between stents by positioning the balloon marker bands of the second CYPHER Stent inside the deployed stent prior to expansion. See Precautions – 5.14 Stent/System Removal Precautions. |
| 7. | Deflate the balloon by pulling a vacuum with the inflation device. Make certain that the balloon is fully deflated before attempting to move the catheter. |
| 8. | Confirm that the stent is adequately expanded by angiographic injection through the guiding catheter. |

A613

**12.7.   Further Dilatation of Stented Segments**
Precaution: Do not dilate the stent beyond the following limits:

| Nominal Stent Diameter | Dilatation Limits |
|---|---|
| 2.50 mm – 3.00 mm | 3.75 mm |
| 3.50 mm | 4.75 mm |

All efforts should be taken to assure that the stent is not underdilated. If the deployed stent size is still inadequate with respect to vessel diameter, or if full contact with the vessel wall is not achieved, a larger balloon may be used to expand the stent further. The stent may be further expanded using a low profile, high pressure, and non-compliant balloon catheter. If this is required, the stented segment should be recrossed carefully with a prolapsed guidewire to avoid dislodging the stent. The balloon should be centered within the stent and should not extend outside of the stented region.

**12.8.   Removal Procedure**

| Step | Action |
|---|---|
| 1. | Ensure that the balloon is fully deflated. |
| 2. | While maintaining the guidewire position and negative pressure on the inflation device, withdraw the stent delivery system.<br>Note: Should unusual resistance be felt at any time during either lesion access or removal of stent delivery system before stent implantation, the entire system should be removed as a single unit. See Precautions – 5.14 Stent/System Removal Precautions for specific stent delivery system removal instructions. |
| 3. | Repeat angiography to assess the stented area. If an adequate expansion has not been obtained, exchange back to the original stent delivery catheter or exchange to another balloon catheter of appropriate balloon diameter to achieve proper stent apposition to the vessel wall. |
| 4. | The final stent diameter should match the reference vessel. ASSURE THAT THE STENT IS NOT UNDERDILATED. |

**12.9.   *In-vitro* Information**

| Table 12-1 Inflation Pressure Recommendations | | | | |
|---|---|---|---|---|
| Inflation Pressure atm (kPa) | 2.50 | 2.75 | 3.00 | 3.50 |
| 6 (608) | 2.20 | 2.44 | 2.71 | 3.20 |
| 7 (709) | 2.27 | 2.51 | 2.78 | 3.27 |
| 8 (811) | 2.33 | 2.58 | 2.84 | 3.33 |
| 9 (912) | 2.39 | 2.64 | 2.90 | 3.39 |
| 10 (1013) | 2.45 | 2.70 | 2.95 | 3.45 |
| 11 (1115) | 2.50 | 2.75 | 3.00 | 3.50 Nominal |
| 12 (1216) | 2.55 | 2.80 | 3.05 | 3.55 |
| 13 (1317) | 2.59 | 2.84 | 3.09 | 3.60 |
| 14 (1419) | 2.62 | 2.88 | 3.13 | 3.64 |
| 15 (1520) | 2.66 | 2.92 | 3.16 | 3.69 |
| 16 (1621) | 2.69 | 2.95 | 3.19 | 3.73 RBP |
| 17 (1723) | 2.71 | 2.98 | 3.22 | 3.76 |
| 18 (1824) | 2.73 | 3.00 | 3.24 | 3.79 |
| 19 (1925) | 2.74 | 3.02 | 3.25 | 3.82 |
| 20 (2026) | 2.75 | 3.03 | 3.27 | 3.85 |

Note: These nominal, *in vitro*, device specifications do not take into account lesion resistance. The stent sizing should be confirmed angiographically. Do not exceed the rated burst pressure (RBP). These data are based on *in vitro* testing at 37°C. Bolded text represents diameters at pressures above the rated burst pressure. These values are within ± 10% of the labeled diameter between the nominal pressure and the rated burst pressure.

**13.   Patient Information**
In addition to this Instructions for Use booklet, the following patient specific information regarding the CYPHER Sirolimus-eluting Coronary Stent is available:
- A Patient Implant Card that includes both patient and CYPHER Sirolimus-eluting Coronary Stent specific information. All patients will be expected to keep this card in their possession at all times for procedure / stent identification.
- A Patient Information Guide, which includes information on the implant procedure, and the CYPHER Sirolimus-eluting Coronary Stent System.

**14.   Patents**
Protected under one or more of the following U.S. patent Nos.: 4,597,755; 4,733,665; 4,739,762; 4,748,982; 4,775,371; B1 4,776,337; 4,762,834; 4,906,244; 4,927,418; 4,938,220; 4,981,478; 5,017,325; 5,040,548; 5,061,273; 5,102,417; 5,106,415; 5,135,535; 5,154,725; 5,156,612; 5,176,661; 5,223,205; 5,234,416; 5,238,659; 5,242,396; 5,288,711; 5,290,230; 5,300,025; 5,300,085; 5,304,197; 5,316,706; 5,346,606; 5,360,395; 5,356,591; 5,387,193; 5,413,559; 5,433,713; 5,439,447; 5,449,371; 5,461,209; 5,451,233; 5,458,613; 5,480,383; 5,498,275; 5,496,346; 5,498,240; 5,501,227; 5,516,781; 5,538,510; 5,554,121; 5,563,146; 5,585,057; 5,626,600; 5,643,279; 5,643,312; 5,645,160; 5,665,728; 5,685,312; 5,697,971; 5,709,658; 5,738,653; 5,743,875; 5,749,888; 5,769,868; 5,807,355; 5,868,706; 5,879,370; 5,902,332; 6,010,521; 6,013,069; 6,027,475; 6,036,715; 6,086,604; 6,110,142 and other patents pending in the U.S. and other countries.

**15.   DISCLAIMER OF WARRANTY AND LIMITATION OF REMEDY**

THERE IS NO EXPRESS OR IMPLIED WARRANTY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ON THE CORDIS PRODUCT(S) DESCRIBED IN THIS PUBLICATION. UNDER NO CIRCUMSTANCES SHALL CORDIS BE LIABLE FOR ANY DIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OTHER THAN AS EXPRESSLY PROVIDED BY SPECIFIC LAW. NO PERSON HAS THE AUTHORITY TO BIND CORDIS TO ANY REPRESENTATION OR WARRANTY EXCEPT AS SPECIFICALLY SET FORTH HEREIN.

Descriptions or specifications in Cordis printed matter, including this publication, are meant solely to generally describe the product at the time of manufacture and do not constitute any express warranties.

Cordis Corporation will not be responsible for any direct, incidental, or consequential damages resulting from reuse of the product.

A614

**Cordis Sales / Marketing Offices:**

**Austria:**
Johnson & Johnson Medical Products GmbH
Cordis Division
Gunoldstrasse 16
A-1190 Wien
Telephone 01-360 25-0

**Belgium:**
Cordis, a Johnson & Johnson Company,
Johnson & Johnson Medical N.V./S.A.
Eikelenbergstraat 20
B-1700 Dilbeek
Telephone 02-481 74 00

**Canada:**
Johnson & Johnson Medical Products
200 Whitehall Drive
Markham, Ontario
Canada L3R 0T5
Telephone 905-946-1611

**European HQ:**
Cordis, a Johnson & Johnson Company,
Johnson & Johnson Medical N.V./S.A.,
Waterloo Office Park, Building H
Drève Richelle 161
B-1410 Waterloo
Belgium
Telephone 02-352 14 11

**France:**
Cordis S.A.S.
1 Rue Camille Desmoulins
TSA 71001
F-92787 Issy les Moulineaux Cedex 9
Telephone 01 55 00 33 00

**Germany:**
Cordis Medizinische Apparate GmbH
Elisabeth-Selbert-Straße 4a
D-40764 Langenfeld
Telefon 02173 205-0

**Hong Kong:**
Johnson & Johnson Hong Kong, Ltd.
Medical Division
Room 1816-1819, 18/F
Grand Century Place, Tower 1
193, Prince Edward Road West
Mongkok, Kowloon
Telephone 2738 2818

**Italy:**
Cordis Italia S.p.A.
Via Chiese, 74
I-20126 Milano
Telephone 02-64410.1

**Japan:**
Cordis Japan
Johnson & Johnson K.K.
East 21 Tower 10th Floor
6-3-2 Toyo, Koto-ku
Tokyo 135-0016
Telephone 03-5632-7200

**The Netherlands:**
Johnson & Johnson Medical BV
Postbus 188
NL-3800 AB Amersfoort
Telephone 033-450 0729

**Portugal:**
Johnson & Johnson Produtos Profissionais
Estr. Consiglieri Pedroso N° 69-A
Queluz de Baixo
PT-2745-555 Barcarena
Telephone 800 200 246

**Spain:**
Johnson & Johnson S.A.
Paseo de las doce Estrellas, 5-7
Campo de las Naciones
E-28042 Madrid
Telephone 91 722 8000

**Sweden:**
Johnson & Johnson AB
Staffans väg 2
SE-191 84 Sollentuna
Telephone 08-626 22 00

**Switzerland:**
Johnson & Johnson AG
Cordis Division
Rotzenbühlstrasse 55
CH-8957 Spreitenbach
Telephone 056-417 3207

**United Kingdom:**
Cordis, a Johnson & Johnson Company
Johnson & Johnson Medical Ltd.
Coronation Road, South Ascot
Berkshire  SL5 0EY
Telephone 01344 871000

**USA:**
Cordis Corporation
P.O. Box 025700
Miami, FL 33102-5700
Telephone 786-313-2000
Customer Service: 1-800-327-7714

Cordis Corporation
P.O. Box 4917
Warren, NJ 07059-0917
Telephone 908-755-8300

**Cordis Operations:**

**The Netherlands:**
Cordis Europa N.V.
Oosteinde 8
NL-9301 LJ Roden
Telephone 050-5022222

**USA:**
Cordis Corporation
P.O. Box 025700
Miami, FL 33102-5700
Telephone 786-313-2000

**EU Authorized Representative:**
Cordis Europa N.V.
Oosteinde 8
NL-9301 LJ Roden
Telephone 050-5022222



**RECYCLED**
100% Recycled Fibers
Including 20%
Post Consumer Waste

# EXHIBIT 39

# EXHIBIT REDACTED

# EXHIBIT 40

# EXHIBIT REDACTED

# EXHIBIT 41

*Annu. Rev. Immunol. 1996. 14:483–510*
*Copyright © 1996 by Annual Reviews Inc. All rights reserved*

# IMMUNOPHARMACOLOGY OF RAPAMYCIN[1]

*Robert T. Abraham** and *Gregory J. Wiederrecht*+

*Department of Immunology, Mayo Clinic/Foundation, Room 342B, Guggenheim Building, Rochester, Minnesota 55905 and +Department of Immunology Research, PO Box 2000, Mail Code R80W-107, Merck Research Laboratories, Rahway, New Jersey, 07065

KEY WORDS:  immunosuppression, cell cycle, protein synthesis inhibitor, lymphocyte activation, growth control

## ABSTRACT

The potent immunosuppressive drugs FK506 and rapamycin interfere with signal transduction pathways required for T cell activation and growth. The distinct inhibitory effects of these drugs on the T cell activation program are mediated through the formation of pharmacologically active complexes with members of a family of intracellular receptors termed the FK506 binding proteins (FKBPs). The FKBP12 · FK506 complex specifically binds to and inhibits calcineurin, a signaling protein required for transcriptional activation of the interleukin (IL)-2 gene in response to T cell antigen receptor engagement. The FKBP12 · rapamycin complex interacts with a recently defined target protein termed the mammalian target of rapamycin (mTOR). Accumulating data suggest that mTOR functions in a previously unrecognized signal transduction pathway required for the progression of IL-2-stimulated T cells from $G_1$ into the S phase of the cell cycle. Here

[1]Abbreviations:  AT, ataxia telangiectasia; CaN, calcineurin; cdk, cyclin dependent kinase; CLN, cyclin; CRC, calcium release channel; CsA, cyclosporin A; eIF, eukaryotic initiation factor; FKBP, FK506 binding protein; IFN, interferon; IL, interleukin; IP3R, inositol trisphosphate receptor; Kip, cyclin-dependent kinase inhibitor protein; MAPK, mitogen-activated protein kinase; mTOR, mammalian target of rapamycin; NFAT, nuclear factor of activated T cells; ORF, open reading frame; PHAS, phosphorylated heat-and-acid stable; PI 3-kinase, phosphatidylinositol 3-kinase; PI 4-kinase, phosphatidylinositol 4-kinase; PPIase, peptidyl-prolyl isomerase; RAP, rapamycin; RyR, ryanodine receptor; TcR, T cell receptor; TOR, target of rapamycin

0732-0582/96/0410-0483/$08.00

CRDS00836058

we review the immunopharmacology of rapamycin, with particular emphasis on the characterization of mTOR.

## INTRODUCTION

The generation of immune responses to most antigenic stimuli is crucially dependent on an initial phase of T cell activation and proliferation. Activation of T cells is conventionally divided into two sequential stages. Prior to recognition of its cognate antigen, the mature T cell resides in the $G_0$ phase of the cell cycle. During the first stage of activation, contact with an antigen-presenting cell delivers the signals required for cell-cycle entry ($G_0$- to $G_1$-phase transition) and the expression of high-affinity receptors for T cell growth factors, including interleukin (IL)-2 and IL-4. The initial activation step also elicits the production of IL-2 and other growth-promoting cytokines by a subset of T cells within the activated population. The subsequent binding of T cell growth factors to their high-affinity receptors initiates the signaling events required for the progression of the $G_1$-phase T cell into S phase and, ultimately, into mitosis.

The bacterially derived immunosuppressants FK506 (tacrolimus, Prograf) and rapamycin (sirolimus, Rapamune) have proven to be powerful pharmacologic probes for the dissection of signal transduction events related to T cell activation and growth. Although both drugs bind to the same immunophilin receptor, the resulting immunophilin · drug complexes interfere with distinct intracellular signaling pathways in T and other types of cells. Treatment of T cells with FK506 specifically inhibits the activity of the $Ca^{2+}$-regulated serine-threonine phosphatase, calcineurin, an enzyme required for the transmission of T cell activating signals from the T cell antigen receptor (TcR). In contrast, the formation of immunophilin · RAP complexes in T cells interferes with the abilities of T cell growth factors to drive the progression of these cells from $G_1$ to S phase of the cell cycle. Recent studies have identified homologous target proteins for the immunophilin · RAP complex in yeast and mammalian cells. Ongoing studies with RAP as a probe are beginning to uncover a novel signal transduction cascade that may play a general role in the regulation of cell cycle progression in lymphoid and other eukaryotic cells.

## DISCOVERY AND IN VIVO IMMUNOSUPPRESSION

Rapamycin (RAP), a lipophilic macrolide, was identified more than twenty years ago during antibiotic screening at Ayerst Research Laboratories. Produced by a strain of *Streptomyces hygroscopicus* isolated from a soil sample

obtained from the Vai Atore region of Easter Island (Rapa Nui) (1), RAP is a white crystalline solid (m.p. 183–185°C), virtually insoluble in water but readily soluble in ethanol, methanol, dimethylsulfoxide, and other organic solvents (2). Although lacking antibacterial activity, RAP is a potent inhibitor of yeast growth and a moderate growth inhibitor of filamentous fungi (2). It is most active against species of *Candida*, particularly *C. albicans*, and protects against systemic and vaginal candidosis in mice, without acute toxicity ($LD_{90}$: 597 mg/kg intraperitoneally) (3). Early mechanistic studies showed that concentrations of RAP as high as 1.0 µg/ml do not inhibit *C. albicans* growth during the first hour after addition to the growth media, but that concentrations as low as 5 ng/ml are growth-inhibiting after 90 min (4). In addition to fungicidal activity, RAP exerts tumoricidal activity (5), establishing that the antiproliferative effects observed in yeast can be extended to mammals. Labeling studies in *C. albicans* demonstrated that RAP strongly inhibits the incorporation of [$^{32}$P] phosphate into DNA and RNA (4), an indication that the drug exerts an effect upon the cell cycle. The structural characterization of RAP ($C_{51}H_{79}NO_{13}$; Figure 1) showed the molecule to be a mixture of two conformational isomers due to *cis-trans* rotation about an amidic bond in the 31-membered macrolide ring (6). The proposed chemical structure (6) was confirmed by the total organic synthesis of RAP (7–10).

The first demonstration of RAP's immunosuppressive activity was obtained from studies showing its inhibitory effects upon production of humoral IgE as well as its preventative effects in two animal models of human autoimmune disease, experimental autoimmune encephalitis and adjuvant arthritis



**Figure 1**   The chemical structures of rapamycin (*left*) and FK506 (*right*).

CRDS00836059

(11). However, the drug received more serious consideration as an immunosuppressant nearly a decade later, coincident with the discovery of FK506 at the Fujisawa Pharmaceutical Laboratories. FK506 ($C_{44}H_{69}NO_{12}$, Figure 1) was identified in a strain of *Streptomyces tsukabaensis* isolated from a soil sample taken from the Tsukaba region of Northern Japan during a screen for natural products that inhibit IL-2 production (12). FK506 was shown to be a powerful immunosuppressive agent as measured by its inhibitory effects in several immune function assays, including alloantigen-induced proliferation of lymphocytes, generation of cytotoxic T lymphocytes, expression of IL-2 receptors, and the production of T lymphocyte–derived lymphokines such as IL-2, IL-3, and IFN-γ (13). Interest in the therapeutic potential of FK506 mounted when it was discovered to be 100-fold more potent than cyclosporin A (CsA), the mainstay of transplant rejection drug (13). The observations that the macrolactam rings of FK506 and RAP both contain the distinctive hemiketal-masked α, β-diketopipecolic acid amidic component (Figure 1) (14) and that FK506 is a more potent immunosuppressant than CsA provoked a resurgence of interest in RAP as a candidate immunosuppressive drug (15).

Although RAP and FK506 bind to the same family of intracellular receptors (see below), studies of the immunosuppressive activities of both agents in vitro (16, 17) quickly proved that the mechanism of RAP action is distinct from that of FK506. While the development of RAP as a therapeutic agent has lagged behind that of FK506, studies in both rodent and larger animal models have confirmed that RAP is a potent immunosuppressive compound. The therapeutic indices of RAP in various species, arranged in the order of greatest to least, are: mouse and rat, pig, monkey, and dog (18; reviewed in 19). In rodents, RAP is a potent inhibitor of the rejection of both xeno- (20) and allogeneic (21) skin grafts and, in highly histoincompatible heart grafts (18, 22), it significantly outperforms FK506 in terms of both potency and graft survival time (22). In histoincompatible renal transplants in pigs (18, 23, 24), rats (25), and primates (26), RAP has also demonstrated its effectiveness in preventing rejection. In mice, it is a more potent inhibitor of the graft-versus-host reaction than either FK506 or CsA. In the same species, RAP prevents host-versus-graft disease with higher potency than CsA, but not FK506 (27). Further studies have confirmed the initial finding (11) that RAP protects against autoimmune disease in rodent models. In the MLR/lpr mouse model of human systemic lupus erythematosus, RAP prolongs survival and prevents progression of the glomerulonephritis associated with the disease. In the nonobese diabetic mouse model of human autoimmune insulin-dependent diabetes mellitus, RAP prevents the onset of the disease whereas CsA is without effect (28). RAP also inhibits developing and established adjuvant-induced arthritis in the rat and has

significant inhibitory effects on the incidence and severity of collagen-induced arthritis in mice (28).

Relative to the severe renal side effects observed during therapy with CsA and FK506, the nephrotoxicity caused by RAP treatment is negligible (18, 28–30). However, it is not without serious side effects, particularly in larger animals. As observed with FK506 (31), RAP is extraordinarily toxic when administered to dogs, and even short, nonimmunosuppressive dosing regimens severely disturb gastrointestinal functions, producing diarrhea, vomiting, severe ulceration, and vasculitis from the mouth to the colon (18). Because FK506 and RAP inhibit different target proteins (see below), this strikingly similar toxicity profile in dogs is intriguing. The gastrointestinal toxicity may be due to a chemical property shared by the two compounds or to the fact that both drugs bind to the same intracellular receptors, disrupting an as-yet-undefined FKBP-dependent process in the dog gut. The gastrointestinal side effects are not species-specific, as severe vomiting and intestinal vasculitis are also observed in baboons administered RAP (26). Another adverse side effect associated with RAP-treatment is testicular atrophy, observed in both mice and cynomolgus monkeys (32). Interestingly, relative to all other human tissues examined, the mRNA encoding the target of the FKBP · RAP complex, mTOR, is highly expressed in testis (33), suggesting a functional role in testicular physiology.

As studies with FK506 and CsA have shown, toxicity, or the lack thereof, in animals does not necessarily extrapolate to humans (34, 35), and despite its significant adverse side effects, RAP has exhibited sufficient therapeutic potential to proceed to Phase II clinical trials (36–38). Consideration has also been given to the use of RAP in combination with CsA, which may result in additive or even synergistic immunosuppressive effects, with the attendant reduction in individual drug dosage leading to a decreased incidence of adverse side effects (39). The toxicity associated with CsA, FK506, or RAP therapy is not unexpected. The immunophilin complexes containing CsA, FK506, or RAP inhibit the functions of specific but ubiquitously expressed target proteins in mammalian tissues. The profiles of therapeutic and toxic effects observed with each drug likely reflect the abundance and functions of the cognate target proteins, as well as pharmacodynamic parameters such as each drug's ability to penetrate cellular membranes, the concentrations of different immunophilins within various cell types, and the relative affinities of the various immunophilin-drug complexes for their target proteins.

## MOLECULAR MECHANISM OF RAPAMYCIN ACTION

The groundwork for understanding the molecular basis of RAP-induced immunosuppression was provided by a remarkable series of mechanistic insights

A637

CRDS00836060

into the cellular pharmacology of CsA and FK506. CsA and FK506 both inhibit the same subset of $Ca^{2+}$-associated activation pathways (40), exert their inhibitory effects during the $G_0$-to-$G_1$ phase of T cell activation, and block expression of the same set of early lymphokine genes (41). CsA and FK506 bind to abundant, ubiquitous, and phylogenically well-conserved intracellular receptors (42, 43). The major cytosolic receptor for CsA is cyclophilin A (CyPA), an 18-kDa protein (44), while the major FK506 binding protein (FKBP) is a 12-kDa cytosolic protein termed FKBP12 (45, 46). Both CyPA (47, 48) and FKBP12 (45, 46) are enzymes, termed peptidyl-prolyl isomerases (PPIases), that catalyze cis-trans isomerization of peptidyl-prolyl bonds in peptides and proteins. FKBP12 prefers substrates with hydrophobic amino acids immediately preceding the proline, while CyPA is a more promiscuous enzyme (49). Although the PPIase activities of CyPA and FKBP12 are inhibited by CsA (47, 48) and FK506 (45, 46), respectively, inhibition of PPIase activity is unrelated to immunosuppression (50–52). These observations suggested a gain-of-function model in which FK506 and CsA are inactive alone but serve as co-drugs with their cognate immunophilins, forming active complexes that inhibit a $Ca^{2+}$-dependent signal transduction event (53). Subsequently, it was shown that the CyPA · CsA (54) and the FKBP12 · FK506 (55) complexes bind to and inhibit the same target protein, the $Ca^{2+}$-dependent serine-threonine phosphatase, calcineurin (CaN), a critical component of the TcR-linked signal transduction pathway leading to cytokine gene transcription (56, 57). CaN is activated by the increase in cytoplasmic free $Ca^{2+}$ that results from TcR engagement. A target, either direct or indirect, for the activated phosphatase is the phosphorylated cytoplasmic subunit of the T-cell-specific transcription factor, nuclear factor of activated T cells (NFAT). The dephosphorylated cytoplasmic NFAT subunit is free to translocate to the nucleus and associate with a nuclear subunit to form the fully active NFAT complex, an essential component of the transcriptional apparatus required for expression of the IL-2 and other cytokine genes. Thus, by interfering with the TcR-mediated activation of CaN, both CsA and FK506 block transcription of the IL-2 gene in T lymphocytes (for reviews, see 58–60).

