# EXHIBIT 45

Cell, Vol. 69, 1227–1236, June 26, 1992, Copyright © 1992 by Cell Press

# Rapamycin–FKBP Specifically Blocks Growth-Dependent Activation of and Signaling by the 70 kd S6 Protein Kinases

Jongkyeong Chung,* Calvin J. Kuo,[†]
Gerald R. Crabtree,[†] and John Blenis*
*Department of Cellular and Molecular Physiology
Harvard Medical School
Boston, Massachusetts 02115
[†]Howard Hughes Medical Institute
Unit for Molecular and Genetic Medicine, Beckman Center
Stanford University School of Medicine
Stanford, California 94305

## Summary

The macrolide rapamycin blocks cell cycle progression in yeast and various animal cells by an unknown mechanism. We demonstrate that rapamycin blocks the phosphorylation and activation of the 70 kd S6 protein kinases (pp70$^{S6K}$) in a variety of animal cells. The structurally related drug FK506 had no effect on pp70$^{S6K}$ activation but at high concentrations reversed the rapamycin-induced block, confirming the requirement for the rapamycin and FK506 receptor, FKBP. Rapamycin also interfered with signaling by these S6 kinases, blocking serum-stimulated S6 phosphorylation and delaying entry of Swiss 3T3 cells into S phase. Neither rapamycin nor FK506 blocked activation of a distinct family of S6 kinases (RSKs) or the MAP kinases. These studies identify a rapamycin-sensitive signaling pathway, argue for a ubiquitous role for FKBPs in signal transduction, indicate that FK506–FKBP–calcineurin complexes do not interfere with pp70$^{S6K}$ signaling, and show that in fibroblasts pp70$^{S6K}$, not RSK, is the physiological S6 kinase.

## Introduction

Tightly regulated protein phosphorylation signaling cascades promote the transduction of extracellular signals to various intracellular targets that regulate the transcriptional and translational machinery in cells. Two distinct families of growth factor–regulated S6 protein kinases have been identified that function in these signaling processes, the *rsk*-encoded 85–92 kd S6 kinases (Jones et al., 1988; Alcorta et al., 1989; referred to as RSK or pp90$^{rsk}$) and the 70 kd and 85 kd S6 kinases (Banerjee et al., 1990; Kozma et al., 1990; referred to as pp70$^{S6K}$). Although both families of S6 kinases are activated rapidly after addition of growth factors to quiescent cells, several studies indicate that RSK and pp70$^{S6K}$ can be regulated by distinct signaling pathways (Chen and Blenis, 1990; Ballou et al., 1991; Blenis et al., 1991; Jurivich et al., 1991). The upstream participants in the signaling pathway leading to the activation of RSK are now being identified. However, little is known about the effectors participating in the regulation of the 70 kd and 85 kd S6 kinases (αII and αI forms, respectively) (Grove et al., 1991) and the physiological role of this signaling pathway.

The RSKs are phosphorylated and activated by the *erk*-encoded MAP kinases. Although MAP kinases are activated by tyrosine and threonine phosphorylation, receptor tyrosine kinases have not been shown to directly phosphorylate and activate them in vitro (for review see Blenis, 1991; Cobb et al., 1991; Sturgill and Wu, 1991). Recent studies demonstrate that c-Ras can mediate signal transduction from receptor tyrosine kinases to the MAP kinases, RSKs, and c-Raf (Wood et al., 1992; Thomas et al., 1992), indicating that the mechanism of activation of the MAP kinases is complex. Downstream, the nuclear and cytoplasmic localization of MAP kinases and RSKs (Chen et al., 1992) and their temporal regulation (Chen et al., 1991; Chung et al., 1991a) are consistent with the possibility that these activated protein kinases can transmit growth-modulatory information in the nucleus and participate in the regulation of immediate-early gene expression. Indeed, several transcription factors have been identified as in vitro targets of these enzymes (Alvarez et al., 1991; Pulverer et al., 1991; Chen et al., 1992). The 70 kd S6 kinases have not been shown to phosphorylate RSK substrates other than the 40S ribosomal protein S6. S6 phosphorylation in cultured cells correlates temporally with the regulation of pp70$^{S6K}$. Additionally, inhibition of protein synthesis results in the activation of pp70$^{S6K}$ but not pp90$^{rsk}$, and under these conditions S6 becomes phosphorylated (Blenis et al., 1991). However, RSK may also participate in early G1 phosphorylation of S6 in cultured cells (Sweet et al., 1990) or during Xenopus oocyte maturation (Erikson and Maller, 1989). Understanding the regulation of S6 phosphorylation is important, since there is evidence that S6 phosphorylation participates in the regulation of protein synthesis (Erikson, 1991; Sturgill and Wu, 1991; and references therein). Thus, these distinct S6 kinase families may separately coordinate growth-stimulated changes in transcription and translation.

FK506-binding proteins (FKBPs) are evolutionarily conserved and ubiquitously expressed proteins that should be considered as a potential participant in the signal transduction pathways of many cell systems (for review see Schreiber, 1991). Therefore, its ligands, FK506 and rapamycin, may be useful reagents for delineating signal transduction pathways in many cell types. Rapamycin and FK506 are structurally related macrolides that have been found to inhibit T cell proliferation potently (Schreiber, 1991). Inhibition of T cell growth is mediated by their binding to the cellular receptor FKBP, a cis-trans prolyl isomerase (Siekierka et al., 1989; Harding et al., 1989). Although binding of either drug inhibits FKBP isomerase activity, inhibition of this activity has been dissociated from the ability of these drugs to inhibit T cell activation (Bierer et al., 1990a, 1990b). Indeed, several lines of evidence indicate that these drugs interfere with distinct T cell signal transduction systems (Dumont et al., 1990b; Bierer et al., 1990a). Thus, despite their similarities, it appears that rapamycin and FK506 work by biologically distinct mechanisms. It is also clear that binding to the FKBP is essential

Cell
1228

for their biological activities, as the action of one drug can be antagonized by an excess of the other (Bierer et al., 1990a; Dumont et al., 1990a).

A $Ca^{2+}$/calmodulin-dependent phosphatase, calcineurin, interacts with and is inhibited by the FK506–FKBP complex (Liu et al., 1991). Similar associations are observed with the structurally unrelated but functionally related cyclosporin A–cyclophilin complexes. These complexes also interfere with the nuclear association of a subunit of the T cell transcription factor, NF-AT, which participates in the regulation of early T cell gene expression (Flanagan et al., 1991). Surprisingly, rapamycin–FKBP neither binds to calcineurin nor inhibits NF-AT nuclear association following T cell activation (Liu et al., 1991; Flanagan et al., 1991), indicating that the rapamycin–FKBP complex may utilize a distinct ternary effector protein. The relationship between calcineurin binding and NF-AT nuclear accumulation, and the role of the ubiquitous calcineurin in signal transduction is currently unclear. The mechanism by which rapamycin interferes with cell proliferation is also not known, nor is much known about the biological activity of FKBP (for reviews, see Chang et al., 1991; Morris, 1991; Schreiber, 1991). However, it is worth noting that rapamycin suppresses a wider spectrum of T and B cells than FK506 does (Chang et al., 1991) and irreversibly arrests Saccharomyces cerevisiae proliferation in G1 (Heitman et al., 1991), indicating that the rapamycin-sensitive signaling system is highly conserved.

Based on the information provided above, we supposed that FK506 or rapamycin might affect the RSK or pp70[S6K] signal transduction systems. We show that rapamycin but not FK506 blocks the activation of the 70 and 85 kd S6 protein kinases. In contrast, rapamycin does not block the activation of the MAP kinases or RSKs. The ability of rapamycin to prevent pp70[S6K] activation is dependent upon the binding of rapamycin to FKBP. Our results therefore demonstrate that the target(s) of the rapamycin-sensitive signaling pathway participate in the regulation of pp70[S6K] by a variety of mitogens; that the postulated rapamycin target is ubiquitous; that the FK506 and cyclosporine A target calcineurin does not influence the activities of MAP kinase, RSK, or pp70[S6K]; and that pp70[S6K], not pp90[rsk], is the S6 kinase operating in vivo. Finally, the observation that rapamycin delays entry into S phase in fibroblasts and inhibits entry into S phase in T cells is consistent with an important role for the pp70[S6K] signal transduction system in the regulation of cell proliferation in nonlymphoid cells as well as in lymphoid cells.

## Results

### Rapamycin Blocks Activation of pp70[S6K] but Not RSK

Using peptide antibodies derived against the predicted amino terminus (amino acids 20–39) and carboxyl terminus (amino acids 502–525) of pp70[S6K] (based on Banerjee et al., 1990), we have developed immune complex S6 protein kinase assays that allow us to specifically immunopurify and measure the activity of pp70[S6K] from cell-free lysates. We have similarly developed specific immune

complex assays for two other growth-regulated protein kinases referred to as RSK (Chen and Blenis, 1990) and MAP kinase (pp44[mapk/erk1]) (Wood et al., 1992).

Because of the ubiquitous nature of FKBP, we wished to determine whether FK506 or rapamycin might interfere with mitogen-regulated signaling in fibroblasts. These reagents had little effect on the growth-stimulated activation of the MAP kinase/RSK signal transduction system. Surprisingly, rapamycin but not FK506 dramatically blocked the activation of pp70[S6K] (Figure 1). In Swiss 3T3 fibroblasts and chicken embryo fibroblasts, pp70[S6K] has been shown to be activated on a variety of conditions. Rapamycin blocked the stimulation of pp70[S6K] following activation by: a receptor tyrosine kinase (epidermal growth factor [EGF] receptor), the viral src oncogene product (v-src), protein kinase C by tumor-promoting phorbol esters, calcium ionophore–induced $Ca^{2+}$ signaling, signal transducing G proteins (bombesin receptor), heat shock (Jurivich et al., 1991), and inhibition of protein synthesis (cycloheximide), as well as by serum growth factors (see Figure 2). Similar results have been observed in HeLa, PC12, and T cells (unpublished data and Figure 9). Thus, signals from very diverse agents in many cell types rapidly converge, leading to the common activation of pp70[S6K]. Rapamycin therefore blocks the signaling or relay process at pp70[S6K] or at some point membrane proximal to pp70[S6K].

Half-maximal rapamycin-mediated inhibition of pp70[S6K] activation by serum growth factors in Swiss 3T3 cells was between 0.04 and 0.4 ng/ml rapamycin (Figure 2A), similar to the rapamycin concentrations used to inhibit T cell proliferation and pp70[S6K] activity (Figure 9 and Kuo et al., unpublished data). In these experiments rapamycin was added 30 min prior to addition of stimulus as previously described (Flanagan et al., 1991). However, pretreatment was not necessary to block pp70[S6K] activation, and addition of rapamycin to serum-stimulated cells containing maximally activated pp70[S6K] resulted in its rapid inactivation with a half-time of approximately 2 min (Figure 2B). The ability of rapamycin to prevent the activation did not require protein synthesis (Figure 1).

Rapamycin completely blocked the activation of pp70[S6K] throughout early G1 but had no effect on the serum-stimulated activation of the MAP kinases or RSKs. Interestingly, rapamycin had a mildly positive effect on the MAP kinases and RSKs at the earliest time point, with little effect at later stages of the regulation process (Figure 2C).

### Rapamycin Blocks pp70[S6K] Phosphorylation

To determine whether rapamycin directly inhibited pp70[S6K], we incubated rapamycin and rapamycin–FKBP12 complexes with activated pp70[S6K] or with inactivated pp70[S6K] from rapamycin-pretreated cells. No effect on S6 phosphotransferase activity was detected under these conditions (Figure 3). Additional preliminary in vitro studies examining the effects of lysates from rapamycin-treated cells on the phosphorylation or dephosphorylation of pp70[S6K] were also negative (not shown). pp70[S6K] is regulated by serine/threonine phosphorylation, presumably by upstream activating kinases. We wished to examine further the possibilities that rapamycin either inhibited the phosphorylated en-

Rapamycin Antagonizes pp70 S6 Kinase Signaling
1229



Figure 1. Rapamycin Inhibits pp70^S6K^ Activities Stimulated by a Variety of Conditions

Quiescent (−) Swiss 3T3 cells were stimulated (+) with EGF (25 ng/ml, 10 min), phorbol myristate acetate (100 ng/ml, 10 min), A23187 (25 μM, 30 min), or cycloheximide (100 μM, 30 min), and quiescent (−) bombesin-sensitive 3T3 cells were incubated (+) with bombesin (20 nM, 10 min). Quiescent chicken embryo fibroblasts infected with the temperature-sensitive transformation mutant of Rous sarcoma virus (NY72-4) were stimulated by activation of pp60^v-src^ following transfer of cultured cells from the nonpermissive temperature (41.5°C, −) to the permissive temperature (35°C, +) for 30 min. For heat shock experiments, quiescent Swiss 3T3 cells grown at 37°C (−) were transferred to 43°C (+) and incubated for 30 min. All cells were pretreated with a vehicle for the drugs (ethanol, 1 μl/ml, marked "C"), rapamycin (20 ng/ml, "R"), or FK506 (20 ng/ml, "F") for a total of 30 min. Cell lysates were prepared after the indicated stimulation time and used for immune complex phosphotransferase assays measuring pp70^S6K^ (S6K), RSK, or MAP kinase (MAPK) activities. We have previously shown that heat shock activates pp70^S6K^ and RSK activities (Jurivich et al., 1991); here we also demonstrate that heat shock activates MAP kinase activity, which is not affected by FK506 or rapamycin. Cycloheximide does not significantly stimulate RSK and MAP kinase activities (Blenis et al., 1991), and thus those assays are not shown in this panel. Phosphorylated S6 (pp70^S6K^ and RSK substrate) and recombinant RSK (MAP kinase substrate) polypeptides were separated by SDS–12% or 7.5% polyacrylamide gel electrophoresis, respectively, and localized by autoradiography.

zyme or blocked its phosphorylation and activation. Serum stimulation of quiescent cells resulted in reduced electrophoretic mobility of both the αI and αII forms of pp70^S6K^ as a result of phosphorylation. Dramatically, pp70^S6K^ (αI and αII) was rapidly dephosphorylated in the presence of rapamycin (Figure 4A), correlating with inactivation of kinase activity (Figure 2B). In addition, immunoblot analysis indicates that the αI form exists at approximately 10- to 20-fold lower levels in the cytosol fraction of Swiss 3T3 fibroblasts than the 70 kd αII form does (Figure 4A), as determined using phosphoimager analysis (Molecular Dynamics, Sunnyvale, CA). To confirm that these mobility shifts are due to the extent of pp70^S6K^ phosphorylation, we tested the ability of potato acid phosphatase to inactivate and dephosphorylate pp70^S6K^ to a form that comigrates with pp70^S6K^ from rapamycin-treated cells (Figure 4B). Notably, the extent of phosphorylation of the αI and αII forms in rapamycin-treated cells based on immunoblot analysis (Figure 4) and biosynthetic labeling (see Figure 6) was less than observed in quiescent cells, consistent with Figures 1 and 2 in which pp70^S6K^ activity in rapamycin-treated cells is lower than in quiescent cells.

Rapamycin could elicit net pp70^S6K^ dephosphorylation either by blocking the activity of an upstream pp70^S6K^-activating kinase(s) or by stimulating a pp70^S6K^-specific phosphatase. To examine the latter possibility, we tested the ability of rapamycin to block pp70^S6K^ dephosphorylation and activation in the presence of the phosphatase inhibitors, calyculin A and okadaic acid (potent inhibitors of type 1C and 2A protein serine/threonine phosphatases), and vanadate (a potent general inhibitor of protein tyrosine phosphatases). Addition of these phosphatase inhibitors to quiescent cells, alone or in combination, resulted in the phosphorylation and activation of pp70^S6K^ as observed with serum stimulation, and rapamycin blocked these

events (Figure 4C and data not shown). RSK activation by calyculin A or vanadate was not affected by rapamycin (Figure 4C), demonstrating that the phosphatase inhibitors were active in the presence of rapamycin. Thus, if rapamycin activates a pp70^S6K^-specific phosphatase, it appears not to be related to phosphatases sensitive to the inhibitors used above. Furthermore, incubation of activated pp70^S6K^ with lysates from untreated or rapamycin-treated cells, in the absence of phosphatase inhibitors, showed no difference in the rate of pp70^S6K^ inactivation (not shown).

## FKBP Is Required for the Rapamycin-Induced Block of pp70^S6K^ Phosphorylation and Activation

A consequence of rapamycin and FK506 binding a common receptor, FKBP, is that they are mutually antagonistic when one drug is present at a high molar excess over the other (Bierer et al., 1990a; Dumont et al., 1990a). Accordingly, FK506 reversed the rapamycin block of pp70^S6K^ activation (Figures 5A and 5B) and phosphorylation (Figure 5C) following stimulation of quiescent cells. An FK506: rapamycin ratio of approximately 500:1 was needed for half-maximal reversal of the rapamycin effect, with nearly complete reversal observed at a ratio of 2000:1. These ratios are consistent with a rapamycin–FKBP complex being the active species causing pp70^S6K^ inactivation. This result also demonstrates that FKBPs operate ubiquitously.

## Rapamycin Prevents pp70^S6K^ Downstream Signaling

In addition to the inability of rapamycin or FK506 to block MAP kinase or RSK phosphorylation and activation, these immunosuppressants did not affect EGF-stimulated tyrosine phosphorylation, phosphorylation of c-Raf, the serum-stimulated phosphorylation of the transcription fac-

A675

Cell
1230







Figure 2. Dose Response and Kinetics of the Inhibition of pp70[S6K] Phosphotransferase Activity in Swiss 3T3 Cells by Rapamycin

(A) Calf serum (10%) was added to quiescent cells for 10 min following pretreatment with various concentrations of rapamycin for 30 min. pp70[S6K] activities were measured by the immune complex assay, and incorporation of $^{32}$P into S6 was determined after polyacrylamide gel electrophoresis (see inset). Lanes 1–6 in the insert correspond to rapamycin from 0–400 ng/ml as shown in the bar graph. A concentration of 1 ng/ml rapamycin is approximately 1 nM.
(B) Swiss 3T3 fibroblasts containing maximally activated pp70[S6K] obtained by stimulation of quiescent cells with calf serum (10% [v/v]) were incubated with rapamycin (20 ng/ml) for the final 0, 30, 100, 300, and 600 s of serum stimulation. All cells were lysed after a total of 40 min in the presence of serum and processed for pp70[S6K] immune complex assays. $^{32}$P incorporation into S6 (inset) was determined by scintillation counting. In the insert is shown the incorporation into S6 in quiescent, control cells (lane 1), cells stimulated with serum for 40 min without rapamycin (lane 2), or stimulated cells incubated with rapamycin for 30, 90, 300, and 600 s (lanes 3–6).
(C) Quiescent cells were incubated with 10% calf serum for 0, 10, 30, 60, and 180 min. Cells were pretreated with rapamycin (20 ng/ml, open symbols) or ethanol (1 μl/ml, closed symbols) for 30 min prior to the addition of serum. Cells were lysed, immune complexes formed, and the activities of pp70[S6K] (open and closed circles), RSK (open and closed triangles), and MAP kinase (open and closed squares) measured as described in Experimental Procedures.

tors such as serum response factor, c-Jun, or Nur77 (not shown and Figure 6), or the overall serum-stimulated phosphorylation of abundant cellular phosphoproteins as examined by SDS-polyacrylamide gel electrophoresis analysis, with the exception of pp70[S6K] (Figures 4–6) and a single 32 kd phosphoprotein (Figure 7). Since 40S ribo-



|  | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| IN VIVO: serum: | + | + | + | + | + | + |
| RAP: | - | - | - | - | + | + |
| IN VITRO: RAP: | 0 | 1 | 1 | 250 | 1 | 1 μM |
| FKBP: | 0 | 0 | .1 | .1 | 0 | .1 μM |

Figure 3. In Vitro Phosphorylation of S6 by Activated or Inactive pp70[S6K] Is Unaffected by Rapamycin and/or FKBP

pp70[S6K] activities were purified by immunoprecipitation from quiescent Swiss 3T3 cells stimulated for 10 min with 10% calf serum with or without pretreatment with rapamycin (20 ng/ml). The enzymes in the immune complex were incubated with different concentrations of rapamycin and/or purified FKBP, as indicated in the figure, for 15 min at 30°C in a reaction buffer containing 20 mM HEPES (pH 7.2), 10 mM MgCl$_2$, 100 μg/ml bovine serum albumin, and 30 μM β-mecaptoethanol. [γ-$^{32}$P]ATP was then added with 40S subunits and S6 phosphotransferase activity measured as described in Experimental Procedures.

somal protein S6 is also ~32 kd, we determined whether phosphorylation of S6 in purified 80S subunits from $^{32}$P-labeled cells was blocked by rapamycin. Multiple S6 kinases have been proposed to participate in the physiologi-



Figure 4. Rapamycin-Induced Dephosphorylation of pp70[S6K]

(A) Immunopurified pp70[S6K] polypeptides from cell lysates prepared as described in Figure 2B were used for immunoblotting analysis. pp70[S6K] was immunoprecipitated from equal amounts of cell lysate protein (250 μg) at each time point. The immunoblot was exposed to X-ray film for 4 hr (panel 2) and 30 hr (panel 1) to show clearly the αI and αII forms, as indicated. Lanes 1, 2, 3, 4, and 5 correspond to incubation of cells containing activated pp70[S6K] with rapamycin (20 ng/ml) for 0, 30, 100, 300, and 600 s, respectively.
(B) pp70[S6K] was immunopurified from cell lysates that were stimulated with calf serum for 10 min without (lanes 1, 2, and 3) or with (lane 4) pretreatment of rapamycin (20 ng/ml) for 30 min. Immune-complexed pp70[S6K] were incubated with heat-inactivated potato acid phosphatase (lane 2), native phosphatase (lane 3), or phosphatase reaction buffer alone (lanes 1 and 4). Phosphatase-treated immune complexes were compared with the untreated controls by immunoblot analysis (panels 1 and 2 showing the αI and αII forms, respectively) and S6 phosphotransferase activity assays (panel 3). Panels 1 and 2 were from the same gel and were exposed to X-ray film for 16 hr and 2 hr, respectively.
(C) Quiescent Swiss 3T3 cells were treated with calyculin A (10 nM, 30 min, lanes 2 and 3) and sodium orthovanadate (500 μM, 30 min, lanes 4 and 5) or with calyculin A and vanadate together (lanes 6 and 7), without (lanes 2, 4, and 6), or with (lanes 3, 5, and 7) pretreatment of rapamycin (20 ng/ml) for 30 min. pp70[S6K] or RSK activities were determined by immune complex assays and compared with the enzyme activity from quiescent cells (lane 1).





Figure 5. FK506 Antagonizes Inhibition of pp70[S6K] Activity and Phosphorylation by Rapamycin

Quiescent Swiss 3T3 cells were preincubated for 30 min with different ratios of FK506 (0 to 8 µg/ml) and a single concentration of rapamycin (4 ng/ml). Cells were then stimulated with calf serum (10% [v/v]) for 10 min and lysed. pp70[S6K] activities were measured by immune complex S6 phosphotransferase assays (B) and incorporation of ³²P into S6 quantitated by liquid scintillation and illustrated in bar graph form (A). Immunoprecipitates of pp70[S6K] from this experiment were used for immunoblot analysis (C). Note the multiple bands of pp70[S6K] (all) identified by immunoblot analysis. At least four are denoted between lanes 3 and 4, indicating the existence of an unphosphorylated form (closed square) and at least three phosphorylated forms (dashes). Similar results were observed for the less abundant αI form of pp70[S6K].



Figure 6. FK506 and Rapamycin Do Not Interfere with Tyrosine Phosphorylation or Phosphorylation of c-Raf, RSK, or Nur77

Left panel: Quiescent Swiss 3T3 cells were stimulated with EGF (25 ng/ml, 5 min; lanes 2–4) without or with pretreatment with rapamycin (20 ng/ml, lane 3) or FK506 (20 ng/ml, lane 4) for 10 min. Equal protein amounts of cell lysates were used for phosphotyrosine immunoblot analysis as described in Experimental Procedures. Phosphotyrosine antibodies (UBI) detected changes of tyrosine phosphorylation of molecular sizes approximately 42, 44, 57, 170, and >200 kd.
Right panel: Quiescent cells were similarly incubated with 10% calf serum, EGF, or immunosuppressants as described for the left panel. pp70[S6K], RSK, and Nur77 were immunoprecipitated from ³²P-labeled cell lysates stimulated with serum for 30 min as described (Chen et al., 1992). EGF-stimulated c-Raf phosphorylation was monitored by the appearance of a slow mobility form on SDS gels when examined by immunoblot analysis as described (Experimental Procedures and Wood et al., 1992). Biosynthetic labeling with ³²P followed by c-Raf immunoprecipitation yielded similar results (not shown).

