dilutions of the SDZ RAD and RPM formulations with water were given orally by gavage. Control animals received only the administration vehicle as placebo.

*Localized graft-versus-host reaction.* Spleen cells ($2 \times 10^7$) from Wistar/F rats were injected subcutaneously into the right hind footpad of (Wistar/F × Fisher 344)$F_1$ hybrid rats. The left footpad was left untreated. The animals were treated with SDZ RAD or RPM on 4 consecutive days (days 0–3). The popliteal lymph nodes were removed on day 7, and the weight differences between two corresponding lymph nodes were determined. The results were expressed as the inhibition of lymph node enlargement (given in percent) comparing the lymph node weight differences in the experimental groups to the weight difference between the corresponding lymph nodes from a group of animals left untreated with a test compound.

*Mercuric chloride-induced glomerulonephritis.* Autoimmune glomerulonephritis was induced by treatment with HgCl$_2$ (32). Female Brown Norway rats, 9 weeks of age, were injected subcutaneously during a 3-week period, three times per week, with 1 mg of HgCl$_2$ per kg body weight (10 injections in total). SDZ RAD and RPM were given on 5 consecutive days per week. On days 0, 7, 14, and 21, urine was taken and the protein concentration was determined by means of bromophenol blue staining and colorimetric detection using a TCL scanner. The detection limit of this method is 1 mg protein/ml; the upper threshold of this method is 16 mg protein/ml. The experiment is normally terminated between day 21 and day 24 because the control animals, treated with HgCl$_2$ only, start to succumb to the disease at this point.

*Orthotopic kidney allotransplantation.* Donor kidneys were transplanted orthotopically into recipient rats. The left kidney of the recipient animal was removed and replaced with the donor kidney, with end-to-end anastomoses of blood vessels and ureter. After 1 week, contralateral nephrectomy was performed, leaving the animal fully dependent on the grafted kidney. Recipients were treated with the immunosuppressive compounds or the placebo for the initial 2 weeks after transplantation.

*Vascular heterotopic heart allotransplantation.* Donor hearts were transplanted heterotopically into the abdomen of recipient rats by making end-to-side anastomoses of the donor's aorta with the recipient's infrarenal abdominal aorta as well as with the donor's right pulmonary to the recipient's inferior vena cava. Recipients received the immunosuppressive compounds or the placebo once daily for the entire course of the experiment. The heartbeat of the transplanted heart was monitored daily by palpation of the abdomen. The time of rejection was defined as the day on which a heartbeat was no longer palpable.

## RESULTS

### Binding to FKBP12

Binding to FKBP12, the abundant intracellular binding protein of FK506, is a prerequisite for the biological activity of RPM-type macrolides (29). Therefore, we determined the ability of SDZ RAD to bind to FKBP12. As shown in Table 1, binding of SDZ RAD to FKBP12 is about threefold weaker than that of RPM.

### Inhibition of Growth Factor-Driven Proliferation

The immunosuppressive activity of RPM is explained by its ability to inhibit growth factor-driven cell proliferation. We assessed SDZ RAD for this effect in two in vitro systems: IL-6-stimulated cell proliferation of the IL-6-dependent hybridoma clone B13–29-15, and FCS-stimulated proliferation of bovine VSMC. Table 2 shows that the ability of SDZ RAD to inhibit the IL-6-driven proliferation of the hybridoma cells is about two- to threefold less compared with that of RPM (i.e., relative IC$_{50}$ of 2.5±0.7). The relative IC$_{50}$ of SDZ RAD

TABLE 1. Binding to FKBP12[a]

| Compound | Relative IC$_{50}$±SD[b] (range, absolute IC$_{50}$) |
|---|---|
| FK506 | 1 |
| | (0.8–1.2 nM) |
| RPM | 0.6±0.2* (n=5) |
| | (0.4–0.9 nM) |
| SDZ RAD | 2.0±0.4*** (n=3) |
| | (1.8–2.6 nM) |

[a] The ability of the compounds to compete with immobilized FK506 for binding to biotinylated FKBP12 was determined in a competitive binding assay.
[b] FK506 was included as a standard in each individual experiment. Results are expressed as means±SD of the relative IC$_{50}$ values (i.e., ratio of IC$_{50}$ test compound to IC$_{50}$ of FK506). The range of absolute IC$_{50}$ values is given in parenthesis; n=number of individual experiments. Statistical analysis, $t$ test: *$P<0.05$; ***$P<0.001$.

TABLE 2. Inhibition of growth factor-stimulated cell proliferation

| Compound | Relative IC$_{50}$±SD[a] (range, absolute IC$_{50}$) | |
|---|---|---|
| | Hybridoma B13–29-15/IL-6 | Bovine VSMC/FCS |
| RPM | 1 | 1 |
| | (0.07–0.5 nM) | (0.4–3.5 nM) |
| SDZ RAD | 2.5±0.7* (n=5) | 1.9±0.75[aa] (n=3) |
| | (0.2–1.4 nM) | (0.9–3.6 nM) |

[a] RPM was included as a standard in each individual experiment. Results are expressed as means±SD of the relative IC$_{50}$ values (i.e., ratio of IC$_{50}$ test compound to IC$_{50}$ of RPM). The range of absolute IC$_{50}$ values is given in parenthesis; n=number of individual experiments. Statistical analysis, $t$ test: **$P<0.01$; aanot significant.

for inhibition of bovine VSMC was 1.9±0.75 (Table 2); however, this was not statistically significant when compared with inhibition by RPM. The absolute IC$_{50}$ values found here for RPM are in agreement with those reported for platelet-derived growth factor or basic fibroblast growth factor-stimulated VSMC proliferation [5 nM and 0.8 nM, respectively (8)].

### Immunosuppressive Activity In Vitro

The immunosuppressive activity of SDZ RAD was assessed in two-way MLR experiments with lymphocytes of mouse origin as well as in experiments with antigen-specific human helper T-cell clones. The results are shown in Table 3. The data show that, compared with RPM, the in vitro immunosuppressive activity of SDZ RAD is about two- and fivefold lower, respectively, in these assays.

TABLE 3. Immunosuppressive activity in vitro[a]

| Compound | Relative IC$_{50}$±SD[b] (range, absolute IC$_{50}$) | |
|---|---|---|
| | MLR | T-cell clones |
| RPM | 1 | 1 |
| | (0.06–0.9 nM) | (0.014–0.037 nM) |
| SDZ RAD | 2.1±0.4* (n=4) | 5.4±3.5* (n=3) |
| | (0.2–1.6 nM) | (0.05–0.17 nM) |

[a] The effect on two-way MLR performed with mouse spleen cells, as well as on the antigen-specific (hemagglutinin peptide 307–319) proliferation of a human T-cell clone, was tested.
[b] As in Table 2. Statistical analysis, $t$ test: *$P<0.05$.

CORD078386

### Inhibition of Localized Graft-Versus-Host Reaction

In this experimental model of cell-mediated immunity, a strong local T-cell reaction is induced by injecting parental spleen cells into one hind footpad of $F_1$ hybrid recipients. The injected immunocompetent donor spleen cells home to the local draining popliteal lymph node, where they react vigorously to alloantigens present on the host's cells: they become activated, secrete cytokines, and proliferate. This reaction manifests itself in an enlargement of the respective lymph node. Comparing the weight of the popliteal lymph node from the site of injection with that of the untreated contralateral lymph node gives an indication of the severity of the reaction. SDZ RAD effectively inhibited lymph node swelling elicited by this localized graft-versus-host reaction. This is shown in Table 4. Maximal inhibition of about 70–80% was achieved with an oral dose of 3 mg/kg per day of either SDZ RAD or RPM. (Increasing the doses of SDZ RAD or RPM did not lead to stronger inhibition of lymph node swelling; data not shown). Inhibition was statistically significant with respect to the placebo-treated control; no statistically significant difference was found between SDZ RAD and RPM.

### Mercuric chloride-induced glomerulonephritis.

Low doses of mercuric chloride ($HgCl_2$), repeatedly injected into rats, induce an autoimmune disease that is characterized by a T-dependent polyclonal B-cell activation (22, 24). This polyclonal B-cell activation leads to the production of a variety of autoantibodies. Antibodies directed against the glomerular basement membrane cause infiltration of polymorphonuclear granulocytes and glomerular damage; the animals develop a severe proteinuria within 2 to 3 weeks of treatment with $HgCl_2$. As can be seen from Table 5, a dose of 1.25 mg/kg/day of SDZ RAD or RPM completely prevented this $HgCl_2$-induced development of proteinuria. (One animal in the RPM group showed proteinuria already on day 7, but this was most likely not related to the $HgCl_2$ treatment). The 0.3 mg/kg dose was ineffective, whereas 0.6 mg/kg of either compound led to partial inhibition. In conclusion, SDZ RAD is effective in an animal model for autoimmune glomerulonephritis, with the same dose-response relationship as RPM.

### Orthotopic Kidney Allotransplantation in the Rat

SDZ RAD was tested in rat kidney allotransplantation using several donor-recipient strain combinations. Grafted recipients underwent contralateral nephrectomy 7 days after transplantation so that the survival of an animal depended fully on the function of the grafted allogeneic kidney. A peculiarity of this rat model is that a 2-week treatment with

**TABLE 5. Mercuric chloride-induced glomerulonephritis**

| Compound | Development of proteinuria | | | |
|---|---|---|---|---|
| | Vehicle | 0.3 mg/kg p.o. | 0.6 mg/kg p.o. | 1.25 mg/kg p.o. |
| Control | 10/10[a] | | | |
| SDZ RAD | | 8/9 | 7/11** | 0/9*** |
| RPM | | 5/5 | 2/5*** | 1/5** |

[a] Number of animals on day 21 with proteinuria (i.e., urine protein levels >2 mg/ml) of total number of animals in each dosage group. Statistical analysis (chi-square) with respect to control: **$P<0.01$; ***$P<0.001$.

CsA results in the indefinite survival of the graft, a phenomenon that is restricted to rats and is not seen with any other species.

Table 6 shows the results for SDZ RAD and RPM in experiments transplanting kidneys from (Wistar/F × Fisher 344)$F_1$ donors into Wistar/F recipients. Untreated control animals showed severe cellular rejection on day 7. In this strain combination, donor and recipient are partly matched; prolonged graft survival can thus be obtained with rather low levels of immunosuppression. Survival times of more than 100 days were obtained with 0.5 mg/kg of either SDZ RAD or RPM. At this dose no histological signs of rejection were seen with SDZ RAD, whereas one animal in the RPM group showed moderate signs of chronic rejection. A dose of 0.25 mg/kg SDZ RAD led to a substantial prolongation of the graft survival time in three of nine recipients; no histological signs of rejection were found in these long-term survivors.

The results of kidney allograft experiments using a strain combination with a strong mismatch, i.e., Brown Norway rat donor and Lewis rat recipient, are shown in Table 7. Untreated control animals showed severe cellular rejection on day 7. In the case of 2.5 mg/kg of either SDZ RAD or RPM prolonged the survival of Brown Norway kidneys in most of the Lewis recipients for more than 80 days. The long-term survivors in the SDZ RAD group showed marginal signs of chronic rejection. Even with 1 mg/kg, substantial prolongation of graft survival times was achieved, with one animal in the SDZ RAD group not rejecting its graft during the observation period (78 days). This animal showed histologically moderate chronic rejection. The other animals in this group showed moderate to severe cellular rejection, whereas all animals in the respective RPM group showed severe cellular rejection.

### Vascular Heterotopic Heart Allotransplantation

SDZ RAD was further tested in the model of vascular heterotopic heart allotransplantation in the rat using DA rats as donors and Lewis rats as recipients. This strain combination represents a very strong mismatch and is considered the most stringent rat transplantation model. As Table 8 shows, we were unable to achieve long-term graft survival with any dose of SDZ RAD or RPM tested, even though we treated the animals daily until rejection occurred. Increasing the dose from 2.5 to 5 mg/kg of either compound did not improve graft survival times; rather, the higher doses led to severe weight loss under these conditions, forcing termination of the experiments 3 to 4 weeks after transplantation. Only moderate signs of rejection were found histologically in all groups, with the exception of the 1 mg/kg SDZ RAD group, in which rejection was severe. Although we did

**TABLE 4. Inhibition of localized graft-versus-host reaction**

| Compound | No. of animals[b] | Percent inhibition of lymph node swelling[a] | |
|---|---|---|---|
| | | 1.0 mg/kg/day p.o. | 3.0 mg/kg/day p.o. |
| SDZ RAD | 5 | 58±23** | 77±9*** |
| RPM | 5 | 61±22** | 66±11*** |

[a] Lymph node weight differences were determined on day 7. Results are given as mean values±SD of inhibition compared with a control group of five animals that received the vehicle only. The weight differences between the respective lymph nodes from animals in the control group was 34±2 mg. Statistical analysis (analysis of variance) with respect to the control group: **$P<0.01$; ***$P<0.001$.

[b] Number of animals in each dosage group.

TABLE 6. Suppression of allograft rejection of (Wistar/F×Fisher344)F₁ rat donor kidneys in Wistar/F recipients[a]

| Compound | Individual survival times (days after transplantation) after treatment | | |
|---|---|---|---|
| | 0.25 mg/kg/day | 0.5 mg/kg/day | 1.0 mg/kg/day |
| SDZ RAD | 7, 7, 7, 7, 7, 7, ≥51, ≥100, ≥100[b] | ≥100, ≥100, ≥100, ≥100, ≥100 | ≥100, ≥100, ≥100 |
| RPM | 7, 7, 7, 7, 7, 7, 12 | 7, ≥100, ≥100, ≥100, ≥100 | ≥100, ≥100, ≥100 |

[a] The immunosuppressive compounds were administered p.o. daily from day 0 through day 13 at the indicated dose. Placebo-treated animals showed severe cellular rejection by day 7.

