# EXHIBIT 54

present X-ray parameters. The *anti* conformer of (I) showed lower bonding energy than the eclipsed conformer of (I) with an energy difference of about 14·2 kJ mol⁻¹, while the two conformers of (II) gave approximately the same bonding energy. The eclipsed conformer of (II), however, showed a large dipole moment in comparison with the other conformers. Hence the unique eclipsed conformation observed in (II) is comparatively stable with respect to the molecular structure, and furthermore it must be stabilized by the intermolecular interactions such as the dipole–dipole interactions between the head groups in the bilayer structure.

### References

ABRAHAMSSON, S., DAHLÉN, B., LÖFGREN, H. & PASCHER, I. (1978). *Prog. Chem. Fats Other Lipids*, 16, 125–143.

BERTOLASI, V., GILLI, G. & VERONESE, A. C. (1982). *Acta Cryst.* B38, 502–511.

*International Tables for X-ray Crystallography* (1974). Vol. IV. Birmingham: Kynoch Press. (Present distributor D. Reidel, Dordrecht.)

JERSLEV, B. (1983). *Acta Cryst.* C39, 1447–1454.

McCULLOUGH, J. D. JR, PAUL, I. C. & CURTIN, D. Y. (1972). *J. Am. Chem. Soc.* 94, 883–889.

MAIN, P., HULL, S. E., LESSINGER, L., GERMAIN, G., DECLERCQ, J. P. & WOOLFSON, M. M. (1978). *MULTAN78. A System of Computer Programs for the Automatic Solution of Crystal Structures from X-ray Diffraction Data*. Univs. of York, England, and Louvain, Belgium.

MIYASAKA, T., NOGUCHI, S., TAGA, T., KAJIWARA, K. & FUJI, K. (1986). In preparation.

POPLE, J. A. & SEGAL, G. A. (1966). *J. Chem. Phys.* 44, 3289–3296.

SAX, M., PLETCHER, J., SCHOLTZ, D., GERKIN, R. M. & PINKUS, J. L. (1971). *J. Chem. Soc. B*, pp. 560–565.

TAGA, T., HIGASHI, T. & IIZUKA, H. (1985). *KPPXRAY. Kyoto Program Package for X-ray Crystal Structure Analysis*. Kyoto Univ., Japan.

*Acta Cryst.* (1987). C43, 751–753

# Structure of a New Macrocyclic Antibiotic

BY TOORU TAGA

*Faculty of Pharmaceutical Sciences, Kyoto University, Sakyo-ku, Kyoto 606, Japan*

HIROKAZU TANAKA AND TOSHIO GOTO

*Exploratory Research Laboratory, Fujisawa Co. Ltd, 5-2-3 Tokodai, Toyosato, Tsukuba, Ibaraki 300-26, Japan*

AND SHUNJI TADA

*Analytical Research Laboratory, Fujisawa Co. Ltd, 2-1-6 Kashima, Yodogawa-ku, Osaka 552, Japan*

(*Received 6 October 1986; accepted 25 November 1986*)

**Abstract.** 16-Allyl-1,14-dihydroxy-12-[2-(4-hydroxy-3-methoxycyclohexyl)-1-methylvinyl]-23,25-dimethoxy-13,19,21,27-tetramethyl-11,28-dioxa-4-azatricyclo-[22.3.1.0⁴,⁹]octacos-18-ene-2,3,10,16-tetrone–water (1/1), $C_{44}H_{69}NO_{12}.H_{2}O$, $M_r = 804\cdot0$, orthorhombic, $P2_12_12_1$, $a = 10\cdot939$ (1), $b = 15\cdot878$ (1), $c = 27\cdot184$ (1) Å, $V = 4721\cdot0$ (2) Å³, $Z = 4$, $D_x = 1\cdot131$ Mg m⁻³, $\lambda$(Cu $K\alpha$) = 1·54178 Å, $\mu = 0\cdot629$ mm⁻¹, $F(000) = 1744$, $T = 295$ K, $R(F) = 0\cdot071$ for 4249 observed reflections. The molecule has a 21-membered macrolide ring fused to two six-membered rings (piperidine and tetrahydropyran) and linked to another six-membered ring (cyclohexane) through a *trans*-substituted ethylene bond. A piperidinodiketone group is involved in the macrolide ring, and a specific allyl group links to the ring.

**Introduction.** A new antibiotic (FR 900506) isolated from *Streptomyces tsukubaensis* has pharmacological

activities such as immunosuppressive activity and antimicrobial activity. The compound is neutral and rich in O atoms, but the crystal is insoluble in water. The structural characteristics of this compound have been studied by chemical and spectroscopic methods so far, and it was known that the molecule has a macrolide ring. The present X-ray work was undertaken in order to determine the total structure including the relative stereochemistry of the ring and its substitution groups.

**Experimental.** Single crystals obtained from methanol solution; colourless; $0\cdot2 \times 0\cdot2 \times 0\cdot3$ mm; 20 reflections for lattice parameters; intensity data collected on a Rigaku AFC5-RU diffractometer with graphite-monochromated Cu $K\alpha$ radiation; 4484 observed reflections within range $2\theta < 130°$; $h\,0–12$, $k\,0–18$, $l\,0–31$; three standard reflections monitored every 60 reflections; corrected for Lorentz and polarization factors; no absorption correction; 4249 reflections with

0108-2701/87/040751-03$01.50          © 1987 International Union of Crystallography

752

$C_{44}H_{69}NO_{12}.H_2O$

$F_o > 3\sigma(F_o)$ used for structure determination; structure solved by a direct method using *RANTAN* (Yao Jia-xing, 1981); an $E$ map gave 38 true peaks for non-H atoms; the complete structure was revealed by successive Fourier syntheses and block-diagonal least-squares refinements; the absolute structure was inferred from the C(2) configuration of L-pipecolic acid; water O($W$) atom found at $R = 0.34$; least-squares refinements based on $F$ with unit weight for all reflections; 58 non-H atoms refined with anisotropic thermal parameters; H atoms located from difference maps and theoretical calculations, and refined a few cycles with a fixed isotropic temperature factor 10 Å², but not refined during last cycles; final $R = 0.071$, $S = 1.56$, $(\Delta/\sigma)_{max} = 0.78$; the final difference map was feature-less with $(\Delta\rho)_{max} = 0.32$ e Å⁻³; atomic scattering factors from *International Tables for X-ray Crystallography* (1974); all computations on a FACOM M382 computer in the Data Processing Center of Kyoto University, using *KPPXRAY* programs (Taga, Higashi & Iizuka, 1985).

**Discussion.** The atomic coordinates and thermal parameters for non-H atoms are listed in Table 1.* A perspective drawing of the molecule is shown in Fig. 1. Atomic numbering and bond parameters are given in Fig. 2. The atoms in the peripheral part of the molecule have unusually large thermal parameters, and the structure may be inaccurate around these atoms, giving the large $R$ value. However, bond distances and bond angles are normal if the short bond distances of the terminal groups are considered to be due to their extremely large thermal motions. The molecule has a 21-membered macrolide ring fused to piperidine and tetrahydropyran rings. A hydroxy- and methoxy-substituted cyclohexane ring links to the macrolide ring through a *trans*-substituted ethylene bond. All the six-membered rings have a chair form. All the bonds attached to the six-membered rings are equatorial except for C(1)–C(2) to the piperidine ring and O(6)–C(10) to the tetrahydropyran ring. The six atoms N(7), C(2), C(6), C(8), O(5) and O(3) of the piperidino-ketone group are coplanar within 0.06 Å. The two planes of the ketone groups are approximately perpendicular to each other with the O(3)–C(8)–C(9)–O(4)

*Lists of structure factors, anisotropic thermal parameters and H-atom coordinates have been deposited with the British Library Document Supply Centre as Supplementary Publication No. SUP 43563 (25 pp.). Copies may be obtained through The Executive Secretary, International Union of Crystallography, 5 Abbey Square, Chester CH1 2HU, England.

Table 1. *Atomic parameters for non-hydrogen atoms*

$$B_{eq} = \frac{4}{3}\sum_i \sum_j \beta_{ij} \mathbf{a}_i \cdot \mathbf{a}_j.$$

|  | $x$ | $y$ | $z$ | $B_{eq}(Å^2)$ |
|---|---|---|---|---|
| C(1) | 0.5477 (5) | 0.8945 (3) | 0.4312 (2) | 5.44 |
| C(2) | 0.4271 (5) | 0.8575 (3) | 0.4129 (2) | 5.60 |
| C(3) | 0.3474 (5) | 0.8331 (4) | 0.4564 (2) | 8.13 |
| C(4) | 0.3885 (7) | 0.7516 (5) | 0.4815 (3) | 11.32 |
| C(5) | 0.4019 (8) | 0.6819 (4) | 0.4434 (3) | 12.21 |
| C(6) | 0.4866 (7) | 0.7042 (3) | 0.4024 (3) | 10.35 |
| N(7) | 0.4497 (4) | 0.7846 (2) | 0.3806 (2) | 7.04 |
| C(8) | 0.4521 (5) | 0.7918 (3) | 0.3313 (2) | 7.00 |
| C(9) | 0.4330 (5) | 0.8769 (3) | 0.3077 (2) | 6.20 |
| C(10) | 0.3051 (4) | 0.9045 (3) | 0.2894 (2) | 5.23 |
| C(11) | 0.2226 (4) | 0.8307 (3) | 0.2741 (2) | 5.22 |
| C(12) | 0.0916 (4) | 0.8616 (3) | 0.2709 (2) | 5.73 |
| C(13) | 0.0519 (4) | 0.9026 (3) | 0.3179 (2) | 5.22 |
| C(14) | 0.1365 (4) | 0.9755 (3) | 0.3301 (2) | 4.74 |
| C(15) | 0.1097 (4) | 0.1073 (3) | 0.3798 (2) | 5.30 |
| C(16) | 0.1795 (4) | 0.1085 (3) | 0.3891 (2) | 5.34 |
| C(17) | 0.1441 (4) | 0.1721 (3) | 0.3564 (2) | 4.96 |
| C(18) | 0.2051 (5) | 0.1254 (3) | 0.3728 (2) | 6.02 |
| C(19) | 0.3421 (5) | 0.1261 (3) | 0.3691 (2) | 6.09 |
| C(20) | 0.4069 (4) | 0.1290 (3) | 0.4061 (2) | 5.48 |
| C(21) | 0.5403 (4) | 0.1315 (3) | 0.4059 (2) | 5.98 |
| C(22) | 0.6038 (4) | 0.1289 (3) | 0.4522 (2) | 5.23 |
| C(23) | 0.7316 (4) | 0.1251 (3) | 0.4485 (2) | 5.70 |
| C(24) | 0.7288 (4) | 0.1602 (3) | 0.4679 (2) | 4.83 |
| C(25) | 0.6405 (4) | 0.1037 (3) | 0.4401 (2) | 4.87 |
| C(26) | 0.6251 (4) | 0.1206 (3) | 0.4686 (2) | 4.95 |
| C(27) | 0.5844 (4) | 0.1302 (3) | 0.5218 (2) | 5.34 |
| C(28) | 0.6475 (5) | 0.9932 (3) | 0.5563 (2) | 5.59 |
| C(29) | 0.6212 (5) | 0.9954 (3) | 0.6114 (2) | 6.18 |
| C(30) | 0.5564 (6) | 0.9142 (3) | 0.6282 (2) | 8.21 |
| C(31) | 0.5410 (7) | 0.9147 (3) | 0.6850 (3) | 10.23 |
| C(32) | 0.6625 (9) | 0.9251 (5) | 0.7090 (2) | 11.52 |
| C(33) | 0.7183 (7) | 0.1059 (4) | 0.6956 (2) | 9.40 |
| C(34) | 0.7402 (6) | 0.0071 (4) | 0.6393 (2) | 6.90 |
| C(35) | 0.2632 (6) | 0.7904 (4) | 0.2254 (2) | 7.11 |
| C(36) | 0.0065 (5) | 0.1879 (3) | 0.3552 (2) | 6.70 |
| C(37) | 0.3909 (6) | 0.2452 (6) | 0.3191 (3) | 12.55 |
| C(38) | 0.5450 (6) | 0.4155 (4) | 0.4030 (3) | 10.58 |
| C(39) | 0.6584 (8) | 0.4547 (5) | 0.4072 (4) | 13.46 |
| C(40) | 0.7086 (9) | 0.5023 (8) | 0.3861 (6) | 23.41 |
| C(41) | 0.6786 (5) | 0.1864 (3) | 0.3870 (2) | 6.70 |
| C(42) | 0.4676 (5) | 0.1823 (4) | 0.5299 (2) | 7.12 |
| C(43) | −0.1637 (6) | 0.8851 (5) | 0.3288 (4) | 12.59 |
| C(44) | 0.0533 (10) | 0.9582 (5) | 0.4570 (3) | 14.26 |
| C(45) | 0.3628 (9) | 0.8407 (5) | 0.7061 (3) | 12.24 |
| O(1) | 0.5275 (3) | 0.9740 (2) | 0.4434 (1) | 5.66 |
| O(2) | 0.6425 (3) | 0.8592 (2) | 0.4347 (2) | 8.44 |
| O(3) | 0.4735 (5) | 0.7340 (3) | 0.3037 (2) | 11.54 |
| O(4) | 0.5208 (3) | 0.9207 (3) | 0.3014 (2) | 8.45 |
| O(5) | 0.2605 (3) | 0.9941 (2) | 0.3333 (1) | 4.89 |
| O(6) | 0.3155 (3) | 0.9609 (2) | 0.2505 (1) | 6.27 |
| O(7) | −0.0682 (3) | 0.9385 (2) | 0.3138 (2) | 7.43 |
| O(8) | 0.1356 (4) | 0.9565 (2) | 0.4172 (1) | 6.88 |
| O(9) | 0.5581 (3) | 0.2979 (2) | 0.4922 (1) | 6.44 |
| O(10) | 0.8469 (3) | 0.1123 (2) | 0.4648 (1) | 5.98 |
| O(11) | 0.4823 (6) | 0.8389 (3) | 0.6980 (3) | 17.72 |
| O(12) | 0.6488 (8) | 0.9197 (3) | 0.7633 (2) | 16.98 |
| O($W$) | 0.4995 (7) | 0.0808 (3) | 0.2435 (3) | 14.17 |



Fig. 1. Perspective drawing of the molecule.



Fig. 2. (a) Bond distances (Å) and (b) bond angles (°). The e.s.d.'s are 0·01–0·02 Å for bond distances and 0·4–1·2° for bond angles.

torsion angle 89·4 (7)°. The 21-membered ring is a macrolide lactone ring. Similar lactone rings have been found in several antibiotics, *e.g.* rapamycin (White & Swindells, 1981), venturicidin (Brufani, Cerrini, Fedeli, Musu, Cellai & Keller-Schierlein, 1971), oligomycin (Glehn, Norrestam, Kierkegaard, Maron & Ernster, 1972), milbemycin (Mishima, Kurabayashi, Tamura, Sato, Kuwano, Saito & Aoki, 1975), avermectin (Albers-Schonberg, Arison, Chabala, Douglas, Eskola, Fisher, Lusi, Mrozik, Smith & Tolman, 1981), cytovaricin (Sakurai, Kihara & Isono, 1983), and rhizoxin (Iwasaki, Namikoshi, Kobayashi, Furukawa, Okuda, Itai, Kasuya, Iitaka & Sato, 1986). Among these neutral antibiotics, rapamycin has the most similar molecular skeleton to the present compound. It has three six-membered rings in the same configuration, and the piperidinoketone–tetrahydropyran linkage is also the same. Its macrolide ring is, however, a 29-membered ring including four unsaturated C=C bonds, and the C(27)–C(28) bond is saturated. The present molecule has an allyl group attached to C(21) of the macrolide ring. Rapamycin and other antibiotics lack such an allyl group, and the existence of this group is specific for the present antibiotic. All hydrophilic groups bonded to the macrolide ring point outwards from the ring. There are no intramolecular hydrogen bonds, but intermolecular hydrogen bonds O(10)H⋯O(9) ($1 - x$, $\frac{1}{2} + y$, $\frac{1}{2} - z$) and O(12H⋯O(7) ($\frac{1}{2} - x$, $2 - y$, $\frac{1}{2} + z$) occur. The water molecule forms three hydrogen bonds: O(4)–C(9)–C(10)–O(6) chelates to O(W) with two hydrogen bonds, O(W)H⋯O(4) and O(W)⋯HO(6); the other hydrogen bond is O(W)H⋯O(3) ($1 - x$, $\frac{1}{2} + y$, $\frac{1}{2} - z$).

### References

ALBERS-SCHONBERG, G., ARISON, B. H., CHABALA, J. C., DOUGLAS, A. W., ESKOLA, P., FISHER, M. H., LUSI, A., MROZIK, H., SMITH, J. L. & TOLMAN, R. L. (1981). *J. Am. Chem. Soc.* **103**, 4216–4221.

BRUFANI, M., CERRINI, S., FEDELI, W., MUSU, C., CELLAI, L. & KELLER-SCHIERLEIN, W. (1971). *Experientia*, **27**, 604–606.

GLEHN, M., NORRESTAM, R., KIERKEGAARD, P., MARON, J. & ERNSTER, L. (1972). *FEBS Lett.* **20**, 267–269.

*International Tables for X-ray Crystallography* (1974). Vol. IV. Birmingham: Kynoch Press. (Present distributor D. Reidel, Dordrecht.)

IWASAKI, S., NAMIKOSHI, M., KOBAYASHI, H., FURUKAWA, J., OKUDA, S., ITAI, A., KASUYA, A., IITAKA, Y. & SATO, Z. (1986). *J. Antibiot.* **39**, 424–429.

MISHIMA, H., KURABAYASHI, M., TAMURA, C., SATO, S., KUWANO, H., SAITO, A. & AOKI, A. (1975). *Tetrahedron Lett.* pp. 711–714.

SAKURAI, T., KIHARA, T. & ISONO, K. (1983). *Acta Cryst.* C39, 295–297.

TAGA, T., HIGASHI, T. & IIZUKA, H. (1985). *KPPXRAY. Kyoto Program Package for X-ray Crystal Structure Analysis.* Kyoto Univ., Japan.

WHITE, P. S. & SWINDELLS, D. C. (1981). *Acta Cryst.* A37, C75–C76.

YAO JIA-XING (1981). *Acta Cryst.* A37, 642–644.

# EXHIBIT 55

Principal Investigator/Program Director (Last, First, Middle):   Sabatini, David. M.

# BIOGRAPHICAL SKETCH

Provide the following information for the key personnel and other significant contributors in the order listed on Form Page 2.
Follow this format for each person.  **DO NOT EXCEED FOUR PAGES.**

| NAME<br>Sabatini, David M. | POSITION TITLE<br>Member, Whitehead Institute |
|---|---|
| eRA COMMONS USER NAME<br>Sabatini | Associate Professor Biology, MIT<br>Senior Associate Member, Broad Institute |

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, and include postdoctoral training.)*

| INSTITUTION AND LOCATION | DEGREE<br>(if applicable) | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| Brown University, Providence, R.I. | B.S. | 1990 | Biology |
| The Johns Hopkins University School of Medicine | M.D., Ph.D. | 1997 | Medicine, Neuroscience |

## Positions and Employment

| | |
|---|---|
| 1990-1997 | M.D./Ph.D Student, Dept. of Neuroscience, The Johns Hopkins University School of Medicine (Thesis in the Laboratory of Dr. Solomon H. Snyder) |
| 1997-2002 (Sept) | Whitehead Fellow, Whitehead Institute for Biomedical Research |
| 2002-Present | Member, Whitehead Institute for Biomedical Research<br>Senior Associate Member, Broad Institute of Harvard and MIT<br>Member, Koch Institute for Integrative Cancer Research at MIT<br>Associate Professor, Dept. of Biology, Massachusetts Institute of Technology |
| 2008-Present | Investigator of the Howard Hughes Medical Institute |

## Honors

| | |
|---|---|
| 1985 | National Merit Scholarship semifinalist |
| 1988 | Albert Einstein College of Medicine Summer Research Internship |
| 1990 | Honors, Biology Department, Brown University |
| 1990 | Elected to Sigma Chi Society |
| 1990 | B.S. awarded, magna cum laude |
| 1990-1997 | Medical Scientist Training Program Award |
| 1994 | Franklin P. Mall Anatomy Prize, Dept. Cell Biology, Johns Hopkins Univ. Sch. Med. |
| 1997 | Michael A. Shanoff Award for Thesis Research, Young Investigators Day |
| 1999 | Whitehead Institute Skeggs Fellow |
| 2002 | Tech Review 100 Award |
| 2003 | Pew Scholar in the Biomedical Sciences |
| 2003 | Charles Ross Scholar Award, Massachusetts Institute of Technology |
| 2004 | Rita Allen Fellowship |
| 2005 | W. M. Keck Foundation Distinguished Young Scholars in Medical Research Fellowship |
| 2005 | Howard S. Stern and Linda B. Stern Career Development Professorship |

## Publications (32 of 56 publications)

1. Sabatini, D.M., Erdjument-Bromage, H., Lui, M., Tempst, P. and Snyder S.H., (1994) "RAFT1: A Mammalian Protein That Binds to FKBP12 in a Rapamycin-Dependent Fashion and is Homologous to Yeast TORs," Cell 78, 35-43.
2. Burnett, P.E., Barrow, R.K., Cohen, N.A., Snyder, S.H. and Sabatini, D.M. (1998) "RAFT1 phosphorylation of translational regulators p70 S6 kinase and 4E-BP1," Proceedings of the National Academy of Sciences 95, 1432-1437.
3. Sabatini, D.M., Barrow, R.K., Blackshaw, S., Burnett, P.E., Lai, M.L., Field, M.E., Bahr, B.A., Kirsch, J., Betz, H., Snyder, S.H., (1999) "Interaction of RAFT1 with the Clustering Protein Gephyrin Required for Rapamycin-Sensitive Signaling," Science 284, 1161-1164.

A732

Principal Investigator/Program Director (Last, First, Middle):     Sabatini, David. M.

4. Hentges, K.E., Sirry, B., Gingras, A.C., Sarbassov, D., Sonenberg, N., Sabatini, D.M., Peterson, A.S. (2001) "FRAP/mTOR is required for proliferation and patterning during embryonic development in the mouse," PNAS 98, 13796-13801.

5. Ziauddin, J. and Sabatini, D.M. (2001) "Microarrays of cell expressing defined cDNAs," Nature 411,107-110.

4.Hahn, W.C., Dessain, S.K., Brooks, M.W., King, J.E., Elenbass, B., Sabatini, D.M., DeCaprio, J.A., and Weinberg, R.A., (2002) "Enumeration of the pathways required for tumorigenic transformation of human cells," Molecular and Cellular Biology 22, 2111-2123.

6. Peng, T., Golub, T., and Sabatini, D.M. (2002) "The immunosuppressant rapamycin mimics a starvation-like signal distinct from amino acid or glucose deprivation," Molecular and Cellular Biology 22, 5575-5584.

7. Kim, D.-H., Sarbassov, D., Ali, S.M., King, J.E., Latek, R.R., Erdjument-Bromage, H., Tempst, P., and Sabatini, D.M. (2002) "mTOR interacts with raptor to form a nutrient-sensitive complex that signals to the growth machinery," Cell 110, 163-175.

8. Wu, R., Bailey, S. and Sabatini, D.M. (2002) "Cell biological applications of transfected cell microarrays," Trends in Cell Biology 12, 485-488.

9. Stewart, S.A., Dykxhoorn, D.M., Palliser, D., Mizuno, H., Yu, E.Y., An, D.S., Sabatini, D.M., Chen, I.S.Y., Hahn, W.C., Sharp, P.A., Weinberg, R.A., and Novina, C.D. (2002) "Lentivirus-delivered stable gene silencing by RNAi in primary cells," RNA 9, 493-501.

10. Kim, D.-H., Sarbassov, D., Ali, S.M., Latek, R.R., Guntur, K.V.P., Erdjument-Bromage, H., Tempst, P., and Sabatini, D.M., "GβL: a positive regulator of the rapamycin-sensitive pathway

11. Schalm, S.S., Fingar, D.C., Sabatini, D.M., and Blenis J. (2003) "TOS Motif-Mediated Raptor Binding Regulates 4E-BP1 Multisite Phosphorylation and Function," Current Biology 13, 797-806.

12. Kim, D.-H., Sarbassov, D., Ali, S.M., Latek, R.R., Guntur, K.V.P., Erdjument-Bromage, H., Tempst, P., and Sabatini, D.M. (2003) "GβL: a positive regulator of the rapamycin-sensitive pathway required for the nutrient-sensitive interaction between mTOR and raptor," Molecular Cell 11, 895-904.

13. Carpenter, A.E. and Sabatini, D.M., (2004) "Systematic genome-wide screens of gene function," Nature Reviews Genetics 5, 11-22.

14. Wheeler, D.B., Bailey, S.N., Guertin, D.A., Carpenter, A.E., Higgins, C.O, and Sabatini, D.M. (2004) "RNAi living cell microarrays for loss of function screens in Drosophila cells," Nature Methods. 1, 127-132.

15. Guertin, D.A. and Sabatini, D.M. (2005) "An expanding role for mTOR in cancer," Trends in Molecular Medicine 8, 353-361.15.

16. Sarbassov, D., Ali, S.M., Kim, D.-H., Guertin, D.A., Latek, R.R., Erdjument-Bromage, H., Tempst, P., and Sabatini, D.M. (2004) "Rictor, a novel binding partner of mTOR, defines a rapamycin-insensitive and raptor-independent pathway that regulates the cytoskeleton," Current Biology 14, 1296-1302.

17. Sarbassov, D.D., Guertin, D.A., Ali, S.M., and Sabatini, D.M., (2005) "Phosphorylation and Regulation of Akt/PKB by the Rictor-mTOR complex," Science 307, 1098-1101.

18. Sarbossov, D.D., Sabatini, D.M. (2005) "Redox Regulation of the nutrient-sensitive raptor-m-TOR pathway and complex," Journal of Biological Chemistry. 280, 39505-9.

19. Bailey, S.N., Ali, S.M., Sabatini, D.M. (2006) "Microarrays of lentiviruses for gene function screens in immortalized and primary cells," Nature Methods 3, 117-22.

20. Moffat, J., Grueneberg, DA., Yang, X., Kim, S.Y., Kloepfer, A.M., Hinkle, G., Pigani, B., Eisenhaure, T.M., Luo, B. Genier, J.K., Carpenter, A.E., Foo, S.Y., Stweart, S.A., Stockwell, B.R., Hacohen, N., Hahn, W.C., Lander, E.S., Sabatini, D.M., Root, D.E. (2006) "A lentiviral RNAi library for human and mouse genes: Construction, characterization and application to an arrayed screen," Cell 124, 1283-98.

21. Sarbassov, D.D., Ali, S.A., Sengupta, S., Sheen, J.H., Hsu, P., Bagley, A.F., Markhard, A.L., and Sabatini, D.M. (2006) "Prolonged rapamycin treatment inhibits mTORC2 assembly and Akt/PKB," Molecular Cell 22, 159-168.

22. Guertin, D.A., Guntur, K.V.P., Bell, G.W., Thoreen, C.C., and Sabatini, D.M. (2006) "Functional genomics identifies TOR-regulated genes that control growth and division," Current Biology 16, 958-970.

23. Sabatini, D.M. (2006) "mTOR and cancer: insights into a complex relationship," Nature Reviews Cancer 9, 729-734.

24. Frias, M.A. Thoreen, C.C., Jaffe, J.D., Schroder,W., Sculley, T., Carr, S.A. and Sabatini, D. M. (2006) "mSin1 Is Necessary for Akt/PKB Phosphorylation, and Its Isoforms Define Three Distinct mTORC2s," Current Biology 16, 1-6.

Principal Investigator/Program Director (Last, First, Middle):     Sabatini, David. M.

25. Root, D.E., Hacohen, N., Hahn, W.C., Lander, E.S., Sabatini, D.M. (2006) "Genome-scale loss-of-function screening with a lentiviral RNAi library," Nature Methods 3, 715-19.
26. Carpenter, A. E., Jones, T. R., Lamprecht, M. R.., Clarke, C., Kang, I.H., Friman, O., Guertin, D.A. Chang, J.H., Lindquist, R. A., Moffat, J., Golland, J. and Sabatini, D. M. (2006)  "CellProfiler: image analysis software for identifying and quantifying cell phenotypes". Genome Biology 7:R100.
27. Guertin, D.A., Stevens D.M, Thoreen, C.C., Burds, A.A., Kalaany, N.Y., Moffat, J., Brown, M.  Fitzgerald, K.J. and Sabatini, D.M. (2006) "Ablation in mice of the mTORC components raptor, rictor, or mLST8 reveals that mTORC2 is required for signaling to Akt-FOXO and PKCalpha, but not S6K1," Developmental Cell 11, 859-871.
28. Zeng, Z., Sarbassov, D. D., Samudio, I. J.,  Yee, K., Munsell, M.F., Jackson, M.F., Ellen, J.C., Giles F. J., Sabatini, D.M., Andreeff, M. and Konopleva1, M. ( 2007) "Rapamycin derivatives reduce mTORC2 signaling and inhibit AKT activation in AML," Blood 8, 3509-12.
29. Sancak, Y., Thoreen C.C., Peterson T.R., Lindquist R.A., Kang, S.A., Spooner E., Carr S.A., Sabatini, D.M. (2007)"PRAS40 is an insulin-regulated inhibitor of the mTORC1 protein kinase," Molecular Cell 6, 903-15
30.Guertin, D.A., and Sabatini, D.M. (2007) "Defining the Role of mTOR in Cancer," Cancer Cell. 12, 9-22.
31. Sancak, Y., Peterson, T.R., Shaul, Y.D., Lindquist, R.A., Thoreen, C.C., Bar-Peled, L., and Sabatini, D.M. (2008) "The Rag GTPases bind raptor and mediate amino acid signaling to mTORC1," Science 320, 1496-1501.
32. Hsu, P.P. and Sabatini, D.M. (2008) "Cancer Cell Metabolism: Warburg and Beyond," Cell 134, 703-707.

## Ongoing Research Support

W.M. Keck Foundation (Sabatini)                                7/1/05 – 6/30/10
Identification of the Metabolic Adaptations that Allow Tumor Cells to Survive in Poorly-Vascularized Environments and Understanding their Roles in Tumorigenesis
The goal of this research is to identify and understand the function of the metabolic genes that are necessary for a cancer cell to survive in the microenvironment of a tumor.

DOD TSC Research Program, (Sabatini)                           12/8/04 – 6/7/07
High Throughput Experiments to Discover Novel Drug Targets for the Treatment of Tuberous Sclerosis Complex
The goal of this research is to conduct genome-wide RNA interference experiments in Drosophila to identify genes which cause only cells deficient in TSC1 or TSC2 function to arrest, die, or revert to normal without disrupting normal remaining cells. These genes would be potential drug targets for patients with the disease Tuberous Sclerosis Complex, caused by lack of TSC1 or TSC2 function

NIH RO1 CA103866 (Sabatini)                                    3/1/04 – 2/28/09
Regulation of the mTOR Growth Pathway by Nutrients
A goal of this grant is to identify the molecular mechanisms through which the mTOR-raptor pathway senses nutrients by controlling the interaction between the mTOR and raptor proteins.  In addition, an important aim is understand the importance for the proliferation and survival of human cancer cells of nutrient-sensing by the mTOR pathway.

NIH R01 Competing Continuation to AI047389 (Sabatini)          4/1/05 – 3/31/10
Rapamycin-Insensitive Signaling by Rictor-mTOR
The goal of the proposed research is to understand the function of the rapamycin-insensitive branch of the mTOR (i.e., mTORC2) signaling pathway both in tissue culture cells and in vivo. The main component of this pathway is a protein called rictor.

NIH RO1 GM072555-01 (Sabatini)                                 4/1/05 – 3/31/10
Metabolism and Phosphatase Regulation of the TOR Pathway
The goal of this award is to identify and characterize the metabolic signals that control the TOR pathway, identify a mysterious but critical TOR-regulated phosphatase downstream of TOR, and to discover new components of the pathway in genome-scale loss of function screens that exploit a new 'RNAi-cell microarray' technology we have developed.

Principal Investigator/Program Director (Last, First, Middle):     Sabatini, David. M.

National Brain Tumor Foundation (Sabatini)                    5/1/07-6/30/08
Identification of the Molecular Drivers of Brain Tumor Stem Cell Functions
This is a pilot grant to set up an RNAi screen for 'stemness' genes in brain cancer stem cells.

Stewart Trust Foundation (Sabatini)                    7/1/07-6/30/08
Role of Metabolic Signaling Pathways in Early Breast Tumor Development
This is a pilot grant to set up a model system using tumor xenografts to study the mechanisms that caloric
restriction uses to reduce tumorigenesis.

David H. Koch Cancer Research Fund (Sabatini)                    6/1/07-5/31/08
Role of Metabolic Signaling Pathways in Early Breast Tumor Formation and Sensitivity to Calorie Restriction
The goals of this grant are to characterize the differential sensitivities of different cancer cell lines to
extracellular growth factors and nutrients in vitro. The influence of calorie restriction will then be assessed on
the growth of different tumors in orthotopic/subcutaneous mouse models. From here we will be able to identify
the signaling pathways the confer sensitivity of tumor cells to systemic metabolic energy status.