## The Intracellular Receptors for RAP

RAP and FK506 bind to the same family of intracellular receptors, termed FK506 binding proteins (FKBPs). Structural studies have shown that FK506 has two domains—a domain bound by FKBP and an effector domain that, together with FKBP, forms a composite surface that interacts with CaN (reviewed in 61; 62). Like FK506, RAP also has two domains—an effector domain forming a composite surface with FKBP that interacts with the mammalian target of RAP, mTOR (see below), as well as a binding domain that mediates the

interaction with FKBP. The FKBP-binding domain is conserved in FK506 and RAP, providing a chemical basis for the mutual antagonism exerted by the two molecules in intact cells (16, 63).

The crystal structure of the human FKBP12 · RAP complex has been solved and shows the pipecolinyl ring of RAP buried deeply in the hydrophobic cavity located between the α-helix and β-sheet of FKBP12 (64). The common chemical elements of RAP and FK506 (Figure 1), which include the pipecolinyl ring, C1 ester, pyranose ring, and the C8 and C9 carbonyls, adopt superimposable conformations in the FKBP12 · RAP and FKBP12 · FK506 complexes (64). In contrast to FK506, which undergoes a dramatic conformational change upon binding FKBP12 (65), the three-dimensional structure of RAP complexed to FKBP12 is almost identical to its conformation in the free crystalline state (64). Thus, relative to CyPA and FKBP12, RAP is in an energetically favorable conformation for binding to FKBP12, providing an explanation for its two-fold greater affinity.

The human FKBP family is currently comprised of seven members, whose characteristics are summarized in Table 1. Exhaustive reviews on FKBPs can be found elsewhere (66, 67). All FKBPs bind RAP with greater affinity than FK506, with the exception of FKBP38 (FKBP-related 38-kDa protein) which does not bind the immunosuppressants but is included in the family because of the similarity of its sequence (68). The PPIase activity of all FKBPs is inhibited by RAP and FK506. Because the drug-binding domain overlaps with the PPIase active site, inhibition of PPIase activity by RAP or FK506 can be taken as a measure of the affinity of a particular FKBP for the drug. Among the FKBPs, FKBP25 is most selective for RAP relative to FK506 (69). Despite this selectivity, FKBP25 does not mediate the RAP-sensitivity of mast cells (70), suggesting that the FKBP25 · RAP complex does not interact with mTOR (see below) in intact cells. To date, two FKBP isoforms, FKBP12 and FKBP12.6, have been shown to bind mTOR in the presence of RAP, although the FKBP12 · RAP complex appears to be superior in this regard (71).

There is no evidence linking the physiological function of the FKBPs to their inhibitory functions in the presence of RAP. FKBP12 and FKBP12.6, which associate with mTOR in the presence of RAP, normally interact with the calcium release channel (CRC)/ryanodine receptors (RyR) of the terminal cisternae of skeletal muscle and heart muscle sarcoplasmic reticulum, respectively, and they are required for proper channel function (72–76). The ryanodine receptors in skeletal muscle (isoform 1, RyR-1) and heart muscle (isoform 2, RyR-2) are the largest ion channel complexes known (MR, $2.3 \times 10^6$ daltons), and they play an important role in release of $Ca^{2+}$ during excitation-contraction coupling. The skeletal muscle CRC can be represented as (RyR-1 protomer)$_4$(FKBP12)$_4$, while the cardiac muscle CRC can be represented

A638

CRDS00836061

MECHANISM OF RAPAMYCIN ACTION    491

as (RyR-2 protomer)$_4$(FKBP12.6)$_4$ (73, 74). Both RAP and FK506 displace FKBP12 from RyR-1 (73), but it is unlikely that at immunosuppressive doses any displacement actually occurs in vivo, since the concentration of FKBP12 in skeletal muscle myoplasm is about 3 $\mu$M (74). This would effectively buffer any disruption of the channel complex by either drug. Recently, it has been shown that the IP$_3$R CRC, a relative of the RyR CRC, is also associated with and modulated by FKBP12 (77). RAP and FK506, but not CsA, can dissociate FKBP12 from the channel, rendering it leaky to Ca$^{2+}$ (77). Again, it is unlikely that immunosuppressive doses of RAP would have an effect on the IP$_3$R CRC in T cells. Only 3–5% FKBP occupancy is required to prevent activation of T cells, and, as in muscle cells, the high intracellular concentration of FKBP (6 to 7 $\mu$M) (52) would buffer any effect that RAP might have on the IP$_3$R-associated FKBP12.

*The Targets of the FKBP · RAP Complex in Yeast*

Studies in yeast, in which two independent groups first identified the target of the FKBP · RAP complex, have made enormous contributions to our understanding of the mechanism of RAP action in mammalian cells. The extreme growth-sensitivity of *S. cerevisiae* to RAP (IC$_{50}$ = 0.1 $\mu$g/ml) allowed for selection of RAP-resistant mutants that identified genes mediating RAP sensitivity. Mutant alleles of three genes *FKB1*, *TOR1* (*DRR1*), and *TOR2* (*DRR2*) (TOR: target of RAP, DRR: dominant RAP resistant), were found to confer resistance to RAP (78–82). Mutations in *FKB1* (encoding FKBP12) were recessive while the *TOR1* and *TOR2* mutations isolated in these studies were dominant or semi-dominant (80–82). *TOR1*-disruptants exhibit a mild phenotype, growing 10–15% more slowly than wild-types strains (82). When grown in the presence of RAP, the *TOR1*-disruptants arrest growth in early G$_1$ within one generation. The *TOR2* disruption confers a lethal growth defect with cells arresting not only in G$_1$ but randomly throughout the cell cycle. Strains disrupted for both *TOR1* and *TOR2* arrest growth in G$_1$ within one generation, mimicking the phenotype of wild-type yeast grown in the presence of RAP. The G$_1$ arrest phenotype of the *TOR1/TOR2* double-disruptant indicates that RAP inhibits both the TOR1 and TOR2 proteins (82). The presence of either TOR1 or TOR2 is sufficient to allow yeast cells to progress through G$_1$, indicating that either protein can execute the essential G$_1$ function. TOR2 has two functions, a RAP-sensitive G$_1$ function complemented by TOR1 and a RAP-insensitive essential function not complemented by TOR1 (80). The observation that placement of a *TOR2*-disruption in a *TOR1*-muant, RAP-resistant background confers a lethal phenotype (83) does support the initial suggestion (80) that TOR2 has two functions.

TOR1 and TOR2 are proteins with 2470 (281.2 kDa) and 2474 (282 kDa) amino acid residues, respectively, which lack obvious signal sequences or

---

**Table 1   The family of human FKBPs**

| FKBP | MW (kDa) | % Identity to FKBP12 | Affinity RAP (nM) | Affinity FK-506 (nM) | PPIase activity | Binds mTOR? | Inhibition of CaN (IC$_{50}$) | Physiological association |
|---|---|---|---|---|---|---|---|---|
| FKBP12 | 11.8 | 100 | 0.2 ($K_d$) | 0.6 ($K_d$) | yes | yes | 8 nM | RyR-1 · IP$_3$R[h] |
| FKBP12.6[a] | 11.6 | 83 | 0.2 ($K_d$)[d] | 0.5 ($K_d$) | yes | yes | 8 nM | RyR-2m |
| FKBP13 | 13.3 | 50 | ND[e] | 55.0 ($K_i$) | yes | ND | 30 $\mu$M | Lumen of ER |
| FKBP25 | 25.0 | 40 | 0.9 ($K_d$) | 160 ($K_i$) | yes | ND | > 50 $\mu$M | Casein kinase II, nucleolin |
| FKBP38[b] | 38.3 | 33 | no binding | no binding | no | NA[i] | NA[i] | 3 $\mu$M |
| FKBP51[c] | 51.2 | 50 | 29 (IC$_{50}$)[f] | 166 (IC$_{50}$)[f] | yes | ND | 3 $\mu$M | |
| FKBP52 | 51.8 | 53 | 8 ($K_d$) | 10 ($K_d$) | yes | ND | 30 $\mu$M | Glucocorticoid receptor, hsp90 |

[a] An alternative splice product of the FKBP12.6 mRNA encodes an 8.8 kDa FKBP-related protein (133). [b] This human cDNA has recently been cloned (Baughman G et al., unpublished results). [c] Also known as hsp56, FKBP59, p59, hsp52. [d] Based upon the $K_d$ for FK-506 and adjusted for RAP's greater ability to inhibit PPIase activity (71). [e] Not determined. These values are for murine FKBP51 (136). [f] RAP and FK-506 inhibit PPIase activity in all FKBPs. When the indicated FKBP is complexed with FK-506, its greater affinity for RAP's ... [g] Not applicable because FKBP38 (FKBP-related 38 kDa protein) does not bind RAP or FK-506. [h] Isoform 1 of the ryanodine receptor calcium release channel in skeletal muscle sarcoplasmic reticulum. [i] The inositol triphosphate receptor or the endoplasmic reticulum. [m] Isoform 2 of the ryanodine receptor calcium release channel in cardiac muscle sarcoplasmic reticulum. [n] The 38 kDa mass is based upon translation of the ORF in an isolated cDNA.

A639

CRDS00836062

All TOR1 and TOR2 alleles that have been cloned from RAP-resistant yeast strains are missense mutants that alter the same serine residue just upstream of the lipid kinase domain (80–82, 84). The FKBP · RAP complex binds a 196 amino acid fragment of TOR2 (amino acids 1886–2081), an interaction abolished by mutations of Ser[1975] (88). Likewise, the binding domain of TOR1 has been mapped to a small region surrounding Ser[1972], and mutations to any residue other than alanine prevent binding of FKBP · RAP and confer resistance to RAP (83). Because alanine is a potential mimic of a nonphosphorylated serine residue, these results indicate that phosphorylation of Ser[1972] is not required for FKBP · RAP binding, and they also argue against an earlier proposal that phosphorylation of Ser[1972/1975], present in a consensus protein kinase C site, may be required for binding FKBP12 · RAP (82).

Although it has not yet been demonstrated that TOR1 and TOR2 actually possess kinase activities, genetic evidence strongly suggests that intact lipid kinase domains are required for their G₁ function. The introduction of mutations analogous to those known to abolish the lipid kinase activities of VPS34 and mammalian p110 into the lipid kinase domains of the dominant RAP-resistant TOR1 or TOR2 alleles abrogates their ability to confer resistance to RAP (83). The reversion to RAP-sensitivity of these strains demonstrates that functional kinase domains in TOR1 and TOR2 are necessary for their G₁ function. When overexpressed in a wild-type background, "kinase dead" TOR1 mutants confer a dominant negative phenotype, resulting in G₁ arrest (83). This finding suggests that the overproduced, mutant TOR1 protein is nonproductively interacting with normal G₁ targets of the wild-type TOR1 kinase domain. The essential non–G₁ function of TOR2 also requires an intact kinase domain. These genetic data support a model (83) which proposes that the G₁ target of the TOR kinase domains binds to the C-terminus of the TOR proteins, an interaction blocked by FKBP12 · RAP. The model further suggests that the target substrate for TOR2's essential viability function binds to a different region, presumably located in the polymorphic N-terminus of TOR2, and its access to TOR2 is not blocked by FKBP12 · RAP.

Recent studies suggest that the TOR proteins function in a signal transduction pathway that coordinates the availability of essential nutrients with progression through the cell cycle. Even when grown on rich medium, yeast cells depleted of TOR function, either by RAP-treatment or by disruption of both TOR genes, display a phenotype similar to that of cells entering G₀ during the starvation response. For example, both nutrient deprivation and treatment with RAP cause a rapid and acute reduction in initiation of translation, an accumulation of glycogen, an increase in vacuole size, a greatly increased transcription of known marker genes for nutrient starvation, and an arrest of yeast cells with 1N



Figure 2    A schematic representation of TOR family members and related proteins. The asterisk marks the location of the critical serine residues, Ser[2035], Ser[1972], and Ser[1975], in mTOR, TOR1, and TOR2, respectively. Similarly shaded boxes indicate regions of high homology among PI 3-kinase family members.

transmembrane domains (80, 81). The two proteins have 67% amino acid identity and 80% similarity overall (84). The N-terminal segments of both proteins are unrelated to any protein currently in the databases. The C-terminal regions of TOR1 and TOR2 are homologous to a growing family of signaling proteins. These include (i) the p110 catalytic subunit of bovine phosphatidylinositol 3-kinase (PI 3-kinase), (ii) a PI 3-kinase (VPS34) involved in targeting soluble hydrolases to vacuoles in S. cerevisiae (85), (iii) a protein (ESR1, MEC1) required for the repair of damaged DNA and for meiotic recombination in S. cerevisiae (86), and (iv) the protein encoded by the human AT gene, which is mutated in the autosomal recessive disorder ataxia telangiectasia (87). The regions of greatest homology among the six proteins (amino acids 2123–2296 of TOR1, 2127–2300 of TOR2, 801–935 of p110, 623–751 of VPS34, 2078–2245 of ESR1, and 1368–1543 of the protein encoded by the partial AT cDNA clone) span a putative "lipid kinase motif" containing residues conserved in the ATP-binding domains of PI 3- and PI 4-kinases as well as certain protein kinases (Figure 2).

The lipid kinase domains in TOR1 and TOR2 are functionally interchangeable (82). Thus, the different phenotypes of the TOR1- and TOR2-disrupted yeast reflect functional differences in the amino-terminal regions of each protein.

CRDS00836063

DNA (89). The putative TOR-restriction point has been mapped to a point prior to the α-mating factor arrest point, START (89). TOR-depleted cells arrest in early $G_1$ because they are unable to synthesize CLN3, a cyclin required for $G_1$ progression. CLN3 functions, in part, as a transcriptional activator of genes expressed later in $G_1$, including CLN1, CLN2, ORFD, HCS26, and CLB5, all of which encode known or candidate cyclins. CLN3 expression is regulated by the translational initiation factor eIF-4E. When the CLN3 ORF is fused to eIF-4E-independent 5' translational regulatory sequences, RAP-induced $G_1$ arrest is repressed (89). These results indicate that TOR is a signaling molecule required for eIF-4E-dependent translation when nutrient conditions are favorable for $G_1$-phase progression.

## The Mammalian Target of Rapamycin (mTOR)

Five groups, working independently, identified the mammalian protein target of the FKBP12 · RAP complex. Homologous high molecular weight proteins were isolated from various mammalian sources including bovine brain (FKBP-RAP-associated protein, FRAP) (33), rat brain (RAP and FKBP12 target, RAFT; mammalian target of RAP, mTOR) (90, 91), and human lymphocyte (Sirolimus effector protein, SEP; RAP target, RAFT) (92, 93). In keeping with the precedent yeast nomenclature, we refer to the protein mTOR. Based upon its migration in denaturing gels, the purified mTOR protein has a molecular weight greater than 200 kDa (33, 90–92). Two observations helped to confirm that mTOR mediates the inhibitory effects of RAP in mammalian cells. First, two structural analogs of RAP (16-keto-RAP and 25, 26 iso-RAP) were identified that bind with high affinity to FKBP12 but which are 100-fold less potent inhibitors of $G_1$ progression in MG-63 osteosarcoma cells. The FKBP12 complexes with 16-keto-RAP and 25, 26 iso-RAP complexes bind mTOR poorly, if at all (33). Second, little or no mTOR is bound by the FKBP12 · RAP complex in extracts prepared from mutant murine T cell (YAC) lines selected for RAP-resistance (91, 94). Extracts prepared from a RAP-sensitive revertant derived from one of the RAP-resistant T cell lines show wild-type levels of mTOR bound to the FKBP12 · RAP complex (91). Thus, sensitivity of T cells to RAP correlates with binding of mTOR to the FKBP12 · RAP complex.

Microsequencing of the purified mTOR protein enabled the cloning of the complete cDNAs encoding both the human (33) and rat homologs (90, 91). The open reading frames encode 2549 amino acid proteins that have calculated molecular weights of 289 kDa. The protein product of the in vitro-translated rat mTOR cDNA binds to the FKBP12 · RAP complex—formal validation that the cloned cDNA encodes a direct ligand for this complex (91). The mRNA of mTOR is ubiquitously expressed in human tissues with the highest levels found in testis and significant expression found in skeletal muscle (33, 93). Both

human and rat mTOR are slightly more similar to yeast TOR2 (46% identity) than to TOR1 (44% identity), with the greatest similarity (65% identity) found in the C-terminal 600 amino acids of the three proteins. This region of mTOR contains the lipid kinase motif (amino acids 2186–2359) found in the yeast TORs. There are other regions, particularly in the amino terminal portions of the proteins, where there is little or no homology between the yeast TORs and mTOR. Thus, although it is unclear whether mTOR is the functional equivalent of yeast TOR1 or TOR2, the high degree of amino acid sequence identity in the lipid kinase domain suggests that these proteins have similar enzymatic activities. To date, in vitro kinase assays have failed to detect lipid kinase activity in mTOR although a serine autophosphorylation activity has been reported (83).

As shown with the yeast TOR proteins (88), only a small portion of mTOR mediates binding to the FKBP12 · RAP complex. In mTOR, the binding domain has been mapped to amino acids 2025–2114 (95), a 90 amino acid region just upstream of the lipid kinase domain containing a critical serine residue (Ser$^{2035}$) homologous to the Ser$^{1972/1975}$ in the yeast TOR proteins. As in TOR1, mutation of Ser$^{2035}$ to residues other than alanine abrogates binding of mTOR to FKBP12 · RAP (93, 95), indicating that phosphorylation of Ser$^{2035}$ is not required for binding by FKBP12 · RAP and that Ser$^{2035}$ lies in a structurally critical region that is disturbed when replaced by any residue larger than alanine.

## BIOCHEMICAL ACTIONS OF RAPAMYCIN IN MAMMALIAN CELLS

### Anti-Proliferative Effects of RAP in Lymphoid and Nonlymphoid Cells

RAP is a potent inhibitor of the growth of most hemopoietic and lymphoid cell lines in vitro (17). Maximal growth-inhibitory effects are usually observed at concentrations of the drug equal to or less than 10 nM. It is particularly striking that RAP suppresses the cytokine-driven proliferation of both nontransformed lymphoid cell lines and the continuous growth of several leukemic cell lines, with virtually equal potency. The increase in doubling time of the cells induced by the drug is accompanied by a dramatic increase in the proportion of $G_1$-phase cells, which is consistent with the model that the FKBP12 · RAP complex interferes specifically with the progression of $G_1$-phase cells into S phase (96, 97). The growth-inhibitory effect of RAP on lymphoid and other cell types is effectively antagonized by FK506 (16). Conversely, the ability of FK506 to inhibit antigen-driven IL-2 production is reversed by RAP. The reciprocal antagonism between FK506 and RAP is explained by the competitive interactions of these drugs with a common intracellular receptor FKBP12.

CRDS00836064

In contrast to the broadly anti-proliferative effects of RAP on bone marrow–derived cells, the efficacy of RAP as an inhibitor of mesenchymal or epithelial cell growth is variable. For example, the serum-dependent growth of Swiss 3T3 mouse fibroblasts is only marginally affected by nanomolar concentrations of RAP (98), whereas RAP profoundly inhibits the proliferation of MG-63 osteosarcoma cells under the same culture conditions (97). The variable response to RAP may reflect physiologic differences in the extent to which redundant signaling pathways compensate for the loss of mTOR function in different cell lineages. Alternatively, certain established cell lines may have acquired abnormalities in cell-cycle regulation that effectively override the putative $G_1$-phase checkpoint governed by mTOR.

## Other Cellular Actions of RAP

Although the immunosuppressive activity of RAP is commonly attributed to its antiproliferative effect on lymphoid cells, this drug affects a number of other cellular functions that may contribute to its ability to suppress immune responses in vivo. Studies performed with the murine T cell lymphoma, YAC-1, have shown that RAP inhibits IL-1-stimulated production of interferon (IFN)-γ as well as IFN-γ–induced expression of Ly6E antigen on the cell surface (94, 99, 100). Both of these actions are antagonized by FK506, suggesting that they are dependent upon the formation of FKBP12 · RAP complexes in YAC-1 cells. Furthermore, YAC-1 somatic mutants selected for resistance to the growth-inhibitory effect of RAP were correspondingly resistant to the suppressive actions of RAP on cytokine-driven production of IFN-γ and expression of Ly6E (94). As mentioned previously, the resistant phenotype of these YAC-1 clones is apparently explained by a mutational event(s) that leads to a decreased affinity of mTOR for the FKBP12 · RAP complex. These results suggest that, in addition to its cell-cycle regulatory function, mTOR participates in the signal transduction pathways that mediate IL-1 and IFN-γ-stimulated responses in YAC-1 cells.

Ligation of the CD28 receptor on T cells provides an important costimulatory signal for antigen-dependent cytokine production by helper T-lymphocytes. The signal transduction pathway initiated by the interaction of CD28 with its ligands B7-1 and B7-2 remains obscure. In contrast to signaling from the TCR, signal propagation from the CD28 receptor is not inhibited by CsA or FK506. Conversely, signaling through CD28, but not the TCR, is sensitive to RAP (101). The CD28 response element in the IL-2 promoter region contains a nucleotide sequence that resembles a NFκB-binding site, suggesting that CD28 promotes transcription of the IL-2 gene through the activation of members of the Rel family of transcription factors (102). Stimulation of Jurkat or human peripheral blood T cells with phorbol ester induces the nuclear translocation of the NFκB

family member c-Rel, and both the rate and magnitude of this response are enhanced by costimulation through CD28 (103). The increase in intranuclear c-Rel is accompanied by a sustained downregulation of the inhibitory IκB-α subunit in the cytoplasm. Both responses are inhibited by RAP, but not by CsA, suggesting that the RAP-sensitive target protein, mTOR, is involved in the coupling mechanism between CD28 receptor stimulation and c-Rel-dependent transcription. The impact of RAP on CD28 signaling clearly warrants further investigation, as this drug effect could represent a crucial component of the overall immunosuppressive action of RAP in vivo.

## Activation of p70S6 Kinase

The potent antiproliferative effects of RAP prompted speculation that the pharmacologically active immunophilin · drug complex targets a protein kinase involved in the relay of mitogenic signals from the cytoplasm to the nucleus. The most obvious candidate was a component of the Ras-to-MAP-kinase (MAPK) signaling cascade (i.e. Raf, MAPK kinase, or MAPK itself). However, subsequent studies failed to uncover any detectable effect of RAP on Ras signaling in mammalian cells (98; RT Abraham, unpublished data). Instead, the drug was shown to disrupt a Ras-independent signal transduction pathway required for activation of the 70-kDa S6 protein kinase (p70S6K). Activation of p70S6K is apparently a universal response of mammalian cells to mitogenic stimuli. In activated T cells, the activity of p70S6K increases within 10 min of addition of IL-2, and activation is maximal after 40–60 min of stimulation (104). This response is accompanied by a decrease in the electrophoretic mobility of p70S6K, which likely reflects an increase in the phosphorylation of the enzyme. Pretreatment with RAP abolishes both the shift in electrophoretic mobility and the increase in catalytic activity of p70S6K induced by growth factors in T cells as well as in all other mammalian cell types (98, 104–106). The drug concentrations needed to abolish activation of p70S6K are identical to those required to block the progression of miogen-stimulated cells through $G_1$-phase. The suppressive effect of RAP on activity of p70S6K is reversed in the presence of excess FK506, indicating that this action is dependent on the binding of RAP to an FKBP, probably FKBP12. A striking observation is that the addition of RAP to cells at any time after exposure to growth factor leads to a rapid decline in activity of p70S6K to (or even below) the basal level observed in quiescent cells. The ability of RAP to inhibit preactivated p70S6K suggests that the FKBP12 · RAP complex disrupts a constitutive signaling event required for both the generation and maintenance of the activated form of p70S6K.