Figure 7. Effect of Rapamycin on the Phosphorylation of Cellular Proteins and the Ribosomal Protein S6 in Vivo

Quiescent Swiss 3T3 cells were biosynthetically labeled with inorganic ³²P for a total of 3 hr and lysed after serum stimulation for 1 hr (lanes 2–5 and 9) or 10 min (lanes 7 and 8). Cells were pretreated with or without rapamycin and/or FK506 for 30 min. Phosphorylated cytosolic proteins (left panel) or partially purified ribosomes (right panel) were separated by SDS–10% or 12% polyacrylamide gel electrophoresis, and phosphoproteins were detected by autoradiography. Lane 1, quiescent control; lane 2, cells were stimulated with 10% calf serum for 1 hr; lane 3, cells treated with 10% calf serum for 1 hr with pretreatment of FK506 (4 ng/ml); lane 4, cells treated with 10% calf serum for 1 hr with pretreatment of rapamycin (4 ng/ml); lane 5, cells stimulated with 10% calf serum for 1 hr with pretreatment of rapamycin (4 ng/ml) and FK506 (8 µg/ml). Lane 5 illustrates the antagonism of rapamycin effects on S6 phosphorylation by a 2000-fold excess of FK506. Lanes 6–9 are results from a separate experiment. Lane 6, quiescent control; lane 7, cells stimulated with 10% calf serum for 10 min; lane 8, cells stimulated with serum for 10 min following pretreatment with rapamycin (4 ng/ml); lane 9, cells stimulated with serum for 1 hr.

cal phosphorylation of the 40S ribosomal protein S6 (see Erikson, 1991; Sturgill and Wu, 1991). The apparent specificity of rapamycin toward pp70[S6K] therefore allowed us to ascertain the contribution of this enzyme to mitogen-induced S6 phosphorylation. As shown in Figure 7, serum-stimulated (1 hr and 10 min) S6 phosphorylation in vivo (compare lane 1 with lane 2, and lane 6 to lanes 7 and 9) was completely blocked by rapamycin (lanes 4 and 8) but not by FK506 (lane 3). The ability of rapamycin to block S6 phosphorylation was reversed by excess FK506, again consistent with an FKBP-mediated process (lane 5). Thus, S6 phosphorylation was blocked even when RSK was maximally activated. Conversely, pp70[S6K] activation, without RSK activation, results in S6 phosphorylation (Blenis et al., 1991). We therefore conclude that pp70[S6K] and not RSK is the major cellular S6 kinase activated during the mitotic cell cycle.

Rapamycin inhibits the proliferation of yeast and some B and T lymphocytes. Given the specific inhibition of pp70[S6K] by rapamycin in Swiss 3T3 cells, we utilized rapamycin to examine the role of the pp70[S6K] signaling system in the regulation of fibroblast cell proliferation. Rapamycin and serum were added to Swiss 3T3 cells, and growth was monitored by changes in DNA synthesis and overall cell numbers. Changes in DNA synthesis were monitored following addition of serum plus rapamycin or FK506 to quiescent Swiss 3T3 cells with 1 hr pulses of [³H]thymidine. Rapamycin significantly delayed entry into S phase for

Cell
1232

serum-stimulated 3T3 cells (lengthened G1 phase) when compared with FK506 (Figure 8A) or serum-stimulated cells without drug addition (not shown). FK506 had little effect on G1 transition in these cells. In addition, the effect of rapamycin on cell growth was determined by cell counts. Rapamycin reduced the rate of serum-stimulated cell proliferation but did not inhibit the eventual attainment of saturation density, whereas FK506 had little effect in comparison with the serum-stimulated controls (Figure 8B).

Stimulation of pp70S6K, RSK, and MAP kinase activities was also observed in phytohemagglutinin/phorbol myristate acetate–activated peripheral blood lymphocytes (PBLs; Figure 9 and not shown). In contrast to Swiss 3T3 fibroblasts, both FK506 and rapamycin significantly inhibited cell proliferation, by approximately 55% and 80%, respectively. Rapamycin completely blocked the activation of pp70S6K but not of RSK. FK506 had no effect on either of these signaling systems.



Figure 9. Rapamycin Antagonizes Activation of pp70S6K and PBL Cell Proliferation

The pp70S6K and RSK S6 phosphotransferase activities (left panels) and DNA synthesis (right panel) of highly purified PBLs were determined as described in Experimental Procedures. Cells were pretreated for 5 min without or with rapamycin (5 ng/ml) or FK506 (5 ng/ml) and then stimulated for 45 min with phytohemagglutinin (PHA; 2.5 μg/ml) and phorbol myristate acetate (PMA; 20 ng/ml).





Figure 8. Rapamycin Delays the Onset of DNA Synthesis and Reduces the Rate of Cell Growth in Swiss 3T3 Cells

(A) Cells were plated (at 2.5 × 10⁴ cells per 60 mm dish) and allowed to grow for 2 days. At approximately 50% confluence, medium was changed to low serum (0.5% [v/v]) DMEM for 2 additional days and then stimulated with 10% calf serum with the addition of FK506 (20 ng/ml, triangles) or rapamycin (20 ng/ml, circles). Cells were pulsed (1 hr) with [³H]thymidine and harvested at 2 hr intervals to determine the incorporation of isotope into the DNA of growing cells. The results provided are mean values of duplicate measurements that were normalized for measured protein.

(B) Cells were plated (at 2.5 × 10⁴ cells per 60 mm plate) and allowed to attach to the culture dishes for 5 hr. Cell cultures (in triplicate) were treated without (open squares) or with rapamycin (20 ng/ml, closed circles) or FK506 (20 ng/ml, closed triangles). Each set of cells was allowed to grow for the designated times and counted for cell number per plate. All values in the figure represent mean values of six cell counts for each time point from three plates.

## Discussion

FKBP homologs have been identified in bacteria, yeast, and higher eukaryotes, yet little about their cellular function is known. Owing to their ubiquitous nature, these receptors and their cellular ligands may play a general role in the control of cell growth. Recent progress in the molecular analysis of cyclosporin A and FK506, and their immunophilins, has provided new insight into the mechanism of action of these complexes. These studies have suggested a model whereby the interaction of immunosuppressant with immunophilin results in the binding of a third protein and/or complex, which acts as an effector for a signaling process. In the case of FK506 and cyclosporin A, the $Ca^{2+}$/calmodulin-dependent phosphatase calcineurin has been identified as the putative effector protein (Liu et al., 1991). The formation of this ternary complex and the extremely low concentrations of drug necessary to elicit a physiological response are consistent with the proposed gain-of-function model (McKeon, 1991; Schreiber, 1991). This model provides an explanation for the observed biological activity of drug when only a small percentage of the total cellular drug receptor is part of the complex. In contrast to what is known regarding FKBP–FK506, the mechanism whereby FKBP–rapamycin complexes work is poorly understood. It is likely that rapamycin's mechanism of action is the result of similar types of complex formations in which rapamycin positively or negatively influences distinct effector molecules. We have provided convincing evidence that the putative rapamycin-modulated effector molecules interfere with the growth-regulated pp70S6K signaling system in animal cells.

Several conclusions are presented here. First, we show that rapamycin blocks the activation of pp70S6K phosphotransferase activity mediated by tyrosine kinase growth factor receptors, by the src oncogene tyrosine kinase, by phorbol ester–activated protein kinase C, by ionophore-

dependent $Ca^{2+}$ signaling, by G protein agonists, by heat shock–induced activation, and following inhibition of protein synthesis. Rapamycin does not block the activation of RSK or of the MAP kinases. Furthermore, FK506 does not block the activation of either of these signaling pathways. Rapamycin antagonized growth-dependent activation of $pp70^{S6K}$ in 3T3 fibroblasts, chicken embryo fibroblasts, HeLa cells, PC12 cells, and PBLs (Figures 1 and 9 and data not shown).

Second, inhibition of agonist-stimulated activation of $pp70^{S6K}$ was observed at very low concentrations of rapamycin and importantly, required binding to FKBP, as demonstrated by the fact that FK506 antagonizes rapamycin inhibition. These results are consistent with the block in $pp70^{S6K}$ activation being the result of a gain of function induced by rapamycin binding to FKBP.

Third, activation of $pp70^{S6K}$ by the reagents used in this study is accompanied by serine/threonine phosphorylation. In cells incubated with rapamycin, $pp70^{S6K}$ ($\alpha$I and $\alpha$II forms) is not phosphorylated. Two simple explanations are consistent with the gain-of-function hypothesis: FKBP–rapamycin inhibits an upstream $pp70^{S6K}$-activating kinase(s) or FKBP–rapamycin activates a phosphatase specific for $pp70^{S6K}$. Since FKBP–rapamycin complexes do not directly inhibit $pp70^{S6K}$ in in vitro kinase assays and since upstream kinases for $pp70^{S6K}$ have not been identified, we cannot presently determine whether upstream activating kinases are inhibited by rapamycin. Furthermore, unlike the FK506-induced binding and inactivation of calcineurin to FKBP (Liu et al., 1991), rapamycin does not appear to induce binding of $pp70^{S6K}$ to FKBP12 (Kuo et al., unpublished data). It is still possible that other FKBPs may interact directly with $pp70^{S6K}$. Notably, $pp70^{S6K}$, activated by several initially different signaling systems, is rapidly dephosphorylated/inactivated following rapamycin addition, with a half-life of approximately 2 min. These data are also consistent with the possible activation of a $pp70^{S6K}$-specific phosphatase. Phosphatase 2A has been previously shown to inactivate $pp70^{S6K}$ in vitro (Ballou et al., 1988). If rapamycin activates phosphatase 2A, then $pp70^{S6K}$ could be maintained in the dephosphorylated state. Addition of the phosphatase 2A– or 1C–specific inhibitor calyculin A or okadaic acid resulted in the phosphorylation and activation of $pp70^{S6K}$ as well as RSK. This result is consistent with one or both of these phosphatases being the cellular $pp70^{S6K}$ phosphatases. However, rapamycin blocked the $pp70^{S6K}$ but not RSK phosphorylation and activation by calyculin A. Thus, rapamycin does not appear to work via the activation of type 1C or 2A phosphatases. Furthermore, activation of $pp70^{S6K}$ following inhibition of protein tyrosine phosphatases with vanadate was also blocked by the addition of rapamycin. It is possible that rapamycin activates a calyculin A– or okadaic acid–insensitive phosphatase specific for both $pp70^{S6K}$ and the 40S ribosomal protein S6. This is unlikely, though, since distinct phosphatases have been suggested to dephosphorylate these phosphoproteins in vivo (Andres and Maller, 1989; Olivier and Thomas, 1990; Ballou et al., 1988), indicating that phosphorylation sites requiring phosphatases with distinct specificities must be activated by rapamycin. The data in

Figures 6 and 7 indicate that a broad specificity phosphatase is not activated.

Fourth, rapamycin effects were specific for $pp70^{S6K}$ and did not interfere with the activation of the MAP kinase/RSK phosphorylation cascade. Immunoblot analysis with anti-phosphotyrosine or anti-Raf-1 antibodies from unstimulated and stimulated cells revealed that tyrosine phosphorylation and c-Raf phosphorylation were similarly not affected by rapamycin. Rapamycin also did not affect the activation of protein kinase C or of $Ca^{2+}$-regulated kinases, because phorbol esters or $Ca^{2+}$ ionophores were still able to activate RSK. Furthermore, addition of $[\gamma\text{-}^{32}P]ATP$ to cell-free lysates from treated and untreated cells revealed no significant differences in the various phosphotransferase activities observed under these conditions.

Fifth, a variety of in vitro S6 kinases have been identified, including protein kinase C and RSK. Since activation of these enzymes is not blocked by rapamycin, we examined its effects on S6 phosphorylation. Rapamycin completely blocked the serum-stimulated phosphorylation of S6. The phosphorylation of a variety of other major phosphoproteins was not affected by rapamycin. Previous studies have shown that activation of $pp70^{S6K}$ without RSK activation results in S6 phosphorylation (Blenis et al., 1991). This work provides the complementary experiment in which we have activated RSK and not $pp70^{S6K}$. These experiments establish $pp70^{S6K}$ as the major physiological, growth-responsive S6 kinase activated during the G1 phase in somatic cells.

Finally, the lack of toxicity and apparent specificity of rapamycin allowed us to investigate to what extent $pp70^{S6K}$ and S6 phosphorylation participate in the regulation of Swiss 3T3 cell proliferation. Addition of rapamycin, along with serum, to quiescent cells resulted in a significant delay in the entry of stimulated cells into S phase and reduced the rate of cell proliferation. Although cell growth was slowed, the final saturation density was nearly the same as in untreated cells. Thus, in Swiss 3T3 fibroblasts, the $pp70^{S6K}$ signaling system plays an ancillary, redundant role in the regulation of cell proliferation. However, in PBLs, the $pp70^{S6K}$ signaling system appears to play a more dominant role in cell growth, as the rapamycin-mediated antagonism of $pp70^{S6K}$ activation correlates with $\sim 80\%$ inhibition of cell proliferation. It is also worth noting that FK506 inhibited PBL proliferation by approximately 55% without affecting the activation of $pp70^{S6K}$, RSK, or MAP kinase activities (Figure 9 and not shown). Thus, FK506–FKBP–calcineurin complexes are modulating a distinct signaling system in PBLs, one that apparently does not play a major role in fibroblast cell growth.

Following activation of the src protein kinase in chicken embryo fibroblasts, $pp70^{S6K}$ is fully activated well into G1 (Blenis and Erikson, 1985). In serum-stimulated Swiss 3T3 fibroblasts, $pp70^{S6K}$ remains activated into late G1 phase of the cell cycle (Chen and Blenis, unpublished data). Since rapamycin has been proposed to inhibit yeast and T cell proliferation in late G1, the regulation of $pp70^{S6K}$ during this time may be crucial to growth control. S6 phosphorylation may participate in the regulation of protein synthesis (son, 1991; Sturgill and Wu, 1991; and references therein).

Cell
1234

The possibility exists that S6 phosphorylation in G1 may be necessary for the synthesis and/or accumulation of key regulatory proteins required for progression to S phase. Therefore, without S6 phosphorylation, the synthesis of these critical proteins would be slowed, resulting in a prolonged G1 transition as shown for Swiss 3T3 fibroblasts, or even the inability to traverse G1 as in T cell proliferation. Consistent with this hypothesis, the addition of rapamycin to IL-2-dependent D10 T cells into late G1 inhibits their proliferative response to IL-2 (Florentino and Crabtree, unpublished data).

Rapamycin is also a potent inhibitor of Saccharomyces cerevisiae cell proliferation, causing irreversible inhibition in the G1 phase of the cell cycle (Heitman et al., 1991). However, yeast homologs of pp70$^{S6K}$ (and RSK) have not been identified, and genetic evidence indicates that S6 phosphorylation may have little effect on yeast cell proliferation (Johnson and Warner, 1987). Thus, it is also possible that rapamycin targets upstream pp70$^{S6K}$ effectors that play a greater (or evolutionarily conserved) role in the regulation of cell proliferation. For example, if rapamycin activates a phosphatase activity, this could have targets other than pp70$^{S6K}$. Experiments are now underway to identify pp70$^{S6K}$ upstream kinases and phosphatases and to determine the effects of rapamycin on their growth-regulated activities.

## Experimental Procedures

### Materials
Mouse EGF was purchased from Bethesda Research Laboratories, Inc. (Gaithersburg, MD). Calyculin A and okadaic acid were purchased from LC Services (Woburn, MA). Bombesin and A23187 were from Calbiochem (La Jolla, CA). Cycloheximide and phorbol myristate acetate were from Sigma (St. Louis, MO). Potato acid phosphatase was from Boehringer Mannheim (Indianapolis, IN). Ribosomal 40S subunits were purified from rat liver as described (Terao and Ogata, 1970), and recombinant chicken RSK protein was produced as previously described (Chung et al., 1991a). Tissue culture media and sera were purchased from GIBCO (Grand Island, NY). [γ-$^{32}$P]ATP and [methyl-$^3$H]thymidine were from New England Nuclear (Boston, MA), and $^{125}$I-labeled protein A was from ICN (Irvine, CA).

### Cell Cultures
Swiss 3T3 fibroblasts were cultured in Dulbecco's modified Eagle's medium (DMEM) supplemented with 5% (v/v) heat-inactivated fetal bovine serum and 5% (v/v) calf serum. Confluent plates were further cultured in DMEM containing 0.5% calf serum and 20 mM HEPES (pH 7.4) for 36–48 hr prior to experiments. CEF and CEF infected with NY72-4, a temperature-sensitive transformation mutant of Rous sarcoma virus, were cultured as described (Chen and Blenis, 1990).

PBLs were isolated as follows. Concentrated human blood (25 ml, Stanford Blood Center) from a healthy donor was layered onto 15 ml Ficoll-Hypaque cushions (Pharmacia) and centrifuged at room temperature (two times at 1500 rpm, 15 min, Beckman GPR). The lymphocyte layer was isolated and washed three times in phosphate-buffered saline (once at 1200 rpm and two times at 1000 rpm) and resuspended at 1 × 10⁶ cells per ml in RPMI 1640, 10% fetal bovine serum, 100 U/ml penicillin and streptomycin (GIBCO). Cells were pretreated (5 min) with rapamycin (5 ng/ml), FK506 (5 ng/ml), or no immunosuppressant and then stimulated (45 min) with phytohemagglutinin (2.5 µg/ml) and phorbol myristate acetate (20 ng/ml), as appropriate. After 1 × phosphate-buffered saline wash, PBLs were lysed in buffer A (Kuo et al., 1991) with 0.2% NP-40, 0.1 mM Na₃VO₄, and 20 mM β-glycerophosphate and microfuged (15 s at 4°C). The supernatant (crude cytoplasmic fraction) was frozen in liquid N₂ and used for pp70$^{S6K}$, RSK, and MAPK assays. In parallel, aliquots of the PBLs (5 × 100 µl) were

cultured for 40 hr and then pulsed with 1 µCi [$^3$H]thymidine for 8 hr. Cells were collected onto glass fiber filters, and quantitation of radioactivity was performed on a Matrix 96 direct beta counter (Packard).

### Antibodies
pp70$^{S6K}$ antibodies were generated against the predicted amino acids 20–39 or 502–525 of the pp70$^{S6K}$ gene αI (Grove et al., 1991). The generation and use of RSK antibodies have been described (Chen and Blenis, 1990). MAP kinase antisera were prepared against the predicted extreme carboxy-terminal 20 aa of the erk-1 gene (Boulton et al., 1990). The antibodies described above were used for immune complex kinase assays, immunoprecipitations, and immunoblotting analysis.

### Immunoprecipitation and Protein Kinase Assays
Cell-free lysates and immunoprecipitations were prepared and protein kinase assays were performed in the immune complex as described (Chen and Blenis, 1990). MAP kinase antisera recognized both pp44$^{mapk/erk1}$ and pp42$^{mapk/erk2}$ in SDS-denatured lysates (Chen et al., 1992), but only pp44$^{mapk/erk1}$ under conditions maintaining native conformations (Wood et al., 1992). All MAP (recombinant RSK) kinase activities were also assayed with a direct cell lysate kinase assay as described (Chung et al., 1991a, 1991b) with similar results. Phosphotransferase reactions were allowed to proceed for 15 min at 30°C (linear assay conditions). Conditions for immunoprecipitation of Nur77, c-Jun, or serum response factor from $^{32}$P-labeled cells were as described (Chen et al., 1992).

### Immunoblot Analysis
Samples were prepared as described above, and polypeptides were resolved by SDS–7.5% or 10% polyacrylamide gel electrophoresis and then transferred electrophoretically to nitrocellulose membranes in the transfer buffer (192 mM glycine, 25 mM Tris base) using a Hoefer tank blotter (50 V, 1.5 hr at 4°C). Following staining with Ponceau S to visualize the protein bands, destaining with several washes of water, and blocking in phosphate-buffered saline containing 0.2% Tween 20 and 2% bovine serum albumin (30 min each), the membrane was incubated for 1 hr in blocking buffer containing the carboxy-terminal pp70$^{S6K}$ antiserum (1:500 dilution), antisera to c-Raf-1 (1:4000, see Wood et al., 1992), or antisera to phosphotyrosine (1:500, UBI or ICN). Membranes were washed three times with blocking buffer (10 min) at room temperature and further incubated in the same buffer containing $^{125}$I-labeled protein A (0.1 µCi/ml) for an additional 1 hr. For antiphosphotyrosine immunoblot analysis, membranes were incubated with anti-mouse immunoglobulin G rabbit antibodies (1:1500, Jackson Immuno Research) prior to addition of $^{125}$I-labeled protein A. The membranes were then washed three times with phosphate-buffered saline containing 0.2% Tween 20 and air dried, followed by autoradiography.

### Potato Acid Phosphatase Treatment
Dephosphorylation of pp70$^{S6K}$ by potato acid phosphatase was completed as described previously (Chen and Blenis, 1990). Briefly, the immune-complexed enzymes were washed with cold buffer A and with phosphatase buffer. Heated or unheated potato acid phosphatase (1.5 U) was added to separate immune complexes resuspended in 50 µl of phosphatase buffer. The phosphatase reaction was continued for 30 min at 20°C and terminated by washing the immune complex with cold buffer B and ST buffer (Chen and Blenis, 1990). Enzymatic activities of dephosphorylated pp70$^{S6K}$ were measured as described above, and actual dephosphorylation of the proteins was analyzed by immunoblot analysis.

### In Vivo S6 Phosphorylation
Ribosomes were isolated from $^{32}$P-labeled cultures as described (Blenis et al., 1991), and S6 proteins were further separated from other ribosomal subunit proteins in an SDS–12% polyacrylamide gel. Polypeptides in the gel were detected by Coomassie blue staining, and $^{32}$P incorporation into S6 was determined by autoradiography.

### Cell Proliferation
Swiss 3T3 fibroblasts (2.5 × 10⁴) were plated on a 60 mm dish and grown for 2 days in DMEM with 10% fetal bovine serum. Cells were cultured for another 2 days in DMEM with 0.5% calf serum and 20 mM

A880

HEPES (pH 7.4). After serum addition without or with pretreatment of FK506 (20 ng/ml) or rapamycin (20 ng/ml) for 30 min, cells were pulsed with [$^3$H]thymidine (2 μCi per plate) for 1 hr at various time points, fixed with cold 5% trichloroacetic acid solution, washed three times with cold STE buffer, and solubilized in 1 ml of 0.1% SDS, 0.01 N NaOH before an aliquot was taken for counting. Samples were counted in a Beckman liquid scintillation spectrometer, and results were normalized for protein concentrations determined by the BCA protein assay method (Pierce, Rockford, IL).

Cells plated in DMEM with 10% fetal bovine serum were allowed to attach on the plates for 5 hr and then incubated with or without immunosuppressants as described above. Cells were continuously cultured without any change of media, and the number of cells per plate was counted at 24 hr intervals. Trypsinized cells were resuspended in a known volume of DMEM and counted in a hemocytometer under a light microscope. Proliferation of PBLs was measured as described above.

## Acknowledgments

We express our gratitude to R.-H. Chen, M. Monfar, and R. Tung for helpful comments during the preparation of this manuscript. We also thank our colleagues for various antibodies: T. Curran (c-Jun), L. Lau (Nur77), M. Greenberg (serum response factor), and T. Roberts and K. Wood (c-Raf). This research was supported by CA-46595 from the National Institutes of Health, by JFRA-257 from the American Cancer Society, and by the Lucille P. Markey Foundation (J. B.); and by the Howard Hughes Medical Institute and CA-39612 and HLB-33942 from the National Institutes of Health (G. R. C.). C. J. K. was supported by the Medical Scientist Training Program at Stanford University School of Medicine.