[b] Each figure indicates the survival time after transplantation of an individual animal. More than or equal-to sign (≥) indicates that the animal was killed for histology while the animal was in good health and the graft was still functioning.

TABLE 7. Suppression of allograft rejection of Brown Norway rat donor kidneys in Lewis recipients

| Compound | Individual survival times (days after transplantation) after treatment | |
|---|---|---|
| | 1.0 mg/kg/day p.o. | 2.5 mg/kg/day p.o. |
| SDZ RAD | 20, 20, 25, 37, ≥78[a] | 26, ≥60, ≥100, ≥100, ≥100 |
| RPM | 18, 22, 26 | 35, ≥83, ≥83 |

[a] As in Table 6.

TABLE 8. Prolongation of DA rat heart allograft survival in Lewis rat recipients[a]

| Compound | Individual survival times (days after transplantation) after treatment | | |
|---|---|---|---|
| | 1.0 mg/kg/day | 2.5 mg/kg/day | 5.0 mg/kg/day |
| SDZ RAD | 12, 14, 14[b] | 18, 22, 25, 27, ≥28 | 22, 33 |
| RPM | 12, 15, 27 | 25, 31, 33, ≥81 | 22, 32 |

[a] The immunosuppressive compounds were administered p.o. daily continuously throughout the entire experiment. Placebo-treated animals showed severe cellular rejection between day 7 and 10.

[b] As in Table 6.

not achieve long-term survival in this strain combination with SDZ RAD or RPM given alone, we did with a combination of low doses of SDZ RAD and CsA, indicating synergy of the two compounds (25).

## DISCUSSION

The immunosuppressant SDZ RAD is a novel RPM derivative in which the hydroxyl at position 40 of RPM has been alkylated with a 2-hydroxyethyl group. The introduction of this functionalized side chain results in altered physicochemical properties with respect to RPM, i.e., the solubility in several organic solvents and galenic excipients is markedly increased. Several C40-modified analogs of RPM, like esters, carbonates, and carbamates have been previously described in the patent literature. These derivatives can be viewed as prodrugs of RPM, as the newly introduced functional groups are known to be susceptible to hydrolytic cleavage under physiological conditions. The strategy we pursued was aimed at modifications that are resistant to hydrolytic and metabolic degradation. Therefore a series of 40-O-alkylated RPM analogs was prepared (26), of which the 40-O-hydroxyethyl-derivative, SDZ RAD, proved to be the most active representative, both in vitro and in vivo. SDZ RAD binds with high affinity to FKBP12, which is a prerequisite for the inhibitory activity of immunosuppressants belonging to the RPM class (23). The binding of SDZ RAD to FKBP12 is about threefold weaker than that of RPM. This rather small loss of affinity can be attributed to the fact that C40-O-alkylation disrupts

the hydrogen bond existing in the FKBP12/RPM complex between the C40 hydroxyl and the Gln-53 main chain carbonyl (27, 28). Steric interaction between the hydroxyethyl side chain of SDZ RAD and FKBP12 might also contribute to the slightly reduced binding. SDZ RAD has the same mode of action as RPM. At the molecular level SDZ RAD blocks, as RPM, activation of p70 S6 kinase (Schuler, unpublished results); blocking the activation of this kinase is one of the discussed explanations for the growth-inhibitory effect(s) of RPM (4). Further, like RPM, SDZ RAD at subnanomolar concentrations inhibits growth factor-driven cell proliferation, like that of a B-cell hybridoma or that of VSMC. Likewise, it inhibits mouse MLR and antigen-driven proliferation of antigen-specific human T-cell clones. In general, the in vitro activity of SDZ RAD is about two to three times lower when compared with RPM. The degree to which the in vitro activity is reduced is consistent with the observed decrease of affinity for FKBP12 and the demonstrated requirement of FKBP12 binding for immunosuppressive activity (23, 29).

When administered orally at doses between 1 mg/kg/day and 5 mg/kg/day, SDZ RAD is effective in relevant animal models comprising an autoimmune disease model and several allotransplantation models. It should be emphasized that it is impossible to compare directly our results obtained with SDZ RAD with results published by others on the in vivo efficacy of RPM because different galenical formulations and, in most cases, only parenteral administration routes were used in the studies reported in the literature. We therefore compared the oral activity of the two compounds by using our own galenical formulation of RPM, which was developed following the same principle as for SDZ RAD. These formulations were adapted for both compounds with respect to their physicochemical properties. Using this type of formulation, we have shown that SDZ RAD in vivo is at least equipotent to RPM when given orally. This is in contrast to the lower in vitro activity of SDZ RAD. This observed difference between the relative in vitro and the relative in vivo activity cannot simply be explained by differences in the exposure to the two compounds: treatment with the same doses of our RPM and SDZ RAD formulations led to comparable exposure to the two compounds. Daily treatment with 1.5, 5, and 15 mg/kg SDZ RAD resulted in area under the concentration-time curve values on day 28 of 435, 1468, and 6076 ng·h/ml, respectively. The same treatment with RPM led to area under the concentration-time curve values of 228, 1104, and 4071 ng·h/ml, respectively. Also, formation of RPM or pharmacologically active RPM metabolites cannot serve as a possible explanation. Any biotransformation pathway leading to the formation of RPM or its metabolites would require the cleavage of the hydroxyethyl side-chain by initial hydroxylation. From metabolism studies in vitro, as well as in animals,

we do not have evidence that this happens to any significant degree, i.e., SDZ RAD is not a prodrug of RPM. Rather, we suggest as an explanation that the chemical modification in SDZ RAD, which altered its physicochemical properties, led to more favorable pharmacokinetic properties (e.g., disposition of compound), which compensate in vivo for the observed lower in vitro activity. Considering the relatively narrow therapeutic window of these drugs, more favorable pharmacokinetic properties promise to provide a clinical advantage, i.e., it should be easier to handle and to monitor such a drug in clinical practice.

Finally, a major unsolved problem in clinical allotransplantation is long-term graft loss due to chronic rejection. The pathogenesis of chronic rejection is complex and multifactorial in nature. A major factor contributing to late graft loss is intimal thickening of the graft vessels, which eventually leads to vessel occlusion (GVD). Intimal thickening is due to growth factor-driven proliferation and migration of VSMC after injury of the endothelium (for a review see 12). Clinical observations have shown a close correlation between the frequency as well as the intensity of acute rejection episodes and the incidence of chronic rejection (30–33). It can thus be inferred that one triggering event that eventually leads to chronic rejection is an alloimmune injury of the graft vessels. On the other hand, vascular damage resulting from nonimmunological events, e.g., from ischemia or reperfusion injury, also can lead to intimal thickening and may contribute to late graft loss (12). Taking these considerations into account, a two-pronged approach seems most promising for improving the long-term prospects in allotransplantation. This approach would provide improved immunosuppression, to prevent an alloimmune insult in the first place, combined with measures to prevent VSMC proliferation and/or migration. With respect to the first consideration, we have shown here that SDZ RAD efficiently prevents allograft rejection in the rat; in an accompanying publication (25) we report that in animal models for allotransplantation, SDZ RAD and CsA act in a synergistic manner. This synergism, if proven in humans, offers the chance to increase the efficacy of the immunosuppressive regimen by combining the two drugs, with the prospect of mitigating their respective side effects. We have further shown here that SDZ RAD efficiently inhibits the growth factor-stimulated in vitro proliferation of VSMC cells. Elsewhere we will report (H. Schuurman et al., manuscript in preparation) that SDZ RAD also inhibits in vivo vascular changes that were induced either by mechanical damage (balloon catheter injury) or by an alloimmune reaction (aorta transplantation in an allogeneic setting). We believe that the increased immunosuppressive efficacy of a drug combination composed of CsA and SDZ RAD, combined with the ability of SDZ RAD to inhibit VSMC proliferation, bears the potential for improving the prospects for long-term graft acceptance.

*Acknowledgments.* The authors thank Dr. J. Borel for critical review of the manuscript and comments, and Y. Hartmann, H. Jundt, J. Joergensen, T. Meerloo, U. Strittmatter, M. Tanner, B. Thai, C. Wilt, and C. Wioland for their expert technical assistance.

## REFERENCES

1. Calne RY, Collier DS, Lim S, et al. Rapamycin for immunosuppression in organ allografting. Lancet 1989; 2: 227.

2. Morris RE, Meiser BM. Identification of a new pharmacologic action for an old compound. Med Sci Res 1989; 17: 609.

3. Morris RE. Rapamycins: antifungal, antitumor, antiproliferative, and immunosuppressive macrolides. Transplant Rev 1992; 6: 39.

4. Sehgal SN. Rapamune (sirolimus, rapamycin): an overview and mechanism of action. Ther Drug Monit 1995; 17: 660.

5. Hatfield SM, Mynderse JS, Roehm NW. Rapamycin and FK506 differentially inhibit mast cell cytokine production and cytokine-induced proliferation and act as reciprocal antagonists. J Pharmacol Exp Ther 1992; 261: 970.

6. Hultsch T, Martin R, Hohman RJ. The effects of the immunophilin ligands rapamycin and FK506 on proliferation of mast cells and other hematopoietic cell lines. Mol Biol Cell 1992; 3: 981.

7. Akselband Y, Harding MW, Nelson PA. Rapamycin inhibits spontaneous and fibroblast growth factor β-stimulated proliferation of endothelial cells and fibroblasts. Transplant Proc 1991; 23: 2833.

8. Cao W, Mohacsi P, Shorthouse R, Pratt R, Morris RE. Effects of rapamycin on growth factor-stimulated vascular smooth muscle cell DNA synthesis. Transplantation 1995; 59: 390.

9. Morris RE, Meiser BM, Wu J, Shorthouse R, Wang J. Use of rapamycin for suppression of alloimmune reactions in vivo: schedule dependence, tolerance induction, synergy with cyclosporine and FK506, and effect on host-versus-graft and graft-versus-host reactions. Transplant Proc 1991; 23: 521.

10. Tu Y, Stepkowsky SM, Chou T-C, Kahan BD. The synergistic effects of cyclosporine, sirolimus, and brequinar on heart allograft survival in mice. Transplantation 1995; 59: 177.

11. Martin DF, DeBarge LR, Nussenblatt RB, Chan CC, Roberge FG. Synergistic effect of rapamycin and cyclosporin A in the treatment of experimental autoimmune uveoretinitis. J Immunol 1995; 154: 922.

12. Häyry P, Isoniemi H, Yilmaz S, et al. Chronic allograft rejection. Immunol Rev 1993; 134: 39.

13. Gregory CR, Huie P, Billingham ME, Morris RE. Rapamycin inhibits arterial intimal thickening caused by both alloimmune and mechanical injury. Transplantation 1993; 55: 1409.

14. Gregory CR, Huang X, Pratt RE, et al. Treatment with rapamycin and mycophenolic acid reduces arterial intimal thickening produced by mechanical injury and allows endothelial replacement. Transplantation 1995; 59: 655.

15. Granger DK, Cromwell JW, Chen SC, et al. Prolongation of renal allograft survival in a large animal model by oral rapamycin monotherapy. Transplantation 1995; 59: 183.

16. DiJoseph JF, Fluhler E, Armstrong J, Sharr M, Sehgal SN. Therapeutic blood levels of sirolimus (rapamycin) in the allografted rat. Transplantation 1996; 62: 1109.

17. Kahan BD, Murgia MG, Slaton J, Napoli K. Potential applications of therapeutic drug monitoring of sirolimus immunosuppression in clinical renal transplantation. Ther Drug Monit 1995; 17: 672.

18. Kovarik JM, Mueller EA, van Bree JB, et al. Cyclosporine pharmacokinetics and variability from a microemulsion formulation: multicenter investigation in kidney transplant patients. Transplantation 1994; 58: 1.

19. Taesch S, Niese D. Safety and tolerability of a new oral formulation of cyclosporin A, Sandimmun Neoral, in renal transplant patients. Transpl Int 1994; 7(suppl 1): 263.

20. Mueller EA, Kovarik JM, van Bree JB, Lison AE, Kutz K. Safety and steady-state pharmacokinetics of a new oral formulation of cyclosporin A in renal transplant patients. Transpl Int 1994; 7 (suppl 1): 267.

21. Lamb JR, Eckels DD, Lake P, Woody JN, Green N. Human T cell clones recognize chemically synthesized peptides of influenza haemagglutinin. Nature 1982; 300: 66.

22. Hirsch F, Couderc J, Sapin C, Fournié G, Druet P. Polyclonal effect of HgCl₂ in the rat: its possible role in an experimental

42                                   TRANSPLANTATION                                   Vol. 64, No. 1

antoimmune disease. Eur J Immunol 1982; 12: 620.

23. Dumont FJ, Melino MR, Staruch MJ, Koprak SL, Fischer PA, Sigal NH. The immunosuppressive macrolides FK506 and rapamycin act as reciprocal antagonists in murine T cells. J Immunol 1990; 144: 1418.

24. Druet P, Pelletier L, Rossert J, Druet E, Hirsch F, Sapin C. Autoimmune reactions induced by metals. In: Kammüller ME, Bloksma N, Seinen W, eds. Autoimmunity and toxicology: immune dysregulation induced by drugs and chemicals. Amsterdam: Elsevier Science Publishers, 1989: 347.

25. Schuurman HJ, Cottens S, Fuchs S, et al. SDZ RAD, a new rapamycin derivative: synergism with cyclosporine. Transplantation 1997; 64: 32.

26. Cottens S, Sedrani R. O-Alkylated rapamycin derivatives and their use, particularly as immunosuppressants. PCT International patent application 1994; WO 94/09010-A1. [Chem Abstr 1994; 122: 9774a].

27. Van Duyne JD, Standaert RF, Schreiber SL, Clardy J. Atomic structure of the rapamycin human immunophilin FKBP-12 complex. J Am Chem Soc 1991; 113: 7433.