DOD TSC Research Program Grant  (Sabatini)                    7/1/07-6/30/10
Structural and Mechanistic Analyses of TSC 1/2 and Rheb 1/2 -Mediated regulation of the mTOR Pathway
The goals of this grant are to determine the structure by cryo-electron microscopy of mTORC1 and to
understand the role of raptor phosphorylation in the regulation of the pathway.

Subaward Agreement 5710002088   (Sabatini)                    9/1/07-8/31/08
Regulatory Networks in Cancer Initiation & Progression
The goal is to discover gene function in large-scale RNA interference screens using automated image analysis

**Completed Research Support**
Rita Allen Scholar Award                    9/1/04-8/31/07
Principal Investigator: David M. Sabatini
Title: Identification of the Mitochondrially-derived Signal That Regulates Growth Through
the mTOR Pathway
Major Goal: To purify the product of the mitochondrial metabolism that regulates the mTOR pathway.

Pew Scholars Program in the Biomedical Science, (Sabatini)                    7/1/03 – 6/30/07
Nutrient Signaling to the mTOR Growth Pathway
The goal of this award is to use cell-based microarrays to identify the enzymes that generate the
mitochondrially-derived signal that regulates the mTOR1 pathway.

National Brain Tumor Foundation (Sabatini)                    5/1/07-6/30/08
Identification of the Molecular Drivers of Brain Tumor Stem Cell Functions
This is a pilot grant to set up an RNAi screen for 'stemness' genes in brain cancer stem cells.

Stewart Trust Foundation (Sabatini)                    7/1/07-6/30/08
Role of Metabolic Signaling Pathways in Early Breast Tumor Development
This is a pilot grant to set up a model system using tumor xenografts to study the mechanisms that caloric
restriction uses to reduce tumorigenesis.

David H. Koch Cancer Research Fund (Sabatini)                    6/1/07-5/31/08
Role of Metabolic Signaling Pathways in Early Breast Tumor Formation and Sensitivity to Calorie Restriction
The goals of this grant are to characterize the differential sensitivities of different cancer cell lines to
extracellular growth factors and nutrients in vitro. The influence of calorie restriction will then be assessed on
the growth of different tumors in orthotopic/subcutaneous mouse models. From here we will be able to identify
the signaling pathways the confer sensitivity of tumor cells to systemic metabolic energy status.

# EXHIBIT 56

F.
506
S
78
. 1
1y 15,
94.

CISTI/ICIST NRC/CNRC       Cell
Main Ser                   Faxon     Stacks M-55
0092-8674
Received on: 07-25-94
Cell



Volume 78 Number 1          July 15 1994

# Flower Development and Light Control in Plants
# The p27 Cell Cycle Inhibitor

# Cell

**Editor**
Benjamin Lewin

**European Editor**
Peter W. J. Rigby

**Assistant Editor**
Amy Axelrod

**Consulting Editor**
Gregory Gasic

**Managing Editor**
Rebecca Psyhos

**Editorial Staff**
Edward J. Dionne
Jennifer MacMillian
Artemis Panagopoulos
Martha Sullivan

**Advertising**
Lynn Reznick Parisi — Director
Nancy Migliozzi — Classified
Andrea Linteris

**Circulation**
Marie Arsenault — Manager
Christine Bulger

**Associate Editors**
Richard Axel
Rosa Beddington
Pierre Chambon
Joanne Chory
Bryan Cullen
Julian Downward
David Friedman
Phillip Gallimore
John Gerhart
Stephen Goff
Joe Goldstein
Peter Goodfellow
Peter Gruss
Ed Harlow
Martin Hemler
Ira Herskowitz
Chris Higgins
Jonathan Hodgkin
Robert Horvitz
Tim Hunt
Tony Hunter
Richard Hynes
David Ish-Horowicz
Thomas Jessell
Peter Kim
Judith Kimble
Marc Kirschner
Roger Kornberg
David Lane
Ron Laskey
Michael Levine
Richard Losick
Tom Maniatis
Philippa Marrack

Chris Marshall
Diane Mathis
Ira Mellman
Don Metcalf
Elliot Meyerowitz
Paul Nurse
William Paul
Hugh Pelham
Roger Perlmutter
Klaus Rajewsky
Danny Reinberg
Elliott Ross
James Rothman
Gerald Rubin
Joshua Sanes
Jeff Schell
Matthew Scott
Phillip Sharp
David Sherratt
Jim Smith
Frank Solomon
Davor Solter
George Sprague
Charles Stevens
Masatoshi Takeichi
Robert Tjian
Richard Treisman
Mike Waterfield
Alan Weiner
Harold Weintraub
Don Wiley
Owen Witte
Ed Ziff

Cell, Vol. 78, 35–43, July 15, 1994, Copyright © 1994 by Cell Press

# RAFT1: A Mammalian Protein That Binds to FKBP12 in a Rapamycin-Dependent Fashion and Is Homologous to Yeast TORs

David M. Sabatini,* Hediye Erdjument-Bromage,†
Mary Lui,† Paul Tempst,† and Solomon H. Snyder*
*Department of Neuroscience
Johns Hopkins University School of Medicine
Baltimore, Maryland 21205
†Molecular Biology Program
Memorial Sloan–Kettering Cancer Center
New York, New York 10021

## Summary

The immunosuppressants rapamycin and FK506 bind to the same intracellular protein, the immunophilin FKBP12. The FKBP12–FK506 complex interacts with and inhibits the $Ca^{2+}$-activated protein phosphatase calcineurin. The target of the FKBP12–rapamycin complex has not yet been identified. We report that a protein complex containing 245 kDa and 35 kDa components, designated rapamycin and FKBP12 targets 1 and 2 (RAFT1 and RAFT2), interacts with FKBP12 in a rapamycin-dependent manner. Sequences (330 amino acids total) of tryptic peptides derived from the 245 kDa RAFT1 reveal striking homologies to the yeast TOR gene products, which were originally identified by mutations that confer rapamycin resistance in yeast. A RAFT1 cDNA was obtained and found to encode a 289 kDa protein (2549 amino acids) that is 43% and 39% identical to TOR2 and TOR1, respectively. We propose that RAFT1 is the direct target of FKBP12–rapamycin and a mammalian homolog of the TOR proteins.

## Introduction

The natural products cyclosporin A, FK506, and rapamycin are potent immunosuppressants with realized or potential clinical applications in the prevention of graft rejection after organ transplantation and the treatment of autoimmune disorders (Borel, 1986; Kino et al., 1987; Martel et al., 1977). These drugs act by inhibiting intermediate steps in the signaling pathways that effect the T-cell response to antigen (for reviews, see Fruman et al., 1994; Kunz and Hall, 1993; Liu, 1993; Schreiber, 1991). This makes them useful probes for identifying the components of those pathways and determining their physiological roles.

The immunosuppressants interact with the immunophilins, which are small, soluble, receptor proteins that mediate their actions. Cyclosporin A (a cyclical undecapeptide) binds to cyclophilin A, whereas FK506 and rapamycin (two related macrolide antibiotics) bind to a distinct receptor protein, FKBP12 (Handschumacher et al., 1984; Harding et al., 1989; Siekierka et al., 1989). Though cyclophilin and FKBP differ markedly in amino acid sequence, both immunophilins have peptidyl cis–trans isomerization (rotamase) activity, which is inhibited by their respective ligands (reviewed by Heitman et al., 1992). However,

this inhibition does not appear to explain the effects of the immunosuppressants (Bierer et al., 1990a, 1990b; Tropschug et al., 1989). Instead, the action of cyclosporin A and FK506 derives from the binding of the drug–receptor complexes to the calcium-activated protein phosphatase calcineurin (Liu et al., 1991). This association inhibits the catalytic activity of the phosphatase, which is required for the $Ca^{2+}$-dependent initial step in the activation of the T lymphocyte via the T cell receptor (Flanagan et al., 1991; Kronke et al., 1984).

On the other hand, rapamycin appears to block a later, $Ca^{2+}$-independent stage in the T cell response. This drug selectively inhibits the IL-2 stimulated G1 to S cell cycle transition that initiates T cell proliferation (Dumont et al., 1990b). Although this inhibition has been correlated with the decreased activity of the 70 kDa S6 kinase (pp70$^{S6k}$), a known downstream effector of the IL-2 receptor, the FKBP12–rapamycin complex does not appear to interact directly with this kinase (Chung et al., 1992; Kuo et al., 1992). Similarly, in T cells and other cell types, rapamycin blocks progression of the cell cycle by preventing the activation of the cyclin-dependent kinases p33$^{cdk2}$ and p34$^{cdc2}$, but an association of the drug–immunophilin complex with the kinases or their respective cyclins has not been demonstrated (Albers et al., 1993; Jayaraman and Marks, 1993; Morice et al., 1993).

In the budding yeast Saccharomyces cerevisiae, rapamycin also causes an arrest in the G1 phase of the cell cycle through its binding to a highly conserved FKBP12 homolog (Heitman et al., 1991b). The toxicity of the drug for yeast cells has allowed, through genetic selection, the identification of two homologous genes, which, when mutated, render the cells rapamycin-resistant (Heitman et al., 1991a). This led to the proposal that the products of these genes, which show some amino acid homology to the catalytic domain of the p110 subunit of PI-3 kinase, are the targets of rapamycin, hence the designation of the genes as TOR1 and TOR2 (Kunz et al., 1993). Direct support for this proposal, however, has not been presented, and how the TOR gene products confer sensitivity to rapamycin remains to be elucidated. Alternatively, it has been suggested that in the signaling pathway blocked by rapamycin, the TOR proteins, like the S6 kinase and the cyclin-dependent kinases, lie downstream of the direct target of the FKBP12–rapamycin complex (Albers et al., 1993; Helliwell et al., 1994). This model assumes that the TOR mutations lead to the constitutive activation of the TOR1 and TOR2 proteins.

Besides binding to calcineurin in a FK506-dependent manner, FKBP12 can also interact with calcium-channel proteins, the ryanodine receptor, which mediates calcium induced calcium release (Jayaraman et al., 1992; Timmerman et al., 1993), and the inositol 1,4,5,-triphosphate (IP$_3$) receptor (A. Cameron, A. Kaplin, D. M. S., J. Steiner, and S. H. S., unpublished data). These associations do not require FK506 or rapamycin; indeed, these drugs dissociate the FKBP12–channel complex.

Cell
36

RAPA (nM): 10⁴ 10³ 100 10 1



200 —
97 —
68 —
43 —

Figure 1. Rapamycin-Dependent Cross-Linking of FKBP12 to Two PC12 Cell Cytosolic Proteins of Approximate Molecular Weight 245 kDa and 35 kDa

$^{32}$P-labeled FKBP12 (10⁶ cpm) was incubated with cytosolic fractions from PC12 cells with or without the indicated concentration of rapamycin for 1 hr at 4°C. The cross-linker DSS was then added and the incubation continued for 40 min before processing for SDS–PAGE (4%–12% gradient) and autoradiography. The arrows indicate the two bands that appear only in the presence of rapamycin. This experiment was repeated three times with identical results.

In this paper we have sought to identify, through cross-linking and affinity purification procedures, cellular protein(s) that interact with FKBP12 only in the presence of rapamycin. We report the identification of two such proteins, of approximately 245 and 35 kDa, which we designate rapamycin and FKBP12 targets 1 and 2, or RAFT1 and RAFT2, respectively. The amino acid sequence of RAFT1 displays extensive sequence similarities to the predicted sequences of yeast TOR1 and TOR2.

## Results

### Rapamycin Promotes the Binding of FKBP12 to Two Cytosolic Proteins of M, 245 and 35 kDa

A $^{32}$P-radiolabeled FKBP12 probe was used to detect proteins that associate with the immunophilin in the presence of ligand and are cross-linked to it by the bivalent reagent disuccinimidyl suberate (DSS). The probe was prepared by phosphorylating with [γ-$^{32}$P]ATP a recombinant rat FKBP12 to which two consensus sites for cyclic AMP-dependent protein kinase (PKA) were added at the N-terminus (Blaner and Rutter, 1992; Li et al., 1992). Since this modification did not alter the capacity of the protein to associate with calcineurin in the presence of FK506 (data not shown), the probe can be used to identify a target of the FKBP12–rapamycin complex.

PC12 pheochromocytoma cell cytosolic extracts were incubated with $^{32}$P-FKBP12 in the presence or absence of rapamycin and then treated with the cross-linker DSS before gel electrophoretic analysis, followed by autoradiography. The drug caused the formation of two protein complexes with radioactive FKBP12, corresponding to bands of M, 260 and 50 kDa (Figure 1). Taking into account the 15 kDa M, of the modified FKBP12 probe, the cross-linked proteins were estimated to be 245 kDa and 35 kDa, respectively. The cross-linked complexes were observed over a wide rapamycin concentration range, but were more prominent at the low concentrations of 1 and 10 nM, possibly because of an inhibitory effect on the association of the higher amounts of ethanol (the solvent of the drug) present at the higher drug concentrations (Figure 1). Rapamycin also induced the formation of similar complexes when the probe was incubated with cytosolic extracts from several rat tissues, including liver, kidney, heart, small intestine, thymus, testes, spleen, and brain (data not shown), but no significant differences in abundance of the cross-linked proteins between the tissues were observed. For convenience, further experiments were carried out with whole-brain extracts.

The formation of the rapamycin-dependent complexes was specific for FKBP12, since in similar experiments with the related immunophilin $^{32}$P-FKBP25, no ligand-induced complexes were observed (data not shown).

### Specificity of the Rapamycin-Induced Association: The Interaction of $^{32}$P-FKBP12–Rapamycin with the 245 and 35 kDa Proteins Is Competed by FK506 and by Unlabeled FKBP12

To investigate further the specificity of the interaction of $^{32}$P-FKBP12–rapamycin with the cytosolic proteins, we performed a partial purification to remove endogenous FKBP12, which is present in brain at high concentrations (Steiner et al., 1992). This was accomplished by chromatography on a heparin column, to which the cytosolic proteins that interact with FKBP12–rapamycin bound and could be eluted at 300–450 mM KCl (Figure 2). Free FKBP12, on the other hand, was recovered in the flowthrough of this column, as demonstrated by binding to [³H]FK506 (data not shown).

FK506 antagonizes actions of rapamycin, and both drugs compete for the same binding site on FKBP12 (Bierer et al., 1990a; Dumont et al., 1990a). Accordingly,



RAPA (100nM): S FT W 200mM    KCl Gradient Elution    600mM

200 —
97 —
68 —
43 —

Figure 2. Partial Purification of the FKBP12–Rapamycin Target Proteins from Brain Cytosol by Heparin Column Chromatography

A cytosolic fraction prepared from a rat brain homogenate was applied to a heparin column. The material that remained bound to the column after washing with 5 column vol of wash buffer (see Experimental Procedures) containing 200 mM KCl was eluted with a linear gradient from 200 mM KCl to 600 mM KCl in homogenization buffer. Aliquots of the crude cytosol (S), the column flow through (FT), and the wash (W) were tested in the cross-linking assay with (plus) or without (minus) rapamycin (100 nM). Every other fraction eluted from the heparin column was tested in the cross-linking assay in the presence of 100 nM rapamycin. No rapamycin-specific cross-linked products are visible in the crude cytosol, owing to the high concentrations of endogenous FKBP12 present in the initial sample.



**Figure 3. FK506 and Unlabeled FKBP12 Prevent the Rapamycin-Dependent Association of ³²P-FKBP12 to the Target Proteins**

(A) The heparin column eluate containing the RAFTs was tested in the cross-linking assay at the indicated concentrations of rapamycin with or without the addition of 1 μM FK506 or 1 μM FKBP12.

(B) Neither FK506 alone nor the ethanol vehicle induces cross-linking of FKBP12 to RAFT. The heparin eluate containing RAFT was tested in the cross-linking assay with the indicated concentrations of FK506 or ethanol. This experiment was repeated twice with identical results.

we examined the influence of FK506 on the rapamycin-induced interaction of ³²P-FKBP12 with its putative cytosolic targets. At concentrations ranging from 1 nM to 1 μM, rapamycin induced the appearance of intense bands representing cross-linked proteins and, at all rapamycin concentrations tested, this effect was antagonized by 1 μM FK506 (Figure 3A). As expected for ligands of similar affinity for FKBP12, when equal concentrations (1 μM) of rapamycin and FK506 were present, the intensities of the cross-linked bands were reduced by approximately 50%, and the reduction progressively increased with increasing ratios of FK506/rapamycin. The heparin column eluate apparently contains limiting amounts of the putative targets of the FKBP12–rapamycin complex, since excess unlabeled FKBP12 (1 μM) completely suppressed the appearance of the cross-linked bands containing labeled FKBP12 (Figure 3A).

Control experiments (Figure 3B) confirmed the specificity of the rapamycin effect, since the formation of the complex was not induced by several concentrations of FK506 or by ethanol, the solvent of the drugs. These experiments demonstrate that the cross-linked proteins are specific targets of the FKBP12–rapamycin complex and not of the FKBP12–FK506 complex, nor of FKBP12 alone. Therefore, we designate the cross-linked proteins RAFT1 (245 kDa) and RAFT2 (35 kDa).

We attempted to separate RAFT1 and RAFT2 under nondenaturing conditions by several chromatography and gel filtration procedures, including DEAE and CM cellulose, reactive dye green 5, and Superose 6 (data not shown). All of these efforts failed, suggesting that RAFT1 and RAFT2 are part of a complex, although it is possible that RAFT2 is a proteolytic fragment of RAFT1 that contains the FKBP12–rapamycin-binding site and remains tightly bound to the rest of the polypeptide.

**Purification of RAFT1**

We purified RAFT1 from the heparin column eluate on the basis of its affinity for FKBP12–rapamycin. We constructed a glutathione S-transferase (GST)–FKBP12 fusion protein by cloning, in-frame downstream of GST, a cDNA encoding FKBP12 with two N-terminal PKA consensus sites (Smith and Johnson, 1988; Blanar and Rutter, 1992; Li et al., 1992). The encoded protein was expressed in bacteria, purified, and immobilized on glutathione–agarose beads. SDS–polyacrylamide gel electrophoresis (PAGE) analysis of the beads recovered after incubating them with the heparin eluate in the presence or absence of rapamycin shows that the drug induces the binding to the beads of a protein of 245 kDa (Figure 4). With this simple purification scheme, we were able to purify about



**Figure 4. Purification of RAFT1 with a FKBP12–Rapamycin Affinity Column**

RAFT-enriched fractions eluting from the heparin column between 300 and 450 mM KCl were incubated in the presence (plus) or absence (minus) of 100 nM rapamycin with GST–(PKA)₂–FKBP12 fusion protein (20 μg) immobilized on glutathione–agarose beads. The material that remained associated with the beads after extensive washes was analyzed by SDS–PAGE (6%) and silver staining. RAFT1 is present only in the sample treated with rapamycin. The large band at 36 kDa is the GST–FKBP12 fusion protein.

CORD1159915

Cell
38

5 µg of RAFT1. A low transfer efficiency to nitrocellulose membrane resulted in only 2.5 µg being available for protein sequencing, which corresponds to 10 pmol of a protein of this size.

Whether RAFT2 was also bound to the beads could not be determined in this experiment, because its presence would be masked by the large band of similar $M_r$ corresponding to the GST–(PKA)$_2$–FKBP12 fusion protein. When smaller fusion proteins, such as an epitope-tagged FKBP12, were employed for the affinity matrix, the binding of the 35 kDa RAFT2 could also be observed (data not shown).

**Protein Sequencing of RAFT1: Homology to TOR1 and TOR2**

Affinity-purified RAFT1 was separated by SDS–PAGE from other proteins that adsorbed to the glutathione–agarose beads, transferred to nitrocellulose membrane, and digested with trypsin. Fractionation of the tryptic digest by narrow-bore reverse phase chromatography yielded a complex pattern of over a hundred peaks, whose purity was assessed by mass spectroscopy. In most cases, the peaks exhibited multiple mass-to-charge peak values, and it was necessary to rechromatograph these peak fractions

on a microbore column of different selectivity (see Experimental Procedures). Sequences of 23 peptides separated in this fashion were determined by a combination of automatic Edman degradation, matrix-assisted laser desorption mass spectroscopy, and ultraviolet spectroscopy.

Several protein sequence data bases (PIR, SwissProt, translated GenBank) were searched for sequences that match any of the 23 peptide sequences obtained from microsequencing of RAFT1. While sequence similarities with hundreds of different proteins were obtained for many of the 23 peptides, none perfectly matched any of the entries in the data bases, nor did any protein match more than one or two peptides, other than the yeast proteins TOR1 and TOR2 (Kunz et al., 1993). Strikingly, 16 of the 23 peptides of RAFT1 could be aligned with the yeast TOR sequences, with varying degrees of similarity (Figure 5).

**Molecular Cloning of RAFT1**

To generate a probe for isolating a *RAFT1* cDNA, two degenerate oligonucleotides were used in a mixed oligonucleotide polymerase chain reaction (PCR) (Gould et al., 1989) with rat brain cDNA as template. The sense primer was made to a peptide sequence (TYDPNQP) obtained



Figure 5. Alignment of RAFT1 Amino Acid Sequence with the Predicted Amino Acid Sequences of TOR2 and TOR1

The alignment was maximized by introducing insertions marked by dashes. Sequences in RAFT1 identical to TOR2, TOR1, or both are indicated with gray shading. The sequences of tryptic peptides obtained by microsequencing are indicated with a line above the RAFT1 sequence. Sequences used to design primers for PCR are indicated with an arrow above the residues (direction indicates sense or antisense). The putative PKC site conserved between RAFT1, TOR1, and TOR2 is boxed.

from microsequencing of RAFT1, while the antisense primer corresponds to a sequence (HIDFGD) conserved between TOR1, TOR2, and p110 PI-3 kinase. From the alignments of the RAFT1 peptides to the TORs, this sequence was expected to be 220 amino acids downstream of that encoded by the sense primer. The predicted 660 bp PCR product was obtained and cloned, and its authenticity was verified by DNA sequencing, which showed that it encoded two other sequenced tryptic peptides. The PCR product was, therefore, used as a probe (3' probe) to screen a rat striatum cDNA library, which yielded a 5.5 kb partial cDNA clone. An antisense oligonucleotide to the extreme 5' end of this cDNA was then used in a PCR reaction with a degenerate sense oligonucleotide to another peptide sequence (NDQVFE) obtained from microsequencing. The predicted 1.1 kb PCR product was obtained, cloned, and used as probe (5' probe) to screen a rat brainstem cDNA library in parallel with the original 3' probe. Phage plaques that hybridized with both probes were isolated, and one was found to carry a 8.6 kb insert.

This cDNA contains an open reading frame of 7.6 kb with an initiation methionine codon that conforms to the Kozak consensus sequence (Kozak, 1986) and is preceded by an in-frame termination codon. The protein encoded by this open reading frame contains all 23 peptide sequences obtained by microsequencing of RAFT1 (Figure 5). Interestingly, none of the peptides sequenced correspond to the C-terminal 250 amino acids of RAFT1, which may indicate that this portion of the protein was proteolytically removed during the purification.

The RAFT1 cDNA predicts a protein of 2549 amino acids with a molecular mass of 289 kDa and a $P_i$ of 6.8. Over its entire sequence, RAFT1 is 43% identical to TOR2 and 39% identical to TOR1 (Figure 5). The C-terminal 600 amino acids of RAFT1, which by analogy to the TORs (Cafferkey et al., 1993; Kunz et al., 1993; Helliwell et al., 1994) are predicted to contain lipid kinase activities, are 65% identical to the yeast proteins. The RAFT1 protein has over 20 consensus sites for phosphorylation by protein kinase C (PKC), including one at Ser-2035, which is in the analogous position to the serine (Ser-1972 in TOR1 and Ser-1975 in TOR2) found mutated to arginine in rapamycin-resistant yeast (boxed residues in Figure 5).

The predicted RAFT1 protein is 80 amino acids longer than the TOR proteins and contains several regions with no apparent homology to the yeast proteins, the largest being a 93 amino acid insertion corresponding to residues 270–363 of RAFT1. It is possible that these regions are generated by alternative splicing of exons that may be tissue specific to the brain. They are unlikely to be the translation product of unspliced introns, because they were found in several cDNA clones isolated from different libraries, and the DNA sequence does not reveal consensus splice junction sites (data not shown).

## Discussion

We have isolated and identified a protein, which we designate RAFT1, that interacts with the FKBP12–rapamycin complex. Several lines of evidence suggest that the inter-

action between RAFT1 and FKBP12–rapamycin is responsible for the observed physiological effects of rapamycin on signal transduction pathways. Thus, in the FKBP12–rapamycin pathway RAFT1 is analogous to calcineurin in the FKBP12–FK506 pathway. Rapamycin-induced binding of FKBP12 to RAFT1 occurs at drug concentrations as low as 1 and 10 nM, resembling pharmacological potency in vivo (Bierer et al., 1990a; Dumont et al., 1990a). FK506 and rapamycin bind with similar affinities to the same binding site on FKBP12 and antagonize the actions of one another in vivo (Bierer et al., 1990a; Dumont et al., 1990b). Consistent with these facts, FK506 does not induce interactions between FKBP12 and RAFT1 but, instead, prevents the rapamycin-mediated effect. We see substantial inhibition of the interaction of FKBP12–rapamycin with RAFT1 at FK506/rapamycin concentration ratios of 10:1, which contrasts with the large excesses of FK506 (≥1000:1) necessary to inhibit the in vivo effects of rapamycin (Albers et al., 1993; Jayaraman et al., 1993; Morice et al., 1993). This discrepancy probably reflects the large amounts of intracellular FKBP12 that must be saturated by FK506 to block the access of rapamycin. In our in vitro binding assay, no endogenous FKBP12 is present, so that competition takes place at smaller excesses of FK506.

The amino acid sequence predicted from the RAFT1 cDNA, of which 330 amino acids were confirmed by direct sequencing of tryptic peptides of purified RAFT1, reveals substantial sequence similarities between this protein and the predicted amino acid sequences of the 280 kDa yeast TOR1 and TOR2 gene products. Indeed, given the similar sizes of the proteins, RAFT1 is probably a mammalian homolog of the TOR proteins. Although our protein sequence alignments between RAFT1 and the TOR sequences indicates a slightly higher (43%–39%) identity for TOR2 than TOR1, we cannot conclusively predict from this alone whether RAFT1 is functionally equivalent to TOR2 or TOR1.

The TOR genes were initially identified as genes mutated in rapamycin-resistant yeast that also exhibit nonallelic noncomplementation with the yeast FKBP12 homolog (Kunz et al., 1993). This led to the proposal that, in yeast cells, FKBP12–rapamycin associates with the TORs and inhibits their putative lipid kinase activity (Kunz et al., 1993). Recently, the mutation in TOR1 and TOR2 that confers rapamycin resistance was identified as a serine to arginine change in a potential protein kinase C phosphorylation site in the proposed lipid kinase domain of the molecule (Helliwell et al., 1994; Cafferkey et al., 1993). This led to an alternative suggestion that the direct target of FKBP12–rapamycin is an upstream effector of the TORs that normally activates their putative lipid kinase activities and that the TOR mutations constitutively activate the proteins, bypassing the requirement for an upstream effector (Albers et al., 1993; Helliwell et al., 1994). Our demonstration of a mammalian TOR homolog as a direct target of FKBP12–rapamycin argues against this suggestion. Instead, the mutated serine, which is conserved in RAFT1, may be a structural element necessary for the immunophilin–drug complex to recognize its target. Thus, perhaps

Cell
40

after phosphorylation, the serine residue forms part of the recognition site for FKBP12–rapamycin, or is necessary for TORs/RAFT1 to assume the proper conformations for recognition by FKBP12–rapamycin without necessarily being part of the actual binding site.

The function(s) of RAFT1 and the TORs remains to be established. The amino acid homology of the TORs with the catalytic domain of the p110 subunit of PI-3 kinase suggests that it too is a lipid kinase (Carpenter et al., 1990; Kunz et al., 1993). The exact function of the two-subunit PI-3 kinase itself is still unknown, although it has been shown that this protein associates with several src-like and receptor-type tyrosine kinases, such as the PDGF, CSF-1, and IL-2 receptors, and v-src (reviewed by Cantley et al., 1991). The kinetics of PI-3 kinase activation are coincident with the activation of the growth factor receptors, suggesting that the 3-phosphorylated phosphoinositide products are second messengers involved in controlling cellular growth and proliferation (Whitman et al., 1988; Auger et al., 1989; Balla et al., 1994). Since rapamycin has pleiotropic effects on a wide variety of cell types, the target of its complex with FKBP12 is likely to be an early participant in several signal transduction pathways. We therefore propose that, like PI-3 kinase, RAFT1 may be an early effector in signaling pathways that are activated by cell surface receptors.

## Experimental Procedures

### Materials

Frozen rat brains stripped of the meninges were obtained from Harlan Bioproducts (Indianapolis, IN). Other materials were purchased from the following sources: [γ-$^{32}$P]ATP (NEG-02z) from New England Nuclear (Cambridge, MA); glutathione–agarose, heart muscle kinase (PKA, P2645), and heparin-agarose from Sigma Chemical (St. Louis, MO); thrombin and antithrombin from Boehringer-Mannheim (Indianapolis, IN); and DSS from Pierce (Rockford, IL). Rapamycin was a gift of the Wyeth–Ayerst company (Philadelphia, PA) and FK506 a gift of the Fujisawa company (Tsukuba City, Japan).

### Preparation of GST–(PKA)$_n$–FKBP12 and GST–(PKA)$_n$–FKBP25 Fusion Proteins

Standard techniques of molecular biology cloning were used as described (Sambrook et al., 1989), unless otherwise specified. All cDNAs obtained by PCR were sequenced using the Sequenase kit (Amersham, Arlington Heights, IL). cDNAs for the rat FKBP12 and FKBP25 were obtained with the PCR using 5′ and 3′ primers to the corresponding human FKBP12 (Standaert et al., 1990) or FKBP25 (Jin et al., 1992) sequences. The cDNAs were cloned into pBluescript (Stratagene, La Jolla, CA).

A 5′ primer (PKA-12-1 or PKA-25-1) encoding a BamHI site, two consensus PKA phosphorylation sites (Blanar and Rutter, 1992; Li et al., 1992), and the first six amino acids of FKBP12 or FKBP25 was used with a 3′ primer (PKA-12-2 or PKA-25-2) encoding an EcoRI site and the last six codons of FKBP12 or FKBP25 in a PCR with Vent Polymerase (New England Biolabs, Beverly, MA) using the rat FKBP cDNAs cloned in pBluescript as templates. The amplified DNA fragments were gel purified, digested with BamHI and EcoRI, and cloned into the pGEX-2T vector (Pharmacia, Uppsala, Sweden) that had been linearized with the same restriction enzymes. The resulting construct was used to transformed BL21 (DE3) Escherichia coli (Novagen, Madison, WI), in which expression can be induced with IPTG.

The primer sequences were as follows: PKA-12-1, 5′-CCGGATCC-CGTCGAAGCTTCAGTTGAACTACGGCGTGCTTCTGTAGCCATGGG-AAGTGCAGGTGGA-3′; PKA-12-2, 5′-GGCCGGAATTCTCATTCCAGT-TTTAGAA-3′; PKA-25-1, 5′-CCGGATCCCGTCGAAGCTTCAGTTGAACT-ACGGCGTGCTTCTGTAGCCATGGCGGCGGCCGTTCC-3′; and PKA-25-2, 5′-GGCCGGAATTCTCAATCAATATCCACTA-3′.

The fusion proteins were purified with glutathione–agarose as previously described (Smith and Johnson, 1988), from bacterial cultures induced with 1 mM IPTG.

### Labeling of the Immunophilin Fusion Proteins Containing N-Terminal Phosphorylation Sites for PKA

The fusion proteins were labeled with a modification of published procedures (Blanar and Rutter, 1992; Li et al., 1992). Purified GST–PKA–FKBP12 or GST–PKA–FKBP25 (10 ng) was mixed with 40 U of PKA and 100 mCi of [γ-$^{32}$P]ATP in a buffer containing 20 mM Hepes (pH 7.7), 100 mM NaCl, 12 mM MgCl$_2$, 1 mM DTT.

After 1.5 hr at 37°C, the incubation mixture containing labeled fusion protein was dialyzed twice against 1 liter of thrombin cleavage buffer (50 mM Tris [pH 7.4], 150 mM NaCl, 2.5 mM CaCl$_2$). The labeled fusion protein was cleaved by adding an equal volume of thrombin cleavage buffer containing 2 mg/ml thrombin and incubating at room temperature for 2 hr. The thrombin was inactivated by adding an equal volume of a stop solution consisting of 1 mM DTT, 1 mM PMSF, 100 U/ml antithrombin III. The specific activity of the probes was estimated at 1 × 10$^9$ cpm/pmol of the protein.

### Cell Culture

PC12 cells were maintained in culture as described (Allin et al., 1991).

### Preparation of Tissue or PC12 Cell Extracts

Fresh or frozen whole rat brains were homogenized with a polytron in 5 ml per brain of homogenization buffer consisting of 20 mM Hepes (pH 6.8), 150 mM KCl, 1 mM EGTA, 0.1 mM EDTA, 50 mM NaF, 1.5 mM Na$_3$VO$_4$, 4 mM DTT, 1 mM PMSF, and protease inhibitors (4 μg/ml leupeptin, 2 μg/ml antipain, 2 μg/ml pepstatin, 2 μg/ml chymotrastin). Heavy membranes and nuclei were removed by centrifugation at 35,000 × g for 30 min. The supernatant was made 1 mM MgCl$_2$ and 0.1% CHAPS before further purification.