The biochemical results described above are consistent with the idea that the FKBP12 · RAP complex interferes directly or indirectly with the function of a

A642

$p70^{S6K}$-activating protein kinase in mitogen-stimulated cells. As $p70^{S6K}$ itself is not stimulated by RAP (98), the drug's site of action is thought to lie at an upstream point in the signaling pathway that links stimulation of growth factor receptors to activation of $p70^{S6K}$. It is becoming increasingly evident that $p70^{S6K}$ does not lie in a simple, linear signaling cascade, and recent studies suggest that at least two $p70^{S6K}$-activating protein kinases regulate the state of phosphorylation of the enzyme in growth factor-stimulated cells (107, 108). The carboxy terminus of $p70^{S6K}$ contains a 25 amino acid segment whose sequence suggests that it functions as an autoinhibitory pseudosubstrate domain. According to the current model, phosphorylation of the carboxy-terminal regulatory domain at multiple serine and threonine residues relieves an inhibitory constraint on the catalytic domain and allows activation of the enzyme. However, activation of $p70^{S6K}$ also requires an additional stimulatory input mediated through a highly acidic stretch of amino acids in the amino-terminal region (residues 29–46 in the rat protein) of $p70^{S6K}$. Mutational analyses of $p70^{S6K}$ indicate that it is the essential activating signal delivered through the amino-terminal segment that is blocked by RAP (107, 108). Although treatment with RAP has no effect on the mitogen-induced phosphorylation of the carboxy-terminal pseudosubstrate domain, it inhibits phosphorylation elsewhere in $p70^{S6K}$. The simplest interpretation of these results is that the amino-terminal acidic region mediates the interaction of $p70^{S6K}$ kinase with a RAP-sensitive, $p70^{S6K}$-activating kinase. If correct, this model places the RAP target protein, mTOR, in a protein-serine-threonine kinase cascade leading to activation of $p70^{S6K}$.

Does inhibition of $p70^{S6K}$ explain the growth-suppressive action of RAP in lymphoid cells? Unfortunately, a straightforward answer to this question is not yet available. Microinjection of neutralizing anti-$p70^{S6K}$ antibodies into rat embryo fibroblasts blocks serum-induced $G_1$- to S-phase progression, suggesting that this enzyme plays a key role in transduction of mitogenic signals (109). However, the universality of this conclusion is challenged by experiments with RAP itself. Whereas RAP blocks growth factor-dependent activation of $p70^{S6K}$ with virtually equal potency in both lymphoid and nonlymphoid cells, the efficacy of RAP as a growth inhibitor is relatively unpredicable, particularly in nonhemopoietic cell lines. Thus, if $p70^{S6K}$ executes a critical function required for S-phase entry, redundant signaling pathways must compensate for the loss of $p70^{S6K}$ activity in cells that are relatively insensitive to the growth-inhibitory action of RAP.

### Effects of RAP on Protein Synthesis

The progression of mitogen-stimulated cells through $G_1$ phase is contingent upon regulated alterations in both the transcription of specific genes and the translation of certain mRNA transcripts. Initiation of translation is generally

the rate-limiting step in protein synthesis and therefore represents a logical point of regulation (110, 111). Eukaryotic mRNAs bear a 7-methylguanylate ($m^7GTP$) cap at the 5'-terminus, and this cap region serves as the recognition site for the eukaryotic initiation factor (eIF)-4F complex. Two components of the multisubunit eIF-4F complex are the ATP-dependent helicase eIF-4A and the mRNA cap-binding protein eIF-4E. Initiation involves the recognition of the $m^7GTP$ cap by eIF-4E, followed by the eIF-4A-dependent unwinding of 5' secondary structure in the target mRNA. These events are thought to facilitate binding of the methionyl tRNA-charged 40S ribosomal subunit to the mRNA. This model predicts that the degree to which individual mRNA transcripts depend on the eIF-4F complex for initiation of translation varies directly with the complexity of the secondary structure at the 5'-terminus of the mRNA. Thus, the translation of particular mRNAs will be variably sensitive to regulatory alterations in the function of eIF-4E. As might be expected, a major mechanism by which eIF-4E is regulated involves the phosphorylation of specific components of the eIF-4F complex.

An important target of protein kinases involved in controlling initiation of translation is the cap-binding protein eIF-4E. Recent studies have shown that the binding activity of eIF-4E is regulated by its interaction with PHAS-I, a heat-stable inhibitor of eIF-4E function (112, 113). In resting cells, PHAS-I is tightly bound to eIF-4E and thereby inhibits the ability of eIF-4E to trigger eIF-4F-dependent initiation. Stimulation of cells with growth factors, including serum, insulin, or IL-2, leads to the hyperphosphorylation of PHAS-I, and release of its associated eIF-4E. Hence, mitogenic stimuli are capable of stimulating rapid increases in initiation of translation by activating protein kinases that phosphorylate PHAS-I. Although PHAS-I is an excellent in vitro substrate for MAP kinase, the crucial phosphorylation events leading to the release of eIF-4E are apparently not performed by this enzyme in intact cells (114). Rather, the PHAS-I kinase responsible for disinhibition of eIF-4E in vivo lies within a RAP-sensitive signaling pathway. Pretreatment of activated T cells or 3T3-L1 fibroblasts with RAP abolishes both the increase in phosphorylation of PHAS-I and the release of active eIF-4E induced by IL-2 or insulin (114; GJ Brunn, RT Abraham, J Lawrence, unpublished observations). These results strongly suggest that an mTOR-regulated protein kinase controls eIF-4E-dependent initiation of translation in mammalian cells. These findings are similar to those found in yeast. Thus, studies with RAP as a probe have uncovered a general mechanism for the control of protein synthesis in eukaryotic cells.

The inhibitory effects of RAP on phosphorylation of PHAS-I and the function of eIF-4E provide a rational explanation for the selective, rather than global, suppressive actions of RAP on mitogen-induced protein synthesis. For example,

A643

CRDS00836066

Exposure of activated T cells to RAP profoundly affects the appearance and/or functions of the $G_1$ cyclin-cdk activities induced by IL-2. Surprisingly little has been reported concerning the effect of RAP on the cyclin D–associated cdk complexes in this cell type. Preliminary studies suggest that RAP strongly interferes with the activation of cdks complexed with either cyclin D2 or cyclin D1 in YAC-1 T lymphoma cells or MG-63 osteosarcoma cells (97; GI Brunn, RT Abraham, unpublished data). Conceptually more interesting results were obtained from biochemical analyses of the cyclin E-cdk2 complexes in IL-2-responsive T cells treated with RAP (123). The drug-treated T cells express near-normal levels of cyclin E, and this cyclin is stoichiometrically associated with cdk2. However, the cyclin-E-cdk2 complexes assembled in the presence of RAP display essentially no detectable protein kinase activity. Although additional phosphorylation and dephosphorylation events are required to activate cyclin E-bound cdk2, the phosphorylation state of cdk2 indicated this protein kinase should be fully active in cells growth-arrested by RAP. The mechanism underlying the inhibitory effect of RAP on cyclin E-cdk2 activity remained elusive until the discovery of a novel family of negative regulators of the cell cycle termed cdk inhibitors (124).

One member of this family is Kip1, a heat-stable, titratable inhibitor of $G_1$ cyclin-cdk activities (125–128). Because Kip1 inhibits these activities in a stoichiometric rather than a catalytic fashion, the level of expression of Kip1 sets a threshold on the numbers of $G_1$ cyclin-cdk2 complexes that must be assembled before the formation of catalytically active complexes can occur (Figure 3). Recent studies using human peripheral blood T cells have shown that the initial activation step results in the expression of all three $G_1$ cyclins (D2, E, and, to a lesser extent, A) together with their cdk partners (cdk4, cdk6, and cdk2) (129). However, these complexes fail to become active until the cell receives a progression signal provided by IL-2 or other growth-promoting cytokines. The block to $G_1$ progression is explained, at least in part, by the presence of very high levels of Kip1 in activated T cells. Stimulation with IL-2 overcomes this Kip1-imposed block by inducing both a progressive decrease in the level of Kip1 protein and the assembly of additional $G_1$ cyclin-cdk complexes (129, 130). A provocative addendum to this regulatory scheme was provided by the recent finding that the degradation of Kip1 observed in mitogen-stimulated mammalian cells is carried out by the ubiquitin-proteasome pathway (131). This result adds Kip1 to the growing list of cell cycle-related proteins whose functions during each cycle are terminated by their timed destruction via ubiquitin-triggered proteolysis.

RAP tips the balance between activation and inhibition of cdks toward the inhibitory side by blocking the downregulation of Kip1 protein normally

RAP specifically interferes with the synthesis of proteins from a class of mRNAs bearing polypyrimidine tracts at their 5'-termini (115, 116). Included among these polypyrimidine-containing mRNAs are transcripts that encode ribosomal proteins and elongation factors, i.e. components of the protein synthetic machinery itself. In many cases, the 5'-untranslated regions of these mRNAs also contain nucleotide sequences predicted to have considerable secondary structure, thereby making initiation of translation strongly dependent on eIF-4E. Therefore, the translation of this class of mRNAs should be particularly sensitive to RAP.

In summary, accumulating evidence suggests that the growth-inhibitory mechanism of RAP is inextricably linked to the machinery that controls the inducible synthesis of specific proteins in growth factor–stimulated cells. If this model is correct, the next task will be to identify the mRNA transcript(s) whose translation limits the rate of passage of growth factor–stimulated lymphoid cells through the mid/late $G_1$-phase checkpoint defined by RAP. This effort will be greatly facilitated by an understanding of the effect of RAP on the biochemical machinery that controls the passage of cycling cells through $G_1$ and into S phase: the $G_1$ cyclins and their associated cyclin-dependent kinases (cdks).

### Effect of RAP on $G_1$ Cyclin-cdk Activities

The progression of growth factor-stimulated mammalian cells from $G_1$ to M phase is orchestrated by the precisely timed activation and inactivation of a series of cyclin-associated protein kinase activities (see 117–121 for reviews). The sequence and timing of activation of each cyclin-cdk complex is controlled in part by cell-cycle checkpoints, which ensure that the appropriate cyclin-cdk complex becomes active only after contingent earlier events are accurately executed (119). The $G_1$-specific growth-arrest state induced by RAP suggested that this drug might interfere, directly or indirectly, with the timely activation of a $G_1$ cyclin-cdk complex required for the entry of IL-2–stimulated, $G_1$-phase T cells into S phase. Progression through $G_1$ phase is marked by the assembly and catalytic activation of at least three sets of cyclin-cdk complexes. In IL-2–stimulated T cells, the first set of complexes to become active reflects the association of cyclin D2 with cdk4 or cdk6. This event is followed by the sequential activation of cyclin E-cdk2 and cyclin A-cdk2 complexes (116, 117). It is believed that the first two sets of cdk complexes containing cyclins D2 and E set up the conditions for passage of the cell through a restriction point in late $G_1$-phase (122). Thereafter, the cell is fully committed to complete one division cycle. In contrast, cyclin A-cdk2 activity, which begins to rise in late $G_1$ and remains elevated throughout S-phase, performs functions needed for the onset and completion of replication of DNA.

CRDS00836067

provoked by IL-2 (150). Under these circumstances, the available $G_1$ cyclin-cdk complexes remain saturated with Kip1 and are unable to execute critical regulating functions, including the phosphorylation of the retinoblastoma protein (132), that are essential for progression through $G_1$. The persistent expression of Kip1 in RAP-treated T cells suggests that mTOR, the target for the FKBP12 · RAP complex, is a critical component of a signaling pathway that marks the Kip1 protein for ubiquitin-dependent proteolysis. In the light of the earlier discussion, the irony in this mechanism is obvious: mTOR apparently functions as a positive regulator during mitogen-induced protein synthesis, yet the most proximal connection to the cell cycle occurs at the level of the proteolytic destruction of Kip1. Although any model must be considered purely speculative at present, the mTOR-dependent signaling pathway may control the translation of a mRNA species whose protein product allows the ubiquitin-proteosome system to recognize and degrade Kip1. Whatever the actual mechanism, further studies with RAP as a pharmacologic probe are likely to provide some fascinating insights into the mechanism whereby occupancy of growth factor receptors at the cell surface triggers the activation of $G_1$ cyclin-cdk complexes in the T cell nucleus.



Figure 3   Role of the cdk inhibitor Kip1 in the antiproliferative mechanism of action of RAP. Kip1 functions as a stoichiometric inhibitor of $G_1$-cyclin-cdk complexes in activated T cells. Cyclin subunits are designated as D, E, and A, and the catalytic cdk subunits are abbreviated as K followed by the number of the appropriate cdk isoform. According to this model, RAP inhibits $G_1$-phase progression by blocking IL-2-dependent Kip1 downregulation.

Figure 4   Schematic representation of IL-2 receptor-coupled signaling pathways. The model proposes that mTOR functions as an inducible transducer of regulatory signals for $p70^{S6K}$ activation, eukaryotic initiation factor 4E-dependent protein synthesis, and Kip1 downregulation. Interaction with FKBP12 · RAP disrupts mTOR-dependent functions. Wortmannin, an irreversible inhibitor of certain PI 3-kinase family members, also interferes with a subset of mTOR-dependent responses, including $p70^{S6K}$ activation.

## CONCLUDING REMARKS

Studies of the mechanism of action of RAP are beginning to uncover a previously unrecognized signal transduction pathway that may play a general role in the control of growth of hematopoietic cells (see Figure 4 for summary). The FKBP12 · RAP complex binds to and inhibits the function of a newly defined target protein termed mTOR. The remarkable degree of sequence identity between mTOR and its yeast homologs TOR1 and TOR2 suggests that the cell-cycle regulatory function of mTOR has been highly conserved in eukaryotes. Sequence similarities in the putative catalytic domain of mTOR indicate that the RAP target protein is evolutionarily related to the phosphoinositide kinases PI 3-kinase and PI 4-kinase. The most recent addition to this expanding family of signal transducers is the product of the human *AT* gene, which is mutated in the autosomal recessive disorder ataxia telangiectasia (87). Mutations in AT result in neurologic, immunologic, and cell-cycle abnormalities, as well as radiation-sensitivity and a predisposition to cancer. These findings hint that members

CRDS00836068

of the family of PI 3-kinase–like enzymes, including mTOR, are involved in a broad range of physiologic processes linked to control of the cell-cycle.

The growth-arrest state induced by RAP in T lymphocytes and other hematopoietic cells suggests that this protein executes a biochemical function(s) required for progression from $G_1$ to S-phase. In spite of the sequence homology to PI 3-kinase, mTOR possesses no detectable kinase activity toward phosphoinositides or other lipid substrates (83). However, recombinant mTOR phosphorylates itself on serine residues (83), suggesting that mTOR, ATM, and related proteins may constitute a novel family of protein serine–threonine kinases. Although the proximate substrate(s) for mTOR remains obscure, the connection to components of the machinery that control translation of mRNA is becoming increasingly compelling. The next few years should see some exciting advances in our understanding of the functions of mTOR and other members of this protein family. It is anticipated that these advances will seed the development of novel strategies for immunosuppression, and for the treatment of leukemias, lymphomas, and other cancers.

## NOTE ADDED IN PROOF

While this review was being prepared for publication, Brown et al (135) reported findings which strongly support the model that mTOR represents the RAP-sensitive regulator of $p70^{s6k}$ in mammalian cells. Both the putative catalytic domain at the carboxy terminus and the amino terminal domain of mTOR were required for the regulatory action of this protein on $p70^{s6k}$ activity in vivo. Furthermore, this study shows that recombinant mTOR autophosphorylates in vitro and that this autokinase activity is sensitive to inhibition by the FKBP12·RAP complex.

Any Annual Review chapter, as well as any article cited in an Annual Review chapter, may be purchased from the Annual Reviews Preprints and Reprints service.
1-800-347-8007; 415-259-5017; email: arpr@class.org

*Literature Cited*

1. Vezina C, Kudelski A, Sehgal SN. 1975. Rapamycin (AY-22,989), a new antifungal antibiotic. I. Taxonomy of the producing streptomycete and isolation of the active principle. *J. Antibiot.* 28:721–26

2. Sehgal SN, Baker H, Vezina C. 1975. Rapamycin (AY-22,989), a new antifungal antibiotic. II. Fermentation, isolation and characterization. *J. Antibiot.* 28:727–32

3. Baker H, Sidorowicz A, Sehgal SN, Vezina C. 1978. Rapamycin (AY-22,989), a

new anti-fungal antibiotic. III. In vitro and in vivo evaluation. *J. Antibiot.* 31:539–45

4. Singh K, Sun S, Vezina C. 1979. Rapamycin (AY-22,989), a new antifungal antibiotic. IV. Mechanism of action. *J. Antibiot.* 32:630–45

5. Eng CP, Sehgal SN, Vezina C. 1984. Activity of rapamycin (AY-22,989) against transplanted tumors. *J. Antibiot.* 37:1231–37

6. Findlay JA, Radics L. 1980. On the chem-

istry and high field nuclear magnetic resonance spectroscopy of rapamycin. *Can. J. Chem.* 58:579–90

7. Nicolaou KC, Chakraborty TK, Piscopio AD, Minowa N, Bertinato P. 1993. Total synthesis of rapamycin. *J. Am. Chem. Soc.* 115:4419–20

8. Romo D, Meyer SD, Johnson DD, Schreiber SL. 1993. Total synthesis of (-)-rapamycin using an Evans-Tishchenko fragment coupling. *J. Am. Chem. Soc.* 115:7906–7

9. Hayward CM, Yohannes D, Danishefsky SJ. 1993. Total synthesis of rapamycin via a novel titanium-mediated aldol macrocyclization reaction. *J. Am. Chem. Soc.* 115:9345–46

10. Smith IAB, Condon SM, McCauley JA, Leazer JL Jr, Leahy JW, Maleczka RE Jr. 1995. Total synthesis of rapamycin and demethoxyrapamycin. *J. Am. Chem. Soc.* 117:5407–8

11. Martel RR, Kilcius J, Galet S. 1977. Inhibition of the immune response by rapamycin, a new antifungal antibiotic. *Can. J. Physiol.* 55:48–51

12. Kino T, Hatanaka H, Hashimoto M, Nishiyama M, Goto T, Okuhara M, Kohsaka M, Aoki H, Imanaka H. 1987. FK-506, a novel immunosuppressant isolated from a Streptomyces. I. Fermentation, isolation, and physico-chemical and biological characteristics. *J. Antibiot. (Tokyo)* 40:1249–55

13. Kino T, Hatanaka H, Miyata S, Inamura N, Nishiyama M, Yajima T, Goto T, Okuhara M, Kohsaka M, Aoki H, Ochiai T. 1987. FK-506, a novel immunosuppressant isolated from a streptomyces. II. Immunosuppressive effect of FK-506 in vitro. *J. Antibiot. (Tokyo)* 40:1256–65

14. Tanaka H, Kuroda A, Marusawa H, Hatanaka H, Kino T, Goto T, Hashimoto M, Taga T. 1987. Structure of FK506: a novel immunosuppressant isolated from Streptomyces. *J. Am. Chem. Soc.* 109:5031–33

15. Morris RE, Meiser BM. 1989. Identification of a new pharmacologic action for an old compound. *Med. Sci. Res.* 17:609–10

16. Dumont FJ, Melino MR, Staruch MJ, Koprak S, Fischer P, Sigal N. 1990. The immunosuppressive macrolides FK-506 and rapamycin act as reciprocal antagonists in murine T cells. *J. Immunol.* 144:1418–24

17. Dumont F, Staruch M, Koprak S, Melino M, Sigal N. 1990. Distinct mechanisms of suppression of murine T cell activation by the related macrolides FK-506 and rapamycin. *J. Immunol.* 144:251–58

18. Calne RY, Lim S, Samaan A, Collier DSJ, Pollard SG, White D/G, Thiru S. 1989. Rapamycin for immunosuppression in organ allografting. *Lancet* 2:227

19. Morris RE. 1991. Rapamycin: FK506's fraternal twin or distant cousin? *Immunol. Today.* 12:137–40

20. Eng CP, Gullo-Brown J, Chang J Y, Sehgal SN. 1991. Inhibition of skin graft rejection in mice by rapamycin: a novel immunosuppressive macrolide. *Transplant. Proc.* 23:868–69

21. Dono K, Wood ML, Ozato H, Otsu I, Gotschalk R, Maki T, Monaco AP. 1995. Marked prolongation of rat skin xenografts induced by intrathymic inoculation of xenogeneic splenocytes and a short course of rapamycin in antilymphocyte serum-treated mice. *Transplantation* 59:929–32

22. Morris RE, Wu J, Shorthouse R. 1990. A study of the contrasting effects of cyclosporine, FK 506, and rapamycin on the suppression of allograft rejection. *Transplant. Proc.* 22:1638–41

23. Collier DSJ, Calne R, Thiru S, Lim S, Pollard SG, Barron P, Da Costa M, White D/G. 1990. Rapamycin in experimental renal allografts in dogs and pigs. *Transplant. Proc.* 22:1674–75

24. Granger DK, Cromwell JW, Chen SC, Goswitz JJ, Morrow DT, Beierle FA, Sehgal SN, Canafax DM, Matas AJ. 1995. Prolongation of renal allograft survival in a large animal model by oral rapamycin monotherapy. *Transplantation* 59:183–86

25. Chen H, Xu D, Qi S, Wu J, Luo H, Daloze P. 1995. Rapamycin graft pretreatment in small bowel and liver transplantation in the rat. *Transplantation* 59:1084–89

26. Collier DSJ, Calne RY, Pollard SG, Friend PJ, Thiru S. 1991. Rapamycin in experimental renal allografts in primates. *Transplant. Proc.* 23:2246–47

27. Morris RE, Meiser BM, Wu J, Shorthouse R, Wang J. 1991. Use of rapamycin for the suppression of alloimmune reactions in vivo: schedule dependence, tolerance induction, synergy with cyclosporin, and FK 506, and effect of host-versus-graft and graft-versus-host reactions. *Transplant. Proc.* 23:521–24

28. Kahan BD, Chang J Y, Sehgal SN. 1991. Preclinical evaluation of a new potent immunosuppressive agent, rapamycin. *Transplantation* 52:185–91

29. DiJoseph JF, Sharma RN, Chang J Y. 1992. The effect of rapamycin on kidney function in the Sprague-Dawley rat. *Transplantation* 53:507–13

506   ABRAHAM & WIEDERRECHT

MECHANISM OF RAPAMYCIN ACTION   507

30. Whiting PH, Woo J, Adam BJ, Hasan NU, Davidson RJ, Thomson AW. 1991. Toxicity of rapamycin—a comparative and combination study with cyclosporine at immunotherapeutic dosage in the rat. Transplantation 52:203-8

31. Collier DSJ, Calne RY, Thiru S, Friend PJ, Lim S, White DJG, Kohno H, Levickis J. 1988. FK506 in experimental renal allografts in dogs and primates. Transplant. Proc. 20:S226-28

32. Morris RE. 1992. Rapamycins: antifungal, antitumor, antiproliferative, and immunosuppressive macrolides. Transplant. Rev. 6:8739-33

33. Brown EJ, Albers MW, Shin TB, Ichikawa K, Keith CT, Lane WS, Schreiber SL. 1994. A mammalian protein targeted by G1-arresting rapamycin-receptor complex. Nature 369:756-58

34. Ryffel B. 1986. Cyclosporin: toxicology—experimental studies. Prog. Allergy. 38:181-97

35. Shapiro R, Fung JJ, Jain AB, Parks P, Todo S, Starzl TE. 1990. The side effects of FK506 in humans. Transplant. Proc. 22:35-36

36. Sehgal SN. 1991. Immunosuppressive profile of rapamycin. Ann. NY Acad. Sci. 696:1-8

37. Groth C-G, Ohlman S, Gannedahl G, Ericzon B-G. 1993. New immunosuppressive drugs in transplantation. Transplant. Proc. 25:2681-83

38. Borman S. 1994. Immunosuppressant drugs: rapamycin target protein found. C &EN July 4, 6-7

39. Knight R, Ferranson M, Serino F, Katz S, Lewis R, Kahan BD. 1990. A dose-response relationship for suppression of the mongrel canine model. Transplantation 55:947-49

40. Lin C, Boltz R, Siekierka J, Sigal N. 1991. FK-506 and cyclosporin A inhibit highly similar signal transduction pathways in human T lymphocytes. Cell. Immun. 133:269-84

41. Tocci M, Matkovich D, Collier K, Kwok P, Dumont F, Lin S, Degudicibus S, Siekierka J, Chin J, Hutchinson N. 1989. The immunosuppressant FK506 selectively inhibits expression of early T cell activation genes. J. Immunol. 143:718-26

42. Kolesky AJ, Harding MW, Handschumacher RE. 1986. Cyclophilin: distribution and variant properties in normal and neoplastic tissues. J. Immunol. 137:1054-59