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked "advertisement" in accordance with 18 USC Section 1734 solely to indicate this fact.

Received February 18, 1992; revised May 6, 1992.

## References

Alcorta, D. A., Crews, C. M., Sweet, L. J., Bankston, L., Jones, S. W., and Erikson, R. L. (1989). Sequence and expression of chicken and mouse rsk: homologs of the Xenopus laevis ribosomal S6 kinase. Mol. Cell. Biol. 9, 3850–3859.

Alvarez, E., Northwood, I. C., Gonzalez, F. A., Latour, D. A., Seth, A., Abate, C., Curran, T., and Davis, R. J. (1991). Pro-Leu-Ser/Thr-Pro is a consensus primary sequence for substrate protein phosphorylation. Characterization of the phosphorylation of c-myc and c-jun proteins by an epidermal growth factor receptor threonine 669 protein kinase. J. Biol. Chem. 266, 15277–15285.

Andres, J. L., and Maller, J. L. (1989). Purification and characterization of a novel protein phosphatase highly specific for ribosomal protein S6. J. Biol. Chem. 264, 151–156.

Ballou, L. M., Jeno, P., and Thomas, G. (1988). Protein phosphatase 2A inactivates the mitogen-stimulated S6 kinase from Swiss mouse 3T3 cells. J. Biol. Chem. 263, 1188–1194.

Ballou, L. M., Luther, H., and Thomas, G. (1991). MAP2 kinase and 70K S6 kinase lie on distinct signalling pathways. Nature 349, 348–350.

Banerjee, P., Ahmad, M. F., Grove, J. R., Kozlosky, C., Price, D. J., and Avruch, J. (1990). Molecular structure of a major insulin/mitogen-activated 70-kDa S6 protein kinase. Proc. Natl. Acad. Sci. USA 87, 8550–8554.

Bierer, B. E., Mattila, P. S., Standaert, R. F., Herzenberg, L. A., Burakoff, S. J., Crabtree, G., and Schreiber, S. L. (1990a). Two distinct signal transmission pathways in T lymphocytes are inhibited by complexes formed between an immunophilin and either FK506 or rapamycin. Proc. Natl. Acad. Sci. USA 87, 9231–9235.

Bierer, B. E., Somers, P. K., Wandless, T. J., Burakoff, S. J., and Schreiber, S. L. (1990b). Probing immunosuppressant action with a nonnatural immunophilin ligand. Science 250, 556–559.

Blenis, J. (1991). Growth-regulated signal transduction by the MAP kinases and RSKs. Cancer Cells 3, 445–449.

Blenis, J., and Erikson, R. L. (1985). Regulation of a ribosomal protein S6 kinase activity by the Rous sarcoma virus transforming protein, serum, or phorbol ester. Proc. Natl. Acad. Sci. USA 82, 7621–7625.

Blenis, J., Chung, J., Erikson, E., Alcorta, D. A., and Erikson, R. L. (1991). Distinct mechanisms for the activation of the RSK kinase/MAP2 kinase/pp90$^{rsk}$ and pp70-S6 kinase signaling systems are indicated by inhibition of protein synthesis. Cell Growth Diff. 2, 279–285.

Boulton, T. G., Yancopoulos, G. D., Gregory, J. S., Slaughter, C., Moomaw, C., Hsu, J., and Cobb, M. H. (1990). An insulin-stimulated protein kinase similar to yeast kinases involved in cell cycle control. Science 249, 64–67.

Chang, J. Y., Sehgal, S. N., and Bansbach, C. C. (1991). FK506 and rapamycin: novel pharmacological probes of the immune response. Trends Pharmacol. Sci. 12, 218–223.

Chen, R.-H., and Blenis, J. (1990). Identification of Xenopus S6 protein kinase homologs (pp90$^{rsk}$) in somatic cells: phosphorylation and activation during initiation of cell proliferation. Mol. Cell. Biol. 10, 3204–3215.

Chen, R.-H., Chung, J., and Blenis, J. (1991). Regulation of pp90$^{rsk}$ phosphorylation and S6 phosphotransferase activity in Swiss 3T3 cells by growth factor-, phorbol ester-, and cAMP-mediated signal transduction. Mol. Cell. Biol. 11, 1861–1867.

Chen, R.-H., Sarnecki, C., and Blenis, J. (1992). Nuclear localization and regulation of the erk- and rsk-encoded protein kinases. Mol. Cell. Biol. 12, 915–927.

Chung, J., Chen, R.-H., and Blenis, J. (1991a). Coordinate regulation of pp90$^{rsk}$ and a distinct protein-serine/threonine kinase activity that phosphorylates recombinant pp90$^{rsk}$ in vitro. Mol. Cell Biol. 11, 1868–1874.

Chung, J., Pelech, S., and Blenis, J. (1991b). Mitogen-activated Swiss mouse 3T3 RSK kinase I and II are related to pp44$^{mpk}$ from sea star oocytes and participate in the regulation of pp90$^{rsk}$ activity. Proc. Natl. Acad. Sci. USA 88, 4981–4985.

Cobb, M. H., Boulton, T. G., and Robbins, D. J. (1991). Extracellular signal-regulated kinases: ERKs in progress. Cell Regul. 2, 965–978.

Dumont, F. J., Melino, M. R., Staruch, M. J., Koprak, S. L., Fischer, P. A., and Sigal, N. H. (1990a). The immunosuppressive macrolides FK506 and rapamycin act as reciprocal antagonists in murine T cells. J. Immunol. 144, 1418–1424.

Dumont, F. J., Staruch, M. J., Kiprak, S. L., Melino, M. R., and Sigal, N. H. (1990b). Distinct mechanisms of suppression of murine T cell activation by the related macrolides FK506 and rapamycin. J. Immunol. 144, 251–258.

Erikson, E., and Maller, J. L. (1989). In vivo phosphorylation and activation of ribosomal protein S6 kinases during Xenopus oocyte maturation. J. Biol. Chem. 264, 13711–13717.

Erikson, R. L. (1991). Structure, expression, and regulation of protein kinases involved in the phosphorylation of ribosomal protein S6. J. Biol. Chem. 266, 6007–6010.

Flanagan, W. M., Corthesy, B., Bram, R. J., and Crabtree, G. R. (1991). Nuclear association of a T-cell transcription factor blocked by FK506 and cyclosporin A. Nature 352, 803–807.

Grove, J. R., Banerjee, P., Balasubramanyam, A., Coffer, P. J., Price, D. J., Avruch, J., and Woodgett, J. R. (1991). Cloning and expression of two human p70 S6 kinase polypeptides differing only at their amino termini. Mol. Cell. Biol. 11, 5541–5550.

Harding, M. W., Galat, A., Uehling, D. E., and Schreiber, S. L. (1989). A receptor for the immunosuppressant FK506 is a cis-trans peptidyl-prolyl isomerase. Nature 341, 758–760.

Heitman, J., Movva, N. R., and Hall, M. N. (1991). Targets for cell cycle arrest by the immunosuppressant rapamycin in yeast. Science 253, 905–909.

Johnson, S. P., and Warner, J. R. (1987). Phosphorylation of the Saccharomyces cerevisiae equivalent of ribosomal protein S6 has no detectable effect on growth. Mol. Cell. Biol. 7, 1338–1345.

Jones, S. W., Erikson, E., Blenis, J., Maller, J. L., and Erikson, **A681** (1988). A Xenopus ribosomal protein S6 kinase has two apparent ki-

Cell
1236

nase domains that are each similar to distinct protein kinases. Proc. Natl. Acad. Sci. USA 85, 3377–3381.

Jurivich, D. A., Chung, J., and Blenis, J. (1991). Heat shock induces two distinct S6 protein kinase activities in quiescent mammalian fibroblasts. J. Cell. Physiol. 148, 252–259.

Kozma, S. C., Ferrari, S., Bassand, P., Siegmann, M., Totty, N., and Thomas, G. (1990). Cloning of the mitogen-activated S6 kinase from rat liver reveals an enzyme of the second messenger subfamily. Proc. Natl. Acad. Sci. USA 87, 7365–7369.

Kuo, C. J., Mendel, D. B., Hansen, L. P., and Crabtree, G. R. (1991). Independent regulation of HNF-1α and HNF-1β by retinoic acid in F9 teratocarcinoma cells. EMBO J. 10, 2231–2236.

Liu, J., Farmer, J. D., Jr., Lane, W. S., Friedman, J., Weissman, I., and Schreiber, S. L. (1991). Calcineurin is a common target of cyclophilin-cyclosporin A and FKBP-FK506 complexes. Cell 66, 807–815.

McKeon, F. (1991). When worlds collide: immunosuppressants meet protein phosphatases. Cell 66, 823–826.

Morris, R. E. (1991). Rapamycin: FK506's fraternal twin or distant cousin? Immunol. Today 12, 137–140.

Olivier, A. R., and Thomas, G. (1990). Three forms of phosphatase type 1 in Swiss 3T3 fibroblasts. J. Biol. Chem. 265, 22460–22466.

Pulverer, B. J., Kyriakis, J. M., Avruch, J., Nikolakaki, E., and Woodgett, J. R. (1991). Phosphorylation of c-jun mediated by MAP kinases. Nature 353, 670–674.

Schreiber, S. L. (1991). Chemistry and biology of the immunophilins and their immunosuppressive ligands. Science 251, 283–287.

Siekierka, J. J., Hung, S. H. Y., Poe, M., Lin, C. S., and Sigal, N. H. (1989). A cytosolic binding protein for the immunosuppressant FK506 has peptidyl-prolyl isomerase activity but is distinct from cyclophilin. Nature 341, 755–757.

Sturgill, T. W., and Wu, J. (1991). Recent progress in characterization of protein kinase cascades for phosphorylation of ribosomal protein S6. Biochim. Biophys. Acta 1092, 350–357.

Sweet, L. J., Alcorta, D. A., and Erikson, R. L. (1990). Two distinct enzymes contribute to biphasic S6 phosphorylation in serum-stimulated chicken embryo fibroblasts. Mol. Cell. Biol. 10, 2787–2792.

Terao, K., and Ogata, K. (1970). Preparation and some properties of active subunits from rat liver ribosomes. Biochem. Biophys. Res. Commun. 38, 80–85.

Thomas, S. M., DeMarco, M., D'Arcangelo, G., Halegoua, S., and Brugge, J. S. (1992). Ras is essential for nerve growth factor- and phorbol ester–induced tyrosine phosphorylation of MAP kinases. Cell 68, 1031–1040.

Wood, K. W., Sarnecki, C., Roberts, T. M., and Blenis, J. (1992). ras mediates nerve growth factor receptor modulation of three signal-transducing protein kinases: MAP kinase, Raf-1, and RSK. Cell 68, 1041–1050.

A682

# EXHIBIT 46

**The EMBO Journal** vol.15 no.3 pp.658–664, 1996

# Rapamycin blocks the phosphorylation of 4E-BP1 and inhibits cap-dependent initiation of translation

**Laura Beretta[1], Anne-Claude Gingras, Yuri V.Svitkin, Michael N.Hall[2] and Nahum Sonenberg[3]**

Department of Biochemistry and McGill Cancer Center, McGill University, Montréal, Québec H3G1Y6, Canada and [2]Department of Biochemistry, Biozentrum, University of Basel, Klingelbergstrasse 70, CH-4056 Basel, Switzerland

[1]Present address: INSERM U.153, 17 rue du Fer à Moulin, 75005 Paris, France

[3]Corresponding author

The immunosuppressant drug rapamycin blocks progression of the cell cycle at the $G_1$ phase in mammalian cells and yeast. Here we show that rapamycin inhibits cap-dependent, but not cap-independent, translation in NIH 3T3 cells. Cap-dependent translation is also specifically reduced in extracts from rapamycin-treated cells, as determined by *in vitro* translation experiments. This inhibition is causally related to the dephosphorylation and consequent activation of 4E-BP1, a protein recently identified as a repressor of the cap-binding protein, eIF-4E, function. These effects of rapamycin are specific as FK506, a structural analogue of rapamycin, had no effect on either cap-dependent translation or 4E-BP1 phosphorylation. The rapamycin–FK506 binding protein complex is the effector of the inhibition of 4E-BP1 phosphorylation as excess of FK506 over rapamycin reversed the rapamycin-mediated inhibition of 4E-BP1 phosphorylation. Thus, inactivation of eIF-4E is, at least in part, responsible for inhibition of cap-dependent translation in rapamycin-treated cells. Furthermore, these results suggest that 4E-BP1 phosphorylation is mediated by the FRAP/TOR signalling pathway.
*Keywords*: 4E-BP1/cap-dependent translation/rapamycin

## Introduction

Rapamycin forms a complex with the immunophilin FKBP (FK506 binding protein). This complex binds to a family of kinases named FKBP-rapamycin-associated protein (FRAP) in humans, rapamycin and FKBP12 target (RAFT) in rats and target of rapamycin (TOR) in yeast (Heitman *et al.*, 1991; Kunz *et al.*, 1993; Brown *et al.*, 1994; Sabatini *et al.*, 1994; Stan *et al.*, 1994; Sabers *et al.*, 1995). In yeast, rapamycin is a potent inhibitor of translation (>90%) (Barbet *et al.*, 1996). However, in mammalian cells, rapamycin causes partial inhibition of translation between 15 and 40% in different cell lines (Jefferies *et al.*, 1994; Terada *et al.*, 1994). Rapamycin prevents the mitogenic activation of p70 S6 kinase, which phosphorylates the ribosomal protein S6 in mammalian

cells (Chung *et al.*, 1992; Price *et al.*, 1992; Thomas, 1993). In contrast, in yeast, phosphorylation of the S6 homologue is not required for translation and growth (Johnson and Warner, 1987).

Translation rates are modulated in response to growth factors, hormones and mitogens. Most of this control is at the level of translation initiation. Translation initiation functions to position the ribosome at the AUG initiation codon. Cellular mRNAs contain a cap structure [$m^7G(5')ppp(5')N$; where N is any nucleotide] at their 5' terminus (Shatkin, 1985). Recently, a novel repressor of cap-mediated translation, termed 4E-BP1 (eIF-4E binding protein-1) or PHAS-I, was characterized (Lin *et al.*, 1994; Pause *et al.*, 1994). 4E-BP1 is a heat- and acid-stable protein whose activity is regulated by phosphorylation (Hu *et al.*, 1994; Lin *et al.*, 1994; Pause *et al.*, 1994). 4E-BP1 interacts with the mRNA 5' cap-binding protein, eIF-4E. Interaction of 4E-BP1 with eIF-4E results in the specific inhibition of cap-dependent translation, both *in vitro* and *in vivo* (Pause *et al.*, 1994). Phosphorylation of 4E-BP1 in response to treatment of cells with insulin or growth factors, decreases 4E-BP1 affinity for eIF-4E and thus relieves translational inhibition (Lin *et al.*, 1994; Pause *et al.*, 1994).

Translation of most eukaryotic mRNAs is cap-dependent (Jackson *et al.*, 1990). However, some viral and cellular mRNAs contain an internal ribosomal entry site (IRES) which promotes translation by a cap-independent mechanism (Jackson *et al.*, 1990). We investigated the possibility that rapamycin represses specifically cap-dependent translation in mammalian cells, as was suggested for yeast (Barbet *et al.*, 1996), and we examined the role of 4E-BP1 in this process.

## Results

### Rapamycin reduces cap-dependent translation in vivo

Rapamycin reduced protein synthesis (~2-fold after 20 h) in NIH 3T3 cells as determined by metabolic labelling of cells with [$^{35}S$]methionine (Figure 1). We investigated the possibility that rapamycin represses specifically cap-dependent translation in mammalian cells, as was suggested for yeast (Barbet *et al.*, 1996). To this end, bicistronic mRNAs containing the IRES from encephalomyocarditis virus (EMCV) (Figure 2A) were expressed in NIH 3T3 cells. The translation of chloramphenicol acetyltransferase (CAT) is cap-dependent, while the translation of luciferase (LUC) directed by the EMCV IRES is cap-independent. Rapamycin caused a dose-dependent inhibition of the cap-dependent translation of CAT, whereas the cap-independent translation of LUC was not diminished (Figure 2A). Cap-dependent translation decreased maximally by 42% with 20 ng/ml of rapamycin.

A683

© Oxford University Press

This effect is specific to rapamycin, as FK506, a structural analogue of rapamycin which binds to the immunophilin FKBP, but elicits a different biological response (Schreiber, 1991), had no effect on either cap-dependent or cap-



**Fig. 1.** Inhibition of protein synthesis by rapamycin. NIH 3T3 cells were serum-starved for 48 h and preincubated for 1 h in methionine-free medium. Rapamycin (10 mg/ml in ethanol) was diluted 1:100 in medium and added to the cells to a final concentration of 20 ng/ml together with [$^{35}$S]methionine (100 μCi) and serum (10%). Cells were harvested at different time periods and radioactivity incorporated into TCA-precipitable material was measured. The effect of rapamycin is expressed as percent of the control. The experiment was carried out three times and the error bars indicate the standard deviation from the mean.

independent translation (data not shown). To substantiate these results, a different IRES element was used. In addition, CAT and LUC were reversed to exclude the possibility that the results reflect different protein stabilities of LUC and CAT. The translation of LUC from this construct (pGEMLUC/pol/CAT; Figure 2B) is cap-dependent, while the translation of CAT directed by the poliovirus IRES is cap-independent. Following transfection in NIH 3T3 cells, rapamycin (at 20 ng/ml) decreased cap-dependent translation of LUC by 47% without affecting the translation of CAT (Figure 2B). The rapamycin dose-dependent reduction in translation in these experiments correlated well with the growth inhibition of the cells (Figure 2C). Slight inhibition of growth (~20% after 2 days) was observed with 0.2 ng/ml of rapamycin, whereas maximal inhibition (~40% after 2 days) was obtained with 2 ng/ml. Thus, reduction in protein synthesis following rapamycin treatment results, at least in part, from a general inhibition of cap-dependent translation in NIH 3T3 cells.

### In vitro translation in rapamycin-treated extracts

To demonstrate further that the rapamycin-mediated inhibition of translation is causally related to the inhibition of the cap function, we performed *in vitro* translation experiments. Because extracts from NIH 3T3 cells are inactive in translation, we used extracts from Krebs-2 mouse carcinoma cells. Capped and uncapped bi-cistronic mRNAs (pGEMCAT/EMC/LUC; Figure 2A) were translated in extracts from mock- and rapamycin-treated cells (Figure 3). In experiments performed with capped mRNAs,



**Fig. 2.** Effect of rapamycin on translation. (**A**) pGEMCAT/EMC/LUC (Pause *et al.*, 1994) generates bicistronic mRNAs containing the IRES derived from the 5' untranslated region of EMCV. The indicated restriction enzyme sites are as follows: H, *Hind*III; S, *Sac*I; X, *Xho*I. The coding sequence is under the control of the T7 promoter. NIH 3T3 cells were infected for 1 h with the recombinant vaccinia virus vTF7-3, which expresses T7 RNA polymerase, followed by transfection with pGEMCAT/EMC/LUC (2 μg) using lipofectin (15 μl). After 4 h, rapamycin (0.2–200 ng/ml) or FK506 (20 ng/ml) and serum (10%) were added. Cell extracts were prepared 20 h post-transfection and analysed for CAT expression and LUC activity. The level of expression of CAT and LUC in control cells was set as 100%. The experiment was carried out four times and the error bars indicate the standard deviation from the mean. (**B**) pGEMLUC/pol/CAT (Pause *et al.*, 1994) generates bicistronic mRNAs containing the IRES derived from the 5' untranslated region of poliovirus. The indicated restriction enzyme sites are as follows: S, *Sac*I; X, *Xho*I. The coding sequence is under the control of the T7 promoter. The experiment was carried out in duplicate and the error bars indicate the standard deviation from the mean. The level of expression of CAT and LUC in control cells was set as 100%. (**C**) NIH 3T3 cells were cultured to confluence. Cells were plated at a density of 10$^6$ cells per dish in medium containing serum (10%) and rapamycin (0–200 ng/ml). Cells were counted after 48 h. The experiment was performed in triplicate and the effect of rapamycin is expressed as percent of the control. The error bars indicate the standard deviation from the mean.

L.Beretta *et al.*



| | control | rapamycin | control + 4E-BP1 | | control | rapamycin |
|---|---|---|---|---|---|---|

LUC ▶

CAT ▶

|   | 1 | 2 | 3 |   | 4 | 5 |
|---|---|---|---|---|---|---|
|   | methylated | | | | unmethylated | |
| LUC : | 100 | 98 | 105 | | 100 | 108 |
| CAT : | 100 | 60 | 41 | | 100 | 96 |

**Fig. 3.** Extracts prepared from rapamycin-treated cells mimic the *in vivo* reduction in cap-dependent translation. Plasmid pGEMCAT/EMC/LUC was linearized with *Xho*I and *in vitro*-transcribed with T7 RNA polymerase (Promega) for 2 h at 37°C. m⁷GpppG or GpppG were included into the transcription mixtures in 10-fold molar excess relative to GTP to synthesize capped methylated or capped unmethylated mRNAs, respectively (Pelletier and Sonenberg, 1985). Krebs-2 mouse carcinoma cells were grown in suspension in S-MEM at 37°C for 2 h in the presence or absence of rapamycin (20 ng/ml). $S_{30}$ translation extracts were prepared essentially as described (Svitkin and Agol, 1978; Svitkin *et al.*, 1984). Samples (12.5 μl) were incubated with [³⁵S]methionine for 90 min at 30°C in the presence of 0.15 μg capped methylated (lanes 1–3) or capped unmethylated (lanes 4 and 5) CAT/EMC/LUC mRNAs. In lane 3, translation was performed in the presence of 0.75 μg 4E-BP1. Following translation, reaction mixtures were supplemented with 2.5 μl buffer containing 6 mg/ml RNAse A and 60 mM EDTA and incubated at 30°C for an additional 5 min. Translation products were resolved by SDS–12% PAGE. The gels were processed for fluorography using En³Hance. Quantification of the radioactivity incorporated into CAT and LUC proteins was performed using BAS-2000 PhosphorImager (Fuji Corp.) and expressed as percent of the control. The experiment was carried out four times, with <10% variation between the experiments.

translation of CAT is reduced by 40% in extracts from rapamycin-treated cells, whereas translation of LUC is unchanged (Figure 3, compare lanes 1 and 2). This effect of rapamycin is similar in its specificity (i.e. cap-dependent versus cap-independent) to the inhibition observed after addition of 4E-BP1 to control extracts (Figure 3, lane 3). In contrast, in experiments performed with an uncapped mRNA, no effect was observed on the translation of either CAT or LUC in rapamycin-treated extracts (Figure 3, lanes 4 and 5). These results clearly demonstrate that rapamycin inhibits *in vitro*, as it does *in vivo*, specifically cap-dependent, but not cap-independent translation.

### Rapamycin inhibits phosphorylation of 4E-BP1

To study the mechanism by which rapamycin inhibits cap-dependent translation, the effect of rapamycin on 4E-BP1 was examined. Two isoforms of 4E-BP1 (indicated by the two upper arrows; Figure 4A, lane 1) were detected following immunoblotting of extracts from serum-starved NIH 3T3 cells. Serum stimulation of cells resulted in an increase in the amount of the slowest migrating electrophoretic isoform of 4E-BP1, most probably as a result of phosphorylation (Figure 4A, compare lanes 1

and 2). Strikingly, the two 4E-BP1 isoforms disappeared and a new faster migrating species (indicated by the lower arrow; Figure 4A, lane 3) became apparent in response to rapamycin. That the mobility shift is due to a decrease in 4E-BP1 phosphorylation was confirmed by [³²P]ortho-phosphate labelling of the cells followed by immunoprecipitation with an anti-4E-BP1 antibody. Rapamycin treatment caused a 6- to 8-fold reduction of ³²P incorporation in 4E-BP1, as measured by phosphorimager analysis (Figure 4A, lanes 4 and 5). As no incorporation of radioactivity was detected in the faster migrating isoform, this isoform is likely to be the dephosphorylated form of 4E-BP1. Rapamycin-mediated dephosphorylation of 4E-BP1 is not a consequence of a general inhibition of phosphorylation as similar patterns of labelled phosphoproteins between untreated and rapamycin-treated cells were observed in a 1-D SDS–PAGE (data not shown). Rapamycin also inhibited phosphorylation of 4E-BP1 in the Jurkat lymphoid cell line (data not shown), demonstrating that rapamycin blocks phosphorylation of 4E-BP1 in different cell types.