28. Van Duyne JD, Standaert RF, Karplus PA, Schreiber SL, Clardy J. Atomic structures of the human immunophilin FKBP-12 com-

plexes with FK506 and rapamycin. J Mol Biol 1993; 229: 105.

29. Cottens S, Fehr T, Quesniaux V, Schuler W, Sedrani R, Zenke G. The role of immunophilin binding in the immunosuppressive properties of CsA, FK506 and rapamycin derivatives. Aut Chim Ther 1994; 21: 83.

30. Gulanikar AC, MacDonald AS, Sungurtekin U, Belitsky P. The incidence and impact of early rejection episodes on graft outcome in recipients of first cadaver kidney transplants. Transplantation 1992; 53: 323.

31. Basadonna GP, Matas AJ, Gillingham KJ, et al. Relationship between early vs late acute rejection and onset of chronic rejection in kidney transplantation. Transplant Proc 1993; 25: 910.

32. Matas AJ, Gillingham KJ, Payne WD, Najarian JS. The impact of an acute rejection episode on long-term renal allograft survival ($t_{1/2}$). Transplantation 1994; 57: 875.

33. Pirsch JD, Ploeg RJ, Gange S, et al. Determinants of graft survival after renal transplantation. Transplantation 1996; 61: 1581.

Received 16 August 1996.
Accepted 4 April 1997.

0041-1337/87/6401-42$03.00/0
TRANSPLANTATION
Copyright © 1997 by Williams & Wilkins

Vol. 64, 42—48, No. 1, July 15, 1997
Printed in U.S.A.

# MECHANISM OF CONCORDANT CORNEAL XENOGRAFT REJECTION IN MICE

## SYNERGISTIC EFFECTS OF ANTI-LEUKOCYTE FUNCTION-ASSOCIATED ANTIGEN-1 MONOCLONAL ANTIBODY AND FK506[1,2]

SATORU YAMAGAMI,[3,4,5] MITSUAKI ISOBE,[6] HIROKO YAMAGAMI,[7] JUNKO HORI,[4] AND TADAHIKO TSURU[4]

Department of Ophthalmology, Jichi Medical School, Kawachi-gun, Tochigi; Department of Ophthalmology, University of Tokyo School of Medicine, Bunkyo-ku, Tokyo; First Department of Internal Medicine, Shinshu University School of Medicine, Matsumoto, Nagano; and Department of Ophthalmology, Tokyo Women's Medical College, Shinjuku-ku, Tokyo, Japan

Background. The mechanisms of corneal xenogeneic immunoreaction, as well as the potential role of immunosuppressive therapy in the suppression of corneal xenograft rejection, have not been thoroughly explored.

[1] This work was supported by grants B06454495 and A08771519 from the Scientific Research Department of the Ministry of Education, Science, and Culture of Japan and by a grant from the Japan National Society for the Prevention of Blindness.

[2] Presented in part at the annual meeting of the Association for Research in Vision and Ophthalmology, Fort Lauderdale, FL, April 24, 1996.

[3] Department of Ophthalmology, Jichi Medical School.

[4] Department of Ophthalmology, University of Tokyo School of Medicine.

[5] Address correspondence to: Satoru Yamagami, MD, Department of Ophthalmology, Jichi Medical School, 3311—1 Yakushiji, Minamikawachi, Kawachi-gun, Tochigi 329—04, Japan.

[6] First Department of Internal Medicine, Shinshu University School of Medicine.

[7] Department of Ophthalmology, Tokyo Women's Medical College.

Methods. BALB/c mice who received orthotopic corneal transplants (Lewis rats donors) were administered intraperitoneally anti-leukocyte function associated antigen-1 (LFA-1) monoclonal antibody (mAb) or FK506 (3 mg/kg/day) or both of these immunosuppressants during a 12-day postoperative period. Histological (hematoxylin-eosin stain) and immunohistochemical evaluations of enucleated eyes were performed. Humoral immune response and delayed-type hypersensitivity (ear-swelling assay) were evaluated.

Results. The mean (±SD) graft survival time in the untreated control, FK506-treated, anti-LFA-1 mAb-treated, and combined-treatment groups was 5.8±0.8, 9.4±4.0, 8.7±5.0, and 67.7±16.4 days, respectively. In the untreated control group, mouse IgG, IgM, and C3 were expressed on the rat corneal grafts during the early postoperative phase. Flow cytometry studies revealed high titers of xenoreactive IgG and IgM antibodies. T helper 1 cytokines were expressed on xenografted corneal beds, and delayed-type hypersen-

A710

CORD078390

# EXHIBIT 50

nature publishing group

STATE OF THE ART 

# Rapamycin: Something Old, Something New, Sometimes Borrowed and Now Renewed

CM Hartford[1,2] and MJ Ratain[1,3,4]

The molecular target of rapamycin (mTOR) is central to a complex intracellular signaling pathway and is involved in diverse processes including cell growth and proliferation, angiogenesis, autophagy, and metabolism. Although sirolimus (rapamycin), the oldest inhibitor of mTOR, was discovered more than 30 years ago, renewed interest in this pathway is evident by the numerous rapalogs recently developed. These newer agents borrow from the structure of sirolimus and, although there are some pharmacokinetic differences, they appear to differ little in terms of pharmacodynamic effects and overall tolerability. Given the multitude of potential applications for this class of agents and the decrease in cost that can be expected upon the expiration of sirolimus patents, renewed focus on this agent is warranted.

Rapamycin (or sirolimus, the official generic name) is the prototypical inhibitor of the molecular target of rapamycin (mTOR). It was discovered more than 30 years ago as an antifungal agent and was approved in 1999 as an immunosuppressant for the prevention of renal allograft rejection. Over the years, with the elucidation of the complex intracellular signaling network in which mTOR participates and the realization of the multitude of potential therapeutic applications of interfering with this network, interest in agents that can inhibit mTOR has increased. There are currently three mTOR inhibitors in clinical trials, all either prodrugs or analogs of sirolimus, including temsirolimus, which was recently approved by the Food and Drug Administration (FDA) for the treatment of renal cancer. Although these newer agents (rapalogs) exhibit slightly different pharmacokinetic properties, they appear to differ little pharmacodynamically from sirolimus. This review will provide an overview of the mTOR pathway, discuss the pharmacokinetics and tolerability of the different mTOR inhibitors, and highlight the many potential clinical applications of these agents.

## THE mTOR PATHWAY

The mTOR protein is a serine-threonine kinase that is central to a complex intracellular signaling pathway (Figure 1) and is involved in a number of important processes such as cell growth and proliferation, cellular metabolism, autophagy,

and angiogenesis. It responds to signals from the extracellular environment such as nutrient and growth factor supply, energy, and stress. Signaling through the pathway is promoted when there is an abundance of nutrients or energy and is downregulated in states of depletion and stress.[1]

mTOR exists within the cell complexed to the proteins G$\beta$L and either raptor or rictor.[2] The mTOR/rictor protein complex is not responsive to inhibition by rapalogs and will not be discussed in detail except to mention its interaction with mTOR/raptor. The mTOR/G$\beta$L/raptor complex can be activated by various stimuli through different upstream molecules. Insulin (via the insulin receptor substrate-1) or other growth factors affect mTOR via the phosphoinositide-3 kinase (PI3K)/Akt pathway[1] (Figure 1). After stimulation, PI3K initiates a cascade that ultimately results in the phosphorylation and activation of Akt. Akt then acts via the tuberous sclerosis complex (TSC), consisting of the proteins TSC1 and TSC2, to exert its effect on mTOR. Phosphorylation of TSC2 by Akt inhibits TSC2, thereby releasing the inhibition that TSC2 otherwise exerts on mTOR via inhibition of Rheb, an activator of mTOR.[1]

The energy status of the cell also affects mTOR signaling and acts via serine/threonine protein kinase 1 (LKB1) and AMP-activated kinase (AMPK). In states of energy depletion (increased AMP relative to ATP), LKB1 activates AMPK, which then activates TSC2, resulting in inhibition of the pathway.[1] Stress signals, for example, DNA damage and

[1]Committee on Clinical Pharmacology and Pharmacogenomics, The University of Chicago, Chicago, Illinois, USA; [2]Department of Pediatrics, The University of Chicago, Chicago, Illinois, USA; [3]Department of Medicine, The University of Chicago, Chicago, Illinois, USA; [4]Cancer Research Center, The University of Chicago, Chicago, Illinois, USA. Correspondence: MJ Ratain (mratain@medicine.bsd.uchicago.edu)

Published online 29 August 2007. doi:10.1038/sj.clpt.6100317

**A711**

381

CORD078046



**Figure 1** Schematic of the mTOR pathway. mTOR receives input from a number of upstream pathways, including PI3K/Akt, TSC1/TSC2, and AMPK, and acts through downstream effectors S6K and E4BP1 to exert its effects.

hypoxia, also act via the TSC to cause an inhibition of mTOR signaling. The nutrient status of the cell, for example, amino-acid supply, influences the activity of mTOR. Although the mechanisms by which this occurs are less well characterized, it is known that the pathway is active when nutrients are readily available and downregulated in states of starvation.[3]

A number of other pathways can interact with the signaling described thus far. For example, phosphatase and tensin homolog (PTEN) is a tumor suppressor that counteracts the effects of PI3K by dephosphorylating phosphatidylinositol (3,4,5)-trisphosphate and therefore prevents activation of Akt.[4] Neurofibromin 1 (NF1) inhibits Ras, which can activate the mTOR pathway via PI3K/Akt.[5] Moreover, the mTOR/rictor complex can phosphorylate Akt, which therefore results in feedback and further signaling through the pathway.[2]

Downstream of mTOR are two main effectors, S6K1 and 4E-BP1, both of which control the translation of specific mRNAs and the synthesis of particular proteins. Phosphorylation of 4E-BP1 by mTOR ultimately results in the initiation of translation of certain mRNAs that have regulatory subunits in the 5′-untranslated terminal regions,

including those that are needed for cell cycle progression and are involved in cell cycle regulation.[6] Phosphorylation and activation of S6K1 are also involved in cell growth and proliferation, possibly via translation of mRNAs that have a terminal 5′-oligopyrimidine tract such as those that encode ribosomal proteins and elongation factors. However, because translation of these latter genes was shown to be intact in S6K1−/−/S6K2−/− mice, other mechanisms are probably involved.[7] Importantly, S6K1 also has an inhibitory feedback function on the pathway by phosphorylating and inhibiting insulin receptor substrate-1, thus reducing growth factor–stimulated signaling through PI3K/Akt/mTOR.[8] It also phosphorylates and inactivates BCL2 antagonist of cell death (BAD), a proapoptotic molecule.[6] The numerous proteins whose translation is regulated through mTOR and its downstream targets include cyclin D1, MYC avian myelocytomatosis viral oncogene homolog (c-MYC), and hypoxia-inducible factor-1α (HIF-1α).[6]

## INHIBITORS OF THE mTOR PATHWAY
### Mechanisms of action and mechanisms of resistance
Inhibitors of the mTOR pathway that are actively being studied include sirolimus, temsirolimus, everolimus, and AP23573 (now called deferolimus) (Figure 2). Sirolimus and the rapalogs exert their effects by the same mechanism. Each drug binds to the intracellular binding protein FK506-binding protein (FKBP12) to form a complex, which then binds to mTOR at the FKBP12–rapamycin binding domain, interfering with its ability to signal adequately to its downstream effectors. Exactly how the sirolimus–FKBP12 complex interrupts mTOR signaling is not known, but it may involve a destabilization of the interaction between mTOR and raptor.[1]

Given the complexity of the mTOR pathway, there are many potential sites of resistance. Defects in the binding of sirolimus to FKBP12 because of mutations in FKBP12 and mutations in the FKBP12–rapamycin binding domain both confer resistance by interfering with the binding of the sirolimus–FKBP12 complex to mTOR.[9] Other potential mechanisms of resistance include decreased levels of 4E-BP1 and mutations in S6K1.[10] The complexity of the pathway and feedback loops within it may also contribute to resistance. For example, it is possible that inhibiting the negative feedback of S6K1 on insulin receptor substrate-1 may contribute to resistance to the antiproliferative effects of mTOR inhibition.[9]

**Sirolimus.** In the early 1970s, sirolimus, the first inhibitor of mTOR, was discovered as part of a screening program for new antifungal agents and was first named rapamycin because it was isolated from a soil sample from Rapa Nui.[11] Not long after, the inhibitory effect on the immune system was recognized in rats,[12] but it was not until the late 1980s[13] and early 1990s[14] that it was developed as an immunosuppressant. Both the antifungal and immunosuppressive activities are the result of the drug's ability to

CORD078047

**Figure 2** Inhibitors of the mammalian target of rapamycin (mTOR) pathway that are actively being investigated. The chemical structure of sirolimus and the newer analogues are similar. The bars indicate sites of structural differences among the agents.

interrupt the complex intracellular signaling cascade of the mTOR pathway, which is relatively conserved from yeasts to humans.[15] As described, this ultimately causes a decrease in protein synthesis. In yeast and molds, the interruption of synthesis of proteins involved in cell cycle progression interferes with growth of the microorganisms.[16] In T lymphocytes, this interferes with the ability of the cell to respond to cytokines and therefore blocks their proliferation and differentiation,[17] leading to immunosuppression. As sirolimus had been used for the prevention of allograft rejection, most of the pharmacology data come from solid organ transplant patients.