PC12 cells were lysed in homogenization buffer with 0.3% NP-40 instead of CHAPS. Lysis was accomplished in 2 ml of buffer per T-150 flask by repeated vortexing at 4°C. Cell debris was sedimented by centrifugation at 10,000 × g for 10 min at 4°C.

### Cross-Linking Assay

The labeled, cleaved FKBP12 was diluted to 10,000 cpm/ml in 50 mM Hepes (pH 7.5), 1 mg/ml BSA. Labeled protein (10 μl; 100,000 cpm total), 10 μl of tissue or PC12 cell extract, and 10 μl of drug diluant buffer (20 mM Hepes [pH 6.8], 100 mM KCl, 1 mM EGTA, 1 mM DTT) containing either 3-fold the desired final concentration of rapamycin, FK506, or equivalent amounts of ethanol, were mixed and incubated for 1 hr at 4°C. After this incubation, 1 μl of 5.5 mg/ml DSS was added and the incubation continued for 40 min. The reaction was terminated by adding one column volume of 2× concentrated sample buffer (Laemmli, 1970) containing 50 mM Tris (pH 7.4) and processed by SDS–PAGE (10%, unless otherwise specified) and autoradiography.

### Heparin Column Chromatography and Affinity Column Purification

The rat brain extract was applied to a heparin column (2 ml of packed heparin-agarose per brain) at a flow rate of 1.5 ml/min. The column was washed with 10 column volumes of buffer (20 mM Hepes [pH 6.8], 200 mM KCl, 1 mM EGTA, 50 mM NaF, 1.5 mM Na$_3$VO$_4$, 4 mM DTT, 1 mM PMSF) and the same protease inhibitors as in the homogenization buffer. The material bound to the column was eluted with a linear KCl gradient from 200 to 600 mM in homogenization buffer. Aliquots (10 μl) of the fractions collected were tested in the cross-linking assay, and positive fractions were pooled and concentrated in a Centriprep-100 (Amicon, Beverly, MA) to 1/3 starting volume. The flowthrough of the heparin column was assayed for the presence of FKBP with a [$^3$H]FK506 binding assay, as described (Steiner et al., 1992).

The concentrated heparin column eluate was incubated for 2 hr at 4°C with 1/50 volume of glutathione–agarose to remove endogenous glutathione-binding proteins. The beads were removed by centrifugation at 1000 × g for 3 min. Fresh glutathione–agarose (1/500 volume) and 20 μg of purified GST–PKA–FKBP12 fusion protein were then added to the cleared heparin column eluate with or without 100 nM rapamycin. After a 1 hr incubation at 4°C, the beads were washed 5× with 1 ml of ice-cold PBS containing 1% Triton X-100 and 500

Rapamycin–FKBP12 Target
41

mM NaCl. The beads were transferred to 3× volume SDS–PAGE
sample buffer, the eluted proteins were fractionated by SDS–PAGE,
and the gel was silver stained.

For protein sequence analysis, affinity-purified protein derived
from 50 brains was fractionated by SDS–PAGE and transferred to
nitrocellulose membranes. The proteins transferred were visualized
by Ponceau S staining and the 245 kDa RAFT1 band excised and
processed for internal amino acid sequence analysis, essentially as
described (Tempst et al., 1990).

### Protein Sequence Analysis

Membrane-bound protein, about 2.5 µg, was subjected to in situ pro-
teolytic cleavage using 1 µg of trypsin (sequencing grade; Boehringer-
Mannheim) in 25 ml of 100 mM NH₄HCO₃ (supplemented with 10%
acetonitrile and 3% Tween 80) at 37°C for 3 hr. The resulting peptide
mixture was reduced and S-alkylated with, respectively, 0.1%
β-mercaptoethanol and 0.3% 4-vinyl pyridine, and fractionated by two-
dimensional reversed phase HPLC.

For the primary separations, a 2.1 mm Vydac C4 (214TP54) column
was used with gradient elution at a flow rate of 100 µl/min. HPLC
solvents and system configuration were as described (Tempst et al.,
1990), with improved dead volume reduction through the use of glass
capillary tubing (C. Elicone and P. T., unpublished data). Identification
of Trp-containing peptides was done by manual ratio analysis of ab-
sorbances at 297 and 277 nm, monitored in real time using an Applied
Biosystems model 1000S diode array detector (Tempst et al., 1990).
Fractions were collected by hand, kept on ice for the duration of the
run, and then stored at −70°C before repurification, analysis, or both.
An enzyme blank was done on an equally sized strip of nitrocellulose
cut from a blank area of the same blot. Repurifications (second dimen-
sion LC) were carried out on a 1.0 mm SGE ODS-2 C18 column using
the same solvent system but at a flow rate of 30 µl/min (Elicone et
al., 1994). Samples were always acidified (20% TFA final concentra-
tion) and then diluted 2-fold with 0.1% TFA before rechromatography.

Peak fractions over background were analyzed by a combination
of automated Edman degradation and matrix-assisted laser desorption
(MALDI-TOF) mass spectrometry (Geromanos et al., 1994; Elicone et
al., 1994). After storage, column fractions were supplemented with
neat TFA (to give a final concentration of 10%) before loading onto
the sequencer disc and mass spectrometer probe tips. Peptide mass
analysis (on 2% aliquots) was carried out using a model LaserTec
Research MALDI-TOF instrument (Vestec), with a 337 nm output nitro-
gen laser and 1.2 m flight tube. The matrix was α-cyano-4-hydroxy
cinnamic acid, and a 28 kV ion acceleration and 4.3 kV multiplier
voltage were used. Laser power and number of acquisitions were ad-
justed as judged from optimal deflections of specific maxima, using
a Tektronix TDS 520 digitizing oscilloscope. Mass-to-charge spectra
were generated from the time-of-flight files using GRAMS data analysis
software. Every sample was analyzed twice, in the presence and ab-
sence of a calibrant (25 fmol APG), as described (Geromanos et al.,
1994). Chemical sequencing (on 98% of the sample) was done using
a model 477A instrument from Applied Biosystems. Stepwise liberated
PTH–amino acids were identified using an online 120A HPLC system
(Applied Biosystems) equipped with a PTH C18 (2.1 × 220 mm; 5 µm
particle size) column (Applied Biosystems). Instrument and proce-
dures were optimized for femtomole level phenyl thiohydantoin amino
acid analysis as described (Tempst and Riviere, 1989; Erdjument-
Bromage et al., 1993).

Peptide average isotopic masses were summed from the identified
residues (including the presumed ones) using ProComp version 1.2
software (obtained from Dr. P. C. Andrews, University of Michigan,
Ann Arbor, MI). Peptide sequences were compared with entries in
various sequence data bases using the National Center for Biotechnol-
ogy Information BLAST program (Altschul et al., 1990). Lower strin-
gency alignments between all peptides and selected proteins were
done using the Lipman–Pearson algorithm, available in the Lasergene
software package (DNASTAR).

### Isolation of cDNA Clones

A degenerate sense oligonucleotide corresponding to the amino acid
sequence TYDPNQP, which was obtained from microsequencing of
RAFT1 and aligns to residues 2086–2093 of TOR2, and a degenerate
antisense primer corresponding to amino acids 2296–2301 (HIDFGD)
of TOR2, were used in a PCR reaction with rat whole-brain cDNA as

template. The protocol for the PCR was as follows: an initial 5 min at
94°C, followed by 35 cycles of 94°C for 40 s, 56°C for 1 min, 72°C
for 1 min, and a final incubation at 72°C for 5 min. The PCR products
were fractionated on a 1.1% agarose gel and the expected 700 bp
DNA fragment purified and subcloned into pBluescript.

The RAFT-1 cDNA fragment in pBluescript was amplified by PCR
and the product gel purified and labeled by nick translation with a
commercial kit (Boehringer-Mannheim). This probe (designated 3′
probe) was used to screen 10⁶ phage plaques of a rat striatum λZAP
library (Stratagene), as described (Sambrook et al., 1989). Of 47 posi-
tive clones identified, 10 were purified by an additional two rounds of
screening. None of the inserts contained a complete open reading
frame. The 5′ end of the largest insert (5.5 kb) was used to design a
18 bp antisense oligonucleotide (3.1as) that was used in another PCR
reaction with rat whole-brain cDNA as template and a degenerate
oligonucleotide corresponding to the amino acid sequence NDQVFE
(part of a peptide obtained from microsequencing) as the sense primer.
The PCR products were fractionated on a 1% agarose gel and a DNA
fragment of 1.1 kb isolated and cloned into the vector pCR-II using
the TA cloning kit (Invitrogen, San Diego, CA). The cDNA fragment
was amplified by PCR and the product gel purified and labeled by
nick translation. This probe (designated 5′ probe) was used to screen
10⁶ phage plaques from a rat brainstem λZAP library. Duplicate filters
were screened with the 5′ probe. Eight clones hybridized with both the
5′ and 3′ probes, and five of these were purified through two additional
rounds of screening. One clone contained an 8.5 kb insert that encodes
all 23 peptide sequences obtained by microsequencing.

PCR primer sequences were as follows: TYDPNQP, 5′-GGGGGA-
TCCAACNTA(C/T)GA(C/T)CCNAA(C/T)CA(A/G)C-3′; HIDFGD, 5′-GCG-
GAATTC(G/A)TCNCC(G/A)AA(G/A)TC(T/G/A)AT(G/A)TG-3′; NDQVFE,
5′-GGGGGATCCAA(C/T)GA(C/T)CA(G/A)GTNTT(T/C)GA-3′; and 3.1as,
5′-GAGCCACCACGATTTGCT-3′.

cDNA clones were sequenced using the fluorescent terminator
method of cycle sequencing on an Applied Biosystems 373s auto-
mated DNA sequencer at the DNA Analysis Facility of the Johns Hop-
kins University (Smith et al., 1986; McComble et al., 1992), or with
the dideoxy chain termination method using the Sequenase kit (Amer-
sham, Arlington Heights, IL). Oligonucleotides used for sequencing
were synthesized on an ABI 394 synthesizer following ABI protocols.
DNA sequence data was analyzed using Sequencher software from
Gene Codes (Ann Arbor, MI). Protein alignments were done with help
from the e-mail service of the Computational Biochemistry Research
Group at the Eidgenoessische Technische Hochschule.

### Acknowledgments

Address correspondence to S. H. S. We thank Susan Vogelmaier, Mar-
tiel Rust, and Adam Kaplin for expert technical advice, and Noam
Cohen, Loren Walensky, and Julie Leegwater-Kim for useful com-
ments and suggestions on the manuscript. We also thank Lynda Hes-
ter for culturing PC12 cells for us, Scott Geromanos for instructing us
in the use of MALDI-MS, Chris Elicone and Mike Powell for custom
instrument assembly, Roxann Ashworth for expedient DNA sequenc-
ing and analysis, and Clark Riley and Lonny Levin for protein align-
ments. This work was supported by United States Public Health Ser-
vice grant DA-00266, a Research Scientist Award DA-00074 to S. H. S.,
a Training Grant GM-07309 to D. M. S., the International Life Sciences
Institute, and a grant of the W. M. Keck Foundation. The Memorial
Sloan–Kettering Cancer Center Protein Sequencing Operation is sup-
ported, in part, by National Cancer Institute Core Grant 5 P30
CA08748-28. The authors own stock in (S. H. S.) or are entitled to
royalty (D. S. and S. H. S.) from Guilford Pharmaceuticals, Incorpo-
rated, which is developing technology related to the research de-
scribed in this paper. The stock has been placed in escrow and cannot
be sold until a date determined by the Johns Hopkins University.

Received May 18, 1994; revised June 13, 1994.

### References

Albers, M. W., Williams, R. T., Brown, E. J., Tanaka, A., Hall, F. L., and
Schreiber, S. L. (1993). FKBP–rapamycin inhibits a cyclin-dependent
kinase activity and a cyclin D1–Cdk association in early G1 of an
osteosarcoma cell line. J. Biol. Chem. 268, 22825-22829.

Cell
42

Allin, J. G., Kujubu, D. A., Raffioni, S., Ereleth, D. D., Herschman, H. R., and Bradshaw, R. A. (1991). Differential induction of primary-response (TIS) genes in PC12 pheochromocytoma cells and the unresponsive variant PC12nnr5. J. Biol. Chem. 266, 5401–5406.

Altschul, S. F., Gish, W., Miller, W., Myers, E. W., and Lipman, D. J. (1990). Basic local alignment search tool. J. Mol. Biol. 215, 403–410.

Auger, K. R., Serunian, L. A., Soltoff, S. P., Libby, P., and Cantley, L. C. (1989). PDGF-dependent tyrosine phosphorylation stimulates production of novel polyphosphoinositides in intact cells. Cell 57, 167–175.

Balla, T., Sim, S. S., Baukal, A. J., Rhee, S. G., and Catt, K. J. (1994). Inositol polyphosphates are not increased by overexpression of Ins(1,4,5)P3 3-kinase but show cell-cycle dependent changes in growth factor-stimulated fibroblasts. Mol. Biol. Cell 5, 17–27.

Blerer, B. E., Mattila, P. S., Standaert, R. F., Herzenberg, L. A., Burakoff, S. J., Crabtree, G., and Schreiber, S. L. (1990a). Two distinct signal transduction pathways in T lymphocytes are inhibited by the complexes formed between an immunophilin and either FK506 or rapamycin. Proc. Natl. Acad. Sci. USA 87, 9231–9235.

Blerer, B. E., Somers, P. K., Wandless, T. J., Burakoff, S. J., and Schreiber, S. L. (1990b). Probing immunosuppressant action with a nonnatural immunophilin ligand. Nature 250, 556–559.

Blanar, M. A., and Rutter, W. J. (1992). Interaction cloning: identification of a helix-loop-helix zipper protein that interacts with c-Fos. Nature 256, 1014–1018.

Borel, J. F. (1986). Ciclosporin. Progr. Allergy 38, 9–18.

Cafferkey, R., Young, P. R., McLaughlin, M. M., Bergsma, D. J., Koltin, Y., Sathe, G. M., Faucette, L., Eng, W., Johnson, R. K., and Livi, G. P. (1993). Dominant missense mutations in a novel yeast protein related to mammalian phosphatidylinositol 3-kinase and VPS34 abrogate rapamycin cytotoxicity. Mol. Cell. Biol. 13, 6012–6023.

Cantley, L. C., Auger, K. R., Carpenter, C., Ducksworth, B., Graziani, A., Kapeller, R., and Solotoff, S. (1991). Oncogenes and signal transduction. Cell 64, 281–302.

Carpenter, C. L., Ducksworth, B. C., Suger, K. R., Cohen, B., Chaffnausen, B. S., and Cantley, L. C. (1990). Purification and characterization of phosphoinositide 3-kinase from rat liver. J. Biol. Chem. 265, 19704–19711.

Chung, C., Kuo, C. J., Crabtree, G. R., and Blenis, J. (1992). Rapamycin–FKBP specifically blocks growth-dependent activation and signaling by the 70 kd S6 protein kinases. Cell 69, 1227–1236.

Dumont, F. J., Melino, M. R., Staruch, M. J., Koprak, S.L., Fischer, P. A., and Sigal, N. H. (1990a). The immunosuppressive macrolides FK506 and rapamycin act as reciprocal antagonists in murine T cells. J. Immunol. 144, 251–258.

Dumont, F. J., Staruch, M. J., Koprak, S. L., Melino, M. R., and Sigal, N. H. (1990b). Distinct mechanisms of suppression of murine T-cell activation by the related macrolides FK-506 and rapamycin. J. Immunol. 144, 251–258.

Elicone, C., Lui, M., Geromanos, S., Erdjument-Bromege, H., and Tempst, P. (1994). Microbore reversed-phase high performance liquid chromatographic purification of peptides for combined chemical sequencing/laser desorption mass spectrometric analysis. J. Chromatogr. 676, in press.

Erdjument-Bromage, H., Geromanos, S., Chodera, A., and Tempst, P. (1993). Successful peptide sequencing with femtomole level PTH-analysis: a commentary. In Techniques in Protein Chemistry, Volume 4, R. H. Angeletti, ed. (San Diego: Academic Press), pp. 419–426.

Flanagan, W. M., Corthesy, B., Bram, R. J., and Crabtree, G. R. (1991). Nuclear association of a T-cell transcription factor blocked by FK506 and cyclosporin A. Nature 352, 803–807.

Fruman, D. A., Burakoff, S. J., and Bierer, B. E. (1994). Immunophilins in protein folding and immunosuppression. FASEB J. 8, 391–400.

Geromanos, S., Casteels, P., Elicone, C., Powell, M., and Tempst, P. (1994). Combined Edman-chemical and laser-desorption mass spectrometric approaches to micro peptide sequencing: optimization and applications. In Techniques in Protein Chemistry, Volume 5, J. W. Crabb, ed. (San Diego: Academic Press), pp. 143–150.

Gould, S. J., Subramani, S., and Scheffler, I. E. (1989). Use of the DNA polymerase chain reaction for homology probing: isolation of partial cDNA or genomic clones encoding the iron–sulfur protein of succinate dehydrogenase from several species. Proc. Natl. Acad. Sci. USA 86, 1934–1938.

Handschumacher, R. E., Harding, M. W., Rice, J., Drugge, R. J., and Speicher, D. W. (1984). Cyclophilin: a specific cytosolic binding protein for cyclosporin A. Nature 226, 544–548.

Harding, M. W., Galat, A., Uehling, D. E., and Schreiber, S. L. (1989). A receptor for the immunosuppressant FK506 is a cis–trans peptidyl-prolyl isomerase. Nature 341, 758–760.

Heitman, J., Movva, N. R., and Hall, M. N. (1991a). Targets for cell cycle arrest by the immunosuppressive agent rapamycin in yeast. Science 253, 905–909.

Heitman, J., Movva, N. R., Hiestand, P. C., and Hall, M. N. (1991b). FK506-binding protein proline rotamase is a target for the immunosuppressant rapamycin in yeast. Proc. Natl. Acad. Sci. USA 88, 1948–1952.

Heitman, J., Movva, N. R., and Hall, M. N. (1992). Proline isomerases at the crossroads of protein folding, signal transduction, and immunosuppression. New Biol. 4, 448–460.

Helliwell, S. B., Wagner, P., Kunz, J., Deuter-Reinhard, M., Henriquez, R., and Hall, M. N. (1994). TOR1 and TOR2 are structurally and functionally similar but not identical phosphatidylinositol kinase homologues in yeast. Mol. Biol. Cell 5, 105–118.

Jayaraman, T., Brillantes, A. M., Timerman, A. P., Fleischer, S., Erdjument-Bromage, H., Tempst, P., and Marks, A. R. (1992). FK506 binding protein associated with the calcium release channel (ryanodine receptor). J. Biol. Chem. 267, 9474–9477.

Jayaraman, T., and Marks, A. R. (1993). Rapamycin–FKBP12 blocks proliferation, induces differentiation and inhibits cdc2 kinase activity in a myogenic cell line. J. Biol. Chem. 268, 25385–25388.

Jin, Y. J., Burakoff, S. J., and Bierer, B. E. (1992). Molecular cloning of a 25 KDa high affinity rapamycin binding protein, FKBP25. J. Biol. Chem. 267, 10942–10945.

Kino, T., Hatanaka, H., Miyata, S., Inamura, N., Nishiyama, M., Yajima, T., Gotto, T., Okuhara, M., Aoki, H., and Ochiai, T. (1987). FK-506, a novel immunosuppressive agent isolated from a Streptomyces. II. Immunosuppressive effect of FK-506 in vitro. J. Antibiotics 60, 1249–1265.

Kozak, M. (1986). An analysis of 5'-noncoding sequences from 699 vertebrate messenger RNAs. Nucl. Acids Res. 15, 8125–8132.

Kronke, M., Leonard, W., Depper, J., Ayra, S., Wong-Staal, F., and Gallo, R. (1984). Cyclosporin A inhibits T-cell growth factor gene expression at the level of mRNA transcription. Proc. Natl. Sci. Acad. USA 81, 5214–5216.

Kunz, J., and Hall, M. N. (1993). Cyclosporin A, FK506, and rapamycin: more than just immunosuppression. Trends Biochem. Sci. 18, 334–338.

Kunz, J., Henriquez, R., Schneider, U., Deuter-Reinhard, M., Movva, N. R., and Hall, M. N. (1993). Target of rapamycin in yeast, TOR2, is an essential phosphatidyl kinase homolog required for G1 progression. Cell 73, 585–596.

Kuo, C.J., Chung, J., Florentino, D.F., Flanagan, W. M., Blenis, J., and Crabtree, G. R. (1992). Rapamycin selectively inhibits interleukin-2 activation of p70 S6 kinase. Nature 358, 70–73.

Laemmli, U. K. (1970). Cleavage of structural proteins during assembly of the head of the bacteriophage T4. Nature 227, 680–685.

Li, M., Jan, Y. N., and Jan, L. Y. (1992). Specific interaction of subunit assembly by the hydrophilic amino-terminal domain of the shaker potassium channel. Science 257, 1225–1230.

Liu, J. (1993). FK506 and ciclosporin: molecular probes for studying intracellular signal transduction. Trends Pharmacol. Sci. 14, 182–188.

Liu, J., Farmer, J. D., Jr., Lane, W. S., Friedman, L, and Schreiber, S. L. (1991). Calcineurin is a common target of the cyclophilin-cyclosporin A and FKBP–FK506 complexes. Cell 66, 807–815.

Martel, R. R., Klicius, J., and Galet, S. (1977). Inhibition of the immune response by rapamycin, a new antifungal antibiotic. Can. J. Physiol. Pharmacol. 55, 48–51.

Rapamycin–FKBP12 Target
43

McCombie, W. R., Heiner, C., Kelly, J. M., Fitzgerald, M. G., and Gocayne, J. D. (1992). Rapid and reliable fluorescent cycle sequencing of double stranded templates. DNA Sequence 2, 289–296.

Morice, W. G., Wiederrecht, G., Brunn, G. J., Sierkierka, J. J., and Abraham, R. T. (1993). Rapamycin inhibition of interleukin-2-dependent p33cdk2 and p34cdc2 kinase activation in T lymphocytes. J. Biol. Chem. 268, 22737–22745.

Sambrook, J., Fritsch, E. F., and Maniatis, T. (1989). Molecular Cloning: A Laboratory Manual, Second Edition (Cold Spring Harbor, New York: Cold Spring Harbor Laboratory Press).

Schreiber, S. L. (1991). Chemistry and biology of the immunophilins and their immunosuppressive ligands. Science 251, 283–287.

Sierkierka, J. J., Hung, S. H. Y., Poe, M., Lin, C. S., and Sigal, N. H. (1989). A cytosolic binding protein for the immunosuppressant FK506 has peptidyl–prolyl isomerase activity but is distinct from cyclophilin. Nature 341, 755–757.

Smith, D. B., and Johnson, K. S. (1988). Single-step purification of polypeptides expressed in Escherichia coli as fusions with glutathione S-transferase. Gene 67, 31–40.

Smith, L. M., Sander, J. Z., Kaiser R. J., Hughes, P., Dodd, C., Connel, C. R., Heiner, C., Kent, S. B., and Hood, L. E. (1986). Fluorescence detection in automated sequence analysis. Nature 321, 674–679.

Standaert, R. F., Galat, A., Verdine, G. L., and Schreiber, S. L. (1990). Molecular cloning and overexpression of the human FK506-binding protein, FKBP. Nature 346, 671–674.

Steiner, J. P., Dawson, T. M., Fotuhi, M., Glatt, C. E., Snowman, A. M., Cohen, N., and Snyder, S. H. (1992). High brain densities of the immunophilin FKBP colocalize with calcineurin. Nature 358, 584–587.

Tempst, P., Link, A. J., Riviere, L. R., Fleming, M., and Elicone, C. (1990). Internal sequence analysis of proteins separated on polyacrylamide gels at the sub-microgram level: improved methods, applications and gene cloning strategies. Electrophoresis 11, 537–553.

Tempst, P., and Riviere, L. (1989). Examination of automated polypeptide sequencing using standard phenyl isothiocyanate reagent and subpicomole high performance liquid chromatographic analysis. Anal. Biochem. 183, 290–300.

Timerman, A. P., Ogunbunmi, E., Freund, E., Wiederrecht, G., Marks, A. R., and Fleischer, S. (1993). The calcium release channel of sarcoplasmic reticulum is modulated by FK506-binding protein. J. Biol. Chem. 268, 22992–22999.

Tropschug, M., Barthelmess, I. B., and Neupert, W. (1989). Sensitivity to cyclosporin A is mediated by cyclophilin in Neurospora crassa and Saccharomyces cerevisiae. Nature 342, 953–957.

Whitman, M., Downes, C. P., Keeler, M., Keller, T., and Cantley, L. (1988). Type I phosphotidylinositol kinase makes a novel inositol phospholipid, phosphatidylinositol-3-phosphate. Nature 332, 644–646.

**GenBank Accession Number**

The accession number of the sequence reported in this paper is U11691.

# EXHIBIT 57



EUROPEAN
SOCIETY OF
CARDIOLOGY®

Cardiovascular Research (2008) 77, 580–589
doi:10.1093/cvr/cvm076

# EMAP-II downregulation contributes to the beneficial effects of rapamycin after vascular injury

Thomas G. Nührenberg[1†], Nicolas Langwieser[1†], Johannes B.K. Schwarz[1], Yonghao Hou[2], Pamela Frank[1,5], Falko Sorge[1], Susanne Matschurat[3], Stefan Seidl[4], Adnan Kastrati[1], Albert Schömig[1], Matthias A. Clauss[2], and Dietlind Zohlnhöfer[1]*

[1]Klinik für Herz- und Kreislaufkrankheiten, 1. Medizinische Klinik und Deutsches Herzzentrum der Technischen Universität München, Lazarettstr. 36, D-80636 München, Germany; [2]Indiana Center for Vascular Biology & Medicine, Indianapolis, USA; [3]formerly Molekulare Zellbiologie, Max-Plank-Institut für Herz- und Lungenforschung, Bad Nauheim, Germany; [4]Institut für Pathologie, Germany; and [5]Institut für experimentelle Chirurgie Germany

Received 1 April 2007; revised 9 November 2007; accepted 14 November 2007; online publish-ahead-of-print 20 November 2007

Time for primary review: 25 days

KEYWORDS
Restenosis;
Inflammation;
Adventitia;
Endothelium;
Drugs

Aims Neointima formation after vascular injury is strongly associated with inflammation. Rapamycin inhibits human neointima formation and reduces expression of the proinflammatory cytokine endothelial-monocyte activating peptide II (EMAP-II) in vitro. Here we investigated the interplay between EMAP-II and rapamycin after vascular injury in vivo.
Methods and results In a mouse model of vascular injury, mice were either not treated, given everolimus, a rapamycin derivate, or subjected to simultaneous challenge with everolimus and EMAP-II. EMAP-II expression was measured in coronary artery smooth muscle cells (CASMC) and monocytic cells in vitro and in patients after percutaneous coronary intervention (PCI). After vascular injury, rapamycin reduced neointima formation and adventitial thickening. Immunohistochemistry revealed reduced EMAP-II protein expression and suppressed recruitment of inflammatory cells. Simultaneous challenge with EMAP-II counteracted these effects of rapamycin. Expression of EMAP-II and its inhibition by rapamycin was confirmed in CASMC and monocytic cells. In patients, EMAP-II upregulation was confined to PCI of distal coronary artery segments and profoundly suppressed by oral rapamycin treatment.
Conclusion These data suggest important yet unrecognized roles of EMAP-II and adventitial inflammation in neointima formation: Through inhibition of EMAP-II, rapamycin reduces the recruitment of inflammatory cells to the adventitia and supports an early and bland healing.

## 1. Introduction

Restenosis is a major limitation of percutaneous angioplasty procedures. After stent implantation, it is mainly caused by neointima formation. The recruitment of inflammatory cells correlates with neointima formation in humans.[1] Additionally, apoptosis occurs shortly after vascular injury and is associated with the induction of inflammation.[2,3] Inhibition of apoptosis, which is a trigger for arterial inflammation, as well as inhibition of the recruitment of inflammatory cells results in decreased neointima formation after balloon angioplasty in rabbits.[4] In an ischaemia-reperfusion model, apoptosis and subsequent inflammation are linked to endothelial-monocyte activating peptide II (EMAP-II), a proinflammatory cytokine.[5–7] EMAP-II is activated during apoptosis by cleavage of pro-EMAP through caspases[8] and

enhances the recruitment of inflammatory cells by its chemotactic properties. Likewise, sites of tissue remodelling in mouse embryo, wherein many apoptotic cells are present, co-localized with EMAP-II mRNA (messenger ribonucleic acid) expression and presence of macrophages.[8] Besides its chemotactic effect on inflammatory cells, EMAP-II increases the adhesiveness of coronary artery smooth muscle cells (CASMC for monocytes.[9] EMAP-II also has anti-angiogenic properties,[10] which are explained by its pro-apoptotic effect on endothelial cells.[11] In a human organ culture model, we demonstrated that EMAP-II is upregulated after angioplasty ex vivo and downregulated by rapamycin.[12] Furthermore, we showed that rapamycin reduces EMAP-II mRNA expression and that reduction of active EMAP-II levels by caspase inhibitors mimics the functional effect of rapamycin on CASMC resulting in decreased adhesiveness for monocytic cells.[9]

Using drug-eluting stents, neointima formation can be dramatically decreased by local delivery of rapamycin, an anti-proliferative as well as anti-inflammatory drug.[13]

* Corresponding author. Tel: +49 89 1218 4012; fax: +49 89 1218 4013.
  E-mail: d_zohlnhoefer@yahoo.com
† These authors contributed equally to this work.

Published on behalf of the European Society of Cardiology. All rights reserved. © The Author 2007.
For permissions please email: journals.permissions@oxfordjournals.org.

A747

Although there is elaborate information on the direct effect of rapamycin on cell proliferation, it is poorly understood how rapamycin acts on indirect aspects of neointima formation such as recruitment of inflammatory cells and re-endothelialization after vascular injury.

Here, we investigated the role of EMAP-II and the interplay of rapamycin with EMAP-II in neointima formation *in vivo*, using a mouse model of arterial injury leading to neointima formation.

## 2. Methods

### 2.1 Animals

Specific pathogen-free 129S1/SvIMJ mice were obtained from Charles River Laboratories (Sulzfeld, Deutschland). Mice weighing 20–35 g were used for the experiments, kept on a 12 h day/night cycle and fed regular chow. All animals were treated in accordance with the Guide for the Care and Use of Laboratory Animals published by the US National Institutes of Health (NIH Publication No. 85–23, revised 1996).

### 2.2 Model of restenosis by wire-mediated arterial injury

Surgery was carried out using a microscope (Carl Zeiss, Deutschland) and microsurgical instruments (FST, Heidelberg) as previously described.[3] At the time points indicated, mice were euthanized by inhalation of anaesthesia using a whole body chamber and dislocation of the cervical spine. At death, the mice were quickly perfused with ice cold ringer solution and prepped on ice. The femoral artery was dissected free again and 5 mm of the vessel beginning at the insertion of the previously used side branch were excised. Samples were fixed in 6% paraformaldehyde overnight at 4°C, and embedded in paraffin. Cross-sections (2 μm) were stained with Elastica-van-Gieson for morphometric analysis or were used for immunohistochemical analysis.

### 2.3 Study design

Mice underwent femoral artery injury to induce neointima formation as described.[3] Fifteen mice remained untreated after injury and served as a reference of neointima formation and were euthanized 7, 14, and 28 days after vascular injury. Twelve mice received everolimus (Novartis Pharma, Basel, Switzerland), an orally applicable sirolimus derivate. Compared with sirolimus, everolimus absorbs to local tissue more rapidly, possesses longer cellular residence time and activity and has similar properties in reducing restenosis when delivered by drug-eluting-stents.[14] Everolimus was administered orally by sterile gavage feeding cannulae. Preliminary dose-response-studies determined that an initial dose of 10 mg/kg body weight/day for 3 days before injury, followed by a maintenance dose of 5 mg/kg body weight/day until euthanization at day 14 after vascular injury was effective to inhibit neointima formation. All mice receiving everolimus where thus treated according to this regimen. Everolimus was kindly provided by Novartis (Basel, Switzerland).

To investigate the effects of EMAP-II after vascular injury, neointima formation was assessed under influence of intraperitoneally administered EMAP-II. In the EMAP[−/−] mouse being lethal, rapamycin treatment was used to suppress endogenous EMAP-II production and other inflammatory processes. By simultaneous challenge with EMAP-II and treatment with rapamycin, the unique properties of EMAP-II were further delineated. EMAP-II was given to six mice concomitantly treated with rapamycin. According to an earlier study, which explored the clearance of EMAP-II,[10] a dose of 1 μg was injected every 12 h over 7 days after arterial injury.

## 2.4 Morphometric and histological analysis

For morphometric analysis, 10 cross-sections from each vessel were used. The first section was adjacent to the side branch used for guide wire insertion, and subsequent sections were obtained at a distance of 66 μm. Digital microscopic images (10×) of the sections taken with AxioVision 2.0 (Carl Zeiss Vision GmbH) were analysed using ScionImagebeta 4.0 software (Scion Corporation). By measuring the circumference of the lumen, the internal elastic membrane (IEL), the external elastic membrane (EEL), and the border of the adventitia in all 10 cross-sections per vessel, the following parameters were calculated: The adventitial area is the area between the vessel border and the EEL, the medial area comprises the space between IEL and EEL, and the neointimal area represents the space between IEL and lumen. Uninjured vessels served as controls ($n = 5$). For determination of re-endothelialization, the relative part of the lumen covered by CD31 positive cells was assessed by the same software. For quantification of neointimal cells, cellular nuclei were counted within the IEL in four subsequent cross-sections per vessel. For quantification of adventitial cells, the number of nuclei was counted in four 10 000 μm² sized adventitial areas called high power field of representative sections and adjusted to the adventitial area.