43. Siekierka JJ, Wiederrecht G, Greulich H,

44. Boulton D, Hung SHY, Crynn J, Hodges PJ, Sigal NH. 1990. The cytosolic binding protein for the immunosuppressant FK-506 is both a ubiquitous and highly conserved peptidyl-prolyl cis-trans isomerase. J. Biol. Chem. 265:21011-15

45. Harding MW, Handschumacher RE, Speicher DW. 1986. Isolation and amino acid sequence of cyclophilin. J. Biol. Chem. 261:8547-55

46. Siekierka JJ, Hung SHY, Poe M, Lin CS, Sigal NH. 1989. A cytosolic binding protein for the immunosuppressant FK-506 has peptidyl-prolyl isomerase activity but is distinct from cyclophilin. Nature 341:755-57

47. Harding MW, Galat A, Uehling DE, Schreiber SL. 1989. A receptor for the immunosuppressant FK-506 is a cis-trans peptidyl-prolyl isomerase. Nature 341:758-60

48. Takahashi N, Hayano R, Suzuki M. 1989. Peptidyl-prolyl cis-trans isomerase is the cyclosporin A-binding protein cyclophilin. Nature 337:473-75

49. Fischer G, Wittmann L, Lang K, Kiefhaber T, Schmid F. 1989. Cyclophilin and peptidyl-prolyl cis-trans isomerase are probably identical proteins. Nature 337:476-78

50. Harrison RK, Stein RL. 1990. Substrate specificities of the peptidyl prolyl cis-trans isomerase activities of cyclophilin and FK-506 binding protein: evidence for the existence of a family of distinct enzymes. Biochemistry 29:3813-16

51. Bierer BE, Somers PK, Wandless TJ, Burakoff SL, Schreiber SL. 1990. Probing immunosuppressant action with a nonnatural immunophilin ligand. Science 250:556-59

52. Dumont F, Kastner J, Iaccovone F, Fischer P. 1994. Quantitative and temporal analysis of the cellular interaction of FK-506 and rapamycin in T-lymphocytes. J. Pharmacol. Exp. Ther. 268:32-41

53. Schreiber SL, Crabtree GR. 1992. The mechanism of action of cyclosporin A and FK506. Immunol. Today 13:136-42

54. Friedman J, Weissman I. 1991. Two cytoplasmic candidates for immunophilin action are revealed by affinity for a new cy-

55. clophilin: one is in the presence and one in the absence of CsA. Cell 66:799-806

56. Liu J, Farmer JD, Lane WS, Friedman J, Weissman I, Schreiber SL. 1991. Calcineurin is a common target of cyclophilin-cyclosporin A and FKBP-FK506 complexes. Cell 66:807-15

57. O'Keefe S, Tamura J, Kincaid R, Tocci M, O'Neil E. 1992. FK-506- and CsA-sensitive activation of the interleukin-2 promoter by calcineurin. Nature 357:692-94

58. Clipstone N, Crabtree G. 1992. Identification of calcineurin as a key signalling enzyme in T-lymphocyte activation. Nature 357:695-97

59. Sigal N, Dumont F. 1992. Cyclosporin A, FK-506, and rapamycin: pharmacologic probes of lymphocyte signal transduction. Annu. Rev. Immunol. 10:519-60

60. Siekierka JJ. 1994. Probing T-cell signal transduction pathways with the immunosuppressive drugs, FK-506, and rapamycin. Immunol. Res. 13:110-16

61. Crabtree GR, Clipstone NA. 1994. Signal transmission between the plasma membrane and nucleus of T lymphocytes. Annu. Rev. Biochem. 63:1045-83

62. Griffith JP, Kim JL, Kim EE, Sintchak MD, Thomson JA, Fitzgibbon MJ, Fleming MA, Caron PR, Hsiao K, Navia MA. 1995. X-ray structure of calcineurin inhibited by the FK506-immunophilin complex FKBP12-FK506. Cell 82:507-22

63. Bierer B, Mattila PS, Standaert R, Herzenberg L, Burakoff S, Crabtree G, Schreiber S. 1990. Two distinct signal transmission pathways in T lymphocytes are inhibited by complexes formed between an immunophilin and either FK506 or rapamycin. Proc. Natl. Acad. Sci. USA 87:9231-35

64. Van Duyne GD, Standaert RF, Schreiber SL, Clardy J. 1991. Atomic structure of the rapamycin-human immunophilin FKBP-12 complex. J. Am. Chem. Soc. 113:7433-34

65. Van Duyne G, Standaert R, Karplus P, Schreiber S, Clardy J. 1991. Atomic structure of FKBP-FK506, an immunophilin-immunosuppressant complex. Science 252:839-42

66. Wiederrecht G, Etzkorn F. 1994. The immunophilins. Perspect. Drug Discovery & Design 2:57-84

67. Galat A. 1993. Peptidylproline cis-trans-

68. isomerases: immunophilins. Eur. J. Biochem. 216:689-707

69. Lam E, Martin M, Wiederrecht G. 1995. Isolation of a cDNA encoding a novel human FK506-binding protein homolog containing leucine zipper and tetratricopeptide repeat motifs. Gene 160:297-302

70. Galat A, Lane W, Standaert R, Schreiber S. 1992. A rapamycin-selective 25-kDa immunophilin. Biochemistry 31:2427-34

71. Lam E, Martin MM, Timerman AP, Sabers C, Fleischer S, Lukas T, Abraham RT, O'Keefe SJ, O'Neill EA, Wiederrecht GJ. 1995. A novel FK506-binding protein can mediate the immunosuppressive effects of FK506 and is associated with the cardiac ryanodine receptor. J. Biol. Chem. 270:26511-22

72. Jayaraman T, Brillantes A-M, Timerman A, Fleischer S, Erdjument-Bromage H, Tempst P, Marks A. 1992. FK506 binding protein associated with the calcium release channel (ryanodine receptor). J. Biol. Chem. 267:9474-77

73. Timerman A, Ogunbumni E, Freund E, Wiederrecht G, Marks A, Fleischer S. 1993. The calcium release channel of sarcoplasmic reticulum is modulated by FK-506-binding protein. J. Biol. Chem. 268:22992-99

74. Timerman AP, Wiederrecht G, Marcy A, Fleischer S. 1995. Characterization of an exchange reaction between soluble FKBP12 and the FKBP·ryanodine receptor complex: modulation by FKBP mutants deficient in peptidyl-prolyl iso-merase activity. J. Biol. Chem. 270:2451-59

75. Brillantes A-M, Ondrias K, Scott A, Kobrinsky E, Ondriasova E, Moschella MC, Jayaraman T, Landers M, Ehrlich BE, Marks A. 1994. Stabilization of calcium release channel (ryanodine receptor) function by FK506-binding protein. Cell 77:513-23

76. Mayrleitner M, Timerman A, Wiederrecht G, Fleischer S. 1994. The calcium release channel of sarcoplasmic reticulum is modulated by FK-506 binding protein: effect of FKBP-12 on single channel activity of the skeletal muscle ryanodine receptor. Cell Calcium 1599-108

77. Cameron AD, Steiner JP, Sabatini DM, Kaplin AI, Walensky LD, Snyder SH.

A647

CRDS00836070

## 508    ABRAHAM & WIEDERRECHT

1995. Immunophilin FK506 binding protein associated with inositol 1,4,5-triphosphate receptor modulates calcium flux. Proc. Natl. Acad. Sci. USA 92:1784–88

78. Kohin Y, Faucette L, Bergsma D, Levy M, Cafferkey R, Koser F, Johnson R, Livi G. 1991. Rapamycin sensitivity in Saccharomyces cerevisiae is mediated by a peptidyl-prolyl cis-trans isomerase related to human FK506 binding protein. Mol. Cell. Biol. 11:1718–23

79. Heitman J, Movva NR, Hall MN. 1991. Targets for cell cycle arrest by the immunosuppressant rapamycin in yeast. Science 253:905–9

80. Kunz J, Henriquez R, Schneider U, Deuter-Reinhard M, Movva NR, Hall MN. 1993. Target of rapamycin in yeast: TOR2, an essential phosphatidyl kinase homolog required for G1 progression. Cell 73:585–96

81. Cafferkey R, Young L, McLaughlin M, Bergsma D, Koltin Y, Sathe G, Faucette L, Eng WK, Johnson R, Livi G. 1993. Dominant missense mutations in a novel yeast protein related to mammalian phosphatidylinositol 3-kinase and VPS34 abrogate rapamycin cytotoxicity. Mol. Cell. Biol. 13:6012–23

82. Helliwell S, Wagner P, Kunz J, Deuter-Reinhard M, Henriquez R, Hall M. 1994. TOR1 and TOR2 are structurally and functionally similar but not identical phosphatidylinositol kinase homologues in yeast. Mol. Biol. Cell 5:105–18

83. Zheng X-F, Florentino D, Chen J, Crabtree GR, Schreiber SL. 1995. TOR kinase domains are required for two distinct functions, only one of which is inhibited by rapamycin. Cell 82:121–30

84. Cafferkey R, McLaughlin M, Young P, Johnson R, Livi G. 1994. Yeast TOR (DRR) proteins: amino-acid sequence alignment and identification of structural motifs. Gene 141:133–36

85. Herman PK, Emr SD. 1990. Characterization of VPS34, a gene required for vacuolar protein sorting and vacuole segregation in Saccharomyces cerevisiae. Mol. Cell. Biol. 10:6742–54

86. Kato R, Ogawa H. 1994. An essential gene, ESR1, is required for mitotic cell growth, DNA repair, and meiotic recombination in Saccharomyces cerevisiae.

87. Savitsky K, Bar-Shira A, Gilad S, Rotman G, Ziv Y, Vanagaite L, Tagle DA, Smith S, Uziel T, Sfez S, Ashkenazi M, Pecker I, Frydman M, Harnik R, Patanjali SR, Simmons A, Clines GA, Sartiel A, Gatti RA, Chessa L, Sanal O, Lavin MF, Jaspers NGJ, Taylor AMR, Arlett CF, Miki T, Weissman SM, Lovett M, Collins FS, Shiloh Y. 1995. A single ataxia telangiectasia gene with a product similar to PI-3 kinase. Science 268:1749–53

88. Stan R, McLaughlin M, Cafferkey R, Johnson R, Rosenberg M, Livi G. 1994. Interaction between FKBP12-rapamycin and TOR involves a conserved serine residue. J. Biol. Chem. 269:32027–30

89. Barbet N, Schneider U, Helliwell S, Stansfield I, Tuite M, Hall MN. 1995. TOR controls translation initiation and early G1 progression in yeast. Mol. Biol. Cell in press

90. Sabatini DM, Erdjument-Bromage H, Lui M, Tempst P, Snyder SH. 1994. RAFT1: a mammalian protein that binds to FKBP12 in a rapamycin-dependent fashion and is homologous to yeast TORs. Cell 78:35–43

91. Sabers C, Martin M, Brunn G, Williams J, Dumont F, Wiederrecht G, Abraham R. 1994. Isolation of a protein target of the FKBP12-rapamycin complex in mammalian cells. J. Biol. Chem. 270:815–22

92. Chen Y, Chen H, Rhoad AE, Warner L, Caggiano TJ, Failli A, Zhang H, Hsiao C-L, Nakanishi K, Molnar-Kimber KL. 1994. A putative sirolimus (rapamycin) effector protein. Biochem. Biophys. Res. Comm. 203:1–7

93. Chiu MI, Katz H, Berlin V. 1994. RAPT1, a mammalian homolog of yeast TOR, interacts with the FKBP12/rapamycin complex. Proc. Natl. Acad. Sci. USA 91:12574–78

94. Dumont FJ, Altmeyer A, Kastner C, Fischer PA, Lemon KP, Chung J, Blenis J, Staruch MJ. 1994. Relationship between multiple biologic effects of rapamycin and the inhibition of p70S6 protein kinase activity. J. Immunol. 152:992–1003

95. Chen J, Zheng X-F, Brown EJ, Schreiber SL. 1995. Identification of an 11-kDa FKBP12-rapamycin-binding domain within the 289-kDa FKBP12-rapamycin-associated protein and characterization of a critical serine residue. Proc. Natl. Acad. Sci. USA 92:4947–51

96. Morice W, Brunn G, Wiederrecht G, Siekierka J, Abraham R. 1993. Rapamycin-induced inhibition of p34cdc2 kinase activation is associated with G1/S-phase growth arrest in T lymphocytes. J. Biol. Chem. 268:3734–38

97. Albers M, Williams R, Brown E, Tanaka A, Hall F, Schreiber S. 1993. FKBP-

## MECHANISM OF RAPAMYCIN ACTION    509

rapamycin inhibits a cyclin-dependent kinase activity and a cyclin D1-Cdk association in early G1 of an osteosarcoma cell line. J. Biol. Chem. 268:22,825–29

98. Chung J, Kuo C, Crabtree G, Blenis J. 1992. Rapamycin-FKBP specifically blocks growth-dependent activation of and signaling by the 70 kD S6 protein kinases. Cell 69:1227–36

99. Altmeyer A, Dumont FJ. 1993. Rapamycin inhibits IL-1-mediated interferon-γ production in the YAC-1 T cell lymphoma. Cytokine 5:133–43

100. Dumont FJ, Kastner C. 1994. Transforming growth factor β1 inhibits interleukin-1-induced but enhances ionomycin-induced interferon-γ production in a T cell lymphoma: comparison with the effects of rapamycin. J. Cell. Physiol. 160:141–53

101. Bierer BE, Schreiber SL, Burakoff SJ. 1991. The effect of the immunosuppressant FK506 on alternate pathways of T cell activation. Eur. J. Immunol. 21:439–45

102. Choh P, Tan TH, Rice NR, Sica A, Young HA. 1993. The interleukin 2 CD28-responsive complex contains at least three members of the NFκB family: c-Rel, p50, and p65. Proc. Natl. Acad. Sci. USA 90:694–700

103. Lai J-H, Tan T-H. 1994. CD28 signaling causes a sustained down-regulation of IκBα which can be prevented by the immunosuppressant rapamycin. J. Biol. Chem. 269:30,077–80

104. Price D, Grove J, Calvo V, Avruch J, Bierer B. 1992. Rapamycin-induced inhibition of the 70-kilodalton S6 protein kinase. Science 257:973–77

105. Kuo C, Chung J, Fiorentino D, Flanagan W, Blenis J, Crabtree G. 1992. Rapamycin selectively inhibits interleukin-2 activation of p70 S6 kinase. Nature 358:70–73

106. Calvo V, Crews C, Vik T, Bierer B. 1992. Interleukin 2 stimulation of p70 S6 kinase activity is inhibited by the immunosuppressant rapamycin. Proc. Natl. Acad. Sci. USA 89:7571–75

107. Weng Q-P, Andrabi K, Kozlowski MT, Grove JR, Avruch J. 1995. Multiple independent inputs are required for activation of the p70S6 kinase. Mol. Cell. Biol. 15:2333–40

108. Cheatham L, Monfar M, Blenis J. 1995. Structural and functional analysis of pp70S6k regulation. Proc. Natl. Acad. Sci. USA 92:11,696–700

109. Ferrari S, Bannwarth W, Morley SJ, Totty NF, Thomas G. 1992. Activation of p70s6k is associated with phosphorylation of four clustered sites displaying Ser/Pro motifs. Proc. Natl. Acad. Sci. USA 89:7282–86

110. Hershey JWB. 1991. Translational control in mammalian cells. Annu. Rev. Biochem. 60:717–55

111. Sonenberg N. 1993. Remarks on the mechanism of ribosome binding to eukaryotic mRNAs. Gene Exp. 3:317–23

112. Pause A, Belsham GI, Gingras A-C, Donz O, Lin T-A, Lawrence JC, Sonenberg N. 1994. Insulin-dependent stimulation of protein synthesis by phosphorylation of a regulator of 5'-cap function. Nature 371:762–67

113. Lin T-A, Kong X, Haystead TAJ, Pause A, Belsham G, Sonenberg N, Lawrence JC. 1994. PHAS-I as a link between mitogen-activated protein kinase and translation initiation. Science 266:653–56

114. Lin T-A, Kong X, Saltiel AR, Blackshear PJ, Lawrence JC. 1995. Control of PHAS-I by insulin in 3T3-L1 adipocytes. J. Biol. Chem. 270:18,531–38

115. Jefferies H, Reinhard C, Kozma S, Thomas G. 1994. Rapamycin selectively represses translation of the "polypyrimidine tract" mRNA family. Proc. Natl. Acad. Sci. USA 91:4441–45

116. Terada N, Patel H, Takase K, Kohno K, Nairn A, Gelfand E. 1994. Rapamycin selectively inhibits translation of mRNAs encoding elongation factors and ribosomal proteins. Proc. Natl. Acad. Sci. USA 91:11,477–81

117. Sherr CJ. 1993. Mammalian G1 cyclins. Cell 73:1059–65

118. Sherr CJ. 1994. G1 phase progression: cycling on cue. Cell 79:11,477–81

119. Murray A. 1994. Cell cycle checkpoints. Curr. Opin. Cell Biol. 79:551–55

120. Nurse P. 1994. Ordering S phase and M phase in the cell cycle. Cell 79:547–50

121. King RW, Jackson PK, Kirschner MW. 1994. Mitosis in transition. Cell 79:563–71

122. Pardee AB. 1989. G1 events and regulation of cell proliferation. Science 246:603–8

123. Morice W, Wiederrecht G, Brunn G, Siekierka J, Abraham R. 1993. Rapamycin inhibition of interleukin-2-dependent p33cdk2 and p34cdc2 kinase activation in T lymphocytes. J. Biol. Chem. 268:22,737–45

124. Polyak K, Kato J-Y, Solomon M, Sherr C, Massague J, Roberts J, Koff A. 1994. p27Kip1, a cyclin-cdk inhibitor, links transforming growth factor-β and contact inhibition to cell cycle arrest. Genes Develop. 8:9–22

A648

CRDS00836071

*Annu. Rev.*
Copyright

126. Toyoshima H, Hunter T. 1994. p27, a novel inhibitor of G1 cyclin/cdk protein kinase activity, is related to p21. *Cell* 78:67–74

127. Slingerland J, Hengst L, Pan C-H, Alexander D, Stampfer M, Reed S. 1994. A novel inhibitor of cyclin-cdk activity detected in transforming growth factor β-arrested epithelial cells. *Mol. Cell. Biol.* 14:3683–94

128. Polyak K, Lee M-H, Erdjument-Bromage H, Koff A, Roberts J, Tempst P, Massague J. 1994. Cloning of p27$^{Kip1}$, a cyclin-dependent kinase inhibitor and a potential mediator of extracellular antimitogenic signals. *Cell* 78:59–66

129. Firpo E, Koff A, Solomon M, Roberts J. 1994. Inactivation of a cdk2 inhibitor during interleukin 2-induced proliferation of human T lymphocytes. *Mol. Cell. Biol.* 14:4889–4901

130. Nourse J, Firpo E, Flanagan W, Coats S, Polyak D, Lee M-H, Massague J, Crabtree G, Roberts J. 1994. Interleukin-2-mediated elimination of the p27$^{Kip1}$ cyclin-dependent kinase inhibitor prevented by rapamycin. *Nature* 372:570–73

131. Pagano M, Tam SW, Theodoras AM, Beer-Romero P, Del Sal G, Chau V, Yew PR, Draetta GF, Rolfe M. 1995.

Role of the ubiquitin-proteasome pathway in regulating abundance of the cyclin-dependent kinase inhibitor p27. *Science* 269:682–85

132. Terada N, Lucas J, Szepesi A, Franklin R, Domenico J, Gelfand E. 1993. Rapamycin blocks cell cycle progression of activated T cells prior to events characteristic of the middle to late G1 phase of the cycle. *J. Cell. Phys.* 154:7–15

133. Arakawa H, Nagase H, Hayashi N, Fujiwara T, Ogawa M, Shin S, Nakamura Y. 1994. Molecular cloning and expression of a novel human gene that is highly homologous to human PK506-binding protein 12kDa (hFKBP-12) and characterization of two alternatively spliced transcripts. *Biochem. Biophys. Res. Comm.* 200:836–43

134. Baughman G, Wiederrecht G, Campbell NF, Martin MM, Bourgeois S. 1995. FKBP51, a novel T-cell specific immunophilin capable of calcineurin inhibition. *Mol. Cell. Biol.* 15:4395–4402

135. Brown E, Beal PA, Keith CT, Chen J, Shin TB, Schreiber SL. 1995. Control of p70 S6 kinase by kinase activity of FRAP in vivo. *Nature* 377:442–46

REC

*Yueh-k*

Departn
Immunc

KEY WO

In c
and su
knowl
terize
T cell
either
mune
also e
T cell
noncl
γδ T c
recogr
neithe
over, a
mycot
periph
that γ

An:
of γ ar
than tc
recogr
immur
surfac
cytolyt
results
withou
or even

# EXHIBIT 42

*J. Mol. Biol.* (1993) 229, 105–124

# Atomic Structures of the Human Immunophilin FKBP-12 Complexes with FK506 and Rapamycin

Gregory D. Van Duyne[1], Robert F. Standaert[2], P. Andrew Karplus[3]
Stuart L. Schreiber[2] and Jon Clardy[1]

[1]*Department of Chemistry, Cornell University*
*Ithaca, NY 14853-1301, U.S.A.*

[2]*Department of Chemistry, Harvard University*
*Cambridge, MA, U.S.A.*

[3]*Department of Biochemistry, Cornell University*
*Ithaca, NY 14853, U.S.A.*

(*Received 3 January 1992; accepted 29 July 1992*)

High resolution structures for the complexes formed by the immunosuppressive agents FK506 and rapamycin with the human immunophilin FKBP-12 have been determined by X-ray diffraction. FKBP-12 has a novel fold comprised of a five-stranded $\beta$-sheet wrapping around a short $\alpha$-helix with an overall conical shape. Both FK506 and rapamycin bind in the cavity defined by the $\beta$-sheet, $\alpha$-helix and three loops. Both FK506 and rapamycin bind in similar fashions with a set of hydrogen bonds and an unusual carbonyl binding pocket. Bound FK506 has a different conformation than free (crystalline) FK506 while rapamycin's bound conformation is virtually identical to that of unbound rapamycin. FKBP-12 is a peptidyl-prolyl isomerase (PPIase), and the structures of the complexes suggest ways in which this catalytic activity could operate. The different complexes are active in suppressing different steps of T cell activation, an activity seemingly unconnected with the PPIase activity.

*Keywords:* FKBP; immunophilin; immunosuppression; FK506; rapamycin

## 1. Introduction

The natural products FK506 and rapamycin have tremendous attraction both as templates for immunosuppressive drugs and as probe molecules for cytoplasmic signal transduction. Like cyclosporin A, currently the clinically favored agent for the prevention of graft rejection after organ and bone marrow transplantation, FK506 and rapamycin inhibit T cell activation (Schreiber, 1991). FK506 has a mechanism of action similar to that of cyclosporin A, but is 10 to 100 times more potent (Thomson, 1989). Rapamycin inhibits T cell activation at concentrations comparable to those of structurally related FK506, but at a different stage and by a different mechanism (Metcalf & Richards, 1990).

A key step in signal disruption is the binding of the drug to a protein, and in this paper we discuss the detailed structures of two such complexes. The predominant FK506-binding protein in Jurkat T cells, termed FKBP and later named FKBP-12 to

distinguish it from other FKBPs by its molecular weight, was isolated and characterized by two laboratories (Harding *et al.*, 1989; Siekierka *et al.*, 1989). FKBP-12 is a 12 kDa protein of 107 residues that binds both FK506 and rapamycin tightly, with dissociation constants $K_d = 0.4$ and $0.2$ nM, respectively (Bierer *et al.*, 1990a). A number of other, less abundant FKBPs have since been characterized (Jin *et al.*, 1991; Fretz *et al.*, 1991). Cyclophilin A, an 18 kDa protein with no sequence similarity to FKBP-12, is the predominant cyclosporin-binding protein in T lymphocytes and was shown to be identical to peptidyl-prolyl isomerase, an enzyme that catalyzes the interconversion of *cis*- and *trans*-rotamers of the peptidyl-prolyl amide bond of peptide and protein substrates. Cyclosporin potently inhibits this rotamase activity (Fischer *et al.*, 1989; Takahashi *et al.*, 1989). FKBP-12 is also a rotamase and its rotamase activity is potently inhibited by both FK506 and rapamycin.