Figure 4B shows the kinetics of inhibition of phosphorylation of 4E-BP1 in response to rapamycin treatment. Whereas a small effect (~17%) was observed after 30 min of treatment, complete dephosphorylation was obtained after 1 h. The effect of rapamycin on 4E-BP1 phosphorylation is specific, as FK506 had no effect on 4E-BP1 phosphorylation in NIH 3T3 cells (Figure 4C, compare lanes 1 and 2). Also, cyclosporin A and FK506 had no effect on the phosphorylation of 4E-BP1 in Jurkat cells (data not shown). Because rapamycin and FK506 bind to a common receptor, FKBP, they are mutually antagonistic (Bierer *et al.*, 1990; Dumont *et al.*, 1990). To verify that a rapamycin–FKBP complex mediates the inhibition of 4E-BP1 phosphorylation, cells were treated with excess of FK506 over rapamycin. A 200-fold excess of FK506 over rapamycin partially reversed the rapamycin-mediated inhibition of 4E-BP1 phosphorylation and complete reversion was observed at a ratio 1000:1 (Figure 4C, lanes 3–6). Thus, the rapamycin–FKBP complex is the effector of the inhibition of 4E-BP1 phosphorylation. Furthermore, we found that an excess of FK506 also reversed the rapamycin-mediated inhibition of cap-dependent translation described in Figure 2A (data not shown).

### Rapamycin-stimulated interaction between 4E-BP1 and eIF-4E

Rapamycin inhibition of 4E-BP1 phosphorylation is predicted to promote the interaction between the cap binding protein, eIF-4E and 4E-BP1. To test this prediction, eIF-4E fused to a peptide which contains the heart muscle kinase (HMK) phosphorylation site was labelled to a high specific activity and used as a probe in a 'far-Western' assay (Pause *et al.*, 1994). HMK–eIF-4E did not interact with the slowest migrating electrophoretic isoform (Figure 5, compare lanes 1 and 2) and interacted weakly with the middle isoform which is likely to have at least one phosphate group (see Figure 4A; Lin *et al.*, 1995), as phosphorylation of 4E-BP1 prevents its binding to eIF-4E (Pause *et al.*, 1994). This weak interaction was further diminished following the addition of serum, as a consequence of the phosphorylation of 4E-BP1 (Figure 5, compare lanes 2 and 3). However, a markedly enhanced

A685



**Fig. 4.** Rapamycin blocks the phosphorylation of 4E-BP1. NIH 3T3 cells were grown in DMEM supplemented with 10% (v/v) fetal bovine serum (FBS). Confluent plates were further cultured in Dulbecco's modified essential medium containing 0.5% FBS for 48 h prior to experiments. (**A**) For Western analysis, quiescent cells were treated for 3 h with serum in the presence or absence of rapamycin (20 ng/ml). Total protein extract was analysed by Western blotting using rabbit anti-4E-BP1 (1:1000) followed by [$^{125}$I]protein A (lanes 1–3). For $^{32}$P-labelling and immunoprecipitation, quiescent NIH 3T3 cells were incubated in phosphate-free medium containing [$^{32}$P]orthophosphate (500 μCi per plate). After 1 h, serum with or without rapamycin was added for 3 h followed by cell lysis as described in Materials and methods. Incorporation of radioactivity into TCA-precipitated material was determined and samples containing 500 000 c.p.m. were incubated with rabbit anti-4E-BP1 antiserum (5 μl) and protein A–Sepharose (25 μl, Pharmacia) in Tris-buffered saline for 2 h at 4°C. Immunoprecipitated proteins were resolved on an SDS–15% polyacrylamide gel and transferred to nitrocellulose. The nitrocellulose membrane was exposed to an X-ray film (lanes 4 and 5). (**B**) Quiescent NIH 3T3 cells were treated with serum alone (10%) or with serum (10%) and rapamycin (20 ng/ml) and harvested at various time periods. Proteins were analysed as described in Figure 2A. (**C**) Quiescent cells were treated for 1 h with serum (10%) in the presence or absence of FK506 (20 ng/ml) (lanes 1 and 2) or with serum (10%) and rapamycin (20 ng/ml) (lane 3) in the presence of excess FK506 (4–20 μg/ml) (lanes 4–6). Cells were harvested and proteins were analysed as described in Figure 2A.

interaction occurred with the fastest migrating dephosphorylated 4E-BP1 in response to rapamycin treatment (Figure 5, lane 4). An enhanced interaction between eIF-4E and 4E-BP1 was also observed in Jurkat cells following rapamycin treatment (data not shown). Thus, rapamycin increases the interaction of eIF-4E with 4E-BP1, resulting in the inhibition of cap-dependent translation.

### Effect of rapamycin on eIF-4E phosphorylation
Previous reports have shown a correlation between the phosphorylation state of eIF-4E and translation rates *in vivo* (for reviews, see Rhoads, 1991; Frederickson and Sonenberg, 1993). It is thus possible that rapamycin prevents the phosphorylation of eIF-4E and consequently inhibits cap-dependent translation. We therefore examined the phosphorylation state of eIF-4E upon rapamycin treatment. eIF-4E phosphorylation was studied by isoelectric focusing (IEF) followed by immunoblotting. eIF-4E comprises two major isoelectric variants (pI 5.9 and 6.3) and the more acidic form is phosphorylated. In serum-starved NIH 3T3 cells, eIF-4E is underphosphorylated (15%) and addition of serum strongly induced phosphorylation of eIF-4E (75%) (Figure 6). Rapamycin, added in the presence of serum for 3 h, slightly reduced serum-induced phosphorylation of eIF-4E by ~12% (Figure 6). Thus, inhibition of translation by rapamycin in these experiments is not likely the result of dephosphorylation of eIF-4E.

### Discussion

The results in this paper indicate that 4E-BP1 is a novel target for rapamycin. While the paper was under review, similar findings were reported by Graves *et al.* (1995) and Lin *et al.* (1995). This result appears *a priori* surprising

in the light of earlier experiments indicating that 4E-BP1 is phosphorylated by MAP kinase (Haystead *et al.*, 1994; Lin *et al.*, 1994) and because rapamycin has no effect on the growth-stimulated activation of the MAP kinase/RSK signal transduction pathway (Chung *et al.*, 1992; Price *et al.*, 1992). However, recent results cast considerable doubt on the involvement of MAP kinases in phosphorylation of 4E-BP1 *in vivo*, because of the following: (i) PD 058059, an inhibitor of MEK, which phosphorylates MAP kinase, drastically inhibited insulin-stimulated MAP kinase activity, but had no effect on the phosphorylation of 4E-BP1 (Lin *et al.*, 1995); (ii) IGF-1 increased the phosphorylation of 4E-BP1 in aortic smooth muscle cells, without an increase in MAP kinase activity (Graves *et al.*, 1995); (iii) stimulation of 4E-BP1 phosphorylation by insulin occurred in the absence of MAP kinase activation in 293 cells (Von Manteuffel *et al.*, 1996) and (iv) wortmannin, which is a specific inhibitor of phosphatidylinositol 3′ kinase (PI3K), inhibited 4E-BP1 phosphorylation (Von Manteuffel *et al.*, 1996). Taken together, these findings and the results presented here strongly suggest that phosphorylation of 4E-BP1 is controlled by the TOR/FRAP signal transduction pathway.

Rapamycin blocks the phosphorylation of p70 S6 kinase in response to growth factors, hormones and other mitogens (Chung *et al.*, 1992; Price *et al.*, 1992; Thomas, 1993). However, 4E-BP1 is not a direct substrate for p70 S6 kinase and it does not contain the consensus phosphorylation site by p70 S6 kinase (Haystead *et al.*, 1994; A.-C.Gingras and N.Sonenberg, unpublished observations). It is thus possible that an upstream kinase in the p70 S6 kinase pathway phosphorylates 4E-BP1.

The findings described in this paper that rapamycin specifically inhibits cap-dependent translation in mamma-

**A686**

L.Beretta *et al.*



serum
rapamycin

$M r$ (K)
— 112
— 84
— 53.2
— 34.9
— 28.8
— 20.5

4E-BP1

1   2   3   4
western   far-western

**Fig. 5.** Far-Western analysis of the interaction between eIF-4E and 4E-BP1. NIH 3T3 cells starved for serum for 48 h were treated with serum (10%) and rapamycin (20 ng/ml) for 3 h. Cells were lysed in 10 mM Tris–HCl, pH 7.5 buffer containing 5 mM EDTA and 2 mM EGTA. The homogenate was centrifuged at 6000 *g* for 10 min and the supernatant collected. Each sample (200 µg) was boiled for 7 min and the precipitated protein removed by centrifugation. The remaining protein was separated on an SDS–15% polyacrylamide gel and transferred to a nitrocellulose membrane. The membrane was incubated with [$^{32}$P]labelled HMK–eIF-4E (2.5×10$^5$ c.p.m./ml) in 20 ml overnight at 4°C as described (Pause *et al.*, 1994) and autoradiographed (lanes 2–4). The binding of $^{32}$P labelled HMK–eIF-4E was quantified using a phosphorimager. Lane 1 shows an immunoblot of an extract sample identical to that loaded on lane 2 probed with rabbit anti-4E-BP1 (1:1000).



serum
rapamycin

eIF-4E

eIF-4E (P)

1   2   3

% of phosphorylation :   15   75   63

**Fig. 6.** Effect of rapamycin on eIF-4E phosphorylation in NIH 3T3 cells. NIH 3T3 cells serum-starved for 48 h were treated with 10% serum for 3 h in the presence or absence of 20 ng/ml rapamycin. Total protein extracts were fractionated by IEF PAGE and subjected to immunoblot analysis using polyclonal antibody to eIF-4E as described in Materials and methods. Arrows marked eIF-4E and eIF-4E (P) indicate the position of the non-phosphorylated and phosphorylated forms of eIF-4E, respectively. Phosphorylation of eIF-4E is expressed as the percentage of the phosphorylated form eIF-4E (P) in each sample. The experiment was carried out three times, with <5% variation between the experiments.

lian cells are in accord with recent observations obtained in yeast (Barbet *et al.*, 1996). In yeast, rapamycin is a potent inhibitor of translation and it was suggested that inhibition is cap-dependent (Barbet *et al.*, 1996). However, in contrast to mammalian cells, in yeast the effect on translation is totally independent of S6, as S6 phosphorylation is not required for translation and growth. It is striking, however, that the rapamycin-sensitive signalling pathway in yeast and mammals is very similar in the upstream components including the TOR/FRAP and FKBPs. It therefore appears that in yeast and mammals, rapamycin exerts its inhibition of translation by affecting an eIF-4E binding protein.

It was previously demonstrated that in several mammalian cell lines, rapamycin specifically represses the translation of mRNAs containing a polypyrimidine tract in the beginning of the 5′ untranslated region (Jefferies *et al.*, 1994; Terada *et al.*, 1994). This was shown to be due to the inhibition of the S6 phosphorylation pathway. Here we report a reduction in cap-dependent translation in response to rapamycin. However, it appears that the kinetics of inhibition of translation of polypyrimidine tract containing mRNAs occurs earlier than the general inhibition of capped mRNAs. As the dependence on the cap structure and eIF-4E for translation is directly correlated with the degree of secondary structure in the 5′ untranslated region (Pelletier and Sonenberg, 1985; Koromilas *et al.*, 1992), it is anticipated that translation of mRNAs containing extensive secondary structure would be more severely affected by rapamycin treatment than mRNAs with reduced secondary structure.

Inhibition of eIF-4E function by rapamycin is consistent with the effect of rapamycin on cell growth. eIF-4E is the rate-limiting factor in the cap-dependent initiation process and its overexpression in NIH 3T3 cells leads to transformation (Lazaris-Karatzas *et al.*, 1990). Conversely, inhibition of eIF-4E expression slows cell proliferation in mammalian cells (De Benedetti *et al.*, 1991) and results in an early G$_1$ arrest in yeast (Brenner *et al.*, 1988).

While 4E-BP1 is completely dephosphorylated following rapamycin treatment for ~1 h, cap-dependent translation is inhibited later and the inhibition is only partial. One explanation for the difference in kinetics is based on the finding that 4E-BP1 and p220 (p220 binds to eIF-4E in the cap binding complex, eIF-4F) directly compete for binding to eIF-4E (Haghighat *et al.*, 1995). The binding site of eIF-4E on p220 has been recently characterized (Lamphear *et al.*, 1995; Mader *et al.*, 1995). A similar binding site is present also in 4E-BP1 and mutations in the common sequence abrogate the binding of 4E-BP1 and p220 to eIF-4E (Mader *et al.*, 1995). eIF-4E exchanges slowly through the eIF-4F complex, and thus, would interact with dephosphorylated 4E-BP1 only after it is released from eIF-4F. Thus, translational inhibition would be dependent on the relative amounts of eIF-4E, 4E-BP1 and p220 and their relative binding affinities.

In summary, our results demonstrate that the inhibitory effect of rapamycin on cell growth can be explained at least partly as a consequence of the reduction of 4E-BP1 phosphorylation and eIF-4E function.

## Materials and methods

### Cells and antibodies
NIH 3T3 cells were grown in Dulbecco's modified Eagle's medium (DMEM) supplemented with 10% FBS. Preceding rapamycin (Calbiochem) treatment, confluent plates were serum-starved for 48 h.

Antibody 11208 was raised in rabbit (Pocono farm) against a GST–

A687

4E-BP1 fusion protein. It does not cross-react with 4E-BP2, a protein which is 56% identical to 4E-BP1. The antibody recognizes both human and mouse 4E-BP1.

### Metabolic labelling

NIH 3T3 cells were serum-starved for 48 h and pre-incubated for 1 h in methionine-free medium. [$^{35}$S]Methionine (100 µCi) and 10% FCS were added. Cells were lysed in buffer containing 0.5% NP-40, 140 mM NaCl and 30 mM Tris–HCl, pH 7.5, and radioactivity incorporated into TCA precipitable material was measured.

### In vivo [$^{32}$P]orthophosphate labelling and immunoprecipitation

NIH 3T3 cells were serum-starved for 48 h, rinsed twice in phosphate-free DMEM (Gibco) and [$^{32}$P]orthophosphate (0.5 mCi/ml; NEN-Dupont) was added and cells were incubated for 1 h. Treatment of cells with serum and rapamycin was performed for 3 h. The medium was removed and cells were rinsed twice in cold PBS and lysed in RIPA buffer (50 mM Tris–HCl, pH 7.5, 150 mM NaCl, 1% NP-40, 0.5% sodium deoxycholate, 0.1% SDS). Incorporation of radioactivity into TCA-precipitated material was determined and samples containing 500 000 c.p.m. were incubated for 2 h at 4°C with anti 4E-BP1 antibody preadsorbed on protein A–agarose beads. Beads were washed three times in RIPA buffer and resuspended in Laemmli sample buffer (Laemmli, 1970).

### Transfections and extract preparation

NIH 3T3 cells were infected for 1 h in serum-free medium with the recombinant vaccinia virus vTF7-3 (Fuerst *et al.*, 1986). Cells were transiently transfected with the plasmid pGEMCAT/EMC/LUC (2 µg) or the plasmid pGEMLUC/pol/CAT (2 µg) using lipofectin (15 µl) as previously described (Pause *et al.*, 1994). Cell extracts were prepared 20 h post-transfection and analysed for CAT expression by enzyme immunoassay (Boehringer) and LUC activity was measured in millivolts in a luminometer (BIOORBIT) using a LUC assay system (Promega).

### Western blotting

Cells were lysed by successive freeze–thaw cycles, in 20 mM Tris–HCl, pH 7.5 buffer containing 5 mM EDTA, 2 mM EGTA and 100 mM KCl. The homogenate was centrifuged at 6000 g for 10 min and the supernatant was collected. To analyse for 4E-BP1, 50 µg of protein were dissolved in Laemmli sample buffer (Laemmli, 1970) and the samples were loaded onto an SDS–15% polyacrylamide gel. Proteins were transferred onto a 0.22 µm nitrocellulose membrane, which was blocked in 5% milk for 2 h followed by incubation for 2 h with rabbit polyclonal antiserum against 4E-BP1 (1:1000) in 10 mM Tris–HCl, pH 8.0 buffer containing 150 mM NaCl. Incubation with [$^{125}$I]protein A (Amersham) was performed (1:1000) and the signal was quantified using phosphorimager analysis.

### Far-Western analysis

A fusion protein containing the HMK phosphorylation site and eIF-4E (HMK–eIF-4E) was expressed in *Escherichia coli* BL 21 cells and purified using a m$^7$GDP affinity column as described (Pause *et al.*, 1994). HMK–eIF-4E was phosphorylated using [γ-$^{32}$P]ATP and bovine HMK (Sigma).

Heat-treated extracts were processed on an SDS–15% polyacrylamide gel and proteins were transferred onto nitrocellulose membranes. Membranes were blocked in 5% milk in HBB (25 mM HEPES–KOH, pH 7.7, 25 mM NaCl, 5 mM MgCl$_2$, 1 mM DTT, 0.1% NP-40) for 2 h. Membranes were then incubated for 12 h at 4°C in hybridization buffer (20 mM HEPES–KOH, pH 7.7, 75 mM KCl, 2.5 mM MgCl$_2$, 0.1 mM EDTA, 1 mM DTT, 0.1% NP-40, 1% skim milk) containing $^{32}$P-labelled HMK–eIF-4E probe at 250 000 c.p.m./ml, as described (Pause *et al.*, 1994). After three washes with hybridization buffer, the membranes were dried and exposed against an X-ray film.

### Analysis of eIF-4E phosphorylation by IEF

Protein samples from NIH 3T3 cells were subjected to IEF essentially as described (Maurides *et al.*, 1989). Cells were lysed in IEF sample buffer and subjected to IEF using a pH range of 5–7, in the presence of 9 M urea, 50 mM dithiothreitol and 2% CHAPS (Fluka). Proteins were electrophoresed at 5 mA/gel for 16 h, with 0.01 M glutamic acid at the cathode and 0.02 M NaOH at the anode. Proteins were transferred onto a 0.22 µm nitrocellulose membrane which was blocked in 5% milk for 2 h followed by incubation for 2 h with rabbit polyclonal antiserum against eIF-4E (1:3000) in 10 mM Tris–HCl, pH 8.0 buffer containing

150 mM NaCl. Incubation with [$^{125}$I]protein A (Amersham) was performed (1:1000) and the signal was quantified using a PhosphorImager.

### In vitro translation

Plasmid pGEMCAT/EMC/LUC was *in vitro* transcribed with T7 RNA polymerase (Promega). Following incubation, the mRNAs were phenol–chloroform extracted, purified by gel filtration on nick-columns (Pharmacia) and ethanol-precipitated. mRNA integrity was checked by formaldehyde–agarose gel electrophoresis and ethidium bromide staining.

Mouse Krebs-2 ascites carcinoma cells were grown in Balb/c mice for 7 days. S$_{10}$ extracts were prepared and treated with micrococcal nuclease (Svitkin and Agol, 1978). Translation was performed with [$^{35}$S]methionine in a volume of 12.5 µl at 30°C for 90 min, as described (Svitkin *et al.*, 1984), in the presence of 0.15 µg mRNA.

## Acknowledgements

We thank M.Szyf, J.Pelletier and the members of the laboratory for critical comments on the manuscript, G.Belsham for the bicistronic plasmid and A.Pause for the HMK–eIF-4E construct. This work was supported by grants from the National Cancer Institute of Canada and the Medical Research Council of Canada to N.S. L.B. was supported by the 'Institut National de la Santé et de la Recherche Médicale (INSERM)' and A.-C.G. was supported by a NSERC 1967 studentship from the National Science and Engineering Research Council of Canada.

## References

Barbet,N.C., Schneider,U., Helliwell,S.B., Stansfield,I., Tuite,M.F. and Hall,M.N. (1996) TOR controls translation initiation and early G1 progression in yeast. *Mol. Biol. Cell*, in press.

Bierer,B.E., Mattila,P.S., Standaert,R.F., Herzenberg,L.A., Burakoff,S.J., Crabtree,G. and Schreiber,S.L. (1990) Two distinct signal transmission pathways in T lymphocytes are inhibited by complexes formed between an immunophilin and either FK506 or rapamycin. *Proc. Natl Acad. Sci. USA*, **87**, 9231–9235.

Brenner,C., Nakayama,N., Goebl,M., Tanaka,K., Toh-E,A. and Matsumoto,K. (1988) *CDC33* encodes mRNA cap-binding protein eIF-4E of *Saccharomyces cerevisiae. Mol. Cell. Biol.*, **8**, 3556–3559.

Brown,E.J., Albers,M.W., Shin,T.B., Ichikawa,K., Keith,C.T., Lane,W.S. and Schreiber,S.L. (1994) A mammalian protein targeted by G1-arresting rapamycin–receptor complex. *Nature*, **369**, 756–758.

Chung,J., Kuo,C.J., Crabtree,G.R. and Blenis,J. (1992) Rapamycin-FKBP specifically blocks growth-dependent activation of and signaling by the 70 kd S6 protein kinases. *Cell*, **69**, 1227–1236.

De Benedetti,A., Joshi-Barve,S., Rinker-Schaeffer,C. and Rhoads,R.E. (1991) Expression of antisense against initiation factor eIF-4E mRNA in HeLa cells results in lengthened cell division times, diminished translation rates, and reduced levels of both eIF-4E and the p220 component of eIF-4F. *Mol. Cell. Biol.*, **11**, 5435–5445.

Dumont,F.J., Melino,M.R., Staruch,M.J., Koprak,S.L., Fischer,P.A. and Sigal,N.H. (1990) The immunosuppressive macrolides FK-506 and rapamycin act as reciprocal antagonists in murine T cells. *J. Immunol.*, **144**, 1418–1424.

Frederickson,R.M. and Sonenberg,N. (1993) eIF-4E phosphorylation and the regulation of protein synthesis. In Ilan,J. (ed.), *Translational Regulation of Gene Expression*. Plenum Press, New York, p. 143.

Fuerst,T.R., Niles,E.G., Studier,F.W. and Moss,B. (1986) Eukaryotic transient-expression system based on recombinant vaccinia virus that synthesizes bacteriophage T7 RNA polymerase. *Proc. Natl Acad. Sci. USA*, **83**, 8122–8126.

Graves,L.M., Bornfeldt,K.E., Argast,G.M., Krebs,E.G., Kong,X., Lin,T.A. and Lawrence,J.C.,Jr (1995) cAMP- and rapamycin-sensitive regulation of the association of eukaryotic initiation factor 4E and the translational regulator PHAS-I in aortic smooth muscle cells. *Proc. Natl Acad. Sci. USA*, **92**, 7222–7226.

Haghighat,A., Mader,S., Pause,A. and Sonenberg,N. (1995) Repression of cap dependent translation by 4E-BP1: competition with p220 for binding to eIF-4E. *EMBO J.*, **14**, 5701–5709.

Haystead,T.A.J., Haystead,C.M.M., Hu,C., Lin,T.-A. and Lawrence,J.C.,Jr (1994) Phosphorylation of PHAS-I by mitogen-activated protein (MAP) kinase. *J. Biol. Chem.*, **269**, 23185–23191.

Heitman,J., Movva,N.R. and Hall,M.N. (1991) Targets for cell cycle arrest by the immunosuppressant rapamycin in yeast. *Science*, **253**, 905–909.

**A688**

**L.Beretta et al.**

Hu,C., Pang,S., Kong,X., Velleca,M. and Lawrence,J.,Jr (1994) Molecular cloning and tissue distribution of PHAS-I, an intracellular target for insulin and growth factors. *Proc. Natl Acad. Sci. USA*, **91**, 3730–3734.

Jackson,R.J., Howell,M.T. and Kaminski,A. (1990) The novel mechanism of initiation of picornavirus RNA translation. *Trends Biochem. Sci.*, **15**, 477–483.