Sirolimus is a macrocyclic lactone produced by *Streptomyces hygroscopicus*.[18] It is poorly soluble in water and therefore can only be given orally. It is available in both liquid and tablet formulations. A study of stable renal allograft recipients in which patients were converted from liquid sirolimus to the tablet form demonstrated relative bioequivalent pharmacokinetics for the two formulations. Although the tablet formulation resulted in a lower maximum concentration ($C_{max}$), the area under the concentration–time curves (AUCs) of the two formulations were similar.[19]

Absorption of sirolimus is rapid with peak concentrations attained in about 2 h, but bioavailability is low ($\sim$15%)[20] and exhibits wide interpatient variability. This variability has been largely attributed to the effects of intestinal cytochrome P450 3A enzymes (CYP3A) and P-glycoprotein activity on sirolimus absorption.[21] Studies on renal transplant patients have shown that the coadministration of cyclosporine affects the bioavailability of sirolimus and that when the drugs are administered concomitantly, both the $C_{max}$ and the AUC of sirolimus are increased, possibly because of inhibition of CYP3A4 and P-glycoprotein by cyclosporine.[22] The administration of a high-fat meal will also affect absorption. In a study of healthy volunteers, coadministration of sirolimus with a high-fat meal resulted in a slower absorption but a 35% increase in AUC.[23]

The volume of distribution of sirolimus is large ($\sim$12 l/kg), indicating wide distribution into tissues and necessitating, in many instances, a loading dose. Most of the drug partitions into red blood cells ($\sim$95%), with small amounts in lymphocytes and granulocytes ($\sim$1% each).[24] Of the 3% in plasma, only 2.5% is free and the remainder is protein-bound.[24]

**A713**

CORD078048

The metabolism of sirolimus is mainly via hepatic CYP3A enzymes. In a study of 18 adults with mild to moderate hepatic impairment, AUC and half-life of sirolimus were significantly increased and weight-normalized apparent oral clearance was significantly decreased, as compared with healthy controls,[25] suggesting that dose adjustments may be needed for patients with hepatic impairment. Sirolimus has multiple metabolites, all with low immunosuppressive activity (<10% relative to sirolimus).[26] The excretion is primarily fecal. The clearance is widely variable (1.45–6.93 ml/min/kg) and the half-life is long (~62 h),[20] allowing for once-daily dosing.

The interaction of sirolimus with CYPA34 and P-glycoprotein not only leads to wide interpatient variability in absorption and metabolism but also to the potential for a number of drug interactions. Commonly encountered inhibitors of CYP3A4 and P-glycoprotein include ketoconazole, cyclosporine, erythromycin, and ritonavir, along with grapefruit juice; inducers of CYP3A4 include dexamethasone, phenytoin, carbamazepine, rifampin, and phenobarbital, to name a few. These medications should be used cautiously and avoided if possible in patients treated with sirolimus.

When used as an immunosuppressant for the prevention of solid organ graft rejection, therapeutic drug monitoring has been an important issue. A study of 150 renal transplant patients showed a correlation between trough drug levels (which correlate well with sirolimus AUC) and both incidence of adverse side effects (for levels >15 ng/ml) and acute graft rejection (for levels <5 ng/ml).[27] One approach that has been recommended is to monitor all patients during the initial phase of treatment (for ~2 months) and thereafter based on individual patient characteristics.[28]

**Rapalogs.** Temsirolimus, everolimus, and deferolimus (Figure 2) are all structurally similar to sirolimus, differing mainly at a single position of the lactone ring (C-40) unrelated to both the mTOR- and FKBP12-binding sites. Temsirolimus is a water-soluble dihydroxymethyl propionic acid ester prodrug of sirolimus. Both intravenous and oral formulations are available, although recent development has focused on the intravenous formulation. To date, temsirolimus has been mainly developed as an anticancer agent, and it was approved by the FDA on 30 May 2007 for the treatment of advanced renal cell carcinoma. Everolimus is an oral 40-O-(2-hydroxyethyl) derivative (not prodrug) of sirolimus approved in Europe as an immunosuppressant for the prevention of cardiac and renal allograft rejection in adults.[29] More recently, it has been studied as an anticancer agent. Deferolimus is the newest addition to the rapalogs. It contains a phosphine oxide substitute on the lactone ring and is available in both oral and intravenous formulations. It is currently being investigated for the treatment of a number of different malignancies.

As mentioned, sirolimus and the rapalogs inhibit mTOR by forming a complex with FKBP12, which then binds to mTOR. Few data are available regarding differences in the ability of the drugs to inhibit mTOR. One study showed that the binding of everolimus to FKBP12 was approximately threefold weaker than that of sirolimus in vitro.[30] However, further in vivo studies on rats showed similar efficacy of the two agents in terms of immunosuppressive activity. The mTOR inhibitors are very specific in their action, and there is no evidence to date of any effects other than those on mTOR. All are known to result in a decrease in the phosphorylation of the downstream effectors 4E-BP1 and S6K1[31–34] and the degree of this effect is being studied as a potential biomarker of mTOR inhibition.

An often stated reason for the development of new mTOR inhibitors is to improve the pharmacokinetic properties of sirolimus, mainly the poor bioavailability and insolubility in water. The chemical modifications of temsirolimus and deferolimus have resulted in water-soluble formulations that are currently being studied as intravenous agents. Few data are available regarding the oral formulations of these rapalogs and, to date, the main oral alternative to sirolimus is everolimus. Although everolimus exhibits greater polarity than sirolimus, the bioavailability is only slightly improved and is still relatively low (~16%).[35] Similar to sirolimus, CYP3A4 and P-glycoprotein affect its absorption and contribute to wide interpatient variability.[36]

The rapalogs share many characteristics with sirolimus, including extensive partitioning into red blood cells,[36,37] metabolism by hepatic CYP3A enzymes,[38,39] and primarily fecal excretion.[35] In a study of patients with liver cirrhosis, the clearance of everolimus was reduced by 53% and the half-life prolonged 84%, showing the need for dose reductions in patients with liver impairment.[40] Although similar studies of temsirolimus have not been published, given the extensive hepatic metabolism, it is possible that this agent may also require dose adjustment in patients with liver dysfunction. As the rapalogs are substrates of CYP3A4 and P-glycoprotein, potential drug interactions are also a concern, as with sirolimus. There are differences in the half-lives, potentially affecting the optimal dosing schedules. The half-life of everolimus in stable renal transplant patients was 24–35 h[41] and 13–25[42,43] and 45–74 h,[37] respectively, for the intravenous formulations of temsirolimus and deferolimus.

Temsirolimus is the only rapalog that is a prodrug. It quickly undergoes hydrolysis to sirolimus after intravenous administration. Sirolimus can be seen as early as 15 min after the start of temsirolimus infusion, reaches peak concentration at 0.5–2.0 h, and then decreases monoexponentially.[43] After a dose of temsirolimus, the exposure to sirolimus exceeds that of parent drug because of the differences in half-lives, with the mean sirolimus/temsirolimus ratio being 2.5–3.5.[43] Although temsirolimus exhibits inhibitory activity against mTOR, most of its clinical effects are probably due to the sirolimus metabolite.[44,45]

**Tolerability of the mTOR inhibitors**
The four mTOR inhibitors exhibit remarkably similar side effect profiles and are in general well tolerated in patients,

CORD078049



**Table 1 Multiple applications of mTOR inhibitors that have been studied, both clinically and preclinically, along with the rationale for possible efficacy of mTOR inhibition**

| Application | Rationale | Comments | Clinical data | Preclinical data |
|---|---|---|---|---|
| **Immune** | | | | |
| Graft rejection GVHD Autoimmune diseases ALPS Asthma | Inhibition of proliferation of T cells in response to growth-promoting cytokines (IL-2) Inhibition of proliferation of B cells and mast cells Suppression of B-cell immunoglobulin production in response to certain stimuli | Effects of mTOR inhibitors on T-cell subsets and function: Increase in the suppressor function of CD4+ T cells Thymic atrophy and a reduction in CD4+CD8+ thymocytes secondary to increased apoptosis without affecting total numbers of T and B cells in the periphery An increase in the percent of CD4+CD25+ regulatory T cells An increase in the numbers of alloreactive CD103+CD8+ regulatory T cells | Refs. 51-61 | Refs. 17, 62-71 |
| **Cancer** | | | | |
| Malignant tumors Benign hamartomas Radiation and chemosensitization | Antiproliferative effect by inhibiting cell cycle progression and causing G₁ arrest Proapoptotic effect by interfering with phosphorylation of BAD Antiangiogenic effect by interfering with HIF-1α Many proteins involved in hamartoma syndromes are linked to the mTOR pathway Radiation can induce signaling of Akt/mTOR, which can be attenuated by mTOR inhibition | Many different tumor types have shown responsiveness to mTOR inhibition, including both solid tumors and hematologic malignancies At doses used for anticancer treatment, mTOR inhibitors do not appear to be immunosuppressive TSC1/TSC2 (tuberous sclerosis), PTEN (cowden disease), LKB1 (Peutz-Jeghers syndrome), NF1 (neurofibromatosis) are hamartomas syndromes linked to the mTOR pathway Other potential applications of the antiangiogenic effect of mTOR inhibitors include diseases characterized by neovascularization, such as endometriosis and keratitis | Refs. 72-75 | Refs. 5, 67, 76-89 |
| **Benign diseases characterized by abnormal proliferation** | | | | |
| Cardiac stents Hypertrophic myocarditis Pulmonary fibrosis Hepatic fibrosis ADPKD | By blocking progression through the cell cycle and causing G₁ arrest, mTOR inhibitors have an antiproliferative effect that may be beneficial for a number of different benign diseases | Sirolimus-eluting stents were approved in 2003 for angioplasty to open clogged coronary arteries | Refs. 90-92 | Refs. 93-98 |
| **Neurodegenerative disorders** | | | | |
| Huntington disease | Huntington disease is characterized by accumulation of intraneuronal proteins that interfere with cellular processes. Increased autophagy, through inhibition of mTOR, may increase the degradation of the intracellular proteins that characterize Huntington disease | | | Refs. 99, 100 |
| **Infectious diseases** | | | | |
| Fungal infections HIV | The mTOR pathway is relatively conserved from yeasts to humans. Blocking the pathway in yeasts and fungi interferes with their growth and proliferation Infection with HIV-1 requires expression of the viral coreceptor CCR5 on the cell surface. In T cells, this expression depends on signaling through IL-2, which is blocked by mTOR inhibition | Early studies demonstrated potent activity against Candida albicans and Aspergillus, among other species. However, because of the immunosuppressive effects, these are not typically used for treatment of fungal infections | | Refs. 16, 18, 101, 102 |
| **Metabolic disorders** | | | | |
| Type II diabetes Obesity | Via intracellular connection with the insulin receptor/IRS-1/PI3K/Akt pathway and its role in cellular response to nutrients, mTOR may be important in the development of insulin resistance and obesity | | | Refs. 103, 104 |

ADPKD, autosomal dominant polycystic kidney disease; ALPS, autoimmune lymphoproliferative syndrome; CCR5, CC chemokine receptor 5; GVHD, graft-versus-host disease; HIV, human immunodeficiency virus; IL-2, interleukin-2; IRS-1, insulin receptor substrate-1; mTOR, molecular target of rapamycin; PI3K, phosphoinositide-3 kinase; TSC, tuberous sclerosis complex.

A715

CORD078050



STATE OF THE ART

adding to the attractiveness of this class of drugs. Classically described adverse effects include fatigue, rash, mucositis, anorexia, and gastrointestinal effects such as diarrhea and nausea; hematologic effects include thrombocytopenia, leukopenia, and anemia; and metabolic effects include hyperlipidemia, hyperglycemia, and hypercholesterolemia.[20,33,43,46] In most cases, the adverse effects can be managed with dose reductions or, in the case of metabolic disturbances, with the addition of insulin or a cholesterol-lowering medication.

A rarer and potentially serious side effect that has been noted with these agents is interstitial pneumonitis.[47] In a series of 24 renal transplant patients who developed pneumonitis associated with sirolimus, symptoms included cough, fatigue, and fever in the majority of patients, and eight patients also developed dyspnea.[48] One patient was asymptomatic. Imaging by computed tomography revealed patchy bilateral infiltrates to be the most common finding (19 patients). Sirolimus was discontinued in all patients and all recovered completely within 6 months. Similar reports after treatment with temsirolimus exist[49] and pneumonitis is listed as an uncommon side effect of everolimus (Certican, prescribing information).

The first approved application of mTOR inhibitors was as an immunosuppressant. The effects on the immune system may be of some concern when these agents are used for other purposes and especially when administered to patients with cancer. However, despite the ability to block proliferation of certain cells of the immune system, there has not been a significant number of infectious complications with the doses and schedules used in clinical oncology trials. Most published trials have not reported specific analyses of T-cell subsets or function, but a phase I study of temsirolimus mentioned that lymphocyte cell-surface phenotype analysis and mitogen proliferation assays did not show any trend toward immunosuppression.[42]

### Applications of mTOR inhibitors
Because of mTOR's complex effects on protein synthesis and cell cycle progression, interfering with its signaling can lead to a number of potentially therapeutic outcomes. For example, by interfering with the translation of proteins involved in cell cycle progression, inhibition of mTOR results in arrest in $G_1$ of the cell cycle and an antiproliferative effect that may be beneficial for the treatment of cancer and a number of benign diseases associated with abnormal proliferation. Immunosuppression can occur by interfering with protein synthesis within certain cells of the immune system, such as T cells. Interfering with the translation of HIF-1α has an antiangiogenic effect, and inhibiting the phosphorylation of BAD by S6K1 may promote apoptosis. Another effect of mTOR inhibition is to promote autophagy, although the exact mechanism of this remains unknown.[50] These multiple and diverse effects may potentially result in a number of important therapeutic applications for the treatment of a wide range of diseases. The various diseases

for which inhibition of the mTOR pathway has been studied, both clinically and preclinically, along with the rationale for why inhibiting the pathway may be efficacious, are listed in Table 1.