## 2.5 Immunohistochemistry

Paraffin sections (2 μm) were deparaffinized, dehydrated and, for antigen retrieval, pressure-cooked for 4 min in citrate buffer (10 mM, pH 6.0), followed by blocking of endogenous peroxidase (3% $H_2O_2$; 15 min). For EMAP-II staining, a polyclonal antibody (SA2846, Eurogentec, 1:500) and the Vectastain ABC/AEC detection kit were used. For primary antibodies against CD3 (Serotec, 1:400), CD31 (Santa Cruz Biotechnology, 1:200), CD45 (BD Pharmingen, 1:200) and mac-2 (Cedarlane, 1:1000) immunostaining was performed using the 'Dako Autostainer' (DakoCytomation, Hamburg, Germany) and applying the streptavidin-peroxidase technique (Dako ChemMate Detection Kit). For quantification, positive cells were counted as above, three or more sections were analysed per group and the total number of positive adventitial cells was calculated with the mean adventitial area per group.

A fluorescein *in situ* Cell Death Detection Kit (TUNEL technology, Roche) was used according to the manufacture's specifications. Nuclei were counterstained with DAPI (SigmaRoche).

## 2.6 Coronary artery smooth muscle cell culture for wounding

CASMC (Clonetics, USA) were cultured according to manufacturer's instruction and used at passage 5–7 by transfer into six well plates until 80% confluent. Cells were serum starved 24 h before treatment. Wounding of confluent monolayer was performed by scratching the surface up and down (seven times in each well) with a 1 mL pipette tip (Eppendorf, Hamburg, Germany). Afterwards, cells were incubated with or without 200 ng/mL rapamycin for a further 24 h. Each condition was done in triplicate; cells were harvested by trypsin-EDTA after 24 h. Total RNA was extracted using the RNAeasy kit (Quiagen) and the quantification of RNA was performed by spectrophotometry.

## 2.7 Determination of relative endothelial-monocyte activating peptide II messenger ribonucleic acid levels in cell culture

Five hundred nanograms total RNA from each sample was used for cDNA synthesis (Superscript III Reverse Transcriptase Kit, Invitrogen, USA). 1/25 of total cDNA was applied for quantitative real time polymerase chain reaction (PCR) (2X Taqman Universal PCR master mix, pre-developed 'assay on demand' Taqman ArrayS /probe for EMAP-II (assay ID Hs00171131_m1), beta-actin (assay ID Hs

99999903_m1, Applied Biosystems, USA) according to manufacturer's recommendation with minor modifications. Standard curves of EMAP-II and beta-actin indicated that PCR amplification efficacy difference of these two genes was negligible. Relative EMAP-II mRNA level was calculated as described previously.[15]

## 2.8 Culture of coronary artery smooth muscle cells and monocytic cells for assessment of endothelial-monocyte activating peptide II protein levels

CASMC (Clonetics) were plated on 24 well plates at a density of 50 000 cells/well. Monomac6 cells which represent human monocytic cells with a closely related pattern of surface receptors and monocyte-like behaviour (Ziegler-Heitbrock et al.,[16] kindly provided by R. Schmidt, Technical University, Munich) were seeded in 24 well plates at the same density (50 000 cells/well). All cells were kept in serum-free medium 24 h with or without everolimus (100 ng/mL) before subsequent stimulation with Thrombin (3 U/mL) for 24 h. Afterwards, all cells were directly lysed with 150 µL lysis buffer (Lämmli-buffer, 50 mM TRIS, 2%SDS and Proteinase Inhibitor Cocktail (Roche)). Before analysis of EMAP-II concentration using an EMAP-II ELISA kit (Biosource), all lysates were concentrated with Microcon YM-10 centrifugal filter units (Millipore) over 20 min at 13 200 r.p.m.

## 2.9 Assessment of endothelial-monocyte activating peptide II protein levels in patients

For assessment of EMAP-II protein, samples were collected from 33 patients without known haematologic disorders or malignancies undergoing elective percutaneous coronary intervention (PCI) immediately before PCI and 6–8 h after intervention of native coronary arteries. EMAP-II protein concentration was measured using the ChemiKineTM human EMAP-II EIA kit (Chemicon Itl, Temecula, CA, USA) according to the manufacturers protocol.

All patients received acetylsalicylic acid, clopidogrel and heparin or bivalirudin prior to the procedure. Table 1 outlines the clinical, angiographic, and procedural characteristics of the patients. For classification of coronary artery segments, the AHA classification from 1975 was used.[17] The coronary segments 1 and 2; and 5, 6, and 11 were defined as proximal, the rest considered as distal.

To evaluate the effects of rapamycin on EMAP-II expression in humans, samples available from the Oral Sirolimus to Inhibit Recurrent In-stent Stenosis (OSIRIS) trial[18] were used. In this trial, patients presenting with in-stent restenosis who underwent PCI were divided into three groups: placebo or usual-dose or high-dose rapamycin started prior to PCI. Compared with the two other groups, the high-dose rapamycin group showed a significantly reduced rate of recurrent restenosis at 6-month angiography. Interestingly, the restenosis rate strongly correlated negatively with the rapamycin concentration at the day of the intervention. Therefore, we compared EMAP-II blood concentrations from the high-dose rapamycin group ($n = 47$) with the placebo group ($n = 41$) with the same EIA kit. After collecting a baseline value at least 1 day prior to PCI, samples were taken on the day of PCI and in time ranges between 1 and 4 days as well as 5–25 days after PCI.

All blood collections were carried out conforming to the principles outlined in the Declaration of Helsinki and was approved by the institutional ethics committee.

## 2.10 Statistical analysis

All values are presented as mean ± standard error of mean or median with inter quartile range (IQR from the 25th to 75th percentile) if appropriate. Differences of quantitative data between more than two groups were tested using Kruskal–Wallis and Mann–Whitney U-test for pairwise comparisons. To quantify bivariate correlation between measurement data, Spearman correlation coefficient was calculated. Assessment of EMAP-II expression after PCI of native coronary arteries was complemented by a multivariate analysis to assess for possible influences secondary to differences in baseline variables. After log-transformation to control for non-normal distribution of the target variables, a stepwise linear regression analysis was performed. All tests are two-sided and were performed at a 5% level of significance by using SPSS 10.0 (SPSS Inc., Chicago, IL, USA).

| Table 1   Clinical, angiographic and procedural characteristics of the patients | | | | |
|---|---|---|---|---|
| | Only proximal (eight patients) | Distal + proximal (13 patients) | Only distal (12 patients) | P value |
| **Clinical characteristics** | | | | |
| Age (year) | 63.8 ± 16.5 | 65.3 ± 7.4 | 69.5 ± 10.2 | 0.479 |
| Women (%) | 0 | 31 | 17 | 0.219 |
| Diabetes (%) | 38 | 23 | 33 | 0.770 |
| Hypercholesterolemia (%) | 88 | 100 | 100 | 0.214 |
| Arterial hypertension (%) | 100 | 100 | 100 | n/a |
| Previous myocardial infarction (%) | 50 | 69 | 17 | 0.027 |
| **Angiographic characteristics** | | | | |
| Left ventricular ejection fraction (%) | 54.8 ± 10.0 | 56.1 ± 10.1 | 58.7 ± 7.0 | 0.614 |
| **Target vessel** | | | | |
| LCA (%) | 63 | 23 | 0 | 0.003 |
| LAD (%) | 75 | 92 | 50 | 0.873 |
| LCx (%) | 50 | 23 | 25 | 0.174 |
| RCA (%) | 13 | 23 | 42 | 0.296 |
| **Procedural data** | | | | |
| Number of stents implanted | 1.8 ± 0.7 | 3.0 ± 1.2 | 1.6 ± 1.0 | 0.003 |
| Dilations/intervened segment | 5.2 ± 3.7 | 3.3 ± 1.9 | 3.3 ± 1.7 | 0.172 |
| Drug-eluting stent (%) | 100 | 100 | 89 | 0.430 |
| Paclitaxel (%) | 50 | 8 | 0 | 0.006 |
| Sirolimus (%) | 50 | 74 | 88 | 0.015 |
| Zotorolimus (%) | 0 | 18 | 12 | 0.121 |

LCA, left main coronary artery; LAD, left anterior descending coronary artery; LCx, left circumflex coronary artery; and RCA, right coronary artery.

**A749**

CORD078334

## 3. Results

### 3.1 Endothelial-monocyte activating peptide II expression was increased during neointima formation in a mouse model *in vivo* and was inhibited by rapamycin

EMAP-II expression was investigated at different time points after wire-injury *in vivo* with respect to rapamycin treatment. Neointima formation occurred after 7 days (data not shown) with further increase 14 days (*Figure 1C*) and 28 days (*Figure 1E*) after vascular injury. Compared with uninjured control (*Figure 1A and B*), EMAP-II expression was present at all time points in subendothelial leukocytes and medial smooth muscle cells (SMCs) (*Figure 1D and F*). Rapamycin treatment led to reduction of EMAP-II expression (*Figure 1H*) and to a significant decrease in neointima formation (*Figure 1G*, quantified in *Figure 2A*).

### 3.2 Restoration of endothelial-monocyte activating peptide II counteracted effects of rapamycin after vascular injury in mice

Morphometric analysis was performed in control vessels and 2 weeks after wire injury in untreated, rapamycin-treated, and simultaneously treated mice. Two weeks after arterial injury, exuberant adventitial proliferation, a small increase



Control

14 days

28 days

28 days + everolimus

EvG          EMAP-II

**Figure 1** Endothelial-monocyte activating peptide II (EMAP-II) expression in neointima formation and reduction by rapamycin. Elastica-van-Gieson (*A, C, E, G*) and immunohistochemical staining against EMAP-II (*B, D, F, H*) of control (*A, B*) and wire-injured murine *A. femorales* (*C–H*). EMAP-II is absent in the uninjured control vessel (*B*), but is detected in subendothelial leukocytes (arrows) and medial smooth muscle cells (arrowheads) 14 days after injury (*D*) and 28 days after injury (*F*). Treatment with rapamycin for 28 days led to near abrogation of EMAP-II expression (*H*). Scale bars indicate 100 μm.

in medial area and significant neointima formation occurred compared with the uninjured controls (*Figure 2A*). As expected from previous studies, treatment with rapamycin significantly reduced neointima formation and prevented medial proliferation. Rapamycin also markedly inhibited adventitial thickening (*Figure 2A*, white bars). Simultaneous administration of EMAP-II in rapamycin-treated mice counteracted the effect of rapamycin and led to a significant increase of neointimal volume compared with mice treated with rapamycin alone, whereas its effect on adventitial thickening was less pronounced (*Figure 2A*, grey bars).

Furthermore, the cell content of neointima and adventitia was analysed in histological sections. Compared with injured arteries, rapamycin treatment led to markedly reduced cell accumulation in neointima (*Figure 2B*, lower panel) and adventitia (*Figure 2B*, upper panel). Measuring this parameter of vascular inflammation, EMAP-II challenge after wire injury increased the cellular content significantly in both compartments (*Figure 2B*) and counteracted the positive effect of rapamycin.

### 3.3 Adventitial cell content outweighed neointimal cell content and correlated with neointima formation after vascular injury

Adventitial cell counts exceeded those in the neointima about four to seven-fold ($1225 \pm 143$, $297 \pm 47$ and $481 \pm 55$ vs. $164 \pm 11$, $56 \pm 5$ and $117 \pm 25$ per section in control, rapamycin- and simultaneously-treated groups). Similar to neointimal cell content[1] (*Figure 2B*, lower panel), the amount of adventitial cells correlated with the extent of neointima formation (*Figure 2B*, upper panel).

### 3.4 Endothelial-monocyte activating peptide II increased recruitment of macrophages, enhanced apoptosis, and decreased re-endothelialization after vascular injury *in vivo*

To further characterize the largely increased adventitial cell content induced by restoration of EMAP-II (*Figure 2B*), we performed immunohistochemical staining with antibodies against CD3, CD45, mac-2, and c-kit (*Figure 3*) and quantified the amount of positive cells in the adventitia. The vast majority of the adventitial cells were found to be of leukocytic origin by positive staining for the transleukocyte marker CD45. Staining against mac-2 identified most of them to be macrophages; whereas, only a few CD3 positive T-cells were found 14 days after vascular injury. As described previously for neointimal cells, we found in our model that a distinct percentage of adventitial cells were positive for the haematopoietic progenitor cell marker c-kit after vascular injury, which was reduced significantly by rapamycin treatment (*Figure 3*). Moreover, rapamycin treatment led to a marked reduction in the recruitment of CD45 and mac-2 positive inflammatory cells to the adventitia. Whereas restoration of EMAP-II did not alter the amount of CD3 or c-kit positive cells in the vessels significantly, it increased the amount of macrophages as demonstrated by CD45 and mac-2 staining (*Figure 3*).

To assess for possible pro-apoptotic effects of EMAP-II in vascular repair, TUNEL-staining was performed. Consistent with previous data,[3] significant apoptosis, mainly confined to the medial SMCs, was observed in our model of vascular injury. Rapamycin treatment lead to a marked decrease of



Figure 2  Effects of rapamycin treatment and concomitant endothelial-monocyte activating peptide II (EMAP-II) challenge 14 days after vessel injury. Morphometric analysis of important vessel parameters (A): rapamycin (white columns) limits the increase in adventitial and medial area and significantly inhibits neointima formation. EMAP-II (grey columns) antagonizes the beneficial effects of rapamycin on neointimal area significantly while minor changes were observed regarding the adventitial and medial area. Ten subsequent sections of each vessel were analysed morphometrically 14 days after intervention. (B) Quantification of neointimal and adventitial cells: neointima formation correlates with adventitial ($r = 0.5$, $P < 0.05$; upper panel) and neointimal ($r = 0.7$, $P < 0.01$; lower panel) cell count. EMAP-II challenge also counteracts the reduced cell recruitment achieved by rapamycin treatment in adventitia and neointima (horizontal lines, both $P < 0.05$). Values of untreated mice are represented in black diamonds, of rapamycin treated mice in white boxes and of mice undergoing combined treatment in grey circles; mean values indicated by horizontal lines ±SEM.

TUNEL[+] cells in the media. However, concomitant treatment with EMAP-II significantly increased the amount of TUNEL[+] cells compared with sole rapamycin administration (*Figure 4*).

Immunohistochemical staining against CD31 was used to quantify the amount of re-endothelialization (*Figure 5*). On an average 53(±14)% of the lumen were covered with endothelial cells 2 weeks after vascular injury. Treatment with rapamycin evoked more consistent re-endothelialization (84 ± 7%, $P = 0.038$) of the injured arteries. Restoration of EMAP-II, caused a significant decrease in re-endothelialization (42 ± 12%, $P = 0.005$) compared with rapamycin treatment alone.

### 3.5 Endothelial-monocyte activating peptide II expression was increased in coronary artery smooth muscle cells after mechanical stress

Little is known about molecular mechanisms regulating EMAP-II mRNA expression. In order to mechanistically confirm increased EMAP-II expression after arterial injury,

we tested EMAP-II expression in response to wounding and its modulation by rapamycin *in vitro*. Wounding of CASMC increased EMAP-II mRNA expression significantly; whereas, the presence of rapamycin significantly reduced this effect to baseline levels of the untreated control cells. Rapamycin treatment alone reduced the basal levels of EMAP-II mRNA in untreated control cells by about 20% (*Figure 6A*).

### 3.6 Endothelial-monocyte activating peptide II expression in coronary artery smooth muscle cells and monocytic cells was reduced by rapamycin

Next, we assessed EMAP-II expression in CASMCs and monocytic cells. At baseline, CASMC showed a 1.4-fold higher EMAP-II expression than MonoMac6 cells. After stimulation with thrombin, both cell lines showed a significant increase in EMAP-II expression which could be abrogated by treatment with rapamycin. Under all conditions, EMAP-II expression in CASMCs remained higher than in MonoMac6 cells (*Figure 6B*).

A-751



**Figure 3** Cellular composition affected by rapamycin and endothelial-monocyte activating peptide II (EMAP-II) treatment after vessel injury. Immunohistochemical staining against (A) CD45, mac-2, CD3, c-kit and (B) CD31. (A) Infiltration with CD45-positive cells after vascular injury was markedly reduced by rapamycin. Co-administration of EMAP-II leads to increased recruitment of CD45-positive cells. Rapamycin treatment also decreased mac-2 positive cells in the vessel wall compared with untreated vessels; co-administration of EMAP-II also reversed this effect. EMAP-II treatment did not significantly affect the reduction of recruited T-cells (identified by CD3 staining) and progenitor cells (identified by c-kit staining) following everolimus treatment. *$P < 0.05$. Scale bars indicate 100 µm.

## 3.7 Rapamycin suppressed increased endothelial-monocyte activating peptide II levels after percutaneous coronary intervention in patients

To further evaluate if the observed regulation of EMAP-II after mechanical injury takes place in patients, EMAP-II protein levels were analysed in blood samples from patients undergoing PCI. In accordance to our in vitro data, we found a significant overall increase in EMAP-II protein ($2.21 \pm 0.42$ to $4.01 \pm 0.96$ ng/mL) after vessel injury in patients. As PCI in distal coronary artery segments is associated with a higher rate of restenosis[19] and rapamycin-eluting stents display the most beneficial effect in small vessels,[20-22] we focused on the EMAP-II levels drawn from patients with intervention in distal coronary artery segments. In this patient subgroup, a significant, slightly more pronounced increase was observed whereas intervention of proximal segments did not show an increase (Figure 6C). Multivariate analysis did not reveal an influence of previous myocardial infarction, number of implanted stents or implantation of a sirolimus-eluting stent on EMAP-II expression after PCI in native coronary arteries.

To assess weather oral administration of rapamycin would have an effect on EMAP-II expression in patients, EMAP-II protein was measured in samples from the OSIRIS trial. Starting from comparable baseline values ($2.82 \pm 0.77$ vs. $2.74 \pm 1.08$ ng/mL), a profound reduction of EMAP-II protein level was observed on the day of PCI ($4.21 \pm 1.16$ vs. $1.57 \pm 0.61$ ng/mL) after treatment with a loading dose of rapamycin. This suppressive effect was maintained as long as rapamycin was continued (Figure 6D).

A752

CORD078337



**Figure 4** Apoptosis after vessel injury and the effects of rapamycin and endothelial-monocyte activating peptide II (EMAP-II). Apoptotic medial smooth muscle cells assessed by TUNEL-staining are evident after vascular injury but not with rapamycin treatment. Concomitant EMAP-II challenge increases the amount of TUNEL[+] cells. *$P < 0.05$. Scale bars indicate 100 μm.

**Figure 5** Effects of rapamycin and endothelial-monocyte activating peptide II (EMAP-II) on re-endothelialization after vessel injury. Endothelial cells positive for CD31 are found in untreated, rapamycin treated and in vessels with combined treatment. Quantification of endothelialization revealed a beneficial effect of rapamycin, which was abrogated by concomitant EMAP-II challenge. (*$P < 0.05$, **$P < 0.01$). Scale bars indicate 100 μm.

## 4. Discussion

Rapamycin reduces the risk of in-stent restenosis by inhibiting neointimal proliferation in patients.[13] However, the underlying mechanisms of how rapamycin governs neointima formation are not yet understood in detail. Here, we systematically investigated the role of EMAP-II and the interplay of rapamycin with EMAP-II *in vivo* in a mouse model of neointima formation and in patients.

We show for the first time: (i) EMAP-II is upregulated during neointima formation *in vivo*; (ii) the adventitial inflammatory reaction is positively correlated to the extent of neointima formation and is significantly reduced by rapamycin; (iii) rapamycin inhibits upregulation of EMAP-II and counteracts the pro-inflammatory effects of EMAP-II. (iv) likewise, reduced recruitment of macrophages

to the site of vascular injury by rapamycin is counteracted by EMAP-II challenge; (v) rapamycin improves re-endothelialization, which is abrogated by EMAP-II, and (vi) EMAP-II expression is induced after mechanical injury in human CASMCs and patients, and downregulated by rapamycin treatment.

This study reveals that EMAP-II plays an important role in the inflammatory response to vascular injury *in vivo*. In congruence with prior *ex-vivo* and *in vitro* data, we confirmed increased EMAP-II protein expression during neointima formation after vascular injury[12] and its inhibition by rapamycin[9] *in vivo*. The observed expression in subendothelial leukocytes and medial SMCs is in line with its known expression in stimulated monocytes and vascular SMCs.[23] Since the model of injury used in our study leads to induction of medial cell apoptosis,[3] the observed upregulation



Figure 6   Regulation of endothelial-monocyte activating peptide II (EMAP-II) expression by mechanical stress and rapamycin. (A) EMAP-II-mRNA levels in human coronary artery smooth muscle cells (CASMC) in response to wounding and effect of rapamycin. On the left, relative EMAP-II mRNA levels from CASMC 24 h after treatment with/without wounding and with/without 200 ng/mL rapamycin are shown. On the right, the amplification curves of EMAP-II in the real-time polymerase chain reaction (PCR) are displayed. Wounding increased EMAP-II mRNA(messenger ribonucleic acid), which was reduced after treatment with rapamycin to about control levels (*P < 0.05). (B) EMAP-II protein levels in human CASMC and MonoMac6 cells in response to thrombin stimulation and effect of rapamycin. Increased EMAP-II expression by thrombin was inhibited by rapamycin in both cell types (*P < 0.01, °P < 0.05). (C) Assessment of EMAP-II protein levels 6–8 h after percutaneous coronary intervention shows that upregulation is limited to patients with intervention in distal coronary artery segments (median ± IQR(inter quartile range), *P < 0.01). (D) EMAP-II protein levels in patients from the Oral Sirolimus to Inhibit Recurrent In-stent Stenosis (OSIRIS)-trial show marked suppression under treatment with oral rapamycin (mean ± SEM, *P < 0.01).

of EMAP-II is consistent with its known expression in tissues with high rates of apoptosis and inflammation.[5,8]

Furthermore, we could show marked suppression of apoptosis by rapamycin after vascular injury, whereas restoration of EMAP-II leads to increased apoptosis of medial SMCs. Since EMAP-II does not have pro-apoptotic effects on mesenchymal cells[11] in vitro, our data suggest that EMAP-II increases recruitment of inflammatory cells such as

monocytes and neutrophils and thereby promotes a pro-apoptotic environment.

The occurrence of restenosis is associated with a high inflammatory cell density of neointima. Farb et al.[1] demonstrated that the neointimal inflammatory cell content was 2.4-fold greater in stents with restenosis vs. in stents with no restenosis. In our study, we demonstrate that inflammatory cell accumulation in the adventitia outweighs by far

A757

CORD078339

the neointimal cell content and significantly correlates with neointima formation. These findings underline the hypothesis that the adventitia is the major site of inflammatory changes after vascular injury.[24] Suppressing EMAP-II expression, rapamycin reduced the inflammatory cell content in the adventitia and neointima after vascular injury significantly and concordantly decreased neointima formation in vivo. In line with our data, it was recently shown that adventitial delivery of rapamycin reduces neointima formation,[25] further emphasizing that the adventitial inflammatory reaction plays a pivotal role in the pathogenesis of neointima formation. This is not in contrast with the notion that adventitial cells are not a significant contributor to neointimal cell content since the adventitial inflammatory response may trigger enhanced recruitment of circulating progenitor cells.[24]

In human vascular repair, monocytes and neutrophils play a crucial role.[26] EMAP-II is a potent cytokine in this context since it induces migration of monocytes and chemotaxis of neutrophils.[6] Likewise, EMAP-II reversed the rapamycin-associated inhibition of monocyte recruitment and counteracted as well the beneficial effect of rapamycin on neointima formation. Active EMAP-II induced an inflammatory reaction not only at the endovascular site of the injury but also aggravated the inflammatory response of the adventitial tissue, thereby contributing to neointima formation after vascular injury. In addition, our study shows that the beneficial effect of rapamycin after vascular injury is at least partly mediated by suppression of active EMAP-II. As proposed in an earlier study,[12] we confirmed that rapamycin dramatically reduces the recruitment of inflammatory and haematopoietic cells to the vessel wall in vivo.

Moreover, we found that rapamycin treatment significantly facilitated re-endothelialization. This is in line with its suppressive effect on EMAP-II considering that EMAP-II has pro-apoptotic effects on endothelial cells.[10,11] Likewise, we reproduced impaired re-endothelialization by addition of EMAP-II to rapamycin treatment.

This supports the notion that the beneficial effects of rapamycin on re-endothelialization are secondary to suppression of active EMAP-II. On first glance, our findings conflict with recent data where decreased re-endothelialization was observed after local delivery of rapamycin.[25] However, in this study, extraluminal local drug administration suggests high tissue drug concentrations probably even exceeding previously reported tissue levels.[27] This concurs with results of Farb et al.[28] who reported incomplete neointimal healing of stented areas after high dose oral everolimus treatment. Furthermore, a high rate of re-endothelialization was observed with low dose everolimus treatment in the same study.[28] Thus, the effect of rapamycin on re-endothelialization appears to be dose dependent. Ultimately, we cannot exclude differences between everolimus and sirolimus in this aspect.

Together, our data may be crucial for our understanding how rapamycin prevents restenosis. By inhibition of apoptosis, it prevents early inflammatory processes mainly located in the adventitia, supports a bland wound healing, and early re-endothelialization. Thereby rapamycin helps to avoid chronic inflammation which is associated with increased restenosis.[1] However, its beneficial effects in the clinical setting appear to be obscured by its delivery through polymer-coated stents which enhance arterial inflammation

and delay arterial healing resulting in delayed re-endothelialization.[29-31]

To further prove the upregulation of EMAP-II after mechanical injury in humans, we assessed its expression in CASMCs patients. In vitro, EMAP-II mRNA was upregulated by mechanical stress in CASMCs which was prevented by rapamycin. On the protein level, congruent effects were seen in CASMCs as well as monocytic cells after stimulation with thrombin. Using this way of stimulation, we were able to compare EMAP-II expression in CASMCs and monocytic cells under similar conditions. Interestingly, CASMCs showed on an average a 1.4-fold higher EMAP-II expression pointing towards an important role as immune-modulating cells in the recruitment of circulating macrophages and neutrophils after vascular injury.

At last, we found a significant upregulation of EMAP-II protein in patients after PCI. Interestingly, the upregulation was confined to mechanical injury of smaller vessels, which are known to have higher rates of restenosis when treated with bare metal stents.[19] However, our data is limited by the fact that our patients almost exclusively received drug-eluting stents. Thus a potential influence of the stent type on EMAP-II expression cannot be ruled out, though we did not find an influence of the sirolimus-eluting stents or number of implanted stents on EMAP-II expression in the multivariate analysis.

At this time, it remains therefore speculative if this observation is due to biological differences of the coronary artery segments and their plaque composition or if the relative vessel injury is higher in the smaller vessels.

Yet these data demonstrate that EMAP-II is also regulated in patients and provide a rationale to further explore its role in human vascular repair. Furthermore, oral rapamycin decreased blood levels of EMAP-II protein in patients conferring the inhibitory effect of rapamycin on EMAP-II and vascular inflammation to the clinical situation in patients.

In conclusion, we provide strong evidence for the hypothesis that EMAP-II is an important mediator of inflammation after vascular injury and that the beneficial effects of rapamycin on vascular inflammation are mediated by downregulating this cytokine.

Conflict of interest: No author has any potential conflict of interest to disclose with this study.

## Funding

This study was supported by a postdoctoral fellowship awarded to D.Z. (DFG, Zo 104/1-1, Zo 104/2-1) and to a doctoral fellowship awarded to P.F. (Graduiertenkolleg 438) by the Deutsche Forschungsgemeinschaft.

## References

1. Farb A, Weber DK, Kolodgie FD, Burke AP, Virmani R. Morphological predictors of restenosis after coronary stenting in humans. Circulation 2002; 105:2974-2980.

2. Roque M, Fallon JT, Badimon JJ, Zhang WX, Taubman MB, Reis ED. Mouse model of femoral artery denudation injury associated with the rapid accumulation of adhesion molecules on the luminal surface and recruitment of neutrophils. Arterioscler Thromb Vasc Biol 2000;20:335-342.

3. Sata M, Maejima Y, Adachi F, Fukino K, Saiura A, Sugiura S et al. A mouse model of vascular injury that induces rapid onset of medial cell apoptosis followed by reproducible neointimal hyperplasia. J Mol Cell Cardiol 2000; 32:2097-2104.

A755

4. Beohar N, Flaherty JD, Davidson CJ, Maynard RC, Robbins JD, Shah AP et al. Antirestenotic effects of a locally delivered caspase inhibitor in a balloon injury model. Circulation 2004;109:108–113.

5. Daemen MA, van' V, Denecker G, Heemskerk VH, Wolfs TG, Clauss M et al. Inhibition of apoptosis induced by ischemia-reperfusion prevents inflammation. J Clin Invest 1999;104:541–549.

6. Kao J, Ryan J, Brett G, Chen J, Shen H, Fan YG et al. Endothelial monocyte-activating polypeptide II. A novel tumor-derived polypeptide that activates host-response mechanisms. J Biol Chem 1992;267:20239–20247.

7. Kao J, Fan YG, Haehnel I, Brett J, Greenberg S, Clauss M et al. A peptide derived from the amino terminus of endothelial-monocyte-activating polypeptide II modulates mononuclear and polymorphonuclear leukocyte functions, defines an apparently novel cellular interaction site, and induces an acute inflammatory response. J Biol Chem 1994;269:9774–9782.

8. Knies UE, Behrensdorf HA, Mitchell CA, Deutsch U, Risau W, Drexler HC et al. Regulation of endothelial monocyte-activating polypeptide II release by apoptosis. Proc Natl Acad Sci USA 1998;95:12322–12327.

9. Zohlnhöfer D, Nührenberg TG, Neumann FJ, Richter T, May AE, Schmidt R et al. Rapamycin effects transcriptional programs in smooth muscle cells controlling proliferative and inflammatory properties. Mol Pharmacol 2004;65:880–889.

10. Schwarz MA, Kandel J, Brett J, Li J, Hayward J, Schwarz RE et al. Endothelial-monocyte activating polypeptide II, a novel antitumor cytokine that suppresses primary and metastatic tumor growth and induces apoptosis in growing endothelial cells. J Exp Med 1999;190:341–354.

11. Berger AC, Alexander HR, Tang G, Wu PS, Hewitt SM, Turner E et al. Endothelial monocyte activating polypeptide II induces endothelial cell apoptosis and may inhibit tumor angiogenesis. Microvasc Res 2000;60:70–80.

12. Nührenberg TG, Voisard R, Fahlisch F, Rudelius M, Braun J, Gschwend J et al. Rapamycin attenuates vascular wall inflammation and progenitor cell promoters after angioplasty. FASEB J 2005;19:246–248.

13. Moses JW, Leon MB, Popma JJ, Fitzgerald PJ, Holmes DR, O'Shaughnessy C et al. Sirolimus-eluting stents versus standard stents in patients with stenosis in a native coronary artery. N Engl J Med 2003;349:1315–1323.

14. Costa RA, Lansky AJ, Mintz GS, Mehran R, Tsuchiya Y, Negoita M et al. Angiographic results of the first human experience with everolimus-eluting stents for the treatment of coronary lesions (the FUTURE I trial). Am J Cardiol 2005;95:113–116.

15. Livak KJ, Schmittgen TD. Analysis of relative gene expression data using real-time quantitative PCR and the 2(-Delta Delta C(T)) Method. Methods 2001;25:402–408.

16. Ziegler-Heitbrock HW, Thiel E, Futterer A, Herzog V, Wirtz A, Riethmuller G. Establishment of a human cell line (Mono Mac 6) with characteristics of mature monocytes. Int J Cancer 1988;41:456–461.

17. Austen WG, Edwards JE, Frye RL, Gensini GG, Gott VL, Griffith LS et al. A reporting system on patients evaluated for coronary artery disease. Report of the Ad Hoc Committee for Grading of Coronary Artery

18. Hausleiter J, Kastrati A, Mehilli J, Vogeser M, Zohlnhöfer D, Schühlen H et al. Randomized, double-blind, placebo-controlled trial of oral sirolimus for restenosis prevention in patients with in-stent restenosis: the Oral Sirolimus to Inhibit Recurrent In-stent Stenosis (OSIRIS) trial. Circulation 2004;110:790–795.

19. Elezi S, Kastrati A, Neumann FJ, Hadamitzky M, Dirschinger J, Schomig A. Vessel size and long-term outcome after coronary stent placement. Circulation 1998;98:1875–1880.

20. Schampaert E, Cohen EA, Schluter M, Reeves F, Traboulsi M, Title LM et al. The Canadian study of the sirolimus-eluting stent in the treatment of patients with long de novo lesions in small native coronary arteries (C-SIRIUS). J Am Coll Cardiol 2004;43:1110–1115.

21. Elezi S, Dibra A, Mehilli J, Pache J, Wessely R, Schomig A et al. Vessel size and outcome after coronary drug-eluting stent placement: results from a large cohort of patients treated with sirolimus- or paclitaxel-eluting stents. J Am Coll Cardiol 2006;48:1304–1309.