FK506 and cyclosporin have been shown to suppress T cell activation by disruption of the cyto-

0022-2836/93/010105-20 $08.00/0

© 1993 Academic Press Limited

CORD1215650

FK506                                                    Rapamycin

**Figure 1.** Structures of FK506 and rapamycin.

plasmic signal transduction process resulting from stimulation of the T cell receptor (TCR†) by foreign antigen. The TCR pathway results in the activation of specific nuclear transcription factors such as nuclear factor of activated T cells (NF-AT), and these factors then regulate the transcription of T cell activation genes such as that for lymphokine interleukin-2 (IL-2). Rapamycin does not inhibit the TCR pathway and has no effect on IL-2 production. Rather it inhibits T cell response to IL-2, indicating its involvement with a later, lymphokine receptor-associated pathway.

Inhibition of FKBP-12's rotamase activity is an insufficient requirement for T cell suppression, as proved by the distinct modes of action of FK506 and rapamycin, the observation that FK506 and rapamycin are mutually inhibitory (Bierer *et al.*, 1990*a*), and the inability of 506BD, a synthetic tight binder and rotamase inhibitor containing the binding domains of FK506 and rapamycin, to affect signal transduction (Bierer *et al.*, 1990*b*). For both FK506 and rapamycin, the biological effectors in blocking cytoplasmic signal transduction are the FKBP-12–FK506 and FKBP-12–rapamycin complexes. Whether these complexes are viewed as rotamase–inhibitor complexes or as biological effectors that interact with a third component, a high resolution structure would be of enormous value.

In two preliminary reports, we have described the structures of the FKBP-12–FK506 and FKBP-12–rapamycin complexes following initial refinement at 1·7 Å (1 Å = 0·1 nm) resolution (Van Duyne *et al.*, 1991*a*,*b*). The solution structure of uncomplexed FKBP-12 has also been determined by n.m.r. techniques (Michnick *et al.*, 1991; Moore *et al.*, 1991). In

all cases, the protein fold is the same, a five-stranded β-sheet wrapped around a short α-helix with the overall shape of an empty ice cream cone (Fig. 2(a)). FK506 and rapamycin bind in a hydrophobic cavity between the helix and sheet that is flanked by three loop regions. Here we report the refined, 1·4 Å resolution structure of FKBP-12–FK506 and the 1·7 Å structure of FKBP-12–rapamycin. Structural features of the protein include: a novel β-sheet loop crossing, a split β-sheet strand containing an eight-residue insertion that forms a large bulge in the sheet, and an unusual 20-residue loop that acts as a flap over the ligand binding region. Features of ligand binding include: a twisted dicarbonyl involved in C–H···O interactions, a planar, *trans*-amide, and different cyclohexyl group orientations. Although the protein–ligand interactions observed do not lead unambiguously to a mechanism of rotamase action, they do provide some tantalizing possibilities. Differences between the two complexes provide a starting point for understanding the nature of the immunophilin–immunosuppressant complex receptor and for the design of new biological probes based on the FK506 and rapamycin structures.

## 2. Materials and Methods

### (a) *FKBP-12 and selenomethionine FKBP-12*

Selenomethionine-labeled FKBP-12 (SeMet-FKBP-12) was expressed using the same vector (pHN1+) and host strain (*Escherichia coli* XA90) under modified conditions, and it was purified by a similar protocol. As XA90 is not a methionine auxotroph, the conditions were chosen to exclude methionine from the medium and to provide ample amounts of other amino acids known to inhibit methionine biosynthesis. Thus, cells from 1 ml of an overnight culture grown in LB medium containing 100 mg of ampicillin/l were isolated by centrifugation (2 min at 1300 *g* in a microcentrifuge), resuspended in 1 ml of M9 minimal medium containing glucose (0·4%, w/v) and ampicillin (100 mg/l), and added to 1 l of the same medium pre-warmed to 37°C. The culture was shaken in a

† Abbreviations used: TCR, T cell receptor; NF-AT, nuclear factor of activated T cells; IL-2, interleukin-2; n.m.r., nuclear magnetic resonance; SeMet-FKBP-12, selenomethione-labeled FKBP-12; DTT, dithiothreitol; m.i.r., multiple isomorphous replacement; r.m.s., root-mean-square.



(a)



(b)

**Figure 2.** (a) Ribbon and (b) topological representations of FKBP-12.

4·1 Morton flask at 37°C until it had reached an $A_{600}$ of 0·6, at which point selenomethionine (Sigma, 50 mg) along w th lysine hydrochloride (100 mg), threonine (100 mg), phenylalanine (100 mg), leucine (50 mg), isoleucine (50 mg) and valine (50 mg) were added as solids. After an additional 15 min of shaking, 10 ml of 100 mM-isopropyl-$\beta$-D-thiogalactoside was added, and the culture was grown for 13 h more. The cells were harvested by centrifugation (15 min, 500 g), washed by suspension in ~25 ml of lysis buffer (20 mM-Tris·HCl, 2 mM-EDTA, $10^{-7}$ M-pepstatin A 5 mM-DTT, pH 8·0 at 22°C) followed by centrifugation, suspended again in 25 ml of lysis buffer, and lysed by

sonication. Protamine sulfate (5 ml of a 2% solution, pH 7·5) was added, and the mixture was incubated on ice for 30 min prior to centrifugation (37,000 g, 30 min). The supernatant was chromatographed at 4°C on a 2·5 cm × 15 cm column of DE-52 (Whatman) equilibrated with 20 mM-Tris·HCl, 5 mM-DTT (pH 8·0) at 22°C and eluted with the same buffer. FKBP-12 eluted in the first peak detected by $A_{280}$. Fractions were analyzed by SDS-PAGE followed by Coomassie blue staining, and FKBP-12-containing fractions were combined, concentrated to 1 to 2 ml using a stirred cell with an Amicon YM-3 membrane, and chromatographed at 4°C on a 1·6 cm × 70 cm column of Sephacryl S-100 (Pharmacia) equilibrated with 20 mM-Tris·HCl, 1 mM-EDTA, 5 mM-DTT (pH 8·0) at 22°C. Fractions were analyzed by SDS-PAGE followed by silver staining, and appropriate fractions were pooled and concentrated using a Centricon-3 microconcentrator (Amicon). A yield of 10 mg of purified SeMet-FKBP-12 was obtained (determined by $A_{280}$ using the extinction coefficient of 9860 M$^{-1}$ cm$^{-1}$ calculated for FKBP-12), and the SeMet incorporation was estimated to be 80 to 85% on the basis of residual methionine content in the amino acid analysis (Yang *et al.*, 1990).

### (b) *Crystallizations*

Tetragonal prisms of FKBP-12-FK506 complex measuring up to 0·3 mm along the unique axis and 0·5 mm in width were grown in 5 to 7 days from 10 µl hanging drops containing 10 mg/ml FKBP-12-FK506 complex, 100 mM-phosphate, 1·6 to 1·8 M-ammonium sulfate, (pH 6·0) at room temperature. Crystal data are given in Table 1. Selenomethionine FKBP-12-FK506 crystals were grown under the same conditions and have identical cell constants.

Thin needles of FKBP-12-rapamycin were grown from 10 µl hanging drops containing 10 mg/ml FKBP-12-rapamycin complex, 100 mM-phosphate, 0·4 M-ammonium sulfate (pH 6·0) at room temperature. The needles typically measured less than 100 µm in width and greater than 1 mm in length and were not suitable for high resolution data collection. Improved crystals were grown from 100 mM-phosphate, 0·3 M-ammonium sulfate (pH 6) using a combination of microscopic (McPherson, 1976) and macroscopic (Thaller *et al.*, 1981) seeding techniques. Thin needles were crushed with the end of a glass rod, diluted to 100 µl with reservoir solution, and used as micro-seeds by adding 0·2 µl of seed solution to a hanging drop that was pre-equilibrated at 0·3 M-ammonium sulfate. Large numbers of small crystals grew in 5 days. Suitable crystals were chosen from this crop, washed, and used as macroscopic seeds, 1/pre-equilibrated 10 µl hanging drop. Crystals with maximum dimensions 0·3 mm × 0·3 mm × 1·0 mm grew in 10 to 14 days. Attempts to grow large single crystals using microscopic seeding alone with small numbers of microseeds resulted in only slightly improved crystal axial ratios. Crystal data are given in Table 1.

### (c) *Data collection*

Native data were measured to 1·4 Å for the FKBP-12-FK506 complex and to 1·7 Å for the FKBP-12-rapamycin complex using a San Diego Multiwire Systems Mark II detector with graphite-monochromated CuKα radiation produced by a Rigaku RU-200 rotating anode X-ray source operating at 7·5 kW. In both cases, 2 crystals were used. For FKBP-12-FK506, data were

CORD121552

*G. D. Van Duyne et al.*

### Table 1
*Crystal and refinement data*

| | FKBP-12-FK506 | FKBP-12-rapamycin |
|---|---|---|
| Cell constants (Å) | $a = 58\cdot07$ | $a = 45\cdot42$ |
| | | $b = 49\cdot16$ |
| | $c = 55\cdot65$ | $c = 54\cdot74$ |
| Space group | $P4_2 2_1 2$ | $P2_1 2_1 2_1$ |
| No. complexes per asymmetric unit | 1 | 1 |
| % Solvent | 32 | 48 |
| No. refined non-hydrogen atoms | 1023 | 1030 |
| Protein | 832 | 832 |
| Ligand | 57 | 65 |
| Solvent | 134 | 133 |
| R-factor (Å) | 0·175 (10–1·4) | 0·154 (10–1·7) |
| Final $2F_o - F_c$ map (including $F(000)$) (Å) | 25–1·4 | 25–1·7 |
| Min (e/Å³) | −0·83 | −0·71 |
| Max | 6·67 | +15 |
| r.m.s. | 0·66 | 0·55 |
| Final $F_o - F_c$ map (Å) | 5–1·4 | 5–1·7 |
| Min (e/Å³) | −0·43 | −0·24 |
| Max | 0·40 | 0·25 |
| r.m.s. | 0·09 | 0·05 |
| r.m.s. bond deviation (Å) | 0·012 | 0·011 |
| r.m.s. angle deviation (°) | 2·6 | 2·5 |
| r.m.s. improper torsion deviation (°) | 1·6 | 2·0 |
| Average $B$ (all atoms) (Å²) | 13·5 | 20·5 |
| Average $B$ (main-chain) (Å²) | 9·0 | 15·9 |
| Average $B$ (ligand) (Å²) | 9·0 | 13·4 |
| WA (weight for X-ray term in X-PLOR) | 48,000 | 69,000 |

measured to 1·7 Å with crystal no. 1 and to 1·4 Å with crystal no. 2 and for FKBP-12–rapamycin, data were measured to 1·7 Å for both crystals. Data were measured at room temperature in 30 ϕ frames of width 0·08° in ω, with a crystal-to-detector distance of 340 mm. Data reduction was performed on site (Howard *et al.*, 1985).

Heavy atom derivative and selenomethionine FKBP-12–FK506 data were measured on a Siemens R3m diffractometer using graphite monochromated CuKα radiation from a sealed tube X-ray source operating at 2 kW and 11-step ω-scans, typically 0·75° in width. The HgCl₂ and K₂PtCl₄ data were corrected for absorption based on the variation in intensity of 10 azimuthal scans (Siemens Analytical X-ray Instruments, Inc., 1990). The data were also corrected for decomposition (Siemens Analytical X-ray Instruments, Inc., 1990); in all cases less than 10% as judged by the intensities of periodically measured standard reflections. Although high resolution derivative data collection using the area detector system was planned, successful phasing and map interpretation using the preliminary diffractometer data made it unnecessary. Data collection statistics are given in Table 2.

#### (d) *Multiple isomorphous replacement phasing of FKBP-12–FK506*

Native phases were obtained using the multiple isomorphous replacement (m.i.r.) method, with HgCl₂ (bound to Cys22), K₂PtCl₄ (bound to Met29 at site 1 and to Met49 and Lys52 at site 2), and selenomethionine derivatives. Refinement of the heavy atom parameters and calculation of m.i.r. phases were performed with a locally modified version of the program LEASTSQ (Rossmann, 1975). A summary of the heavy atom parameters and phasing statistics for the 3 derivatives used is given in Table 3. The thermal parameters listed for the 3 selenium atoms correlate well with the environments of the corresponding methionine sulfur atoms in the final structure: Met29 and Met49 are surface residues and Met66 is buried. The initial electron density map, calculated with m.i.r. phases at 3·0 Å, was of high quality; the mean figure-of-merit for reflections to 3 Å was 0·63. The entire peptide chain could be traced and many buried sidechains could be identified, with breaks in density occurring only in 2 loop regions. In addition, the entire bound

### Table 2
*Data collection statistics*

| Crystal (number used) | Resolution (Å) | Number measured | Number unique | $R_{sym}$ | Percent complete | Number with $F \geq 3\sigma$ |
|---|---|---|---|---|---|---|
| FKBP-12–FK506 native (2) | 25 1·4 | 139,003 | 18,608 | 0·073 | 96 | 17,038 |
| FKBP-12–FK506 HgCl₂ (1) | 25 3·0 | 4556 | 2176 | 0·066 | 100 | 1893 |
| FKBP-12–FK506 K₂PtCl₄ (1) | 25 4·0 | 918 | 918 | | 97 | 756 |
| FKBP-12–FK506 Se-Met (1) | 25–3·6 | 1305 | 1305 | | 100 | 1140 |
| FKBP-12–rapamycin native (2) | 25–1·7 | 81,484 | 12,991 | 0·056 | 93 | 10,633 |

$R_{sym} = \Sigma_{hkl} \Sigma_j |I_j(hkl) - \langle I(hkl)\rangle| / \Sigma_{hkl} \Sigma_j \langle I(hkl)\rangle$, where $j$ runs over symmetry related reflections.

**Table 3**
*Heavy atom parameters and phasing statistics*

| Derivative | Conc. (mм) | Soak time (days) | Site | Parameters | | | | | Resolution (Å) | $R_{cen}$† | Phasing power§ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $x$ | $y$ | $z$ | $q$† | $B$ | | | 6 | 4 | 3·5 | 3 |
| HgCl₂ | 2 | 3 | Hg1 | 0·358 | 0·485 | 0·173 | 61·3 | 26·4 | 3·0 | 0·23 | 3·06 | 2·02 | 1·86 | 1·78 |
| K₂PtCl₄ | 2 | 6 | Pt1 | 0·612 | 0·086 | 0·556 | 32·2 | 20·3 | 3·0 | 0·13 | 1·89 | 1·53 | | |
| | | | Pt2 | 0·000 | 0·000 | 0·313 | 7·8 | 35·8 | | | | | | |
| Se-Met | | | M29 | 0·108 | 0·601 | 0·443 | 16·5 | 28·9 | 3·6 | 0·10 | 2·27 | 1·71 | 1·38 | |
| | | | M49 | 0·488 | 0·486 | 0·157 | 16·5 | 40·9 | | | | | | |
| | | | M66 | 0·176 | 0·510 | 0·218 | 16·5 | 12·1 | | | | | | |
| Average figures-of-merit | | | | | | | | | | | 0·84 | 0·75 | 0·62 | 0·45 |

† Occupancy is given in electrons and is a multiplier for a unit form factor. (Data were placed on an absolute scale following refinement.)
‡ $P_{cen} = \Sigma|F_{p} - F_{ph}|/\Sigma F_{p}$, where $F_{p}$ and $F_{ph}$ are the amplitudes of native and derivative structure factors, respectively.
§ Phasing power = r.m.s. heavy atom scattering amplitude/r.m.s. closure error. Average figures-of-merit are given on the final line. Note that only a single derivative contributes to the phasing beyond 3·5 Å.

FK506 molecule was represented by strong electron density in this first map. The chain tracing was accelerated by the availability of a model of uncomplexed FKBP-12 from solution n.m.r. studies (Michnick *et al.*, 1991). Model building of FKBP-12 proceeded smoothly, but bound FK506 was not fit until electron density maps at higher resolution showed an unambiguous conformation for the entire molecule. The m.i.r. map was computed from experimental phases alone, no density modification procedures were employed.

### (e) *Refinement of FKBP-12–FK506*

Model refinement was started at 3·0 Å, the resolution of the m.i.r. analysis and a low resolution cutoff of 10 Å was used throughout. Simulated annealing refinement, using the program X-PLOR with established protocols (Brünger *et al.*, 1990), was alternated with manual adjustments with respect to the m.i.r. electron density map. The initial model R-factor of 0·48 was rapidly reduced to 0·25 at 3·0 Å resolution while maintaining reasonable stereochemistry. Further rounds of simulated annealing refinement at 3·0 and 2·6 Å resolution were followed by manual adjustments with respect to $2F_{o} - F_{c}$ maps. Bound FK506 was initially fit at 2·6 Å resolution, but was first included in structure factor calculations and refined starting at 2·2 Å where its conformation was unambiguous. Successive refinements extending the resolution from 2·0 to 1·7 Å converged quickly using least-squares minimization by the conjugate gradients method; simulated annealing refinements at high resolution resulted in an equivalent model structure.

Difference electron density maps following refinements revealed 134 ordered water molecules. Water sites with electron density greater than 4σ in $F_{o} - F_{c}$ maps were added to the model and those less than 1σ in the $2F_{o} - F_{c}$ map following refinement were rejected. The final solvent list was ordered on electron density. The thermal parameters of all heavy atoms and the occupancies of water molecules were refined without constraints, although occupancies were adjusted between cycles to lie between 0 and 1. The stereochemical terms used for FK506 refinement were restricted to those involving bonds, angles, planar groups and chiral centers. No planarity restraints were placed on the amide group of FK506. The overall R-factor for 17,038 reflections with $F/\sigma(F) > 3·0$ out of 18,603 total reflections at 10 to 1·4 Å resolution is 0·175. Results of the refinement are given in Table 1.

### (f) *Molecular replacement solution of FKBP-12–rapamycin*

Molecular replacement calculations were carried out using the program MERLOT (Fitzgerald, 1988) with 25 to 4·0 Å resolution data. FKBP-12 from the complex with FK506, after refinement at 10 to 1·7 Å resolution (Van Duyne *et al.*, 1991a,b), was used as a search model and all atoms were included. The highest peak in the fast rotation function was 5 times the r.m.s. value and translation function calculations led to an unambiguous placement of the oriented model. Rigid body refinement of the model with X-PLOR gave an R-factor of 0·39 for 25 to 3·0 Å data.

### (g) *Refinement of FKBP-12–rapamycin*

The FKBP-12–rapamycin complex was refined by conjugate gradient least squares minimization at 3·0, 2·6, 2·2, 2·0, 1·8 and 1·7 Å resolutions, in each case followed by calculation of $2F_{o} - F_{c}$ and $F_{o} - F_{c}$ maps for adjustments of the model and location of solvent atoms. Only one region, residues 31 to 34, required extensive adjustments of the main-chain atoms. Bound rapamycin was fitted to the $2F_{o} - F_{c}$ map following refinement at 2·6 Å and required only minor adjustments thereafter. The final stages of refinement proceeded as described for the FK506 complex and a corresponding set of stereochemical restraints was applied to refinement of bound rapamycin. The selection criteria and final numbering method for solvent molecules were also as described for the FK506 complex. Alternate conformations were identified and modeled for residues I90 and V98. The overall R-factor for 10,633 reflections with $F/\sigma(F) > 3·0$ out of 12,991 total reflections at 10 to 1·7 Å resolution is 0·154. Results of the refinement are given in Table 1.

### (h) *Computational methods and conventions*

Model building and model adjustments following refinement were carried out with the programs FREIBAU (Karplus *et al.*, 1991) and CHAIN (Sack, 1988) on Hewlett Packard and Silicon Graphics workstations. Crystallographic refinements were done on a Convex C210 computer using the program X-PLOR (Brünger *et al.*, 1987). Secondary structure definitions follow those of Kabsch & Sander (1983) for helices and sheets and of Venkatachalam (1968) for β-turns. Surface areas were

calculated with the program QUANTA (Polygen Corporation, 1990). Other calculations were performed with locally written programs.

### (i) Data deposition

Co-ordinates for all atoms in the final models of FKBP-12-FK506 and FKBP-12-rapamycin have been deposited with the Protein Data Bank. The accession number for the FKBP-12-FK506 complex is 1FKF; the accession number for the FKBP-12-rapamycin complex is not yet available.

## 3. Results and Discussion

### (a) Accuracy and comparison of the models

Most main-chain and side-chain atoms and all ligand atoms in both the FK506 and the rapamycin complexes are represented by strong electron density, allowing unambiguous assignment of conformations. We estimate the level of accuracy of the structures to be approximately 0·15 Å, based on the value of the $R$-factors as a function of resolution as shown in Figure 3. The $R$-factor distributions for both structures lie between the theoretical curves corresponding to mean co-ordinate errors of 0·13 and 0·18 Å (Luzzati, 1952). At low resolution, an incomplete description of the solvent component of the crystal limits the agreement and at high resolution, the accuracy of the data plays a limiting role. As expected, the agreement of model and data is slightly better for the FK506 complex than for the rapamycin complex at a given resolution. Based on the average thermal parameters shown in Table 1, the error estimate of 0·15 Å should be representative of most main-chain atoms and particularly the ligand atoms. The average main-chain thermal parameters for both structures are shown graphi-



**Figure 4.** Average main-chain thermal parameters for FKBP-12-FK506 (dark) and FKBP-12-rapamycin (light).

cally in Figure 4. The main-chain regions with higher than average thermal parameters and less well defined conformations in electron density maps are Gly19 in the FK506 complex and residues 31 to 34 and 41 to 44 in the rapamycin complex.

Overall, the protein conformations in the two complexes are nearly identical. Figure 5 shows the average deviations for both main-chain and side-chain atoms for each residue, based on a superposition of main-chain atoms. The largest difference occurs for residues 31 to 34, the turn between strands 4 and 5 of the $\beta$ sheet. Residues 18 to 20 and 50 to 51 also differ in the two complexes, with average main-chain separations of more than 1 Å. Figures 4 and 5 show a high degree of correlation, regions with higher thermal parameters, suggesting greater mobility, are those with the largest discrepancy between the two complexes. A least-squares superposition of the two protein structures using all main-chain atoms except residues 31 to 34 gives r.m.s. deviations of 0·48 Å for those main-chain atoms and 1·64 Å for all atoms. A least-squares fit using only the main-chain atoms of the 29 most buried residues (with less than 20 Å² solvent-accessible surface area) gives an r.m.s. deviation of 0·37 Å



**Figure 3.** Luzzati plot for FKBP-12 FK506 (squares) and FKBP-12-rapamycin (triangles). The upper curves are $R$-factor versus resolution and the lower curves are $R_{int}$ versus resolution, where $R_{int} = 2\Sigma(F_1 - F_2)/\Sigma(F_1 + F_2)$, and $F_1$, $F_2$ are the observed structure factor amplitudes of Friedel pairs for a given reflection. $R_{int}$ gives an upper limit estimate of the level of error in the data.



**Figure 5.** Average main-chain (dark) and side-chain (light) deviations for FKBP-12-rapamycin superimposed onto FKBP-12-FK506 by a least-squares fit of the main-chain atoms for residues 1 to 30 and 35 to 107.