Jefferies,H.B., Reinhard,C., Kozma,S.C. and Thomas,G. (1994) Rapamycin selectively represses translation of the 'polypyrimidine tract' mRNA family. *Proc. Natl Acad. Sci. USA*, **91**, 4441–4445.

Johnson,S.P. and Warner,J.R. (1987) Phosphorylation of the *Saccharomyces cerevisiae* equivalent of ribosomal protein S6 has no detectable effect on growth. *Mol. Cell Biol.*, **7**, 1338–1345.

Koromilas,A.E., Lazaris-Karatzas,A. and Sonenberg,N. (1992) mRNAs containing extensive secondary structure in their 5' non-coding region translate efficiently in cells overexpressing initiation factor eIF-4E. *EMBO J.*, **11**, 4153–4158.

Kunz,J., Henriquez,R., Schneider,U., Deuter-Reinhard,M., Movva,N.R. and Hall,M.N. (1993) Target of rapamycin in yeast, TOR2, is an essential phosphatidylinositol kinase homolog required for G1 progression. *Cell*, **73**, 585–596.

Laemmli,U.K. (1970) Cleavage of structural proteins during the assembly of the head of bacteriophage T4. *Nature*, **227**, 680–685.

Lamphear,B.J., Kirchweger,R., Skern,T. and Rhoads,R.E. (1995) Mapping of functional domains in eIF-4γ with picornaviral proteases. Implications for cap-dependent and cap-independent translation initiation. *J. Biol. Chem.*, **270**, 21975–21983.

Lazaris-Karatzas,A., Montine,K.S. and Sonenberg,N. (1990) Malignant transformation by a eukaryotic initiation factor subunit that binds to mRNA 5' cap. *Nature*, **345**, 544–547.

Lin,T.-A., Kong,X., Haystead,T.A.J., Pause,A., Belsham,G., Sonenberg,N. and Lawrence,J.C.,Jr (1994) PHAS-I as a link between mitogen-activated protein kinase and translation initiation. *Science*, **266**, 653–656.

Lin,T.-A., Kong,X., Saltiel,A.R., Blackshear,P.J. and Lawrence,J.C.,Jr (1995) Control of PHAS-I by insulin in 3T3-L1 adipocytes. *J. Biol. Chem.*, **270**, 18531–18538.

Mader,S., Lee,H., Pause,A. and Sonenberg,N. (1995) The translation initiation factor eIF-4E binds to a common motif shared by the translation factor eIF-4γ and the translational repressors 4E-binding proteins. *Mol. Cell. Biol.*, **15**, 4990–4997.

Maurides,P., Girirdar,A., Akkaraju,R. and Jagus,R. (1989) Evaluation of protein phosphorylation state by a combination of vertical slab gel isoelectric focusing and immunoblotting. *Anal. Biochem.*, **183**, 144–151.

Pause,A., Belsham,G.J., Gingras,A.-C., Donzé,O., Lin,T.-A., Lawrence,J.C.,Jr and Sonenberg,N. (1994) Insulin-dependent stimulation of protein synthesis by phosphorylation of a regulator of 5'-cap function. *Nature*, **371**, 762–767.

Pelletier,J. and Sonenberg,N. (1985) Insertion mutagenesis to increase secondary structure within the 5' non coding region of a eukaryotic mRNA reduces translational efficiency. *Cell*, **40**, 515–526.

Price,D.J., Grove,J.R., Calvo,V., Avruch,J. and Bierer,B.E. (1992) Rapamycin-induced inhibition of the 70-kilodalton S6 protein kinase. *Science*, **257**, 973–977.

Rhoads,R.E. (1991) Protein synthesis, cell growth, and oncogenesis. *Curr. Opin. Cell Biol.*, **3**, 1019–1024.

Sabatini,D.M., Erdjument-Bromage,H., Lui,M., Tempst,P. and Snyder,S.H. (1994) RAFT1: a mammalian protein that binds to FKBP12 in a rapamycin-dependent fashion and is homologous to yeast TORs. *Cell*, **78**, 35–43.

Sabers,C.J., Martin,M.M., Brunn,G.J., Williams,J.M., Dumont,F.J., Wiederrecht,G. and Abraham,R.T. (1995) Isolation of a protein target of the FKBP12-rapamycin complex in mammalian cells. *J. Biol. Chem.*, **270**, 815–822.

Schreiber,S.L. (1991) Chemistry and biology of the immunophilins and their immunosuppressive ligands. *Science*, **251**, 283–287.

Shatkin,A.J. (1985) mRNA cap binding proteins: essential factors for initiating translation. *Cell*, **40**, 223–224.

Stan,R., McLaughlin,M.M., Cafferkey,R., Johnson,R.K., Rosenberg,M. and Livi,G.P. (1994) Interaction between FKBP12-rapamycin and TOR involves a conserved serine residue. *J. Biol. Chem.*, **269**, 32027–32030.

Svitkin,Y.V. and Agol,V.I. (1978) Complete translation of encephalomyocarditis virus RNA and faithful cleavage of virus-specific proteins in a cell-free system from Krebs-2 cells. *FEBS Lett.*, **87**, 7–11.

Svitkin,Y.V., Lyapustin,V.N., Lashkevich,V.A. and Agol,V.I. (1984) Differences between translation products of tick-borne encephalitis virus RNA in cell-free systems from Krebs-2 cells and rabbit reticulocytes: Involvement of membranes in the processing of nascent precursors of flavivirus structural proteins. *Virology*, **135**, 536–541.

Terada,N., Patel,H.R., Takase,K., Kohno,K., Nairn,A.C. and Gelfand,E.W. (1994) Rapamycin selectively inhibits translation of mRNAs encoding elongation factors and ribosomal proteins. *Proc. Natl Acad. Sci. USA*, **91**, 11477–11481.

Thomas,G. (1993) p70s6k/p85s6k: mechanism of activation, effects of rapamycin and role in mitogenesis. *Biochem. Soc. Trans.*, **21**, 901–904.

Von Manteuffel,S., Gingras,A.-C., Sonenberg,N. and Thomas,G. (1996) 4E-BP1 phosphorylation is mediated by the FRAP-p70$^{s6k}$ pathway and is MAP kinase-independent. *Proc. Natl Acad. Sci. USA*, in press.

*Received on August 1, 1995; revised on October 23, 1995*

A689

# EXHIBIT 47

THE JOURNAL OF BIOLOGICAL CHEMISTRY
© 1998 by The American Society for Biochemistry and Molecular Biology, Inc.

Vol. 273, No. 26, Issue of June 26, pp. 16621–16629, 1998
Printed in U.S.A.

# Regulation of the p70 S6 Kinase by Phosphorylation *in Vivo*

ANALYSIS USING SITE-SPECIFIC ANTI-PHOSPHOPEPTIDE ANTIBODIES*

(Received for publication, February 20, 1998, and in revised form, April 6, 1998)

Qing-Ping Weng‡, Mark Kozlowski‡, Christopher Belham‡, Aihua Zhang§, Michael J. Comb§, and Joseph Avruch‡¶

*From the ‡Diabetes Unit and Medical Services and the Department of Molecular Biology, Massachusetts General Hospital and the Department of Medicine, Harvard Medical School, Boston, Massachusetts 02114 and §New England Biolabs, Beverley, Massachusetts 01915*

Downloaded from www.jbc.org by on August 13, 2009

The p70 S6 kinase is activated by diverse stimuli through a multisite phosphorylation directed at three separate domains as follows: a cluster of (Ser/Thr) Pro sites in an autoinhibitory segment in the noncatalytic carboxyl-terminal tail; Thr-252 in the activation loop of the catalytic domain; and Ser-394 and Thr-412 in a segment immediately carboxyl-terminal to the catalytic domain. Phosphorylation of Thr-252 *in vitro* by the enzyme phosphatidylinositol 3-phosphate-dependent kinase-1 or mutation of Thr-412 → Glu has each been shown previously to engender some activation of the p70 S6 kinase, whereas both modifications together produce 20–30-fold more activity than either alone. We employed phospho-specific anti-peptide antibodies to examine the relative phosphorylation at several of these sites in wild type and various p70 mutants, in serum-deprived cells, and in response to activators and inhibitors of p70 S6 kinase activity.

Substantial phosphorylation of p70 Thr-252 and Ser-434 was present in serum-deprived cells, whereas Thr-412 and Thr-444/Ser-447 were essentially devoid of phospho-specific immunoreactivity. Activation of p70 by insulin was accompanied by a coordinate increase in phosphorylation at all sites examined, together with a slowing in mobility on SDS-PAGE of a portion of p70 polypeptides. Upon addition of rapamycin or wortmannin to insulin-treated cells, the decrease in activity of p70 was closely correlated with the disappearance of anti-Thr-412(P) immunoreactivity and the most slowly migrating p70 polypeptides, whereas considerable phosphorylation at Ser-434 and Thr-252 persisted after the disappearance of 40 S kinase activity. The central role of Thr-412 phosphorylation in the regulation of kinase activity was further demonstrated by the close correlation of the effects of various deletions and point mutations on p70 activity and Thr-412 phosphorylation.

In conclusion, although p70 activity depends on a disinhibition from the carboxyl-terminal tail and the simultaneous phosphorylation at both Thr-252 and Thr-412, p70 activity *in vivo* is most closely related to the state of phosphorylation at Thr-412.

The p70 S6 kinase, an enzyme critical for cell cycle progres-

sion through $G_1$, was among the first insulin/mitogen-activated protein (Ser/Thr) kinases to be identified, purified, and molecularly cloned. The enzyme was shown early on to be regulated by insulin/mitogen-stimulated (Ser/Thr) phosphorylation, and along with the kinases now known as Rsk provided the first evidence that insulin/mitogen signal transduction involved the recruitment of multiple, independently regulated cascades of protein (Ser/Thr) kinases (reviewed in Ref. 1). Nevertheless, whereas the *in vitro* activation of Rsk kinases by mitogen-activated protein kinase-catalyzed phosphorylation was accomplished early on (2), *in vitro* activation of p70 S6 kinase has proved much more difficult to reconstruct. During activation *in vivo*, p70 is phosphorylated at 10 or more sites by an array of independently regulated protein kinases. Enumerating the sites of phosphorylation, determining their individual functional roles in the process of p70 activation as well as the potential site-site interactions, has provided a formidable challenge. Work to date has identified four sets of phosphorylation sites on p70 that undergo insulin or mitogen-stimulated phosphorylation *in situ*, and whose mutation affects substantially p70 kinase activity. The first to be characterized were a cluster of 4–5 residues (Ser-434, Ser-441, Ser-447, Ser-452, and Thr-444) situated within an autoinhibitory pseudosubstrate segment in the p70 noncatalytic tail (3–6); conversion of 434, 441, 444, and 447 to Ala suppresses mitogen-stimulated p70 activation, whereas conversion to Asp and Glu increases basal p70 activity (7). The phosphorylation of Thr-252 in the p70 activation loop within the catalytic domain is stimulated by serum and PI-3 kinase[1] overexpression *in vivo* and is inhibited by wortmannin, and only a Ser or Thr at this site enables p70 activity (8). Thr-412 is another site of mitogen-stimulated phosphorylation, situated in a conserved 65-amino acid segment located immediately carboxyl-terminal to the catalytic domain; conversion of Thr-412 to Ala strongly suppresses p70 activity, whereas conversion to Glu increases basal activity and restores mitogen responsiveness (7, 9). Most recently Ser-394, which like Thr-412 is also located in the catalytic domain carboxyl-terminal extension, has also been shown to influence p70 activity (10). As to the kinases that act on these sites, the sites clustered in the carboxyl-terminal tail (Ser-434, Ser-441, Ser-447, Ser-452, and Thr-444) are each followed immediately by a proline residue and can be phosphorylated *in vitro* by an array of proline-directed kinases, including Erk1 and Erk2, the stress-activated protein kinases, and Cdc2 (the latter acting particularly at Ser-434) (5). Ser-394 is also followed by a pro-

---

* This work was supported by National Institutes of Health Grant DK17776. The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

¶ To whom correspondence should be addressed: Diabetes Research Laboratory, Dept. of Molecular Biology, Massachusetts General Hospital, 50 Blossom St., Boston, MA 02114. Tel.: 617-726-6909; Fax: 617-726-5649; E-mail: avruch@helix.mgh.harvard.edu.

[1] The abbreviations used are: PI-3 kinase, phosphatidylinositol 3-kinase; CHO-IR, Chinese hamster ovary-insulin receptor; HA, hemagglutinin; PDK, phosphatidylinositol 3-phosphate-dependent kinase; PAGE, polyacrylamide gel electrophoresis; PtdIns(3,4,5)P₃, phosphatidylinositol (3,4,5)-trisphosphate.

A690

Downloaded from www.jbc.org by on August 13, 2009

line and may also be a substrate for these kinases. Nevertheless, phosphorylation of PP2A-treated p70 *in vitro* with one or several proline-directed kinases does not restore any p70 S6 kinase activity (5).

Recently, the kinase PDK1 was shown to phosphorylate p70 *in vitro* selectively at Thr-252, with a resultant increase in p70 S6 kinase activity (11, 12). This finding together with the earlier demonstration of PI-3 kinase-stimulated, wortmannin-sensitive Thr-252 phosphorylation *in vivo* (8) establishes Thr-252 as a critical site of regulatory phosphorylation. Nevertheless, both the ability of p70 to be phosphorylated by PDK1 and the relative and absolute extent of p70 activation engendered by PDK1-catalyzed phosphorylation are greatly altered by a variety of p70 mutations (11). Thus conversion of the five clustered (Ser/Thr-Pro) phosphorylation sites in the p70 carboxyl-terminal tail to Ala strongly suppresses PDK1-catalyzed Thr-252 phosphorylation, whereas deletion of the entire carboxyl-terminal tail (to give p70ΔCT104) increases both the rate and extent of Thr-252 phosphorylation by PDK1 and also the degree of S6 kinase activation achieved at any level of Thr-252 phosphorylation. Deletion of p70 amino-terminal noncatalytic residues 2–46, a modification previously shown to greatly inhibit p70 activity, essentially abolishes the ability of p70 to be phosphorylated by PDK1 *in vitro*, whereas the additional deletion of the carboxyl-terminal tail (to give Δ2–46/ΔCT104), which restores p70 activity and mitogen responsiveness *in vivo*, also restores the ability of PDK1 to catalyze p70 Thr-252 phosphorylation *in vitro*. These results indicate that the p70 carboxyl-terminal tail exerts a strong influence on both the ability of PDK1 to catalyze the phosphorylation of Thr-252, as well as the extent of activation of S6 kinase activity resulting therefrom (11).

As regards the other sites of p70 phosphorylation, Thr-412 appears to play an especially important role, in that it influences both the ability of PDK1 to phosphorylate Thr-252 *in vitro* and the absolute extent of p70 activity that results from Thr-252 phosphorylation (11). Thus, conversion of Thr-412 in p70ΔCT104 to either Ala or Glu facilitates PDK1-catalyzed Thr-252 phosphorylation *in vitro*. Moreover, the functional interaction of Thr-252(P) and Thr-412 is the major, perhaps predominant, factor in determining p70 activity. Thus, whereas protein phosphatase 2A (PP2A₁)-treated p70ΔCT104 is essentially inactive, the selective phosphorylation of p70ΔCT104 at Thr-252 by PDK1 results in a 15-fold increase in 40 S kinase activity to a level comparable to that exhibited by PP2A₁-treated p70ΔCT104 (Thr-412 → Glu). This indicates that modification of either Thr-252 or Thr-412 singly is sufficient to confer some S6 kinase activity. This activity, however, represents no more than 3–5% of maximal S6 kinase activity, inasmuch as PDK1 phosphorylation of PP2A₁-treated p70ΔCT104(T412E) increases its S6 kinase activity by a further 20–30-fold, to a level 240-fold greater than that exhibited by PP2A₁-treated (*i.e.* fully dephosphorylated) p70ΔCT104, demonstrating clearly the strong positive cooperativity between Thr-252 and Thr-412 in p70 activation (11). Thus, the phosphorylation state of the p70 carboxyl-terminal tail and Thr-412 both strongly influence the rate and extent of p70 Thr-252 phosphorylation catalyzed by PDK1 *in vitro*, as well as the absolute level of 40 S kinase activity engendered by a given extent of Thr-252 phosphorylation.

These data, derived for PDK1-catalyzed p70 phosphorylation *in vitro*, strongly suggest that any significant activation of S6 kinase *in vivo* requires the concurrent phosphorylation of both Thr-412 and Thr-252; the relevance of these *in vitro* data to p70 regulation *in vivo* as well as the determinants of Thr-252 and Thr-412 phosphorylation *in vivo* remain to be fully defined. To explore these questions we have employed anti-phosphopeptide antibodies developed toward several of the functionally important p70 phosphorylation sites as follows: Thr-412(P), Thr-252(P), Ser-434(P), and the cluster Ser-444(P)/Thr-447(P). These antibodies were used to examine the effects of insulin, recombinant PI-3 kinase, wortmannin, and rapamycin as well as the effects of p70 truncations and point mutations on site-specific p70 phosphorylation *in vivo*. We have attempted to correlate the changes in p70 S6 kinase activity with the site-specific phosphorylation, to verify whether the potent site-site interactions detected with *in vitro* phosphorylation obtain *in vivo*, and to identify which phosphorylation events determine S6 kinase activity during activation and deactivation *in vivo*.

## MATERIALS AND METHODS

Dulbecco's modified Eagle's medium, fetal bovine serum, and chemicals were obtained from Sigma. Ham's F-12 medium, LipofectAMINE, and protein G-agarose were purchased from Life Technologies, Inc. Restriction enzymes were products of New England Biolabs. [γ-³²P]ATP, anti-rabbit Ig-linked horseradish peroxidase, and ECL were from Amersham Pharmacia Biotech.

*Construction of p70 S6 Kinase Mutant Expression Vectors*—A pMT2-based cDNA encoding an amino-terminal HA-tagged p70 αI and mutant proteins p70ΔCT104, p70Δ2–46, p70Δ2–46/ΔCT104, K123M, and T252A was described previously (13). Site-specific mutants p70T412A, T412E, Δ2–46/T412A, Δ2–46/T412E, T434A, T444A/S447A, S394A, and S394D were generated using a polymerase chain reaction-based method. The mutations were verified by DNA sequence and restriction analysis for newly introduced diagnostic restriction sites (11).

*Transient Expression and Immunopurification of the p70 S6 Kinase*—HEK293 cells and CHO-IR cells were maintained in Dulbecco's modified Eagle's medium and Ham's F12 medium supplemented with 10% fetal bovine serum, respectively. HEK293 cells were transfected at 60% confluence in 100-mm dishes by the calcium phosphate method using 5 μg of plasmid DNA encoding wild type or variant p70. CHO-IR cells in 60-mm dishes were transfected with 1–2 μg of plasmid DNA using LipofectAMINE according to the manufacturer's protocol (Life Technologies, Inc.). Twenty four hours post-transfection, cells were placed in serum-free medium for 16 h and then treated with insulin or 20% serum for the times indicated; in some experiments, rapamycin (50 nM) or wortmannin (100 nM) was added 10 min after insulin. Incubations were terminated by two rapid rinses with ice-cold phosphate-buffered saline; the cells were then extracted with lysis buffer (13) and centrifuged at 12,000 × g for 10 min. Aliquots of supernatants were matched for protein content, and HA p70 polypeptides were immunoprecipitated by addition of the monoclonal anti-HA epitope antibody 12CA5 and protein-G agarose at 4 °C for 3 h. The beads were washed three times with lysis buffer, once with 1 M NaCl in lysis buffer, and once with kinase reaction buffer. Endogenous p70 was immunoprecipitated using a rabbit polyclonal antiserum generated against a recombinant fragment encoding p70 amino acids 422–525 (14).

*S6 Kinase Assay*—The immunocomplexes of the p70 S6 kinase were used to assay for p70 kinase activity using 40 S ribosomal subunit as described previously (13). The reaction mixtures were separated by sodium dodecyl sulfate-polyacrylamide gel electrophoresis (SDS-PAGE) and transferred a polyvinylidene difluoride membrane (Millipore Corp.), which was subjected to autoradiography for the detection of ³²P-S6, and immunoblot analysis.

*Anti-phosphopeptide Antibody Production*—Phospho-specific antibodies directed against the various sites of p70 S6 kinase were produced by immunizing New Zealand White rabbits with the following synthetic phosphopeptides coupled to keyhole limpet hemocyanin: Thr-252(P) (IHDGTVTHT*PCGTI), Thr-412(P) (NQVFLGFT*YVAPKKC), Ser-434(P) (EPKIRS*PRRFIGC), and Thr-444(P)/Ser-447(P) (SPRT*PVS*PVKFSC). Enzyme-linked immunosorbent assay, using the phosphopeptide and corresponding nonphosphopeptide, was employed to identify the rabbits responding best. IgG was purified using protein A-Sepharose. Antibodies reactive with the nonphosphopeptide were removed by adsorption to a nonphosphopeptide (same sequence as above) affinity column. Antibodies that flowed through this column were next passed over a column of immobilized phosphopeptide; after washing, antibodies were eluted at low pH and dialyzed; these are subsequently referred to as "type 1" antibodies. The resulting antibodies were characterized by enzyme-linked immunosorbent assay against phospho- and nonphosphopeptides to determine the extent of phospho-specificity and subsequently by Western blotting to examine specificity

The Journal of Biological Chemistry

ASBMB

Downloaded from www.jbc.org by on August 13, 2009

against whole cell extracts. "Type 2" antibodies (seen only with the Thr-252(P) peptide immunogen) were those that bound to the affinity column that contained the nonphosphorylated peptide but showed little or no reactivity on immunoblot with a p70 Thr-252 → Ala mutant polypeptide (see "Results" and Fig. 1C).

*Immunoblot Analysis of Phospho p70 Polypeptides*—The electroblotted p70 polypeptides were analyzed using a standard Western blot protocol. Briefly, the membrane was first blocked with 5% low-fat milk in TBST-T (20 mM Tris-HCl, pH 7.6, 137 mM NaCl, 0.2% Tween 20) at room temperature for 1 h, rinsed once with TBS-T, and probed with anti-phosphopeptide antibody at (0.02–0.05 $\mu$g/ml) in TBS-T for 1 h. Following three 20-min washes, the membranes were incubated with a horseradish peroxidase-labeled anti-IgG for 1 h at room temperature, followed by three 20-min washes with TBS-T. The membrane was wetted in ECL solution for 3 min, exposed to x-ray film, and developed. For sequential immunoblot analysis, the membranes were stripped in 2% SDS, 62.5 mM Tris-HCl, pH 6.8, 100 mM 2-mercaptoethanol at 50 °C for 30 min, washed extensively with TBS-T, and reused.

RESULTS

The anti-p70 phosphopeptide antibodies were generated by immunization of female New Zealand White rabbits with synthetic phosphopeptide covalently coupled to keyhole limpet hemocyanin. The presence of phosphopeptide-specific immunoreactivity was detected by enzyme-linked immunosorbent assay using both the phosphorylated and nonphosphorylated peptides. After purification of IgG with protein A-agarose, the phosphopeptide-specific antibodies were purified by first passing the IgG over immobilized, nonphosphorylated peptide to remove antibodies reactive with nonphosphorylated epitopes; the nonadsorbed fraction was then passed over a column of immobilized phosphopeptide. After extensive washing, the retained immunoglobulins were eluted at low pH, rapidly neutralized, dialyzed, and concentrated. In this manner phosphopeptide-specific antibodies toward Thr-412(P), Thr-434(P), and the doubly phosphorylated peptide containing Thr-444(P)/Ser-447(P) were isolated.

The ability of each of these anti-p70 phosphopeptide antibodies to immunoblot recombinant p70 polypeptides was compared with an antibody prepared to a synthetic peptide corresponding to p70 amino acids 337–352, which contains no Ser or Thr residues (14). As is evident in Fig. 1A, this anti-p70 peptide antibody exhibits comparable reactivity with each of the recombinant wild type and mutant p70 polypeptides that is unaffected by insulin or serum treatment prior to extraction. The anti-p70 phosphopeptide antibodies react with all p70 variants except those wherein the Ser and/or Thr residue that was phosphorylated in the synthetic peptide antigen has been mutated to a nonphosphorylatable residue (Ala, Glu, or Asp). These features indicate that the anti-(Thr-412(P)), anti-(Thr-444(P)/Ser-447(P)), and anti-(Ser-434(P)) antibodies each are indeed specific for the peptide segment containing a phosphorylated Ser and/or Thr. In addition, and to a varying extent, the immunoreactivity of each of these anti-p70 phosphopeptide antibodies is increased by insulin treatment prior to extraction.