### CONCLUSION
The mTOR pathway plays a central role in a number of important intracellular processes. Blocking the pathway with sirolimus or a rapalog has implications for the treatment of many diverse diseases. Although many studies are currently underway and more data will be collected, the newer mTOR inhibitors appear to be potentially interchangeable with sirolimus (if administered at a comparable dose and schedule). Wide interpatient variability in pharmacokinetics, metabolism by CYP3A4, and therefore the potential for numerous drug interactions, poor bioavailability of the oral agents, and generally good tolerability are characteristics of this class of drugs. There is no convincing evidence thus far to suggest that the newer agents offer a large advantage to sirolimus. Given the limited patent exclusivity and the decrease in cost that can be expected upon expiration of the sirolimus patents, perhaps more focus should be given to the oldest agent so that it can be effectively applied for the multitude of new potential uses being discovered, rather than continuing to borrow from it for the production of more new inhibitors of mTOR.

### ACKNOWLEDGMENTS
Dr Hartford was supported by T32 GM007019 from the NIH.

### CONFLICT OF INTEREST
The authors declared no conflict of interest.

© 2007 American Society for Clinical Pharmacology and Therapeutics

1. Wullschleger, S., Loewith, R. & Hall, M.N. TOR signaling in growth and metabolism. *Cell* **124**, 471–484 (2006).
2. Sarbassov, D.D., Ali, S.M. & Sabatini, D.M. Growing roles for the mTOR pathway. *Curr. Opin. Cell. Biol.* **17**, 596–603 (2005).
3. Avruch, J., Lin, Y., Long, X., Murthy, S. & Ortiz-Vega, S. Recent advances in the regulation of the TOR pathway by insulin and nutrients. *Curr. Opin. Clin. Nutr. Metab. Care* **8**, 67–72 (2005).
4. Rowinsky, E.K. Targeting the molecular target of rapamycin (mTOR). *Curr. Opin. Oncol.* **16**, 564–575 (2004).
5. Johannessen, C.M. *et al.* The NF1 tumor suppressor critically regulates TSC2 and mTOR. *Proc. Natl. Acad. Sci. USA* **102**, 8573–8578 (2005).
6. Faivre, S., Kroemer, G. & Raymond, E. Current development of mTOR inhibitors as anticancer agents. *Nat. Rev. Drug Discov.* **5**, 671–688 (2006).
7. Pende, M. *et al.* S6K1(−/−)/S6K2(−/−) mice exhibit perinatal lethality and rapamycin-sensitive 5′-terminal oligopyrimidine mRNA translation and reveal a mitogen-activated protein kinase-dependent S6 kinase pathway. *Mol. Cell. Biol.* **24**, 3112–3124 (2004).
8. Petroulakis, E., Mamane, Y., Le Bacquer, O., Shahbazian, D. & Sonenberg, N. mTOR signaling: implications for cancer and anticancer therapy. *Br. J. Cancer* **94**, 195–199 (2006).
9. Kurmasheva, R.T., Huang, S. & Houghton, P.J. Predicted mechanisms of resistance to mTOR inhibitors. *Br. J. Cancer* **95**, 955–960 (2006).
10. Huang, S., Bjornsti, M.A. & Houghton, P.J. Rapamycins: mechanism of action and cellular resistance. *Cancer Biol. Ther.* **2**, 222–232 (2003).
11. Sehgal, S.N., Baker, H. & Vezina, C. Rapamycin (AY-22,989), a new antifungal antibiotic. II. Fermentation, isolation and characterization. *J. Antibiot. (Tokyo)* **28**, 727–732 (1975).
12. Martel, R.R., Klicius, J. & Galet, S. Inhibition of the immune response by rapamycin, a new antifungal antibiotic. *Can. J. Physiol. Pharmacol.* **55**, 48–51 (1977).

A716

CORD078051


STATE OF THE ART

13. Calne, R.Y. et al. Rapamycin for immunosuppression in organ allografting. Lancet 2, 227 (1989).

14. Kahan, B.D., Chang, J.Y. & Sehgal, S.N. Preclinical evaluation of a new potent immunosuppressive agent, rapamycin. Transplantation 52, 185–191 (1991).

15. Cardenas, M.E. et al. Antifungal activities of antineoplastic agents: Saccharomyces cerevisiae as a model system to study drug action. Clin. Microbiol. Rev. 12, 583–611 (1999).

16. Singh, N. & Heitman, J. Antifungal attributes of immunosuppressive agents: new paradigms in management and elucidating the pathophysiologic basis of opportunistic mycoses in organ transplant recipients. Transplantation 77, 795–800 (2004).

17. Dumont, F.J. & Su, Q. Mechanism of action of the immunosuppressant rapamycin. Life Sci. 58, 373–395 (1996).

18. Singh, K., Sun, S. & Vezina, C. Rapamycin (AY-22,989), a new antifungal antibiotic. IV. Mechanism of action. J. Antibiot. (Tokyo) 32, 630–645 (1979).

19. Kelly, P.A., Napoli, K. & Kahan, B.D. Conversion from liquid to solid rapamycin formulations in stable renal allograft transplant recipients. Biopharm. Drug Dispos. 20, 249–253 (1999).

20. Napoli, K.L. & Taylor, P.J. From beach to bedside: history of the development of sirolimus. Ther. Drug Monit. 23, 559–586 (2001).

21. Mahalati, K. & Kahan, B.D. Clinical pharmacokinetics of sirolimus. Clin. Pharmacokinet. 40, 573–585 (2001).

22. Kaplan, B., Meier-Kriesche, H.U., Napoli, K.L. & Kahan, B.D. The effects of relative timing of sirolimus and cyclosporine microemulsion formulation coadministration on the pharmacokinetics of each agent. Clin. Pharmacol. Ther. 63, 48–53 (1998).

23. Zimmerman, J.J., Ferron, G.M., Lim, H.K. & Parker, V. The effect of a high-fat meal on the oral bioavailability of the immunosuppressant sirolimus (rapamycin). J. Clin. Pharmacol. 39, 1155–1161 (1999).

24. Yatscoff, R., LeGatt, D., Keenan, R. & Chackowsky, P. Blood distribution of rapamycin. Transplantation 56, 1202–1206 (1993).

25. Zimmerman, J.J. et al. Pharmacokinetics of sirolimus (rapamycin) in subjects with mild to moderate hepatic impairment. J. Clin. Pharmacol. 45, 1368–1372 (2005).

26. Trepanier, D.J., Gallant, H., Legatt, D.F. & Yatscoff, R.W. Rapamycin: distribution, pharmacokinetics and therapeutic range investigations: an update. Clin. Biochem. 31, 345–351 (1998).

27. Kahan, B.D. et al. Therapeutic drug monitoring of sirolimus: correlations with efficacy and toxicity. Clin. Transplant. 14, 97–109 (2000).

28. Stenton, S.B., Partovi, N. & Ensom, M.H. Sirolimus: the evidence for clinical pharmacokinetic monitoring. Clin. Pharmacokinet. 44, 769–786 (2005).

29. Chapman, T.M. & Perry, C.M. Everolimus. Drugs 64, 861–872 (2004); discussion 864–873.

30. Schuler, W. et al. SDZ RAD, a new rapamycin derivative: pharmacological properties in vitro and in vivo. Transplantation 64, 36–42 (1997).

31. Dudkin, L. et al. Biochemical correlates of mTOR inhibition by the rapamycin ester CCI-779 and tumor growth inhibition. Clin. Cancer Res. 7, 1758–1764 (2001).

32. Galanis, E. et al. Phase II trial of temsirolimus (CCI-779) in recurrent glioblastoma multiforme: a North Central Cancer Treatment Group study. J. Clin. Oncol. 23, 5294–5304 (2005).

33. Yee, K.W. et al. Phase I/II study of the mammalian target of rapamycin inhibitor everolimus (RAD001) in patients with relapsed or refractory hematologic malignancies. Clin. Cancer Res. 12, S165–S173 (2006).

34. Mita, M.M. et al. Phase I, pharmacokinetic (PK), and pharmacodynamic (PD) study of AP23573, an mTOR inhibitor, administered IV daily X 5 every other week in patients (pts) with refractory or advanced malignancies. J. Clin. Oncol. (Meeting Abstracts) 22, 3076 (2004).

35. Kirchner, G.I., Meier-Wiedenbach, I. & Manns, M.P. Clinical pharmacokinetics of everolimus. Clin. Pharmacokinet. 43, 83–95 (2004).

36. Kovarik, J.M. et al. Longitudinal assessment of everolimus in de novo renal transplant recipients over the first post-transplant year: pharmacokinetics, exposure–response relationships, and influence on cyclosporine. Clin. Pharmacol. Ther. 69, 48–56 (2001).

37. Desai, A.A. et al. Development of a pharmacokinetic (PK) model and assessment of patient (pt) covariate effects on dose-dependent PK following different-dosing schedules in two phase I trials of AP23573

38. Cai, P., Tsao, R. & Ruppen, M.E. In Vitro Metabolic Study Of Temsirolimus: Preparation, Isolation, And Identification Of The Metabolites. Drug Metab Dispos 35, 1554–1563 (2007).

39. Jacobsen, W. et al. Comparison of the in vitro metabolism of the macrolide immunosuppressants sirolimus and RAD. Transplant. Proc. 33, 514–515 (2001).

40. Kovarik, J.M. et al. Influence of hepatic impairment on everolimus pharmacokinetics: implications for dose adjustment. Clin. Pharmacol. Ther. 70, 425–430 (2001).

41. Neumayer, H.H. et al. Entry-into-human study with the novel immunosuppressant SDZ RAD in stable renal transplant recipients. Br. J. Clin. Pharmacol. 48, 694–703 (1999).

42. Hidalgo, M. et al. A phase I and pharmacokinetic study of temsirolimus (CCI-779) administered intravenously daily for 5 days every 2 weeks to patients with advanced cancer. Clin. Cancer Res. 12, 5755–5763 (2006).

43. Raymond, E. et al. Safety and pharmacokinetics of escalated doses of weekly intravenous infusion of CCI-779, a novel mTOR inhibitor, in patients with cancer. J. Clin. Oncol. 22, 2336–2347 (2004).

44. Zeng, Z. et al. Rapamycin derivatives reduce mTORC2 signaling and inhibit AKT activation in AML. Blood 109, 3509–3512 (2007).

45. Del Bufalo, D. et al. Antiangiogenic potential of the mammalian target of rapamycin inhibitor temsirolimus. Cancer Res. 66, 5549–5554 (2006).

46. Chawla, S.P. et al. Updated results of a phase II trial of AP23573, a novel mTOR inhibitor, in patients (pts) with advanced soft tissue or bone sarcomas. J. Clin. Oncol. (Meeting Abstracts) 24, 9505 (2006).

47. Buhaescu, I., Izzedine, H. & Covic, A. Sirolimus—challenging current perspectives. Ther. Drug Monit. 28, 577–584 (2006).

48. Champion, L. et al. Brief communication: sirolimus-associated pneumonitis: 24 cases in renal transplant recipients. Ann. Intern. Med. 144, 505–509 (2006).

49. Duran, I. et al. Characterisation of the lung toxicity of the cell cycle inhibitor temsirolimus. Eur. J. Cancer 42, 1875–1880 (2006).

50. Rubinsztein, D.C., Gestwicki, J.E., Murphy, L.O. & Klionsky, D.J. Potential therapeutic applications of autophagy. Nat. Rev. Drug Discov. 6, 304–312 (2007).

51. Levy, G. et al. Safety, tolerability, and efficacy of everolimus in de novo liver transplant recipients: 12- and 36-month results. Liver Transpl. 12, 1640–1648 (2006).

52. Snell, G.I. et al. Everolimus versus azathioprine in maintenance lung transplant recipients: an international, randomized, double-blind clinical trial. Am. J. Transplant. 6, 169–177 (2006).

53. Keogh, A. et al. Sirolimus in de novo heart transplant recipients reduces acute rejection and prevents coronary artery disease at 2 years: a randomized clinical trial. Circulation 110, 2694–2700 (2004).

54. Kerkar, N. et al. Rapamycin successfully treats post-transplant autoimmune hepatitis. Am. J. Transplant. 5, 1085–1089 (2005).

55. Cutler, C. & Antin, J.H. Sirolimus for GVHD prophylaxis in allogeneic stem cell transplantation. Bone Marrow Transplant. 34, 471–476 (2004).

56. Benito, A.I. et al. Sirolimus (rapamycin) for the treatment of steroid-refractory acute graft-versus-host disease. Transplantation 72, 1924–1929 (2001).

57. Couriel, D.R. et al. Sirolimus in combination with tacrolimus and corticosteroids for the treatment of resistant chronic graft-versus-host disease. Br. J. Haematol. 130, 409–417 (2005).

58. Fernandez, D., Bonilla, E., Mirza, N., Niland, B. & Perl, A. Rapamycin reduces disease activity and normalizes T cell activation-induced calcium fluxing in patients with systemic lupus erythematosus. Arthritis Rheum. 54, 2983–2988 (2006).

59. Nadiminti, U. & Arbiser, J.L. Rapamycin (sirolimus) as a steroid-sparing agent in dermatomyositis. J. Am. Acad. Dermatol. 52, 17–19 (2005).

60. Valentini, R.P. et al. Sirolimus rescue for tacrolimus-associated post-transplant autoimmune hemolytic anemia. Pediatr. Transplant. 10, 358–361 (2006).

61. Foroncewicz, B., Mucha, K., Paczek, L., Chmura, A. & Rowinski, W. Efficacy of rapamycin in patient with juvenile rheumatoid arthritis. Transpl. Int. 18, 366–368 (2005).

62. Majewski, M. et al. The immunosuppressive macrolide RAD inhibits growth of human Epstein-Barr virus-transformed B lymphocytes

A717

CORD078052

 STATE OF THE ART

in vitro and in vivo: a potential approach to prevention and treatment of posttransplant lymphoproliferative disorders. Proc. Natl. Acad. Sci. USA 97, 4285–4290 (2000).

63. Baeder, W.L., Sredy, J., Sehgal, S.N., Chang, J.Y. & Adams, L.M. Rapamycin prevents the onset of insulin-dependent diabetes mellitus (IDDM) in NOD mice. Clin. Exp. Immunol. 89, 174–178 (1992).