22. Schofer J, Schluter M, Gershlick AH, Wijns W, Garcia E, Schampaert E et al. Sirolimus-eluting stents for treatment of patients with long atherosclerotic lesions in small coronary arteries: double-blind, randomised controlled trial (E-SIRIUS). Lancet 2003;362:1093–1099.

23. Shane JW, Janardhan KS, Singh B. Expression and function of endothelial monocyte-activating polypeptide-II in acute lung inflammation. Inflamm Res 2007;56:175–181.

24. Wilcox JN, Okamoto EI, Nakahara KI, Vinten-Johansen J. Perivascular responses after angioplasty which may contribute to postangioplasty restenosis: a role for circulating myofibroblast precursors? Ann NY Acad Sci 2001;947:68–90.

25. Fukuda D, Sata M, Tanaka K, Nagai R. Potent inhibitory effect of sirolimus on circulating vascular progenitor cells. Circulation 2005;111:926–931.

26. Komatsu R, Ueda M, Naruko T, Kojima A, Becker AE. Neointimal tissue response at sites of coronary stenting in humans: macroscopic, histological, and immunohistochemical analyses. Circulation 1998;98:224–233.

27. Suzuki T, Kopia G, Hayashi S, Bailey LR, Llanos G, Wilensky R et al. Stent-based delivery of sirolimus reduces neointimal formation in a porcine coronary model. Circulation 2001;104:1188–1193.

28. Farb A, John M, Acampado E, Kolodgie FD, Prescott MF, Virmani R. Oral everolimus inhibits in-stent neointimal growth. Circulation 2002;106:2379–2384.

29. Virmani R, Farb A, Guagliumi G, Kolodgie FD. Drug-eluting stents: caution and concerns for long-term outcome. Coron Artery Dis 2004; 15:313–318.

30. Kotani J, Awata M, Nanto S, Uematsu M, Oshima F, Minamiguchi H et al. Incomplete neointimal coverage of sirolimus-eluting stents: angioscopic findings. J Am Coll Cardiol 2006;47:2108–2111.

31. Finn AV, Kolodgie FD, Harnek J, Guerrero LJ, Acampado E, Tefera K et al. Differential response of delayed healing and persistent inflammation at sites of overlapping sirolimus- or paclitaxel-eluting stents. Circulation 2005;112:270–278.

Disease, Council on Cardiovascular Surgery, American Heart Association. Circulation 1975;51:5–40.

A756

CORD078341

# EXHIBIT 58

Cancer Cell

# Review



# Defining the Role of mTOR in Cancer

David A. Guertin[1,2] and David M. Sabatini[1,2,3,*]

[1]Whitehead Institute for Biomedical Research and Massachusetts Institute of Technology Department of Biology, 9 Cambridge Center, Cambridge, MA 02141, USA
[2]The Broad Institute, 7 Cambridge Center, Cambridge, MA 02141, USA
[3]Center for Cancer Research and Massachusetts Institute of Technology, 77 Massachusetts Avenue, Cambridge, MA 02139, USA
*Correspondence: sabatini@wi.mit.edu
DOI 10.1016/j.ccr.2007.05.008

The mammalian target of rapamycin (mTOR) has emerged as a critical effector in cell-signaling pathways commonly deregulated in human cancers. This has led to the prediction that mTOR inhibitors may be useful in oncology, and derivatives of one such molecule, rapamycin (from which mTOR derives its name), are currently in clinical development. In this review, we discuss recent progress in understanding mTOR signaling, paying particular attention to its relevance in cancer. We further discuss the use of rapamycin in oncology and conclude with a discussion on the future of mTOR-targeted therapy.

## Introduction

The study of rapamycin continues to bring surprises to the signal transduction aficionados, revealing many new signaling molecules and a network increasingly viewed as important in cancer. In the early 1990s, seminal studies in yeast and mammalian systems identified a large 250 kDa protein as the drug's cellular target, which in mammals was named the mammalian target of rapamycin (mTOR). Over the next 10 years, scientists used rapamycin to uncover mTOR-dependent processes showing that mTOR regulates cell growth by controlling mRNA translation, ribosome biogenesis, autophagy, and metabolism (Figure 1A) (reviewed in Guertin and Sabatini, 2005; Sarbassov et al., 2005a; Wullschleger et al., 2006).

Growth factors and nutrients regulate mTOR, indicating that mTOR is at the interface of two different growth signals. Nearly a decade after the discovery of mTOR, researchers found that mTOR nucleates a rapamycin- and nutrient-sensitive multiprotein complex (now called mTORC1) (Hara et al., 2002; Kim et al., 2002; Loewith et al., 2002). Following soon after was the unexpected identification of a second growth-factor-sensitive but nutrient-insensitive mTOR-containing complex called mTORC2 (Jacinto et al., 2004; Loewith et al., 2002; Sarbassov et al., 2004). Unlike its mTORC1 sibling, rapamycin does not bind to mTORC2, and consequently, mTORC2 is often called the "rapamycin-insensitive complex." By outfitting itself with mTORC1- or mTORC2-specific proteins, mTOR acquires different substrate specificities. The discovery of mTORC2 provided conclusive evidence to the lurking suspicions that rapamycin did not inhibit all of mTOR's functions.

A prevailing model suggests that cancers dependent upon activation of the oncoprotein AKT rely on subsequent activation of mTORC1 to drive tumorigenesis. This "addiction" to mTORC1 signaling by some cancers has invigorated the clinical development in oncology of

the mTORC1-inhibitor rapamycin. Despite the seemingly clear mechanism of action of rapamycin and sound rationale for its use in cancer therapy, first-generation mTOR inhibitors have had only modest and unpredictable successes in clinical trials. A twist in the mTOR story has emerged with the finding that mTOR, when assembled into mTORC2, directly phosphorylates and activates AKT, perhaps placing mTOR on both sides of the AKT signaling hub. Unexpectedly, rapamycin can inhibit AKT by disrupting mTORC2 assembly, but only in some cell types. These discoveries raise a number of questions regarding the development and application of mTOR inhibitors. In this review, we discuss recent advances in our understanding of mTOR biology and its relevance to the clinical development of mTOR inhibitors for oncology.

## mTORC1 Signaling in Cancer

Besides mTOR, mTORC1 contains RAPTOR (regulatory associated protein of mTOR), mLST8 (also known as GβL), and PRAS40 (proline-rich AKT substrate 40 kDa) (Haar et al., 2007; Hara et al., 2002; Kim et al., 2002, 2003; Loewith et al., 2002; Sancak et al., 2007). RAPTOR positively regulates mTOR activity and functions as a scaffold for recruiting mTORC1 substrates (Hara et al., 2002; Kim et al., 2002; Schalm et al., 2003). PRAS40 negatively regulates mTOR activity in a manner that depends upon its phosphorylation state (Haar et al., 2007; Sancak et al., 2007). The molecular function of mLST8 is still ambiguous.

### Upstream Regulation of mTORC1 Signaling

A major leap forward in understanding mTORC1 regulation was the discovery that the TSC1 and TSC2 bipartite protein complex negatively controls its activity (Figure 1A) (reviewed in Crino et al., 2006). Mutations in either tsc1 or tsc2 gene cause the hamartomatous syndrome tuberous sclerosis complex (TSC). The discovery of the connection between TSC and the mTORC1 pathway provided the first molecular link between mTOR and cancer.

CORD1215591







**Figure 1. The mTOR Network**
(A) The mTOR kinase is the catalytic component of two distinct multiprotein complexes called mTORC1 and mTORC2. (Left) In addition to mTOR, mTORC1 contains RAPTOR, mLST8, and PRAS40. mTORC1 drives cellular growth by controlling numerous processes that regulate protein synthesis and degradation. Diverse positive and negative growth signals influence the activity of mTORC1, many of which converge upon the TSC1/2 complex. (Right) mTORC2 also contains mLST8, but instead of RAPTOR and PRAS40, mTORC2 contains the RICTOR, mSIN1, and PROTOR proteins. Currently, the only characterized substrate of mTORC2 is the AKT kinase, which suggests mTORC2 functions downstream in the PI3K pathway to regulate cell growth, proliferation, and survival. mTORC2 also regulates PKCα phosphorylation, but it is not known if this is direct, or if mTORC2 can regulate other AGC-family kinases. Activation and inhibition induced by direct phosphorylation is indicated by a phosphate (P).
(B) Model of mTORC1 coregulation by RHEB and PRAS40. (Left) When AKT is inactive, TSC1/2 inhibits RHEB while PRAS40 inhibits mTORC1. (Middle) Upon activation, AKT promotes mTORC1 activity by phosphorylating both TSC1/2 and PRAS40. This results in GTP-loading of RHEB, which directly activates mTORC1 and release of PRAS40 from PRAS40 repression. (Right) In tsc2 null cells, RHEB strongly activates mTORC1. This in turn inhibits AKT by way of the negative feedback loop (described in the text). Even though PRAS40 is dephosphorylated in this state, its ability to repress mTORC1 is overrun by the greatly elevated Rheb activity.

TSC2 possesses GAP (GTPase activating protein) activity and inactivation of the TSC1/2 complex, either by mutation (as in TSC) or by cellular growth signals, leads to the activation of the ras-like GTPase RHEB (reviewed in Crino et al., 2006). A putative RHEB GEF (guanine nucleotide exchange factor) has been described in *Dro-*

CORD121599    A758

# Review

sophila, but it has not yet been validated in mammals (Hsu et al., 2007). Although it is difficult to detect a direct biochemical interaction between endogenous RHEB-GTP and mTORC1, in vitro experiments indicate that soluble GTP-loaded RHEB directly activates the kinase activity of mTORC1 (Figure 1B) (Sancak et al., 2007). In contrast, PRAS40 inhibits RHEB-GTP-dependent mTORC1 activation in a dose-dependent manner in an in vitro kinase assay, and it stably associates with mTORC1 in cells (Haar et al., 2007; Sancak et al., 2007). Although RHEB-GTP and PRAS40 are adversaries in a cell free system, in intact normal cells, AKT forces them to cooperate. For instance, AKT (and possibly other kinases) phosphorylates PRAS40 on T246, diminishing its ability to inhibit mTORC1 (Haar et al., 2007; Huang and Porter, 2005; Kovacina et al., 2003; Sancak et al., 2007). Therefore, AKT both promotes RHEB GTP-loading and relieves mTORC1 from PRAS40 repression, although it is not clear if this dual regulatory input functions in all cell types. Other subunits of mTORC1 are also phosphorylated (including mTOR at S2448 [Sekulic et al., 2000], which is commonly used as a biomarker of mTOR activation), but the functional significance of these modifications is unclear.

Diverse signals regulate TSC1/2 suggesting that, like mTORC1, TSC1/2 is a signal integration center. Positive growth signals from the RAS-MAPK pathway inhibit TSC2 (Ballif et al., 2005; Ma et al., 2005a; Roux et al., 2004). However, the phosphorylation and inhibition of TSC2 by AKT is the clearest link between mTORC1 and a pathway deregulated in cancer (Inoki et al., 2002; Manning et al., 2002). Aberrant AKT activation is a widespread oncogenic phenomenon that can result from pten deletion, pik3ca activating mutations, the bcr-abl translocation, and amplification of genes encoding HER-2, EGFR, or AKT itself (reviewed in Guertin and Sabatini, 2005).

A growing body of evidence argues that the connection between AKT and TSC2-RHEB-mTORC1 is a critical step in PI3K-mediated tumorigenesis. For instance, rapamycin slows the proliferation of transformed cells null for pten or expressing constitutively active AKT (reviewed in Guertin and Sabatini, 2005). Studies in mouse models support this idea showing that the neoplastic phenotypes induced by pten deletion or transgenic activation of AKT are sensitive to rapamycin (Majumder et al., 2004; Neshat et al., 2001; Podsypanina et al., 2001). In mice, depletion of AKT activity can also thwart pten-deletion-driven as well as RAS-driven and chemically induced tumorigenesis (Chen et al., 2006; Skeen et al., 2006). Based on in vitro studies in mouse embryo fibroblasts (MEFs), it is argued that the oncogenic activity of AKT in these models depends on mTORC1 (Skeen et al., 2006). The importance of AKT-dependent inhibition of PRAS40 in tumorigenesis is not yet known but, interestingly, the PRAS40 gene is located in a region of chromosome 19 (19q13.33) thought to contain an unidentified tumor suppressor (Hartmann et al., 2002).

In contrast to growth-factor-driven activation of mTORC1, hypoxia, AMPK activation resulting from depletion of cellular energy, WNT-GSK3 signaling, and glucocorticoids all inhibit mTORC1 by promoting TSC1/2 activation (Inoki et al., 2006; Reiling and Sabatini, 2006; Wang et al., 2006). Amino acid deprivation may also activate TSC1/2, although other evidence argues that mTORC1 and S6K1 respond to amino acid availability independently of TSC1/2 (Findlay et al., 2007; Nobukuni et al., 2005; Sarbassov and Sabatini, 2005; Smith et al., 2005) so how nutrients, particularly amino acids, regulate mTORC1 signaling remains a mystery.

Can cancer cells survive by acquiring adaptations that allow mTORC1 to continue signaling in nutrient and oxygen poor environments? Because deprivation for energy, oxygen, and nutrients is common in the microenvironment of tumors, cancer cells insensitive to these stresses may have a selective growth advantage. On the other hand, transformed cells may restrict growth in a suboptimal environment, buying time to acquire other mutations and/or await angiogenesis. The lack of this response could be disadvantageous as it could lead to unrestricted growth signaling in poor nutrient conditions, causing cells to deplete their energy stores and induce apoptosis. Consistent with this idea, tsc2-deficient cells undergo apoptosis in glucose-free medium, a response suppressed by rapamycin (Inoki et al., 2003). An additional mechanism tumor cells may use to cope with nutrient deprivation is to temporarily salvage nutrients autonomously by activating autophagy (Liang et al., 2007).

## Regulation of mTORC1 by Localization
The consensus from several independent studies is that mTOR is predominantly cytoplasmic but associated with cellular membranes including those of the mitochondria, endoplasmic reticulum, and Golgi (Desai et al., 2002; Drenan et al., 2004; Liu and Zheng, 2007; Sabatini et al., 1999; Tirado et al., 2003; Withers et al., 1997). RHEB also associates with the endomembrane system (Buerger et al., 2006), and collectively, these studies suggest that mTORC1 signaling may emanate from intracellular membranes. Interestingly, a portion of mTOR shuttles between the nucleus and cytoplasm, and, by an unknown mechanism, this may regulate the ability of mTOR to phosphorylate S6K1 (Bachmann et al., 2006; Bernardi et al., 2006; Kim and Chen, 2000; Li et al., 2007).

## Effectors of mTORC1
S6K1 and 4E-BP1—both regulators of mRNA translation—are the only extensively described mTORC1 substrates (reviewed in Sarbassov et al., 2005a; Wulschleger et al., 2006). The eIF3 complex facilitates mTORC1-dependent phosphorylation of S6K1 and 4E-BP1 by functioning as a scaffold that mediates the enzyme-substrate interactions (Holz et al., 2005). When activated by mTORC1, S6K1 promotes protein synthesis by phosphorylating PDCD4 and targeting it for degradation (Dorrello et al., 2006). PDCD4 hinders protein

CORD121559



A       B       C

**Figure 2. mTOR May Function Both Upstream and Downstream of AKT**

(A) Full activation of AKT requires phosphorylation on two sites, T308 by PDK1 and S473 by mTORC2. Activated AKT phosphorylates many substrates including TSC2 and the FOXOs. Akt phosphorylates mTORC1 directly, but this connection is just beginning to be understood.

(B) Eliminating mTORC2 ablates AKT S473 phosphorylation in mouse embryo fibroblasts. This does not affect the phosphorylation of TSC2. In contrast, one AKT phosphorylation site in the FOXO1 and FOXO3 transcription factors is reduced, while phosphorylation at another AKT site is unaffected. One possible model to explain this finding is that S473-unphosphorylated AKT retains enough catalytic activity to phosphorylate some of its targets but not others.

(C) Alternatively, a substitute kinase, which is likely to be regulated by PDK1, can compensate for S473-deficient AKT. In the case of FOXO, it is known that SGK can phosphorylate some of the same sites as SGK.

translation by binding and preventing the eIF4A helicase from unwinding secondary structure in the 5′ untranslated region of mRNA. The ribosomal protein S6 is perhaps the best-known S6K1 substrate. Despite being an indirect measure of mTORC1 activity and lacking a clear function, S6 phosphorylation is widely used in research and in the clinic as a biomarker of mTORC1 activity. In addition to S6K1, mTORC1 phosphorylates 4E-BP1 and releases it from inhibiting the elongation initiation factor 4E (eIF4E).

mTORC1 also drives protein synthesis by regulating ribosome biogenesis. In yeast, TORC1 activity promotes the synthesis of ribosomal proteins, and in higher organisms this may additionally or alternatively involve regulating ribosome assembly (Guertin et al., 2006a; Wullschleger et al., 2006). Other mTORC1 substrates include CLIP-170, LIPIN, and STAT3, but their roles in mTORC1 signaling are less characterized (Choi et al., 2002; Huffman et al., 2002; Yokogami et al., 2000). The dearth of well-known mTORC1 substrates might reflect the fact that the mTORC1 target sites are structurally diverse and difficult to identify bioinformatically (for example, the phosphorylation sites in S6K1 and 4E-BP1 are dissimilar).

### Negative Feedback Regulation of PI3K-AKT Signaling

It might seem surprising that patients suffering from TSC do not develop more aggressive tumors, like those linked to *pten* mutations. The reason may be the existence of a potent negative feedback loop. In many cell types, activation of mTORC1 signaling strongly represses PI3K-AKT signaling upstream in the PI3K pathway (reviewed in Manning, 2004). For example, loss of TSC1/2 function results in decreased AKT phosphorylation (Jaeschke et al., 2002; Kwiatkowski et al., 2002). One mechanism by which this occurs appears to be through S6K1-dependent downregulation of IRS-1 (Figure 1A). When mTORC1 is active, S6K1 directly phosphorylates and inhibits IRS-1 (reviewed in Zick, 2005). Mice lacking *s6k1* are viable, but when challenged with a high-fat diet, despite the

fact that insulin receptors become desensitized, they are resistant to obesity because loss of the feedback loop enhances their insulin sensitivity (Um et al., 2004). These observations led to the hypothesis that tumors in TSC patients are less aggressive because the feedback loop squelches PI3K-AKT signaling. Genetic evidence in mice supports this hypothesis as inactivation of *pten* in *tsc2*-deficient lesions elevates AKT signaling sufficiently to overcome the feedback loop and results in more severe tumors (Ma et al., 2005b; Manning et al., 2005). Other receptor tyrosine kinase pathways that do not depend on IRS-1 are also likely subject to mTORC1-dependent negative regulation. For instance, *tsc1/2* deletion suppresses PDGFR expression in a rapamycin-sensitive manner (Zhang et al., 2007).

Regulation of mTORC1 by PRAS40 may have an important role in setting the level of feedback inhibition. PRAS40 functions as an mTORC1 inhibitor, but its inhibitory duty is relieved upon being phosphorylated by AKT. Therefore, a decrease in AKT activity—as would occur during negative feedback inhibition—might enhance mTORC1 inhibition by PRAS40 and in turn, decrease the level of feedback inhibition. One study using siRNA to deplete cells of TSC2 or overexpressing recombinant RHEB finds that in each case, simultaneously overexpressing recombinant PRAS40 suppresses mTORC1 activation (Haar et al., 2007). However, in cells deleted for the *tsc2* gene, PRAS40-dependent inhibition of mTORC1 is completely overrun by the greatly elevated level of RHEB activation (Figure 2B) (Sancak et al., 2007). Nevertheless, PRAS40 may influence the magnitude of feedback inhibition in a cell-type-specific manner, although this remains to be seen.

### mTORC2 Signaling in Cancer
#### Regulation of AKT by mTORC2
Study of mTORC2 is in its infancy, but the finding that mTORC2 directly phosphorylates AKT adds a new twist in thinking about the role of mTOR in cancer (Sarbassov

CORD121359

# Review

et al., 2005b). mTORC2, like mTORC1, also includes the mLST8 protein, but instead of RAPTOR, mTORC2 contains the RICTOR (rapamycin-insensitive companion of mTOR) and mSIN1 proteins (Frias et al., 2006; Jacinto et al., 2004, 2006; Sarbassov et al., 2004; Yang et al., 2006). mTORC2 additionally contains PROTOR (protein observed with RICTOR), a protein found only in higher eukaryotes that lacks any obvious functional domains (Pearce et al., 2007).

Phosphorylation of S473 in a C-terminal hydrophobic motif is necessary for the full activation of AKT (Alessi et al., 1996). Several kinases have been proposed to fulfill the role of the AKT S473 kinase—the so-called "PDK2 kinase." mTOR was added to the list as a result of loss-of-function RNAi experiments coupled with in vitro biochemistry in Drosophila and human cancer cells (Sarbassov et al., 2005b). This study and ensuing work in human adipocytes and Dictostylium show that depletion of RICTOR or mTOR, but not RAPTOR, dramatically reduces Akt S473 phosphorylation (Figure 1A) (Hresko and Mueckler, 2005; Lee et al., 2005; Sarbassov et al., 2005b). The discovery that SIN1 functions in TORC2-mediated regulation of AKT emerged from a study in Dictostylium, which found that RIP3 and PIA, the orthologs of mSIN1 and RICTOR, respectively, physically interact in a complex, and when mutated, induce similar phenotypes including impaired AKT activation (Lee et al., 2005). Subsequent biochemical studies in mammalian and Drosophila cultured cells confirm these observations (Frias et al., 2006; Jacinto et al., 2006; Yang et al., 2006). It has not yet been determined if PROTOR functions in the regulation of AKT.

The recently described PHLPP phosphatases (PHLPP1 and PHLPP2) counteract mTORC2 by dephosphorylating AKT at S473 (Brognard et al., 2007; Gao et al., 2005). Understanding the interplay between these two forces is of obvious importance. In mammals, there are three AKT isoforms, each encoded by a unique gene (Hanada et al., 2004). Interestingly, PHLPP1 and PHLPP2 reportedly have different specificities for the three AKT isoforms (Brognard et al., 2007; Gao et al., 2005). An understanding of how the isoforms of AKT are differentially regulated may have important implications in cancer; however, because most studies of AKT do not differentiate between the different isoforms, it is difficult to speculate on what those implications might be.

Most of the known core mTOR interacting proteins, except for PRAS40 and PROTOR, have been knocked out in mice. Deleting the mtor gene results in embryonic lethality around the time of implantation, thus precluding the ability to measure AKT phosphorylation in mtor null tissues (Gangloff et al., 2004; Murakami et al., 2004). The early lethality of mtor null mice appears to result from a loss of mTORC1 function because raptor null mice are phenotypically similar (Guertin et al., 2006b). In contrast, mTORC2-deficient mice survive until midgestation (Guertin et al., 2006b; Jacinto et al., 2006; Shiota et al., 2006; Yang et al., 2006). Importantly, deletion

of the genes encoding mTOR interacting proteins that define mTORC2 (rictor, mlst8, and msin1) ablates AKT S473 phosphorylation (Guertin et al., 2006b; Jacinto et al., 2006; Shiota et al., 2006; Yang et al., 2006). These findings provide strong genetic evidence in mammals to substantiate the claim that mTORC2 directly regulates AKT.

An unexpected finding from the genetic knockout studies is that mLST8, a stable component of both mTORCs, is functionally required only for mTORC2 signaling in development (Guertin et al., 2006b). lst8 null budding yeast and Dictyostelium cells are also phenotypically more similar to cells deleted for TORC2-specific components (Lee et al., 2005; Loewith et al., 2002). However, at least one TORC1-specific function is still impaired in lst8 null budding yeast cells (Loewith et al., 2002). Moreover, depletion of mLST8 in cultured human cancer cells also impairs mTORC1 signaling (Jacinto et al., 2004; Kim et al., 2003) suggesting that mLST8 may have a role, albeit mysterious, in both complexes.

AKT belongs to a family of structurally related kinases called the AGC kinases, which includes the S6Ks, SGKs, RSKs, and PKCs (Hanada et al., 2004). All family members contain the hydrophobic motif phosphorylation site (S473 in AKT; T389 in S6K1), as well as a phosphorylation site for the PDK1 kinase in the kinase domain (T308 in AKT; T229 in S6K1). S6K1 contains an additional C-terminal inhibitory domain that is absent in the other family members, and this domain may preferentially recruit S6K1 to the mTORC1 complex (Ali and Sabatini, 2005). Whether other AGC kinases are targeted by mTOR is an open question. However, knockdown and knockout studies indicate that mTORC2 regulates PKCα phosphorylation and stability, although it is not known if this is direct (Guertin et al., 2006a; Sarbassov et al., 2004).

Growth factors stimulate mTORC2 activity and some mTORC2 subunits are phosphorylated, but the responsible kinases remain unknown (Frias et al., 2006; Sarbassov et al., 2004; Sarbassov et al., 2005b; Yang et al., 2006). In Dictyostelium, the mSIN1 homolog (RIP3) interacts with RAS-GTP in a two-hybrid assay and recombinant RIP3 proteins harboring mutations in the Ras binding domain do not fully rescue rip3- cells (Lee et al., 1999, 2005; Schroder et al., 2007). This raises the possibility that RAS regulates mTORC2. Additionally, three mSIN1 isoforms independently interact with mTOR and RICTOR, defining three distinct mTORC2s (Frias et al., 2006; Schroder et al., 2004). All three mTORC2s phosphorylate AKT S473 in vitro, but insulin activates only two of them (Frias et al., 2006). Thus, some mTORC2 complexes may phosphorylate AKT independently of growth factor stimulation. Curiously, the mSIN1 isoform that defines the insulin-independent mTORC2 is truncated at the C terminus and lacks part of the ras-binding domain as well as a putative, but divergent, PH domain (Frias et al., 2006; Schroder et al., 2007). An interesting possibility is that these mSIN1 C-terminal domains link mTORC2 to growth factor stimuli.

CORD121590



# Review

## Coregulation of AKT by mTORC2 and PDK1

Full AKT activity in vitro requires phosphorylation at both T308 and S473 (Alessi et al., 1996). However, unlike the case for S6K, SGK, and RSK, phosphorylation of AKT at T308 by PDK1 is not contingent upon prior phosphorylation at S473 (Biondi et al., 2001; Collins et al., 2003). Phosphorylation of S473 occurs in pdk1 null cells in which T308 phosphorylation is abolished (Alessi et al., 1996; McManus et al., 2004). Moreover, ablation of S473 phosphorylation that occurs upon deleting rictor, mlst8, or msin1 does not eliminate T308 phosphorylation (Guertin et al., 2006b; Jacinto et al., 2006; Shiota et al., 2006). These results suggest that these two phosphorylation events may occur independently and support a model in which AKT and PDK1 interact as a result of colocalization to the plasma membrane (through their PH domains) (Collins et al., 2003). Once colocalized, PDK1 activates AKT, which is synergistically enhanced by mTORC2. It is not known how the interaction between mTORC2 and AKT is facilitated, but one possibility is that the PH-like domain of mSIN1 localizes mTORC2 with AKT at membranes (Schroder et al., 2007).

In contrast to the results obtained from studying knockout MEFs, reducing mTORC2 activity in cultured cancer cells by depleting RICTOR or mTOR by RNAi simultaneously decreases phosphorylation at both the PDK1 site (T308) and the mTORC2 site (S473) (Hresko and Mueckler, 2005; Sarbassov et al., 2005b). This discrepancy may reflect a fundamental difference between depletion of mTORC2 activity acutely using RNAi versus chronically by gene knockout. However, an interesting possibility is that immortalization might rewire the cellular circuitry such that T308 and S473 phosphorylation become linked. This might suggest that an mTORC2-inhibitor could be more toxic to cancer cells than to normal cells.

## mTOR May Function on Both Sides of AKT

In cultured mammalian cells, the expression of a recombinant mutant of TSC2 incapable of being phosphorylated by AKT dramatically reduces mTORC1-dependent phosphorylation of a coexpressed recombinant version of S6K1 (Manning et al., 2002). Combined with the finding that mTORC2 phosphorylates S473 of AKT, this suggests a model in which mTOR may function both upstream and downstream of AKT (Figure 2A).

However, challenging the universality of this model is the surprising finding from mouse genetic studies that deleting rictor, mlst8, or msin1 does not affect the phosphorylation of TSC2 on two well-characterized AKT target sites (S939 & T1462), despite the fact that AKT S473 phosphorylation is ablated in MEFs (Guertin et al., 2006b; Inoki et al., 2002; Jacinto et al., 2006; Manning et al., 2002). Similarly, phosphorylation of AKT target sites in GSK3α and GSK3β (S9 and S21, respectively) are also unaffected. In contrast, all three deletions reduce phosphorylation on one predicted AKT phosphorylation site of the Forkhead O (FOXO) transcription factors FOXO1 and FOXO3 (T24 and T32, respectively), while phospho-

rylation at another (S256) is unimpaired. These findings raise some interesting questions:

How does S473 phosphorylation by mTORC2 regulate AKT activity in vivo? Perhaps S473-unphosphorylated AKT is partially active in vivo. For example, Akt lacking S473 phosphorylation may possess enough intrinsic activity to phosphorylate TSC2, but FOXO1/3 phosphorylation on T24/32 may require a higher threshold of Akt activity (Figure 2B). In addition or alternatively, S473-phosphodeficient Akt may be incapable of making a protein-protein interaction or missing a localization signal that is necessary for phosphorylating FOXO/3. In Drosophila, AKT is required for viability, but surprisingly, dTORC2 is not (Hietakangas and Cohen, 2007; Staveley et al., 1998). Thus, dAKT lacking the HM phosphorylation (S505 in Drosophila) retains all essential biological activities, consistent with a model that not all in vivo functions of AKT require HM phosphorylation. Interestingly, deletion of drictor rescues the overgrowth phenotypes associated with overexpressing dpi3k or deleting dpten, suggesting that dTORC2 becomes limiting only when dPI3K signaling is high (Hietakangas and Cohen, 2007).

Another possibility is that a compensatory kinase may fill in for S473 phosphodeficient AKT in some cases (Figure 2C). For example, phosphorylation sites in GSK3 and mTOR first identified as AKT target sites can also be phosphorylated by S6K1 (Chiang and Abraham, 2005; Holz and Blenis, 2005; Zhang et al., 2006). Moreover, both SGK and AKT can phosphorylate some of the same sites in FOXO1/3 (reviewed in Greer and Brunet, 2005). Thus, one property of AGC kinases appears to be their ability to share substrates in certain circumstances. Importantly, phosphorylation of TSC2, GSK3, and FOXO1/3 at the predicted AKT sites requires PDK1 (McManus et al., 2004). Thus, if an alternative kinase phosphorylates these sites it is likely to be an AGC family member. How other AKT substrates (e.g., PRAS40, BAD, IκB, p21^Cip1, and p21^Kip) respond to losing mTORC2 function still needs to be addressed.

It is possible that TSC2 is not always a critical AKT target. In Drosophila, replacement of wild-type TSC2 with a mutant version in which the AKT phosphorylation sites were changed to nonphosphorylatable residues did not impair development (Dong and Pan, 2004). Moreover, the activation of AKT impairs neuronal growth and this phenocopies losing TSC1/2 function, but this effect does not require AKT-dependent phosphorylation of TSC2 at S939 or T1462 (Tavazoie et al., 2005). Since mTORC1 also binds the Akt substrate PRAS40, this raises the possibility that AKT could bypass TSC1/2 and signal directly to mTORC1 (Haar et al., 2007; Sancak et al., 2007). Thus, the role of AKT-dependent phosphorylation of TSC2 in mTORC1 regulation is still uncertain.

Because ablation of mTORC2 activity reduces FOXO1/3 T24/32 phosphorylation in MEFs, this might suggest that FOXOs are important targets of AKT in development. Interestingly, activating mutations in PI3K

# Review

promote invasion of human cancer cells by a mechanism that selectively requires AKT signaling to FOXO1/3 (Samuels et al., 2005). Taken together, these findings might further suggest that FOXO1/3 is a critical AKT target in some cancers. FOXO transcription factors, which regulate the cell cycle, apoptosis, and metabolism, and appear to function in angiogenesis among other processes, are inhibited by AKT (Furuyama et al., 2004; Greer and Brunet, 2005; Hosaka et al., 2004; Potente et al., 2005). Mice deleted for the foxO1, foxO3, and foxO4 genes develop thymic lymphomas and hemangiomas, unequivocally demonstrating that foxOs are tumor suppressors (Paik et al., 2007; Tothova et al., 2007). However, the tumor spectrum in foxO1/3/4 triple knockout mice is more restricted compared with that seen in pten-deficient mice (Di Cristofano et al., 1998; Podsypanina et al., 1999; Suzuki et al., 1998), possibly suggesting that FOXOs are critical AKT targets in some cancers and not others, or that other PIP3-activated pathways contribute to the tumor burden seen in pten-deficient mice.