A655

**Table 4**
*Intermolecular contacts*

| Type | Symmetry operation | Number of contacts | Residues involved | Hydrogen bonds | Bridging water molecules | Surface area buried (Å²) |
|---|---|---|---|---|---|---|
| FKBP-12–FK506: total surface area buried by crystal contacts = 3191 Å² (53%) | | | | | | |
| 1 | y, x, 1−z | 111 | 53, 55–57, 79, 80, 82–89, 91, 93, FK506 | 12 | 5 | 836 |
| 1' | 1−y, 1−x, 1−z | 29 | 36, 42, 87, 88, 90, FK506 | 0 | 4 | 537 |
| 2 | −1/2+y, 1/2−x, 1/2+z | 28 | 3, 31, 32, 92, 94, 96 | 0 | 7 | 370 |
| 2' | 1/2−y, 1/2+x, −1/2+z | 28 | 8–11, 13, 69, 102, 104 | 0 | 7 | 389 |
| 4 | −x, 1−y, z | 25 | 5–7, 73 | 4 | 2 | 234 |
| 5 | 1−x, 1−y, z | 10 | 21, 49, 52, FK506 | 2 | 2 | 229 |
| 6 | −1/2+y, 1/2−x, −1/2+z | 10 | 12, 15, 65 | 0 | 2 | 169 |
| 6' | 1/2−y, 1/2+x, 1/2+z | 10 | 32–34 | 0 | 2 | 180 |
| 7 | 1/2−x, 1/2+y, 1/2−z | 2 | 43 | 0 | 2 | 173 |
| 7' | 1/2−x, −1/2+y, 1/2−z | 2 | 64, 65 | 0 | 2 | 157 |
| FKBP-12–rapamycin: total surface area buried by crystal contacts = 1983 Å² (32%) | | | | | | |
| 1 | −x, 1/2+y, 1/2−z | 39 | 42, 44, 47, 87–90, rapamycin | 2 | 1 | 596 |
| 1' | −x, −1/2+y, 1/2−z | 39 | 5–9, 27, 29, 31, 32, 71, 73, 98, 100 | 2 | 1 | 538 |
| 2 | 1/2−x, −y, −1/2+z | 22 | 12, 15, 65 | | 3 | 252 |
| 2' | 1/2−x, −y, 1/2+z | 22 | 84, 92–94 | | 3 | 254 |
| 5 | −1/2−x, −y, −1/2+z | 7 | 11–13 | | 1 | 67 |
| 5' | −1/2−x, −y, 1/2+z | 7 | 43 | | 1 | 87 |
| 4 | 1/2+x, 1/2−y, −z | 2 | 53 | | 0 | 90 |
| 4' | −1/2+x, 1/2−y, −z | 2 | 107 | | 0 | 83 |

The number of contacts given is the number of atom–atom distances of less than 4 Å between listed residues from the complex in the reference asymmetric unit and residues from a complex generated by the given symmetry operation. Except for 2-fold symmetry operations, contacts are listed in pairs with the partner denoted by a prime. Thus the FK506 complex makes contact with 10 neighboring molecules, for example in interaction type 7 residue 43 contacts residues 64 and 65 on a neighboring complex, and residues 64 and 65 contact residue 43 on a neighboring complex. Hydrogen bonds have donor–acceptor distances <3·3 Å for this table. Bridging water molecules are those water molecules with at least 1 hydrogen bond to the reference complex and 1 to a neighboring complex.

for those atoms, 0·59 Å for all atoms in the 29 residues, and 1·66 Å for all protein atoms. Thus, the agreement between the most well determined atoms in the two protein structures is two to three times their estimated error. This agreement is similar to that found in other analyses of proteins in different space groups and reflects the plasticity of protein core structures (Wlodawer *et al.*, 1987).

### (b) Intermolecular contacts

The interactions between protein molecules in the crystal that lead to the long-range order required for a high resolution structure analysis can ironically diminish the relevance of some structural details. Therefore, it is important at the outset to discuss the locations of crystal contacts and any limitations they may place on conclusions drawn from these structural results. A summary of the intermolecular contacts for the FK506 and rapamycin complexes is given in Table 4. Crystals of the FK506 complex are 32% solvent by volume, have lower average thermal parameters, and each complex makes 255 total contacts of less than 4 Å with neighboring molecules. The rapamycin crystal structure is 48% solvent, has higher thermal parameters, and as expected, makes many fewer contacts, 142. Only 18 of the contacts in the FK506 complex and four in the rapamycin complex are intermolecular hydrogen bonds with good geometry. This major difference in crystalline environments is certainly responsible for some of the deviations

between the two complexes. In general the residues that differ the most as shown in Figure 5 are in regions that are involved in either a large number of contacts or very different numbers of contacts in the two complexes.

The most conspicuous regions of the complexes which are involved in crystal contacts are the ligands themselves. FK506 makes a total of 29 and rapamycin 22 intermolecular van der Waal's contacts. All of the exposed regions of bound FK506 have atoms involved in contacts, with symmetry-related FK506 molecules (the allyl group at C21 is close to a site of crystallographic 222 symmetry) and with residues 82 to 90 of a neighboring FKBP-12. One of these contacts is an intermolecular hydrogen bond involving the cyclohexyl C32-hydroxyl of FK506. The rapamycin contacts involve most of the exposed regions of the ligand, including the C15 to C28 loop but not the cyclohexyl group.

### (c) Solvent structure

A total of 134 water molecules for the FK506 complex and 133 water molecules for the rapamycin complex were included in the refined models. Since the space groups, and thus the packing arrangements, of the protein–ligand complexes differ substantially between the FKBP-12–FK506 and FKBP-12–rapamycin crystal structures, it is possible to differentiate between two kinds of bound water molecules: those that are common to the two

112                                    *G. D. Van Duyne* et al.

**Table 5**

*Water molecules found in both the FKBP-12–FK506 and FKBP-12–rapamycin complexes and the most tightly bound water molecules unique to each of the complexes*

| FKBP-12-FK506 water no.† | $2F_o - F_c$ density (e/Å³) | FKBP-12-rapamycin water no.† | $2F_o - F_c$ density (e/Å²) | Pair distance (Å) | Hydrogen bonds to protein |
|---|---|---|---|---|---|
| 1 | 4·3 | 1 | 2·5 | 0·4 | G93, P92, A95 |
| 2 | 4·2 | 1 | 2·4 | 0·3 | Y82, A95 |
| 4 | 3·5 | 14 | 1·7 | 1·0 | M49, E54, E60 |
| 5 | 3·4 | 15 | 1·6 | 0·5 | S67, Q70 |
| 6 | 3·1 | 42 | 1·1 | 1·4 | T85 |
| 7 | 3·0 | 4 | 2·1 | 0·3 | E5, K73, T75 |
| 8 | 2·9 | 3 | 2·3 | 0·4 | G10 |
| 9 | 2·7 | 50 | 1·0 | 1·2 | K35 |
| 11 | 2·5 | 85 | 0·9 | 0·5 | K47 |
| 13 | 2·4 | 113 | 0·8 | 1·1 | E31, T96 |
| 14 | 2·3 | 10 | 1·8 | 1·0 | H94, T96 |
| 14' | 2·3 | 49 | 1·1 | 0·5 | V68 |
| 15 | 2·2 | 17' | 1·5 | 1·2 | T75 |
| 18 | 2·0 | 69 | 1·0 | 0·8 | G1, D79 |
| 20 | 2·0 | 46 | 1·1 | 1·1 | V2, Q65 |
| 22 | 2·0 | 52 | 1·0 | 0·4 | G10 |
| 24 | 2·0 | 6 | 2·0 | 0·7 | T75 |
| 25 | 1·9 | 29 | 1·3 | 0·7 | V4 |
| 27 | 1·9 | 44 | 1·1 | 0·7 | T6 |
| 28 | 1·9 | 61 | 1·0 | 1·3 | P9 |
| 29' | 1·9 | 7 | 1·8 | 1·4 | P93 |
| 30 | 1·8 | 39 | 1·2 | 0·5 | L106 |
| 31 | 1·8 | 16 | 1·6 | 0·7 | P16, A64 |
| 33 | 1·7 | 9 | 1·8 | 1·1 | Q65, Q70 |
| 35 | 1·7 | 5 | 2·0 | 0·6 | V2 |
| 37' | 1·6 | 21 | 1·4 | 1·3 | H87 |
| 39 | 1·6 | 41 | 1·2 | 0·6 | T6 |
| 40 | 1·6 | 68 | 1·0 | 0·4 | R42, K44 |
| 52 | 1·4 | 38 | 1·2 | 0·7 | E60 |
| 55 | 1·4 | 43 | 1·1 | 0·7 | F15 |
| 68 | 1·3 | 34 | 1·3 | 1·0 | R71 |
| 73 | 1·3 | 60 | 1·0 | 0·4 | V4 |
| 80 | 1·2 | 128 | 0·7 | 0·2 | R71 |
| 86 | 1·2 | 124 | 0·7 | 0·5 | E54 |
| 88' | 1·2 | 22 | 1·4 | 0·7 | T96 |
| 96 | 1·1 | 19 | 1·4 | 0·9 | Ligand C10-O |
| 100 | 1·1 | 40 | 1·2 | 1·3 | T27 |
| 102 | 1·1 | 57 | 1·0 | 0·5 | F15, Q20 |
| 110 | 1·1 | 110 | 0·8 | 1·0 | I90 |
| 123 | 1·0 | 117 | 0·8 | 1·0 | K52 |
| 127 | 0·9 | 58 | 1·0 | 1·5 | G69, E102 |
| 130' | 0·9 | 126 | 0·7 | 0·6 | E61 |
| 131 | 0·9 | 64 | 1·0 | 1·2 | D79 |
| 3 | 3·8 | | | | T85‡ |
| 10 | 2·5 | | | | V55‡ |
| 12 | 2·4 | | | | Q53, E60‡ |
| 16 | 2·1 | | | | G89‖ |
| 17 | 2·0 | | | | A81‖ |
| 19 | 2·0 | | | | L30‖ |
| 21 | 2·0 | | | | FK506 C13-O, C15-O§ |
| 23 | 2·0 | | | | FK506 C22-O§ |
| | | 8 | 1·8 | | T27, R40‡ |
| | | 11 | 1·8 | | R40, D100‡ |
| | | 12 | 1·7 | | E61§ |
| | | 13 | 1·7 | | R57, A81§ |
| | | 18 | 1·5 | | D37, rapamycin C16-O¶ |
| | | 20 | 1·4 | | E54‡ |
| | | 23 | 1·4 | | E31§ |
| | | 24 | 1·3 | | A84§ |
| | | 25 | 1·3 | | T6§ |

† Primes on water numbers indicate a position related by symmetry to the one in the asymmetric unit.
‡ Different side-chain conformation in the other complex.
§ Occupied by crystal packing interactions in the other complex.
‖ Requires crystal packing interactions.
¶ Disallowed by presence of C43 in FK506.



**Figure 6.** An α-carbon atom tracing of FKBP-12 (dark) showing bound FK506 (light) and the completely conserved aromatic residues (broken line) in the ligand binding pocket.

structures and candidates for structural components of the protein, and those that are dependent on the locations of neighboring protein molecules in the crystal. Of the 134 water molecules in the FK506 complex, 42 have mates in the rapamycin complex that are within 1·5 Å and that make a similar set of hydrogen bonds with the protein or ligand (Table 5). We chose a generous 1·5 Å cutoff for comparing water molecules between the two structures because of the large (0·49 Å) r.m.s. deviation between them and the observation that several water pairs differing by 1 to 1·5 Å maintained the same hydrogen bonding environments usually including side-chains that adopt slightly different conformations in the two complexes. Most of the common water molecules have high electron density and are tightly bound to the protein, but the entire range of refined solvent is represented in the list. As indicated in Table 5, all of the tightly bound water molecules that are not common to the two complexes are readily explained.

### (d) Structure of the protein

The overall protein structure is a five-stranded antiparallel β-sheet wrapping with a right-handed twist around a short α-helix, shown schematically in Figure 2(b). A stereo drawing of the protein–ligand complex is shown in Figure 6. The protein core is composed exclusively of hydrophobic residues, many of them highly conserved among FKBPs found in different organisms (see below). Although FKBP-12 is a relatively small protein, most secondary structural elements are represented, β-sheet, α-helix, 3₁₀-helix, and an assortment of turns. The topology of the β-sheet is +3, +1, −3, +1 which, as shown in Figure 2(b), requires a topological crossing of loops, a folding element

rarely observed in antiparallel sheets (Richardson, 1977). Such loop crossings have the interesting feature of resulting in distinct topologies, depending on which of the two crossing chains is on the top. One explanation for the lack of loop crossings has focused on the difficulty of satisfying hydrogen bonds when burying a non-regular main-chain protein segment in a hydrophobic protein interior (Ptitsyn & Finkelstein, 1980).

The physical loop crossing in the FKBP-12 structure, shown in Figure 7(a), involves a turn and a bend: at residues S67 to Q70 between the α-helix and strand two of the β-sheet and residues D11 to T14 that follow the first strand of the sheet. Residues 67 to 70 form a type II turn that is largely buried and forms the inner loop, with 96 Å² of solvent-accessible surface area. The bend involving residues 11 to 14 has no internal main-chain hydrogen bonds, but results in a roughly 90° change in direction in the chain between residues 10 and 15. This bend is largely exposed and forms the outer loop, with 389 Å² of surface-accessible; in fact, there are no buried side-chains in the P9-F15 segment. The two loops interact through two main-chain to main-chain hydrogen bonds, D11-N to V68-O and T14-O to V68-N, which serve to partially satisfy the hydrogen bonding requirements of the buried inner loop. The 11 to 14 turn is further stabilized by hydrogen bonds from both T14-O⁷ and T14-N to the D11-carboxylate.

Other FKBPs may have additional or alternative methods of stabilizing the loop crossing region. Human FKBP-13, for example, contains G12C and S67C changes leading to a possible 12–67 disulfide bond (Jin et al., 1991). With reference to the FKBP-12-ligand crystal structure complexes, disulfide formation at these locations would require an alternate conformation for the 11 to 14 loop.

A conformational change in FKBP-13 is also required to accommodate an R13P change, since R13 has $\phi = -140°$ in FKBP-12.

Residues K17 to Q20 form a type II turn in both complexes between the loop crossing region and the fourth strand of the β-sheet, although the loops are shifted with respect to one another by about 1 Å (Table 4). In neither case are these residues involved in intermolecular contacts, nor are they involved in or near the ligand binding site. G19 has the least

well-defined main-chain conformation in the FK506 complex and in both complexes the 17 to 20 region has generally high thermal parameters, indicating a high degree of mobility. The turn involving residues E31 to K34 between strands 4 and 5 of the β-sheet also differs in the two complexes, but to a greater degree. The FK506 complex contains a type I turn, whereas the rapamycin complex contains a type II turn. These residues are not involved in ligand binding, but in both complexes they are involved in



(a)

(b)

**Fig. 7.**

A659



(c)

Figure 7. (a) The loop crossing region in FKBP-12–FK506 showing hydrogen bonding interactions. Residues 9 to 16 and 64 to 72 are shown. (b) Strands 4 and 5 of the β-sheet in FKBP-12–FK506 showing the bulge, the Y26-D37-R42 triad, and the 40-42 helix. Residues 21 to 30 and 35 to 49 are shown. (c) The 77 to 96 loop in FKBP-12–FK506 showing local turns, including the 78 to 80 $3_{10}$-helix and the 2 most tightly bound, buried water molecules. Main-chain and ligand bonds are drawn with bold, side-chains with light, and hydrogen bonds with broken lines.

intermolecular contacts (Table 4): 17 contacts involving main-chain and side-chain atoms in the FK506 complex and seven contacts involving only E31 and D32 side-chain atoms in the rapamycin complex. We attribute this largest difference between protein structures in the two complexes to the different crystalline environments. Interestingly, the solution structure of uncomplexed FKBP-12 (Michnick *et al.*, 1991) contains the type II turn, in agreement with the turn found in the less restricted rapamycin complex.

The fifth strand of the β-sheet is split, with a seven-residue disruption of the regular secondary structure that forms a large bulge in the strand, as shown in Figure 7(b). This bulge may serve as a convenient insertion point for recognition sequences that would not require major changes in protein structure (see Fig. 12). Human FKBP-30, for example, contains a possible nuclear translocation sequence in this region (Galat *et al.*, 1992). In the FKBP-12–FK506 and rapamycin complexes the bulge plays a role in organizing the ligand binding pocket, with R42 involved in an Arg-Asp-Tyr triad. The bulge contains a five-residue turn with a hydrogen bond between S39-O and K44-N and a short, irregular $3_{10}$ helix involving residues 40 to 42. The average main-chain difference between the two complexes is about 0·5 Å in this region. Two pieces of the fifth strand of the β-sheet on either side of the bulge are each four residues long, making a

total of eight main-chain–main-chain hydrogen bonds. In both complexes the strand-bulge-strand assembly is further stabilized by cross-strand hydrogen bonds involving side-chains (Y26-N to S39-O$^\gamma$ and T27-O$^\gamma$ to S38-O$^\gamma$) and three salt bridges involving basic side-chains found in the bulge (K35–D41, R40–D102 and R42–D37). Amino acids T27, S38 and S39 are strongly conserved among FKBPs, suggesting that these stabilizing interactions are significant.

The M49 to V55 loop connecting the fifth strand of the sheet and the α-helix (Fig. 6) contains a type II turn at residues M49 to K52 that is the third region where the main-chain atoms in the FK506 and rapamycin complexes differ by more than 0·5 Å. The residues that follow the main-chain and lead into the N terminus of the helix play an important role in ligand binding, making two hydrogen bonds to FK506 and three to rapamycin as well as providing an important component of the hydrophobic binding pocket with side-chains from V55 and I56. In the FKBP-12–rapamycin complex there is a hydrogen bond, G19-N to L50-O, from the main-chain of an adjacent loop. This interaction has the effect of extending the number of hydrogen bonds in the second segment of strand 5 of the sheet. The only short crystal contacts in these loops occur in the 49 to 52 region of the FK506 complex (4 contacts). Hydrogen bonds from M49-N and G51-N to E54-O$^\epsilon$ and E60-O$^\epsilon$, respectively, and a weak

ϕ

**Figure 8.** Electron density showing the 56 to 59 and 80 to 82 regions, the C1 to C9 region of bound FK506, and the 2 hydrogen bonds between the 77 to 96 loop and the rest of the complex. The electron density is from the final $2F_o-F_c$ map for the FKBP-12–FK506 structure and is contoured at 1·5σ, or 15% of the maximum value.

hydrogen bond between M49-O and E54-N serve to immobilize this important region.

The α-helix in FKBP-12 (Fig. 6) buries residues G58, W59, G62 and V63 in the core of the protein and leaves R57, E60, E61, A64 and Q65 exposed, with a salt bridge between R57 and E61. The N terminus of the helix is stabilized by G58-N to Y80-O and W59-N to I56-O hydrogen bonds in both complexes and in the rapamycin complex by a bound water molecule near R57-N. The C terminus of the helix makes a V63-O to M66-N hydrogen bond and binds water molecules common to both complexes at A64 and Q65 main-chain carbonyl groups. In addition, a surface phenylalanine side-chain, F15, is oriented with an aromatic hydrogen atom directed along the axis of the helix at the C terminus, approximately 3 Å from the A64 carbonyl group in both complexes.

The largest loop in the FKBP-12 structure is 20 residues long, from S77 to T96 between strands 2 and 3 of the sheet (see Fig. 7(c)). The main-chain is tightly associated across the loop by hydrogen bonds and bridging water molecules. A series of local turns produces an overall loop of loops configuration forming a flap that folds over the protein and the ligand binding site. Residues P78 to G83 form a six-residue turn containing a short $3_{10}$-helical segment at residues P78 to Y80, followed by a five-residue turn starting at Y82 that uses two hydrogen bonds. Residues H87 to I91 form a two-hydrogen-bonded turn that results in the 180° change in direction of the overall loop, followed by a type II turn at P92 to A95. The two most tightly bound water molecules (see Table 5) in both complexes bridge the loop between G83-O and P92-O, between Y82-N and A95-O (see Fig. 7(c)). Both water molecules are located between the

flap and protein core and are completely buried. A strong hydrogen bond between G83-O and H94-N also bridges the loop.

Two hydrogen bonds are formed between the 20-residue flap and the rest of the complex. The first is the Y80-O to G58-N interaction with the N terminus of the α-helix. The second is between Y82-OH and the amide carbonyl group of the bound ligand. Located between these two amino acids, A81 is the sole non-glycine residue with $\phi$, $\psi$ angles outside the low energy regions of a Ramachandran plot: (−142°, −118°) for FKBP-12–FK506 and (−132°, −118°) for FKBP-12–rapamycin, conformations where $C^\beta$ eclipses N. A81 is highly conserved with only glycine substitutions occurring in other FKBP sequences and is well-defined in the electron density map (Fig. 8). The 77 to 96 loop adopts a single, well-defined conformation in these ligand complex crystal structures, but in solution and in the absence of ligand, this loop has been shown to be quite flexible, able to adopt an ensemble of low energy configurations (Michnick et al., 1991). A portion of the electron density for this region of the FKBP-12–FK506 structure is shown in Figure 8.

#### (c) Ligand binding

FK506 and rapamycin bind in a hydrophobic cavity between the α-helix and the interior wall of the β-sheet that is lined with a number of highly conserved, aromatic residues (Fig. 6). The cavity is flanked by the 39 to 45 bulge in the fifth strand of the sheet, the 49 to 56 segment leading into the helix, and the 77 to 96 loop. The pipecolinyl ring (C2 to N7) makes the deepest penetration into the protein where it is surrounded by the aromatic rings of

**Table 6**
*Protein–ligand interactions*

| Ligand region | Contacts less than 4 Å | | Hydrogen bonds and C–H···O interactions | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Protein residues | No. contacts | Donor | Acceptor | H···O (Å) | X–H···O (°) | H···O–X (°) |
| **FKBP–FK506** | | | | | | | |
| C1 | V55, I56, Y82 | 11 | I56-N | C1-carbonyl | 1·92 | 150 | 148 |
| C2-N7 | Y26, F46, V55, W59, Y82 | 21 | Y82-OH | C8-carbonyl | 1·86 | 151 | 131 |
| C8-C9 | Y26, F36, D37, Y82, F99 | 13 | C10-hydroxyl | D37-$O^\delta$ | 1·74 | 175 | 118 |
| C10-C14 | Y26, D37, Y82, H87, I91 | 12 | C24-hydroxyl | E54-O | 1·88 | 138 | 137 |
| C15-C17 | Y26, D37, R42, F46 | 9 | Y26-C$\varepsilon$H | C9-carbonyl | 2·72 | 126 | 136 |
| C24-C26 | F46, E54 | 7 | F36-C$\varepsilon$H | C9-carbonyl | 2·43 | 156 | 103 |
| C27-C34 | I56, A81, Y82 | 5 | F99 C$\varepsilon$H | C9-carbonyl | 2·52 | 149 | 121 |
| **FKBP–rapamycin** | | | | | | | |
| C1 | V55, I56, Y82 | 9 | I56-N | C1-carbonyl | 2·11 | 155 | 152 |
| C2-N7 | Y26, F46, V55, W59, Y82 | 23 | Y82-OH | C8-carbonyl | 1·88 | 150 | 132 |
| C8-C9 | Y26, F36, D37, Y82, F99 | 16 | C10-hydroxyl | D37-$O^\delta$ | 1·78 | 177 | 105 |
| C10-C14 | Y26, D37, Y82, H87, I90 | 10 | C28-hydroxyl | E54-O | 1·92 | 157 | 119 |
| C44 | F46 | 1 | C40-hydroxyl | Q53-O | 1·81 | 162 | 142 |
| C46 | E54 | 1 | Y26-C$\varepsilon$H | C9-carbonyl | 2·68 | 127 | 142 |
| C28-C32 | D37, F46, E54, V55 | 12 | F36-C$\varepsilon$H | C9-carbonyl | 2·21 | 161 | 105 |
| C35-C42 | Q53, E54, V55, I56, Y82, H87 | 15 | F99-C$\varepsilon$H | C9-carbonyl | 2·74 | 146 | 124 |

Y26, F46, W59 and F99. FK506 and rapamycin share a common binding domain composed of the C1 to C14 region, which includes the ester linkage, the pipecolinyl ring, the dicarbonyl and the hemiketal ring. The synthetic tight binder 506BD (Bierer *et al.*, 1990b) also contains this region. Most of the ligand–protein contacts involve these groups and are summarized in Table 6. The entire protein–ligand interface buries 450 Å$^2$ (47%) of the total FK506 solvent-accessible surface and 505 Å$^2$ (49%) of rapamycin with a total of four protein–ligand hydrogen bonds for FK506 and five for rapamycin. The exposed regions of the bound ligands include the C17 to C22 region in FK506 and the C14 to C23 region in rapamycin.