As regards the anti-p70 Thr-252(P) antibodies, some sera (type 1) yielded anti-phosphopeptide antibodies with properties identical to those described above, *i.e.* nonadsorption to unphosphorylated peptide, adsorption to the phosphopeptide, and reactivity with wild type p70 but not with a p70 (Thr-252 → Ala) mutant polypeptide (Fig. 1B). These antibodies were, however, recovered in low yield, insufficient to complete the studies required. A second type of anti-(Thr-252(P)) antibody was found to adsorb to columns containing the immobilized nonphosphorylated peptide. These antibodies, when eluted from the peptide column, also showed highly selective reactivity with wild type p70 polypeptide over the p70 (Thr-252 → Ala), as well as a stimulus-dependent increase in immunoreactivity (Fig. 1C). It is not clear whether these type 2 antibodies are

directly reactive with Thr-252(P) itself; conceivably, these antibodies may react with a conformationally dependent epitope on the activation loop that is generated as a consequence of Thr-252 phosphorylation but does not include the Thr-252(P) residue itself. This epitope must be highly dependent on Thr-252 phosphorylation inasmuch as the p70 (Thr-256 → Ala) mutant, which like the p70 (Thr-252 → Ala) mutant, is completely inactive, nevertheless exhibits an unimpaired insulin-stimulated increase in immunoreactivity with the type 2 anti-(Thr-252(P)) antibodies (Fig. 5B), a finding similar to that seen previously with $^{32}$P labeling *in vivo* (8). In practice, therefore, both types of anti-p70 (Thr-252(P)) antibodies provide a reliable monitor of the state of Thr-252 phosphorylation, even though the type 2 anti-p70 (Thr-252(P)) antibodies also have some reactivity with an epitope(s) present in the nonphosphorylated peptide segment.

Having defined the specificity of these antisera, we next examined the effects of serum (in 293 cells), insulin (in CHO-IR cells), or cotransfection with various candidate upstream activators on the 40 S kinase activity and site-specific phosphorylation of full-length, p70$\alpha$1 polypeptides expressed transiently in 293 cells or CHO-IR cells. Insulin elicited a rapid 3–4-fold increase in 40 S kinase activity in CHO-IR cells, which attained 60% of maximal by the first time point examined, 2.5 min after insulin addition. All sites exhibited an increase in phosphorylation, with the largest relative increases observed with Thr-412 and Thr-444/Ser-447, primarily because these sites contain little or no detectable phosphate in serum-deprived cells (Fig. 2A). Thr-252 exhibits clear-cut basal phosphorylation, which nevertheless rapidly increases after insulin addition in parallel with the increased S6 kinase activity. Thus, even after the addition of submaximal concentrations of insulin, the increase in overall phosphorylation at all sites is comparably rapid, such that it cannot be reliably inferred from such data as to whether p70 phosphorylation occurs in an ordered sequence.

Given the relatively concerted phosphorylation *in vivo* of the wild type p70 after insulin addition, we attempted to evaluate the pattern of dephosphorylation that accompanies inhibition of p70 *in vivo* after addition of rapamycin or wortmannin, each added 10 min after the addition of insulin (Fig. 2B). Rapamycin led to the rapid inactivation of p70, with dephosphorylation evident at all sites, accompanied by a striking downshift, *i.e.* increase in p70 mobility on SDS-PAGE. The decrease in 40 S kinase activity, the disappearance most slowly migrating immunoreactive p70 polypeptide band (best seen in the anti-p70 (Thr-444(P)/Ser-447(P)) blot), and the disappearance of overall anti-(Thr-412(P)) immunoreactivity were each entirely congruent. Thr-252(P) immunoreactivity also diminished, but slightly more slowly, and did not disappear; this slower response was paralleled by the pattern seen with anti-(Ser-434(P)) immunoreactivity. The response to wortmannin, although somewhat slower, was also characterized by the concomitant disappearance of 40 S kinase activity, the most slowly migrating immunoreactive p70 polypeptide band, and total anti-p70 (Thr-412(P)) immunoreactivity, with somewhat slower and less pronounced dephosphorylation of Thr-252 and Ser-434.

These properties of recombinant p70 expressed in CHO-IR cells were compared with the behavior of the p70 polypeptide endogenous to these cells. Each of the anti-phosphopeptide antisera was sufficiently sensitive to dependably monitor the phosphorylation of the endogenous p70 except for the various anti-p70 (Thr-252(P)) antisera, whose sensitivity was at the limit of detection; visualization of p70 Thr-252(P) was therefore not achieved in every experiment. Given this limi**A692** insulin, after a brief lag, promoted the coordinate phosphorylation

*Regulation of p70 S6 Kinase Site-specific Phosphorylation*







The Journal of Biological Chemistry



ASBMB

Downloaded from www.jbc.org by on August 13, 2009

FIG. 1. **Characterization of anti-p70 phosphopeptide antibodies.** *A*, the specificity of various anti-p70 phosphopeptide antibodies. HEK-293 cells were transfected with plasmids encoding HA-tagged p70α1 wild type (*WT*, *lanes 1* and *2*) or HA p70α1 containing the point mutations Thr-412 → Ala (*T412A*, *lanes 3* and *4*); Thr-412 → Glu (*T412E*, *lanes 5* and *6*); Thr-252 → Ala (*T252A*, *lanes 7* and *8*); Lys-123 → Met (*K123M*, *lanes 9* and *10*); Ser-434 → Ala (*S434A*, *lanes 11* and *12*); and a double mutant, Thr-444 → Ala/Ser-447 → Ala (*T444A,S447A*, *lanes 13* and *14*). After 36 h, the cells were deprived of serum and 12 h later treated with medium (*lanes 1, 3, 5, 7, 9, 11*, and *13*) or 10% serum (*lanes 2, 4, 6, 8, 10, 12*, and *14*) for 20 min prior to harvest. Cell extracts matched for protein were immunoprecipitated with a monoclonal anti-HA antibody, 12CA5. Washed immunoprecipitates were assayed for S6 kinase activity (*³²P-S6*) and subjected to SDS-PAGE followed by electrophoretic transfer to a polyvinylidene difluoride membrane. Immunoblots using the following antisera were carried out. *1*, *anti-p70 peptide* (amino acids 332–353); *2*, *anti-T412P*, anti-p70 phosphopeptide (amino acids 405–416 Thr-412(P)); *3*, *anti-T444P/S447P*, anti-p70 phosphopeptide (amino acids 441–452, Thr-444(P)/Ser-447(P)); *4*, *anti-S434P*, anti-p70 phosphopeptide (amino acids 429–440; anti-S434P). The actual ³²P cpm incorporated into S6 in the kinase assay shown were: *lane 1*, 1022; *lane 2*, 7872; *lane 3*, 164; *lane 4*, 88; *lane 5*, 9393; *lane 6*, 14324; *lane 7*, 259; *lane 8*, 219; *lane 9*, 300; *lane 10*, 89; *lane 11*, 316; *lane 12*, 2930; *lane 13*, 2901; *lane 14*, 7168. *B*, the specificity of type 1 anti-p70 phosphopeptide (amino acids 244–257, Thr-252(P)) antibodies. HEK293 cells were transfected with either HA p70α1 wild type (*lanes 1–4*) or a mutant (p70 Thr-252 → Ala, *lanes 5–8*), singly (*lanes 1, 2, 5,* and *6*) or together with a plasmid encoding a mutant, constitutively active p110 catalytic subunit of the PI-3 kinase (*lanes 3, 4, 7,* and *8*). After 36 h, medium (*lane 1, 3, 5,* and *7*) or serum (to 10%, *lanes 2, 4, 6,* and *8*) was added and the cells were harvested 20 min later. Anti-HA immunoprecipitates were assayed for S6 kinase (*³²P-S6*) and subjected to immunoblot with the antibodies used in *A*, and in addition, with type 1 anti-p70 phosphopeptide (Thr-252(P)) antibody. The actual ³²P cpm incorporated into S6 in the kinase assay shown are as follows: *lane 1*, 2397; *lane 2*, 8089; *lane 3*, 7332; *lane 4*, 8079; *lane 5*, 519; *lane 6*, 169; *lane 7*, 94; *lane 8*, 46. *C*, the specificity of type 2 anti-p70 phosphopeptide (amino acids 244–257 Thr-252(P)) antibodies. HEK293 cells transiently expressing HA p70 wild type (*lanes 1* and *2*) HA or p70 Thr-252 → Ala (*lanes 3* and *4*) were treated with 10% serum and extracted, and anti-HA immunoprecipitates were prepared as described in *A*. These

FIG. 2. **The relation of S6 kinase activity and site-specific phosphorylation of recombinant p70α1 in CHO-IR cells.** *A*, time course of insulin-stimulated activation and site-specific phosphorylation of p70 S6 kinase. CHO cells stably overexpressing human insulin receptor (CHO-IR cells) were transfected with pMT2 HA p70. Thirty six hours later, the cells were deprived of serum. After 12 h, carrier (*lanes 1* and *8*) or insulin was added to a final concentration of 0.1 nM (*lanes 2–7*) or 10 nM (*lanes 2–14*). The time elapsed from addition of insulin to extraction is shown. Aliquots of extracts containing equal protein were subjected to anti-HA immunoprecipitation followed by assay for S6 kinase (*³²P-S6*) and immunoblot with the antibodies indicated. ³²P cpm into S6, *lane 1*, 1250; *lane 2*, 3068; *lane 3*, 3461; *lane 4*, 4262; *lane 5*, 4163; *lane 6*, 4690; *lane 7*, 3600; *lane 8*, 1483; *lane 9*, 3590; *lane 10*, 3585; *lane 11*, 4453; *lane 12*, 3725; *lane 13*, 3527; *lane 14*, 3581. *B*, effect of rapamycin and wortmannin on the site-specific phosphorylation of insulin-activated recombinant p70 in CHO-IR cells. CHO-IR cells expressing HA p70α1 were deprived of serum and 12 h later treated with carrier (*lane 1* and *7*) or insulin (10⁻⁷ M, *lanes 2–6* and *8–12*). 10 min after the addition of insulin, rapamycin (200 nM, *lanes 3–6*) or wortmannin (0.1 μM, *lanes 9–12*) was added, and cells were extracted at the times indicated over the next 20 min. The anti-HA immunoprecipitates were assayed for S6 kinase activity (*³²P-S6*) and subjected to immunoblot using antibodies indicated. Type 2 anti-Thr-252(P) antibodies were used. ³²P cpm into S6: *lane 1*, 1312; *lane 2*, 5080; *lane 3*, 1821; *lane 4*, 1032; *lane 5*, 393; *lane 6*, 248; *lane 7*, 1524; *lane 8*, 5474; *lane 9*, 4884; *lane 10*, 4366; *lane 11*, 2736; *lane 12*, 961.

of Thr-444/Ser-447 and Thr-412 concomitant with activation of 40 S kinase; the phosphorylation of Ser-434 increased somewhat more slowly (Fig. 3A). Deactivation of p70 by wortmannin or rapamycin was paralleled by the dephosphorylation of Thr-412(P) and Thr-444(P)/Ser-447(P), whereas phosphorylation at the other sites including Thr-252, although decreased substantially by both inhibitors, was better preserved than 40 S activity or Thr-412 phosphorylation (Fig. 3B). In addition, the disappearance of 40 S kinase and anti-Thr-412(P), Thr-444(P/

were subjected to SDS-PAGE followed by immunoblot with anti-p70 peptide (amino acids 332–353) antibody (*panel 1*) or type 2 anti-p70 phosphopeptide (amino acids 244–257, Thr-252(P)) antibodies (*panel 2*).





FIG. 3. **The relation of site-specific phosphorylation of p70 S6 kinase endogenous to CHO-IR cells to S6 kinase activation and deactivation.** *A,* time course of insulin activation. Serum-deprived CHO-IR cells were treated with carrier (*lane 1*) or insulin ($10^{-7}$ M, *lanes 2–7*), and the cells were harvested thereafter at times indicated. The p70 polypeptide was immunoprecipitated with an antibody to the carboxyl-terminal tail (amino acids 422–525); the immunoprecipitates were assayed for S6 kinase activity ($^{32}P\text{-}S6$) and immunoblotted with the antibodies indicated. *B,* site-specific phosphorylation of p70 endogenous to CHO-IR cells after addition of rapamycin or wortmannin to insulin-stimulated cells. Serum-deprived CHO-IR cells were treated with insulin ($10^{-7}$ M, *lanes 2–11*). Ten minutes later, rapamycin (50 nM, *lanes 5, 8,* and *11*) or wortmannin (100 nM, *lanes 4, 7,* and *10*) were added. Extracts were prepared at the times indicated and anti-p70 (carboxyl-terminal 422–525) immunoprecipitates were analyzed for S6 kinase activity ($^{32}P\text{-}S6$) and by immunoblot using the antibodies indicated; type 2 anti-Thr-252(P) antibodies were used. The S6 kinase assay sample in *lane 4* was lost.

Ser-447(P) immunoreactivity is associated with a slightly faster mobility on SDS-PAGE of the residual immunoreactive bands visualized by the anti-Thr-252(P) and anti-Thr-434(P) antibodies (Fig. 3B). Thus, the regulation and phosphorylation of recombinant and endogenous p70 in CHO-IR appears quite similar. Based on this fidelity, we next examined the regulation of a variety of p70 truncation and point mutations.

Deletion of the p70 carboxyl-terminal tail (amino acids 422–525) has little effect on Thr-412 phosphorylation but substantially diminishes the phosphorylation of Thr-252; the 40 S kinase activity of p70ΔCT104, however, is very similar to that of the full-length enzyme. Inasmuch as previous work has shown that the activity of p70ΔCT104, as with full-length p70, requires Thr-252 phosphorylation (8), we infer that the efficiency of Thr-252 and/or Thr-412 phosphorylation in causing activation of 40 S kinase is enhanced by deletion of the carboxyl-terminal tail. Deletion of the p70 amino-terminal segment Δ2–46 has been shown previously to greatly diminish 40 S kinase activity (13). As seen in Fig. 4A, the Δ2–46 deletion is accompanied by a marked reduction in Thr-252 phosphorylation comparable to that seen with carboxyl-terminal deletion; in contrast to ΔCT104, the Δ2–46 deletion causes a virtually complete abolition of Thr-412 phosphorylation. Further deletion of the carboxyl-terminal tail (to give Δ2–46/ΔCT104) re-

stores insulin-stimulated 40 S kinase nearly completely, concomitant with the restoration of insulin-stimulated Thr-412 phosphorylation; Thr-252 phosphorylation, however, remains at the low level seen with either of the single deletions. These results suggest that the low activity accompanying the Δ2–46 deletion is attributable to a failure of Thr-412 (rather than Thr-252) phosphorylation. Support for this conclusion is provided by the ability of a Thr-412 → Glu mutation to overcome almost completely the inhibitory effect of Δ2–46, despite the continued presence of the carboxyl-terminal tail; conversion of Δ2–46 p70 (Thr-412) to Glu restores both 40 S kinase activity and Thr-252 phosphorylation (Fig. 4B). The Δ2–46/ΔCT104 double deletion mutant, although activated *in vivo* by insulin and inhibited by wortmannin, is almost completely resistant to inhibition by rapamycin (13). This correlates with the inability of rapamycin to reverse the mitogen-stimulated phosphorylation at Thr-412 in the Δ2–46/ΔCT104 mutant, whereas wortmannin, presumably via inhibition of PI-3 kinase, causes the dephosphorylation of p70 Thr-412 and inactivation of Δ2–46/ΔCT104 (15). These findings indicate that the ability of rapamycin to inactivate wild type p70 through the dephosphorylation of p70 Thr-412 is not attributable to a rapamycin-induced inhibition of the PtdIns(3,4,5)$P_3$-regulated kinases that act on Thr-412.

We next examined the effects of p70 point mutations on 40 S kinase activity and site-specific phosphorylation. Mutation of Lys-123 to methionine inactivates 40 S kinase activity completely but does not alter the pattern of basal or stimulated p70 phosphorylation, indicating that none of the insulin-stimulated p70 phosphorylations reflect (cis) autophosphorylation (Figs. 1A and 5B). As described above, Thr-256, a nonphosphorylated residue in the p70 activation loop, when converted to Ala, also inactivates the 40 S kinase activity without affecting p70 phosphorylation (Fig. 5B). In contrast, conversion of Thr-252 to Ala, in addition to abolishing the 40 S kinase activity, reduces the phosphorylation at Thr-412 to a great extent without affecting phosphorylation at sites within the carboxyl-terminal tail (Fig. 1A).

Reciprocally, mutation of Thr-412 to Ala abolishes 40 S kinase activity and Thr-252 phosphorylation (Fig. 5A) with little effect on Ser-434, Thr-444, or Ser-447 phosphorylation (Fig. 1A). Thus, whereas the truncation experiments indicate that the carboxyl-terminal tail influences strongly the phosphorylation at Thr-412 and Thr-252, inactivating mutations at either of these two residues, although each inhibiting phosphorylation at the other site, do not alter phosphorylation at the carboxyl-terminal sites. Mutation of Thr-412 to Glu results in a substantial activation of 40 S kinase activity in serum-deprived cells (Fig. 1A), an upshift in mobility on SDS-PAGE (although not as marked as with phosphorylation of Thr-412), and at least a partial restoration of the phosphorylation of Thr-252, as compared with its total absence in Thr-412 → Ala (Fig. 5A). Although the degree of activation caused by Thr-412 → Glu mutation is somewhat more marked in the absence of the carboxyl-terminal tail (data not shown), the activity of both p70 (Thr-412 → Glu) and p70ΔCT104 (Thr-412 → Glu) can be further increased by insulin, an effect attributable, at least in part, to the insulin-stimulated phosphorylation of Thr-252 (*e.g.* Fig. 5A).

Recently p70 (Ser-394) was shown to be a site of mitogen-regulated phosphorylation, wherein mutation greatly diminished 40 S kinase activity (10). We confirm the inhibitory effect of Ser-394 mutation on 40 S kinase activity and find that mutation of Ser-394 to Ala or Asp greatly inhibits phosphorylation at Thr-412 (Fig. 5B). Neither removal of the carboxyl-terminal tail nor mutation of Thr-412 to Glu restores 40 S kinase activ-

Downloaded from www.jbc.org by on August 13, 2009

*Regulation of p70 S6 Kinase Site-specific Phosphorylation*



FIG. 4. **The effects of p70 S6 kinase amino- and carboxyl-terminal truncation on the S6 kinase activity and site-specific phosphorylation of p70.** *A*, CHO-IR cells were transfected with HA-tagged p70 wild type (*WT, lanes 1* and *2*); p70 deleted of the carboxyl-terminal tail, amino acids 422–525 (Δ*CT, lanes 3* and *4*); p70 deleted of amino acids 2–46 (Δ*2–46, lanes 5* and *6*); and doubly deleted (Δ*2–46/*Δ*CT*). Twelve hours after removal of serum, the cells were treated with carrier (*lanes 1, 3, 5,* and *7*) or insulin $10^{-7}$ M, *lanes 2, 4, 6,* and *8*) and extracted 10 min later. Anti-HA immunoprecipitates were analyzed for S6 kinase activity ($^{32}P$-*S6*) and by immunoblot using the antibodies indicated; type 2 anti-Thr-252(P) antibodies were used. $^{32}P$ cpm into S6: *lane 1,* 5953; *lane 2,* 19,517; *lane 3,* 3341; *lane 4,* 15,276; *lane 5,* 278; *lane 6,* 2579; *lane 7,* 3061; *lane 8,* 15,989. *B*, conversion of Thr-412 to Glu overcomes the inhibition engendered by the Δ2–46 deletion. The experimental protocol was as in *A*. $^{32}P$ cpm into S6: *lane 1,* 3233; *lane 2,* 6937; *lane 3,* 427; *lane 4,* 1100; *lane 5,* 4057; *lane 6,* 5007.

ity to the Ser-394 → Ala mutant (not shown), indicating that although Ser-394 influences Thr-412 phosphorylation *in vivo*, Ser-394 phosphorylation *per se* is required for p70 activity.

## DISCUSSION

The goal of these studies was to characterize, in an intact cell, the changes in phosphorylation of a cohort of sites on the p70 S6 kinase in response to agonists and inhibitors and to correlate those changes with p70 catalytic activity. This analysis was carried out through the use of anti-p70 phosphopeptide antibodies, because the large number of data points examined would have rendered impractical such an analysis using conventional proteolysis and two-dimensional tryptic mapping. Moreover, the residence of Thr-412 in a very hydrophobic domain has created difficulty in achieving reproducible tryptic/chymotryptic cleavage and recovery of this important site. Although the specificity of the antibodies employed has been clearly defined, the indirect nature of this analysis bears emphasis.

The sites chosen for study (Thr-252, Thr-412, Ser-434, Thr-444, and Ser-447) are a subset of those established by earlier work to be important in the regulation of p70 catalytic activity. Thus prior studies have shown that a cluster of sites in the p70 carboxyl-terminal tail (Ser-434, Ser-441, Ser-447, Ser-452, and Thr-444) (3–9), Thr-252 in the activation loop of the catalytic domain (8, 9, 11, 12, 16), and Thr-412 (9, 16), the latter two situated in a 65-amino acid segment immediately carboxyl-terminal to the catalytic domain, are each sites of insulin/mitogen-stimulated phosphorylation *in vivo*. Moreover, conversion of Thr-252, Thr-412, and Ser-394 to alanine each results in a ≥90% decrease in p70 activity, and the simultaneous conversion of amino acids 434, 441, 444, and 447 to alanine also suppresses the activation of p70 by over 80%. Furthermore, conversion of Thr-412 to Glu increases "basal" p70 activity, *i.e.* activity in serum-deprived cells; independently, the selective phosphorylation of Thr-252 *in vitro* by PDK1 also increases p70 activity (11, 12). When these two modifications are combined, p70 activity is 20–30-fold greater than with either modification singly (11). Thus each of the phosphorylations chosen for study is of established importance in p70 regulation. In the present study, we sought to understand how the phosphorylation of these sites is regulated *in vivo* and how

each contributes to changes in p70 activity. A dominant conclusion derived from these results is that although the regulation of the p70 carboxyl-terminal tail and the phosphorylation of Thr-252 in the activation loop are each crucial to p70 activation, it is the changes in the phosphorylation of Thr-412 that corresponds most closely with the fluctuations of p70 activity *in vivo* (Fig. 6).

The cluster of phosphorylation sites in the p70 carboxyl-terminal tail is situated in a pseudo-substrate autoinhibitory domain (3, 4), and it was inferred from the effects of mutation that multiple phosphorylation of these sites served to diminish the inhibitory potency of this segment by decreasing its ability to compete with the 40 S substrate for the catalytic domain (7). The present results uncover a separate, major mechanism of autoinhibition through the ability of the carboxyl-terminal tail to control access of upstream kinases to p70 phosphorylation sites crucial to activation, and in particular to Thr-412. The operation of the carboxyl-terminal tail as an inhibitor through this mechanism is revealed most clearly by deletion of p70 amino-terminal residues 2–46, which produces a profound inhibition of p70 that can be relieved by a further deletion of the carboxyl-terminal tail. Notably, the 2–46 deletion does not affect the phosphorylation of the carboxyl-terminal tail (at least at Ser-434, Thr-444, and Ser-447); however, the phosphorylation of Thr-412 is essentially abolished. Further deletion of the carboxyl-terminal tail restores Thr-412 phosphorylation and p70 activity. Alternatively, the need for Thr-412 phosphorylation can by bypassed by a Thr-412 → Glu mutation, which, like the carboxyl-terminal deletion, overcomes the inhibitory effect of the Δ2–46 deletion. The mechanism by which the p70 amino terminus controls the ability of the carboxyl-terminal tail to grant access to Thr-412 is unknown. The data in Fig. 5*B* and Ref. 10 indicate that the phosphorylation of Thr-412 is also dependent on the phosphorylation of Ser-394, another proline-directed site; it has not been determined as yet whether the Δ2–46 deletion alters Ser-394 phosphorylation.