64. Ikeda, E., Hikita, N., Eto, K. & Mochizuki, M. Tacrolimus-rapamycin combination therapy for experimental autoimmune uveoretinitis. Jpn. J. Ophthalmol. 41, 396–402 (1997).

65. Martin, D.F., DeBarge, L.R., Nussenblatt, R.B., Chan, C.C. & Roberge, F.G. Synergistic effect of rapamycin and cyclosporin A in the treatment of experimental autoimmune uveoretinitis. J. Immunol. 154, 922–927 (1995).

66. Teachey, D.T. et al. Rapamycin improves lymphoproliferative disease in murine autoimmune lymphoproliferative syndrome (ALPS). Blood 108, 1965–1971 (2006).

67. Brown, V.I. et al. Rapamycin is active against B-precursor leukemia in vitro and in vivo, an effect that is modulated by IL-7-mediated signaling. Proc. Natl. Acad. Sci. USA 100, 15113–15118 (2003).

68. Haczku, A. et al. The effect of dexamethasone, cyclosporine, and rapamycin on T-lymphocyte proliferation in vitro: comparison of cells from patients with glucocorticoid-sensitive and glucocorticoid-resistant chronic asthma. J. Allergy Clin. Immunol. 93, 510–519 (1994).

69. Valmori, D. et al. Rapamycin-mediated enrichment of T cells with regulatory activity in stimulated CD4+ T cell cultures is not due to the selective expansion of naturally occurring regulatory T cells but to the induction of regulatory functions in conventional CD4+ T cells. J. Immunol. 177, 944–949 (2006).

70. Uss, E., Yong, S.L., Hooibrink, B., van Lier, R.A. & ten Berge, I.J. Rapamycin enhances the number of alloantigen-induced human CD103+CD8+ regulatory T cells in vitro. Transplantation 83, 1098–1106 (2007).

71. Tian, L., Lu, L., Yuan, Z., Lamb, J.R. & Tam, P.K. Acceleration of apoptosis in CD4+CD8+ thymocytes by rapamycin accompanied by increased CD4+CD25+ T cells in the periphery. Transplantation 77, 183–189 (2004).

72. Chan, S. et al. Phase II study of temsirolimus (CCI-779), a novel inhibitor of mTOR, in heavily pretreated patients with locally advanced or metastatic breast cancer. J. Clin. Oncol. 23, 5314–5322 (2005).

73. Atkins, M.B. et al. Randomized phase II study of multiple dose levels of CCI-779, a novel mammalian target of rapamycin kinase inhibitor, in patients with advanced refractory renal cell carcinoma. J. Clin. Oncol. 22, 909–918 (2004).

74. Hudes, G. et al. A phase 3, randomized, 3-arm study of temsirolimus (TEMSR) or interferon-alpha (IFN) or the combination of TEMSR+IFN in the treatment of first-line, poor-risk patients with advanced renal cell carcinoma (adv RCC). J. Clin. Oncol. (Meeting Abstracts) 24, LBA4 (2006).

75. Hudes, G. et al. Temsirolimus, interferon alfa, or both for advanced renal-cell carcinoma. N. Engl. J. Med. 356, 2271–2281 (2007).

76. Hosoi, H. et al. Rapamycin causes poorly reversible inhibition of mTOR and induces p53-independent apoptosis in human rhabdomyosarcoma cells. Cancer Res. 59, 886–894 (1999).

77. Mateo-Lozano, S., Tirado, O.M. & Notario, V. Rapamycin induces the fusion-type independent downregulation of the EWS/FLI-1 proteins and inhibits Ewing's sarcoma cell proliferation. Oncogene 22, 9282–9287 (2003).

78. Wan, X., Mendoza, A., Khanna, C. & Helman, L.J. Rapamycin inhibits ezrin-mediated metastatic behavior in a murine model of osteosarcoma. Cancer Res. 65, 2406–2411 (2005).

79. Xu, Q., Thompson, J.E. & Carroll, M. mTOR regulates cell survival after etoposide treatment in primary AML cells. Blood 106, 4261–4268 (2005).

80. Decker, T. et al. Rapamycin-induced G1 arrest in cycling B-CLL cells is associated with reduced expression of cyclin D3, cyclin E, cyclin A, and survivin. Blood 101, 278–285 (2003).

81. Haritunians, T. et al. Antiproliferative activity of RAD001 (everolimus) as a single agent and combined with other agents in mantle cell lymphoma. Leukemia 21, 333–339 (2007).

82. Albert, J.M., Kim, K.W., Cao, C. & Lu, B. Targeting the Akt/mammalian target of rapamycin pathway for radiosensitization of breast cancer. Mol. Cancer Ther. 5, 1183–1189 (2006).

83. Beuvink, I. et al. The mTOR inhibitor RAD001 sensitizes tumor cells to DNA-damaged induced apoptosis through inhibition of p21 translation. Cell 120, 747–759 (2005).

84. Lee, L. et al. Efficacy of a rapamycin analog (CCI-779) and IFN-gamma in tuberous sclerosis mouse models. Genes Chromosomes Cancer 42, 213–227 (2005).

85. Laschke, M.W. et al. Rapamycin induces regression of endometriotic lesions by inhibiting neovascularization and cell proliferation. Br. J. Pharmacol. 149, 137–144 (2006).

86. Kwon, Y.S., Hong, H.S., Kim, J.C., Shin, J.S. & Son, Y. Inhibitory effect of rapamycin on corneal neovascularization in vitro and in vivo. Invest. Ophthalmol. Vis. Sci. 46, 454–460 (2005).

87. Recher, C. et al. Antileukemic activity of rapamycin in acute myeloid leukemia. Blood 105, 2527–2534 (2005).

88. Platzbecker, U. et al. Activity of sirolimus in patients with myelodysplastic syndrome—results of a pilot study. Br. J. Haematol. 128, 625–630 (2005).

89. Franz, D.N. et al. Rapamycin causes regression of astrocytomas in tuberous sclerosis complex. Ann. Neurol. 59, 490–498 (2006).

90. Hausleiter, J. et al. Randomized, double-blind, placebo-controlled trial of oral sirolimus for restenosis prevention in patients with in-stent restenosis: the Oral Sirolimus to Inhibit Recurrent In-stent Stenosis (OSIRIS) trial. Circulation 110, 790–795 (2004).

91. Moses, J.W. et al. Sirolimus-eluting stents versus standard stents in patients with stenosis in a native coronary artery. N. Engl. J. Med. 349, 1315–1323 (2003).

92. Shillingford, J.M. et al. The mTOR pathway is regulated by polycystin-1, and its inhibition reverses renal cystogenesis in polycystic kidney disease. Proc. Natl. Acad. Sci. USA 103, 5466–5471 (2006).

93. Shioi, T. et al. Rapamycin attenuates load-induced cardiac hypertrophy in mice. Circulation 107, 1664–1670 (2003).

94. Maeda, K. et al. Rapamycin ameliorates experimental autoimmune myocarditis. Int. Heart J. 46, 513–530 (2005).

95. Shegogue, D. & Trojanowska, M. Mammalian target of rapamycin positively regulates collagen type I production via a phosphatidylinositol 3-kinase-independent pathway. J. Biol. Chem. 279, 23166–23175 (2004).

96. Simler, N.R. et al. The rapamycin analogue SDZ RAD attenuates bleomycin-induced pulmonary fibrosis in rats. Eur. Respir. J. 19, 1124–1127 (2002).

97. Biecker, E. et al. Long-term treatment of bile duct-ligated rats with rapamycin (sirolimus) significantly attenuates liver fibrosis: analysis of the underlying mechanisms. J. Pharmacol. Exp. Ther. 313, 952–961 (2005).

98. Bonegio, R.G. et al. Rapamycin ameliorates proteinuria-associated tubulointerstitial inflammation and fibrosis in experimental membranous nephropathy. J. Am. Soc. Nephrol. 16, 2063–2072 (2005).

99. Ravikumar, B., Duden, R. & Rubinsztein, D.C. Aggregate-prone proteins with polyglutamine and polyalanine expansions are degraded by autophagy. Hum. Mol. Genet. 11, 1107–1117 (2002).

100. Ravikumar, B. et al. Inhibition of mTOR induces autophagy and reduces toxicity of polyglutamine expansions in fly and mouse models of Huntington disease. Nat. Genet. 36, 585–595 (2004).

101. Heredia, A. et al. Rapamycin causes down-regulation of CCR5 and accumulation of anti-HIV beta-chemokines: an approach to suppress R5 strains of HIV-1. Proc. Natl. Acad. Sci. USA 100, 10411–10416 (2003).

102. Castedo, M. et al. Human immunodeficiency virus 1 envelope glycoprotein complex-induced apoptosis involves mammalian target of rapamycin/FKBP12-rapamycin-associated protein-mediated p53 phosphorylation. J. Exp. Med. 194, 1097–1110 (2001).

103. Harrington, L.S. et al. The TSC1-2 tumor suppressor controls insulin-PI3K signaling via regulation of IRS proteins. J. Cell. Biol. 166, 213–223 (2004).

104. Um, S.H. et al. Absence of S6K1 protects against age- and diet-induced obesity while enhancing insulin sensitivity. Nature 431, 200–205 (2004).

A718

CORD078053

# EXHIBIT 51



# Chemical Modification of Rapamycin: The Discovery of SDZ RAD

R. Sedrani, S. Cottens, J. Kallen, and W. Schuler

THE immunosuppressive macrolide rapamycin (RAP) 1 (Fig 1) has attracted interest in recent years because of its potential in the prevention of both allograft rejection[1] and the development of graft vessel disease (GVD).[2] This complex natural product, with its remarkable biological properties, unfortunately exhibits unfavorable physicochemical properties. As a consequence, the galenical formulation and oral administration of RAP has proven to be rather difficult. Until recently, the majority of published work demonstrating the immunosuppressive effect of RAP in vivo has dealt with parenteral administration of the compound (for references, see Granger et al[3]). We therefore embarked on a program aimed at overcoming these difficulties by chemical derivation of RAP. The nature of the chemical modification had to be carefully chosen. It had to allow for the introduction of a variety of chemical groups and functionalities.

Another important criterion to be considered was the metabolic stability; the targeted RAP derivatives had to constitute the active principle, ie, they should not behave as prodrugs. Therefore, it was of utmost importance to find a position in RAP that could be chemically modified without resulting in loss of immunosuppressive activity. Alkylation of the hydroxyl (O-alkylation) in either position 28 or 40 (Fig 1) was envisaged as a type of modification that could be expected to correspond to our criteria. The data presented herein show that O-alkylation in position 40 can indeed lead to novel, potently immunosuppressive RAP-derivatives, provided that the newly introduced alkyl group is properly chosen.

O-alkylation in position 28 (eg, 2, Fig 1), on the other hand, leads to loss of immunosuppressive activity, which can be explained on the basis of structural results obtained by X-ray crystallography. The efforts described herein ultimately resulted in the identification of a potent RAP derivative, SDZ RAD (40-O-(2-hydroxy)ethylrapamycin) 4 (Fig 1), which is currently undergoing clinical trials.

## MATERIALS AND METHODS
### Rapamycin and Analogs

RAP was obtained by fermentation of the actinomycete strain A91-259211. The analogs were prepared in our laboratories by chemical modification of RAP. The experimental details of the chemical syntheses will be reported elsewhere.

### In Vitro Assays

*FKBP12 Binding Assay.* Binding to the FK 506 binding protein (FKBP12) was indirectly assessed by means of an ELISA-type competition assay. FK 506 was included in each individual experiment as a standard, and the inhibitory activity is expressed as relative $IC_{50}$ compared to FK 506 ($rIC_{50} = IC_{50}$ test compound/$IC_{50}$ FK 506). Details regarding this assay have been reported.[4]

*Mixed Lymphocyte Reaction (MLR).* The immunosuppressive activities of RAP and its derivatives were assessed in a two-way MLR, using spleen cells of BALB/c and CBA mice. RAP was included in each individual experiment as a standard, and the inhibitory activity is expressed as relative



| | | |
|---|---|---|
| 1 RAP | $R_1 = H$ | $R_2 = H$ |
| 2 | $R_1 = H$ | $R_2 = Me$ |
| 3 | $R_1 = Me$ | $R_2 = H$ |
| 4 SDZ RAD | $R_1 = HO(CH_2)_2$- | $R_2 = H$ |
| 5 | $R_1 = HO(CH_2)_6$- | $R_2 = H$ |
| 6 | $R_1 = Ph$ | $R_2 = H$ |

**Fig 1.** Chemical structures of RAP 1, 28-O-methylrapamycin 2 and 40-O-alkylated derivatives, including SDZ RAD 4.

From Novartis Pharma AG, Basel, Switzerland.
Address reprint requests to Richard Sedrani, Novartis Pharma AG, Preclinical Research, CH-4002, Basel, Switzerland.

0041-1345/98/$19.00
PII S0041-1345(98)00587-9

© 1998 by Elsevier Science Inc.
655 Avenue of the Americas, New York, NY 10010

A719
CORD016660
HIGHLY CONFIDENTIAL

08/10 '01 16:29 FAX +41 61 324 6912   NOVARTIS PATENT DEPT. CH   ☒003

RAPAMYCIN MODIFICATION                                                   2193

#### Table 1. In Vitro Activities of Rapamycin and O-Alkylated Derivatives

| Compound | Substituent R₁ | Substituent R₂ | FKBP12 binding (rIC50)* | MLR (rIC50)† |
|---|---|---|---|---|
| 1 RAP | H | H | 0.6 | 1 |
| 2 | H | Me | 1.6 | 1300 |
| 3 | Me | H | 1.1 | 6.5 |
| 4 SDZ RAD | HO(CH2)2— | H | 2.0 | 2.1 |
| 5 | HO(CH2)3— | H | 0.8 | 18 |
| 6 | Ph— | H | 23 | >430 |

*The ability of the compounds to compete with immobilized FK 506 for binding to biotinylated FKBP12 was determined in a competitive binding assay. FK 506 was included as standard in each individual experiment. Results are expressed as means of the relative IC50 values (ie, IC50 test compound/IC50 FK 506). The range of absolute IC50 values for FK 506 was 0.8–1.2 nmol/L.