## mTOR Inhibitors in Cancer Therapy

Clinical results with three prototype mTOR inhibitors, all rapamycin analogs (CCI-779 [Wyeth], RAD001 [Novartis], AP23573 [Ariad Pharmaceuticals]), have been described (reviewed in Easton and Houghton, 2006; Faivre et al., 2006; Granville et al., 2006; for simplicity, we will refer to all analogs as rapamycin from here on). Unfortunately, clinical updates indicate that rapamycin shows promise against only a few cancers, particularly mantle cell lymphoma, endometrial cancer, and renal cell carcinoma. Overall, the therapeutic response to rapamycin is highly variable, suggesting that biomarkers capable of predicting which cells will respond to rapamycin-therapy are needed. While current results are frustrating, they likely reflect the fact that we do not fully understand the mechanism of action of rapamycin or mTOR circuitry. Unexpectedly, prolonged exposure to rapamycin decreases AKT S473 phosphorylation in a subset of cancer cells (Sarbassov et al., 2006). This appears to result from the capacity of rapamycin to block the assembly of mTORC2 (Sarbassov et al., 2006). A major and problematic question though is why mTORC2 is susceptible to prolonged rapamycin exposure in some cells, partially sensitive in some cells, and resistant in others (Sarbassov et al., 2006). Complicating this question is the fact that no genetic traits predictive of this phenomenon have been identified. Regardless, this finding challenges conventional wisdom that rapamycin is an mTORC1-specific inhibitor, and invites speculation that some of the clinical responses to rapamycin may reflect this dual action of the drug.

## Hamartoma Syndromes

The clearest molecular rationale for rapamycin therapy exists for hamartoma syndromes such as tuberous sclerosis complex. There are several hamartoma syndromes that share pathological features with TSC, including Cowden Disease, Peutz-Jeghers Syndrome, neurofi-bromatosis, and Birt-Hogg-Dube Syndrome. Like tsc1 and tsc2, the tumor suppressor genes linked to these diseases (pten, lkb1, nf1, and flcn respectively) encode proteins that restrict mTORC1 signaling (Baba et al., 2006; Corradetti et al., 2004; Eng, 2003; Johannessen et al., 2005; Shaw et al., 2004). Clinical trials with rapamycin are underway for treating some of these conditions and early reports from TSC trials indicate promising successes (Franz et al., 2006).

## Angiogenesis

A particularly interesting property of rapamycin is its ability to suppress angiogenesis (Guba et al., 2002). In cells exposed to hypoxia, levels of the HIF1$\alpha$ transcription factor increase and this facilitates expression of VEGF, a HIF1$\alpha$ target gene. mTORC1 regulates the translation and activity of HIF1$\alpha$ (Bernardi et al., 2006; Hudson et al., 2002), suggesting that the antiangiogenic properties of rapamycin could result from its ability to disrupt vegf expression. A remarkable successful example of treating tumors using rapamycin is in Kaposi's sarcoma (KS), a tumor characterized by high vascularization and increased vegf signaling (Campistol et al., 2004; Stallone et al., 2005). Rapamycin may also be particularly effective in treating certain kidney cancers. Many cases of sporadic kidney cancer (50%–60%) exhibit loss of the VHL (Von Hippel-Lindau) tumor suppressor, which encodes a negative regulator of HIF1$\alpha$ (Kim and Kaelin, 2004). In a xenograft model using human kidney cancer cells, loss of VHL expression correlates with elevated HIF1$\alpha$ levels, an increased vascular network, and importantly, with rapamycin sensitivity (Thomas et al., 2006). In this model, rapamycin appears to function by inhibiting the translation of HIF1$\alpha$, which correlates with a drop in VEGF expression and reduced angiogenesis. VHL expression might therefore be predictive of which kidney cancer patients will respond favorably to rapamycin therapy.

Interestingly, endothelial cells are one of the clearest examples of a cell type in which AKT phosphorylation is susceptible to mTORC2 inhibition by prolonged rapamycin treatment (Sarbassov et al., 2006). AKT is important for VEGF-mediated angiogenesis and KS requires AKT hyperactivation in endothelial cells (Ackah et al., 2005; Sodhi et al., 2004). Rapamycin treatment blocks pathological angiogenesis and decreases tumor growth in a xenograft model by decreasing AKT S473 phosphorylation in the endothelial cells surrounding the tumor (Phung et al., 2006). The inhibition of mTORC2-AKT signaling by rapamycin in endothelial cells suggests an alternative explanation for the antiangiogenic properties of the drug and emphasizes the potential importance of the mTORC2-AKT-FOXO circuit in these cells. A notable characteristic of mice deficient for mTORC2 or AKT activity is an underdeveloped fetal vascular system (Guertin et al., 2006b; Shiota et al., 2006; Yang et al., 2003, 2005). Given the demonstrated role of mTORC2 in FOXO1/3 phosphorylation and the fact that foxO1/3/4 triple knockout mice are predisposed to developing

CORD121600





**Figure 3. Rapamycin May Block Pathological Angiogenesis by Inhibiting Both mTORC1 and mTORC2**
Studies in the laboratory and in the clinic indicate that rapamycin blocks pathological angiogenesis. The dual inhibitory action of rapamycin on both mTORC1 and mTORC2 may be the key to its antiangiogenic properties. Rapamycin, which is pharmacologically active only when bound to the immunophilin (FKBP12), is a universal mTORC1 inhibitor. In endothelial cells, rapamycin additionally blocks mTORC2 assembly and inhibits full AKT activation. In cultured endothelial cells, mTORC1 is required early and transiently for hypoxia-induced proliferation, but the requirement for mTORC2 is sustained and more critical.

hemangiomas, it is tempting to speculate that a rapamycin-sensitive mTORC2-AKT-FOXO circuit may be essential for endothelial cell function. However, the causative agent in KS (a G protein coupled receptor) can stimulate TSC2 phosphorylation and mTORC1 activation (Sodhi et al., 2006). Thus, a role for the mTORC1 pathway in pathological angiogenesis, at least in KS, cannot be ruled out. In fact, depleting endothelial cells of RAPTOR (mTORC1) or RICTOR (mTORC2) by RNAi reveals that both mTORCs function in hypoxia-induced proliferation, but the role of mTORC1 is early and transient, while mTORC2-AKT signaling is sustained and critical (Li et al., 2007). Therefore, the dual inhibitory action of rapamycin on both mTORCs may be the key to its antiangiogenic properties (Figure 3). A direct mTOR kinase domain inhibitor may therefore be an effective angiogenesis inhibitor.

## Hematopoietic Cancers
Patients suffering from mantle-cell lymphoma (MCL) exhibit one of the best clinical responses to rapamycin (Witzig et al., 2005; Witzig and Kaufmann, 2006). MCL is a non-Hodgkin's lymphoma with the poorest prognosis among the non-Hodgkin's lymphomas (Williams and Densmore, 2005). The disease is characterized by high CYCLIN D1 expression and currently there is no standard treatment. Treatment of MCL cells with rapamycin in vitro induces cell cycle arrest, but unexpectedly, without affecting CYCLIN D1 levels (Hipp et al., 2005). AKT sig-

naling is also enhanced in many mantle-cell lymphoma lines, although rapamycin's affect on AKT in these cells has not been investigated (Rudelius et al., 2006). Rapamycin is also a potential treatment for acute myelogenous leukemia (AML). The PI3K-AKT-mTOR pathway is hyperactive in patient-derived AML cells, and in vitro, AML cells respond favorably to the drug (Recher et al., 2005). Like in endothelial cells, rapamycin inhibits both the mTORC1-S6K1 and mTORC2-AKT pathways in AML cells (Zeng et al., 2007), suggesting that a positive clinical response in AML may correspond with the drug's ability to additionally inhibit mTORC2.

Deletion of pten in adult mouse hematopoietic cells induces hematopoietic stem cell (HSC) proliferation and the generation of leukemia-initiating cells, leading to depletion of normal HSCs and causing a myoproliferative disease that eventually progresses to leukemia (Yilmaz et al., 2006). Rapamycin treatment reverses this effect by both diminishing the number of leukemia-initiating cells and restoring normal HSC function. Deletion of foxO1/3/4 in adult mouse hematopoietic cells results in a HSC defect phenotypically similar to the pten-deficient HSC model (Tothova et al., 2007). Thus, losing FOXO function than activating the mTORC1 pathway may be the reason for the HSC defects in these mice. Perhaps HSCs, like endothelial cells, have a critical rapamycin-sensitive mTORC2-AKT-FOXO circuit, which could explain the effects of rapamycin in the pten-deficient HSC model. If the effect of rapamycin in the pten-deficient HSC model results from inhibiting mTORC2, then rapamycin should not revert the HSC phenotype in the foxO1/3/4-deletion model because it would function upstream of FOXO. It will be interesting to see if mTORC1, and in particular mTORC2, have roles in maintaining other adult or embryonic stem cell populations.

## The Future of Targeting mTOR in Cancer
Rapamycin derivatives will likely be the first mTOR inhibitors to reach the market as cancer therapeutics. Rapamycin is a universal inhibitor of mTORC1-dependent S6K1 phosphorylation, but the existence of the strong negative feedback loop from S6K1 to AKT signaling presents a potential therapeutic problem as losing feedback inhibition of AKT could promote cell survival and chemoresistance. Clearly an undesirable response! Some studies suggest that sometimes this may be the case. For instance, rapamycin protects Jurkat cells from FAS/APO-1 death receptor activation or mitochondrial stress induced apoptosis (Fumarola et al., 2005). Furthermore, rapamycin restores AKT signaling and NK-κB activation in tsc2-deficient cells, protecting them from DNA-damaged induced cell death (Ghosh et al., 2006). Although the release of AKT from feedback inhibition by an mTORC1 inhibitor is a legitimate concern, there is currently no clinical data corroborating this suspicion.

The finding that prolonged rapamycin treatment inhibits mTORC2 assembly and AKT phosphorylation in some cell types suggests the intriguing and perhaps provocative idea that some clinical responses

CORD121601

Cancer Cell
# Review

to rapamycin result from inhibiting both mTORCs. A recent study finds that rapamycin curtails progression of tobacco carcinogen-induced tumors in mice, and this too correlates with reduced AKT S473 phosphorylation (Granville et al., 2007). The implications of this and aforementioned observations are important since current rapamycin trials are based on the premise that rapamycin is an mTORC1-specific inhibitor. The absence of biomarkers to predict in which cells mTORC2 is sensitive to prolonged rapamycin exposure, and the fact that mTORC2 inhibition by rapamycin is inseparable from mTORC1 inhibition, currently complicates our understanding of this phenomenon. While mysterious, this idiosyncrasy in the mechanism of function of rapamycin may provide a valuable clue to finding cancers that will respond to the drug.

Dual inhibition of the PI3K pathway or other signaling pathways and mTOR could be an effective strategy (Fan and Weiss, 2006; Wan et al., 2007). This strategy avoids the potential consequences of disengaging the feedback loop. Drugs currently being considered for combination therapy include gefitinib (Iressa, an EGFR inhibitor), imatinib mesylate (Gleevec, a BCR-ABL inhibitor), tamoxifen (estrogen receptor modulator), cisplatin (DNA damaging agent), and paclitaxel (microtubule stabilizer) (reviewed in Faivre et al., 2006; Granville et al., 2006). Perhaps a more versatile drug would be an ATP-competitive mTOR inhibitor. A molecule of this nature would have the distinct advantage of inhibiting the full gamut of mTOR catalytic activities, although it is unclear if such a drug could be tolerated. Another strategy is to obstruct the binding of mTOR-interacting proteins, but the lack of mTORC structural information is a major challenge to developing this class of inhibitors.

Because AKT activation is widespread in cancer, there is also a rationale for developing an mTORC2-specific inhibitor. Such a molecule might be well tolerated since decreasing mTORC2 activity seems to inhibit transformed cells more severely than MEFs (Guertin et al., 2006b; Hresko and Mueckler, 2005; Jacinto et al., 2006; Sarbassov et al., 2005b). The finding that TORC2 is not essential in *Drosophila*, but becomes essential for phenotypes dependent on elevated dPI3K activity, further suggests the possibility that mTORC2 inhibitors might have therapeutic potential, particularly in cancers "addicted" to elevated PI3K signaling (Hietakangas and Cohen, 2007). While it is exciting to speculate on strategies to target mTOR in cancer, it is clear from several recent studies that many mysteries must be solved so that these strategies can be rationally designed.

## The Evolution of mTOR Signaling
As judged by the role of TORC1 in yeast, mTORC1 is an ancient controller of cell growth that is regulated by nutrients. Interestingly, TSC1/2-dependent regulation of TOR is intact in fission yeast (*S. pombe*) but not in budding yeast (*S. cerevisiae*), suggesting *S. pombe*



**Figure 4. Linking Cell Autonomous and Systemic Nutrient Sensing by mTOR**
mTORC1 is an ancient regulator of cell growth that is activated by intracellular nutrients. The ancient function of mTORC2 is unclear, but it may have evolved to indirectly sense nutrients by way of insulin signaling. Circulating glucose triggers the release of insulin into the bloodstream. In peripheral tissues harboring growth factor responsive cells, insulin activates the PI3K-mTORC2-AKT pathway. In individual cells, activation of AKT promotes survival, nutrient influx, and energy (ATP) generation. Signals from intracellular nutrients, energy, and from AKT itself subsequently activate mTORC1, which drives protein synthesis and promotes cell growth. Negative feedback mechanisms modulate PI3K-AKT activity, which may serve to balance nutrient intake with expenditure. Since all cells are not equally response to insulin or nutrients, cells originating from diverse tissues may have differential requirements for each mTOR complex.

may hold important clues to how TOR signaling evolved (Urano et al., 2005; Uritani et al., 2006). Although the ancient function of mTORC2 is unclear, it too may have evolved from a nutrient-sensing pathway that became rewired through evolution to indirectly sense nutrients by way of growth factors. When elevated glucose levels are detected in the bloodstream, the pancreas secretes insulin, which activates the PI3K-mTORC2-AKT pathway in peripheral tissues. AKT, in turn, suppresses apoptosis, promotes an influx of glucose and amino acids into the cell, stimulates ATP production, and perhaps relieves mTORC1 from TSC1/2- and/or PRAS40-dependent inhibition. Incoming nutrients subsequently activate the mTORC1-S6K1 growth engine. By way of negative feedback mechanisms, mTORC1 inhibits the insulin receptor-PI3K pathway, balancing nutrient intake with expenditure. The mTORC2-AKT circuit could therefore be an important link between cell autonomous and systemic nutrient sensing by mTOR (Figure 4). Of course, not all cell types are equally responsive to growth factor stimulation or nutrient uptake and there could be different tissue-specific requirements for mTORC2 signaling. It would be interesting to compare the role of the mTORCs in cancer cells originating from tissues with different sensitivities to insulin and nutrients, or in cancer cells with mutations in different growth factor signaling pathways.

CORD1216602



## Conclusion

Despite knowing about mTOR for nearly 15 years, we are just beginning to appreciate the complexity of the mTOR network. Since AKT activates mTORC1 by phosphorylating and inhibiting TSC1/2, and mTORC2 phosphorylates and activates AKT, mTOR may function both upstream and downstream of AKT. Defining these complex and perhaps cell-type-specific connections between mTORC1 and mTORC2 is an important challenge for the future. It is also becoming clear that the mTORC1 inhibitor rapamycin has an unforeseen capability to inhibit mTORC2, but only in a subset of cells. The dual sensitivity of the mTORCs to rapamycin is particularly evident in endothelial cells, which is emphasized by the antiangiogenic property of rapamycin. Collectively, these findings are changing the view of the pathological role that mTOR plays in cancer and opening the door to new therapeutic strategies.

## ACKNOWLEDGMENTS

We thank Tom DiCesare for help with the illustrations.

## REFERENCES

Ackah, E., Yu, J., Zoellner, S., Iwakiri, Y., Skurk, C., Shibata, R., Ouchi, N., Easton, R.M., Galasso, G., Birnbaum, M.J., et al. (2005). Akt1/protein kinase Balpha is critical for ischemic and VEGF-mediated angiogenesis. J. Clin. Invest. 115, 2119–2127.

Alessi, D.R., Andjelkovic, M., Caudwell, B., Cron, P., Morrice, N., Cohen, P., and Hemmings, B.A. (1996). Mechanism of activation of protein kinase B by insulin and IGF-1. EMBO J. 15, 6541–6551.

Ali, S.M., and Sabatini, D.M. (2005). Structure of S6K1 determines if raptor-mTOR or rictor-mTOR phosphorylates its hydrophobic motif site. J. Biol. Chem. 280, 19445–19448.

Baba, M., Hong, S.B., Sharma, N., Warren, M.B., Nickerson, M.L., Iwamatsu, A., Esposito, D., Gillette, W.K., Hopkins, R.F., 3rd, Hartley, J.L., et al. (2006). Folliculin encoded by the BHD gene interacts with a binding protein, FNIP1, and AMPK, and is involved in AMPK and mTOR signaling. Proc. Natl. Acad. Sci. USA 103, 15552–15557.

Bachmann, R.A., Kim, J.H., Wu, A.L., Park, I.H., and Chen, J. (2006). A nuclear transport signal in mammalian target of rapamycin is critical for its cytoplasmic signaling to S6 kinase 1. J. Biol. Chem. 281, 7357–7363.

Ballif, B.A., Roux, P.P., Gerber, S.A., MacKeigan, J.P., Blenis, J., and Gygi, S.P. (2005). Quantitative phosphorylation profiling of the ERK/p90 ribosomal S6 kinase-signaling cassette and its targets, the tuberous sclerosis tumor suppressors. Proc. Natl. Acad. Sci. USA 102, 667–672.

Bernardi, R., Guernah, I., Jin, D., Grisendi, S., Alimonti, A., Teruya-Feldstein, J., Cordon-Cardo, C., Simon, M.C., Refii, S., and Pandolfi, P.P. (2006). PML inhibits HIF-1alpha translation and neoangiogenesis through repression of mTOR. Nature 442, 779–785.

Biondi, R.M., Kieloch, A., Currie, R.A., Deak, M., and Alessi, D.R. (2001). The PIF-binding pocket in PDK1 is essential for activation of S6K and SGK, but not PKB. EMBO J. 20, 4380–4390.

Brognard, J., Sierecki, E., Gao, T., and Newton, A.C. (2007). PHLPP and a second isoform, PHLPP2, differentially attenuate the amplitude of Akt signaling by regulating distinct Akt isoforms. Mol. Cell 25, 917–931.

Buerger, C., DeVries, B., and Stambolic, V. (2006). Localization of Rheb to the endomembrane is critical for its signaling function. Biochem. Biophys. Res. Commun. 344, 869–880.

Campistol, J.M., Gutierrez-Dalmau, A., and Torregrosa, J.V. (2004). Conversion to sirolimus: a successful treatment for posttransplantation Kaposi's sarcoma. Transplantation 77, 760–762.

Chen, M.L., Xu, P.Z., Peng, X.D., Chen, W.S., Guzman, G., Yang, X., Di Cristofano, A., Pandolfi, P.P., and Hay, N. (2006). The deficiency of Akt1 is sufficient to suppress tumor development in Pten+/− mice. Genes Dev. 20, 1569–1574.

Chiang, G.G., and Abraham, R.T. (2005). Phosphorylation of mammalian target of rapamycin (mTOR) at Ser-2448 is mediated by p70S6 kinase. J. Biol. Chem. 280, 25485–25490.

Choi, J.H., Bertram, P.G., Drenan, R., Carvalho, J., Zhou, H.H., and Zheng, X.F. (2002). The FKBP12-rapamycin-associated protein (FRAP) is a CLIP-170 kinase. EMBO Rep. 3, 988–994.

Collins, B.J., Deak, M., Arthur, J.S., Armit, L.J., and Alessi, D.R. (2003). In vivo role of the PIF-binding docking site of PDK1 defined by knockin mutation. EMBO J. 22, 4202–4211.

Corradetti, M.N., Inoki, K., Bardeesy, N., DePinho, R.A., and Guan, K.L. (2004). Regulation of the TSC pathway by LKB1: evidence of a molecular link between tuberous sclerosis complex and Peutz-Jeghers syndrome. Genes Dev. 18, 1533–1538.

Crino, P.B., Nathanson, K.L., and Henske, E.P. (2006). The tuberous sclerosis complex. N. Engl. J. Med. 355, 1345–1356.

Desai, B.N., Myers, B.R., and Schreiber, S.L. (2002). FKBP12-rapamycin-associated protein associates with mitochondria and senses osmotic stress via mitochondrial dysfunction. Proc. Natl. Acad. Sci. USA 99, 4319–4324.

Di Cristofano, A., Pesce, B., Cordon-Cardo, C., and Pandolfi, P.P. (1998). Pten is essential for embryonic development and tumour suppression. Nat. Genet. 19, 348–355.

Dong, J., and Pan, D. (2004). Tsc2 is not a critical target of Akt during normal Drosophila development. Genes Dev. 18, 2479–2484.

Dorrello, N.V., Peschiaroli, A., Guardavaccaro, D., Colburn, N.H., Sherman, N.E., and Pagano, M. (2006). S6K1- and betaTRCP-mediated degradation of PDCD4 promotes protein translation and cell growth. Science 314, 467–471.

Drenan, R.M., Liu, X., Bertram, P.G., and Zheng, X.F. (2004). FKBP12-rapamycin-associated protein or mammalian target of rapamycin (FRAP/mTOR) localization in the endoplasmic reticulum and the Golgi apparatus. J. Biol. Chem. 279, 772–778.

Easton, J.B., and Houghton, P.J. (2006). mTOR and cancer therapy. Oncogene 25, 6436–6446.

Eng, C. (2003). PTEN: one gene, many syndromes. Hum. Mutat. 22, 183–198.

Faivre, S., Kroemer, G., and Raymond, E. (2006). Current development of mTOR inhibitors as anticancer agents. Nat. Rev. Drug Discov. 5, 671–688.

Fan, Q.W., and Weiss, W.A. (2006). Isoform specific inhibitors of PI3 kinase in glioma. Cell Cycle 5, 2301–2305.

Findlay, G.M., Yan, L., Procter, J., Mieulet, V., and Lamb, R.F. (2007). A MAP4 kinase related to Ste20 is a nutrient-sensitive regulator of mTOR signalling. Biochem. J. 403, 13–20.

Franz, D.N., Leonard, J., Tudor, C., Chuck, G., Care, M., Sethuraman, G., Dinopoulos, A., Thomas, G., and Crone, K.R. (2006). Rapamycin causes regression of astrocytomas in tuberous sclerosis complex. Ann. Neurol. 59, 490–498.

Frias, M.A., Thoreen, C.C., Jaffe, J.D., Schroder, W., Sculley, T., Carr, S.A., and Sabatini, D.M. (2006). mSin1 is necessary for Akt/PKB phosphorylation, and its isoforms define three distinct

CORD1216609
A766

Cancer Cell

# Review

mTORC2s. Curr. Biol. 16, 1865–1870.

Fumarola, C., La Monica, S., Alfieri, R.R., Borra, E., and Guidotti, G.G. (2005). Cell size reduction induced by inhibition of the mTOR/S6K-signaling pathway protects Jurkat cells from apoptosis. Cell Death Differ. 12, 1344–1357.

Furuyama, T., Kitayama, K., Shimoda, Y., Ogawa, M., Sone, K., Yoshida-Araki, K., Hisatsune, H., Nishikawa, S., Nakayama, K., Ikeda, K., et al. (2004). Abnormal angiogenesis in Foxo1 (Fkhr)-deficient mice. J. Biol. Chem. 279, 34741–34749.

Gangloff, Y.G., Mueller, M., Dann, S.G., Svoboda, P., Sticker, M., Spetz, J.F., Um, S.H., Brown, E.J., Cereghini, S., Thomas, G., and Kozma, S.C. (2004). Disruption of the mouse mTOR gene leads to early postimplantation lethality and prohibits embryonic stem cell development. Mol. Cell. Biol. 24, 9508–9516.

Gao, T., Furnari, F., and Newton, A.C. (2005). PHLPP: a phosphatase that directly dephosphorylates Akt, promotes apoptosis, and suppresses tumor growth. Mol. Cell 18, 13–24.

Ghosh, S., Tergaonkar, V., Rothlin, C.V., Correa, R.G., Bottero, V., Bist, P., Verma, I.M., and Hunter, T. (2006). Essential role of tuberous sclerosis genes TSC1 and TSC2 in NF–kappaB activation and cell survival. Cancer Cell 10, 215–226.

Granville, C.A., Memmott, R.M., Gills, J.J., and Dennis, P.A. (2006). Handicapping the race to develop inhibitors of the phosphoinositide 3-kinase/Akt/mammalian target of rapamycin pathway. Clin. Cancer Res. 12, 679–689.

Granville, C.A., Warfel, N., Tsurutani, J., Hollander, M.C., Robertson, M., Fox, S.D., Veenstra, T.D., Issaq, H.J., Linnoila, R.I., and Dennis, P.A. (2007). Identification of a Highly Effective Rapamycin Schedule that Markedly Reduces the Size, Multiplicity, and Phenotypic Progression of Tobacco Carcinogen-Induced Murine Lung Tumors. Clin. Cancer Res. 13, 2281–2289.

Greer, E.L., and Brunet, A. (2005). FOXO transcription factors at the interface between longevity and tumor suppression. Oncogene 24, 7410–7425.

Guba, M., von Breitenbuch, P., Steinbauer, M., Koehl, G., Flegel, S., Hornung, M., Bruns, C.J., Zuelke, C., Farkas, S., Anthuber, M., et al. (2002). Rapamycin inhibits primary and metastatic tumor growth by antiangiogenesis: involvement of vascular endothelial growth factor. Nat. Med. 8, 128–135.

Guertin, D.A., Guntur, K.V., Bell, G.W., Thoreen, C.C., and Sabatini, D.M. (2006a). Functional genomics identifies TOR-regulated genes that control growth and division. Curr. Biol. 16, 958–970.

Guertin, D.A., and Sabatini, D.M. (2005). An expanding role for mTOR in cancer. Trends Mol. Med. 11, 353–361.

Guertin, D.A., Stevens, D.M., Thoreen, C.C., Burds, A.A., Kalaany, N.Y., Moffat, J., Brown, M., Fitzgerald, K.J., and Sabatini, D.M. (2006b). Ablation in Mice of the mTORC Components raptor, rictor, or mLST8 Reveals that mTORC2 Is Required for Signaling to Akt-FOXO and PKCalpha, but Not S6K1. Dev. Cell 11, 859–871.

Haar, E.V., Lee, S.I., Bandhakavi, S., Griffin, T.J., and Kim, D.H. (2007). Insulin signaling to mTOR mediated by the Akt/PKB substrate PRAS40. Nat. Cell Biol. 9, 316–323.

Hanada, M., Feng, J., and Hemmings, B.A. (2004). Structure, regulation and function of PKB/AKT–a major therapeutic target. Biochim. Biophys. Acta 1697, 3–16.

Hara, K., Maruki, Y., Long, X., Yoshino, K., Oshiro, N., Hidayat, S., Tokunaga, C., Avruch, J., and Yonezawa, K. (2002). Raptor, a binding partner of target of rapamycin (TOR) mediates TOR Action. Cell 110, 177–189.

Hartmann, C., Johnk, L., Kitange, G., Wu, Y., Ashworth, L.K., Jenkins, R.B., and Louis, D.N. (2002). Transcript map of the 3.7-Mb D19S112–D19S246 candidate tumor suppressor region on the long arm of chromosome 19. Cancer Res. 62, 4100–4108.

Hietakangas, V., and Cohen, S.M. (2007). Re-evaluating AKT regulation: role of TOR complex 2 in tissue growth. Genes Dev. 21, 632–637.

Hipp, S., Ringshausen, I., Oelsner, M., Bogner, C., Peschel, C., and Decker, T. (2005). Inhibition of the mammalian target of rapamycin and the induction of cell cycle arrest in mantle cell lymphoma cells. Haematologica 90, 1433–1434.

Holz, M.K., Ballif, B.A., Gygi, S.P., and Blenis, J. (2005). mTOR and S6K1 mediate assembly of the translation preinitiation complex through dynamic protein interchange and ordered phosphorylation events. Cell 123, 569–580.

Holz, M.K., and Blenis, J. (2005). Identification of S6 kinase 1 as a novel mammalian target of rapamycin (mTOR)-phosphorylating kinase. J. Biol. Chem. 280, 26089–26093.

Hosaka, T., Biggs, W.H., III, Tieu, D., Boyer, A.D., Varki, N.M., Cavenee, W.K., and Arden, K.C. (2004). Disruption of forkhead transcription factor (FOXO) family members in mice results their functional diversification. Proc. Natl. Acad. Sci. USA 101, 2975–2980.

Hresko, R.C., and Mueckler, M. (2005). mTOR/RICTOR is the Ser473 kinase for Akt/PKB in 3T3-L1 adipocytes. J. Biol. Chem. 280, 40406–40416.

Hsu, Y.C., Chern, J.J., Cai, Y., Liu, M., and Choi, K.W. (2007). Drosophila TCTP is essential for growth and proliferation through regulation of dRheb GTPase. Nature 445, 785–788.

Huang, B., and Porter, G. (2005). Expression of proline-rich Akt-substrate PRAS40 in cell survival pathway and carcinogenesis. Acta Pharmacol. Sin. 26, 1253–1258.

Hudson, C.C., Liu, M., Chiang, G.G., Otterness, D.M., Loomis, D.C., Kaper, F., Giaccia, A.J., and Abraham, R.T. (2002). Regulation of hypoxia-inducible factor 1alpha expression and function by the mammalian target of rapamycin. Mol. Cell. Biol. 22, 7004–7014.

Huffman, T.A., Mothe-Satney, I., and Lawrence, J.C., Jr. (2002). Insulin-stimulated phosphorylation of lipin mediated by the mammalian target of rapamycin. Proc. Natl. Acad. Sci. USA 99, 1047–1052.

Inoki, K., Li, Y., Zhu, T., Wu, J., and Guan, K.L. (2002). TSC2 is phosphorylated and inhibited by Akt and suppresses mTOR signalling. Nat. Cell Biol. 12, 12.

Inoki, K., Ouyang, H., Zhu, T., Lindvall, C., Wang, Y., Zhang, X., Yang, Q., Bennett, C., Harada, Y., Stankunas, K., et al. (2006). TSC2 integrates Wnt and energy signals via a coordinated phosphorylation by AMPK and GSK3 to regulate cell growth. Cell 126, 955–968.

Inoki, K., Zhu, T., and Guan, K.L. (2003). TSC2 mediates cellular energy response to control cell growth and survival. Cell 115, 577–590.

Jacinto, E., Facchinetti, V., Liu, D., Soto, N., Wei, S., Jung, S.Y., Huang, Q., Qin, J., and Su, B. (2006). SIN1/MIP1 Maintains rictor-mTOR Complex Integrity and Regulates Akt Phosphorylation and Substrate Specificity. Cell. 127, 125–137

Jacinto, E., Loewith, R., Schmidt, A., Lin, S., Ruegg, M.A., Hall, A., and Hall, M.N. (2004). Mammalian TOR complex 2 controls the actin cytoskeleton and is rapamycin insensitive. Nat. Cell Biol. 6, 1122–1128.

Jaeschke, A., Hartkamp, J., Saitoh, M., Roworth, W., Nobukuni, T., Hodges, A., Sampson, J., Thomas, G., and Lamb, R. (2002). Tuberous sclerosis complex tumor suppressor-mediated S6 kinase inhibition by phosphatidylinositol-3-OH kinase is mTOR independent. J. Cell Biol. 159, 217–224.

Johannessen, C.M., Reczek, E.E., James, M.F., Brems, H., Legius, E., and Cichowski, K. (2005). The NF1 tumor suppressor critically regulates TSC2 and mTOR. Proc. Natl. Acad. Sci. USA 102, 8573–8578.

Kim, D.–H., Sarbassov, D.D., Ali, S.M., King, J.E., Latek, R.R., Erdjument-Bromage, H., Tempst, P., and Sabatini, D.M. (2002). mTOR in-

CORD121604



teracts with Raptor to Form a Nutrient-Sensitive Complex that Signals to the Cell Growth Machinery. Cell 110, 163–175.

Kim, D.-H., Sarbassov, D.D., Ali, S.M., Latek, R.R., Guntur, K.V., Erdjument-Bromage, H., Tempst, P., and Sabatini, D.M. (2003). GbetaL, a positive regulator of the rapamycin-sensitive pathway required for the nutrient-sensitive interaction between raptor and mTOR. Mol. Cell 11, 895–904.

Kim, J.E., and Chen, J. (2000). Cytoplasmic-nuclear shuttling of FKBP12-rapamycin-associated protein is involved in rapamycin-sensitive signaling and translation initiation. Proc. Natl. Acad. Sci. USA 97, 14340–14345.

Kim, W.Y., and Kaelin, W.G. (2004). Role of VHL gene mutation in human cancer. J. Clin. Oncol. 22, 4991–5004.

Kovacina, K.S., Park, G.Y., Bae, S.S., Guzzetta, A.W., Schaefer, E., Birnbaum, M.J., and Roth, R.A. (2003). Identification of a proline-rich Akt substrate as a 14-3-3 binding partner. J. Biol. Chem. 278, 10189–10194.

Kwiatkowski, D.J., Zhang, H., Bandura, J.L., Heiberger, K.M., Glogauer, M., el-Hashemite, N., and Onda, H. (2002). A mouse model of TSC1 reveals sex-dependent lethality from hemangiomas, and up-regulation of p70S6 kinase activity in Tsc1 null cells. Hum. Mol. Genet. 11, 525–534.

Lee, S., Comer, F.I., Sasaki, A., McLeod, I.X., Duong, Y., Okumura, K., Yates, J.R., 3rd, Parent, C.A., and Firtel, R.A. (2005). TOR Complex 2 Integrates Cell Movement during Chemotaxis and Signal Relay in Dictyostelium. Mol. Biol. Cell 16, 4572–4583.

Lee, S., Parent, C.A., Insall, R., and Firtel, R.A. (1999). A novel Ras-interacting protein required for chemotaxis and cyclic adenosine monophosphate signal relay in Dictyostelium. Mol. Biol. Cell 10, 2829–2845.