The atomic positions and interactions with FKBP-12 in the common binding domain are equivalent in the FK506 and rapamycin complexes. The r.m.s. deviation for these 21 atoms is 0·48 Å using a superposition of main-chain protein atoms, excluding residues 31 to 34. This r.m.s. deviation reduces to 0·1 Å if only the 21 atoms are superimposed. At one end of the common binding domain, the ester carbonyl group at C1 accepts a hydrogen bond with good geometry from I56-N at the N terminus of the helix. The pipecolinyl amide carbonyl group at C8 accepts an atypical hydrogen bond from Y82-OH that is nearly perpendicular to the plane of the carbonyl group, with a C9-C8-O···H torsion angle of −112° in the FK506 complex and −127° in the rapamycin complex. This hydrogen bond is one of two involving the 77 to 96 flap and may be partially responsible for the anomalous $\phi$, $\psi$ angles of A81. The amide group, which was not constrained to planarity in refinement, is perfectly planar, with a C2-N7-C8-C9 torsion angle of 180° in both complexes. Y82 is strictly conserved among known FKBP-12 sequences, indicating that this hydrogen bond may also be relevant to the natural

function of FKBP-12. Figure 9 shows the protein–ligand interactions involving the 50 to 56 loop and the 77 to 96 flap for both the FK506 and rapamycin complexes.

The C9 carbonyl group is perpendicular to the plane of the amide group with an O-C8-C9-O torsion angle of −91° in FK506 and −90° in rapamycin. There are no hydrogen bonds to this carbonyl group, but three completely conserved aromatic side-chains, Y26, F36 and F99, have $\varepsilon$-hydrogen atoms directed toward the carbonyl oxygen atom and provide an unusual kind of carbonyl solvation involving aromatic C-H···O interactions. The geometries of these interactions are listed in Table 6. Taylor & Kennard (1982) found a large number of C-H···O interactions in a search of 113 organic crystal structures from the Cambridge Crystallographic Database and discovered that many of them have H···O distances 0·3 Å shorter than the sum of the van der Waal's radii for hydrogen (1·2 Å) and oxygen (1·5 Å). Thomas *et al.* (1982) found in a search of phenylalanine environments in 28 protein structures that aromatic C-H···O interactions were not only quite common, but that based on the spatial distribution of oxygen atoms, the interaction of an oxygen atom at the edge of the ring was more stable than at the top of the ring by roughly 1 kcal/mol (1 cal = 4·184 J). Theoretical calculations have supported the notion that C-H···O interactions are stabilizing (Wiberg *et al.*, 1991) and may contribute to the overall stability of folded proteins (Thomas *et al.*, 1982).

Using Taylor & Kennard's (1982) value of 2·7 Å for the H···O van der Waal's contact distance, the Y26 and F99 interactions in the FKBP-12–ligand complexes are not strikingly short, but the F36 interactions of 2·4 and 2·2 Å are significantly below this value. All six interactions involve the edges of the aromatic rings. Y26 and F99 are involved in



(a)

(b)

**Figure 9.** Protein–ligand interactions involving the 50 to 56 and 77 to 96 loops for (a) FKBP-12–FK506, and (b) FKBP-12-rapamycin. Ligand and main-chain protein bonds are drawn in bold, side-chains in light, and hydrogen bonds in broken lines.

other ligand contacts, but this is the only ligand interaction involving F36. From visual inspection of FKBP-12–ligand models, the role of F36 in maintaining the structural integrity of the hydrophobic protein core could be provided by other amino acids, suggesting that this short C–H···O interaction (and possibly the others) serves an important function in this protein.

At the end of the common binding domain, a cyclic hemiketal at C10, masking a third consecutive carbonyl group, makes a number of contacts with the protein and the C10-hydroxyl makes two hydrogen bonds: one to D37-O[δ] and the other to a bound water molecule found in both complexes

(Table 5). D37 also plays an important role in organization of the binding pocket, forming a salt bridge with R42 and a strong hydrogen bond with Y26-OH (see Fig. 7(b)). R42 also hydrogen bonds to Y26-OH, completing an Arg-Asp-Tyr triad (Horovitz *et al.*, 1990).

The FK506 C24 to C26 region and the rapamycin C28 to C34 region are chemically quite different, yet remarkably in the bound conformations they each provide a different hydroxyl group (C24-OH and C28-OH, respectively) that forms an equivalent hydrogen bond to E54-O. In contrast, the cyclohexyl region (C27 to C34 in FK506 and C35 to C42 in rapamycin) differs only by saturation of the



**Figure 10.** Electron density showing bound rapamycin. The electron density is from the final $2F_o - F_c$ map and is contoured at $2\sigma$ (26% of the maximum value).

C27–C28 bond, yet plays an entirely different role in the two complexes. The cyclohexyl ring is almost entirely exposed in the FK506 complex, making only three contacts from the C29 to C34 ring to FKBP-12 and an intermolecular hydrogen bond from the C32-hydroxyl group to a neighboring complex in the crystal. The same ring in rapamycin differs in orientation by a 180° rotation about the C37 to C40 vector and makes 11 contacts with the protein, including a hydrogen bond between the C40-hydroxyl group and Q53-O. This ring orientation and hydrogen bond formation is prevented in FK506 by the C27–C28 double bond.

At the outset of these studies, the bound *versus* unbound conformations of both FK506 and rapamycin were of great interest. The crystal structures of both compounds have been reported (Tanaka *et al.*, 1987; Swindells *et al.*, 1978), and they have very different conformations in the common binding domain. In crystalline FK506, the amide bond is *cis* and in rapamycin the amide bond is *trans*. In the structures of the complexes with FKBP-12 the amide bond is *trans* and the common 21 atom binding domains have identical conformations with an ^r.m.s. deviation of 0·1 Å, fitting independently of the protein. A comparison between bound and unbound FK506 shows a dramatic change in overall conformation, whereas bound and unbound rapamycin are nearly superimposable, with an r.m.s. difference of 0·49 Å. The preorganization of rapamycin for binding to FKBP-12, along with the extra hydrogen bond resulting from rotation of the cyclohexyl ring, may in part explain the twofold difference in binding constants for rapamycin ($K_d = 0·2$ nM) and FK506 ($K_d = 0·4$ nM) (Bierer *et al.*, 1990*a*,*b*). The electron density for rapamycin bound to FKBP-12 is shown in Figure 10.

### (f) Conserved amino acids

The sequences of a number of FKBPs are listed in Figure 12 with probable roles for selected residues, many of which have already been discussed. A total of 13 residues in FKBP-12 are strictly conserved among the sequences shown and ten of these are involved in maintaining the hydrophobic core of the protein that forms the ligand binding pocket. The remaining three are glycine residues involved in turns. The first strand of the β-sheet is rather poorly conserved. This strand contributes no important side-chains to the hydrophobic core of the protein and may serve as the linker chain between domains in larger FKBPs.

Three of the highly conserved glycine residues not yet discussed play interesting roles in FKBP-12. G28 is a perfectly conserved residue that forms part of the β-sheet and consequently adopts ϕ, ψ angles readily accessible to other amino acids. A β-carbon atom in this position, however, would point directly into the binding pocket and occupy the space taken by the twisted carbonyl group at C9. Another strongly conserved glycine, G10, is located at the loop crossing region, where a side-chain would disrupt the observed loop–loop packing. G58 is in the helix and is almost perfectly conserved. A side-chain in this position would point into the hydrophobic core onto the I76 side-chain. The single G58A change in this position is correlated with an I76C change, allowing the alanine β-carbon atom the required space.

### (g) FKBP-12 as a rotamase

Although the natural function of FKBP-12 is not yet known, its activity as a *cis–trans* peptidyl-prolyl isomerase (rotamase) has been established by two



(a)

(b)

**Figure 11.** Superimpositions of (a) FK506 (continuous) and rapamycin (broken), and (b) FKBP-12–FK506 (continuous) and FKBP-12–rapamycin (broken) based on a fit of main-chain atoms from residues 1 to 30 and 35 to 107.

groups (Siekierka *et al.*, 1989; Harding *et al.*, 1989). As discussed earlier, this rotamase activity appears to be unrelated to the role of FK506 and rapamycin in immunosuppression (Schreiber, 1991). Nevertheless, the FKBP-12–FK506 and FKBP-12–rapamycin crystal structures represented the first high resolution models of a rotamase and may shed light on the mechanism of enzymatic proline isomerization. Two subsequent reports (Ke *et al.*, 1991; Kallen *et al.*, 1991) revealed high resolution X-ray structures of cyclophilin A, the archetypal representative of the other rotamase family. Recently, steady state kinetic parameters $K_m = 0.52$ mM and $k_{cat} = 344$ s$^{-1}$ have been reported for bovine

FKBP-12 with the substrate succinyl-Ala-Leu-*cis*-Pro-Phe-*p*-nitroanilide, with a catalytic efficiency of roughly $10^5$ and a corresponding decrease in activation energy of approximately 6 kcal/mol for the isomerization reaction (Kofron *et al.*, 1991).

The active site of FKBP-12 is a hydrophobic cavity that is part of a larger cleft formed as a result of the 77 to 96 flap folding onto the ligand binding region. It appears that both *cis* and *trans* peptide substrates could be accommodated in this binding pocket, although details of the interactions that would be involved are not yet clear. Models of FK506 and rapamycin binding to FKBP-12 have focused on an analogy between the common binding

A665

```
                            *                      * ****   ** ***       *
hFKBP12              GVQVETISPG DGRTFPKRGQ TCVVHYTGML EDGKKFDS....SR DRN..KPFKFML
bFKBP12              GVQVETISPG DGRTFPKRGQ TCVVHYTGML EDGKKFDS....SR DRN..KPFKFVL
bFKBP13    TGAEGKRK  LQIGVKKRVD HCPIKSRKGD VLHHHYTGKL EDGTEFDS....SL PQN..QPFVFSL
bFKBP25 ..SEETLDEGFP KXTKSVLKRG DKTNFFKKGD VVHCWYTGTL QDGKKTDTNIQTSSR KKKNAKPLSFKV
NCFKBP    MTIFQLD    GLQIEYCQEG QGTHETRKGD NVDVHYKGVL TSGKKFDA....SY DRG..EPLWFTV
SCFKBP   MSEVIEG     NVKIDRISPG DGATFPKTGD LVTIHYTGTL ENGQKFDS....SV DRG..SPFQCNI
NMFKBP       M       GSLIIEDLQE SFGKEAVKGK EITVHYTGWL ENGQKFDS....SL DRN..QPLTITL
Lpneumip NKFGVVVLPS  GLQYKVINAG NGVKPGKSD. TVTVEYTGRL IDGTVFDS....TE KTG..KPATFQV
Paerumip ARFGVRELTG  GVLVSELRRG GGNGICAAT. QVHVRYRGLL ADGQVFDQ....SS SA...WFALD..
Chtchlmip KAGVIELEPN KLHDRVVKEG TGRVLSGGF. TALLHYTGSF IDGKVFDS....SE KNK..EPILLPL
Mustrans2 GVDISPKQDE GVLKVIKREG TGTETPMIGD RVFVHYTGWL LDGTKFDS....SL DRK..DKFSFDL
                     1          11         21         31             41

Secondary structure  <--β1-->               <---β4--->  <β5>           <β5>
Comments                                 c   aba d   c   aab    b        c


             *   ** **        *      *       * *    .**     *** .** *   .*
hFKBP12    GKQEVIRGWE EGVAQMSVGQ RAKLTISPDY AYGATGHPGI IPFHATLVFD VELLKLE
bFKBP12    GKQEVIRGWE EGVAQMSVGQ RAKLTISPDY AYGATGHPGI IPFHATLIFD VELLKLE
bFKBP13    GTGQVIKGWD QGLLGMCEGE RRKLVIPSEL AYGERGAPPK IPGGATLVFE VELLKIERRTEL
bFKBP25    GIGKVIRGWD EALLTMSKGE KARLEIEPEW AYGKKGQPDx ixqpnxLIFE VELVDID
NCFKBP     GGQVIKGWD  EGLLGMKIGE KRKLTIAPHL AYGNRAVGGI IPANSTLIFE TELVGIRGVQKGE
SCFKBP     GVGQVIKGWD VGIPKLSVGE KARLTIPGPY AYGPRGFPGL IPANSTLVFD VELLKVN
NMFKBP     GVGQVIKGWD EGFGGMKEGG KRKLTIPSEM GYGATRRGGV IPFHATLIFE VELLKVYE
Lpneumip S QVGWILET  EALQLMPAGS TWEIYVPSGL AYGPRSVGGP IGFNETLIFK IHLISVKKSS
Paerumip   SVIEGWR    TALRAMPVGA RWRVVIPSAQ AYGHEGAGDL IPPDAPLVFE IDLLGFR
Chtchlmip T KVIPGFS   QGMQGMKEGE VRVLYIHPDL AYGTAGQ... LPFNSLLIFE VKLIEANDDNVSVTE
Mustrans2 GKGEVIKAWD  IAVATMKVGE VCHITCKPEY AYGAAGSPPK IPFNATLVFE VELFEFKGEDLTEBEDGGIIRRI
           51         61         71         81         91         101

Sec. str.  <--α -->    <β2-->     <β3--->
Comments   c  aa da    d  b  d d  cac c   a c  da  d
```

Figure 12. A comparison of FKBP sequences. Residue numbering and secondary structure assignment are for human FKBP-12 complexed with FK506 or rapamycin. Lower case sequence assignments indicate uncertainty. *, Perfect conservation; ●, >70% identity. a, Involved in ligand binding pocket; b, involved in structurally important hydrogen bonds; c, adopts special torsion angles; d, required to maintain hydrophobic core. hFKBP, human; bFKBP, bovine; NC, *Neurospora*; SC, yeast; NM, *Neisseria*; Lpneumip, *Legionella* macrophage infectivity potentiator; Chtchlmip, *Chlamydia* MIP; Mustrans2, mouse transition protein 2 homolog. Sequence data from Galat *et al.*, (1992).

domains of the two ligands and that of a proposed peptide substrate, where the pipecolinyl ring serves as a proline analog, the twisted carbonyl group (C9) mimics the transition state of a peptide substrate undergoing isomerization about the amide bond, and the C10-hydroxyl group and hemiketal ring play the role of amide and side-chain of the preceding residue (Albers *et al.*, 1990). The protein–ligand interactions already discussed provide the framework to evaluate this immunosuppressant-peptide analogy and to begin the process of unraveling the catalytic mechanism of rotamase activity.

A particularly revealing aspect of ligand binding to FKBP-12 involves the hemiacetal ring. FKBP-12 exhibits a strong preference for leucine as the residue preceding proline in peptide substrates (Albers *et al.*, 1990). Indeed, inspection of this region of the protein–ligand interface shows that the side-chain of the residue preceding proline in a peptide substrate would have access to a hydrophobic pocket that is well-suited for a leucine residue. In FK506 and rapamycin the C11-methyl group is directed into this pocket, in general agreement with a peptide mimic model. Donald *et al.* (1991) have shown that chemical modification of the C10-hydroxyl to a nitrogen and subsequent attachment of peptide-like fragments leads to mostly nonbinding substrates and conclude that a direct peptide analogy breaks down in this region. It is

clear from the FKBP-12–ligand crystal structures that such substitutions could not be accommodated and that on the fringes of the common binding region, the model of FK506 and rapamycin as peptide mimics becomes a topological one, where the ligands mimic a peptide substrate in the interactions they make with protein and not by an atom-by-atom analogy. These results underscore both the importance of detailed structure analysis and the limitations of any single model in formulating a general picture of FKBP-12–substrate interactions.

Current models of catalytic mechanisms for both cyclophilin (Harrison & Stein, 1990) and FKBP-12 (Rosen *et al.*, 1990) involve stabilization of the amide carbonyl atom as it rotates about the C–N bond. Scheiner & Kern (1977) have shown that desolvation should increase the flexibility of amide bonds and Kofron *et al.* (1991) point out that a hydrophobic active site may be a contributing factor in stabilization of the twisted carbonyl group for this reason. The extremely hydrophobic binding pocket of FKBP-12 is certainly consistent with this idea. Calculations by Wiberg *et al.* (1991) support experimental data showing that environments with lower dielectric constants result in higher energies for dipolar species. Wiberg & Laidig (1987) find that the charge distribution in a twisted amide group relative to the planar species is virtually unchanged at the carbonyl oxygen atom, is reduced at the nitrogen atom, and is less dipolar along the C–N

bond, in contrast to the traditional view of amide resonance where the oxygen atom is expected to experience a decrease and the nitrogen atom an increase in electron density upon distortion. These calculations also support the notion of stabilization of a twisted amide group in the low dielectric, hydrophobic binding pocket relative to the higher dielectric aqueous solvent.

The dicarbonyl binding region of the FKBP-12–FK506 and rapamycin complexes presents an intriguing set of interactions with respect to the amide group in a hypothetical peptide substrate. The Y82-OH to C7-carbonyl hydrogen bond appears to stabilize a planar, *trans*-amide, and the novel C8-carbonyl binding pocket involving C–H···O interactions appears to stabilize the twisted amide group. The same Y82 interaction would presumably not exist in a *cis*-amide substrate, but the side-chains of D37 and/or Y26 are in positions that could interact with the peptide carbonyl group from the opposite direction. Y82 appears to be capable of substantial rotation about $\chi^1$, providing a great deal of flexibility in adapting to the possible motions of the substrate during catalysis. For both FK506 and rapamycin, such a rotation would result in a better hydrogen bond, more nearly in the plane of the C8 carbonyl group. Alternatively, Y82 could form a hydrogen bond with the nitrogen lone pair or a twisted carbonyl group, a novel way of lowering the barrier to amide rotation. The relevance of these interactions and the roles of D37, Y26 and Y82 are now the subject of ongoing studies involving both mutagenesis and substrate analogs.

### (h) *FKBP-12 as an immunophilin*

The enormous attention that FK506, rapamycin, and their binding proteins have received is due to their medicinal value in modulating the immune response and also to their value as probes into the complex signal processing machinery that translates an extracellular signal into a cellular response. By now, incontrovertible evidence has accumulated that implicates the *complex* of FKBP-12 with FK506 or of FKBP-12 with rapamycin rather than any of the single components as responsible for disruption of signal transduction pathways (Koltin *et al.*, 1991). A truly fascinating aspect of this activity, in view of the similarity between the two complexes, is the differing pathways affected by FKBP-12–FK506 *versus* FKBP-12–rapamycin. Ultimately, each of these complexes must interact with a third component, a "partner protein", that must recognize FK506 or rapamycin, but only as presented by FKBP-12.

Cyclosporin A, which is structurally unrelated to rapamycin or FK506, and which interacts with a distinct family of immunophilins, is nonetheless believed to have a similar *modus operandi* in that it exerts its effect only when complexed with a cyclophilin, e.g. cyclophilin A. Indeed, it was recently discovered that the complexes of FKBP-12–FK506 and cyclophilin A–cyclosporin A competitively bind

to. and modulate the enzymatic activity of a common target, the $Ca^{2+}$-calmodulin-dependent protein phosphatase calcineurin (protein phosphatase 2B; Liu *et al.*, 1991). The structures of FKBP-12–FK506 and FKBP-12–rapamycin will figure prominently in understanding the molecular basis of the interactions of immunophilin–drug complexes with calcineurin and other targets that might emerge.

The crystal structures of the FKBP-12–FK506 and FKBP-12–rapamycin complexes described have nearly identical protein components in the drug-binding regions, despite large numbers of intermolecular contacts in the crystal lattices. The differences between the complexes in this region would thus appear to arise from the ligands themselves, and not ligand binding-induced changes in protein structure. Superpositions of the two ligands and of the two complexes are shown in Figure 11. It is remarkable that despite the very different chemical structures of the exposed portions of FK506 and rapamycin, they project in the same general direction. The C17 to C22 triene of rapamycin, the C21 allyl group of FK506, and the differing cyclohexyl conformations are the most conspicuous exposed features for the two bound ligands. We cannot, however, rule out the possibility that areas remote from the ligand binding pocket that differ in conformation for the two complexes are important recognition elements. The relationship between these structural features and the elicited biological response is now an area of intense, multidisciplinary research.

We thank the National Cancer Institute (CA-24487, J.C.) and the National Institute of General Medical Sciences (GM-38627, S.L.S.) for their support. We also gratefully acknowledge support of the area detector facility by NSF grant DIR-8820919.

### References

Albers, M. W., Walsh, C. T. & Schreiber, S. L. (1990). Substrate specificity for the human rotamase FKBP: a view of FK506 and rapamycin as leucine-(twisted amide)-proline mimics. *J. Org. Chem.* **55**, 4984–4986.

Bierer, B. E., Matila, P. S., Standaert, R. F., Herzenberg, L. A., Burakoff, S. J., Crabtree, G. & Schreiber, S. L. (1990a). Two distinct signal transmission pathways in T lymphocytes are inhibited by complexes formed between an immunophilin and either FK506 or rapamycin. *Proc. Nat. Acad. Sci., U.S.A.* **87**, 9231–9235.

Bierer. B. E., Somers, P. K., Wandless, T. J., Burakoff, S. J. & Schreiber, S. L. (1990b). Probing immunosuppressant action with a nonnatural immunosuppressant ligand. *Science,* **250**, 556–559.

Brünger, A. T., Kuriyan, J. & Karplus, M. (1987). Crystallographic R factor refinement by molecular dynamics. *Science,* **235**, 458–460.

Brünger, A. T., Krukowski, A. & Erickson, J. (1990). Slow-cooling protocols for crystallographic refinement by simulated annealing. *Acta Crystallogr. sect. A,* **46**, 585–593.

Donald, D. K., Cooper, M. E., Furber, M., Wells, E., Hutchinson, R. & Black, F. M. (1991). C-10 N-acyl modified FK-506: a possible hybrid analog of the

transition state of peptidyl-prolyl cis-trans isomerization. *Tetra. Letters*, 32, 1375–1378.

Fischer, C., Wittmann-Liebold, B., Lang, K., Kiefhaber, T. & Schmid, F. X. (1989). Cyclophilin and peptidyl-prolyl cis-trans isomerase are probably identical proteins. *Nature (London)*, 337, 476–478.

Fitzgerald, P. M. D. (1988). MERLOT, an integrated package of computer programs for the determination of crystal structures by molecular replacement. *J. Appl. Crystallogr.* 21, 273–278.

Fretz, H., Albers, M. W., Galat, A., Standaert, R. F., Lane, W. S., Burakoff, S. J., Bierer, B. E. & Schreiber, S. L. (1991). Rapamycin and FK506 binding proteins (immunophilins). *J. Amer. Chem. Soc.* 113, 1409–1411.

Galat, A., Lane, W. S., Standaert, R. F. & Schreiber, S. L. (1992). A rapamycin-selective, 25-kDa immunophilin. *Biochemistry*, 31, 2427–2434.

Harding, M. W., Galat, A., Uehling, D. E. & Schreiber, S. L. (1989). A receptor for the immunosuppressant FK506 is a cis-trans peptidyl-prolyl isomerase. *Nature (London)*, 341, 758–760.

Harrison, R. K. & Stein, R. L. (1990). Mechanistic studies of peptidyl prolyl cis-trans isomerase: evidence for catalysis by distortion. *Biochemistry*, 29, 1684–1689.

Horovitz, A., Serrano, L., Avron, B., Bycroft, M. & Fersht, A. R. (1990). Strength and cooperativity of contributions of surface salt bridges to protein stability. *J. Mol. Biol.* 216, 1031–1044.

Howard, A. D., Nielson, C. & Xuong, Ng. H. (1985). Software for a diffractometer with multiwire area detector. In *Methods in Enzymology* (Wyckoff, H. W., Hirs, C. H. W. & Timasheff, S. N., eds), vol. 114, pp. 452–472, Academic Press, Orlando.

Jin, Y. J., Albers, M. W., Lane, W. S., Bierer, B. E., Schreiber, S. L. & Burakoff, S. J. (1991). Molecular cloning of a membrane-associated human FK506- and rapamycin-binding protein, FKPB-13. *Proc. Nat. Acad. Sci., U.S.A.* 88, 6677–6681.

Kabsch, W. & Sander, C. (1983). Dictionary of protein secondary structure: pattern recognition of hydrogen-bonded and geometrical features. *Biopolymers*, 22, 2577–2637.