Just as the p70 tail appears to control access to Thr-412, the phosphorylation of Thr-412 is one of the critical regulators of Thr-252 phosphorylation; mutation of the Thr-412 to Ala abolishes phosphorylation of Thr-252 (Fig. 5*A*). Inasmuch as Thr-252 is a site whose phosphorylation is known to be required for

Downloaded from www.jbc.org by on August 13, 2009



*The Journal of Biological Chemistry*

ASBMB

jbc

*Regulation of p70 S6 Kinase Site-specific Phosphorylation*   16627





FIG. 5. **The effect of various site-specific mutations on recombinant p70.** *A*, a mutation of Thr-412 modifies the phosphorylation of Thr-252 *in vivo*. CHO-IR cells expressing HA-tagged p70 wild type (*WT*, *lanes 1* and *2*), p70 Thr-412 → Ala (*T412A*, *lanes 3* and *4*), and p70 Thr-412 → Glu (*T412E lanes 5* and *6*) deprived of serum for 12 h and treated with carrier (*lanes 1, 3* and *5*) or insulin ($10^{-7}$ M *lanes 2, 4*, and *6*) for 10 min prior to extraction. Anti-HA immunoprecipitates were analyzed for S6 kinase activity ($^{32}$P-S6) and by immunoblot using the antibodies indicated; type 1 anti-Thr-252(P) antibodies were used. $^{32}$P cpm into S6: *lane 1*, 1288; *lane 2*, 3852; *lane 3*, 60; *lane 4*, 86; *lane 5*, 2488; *lane 6*, 3516. *B*, the effect of mutations at Lys-123, Thr-256, and Ser-394 on p70 activity and site-specific phosphorylation. Serum-deprived CHO-IR cells expressing HA-tagged p70 wild type (*WT*, *lanes 1* and *2*), Lys-123 → Met (*K123M*, *lane 3* and *4*), Thr-256 → Ala (*T256A*, *lanes 5* and *6*), Ser-394 → Ala (*S394A*, *lanes 7* and *8*), and Ser-394 → Asp (*S394D*, *lanes 9* and *10*) were treated with carrier (*lanes 1, 3, 5, 7*, and *9*) or insulin ($10^{-7}$ M, *lanes 2, 4, 6, 8*, and *10*) for 10 min prior to extraction; washed HA immunoprecipitates were analyzed for S6 kinase activity and by immunoblot using the antibodies indicated; type 2 anti-Thr-252(P) antibodies were used. $^{32}$P cpm into S6: *lane 1*, 804; *lane 2*, 4239; *lane 3*, 7; *lane 4*, 22; *lane 5*, 18; *lane 6*, 170; *lane 7*, 286; *lane 8*, 469; *lane 9*, 310; *lane 10*, 907.

p70 activity, it could be argued that the effects of Thr-412 phosphorylation or p70 activity *in vivo* are achieved indirectly, through regulation of Thr-252. This cannot be entirely excluded until the effects of selective phosphorylation of Thr-412 have been determined. Nevertheless, it is clear that the activity of p70ΔCT104 (Thr-412 → Glu) is substantially greater than p70ΔCT104, even after both polypeptides have been extensively dephosphorylated *in vitro* with protein phosphatase 2A(PP2A) (11). Moreover, the activity of PP2A-treated p70ΔCT104 (Thr-412 → Glu) is comparable to that of p70ΔCT104 selectively phosphorylated at Thr-252 by PDK1, and the finding that the modification of both sites concurrently results in potent synergistic activation strongly supports the conclusion that the phosphorylation of Thr-412 provides an important direct contribution to p70 activation in addition to its influence on the phosphorylation of Thr-252 *in vivo* (11). Moreover, it is clear that the phosphorylation of Thr-412 is in some manner dependent on Thr-252, as conversion of this

amino acid to alanine greatly suppressed Thr-412 phosphorylation.

Given that the concurrent phosphorylation of Thr-252 and Thr-412 appears to be necessary for p70 activation, the question remains as to whether the phosphorylation at both sites is coordinately regulated *in vivo* under all circumstances. The data presented here, especially in Figs. 2 and 3, address this issue. They demonstrate that in serum-deprived cells, basal phosphorylation of the Thr-252 is detectable, whereas Thr-412 appears dephosphorylated. Consequent to insulin addition, the phosphorylation at both these sites, as well as those in the carboxyl-terminal tail, increase concurrently with p70 activity. The coordinate phosphorylation of Thr-412 and Thr-252, however, is uncoupled in the presence of wortmannin and rapamycin. Both inhibitors cause dephosphorylation of p70 at all sites examined; however, the most rapid loss of phosphate occurs from Thr-412, followed closely by Thr-444/Ser-447, and the decrement in p70 kinase activity tracks directly with the loss of Thr-412(P) immunoreactivity. It is likely that the deactivation resulting from the selective Thr-412 dephosphorylation reflects the requirement for dual Thr-252/Thr-412 phosphorylation; however, this conclusion remains speculative in the absence of a selective inhibitor of Thr-252 phosphorylation. As to the mechanism underlying this rapid multisite dephosphorylation of p70, we infer that wortmannin, through the inhibition of PI-3 kinase, is deactivating the protein kinases responsible for p70 phosphorylation; direct evidence in support of this idea, however, is scant. The identity of the proline-directed kinases that act on p70 *in vivo* have not been unequivocally established; mitogen-activated protein kinases, stress-activated protein kinases, p38, and cdc2 can each phosphorylate some or all of these sites *in vitro* (5); the various Erks can be recruited through activation of PI-3 kinase in a cell- and stimulus-specific manner (17–19), and the actual effectors probably vary depending on the cell type and initiating stimulus, *i.e.* mitogens *versus* stress. PDK1, a candidate p70 Thr-252 kinase, appears to be constitutively active *in vivo* (21), and although it binds directly to PtdIns(3,4,5)$P_3$ *in vitro*, the lipid does not alter PDK1 catalytic activity. Thus wortmannin may inhibit Thr-252 phosphorylation either by delocalizing PDK1 from its site of action or by inhibiting the protein kinase acting on p70 (Thr-412). The p70 (Thr-412) kinase is probably activated by PtdIns(3,4,5)$P_3$ directly or indirectly, and the deactivation of Thr-412 phosphorylation may result in diminished phosphorylation or more rapid dephosphorylation of Thr-252.

The mechanism by which rapamycin promotes p70 Thr-412 dephosphorylation appears to be completely different than for wortmannin. Thus, whereas the S6 kinase activity and Thr-412 phosphorylation of the Δ2–46/ΔCT104 variant are both inhibited by wortmannin, they are resistant to rapamycin (15, 16). This indicates that rapamycin does not inhibit the Thr-412 kinase; instead, the rapamycin-induced p70 Thr-412 dephosphorylation probably reflects rapamycin activation of a protein phosphatase whose activity is normally restrained by the active mTOR kinase. This view contrasts with the conclusions of Burnett *et al.* (20) who found that immunoprecipitates of mTOR (RAFT-1) catalyze phosphorylation recombinant fragments of p70 directly at Thr-412. We find such *in vitro* p70 Thr-412 phosphorylation by mTOR to be trivial and probably irrelevant, inasmuch as the activity of p70-(1–364) expressed in Sf9 cells is completely inhibited by rapamycin.

A prominent feature of the p70 immunoblots is the presence of multiple, closely spaced immunoreactive polypeptide bands. This ladder-like array of p70 polypeptides on SDS-PAGE was first observed in isolates of purified rat liver p70 peptides (22) and was shown subsequently to reflect different degrees of

The Journal of Biological Chemistry

ASBMB

Downloaded from www.jbc.org by on August 13, 2009

A696

*Regulation of p70 S6 Kinase Site-specific Phosphorylation*



FIG. 6. **A model for the insulin/mitogen activation of the p70 S6 kinase.** Modified from Ref. 11. *Step 1* involves the phosphorylation of an array of (Ser/Thr) Pro sites situated in the autoinhibitory domain in the carboxyl-terminal tail (Ser-434, Ser-441, Thr-444, Ser-447, and Ser-452) and in the catalytic domain extension (Thr-390 and Ser-394). A variety of proline-directed kinases, including various Erks and Cdc2 are capable of phosphorylating these sites *in vitro* (5), as is a proline-directed kinase activity associated with or intrinsic to mTOR. The identity of the kinases operative *in vivo* at this step is not known but depends in part on the cell type and stimulus. *MAPK*, mitogen-activated protein kinase; *SAPK*, stress-activated protein kinase. *Step 2* involves the release of the phosphorylated carboxyl-terminal tail from the catalytic domain, enabling access of kinases to Thr-252 (11) and Thr-412 (Fig. 4). The existence of this step is inferred from the ability of the Δ2–46 (and Δ29–46) deletion to interrupt p70 activation at this point (see Fig. 4). *Step 3* is the PDK1-catlyzed phosphorylation of Thr-252 in the activation loop of the catalytic domain, which increases p70 activity slightly, and sets up the conformation necessary for the concerted activation that occurs with dual Thr-252 and Thr-412 phosphorylation. *Step 4* is the PtdIns(3,4,5)P₃-stimulated phosphorylation of Thr-412, which appears to be the final, rate-limiting step in p70 activation. The concurrent phosphorylation of Thr-252 and Thr-412 increases p70 activity by 20–30-fold over that resulting from the phosphorylation of either site singly (11). The deactivation of p70 that occurs on withdrawal of insulin or inhibition of PI-3 kinase results from the complete dephosphorylation of Thr-412, with residual phosphorylation remaining at Thr-252 (see Figs. 2B and 3B), and reflects the requirement for dual (412/252) phosphorylation. This basal state probably corresponds most closely to the form of p70 after Step 3, except with more dephosphorylation of the carboxyl-terminal tail.

p70 phosphorylation (14). The progressively slower mobility is not due primarily to the increasing negative charge engendered by multiple phosphorylation but to an altered conformation caused by phosphorylations at specific sites, particularly Thr-412 and Thr-252, which have a disproportionate effect on p70 mobility, presumably reflecting the importance of phosphorylation at those sites in determining p70 structure.

The transiently expressed recombinant p70 polypeptide, in contrast to the endogenous p70 polypeptides, always exhibits a large predominance of rapidly migrating p70 bands, with only a small minority of bands exhibiting retarded mobility after insulin or serum treatment *in vivo*. This reflects the substantial overexpression of the recombinant p70 polypeptides, to an extent that far exceeds the capacity of the upstream activating kinases, so that only a minority of the recombinant p70 polypeptides undergo full phosphorylation (as reflected by maximal slowing of mobility on SDS-PAGE) and activation, even in response to maximal stimulation by insulin. Based on the relative elution of immunoreactive p70 polypeptides and 40 S kinase activity on Mono Q chromatography, as well as the effects of phosphatase (*in vitro*) (14) and rapamycin (*in vivo*) on p70 activity and mobility on SDS-PAGE (22, 23), it was concluded previously that only the most slowly migrating (presumably) fully phosphorylated p70 polypeptides possessed "any" 40 S kinase activity.

The immunostaining of p70 by each of the anti-phosphopeptide antibodies is biased toward the visualization of bands of slower mobility. This pattern is readily observed in the anti-(Thr-252(P)), anti-(Thr-444(P)/Ser-447(P)), and anti-(Thr-434(P)) immunoblots, and is most pronounced in the anti-(Thr-412(P)) blots, which in general show only a single band,

corresponding in mobility to the most slowly migrating band visualized by the other antibodies. The predominant association of Thr-412(P) immunoreactivity with the most slowly migrating bands, which correspond to the catalytically "active" p70 polypeptides, can now be interpreted in the context of the very powerful positive cooperativity between Thr-412(P) and Thr-252(P) in conferring 40 S kinase activity on the p70 polypeptide. It is this doubly modified p70 polypeptide that probably corresponds to the catalytically active fraction, which is found exclusively among the most slowly migrating p70 polypeptides generated *in vivo*. The present results indicate that Thr-252 is phosphorylated on p70 polypeptides of every mobility, the majority of which lack substantial 40 S kinase activity (for example, especially as seen in serum-deprived cells or after wortmannin or rapamycin inhibition). Nearly all immunoreactive p70 (Thr-412(P)) polypeptides are found among the most slowly migrating p70 polypeptides, probably because the Thr-412 phosphorylation can itself cause the upshift. The fraction of these Thr-412(P) polypeptides that are also phosphorylated at Thr-252 cannot be ascertained; however, those that are doubly modified will be at least 20–30-fold more active than those phosphorylated at Thr-412 only. Serum-deprived cells contain a reservoir of Thr-252-phosphorylated p70 polypeptides, not yet phosphorylated on Thr-412; inasmuch as Thr-252 phosphorylation appears to require Thr-412 phosphorylation, the presence of p70 Thr-252(P) but not Thr-412(P) in serum-deprived cells must reflect a differential sensitivity of these two sites to phosphatase as suggested by Fig. 2B. The ability of insulin and serum to increase the phosphorylation of Thr-252 likely reflects, in part, a prior phosphorylation of Thr-412. These considerations, especially the very low abundance of

Downloaded from www.jbc.org by on August 13, 2009

A697

p70 Thr-412(P) in serum-deprived or wortmannin/rapamycin-inhibited cells as compared with p70 Thr-252(P), indicate that it is the phosphorylation of Thr-412 that is the rate-limiting step in p70 activation. Presumably, it is also the last step in p70 activation (Fig. 6), although the concerted nature of the p70 multisite phosphorylation does not enable us to support this conclusion directly.

The identification of the p70 Thr-412 kinase remains one of the major unrealized goals necessary to complete the description of the apparatus interposed between PI-3 kinase and the p70 S6 kinase. The differences in the extent of phosphorylation at Thr-412 and Thr-252 in response to serum deprivation, rapamycin, wortmannin, as well as the ability to dissociate Thr-252 phosphorylation from Thr-412 phosphorylation *in vivo* through deletion of the carboxyl-terminal tail or conversion of Ser-394 to Ala all suggest that Thr-412 is phosphorylated *in vivo* by a different kinase than is Thr-252. This is further reinforced by the very marked selectivity of PDK1 for Thr-252 *in vitro* (11, 12), whereas Thr-252 and Thr-412 are phosphorylated with similar alacrity *in vivo* in response to insulin. A definitive answer requires the identification of a kinase specific for Thr-412, which is regulated by PI-3 kinase directly or indirectly, in a manner consistent with the patterns of insulin-stimulated p70 Thr-412 phosphorylation that occur *in vivo*, as described in this report.

*Acknowledgment*—We thank J. Prendable for preparation of the manuscript.

REFERENCES

1. Avruch, J. (1998) *Mol. Cell Biochem.* 182, 31–48
2. Sturgill, T. W., Ray, L. B., Erikson, E., and Maller, J. L. (1988) *Nature* 334, 715–718
3. Banerjee, P., Ahmad, M. F., Grove, J. R., Kozlosky, C., Price, D. U., and Avruch, J. (1990) *Proc. Natl. Acad. Sci. U. S. A.* 87, 8550–8554
4. Price, D. J., Mukhopadhyay, N. K., and Avruch, J. (1991) *J. Biol. Chem.* 266, 16281–16284
5. Mukhopadhyay, N. K., Price, D. J., Kyriakis, J. M., Pelech, S., Sanghera, J., and Avruch, J. (1992) *J. Biol. Chem.* 267, 3325–3335
6. Ferrari, S., Bannwarth, W., Morley, S. J., Totty, N. F., and Thomas G. (1992) *Proc. Natl. Acad. Sci. U. S. A.* 89, 7282–7286
7. Han, J.-W., Pearson, R. B., Dennis, P. B., and Thomas, G. (1995) *J. Biol. Chem.* 270, 21396–21403
8. Weng, Q.-P., Andrabi, K., Klippel, A., Kozlowski, M. T., Williams, L. T., and Avruch, J. (1995) *Proc. Natl. Acad. Sci. U. S. A.* 95, 5744–5748
9. Pearson, R. B., Dennis, P. B., Han, J. W., Williamson, N. A., Kozma, S. C., Wettenhall, R. E., and Thomas, G. (1995) *EMBO J.* 14, 5279–5287
10. Moser, B. A., Dennis, P. B., Pullen, N., Pearson, R. B., Williamson, N. A., Wettenhall, R. E., Kozma, S. C., and Thomas, G. (1997) *Mol. Cell. Biol.* 17, 5648–5655
11. Alessi, D., Kozlowski, M. T., Weng, Q.-P., Morrice, N., and Avruch, J. (1997) *Curr. Biol.* 8, 69–81
12. Pullen, N., Dennis, P. B., Andelkovic, M., Dufner, A., Kozma, S. C., Hemmings, B. A., and Thomas, G. (1998) *Science* 279, 707–710
13. Weng, Q.-P., Andrabi, K., Kozlowski, M. T., Grove, J. R., and Avruch, J. (1995) *Mol. Cell. Biol.* 15, 2333–2340
14. Grove, J. R., Banerjee, P., Balasubramanyam, A., Coffer, P. J., Price, D. J., Avruch, J., and Woodgett, J. R. (1991) *Mol. Cell. Biol.* 11, 5541–5550
15. Hara, K., Yonezawa, K., Weng, Q.-P., Kozlowski, M. T., Belham, C. T., and Avruch, J. (1998) *J. Biol. Chem.* 273, 14484–14494
16. Dennis, P. B., Pullen, N., Kozma, S. C., and Thomas, G. (1996) *Mol. Cell. Biol.* 16, 6242–6251
17. Cross, D. A. E., Alessi, D. R., and Vandenheede, J. R. (1994) *Biochem. J.* 303, 21–26
18. Lopez-Ilasaca, M., Crespo, P., Pellici, P. G., Gutkind, J. S., and Wetzker, R. (1997) *Science* 275, 394–397
19. Scott, P. H., and Lawrence, J. C., Jr. (1997) *FEBS Lett.* 409, 171–176
20. Burnett, P. E., Barrow, R. K., Cohen, N. A., Snyder, S. H., and Sabatini, D. M. (1998) *Proc. Natl. Acad. Sci. U. S. A.* 95, 1432–1437
21. Alessi, D. R., James, S. R., Downes, C. P., Holmes, A. B., Gafrey, P. R. J., Reese, C. B., and Cohen, P. (1997) *Curr. Biol.* 7, 261–269
22. Price, D. J., Nemenoff, R. A., Avruch, J. (1989) *J. Biol. Chem.* 264, 13825–13833
23. Price, D. J., Grove, J. R., Calvo, V., Avruch, J., and Bierer, B. E. (1992) *Science* 257, 973–977
24. Chung, J., Kuo, C. J., Crabtree, G. R., and Blenis, J. (1992) *Cell* 69, 1227–1236

Downloaded from www.jbc.org by on August 13, 2009

ASBMB

The Journal of Biological Chemistry

jbc

# EXHIBIT 48



ELSEVIER

# Chemical Modification of Rapamycin: The Discovery of SDZ RAD

R. Sedrani, S. Cottens, J. Kallen, and W. Schuler

THE immunosuppressive macrolide rapamycin (RAP) 1 (Fig 1) has attracted interest in recent years because of its potential in the prevention of both allograft rejection[1] and the development of graft vessel disease (GVD).[2] This complex natural product, with its remarkable biological properties, unfortunately exhibits unfavorable physico-chemical properties. As a consequence, the galenical formulation and oral administration of RAP has proven to be rather difficult. Until recently, the majority of published work demonstrating the immunosuppressive effect of RAP in vivo has dealt with parenteral administration of the compound (for references, see Granger et al[3]). We therefore embarked on a program aimed at overcoming these difficulties by chemical derivation of RAP. The nature of the chemical modification had to be carefully chosen. It had to allow for the introduction of a variety of chemical groups and functionalities.

Another important criterion to be considered was the metabolic stability; the targeted RAP derivatives had to constitute the active principle, ie, they should not behave as prodrugs. Therefore, it was of utmost importance to find a position in RAP that could be chemically modified without resulting in loss of immunosuppressive activity. Alkylation of the hydroxyl (O-alkylation) in either position 28 or 40 (Fig 1) was envisaged as a type of modification that could be expected to correspond to our criteria. The data presented herein show that O-alkylation in position 40 can indeed lead to novel, potently immunosuppressive RAP-derivatives, provided that the newly introduced alkyl group is properly chosen.

O-alkylation in position 28 (eg, 2, Fig 1), on the other hand, leads to loss of immunosuppressive activity, which can be explained on the basis of structural results obtained by X-ray crystallography. The efforts described herein ultimately resulted in the identification of a potent RAP derivative, SDZ RAD (40-O-(2-hydroxy)ethylrapamycin) 4 (Fig 1), which is currently undergoing clinical trials.

## MATERIALS AND METHODS
### Rapamycin and Analogs

RAP was obtained by fermentation of the actinomycete strain A91-259211. The analogs were prepared in our laboratories by chemical modification of RAP. The experimental details of the chemical syntheses will be reported elsewhere.

### In Vitro Assays

*FKBP12 Binding Assay.* Binding to the FK 506 binding protein (FKBP12) was indirectly assessed by means of an ELISA-type competition assay. FK 506 was included in each individual experiment as a standard, and the inhibitory activity is expressed as relative $IC_{50}$ compared to FK 506 ($rIC_{50} = IC_{50}$ test compound/$IC_{50}$ FK 506). Details regarding this assay have been reported.[4]

*Mixed Lymphocyte Reaction (MLR).* The immunosuppressive activities of RAP and its derivatives were assessed in a two-way MLR, using spleen cells of BALB/c and CBA mice. RAP was included in each individual experiment as a standard, and the inhibitory activity is expressed as relative



| | $R_1$ | $R_2$ |
|---|---|---|
| 1 RAP | $R_1$ = H | $R_2$ = H |
| 2 | $R_1$ = H | $R_2$ = Me |
| 3 | $R_1$ = Me | $R_2$ = H |
| 4 SDZ RAD | $R_1$ = HO(CH$_2$)$_2$ | $R_2$ = H |
| 5 | $R_1$ = HO(CH$_2$)$_3$ | $R_2$ = H |
| 6 | $R_1$ = Ph | $R_2$ = H |

Fig 1.   Chemical structures of RAP 1, 28-O-methylrapamycin 2 and 40-O-alkylated derivatives, including SDZ RAD 4.

From Novartis Pharma AG, Basel, Switzerland.

Address reprint requests to Richard Sedrani, Novartis Pharma AG, Preclinical Research, CH-4002, Basel, Switzerland.

0041-1345/98/$19.00
PII S0041-1345(98)00587-9

© 1998 by Elsevier Science Inc.
655 Avenue of the Americas, New York, NY 10010

A699

CORD016660
HIGHLY CONFIDENTIAL

08/10 '01 16:29 FAX +41 61 324 6912    NOVARTIS PATENT DEPT. CH                      ☒003

RAPAMYCIN MODIFICATION                                                                2193

### Table 1. In Vitro Activities of Rapamycin and O-Alkylated Derivatives

| Compound | Substituent $R_1$ | Substituent $R_2$ | FKBP12 binding (rIC$_{50}$)* | MLR (rIC$_{50}$)† |
|---|---|---|---|---|
| 1 RAP | H | H | 0.6 | 1 |
| 2 | H | Me | 1.6 | 1300 |
| 3 | Me | H | 1.1 | 6.5 |
| 4 SDZ RAD | HO(CH$_2$)$_2$— | H | 2.0 | 2.1 |
| 5 | HO(CH$_2$)$_4$— | H | 0.8 | 18 |
| 6 | Ph— | H | 23 | >450 |

*The ability of the compounds to compete with immobilized FK 506 for binding to biotinylated FKBP12 was determined in a competitive binding assay. FK 506 was included as standard in each individual experiment. Results are expressed as means of the relative IC$_{50}$ values (ie, IC$_{50}$ test compound/IC$_{50}$ FK 506). The range of absolute IC$_{50}$ values for FK 506 was 0.8–1.2 nmol/L.

†The inhibitory effect on a two-way MLR performed with spleen cells from BALB/c and C3A mice was tested. RAP was included as standard in each individual experiment. Results are expressed as means of the relative IC$_{50}$ values (ie, IC$_{50}$ test compound/IC$_{50}$ RAP). The range of absolute IC$_{50}$ values for RAP was 0.06–0.9 nmol/L.