†The inhibitory effect on a two-way MLR performed with spleen cells from BALB/c and CBA mice was tested. RAP was included as standard in each individual experiment. Results are expressed as means of the relative IC50 values (ie, IC50 test compound/IC50 RAP). The range of absolute IC50 values for RAP was 0.06–0.9 nmol/L.

See Fig 1.

IC50 compared to RAP (rIC50 = IC50 test compound/IC50 RAP). Details regarding this assay have been reported.[4]

### RESULTS AND DISCUSSION

As can be seen from the data shown in Table 1, alkylation in either position 28 (compound 2) or position 40 (compounds 3–5) did not greatly affect binding to FKBP12. A significant loss in affinity was only observed when the rather bulky phenyl group was added to the C40-hydroxyl (compound 6). Methylation of the C28-hydroxyl (compound 2) resulted in a 1000-fold loss of activity in the MLR. When the same modification was carried out in position 40 (compound 3), the immunosuppressive activity was only reduced by a factor of 6.5 as compared to RAP. This clearly indicated that, in contrast to the C28-hydroxyl, the C40-hydroxyl was amenable to chemical modifications without resulting in a prohibitive loss of potency, and that further optimization could be envisaged. Indeed, introduction of a 2-hydroxyethyl group in that same position, leading to SDZ RAD 4, enhanced the potency with respect to the methyl-derivative 3; the immunosuppressive activity of SDZ RAD in vitro was found to be comparable to that of RAP. When the hydroxyalkyl chain was extended, as in derivative 5, the trend was reversed, and a reduction of activity was observed.

The results reported herein can be explained on the basis of structural results obtained by X-ray crystallography. RAP exerts its immunosuppressive activity by first binding to FKBP12. This binding is necessary, but not sufficient, as was recognized earlier (see Brown et al[5] and references cited therein), and as can be seen from our data in Table 1 (ie, compounds 2 and 6). In the case of compound 6 the chemical modification results in decreased affinity for FKBP12 and, as a consequence, in a significant loss of immunosuppressive potency. Compound 2, on the other hand, exhibits a 1300-fold loss in activity despite its high affinity for FKBP12. The active principle is actually rather the FKBP12/RAP complex, which binds to the target protein mTOR[6] (also termed FRAP[5] or RAFT[7]).

As far as 2 is concerned, we have previously shown that in the complex with FKBP12, the newly introduced O-methyl group in position 28 causes a 120° rotation around the C35–C36 bond (Fig 1), considerably shifting the cyclohexyl subunit.[8] The macrocyclic part of 2 remains virtually unchanged with respect to FKBP12-bound RAP and can be superimposed with the macrocyclic part of RAP in the X-ray crystal structure of the FKBP12-RAP-FRB complex[5] (FRB = FKBP12-rapamycin-binding domain of mTOR). This analysis shows that the cyclohexyl subunit of 2, in its new position, collides with a loop of the mTOR fragment. This actually prevents binding of 2 in complex with FKBP12 to mTOR, thus explaining the lack of activity in the MLR. The X-ray crystal structure of the FKBP12/SDZ RAD 4 complex, on the other hand, reveals a three-dimensional structure for bound SDZ RAD, which very closely resembles that of RAP (details concerning the structure will be published elsewhere). From a structural point of view, there is no impediment to complex formation between FKBP12/SDZ RAD and the FRB fragment of mTOR, thus explaining its high potency. The loss of activity observed when going from SDZ RAD 4 to 5 is probably due to the larger size of the modification at the C40-hydroxyl in the latter. This can conceivably result in steric hindrance with, and reduced affinity for, mTOR. The modification in 6, finally, clearly affects binding to FKBP12, a prerequisite for activity, and probably also, because of its size, binding of the FKBP12/6 complex to mTOR.

In conclusion, we have shown that O-alkylation of RAP can lead to highly potent derivatives, provided that a suitable alkyl group is introduced into the appropriate position and that the structure-activity relationship of O-alkylated RAP derivatives can be explained by X-ray structural results. The 40-O-(2-hydroxyethyl) derivative SDZ RAD 4 is presently undergoing clinical trials for use in combination with cyclosporine A to prevent acute and chronic rejection after solid-organ allotransplantation.[4,10]

### REFERENCES

1. Kahan BD: Transplant Proc 29:48, 1997

2. Gregory CR, Huie P, Billingham ME, Morris RE: Transplantation 55:1409, 1993

3. Granger DK, Cromwell JW, Chen SC, et al: Transplantation 59:183, 1995

4. Schuler W, Sedrani R, Cottens S, et al: Transplantation 64:36, 1997

CORD016661
HIGHLY CONFIDENTIAL

08/10 '01 16:29 FAX +41 61 324 6912    NOVARTIS PATENT DEPT. CH    [2]004

SEDRANI, COTTENS, KALLEN ET AL.

2194

5. Brown EJ, Albers MW, Shin TB, et al: Nature 369:756, 1994

6. Sabers CJ, Martin MM, Brunn GJ, et al: J Biol Chem 270:815, 1995

7. Sabatini DM, Erdjument-Bromage H, Lui M, et al: Cell 78:35, 1994

8. Kallen JA, Sedrani R, Cottens S: J Am Chem Soc 118:5857, 1996

9. Choi J, Chen J, Schreiber SL, et al: Science 273:239, 1996

10. Schuurman HJ, Cottens S, Fuchs S, et al: Transplantation 64:32, 1997

A721
CORD016662
HIGHLY CONFIDENTIAL

# EXHIBIT 52

**Herz** ©Urban & Vogel 2004

# ABT-578-Eluting Stents

## The Promising Successor of Sirolimus- and Paclitaxel-Eluting Stent Concepts?

Lutz Buellesfeld, Eberhard Grube[1]

**Abstract**

ABT-578 is a new synthetic analog of rapamycin, designed to inhibit smooth muscle cell proliferation – a key contributor to restenosis – by blocking the function of the mTOR cell cycle regulatory protein. Given these pharmacodynamics, ABT-578 was considered beneficial for intracoronary delivery to arrest the process responsible for neointimal hyperplasia after angioplasty and stenting. Consequently, the ABT-578-eluting ENDEAVOR™ stent system has been created, representing a potential new alternative for treating patients with coronary heart disease. In order to evaluate safety, feasibility and efficacy of this stent design, the ENDEAVOR clinical program has been started, including three randomized clinical trials. ENDEAVOR I is the first-in-man trial including 100 patients with native de novo coronary lesions. The 4-month follow-up data, recently presented, demonstrated safety and feasibility of this new drug-eluting stent (DES) concept with a 4-month MACE (major adverse cardiac events) rate of 2.0%. In order to evaluate this stent system in a larger patient population as well as more complex lesion subsets, the multicenter study ENDEAVOR II has been started including a total of 1,200 patients. The enrollment of this study was completed in January 2004. The aim of the US multicenter study ENDEAVOR III is a head-to-head comparison of the ENDEAVOR ABT-578-eluting stent system with the already approved sirolimus-eluting Cypher stent in 369 patients. If the results of both pivotal studies ENDEAVOR II and III confirm the efficacy of the ENDEAVOR stent design observed so far, the ENDEAVOR stent will be established as a new and promising contender in the field of DES.

**Key Words:** Drug elutung stents · Coronary artery disease · New device · ABT-578

Herz 2004;29:167–70

DOI 10.1007/s00059-004-2557-5

### ABT-578 freisetzende Stents: Der erfolgreiche Nachfolger Sirolimus und Paclitaxel freisetzender Stents?

**Zusammenfassung**

Der Wirkstoff ABT-578 ist ein neues synthetisches Rapamycin-Analogon, welches speziell zur Inhibierung glatter Muskelzellen durch Blockade des Zellzyklusregulatorproteins mTOR entwickelt wurde. Aufgrund dieses Wirkprinzips wurden der Substanz ABT-578 günstige Eigenschaften bei koronarer stentbasierter Applikation zur Inhibierung reaktiver neointimaler Proliferationen zugesprochen. Als neue Alternative zur Behandlung der stenosierenden koronaren Herzerkrankung erfolgte daraufhin die Entwicklung des ABT-578 freisetzenden ENDEAVOR-Stents. Zur klinischen Evaluierung der Sicherheit und Effektivität dieses neuen Stentdesigns dient das derzeit andauernde ENDEAVOR-Studienprogramm, welches drei randomisierte klinische Studien umfasst. ENDEAVOR I ist die „first-in-man"-Studie mit 100 Patienten mit nativen De-novo-Koronarläsionen. Im Rahmen der unlängst präsentierten 4-Monats-Verlaufsergebnisse zeigte sich eine sehr viel versprechende MACE-Rate von nur 2,0% in der Gruppe der ABT-578 freisetzenden Koronarstents. Um dieses Stentdesign anhand eines größeren Patientenkollektivs (1200 Patienten) sowie komplexeren Läsionsmorphologien zu untersuchen, wird derzeit die multizentrische Studie ENDEAVOR II durchgeführt. Die Veröffentlichung der Ergebnisse von ENDEAVOR II wird für die zweite Jahreshälfte 2004 erwartet. Das Ziel der US-amerikanischen multizentrischen ENDEAVOR-III-Studie ist der direkte Vergleich des ENDEAVOR-Stents mit dem bereits zugelassenen Sirolimus freisetzenden Cypher-Stent an insgesamt 369 Patienten. Sollten die beiden Hauptstudien ENDEAVOR II und III die bisher beobachteten günstigen Ergebnisse des ENDEAVOR-Stents weiter bestätigen, könnte dieses Stentkonzept als neuer viel versprechender Konkurrent auf dem Gebiet der Medikamenten freisetzenden Stents etabliert werden.

**Schlüsselwörter:** Medikamentenbeschichtete Stents · Koronare Herzkrankheit · Neue Technologie · ABT-578

[1]Department of Cardiology/Angiology, Heart Center Siegburg, Germany.

CORD121480

## Introduction

Lumen renarrowing due to tissue proliferation within the stented segment has been emerged as a major limitation of conventional coronary stent designs used in the past decade. Especially the broad acceptance and frequent use of stents make their restenosis a significant problem. Therefore, today's clinical research in interventional cardiology is particularly focused on finding new approaches to reduce or eliminate this proliferative vessel response.

Recently, drug-eluting stents (DES) have been introduced as a new and promising concept to address this issue effectively and to date, this strategy is about to change the clinical practice. Coated with antiproliferative agents, these stents provide both a mechanical as well as a biochemical approach to inhibit recurrent lumen renarrowing. Paclitaxel and sirolimus were the first drugs under clinical investigation in the field of stent-based intracoronary applications. The TAXUS (paclitaxel) and Cypher (sirolimus) stent systems have been demonstrated to be beneficial in the treatment of focal de novo lesions due to a significant reduction of intimal proliferation up to 24 months post stent implantation as compared to conventional bare metal stents with similar safety results.

In order to develop a new competitive or even more efficient DES system, several other antiproliferative and anti-inflammatory agents are currently clinically tested. These new DES differ not only in their drugs loaded, but also in their stent platforms as well as their drug delivery and release concepts. A new and promising technology has recently been introduced by Medtronic. Their DES concept is based on the Driver stent platform coated with phosphorylcholine (PC) and the antiproliferative agent ABT-578. Both the PC coating as well as the drug ABT-578 are licensed from Abbott Laboratories.

### The Drug: ABT-578

ABT-578 is a new synthetic analog of rapamycin. It is a potent antiproliferative and anti-inflammatory agent with a broad therapeutic window, allowing biological effects at low concentrations. ABT-578 was initially considered during a drug discovery program designed to evaluate novel compounds for the treatment of rheumatoid arthritis. The drug is structurally different from sirolimus through the substitution of a tetrazole ring at the 42-position (Figure 1). ABT-578 inhibits the cell cycle in the late G1 phase. The cellular target mol-



**Figure 1.** ABT-578. The structural difference to sirolimus is the substitution of a tetrazole ring at the 42-position.
**Abbildung 1.** ABT-578. Die strukturelle Differenz zu Sirolimus besteht in der Substitution eines Tetrazol-Ringes an der Position 42.

ecule is FKBP. Herewith, ABT-578 inhibits the mTOR regulatory protein, resulting in a sufficient block of the common pathway for growth factor stimulation. In vitro studies demonstrated, that this cytostatic drug effectively inhibited growth factor-induced proliferation of human coronary artery smooth muscle cells. For this reason, ABT-578 is considered beneficial for intracoronary delivery to arrest the process responsible for neointimal hyperplasia after angioplasty and stenting.

## ENDEAVOR I
## Feasibility Trial, 100 Patients
### Australia/NZL

Single De Novo Native Coronary Artery Lesions
Stent Diameter: 3.0-3.5 mm
Stent Length: 18 mm
Lesion Length: < 15 mm

### Follow-up Protocol

Clinical/MACE: up to 5 years post stent
Angio/IVUS: at 4 and 12 months post stent

Primary Endpoints: MACE at 30 days and late loss (QCA) at 4 months
Secondary Endpoints: TVF and TLR at 9 months and late loss at 12 months

**Figure 2.** ENDEAVOR I study design.
**Abbildung 2.** ENDEAVOR I: Studiendesign.

CORD121473

**The Coating: Phosphorylcholine (PC Technology™)**
In order to create a DES system one needs to place the drug onto the stent surface. Basically, the drug is either placed directly onto the stent or the drug is carried by an additional delivery vehicle. Using a delivery vehicle, it is possible to control the release kinetics of the loaded drug optimally and herewith, to guide the drug effect within the vessel wall. However, this additional coating must be biovascularly compatible without causing any proliferative vessel reaction, delayed endothelialization or prothrombotic effects itself.