Li, W., Petrimpol, M., Molle, K.D., Hall, M.N., Battegay, E.J., and Humar, R. (2007). Hypoxia-induced endothelial proliferation requires both mTORC1 and mTORC2. Circ. Res. 100, 79–87.

Liang, J., Shao, S.H., Xu, Z.X., Hennessy, B., Ding, Z., Larrea, M., Kondo, S., Dumont, D.J., Gutterman, J.U., Walker, C.L., et al. (2007). The energy sensing LKB1-AMPK pathway regulates p27(kip1) phosphorylation mediating the decision to enter autophagy or apoptosis. Nat. Cell Biol. 9, 218–224.

Liu, X., and Zheng, X.F. (2007). Endoplasmic reticulum and Golgi localization sequences for Mammalian target of rapamycin. Mol. Biol. Cell 18, 1073–1082.

Loewith, R., Jacinto, E., Wullschleger, S., Lorberg, A., Crespo, J.L., Bonenfant, D., Oppliger, W., Jenoe, P., and Hall, M.N. (2002). Two TOR complexes, only one of which is rapamycin sensitive, have distinct roles in cell growth control. Mol. Cell 10, 457–468.

Ma, L., Chen, Z., Erdjument-Bromage, H., Tempst, P., and Pandolfi, P.P. (2005a). Phosphorylation and functional inactivation of TSC2 by Erk implications for tuberous sclerosis and cancer pathogenesis. Cell 121, 179–193.

Ma, L., Teruya-Feldstein, J., Behrendt, N., Chen, Z., Noda, T., Hino, O., Cordon-Cardo, C., and Pandolfi, P.P. (2005b). Genetic analysis of Pten and Tsc2 functional interactions in the mouse reveals asymmetrical haploinsufficiency in tumor suppression. Genes Dev. 19, 1779–1786.

Majumder, P.K., Febbo, P.G., Bikoff, R., Berger, R., Xue, Q., McMahon, L.M., Manola, J., Brugarolas, J., McDonnell, T.J., Golub, T.R., et al. (2004). mTOR inhibition reverses Akt-dependent prostate intraepithelial neoplasia through regulation of apoptotic and HIF-1-dependent pathways. Nat. Med. 10, 594–601.

Manning, B.D. (2004). Balancing Akt with S6K: implications for both metabolic diseases and tumorigenesis. J. Cell Biol. 167, 399–403.

Manning, B.D., Logsdon, M.N., Lipovsky, A.I., Abbott, D., Kwiatkowski, D.J., and Cantley, L.C. (2005). Feedback inhibition of Akt signaling

limits the growth of tumors lacking Tsc2. Genes Dev. 19, 1773–1778.

Manning, B.D., Tee, A.R., Logsdon, M.N., Blenis, J., and Cantley, L.C. (2002). Identification of the tuberous sclerosis complex-2 tumor suppressor gene product tuberin as a target of the phosphoinositide 3-kinase/akt pathway. Mol. Cell 10, 151–162.

McManus, E.J., Collins, B.J., Ashby, P.R., Prescott, A.R., Murray-Tait, V., Armit, L.J., Arthur, J.S., and Alessi, D.R. (2004). The in vivo role of PtdIns(3,4,5)P3 binding to PDK1 PH domain defined by knockin mutation. EMBO J. 23, 2071–2082.

Murakami, M., Ichisaka, T., Maeda, M., Oshiro, N., Hara, K., Edenhofer, F., Kiyama, H., Yonezawa, K., and Yamanaka, S. (2004). mTOR is essential for growth and proliferation in early mouse embryos and embryonic stem cells. Mol. Cell. Biol. 24, 6710–6718.

Neshat, M.S., Mellinghoff, I.K., Tran, C., Stiles, B., Thomas, G., Petersen, R., Frost, P., Gibbons, J.J., Wu, H., and Sawyers, C.L. (2001). Enhanced sensitivity of PTEN-deficient tumors to inhibition of FRAP/mTOR. Proc. Natl. Acad. Sci. USA 98, 10314–10319.

Nobukuni, T., Joaquin, M., Roccio, M., Dann, S.G., Kim, S.Y., Gulati, P., Byfield, M.P., Backer, J.M., Natt, F., Bos, J.L., et al. (2005). Amino acids mediate mTOR/raptor signaling through activation of class 3 phosphatidylinositol 3OH-kinase. Proc. Natl. Acad. Sci. USA 102, 14238–14243.

Paik, J.H., Kollipara, R., Chu, G., Ji, H., Xiao, Y., Ding, Z., Miao, L., Tothova, Z., Horner, J.W., Carrasco, D.R., et al. (2007). FoxOs Are Lineage-Restricted Redundant Tumor Suppressors and Regulate Endothelial Cell Homeostasis. Cell 128, 309–323.

Pearce, L.R., Huang, X., Boudeau, J., Pawlowski, R., Wullschleger, S., Deak, M., Ibrahim, A., Gourlay, R., Magnuson, M.A., and Alessi, D.R. (2007). Identification of Protor as a novel Rictor-binding component of mTOR-complex-2. Biochem J. In press. Published online April 27, 2007. 10.1042/BJ20070540

Phung, T.L., Ziv, K., Dabydeen, D., Eyiah-Mensah, G., Riveros, M., Perruzzi, C., Sun, J., Monahan-Earley, R.A., Shiojima, I., Nagy, J.A., et al. (2006). Pathological angiogenesis is induced by sustained Akt signaling and inhibited by rapamycin. Cancer Cell 10, 159–170.

Podsypanina, K., Ellenson, L.H., Nemes, A., Gu, J., Tamura, M., Yamada, K.M., Cordon-Cardo, C., Catoretti, G., Fisher, P.E., and Parsons, R. (1999). Mutation of Pten/Mmac1 in mice causes neoplasia in multiple organ systems. Proc. Natl. Acad. Sci. USA 96, 1563–1568.

Podsypanina, K., Lee, R.T., Politis, C., Hennessy, I., Crane, A., Puc, J., Neshat, M., Wang, H., Yang, L., Gibbons, J., et al. (2001). An inhibitor of mTOR reduces neoplasia and normalizes p70/S6 kinase activity in Pten+/− mice. Proc. Natl. Acad. Sci. USA 98, 10320–10325.

Potente, M., Urbich, C., Sasaki, K., Hofmann, W.K., Heeschen, C., Aicher, A., Kollipara, R., DePinho, R.A., Zeiher, A.M., and Dimmeler, S. (2005). Involvement of Foxo transcription factors in angiogenesis and postnatal neovascularization. J. Clin. Invest. 115, 2382–2392.

Recher, C., Dos Santos, C., Demur, C., and Payrastre, B. (2005). mTOR, a new therapeutic target in acute myeloid leukemia. Cell Cycle 4, 1540–1549.

Reiling, J.H., and Sabatini, D.M. (2006). Stress and mTORture signaling. Oncogene 25, 6373–6383.

Roux, P.P., Ballif, B.A., Anjum, R., Gygi, S.P., and Blenis, J. (2004). Tumor-promoting phorbol esters and activated Ras inactivate the tuberous sclerosis tumor suppressor complex via p90 ribosomal S6 kinase. Proc. Natl. Acad. Sci. USA 101, 13489–13494.

Rudelius, M., Pittaluga, S., Nishizuka, S., Pham, T.H., Fend, F., Jaffe, E.S., Quintanilla-Martinez, L., and Raffeld, M. (2006). Constitutive activation of Akt contributes to the pathogenesis and survival of mantle cell lymphoma. Blood 108, 1668–1676.

Sabatini, D.M., Barrow, R.K., Blackshaw, S., Burnett, P.E., Lai, M.M., Field, M.E., Bahr, B.A., Kirsch, J., Betz, H., and Snyder, S.H. (1999).

CORD1216003

Cancer Cell
# Review



Interaction of RAFT1 with gephyrin required for rapamycin-sensitive signaling. Science 284, 1161–1164.

Samuels, Y., Diaz, L.A., Jr., Schmidt-Kittler, O., Cummins, J.M., DeLong, L., Cheong, I., Rago, C., Huso, D.L., Lengauer, C., Kinzler, K.W., et al. (2005). Mutant PIK3CA promotes cell growth and invasion of human cancer cells. Cancer Cell 7, 561–573.

Sancak, Y., Thoreen, C.C., Peterson, T.R., Lindquist, R.A., Kang, S.A., Spooner, E., Carr, S.A., and Sabatini, D.M. (2007). PRAS40 Is an Insulin-Regulated Inhibitor of the mTORC1 Protein Kinase. Mol. Cell 25, 903–915.

Sarbassov, D., Ali, S.M., and Sabatini, D.M. (2005a). Growing roles for the mTOR pathway. Curr. Opin. Cell Biol. 17, 596–603.

Sarbassov, D., Ali, S.M., Sengupta, S., Sheen, J.H., Hsu, P.P., Bagley, A.F., Markhard, A.L., and Sabatini, D.M. (2006). Prolonged rapamycin treatment inhibits mTORC2 assembly and Akt/PKB. Mol. Cell 22, 159–168.

Sarbassov, D., and Sabatini, D.M. (2005). Redox regulation of the nutrient-sensitive raptor-mTOR pathway and complex. J. Biol. Chem. 280, 39505–39509.

Sarbassov, D.D., Ali, S.M., Kim, D.H., Guertin, D.A., Latek, R.R., Erdjument-Bromage, H., Tempst, P., and Sabatini, D.M. (2004). Rictor, a novel binding partner of mTOR, defines a rapamycin-insensitive and raptor-independent pathway that regulates the cytoskeleton. Curr. Biol. 14, 1296–1302.

Sarbassov, D.D., Guertin, D.A., Ali, S.M., and Sabatini, D.M. (2005b). Phosphorylation and regulation of Akt/PKB by the rictor-mTOR complex. Science 307, 1098–1101.

Schalm, S.S., Fingar, D.C., Sabatini, D.M., and Blenis, J. (2003). TOS Motif-Mediated Raptor Binding Regulates 4E-BP1 Multisite Phosphorylation and Function. Curr. Biol. 13, 797–806.

Schroder, W., Cloonan, N., Bushell, G., and Sculley, T. (2004). Alternative polyadenylation and splicing of mRNAs transcribed from the human Sin1 gene. Gene 339, 17–23.

Schroder, W.A., Buck, M., Cloonan, N., Hancock, J.F., Suhrbier, A., Sculley, T., and Bushell, G. (2007). Human Sin1 contains Ras-binding and pleckstrin homology domains and suppresses Ras signalling. Cell. Signal., in press.

Sekulic, A., Hudson, C.C., Homme, J.L., Yin, P., Otterness, D.M., Karnitz, L.M., and Abraham, R.T. (2000). A direct linkage between the phosphoinositide 3-kinase-AKT signaling pathway and the mammalian target of rapamycin in mitogen-stimulated and transformed cells. Cancer Res. 60, 3504–3513.

Shaw, R.J., Bardeesy, N., Manning, B.D., Lopez, L., Kosmatka, M., DePinho, R.A., and Cantley, L.C. (2004). The LKB1 tumor suppressor negatively regulates mTOR signaling. Cancer Cell 6, 91–99.

Shiota, C., Woo, J.T., Lindner, J., Shelton, K.D., and Magnuson, M.A. (2006). Multiallelic Disruption of the rictor Gene in Mice Reveals that mTOR Complex 2 Is Essential for Fetal Growth and Viability. Dev. Cell. 11, 583–589

Skeen, J.E., Bhaskar, P.T., Chen, C.C., Chen, W.S., Peng, X.D., Nogueira, V., Hahn-Windgassen, A., Kiyokawa, H., and Hay, N. (2006). Akt deficiency impairs normal cell proliferation and suppresses oncogenesis in a p53-independent and mTORC1-dependent manner. Cancer Cell 10, 269–280.

Smith, E.M., Finn, S.G., Tee, A.R., Browne, G.J., and Proud, C.G. (2005). The tuberous sclerosis protein TSC2 is not required for the regulation of the mammalian target of rapamycin by amino acids and certain cellular stresses. J. Biol. Chem. 280, 18717–18727.

Sodhi, A., Chaisuparat, R., Hu, J., Ramsdell, A.K., Manning, B.D., Sausville, E.A., Sawai, E.T., Molinolo, A., Gutkind, J.S., and Montaner, S. (2006). The TSC2/mTOR pathway drives endothelial cell transformation induced by the Kaposi's sarcoma-associated herpesvirus G

protein-coupled receptor. Cancer Cell 10, 133–143.

Sodhi, A., Montaner, S., Patel, V., Gomez-Roman, J.J., Li, Y., Sausville, E.A., Sawai, E.T., and Gutkind, J.S. (2004). Akt plays a central role in sarcomagenesis induced by Kaposi's sarcoma herpesvirus-encoded G protein-coupled receptor. Proc. Natl. Acad. Sci. USA 101, 4821–4826.

Stallone, G., Schena, A., Infante, B., Di Paolo, S., Loverre, A., Maggio, G., Ranieri, E., Gesualdo, L., Schena, F.P., and Grandaliano, G. (2005). Sirolimus for Kaposi's sarcoma in renal-transplant recipients. N. Engl. J. Med. 352, 1317–1323.

Staveley, B.E., Ruel, L., Jin, J., Stambolic, V., Mastronardi, F.G., Heitzler, P., Woodgett, J.R., and Manoukian, A.S. (1998). Genetic analysis of protein kinase B (AKT) in Drosophila. Curr. Biol. 8, 599–602.

Suzuki, A., de la Pompa, J.L., Stambolic, V., Elia, A.J., Sasaki, T., del Barco Barrantes, I., Ho, A., Wakeham, A., Itie, A., Khoo, W., et al. (1998). High cancer susceptibility and embryonic lethality associated with mutation of the PTEN tumor suppressor gene in mice. Curr. Biol. 8, 1169–1178.

Tavazoie, S.F., Alvarez, V.A., Ridenour, D.A., Kwiatkowski, D.J., and Sabatini, B.L. (2005). Regulation of neuronal morphology and function by the tumor suppressors Tsc1 and Tsc2. Nat. Neurosci. 8, 1727–1734.

Thomas, G.V., Tran, C., Mellinghoff, I.K., Welsbie, D.S., Chan, E., Fueger, B., Czernin, J., and Sawyers, C.L. (2006). Hypoxia-inducible factor determines sensitivity to inhibitors of mTOR in kidney cancer. Nat. Med. 12, 122–127.

Tirado, O.M., Mateo-Lozano, S., Sanders, S., Dettin, L.E., and Notario, V. (2003). The PCPH oncoprotein antagonizes the proapoptotic role of the mammalian target of rapamycin in the response of normal fibroblasts to ionizing radiation. Cancer Res. 63, 6290–6298.

Tothova, Z., Kollipara, R., Huntly, B.J., Lee, B.H., Castrillon, D.H., Cullen, D.E., McDowell, E.P., Lazo-Kallanian, S., Williams, I.R., Sears, C., et al. (2007). FoxOs Are Critical Mediators of Hematopoietic Stem Cell Resistance to Physiologic Oxidative Stress. Cell 128, 325–339.

Um, S.H., Frigerio, F., Watanabe, M., Picard, F., Joaquin, M., Sticker, M., Fumagalli, S., Allegrini, P.R., Kozma, S.C., Auwerx, J., and Thomas, G. (2004). Absence of S6K1 protects against age- and diet-induced obesity while enhancing insulin sensitivity. Nature 431, 200–205.

Urano, J., Comiso, M.J., Guo, L., Aspuria, P.J., Deniskin, R., Tabancay, A.P., Jr., Kato-Stankiewicz, J., and Tamanoi, F. (2005). Identification of novel single amino acid changes that result in hyperactivation of the unique GTPase, Rheb, in fission yeast. Mol. Microbiol. 58, 1074–1086.

Uritani, M., Hidaka, H., Hotta, Y., Ueno, M., Ushimaru, T., and Toda, T. (2006). Fission yeast Tor2 links nitrogen signals to cell proliferation and acts downstream of the Rheb GTPase. Genes Cells 11, 1367–1379.

Wan, X., Harkavy, B., Shen, N., Grohar, P., and Helman, L.J. (2007). Rapamycin induces feedback activation of Akt signaling through an IGF-1R-dependent mechanism. Oncogene. 26, 1932–1940. Published online September 25, 2006. 10.1038/sj.onc.1209990.

Wang, H., Kubica, N., Ellisen, L.W., Jefferson, L.S., and Kimball, S.R. (2006). Dexamethasone represses signaling through the mammalian target of rapamycin in muscle cells by enhancing expression of REDD1. J. Biol. Chem. 281, 39128–39134.

Williams, M.E., and Densmore, J.J. (2005). Biology and therapy of mantle cell lymphoma. Curr. Opin. Oncol. 17, 425–431.

Withers, D.J., Ouwens, D.M., Nave, B.T., van der Zon, G.C., Alarcon, C.M., Cardenas, M.E., Heitman, J., Maassen, J.A., and Shepherd, P.R. (1997). Expression, enzyme activity, and subcellular localization of mammalian target of rapamycin in insulin-responsive cells. Biochem. Biophys. Res. Commun. 241, 704–709.

Witzig, T.E., Geyer, S.M., Ghobrial, I., Inwards, D.J., Fonseca, R., Kur-

CORD121000769



Cancer Cell
# Review

tin, P., Ansell, S.M., Luyun, R., Flynn, P.J., Morton, R.F., et al. (2005). Phase II trial of single-agent temsirolimus (CCI-779) for relapsed mantle cell lymphoma. J. Clin. Oncol. 23, 5347–5356.

Witzig, T.E., and Kaufmann, S.H. (2006). Inhibition of the phosphatidylinositol 3-kinase/mammalian target of rapamycin pathway in hematologic malignancies. Curr. Treat. Options Oncol. 7, 285–294.

Wullschleger, S., Loewith, R., and Hall, M.N. (2006). TOR signaling in growth and metabolism. Cell 124, 471–484.

Yang, Q., Inoki, K., Ikenoue, T., and Guan, K.L. (2006). Identification of Sin1 as an essential TORC2 component required for complex formation and kinase activity. Genes Dev. 20, 2820–2832.

Yang, Z.Z., Tschopp, O., Di-Poi, N., Bruder, E., Baudry, A., Dummler, B., Wahli, W., and Hemmings, B.A. (2005). Dosage-dependent effects of Akt1/protein kinase Balpha (PKBalpha) and Akt3/PKBgamma on thymus, skin, and cardiovascular and nervous system development in mice. Mol. Cell. Biol. 25, 10407–10418.

Yang, Z.Z., Tschopp, O., Hemmings-Mieszczak, M., Feng, J., Brodbeck, D., Perentes, E., and Hemmings, B.A. (2003). Protein kinase B alpha/Akt1 regulates placental development and fetal growth. J. Biol. Chem. 278, 32124–32131.

Yilmaz, O.H., Valdez, R., Theisen, B.K., Guo, W., Ferguson, D.O., Wu, H., and Morrison, S.J. (2006). Pten dependence distinguishes haematopoietic stem cells from leukaemia-initiating cells. Nature 441, 475–482.

Yokogami, K., Wakisaka, S., Avruch, J., and Reeves, S.A. (2000). Serine phosphorylation and maximal activation of STAT3 during CNTF signaling is mediated by the rapamycin target mTOR. Curr. Biol. 10, 47–50.

Zeng, Z., Sarbassov, D.D., Samudio, I.J., Yee, K.W., Munsell, M.F., Jackson, C.E., Giles, F.J., Sabatini, D.M., Andreeff, M., and Konopleva, M. (2007). Rapamycin derivatives reduce mTORC2 signaling and inhibit AKT activation in AML. Blood. 109, 3509–3512. Published online December 19, 2006. 10.1182/blood-2006-06-030833.

Zhang, H., Bajraszewski, N., Wu, E., Wang, H., Moseman, A.P., Dabora, S.L., Griffin, J.D., and Kwiatkowski, D.J. (2007). PDGFRs are critical for PI3K/Akt activation and negatively regulated by mTOR. J Clin. Invest. 117, 730–738

Zhang, H.H., Lipovsky, A.I., Dibble, C.C., Sahin, M., and Manning, B.D. (2006). S6K1 regulates GSK3 under conditions of mTOR-dependent feedback inhibition of Akt. Mol. Cell 24, 185–197.

Zick, Y. (2005). Ser/Thr phosphorylation of IRS proteins: A molecular basis for insulin resistance. Sci. STKE 2005, pe4.

CORD121807

# EXHIBIT 59

Vol. XXVIII  October 1975  No. 10

# THE JOURNAL OF ANTIBIOTICS

An International Journal Devoted to Research on Antibiotics and Other Microbial Products

## CONTENTS

### Original articles

Rapamycin (AY-22,989), a new antifungal antibiotic. I. Taxonomy of the producing streptomycete and isolation of the active principle. CLAUDE VÉZINA, ALICIA KUDELSKI & S. N. SEHGAL ... 721

Rapamycin (AY-22,989), a new antifungal antibiotic. II. Fermentation, isolation and characterization. S. N. SEHGAL, H. BAKER & CLAUDE VÉZINA ... 727

N-Acetyl-L-phenylalanyl-L-phenylalaninol. A metabolite of *Emericellopsis salmosynnemata*. A. D. ARGOUDELIS, S. A. MIZSAK & L. BACZYNSKYJ ... 733

A glyoxalase I inhibitor of a new structural type produced by *Streptomyces*. TOMIO TAKEUCHI, HIDEO CHIMURA, MASA HAMADA, HAMAO UMEZAWA, OSAMU YOSHIOKA, NORIKO OGUCHI, YUKIO TAKAHASHI & AKIRA MATSUDA ... 737

The structure of a glyoxalase I inhibitor and its chemical reactivity with SH-compounds. HIDEO CHIMURA, HIKARU NAKAMURA, TOMOHISA TAKITA, TOMIO TAKEUCHI, HAMAO UMEZAWA, KUNIKI KATO, SEIICHI SAITO, TAKAYUKI TOMISAWA & YOICHI IITAKA ... 743

Characteristics of two broad spectrum antibiotics produced by *Mycoplasma* sp. RP III. TAKUO SAKAI & D. PERLMAN ... 749

Reverein found by screening for inhibitors of reverse transcriptase of an oncogenic virus. MITSUHIRO NUMATA, KAZUO NITTA, RYOZO UTAHARA, KENJI MAEDA & HAMAO UMEZAWA ... 757

The amino acid sequence of cerexin A. (Studies on antibiotics from the genus *Bacillus*. VII) JUN'ICHI SHOJI & TOSHIYUKI KATO ... 764

Studies on the biosynthesis of basic 16-membered macrolide antibiotics, platenomycins. I Selection of and cosynthesis by non-platenomycin-producing mutants. TAMOTSU FURUMAI & MAKOTO SUZUKI ... 770

Studies on the biosynthesis of basic 16-membered macrolide antibiotics, platenomycins. II Production, isolation and structures of 3-O-propionyl-5-O-mycaminosyl platenolides I and II, 9-dihydro demycarosyl platenomycin and demycarosyl platenomycin. TAMOTSU FURUMAI & MAKOTO SUZUKI ... 775

Studies on the biosynthesis of basic 16-membered macrolide antibiotics, platenomycins. III Production, isolation and structures of platenolides I and II. TAMOTSU FURUMAI & MAKOTO SUZUKI ... 783

Studies on the biosynthesis of basic 16-membered macrolide antibiotics, platenomycins. IV Biosynthesis of platenomycins. TAMOTSU FURUMAI, KATSUO TAKEDA & MAKOTO SUZUKI ... 789

Effect of bredinin and its aglycone on L5178Y cells. KENGO SAKAGUCHI, MASATOSHI TSUJINO, KIMIO MIZUNO, KAZUO HAYANO & NAKAO ISHIDA ... 798

Antibacterial activity of combinations of cefazolin and semisynthetic penicillins. TOYOJI OKUBO, MATSUHISA INOUE & SUSUMU MITSUHASHI ... 804

The disturbance of oxidative phosphorylation by N-acetoxy-N-acetyl-2-aminofluorene, a model ultimate carcinogen. HERBERT I. HADLER & JOHN M. DEMETRIOU ... 809

### Notes

A new peptide antibiotic KM-8. RUIKO OIWA, MICHIKO KATAGIRI, NAOHISA TANAKA, YŌKO TAKAHASHI, KEIKI SATŌ, ROKURO MASUMA & SATOSHI ŌMURA ... 819

L-*threo*-β-Hydroxyaspartic acid as an antibiotic amino acid. TADAYUKI ISHIYAMA, TAKAKI FURUTA, MAKOTO TAKAI, YOICHIRO OEDIGOTO, SHOHRO AIZAWA, AKIRA SHIMAZU & HIROSHI YONEHARA ... 821

Preparation of $^{14}$C- and $^3$H-labeled cerulenin and biosynthesis with $^{13}$C-NMR. JUICHI AWAYA, TADATAKA KESADO, SATOSHI ŌMURA & GÁBOR LUKACS ... 824

### Communications to the editor

S-2,3-Dicarboxyaziridine, a new metabolite from a *Streptomyces*. HIROSHI NAGANAWA, NOBURO USUI, TOMOHISA TAKITA, MASA HAMADA & HAMAO UMEZAWA ... 828

New antitumor antibiotics, aclacinomycins A and B. TOSHIKAZU OKI, YASUE MATSUZAWA, AKIHIRO YOSHIMOTO, KENJI NUMATA, IWAO KITAMURA, SENJI HORI, AKIRA TAKAMATSU, HAMAO UMEZAWA, MASAAKI ISHIZUKA, HIROSHI NAGANAWA, HIROYUKI SUDA, MASA HAMADA & TOMIO TAKEUCHI ... 830

Aminoglycoside antibiotics: Oxidative degradations leading to novel biochemical probes and synthetic intermediates. STEPHEN HANESSIAN, TETSUYOSHI TAKAMOTO & ROBERT MASSE ... 835

Microbial conversion of anthracycline antibiotics. P. F. WILEY & V. P. MARSHALL ... 838

Utilization of the intact carbamoyl group of L-[NH$_2$CO-$^{13}$C, $^{15}$N] citrulline in mitomycin biosynthesis by *Streptomyces verticillatus*. ULFERT HORNEMANN & JAMES H. EGGERT ... 841

Published by JAPAN ANTIBIOTICS RESEARCH ASSOCIATION
Editorial Office: Japan Antibiotics Research Association
2-20-8 Kamiosaki, Shinagawa-ku, Tokyo, Japan

CORD115900

VOL. XXVIII NO. 10          THE JOURNAL OF ANTIBIOTICS                               727

# RAPAMYCIN (AY-22,989), A NEW ANTIFUNGAL ANTIBIOTIC

## II. FERMENTATION, ISOLATION AND CHARACTERIZATION

S. N. Sehgal, H. Baker and Claude Vézina

Department of Microbiology, Ayerst Research Laboratories
Montréal, Québec., Canada

(Received for publication June 17, 1975)

Rapamycin is a new antifungal antibiotic produced by *Streptomyces hygroscopicus* NRRL 5491. It was isolated from the mycelium by solvent extraction, purified by silica gel column chromatography and crystallized as a colorless solid which melts at 183~185°C and has the empirical formula $C_{56}H_{89}NO_{14}$. From its characteristic ultraviolet absorption spectrum rapamycin can be classified as a triene. It is highly active against various *Candida* species, especially *Candida albicans*. Its activity is compared with that of amphotericin B, candicidin and nystatin.

In a previous publication,[1] a strain of *Streptomyces hygroscopicus*, newly isolated from an Easter Island soil sample, was reported to inhibit *Candida albicans*, *Microsporum gypseum* and *Trichophyton granulosum*. The active principle was isolated and found to be a new antibiotic of unknown structure; it was named rapamycin. In the present paper, we are describing the fermentation of rapamycin in agitated-aerated vessels, an improved process for its isolation and purification as well as its physical-chemical characteristics. Comparison of its activity with that of other antifungal antibiotics is also reported.

## Production of Rapamycin

The producing strain, *Streptomyces hygroscopicus* NRRL 5491, was grown and maintained on tomato paste-oatmeal agar, as previously described.[1] Good growth and sporulation were obtained in 7~15 days of incubation at 25°C. Spores from one Roux bottle were suspended in 50 ml of sterile distilled water to constitute the spore inoculum.

Unbaffled, 500-ml Erlenmeyer flasks were filled with 100 ml of an inoculum medium consisting of (g/liter): soybean meal ("Special X", Archer Daniels Midland Co., Minneapolis, Minn.), 40; "Cerelose" (a pharmaceutical grade of glucose), 20; $(NH_4)_2SO_4$, 3; $CaCO_3$, 1.5; and tap water to 1 liter (pH 7.0). The flasks were sterilized at 121°C for 30 minutes, cooled to 25°C and inoculated with 4 ml of the spore inoculum. The inoculated flasks were incubated for 24 hours at 25°C on a gyrotory shaker at 240 rev/min, 2″-throw, to constitute the first-stage inoculum.

Unbaffled, 24-liter round bottom flasks were filled with 3.4 liters of the same medium and autoclaved at 121°C for 30 minutes. The flasks were agitated to resuspend the solids and autoclaved for an additional period of 1 hour at 121°C, cooled to 25°C and inoculated with 78 ml (2 %) of the first-stage inoculum. The inoculated flasks were incubated for 18 hours at 25°C on a reciprocating shaker at 65 strokes per minute and 4″-throw. These flasks were used to inoculate the production stage.

Fermenters (model F-250, New Brunswick Scientific Co.), 250-liter capacity, equipped with automatic antifoam addition system and pH recorder-controller, were filled with 160 liters of the production medium consisting of (g/liter): soybean meal ("Special X"), 30; "Cerelose," 20; $(NH_4)_2SO_4$, 5; $KH_2PO_4$, 5; Mazer DF-143PX (antifoam), 0.5 ml; and tap water to 1 liter.

Table 1. Production of rapamycin in aerated-agitated fermenters

| Fermentation time (hours) | pH | Packed cell volume (%) | Potency ($\mu$g/ml) |
|---|---|---|---|
| 48 | 6.0 | 23 | 20 |
| 72 | 6.0 | 60 | 63 |
| 96 | 6.3 | 50 | 87 |

The fermenters were sterilized at 121°C for 30 minutes under an agitation of 150 rev/min, cooled to 25°C and pH of medium adjusted to 6.1 by addition of 10 N $NH_4OH$ solution. The fermenters were inoculated with 3.2 liters (2 %) of the second-stage inoculum. The fermentation was run at 25°C under an agitation of 200 rev/min and an aeration of 0.25 v/v/min. Sterile Mazer DF-143PX antifoam was added on demand. After 30～35 hours of incubation the pH started to drop but was controlled at 6.0 by addition of 10 N $NH_4OH$ solution on demand. After 48 hours of incubation, a 40 % sterile solution of "Cerelose" was added continuously at the rate of 3.85 % per day. The antibiotic titres were determined every 24 hours starting at 48 hours. The maximum titers were usually obtained in 96 hours. The results of a typical fermentation are shown in Table 1.

Conventional paper disc-agar diffusion assays were used to determine the antibiotic titre. A 10-ml sample of fermentation broth was centrifuged at 2,500 rev/min for 15 minutes. The supernate was discarded and the mycelial pellet suspended in 250 ml of methanol and shaken vigorously. The extract was filtered. Filter paper discs, 13 mm in diameter, were dipped in the extract and placed on filter paper to dry. Similar discs were dipped in standard solutions containing 10, 5, 2.5 and 1.25 $\mu$g rapamycin/ml. All the discs were deposited on agar plates seeded with the test strain of *Candida albicans* AY F-598. The inhibition zone diameters obtained for the standard solutions after overnight incubation were plotted against log concentration on semi-logarithmic paper and titre of fermentation broths read from the standard curve and corrected for dilution.

## Isolation of Rapamycin

The fermentation broth was adjusted to pH 4.0 with a 30 % sulfuric acid solution and filtered on a vacuum rotary filter coated with Celite. The mycelium, containing the antibiotic, was extracted twice by stirring for 1 hour with 1½ volume of trichloroethane. The tri-chloroethane extracts were pooled and evaporated to a small volume under reduced pressure, dehydrated with anhydrous sodium sulfate and further concentrated to an oily residue. A typical 160-liter fermentation run yielded about 500 g of oily residue. The residue was extracted twice with one volume of methanol. The methanolic extracts were pooled and evaporated to dryness to yield about 50 g of oily residue containing rapamycin. The residue was dissolved in 10 v/w of a solvent mixture consisting of 15 % acetone in hexane. To this solution, 2 weights of silica gel G (Merck) per weight of oil were added and the mixture stirred gently for 50 minutes. The mixture was filtered and silica gel with adsorbed rapamycin washed onto a column with several volumes of 15 % acetone in hexane. The antibiotic was eluted with 25 % acetone in

06/03/2009 12:33 FAX BTS VSS 9303 CRISIT TCISI ⊠0067009

hexane and the eluant evaporated to dryness. The residue was dissolved in ether from which pure rapamycin crystallized out. The recoveries were about 40 % based on broth assay.

### Physical and Chemical Properties of Rapamycin

Rapamycin is a white crystalline solid melting at 183~185°C. It is freely soluble in methanol, ethanol, acetone, chloroform, methylene dichloride, trichloroethane, dimethyl formamide, dimethyl sulphoxide; sparingly soluble in ether, and practically insoluble in water.

Rapamycin analysed for $C_{56}H_{89}NO_{14}$ (E.W. 999). Calcd: C, 67.2; H, 8.9; N, 1.4; Found: C, 67.24; H, 8.93; N, 1.39.