Kallen, J., Spitzfaden, D., Zurindi, M. G. M., Wider, G., Widmer, H., Wüthrich, K. & Walkinshaw, M. D. (1991). Structure of human cyclophilin and its binding site for cyclosporin A determined by X-ray crystallography and NMR spectroscopy. *Nature (London)*, 353, 276–279.

Karplus, P. A., Daniels, M. J. & Herriott, J. R. (1991). Atomic structure of ferredoxin-NADP+ reductase: prototype for a structurally novel flavoenzyme family. *Science*, 251, 60–66.

Ke, H., Zydowsky, L. D., Liu, J. & Walsh, C. T. (1991). Crystal structure of recombinant human T-cell cyclophilin at 2·5 Å resolution. *Proc. Nat. Acad. Sci., U.S.A.* 88, 9483–9487.

Kofron, J. L., Kuzmic, P., Kishore, V., Colon-Bonilla, E. & Rich, D. H. (1991). Determination of kinetic constants for peptidyl prolyl cis-trans isomerases by an improved spectrophotometric assay. *Biochemistry*, 30, 6127–6134.

Kiltin, Y., Faucette, L., Bergsma, D. J., Levy, M. A., Cafferkey, R., Koser, P. L., Johnson, R. K. & Livi, G. P. (1991). Rapamycin sensitivity in *Saccharomyces cerevisiae* is mediated by a peptidyl-prolyl cis-trans isomerase related to human FK506-binding protein. *Mol. Cell. Biol.* 11, 1718–1723.

Liu, J., Farmer, J. D., Jr, Lane, W. S., Friedman, J.,

Weissman, I. & Schreiber, S. L. (1991). Calcineurin is a common target of cyclophilin-cyclosporin A and FKBP-FK506 complexes. *Cell*, 66, 807–815.

Luzzati, V. (1952). Statistical treatment of errors in the determination of crystalline structures. *Acta Crystallogr.* 5, 802–810.

McPherson, A., Jr (1976). The growth and preliminary investigation of protein and nucleic acid crystals for X-ray diffraction analysis. *Methods Biochem. Anal.* 23, 249–345.

Metcalf, S. M. & Richards, F. M. (1990). Cyclosporine, FK506, and rapamycin. Some effects on early activation events in serum-free, mitogen-stimulated mouse spleen cells. *Transplantations*, 49, 798.

Michnick, S. W., Rosen, M. K., Wandless, T. J., Karplus, M. & Schreiber, S. L. (1991). Solution structure of FKBP, a rotamase enzyme and receptor for FK506 and rapamycin. *Science*, 251, 836–839.

Moore, J. M., Pettie, D. A., Fitzgibbon, M. J. & Thomson, J. A. (1991). Solution structure of the major binding protein for the immunosuppressant FK506. *Nature (London)*, 351, 248–250.

Polygen Corporation (1990). *Quanta*. Version 3.0, Polygen Corporation, Waltham, MA.

Ptitsyn, D. B. & Finkelstein, A. V. (1980). Directed mechanism of the self-organization of proteins: generalized model. *Quart. Rev. Biophys.* 13, 339–386.

Richardson, J. S. (1977). β-Sheet topology and the relatedness of proteins. *Nature (London)*, 268, 495–500.

Rosen, M. K., Standaert, R. F., Galat, A., Nakatuska, M. & Schreiber, S. L. (1990). Inhibition of FKBP rotamase activity by immunosuppressant FK506: twisted amide surrogate. *Science*, 248, 863–866.

Rossmann, M. G. (1975). LEASTSQ.

Sack, J. S. (1988). CHAIN—a crystallographic modeling program. *J. Mol. Graphics*, 6, 224–225.

Scheiner, S. & Kern, C. W. (1977). Theoretical studies of environmental effects on protein conformation. *J. Amer. Chem. Soc.* 99, 7042–7050.

Schreiber, S. L. (1991). Chemistry and biology of the immunophilins and their immunosuppressive ligands. *Science*, 251, 283–287.

Siekierka, J. J., Hung, H. Y., Poe, M., Lin, C. S. & Sigal, N. S. (1989). A cytosolic binding protein for the immunosuppressant FK506 has peptidyl-prolyl isomerase activity but is distinct from cyclophilin. *Nature (London)*, 341, 755–757.

Siemens Analytical X-ray Instruments Inc. (1990). SHELXTL-PLUS. Version 4.0, Siemens Analytical X-ray Instruments, Inc., Madison, WI.

Standaert, R. F., Galat, A., Verdine, G. L. & Schreiber, S. L. (1990). Molecular cloning and overexpression of the human FK506-binding protein FKBP. *Nature (London)*, 346, 671–674.

Swindells, D. C. N., White, P. S. & Findlay, J. A. (1978). The X-ray crystal structure of rapamycin, $C_{51}H_{79}NO_{13}$. *Can. J. Chem.* 56, 2491–2492.

Takahashi, N., Hayano, T. & Suzuki, M. (1989). Prolylisomerase for determination of cyclosporin A or its derivatives. *Nature (London)*, 337, 473–475.

Tanaka, H., Kuroda, A., Marusawa, H., Hatanaka, H., Kino, T., Goto, T. & Hashimoto, M. (1987). Structure of FK506, a novel immunosuppressant isolated from *Streptomyces*. *J. Amer. Chem. Soc.* 109, 5031–5033.

Taylor, R. & Kennard. O. (1982). Crystallographic evidence for the existence of CH···O, CH···N, and CH···Cl hydrogen bonds. *J. Amer. Chem. Soc.* 104, 5063–5070.

124                                                                                                    G. D. Van Duyne et al.

Thaller, C., Weaver, L. H., Eichele, G., Wilson, E., Karlsson, R. & Jansonius, J. N. (1981). Repeated seeding technique for growing large single crystals of proteins. *J. Mol. Biol.* 147, 465–469.

Thomas, K. A., Smith, G. M., Thomas, T. B. & Feldmann, R. J. (1982). Electronic distributions within protein phenylalanine aromatic rings are reflected by the three-dimensional oxygen atom environments. *Proc. Nat. Acad. Sci., U.S.A.* 79, 4843–4847.

Thomson, A. W. (1989). FK506—How much potential? *Immunol. Today,* 10, 6.

Van Duyne, G. D., Standaert, R. F., Karplus, P. A., Schreiber, S. L. & Clardy, J. (1991a). Atomic structure of FKBP-FK506, an immunophilin-immunosuppressant complex. *Science,* 252, 839–842.

Van Duyne, G. D., Standaert, R. F., Schreiber, S. L. & Clardy, J. (1991b). Atomic structure of the rapamycin human immunophilin FKBP-12 complex. *J. Amer. Chem. Soc.* 113, 7433–7434.

Venkatachalam, C. M. (1968). Stereochemical criteria for polypeptides and proteins. V. Conformation of a system of three-linked peptide units. *Biopolymers,* 6, 1425–1436.

Wiberg, K. B. & Laidig, K. E. (1987). Barriers to rotation adjacent to double bonds. 3. The carbon-oxygen barrier in formic acid, methyl formate, acetic acid, and methyl acetate. The origin of ester and amide resonance. *J. Amer. Chem. Soc.* 109, 5935–5943.

Wiberg, K. B., Waldron, R. F., Schulte, G. & Saunders, M. (1991). Lactones. 1. X-ray crystallographic studies of nonanolactone and tridecanolactone: nature of CH⋯O nonbonded interactions. *J. Amer. Chem. Soc.* 113, 971–977.

Wlodawer, A., Diessenhofer, J. & Huber, R. (1987). Comparison of two highly refined structures of bovine pancreatic trypsin inhibitor. *J. Mol. Biol.* 193, 145–156.

Yang, W., Hendrickson, W. A., Kalman, E. T. & Crouch, R. J. (1990). Expression, purification, and crystallization of natural and selenomethionyl recombinant ribonuclease H from *Escherichia coli. J. Biol. Chem.* 265, 13553–13559.

*Edited by W. Hendrickson*

# EXHIBIT 43

*J. Am. Chem. Soc.* **1991**, *113*, 7433–7434

7433

Downloaded from by Savan Vaghani on July 31, 2009
Published on May 1, 2002 on http://pubs.acs.org | doi: 10.1021/ja00019a057

most reasonably attributed to a rotational isotope effect,[11] is consistent with concert. For the isotope effect to be consistent with the stereospecific biradical pathway, closure to the five-membered ring must be rate-determining. However, it is hard to reconcile the demand of slow closure to a five-membered ring relative to closure to a three-membered ring with the demand of rapid closure to a five-membered ring relative to bond rotation in the diradical. Thus, the 1,3-shift would appear to be concerted.

**Acknowledgment.** We thank the National Science Foundation for financial support, Prof. Christopher Samuel (U. Warwick), who provided the initial NMR data and spectral analysis of the product epoxide to warrant pursuit of this work, and Prof. Kevin Gilbert for his continued interest in this problem.

**Supplementary Material Available:** Experimental details for the synthesis of **I** and NMR spectra of the methylene protons of the undeuterated epoxide, the deuterated epoxide from the three different reaction times, and simulations of mixtures (9 pages). Ordering information is given on any current masthead page.

(11) Dai, S. H.; Dolbier, J. *J. Am. Chem. Soc.* **1970**, *92*, 1774; **1972**, *94*, 3946. Crawford, R. J.; Chang, M. H. *Tetrahedron* **1982**, *38*, 837. Gajewski, J. J.; Benner, C. W.; Stahly, B. N.; Hall, R. F.; Sato, R. I. *Tetrahedron* **1982**, *38*, 853.

## Atomic Structure of the Rapamycin Human Immunophilin FKBP-12 Complex

Gregory D. Van Duyne,[†] Robert F. Standaert,[‡]
Stuart L. Schreiber,*,[‡] and Jon Clardy*,[†]

*Department of Chemistry, Cornell University
Ithaca, New York 14853
Department of Chemistry, Harvard University
Cambridge, Massachusetts 02138*

*Received June 3, 1991*

Complexes of immunophilins with immunosuppressive drugs interfere with a variety of signal transduction pathways in the cytoplasm of the cell.[1–3] Rapamycin[4] (**1**) is a high affinity ligand ($K_d = 0.2$ nM)[5] to the immunophilin FKBP-12[5–7] and appears to be a general and potent antiproliferative agent.[1] The pleiotropic actions of rapamycin on growth factor receptor signaling pathways have elevated this compound to a high status as a probe of signaling mechanisms. Although the precise details have yet to be elucidated, the *complex* of human FKBP-12 and rapamycin has been shown by genetic methods to function as the inhibitory agent.[8] Herein we report the three-dimensional structure of the complex of human FKBP-12 and rapamycin, determined to 1.7-Å resolution

[†] Cornell University.
[‡] Harvard University.

(1) Schreiber, S. L. *Science* **1991**, *251*, 283.
(2) Bierer, B. E.; Matila, P. S.; Standaert, R. F.; Herzenberg, L. A.; Burakoff, S. J.; Crabtree, G.; Schreiber, S. L. *Proc. Natl. Acad. Sci. U.S.A.* **1990**, *87*, 9231–9235.
(3) Bierer, B. E.; Somers, P. K.; Wandless, T. J.; Burakoff, S. J.; Schreiber, S. L. *Science* **1990**, *250*, 556–559.
(4) Findlay, J. A.; Radics, L. *Can. J. Chem.* **1980**, *58*, 579.
(5) The family of proteins that bind to FK506 and rapamycin have been collectively named FKBP's (FK506 binding proteins), with a suffix designating the approximate molecular weight. Human FKBP-12, the most abundant FKBP found in the cytoplasm, is a 12 kD protein of 107 amino acids that binds FK506 and rapamycin and catalyzes the cis–trans isomerization of peptidyl-prolyl amide bonds in peptide substrates.
(6) Harding, M. W.; Galat, A.; Uehling, D. E.; Schreiber, S. L. *Nature* **1989**, *341*, 758.
(7) Siekierka, J. J.; Hung, S. H. Y.; Poe, M.; Lin, C. S.; Sigal, N. H. *Nature* **1989**, *341*, 755.
(8) Koltin, Y.; Faucette, L.; Bergsma, D. J.; Levy, M. A.; Cafferkey, R.; Koser, P. L.; Johnson, R. K.; Livi, G. P. *Mol. Cell. Biol.* **1991**, *11*, 1718.



**Figure 1.** (a, top) A stereoview of the α-carbon tracing of FKBP-12 and rapamycin. The N- and C-terminal α-carbons are labeled. (b, bottom) A stereodrawing of the binding pocket showing all of the bound rapamycin molecule and selected FKBP-12 residues.

by X-ray crystallographic techniques.[9] This structure provides a framework to interpret the effects of structural perturbation of either rapamycin or human FKBP-12 on signal transduction pathways.

**1 - Rapamycin**   **2 - FK506**

As shown in Figure 1, the protein component of the FKBP-12/rapamycin complex forms a five-stranded antiparallel β-sheet

(9) Crystals of the FKBP-12/rapamycin complex were grown from solutions containing 10 mg/mL of protein complex, 300 mM ammonium sulfate, and 100 mM phosphate at pH 6.0 using the hanging drop method at room temperature. The space group is $P2_12_12_1$ with $a = 45.42$ Å, $b = 49.16$ Å, $c = 54.74$ Å, and one molecule in the asymmetric unit. Data were measured using a SanDiego Multiwire Systems Mark II detector and a rotating anode source to 1.7-Å resolution. A total of 81 484 reflections were measured (12 991 unique, 93% complete, $R_{sym} = 0.056$, 10 633 with $F ≥ 3σ$) from two crystals. The structure was solved using the molecular replacement method with a search model composed of the protein component of the FKBP-12/FK506 complex and the MERLOT program system.[10] The structure was refined with X-PLOR[11] using least-squares minimization by conjugate gradients where the stereochemical restraints used in ligand refinement were restricted to terms for bond lengths, bond angles, and improper dihedral angles (for planar sp² carbons and chiral centers). The conformation of bound rapamycin was determined unambiguously from well-defined electron density in $2F_o-F_c$ maps. The $R$ factor for the current model, including FKBP-12, rapamycin, and 85 water molecules, is 0.165. All main chain atoms, all buried side-chain atoms, and all ligand atoms are well-defined in the final $2F_o - F_c$ electron density map. The root-mean-square deviations of bond lengths and bond angles from their ideal values are 0.01 Å and 2.8°, respectively.
(10) Fitzgerald, P. M. D. *J. Appl. Crystallogr.* **1988**, *21*, 273.
(11) Brünger, A. T. *X-PLOR Manual, Version 2.1*; Yale University, New Haven, 1990.

0002-7863/91/1513-7433$02.50/0   © 1991 American Chemical Society

*J. Am. Chem. Soc.* **1991**, *113*, 7434–7435

Downloaded from Savan Vaghani on July 31, 2009
Published on May 1, 2002 on http://pubs.acs.org | doi: 10.1021/ja00019a057

wrapping with a right-handed twist around a short α-helix—the same folding topology found in the complex of FKBP-12 with FK506[12] and in uncomplexed FKBP-12.[13,14] The root-mean-square (rms) deviations of α-carbons, backbone atoms, and all protein atoms between FKBP-12 complexed with rapamycin and FKBP-12 complexed with FK506 are 0.67, 0.67, and 1.51 Å, respectively. Only one region, involving residues 31–34 in the loop between strands 4 and 5 of the β-sheet structure, adopts a different main chain conformation. These residues are not involved in protein–ligand interactions, but may be important recognition features of the complex.

Rapamycin binds in a cavity between the β-sheet and α-helix with the pipecolinyl ring deeply buried in the protein (Figure 1a). The protein–ligand interface involves atoms from the pyranose ring through the C28 hydroxyl, with the remainder, including the C17-C22 triene, exposed. The C1 ester, the pipecolinyl ring, the C8 and C9 carbonyls, and the pyranose ring adopt a conformation that is superimposable with the same groups in the FKBP-12/FK506 complex.[12] Three hydrogen bonds between this region and FKBP-12 (Ile-56 NH to C1 carbonyl, Tyr-82 hydroxyl to C8 carbonyl, and Asp-37 carboxylate to C10 hydroxyl) and a C9 carbonyl binding pocket involving C–H⋯O interactions with ε-hydrogens from Tyr-26, Phe-36, and Phe-99 are also identical with those found in the complex with FK506, thus confirming the identical binding modes of the common structural elements[15] in the two immunosuppressant ligands.

Two additional hydrogen bonds are involved in rapamycin binding to FKBP-12 (Figure 1b). The first is from Glu-54 main chain carbonyl to C28 hydroxyl, which along with the Ile-56 NH to C1 carbonyl–hydrogen bond may mimic the interaction of the dipeptide portion of a natural substrate with FKBP-12. It has been noted that the pyranose–pipecolinyl region also mimics a dipeptide,[16] making rapamycin, like FK506, a possible example of an extended peptide mimic. This hydrogen bond is analogous to the one from Glu-54 main chain carbonyl to C24 hydroxyl found in the FKBP-12/FK506 complex.[12] The second hydrogen bond is from Gln-53 main chain carbonyl to the C40 hydroxyl. In the rapamycin complex the cyclohexyl group (C35–C42) is bound to the protein through this hydrogen bond, while the FK506 complex has no such interaction. FK506's C27–C28 double bond restricts the orientations of the cyclohexane while in rapamycin (1) the cyclohexyl ring can swing about the C35–C36 bond to form a Gln-53 carbonyl to C40 hydroxyl hydrogen bond.

The conformation of bound rapamycin is virtually identical with that seen in the free, crystalline state,[4] with an rms difference of 0.49 Å. Unlike FK506, which undergoes a cis to trans isomerization of the amide bond accompanied by a dramatic change in overall conformation on binding to FKBP-12,[12] rapamycin possesses a high degree of structural preorganization for binding. This preorganization, along with the anchoring of the cyclohexyl group, may explain the twofold higher affinity ($K_d$ = 0.2 nM) of rapamycin for FKBP-12 compared to FK506 ($K_d$ = 0.4 nM).[2]

The view of the FKBP-12/rapamycin complex as the biological effector in immunosuppressive function requires a focus on the complex as a whole—in particular the exposed regions of bound rapamycin and the FKBP-12 loops flanking the binding site. The likely role of FKBP-12 and other FKBP's in the disruption of signal transduction in T-cells is to present rapamycin (or FK506) to as yet unknown biological acceptors, or partner proteins. The FKBP/rapamycin complex described may be best viewed in this context as the ligand, now known at atomic resolution, to a partner protein involved in cytoplasmic signal transduction.

(12) Van Duyne, G. D.; Standaert, R. F.; Karplus, P. A.; Schreiber, S. L.; Clardy, J. C. *Science* **1991**, *252*, 839.
(13) Michnick, S. W.; Rosen, M. K.; Wandless, T. J.; Karplus, M.; Schreiber, S. L. *Science* **1991**, *252*, 836.
(14) Moore, J. M.; Peattie, D. A.; Fitzgibbon, M. J.; Thomson, J. A. *Nature* **1991**, *351*, 248.
(15) Wandless, T. J.; Michnick, S. W.; Rosen, M. K.; Karplus, M.; Schreiber, S. L. *J. Am. Chem. Soc.* **1991**, *113*, 2339.
(16) Albers, M. W.; Walsh, C. T.; Schreiber, S. L. *J. Org. Chem.* **1990**, *55*, 4984.

**Acknowledgment.** We thank T. J. Stout and P. A. Karplus for technical assistance and Walt Cullen and Jack Oscarson of the National Products Discovery and Fermentation Department at Pfizer, Inc. for supplying the rapamycin used in this study. Support from the National Cancer Institute (CA-24487, J.C.) and the National Institute of General Medical Sciences (GM-38627, S.L.S.) is gratefully acknowledged. The area detector facility was supported by NSF Grant DIR-88820910. Coordinates of the bound rapamycin molecule are available from the authors. The complete refined coordinates of the FKBP-12/rapamycin complex will be deposited in the Brookhaven Protein Databank.

## Self-Assembling, Alkali-Metal-Complexing Nickel Salicylaldimine Complexes

Otto F. Schall, Kerry Robinson,[†] Jerry L. Atwood,[†] and George W. Gokel*

*Departments of Chemistry, University of Miami*
*Coral Gables, Florida 33124*
*University of Alabama, University, Alabama 35487-0336*

Received May 23, 1991

Nature often achieves biological function in large molecules that are shaped and ordered by various feeble forces such as hydrogen bonding, salt-bridge formation, π-stacking, etc. We[1] and others[2] have been interested in this phenomenon especially from the perspective of developing relatively small molecular hosts that can assemble, organize, and bind. This phenomenon has two manifestations that should be distinguished, however. On the one hand, there are those that self-assemble to bind with little structural change.[3] On the other, there are hosts such as carboxypeptidase A that undergo significant structural change ("induced-fit system") when a guest is bound.[4] A model in the former category was devised by Reinhoudt et al., who used a macrocyclic salen–polyether–UO₂ complexes to afford a binding site for urea.[5] We now report an unusual nickel salicylaldimine system that was thought[6] to be in the former category but actually forms an unusual bimetallic molecular cage.

3-Hydroxysalicylaldehyde was converted into a series of 3-alkoxy-*N*-methylsalicylaldimine derivatives as previously described.[6] The side arms in the 3-position included methyl (CH₃, 1), 2-methoxyethyl (CH₂CH₂OCH₃, 2), and 2-(2-methoxyethoxy)ethyl (CH₂CH₂OCH₂CH₂OCH₃, 3). It is known that such aldimine systems react with nickel to form square-planar nickel(II) complexes of the NiL₂ variety.[7] These complexes may undergo tetrahedral–square planar equilibria if the system is sterically hindered. Some diamagnetic, square-planar complexes further associate by forming paramagnetic dimers.[8] We isolated the complex 1₂Ni as previously reported.[6] The combustion analysis and mass spectrum were compatible with the indicated stoichiometry. Assessment of stoichiometry in such cases by vapor pressure osmometry (VPO) has been eschewed as the results do not always accord with those of cryoscopic studies (see supplementary material).[9] Our studies using VPO indicated that 1₂Ni

[†] University of Alabama.
(1) (a) Kim, M.; Gokel, G. W. *J. Chem. Soc., Chem. Commun.* **1987**, 1686. (b) Medina, J. C.; Li, C.; Bott, S. G.; Atwood, J. L.; Gokel, G. W. *J. Am. Chem. Soc.* **1991**, *113*, 367. (c) Gokel, G. W.; Medina, J. C.; Li, S. *Synlett,* in press.
(2) (a) Rebek, J., Jr. *Top. Curr. Chem.* **1988**, *149*, 189. (b) Shinkai, S.; Miyazaki, K.; Manabe, O. *J. Chem. Soc., Perkin Trans. 2* **1987**, 449.
(3) Hamilton, A. *Adv. Supramolecular Chem.* **1990**, *1*, 1.
(4) (a) Hartsuck, J. A.; Lipscomb, W. N. *Enzymes* **1971**, *3*, 1. (b) Quiocho, F. A.; Lipscomb, W. N. *Adv. Protein Chem.* **1971**, *25*, 1. (c) Lipscomb, W. N. *Proc. Natl. Acad. Sci. U.S.A.* **1980**, *77*, 3875.
(5) Van Staveren, C. J.; van Erden, J.; van Veggel, C. J. M.; Harkema, S.; Reinhoudt, D. N. *J. Am. Chem. Soc.* **1988**, *110*, 4994–5008.
(6) Schepartz, A.; McDevitt, J. J. *Am. Chem. Soc.* **1989**, *111*, 5976.
(7) (a) Holm, R. H.; Everett, G. W., Jr.; Chakravarty, A. *Prog. Inorg. Chem.* **1966**, *7*, 83. (b) Holm, R. H.; O'Connor, M. J. *Prog. Inorg. Chem.* **1971**, *14*, 241.
(8) Holm, R. H. *J. Am. Chem. Soc.* **1961**, *83*, 4683.
(9) (a) Holm, R. H.; Swaminathan, K. *Inorg. Chem.* **1962**, *1*, 599. (b) Holm, R. H.; Swaminathan, K. *Inorg. Chem.* **1963**, *2*, 181.

© 1991 American Chemical Society

# EXHIBIT 44