See Fig 1.

IC$_{50}$ compared to RAP (rIC$_{50}$ = IC$_{50}$ test compound/IC$_{50}$ RAP). Details regarding this assay have been reported.[4]

## RESULTS AND DISCUSSION

As can be seen from the data shown in Table 1, alkylation in either position 28 (compound 2) or position 40 (compounds 3–5) did not greatly affect binding to FKBP12. A significant loss in affinity was only observed when the rather bulky phenyl group was added to the C40-hydroxyl (compound 6). Methylation of the C28-hydroxyl (compound 2) resulted in a 1000-fold loss of activity in the MLR. When the same modification was carried out in position 40 (compound 3), the immunosuppressive activity was only reduced by a factor of 6.5 as compared to RAP. This clearly indicated that, in contrast to the C28-hydroxyl, the C40-hydroxyl was amenable to chemical modifications without resulting in a prohibitive loss of potency, and that further optimization could be envisaged. Indeed, introduction of a 2-hydroxyethyl group in that same position, leading to SDZ RAD 4, enhanced the potency with respect to the methyl-derivative 3; the immunosuppressive activity of SDZ RAD in vitro was found to be comparable to that of RAP. When the hydroxyalkyl chain was extended, as in derivative 5, the trend was reversed, and a reduction of activity was observed.

The results reported herein can be explained on the basis of structural results obtained by X-ray crystallography. RAP exerts its immunosuppressive activity by first binding to FKBP12. This binding is necessary, but not sufficient, as was recognized earlier (see Brown et al[5] and references cited therein), and as can be seen from our data in Table 1 (ie, compounds 2 and 6). In the case of compound 6 the chemical modification results in decreased affinity for FKBP12 and, as a consequence, in a significant loss of immunosuppressive potency. Compound 2, on the other hand, exhibits a 1300-fold loss in activity despite its high affinity for FKBP12. The active principle is actually rather the FKBP12/RAP complex, which binds to the target protein mTOR[6] (also termed FRAP[5] or RAFT[7]).

As far as 2 is concerned, we have previously shown that in the complex with FKBP12, the newly introduced O-methyl group in position 28 causes a 120° rotation around the C35–C36 bond (Fig 1), considerably shifting the cyclohexyl subunit.[8] The macrocyclic part of 2 remains virtually unchanged with respect to FKBP12-bound RAP and can be superimposed with the macrocyclic part of RAP in the X-ray crystal structure of the FKBP12-RAP-FRB complex[9] (FRB = FKBP12-rapamycin-binding domain of mTOR). This analysis shows that the cyclohexyl subunit of 2, in its new position, collides with a loop of the mTOR fragment. This actually prevents binding of 2 in complex with FKBP12 to mTOR, thus explaining the lack of activity in the MLR. The X-ray crystal structure of the FKBP12/SDZ RAD 4 complex, on the other hand, reveals a three-dimensional structure for bound SDZ RAD, which very closely resembles that of RAP (details concerning the structure will be published elsewhere). From a structural point of view, there is no impediment to complex formation between FKBP12/SDZ RAD and the FRB fragment of mTOR, thus explaining its high potency. The loss of activity observed when going from SDZ RAD 4 to 5 is probably due to the larger size of the modification at the C40-hydroxyl in the latter. This can conceivably result in steric hindrance with, and reduced affinity for, mTOR. The modification in 6, finally, clearly affects binding to FKBP12, a prerequisite for activity, and probably also, because of its size, binding of the FKBP12/6 complex to mTOR.

In conclusion, we have shown that O-alkylation of RAP can lead to highly potent derivatives, provided that a suitable alkyl group is introduced into the appropriate position and that the structure-activity relationship of O-alkylated RAP derivatives can be explained by X-ray structural results. The 40-O-(2-hydroxyethyl) derivative SDZ RAD 4 is presently undergoing clinical trials for use in combination with cyclosporine A to prevent acute and chronic rejection after solid-organ allotransplantation.[4,10]

## REFERENCES

1. Kahan BD: Transplant Proc 29:48, 1997
2. Gregory CR, Huie P, Billingham ME, Morris RE: Transplantation 55:1409, 1993
3. Granger DK, Cromwell JW, Chen SC, et al: Transplantation 59:183, 1995
4. Schuler W, Sedrani R, Cottens S, et al: Transplantation 64:36, 1997

CORD016661
HIGHLY CONFIDENTIAL

SEDRANI, COTTENS, KALLEN ET AL

2194

5. Brown EJ, Albers MW, Shin TB, et al: Nature 369:756, 1994

6. Sabers CJ, Martin MM, Brunn GJ, et al: J Biol Chem 270:815, 1995

7. Sabatini DM, Erdjument-Bromage H, Lui M, et al: Cell 78:35, 1994

8. Kallen JA, Sedrani R, Cottens S: J Am Chem Soc 118:5857, 1996

9. Choi J, Chen J, Schreiber SL, et al: Science 273:239, 1996

10. Schuurman HJ, Cottens S, Fuchs S, et al: Transplantation 64:32, 1997

A701

CORD016662

HIGHLY CONFIDENTIAL

# EXHIBIT 49

MAIN Ser   CISTI/ICIST NRC/CNRC
QP89       MAIN Ser
T76        0041-1337
v. 64      Received on: 08-07-97
no. 1      Transplantation.
Jul 15,
1997

Transplantation.
Faxon  Stacks M-55

ntation®

July 15, 1997



OVERVIEW
Balancing the immune system for tolerance:
a case for regulatory CD4 cells
E.H. Field, Q. Gao, N. Chen, and T.M. Rouse

CORD078382

# Transplantation®

## OFFICIAL JOURNAL OF THE TRANSPLANTATION SOCIETY

### Editors

J. R. BATCHELOR
*London, England*
ANTHONY P. MONACO
*Boston, Massachusetts*

PETER J. MORRIS
*Oxford, England*
DAVID H. SACHS
*Boston, Massachusetts*

MANIKKAM SUTHANTHIRAN
*New York, New York*
KATHRYN J. WOOD
*Oxford, England*

### Emeritus Editors

ERNST J. EICHWALD
HERBERT CONWAY
NATHAN KALISS
LESLIE BRENT
JOSEPH E. MURRAY
JAMES G. HOWARD
ARNOLD R. SANDERSON
DAVID STEINMULLER
MARY L. WOOD

EUROPEAN EDITORIAL OFFICE:
*Nuffield Department of Surgery*
*University of Oxford*
*John Radcliffe Hospital*
*Headington, Oxford OX3 9DU, U.K.*

NORTH AMERICAN EDITORIAL OFFICE:
*New England Deaconess Hospital*
*1 Deaconess Road*
*Boston, Massachusetts 02215, U.S.A.*

### Editorial Board

M. ABECASSIS
D. ADAMS
J. W. ALEXANDER
P. AMLOT
A. ANDERSSON
A. D'APICE
H. AUCHINCLOSS
J. M. AUSTYN
A. BAKRAN
J. C. BALDWIN
W. M. BALDWIN
C. BANGHAM
C F. BARKER
W. A. BAUMGARTNER
E. BELL
P. BELL
W. E. BESCHORNER
M. E. BILLINGHAM
A. BISHOP
D. K. BISHOP
B. R. BLAZAR
J. A. BLUESTONE
K. BLUME
E. BOLTON
J. A. BRADLEY
J. D. BRIGGS
J. S. BROMBERG
C. BUNCH
W. J. BURLINGHAM
L. J. BURNS
A. BUSHELL
R. W. BUSUTTIL
R. CALNE
J. CHAPMAN
B. CHARPENTIER
L. CHATENOUD
S. I. CHO
F. CLAAS
S. COBBOLD
J. COHEN
R. B. COLVIN
C. CONLON
A. COOKE
D. K. C. COOPER
A. B. COSIMI
D. V. CRAMER
D. CRAWFORD
J. J. CURTIS

A. P. DALMASSO
H. J. DEEG
F. L. DELMONICO
J. DEVLIN
M. DONAGHY
J. S. DUMMER
D. L. DUNN
R. J. DUQUESNOY
P. DYER
R. B. EPSTEIN
C. O. ESQUIVEL
R. B. ETTENGER
J. FABRE
O. FARGES
J. L. M. FERRARA
E. H. FIELD
R. N. FINE
O. J. FINN
M. R. FIRST
J. FIRTH
S. M. FLECHNER
M. W. FLYE
J. D. FRELINGER
E. A. FRIEDMAN
P. FRIEND
S. FUGGLE
B. J. FULLER
T. C. FULLER
A. O. GABER
M. R. GAROVOY
R. L. GELLER
R. G. GILL
N. E. GOEKEN
J. M. GOLDMAN
M. GOLDMAN
G. J. GORES
E. GOULMY
J. J. GOZZO
D. GRANT
D. GRAY
R. E. GRESS
C. GROTH
R. D. GUTTMANN
G. A. HADLEY
P. F. HALLORAN
S. M. HAMMER
W. W. HANCOCK
J. A. HANSEN

D. W. HANTO
M. A. HARDY
W. HARMON
D. HART
D. HASKARD
P. HAYRY
J. H. HELDERMAN
A. D. HESS
R. HIGGINS
D. HOLT
J. D. HOSENPUD
D. A. HULLETT
S. HUNT
S. T. ILDSTAD
P. JABLONSKI
R. F. L. JAMES
N. JAMIESON
M. JEANNET
B. JOHNSON
M. L. JORDAN
M. A. JUTILA
B. D. KAHAN
M. P. KAYE
R. H. KERMAN
R. KHAULI
U. KHETTRY
J. A. KIRBY
R. L. KIRKMAN
G. B. KLINTMALM
S. J. KNECHTLE
R. A. P. KOENE
G. KOOTSTRA
R. KORNGOLD
S. M. KRAMS
H. KREIS
R. A. F. KROM
I. L. KRON
J. W. KUPIEC-WEGLINSKI
J. B. KURTZ
R. LECHLER
G. S. LIPKOWITZ
G. LOMBARDI
R. P. LOWRY
S. V. LYNCH
A. MADRIGAL
T. MANDEL
R. MARGREITER
M. MARTIN

D. W. MASON
A. J. MATAS
C. G. A. McGREGOR
I. McKENZIE
A. McLEAN
P. McMASTER
R. W. MELVOLD
S. METCALFE
D. MIDDLETON
C. M. MILLER
J. MILLER
C. MILLER-GRAZIANO
T. MOHANAKUMAR
E. MÖLLER
R. E. MORRIS
A. NAJI
G. NIELD
J. NEUBERGER
D. J. NORMAN
A. C. NOVICK
J. B. O'CONNELL
G. OPELZ
C. G. OROSZ
L. C. PAUL
T. PEARSON
D. PEGG
I. PENN
J. PEPPER
J. D. PERKINS
M. PESCOVITZ
M. R. PITTELKOW
J. L. PLATT
J. PROP
N. L. REINSMOEN
C. RICORDI
O. RINGDÉN
J. ROAKE
R. J. ROHRER
K. ROLLES
D. ROOPENIAN
M. L. ROSE
J. C. ROSENBERG
R. H. RUBIN
M. E. RUSSELL
D. R. SALOMON
O. SALVATIERRA
M. SANDRIN
F. P. SANFILIPPO

C. SAVAGE
M. H. SAYEGH
J. C. SCORNIK
D. A. SEDMAK
R. SELLS
D. SHAFFER
A. SHAKED
B. W. SHAW, JR.
A. G. R. SHEIL
H. SHENNIB
D. SHOSKES
R. L. SIMMONS
E. SIMPSON
D. R. SNYDMAN
H. W. SOLLINGER
J. H. SOUTHARD
A. SPENCER
T. E. STARZL
R. STORB
S. M. STRASBERG
R. J. STRATTA
J. W. STREILEIN
D. E. R. SUTHERLAND
M. SYKES
C. TAYLOR
R. TAYLOR
A. TEJANI
P. I. TERASAKI
J. M. THOMAS
A. W. THOMSON
N. L. TILNEY
A. TING
J. TREEGER
G. TUFVESON
L. A. TUREA
J. D. TYLER
A. G. TZAKIS
D. A. VALLERA
E. B. VOGELSANG
M. WAER
J. WALLWORK
G. L. WARNOCK
A. WARRENS
D. WHITE
R. WILLIAMS
R. F. M. WOOD
R. P. WOOD
A. ZEEVI

0041-1337/97/6401-36$03.00/0
TRANSPLANTATION
Copyright © 1997 by Williams & Wilkins

Vol. 64, 36–42, No. 1, July 15, 1997
Printed in U.S.A.

# SDZ RAD, A NEW RAPAMYCIN DERIVATIVE

## PHARMACOLOGICAL PROPERTIES IN VITRO AND IN VIVO

WALTER SCHULER,[1,2] RICHARD SEDRANI,[1] SYLVAIN COTTENS,[1] BARBARA HÄBERLIN,[3]
MANFRED SCHULZ,[1] HENK-JAN SCHUURMAN,[1] GERHARD ZENKE,[1] HANS-GÜNTER ZERWES,[1]
AND MAX H. SCHREIER[1]

*Preclinical Research, and Technical Research and Development, Novartis Pharma AG, CH-4002 Basel, Switzerland*

*Background.* This report describes the preclinical pharmacological profile of the new rapamycin analog, SDZ RAD, i.e., 40-O-(2-hydroxyethyl)-rapamycin.

*Methods.* The pharmacological effects of SDZ RAD were assessed in a variety of in vitro and in vivo models, which included an autoimmune disease model as well as kidney and heart allotransplantation models using different rat strain combinations.

*Results.* SDZ RAD has a mode of action that is different from that of cyclosporine or FK506. In contrast to the latter, SDZ RAD inhibits growth factor-driven cell proliferation in general, as demonstrated for the in vitro cell proliferation of a lymphoid cell line and of vascular smooth muscle cells. SDZ RAD is immunosuppressive in vitro as demonstrated by the inhibition of mouse and human mixed lymphocyte reactions and the inhibition of antigen-driven proliferation of human T-cell clones. The concentrations needed to achieve 50% inhibition in all of these assays fall into the subnanomolar range. SDZ RAD is effective in the in vivo models when given by the oral route in doses ranging between 1 mg/kg/day and 5 mg/kg/day. When compared with rapamycin, the in vitro activity of SDZ RAD is generally about two to three times lower; however, when administered orally, SDZ RAD is at least as active in vivo as rapamycin.

*Conclusions.* In conclusion, SDZ RAD is a new, orally active rapamycin-derivative that is immunosuppressive and that efficiently prevents graft rejection in rat models of allotransplantation. SDZ RAD has therefore been selected for development for use in combination with cyclosporine A to prevent acute and chronic rejection after solid organ allotransplantation.

It was first reported in 1989 that the macrolide rapamycin (RPM*), a secondary metabolite of *Streptomyces hygroscopicus*, effectively suppresses the rejection of transplanted allogeneic solid organs in experimental animals (*1, 2*). RPM is of particular interest as a new immunosuppressant because its mode of action is different from that of both cyclosporine

(CsA) and FK506. The latter drugs prevent T-cell proliferation by blocking transcriptional activation of early T cell-specific genes, thus inhibiting the production of T-cell growth factors, like interleukin (IL)-2. RPM, in contrast, acts at a later stage of the cell cycle, blocking not the production of growth factors but rather the proliferative signal that is provided by these factors; RPM arrests the cells at the late G1 stage of the cell cycle, preventing them from entering the S phase. (For a review on RPM and its mechanism of action see *3, 4*). It is of note that this effect of RPM is not restricted to IL-2-driven proliferation of T cells; RPM inhibits growth factor-dependent proliferation in general of any hematopoietic as well as nonhematopoietic cells tested so far (*5–7*), including vascular smooth muscle cells (VSMC) (*8*). The different modes of action of RPM and CsA provide a rationale for synergistic interaction of the two compounds, and this synergism has indeed been demonstrated (*9–11*). Further, the ability to inhibit growth factor-driven cell proliferation makes RPM a potential compound for the prevention of late graft loss due to graft vessel disease (GVD); growth factor-driven proliferation of VSMC leading to intimal thickening and eventually vessel obstruction seems to play a crucial role in the development of GVD (for a review see *12*). RPM has indeed been shown to inhibit arterial intimal thickening in rat recipients of orthotopic femoral artery allografts (*13*) as well as such thickening produced by mechanical injury where no immunological mechanism is involved (*14*).

These features make RPM and RPM analogs very interesting compounds for clinical transplantation. However, development of a proper oral RPM formulation with acceptable stability, bioavailability, and predictability has proven difficult and has impeded successful clinical development. So far, the majority of published preclinical work demonstrating the potent immunosuppressive effect of RPM deals with parenteral administration of the compound (for references see *15*); efficacy of an oral RPM formulation was shown only very recently in a pig and a rat model of allotransplantation (*15, 16*). However, wide interindividual variation in the pharmacokinetic parameters was noted in the pig study as well as in a recent report on first clinical experience with an oral RPM formulation (*17*).

The formulation of a compound can have a marked effect on clinical outcomes in transplantation, as seen with the introduction of the microemulsion preconcentrate of CsA (Neoral; Sandoz, Basel, Switzerland) (*18–20*). The 40-O-(2-hydroxyethyl)-RPM, SDZ RAD, is a new RPM analog that resulted from our efforts to overcome the formulation problems by chemical derivation, while maintaining the pharmacolog-

[1] Preclinical Research, Novartis Pharma AG.

[2] Address correspondence to: Walter Schuler, Preclinical Research, Novartis Pharma AG, S-386.1.26, CH-4002 Basel, Switzerland.

[3] Technical Research and Development, Novartis Pharma AG.

* Abbreviations: CsA, cyclosporine; FCS, fetal calf serum; FKBP12, FK506 binding protein; GVD, graft vessel disease; IC₅₀, concentration of compound needed to reach 50% inhibition; IL, interleukin; MLR, mixed lymphocyte reaction; PBMC, peripheral blood mononuclear cells; RPM, rapamycin; VSMC, vascular smooth muscle cells.

## SDZ RAD

FIGURE 1. Chemical structure of SDZ RAD, 40-O-(2-hydroxyethyl)-RPM.

ical benefits of RPM. In this study we report on the in vitro and in vivo pharmacological characteristics of SDZ RAD. We show that despite a slightly reduced in vitro activity, SDZ RAD has an efficacy after oral dosing that is at least equivalent to that of RPM.

## MATERIALS AND METHODS

### Reagents

RPM was obtained by fermentation of the actinomycetes strain A91–259211. SDZ RAD, 40-O-(2-hydroxyethyl)-RPM (Fig. 1), was derived by chemical derivation of RPM; the molecular formula is $C_{53}H_{83}NO_{14}$, and it has a molecular weight of 958.25. For the in vitro experiments, $10^{-2}$ M stock solutions of the compounds in ethanol were used. Stock solutions were stored at −20°C; samples to be tested were diluted on the day of the experiment in phosphate-buffered saline or culture medium. For the in vivo experiments SDZ RAD and RPM were formulated as liquid formulations, which kept the compounds dissolved even after dilution with aqueous vehicles. These formulations were adapted for both compounds with respect to their physicochemical properties. Stored at 4°C, the formulations are stable for >3 months.

### In Vitro Assays

The in vitro activity of RPM analogs was assessed by determining in the various assays the concentration of the compounds that results in 50% inhibition ($IC_{50}$). Serial dilutions of the test compounds, done in duplicate, were tested, and a four-parameter logistic function was applied to calculate the $IC_{50}$ values. RPM was included in each individual experiment as a standard, and the inhibitory activity was expressed as relative $IC_{50}$ compared with RPM (i.e., given as the ratio $IC_{50}$ of test compound/$IC_{50}$ of RPM). To measure in vitro cell proliferation, [³H]thymidine incorporation into DNA was determined following standard procedures.

FKBP12 binding assay. Binding to the FK506 binding protein (FKBP12) was indirectly assessed by means of an ELISA-type competition assay. Microtiter plate wells were coated with FK506 that was covalently coupled to bovine serum albumin. Coupling of FK506 to bovine serum albumin was performed by reacting bovine serum albumin with N-succinimidyl-oxycarbonyl-3'-propionyloxy-33-FK506. Biotinylated recombinant human FKBP12 was allowed to bind to the immobilized FK506 in the absence (as a control) and the presence of the serially diluted test compound or standard. (For technical reasons we used FK506 as the standard, as an exception

only in this assay). Bound biotinylated FKBP12 was assessed by incubation with a streptavidin-alkaline phosphatase conjugate, followed by incubation with p-nitrophenol phosphate as a substrate. Readout was the optical density at 405 nm. Binding of a compound to the biotinylated FKBP12 resulted in a decrease in the amount of FKBP12 available for binding to the immobilized FK506, i.e., the magnitude of this inhibition ($IC_{50}$) reflects the affinity of a compound for FKBP12.

IL-6-driven proliferation of a B-cell hybridoma. The hybridoma B13–29-15 is a subclone of the hybridoma B13–29, which was kindly provided by L. Aarden (Central Laboratory of the Netherlands Red Cross-Blood Transfusion Service, Amsterdam, The Netherlands); this clone is strictly dependent on IL-6. To determine the $IC_{50}$ of a compound in this assay, $10^4$ cells per microtiter well (supplemented to contain 0.3 ng of IL-6 per ml) were incubated for 72 hr with serial dilutions of the compounds. [³H]thymidine was added at the end of the incubation period, 5 hr before harvesting the cells for measuring the [³H]thymidine incorporation into DNA.

Mixed lymphocyte reaction (MLR). To determine the $IC_{50}$ values of the compounds in a two-way MLR, $10^5$ spleen cells per well each of BALB/c and CBA mice were incubated in flat-bottom microtiter plates, either in the absence or the presence of the serially diluted compounds. Serum-free tissue culture medium supplemented with serum replacement factors (CG medium, Camon GmbH, Wiesbaden, Germany) was used. After 4 days of incubation [³H]thymidine was added, and the cells were harvested after another 16-hr incubation period.

Proliferative response of antigen-specific human T-cell clones. CD4-positive (helper type) T-cell clones specific for the hemagglutinin peptide 307–319 were derived from peripheral blood mononuclear cells (PBMC) of a normal healthy volunteer as described (21). To determine the $IC_{50}$ of the compounds in this antigen-specific T-cell proliferation assay, cloned T cells ($2 \times 10^4$) were cultured in a total volume of 200 µl of RPMI medium (supplemented to contain 5% human AB serum) in 96-well round-bottom microtiter plates with $10^5$ irradiated PBMC from normal HLA-DR matched donors, together with the peptide antigen (hemagglutinin) and the serially diluted test compounds. As a control, T cells plus PBMC in the absence of peptide antigen or T cells in medium alone were included. Cultures were set up in duplicate. After 48 hr of incubation, [³H]thymidine was added, and the cells were harvested after another 16 hr.

Proliferation of VSMC. Bovine VSMC were derived by the explant technique from small pieces of media (dissected free of adventitia and intima) from fresh bovine aortae. Explants of about 1 mm³ were placed in culture dishes, covered with medium, and after about 10 days the cells grew out of the explants. The cells were characterized as VSMC by morphology in culture and by immunostaining with an anti-VSMC actin antibody (clone 1A4; Sigma, St. Louis, MO). They were used at passages 2 through 10. The cells were grown in DF10 medium consisting of equal volumes of Dulbecco's modified Eagle's medium and Ham's F12 (Life Technologies, Gaithersburg, MD) supplemented with 10% fetal calf serum (FCS) and glutamine. For the experiments, the cells were seeded in 96-well plates ($1 \times 10^4$ or $2 \times 10^5$ per well) and allowed to grow to confluence (3 days). They were then growth arrested by serum deprivation for 48 hr in serum-free medium (DF10 without FCS) supplemented with insulin (0.5 mM; Boehringer Mannheim, Mannheim, Germany), transferrin (5 µg/ml; Sigma), and ascorbate (0.2 mM; Sigma). After 3 days the medium was replaced with fresh medium containing 10% FCS and [³H]thymidine (1 mCi/ml), together with serial dilutions of the compounds to be tested (three to four replicate wells for each concentration). The cells were harvested after a 24-hr incubation period and the [³H]thymidine incorporation into the DNA was measured.

### In Vivo Experiments

Throughout all of the in vivo experiments the compounds were given once daily, for the indicated period of time. Freshly prepared