The ENDEAVOR ABT-578-eluting stent utilizes a PC coating as drug carrier vehicle. This on-strut PC coating is a synthetic copy of the predominant phospholipid of the outer red blood cell membranes, resulting in a high biovascular compatibility. In animal studies, PC-coated stents showed significantly less platelet adhesion compared to uncoated stents without affecting (delaying) neoendothelialization [1]. Within 5 days, > 90% of the PC-coated coronary stent has been reendothelialized. For drug transfer, the PC coating is loaded with ABT-578 by absorption. Following stent implantation, the drug is then slowly eluting from the surface of the coated stent into the surrounding tissue.

**The Stent Platform: Driver Stent**
The current platform of the ENDEAVOR ABT-578-eluting stent concept is based on the Driver stent, which consists of a new cobalt alloy. The Driver Stent is CE-marked for use in Europe for treating coronary lesions, and received FDA (Food and Drug Administration) approval in October 2003. The stent has been designed for direct stent implantations with a low crossing profile and a strut thickness of 0.0036 in.

**The ENDEAVOR Clinical Development Program**
Porcine coronary models of stent-induced injury demonstrated that ABT-578-coated stents significantly inhibited neointima formation compared to uncoated control stents. For instance, data from Robert Schwartz, Minneapolis Heart Institute, USA, revealed encouraging results in a porcine coronary injury model with a total of 20 subjects. Use of the ABT-578-eluting stent resulted in a highly significant 43% decrease in neointimal area and 46% reduction of neointimal thickness.

Based on the promising preclinical trial results, the ENDEAVOR study program has been started for clinical evaluation of the ENDEAVOR ABT-578-eluting coronary stent system, containing 10 µg of ABT-578 per millimeter of stent length. The program consists of three randomized clinical studies.

**ENDEAVOR I – the Feasibility Study**
The first-in-man trial ENDEAVOR I has been conducted to evaluate both safety and feasibility of the ENDEAVOR ABT-578-eluting stent for treatment of native coronary artery lesions. ENDEAVOR I was designed as a multicenter trial including a total of 100 patients with single de novo coronary lesions. Primary endpoints were defined as MACE (major adverse cardiac events) at 30 days as well as late lumen loss by QCA at 4-month angiographic follow-up. Secondary endpoints were target-vessel failure (TVF) and target-lesion revascularization (TLR) at 9 months and late loss at 12 months. Two angiographic follow-up examinations have been scheduled 4 and 12 months post stent implantation. Follow-up will be for a duration of 5 years (Figure 2).

The 4-month follow-up data, presented at TCT 2003 [2], demonstrated safety and feasibility of this new DES concept with only one myocardial infarction and one TLR at 4-month follow-up (4-month MACE rate of 2%). The in-segment/in-stent late lumen loss was $0.20 \pm 0.40$ and $0.33 \pm 0.35$ mm, respectively, with an in-stent neointimal volume of 61 mm$^3$, representing 4.5% of the total stent volume. These data suggest safety and a remarkable efficacy of the ABT-578-eluting stent system,

## ENDEAVOR II
### Randomized, Double-blind Trial
### 1200 Patients
**Europe, Canada, Israel, Asia Pacific and Australia/NZL**

Single De Novo Native Coronary Artery Lesions
Stent Diameter: 2.25-3.5 mm
Stent Lengths: 18-30 mm (8/9 mm bailout)
Lesion Length: 14-27 mm

**Follow-up Protocol**
Clinical/MACE:   up to 5 years post stent
Angio/IVUS:      at 8 months post stent
                 (Angio n=600, IVUS n=400)

**Primary Endpoint:** TVF (cardiac death, MI, TVR)
at 9 months

Figure 3. ENDEAVOR II study design.
Abbildung 3. ENDEAVOR II: Studiendesign.

CORD1214724

## ENDEAVOR III
### Randomized, Double-blind Trial
### 369 Patients
#### US

Single De Novo Native Coronary Artery Lesions
Stent Diameter: 2.25-3.5 mm
Stent Lengths: 18-30 mm (8/9 mm bailout)
Lesion Length: 14-27 mm

**Follow-up Protocol**
**Clinical/MACE:** up to 5 years post stent
**Angio/IVUS:** at 8 months post stent

**Primary Endpoint:** Late lumen loss by QCA at 8 months

**Figure 4.** ENDEAVOR III study design.
**Abbildung 4.** ENDEAVOR III: Studiendesign.

and the ongoing study will demonstrate, whether these beneficial results will continue up to 12 months post stent implantation.

In order to evaluate this stent system in a larger patient population as well as more complex lesion subsets, the international multicenter study ENDEAVOR II has been conducted.

### ENDEAVOR II and ENDEAVOR III – the Pivotal Studies

ENDEAVOR II is a randomized multicenter study, conducted to evaluate the efficacy of the ENDEAVOR ABT-578-eluting stent in the treatment of a total of 1,200 patients with single de novo coronary lesions, including long lesions up to 27 mm and small vessels ($\geq$ 2.25 mm). The primary endpoint is defined as TVF at 9-month follow-up (Figure 3). The enrollment of ENDEAVOR II was finished in January 2004. The follow-up results are expected to be available in the third quarter of this year.

The aim of the US multicenter study ENDEAVOR III is a head-to-head comparison of the ENDEAVOR ABT-578-eluting stent system with the already approved sirolimus-eluting Cypher stent. A total of 369 patients will be randomly assigned to both arms of the study in a 2 : 1 randomization. Primary endpoint is the in-segment late lumen loss at 8-month follow-up (Figure 4).

Since this study directly compares the ENDEAVOR stent with an already approved DES system, the results of ENDEAVOR III will be crucial for the final assessment of this new stent concept. If the results of both pivotal studies confirm the efficacy of the ENDEAVOR stent design observed in ENDEAVOR I, the ABT-578-eluting stent will be established as a new and promising contender along with the already approved DES designs.

### References

1. Whelan DM, van der Giessen WJ, Krabbendam SC, et al. Biocompatibility of phosphorylcholine coated stents in normal porcine coronary arteries. Heart 2000;83:338–45.
2. Meredith I. ENDEAVOR I: 4-month angiographic and IVUS follow-up. Presented at TCT, Washington, 15.–19. September 2003.

### Address for Correspondence
Lutz Buellesfeld, MD
Department of Cardiology/Angiology
Heart Center Siegburg
Ringstraße 49
53721 Siegburg
Germany
Phone (+49/2241) 18-2322, Fax -3040
e-mail: L.Buellesfeld@khsu.de

# EXHIBIT 53



ELSEVIER

# The In Vivo Effect of Rapamycin Derivative SDZ RAD on Lymphocyte Proliferation

T. Böhler, J. Waiser, K. Budde, S. Lichter, A. Jauho, L. Fritsche, A. Korn, and H.-H. Neumayer

THE rapamycin derivative SDZ RAD is a new, orally applicable immunosuppressive agent. The 2-hydroxyethyl chain in position 40 increases the polarity of this rapamycin analogue, resulting in a greater oral bioavailability.[1] SDZ RAD efficiently prevents graft rejection in animal models of allotransplantation. In addition, SDZ RAD inhibits the development of long-term vascular changes associated with chronic renal allograft rejection. Like cyclosporine (CyA) and FK 506, both SDZ RAD and rapamycin exert their immunosuppressive actions by binding to a class of cytosolic proteins called *immunophyllines*. The abundant immunophyllin FKBP-12 is the common target of SDZ RAD, rapamycin, and FK 506. However, concerning the mode of action, SDZ RAD differs from CyA and FK 506. Whereas CyA and FK 506 prevent progression from $G_0$ to $G_1$ phase in antigen-stimulated T cells by inhibition of IL-2 synthesis, SDZ RAD inhibits cell-cycle progression from $G_1$ to S phase by blocking IL-2 receptor and CD28-dependent signalling pathways.[2-4] Recently it was shown in vitro and in different animal models that SDZ RAD acts synergistically together with CyA.[5] It was the purpose of the present study to investigate whether SDZ RAD has additional effects on T-cell proliferation in human renal allograft recipients treated with CyA and methylprednisolone.

## MATERIALS AND METHODS

The in vivo effect of SDZ RAD was investigated in nine renal allograft recipients with stable graft function. Each patient received a single dose of SDZ RAD (0.75 mg: $n = 3$; 2.5 mg: $n = 3$; 7.5 mg: $n = 2$; 17.5 mg: $n = 1$). Additionally, four patients were treated with placebo. Maintenance immunosuppression consisted of CyA (trough level 100 to 150 ng/mL) and methylprednisolone (<12 mg/d). Co-medication did not change throughout the study. Additionally, 10 mL citrate blood was taken before, 2 hours, 6 hours, and 10 hours after the intake of medication. The day before (without SDZ RAD/placebo), control samples were taken at identical time points. Peripheral blood mononuclear cells (PBMCs) were isolated by Ficoll density centrifugation and seeded in 96-well plates at a final concentration of $1 \times 10^5$ cells/well. RPMI-1640 medium was supplemented with 10% FCS, 100 U penicillin/streptomycin (100 $\mu$g/mL), 2 mmol/L glutamine (Biochrom, Germany) and T-lymphocytes were stimulated with monoclonal anti-CD3 antibodies (Sigma, 10 ng/mL)[6] and incubated in humidified air at 37°C, 5% $CO_2$, for 72 hours. In addition, 20 $\mu$L solution



**Fig 1.** Effect of SDZ RAD on T-lymphocyte proliferation (mean ± SD) in vitro.

(Sigma, 5 mg/mL) was added for another 5 hours. Then, 100 $\mu$L solution (10% in 0.01 mol/L HCl) was added to each well. After overnight incubation, the absorbance at 570 nm ($A_{570}$) was determined by ELISA reader.[7]

For in vitro experiments blood was taken from three different

From Department of Internal Medicine-Nephrology, Charité (T.B., J.W., K.B., S.L., A.J., L.F., H.H.N.), Humboldt University, Berlin, Germany; and Novartis Pharma (A.K.), Basel, Switzerland.

This work was supported by the "Novartis-Stiftung für therapeutische Forschung."

Address reprint requests to T. Böhler Department of Internal Medicine-Nephrology, Humboldt University, Berlin, Germany.

© 1998 by Elsevier Science Inc.
655 Avenue of the Americas, New York, NY 10010

0041-1345/98/$19.00
PII S0041-1345(98)00588-0

CORD077875



**Fig 2.** Treatment of PBMCs with a combination of SDZ RAD and CyA in vitro.

healthy volunteers. Stock solutions of SDZ RAD and CyA were prepared with EtOH and diluted to a final concentration in RPMI medium, as indicated in each single experiment. Lymphocyte proliferation was measured as outlined above, with different concentrations of SDZ RAD and CyA. Every experiment was done in triplicate. Intratest standard deviation was less then 1%. Statistics were evaluated by paired $t$-test. Data are expressed as mean ± standard error (SE). A probability of less than .05 was considered as statistically significant.

## RESULTS

In vitro, the immunosuppressive activity of SDZ RAD on T-cell proliferation was assessed in cultures of anti-CD3-stimulated PBMCs derived from three healthy volunteers. SDZ RAD caused a significant and dose-dependent reduction of T-cell proliferation (Fig 1). SDZ RAD (10 nmol/L) suppressed proliferation from $A_{570} = 0.4 \pm 0.03$ to $0.27 \pm 0.03$. Treatment of PBMCs with a combination of SDZ RAD and CyA revealed an additive effect of both agents on anti-CD3-driven T-cell proliferation (Fig 2).

In vivo, T-cell proliferation was significantly reduced by SDZ RAD (Fig 3). After intake, T-cell proliferation decreased at 2 hours ($A_{570} = 0.41$ vs 0.5, $P = .01$) and at 6 hours ($A_{570} = 0.4$ vs 0.5, $P = .01$) and at 10 hours the effect disappeared and proliferation returned to normal ($A_{570} = 0.5$ vs 0.5, NS). No such changes were found in patients who received placebo (data not shown).

The inhibition of T-cell proliferation seemed to be dose dependent, although this was not statistically significant owing to the low number of patients in each group (0.75 mg: $\Delta A_{570} = 0.07$; 2.5 mg: $\Delta A_{570} = 0.15$; 7.5 mg: $\Delta A_{570} = 0.12$; 17.5 mg: $\Delta A_{570} = 0.27$).

## DISCUSSION

The immunosuppressive effects of CyA and methylprednisolone on lymphocyte proliferation can be enhanced by a



**Fig 3.** Effect of SDZ RAD on T-lymphocyte proliferation in vivo.

single dose of SDZ RAD in human renal allograft recipients. The inhibitory effect of SDZ RAD on the proliferation of T-lymphocytes reaches a maximum between 2 and 6 hours after intake and disappears at 10 hours after intake. Our results support the idea that SDZ RAD acts synergistically together with CyA in vitro and in vivo. Therefore, the combination of SDZ RAD with CyA may be beneficial. Further studies investigating the long-term effects of SDZ RAD on lymphocyte proliferation are under way.

A727

RAPAMYCIN DERIVATIVE

REFERENCES

1. Schuler W, Sedrani R, Cottens S, et al: Transplantation 64:36, 1997

2. Kuo CJ, Chung J, Florentino DF, et al: Nature 358:70, 1992

3. Lai JH, Tan H: J Biol Chem 269:30077, 1994

4. Andrew PM, Hoskin DW: J Immunol 159:4700, 1997

5. Schuurman HJ, Cottens S, Fuchs S, et al: Transplantation 64:32, 1997

6. Goumy L, Ferran C, Merie S, et al: Transplantation 61:83, 1996

7. Tada H, Shiho O, Kuroshima K, et al: J Immunol Methods 93:157, 1986

A728

CORD077877