Fig. 1. Ultraviolet absorption spectrum of rapamycin (AY-22,989).



Fig. 2. Infrared spectrum of rapamycin (AY-22,989).



Fig. 3. NMR (200 MHZ) spectrum of rapamycin (AY-22,989).

730 THE JOURNAL OF ANTIBIOTICS OCT. 1975

The ultraviolet spectrum (Fig. 1) shows $\lambda_{max}$ at 288, 277 and 267 nm with $E^{1\%}_{1cm}$ 416, 514 and 417 respectively.

The infrared spectrum (Fig. 2) shows OH at 3500, a band at 1730 (possibly lactone carbonyl) and at 1700 (carbonyl), and a band between 1610 and 1630 cm$^{-1}$ (C=C).

NMR spectrum (200 MHZ) of rapamycin is shown in Fig. 3. It shows vinylic protons between $\delta$ 5~6.5, methoxyl between $\delta$ 3.1~3.6 and vinylic at $\delta$ 1.8.

Optical rotation is $[\alpha]^{25}_D$ —58.2 in methanol. Rapamycin forms a yellow chromophore when dissolved in 0.1 N methanolic NaOH and heated at 60°C; this property is the basis of a colorimetric assay.

Table 2. Comparison of rapamycin with other trienes

| Antibiotics | Appearance | m.p. | Molecular or equivalent weight | Molecular or equivalent formula | U.V. $\lambda_{max}$ (nm) | Anti-microbial spectrum | Toxicity i.p. mice (LD$_{50}$ mg/kg) | Ref. |
|---|---|---|---|---|---|---|---|---|
| Rapamycin (AY-22,989) | Colorless, crystalline | 183~185°C | 999 | $C_{56}H_{89}NO_{14}$ | 267,277,288 | Antifungal: strongly candicidal | 600 | |
| Mycotrienin | Yellow powder | 149~150°C | 683 | $C_{38}H_{50}N_2O_8$ | 262,272,282 | Antifungal | 15 | 2 |
| Trienine | Off-white powder | 163~165°C | 1,400 | — | 257,267,278 | Antitumor | — | 3 |
| Proticin | — | — | 582 | $C_{31}H_{44}O_7PNa$ | 264,272,284 | Antibacterial | >150 (i.v.) | 4 |
| MM8 | Yellow powder | — | — | — | 262,270,282 | Antifungal against filamentous fungi | — | 5 |
| Resistaphylin | Colorless, crystalline | 91~92°C | 462.5 | $C_{24}H_{34}N_2O_7$ | 230,267,275, 285 | Antibacterial | — | 6 |

On the basis of its ultraviolet spectrum, rapamycin can be classified as a triene, but comparison with other known trienes (Table 2) shows it to be novel compound.

### Antimicrobial Activity of Rapamycin

Rapamycin inhibits yeasts and filamentous fungi. Results reported in Table 3 using the agar-diffusion assay indicate that rapamycin would be as active against the dermatophytes as it is against *Candida albicans*. However, activity expressed as minimum inhibitory concentration in broth has already been shown[1] to be much higher against yeast than against the dermatophytes:

Table 3. Antifungal activity of rapamycin

| Concentration (μg/ml) | Zones of inhibition (mm) | | | |
|---|---|---|---|---|
| | *Candida albicans* | *Microsporum gypseum* | *Trichophyton mentagrophytes* | *Aspergillus fumigatus* |
| 0 (control) | 0 | 0 | 0 | 0 |
| 0.5 | 21 | 18 | 20 | >40 |
| 1.0 | 23 | 22 | 25 | — |
| 2.5 | 27 | 26 | 30 | — |
| 5.0 | 28 | 32 | 32 | — |

—: not determined.

VOL. XXVIII NO. 10 THE JOURNAL OF ANTIBIOTICS 731

Table 4. Activity of rapamycin and amphotericin B against clinical isolates of various *Candida* species

| *Candida* species (AY Nos.) | Minimum inhibitory concentration ($\mu$g/ml) | |
|---|---|---|
| | Rapamycin | Amphotericin B |
| *C. albicans* F-598 | <0.02 to 0.2 | 2.5 |
| *C. albicans* F-634 (ATCC 11651) | 0.08 to 0.32 | 2.5 |
| *C. catenulata* F-662 | <0.1 | 2.0 |
| *C. internodia* F-670 | <0.1 | <0.1 |
| *C. lipolytica* F-669 | 2.5 | 4.0 |
| *C. monosa* F-664 | <0.1 | 0.2 |
| *C. parapsilosis* F-665 | <0.1 | >1.0 |
| *C. pseudotropicalis* F-666 | >5.0 | 3.0 |
| *C. stellatoidea* F-667 | <0.1 | 0.7 |
| *C. tropicalis* F-668 | <0.1 | 2.5 |

Table 5. Activity of rapamycin compared to that of nystatin and candicidin against various strains *Candida albicans*

| *Candida albicans* Strain Nos. | Incubation time (hour or day) | Minimum inhibitory concentration (MIC) ($\mu$g/ml) | | |
|---|---|---|---|---|
| | | Rapamycin | Nystatin | Candicidin |
| F-612 | 48 hours | 0.0025 | 5.0 | 0.08 |
| | 8 days | 0.02 | >10.0 | 1.2 |
| F-615 | 48 hours | 0.0025 | 5.0 | 0.16 |
| | 8 days | 0.32 | >10.0 | 0.62 |
| F-619 | 48 hours | <0.00063 | 5.0 | 0.08 |
| | 8 days | 0.04 | >10.0 | 1.25 |
| F-620 | 48 hours | <0.00063 | 5.0 | 0.08 |
| | 8 days | 0.02 | >10.0 | 0.62 |
| F-621 | 48 hours | >10.0 | >10.0 | 2.5 |
| | 8 days | >10.0 | >10.0 | >10.0 |
| F-623 | 48 hours | 0.00125 | 10.0 | 0.04 |
| | 8 days | 0.02 | >10.0 | 0.16 |
| F-624 | 48 hours | <0.00063 | 5.0 | 0.08 |
| | 8 days | 0.00125 | >10.0 | 1.25 |
| F-626 | 48 hours | <0.00063 | 5.0 | 0.02 |
| | 8 days | 0.01 | >10.0 | 0.04 |
| F-004 | 48 hours | 0.04 | 2.5 | 0.02 |
| | 8 days | >10.0 | 10.0 | 0.04 |

these contradictory results were explained by the instability of the antibiotic in broth over long period of incubation required for the growth of dermatophytes: uninoculated SABOURAUD dextrose broth containing 5 $\mu$g of rapamycin per ml lost 80 % of its activity after 7 days of incubation.

Rapamycin was compared to amphotericin B against clinical isolates of various *Candida* species, and the results are shown in Table 4; the minimum inhibitory concentration of rapamycin is much lower than that of amphotericin B, except for *Candida pseudotropicalis*. When compared with nystatin and candicidin using the same method, rapamycin again appeared somewhat more active against clinical isolates of *Candida albicans* (Table 5). Rapamycin was also found active against candidal infections in mice; the results will be reported in a subsequent publication.[7]

## Acknowledgements

The authors wish to express their thanks to Dr. G. SCHILLING and his group for analytical data. Technical assistance of Mr. RENÉ SAUCIER, Mr. K. PANDEV and Mrs. T. BÉLANGER is acknowledged.

## References

1) VÉZINA, C.; A. KUDELSKI & S. N. SEHGAL: Rapamycin (AY-22,989), a new antifungal antibiotic. I. Taxonomy of the producing streptomycete and isolation of the active principle. J. Antibiotics 28: 721~726, 1975

2) CORONELLI, C.; R. C. PASQUALUCCI, J. E. THIEMANN & G. TAMONI: Mycotrienin, a new polyene antibiotic isolated from streptomyces. J. Antibiotics, Ser. A 20: 329~333, 1967

3) ASZALOS, A.; R. S. ROBISON, P. LEMANSKI & B. BERK: Trienine, an antitumor triene antibiotic. J. Antibiotics 21: 611~615, 1968

4) PRAVE, P.; D. SUKATSCH & L. VERTENY: Proticin, a new phosphorus-containing antibiotic. J. Antibiotics 25: 1~4, 1972

CORD115905

5) ARMSTONG, J. J.; J. F. GROVE, W. B. TURNER & G. WARD: An antifungal triene from *Streptomyces* sp. Nature 206: 399~400, 1965.

6) AIZAWA, S.; M. SHIBUYA & S. SHIRATO: Resistaphylin, a new antibiotic. I. Production, isolation and properties. J. Antibiotics 24: 393~396, 1971

7) BAKER, H.; A. SIDOROWICZ, S. N. SEHGAL & C. VÉZINA: Rapamycin (AY-22,989), a new antifungal antibiotic. III. Protection studies in mice. Antimicr. Agents & Chemoth. (in press)

CORD1159077

# EXHIBIT 60



# THE JOURNAL OF ANTIBIOTICS

Vol. 44  No. 10
October  1991

## An International Journal Devoted to Research on Bioactive Microbial Products

### CONTENTS

**Original Articles**

Dynemicins O, P and Q: Novel antibiotics related to dynemicin A. Isolation, characterization and biological activity.
M. MIYOSHI-SAITOH, N. MORISAKI, Y. TOKIWA, S. IWASAKI, M. KONISHI, K. SAITOH & T. OKI ....1037

Duocarmycins, new antitumor antibiotics produced by *Streptomyces*; producing organisms and improved production.
M. ICHIMURA, T. OGAWA, S. KATSUMATA, K. TAKAHASHI, I. TAKAHASHI & H. NAKANO .........1045

New antitumor substances, BE-12406A and BE-12406B, produced by a streptomycete. I. Taxonomy, fermentation, isolation, physico-chemical and biological properties.
K. KOJIRI, H. ARAKAWA, F. SATOH, K. KAWAMURA, A. OKURA, H. SUDA & M. OKANISHI ......1054

New antitumor substances, BE-12406A and BE-12406B, produced by a streptomycete. II. Structure determination.
S. NAKAJIMA, K. KOJIRI, H. SUDA & M. OKANISHI ......................................1061

Cornexistin: a new fungal metabolite with herbicidal activity.
M. NAKAJIMA, K. ITOI, Y. TAKAMATSU, S. SATO, Y. FURUKAWA, K. FURUYA, T. HONMA, J. KADOTANI, M. KOZASA & T. HANEISHI ...............................................1065

Synthesis and biological activity of novel 3-(2-propenyl)-cephalosporins. I.
W.-J. KIM, K.-Y. KO, H. KIM & J. OH .............................................1073

Synthesis and biological activity of novel 3-(2-propenyl)-cephalosporins. II. Preparation of prodrugs.
W.-J. KIM, K.-Y. KO, M. H. JUNG, M. KIM, K.-I. LEE & J.-H. KIM ...................1083

Localization of cephalosporinase in *Enterobacter cloacae* by immunocytochemical examination.
Y. ISHII, M. ICHIKAWA, K. YAMAGUCHI, K. TAKANO & M. INOUE ......................1088

Microbial *O*-carbamylation of novobiocin.
M. S. KUO, D. A. YUREK, D. G. CHIRBY, J. I. CIALDELLA & V. P. MARSHALL ..........1096

Antitumor spectrum of deoxyspergualin and its lack of cross-resistance to other antitumor agents.
K. NISHIKAWA, C. SHIBASAKI, M. HIRATSUKA, M. ARAKAWA, K. TAKAHASHI & T. TAKEUCHI ...1101

Anthracycline metabolites from *Streptomyces violaceus* A262. I. Isolation of antibiotic-blocked mutants from *Streptomyces violaceus* A262.
O. JOHDO, T. ISHIKURA, A. YOSHIMOTO & T. TAKEUCHI ..............................1110

Anthracycline metabolites from *Streptomyces violaceus* A262. II. New anthracycline epelmycins produced by a blocked mutant strain SU2-730.
O. JOHDO, Y. WATANABE, T. ISHIKURA, A. YOSHIMOTO, H. NAGANAWA, T. SAWA & T. TAKEUCHI ...............................................................1121

Anthracycline metabolites from *Streptomyces violaceus* A262. III. New anthracycline obelmycins produced by a variant strain SE2-2385.
O. JOHDO, Y. WATANABE, T. ISHIKURA, A. YOSHIMOTO, H. NAGANAWA, T. SAWA & T. TAKEUCHI ...............................................................1130

The effect of sinefungin and synthetic analogues on RNA and DNA methyltransferases from *Streptomyces*.
M. J. YEBRA, J. SÁNCHEZ, C. G. MARTIN, C. HARDISSON & C. BARBES ...............1141

Increased serum stability and prolonged biological half-life of neocarzinostatin covalently bound to monoclonal antibodies.
U. GOTTSCHALK, M. C. GARNETT, R. K. WARD, A. MAIBÜCHER & W. KÖHNLEIN .........1148

**Notes**

Anthracycline metabolites from *Streptomyces violaceus* A262. IV. New anthracycline yellamycins produced by a variant strain SC-7.
O. JOHDO, H. TONE, R. OKAMOTO, A. YOSHIMOTO, H. NAGANAWA, T. SAWA & T. TAKEUCHI ....1155

Anthracycline metabolites from *Streptomyces violaceus* A262. V. New anthracycline alldimycin A: A minor component isolated from obelmycin beer.
O. JOHDO, H. TONE, R. OKAMOTO, A. YOSHIMOTO, H. NAGANAWA, T. SAWA & T. TAKEUCHI ...1160

**Communications to the Editor**

Trehazolin, a new trehalase inhibitor.
O. ANDO, H. SATAKE, K. ITOI, A. SATO, M. NAKAJIMA, S. TAKAHASHI, H. HARUYAMA, Y. OHKUMA, T. KINOSHITA & R. ENOKITA ...........................................1165

The synthesis and biological activity of a novel series of 2-aryl penems.
S. CONNOLLY, K. W. MOORE, M. D. COOKE, J. G. WALMSLEY & P. H. BENTLEY .........1169

Basic carbapenem analogs: Synthesis and *in vitro* activity of 1β-methyl-2-(pyridylmethylthio)carbapenems.
J. M. BALKOVEC, M. J. SZYMONIFKA, J. V. HECK & R. W. RATCLIFFE ................1172

**Published by JAPAN ANTIBIOTICS RESEARCH ASSOCIATION**
*Editorial Office: Japan Antibiotics Research Association*
*2-20-8 Kamiosaki, Shinagawa-ku, Tokyo, Japan*

ISSN 0021-8820

VOL. 44  NO. 10                    THE JOURNAL OF ANTIBIOTICS                              C-3

### Editorial Note

The authors of the article "New triene-$\beta$-lactone antibiotics, triedimycins A and B", Y. IKEDA *et al.* in Journal of Antibiotics 44: 453~455, 1991, have communicated to the editor as follows;

"Triedimycins A and B were found to be identical with curromycins A and B, respectively, in their properties and structures (M. OGURA *et al.*: J. Antibiotics 38: 669~673, 1985 and Agric. Biol. Chem. 49: 1908~1910, 1985). We would suggest that the name of curromycins A and B should be used for these antibiotics to avoid confusion."

### Correction

Communication to the Editor by J. B. McALPINE, S. J. SWANSON, M. JACKSON & D. N. WHITTERN: Revised NMR assignments for rapamycin. J. Antibiotics 44, No. 6, pp. 688~690, June 1991

p. 688 right structure should be replaced by the following:



Rapamycin

# THE JOURNAL OF ANTIBIOTICS

Vol. 44   No. 6
June   1991

## An International Journal Devoted to Research on Bioactive Microbial Products

## CONTENTS

### Original Articles

Leuhistin, a new inhibitor of aminopeptidase M, produced by *Bacillus laterosporus* BMI156-14F1.
I.   Taxonomy, production, isolation, physico-chemical properties and biological activities.
   T. AOYAGI, S. YOSHIDA, N. MATSUDA, T. IKEDA, M. HAMADA & T. TAKEUCHI ........................... 573

Leuhistin, a new inhibitor of aminopeptidase M, produced by *Bacillus laterosporus* BMI156-14F1.
II.   Structure determination of leuhistin.
   S. YOSHIDA, H. NAGANAWA, T. AOYAGI, T. TAKEUCHI, Y. TAKEUCHI & Y. KODAMA ................ 579

Cyclothiazomycin, a novel polythiazole-containing peptide with renin inhibitory activity.
   Taxonomy, fermentation, isolation and physico-chemical characterization.
   M. AOKI, T. OHTSUKA, M. YAMADA, Y. OHBA, H. YOSHIZAKI, H. YASUNO, T. SANO,
   J. WATANABE, K. YOKOSE & H. SETO ...................................................................................... 582

TAN-931, a novel nonsteroidal aromatase inhibitor produced by *Penicillium funiculosum* No. 8974.
   I.   Taxonomy, fermentation, isolation, characterization and biological activities.
   T. ISHII, T. HIDA, M. ISHIMARU, S. IINUMA, K. SUDO, M. MUROI, T. KANAMARU & H. OKAZAKI ... 589

TAN-931, a novel nonsteroidal aromatase inhibitor produced by *Penicillium funiculosum* No. 8974.
   II.   Structure elucidation, chemical modification and biological activity.
   T. HIDA, T. ISHII, T. KANAMARU & M. MUROI ...................................................................... 600

Novel and potent gastrin and brain cholecystokinin antagonists from *Streptomyces olivaceus*. Taxonomy,
   fermentation, isolation, chemical conversions, and physico-chemical and biochemical properties.
   Y. K. T. LAM, D. BOGEN, R. S. CHANG, K. A. FAUST, O. D. HENSENS, D. L. ZINK,
   C. D. SCHWARTZ, L. ZITANO, G. M. GARRITY, M. M. GAGLIARDI, S. A. CURRIE &
   H. B. WOODRUFF .............................................................................................................. 613

Metabolic products of microorganisms. 258.   Enzymatic bromination of nikkomycin Z.
   H. DECKER, U. PFEFFERLE, C. BORMANN, H. ZÄHNER, H.-P. FIEDLER, K.-H. VAN PÉE,
   M. RIECK & W. A. KÖNIG ...................................................................................................... 626

Structural studies on avidinorubicin, a novel anthracycline with platelet aggregation inhibitory activity.
   M. AOKI, H. SHIRAI, N. NAKAYAMA, Y. ITEZONO, M. MORI, T. SATOH, S. OHSHIMA,
   J. WATANABE, K. YOKOSE & H. SETO ...................................................................................... 635

Synthesis and biological activity of 1-*N*-[4-(substituted)amidino and guanidino-2-hydroxybutyryl]-
   kanamycins A and B.
   T. YAMASAKI, Y. NARITA, H. HOSHI, S. ABURAKI, H. KAMEI, T. NAITO & H. KAWAGUCHI ........ 646

Structure-activity relationships of cadeguomycin analogs.
   S. H. KIM, K. OKAZAKI, T. OKABE, T. NISHIMURA, T. KONDO, N. TANAKA & H. SUZUKI ......... 659

### Notes

Secondary metabolites by chemical screening. 15.   Structure and absolute configuration of
   naphthomevalin, a new dihydro-naphthoquinone antibiotic from *Streptomyces* sp.
   T. HENKEL & A. ZEECK ........................................................................................................ 665

Secondary metabolites by chemical screening. Part 19.   SM 196 A and B, novel biologically active
   angucyclinones from *Streptomyces* sp.
   S. GRABLEY, P. HAMMANN, K. HÜTTER, H. KLUGE, R. THIERICKE, J. WINK & A. ZEECK ......... 670

LL-AF283 antibiotics, cyclic biphenyl peptides.
   C. C. CHANG, G. O. MORTON, J. C. JAMES, M. M. SIEGEL, N. A. KUCK, R. T. TESTA &
   D. B. BORDERS ..................................................................................................................... 674

The structure of afragilimycin A.
   M. BOLS, N. R. ANDERSEN, J. HANSEN & A. Z. OCAKTAN ...................................................... 678

Synthesis and antibacterial activity of disubstituted amikacin derivatives.
   H. HOSHI, S. ABURAKI, T. YAMASAKI, T. NAITO & H. KAWAGUCHI ...................................... 680

Biosynthetic study of leuhistin, a new inhibitor of aminopeptidase M.
   S. YOSHIDA, T. AOYAGI & T. TAKEUCHI ................................................................................. 683

### Communications to the Editor

Isolation and structural elucidation of pyridoxatin, a free radical scavenger of microbial origin.
   Y. TESHIMA, K. SHIN-YA, A. SHIMAZU, K. FURIHATA, H. S. CHUL, K. FURIHATA, Y. HAYAKAWA,
   K. NAGAI & H. SETO ............................................................................................................ 685

Revised NMR assignments for rapamycin.
   J. B. MCALPINE, S. J. SWANSON, M. JACKSON & D. N. WHITTERN ....................................... 688

*Obituary* (Prof. W. KURYLOWICZ) .............................................................................................. 691

**Published by JAPAN ANTIBIOTICS RESEARCH ASSOCIATION**
Editorial Office:   Japan Antibiotics Research Association
2–20–8 Kamiosaki, Shinagawa-ku, Tokyo, Japan

ISSN 0021–8820

## REVISED NMR ASSIGNMENTS
## FOR RAPAMYCIN

Sir:

Recently, considerable interest has been given to the antifungal antibiotic, rapamycin,[1,2] because of its immunosuppressant properties[3] and its clear structural relationship to FK-506. FK-506 and rapamycin strongly inhibit the peptidyl-prolyl isomerase, FK-506-binding protein,[4] and this may be the crux of the mechanism of their immunosuppressive properties. Despite the strong similarity in the structures of the presumed pharmacophores of these two entities, differences exist in their biological effects. Whereas FK-506 inhibits production of IL-2 and the IL-2 receptor, rapamycin appears to inhibit neither.[5]

The structure of rapamycin was deduced by X-ray analysis[6] and a detailed NMR analysis has been published.[7] In CDCl3, rapamycin exists as a mixture of conformers in a ratio of about 3:1. This further complicates already complex spectra, particularly the proton spectrum. An investigation of proton and carbon spectra of rapamycin indicated that many of the assignments made in 1980 (without the benefit of the modern 2D methods) were incorrect. With the aid of COSY, HETCOR and DEPT experiments we have reassigned the proton and carbon spectra from basic principles. The results are presented in Table 1.

The numbering system used here is that commonly used for macrolides and which has been used for FK-506.[9] It is different from that used previously for rapamycin but the authors believe it is preferable. Assignments listed in Table 1 take account of the difference in numbering systems. Although many of the reassignments, especially in the carbon spectra, are trite, for example, the interchange in the

assignment of peaks at 27.0 and 27.3 ppm to C-3 and C-12, others are of considerable significance such as the resonances assigned to C-19, C-20, C-22 and C-30 and the C- and O-methyl carbons.

These data will be of considerable significance to future work on the biosynthesis and derivatization of rapamycin.

### Experimental

Rapamycin was produced by fermentation of *Streptomyces hygroscopicus* ATCC 29253 using the media and conditions previously described.[9] Antibiotic was isolated from the fermentation broth by addition of polystyrene resin, Amberlite XAD-16, at 10%. The mixture was stirred for 2 hours, centrifuged and decanted to obtain a mixed paste of resin and mycelia. This was extracted twice with two volumes of acetone. The combined acetone extracts were concentrated under reduced pressure to an aqueous slurry which was further extracted twice with toluene. Emulsions were broken by the addition of acetone (*ca.* 5%) to the mixture. The toluene layer was concentrated and the oily residue was chromatographed over silica gel developed with a gradient from hexane and acetone 1:1 to 100% acetone. Rapamycin-containing fractions were pooled, concentrated and rechromatographed over Sephadex LH-20 in methanol. Fractions containing rapamycin were combined and rechromatographed on Sephadex LH-20 in chloroform-heptane-ethanol (10:10:1). Fractions containing only rapamycin, as analysed by TLC (Merck Kieselgel 60 HF254 developed in hexane-acetone, 1:1) were combined and concentrated to a solid residue which was used for these NMR experiments.

NMR experiments were carried out on a General Electric GN500 spectrometer in CDCl3 with TMS



FK-506



Rapamycin

Case 1:07-cv-00333-SLR   Document 286-4   Filed 09/23/09   Page 61 of 62

Table 1.   Reassigned chemical shifts for the carbons and protons of rapamycin.

| Carbon No. | Carbon type | Major carbon | Minor carbon | Major proton | Minor proton | Previous major carbon | Assignments[7] major proton |
|---|---|---|---|---|---|---|---|
| 1 | C=O | 169.2 | | | | 169.2 | |
| 2 | CH | 51.3 | 56.2 | 5.29 | 4.29 | 51.4 | 5.26 |
| 3 | CH₂ | 27.0 | | 2.34, 1.76 | ?, 1.84 | 27.3 | 1.92, 1.60 |
| 4 | CH₂ | 20.6 | | 1.78, 1.47 | | 20.6 | |
| 5 | CH₂ | 25.3 | | 1.75, 1.48 | | 25.3 | |
| 6 | CH₂ | 44.2 | 39.8 | 3.59, 3.44 | 4.44, 3.2 | 44.2 | 3.56, 3.40 |
| 7 | C=O | 166.8 | | | | 166.8 | |
| 8 | C=O | 192.5 | | | | 192.5 | |
| 9 | — | — | | | | | |
| 10 | O–C–OH | 98.5 | 98.8 | | | 98.5 | |
| 11 | CH | 33.7 | | 1.98 | | 33.2 | 1.95 |
| 12 | CH₂ | 27.3 | | 1.60, 1.60 | | 27.0 | 2.32, 1.45 |
| 13 | CH₂ | 31.3 | | 1.62, 1.33 | 1.53, ? | 38.4 | |
| 14 | CH–OC | 67.2 | 67.8 | 3.86 | 3.79 | 67.2 | 3.85 |
| 15 | CH₂ | 38.8 | 38.8 | 1.85, 1.52 | 1.87, 1.58 | 38.8 | 1.73 |
| 16 | CH–OCH₃ | 84.4 | 84.4 | 3.67 | 3.61 | 84.4 | 3.64 |
| 17 | C=C | 135.5 | | | | 135.5 | |
| 18 | CH=C | 129.6 | 129.2 | 5.97 | 5.89 | 129.6 | 5.94 |
| 19 | CH=C | 126.4 | | 6.39 | | 133.6 | 6.28 |
| 20 | CH=C | 133.6 | 133.6 | 6.32 | 6.25 | 126.4 | 6.36 |
| 21 | CH=C | 130.1 | 129.9 | 6.15 | 6.15 | 130.2 | 6.12 |
| 22 | CH=C | 140.2 | 140.9 | 5.54 | 5.51 | 126.7 | 5.51 |
| 23 | CH | 35.2 | 35.6 | 2.32 | 2.30 | 35.2 | 2.29 |
| 24 | CH₂ | 40.2 | 40.2 | 1.50, 1.20 | 1.47, 1.20 | 31.6 | 1.83, 1.68 |
| 25 | CH | 41.4 | 41.0 | 2.74 | 2.87 | 41.4 | 2.72 |
| 26 | C=O | 215.6 | | | | 215.5 | |
| 27 | CH–OCH₃ | 84.9 | 86.3 | 3.71 | 3.67 | 84.9 | 3.70 |
| 28 | CH–OH | 77.3 | 77.2 | 4.17 | 4.20 | 77.2 | 4.15 |
| 29 | C=C | 136.1 | | | | 136.1 | |
| 30 | CH=C | 126.8 | 126.8 | 5.42 | 5.49 | 140.1 | 5.38 |
| 31 | CH | 46.6 | | 3.33 | | 46.6 | 3.30 |
| 32 | C=O | 208.2 | | | | 208.1 | |
| 33 | CH₂ | 40.7 | 41.0 | 2.74, 2.60 | 2.87, 2.74 | 40.7 | 2.72, 2.56 |
| 34 | CH–OCO | 75.7 | | 5.17 | 5.12 | 75.7 | 5.15 |
| 35 | CH | 33.1 | | 1.98 | 2.01 | 33.7 | |
| 36 | CH₂ | 38.4 | | 1.22, 1.12 | | 40.2 | |
| 37 | CH | 33.2 | | 1.39 | 1.38 | 33.2 | 1.50 |
| 38 | CH₂ | 34.2 | 34.2 | 2.10, 0.68 | 2.09, 0.64 | 34.2 | 2.08, 0.64 |
| 39 | CH–OCH₃ | 84.4 | 84.4 | 2.93 | 2.90 | 84.4 | 2.91 |
| 40 | CH–OH | 73.9 | 73.9 | 3.37 | 3.35 | 73.9 | 3.35 |
| 41 | CH₂ | 31.3 | | 1.99, 1.33 | 1.97, 1.30 | 31.3 | |
| 42 | CH₂ | 31.7 | | 1.70, 1.00 | | 31.3 | |
| 43 | 11-CH₃ | 16.2 | | 0.95 | | 13.8 | 0.92 |
| 44 | 17-CH₃ | 10.2 | | 1.65 | 1.74 | 13.0 | 1.62 |
| 45 | 23-CH₃ | 21.5 | | 1.05 | | 15.9 | 1.02 |
| 46 | 25-CH₃ | 13.8 | | 1.00 | | 21.5 | 0.96 |
| 47 | 29-CH₃ | 13.0 | | 1.74 | 1.65 | 10.1 | 1.72 |
| 48 | 31-CH₃ | 16.0 | | 1.11 | | 15.9 | 1.06 |
| 49 | 35-CH₃ | 15.9 | | 0.92 | | 16.2 | 0.89 |
| 50 | 16-OCH₃ | 55.8 | | 3.13 | | 59.4 | 3.32 |
| 51 | 27-OCH₃ | 59.5 | | 3.34 | 3.40 | 56.5 | 3.39 |
| 52 | 39-OCH₃ | 56.5 | | 3.41 | 3.36 | 55.8 | 3.11 |

CORD121524

as external reference. ¹H NMR spectra, COSY, HETCOR and LRHETCOR were measured at 499.96 MHz. ¹³C NMR spectra and DEPT experiments were performed at 125.64 MHz.

## Addendum in Proof

After this note had been accepted, a paper on the biosynthesis of rapamycin appeared. (N. L. PAIVA, A. L. DEMAIN and M. F. ROBERTS: J. Nat. Products. 54: 167~177, 1991) It included several reassignments for the ¹³C NMR signals of the major rotamer of rapamycin. We agree with all of the reassignments made but our results indicate that seven more carbons still require revision. These include interchanges between the three methoxyl carbons, and interchanges between the pairs of carbons 11 and 35, 3 and 12. This last interchange is particularly significant to the interpretation of the results of the biosynthetic experiments. The authors had difficulty in finding a precursor to carbons C-12, C-13, postulated as part of a polyketide chain. These new assignments indicate that 1-[¹³C]-acetate led to significant enrichment (to 2.4%) in C-12. Enrichment into C-13 is more difficult to ascertain because signals for this carbon and C-41 are coincident in this solvent.

## Acknowledgments

We are grateful to Professor A. DEMAIN, M. I. T. for an authentic sample of rapamycin.

JAMES B. MCALPINE
SUSAN J. SWANSON
MARIANNA JACKSON
DAVID N. WHITTERN

Bioactive Microbial Metabolites Project,
Pharmaceutical Products Division,
AP-9A Abbott Laboratories,
Abbott Park, Illinois 60064-3500, U.S.A.

(Received December 27, 1990)

## References

1) VÉZINA, C.; A. KUDELSKI & S. N. SEHGAL: Rapamycin (AY-22,989), a new antifungal antibiotic. I. Taxonomy of the producing streptomycete and isolation of the active principle. J. Antibiotics 28: 721~726, 1975
2) SEHGAL, S. N.; H. BAKER & C. VÉZINA: Rapamycin (AY-22,989), a new antifungal antibiotic. II. Fermentation, isolation and characterization. J. Antibiotics 28: 727~732, 1975
3) MARTEL, R. R.; J. KLICIUS & S. GALET: Inhibition of the immune response by rapamycin, a new antifungal antibiotic. Can. J. Physiol. Pharmacol. 55: 48~51, 1977
4) HARDING, M. W.; A. GALAT, D. E. UEHLING & S. L. SCHREIBER: A receptor for the immunosuppressant FK506 is a cis-trans peptidyl-prolyl isomerase. Nature 341: 758~760, 1989
5) DUMONT, F. J.; M. J. STARUCH, S. L. KOPRAK, M. R. MELINO & N. H. SIGAL: Distinct mechanisms of suppression of murine T cell activation by the related macrolides FK-506 and rapamycin. J. Immunol. 144: 251~258, 1990
6) SWINDELLS, D. C. N.; P. S. WHITE & J. A. FINDLAY: The X-ray crystal structure of rapamycin, $C_{51}H_{79}NO_{13}$. Can. J. Chem. 56: 2491~2492, 1978
7) FINDLAY, J. A. & L. RADICS: On the chemistry and high field nuclear magnetic resonance spectroscopy of rapamycin. Can. J. Chem. 58: 579~590, 1980
8) JONES, T. K.; S. G. MILLS, R. A. REAMER, D. ASKIN, R. DESMOND, R. P. VOLANTE & I. SHINKAI: Total synthesis of the immunosuppressant (−)-FK-506. J. Am. Chem. Soc. 111: 1157~1159, 1989
9) SEHGAL, S. N.; T. M. BLAZEKOVIC & C. VÉZINA (Ayerst McKenna & Harrison Ltd.): Rapamycin and process of preparation. U.S. 3,929,992 Dec. 30, 1975