IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,

*Plaintiffs,*

v.

JOHNSON & JOHNSON, INC. and CORDIS CORPORATION,

*Defendants.*

Civil Action No. 07-333-SLR
Civil Action No. 07-348-SLR
Civil Action No. 07-409-SLR

BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,

*Plaintiffs,*

v.

JOHNSON & JOHNSON, INC., CORDIS CORPORATION, and WYETH

*Defendants.*

Civil Action No. 07-765-SLR

REDACTED

**APPENDIX IN SUPPORT OF BSC'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NOS. 7,217,286, 7,223,286, 7,229,473, AND 7,300,662 UNDER 35 U.S.C. § 112**

*Of Counsel:*

James F. Hibey
Matthew M. Wolf
John E. Nilsson
**HOWREY LLP**
1299 Pennsylvania Avenue NW
Washington, DC 20004
(202) 783-0800

September 16, 2009

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Josy W. Ingersoll (#1088) [jingersoll@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Karen E. Keller (#4489) [kkeller@ycst.com]
Andrew A. Lundgren (#4429) [alundgren@ycst.com]
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Plaintiffs, Boston Scientific Corporation and Boston Scientific Scimed, Inc.*

# EXHIBIT 1



(12) **United States Patent**
**Wright et al.**

(10) **Patent No.: US 6,273,913 B1**
(45) **Date of Patent: Aug. 14, 2001**

(54) **MODIFIED STENT USEFUL FOR DELIVERY OF DRUGS ALONG STENT STRUT**

(75) Inventors: **Carol Wright**, Somerset; **Gerard H. Llanos**, Stewartsville; **Ronald Rakos**, Middlesex County; **Kristen King**, Hoboken, all of NJ (US)

(73) Assignee: **Cordis Corporation**, Miami Lakes, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/061,568**

(22) Filed: **Apr. 16, 1998**

**Related U.S. Application Data**

(60) Provisional application No. 60/044,692, filed on Apr. 18, 1997.

(51) **Int. Cl.**[7] ........................................ **A61F 2/06**

(52) **U.S. Cl.** ........................................ 623/1.42; 623/1.39

(58) **Field of Search** ................................ 623/1, 12, 1.42, 623/1.4, 1.15, 1.39

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,554,182 9/1996 Dinh et al. .............................. 623/1
5,571,089 * 11/1996 Crocker .............................. 604/102
5,591,197 * 1/1997 Orth et al. .............................. 623/1
5,624,411 * 4/1997 Tuch .............................. 623/1
5,700,286 * 12/1997 Tartaglia et al. .............................. 623/1
5,792,106 * 8/1998 Mische .............................. 604/96
5,843,120 * 12/1998 Israel et al. .............................. 623/1
5,843,166 * 12/1998 Lentz et al. .............................. 623/1
5,843,172 * 12/1998 Yan .............................. 623/1.42
5,891,108 * 4/1999 Leone et al. .............................. 606/264
5,972,027 * 10/1999 Johnson .............................. 623/1.42
6,120,847 * 9/2000 Yang et al. .............................. 427/335

FOREIGN PATENT DOCUMENTS

WO 97/33534 9/1997 (WO) .............................. A61F/2/06
WO 98/23228 6/1998 (WO) .............................. A61F/2/06

OTHER PUBLICATIONS

Microbial Conversion of Rapamycin; Enzyme and Microbial Technology 21:405–412, 1997.*
Inhibitory Effects of Rapamycin on intimal Hyperplasia After PTCA; JACC, Mar. 1998.*

* cited by examiner

*Primary Examiner*—David H. Willse
*Assistant Examiner*—Suzette J. Jackson

(57) **ABSTRACT**

Delivery of rapamycin locally, particularly from an intravascular stent, directly from micropores in the stent body or mixed or bound to a polymer coating applied on stent, to inhibit neointimal tissue proliferation and thereby prevent restenosis. This invention also facilitates the performance of the stent in inhibiting restenosis.

**7 Claims, 2 Drawing Sheets**

U.S. Patent Aug. 14, 2001 Sheet 1 of 2 US 6,273,913 B1

FIG. 1
FIG. 1a
11
1a
1a
10
11
11
11
11
11

FIG. 2a
20
21
2b
21
21
21
2b
21
21

FIG. 2b
21
21
21

BSC-SJA-1832

U.S. Patent Aug. 14, 2001 Sheet 2 of 2 US 6,273,913 B1

FIG. 3a

31
3b
3b
31
30

FIG. 3b

31

FIG. 4

45
40

BSC-SJA-1833

# MODIFIED STENT USEFUL FOR DELIVERY OF DRUGS ALONG STENT STRUT

This application claims the benefit of provisional application 60/044,692, filed on Apr. 18, 1997.

## FIELD OF THE INVENTION

Delivery of rapamycin locally, particularly from an intravascular stent, directly from micropores in the stent body or mixed or bound to a polymer coating applied on stent, to inhibit neointimal tissue proliferation and thereby prevent restenosis. This invention also facilitates the performance of the stent in inhibiting restenosis.

## BACKGROUND OF THE INVENTION

Re-narrowing (restenosis) of an artherosclerotic coronary artery after percutaneous transluminal coronary angioplasty (PTCA) occurs in 10–50% of patients undergoing this procedure and subsequently requires either further angioplasty or coronary artery bypass graft. While the exact hormonal and cellular processes promoting restenosis are still being determined, our present understanding is that the process of PTCA, besides opening the artherosclerotically obstructed artery, also injures resident coronary arterial smooth muscle cells (SMC). In response to this injury, adhering platelets, infiltrating macrophages, leukocytes, or the smooth muscle cells (SMC) themselves release cell derived growth factors with subsequent proliferation and migration of medial SMC through the internal elastic lamina to the area of the vessel intima. Further proliferation and hyperplasia of intimal SMC and, most significantly, production of large amounts of extracellular matrix over a period of 3–6 months results in the filling in and narrowing of the vascular space sufficient to significantly obstruct coronary blood flow.

Several recent experimental approaches to preventing SMC proliferation have shown promise althrough the mechanisms for most agents employed are still unclear. Heparin is the best known and characterized agent causing inhibition of SMC proliferation both in vitro and in animal models of balloon angioplasty-mediated injury. The mechanism of SMC inhibition with heparin is still not known but may be due to any or all of the following: 1) reduced expression of the growth regulatory protooncogenes c-fos and c-myc, 2) reduced cellular production of tissue plasminogen activator; are 3) binding and dequestration of growth regulatory factors such as fibrovalent growth factor (FGF).

Other agents which have demonstrated the ability to reduce myointimal thickening in animal models of balloon vascular injury are angiopeptin (a somatostatin analog), calcium channel blockers, angiotensin converting enzyme inhibitors (captopril, cilazapril), cyclosporin A, trapidil (an antianginal, antiplatelet agent), terbinafine (antifungal), colchicine and taxol (antitubulin antiproliferatives), and c-myc and c-myb antinsense oligonucleotides.

Additionally, a goat antibody to the SMC mitogen platelet derived growth factor (PDGF) has been shown to be effective in reducing myointimal thickening in a rat model of balloon angioplasty injury, thereby implicating PDGF directly in the etiology of restenosis. Thus, while no therapy has as yet proven successful clinically in preventing restenosis after angioplasty, the in vivo experimental success of several agents known to inhibit SMC growth suggests that these agents as a class have the capacity to prevent clinical restenosis and deserve careful evaluation in humans.

Coronary heart disease is the major cause of death in men over the age of 40 and in women over the age of fifty in the western world. Most coronary artery-related deaths are due to atherosclerosis. Atherosclerotic lesions which limit or obstruct coronary blood flow are the major cause of ischemic heart disease related mortality and result in 500,000–600,000 deaths in the United States annually. To arrest the disease process and prevent the more advanced disease states in which the cardiac muscle itself is compromised, direct intervention has been employed via percutaneous transiuminal coronary angioplasty (PTCA) or coronary artery bypass graft (CABG).

PTCA is a procedure in which a small balloon-tipped catheter is passed down a narrowed coronary artery and then expanded to re-open the artery. It is currently performed in approximately 250,00–300,000 patients each year. The major advantage of this therapy is that patients in which the procedure is successful need not undergo the more invasive surgical procedure of coronary artery bypass graft. A major difficulty with PTCA is the problem of post-angioplasty closure of the vessel, both immediately after PTCA (acute reocclusion) and in the long term (restenosis).

The mechanism of acute reocclusion appears to involve several factors and may result from vascular recoil with resultant closure of the artery and/or deposition of blood platelets along the damaged length of the newly opened blood vessel followed by formation of a fibrin/red blood cell thrombus. Recently, intravascular stents have been examined as a means of preventing acute reclosure after PTCA.

Restenosis (chronic reclosure) after angioplasty is a more gradual process than acute reocclusion: 30% of patients with subtotal lesions and 50% of patients with chronic total lesions will go on to restenosis after angioplasty. While the exact mechanism for restenosis is still under active investigation, the general aspects of the restenosis process have been identified:

In the normal arterial will, smooth muscle cells (SMC) proliferate at a low rate (<0.1%/day; ref). SMC in vessel wall exists in a 'contractile' phenotype characterized by 80–90% of the cell cytoplasmic volume occupied with the contractile apparatus. Endoplasmic reticulum, golgi bodies, and free ribosomes are few and located in the perinuclear region. Extracellular matrix surrounds SMC and is rich in heparin-like glycosylaminoglycans which are believed to be responsible for maintaining SMC in the contractile phenotypic state.

Upon pressure expansion of an intracoronary balloon catheter during angioplasty, smooth muscle cells within the arterial wall become injured. Cell derived growth factors such as platelet derived growth factor (PDGF), basic fibroblast growth factor (bFGF), epidermal growth factor (EGF), etc. released from platelets (i.e., PDGF) adhering to the damaged arterial luminal surface, invading macrophages and/or leukocytes, or directly from SMC (i.e., BFGF) provoke a proliferation and migratory response in medial SMC. These cells undergo a phenotypic change from the contractile phenotyope to a 'synthetic' phenotype characterized by only few contractile filament bundles but extensive rough endoplasmic reticulum, golgi and free ribosomes. Proliferation/migration usually begins within 1–2 days post-injury and peaks at 2 days in the media, rapidly declining thereafter (Campbell et al., In: *Vascular Smooth Muscle Cells* in Culture, Campbell, J. H. and Campbell, G. R., Eds, CRC Press, Boca Ration, 1987, pp. 39–55); Clowes, A. W. and Schwartz, S. M., Circ. Res. 56:139–145, 1985).

Finally, daughter synthetic cells migrate to the intimal layer of arterial smooth muscle and continue to proliferate. Proliferation and migration continues until the damaged

luminal endothelial layer regenerates at which time proliferation ceases within the intima, usually within 7–14 days postinjury. The remaining increase in intimal thickening which occurs over the next 3–6 months is due to an increase in extracellular matrix rather than cell number. Thus, SMC migration and proliferation is an acute response to vessel injury while intimal hyperplasia is a more chronic response. (Liu et al., Circulation, 79:1374–1387, 1989).

Patients with symptomatic reocclusion require either repeat PTCA or CABG. Because 30–50% of patients undergoing PTCA will experience restenosis, restenosis has clearly limited the success of PTCA as a therapeutic approach to coronary artery disease. Because SMC proliferation and migration are intimately involved with the pathophysiological response to arterial injury, prevention of SMC proliferation and migration represents a target for pharmacological intervention in the prevention of restenosis.

## SUMMARY OF THE INVENTION

### Novel Features and Applications to Stent Technology

Currently, attempts to improve the clinical performance of stents have involved some variation of either applying a coating to the metal, attaching a covering or membrane, or embedding material on the surface via ion bombardment. A stent designed to include reservoirs is a new approach which offers several important advantages over existing technologies.

### Local Drug Delivery from a Stent to Inhibit Restenosis

In this application, it is desired to deliver a therapeutic agent to the site of arterial injury. The conventional approach has been to incorporate the therapeutic agent into a polymer material which is then coated on the stent. The ideal coating material must be able to adhere strongly to the metal stent both before and after expansion, be capable of retaining the drug at a sufficient load level to obtain the required dose, be able to release the drug in a controlled way over a period of several weeks, and be as thin as possible so as to minimize the increase in profile. In addition, the coating material should not contribute to any adverse response by the body (i.e., should be non-thrombogenic, non-inflammatory, etc.). To date, the ideal coating material has not been developed for this application.

An alternative would be to design the stent to contain reservoirs which could be loaded with the drug. A coating or membrane of biocompatable material could be applied over the reservoirs which would control the diffusion of the drug from the reservoirs to the artery wall.

One advantage of this system is that the properties of the coating can be optimized for achieving superior biocompatibility and adhesion properties, without the addition requirement of being able to load and release the drug. The size, shape, position, and number of reservoirs can be used to control the amount of drug, and therefore the dose delivered.

## DESCRIPTION OF THE DRAWINGS

The invention will be better understood in connection with the following figures in which

FIGS. 1 and 1*a* are top views and section views of a stent containing reservoirs as described in the present invention;

FIGS. 2*a* and 2*b* are similar views of an alternate embodiment of the stent with open ends;

FIGS. 3*a* and 3*b* are further alternate figures of a device containing a grooved reservoir; and

FIG. 4 is a layout view of a device containing a reservoir as in FIG. 3.

## DETAILED DESCRIPTION OF THE INVENTION

Pharmacological attempts to prevent restenosis by pharmacologic means have thus far been unsuccessful and all involve systemic administration of the trial agents. Neither aspirin-dipyridamole, ticlopidine, acute heparin administration, chronic warfarin (6 months) nor methylprednisolone have been effective in preventing restenosis although platelet inhibitors have been effective in preventing acute reocclusion after angioplasty. The calcium antagonists have also been unsuccessful in preventing restenosis, although they are still under study. Other agents currently under study include thromboxane inhibitors, prostacyclin mimetics, platelet membrane receptor blockers, thrombin inhibitors and angiotensin converting enzyme inhibitors. These agents must be given systemically, however, and attainment of a therapeutically effective dose may not be possible; antiproliferative (or anti-restenosis) concentrations may exceed the known toxic concentrations of these agents so that levels sufficient to produce smooth muscle inhibition may not be reached (Lang et al., 42 Ann. Rev. Med., 127–132 (1991); Popma et al., 84 *Circulation,* 1426–1436 (1991)).

Additional clinical trials in which the effectiveness for preventing restenosis of dietary fish oil supplements, thromboxane receptor antagonists, cholesterol lowering agents, and serotonin antagonists has been examined have shown either conflicting or negative results so that no pharmacological agents are as yet clinically available to prevent post-angioplasty restenosis (Franklin, S. M. and Faxon, D. P., 4 *Coronary Artery Disease,* 232–242 (1993); Serruys, P. W. et al., 88 *Circulation,* (part 1) 1588–1601, (1993).

Conversely, stents have proven useful in preventing reducing the proliferation of restenosis. Stents, such as the stent **40** seen in layout in FIG. 4, balloon-expandable slotted metal tubes (usually but not limited to stainless steel), which when expanded within the lumen of an angioplastied coronary artery, provide structural support to the arterial wall. This support is helpful in maintaining an open path for blood flow. In two randomized clinical trials, stents were shown to increase angiographic success after PTCA, increase the stenosed blood vessel lumen and to reduce the lesion recurrence at 6 months (Serruys et al., 331 New Eng Jour. Med, 495, (1994); Fischman et al., 331 New Eng Jour. Med, 496–501 (1994). Additionally, in a preliminary trial, heparin coated stents appear to possess the same benefit of reduction in stenosis diameter at follow-up as was observed with non-heparin coated stents. Additionally, heparin coating appears to have the added benefit of producing a reduction in sub-acute thrombosis after stent implantation (Serruys et al., 93 Circulation, 412–422, (1996). Thus, 1) sustained mechanical expansion of a stenosed coronary artery has been shown to provide some measure of restenosis prevention, and 2) coating of stents with heparin has demonstrated both the feasibility and the clinical usefulness of delivering drugs to local, injured tissue off the surface of the stent.

Numerous agents are being actively studied as antiproliferative agents for use in restenosis and have shown some activity in experimental animal models. These include: heparin and heparin fragments (Clowes and Karnovsky, 265

*Nature,* 25–626, (1977); Guyton, J. R. et al. 46 Circ. Res., 625–634, (1980); Clowes, A. W. and Clowes, M. M., 52 Lab. Invest., 611–616, (1985); Clowes, A. W. and Clowes, M. M., 58 Circ. Res., 839–845 (1986); Majesky et al., 61 Circ Res., 296–300, (1987); Snow et al., 137 Am. J. Pathol., 313–330 (1990); Okada, T. et al., 25 *Neurosurgery,* 92–898, (1989) colchicine (Currier, J. W. et al., 80 *Circulation,* 11–66, (1989), taxol (ref), agiotensin converting enzyme (ACE) inhibitors (Powell, J. S. et al., 245 Science, 186–188 (1989), angiopeptin (Lundergan, C. F. et al., 17 Am. J. Cardiol. (Suppl. B); 132B–136B (1991), Cyclosporin A (Jonasson, L. et. al., 85 Proc. Nati, Acad. Sci., 2303 (1988), goat-anti-rabbit PDGF antibody (Ferns, G. A. A., et al., 253 *Science,* 1129–1132 (1991), terbinafine (Nemecek, G. M. et al., 248 J. Pharmacol. Exp. Thera., 1167–11747 (1989), trapidil (Liu, M. W. et al., 81 *Circulation,* 1089–1093 (1990), interferon-gamma (Hansson, G. K. and Holm, 84 *J. Circulation,* 1266–1272 (1991), steroids (Colburn, M. D. et al., 15 J. Vasc. Surg., 510–518 (1992), see also Berk, B. C. et al., 17 J. Am. Coll. Cardiol., 111B–117B (1991), ionizing radiation (ref), fusion toxins (ref) antisense oligonucleotides (ref), gene vectors (ref), and rapamycin (see below).

Of particular interest in rapamycin. Rapamycin is a macrolide antibiotic which blocks IL-2-mediated T-cell proliferation and possesses antiinflammatory activity. While the precise mechanism of rapamycin is still under active investigation, rapamycin has been shown to prevent the $G_1$ to S phase progression of T-cells through the cell cycle by inhibiting specific cell cyclins and cyclindependent protein kinases (Siekierka, Immunol. Res. 13: 110–116, 1994). The antiproliferative action of rapamycin is not limited to T-cells; Marx et al. (Circ Res 76:412–417, 1995) have demonstrated that rapamycin prevents proliferation of both rat and human SMC in vitro while Poon et al. have shown the rat, porcine, and human SMC migratin can also be inhibited by rapamycin (J Clin Invest 98: 2277–2283, 1996). Thus, rapamycin is capable of inhibiting both the inflammatory response known to occur after arterial injury and stent implantation, as well as the SMC hyperproliferative response. In fact, the combined effects of rapamycin have been demonstrated to result in a diminished SMC hyperproliferative response in a rat femoral artery graft model and in both rat and porcine arterial balloon injury models (Gregory et al., Transplantation 55:1409–1418, 1993; Gallo et al., in press, (1997)). These observations clearly support the potential use of rapamycin in the clinical setting of post-angioplasty restenosis.

Although the ideal agent for restenosis has not yet been identified, some desired properties are clear: inhibition of local thrombosis without the risk systemic bleeding complications and continuous and prevention of the dequale of arterial injury, including local inflammation and sustained prevention smooth muscle proliferation at the site of angioplasty without serious systemic complications. Inasmuch as stents prevent at least a portion of the restenosis process, an agent which prevents inflammation and the proliferation of SMC combined with a stent may provide the most efficacious treatment for post-angioplasty restenosis.

EXPERIMENTS

Agents: Rapamycin (sirolimus) structural analogs (macrocyclic lactones) and inhibitors of cell-cycle progression.

Delivery Methods:

These can vary:

Local delivery of such agents (rapamycin) from the struts of a stent, from a stent graft, grafts, stent cover or sheath.

Involving comixture with polymers (both degradable and nondegrading) to hold the drug to the stent or graft.

or entrapping the drug into the metal of the stent or graft body which has been modified to contain micropores or channels, as will be explained further herein.

or including covalent binding of the drug to the stent via solution chemistry techniques (such as via the Carmeda process) or dry chemistry techniques (e.g. vapour deposition methods such as rf-plasma polymerization) and combinations thereof.

Catheter delivery intravascularly from a tandem balloon or a porous balloon for intramural uptake

Extravascular delivery by the pericardial route

Extravascular delivery by the advential application of sustained release formulations.

Uses: for inhibition of cell proliferation to prevent neointimal proliferation and restenosis.

prevention of tumor expansion from stents

prevent ingrowth of tissue into catheters and shunts inducing their failure.

1. Experimental Stent Delivery Method—Delivery from Polymer Matrix

Solution of Rapamycin, prepared in a solvent miscible with polymer carrier solution, is mixed with solution of polymer at final concentration range 0.001 weight % to 30 weight % of drug. Polymers are biocompatible (i.e., not elicit any negative tissue reaction or promote mural thrombus formation) and degradable, such as lactone-based polyesters or copolyesters, e.g., polylactide, polycaprolactonglycolide,polyorthoesters, polyanhydrides; polyaminoacids; polysaccharides; polyphosphazenes; poly (ether-ester) copolymers, e.g., PEO-PLLA, or blends thereof. Nonabsorbable biocompatible polymers are also suitable candidates. Polymers such as polydimethylsiolxane; poly(ethylene-vingylacetate); acrylate based polymers or copolymers, e.g., poly(hydroxyethyl methylmethacrylate, polyvinyl pyrrolidinone; fluorinated polymers such as polytetrafluoroethylene; cellulose esters.

Polymer/drug mixture is applied to the surfaces of the stent by either dip-coating, or spray coating, or brush coating or dip/spin coating or combinations thereof, and the solvent allowed to evaporate to leave a film with entrapped rapamycin.

2. Experimental Stent Delivery Method—Delivery from Microporous Depots in Stent Through a Polymer Membrane Coating

Stent, whose body has been modified to contain micropores or channels is dipped into a solution of Rapamycin, range 0.001 wt % to saturated, in organic solvent such as acetone or methylene chloride, for sufficient time to allow solution to permeate into the pores. (The dipping solution can also be compressed to improve the loading efficiency.) After solvent has been allowed to evaporate, the stent is dipped briefly in fresh solvent to remove excess surface bound drug. A solution of polymer, chosen from any identified in the first experimental method, is applied to the stent as detailed above. This outerlayer of polymer will act as diffusion-controller for release of drug.

3. Experimental Stent Delivery Method—Delivery via lysis of a Covalent Drug Tether

Rapamycin is modified to contain a hydrolytically or enzymatically labile covalent bond for attaching to the surface of the stent which itself has been chemically derivatized to allow covalent immobilization. Covalent bonds such as ester, amides or anhydrides may be suitable for this.

4. Experimental Method—Pericardial Delivery

A: Polymeric Sheet Rapamycin is combined at concentration range previously highlighted, with a degradable polymer such as poly(caprolactone-gylcolide) or non-degradable polymer, e.g., polydimethylsiloxane, and mixture cast as a thin sheet, thickness range 10μ to 1000μ. The resulting sheet can be wrapped perivascularly on the target vessel. Preference would be for the absorbable polymer.

B: Conformal Coating: Rapamycin is combined with a polymer that has a melting temperature just above 37° C., range 40°–45° C. Mixture is applied in a molten state to the external side of the target vessel. Upon cooling to body temperature the mixture solidifies conformally to the vessel wall. Both non-degradable and absorbable biocompatible polymers are suitable.

As seen in the figures it is also possible to modify currently manufactured stents in order to adequately provide the drug dosages such as rapamycin. As seen in FIGS. 1*a*, 2*a* and 3*a*, any stent strut **10**, **20**, **30** can be modified to have a certain reservoir or channel **11**, **21**, **31**. Each of these reservoirs can be open or closed as desired. These reservoirs can hold the drug to be delivered. FIG. **4** shows a stent **40** with a reservoir **45** created at the apex of a flexible strut. Of course, this reservoir **45** is intended to be useful to deliver rapamycin or any other drug at a specific point of flexibility of the stent. Accordingly, this concept can be useful for "second generation" type stents.

In any of the foregoing devices, however, it is useful to have the drug dosage applied with enough specificity and enough concentration to provide an effective dosage in the lesion area. In this regard, the reservoir size in the stent struts must be kept at a size of about 0.0005" to about 0.003". Then, it should be possible to adequately apply the drug dosage at the desired location and in the desired amount.

These and other concepts will are disclosed herein. It would be apparent to the reader that modifications are possible to the stent or the drug dosage applied. In any event, however, the any obvious modifications should be perceived to fall within the scope of the invention which is to be realized from the attached claims and their equivalents.

What is claimed is:

1. A stent comprising:

a generally thin walled cylinder, said cylinder containing a plurality of struts, said struts expandable struts having a generally uniform thickness; and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a therapeutic agent applied therein and wherein the therapeutic agent is rapamycin.

2. A stent comprising:

a generally thin walled cylinder, said cylinder containing a plurality of struts, said struts expandable dependent on the amount of force applied to said strut, and said struts having a generally uniform thickness; and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a therapeutic agent applied therein; and

wherein said channel has a generally rectangular perimeter.

3. In combination:

a stent comprising:

a generally thin walled cylinder, said cylinder containing a plurality of struts, said struts expandable dependent on the amount of force applied to said strut, and said struts having a generally uniform thickness; and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a therapeutic agent applied therein; and

wherein said channel has a generally rectangular perimeter; and

wherein said therapeutic agent is rapamycin coated to said channel.

4. The stent of claim **1** wherein said channel is rectangular in shape.

5. The combination of claim **3** wherein said channel is laser cut into said strut.

6. A stent comprising a generally thin walled structure containing a plurality of struts, the struts expandable to assume the shape of a lumen into which the stent is emplaced, said struts having a thickness, and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a therapeutic agent applied therein and wherein the therapeutic agent is rapamycin.

7. A stent comprising:

a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said struts expandable dependent on the amount of force applied to said strut, and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a reservoir of a therapeutic agent applied therein.

* * * * *

# EXHIBIT 2



(12) **United States Patent**
**Wright et al.**

(10) **Patent No.: US 6,585,764 B2**
(45) **Date of Patent: Jul. 1, 2003**

(54) **STENT WITH THERAPEUTICALLY ACTIVE DOSAGE OF RAPAMYCIN COATED THEREON**

(75) Inventors: **Carol Wright**, Somerset, NJ (US); **Gerard H. Llanos**, Stewartsville, NJ (US); **Ronald Rakos**, Middlesex County, NJ (US); **Kristen King**, Hoboken, NJ (US)

(73) Assignee: **Cordis Corporation**, Miami Lakes, FL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/874,117**

(22) Filed: **Jun. 4, 2001**

(65) **Prior Publication Data**

US 2001/0027340 A1 Oct. 4, 2001

**Related U.S. Application Data**

(63) Continuation of application No. 09/061,568, filed on Apr. 16, 1998, now Pat. No. 6,273,913.

(60) Provisional application No. 60/044,692, filed on Apr. 18, 1997.

(51) **Int. Cl.**[7] .................................................. **A61F 2/06**

(52) **U.S. Cl.** .................................................... **623/1.42**

(58) **Field of Search** .............................. 623/1.15, 1.39, 623/1.42, 1.4; 427/2.1–2.31

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,234,456 A | 8/1993 | Silvestini |
| 5,282,823 A | 2/1994 | Schwartz et al. |
| 5,283,257 A | 2/1994 | Gregory et al. |
| 5,288,711 A | 2/1994 | Mitchell et al. |
| 5,342,348 A | 8/1994 | Kaplan |
| 5,383,928 A | 1/1995 | Scott et al. |
| 5,443,496 A | 8/1995 | Schwartz et al. |
| 5,449,382 A | 9/1995 | Dayton |
| 5,464,450 A | 11/1995 | Buscemi et al. |
| 5,464,650 A | 11/1995 | Berg et al. |
| 5,500,013 A | 3/1996 | Buscemi et al. |
| 5,510,077 A | 4/1996 | Dinh et al. |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 712 615 | 5/1996 |
| EP | 0 716 836 | 6/1996 |
| EP | 0 761 251 | 3/1997 |
| EP | 0 850 651 | 7/1998 |
| EP | 0 938 878 A3 | 9/1999 |
| EP | 0 938 878 A2 | 9/1999 |
| WO | WO96/32907 | 10/1996 |
| WO | WO97/33534 A1 | 9/1997 |
| WO | WO98/23228 | 6/1998 |
| WO | WO98/34669 | 8/1998 |
| WO | WO98/47447 A1 | 10/1998 |
| WO | WO98/56312 | 12/1998 |

OTHER PUBLICATIONS

Marx, Steven O. et al., Rapamycin–FKBP Inhibits Cell Cycle Regulators of Proliferation in Vascular Smooth Muscle Cells, Circulation Research, 1995;76(3):412–417.

Serruys, Patrick W. et al., Heparin–Coated Palmaz–Schatz Stents in Human Coronary Arteries, Circulation. 1996;93;412–422.

Lundergan, Conor F., MD et al., Peptide Inhibition of Myointimal Proliferation by Angiopeptin, a Somatostatin Analogue, JACC vol. 17, No. 6, May 1991:132B–6B.

(List continued on next page.)

*Primary Examiner*—David H. Willse
*Assistant Examiner*—Suzette J. Jackson
(74) *Attorney, Agent, or Firm*—Paul A. Coletti

(57) **ABSTRACT**

Delivery of rapamycin locally, particularly from intravascular stent, directly from micropores in the stent body or mixed or bound to a polymer coating applied on stent, to inhibit neointimal tissue proliferation and thereby prevent restenosis. This invention also facilitates the performance of the stent in inhibiting restenosis.

**20 Claims, 2 Drawing Sheets**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,516,781 A | | 5/1996 | Morris et al. | |
| 5,545,208 A | | 8/1996 | Wolff et al. | |
| 5,551,954 A | | 9/1996 | Buscemi et al. | |
| 5,554,182 A | | 9/1996 | Dinh et al. | |
| 5,562,922 A | | 10/1996 | Lambert | |
| 5,563,146 A | | 10/1996 | Morris et al. | |
| 5,571,166 A | | 11/1996 | Dinh et al. | |
| 5,578,075 A | | 11/1996 | Dayton | |
| 5,591,224 A | | 1/1997 | Schwartz et al. | |
| 5,591,227 A | | 1/1997 | Dinh et al. | |
| 5,599,352 A | | 2/1997 | Dinh et al. | |
| 5,603,722 A | | 2/1997 | Phan et al. | |
| 5,605,696 A | | 2/1997 | Eury et al. | |
| 5,607,463 A | | 3/1997 | Schwartz et al. | |
| 5,607,475 A | | 3/1997 | Cahalan et al. | |
| 5,609,629 A | | 3/1997 | Feamot et al. | |
| 5,624,411 A | | 4/1997 | Tuch | |
| 5,628,785 A | | 5/1997 | Schwartz et al. | |
| 5,629,077 A | | 5/1997 | Turnlund et al. | |
| 5,632,840 A | | 5/1997 | Campbell | |
| 5,637,113 A | | 6/1997 | Tartaglia et al. | |
| 5,646,160 A | | 7/1997 | Morris et al. | |
| 5,649,977 A | | 7/1997 | Campbell | |
| 5,651,174 A | | 7/1997 | Schwartz et al. | |
| 5,665,591 A | * | 9/1997 | Sonenshein et al. | 435/375 |
| 5,672,638 A | | 9/1997 | Verhoeven et al. | |
| 5,674,242 A | | 10/1997 | Phan et al. | |
| 5,679,400 A | | 10/1997 | Tuch | |
| 5,679,659 A | | 10/1997 | Verhoeven et al. | |
| 5,693,085 A | | 12/1997 | Buirge et al. | |
| 5,697,967 A | | 12/1997 | Dinh et al. | |
| 5,700,286 A | | 12/1997 | Tartaglia et al. | |
| 5,707,385 A | | 1/1998 | Williams | |
| 5,725,567 A | | 3/1998 | Wolff et al. | |
| 5,728,150 A | | 3/1998 | McDonald et al. | |
| 5,728,420 A | | 3/1998 | Keogh | |
| 5,733,327 A | | 3/1998 | Igaki et al. | |
| 5,735,897 A | | 4/1998 | Buirge | |
| 5,755,772 A | | 5/1998 | Evans et al. | |
| 5,769,883 A | | 6/1998 | Buscemi et al. | |
| 5,776,184 A | | 7/1998 | Tuch | |
| 5,782,908 A | | 7/1998 | Cahalan et al. | |
| 5,788,979 A | | 8/1998 | Alt et al. | |
| 5,799,384 A | | 9/1998 | Schwartz et al. | |
| 5,800,507 A | | 9/1998 | Schwartz | |
| 5,820,917 A | | 10/1998 | Tuch | |
| 5,820,918 A | | 10/1998 | Ronan et al. | |
| 5,824,048 A | | 10/1998 | Tuch | |
| 5,824,049 A | | 10/1998 | Ragheb et al. | |
| 5,833,651 A | | 11/1998 | Donovan et al. | |
| 5,837,008 A | | 11/1998 | Berg et al. | |
| 5,837,313 A | | 11/1998 | Ding et al. | |
| 5,843,172 A | | 12/1998 | Yan | |
| 5,849,034 A | | 12/1998 | Schwartz | |
| 5,851,217 A | | 12/1998 | Wolff et al. | |
| 5,851,231 A | | 12/1998 | Wolff et al. | |
| 5,865,814 A | | 2/1999 | Tuch | |
| 5,871,535 A | | 2/1999 | Wolff et al. | |
| 5,879,697 A | | 3/1999 | Ding et al. | |
| 5,882,335 A | | 3/1999 | Leone et al. | |
| 5,893,840 A | * | 4/1999 | Hull et al. | 604/96 |
| 5,932,243 A | * | 8/1999 | Fricker et al. | 424/450 |
| 5,968,091 A | * | 10/1999 | Pinchuk et al. | 623/1.15 |
| 6,015,432 A | * | 1/2000 | Rakos et al. | 623/1.15 |
| 6,153,252 A | * | 11/2000 | Hossainy et al. | 427/2.3 |
| 6,273,913 B1 | * | 8/2001 | Wright et al. | 623/1.42 |
| 6,369,039 B1 | * | 4/2002 | Palasis et al. | 514/44 |

OTHER PUBLICATIONS

Liu, Ming Wei, MD et al., Restenosis After Coronary Angioplasty Potential Biologic Determinants and Role of Intimal Hyperplasia, Circulation 1989, 79;1374–1387.

Serruys, P. W. et al., Evaluation of Ketanserin in the Prevention of Restenosis After Percutaneous Transluminal Coronary Angioplasty –A Multicenter Randomized Double–Blind Placebo–Controlled Trial, Circulation vol. 88, No. 4, Part 1, Oct. 1993; 1588–1601.

Berk, Bradford C. MD et al., Pharmacologic Roles of Heparin and Glucocorticoids to Prevent Restenosis After Coronary Angioplasty, JACC vol. 17, No. 6, May 1991;111B–7B.

Serruys, Patrick W. MD et al. A Comparison of Balloon–xpandable–Stent Implantation with Balloon Angioplasty in Patients with Coronary Artery Disease. The New England Journal of Medicine, vol. 331, No. 8, Aug. 25, 1994, 489–495.

Fischman, David L. MD et al., A Randomized Comparison of Coronary–Stent Placement and Balloon Angioplasty in Patients with Coronary Artery Disease. The New England Journal of Medicine, vol. 331, No. 8, Aug. 25, 1994, 496–501.

Colburn Michael D. MD et al., Dose Responsive suppression of myointimal hyperlesia by dexemethasone, Journal of Vascular Surgery, vol. 15, No. 3, Mar. 1992, 510–518.

Liu Ming, W. MD, Trapidil in Preventing Restenosis After Balloon Angioplasty in the Atherosclerotic Rabbit, Circulation, vol. 81, No. 3, Mar. 1990, 1089–1093.

Hansson, Goran K. MD, et al., Interferon–Inhibits Arterial Stenosis After Injury, Circulation, vol. 84, No. 3, Sep. 1991, 1266–1272.

Snow, Alan D. et al., Heparin Modulates the Composition of th Extracellular Matrix Domain Surrounding Arterial Smooth Muscle Cells, American Journal of Pathology, vol. 137, No. 2, Aug. 1990, 313–330.

Popma, Jeffrey J. MD et al., Clinical Trials of Restenosis After Coronary Angioplasty, Circulation vol. 84, No. 3, Sep. 1991, 1426–1436.

Campbell, Gordon R. et al., Phenotypic Modulation of Smooth Muscle Cells in Primary Culture, Vascular Smooth Muscle Cells in Culture, CRC Press 1987, pp. 39–55.

Clowes, Alexander W. et al., Significance of Quiescent Smooth Muscle Migration in the Injured Rat Carotid Artery. Cir Res 58: 139–145 1985.

Lange, Richard A. MD et al., Restenosis After Coronary Balloon Angioplasty, Annu. Rev. Med. 1991, 42:127–132.

Franklin, Stephen, M. MD et al., Pharmacologic prevention of restenosis after coronary angioplasty: review of the randomized clinical trials, Coronary Artery Disease, Mar. 1993, vol. 4, No. 3, 232–242.

Suppression by heparin of smooth cell proliferation in injured arteries. Nature, vol. 265, Feb. 17, 1977, 625–626.

Guyton, John, R. et al., Inhibition of Rat Arterial Smooth Muscle Cell Proliferation by Heparin. Circulation Research, vol. 48, No. 5, May 1980, 625–634.

Clowes, Alexander W. et al., Kinetics of Cellular Proliferation after Arterial Injury, Circulation Reseach, vol. 58, No. 6, Jun. 1988, 839–845.

Majesky, Mark W., et al., Heparin Regulates Smooth Muscle S Phase Entry in the Injured Rat Carotid Artery. Circulation Research, vol. 61, No. 2, Aug. 1987, 296–300.

Okada, Tomohisa, MD et al., Localized Release of Perivascular Heparin Inhibits Intimal Proliferation after Endothelial Injury without Systemic Anticoagulation, Neurosurgery, vol. 25, No. 6, 1989, 892–898.

Vasey, Charles G. et al., Clinical Cardiology, Stress Echo and Coronary Flow, Supplement II Circulation, vol. 80, No. 4, Oct. 1989, II–66.

Powell, Jerry S., et al., Inhibitors of Angiotensin–Converting Enzyme Prevent Myointimal Proliferation After Vascular Injury, Science, vol. 245, Jul. 14, 1989, 186–188.

Jonasson, Lena et al., Cyclosporin A Inhibits smooth muscle proliferation in the vascular response to injury. Proc. Natl. Acad. Sci USA 85 (1988), pp. 2303–2308.

Nemecek, Georgina M. et al., Terbinafine Inhibits the Mitogenic Response to Platelet–Derived Growth Factor in Vitro and Neointimal Proliferation in Vivo. The Journal of Pharmacology and Experimental Therapeutics, vol. 248, No. 3, 1998, 1167–1174.

Siekierka, John J., Probing T–Cell Signal Transduction Pathways with the Immunosuppressive Drugs, FK–506 and Rapamycin, Immunologic Research 1994, 13:110–116.

Poon, Michael et al., Rapamycin Inhibits Vascular Smooth Muscle Cell Migration. J. Clin. Invest., vol. 98, No. 10, Nov. 1996, 2277–2283.

Gregory, Clare R. et al., Rapamycin Inhibits Arterial Intimal Thickening Caused by Both AlloImmune and Mechanical Injury, Transplantation vol. 55, No. 6, Jun. 1993, 1409–1418.

* cited by examiner



U.S. Patent Jul. 1, 2003 Sheet 1 of 2 US 6,585,764 B2

FIG. 1
FIG. 1a
11
1a
1a
10
11
11
11
11
11

FIG. 2a
20
21
2b
21
21
21
2b
21
21

FIG. 2b
21
21
21

BSC-SJA-1841

U.S. Patent Jul. 1, 2003 Sheet 2 of 2 US 6,585,764 B2

FIG. 3a

31
3b
3b
31
30

FIG. 3b

31

FIG. 4

45
40

BSC-SJA-1842

# STENT WITH THERAPEUTICALLY ACTIVE DOSAGE OF RAPAMYCIN COATED THEREON

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation application of U.S. application Ser. No. 09/061,568, filed Apr. 16, 1998, now issued as U.S. Pat. No. 6,273,913, which claims the benefit of U.S. Provisional Application No. 60/044,692, filed Apr. 18, 1997.

## FIELD OF THE INVENTION

Delivery of rapamycin locally, particularly from an intravascular stent, directly from micropores in the stent body or mixed or bound to a polymer coating applied on stent, to inhibit neointimal tissue proliferation and thereby prevent restenosis. This invention also facilitates the performance of the stent in inhibiting restenosis.

## BACKGROUND OF THE INVENTION

Re-narrowing (restenosis) of an artherosclerotic coronary artery after percutaneous transluminal coronary angioplasty (PTCA) occurs in 10–50% of patients undergoing this procedure and subsequently requires either further angioplasty or coronary artery bypass graft. While the exact hormonal and cellular processes promoting restenosis are still being determined, our present understanding is that the process of PTCA, besides opening the artherosclerotically obstructed artery, also injures resident coronary arterial smooth muscle cells (SMC). In response to this injury, adhering platelets, infiltrating macrophages, leukocytes, or the smooth muscle cells (SMC) themselves release cell derived growth factors with subsequent proliferation and migration of medial SMC through the internal elastic lamina to the area of the vessel intima. Further proliferation and hyperplasia of intimal SMC and, most significantly, production of large amounts of extracellular matrix over a period of 3–6 months results in the filling in and narrowing of the vascular space sufficient to significantly obstruct coronary blood flow.

Several recent experimental approaches to preventing SMC proliferation have shown promise althrough the mechanisms for most agents employed are still unclear. Heparin is the best known and characterized agent causing inhibition of SMC proliferation both in vitro and in animal models of balloon angioplasty-mediated injury. The mechanism of SMC inhibition with heparin is still not known but may be due to any or all of the following: 1) reduced expression of the growth regulatory protooncogenes c-fos and c-myc, 2) reduced cellular production of tissue plasminogen activator; are 3) binding and dequestration of growth regulatory factors such as fibrovalent growth factor (FGF).

Other agents which have demonstrated the ability to reduce myointimal thickening in animal models of balloon vascular injury are angiopeptin (a somatostatin analog), calcium channel blockers, angiotensin converting enzyme inhibitors (captopril, cilazapril), cyclosporir A, trapidil (an antianginal, antiplatelet agent), terbinafine (antifungal), colchicine and taxol (antitubulin antiproliferatives), and c-myc and c-myb antinsense oligonucleotides.

Additionally, a goat antibody to the SMC mitogen platelet derived growth factor (PDGF) has been shown to be effective in reducing myointimal thickening in a rat model of balloon angioplasty injury, thereby implicating PDGF directly in the etiology of restenosis. Thus, while no therapy has as yet proven successful clinically in preventing restenosis after angioplasty, the in vivo experimental success of several agents known to inhibit SMC growth suggests that these agents as a class have the capacity to prevent clinical restenosis and deserve careful evaluation in humans.

Coronary heart disease is the major cause of death in men over the age of 40 and in women over the age of fifty in the western world. Most coronary artery-related deaths are due to atherosclerosis. Atherosclerotic lesions which limit or obstruct coronary blood flow are the major cause of ischemic heart disease related mortality and result in 500,000–600,000 deaths in the United States annually. To arrest the disease process and prevent the more advanced disease states in which the cardiac muscle itself is compromised, direct intervention has been employed via percutaneous transluminal coronary angioplasty (PTCA) or coronary artery bypass graft (CABG).

PTCA is a procedure in which a small balloon-tipped catheter is passed down a narrowed coronary artery and then expanded to re-open the artery. It is currently performed in approximately 250,000–300,000 patients each year. The major advantage of this therapy is that patients in which the procedure is successful need not undergo the more invasive surgical procedure of coronary artery bypass graft. A major difficulty with PTCA is the problem of post-angioplasty closure of the vessel, both immediately after PTCA (acute reocclusion) and in the long term (restenosis).

The mechanism of acute reocclusion appears to involve several factors and may result from vascular recoil with resultant closure of the artery and/or deposition of blood platelets along the damaged length of the newly opened blood vessel followed by formation of a fibrin/red blood cell thrombus. Recently, intravascular stents have been examined as a means of preventing acute reclosure after PTCA.

Restenosis (chronic reclosure) after angioplasty is a more gradual process than acute reocclusion: 30% of patients with subtotal lesions and 50% of patients with chronic total lesions will go on to restenosis after angioplasty. While the exact mechanism for restenosis is still under active investigation, the general aspects of the restenosis process have been identified.

In the normal arterial will, smooth muscle cells (SMC) proliferate at a low rate (<0.1%/day; ref). SMC in vessel wall exists in a 'contractile' phenotype characterized by 80–90% of the cell cytoplasmic volume occupied with the contractile apparatus. Endoplasmic reticulum, golgi bodies, and free ribosomes are few and located in the perinuclear region. Extracellular matrix surrounds SMC and is rich in heparin-like glycosylaminoglycans which are believed to be responsible for maintaining SMC in the contractile phenotypic state.

Upon pressure expansion of an intracoronary balloon catheter during angioplasty, smooth muscle cells within the arterial wall become injured. Cell derived growth factors such as platelet derived growth factor (PDGF), basic fibroblast growth factor (bFGF), epidermal growth factor (EGF), etc. released from platelets (i.e., PDGF) adhering to the damaged arterial luminal surface, invading macrophages and/or leukocytes, or directly from SMC (i.e., BFGF) provoke a proliferation and migratory response in medial SMC. These cells undergo a phenotypic change from the contractile phenotyope to a 'synthetic' phenotype characterized by only few contractile filament bundles but extensive rough endoplasmic reticulum, golgi and free ribosomes. Proliferation/migration usually begins within 1–2 days post-

injury and peaks at 2 days in the media, rapidly declining thereafter (Campbell et al., In: *Vascular Smooth Muscle Cells in Culture,* Campbell, J. H. and Campbell, G. R., Eds, CRC Press, Boca Ration, 1987, pp. 39–55); Clowes, A. W. and Schwartz, S. M., Circ. Res. 56:139–145, 1985).

Finally, daughter synthetic cells migrate to the intimal layer of arterial smooth muscle and continue to proliferate. Proliferation and migration continues until the damaged luminal endothelial layer regenerates at which time proliferation ceases within the intima, usually within 7–14 days postinjury. The remaining increase in intimal thickening which occurs over the next 3–6 months is due to an increase in extracellular matrix rather than cell number. Thus, SMC migration and proliferation is an acute response to vessel injury while intimal hyperplasia is a more chronic response. (Liu et al., Circulation, 79:1374–1387, 1989).

Patients with symptomatic reocclusion require either repeat PTCA or CABG. Because 30–50% of patients undergoing PTCA will experience restenosis, restenosis has clearly limited the success of PTCA as a therapeutic approach to coronary artery disease. Because SMC proliferation and migration are intimately involved with the pathophysiological response to arterial injury, prevention of SMC proliferation and migration represents a target for pharmacological intervention in the prevention of restenosis.

## SUMMARY OF THE INVENTION

Novel Features and Applications to Stent Technology

Currently, attempts to improve the clinical performance of stents have involved some variation of either applying a coating to the metal, attaching a covering or membrane, or embedding material on the surface via ion bombardment. A stent designed to include reservoirs is a new approach which offers several important advantages over existing technologies.

Local Drug Delivery from a Stent to Inhibit Restenosis

In this application, it is desired to deliver a therapeutic agent to the site of arterial injury. The conventional approach has been to incorporate the therapeutic agent into a polymer material which is then coated on the stent. The ideal coating material must be able to adhere strongly to the metal stent both before and after expansion, be capable of retaining the drug at a sufficient load level to obtain the required dose, be able to release the drug in a controlled way over a period of several weeks, and be as thin as possible so as to minimize the increase in profile. In addition, the coating material should not contribute to any adverse response by the body (i.e., should be non-thrombogenic, non-inflammatory, etc.). To date, the ideal coating material has not been developed for this application.

An alternative would be to design the stent to contain reservoirs which could be loaded with the drug. A coating or membrane of biocompatable material could be applied over the reservoirs which would control the diffusion of the drug from the reservoirs to the artery wall.

One advantage of this system is that the properties of the coating can be optimized for achieving superior biocompatibility and adhesion properties, without the addition requirement of being able to load and release the drug. The size, shape, position, and number of reservoirs can be used to control the amount of drug, and therefore the dose delivered.

## DESCRIPTION OF THE DRAWINGS

The invention will be better understood in connection with the following figures in which

FIGS. 1 and 1*a* are top views and section views of a stent containing reservoirs as described in the present invention;

FIGS. 2*a* and 2*b* are similar views of an alternate embodiment of the stent with open ends;

FIGS. 3*a* and 3*b* are further alternate figures of a device containing a grooved reservoir; and

FIG. 4 is a layout view of a device containing a reservoir as in FIG. 3.

## DETAILED DESCRIPTION OF THE INVENTION

Pharmacological attempts to prevent restenosis by pharmacologic means have thus far been unsuccessful and all involve systemic administration of the trial agents. Neither aspirin-dipyridamole, ticlopidine, acute heparin administration, chronic warfarin (6 months) nor methylprednisolone have been effective in preventing restenosis although platelet inhibitors have been effective in preventing acute reocclusion after angioplasty. The calcium antagonists have also been unsuccessful in preventing restenosis, although they are still under study. Other agents currently under study include thromboxane inhibitors, prostacyclin mimetics, platelet membrane receptor blockers, thrombin inhibitors and angiotensin converting enzyme inhibitors. These agents must be given systemically, however, and attainment of a therapeutically effective dose may not be possible; antiproliferative (or anti-restenosis) concentrations may exceed the known toxic concentrations of these agents so that levels sufficient to produce smooth muscle inhibition may not be reached (Lang et al., 42 Ann. Rev. Med., 127–132 (1991); Popma et al., 84 *Circulation,* 1426–1436 (1991)).

Additional clinical trials in which the effectiveness for preventing restenosis of dietary fish oil supplements, thromboxane receptor antagonists, cholesterol lowering agents, and serotonin antagonists has been examined have shown either conflicting or negative results so that no pharmacological agents are as yet clinically available to prevent post-angioplasty restenosis (Franklin, S. M. and Faxon, D. P., 4 Coronary Artery Disease, 232–242 (1993); Serruys, P. W. et al., 88 *Circulation,* (part 1) 1588–1601, (1993).

Conversely, stents have proven useful in preventing reducing the proliferation of restenosis. Stents, such as the stent **40**, seen in layout in FIG. 4, balloon-expandable slotted metal tubes (usually but not limited to stainless steel), which when expanded within the lumen of an angioplastied coronary artery, provide structural support to the arterial wall. This support is helpful in maintaining an open path for blood flow. In two randomized clinical trials, stents were shown to increase angiographic success after PTCA, increase the stenosed blood vessel lumen and to reduce the lesion recurrence at 6 months (Serruys et al., 331 New Eng Jour. Med, 495, (1994); Fischman et al., 331 New Eng Jour. Med. 496–501 (1994). Additionally, in a preliminary trial, heparin coated stents appear to possess the same benefit of reduction in stenosis diameter at follow-up as was observed with non-heparin coated stents. Additionally, heparin coating appears to have the added benefit of producing a reduction in sub-acute thrombosis after stent implantation (Serruys et al., 93 Circulation, 412–422 (1996). Thus, 1) sustained mechanical expansion of a stenosed coronary artery has been shown to provide some measure of restenosis prevention, and 2) coating of stents with heparin has demonstrated both the feasibility and the clinical usefulness of delivering drugs to local, injured tissue off the surface of the stent.

Numerous agents are being actively studied as antiproliferative agents for use in restenosis and have shown some

activity in experimental animal models. These include: heparin and heparin fragments (Clowes and Karnovsky, 265 *Nature,* 25–626, (1977); Guyton, J. R. et. al. 46 Circ. Res., 625–634, (1980); Clowes, A. W. and Clowes, M. M., 52 Lab. Invest., 611–616, (1985) A. W. and Clowes, M. M., 58 Circ. Res., 839–845 (1986); Majesky et al., 61 Circ Res., 296–300, (1987); Snow et al., 137 Am. J. Pathol., 313–330 (1990); Okada, T. et al., 25 *Neurosurgery,* 92–898, (1989) colchicine (Currier, J. W. et al., 80 *Circulation,* 11–66, (1989), taxol (ref), agiotensin converting enzyme (ACE) inhibitors (Powell, J. S. et al., 245 Science, 186–188 (1989), angiopeptin (Lundergan, C. F. et al., 17 Am. J. Cardiol. (Suppl. B); 132B–136B (1991), Cyclosporin A (Jonasson, L. et. al., 85 Proc. Nati, Acad. Sci., 2303 (1988), goat-anti-rabbit PDGF antibody (Ferns, G. A. A., et al., 253 *Science,* 1129–1132 (1991), terbinafine (Nemecek, G. M. et al., 248 J. Pharmacol. Exp. Thera., 1167–11747 (1989), trapidil (Liu, M. W. et al., 81 *Circulation,* 1089–1093 (1990), interferon-gamma (Hansson, G. K. and Holm, 84 *J. Circulation,* 1266–1272 (1991), steroids (Colburn, M. D. et al., 15 J. Vasc. Surg., 510–518 (1992), see also Berk, B. C. et al., 17 J. Am. Coll. Cardiol., 111B–117B (1991), ionizing radiation (ref), fusion toxins (ref) antisense oligonucleotides (ref), gene vectors (ref), and rapamycin (see below).

Of particular interest in rapamycin. Rapamycin is a macrolide antibiotic which blocks IL-2-mediated T-cell proliferation and possesses antiinflammatory activity. While the precise mechanism of rapamycin is still under active investigation, rapamycin has been shown to prevent the $G_1$ to S phase progression of T-cells through the cell cycle by inhibiting specific cell cyclins and cyclin-dependent protein kinases (Siekierka, Immunol. Res. 13: 110–116, 1994). The antiproliferative action of rapamycin is not limited to T-cells; Marx et al. (Circ Res 76:412–417, 1995) have demonstrated that rapamycin prevents proliferation of both rat and human SMC in vitro while Poon et al. have shown the rat, porcine, and human SMC migrating can also be inhibited by rapamycin (J Clin Invest 98: 2277–2283, 1996). Thus, rapamycin is capable of inhibiting both the inflammatory response known to occur after arterial injury and stent implantation, as well as the SMC hyperproliferative response. In fact, the combined effects of rapamycin have been demonstrated to result in a diminished SMC hyperproliferative response in rat femoral artery graft model and in both rat and porcine arterial balloon injury models (Gregory et al., Transplantation 55:1409–1418, 1993; Gallo et al., in press, (1997)). These observations clearly support the potential use of rapamycin in the clinical setting of post-angioplasty restenosis.

Although the ideal agent for restenosis has not yet been identified, some desired properties are clear: inhibition of local thrombosis without the risk systemic bleeding complications and continuous and prevention of the dequale of arterial injury, including local inflammation and sustained prevention smooth muscle proliferation at the site of angioplasty without serious systemic complications. Inasmuch as stents prevent at least a portion of the restenosis process, an agent which prevents inflammation and the proliferation of SMC combined with a stent may provide the most efficacious treatment for post-angioplasty restenosis.

Experiments

Agents: Rapamycin (sirolimus) structural analogs (macrocyclic lactones) and inhibitors of cell-cycle progression.

Delivery Methods:

These can vary:

Local delivery of such agents (rapamycin) from the struts of a stent, from a stent graft, grafts, stent cover or sheath.

Involving comixture with polymers (both degradable and nondegrading) to hold the drug to the stent or graft.

or entrapping the drug into the metal of the stent or graft body which has been modified to contain micropores or channels, as will be explained further herein.

or including covalent binding of the drug to the stent via solution chemistry techniques (such as via the Carmeda process) or dry chemistry techniques (e.g. vapour deposition methods such as rf-plasma polymerization) and combinations thereof.

Catheter delivery intravascularly from a tandem balloon or a porous balloon for intramural uptake

Extravascular delivery by the pericardial route

Extravascular delivery by the advential application of sustained release formulations.

Uses: for inhibition of cell proliferation to prevent neointimal proliferation and restenosis.

prevention of tumor expansion from stents

prevent ingrowth of tissue into catheters and shunts inducing their failure.

1. Experimental Stent Delivery Method—Delivery from Polymer Matrix

Solution of Rapamycin, prepared in a solvent miscible with polymer carrier solution, is mixed with solution of polymer at final concentration range 0.001 weight % to 30 weight % of drug. Polymers are biocompatible (i.e., not elicit any negative tissue reaction or promote mural thrombus formation) and degradable, such as lactone-based polyesters or copolyesters, e.g., polylactide, polycaprolacton-glycolide,polyorthoesters, polyanhydrides; poly-aminoacids; polysaccharides; polyphosphazenes; poly (ether-ester) copolymers, e.g., PEO-PLLA, or blends thereof. Nonabsorbable biocompatible polymers are also suitable candidates. Polymers such as polydimethyl-siolxane; poly(ethylene-vingylacetate); acrylate based polymers or copolymers, e.g., poly(hydroxyethyl methylmethacrylate, polyvinyl pyrrolidinone; fluorinated polymers such as polytetrafluoroethylene; cellulose esters.

Polymer/drug mixture is applied to the surfaces of the stent by either dip-coating, or spray coating, or brush coating or dip/spin coating or combinations thereof, and the solvent allowed to evaporate to leave a film with entrapped rapamycin.

2. Experimental Stent Delivery Method—Delivery from Microporous Depots in Stent Through a Polymer Membrane Coating:

Stent, whose body has been modified to contain micropores or channels is dipped into a solution of Rapamycin, range 0.001 wt % to saturated, in organic solvent such as acetone or methylene chloride, for sufficient time to allow solution to permeate into the pores. (The dipping solution can also be compressed to improve the loading efficiency.) After solvent has been allowed to evaporate, the stent is dipped briefly in fresh solvent to remove excess surface bound drug. A solution of polymer, chosen from any identified in the first experimental method, is applied to the stent as detailed above. This outerlayer of polymer will act as diffusion-controller for release of drug.

3. Experimental Stent Delivery Method—Delivery Via Lysis of a Covalent Drug Tether

Rapamycin is modified to contain a hydrolytically or enzymatically labile covalent bond for attaching to the surface of the stent which itself has been chemically derivatized to allow covalent immobilization. Covalent bonds such as ester, amides or anhydrides may be suitable for this.

4. Experimental Method—Pericardial Delivery

A: Polymeric Sheet Rapamycin is combined at concentration range previously highlighted, with a degradable polymer such as poly(caprolactone-gylcolide) or non-degradable polymer, e.g., polydimethylsiloxane, and mixture cast as a thin sheet, thickness range 10μ to 1000μ. The resulting sheet can be wrapped perivascularly on the target vessel. Preference would be for the absorbable polymer.

B: Conformal Coating: Rapamycin is combined with a polymer that has a melting temperature just above 37° C., range 40°–45° C. Mixture is applied in a molten state to the external side of the target vessel. Upon cooling to body temperature the mixture solidifies conformally to the vessel wall. Both non-degradable and absorbable biocompatible polymers are suitable.

As seen in the figures it is also possible to modify currently manufactured stents in order to adequately provide the drug dosages such as rapamycin. As seen in FIGS. *1a*, *2a* and *3a*, any stent strut **10**, **20**, **30** can be modified to have a certain reservoir or channel **11**, **21**, **31**. Each of these reservoirs can be open or closed as desired. These reservoirs can hold the drug to be delivered. FIG. **4** shows a stent **40** with a reservoir **45** created at the apex of a flexible strut. Of course, this reservoir **45** is intended to be useful to deliver rapamycin or any other drug at a specific point of flexibility of the stent. Accordingly, this concept can be useful for "second generation" type stents.

In any of the foregoing devices, however, it is useful to have the drug dosage applied with enough specificity and enough concentration to provide an effective dosage in the lesion area. In this regard, the reservoir size in the stent struts must be kept at a size of about 0.0005" to about 0.003". Then, it should be possible to adequately apply the drug dosage at the desired location and in the desired amount.

These and other concepts will are disclosed herein. It would be apparent to the reader that modifications are possible to the stent or the drug dosage applied. In any event, however, the any obvious modifications should be perceived to fall within the scope of the invention which is to be realized from the attached claims and their equivalents.

What is claimed is:

**1**. A stent having a coating containing rapamycin, said coating formed from a polymer mixed carrier containing the rapamycin; and said coating applied to said stent.

**2**. The stent of claim **1** wherein the stent is dip-coated.

**3**. The stent of claim **1** wherein the stent is sprayed with said coating.

**4**. A stent having a coating containing rapamycin or its analogs, wherein said rapamycin or said analogs are contained in the coating at a weight percentage of 0.0001% to 30%.

**5**. The stent of claim **4** wherein a polymer is mixed to the rapamycin or its analogs.

**6**. The stent of claim **4** wherein a polymer is bound to the rapamycin or its analogs.

**7**. The stent of claim **4** wherein the rapamycin or its analogs is entrapped on the surface of the stent by a polymer.

**8**. A stent having a coating containing rapamycin, said coating formed from a polymer mixed carrier containing the rapamycin or its analogs; and said coating applied to said stent; wherein the polymer is biocompatible and degradable; and

wherein the polymer is chosen from: lactone-based polyesters, lactone-based copolyesters; polyanhydrides; polyaminoacids; polysaccharides; polyphosphazenes; poly(ether-ester) copolymers, and blends of such polymers.

**9**. A stent having a coating containing rapamycin, said coating formed from a polymer mixed carrier containing the rapamycin or its analogs; and said coating applied to said stent; and

wherein the polymer is chosen from: lactone-based polyesters, lactone-based copolyesters; polyanhydrides; polyaminoacids; polysaccharides; polyphosphazenes; poly(ether-ester) copolymers, and blends of such polymers.

**10**. A stent having a coating containing rapamycin, said coating formed from a polymer mixed carrier containing the rapamycin or its analogs; and said coating applied to said stent; wherein the polymer is nonabsorbable; and

wherein the polymer is chosen from: polydimethylsiolxane; poly(ethylene)vinylacetate; poly(hydroxy) ethylmethylmethacrylate, polyvinyl pyrrolidone; polytetrafluoroethylene; and cellulose esters.

**11**. A stent having a coating containing rapamycin or its analogs, said coating formed from a polymer mixed carrier containing the rapamycin or its analogs; and said coating applied to said stent; and

wherein the polymer is chosen from: polydimethylsiolxane; poly(ethylene)vinylacetate; poly(hydroxy) ethylmethylmethacrylate, polyvinyl pyrrolidone; polytetrafluoroethylene; and cellulose esters.

**12**. A stent having a coating containing rapamycin or its analogs, said coating formed from a polymer mixed carrier containing the rapamycin or its analogs; and said coating applied to said stent; and further comprising:

a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said applied to said strut, and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a reservoir of said rapamycin coating applied therein.

**13**. A stent having a coating containing rapamycin or its analogs, wherein said rapamycin or said analogs are contained in the coating at a weight percentage of 0.0001% to 30%, wherein the coating is a polymer.

**14**. The stent of claim **13** wherein said polymer is mixed to the rapamycin or its analogs.

**15**. The stent of claim **4** wherein said polymer is bound to the rapamycin or its analogs.

**16**. The stent of claim **13** wherein the rapamycin or its analogs is entrapped on the surface of the stent by said polymer.

**17**. A stent containing a polymer and rapamycin or its analogs wherein said rapamycin or its analogs are contained in a therapeutically beneficial amount to combat restenosis.

**18**. The stent of claim **17** wherein said polymer is mixed to the rapamycin or its analogs.

**19**. The stent of claim **17** wherein said polymer is bound to the rapamycin or its analogs.

**20**. The stent of claim **17** wherein the rapamycin or its analogs is entrapped on the surface of the stent by said polymer.

* * * * *

# EXHIBIT 3



(12) **United States Patent**
**Wright et al.**

(10) **Patent No.: US 6,808,536 B2**
(45) **Date of Patent: *Oct. 26, 2004**

(54) **STENT CONTAINING RAPAMYCIN OR ITS ANALOGS USING A MODIFIED STENT**

(76) Inventors: **Carol Wright**, 48 Marcy St., Somerset, NJ (US) 08873; **Gerard H. Llanos**, 1514 Mean Cir., Stewartsville, NJ (US) 08886; **Ronald Rakos**, 35 Regal Dr., Monmouth Jct, NJ (US); **Kristen King**, 51 Garden St., Apt. 611, Hoboken, NJ (US) 07030

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/408,328**

(22) Filed: **Apr. 7, 2003**

(65) **Prior Publication Data**

US 2003/0176915 A1 Sep. 18, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/874,117, filed on Jun. 4, 2001, now Pat. No. 6,585,764, which is a continuation of application No. 09/061,568, filed on Apr. 16, 1998, now Pat. No. 6,273,913.

(60) Provisional application No. 60/044,692, filed on Apr. 18, 1997.

(51) **Int. Cl.**[7] .................................................. **A61F 2/06**
(52) **U.S. Cl.** ..................................................... **623/1.42**
(58) **Field of Search** .............................. 623/1.15, 1.39, 623/1.42, 1.4; 427/2.1–2.31

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,234,456 A | 8/1993 | Silvestrini |
| 5,282,823 A | 2/1994 | Schwartz et al. |
| 5,283,257 A | 2/1994 | Gregory et al. |
| 5,288,711 A | 2/1994 | Mitchell et al. |
| 5,342,348 A | 8/1994 | Kaplan |
| 5,383,928 A | 1/1995 | Scott et al. |
| 5,443,496 A | 8/1995 | Schwartz et al. |
| 5,449,382 A | 9/1995 | Dayton |
| 5,464,450 A | 11/1995 | Buscemi et al. |
| 5,464,650 A | 11/1995 | Berg et al. |
| 5,500,013 A | 3/1996 | Buscemi et al. |
| 5,510,077 A | 4/1996 | Dinh et al. |
| 5,516,781 A | 5/1996 | Morris et al. |
| 5,545,208 A | 8/1996 | Wolff et al. |
| 5,551,954 A | 9/1996 | Buscemi et al. |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 568 310 A | 11/1993 |
| EP | 0 712 615 | 5/1996 |
| EP | 0 716 836 | 6/1996 |
| EP | 0 761 251 A | 3/1997 |
| EP | 0 761 251 | 3/1997 |

(List continued on next page.)

OTHER PUBLICATIONS

Marx, Steven O. et al., Rapamycin–FKBP Inhibits Cell Cycle Regulators of Proliferation in Vascular Smooth Muscle Cells, Circulation Research, 1995;76(3):412–417.

Serruys, Patrick W. et al., Heparin–Coated Palmaz–Schatz Stents in Human Coronary Arteries, Circulation. 1996;93:412–422.

(List continued on next page.)

*Primary Examiner*—Suzette J. Jackson

(57) **ABSTRACT**

Delivery of rapamycin locally, particularly from an intravascular stent, directly from micropores in the stent body or mixed or bound to a polymer coating applied on stent, to inhibit neointimal tissue proliferation and thereby prevent restenosis. This invention also facilitates the performance of the stent in inhibiting restenosis.

**6 Claims, 2 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,554,182 A | 9/1996 | Dinh et al. | |
| 5,562,922 A | 10/1996 | Lambert | |
| 5,563,146 A | 10/1996 | Morris et al. | |
| 5,571,166 A | 11/1996 | Dinh et al. | |
| 5,578,075 A | 11/1996 | Dayton | |
| 5,591,224 A | 1/1997 | Schwartz et al. | |
| 5,591,227 A | 1/1997 | Dinh et al. | |
| 5,599,352 A | 2/1997 | Dinh et al. | |
| 5,603,722 A | 2/1997 | Phan et al. | |
| 5,605,696 A | 2/1997 | Eury et al. | |
| 5,607,463 A | 3/1997 | Schwartz et al. | |
| 5,607,475 A | 3/1997 | Cahalan et al. | |
| 5,609,629 A | 3/1997 | Fearnot et al. | |
| 5,624,411 A | 4/1997 | Tuch | |
| 5,628,785 A | 5/1997 | Schwartz et al. | |
| 5,629,077 A | 5/1997 | Turnlund et al. | |
| 5,632,840 A | 5/1997 | Campbell | |
| 5,637,113 A | 6/1997 | Tartaglia et al. | |
| 5,646,160 A | 7/1997 | Morris et al. | |
| 5,649,977 A | 7/1997 | Campbell | |
| 5,651,174 A | 7/1997 | Schwartz et al. | |
| 5,672,638 A | 9/1997 | Verhoeven et al. | |
| 5,674,242 A | 10/1997 | Phan et al. | |
| 5,679,400 A | 10/1997 | Tuch | |
| 5,679,659 A | 10/1997 | Verhoeven et al. | |
| 5,693,085 A | 12/1997 | Buirge et al. | |
| 5,697,967 A | 12/1997 | Dinh et al. | |
| 5,700,286 A | 12/1997 | Tartaglia et al. | |
| 5,707,385 A | 1/1998 | Williams | |
| 5,725,567 A | 3/1998 | Wolff et al. | |
| 5,728,150 A | 3/1998 | McDonald et al. | |
| 5,728,420 A | 3/1998 | Keogh | |
| 5,733,327 A | 3/1998 | Igaki et al. | |
| 5,735,897 A | 4/1998 | Buirge | |
| 5,755,772 A | 5/1998 | Evans et al. | |
| 5,769,883 A | 6/1998 | Buscemi et al. | |
| 5,776,184 A | 7/1998 | Tuch | |
| 5,782,908 A | 7/1998 | Cahalan et al. | |
| 5,788,979 A | 8/1998 | Alt et al. | |
| 5,799,384 A | 9/1998 | Schwartz et al. | |
| 5,800,507 A | 9/1998 | Schwartz | |
| 5,820,917 A | 10/1998 | Tuch | |
| 5,820,918 A | 10/1998 | Ronan et al. | |
| 5,824,048 A | 10/1998 | Tuch | |
| 5,824,049 A | 10/1998 | Ragheb et al. | |
| 5,833,651 A | 11/1998 | Donovan et al. | |
| 5,837,008 A | 11/1998 | Berg et al. | |
| 5,837,313 A | 11/1998 | Ding et al. | |
| 5,843,172 A | 12/1998 | Yan | |
| 5,849,034 A | 12/1998 | Schwartz | |
| 5,851,217 A | 12/1998 | Wolff et al. | |
| 5,851,231 A | 12/1998 | Wolff et al. | |
| 5,865,814 A | 2/1999 | Tuch | |
| 5,871,535 A | 2/1999 | Wolff et al. | |
| 5,879,697 A | 3/1999 | Ding et al. | |
| 5,882,335 A | 3/1999 | Leone et al. | |
| 6,273,913 B1 * | 8/2001 | Wright et al. | 623/1.42 |
| 6,517,889 B1 * | 2/2003 | Jayaraman | 427/2.24 |
| 6,585,764 B2 * | 7/2003 | Wright et al. | 623/1.42 |
| 2002/0068969 A1 * | 6/2002 | Shanley et al. | 623/1.16 |
| 2002/0099438 A1 * | 7/2002 | Furst | 623/1.16 |
| 2002/0123505 A1 * | 9/2002 | Mollison et al. | 514/291 |
| 2003/0065377 A1 * | 4/2003 | Davila et al. | 623/1.13 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 850 651 | 7/1998 |
| EP | 0 938 878 A2 | 9/1999 |
| EP | 0 938 878 A3 | 9/1999 |
| EP | 0 938 878 A | 9/1999 |
| EP | 0 950 386 A | 10/1999 |
| WO | WO 96/32907 | 10/1996 |
| WO | WO 97/33534 A1 | 9/1997 |
| WO | WO 98/23228 | 6/1998 |
| WO | WO 98/34669 | 8/1998 |
| WO | WO 98/36784 A | 8/1998 |
| WO | WO 98/47447 A | 10/1998 |
| WO | WO 98/47447 A1 | 10/1998 |
| WO | WO 98/56312 | 12/1998 |
| WO | WO 00/21584 A1 | 4/2000 |
| WO | WO 00/27445 A | 5/2000 |
| WO | WO 00/32255 A | 6/2000 |
| WO | WO 01/87342 A2 | 11/2001 |
| WO | WO 02/26281 A1 | 4/2002 |
| WO | WO 03/015664 A1 | 2/2003 |
| WO | WO 03/057218 A1 | 7/2003 |

OTHER PUBLICATIONS

Lundergan, Conor F., MD et al., Peptide Inhibition of Myointimal Proliferation by Angiopeptin, a Somatostatin Analogue, JACC vol. 17, No. 6, May 1991:132B–6B.

Liu, Ming Wei, MD et al., Restenosis After Coronary Angioplasty Potential Biologic Determinants and Role of Intimal Hyperplasia, Circulation 1989, 79:1374–1387.

Serruys, P. W. et al., Evaulation of Ketanserin in the Prevention of Restenosis After Percutaneous Transluminal Coronary Angioplasty—A Multicenter Randomized Double–Blind Placbo–Controlled Trial, Circulartion vol. 88, No. 4, Part 1, Oct. 1993, 1588–1601.

Berk, Bradford C. MD et al., Pharmacologic Roles of Heparin and Glucocorticoids to Prevent Restenosis After Coronary Angioplasty, JACC vol. 17, No. 6, May 1991:111B–7B.

Serruys, Patrick W. MD et al. A Comparison of Balloon–Expandable–Stent Implantation with Balloon Angioplasty in Patients with Coronary Artery Disease, The New England Journal of Medicine, vol. 331, No. 8, Aug. 25, 1994, 489–495.

Fischman, David L. MD et al., A Randomized Comparison of Coronary–Stent Placement and Balloon Angioplasty in the Treatment of Coronary Artery Disease, The New England Journal of Medicine, vol. 331, No. 8, Aug. 25, 1994, 496–501.

Colburn, Michael D. MD et al., Dose Responsive suppression of myointimal hyperlasia by dexamethasone, Journal of Vascular Surgery, vol. 15, No. 3, Mar. 1992, 510–518.

Liu Ming, W. MD, Trapidil in Preventing Restenosis After Balloon Angioplasty in the Atherosclerotic Rabbit, Circulation, vol. 81, No. 3, Mar. 1990, 1089–1093.

Hansson, Goran K. MD, et al., Interferon—Inhibits Arterial Stenosis After Injury, Circulation, vol. 84, No. 3, Sept. 1991, 1266–1272.

Snow, Alan D. et al., Heparin Modulates the Composition of th Extracellular Matrix Domain Surrounding Arterial Smooth Muscle Cells, American Journal of Pathology, vol. 137, No. 2, Aug. 1990, 313–330.

Popma, Jeffrey J. MD et al., Clinical Trials of Restenosis After Coronary Angioplasty, Circulation vol. 84, No. 3, Sep. 1991, 1426–1436.

Campbell, Gordon R. et al., Phenotypic Modulation of Smooth Muscle Cells in Primary Culture, Vascular Smooth Muscle Cells in Culture, CRC Press 1987, pp39–55.

Clowes, Alexander W. et al., Significance of Quiescent Smooth Muscle Migration in the Injured Rat Carotid Artery, Cir Res 56: 139–145, 1985.

Lange, Richard A. MD et al., Restenosis After Coronary Balloon Angioplasty, Annu. Rev. Med. 1991, 42:127–32.
Franklin, Stephen, M. MD et al., Pharmacologic prevention of restenosis after coronary angioplasty: review of the randomized clinical trials, Coronary Artery Disease, Mar. 1993, vol. 4, No. 3, 232–242.
Suppression by heparin of smooth muscle cell proliferation in injured arteries, Nature, vol. 265, Feb. 17, 1977, 625–626–.
Guyton, John, R. et al., Inhibition of Rat Arterial Smooth Muscle Cell Proliferation by Heparin, Circulation Research, vol. 46, No. 5, May 1980, 625–634.
Clowes, Alexander W. et al., Kinetics of Cellular Proliferation after Arterial Injury, Circulation Research, vol. 58, No. 6, Jun. 1986, 839–845.
Majesky, Mark W., et al., Heparin Regulates Smooth Muscle S Phase Entry in the Injured Rat Carotid Artery, Circulation Research, vol. 61, No. 2, Aug. 1987, 296–300.
Okada, Tomohisa, MD et al., Localized Release of Perivascular Heparin Inhibits Intimal Proliferation after Endothelial Injury without Systematic Anticoagulation, Neurosurgery, vol. 25, No. 6, 1989, 892–898.
Vasey, Charles G. et al., Clinical Cardiology: Stress Echo and Coronary Flow, Supplement II Circulation, vol. 80, No. 4, Oct. 1989, 11–66.
Powell, Jerry S. et al., Inhibitors of Angiotensin–Converting Enzyme Prevent Myointimal Proliferation After Vascular Injury, Science, vol. 245, Jul. 14, 1989, 186–188.
Jonasson, Lena et al, Cyclosporin A inhibits smooth muscle proliferation in the vascular response to injury, Proc. Natl. Acad. Sci USA 85 (1988), pp 2303–2306.
Nemecek, Georgina M. et al., Terbinafine Inhibits the Mitogenic Response to Platelet–Derived Growth Factor in Vitro and Neointimal Proliferation in Vivo, The Journal of Pharmacology and Experimental Therapeutics, vol. 248, No. 3, 1998, 1167–1174.
Siekierka, John J., Probing T–Cell Signal Transduction Pathways with the Immunosuppressive Drugs, FK–506 and Rapamycin, Immunologic Research 1994, 13:110–116.
Poon, Michael et al., Rapamycin Inhibits Vascular Smooth Muscle Cell Migration, J. Clin. Invest., vol. 98, No. 10, Nov 1996, 2277–2283.
Gregory, Clare R. et al., Rapamycin Inhibits Arterial Intimal Thickening Caused by Both Alloimmune and Mechanical Injury, Transplantation vol. 55, No. 6, Jun. 1993, 1409–1418.
European Search Report dated Sep. 22, 2003 for corresponding Appln. No. EP 03 25 2350.

* cited by examiner

U.S. Patent Oct. 26, 2004 Sheet 1 of 2 US 6,808,536 B2

FIG. 1

11
1a
1a
10

FIG. 1a

11
11
11
11
11

FIG. 2a

21
2b
20
21
21
21
2b
21
21

FIG. 2b

21
21
21

BSC-SJA-1850

# STENT CONTAINING RAPAMYCIN OR ITS ANALOGS USING A MODIFIED STENT

Continuation of prior application Ser. No.: 09/874,117, filed Jun. 4, 2001, now U.S. Pat. No. 6,585,764 which is a continuation of Ser. No. 09/061,568 filed Apr. 16, 1998, now U.S. Pat. No. 6,273,913; which claim the benefit of U.S. Provisional Application No. 60/044,692, filed Apr. 18, 1997.

## FIELD OF THE INVENTION

Delivery of rapamycin locally, particularly from an intravascular stent, directly from micropores in the stent body or mixed or bound to a polymer coating applied on stent, to inhibit neointimal tissue proliferation and thereby prevent restenosis. This invention also facilitates the performance of the stent in inhibiting restenosis.

## BACKGROUND OF THE INVENTION

Re-narrowing (restenosis) of an artherosclerotic coronary artery after percutaneous transluminal coronary angioplasty (PTCA) occurs in 10–50% of patients undergoing this procedure and subsequently requires either further angioplasty or coronary artery bypass graft. While the exact hormonal and cellular processes promoting restenosis are still being determined, our present understanding is that the process of PTCA, besides opening the artherosclerotically obstructed artery, also injures resident coronary arterial smooth muscle cells (SMC). In response to this injury, adhering platelets, infiltrating macrophages, leukocytes, or the smooth muscle cells (SMC) themselves release cell derived growth factors with subsequent proliferation and migration of medial SMC through the internal elastic lamina to the area of the vessel intima. Further proliferation and hyperplasia of intimal SMC and, most significantly, production of large amounts of extracellular matrix over a period of 3–6 months results in the filling in and narrowing of the vascular space sufficient to significantly obstruct coronary blood flow.

Several recent experimental approaches to preventing SMC proliferation have shown promise althrough the mechanisms for most agents employed are still unclear. Heparin is the best known and characterized agent causing inhibition of SMC proliferation both in vitro and in animal models of balloon angioplasty-mediated injury. The mechanism of SMC inhibition with heparin is still not known but may be due to any or all of the following: 1) reduced expression of the growth regulatory protooncogenes c-fos and c-myc, 2) reduced cellular production of tissue plasminogen activator; are 3) binding and dequestration of growth regulatory factors such as fibrovalent growth factor (FGF).

Other agents which have demonstrated the ability to reduce myointimal thickening in animal models of balloon vascular injury are angiopeptin (a somatostatin analog), calcium channel blockers, angiotensin converting enzyme inhibitors (captopril, cilazapril), cyclosporin A, trapidil (an antianginal, antiplatelet agent), terbinafine (antifungal), colchicine and taxol (antitubulin antiproliferatives), and c-myc and c-myb antinsense oligonucleotides.

Additionally, a goat antibody to the SMC mitogen platelet derived growth factor (PDGF) has been shown to be effective in reducing myointimal thickening in a rat model of balloon angioplasty injury, thereby implicating PDGF directly in the etiology of restenosis. Thus, while no therapy has as yet proven successful clinically in preventing restenosis after angioplasty, the in vivo experimental success of several agents known to inhibit SMC growth suggests that

these agents as a class have the capacity to prevent clinical restenosis and deserve careful evaluation in humans.

Coronary heart disease is the major cause of death in men over the age of 40 and in women over the age of fifty in the western world. Most coronary artery-related deaths are due to atherosclerosis. Atherosclerotic lesions which limit or obstruct coronary blood flow are the major cause of ischemic heart disease related mortality and result in 500,000–600,000 deaths in the United States annually. To arrest the disease process and prevent the more advanced disease states in which the cardiac muscle itself is compromised, direct intervention has been employed via percutaneous transluminal coronary angioplasty (PTCA) or coronary artery bypass graft (CABG).

PTCA is a procedure in which a small balloon-tipped catheter is passed down a narrowed coronary artery and then expanded to re-open the artery. It is currently performed in approximately 250,000–300,000 patients each year. The major advantage of this therapy is that patients in which the procedure is successful need not undergo the more invasive surgical procedure of coronary artery bypass graft. A major difficulty with PTCA is the problem of post-angioplasty closure of the vessel, both immediately after PTCA (acute reocclusion) and in the long term (restenosis).

The mechanism of acute reocclusion appears to involve several factors and may result from vascular recoil with resultant closure of the artery and/or deposition of blood platelets along the damaged length of the newly opened blood vessel followed by formation of a fibrin/red blood cell thrombus. Recently, intravascular stents have been examined as a means of preventing acute reclosure after PTCA.

Restenosis (chronic reclosure) after angioplasty is a more gradual process than acute reocclusion: 30% of patients with subtotal lesions and 50% of patients with chronic total lesions will go on to restenosis after angioplasty. While the exact mechanism for restenosis is still under active investigation, the general aspects of the restenosis process have been identified:

In the normal arterial will, smooth muscle cells (SMC) proliferate at a low rate (<0.1%/day; ref). SMC in vessel wall exists in a 'contractile' phenotype characterized by 80–90% of the cell cytoplasmic volume occupied with the contractile apparatus. Endoplasmic reticulum, golgi bodies, and free ribosomes are few and located in the perinuclear region. Extracellular matrix surrounds SMC and is rich in heparin-like glycosylaminoglycans which are believed to be responsible for maintaining SMC in the contractile phenotypic state.

Upon pressure expansion of an intracoronary balloon catheter during angioplasty, smooth muscle cells within the arterial wall become injured. Cell derived growth factors such as platelet derived growth factor (PDGF), basic fibroblast growth factor (bFGF), epidermal growth factor (EGF), etc. released from platelets (i.e., PDGF) adhering to the damaged arterial luminal surface, invading macrophages and/or leukocytes, or directly from SMC (i.e., BFGF) provoke a proliferation and migratory response in medial SMC. These cells undergo a phenotypic change from the contractile phenotyope to a 'synthetic' phenotype characterized by only few contractile filament bundles but extensive rough endoplasmic reticulum, golgi and free ribosomes. Proliferation/migration usually begins within 1–2 days post-injury and peaks at 2 days in the media, rapidly declining thereafter (Campbell et al., In: *Vascular Smooth Muscle Cells in Culture*, Campbell, J. H. and Campbell, G. R., Eds, CRC Press, Boca Ration, 1987, pp. 39–55); Clowes, A. W. and Schwartz, S. M., Circ. Res. 56:139–145, 1985).

Finally, daughter synthetic cells migrate to the intimal layer of arterial smooth muscle and continue to proliferate. Proliferation and migration continues until the damaged luminal endothelial layer regenerates at which time proliferation ceases within the intima, usually within 7–14 days postinjury. The remaining increase in intimal thickening which occurs over the next 3–6 months is due to an increase in extracellular matrix rather than cell number. Thus, SMC migration and proliferation is an acute response to vessel injury while intimal hyperplasia is a more chronic response. (Liu et al., Circulation, 79:1374–1387, 1989).

Patients with symptomatic reocclusion require either repeat PTCA or CABG. Because 30–50% of patients undergoing PTCA will experience restenosis, restenosis has clearly limited the success of PTCA as a therapeutic approach to, coronary artery disease. Because SMC proliferation and migration are intimately involved with the pathophysiological response to arterial injury, prevention of SMC proliferation and migration represents a target for pharmacological intervention in the prevention of restenosis.

## SUMMARY OF THE INVENTION

Novel Features and Applications to Stent Technology

Currently, attempts to improve the clinical performance of stents have involved some variation of either applying a coating to the metal, attaching a covering or membrane, or embedding material on the surface via ion bombardment. A stent designed to include reservoirs is a new approach which offers several important advantages over existing technologies.

Local Drug Delivery from a Stent to Inhibit Restenosis

In this application, it is desired to deliver a therapeutic agent to the site of arterial injury. The conventional approach has been to incorporate the therapeutic agent into a polymer material which is then coated on the stent. The ideal coating material must be able to adhere strongly to the metal stent both before and after expansion, be capable of retaining the drug at a sufficient load level to obtain the required dose, be able to release the drug in a controlled way over a period of several weeks, and be as thin as possible so as to minimize the increase in profile. In addition, the coating material should not contribute to any adverse response by the body (i.e., should be non-thrombogenic, non-inflammatory, etc.). To date, the ideal coating material has not been developed for this application.

An alternative would be to design the stent to contain reservoirs which could be loaded with the drug. A coating or membrane of biocompatable material could be applied over the reservoirs which would control the diffusion of the drug from the reservoirs to the artery wall.

One advantage of this system is that the properties of the coating can be optimized for achieving superior biocompatibility and adhesion properties, without the addition requirement of being able to load and release the drug. The size, shape, position, and number of reservoirs can be used to control the amount of drug, and therefore the dose delivered.

## DESCRIPTION OF THE DRAWINGS

The invention will be better understood in connection with the following figures in which

FIGS. 1 and 1A are top views and section views of a stent containing reservoirs as described in the present invention;

FIGS. 2*a* and 2*b* are similar views of an alternate embodiment of the stent with open ends;

FIGS. 3*a* and 3*b* are further alternate figures of a device containing a grooved reservoir; and

FIG. 4 is a layout view of a device containing a reservoir as in FIG. 3.

## DETAILED DESCRIPTION OF THE INVENTION

Pharmacological attempts to prevent restenosis by pharmacologic means have thus far been unsuccessful and all involve systemic administration of the trial agents. Neither aspirin-dipyridamole, ticlopidine, acute heparin administration, chronic warfarin (6 months) nor methylprednisolone have been effective in preventing restenosis although platelet inhibitors have been effective in preventing acute reocclusion after angioplasty. The calcium antagonists have also been unsuccessful in preventing restenosis, although they are still under study. Other agents currently under study include thromboxane inhibitors, prostacyclin mimetics, platelet membrane receptor blockers, thrombin inhibitors and angiotensin converting enzyme inhibitors. These agents must be given systemically, however, and attainment of a therapeutically effective dose may not be possible; antiproliferative (or anti-restenosis) concentrations may exceed the known toxic concentrations of these agents so that levels sufficient to produce smooth muscle inhibition may not be reached (Lang et al., 42 Ann. Rev. Med., 127–132 (1991); Popma et al., 84 *Circulation,* 1426–1436 (1991)).

Additional clinical trials in which the effectiveness for preventing restenosis of dietary fish oil supplements, thromboxane receptor antagonists, cholesterol lowering agents, and serotonin antagonists has been examined have shown either conflicting or negative results so that no pharmacological agents are as yet clinically available to prevent post-angioplasty restenosis (Franklin, S. M. and Faxon, D. P., 4 Coronary Artery Disease, 232–242 (1993); Serruys, P. W. et al., 88 *Circulation,* (part 1) 1588–1601, (1993).

Conversely, stents have proven useful in preventing reducing the proliferation of restenosis. Stents, such as the stent **10** seen in layout in FIG. 4, balloon-expandable slotted metal tubes (usually but not limited to stainless steel), which when expanded within the lumen of an angioplastied coronary artery, provide structural support to the arterial wall. This support is helpful in maintaining an open path for blood flow. In two randomized clinical trials, stents were shown to increase angiographic success after PTCA, increase the stenosed blood vessel lumen and to reduce the lesion recurrence at 6 months (Serruys et al., 331 New Eng Jour. Med, 495, (1994); Fischman et al., 331 New Eng Jour. Med, 496–501 (1994). Additionally, in a preliminary trial, heparin coated stents appear to possess the same benefit of reduction in stenosis diameter at follow-up as was observed with non-heparin coated stents. Additionally, heparin coating appears to have the added benefit of producing a reduction in sub-acute thrombosis after stent implantation (Serruys et al., 93 Circulation, 412–422, (1996). Thus, 1) sustained mechanical expansion of a stenosed coronary artery has been shown to provide some measure of restenosis prevention, and 2) coating of stents with heparin has demonstrated both the feasibility and the clinical usefulness of delivering drugs to local, injured tissue off the surface of the stent.

Numerous agents are being actively studied as antiproliferative agents for use in restenosis and have shown some activity in experimental animal models. These include: heparin and heparin fragments (Clowes and Karnovsky, 265 Nature, 25–626, (1977); Guyton, J. R. et al. 46 Circ. Res., 625–634, (1980); Clowes, A. W. and Clowes, M. M., 52 Lab.

Invest., 611–616, (1985); Clowes, A. W. and Clowes, M. M., 58 Circ. Res., 839–845 (1986); Majesky et al., 61 Circ Res., 296–300, (1987); Snow et al., 137 Am. J. Pathol., 313–330 (1990); Okada, T. et al., 25 *Neurosurgery*, 92–898, (1989) colchicine (Currier, J. W. et al., 80 *Circulation*, 11–66, (1989), taxol (ref), agiotensin converting enzyme (ACE) inhibitors (Powell, J. S. et al., 245 Science, 186–188 (1989), angiopeptin (Lundergan, C. F. et al., 17 Am. J. Cardiol. (Suppl. B); 132B–136B (1991), Cyclosporin A (Jonasson, L. et. al., 85 Proc. Nati, Acad. Sci., 2303 (1988), goat-anti-rabbit PDGF antibody (Ferns, G. A. A., et al., 253 Science, 1129–1132 (1991), terbinafine (Nemecek, G. M. et al., 248 J. Pharmacol. Exp. Thera., 1167–11747 (1989), trapidil (Liu, M. W. et al., 81 *Circulation*, 1089–1093 (1990), interferon-gamma (Hansson, G. K. and Holm, 84 J. Circulation, 1266–1272 (1991), steroids (Colburn, M. D. et al., 15 J. Vasc. Surg., 510–518 (1992), see also Berk, B. C. et al., 17 J. Am. Coll. Cardiol., 111B–117B (1991), ionizing radiation (ref), fusion toxins (ref) antisense oligonucleotides (ref), gene vectors (ref), and rapamycin (see below).

Of particular interest in rapamycin. Rapamycin is a macrolide antibiotic which blocks IL-2-mediated T-cell proliferation and possesses antiinflammatory activity. While the precise mechanism of rapamycin is still under active investigation, rapamycin has been shown to prevent the $G_1$ to S phase progression of T-cells through the cell cycle by inhibiting specific cell cyclins and cyclin-dependent protein kinases (Siekierka, Immunol. Res. 13: 110–116, 1994). The antiproliferative action of rapamycin is not limited to T-cells; Marx et al. (Circ Res 76:412–417, 1995) have demonstrated that rapamycin prevents proliferation of both rat and human SMC in vitro while Poon et al. have shown the rat, porcine, and human SMC migratin can also be inhibited by rapamycin (J Clin Invest 98: 2277–2283, 1996). Thus, rapamycin is capable of inhibiting both the inflammatory response known to occur after arterial injury and stent implantation, as well as the SMC hyperproliferative response. In fact, the combined effects of rapamycin have been demonstrated to result in a diminished SMC hyperproliferative response in a rat femoral artery graft model and in both rat and porcine arterial balloon injury models (Gregory et al., Transplantation 55:1409–1418, 1993; Gallo et al., in press, (1997)). These observations clearly support the potential use of rapamycin in the clinical setting of post-angioplasty restenosis.

Although the ideal agent for restenosis has not yet been identified, some desired properties are clear: inhibition of local thrombosis without the risk systemic bleeding complications and continuous and prevention of the dequale of arterial injury, including local inflammation and sustained prevention smooth muscle proliferation at the site of angioplasty without serious systemic complications. Inasmuch as stents prevent at least a portion of the restenosis process, an agent which prevents inflammation and the proliferation of SMC combined with a stent may provide the most efficacious treatment for post-angioplasty restenosis.

Experiments

Agents: Rapamycin (sirolimus) structural analogs (macrocyclic lactones) and inhibitors of cell-cycle progression.

Delivery Methods:

These can vary:

- Local delivery of such agents (rapamycin) from the struts of a stent, from a stent graft, grafts, stent cover or sheath.
- Involving comixture with polymers (both degradable and nondegrading) to hold the drug to the stent or graft.

- or entrapping the drug into the metal of the stent or graft body which has been modified to contain micropores or channels, as will be explained further herein.
- or including covalent binding of the drug to the stent via solution chemistry techniques (such as via the Carmeda process) or dry chemistry techniques (e.g. vapour deposition methods such as rf-plasma polymerization) and combinations thereof.
- Catheter delivery intravascularly from a tandem balloon or a porous balloon for intramural uptake
- Extravascular delivery by the pericardial route
- Extravascular delivery by the advential application of sustained release formulations.

Uses: for inhibition of cell proliferation to prevent neointimal proliferation and restenosis.

- prevention of tumor expansion from stents
- prevent ingrowth of tissue into catheters and shunts inducing their failure.

1. Experimental Stent Delivery Method—Delivery from Polymer Matrix:

Solution of Rapamycin, prepared in a solvent miscible with polymer carrier solution, is mixed with solution of polymer at final concentration range 0.001 weight % to 30 weight % of drug. Polymers are biocompatible (i.e., not elicit any negative tissue reaction or promote mural thrombus formation) and degradable, such as lactone-based polyesters or copolyesters, e.g., polylactide, polycaprolacton-glycolide, polyorthoesters, polyanhydrides; poly-aminoacids; polysaccharides; polyphosphazenes; poly (ether-ester) copolymers, e.g., PEO-PLLA, or blends thereof. Nonabsorbable biocompatible polymers are also suitable candidates. Polymers such as polydimethylsiolxane; poly(ethylene-vingylacetate); acrylate based polymers or copolymers, e.g., poly(hydroxyethyl methylmethacrylate, polyvinyl pyrrolidinone; fluorinated polymers such as polytetrafluoroethylene; cellulose esters.

Polymer/drug mixture is applied to the surfaces of the stent by either dip-coating, or spray coating, or brush coating or dip/spin coating or combinations thereof, and the solvent allowed to evaporate to leave a film with entrapped rapamycin.

2. Experimental Stent Delivery Method—Delivery from Microporous Depots in Stent Through a Polymer Membrane Coating:

Stent, whose body has been modified to contain micropores or channels is dipped into a solution of Rapamycin, range 0.001 wt % to saturated, in organic solvent such as acetone or methylene chloride, for sufficient time to allow solution to permeate into the pores. (The dipping solution can also be compressed to improve the loading efficiency.) After solvent has been allowed to evaporate, the stent is dipped briefly in fresh solvent to remove excess surface bound drug. A solution of polymer, chosen from any identified in the first experimental method, is applied to the stent as detailed above. This outerlayer of polymer will act as diffusion-controller for release of drug.

3. Experimental Stent Delivery Method—Delivery via Lysis of a Covalent Drug Tether

Rapamycin is modified to contain a hydrolytically or enzymatically labile covalent bond for attaching to the surface of the stent which itself has been chemically derivatized to allow covalent immobilization. Covalent bonds such as ester, amides or anhydrides may be suitable for this.

4. Experimental Method—Pericardial Delivery

A: Polymeric Sheet Rapamycin is combined at concentration range previously highlighted, with a degradable

polymer such as poly(caprolactone-gylcolide) or non-degradable polymer, e.g., polydimethylsiloxane, and mixture cast as a thin sheet, thickness range 10μ to 1000 μ. The resulting sheet can be wrapped perivascularly on the target vessel. Preference would be for the absorbable polymer.

B: Conformal Coating: Rapamycin is combined with a polymer that has a melting temperature just above 37° C., range 40°–45° C. Mixture is applied in a molten state to the external side of the target vessel. Upon cooling to body temperature the mixture solidifies conformally to the vessel wall. Both non-degradable and absorbable biocompatible polymers are suitable.

As seen in the figures it is also possible to modify currently manufactured stents in order to adequately provide the drug dosages such as rapamycin. As seen in FIGS. 1*a*, 2*a* and 3*a*, any stent strut **10**, **20**, **30** can be modified to have a certain reservoir or channel **11**, **21**, **31**. Each of these reservoirs can be open or closed as desired. These reservoirs can hold the drug to be delivered. FIG. **4** shows a stent **40** with a reservoir **45** created at the apex of a flexible strut. Of course, this reservoir **45** is intended to be useful to deliver rapamycin or any other drug at a specific point of flexibility of the stent. Accordingly, this concept can be useful for "second generation" type stents.

In any of the foregoing devices, however, it is useful to have the drug dosage applied with enough specificity and enough concentration to provide an effective dosage in the lesion area. In this regard, the reservoir size in the stent struts must be kept at a size of about 0.0005" to about 0.003". Then, it should be possible to adequately apply the drug dosage at the desired location and in the desired amount.

These and other concepts will are disclosed herein. It would be apparent to the reader that modifications are possible to the stent or the drug dosage applied. In any event, however, the any obvious modifications should be perceived to fall within the scope of the invention which is to be realized from the attached claims and their equivalents.

What is claimed is:

1. A stent having a coating containing rapamycin or its analogs, wherein said rapamycin or said analogs are contained in the coating at a weight percentage of 0.0001% to 30%, said stent further comprising:

a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said coating applied to said strut, and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a reservoir of said rapamycin containing coating applied therein.

2. A stent having a coating containing rapamycin or its analogs, wherein said rapamycin or said analogs are contained in the coating at a weight percentage of 0.0001% to 30%, wherein the coating is a polymers said stent further comprising:

a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said coating applied to said strut, and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a reservoir of said rapamycin containing coating applied therein.

3. A stent containing a polymer and rapamycin or its analogs wherein said rapamycin or its analogs are contained in a therapeutically beneficial amount to combat restenosis, said stent further comprising:

a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said coating applied to said strut, and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a reservoir of said rapamycin containing coating applied therein.

4. A stent having a coating containing rapamycin or its analogs, wherein said rapamycin or said analogs are contained in the coating at a weight percentage of 0.0001% to 30%, said stent further comprising:

a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said coating applied to said struts.

5. A stent having a coating containing rapamycin or its analogs, wherein said rapamycin or said analogs are contained in the coating at a weight percentage of 0.0001% to 30%, wherein the coating is a polymer, said stent further comprising:

a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said coating applied to said struts.

6. A stent containing a polymer and rapamycin or its analogs wherein said rapamycin or its analogs are contained in a therapeutically beneficial amount to combat restenosis, said stent further comprising:

a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said coating applied to said struts.

* * * * *

# EXHIBIT 4

| 10/951,385 | LOCAL DELIVERY OF RAPAMYCIN FOR TREATMENT OF PROLIFERATIVE SEQUELAE ASSOCIATED WITH PTCA PROCEDURES,INCLUDING DELIVERY USING A MODIFIED STENT | 02-14-2008::13:03:46 |
|---|---|---|

**Bibliographic Data**

| | | | |
|---|---|---|---|
| Application Number: | 10/951,385 | Customer Number: | - |
| Filing or 371 (c) Date: | 09-28-2004 | Status: | Patented Case |
| Application Type: | Utility | Status Date: | 05-09-2007 |
| Examiner Name: | GHERBI, SUZETTE JAIME J | Location: | ELECTRONIC |
| Group Art Unit: | 3738 | Location Date: | - |
| Confirmation Number: | 7537 | Earliest Publication No: | US 2005-0085902 A1 |
| Attorney Docket Number: | JJI-51-CON2 | Earliest Publication Date: | 04-21-2005 |
| Class / Subclass: | 623/001.420 | Patent Number: | 7,223,286 |
| First Named Inventor: | Carol Wright , Somerset, NJ | Issue Date of Patent: | 05-29-2007 |

| | |
|---|---|
| Title of Invention: | LOCAL DELIVERY OF RAPAMYCIN FOR TREATMENT OF PROLIFERATIVE SEQUELAE ASSOCIATED WITH PTCA PROCEDURES,INCLUDING DELIVERY USING A MODIFIED STENT |

Close Window

Attorney Docket No: JJI-51-CON2

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Carol Wright et al. Group Art Unit:

Serial No.: Continuation of 10/408,328 Examiner:

Filed: Continuation filed on April 7, 2003 Attorney Docket: JJI-51-CON2

Title: Local Delivery of Rapamycin For Treatment of Proliferative Sequelae Associates with PTCA Procedures, Including Delivery Using a Modified Stent

Honorable Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

PRELIMINARY AMENDMENT

Prior to calculating the filing fee, please amend the application as follows.

Attorney Docket No: JJI-51-CON2

AMENDMENT TO THE ABSTRACT

Please substitute the following for the Abstract of the Disclosure:

--Methods of preparing intravascular stents with a polymeric coating containing macrocyclic lactone (such as rapamycin or its analogs), stents and stent graphs with such coatings, and methods of treating a coronary artery with such devices. The macrocyclic lactone-based polymeric coating facilitates the performance of such devices in inhibiting restenosis.--

Attorney Docket No: JJI-51-CON2

STATEMENT OF THE CLAIMS

1 - 3 (cancelled)

4. (new) A method of treating a coronary artery, comprising:

locating a stent having a coating containing macrocylic lactone in the coronary artery, said coating formed from a polymer mixed carrier containing the macrocyclic lactone, and said coating applied to said stent; and

expanding said stent in the coronary artery such that said coating is in contact with the coronary artery.

5. (new) A method of treating a coronary artery, comprising:

locating a stent having a coating containing macrocyclic lactone in the coronary artery, wherein said macrocyclic lactone is contained in the coating at a weight percentage of 0.0001% to 30%; and

expanding said stent in the coronary artery such that said coating is in contact with the coronary artery.

6. (new) A method of treating a coronary artery, comprising:

locating a stent having a coating containing macrocyclic lactone in the coronary artery, said coating formed from a polymer mixed carrier containing the macrocyclic lactone, and said coating applied to said stent; and

expanding said stent in the coronary artery such that said coating is in contact with the coronary artery, wherein,

said stent comprises a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts with a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a reservoir of said macrocyclic lactone coating applied therein.

7. (new) A method of treating a coronary artery, comprising:

locating a stent graft having a coating containing rapamycin or its analogs in the coronary artery, said coating formed from a polymer mixed carrier containing the rapamycin or its analogs, and said coating applied to said stent graft; and

expanding said stent graft in the coronary artery such that said coating is in contact with the coronary artery at one or more locations.

8. (new) A method of treating a coronary artery, comprising:

locating a stent graft having a coating containing rapamycin or its analogs in the coronary artery, wherein said rapamycin or said analogs are contained in the coating at a weight percentage of 0.0001% to 30%; and

expanding said stent graft in the coronary artery such that said coating is in contact with the coronary artery at one or more locations.

9. (new) A stent graft having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone; and said coating applied to said stent graft; wherein the polymer is biocompatible and degradable; and wherein the polymer is chosen from: lactone-based polyesters, lactone-based copolyesters; polyanhydrides; polyaminoacids; polysaccharides; polyphosphazenes; poly(ether-ester) copolymers, and blends of such polymers.

10. (new) A stent graft having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone; and said coating applied to said stent graft; and wherein the polymer is chosen from: lactone-based polyesters, lactone-based copolyesters; polyanhydrides; polyaminoacids; polysaccharides; polyphosphazenes; poly(ether-ester) copolymers, and blends of such polymers.

11. (new) A stent graft having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone; and said coating applied to said stent graft; wherein the polymer is nonabsorbable; and wherein the polymer is chosen from: polydimethylsiolxane; poly(ethylene)vinylacetate; poly(hydroxy)ethylmethylmethacrylate, polyvinyl pyrrolidone; polytetrafluoroethylene; and cellulose esters.

12. (new) A stent graft having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone; and said coating applied to said stent graft; and wherein the polymer is chosen from: polydimethylsiolxane; poly(ethylene)vinylacetate; poly(hydroxy)ethylmethylmethacrylate, polyvinyl pyrrolidone; polytetrafluoroethylene; and cellulose esters.

13. (new) A stent graft having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone; and said coating applied to said stent graft; and further comprising: a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said applied to said strut, and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a reservoir of said rapamycin coating applied therein.

14. (new) A stent graft having a coating containing macrocyclic lactone, wherein said macrocyclic lactone is contained in the coating at a weight percentage of 0.0001% to 30%, wherein the coating is a polymer.

15. (new) A stent graft containing a polymer and macrocyclic lactone wherein said macrocyclic lactone is contained in a therapeutically beneficial amount to combat restenosis.

16. (new) A method for preparing a stent, comprising:

preparing a solution containing a polymer and macrocyclic lactone, wherein said macrocyclic lactone is in a concentration range of 0.001 weight % to 30 weight % in said solution; and

applying said solution to a surface of said stent; and

allowing said solution to leave a film with entrapped macrocyclic lactone as a coating on the stent.

17. (new) A method for preparing a stent graft, comprising:

preparing a solution containing a polymer and macrocyclic lactone, wherein said macrocyclic lactone is in a concentration range of 0.001 weight % to 30 weight % in said solution; and

applying said solution to a surface of said stent graft; and

allowing said solution to leave a film with entrapped macrocyclic lactone as a coating on the stent graft.

18. (new) A method for preparing a stent, comprising:

preparing a solution of macrocyclic lactone in an organic solvent, said macrocyclic lactone constituting 0.001 weight % to saturated in said solution; and

applying said solution to a surface of said stent, said stent having micropores or channels; and

allowing said solution to permeate into said pores.

19. (new) A method for preparing a stent, comprising:

modifying a macrocyclic lactone to contain a hydrolytically or enzymatically labile covalent bond;

chemically preparing a surface of the stent to permit covalent bonding of the modified macrocyclic lactone to the surface; and

attaching the modified macrocyclic lactone to the surface of the stent via covalent bonding.

20. (new) The stent prepared according to the method of claim 19.

21. (new) A stent having a coating containing a macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone, and said coating applied to said stent.

22. (new) The stent of claim 21, wherein the stent is dip-coated.

23. (new) The stent of claim 21, wherein the stent is sprayed with said coating.

24. (new) A stent having a coating containing a macrocyclic lactone, wherein said macrocyclic lactone is contained in the coating at a weight percentage of 0.0001% to 30%.

25. (new) The stent of claim 24, wherein a polymer is mixed to the macrocyclic lactone.

26. (new) The stent of claim 24, wherein a polymer is bound to the macrocyclic lactone.

27. (new) The stent of claim 24, wherein the macrocyclic lactone is entrapped on the surface of the stent by a polymer.

28. (new) A stent having a coating containing a macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone, and said coating applied to said stent, wherein the polymer is biocompatible and degradable, and wherein the polymer is chosen from: lactone-based polyesters, lactone-based copolyesters; polyanhydrides; polyaminoacids; polysaccharides; polyphosphazenes; poly(ether-ester) copolymers, and blends of such polymers.

29. (new) A stent having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone or its analogs. and said coating applied to said stent, and wherein the polymer is chosen from: lactone-based polyesters, lactone-based copolyesters; polyanhydrides; polyaminoacids; polysaccharides; polyphosphazenes; poly(ether-ester) copolymers, and blends of such polymers.

30. (new) A stent having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone, and said coating applied to said stent, wherein the polymer is nonabsorbable, and wherein the polymer is chosen from: polydimethylsiolxane; poly(ethylene)vinylacetate; poly(hydroxy)ethylmethylmethacrylate, polyvinyl pyrrolidone; polytetrafluoroethylene; and cellulose esters.

31. (new) A stent having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone, and said coating applied to said stent, and wherein the polymer is chosen from: polydimethylsiolxane; poly(ethylene)vinylacetate; poly(hydroxy)ethylmethylmethacrylate, polyvinyl pyrrolidone; polytetrafluoroethylene; and cellulose esters.

32. (new) A stent having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic. and said coating applied to said stent, and further comprising:

a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said applied to said strut, and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a reservoir of said macrocyclic lactone coating applied therein.

33. (new) A stent having a coating containing macrocyclic, wherein said macrocyclic lactone are contained in the coating at a weight percentage of 0.0001% to 30%, wherein the coating is a polymer.

34. (new) The stent of claim 33, wherein said polymer is mixed to the macrocyclic lactone.

35. (new) The stent of claim 33, wherein said polymer is bound to the macrocyclic lactone.

36. (new) The stent of claim 33, wherein the macrocyclic lactone is entrapped on the surface of the stent by said polymer.

37. (new) A stent containing a polymer and macrocyclic lactone wherein said macrocyclic lactone are contained in a therapeutically beneficial amount to combat restenosis.

38. (new) The stent of claim 37, wherein said polymer is mixed to the macrocyclic lactone.

39. (new) The stent of claim 37, wherein said polymer is bound to the macrocyclic lactone.

40. (new) The stent of claim 37, wherein the macrocyclic lactone is entrapped on the surface of the stent by said polymer.

41. (new) A stent having a coating containing macrocyclic lactone, wherein said macrocyclic lactone is contained in the coating at a weight percentage of 0.0001% to 30%, said stent further comprising a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said coating applied to at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said at least one strut, said channel containing a reservoir of said macrocyclic lactone contained coating applied therein.

42. (new) A stent having a coating containing macrocyclic lactone, wherein said macrocyclic lactone is contained in the coating at a weight percentage of 0.0001% to 30%, wherein the coating is a polymer, said stent further comprising a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said coating applied to at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said at least one strut, said channel containing a reservoir of said macrocyclic lactone contained coating applied therein.

43. (new) A stent containing a polymer and macrocyclic lactone wherein said macrocyclic lactone is contained in a therapeutically beneficial amount to combat restonosis, said stent further comprising a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said coating applied to at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said at least one strut, said channel containing a reservoir of said macrocyclic lactone contained coating applied therein.

44. (new) A stent having a coating containing macrocyclic lactone, wherein said macrocyclic lactone is contained in the coating at a weight percentage of 0.00001% to 30%, said stent further comprising a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said coating applied to said struts.

45. (new) A stent having a coating containing macrocyclic lactone, wherein said macrocyclic lactone is contained in the coating at a weight percentage of 0.00001% to 30%, wherein the coating is a polymer, said stent further comprising a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said coating applied to said struts.

46. (new) A stent containing a polymer and macrocyclic lactone wherein said macrocyclic lactone is contained in a therapeutically beneficial amount to combat restenosis, said stent further comprising a generally thin walled cylinder, said cylinder containing a plurality of generally solid stuts, said coating applied to said struts.

47. (new) A stent comprising:

a generally thin walled cylinder, said cylinder containing a plurality of struts, said struts having a generally uniform thickness; and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a therapeutic agent applied therein and wherein the therapeutic agent is macrocyclic lactone.

48. (new) The stent of claim 47, wherein said channel is rectangular in shape.

49. (new) The stent of claim 48, wherein said channel is laser cut into said strut.

50. (new) A stent comprising:

a generally thin walled cylinder, said cylinder containing a plurality of struts, said struts expandable dependent on the amount of force applied to said strut, and said struts having a generally uniform thickness; and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a therapeutic agent applied therein; and

wherein said therapeutic agent is macrocylic lactone.

51. (new) A stent comprising a generally thin walled cylinder, said cylinder containing a plurality of struts, said struts expandable dependent on the amount of force applied to said strut, and said struts having a generally uniform thickness; and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a therapeutic agent applied therein; and
wherein said channel has a generally rectangular perimeter; and wherein said therapeutic agent is macrocylic lactone coated to said channel.

52. (new) A stent comprising a generally thin walled structure containing a plurality of struts, the struts expandable to assume the shape of a lumen into which the stent is emplaced, said struts having a thickness, and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a therapeutic agent applied therein and wherein the therapeutic agent is macrocyclic lactone.

53. (new) A stent graft having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone; and said coating applied to said stent graft.

54. (new) A stent graft having a coating containing macrocyclic lactone, wherein said macrocyclic lactone are contained in the coating at a weight percentage of 0.0001% to 30%.

55. (new) A stent graft having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone; and said coating applied to said stent graft; wherein the polymer is biocompatible and degradable; and wherein the polymer is chosen from: lactone-based polyesters, lactone-based copolyesters; polyanhydrides; polyaminoacids; polysaccharides; polyphosphazenes; poly(ether-ester) copolymers, and blends of such polymers.

56. (new) A stent graft having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone; and said coating applied to said stent graft; and wherein the polymer is chosen from: lactone-based polyesters, lactone-based copolyesters; polyanhydrides; polyaminoacids; polysaccharides; polyphosphazenes; poly(ether-ester) copolymers, and blends of such polymers.

57. (new) A stent graft having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone; and said coating applied to said stent graft; wherein the polymer is nonabsorbable; and wherein the polymer is chosen from: polydimethylsiolxane; poly(ethylene)vinylacetate; poly(hydroxy)ethylmethylmethacrylate, polyvinyl pyrrolidone; polytetrafluoroethylene; and cellulose esters.

58. (new) A stent graft having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone; and said coating applied to said stent graft; and wherein the polymer is chosen from: polydimethylsiolxane; poly(ethylene)vinylacetate; poly(hydroxy)ethylmethylmethacrylate, polyvinyl pyrrolidone; polytetrafluoroethylene; and cellulose esters.

59. (new) A stent graft having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone; and said coating applied to said stent graft; and further comprising: a generally thin walled cylinder, said cylinder containing a plurality of generally solid struts, said applied to said strut, and a channel formed in at least one of said struts, said channel having a closed perimeter on all sides and an open top, and said channel smaller in all dimensions than said strut, said channel containing a reservoir of said rapamycin coating applied therein.

60. (new) A stent graft having a coating containing macrocyclic lactone, wherein said macrocyclic lactone is contained in the coating at a weight percentage of 0.0001% to 30%, wherein the coating is a polymer.

61. (new) A stent graft containing a polymer and macrocyclic lactone wherein said macrocyclic lactone is contained in a therapeutically beneficial amount to combat restenosis.

62. (new) A stent graft having a coating containing macrocyclic lactone, said coating formed from a polymer mixed carrier containing the macrocyclic lactone; and said coating applied to said stent graft.

63. (new) A stent graft having a coating containing macrocyclic lactone, wherein said macrocyclic lactone is contained in the coating at a weight percentage of 0.0001% to 30%.

Attorney Docket No: JJI-51-CON2

REMARKS

Applicant has amended the application to include new claims. Prompt examination is earnestly requested. Should any issues remain outstanding, the Examiner is invited to call the undersigned attorney of record so that the case may proceed expeditiously to allowance.

Respectfully submitted,

David P. Gordon
Reg. No. 29,996
Attorney for Applicant(s)

GORDON & JACOBSON, P.C.
65 Woods End Road
Stamford, CT 06905
voice: (203) 329-1160
fax: (203) 329-1180
email: dgordon@gordonjacobson.com

September 23, 2004

**DOCKET NO.:** CRDS-0005(JJI-51-CON2)
**Application No.:** 10/951,385
**Office Action Dated:** SUPPLEMENTAL PRELIMINARY AMENDMENT

**PATENT**

OIPE APR 0 7 2006 PATENT & TRADEMARK OFFICE

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Application of:
**Carol Wright, et al.**

Confirmation No.: **7537**

Application No.: **10/951,385**

Group Art Unit: **3731**

Filing Date: **September 28, 2004**

Examiner:

For: **Local Delivery of Rapamycin for Treatment of Proliferative Sequelae Associated with PTCA Procedures, Including Delivery Using a Modified Stent**

**EXPRESS MAIL LABEL NO: EV 816191653 US**
**DATE OF DEPOSIT: April 7, 2006**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

**SUPPLEMENTAL PRELIMINARY AMENDMENT**

consideration is respectfully requested in view of the amendments and/or remarks as indicated below:

☒ **Amendments to the Specification** begin on page 2 of this paper.

☒ **Amendments to the Claims** are reflected in the listing of the claims which begins on page 3 of this paper.

☐ **Amendments to the Drawings** begin on page of this paper and include an attached replacement sheet.

☒ **Remarks** begin on page 12 of this paper.

04/11/2006 WASFAW1 00000026 10951385

01 FC:1202 27500.00 OP
02 FC:1203 360.00 OP

**DOCKET NO.:** CRDS-0005(JJI-51-CON2) **PATENT**
**Application No.:** 10/951,385
**Office Action Dated:** SUPPLEMENTAL PRELIMINARY AMENDMENT

Please amend the **Specification** as follows:

Please insert the following text after the Title, and before the heading "FIELD OF THE INVENTION":

-- CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of Serial No. 10/408,328, filed April 7, 2003, now issued as U.S. Patent No. 6,808,536, which in turn is a continuation of application Serial No. 09/874,117, filed June 4, 2001, now issued as U.S. Patent No. 6,585,764, which is a continuation of application Serial No. 09/061,586, filed April 16, 1998, now issued as U.S. Patent No. 6,273,913, which in turn claims benefit of provisional application Serial No. 60/044,692, filed April 18, 1997. --

Page 2 of 12

BSC-SJA-1873

This listing of claims will replace all prior versions, and listings, of claims in the application.

**Listing of Claims:**

1-63. (canceled)

64. (Newly added) A stent having a coating applied thereto, wherein said coating comprises a biocompatible polymer/drug mixture and said drug is rapamycin or a macrocyclic lactone analog thereof.

65. (Newly added) A stent according to claim 64 comprising a generally thin walled cylinder containing a plurality of generally solid struts to which said coating is applied.

66. (Newly added) A stent according to claim 64 wherein the coating is dip-coated onto the stent.

67. (Newly added) A stent according to claim 64 wherein the coating is spray-coated onto the stent.

68. (Newly added) A stent according to claim 64 wherein said rapamycin or macrocyclic lactone analog thereof is contained in the coating at a weight percentage of about 30%.

69. (Newly added) A stent according to claim 64 wherein the coating comprises a degradable polymer.

70. (Newly added) A stent according to claim 64 wherein the coating comprises a nonabsorbable polymer.

71. (Newly added) A stent according to claim 64 wherein the coating comprises a lactone-based polyester; a lactone-based copolyester; a polyanhydride; a polyaminoacid; a

polysaccharide; a polyphosphazene; a poly(ether-ester) copolymer; a polydimethylsiolxane; a poly(ethylene)vinylacetate; a poly(hydroxy)ethylmethylmethacrylate; an acrylate based polymer; an acrylate based copolymer; a polyvinyl pyrrolidone; a cellulose ester; a fluorinated polymer; or a blend thereof.

72. (Newly added) A stent according to claim.71 wherein the coating comprises a lactone-based polyester.

73. (Newly added) A stent according to claim 71 wherein the coating comprises a lactone-based copolyester.

74. (Newly added) A stent according to claim 71 wherein the coating comprises a polyanhydride.

75. (Newly added) A stent according to claim 71 wherein the coating comprises a polyaminoacid.

76. (Newly added) A stent according to claim 71 wherein the coating comprises a polysaccharide.

77. (Newly added) A stent according to claim 71 wherein the coating comprises a polyphosphazene.

78. (Newly added) A stent according to claim 71 wherein the coating comprises a poly(ether-ester) copolymer.

79. (Newly added) A stent according to claim 71 wherein the coating comprises a polydimethylsiolxane.

80. (Newly added) A stent according to claim 71 wherein the coating comprises a poly(ethylene)vinylacetate.

81. (Newly added) A stent according to claim 71 wherein the coating comprises a poly(hydroxy)ethylmethylmethacrylate.

82. (Newly added) A stent according to claim 71 wherein the coating comprises an acrylate based polymer.

83. (Newly added) A stent according to claim 71 wherein the coating comprises an acrylate based copolymer.

84. (Newly added) A stent according to claim 71 wherein the coating comprises a polyvinyl pyrrolidone.

85. (Newly added) A stent according to claim 71 wherein the coating comprises a cellulose ester.

86. (Newly added) A stent according to claim 71 wherein the coating comprises a fluorinated polymer.

87. (Newly added) A stent according to claim 71 wherein the fluorinated polymer is polytetrafluoroethylene.

88. (Newly added) A stent according to any one of claims 64 to 87 wherein said drug is a macrocyclic lactone analog of rapamycin.

89. (Newly added) A stent according to any one of claims 64 to 87 that provides a controlled release of said rapamycin or macrocyclic lactone analog thereof over a period of several weeks.

90. (Newly added) A stent according to claim 89 wherein said drug is a macrocyclic lactone analog of rapamycin.

91. (Newly added) A stent according to any one of claims 64 to 87 that releases said rapamycin or macrocyclic lactone analog thereof over a period of at least 14 days.

92. (Newly added) A stent according to claim 91 wherein said drug is a macrocyclic lactone analog of rapamycin.

93. (Newly added) A stent according to any one of claims 64 to 87 wherein said rapamycin or macrocyclic lactone analog thereof is present in a therapeutically beneficial amount to inhibit neointimal proliferation.

94. (Newly added) A stent according to claim 93 wherein said drug is a macrocyclic lactone analog of rapamycin.

95. (Newly added) A stent according to claim 94 that releases said macrocyclic lactone analog of rapamycin over a period of at least 14 days.

96. (Newly added) A stent according to claim 95 wherein the coating comprises a fluorinated polymer.

97. (Newly added) A stent according to claim 96 wherein the coating further comprises an acrylate based polymer or copolymer.

98. (Newly added) A stent according to claim 94 that provides a controlled release of said rapamycin or macrocyclic lactone analog thereof over a period of several weeks.

99. (Newly added) A stent according to claim 98 wherein the coating comprises a fluorinated polymer.

100. (Newly added) A stent according to claim 99 wherein the coating further comprises an acrylate based polymer or copolymer.

101. (Newly added) A stent according to claim 65 further comprising a channel formed in at least one of said struts.

102. (Newly added) A stent according to claim 101, wherein said channel has a closed perimeter on all sides, an open top and a generally rectangular perimeter, and said channel is smaller in all dimensions than said strut.

103. (Newly added) A device comprising a metallic stent, a biocompatible polymeric carrier and a drug, wherein said drug is rapamycin or a macrocyclic lactone analog thereof and is present in an amount effective to inhibit neointimal proliferation.

104. (Newly added) A device according to claim 103 wherein said polymeric carrier and drug are mixed together.

105. (Newly added) A device according to claim 103 wherein said polymeric carrier is bound to the drug.

106. (Newly added) A device according to claim 103 wherein the drug is entrapped on the surface of the stent by said polymeric carrier.

107. (Newly added) A device according to claim 103 wherein said stent comprises a generally thin walled cylinder containing a plurality of generally solid struts to which said polymeric carrier and drug are applied.

108. (Newly added) A device according to claim 103 wherein the polymeric carrier and drug are dip-coated onto the stent.

109. (Newly added) A device according to claim 103 wherein the polymeric carrier and drug are spray-coated onto the stent.

110. (Newly added) A device according to claim 103 wherein the weight ratio of drug to polymeric carrier is about 3:7.

113. (Newly added) A device according to claim 103 wherein the polymeric carrier comprises a degradable polymer.

112. (Newly added) A device according to claim 103 wherein the polymeric carrier comprises a nonabsorbable polymer.

113. (Newly added) A device according to claim 103 wherein the polymeric carrier comprises a lactone-based polyester; a lactone-based copolyester; a polyanhydride; a polyaminoacid; a polysaccharide; a polyphosphazene; a poly(ether-ester) copolymer; a polydimethylsiolxane; a poly(ethylene)vinylacetate; a poly(hydroxy)ethylmethylmethacrylate; an acrylate based polymer; an acrylate based copolymer; a polyvinyl pyrrolidone; a cellulose ester; a fluorinated polymer; or a blend thereof.

114. (Newly added) A device according to claim 113 wherein the polymeric carrier comprises a lactone-based polyester.

115. (Newly added) A device according to claim 113 wherein the polymeric carrier comprises a lactone-based copolyester.

116. (Newly added) A device according to claim 113 wherein the polymeric carrier comprises a polyanhydride.

117. (Newly added) A device according to claim 113 wherein the polymeric carrier comprises a polyaminoacid.

**DOCKET NO.:** CRDS-0005(JJI-51-CON2) **PATENT**
**Application No.:** 10/951,385

9. It is therefore my opinion that Guidant is making a product in the United States to support the European launch that is unquestionably within the scope of at least claims 103 and 130 of the instant application, and that a patent containing these claims could immediately be asserted upon issue.

10. I have a knowledge of the pertinent prior art by virtue of the prosecution histories of the parents of the instant application and other patents owned by the assignee of the instant application. All such material art is provided to the Examiner as

☒ having been filed
☒ being filed

in a respective Information Disclosure Statement.

10. I declare further that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Date: August 7, 2006

S. Maurice Valla
Registration No. 43,966

Woodcock Washburn LLP
One Liberty Place - 46th Floor
Philadelphia PA 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

© 2005 WW

# EXHIBIT 5

EXHIBIT 6

[Print this page]

# Guidant Announces Enrollment of First Patient in FUTURE III Clinical Trial in Europe

Everolimus Eluting Stent Trial Will Provide Additional Safety and Performance Data

**Indianapolis, Ind. and Santa Clara, Calif. — April 5, 2004 —** Guidant Corporation (NYSE: GDT) today announced that the first patient has been enrolled in FUTURE III, an 800-patient clinical trial that will provide additional safety and performance data to support market launch of Guidant's investigational CHAMPION™ Everolimus Eluting Coronary Stent System outside the United States.

"The initiation of FUTURE III is a significant milestone for Guidant's drug eluting stent program and will provide a deeper understanding of the benefits of everolimus eluting stents for the treatment of coronary artery disease," said Dana G. Mead, Jr., president, Guidant Vascular Intervention. "The start of this new trial demonstrates our confidence in the clinical performance of the CHAMPION Stent System and in our drug eluting stent operational capabilities. We expect that the data from FUTURE III will build upon the excellent results from the FUTURE I and FUTURE II clinical trials, which we anticipate will serve as the clinical basis for regulatory approval in Europe."

FUTURE III is a randomized clinical trial comparing the CHAMPION Everolimus Eluting Coronary Stent System to Guidant's MULTI-LINK ZETA® Coronary Stent System at approximately 90 sites in Europe, the Middle East, Asia, Australia, Canada and New Zealand. The primary endpoint of the trial is in-segment late loss (a measurement of the re-narrowing of the vessel caused by tissue re-growth in the area of the artery in which the stent was placed) at four, six and 12 months following stent implantation.

The trial is designed to show superiority of the CHAMPION Everolimus Eluting Coronary Stent System, which approximately 600 patients will receive, over the MULTI-LINK ZETA Coronary Stent System, which approximately 200 patients will receive. The company expects to present 30-day MACE (major adverse cardiac event) data from the first 120 patients enrolled in FUTURE III before the end of 2004.

Dr. Ulrich Gerckens performed the first implant at the Herzzentrum Siegburg in Germany. Prof. Eberhard Grube, also of the Herzzentrum Siegburg, is the principal investigator of FUTURE III. "The CHAMPION Stent System is a very competitive drug eluting stent system. I look forward to presenting the results from FUTURE III. The study will provide significant data on the use of the bioabsorbable polymer," said Prof. Grube.

Guidant plans to file the third and final module of its submission for Conformité Européenne (CE) Mark approval during the second quarter. The company expects to launch the CHAMPION Everolimus Eluting Coronary Stent System in Europe in the first quarter of 2005, pending regulatory approvals.

## Guidant's Drug Eluting Stent Program

Guidant has been a global innovator in stent technology since 1995, when its first coronary stent for the treatment of heart disease was launched internationally. Since then, the company has consistently been the market leader in metallic stent sales worldwide. Guidant's drug eluting stent program leverages this market-leading position as well as the company's excellent customer relationships built through its world-class sales force. The company's vascular intervention business is focused on developing broad capabilities in drug eluting stents, including product design, clinical science, polymer science and product commercialization. Guidant holds a worldwide exclusive license from Novartis Pharma AG to use everolimus, a novel proliferation-signal inhibitor with potent anti-proliferative and immunosuppressant properties, in drug eluting stents. Guidant has both durable and bioabsorbable polymer drug carriers in development, providing product design flexibility and potentially offering unique clinical benefits.

Guidant gained immediate entry into the U.S. drug eluting stent market in February through an agreement with Cordis

Corporation, a Johnson & Johnson company. Under the terms of the agreement, Guidant co-promotes Cordis' CYPHER™ Sirolimus-eluting Coronary Stent in the United States. Like everolimus, sirolimus has been shown to prevent cellular proliferation and reduce restenosis.

Guidant's first everolimus eluting stent, the CHAMPION Everolimus Eluting Coronary Stent System, utilizes a bioabsorbable polymer on a stainless steel stent platform with Guidant's MULTI-LINK VISION® Delivery System. Guidant's second everolimus eluting stent, the cobalt chromium MULTI-LINK VISION-based stent system currently being evaluated in the SPIRIT FIRST trial, utilizes a durable polymer.

Guidant's clinical trials employing bioabsorbable polymer technology utilize the FUTURE designation in the study name. The company's clinical trials utilizing durable polymer technology are identified by the SPIRIT designation in the study name.

### The FUTURE Clinical Trials

FUTURE I and FUTURE II evaluated safety and performance of an everolimus eluting stent with a bioabsorbable polymer drug carrier and stainless steel stent platform. Results from the FUTURE I and II clinical trials demonstrated safety and efficacy. There was a profound effect in preventing in-stent restenosis (binary angiographic restenosis), with no restenosis at six-month follow-up among patients receiving an everolimus eluting stent (0/46) and an 87 percent reduction of in-stent late loss compared to a metallic stent control.

FUTURE III is an 800-patient clinical trial currently enrolling patients that will provide additional safety and performance data to support market launch of the CHAMPION Everolimus Eluting Stent System outside the United States. Another planned trial, FUTURE IV, is a 975-patient U.S. pivotal trial for the CHAMPION Everolimus Eluting Stent System.

### The SPIRIT Clinical Trials

The initial trial in the SPIRIT series, SPIRIT FIRST, enrolled a total of 60 patients at multiple sites in The Netherlands, Denmark and Germany. The primary endpoint of the study is in-stent late loss at six months. Data from the trial will support filings for both a pivotal trial to obtain approval to market the product in the United States and a larger European study to support market launch outside the United States.

Guidant Corporation is a world leader in the treatment of cardiac and vascular disease. The company pioneers lifesaving technology, giving an opportunity for better life today to millions of cardiac and vascular patients worldwide. Driven by a strong entrepreneurial culture of 12,000 employees, Guidant develops, manufactures and markets a broad array of products and services that enable less invasive care for some of life's most threatening medical conditions. For more information visit www.guidant.com.

<< Back

# EXHIBIT 6

| 11/467,035 | LOCAL DELIVERY OF RAPAMYCIN FOR TREATMENT OF PROLIFERATIVE SEQUELAE ASSOCIATED WITH PTCA PROCEDURES, INCLUDING DELIVERY USING A MODIFIED STENT | 02-14-2008::13:42:29 |
|---|---|---|

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 11/467,035 | Customer Number: | - |
| Filing or 371 (c) Date: | 08-24-2006 | Status: | Patented Case |
| Application Type: | Utility | Status Date: | 04-25-2007 |
| Examiner Name: | GHERBI, SUZETTE JAIME J | Location: | ELECTRONIC |
| Group Art Unit: | 3738 | Location Date: | - |
| Confirmation Number: | 2954 | Earliest Publication No: | US 2007-0021825 A1 |
| Attorney Docket Number: | CRDS-0067 | Earliest Publication Date: | 01-25-2007 |
| Class / Subclass: | 623/001.420 | Patent Number: | 7,217,286 |
| First Named Inventor: | ROBERT FALOTICO , BELL MEAD, NJ (US) | Issue Date of Patent: | 05-15-2007 |

| | |
|---|---|
| Title of Invention: | LOCAL DELIVERY OF RAPAMYCIN FOR TREATMENT OF PROLIFERATIVE SEQUELAE ASSOCIATED WITH PTCA PROCEDURES, INCLUDING DELIVERY USING A MODIFIED STENT |

Close Window

**DOCKET NO.: CRDS-0067** **PATENT**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

**In Re Application of:**

**Carol Wright, Gerard H. Llanos, Ronald Rakos, Kristen King**

**For: LOCAL DELIVERY OF RAPAMYCIN FOR TREATMENT OF PROLIFERATIVE SEQUELAE ASSOCIATED WITH PTCA PROCEDURES, INCLUDING DELIVERY USING A MODIFIED STENT**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

**PATENT APPLICATION TRANSMITTAL LETTER**

**Transmitted herewith for filing, please find:**

☒ A Continuation Application under 37 CFR § 1.53(b).

**The above-identified application includes the following:**

☐ A Request for Nonpublication

☒ A Specification including claims and abstract on pages 1 to 12.

☐ A copy of the specification including claims and abstract (pages - ) and drawings and appendixes (if any) of earlier Application No. filed , to which no new matter has been added. Such earlier application is hereby incorporated into the present application by reference.

☐ A New Unexecuted Declaration or Oath and Power of Attorney.

☐ A New Executed Declaration or Oath and Power of Attorney.

**DOCKET NO.: CRDS-0067** **PATENT**

☒ A copy of the executed oath or declaration filed in parent Application No. 10/951,385, filed on September 28, 2004 is attached.

- ☐ An Associate Power of Attorney executed by who is listed in the copy of the executed Declaration and Power of Attorney filed herewith.
- ☒ A Copy of the Assignee Power of Attorney and Change of Correspondence Address filed in prior Application No. 10/951,385.
- ☐ Signed Statement deleting inventor(s) named in the prior application.

☐ This application claims foreign priority under 35 U.S.C. § 119 of Application No. filed in (Country).

- ☐ A Certified Copy of each of the above applications for which priority is claimed:
  - ☐ is enclosed.
  - ☐ has been filed in prior Application No. filed .

☒ 2 Sheets of Formal Drawings and/or Photographs.

- ☒ Figure 1 should be published.
- ☐ Petition to Accept Color Photographs is enclosed.

☒ This continuation application is assigned of record to Cordis Corporation as evidenced by the assignment recorded on March 30, 2006 at Reel No. 017388 and Frame No. 0110.

☐ A newly Executed Assignment transferring rights to .

- ☐ A Recordation Form Cover Sheet.
- ☐ Recordation Fee - $40.00.

☒ PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT (37 CFR § 1.102 and MPEP § 708.02)

☒ DECLARATION BY ATTORNEY IN SUPPORT OF PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT (MPEP § 708.02)
Including Exhibits 1 thru 9

☐ A Preliminary Amendment is enclosed .

☒ An Application Data Sheet is enclosed.

☐ A Sequence Listing consisting of pages 1- .

**DOCKET NO.: CRDS-0067** **PATENT**

- ☐ Diskette containing Sequence Listing is enclosed.
- ☐ The computer readable form in the above-identified application is identical with that filed in Application Number , filed . In accordance with 37 CFR § 1.821(e), please use the sequence listing filed on and received by the PTO on as the computer readable form filed in that application as the computer readable form for the instant application. It is understood that the Patent and Trademark Office will make the necessary change in application number and filing date for the computer readable form that will be used for the instant application.
- ☐ A paper copy of the Sequence Listing:
  - ☐ was filed in the above-identified parent application on and received by the PTO on .
  - ☐ is included herewith in a separately filed preliminary amendment for incorporation into the specification.
- ☐ A Statement to Support Submission of Sequence Information is enclosed.

☒ Information Disclosure Statement including:

- ☒ Form 1449.
- ☐ Copies of References - listed on the attached Form PTO-1449.

☐ A copy of Petition for Extension of Time as filed in the prior case for copendency.

☐ Appended Material as follows: .

☐☐ Return Receipt Postcard (should be specifically itemized).☐

FEE CALCULATION:

☐ Applicant(s) by its/their undersigned attorney, claims small entity status under 37 CFR § 1.27 as *(CHOOSE ONE: an Independent Inventor, a Small Business Concern, or a Nonprofit Organization).*

**DOCKET NO.: CRDS-0067** **PATENT**

| | | | SMALL ENTITY | | NOT SMALL ENTITY | |
|---|---|---|---|---|---|---|
| | | | RATE | FEE | RATE | FEE |
| UTILITY APPLICATION BASE FEE | | | $150.00 | | $300.00 | $ 300.00 |
| UTILITY EXAMINATION FEE | | | $100.00 | | $200.00 | $ 200.00 |
| UTILITY SEARCH FEE | | | $250.00 | | $500.00 | $ 500.00 |
| UTILITY APPLICATION SIZE FEE | | | $125.00 for each additional 50 pages over the first 100 | | $250.00 for each additional 50 pages over the first 100 | $0 |
| UTILITY APPLICATION; ALL CLAIMS CALCULATED AFTER ENTRY OF ALL AMENDMENTS | | | | | | |
| | No. Filed | No. Extra | | | | |
| TOTAL NO. OF CLAIMS | 8 - 20 = | 0 | $25 each | | $50 each | $0 |
| NO. OF INDEPENDENT CLAIMS | 1 - 3 = | 0 | $100 each | | $200 each | $0 |
| MULTIPLE DEPENDENT CLAIM FEE | | | $180 | | $360 | $ 360.00 |
| ADDITIONAL FILING FEE Petition to Make Special Because of Actual Infringement | | | | | | $ 130.00 |
| TOTAL FILING FEE DUE | | | | | | $1,490.00 |

☐ A Check in the amount of $ .00 is attached. Please charge any deficiency or credit any overpayment to Deposit Account No. 23-3050.

☒ Please charge Deposit Account No. 23-3050 in the amount of **$1,490.00**. This sheet is attached in duplicate.

☒ The Commissioner is hereby requested to grant an extension of time for the appropriate length of time, should one be necessary, in connection with this filing or any future filing submitted to the U.S. Patent and Trademark Office in the above-identified application during the pendency of this application. The Commissioner is further authorized to charge any fees related to any such extension of time to Deposit Account No. 23-3050. This sheet is provided in duplicate.

☒ **Address all correspondence to Customer No. 45511.**

**SHOULD ANY DEFICIENCIES APPEAR** with respect to this application, including deficiencies in payment of fees, missing parts of the application or otherwise, the United States Patent and Trademark Office is respectfully requested to promptly notify the undersigned.

DATE: August 24, 2006

/S. Maurice Valla/
S. Maurice Valla
Registration No. 43,966

CRDS-0067 PATENT

# LOCAL DELIVERY OF RAPAMYCIN FOR TREATMENT OF PROLIFERATIVE SEQUELAE ASSOCIATED WITH PTCA PROCEDURES, INCLUDING DELIVERY USING A MODIFIED STENT

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of Serial No. 10/951,385, filed September 28, 2004, now pending, which in turn is a continuation of Serial No. 10/408,328, filed April 7, 2003, now issued as U.S. Patent No. 6,808,536, which in turn is a continuation of application Serial No. 09/874,117, filed June 4, 2001, now issued as U.S. Patent No. 6,585,764, which is a continuation of application Serial No. 09/061,586, filed April 16, 1998, now issued as U.S. Patent No. 6,273,913, which in turn claims benefit of provisional application Serial No. 60/044,692, filed April 18, 1997. The disclosures of these prior applications are incorporated herein by reference in their entirety.

## FIELD OF THE INVENTION

Delivery of rapamycin locally, particularly from an intravascular stent, directly from micropores in the stent body or mixed or bound to a polymer coating applied on stent, to inhibit neointimal tissue proliferation and thereby prevent restenosis. This invention also facilitates the performance of the stent in inhibiting restenosis.

## BACKGROUND OF THE INVENTION

Re-narrowing (restenosis) of an artherosclerotic coronary artery after percutaneous transluminal coronary angioplasty (PTCA) occurs in 10-50% of patients undergoing this

procedure and subsequently requires either further angioplasty or coronary artery bypass graft. While the exact hormonal and cellular processes promoting restenosis are still being determined, our present understanding is that the process of PTCA, besides opening the artherosclerotically obstructed artery, also injures resident coronary arterial smooth muscle cells (SMC). In response to this injury, adhering platelets, infiltrating macrophages, leukocytes, or the smooth muscle cells (SMC) themselves release cell derived growth factors with subsequent proliferation and migration of medial SMC through the internal elastic lamina to the area of the vessel intima. Further proliferation and hyperplasia of intimal SMC and, most significantly, production of large amounts of extracellular matrix over a period of 3-6 months results in the filling in and narrowing of the vascular space sufficient to significantly obstruct coronary blood flow.

Several recent experimental approaches to preventing SMC proliferation have shown promise althrough the mechanisms for most agents employed are still unclear. Heparin is the best known and characterized agent causing inhibition of SMC proliferation both in vitro and in animal models of balloon angioplasty-mediated injury. The mechanism of SMC inhibition with heparin is still not known but may be due to any or all of the following: 1) reduced expression of the growth regulatory protooncogenes c-fos and c-myc, 2) reduced cellular production of tissue plasminogen activator; are 3) binding and dequestration of growth regulatory factors such as fibrovalent growth factor (FGF).

Other agents which have demonstrated the ability to reduce myointimal thickening in animal models of balloon vascular injury are angiopeptin (a somatostatin analog), calcium channel blockers, angiotensin converting enzyme inhibitors (captopril, cilazapril), cyclosporin A, trapidil (an antianginal, antiplatelet agent), terbinafine (antifungal), colchicine and taxol (antitubulin antiproliferatives), and c-myc and c-myb antinsense oligonucleotides.

Additionally, a goat antibody to the SMC mitogen platelet derived growth factor (PDGF) has been shown to be effective in reducing myointimal thickening in a rat model of balloon angioplasty injury, thereby implicating PDGF directly in the etiology of restenosis. Thus, while no therapy has as yet proven successful clinically in preventing restenosis after angioplasty, the in vivo experimental success of several agents known to inhibit SMC growth suggests that these agents as a class have the capacity to prevent clinical restenosis and deserve careful evaluation in humans.

Coronary heart disease is the major cause of death in men over the age of 40 and in women over the age of fifty in the western world. Most coronary artery-related deaths are due to atherosclerosis. Atherosclerotic lesions which limit or obstruct coronary blood flow are the major cause of ischemic heart disease related mortality and result in 500,000-600,000 deaths in the

United States annually. To arrest the disease process and prevent the more advanced disease states in which the cardiac muscle itself is compromised, direct intervention has been employed via percutaneous transluminal coronary angioplasty (PTCA) or coronary artery bypass graft (CABG) PTCA is a procedure in which a small balloon-tipped catheter is passed down a narrowed coronary artery and then expanded to re-open the artery. It is currently performed in approximately 250,000-300,000 patients each year. The major advantage of this therapy is that patients in which the procedure is successful need not undergo the more invasive surgical procedure of coronary artery bypass graft. A major difficulty with PTCA is the problem of post-angioplasty closure of the vessel, both immediately after PTCA (acute reocclusion) and in the long term (restenosis).

The mechanism of acute reocclusion appears to involve several factors and may result from vascular recoil with resultant closure of the artery and/or deposition of blood platelets along the damaged length of the newly opened blood vessel followed by formation of a fibrin/red blood cell thrombus. Recently, intravascular stents have been examined as a means of preventing acute reclosure after PTCA.

Restenosis (chronic reclosure) after angioplasty is a more gradual process than acute reocclusion: 30% of patients with subtotal lesions and 50% of patients with chronic total lesions will go on to restenosis after angioplasty. While the exact mechanism for restenosis is still under active investigation, the general aspects of the restenosis process have been identified.

In the normal arterial will, smooth muscle cells (SMC) proliferate at a low rate (<0.1%/day; ref). SMC in vessel wall exists in a 'contractile' phenotype characterized by 80-90% of the cell cytoplasmic volume occupied with the contractile apparatus. Endoplasmic reticulum, golgi bodies, and free ribosomes are few and located in the perinuclear region. Extracellular matrix surrounds SMC and is rich in heparin-like glycosylaminoglycans which are believed to be responsible for maintaining SMC in the contractile phenotypic state.

Upon pressure expansion of an intracoronary balloon catheter during angioplasty, smooth muscle cells within the arterial wall become injured. Cell derived growth factors such as platelet derived growth factor (PDGF), basic fibroblast growth factor (bFGF), epidermal growth factor (EGF), etc. released from platelets (i.e., PDGF) adhering to the damaged arterial luminal surface, invading macrophages and/or leukocytes, or directly from SMC (i.e., BFGF) provoke a proliferation and migratory response in medial SMC. These cells undergo a phenotypic change from the contractile phenotyope to a 'synthetic' phenotype characterized by only few contractile filament bundles but extensive rough endoplasmic reticulum, golgi and free ribosomes. Proliferation/migration usually begins within 1-2 days post-injury and peaks at 2 days in the

media, rapidly declining thereafter (Campbell et al., In: Vascular Smooth Muscle Cells in Culture, Campbell, J.H. and Campbell, G.R., Eds, CRC Press, Boca.Ratioh, 1987, pp. 39-55); Clowes, A.W. and Schwartz, S.M., Circ. Res. 56:139-145, 1985).

Finally, daughter synthetic cells migrate to the intimal layer of arterial smooth muscle and continue to proliferate. Proliferation and migration continues until the damaged luminal endothelial layer regenerates at which time proliferation ceases within the intima, usually within 7-14 days postinjury. The remaining increase in intimal thickening which occurs over the next 3-6 months is due to an increase in extracellular matrix rather than cell number. Thus, SMC migration and proliferation is an acute response to vessel injury while intimal hyperplasia is a more chronic response. (Liu et al., Circulation, 79:1374-1387, 1989).

Patients with symptomatic reocclusion require either repeat PTCA or CABG. Because 30-50% of patients undergoing PTCA will experience restenosis, restenosis has clearly limited the success of PTCA as a therapeutic approach to coronary artery disease. Because SMC proliferation and migration are intimately involved with the pathophysiological response to arterial injury, prevention of SMC proliferation and migration represents a target for pharmacological intervention in the prevention of restenosis.

**SUMMARY OF THE INVENTION**

Novel Features and Applications to Stent Technology Currently, attempts to improve the clinical performance of stents have involved some variation of either applying a coating to the metal, attaching a covering or membrane, or embedding material on the surface via ion bombardment. A stent designed to include reservoirs is a new approach which offers several important advantages over existing technologies.

*Local Drug Delivery from a Stent to Inhibit Restenosis*

In this application, it is desired to deliver a therapeutic agent to the site of arterial injury. The conventional approach has been to incorporate the therapeutic agent into a polymer material which is then coated on the stent. The ideal coating material must be able to adhere strongly to the metal stent both before and after expansion, be capable of retaining the drug at a sufficient load level to obtain the required dose, be able to release the drug in a controlled way over a period of several weeks, and be as thin as possible so as to minimize the increase in profile. In addition, the coating material should not contribute to any adverse response by the body (i.e., should be non-thrombogenic, non-inflammatory, etc.). To date, the ideal coating material has not been developed for this application.

An alternative would be to design the stent to contain reservoirs which could be loaded with the drug. A coating or membrane of biocompatable material could be applied over the reservoirs which would control the diffusion of the drug from the reservoirs to the artery wall.

One advantage of this system is that the properties of the coating can be optimized for achieving superior biocompatibility and adhesion properties, without the addition requirement of being able to load and release the drug. The size, shape, position, and number of reservoirs can be used to control the amount of drug, and therefore the dose delivered.

**BRIEF DESCRIPTION OF THE DRAWINGS**

The invention will be better understood in connection with the following figures in which **FIGS. 1** and **1A** are top views and section views of a stent containing reservoirs as described in the present invention;

**FIGS. 2a** and **2b** are similar views of an alternate embodiment of the stent with open ends;

**FIGS. 3a** and **3b** are further alternate figures of a device containing a grooved reservoir; and

**FIG. 4** is a layout view of a device containing a reservoir as in FIG. 3.

**DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS**

Pharmacological attempts to prevent restenosis by pharmacologic means have thus far been unsuccessful and all involve systemic administration of the trial agents. Neither aspirin-dipyridamole, ticlopidine, acute heparin administration, chronic warfarin (6 months) nor methylprednisolone have been effective in preventing restenosis although platelet inhibitors have been effective in preventing acute reocclusion after angioplasty. The calcium antagonists have also been unsuccessful in preventing restenosis, although they are still under study. Other agents currently under study include thromboxane inhibitors, prostacyclin mimetics, platelet membrane receptor blockers, thrombin inhibitors and angiotensin converting enzyme inhibitors. These agents must be given systemically, however, and attainment of a therapeutically effective dose may not be possible; antiproliferative (or anti-restenosis) concentrations may exceed the known toxic concentrations of these agents so that levels sufficient to produce smooth muscle inhibition may not be reached (Lang et al., 42 Ann. Rev. Med., 127-132 (1991); Popma et al., 84 Circulation, 1426-1436 (1991)).

Additional clinical trials in which the effectiveness for preventing restenosis of dietary fish oil supplements, thromboxane receptor antagonists, cholesterol lowering agents, and serotonin antagonists has been examined have shown either conflicting or negative results so that

no pharmacological agents are as yet clinically available to prevent post-angioplasty restenosis (Franklin, S.M. and Faxon, D.P., 4 Coronary Artery Disease, 2-32-242 (1993); Serruys, P.W. et al., 88 Circulation, (part 1) 1588-1601, (1993).

Conversely, stents have proven useful in preventing reducing the proliferation of restenosis. Stents, such as the stent 10 seen in layout in FIG. 4, balloon-expandable slotted metal tubes (usually but not limited to stainless steel), which when expanded within the lumen of an angioplastied coronary artery, provide structural support to the arterial wall. This support is helpful in maintaining an open path for blood flow. In two randomized clinical trials, stents were shown to increase angiographic success after PTCA, increase the stenosed blood vessel lumen and to reduce the lesion recurrence at 6 months (Serruys et al., 331 New Eng Jour. Med, 495, (1994); Fischman et al., 331 New Eng Jour. Med, 496-501 (1994). Additionally, in a preliminary trial, heparin coated stents appear to possess the same benefit of reduction in stenosis diameter at follow-up as was observed with non-heparin coated stents. Additionally, heparin coating appears to have the added benefit of producing a reduction in sub-acute thrombosis after stent implantation (Serruys et al., 93 Circulation, 412-422, (1996). Thus, 1) sustained mechanical expansion of a stenosed coronary artery has been shown to provide some measure of restenosis prevention, and 2) coating of stents with heparin has demonstrated both the feasibility and the clinical usefulness of delivering drugs to local, injured tissue off the surface of the stent.

Numerous agents are being actively studied as antiproliferative agents for use in restenosis and have shown some activity in experimental animal models. These include: heparin and heparin fragments (Clowes and Karnovsky, 265 Nature, 25-626, (1977); Guyton, J.R. et al. 46 Circ. Res., 625-634, (1980); Clowes, A.W. and Clowes, M.M., 52 Lab. Invest., 611-616, (1985); Clowes, A.W. and Clowes, M.M., 58 Circ. Res., 839-845 (1986);. Majesky et al., 61 Circ Res., 296-300, (1987); Snow et al., 137 Am. J. Pathol., 313-330 (1990); Okada, T. et al., 25 Neurosurgery, 92-898, (1989) colchicine (Currier, J.W. et al., 80 Circulation, 11-66, (1989), taxol (ref), agiotensin converting enzyme (ACE) inhibitors (Powell, J.S. et al., 245 Science, 186-188 (1989), angiopeptin (Lundergan, C.F. et al., 17 Am. J. Cardiol. (Suppi. B); 132B-136B (1991), Cyclosporin A (Jonasson, L. et. al., 85 Proc. Nati, Acad. Sci., 2303 (1988), goat-anti-rabbit PDGF antibody (Ferns, G.A.A., et al., 253 Science, 1129-1132 (1991), terbinafine (Nemecek, G.M. et al., 248 J. Pharmacol. Exp. Thera., 1167-11747 (1989), trapidil (Liu, M.W. et al., 81 Circulation, 1089-1093 (1990), interferon-gamma (Hansson, G.K. and Holm, 84 J. Circulation, 1266-1272 (1991), steroids (Colburn, M.D. et al., 15 J. Vasc. Surg., 510-518 (1992), see also Berk, B.C. et al., 17 J. Am. Coll. Cardiol., 111B-1 17B (1991), ionizing radiation (ref),

fusion toxins (ref) antisense oligonucleotides (ref), gene vectors (ref), and rapamycin (see below).

Of particular interest in rapamycin. Rapamycin is a macrolide antibiotic which blocks IL-2- mediated T-cell proliferation and possesses antiinflammatory activity. While the precise mechanism of rapamycin is still under active investigation, rapamycin has been shown to prevent the G.sub.1 to S phase progression of T-cells through the cell cycle by inhibiting specific cell cyclins and cyclin-dependent protein kinases (Siekierka, Immunol. Res. 13: 110-116, 1994). The antiproliferative action of rapamycin is not limited to T-cells; Marx et al. (Circ Res 76:412-417, 1995) have demonstrated that rapamycin prevents proliferation of both rat and human SMC in vitro while Poon et al. have shown the rat, porcine, and human SMC migratin can also be inhibited by rapamycin (J Clin Invest 98: 2277-2283, 1996). Thus, rapamycin is capable of inhibiting both the inflammatory response known to occur after arterial injury and stent implantation, as well as the SMC hyperproliferative response. In fact, the combined effects of rapamycin have been demonstrated to result in a diminished SMC hyperproliferative response in a rat femoral artery graft model and in both rat and porcine arterial balloon injury models (Gregory et al., Transplantation 55:1409-1418, 1993; Gallo et al., in press, (1997)). These observations clearly support the potential use of rapamycin in the clinical setting of post-angioplasty restenosis.

Although the ideal agent for restenosis has not yet been identified, some desired properties are clear: inhibition of local thrombosis without the risk systemic bleeding complications and continuous and prevention of the dequale of arterial injury, including local inflammation and sustained prevention smooth muscle proliferation at the site of angioplasty without serious systemic complications. Inasmuch as stents prevent at least a portion of the restenosis process, an agent which prevents inflammation and the proliferation of SMC combined with a stent may provide the most efficacious treatment for post-angioplasty restenosis.

**Experiments**

**Agents**: Rapamycin (sirolimus) structural analogs (macrocyclic lactones) and inhibitors of cell-cycle progression.

**Delivery Methods:** These can vary:

- Local delivery of such agents (rapamycin) from the struts of a stent, from a stent graft, grafts, stent cover or sheath.

- Involving comixture with polymers (both degradable and nondegrading) to hold the drug to the stent or graft.
- or entrapping the drug into the metal of the stent or graft body which has been modified to contain micropores or channels, as will be explained further herein.
- or including covalent binding of the drug to the stent via solution chemistry techniques (such as via the Carmeda process) or dry chemistry techniques (e.g. vapour deposition methods such as rf-plasma polymerization) and combinations thereof.
- Catheter delivery intravascularly from a tandem balloon or a porous balloon for intramural uptake.
- Extravascular delivery by the pericardial route.
- Extravascular delivery by the advential application of sustained release formulations.

Uses:

- for inhibition of cell proliferation to prevent neointimal proliferation and restenosis.
- prevention of tumor expansion from stents.
- prevent ingrowth of tissue into catheters and shunts inducing their failure.

**1. Experimental Stent Delivery Method--Delivery from Polymer Matrix:**

Solution of Rapamycin, prepared in a solvent miscible with polymer carrier solution, is mixed with solution of polymer at final concentration range 0.001 weight % to 30 weight % of drug. Polymers are biocompatible (i.e., not elicit any negative tissue reaction or promote mural thrombus formation) and degradable, such as lactone-based polyesters or copolyesters, e.g., polylactide, polycaprolacton-glycolide, polyorthoesters, polyanhydrides; poly-amino acids; polysaccharides; polyphosphazenes; poly(ether-ester) copolymers, e.g., PEO-PLLA, or blends thereof. Nonabsorbable biocompatible polymers are also suitable candidates. Polymers such as polydimethylsiolxane; poly(ethylene-vingylacetate); acrylate based polymers or copolymers, e.g., poly(hydroxyethyl methylmethacrylate, polyvinyl pyrrolidinone; fluorinated polymers such as polytetrafluoroethylene; cellulose esters.

Polymer/drug mixture is applied to the surfaces of the stent by either dip-coating, or spray coating, or brush coating or dip/spin coating or combinations thereof, and the solvent allowed to evaporate to leave a film with entrapped rapamycin.

**2. Experimental Stent Delivery Method--Delivery from Microporous Depots in Stent Through a Polymer Membrane Coating:**

Stent, whose body has been modified to contain micropores or channels is dipped into a solution of Rapamycin, range 0.001 wt % to saturated, in organic solvent such as acetone or methylene chloride, for sufficient time to allow solution to permeate into the pores. (The dipping solution can also be compressed to improve the loading efficiency.) After solvent has been allowed to evaporate, the stent is dipped briefly in fresh solvent to remove excess surface bound drug. A solution of polymer, chosen from any identified in the first experimental method, is applied to the stent as detailed above. This outer layer of polymer will act as diffusion-controller for release of drug.

**3. Experimental Stent Delivery Method--Delivery via Lysis of a Covalent Drug Tether:**

Rapamycin is modified to contain a hydrolytically or enzymatically labile covalent bond for attaching to the surface of the stent which itself has been chemically derivatized to allow covalent immobilization. Covalent bonds such as ester, amides or anhydrides may be suitable for this.

**4. Experimental Method--Pericardial Delivery:**

**A: Polymeric Sheet**

Rapamycin is combined at concentration range previously highlighted, with a degradable polymer such as poly(caprolactone-gylcolid- e) or non-degradable polymer, e.g., polydimethylsiloxane, and mixture cast as a thin sheet, thickness range 10.mu. to 1000.mu.. The resulting sheet can be wrapped perivascularly on the target vessel. Preference would be for the absorbable polymer.

**B: Conformal Coating:**

Rapamycin is combined with a polymer that has a melting temperature just above 37° C., range 40°-45° C. Mixture is applied in a molten state to the external side of the target vessel. Upon cooling to body temperature the mixture solidifies conformably to the vessel wall. Both non-degradable and absorbable biocompatible polymers are suitable.

As seen in the figures it is also possible to modify currently manufactured stents in order to adequately provide the drug dosages such as rapamycin. As seen in FIGS. 1a, 2a and 3a, any stent strut 10, 20, 30 can be modified to have a certain reservoir or channel 11, 21, 31. Each of these reservoirs can be open or closed as desired. These reservoirs can hold the drug to be delivered. FIG. 4 shows a stent 40 with a reservoir 45 created at the apex of a flexible strut. Of course, this reservoir 45 is intended to be useful to deliver rapamycin or any other drug at a

specific point of flexibility of the stent. Accordingly, this concept can be useful for "second generation" type stents.

In any of the foregoing devices, however, it is useful to have the drug dosage applied with enough specificity and enough concentration to provide an effective dosage in the lesion area. In this regard, the reservoir size in the stent struts must be kept at a size of about 0.0005" to about 0.003". Then, it should be possible to adequately apply the drug dosage at the desired location and in the desired amount.

These and other concepts will are disclosed herein. It would be apparent to the reader that modifications are possible to the stent or the drug dosage applied. In any event, however, the any obvious modifications should be perceived to fall within the scope of the invention which is to be realized from the attached claims and their equivalents.

**What is Claimed:**

1. A device comprising a metallic stent, a biocompatible, nonabsorbable polymeric carrier, and a therapeutic agent, wherein:

said polymeric carrier comprises an acrylate-based polymer or copolymer, a fluorinated polymer, or a mixture thereof; and

said therapeutic agent is rapamycin, or a macrocyclic lactone analog thereof, and is present in an amount effective to inhibit neointimal proliferation.

2. The device according to claim 1 wherein said therapeutic agent is a macrocyclic lactone analog of rapamycin.

3. The device according to claim 1 that provides a controlled release of said therapeutic agent over a period of several weeks.

4. The device according to claim 2 that provides a controlled release of said therapeutic agent over a period of several weeks.

5. A method of inhibiting neointimal proliferation in a coronary artery resulting from percutaneous transluminal coronary angioplasty comprising implanting a device according to any one of claims 1 to 4 in the lumen of said coronary artery.

CRDS-0067 **PATENT**

## ABSTRACT

Methods of preparing intravascular stents with a polymeric coating containing macrocyclic lactone (such as rapamycin or its analogs), stents and stent graphs with such coatings, and methods of treating a coronary artery with such devices. The macrocyclic lactone-based polymeric coating facilitates the performance of such devices in inhibiting restenosis.

**DOCKET NO.:** CRDS-0067 **PATENT**
**Application No.:** Not yet assigned

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Application of:
**Carol Wright, et al.**

Confirmation No.: **Not yet assigned**

Application No.: **Not yet assigned**

Group Art Unit: **Not yet assigned**

Filing Date: **August 24, 2006**

Examiner: **Not yet assigned**

For: **Local Delivery of Rapamycin for Treatment of Proliferative Sequelae Associated with PTCA Procedures, Including Delivery Using a Modified Stent**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

**PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT**
**(37 CFR § 1.102 and MPEP § 708.02)**

Applicant hereby petitions to make this application special because of actual infringement.

1. Accompanying material

   Accompanying this petition is:

   a. A Declaration by Attorney in Support of Petition to Make Special Because of Actual Infringement with Exhibits 1-9.

2. Fee (37 CFR § 1.17(i))

**DOCKET NO.:** CRDS-0067 **PATENT**
**Application No.:** Not yet assigned

The fee required is to be paid by:

☐ A check in the amount of **$130.00** is attached.

☒ Please charge Deposit Account No. 23-3050 in the amount of **$130.00**.

☒ The Commissioner is hereby authorized to charge any deficiency or credit any overpayment of the fees associated with this communication to Deposit Account No. 23-3050.

DATE: August 24, 2006

/S. Maurice Valla/
S. Maurice Valla
Registration No. 43,966

Woodcock Washburn LLP
One Liberty Place - 46th Floor
Philadelphia PA 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

© 2005 WW

**DOCKET NO.:** CRDS-0067
**Application No.:** Not yet assigned

**PATENT**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Application of:
**Carol Wright, et al.**

Confirmation No.:

Application No.: **not yet assigned**

Group Art Unit:

Filing Date: **August 15, 2006**

Examiner: **Not yet assigned**

For: **Local Delivery of Rapamycin for Treatment of Proliferative Sequelae Associated with PTCA Procedures, Including Delivery Using a Modified Stent**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

**DECLARATION BY ATTORNEY IN SUPPORT OF PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT (MPEP § 708.02)**

I, S. Maurice Valla, Woodcock Washburn LLP, One Liberty Place, 46th Floor, Philadelphia PA, 19103, Registration No. 43,966, Telephone No. 215-564-3100, am the attorney of record for Applicants and make the following declarations.

1. The instant application is directed to drug-eluting stents. Claims 1 to 5 are presently pending. Claim 1, the only independent claim, is directed to device comprising a metallic stent having a nonabsorbable polymeric carrier, and a therapeutic agent. The polymeric carrier comprises an acrylate-based polymer or copolymer, a fluorinated polymer, or a mixture thereof. The therapeutic agent is rapamycin or a macrocyclic lactone analog thereof and is present in an

amount effective to inhibit neointimal proliferation. Claim 2 recites that the therapeutic agent is a macrocyclic lactone analog of rapamycin, and claims 3 and 4 recite that the device provides a controlled release of the therapeutic agent over a period of several weeks. Claim 5 is directed to a method for inhibiting neointimal proliferation in a coronary artery resulting from percutaneous transluminal coronary angioplasty that comprises implanting a device according to any one of claims 1 to 4 in the lumen of said coronary artery.

2. Attached as exhibits hereto are several press releases issued by Guidant Corporation ("Guidant") describing its activities relating to drug eluting stents. In a release dated January 30, 2006 (Exhibit 1), Guidant announced that it has received Conformité Européene (CE) Mark Approval for its XIENCE™ V Everolimus Eluting Coronary Stent System. In the same press release, Guidant states that it "is ramping up manufacturing and building inventory to supply ongoing clinical trials and to support the European launch of XIENCE™ V beginning in the second quarter of 2006."

3. In a release dated October 19, 2005 (Exhibit 2), Guidant announced that inspection of its manufacturing facilities in Temecula, California had been successfully concluded as part of its submission for CE Mark approval to market the XIENCE™ V Everolimus Eluting Coronary Stent System in Europe. Guidant reported that its European Notified Body found no nonconformities and would recommend certification for Guidant's manufacturing facility for XIENCE™ V.

4. Since Guidant's approved manufacturing facility for XIENCE™ V is in Temecula, California, I conclude that the "ramping up manufacturing and building inventory to . . . support the European launch of XIENCE™ V" to which Guidant's January 30, 2006, release refers is being performed in the United States. Thus, on the basis of these public statements by Guidant, I

conclude that Guidant is "making" XIENCE™ V and building inventory in the United States to support launch of the product in Europe.

5. Guidant's vascular business has recently been acquired by Abbott Laboratories (Exhibit 3). Abbott has announced that it intends to launch XIENCE™ V in Europe in the third quarter of 2006 (Exhibit 4).

6. I have made a rigid comparison of the XIENCE™ V product, as described in Guidant press releases, with the claims of the instant application. In my opinion, the XIENCE™ V product is unquestionably within the scope of claims 1 to 5 on file in this application.

7. Abbott's Fact Sheet attached hereto as Exhibit 4 further states that the XIENCE™ V product elutes everolimus from a MULTI-LINK VISION metallic stent. Everolimus is a macrocyclic lactone analog of rapamycin, bearing a stable 2-hydroxyethyl chain substitution at position 40 on the rapamycin structure (Exhibits 5, 6). In a press release dated March 15, 2006 (Exhibit 7), Guidant stated "everolimus has been shown to reduce tissue proliferation in the coronary vessels following stent implantation." Similarly, in a release dated November 15, 2005 (Exhibit 8), Guidant stated that "[t]he one year data from SPIRIT FIRST continued to demonstrate a preservation of the treatment effect of the XIENCE V Everolimus Eluting Coronary Stent System, with a highly statistically significant reduction of cell proliferation compared to the uncoated control." On the basis of the known structure of everolimus and Guidant's statements, I conclude that the XIENCE™ V product is a device that comprises a metallic stent and a macrocyclic lactone analog of rapamycin in an amount effective to inhibit neointimal proliferation.

**DOCKET NO.:** CRDS-0067 **PATENT**
**Application No.:** Not yet assigned

8. An article published in EuroIntervention in 2005 (Exhibit 9) confirms the XIENCE™ V product comprises a nonerodible (*i.e.*, nonabsorbable) polymeric carrier that includes a blend of acrylic and fluoro polymers (*Id.*). The article further states that the stent is designed to release approximately 70% of the drug within 30 days after implantation. On the basis of this information, I conclude that the XIENCE™ V product comprises a nonerodible polymeric carrier comprising both a fluropolymer and an acrylate-based polymer, and that it provides a controlled release of the therapeutic agent over a period of several weeks, as recited in claims 1 to 4 of the instant application.

9. The EuroIntervention article cited above (Exhibit 9) further confirms that the XIENCE™ V product is intended for use in a method of inhibiting neointimal proliferation in a coronary artery resulting from percutaneous transluminal coronary angioplasty (*see Id.*), as recited in claim 5 of the instant application.

10. It is therefore my opinion that Guidant is making a product in the United States to support the European launch that is unquestionably within the scope of claims 1 to 5 of the instant application, and that a patent containing these claims could immediately be asserted upon issue.

11. I have a knowledge of the pertinent prior art by virtue of the prosecution histories of the parents of the instant application and other patents owned by the assignee of the instant application. All such material art is provided to the Examiner as

☐ having been filed
☒ being filed

in a respective Information Disclosure Statement.

**DOCKET NO.:** CRDS-0067 **PATENT**
**Application No.:** Not yet assigned

12. I declare further that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

DATE: August 24, 2006

/S. Maurice Valla/
S. Maurice Valla
Registration No. 43,966

Woodcock Washburn LLP
One Liberty Place - 46th Floor
Philadelphia PA 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

© 2005 WW

# EXHIBIT 7

| 11/466,983 | LOCAL DELIVERY OF RAPAMYCIN FOR TREATMENT OF PROLIFERATIVE SEQUELAE ASSOCIATED WITH PTCA PROCEDURES, INCLUDING DELIVERY USING A MODIFIED STENT | 02-14-2008::13:36:56 |
|---|---|---|

**Bibliographic Data**

| Application Number: | 11/466,983 | Customer Number: | - |
|---|---|---|---|
| Filing or 371 (c) Date: | 08-24-2006 | Status: | Patented Case |
| Application Type: | Utility | Status Date: | 05-23-2007 |
| Examiner Name: | GHERBI, SUZETTE JAIME J | Location: | ELECTRONIC |
| Group Art Unit: | 3738 | Location Date: | - |
| Confirmation Number: | 2883 | Earliest Publication No: | US 2006-0282160 A1 |
| Attorney Docket Number: | CRDS-0066 | Earliest Publication Date: | 12-14-2006 |
| Class / Subclass: | 623/001.420 | Patent Number: | 7,229,473 |
| First Named Inventor: | Robert Falotico , Bell Mead, NJ (US) | Issue Date of Patent: | 06-12-2007 |

| Title of Invention: | LOCAL DELIVERY OF RAPAMYCIN FOR TREATMENT OF PROLIFERATIVE SEQUELAE ASSOCIATED WITH PTCA PROCEDURES, INCLUDING DELIVERY USING A MODIFIED STENT |
|---|---|

Close Window

**DOCKET NO.: CRDS-0066** **PATENT**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

**In Re Application of:**

**Carol Wright, Gerard H. Llanos, Ronald Rakos, Kristen King**

**For: LOCAL DELIVERY OF RAPAMYCIN FOR TREATMENT OF PROLIFERATIVE SEQUELAE ASSOCIATED WITH PTCA PROCEDURES, INCLUDING DELIVERY USING A MODIFIED STENT**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

**PATENT APPLICATION TRANSMITTAL LETTER**

**Transmitted herewith for filing, please find:**

☒ A Continuation Application under 37 CFR § 1.53(b).

**The above-identified application includes the following:**

☐ A Request for Nonpublication

☒ A Specification including claims and abstract on pages 1 to 12.

☐ A copy of the specification including claims and abstract (pages - ) and drawings and appendixes (if any) of earlier Application No. filed , to which no new matter has been added. Such earlier application is hereby incorporated into the present application by reference.

☐ A New Unexecuted Declaration or Oath and Power of Attorney.

☐ A New Executed Declaration or Oath and Power of Attorney.

**DOCKET NO.: CRDS-0066** **PATENT**

☒ A copy of the executed oath or declaration filed in parent Application No. 10/951,385, filed on September 28, 2004 is attached.

- ☐ An Associate Power of Attorney executed by who is listed in the copy of the executed Declaration and Power of Attorney filed herewith.
- ☒ A Copy of the Assignee Power of Attorney and Change of Correspondence Address filed in prior Application No. 10/951,385.
- ☐ Signed Statement deleting inventor(s) named in the prior application.

☐ This application claims foreign priority under 35 U.S.C. § 119 of Application No. filed in (Country).

- ☐ A Certified Copy of each of the above applications for which priority is claimed:
  - ☐ is enclosed.
  - ☐ has been filed in prior Application No. filed .

☒ 2 Sheets of Formal Drawings and/or Photographs.

- ☒ Figure 1 should be published.
- ☐ Petition to Accept Color Photographs is enclosed.

☒ This continuation application is assigned of record to Cordis Corporation as evidenced by the assignment recorded on March 30, 2006 at Reel No. 017388 and Frame No. 0110.

☐ A newly Executed Assignment transferring rights to .

- ☐ A Recordation Form Cover Sheet.
- ☐ Recordation Fee - $40.00.

☒ PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT (37 CFR § 1.102 and MPEP § 708.02)

☒ DECLARATION BY ATTORNEY IN SUPPORT OF PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT (MPEP § 708.02)
Including Exhibits 1 thru 9

☐ A Preliminary Amendment is enclosed .

☒ An Application Data Sheet is enclosed.

☐ A Sequence Listing consisting of pages 1- .

**DOCKET NO.: CRDS-0066** **PATENT**

- ☐ Diskette containing Sequence Listing is enclosed.
- ☐ The computer readable form in the above-identified application is identical with that filed in Application Number , filed . In accordance with 37 CFR § 1.821(e), please use the sequence listing filed on and received by the PTO on as the computer readable form filed in that application as the computer readable form for the instant application. It is understood that the Patent and Trademark Office will make the necessary change in application number and filing date for the computer readable form that will be used for the instant application.
- ☐ A paper copy of the Sequence Listing:
  - ☐ was filed in the above-identified parent application on and received by the PTO on .
  - ☐ is included herewith in a separately filed preliminary amendment for incorporation into the specification.
- ☐ A Statement to Support Submission of Sequence Information is enclosed.

☒ Information Disclosure Statement including:

- ☒ Form 1449.
- ☐ Copies of References - listed on the attached Form PTO-1449.

☐ A copy of Petition for Extension of Time as filed in the prior case for copendency.

☐ Appended Material as follows:

☐ Return Receipt Postcard (should be specifically itemized).

FEE CALCULATION:

☐ Applicant(s) by its/their undersigned attorney, claims small entity status under 37 CFR § 1.27 as *(CHOOSE ONE: an Independent Inventor, a Small Business Concern, or a Nonprofit Organization).*

**DOCKET NO.: CRDS-0066** **PATENT**

| | | | SMALL ENTITY | | NOT SMALL ENTITY | |
|---|---|---|---|---|---|---|
| | | | RATE | FEE | RATE | FEE |
| UTILITY APPLICATION BASE FEE | | | $150.00 | | $300.00 | $ 300.00 |
| UTILITY EXAMINATION FEE | | | $100.00 | | $200.00 | $ 200.00 |
| UTILITY SEARCH FEE | | | $250.00 | | $500.00 | $ 500.00 |
| UTILITY APPLICATION SIZE FEE | | | $125.00 for each additional 50 pages over the first 100 | | $250.00 for each additional 50 pages over the first 100 | $0 |
| UTILITY APPLICATION; ALL CLAIMS CALCULATED AFTER ENTRY OF ALL AMENDMENTS | | | | | | |
| | No. Filed | No. Extra | | | | |
| TOTAL NO. OF CLAIMS | 8 - 20 = | 0 | $25 each | | $50 each | $0 |
| NO. OF INDEPENDENT CLAIMS | 1 - 3 = | 0 | $100 each | | $200 each | $0 |
| MULTIPLE DEPENDENT CLAIM FEE | | | $180 | | $360 | $ 360.00 |
| ADDITIONAL FILING FEE: Petition to Make Special Because of Actual Infringement | | | | | | $ 130.00 |
| TOTAL FILING FEE DUE | | | | | | $1,490.00 |

☐ A Check in the amount of **$ .00** is attached. Please charge any deficiency or credit any overpayment to Deposit Account No. 23-3050.

☒ Please charge Deposit Account No. 23-3050 in the amount of **$1,490.00**. This sheet is attached in duplicate.

☒ The Commissioner is hereby requested to grant an extension of time for the appropriate length of time, should one be necessary, in connection with this filing or any future filing submitted to the U.S. Patent and Trademark Office in the above-identified application during the pendency of this application. The Commissioner is further authorized to charge any fees related to any such extension of time to Deposit Account No. 23-3050. This sheet is provided in duplicate.

☒ **Address all correspondence to Customer No. 45511.**

**SHOULD ANY DEFICIENCIES APPEAR** with respect to this application, including deficiencies in payment of fees, missing parts of the application or otherwise, the United States Patent and Trademark Office is respectfully requested to promptly notify the undersigned.

DATE: August 24, 2006

/S. Maurice Valla/
S. Maurice Valla
Registration No. 43,966

**DOCKET NO.: CRDS-0066** **PATENT**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

**In Re Application of:**
**Carol Wright, Gerard H. Llanos, Ronald Rakos, Kristen King**
**For: LOCAL DELIVERY OF RAPAMYCIN FOR TREATMENT OF PROLIFERATIVE SEQUELAE ASSOCIATED WITH PTCA PROCEDURES, INCLUDING DELIVERY USING A MODIFIED STENT**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

**PATENT APPLICATION TRANSMITTAL LETTER**

**Transmitted herewith for filing, please find:**

☒ A Continuation Application under 37 CFR § 1.53(b).

**The above-identified application includes the following:**

☐ A Request for Nonpublication

☒ A Specification including claims and abstract on pages 1 to 12.

☐ A copy of the specification including claims and abstract (pages - ) and drawings and appendixes (if any) of earlier Application No. filed , to which no new matter has been added. Such earlier application is hereby incorporated into the present application by reference.

☐ A New Unexecuted Declaration or Oath and Power of Attorney.

☐ A New Executed Declaration or Oath and Power of Attorney.

**DOCKET NO.: CRDS-0066** **PATENT**

☒ A copy of the executed oath or declaration filed in parent Application No. 10/951,385, filed on September 28, 2004 is attached.

- ☐ An Associate Power of Attorney executed by who is listed in the copy of the executed Declaration and Power of Attorney filed herewith.
- ☒ A Copy of the Assignee Power of Attorney and Change of Correspondence Address filed in prior Application No. 10/951,385.
- ☐ Signed Statement deleting inventor(s) named in the prior application.

☐ This application claims foreign priority under 35 U.S.C. § 119 of Application No. filed in (Country).

- ☐ A Certified Copy of each of the above applications for which priority is claimed:
  - ☐ is enclosed.
  - ☐ has been filed in prior Application No. filed .

☒ 2 Sheets of Formal Drawings and/or Photographs.

- ☒ Figure 1 should be published.
- ☐ Petition to Accept Color Photographs is enclosed.

☒ This continuation application is assigned of record to Cordis Corporation as evidenced by the assignment recorded on March 30, 2006 at Reel No. 017388 and Frame No. 0110.

☐ A newly Executed Assignment transferring rights to .

- ☐ A Recordation Form Cover Sheet.
- ☐ Recordation Fee - $40.00.

☒ PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT (37 CFR § 1.102 and MPEP § 708.02)

☒ DECLARATION BY ATTORNEY IN SUPPORT OF PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT (MPEP § 708.02)
Including Exhibits 1 thru 9

☐ A Preliminary Amendment is enclosed .

☒ An Application Data Sheet is enclosed.

☐ A Sequence Listing consisting of pages 1- .

**DOCKET NO.: CRDS-0066** **PATENT**

- ☐ Diskette containing Sequence Listing is enclosed.
- ☐ The computer readable form in the above-identified application is identical with that filed in Application Number , filed . In accordance with 37 CFR § 1.821(e), please use the sequence listing filed on and received by the PTO on as the computer readable form filed in that application as the computer readable form for the instant application. It is understood that the Patent and Trademark Office will make the necessary change in application number and filing date for the computer readable form that will be used for the instant application.
- ☐ A paper copy of the Sequence Listing:
  - ☐ was filed in the above-identified parent application on and received by the PTO on .
  - ☐ is included herewith in a separately filed preliminary amendment for incorporation into the specification.
- ☐ A Statement to Support Submission of Sequence Information is enclosed.

☒ Information Disclosure Statement including:

- ☒ Form 1449.
- ☐ Copies of References - listed on the attached Form PTO-1449.

☐ A copy of Petition for Extension of Time as filed in the prior case for copendency.

☐ Appended Material as follows: .

☐ Return Receipt Postcard (should be specifically itemized).

FEE CALCULATION:

☐ Applicant(s) by its/their undersigned attorney, claims small entity status under 37 CFR § 1.27 as *(CHOOSE ONE: an Independent Inventor, a Small Business Concern, or a Nonprofit Organization).*

**DOCKET NO.: CRDS-0066** **PATENT**

| | | | SMALL ENTITY | | NOT SMALL ENTITY | |
|---|---|---|---|---|---|---|
| | | | RATE | FEE | RATE | FEE |
| UTILITY APPLICATION BASE FEE | | | $150.00 | | $300.00 | $ 300.00 |
| UTILITY EXAMINATION FEE | | | $100.00 | | $200.00 | $ 200.00 |
| UTILITY SEARCH FEE | | | $250.00 | | $500.00 | $ 500.00 |
| UTILITY APPLICATION SIZE FEE | | | $125.00 for each additional 50 pages over the first 100 | | $250.00 for each additional 50 pages over the first 100 | $0 |
| UTILITY APPLICATION; ALL CLAIMS CALCULATED AFTER ENTRY OF ALL AMENDMENTS | | | | | | |
| | No. Filed | No. Extra | | | | |
| TOTAL NO. OF CLAIMS | 8 - 20 = | 0 | $25 each | | $50 each | $0 |
| NO. OF INDEPENDENT CLAIMS | 1 - 3 = | 0 | $100 each | | $200 each | $0 |
| MULTIPLE DEPENDENT CLAIM FEE | | | $180 | | $360 | $ 360.00 |
| ADDITIONAL FILING FEE: Petition to Make Special Because of Actual Infringement | | | | | | $ 130.00 |
| TOTAL FILING FEE DUE | | | | | | $1,490.00 |

☐ A Check in the amount of **$ .00** is attached. Please charge any deficiency or credit any overpayment to Deposit Account No. 23-3050.

☒ Please charge Deposit Account No. 23-3050 in the amount of **$1,490.00**. This sheet is attached in duplicate.

☒ The Commissioner is hereby requested to grant an extension of time for the appropriate length of time, should one be necessary, in connection with this filing or any future filing submitted to the U.S. Patent and Trademark Office in the above-identified application during the pendency of this application. The Commissioner is further authorized to charge any fees related to any such extension of time to Deposit Account No. 23-3050. This sheet is provided in duplicate.

☒ **Address all correspondence to Customer No. 45511.**

**SHOULD ANY DEFICIENCIES APPEAR** with respect to this application, including deficiencies in payment of fees, missing parts of the application or otherwise, the United States Patent and Trademark Office is respectfully requested to promptly notify the undersigned.

DATE: August 24, 2006

/S. Maurice Valla/
S. Maurice Valla
Registration No. 43,966

**CRDS-0066** **PATENT**

**LOCAL DELIVERY OF RAPAMYCIN FOR TREATMENT OF PROLIFERATIVE SEQUELAE ASSOCIATED WITH PTCA PROCEDURES, INCLUDING DELIVERY USING A MODIFIED STENT**

**CROSS-REFERENCE TO RELATED APPLICATIONS**

This application is a continuation of Serial No. 10/951,385, filed September 28, 2004, now pending, which is a continuation of Serial No. 10/408,328, filed April 7, 2003, now issued as U.S. Patent No. 6,808,536, which is a continuation of application Serial No. 09/874,117, filed June 4, 2001, now issued as U.S. Patent No. 6,585,764, which is a continuation of application Serial No. 09/061,586, filed April 16, 1998, now issued as U.S. Patent No. 6,273,913, which in turn claims benefit of provisional application Serial No. 60/044,692, filed April 18, 1997. The disclosures of these prior applications are incorporated herein by reference in their entirety.

**FIELD OF THE INVENTION**

Delivery of rapamycin locally, particularly from an intravascular stent, directly from micropores in the stent body or mixed or bound to a polymer coating applied on stent, to inhibit neointimal tissue proliferation and thereby prevent restenosis. This invention also facilitates the performance of the stent in inhibiting restenosis.

**BACKGROUND OF THE INVENTION**

Re-narrowing (restenosis) of an artherosclerotic coronary artery after percutaneous transluminal coronary angioplasty (PTCA) occurs in 10-50% of patients undergoing this procedure and subsequently requires either further angioplasty or coronary artery bypass graft.

While the exact hormonal and cellular processes promoting restenosis are still being determined, our present understanding is that the process of PTCA, besides opening the artherosclerotically obstructed artery, also injures resident coronary arterial smooth muscle cells (SMC). In response to this injury, adhering platelets, infiltrating macrophages, leukocytes, or the smooth muscle cells (SMC) themselves release cell derived growth factors with subsequent proliferation and migration of medial SMC through the internal elastic lamina to the area of the vessel intima. Further proliferation and hyperplasia of intimal SMC and, most significantly, production of large amounts of extracellular matrix over a period of 3-6 months results in the filling in and narrowing of the vascular space sufficient to significantly obstruct coronary blood flow.

Several recent experimental approaches to preventing SMC proliferation have shown promise althrough the mechanisms for most agents employed are still unclear. Heparin is the best known and characterized agent causing inhibition of SMC proliferation both in vitro and in animal models of balloon angioplasty-mediated injury. The mechanism of SMC inhibition with heparin is still not known but may be due to any or all of the following: 1) reduced expression of the growth regulatory protooncogenes c-fos and c-myc, 2) reduced cellular production of tissue plasminogen activator; are 3) binding and dequestration of growth regulatory factors such as fibrovalent growth factor (FGF).

Other agents which have demonstrated the ability to reduce myointimal thickening in animal models of balloon vascular injury are angiopeptin (a somatostatin analog), calcium channel blockers, angiotensin converting enzyme inhibitors (captopril, cilazapril), cyclosporin A, trapidil (an antianginal, antiplatelet agent), terbinafine (antifungal), colchicine and taxol (antitubulin antiproliferatives), and c-myc and c-myb antinsense oligonucleotides.

Additionally, a goat antibody to the SMC mitogen platelet derived growth factor (PDGF) has been shown to be effective in reducing myointimal thickening in a rat model of balloon angioplasty injury, thereby implicating PDGF directly in the etiology of restenosis. Thus, while no therapy has as yet proven successful clinically in preventing restenosis after angioplasty, the in vivo experimental success of several agents known to inhibit SMC growth suggests that these agents as a class have the capacity to prevent clinical restenosis and deserve careful evaluation in humans.

Coronary heart disease is the major cause of death in men over the age of 40 and in women over the age of fifty in the western world. Most coronary artery-related deaths are due to atherosclerosis. Atherosclerotic lesions which limit or obstruct coronary blood flow are the major cause of ischemic heart disease related mortality and result in 500,000-600,000 deaths in the United States annually. To arrest the disease process and prevent the more advanced disease

states in which the cardiac muscle itself is compromised, direct intervention has been employed via percutaneous transluminal coronary angioplasty (PTCA) or coronary artery bypass graft (CABG) PTCA is a procedure in which a small balloon-tipped catheter is passed down a narrowed coronary artery and then expanded to re-open the artery. It is currently performed in approximately 250,000-300,000 patients each year. The major advantage of this therapy is that patients in which the procedure is successful need not undergo the more invasive surgical procedure of coronary artery bypass graft. A major difficulty with PTCA is the problem of post-angioplasty closure of the vessel, both immediately after PTCA (acute reocclusion) and in the long term (restenosis).

The mechanism of acute reocclusion appears to involve several factors and may result from vascular recoil with resultant closure of the artery and/or deposition of blood platelets along the damaged length of the newly opened blood vessel followed by formation of a fibrin/red blood cell thrombus. Recently, intravascular stents have been examined as a means of preventing acute reclosure after PTCA.

Restenosis (chronic reclosure) after angioplasty is a more gradual process than acute reocclusion: 30% of patients with subtotal lesions and 50% of patients with chronic total lesions will go on to restenosis after angioplasty. While the exact mechanism for restenosis is still under active investigation, the general aspects of the restenosis process have been identified.

In the normal arterial will, smooth muscle cells (SMC) proliferate at a low rate (<0.1%/day; ref). SMC in vessel wall exists in a 'contractile' phenotype characterized by 80-90% of the cell cytoplasmic volume occupied with the contractile apparatus. Endoplasmic reticulum, golgi bodies, and free ribosomes are few and located in the perinuclear region. Extracellular matrix surrounds SMC and is rich in heparin-like glycosylaminoglycans which are believed to be responsible for maintaining SMC in the contractile phenotypic state.

Upon pressure expansion of an intracoronary balloon catheter during angioplasty, smooth muscle cells within the arterial wall become injured. Cell derived growth factors such as platelet derived growth factor (PDGF), basic fibroblast growth factor (bFGF), epidermal growth factor (EGF), etc. released from platelets (i.e., PDGF) adhering to the damaged arterial luminal surface, invading macrophages and/or leukocytes, or directly from SMC (i.e., BFGF) provoke a proliferation and migratory response in medial SMC. These cells undergo a phenotypic change from the contractile phenotyope to a 'synthetic' phenotype characterized by only few contractile filament bundles but extensive rough endoplasmic reticulum, golgi and free ribosomes. Proliferation/migration usually begins within 1-2 days post-injury and peaks at 2 days in the media, rapidly declining thereafter (Campbell et al., In: Vascular Smooth Muscle Cells in

Culture, Campbell, J.H. and Campbell, G.R., Eds, CRC Press, Boca.Ratioh, 1987, pp. 39-55); Clowes, A.W. and Schwartz, S.M., Circ. Res. 56:139-145, 1985).

Finally, daughter synthetic cells migrate to the intimal layer of arterial smooth muscle and continue to proliferate. Proliferation and migration continues until the damaged luminal endothelial layer regenerates at which time proliferation ceases within the intima, usually within 7-14 days postinjury. The remaining increase in intimal thickening which occurs over the next 3-6 months is due to an increase in extracellular matrix rather than cell number. Thus, SMC migration and proliferation is an acute response to vessel injury while intimal hyperplasia is a more chronic response. (Liu et al., Circulation, 79:1374-1387, 1989).

Patients with symptomatic reocclusion require either repeat PTCA or CABG. Because 30-50% of patients undergoing PTCA will experience restenosis, restenosis has clearly limited the success of PTCA as a therapeutic approach to coronary artery disease. Because SMC proliferation and migration are intimately involved with the pathophysiological response to arterial injury, prevention of SMC proliferation and migration represents a target for pharmacological intervention in the prevention of restenosis.

## SUMMARY OF THE INVENTION

Novel Features and Applications to Stent Technology Currently, attempts to improve the clinical performance of stents have involved some variation of either applying a coating to the metal, attaching a covering or membrane, or embedding material on the surface via ion bombardment. A stent designed to include reservoirs is a new approach which offers several important advantages over existing technologies.

*Local Drug Delivery from a Stent to Inhibit Restenosis*

In this application, it is desired to deliver a therapeutic agent to the site of arterial injury. The conventional approach has been to incorporate the therapeutic agent into a polymer material which is then coated on the stent. The ideal coating material must be able to adhere strongly to the metal stent both before and after expansion, be capable of retaining the drug at a sufficient load level to obtain the required dose, be able to release the drug in a controlled way over a period of several weeks, and be as thin as possible so as to minimize the increase in profile. In addition, the coating material should not contribute to any adverse response by the body (i.e., should be non-thrombogenic, non-inflammatory, etc.). To date, the ideal coating material has not been developed for this application.

An alternative would be to design the stent to contain reservoirs which could be loaded with the drug. A coating or membrane of biocompatable material could be applied over the reservoirs which would control the diffusion of the drug from the reservoirs to the artery wall.

One advantage of this system is that the properties of the coating can be optimized for achieving superior biocompatibility and adhesion properties, without the addition requirement of being able to load and release the drug. The size, shape, position, and number of reservoirs can be used to control the amount of drug, and therefore the dose delivered.

**BRIEF DESCRIPTION OF THE DRAWINGS**

The invention will be better understood in connection with the following figures in which **FIGS. 1** and **1A** are top views and section views of a stent containing reservoirs as described in the present invention;

**FIGS. 2a** and **2b** are similar views of an alternate embodiment of the stent with open ends;

**FIGS. 3a** and **3b** are further alternate figures of a device containing a grooved reservoir; and

**FIG. 4** is a layout view of a device containing a reservoir as in FIG. 3.

**DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS**

Pharmacological attempts to prevent restenosis by pharmacologic means have thus far been unsuccessful and all involve systemic administration of the trial agents. Neither aspirin-dipyridamole, ticlopidine, acute heparin administration, chronic warfarin (6 months) nor methylprednisolone have been effective in preventing restenosis although platelet inhibitors have been effective in preventing acute reocclusion after angioplasty. The calcium antagonists have also been unsuccessful in preventing restenosis, although they are still under study. Other agents currently under study include thromboxane inhibitors, prostacyclin mimetics, platelet membrane receptor blockers, thrombin inhibitors and angiotensin converting enzyme inhibitors. These agents must be given systemically, however, and attainment of a therapeutically effective dose may not be possible; antiproliferative (or anti-restenosis) concentrations may exceed the known toxic concentrations of these agents so that levels sufficient to produce smooth muscle inhibition may not be reached (Lang et al., 42 Ann. Rev. Med., 127-132 (1991); Popma et al., 84 Circulation, 1426-1436 (1991)).

Additional clinical trials in which the effectiveness for preventing restenosis of dietary fish oil supplements, thromboxane receptor antagonists, cholesterol lowering agents, and serotonin antagonists has been examined have shown either conflicting or negative results so that no pharmacological agents are as yet clinically available to prevent post-angioplasty restenosis (Franklin, S.M. and Faxon, D.P., 4 Coronary Artery Disease, 2-32-242 (1993); Serruys, P.W. et al., 88 Circulation, (part 1) 1588-1601, (1993).

Conversely, stents have proven useful in preventing reducing the proliferation of restenosis. Stents, such as the stent 10 seen in layout in FIG. 4, balloon-expandable slotted metal tubes (usually but not limited to stainless steel), which when expanded within the lumen of an angioplastied coronary artery, provide structural support to the arterial wall. This support is helpful in maintaining an open path for blood flow. In two randomized clinical trials, stents were shown to increase angiographic success after PTCA, increase the stenosed blood vessel lumen and to reduce the lesion recurrence at 6 months (Serruys et al., 331 New Eng Jour. Med, 495, (1994); Fischman et al., 331 New Eng Jour. Med, 496-501 (1994). Additionally, in a preliminary trial, heparin coated stents appear to possess the same benefit of reduction in stenosis diameter at follow-up as was observed with non-heparin coated stents. Additionally, heparin coating appears to have the added benefit of producing a reduction in sub-acute thrombosis after stent implantation (Serruys et al., 93 Circulation, 412-422, (1996). Thus, 1) sustained mechanical expansion of a stenosed coronary artery has been shown to provide some measure of restenosis prevention, and 2) coating of stents with heparin has demonstrated both the feasibility and the clinical usefulness of delivering drugs to local, injured tissue off the surface of the stent.

Numerous agents are being actively studied as antiproliferative agents for use in restenosis and have shown some activity in experimental animal models. These include: heparin and heparin fragments (Clowes and Karnovsky, 265 Nature, 25-626, (1977); Guyton, J.R. et al. 46 Circ. Res., 625-634, (1980); Clowes, A.W. and Clowes, M.M., 52 Lab. Invest., 611-616, (1985); Clowes, A.W. and Clowes, M.M., 58 Circ. Res., 839-845 (1986);. Majesky et al., 61 Circ Res., 296-300, (1987); Snow et al., 137 Am. J. Pathol., 313-330 (1990); Okada, T. et al., 25 Neurosurgery, 92-898, (1989) colchicine (Currier, J.W. et al., 80 Circulation, 11-66, (1989), taxol (ref), agiotensin converting enzyme (ACE) inhibitors (Powell, J.S. et al., 245 Science, 186-188 (1989), angiopeptin (Lundergan, C.F. et al., 17 Am. J. Cardiol. (Suppi. B); 132B-136B (1991), Cyclosporin A (Jonasson, L. et. al., 85 Proc. Nati, Acad. Sci., 2303 (1988), goat-anti-rabbit PDGF antibody (Ferns, G.A.A., et al., 253 Science, 1129-1132 (1991), terbinafine (Nemecek, G.M. et al., 248 J. Pharmacol. Exp. Thera., 1167-11747 (1989), trapidil (Liu, M.W. et al., 81 Circulation, 1089-1093 (1990), interferon-gamma (Hansson, G.K. and Holm, 84 J. Circulation, 1266-1272 (1991), steroids (Colburn, M.D. et al., 15 J. Vasc. Surg., 510-518 (1992), see also Berk, B.C. et al., 17 J. Am. Coll. Cardiol., 111B-1 17B (1991), ionizing radiation (ref), fusion toxins (ref) antisense oligonucleotides (ref), gene vectors (ref), and rapamycin (see below).

Of particular interest in rapamycin. Rapamycin is a macrolide antibiotic which blocks IL-2- mediated T-cell proliferation and possesses antiinflammatory activity. While the precise

mechanism of rapamycin is still under active investigation, rapamycin has been shown to prevent the G.sub.1 to S phase progression of T-cells through the cell cycle by inhibiting specific cell cyclins and cyclin-dependent protein kinases (Siekierka, Immunol. Res. 13: 110-116, 1994). The antiproliferative action of rapamycin is not limited to T-cells; Marx et al. (Circ Res 76:412-417, 1995) have demonstrated that rapamycin prevents proliferation of both rat and human SMC in vitro while Poon et al. have shown the rat, porcine, and human SMC migratin can also be inhibited by rapamycin (J Clin Invest 98: 2277-2283, 1996). Thus, rapamycin is capable of inhibiting both the inflammatory response known to occur after arterial injury and stent implantation, as well as the SMC hyperproliferative response. In fact, the combined effects of rapamycin have been demonstrated to result in a diminished SMC hyperproliferative response in a rat femoral artery graft model and in both rat and porcine arterial balloon injury models (Gregory et al., Transplantation 55:1409-1418, 1993; Gallo et al., in press, (1997)). These observations clearly support the potential use of rapamycin in the clinical setting of post-angioplasty restenosis.

Although the ideal agent for restenosis has not yet been identified, some desired properties are clear: inhibition of local thrombosis without the risk systemic bleeding complications and continuous and prevention of the dequale of arterial injury, including local inflammation and sustained prevention smooth muscle proliferation at the site of angioplasty without serious systemic complications. Inasmuch as stents prevent at least a portion of the restenosis process, an agent which prevents inflammation and the proliferation of SMC combined with a stent may provide the most efficacious treatment for post-angioplasty restenosis.

**Experiments**

**Agents**: Rapamycin (sirolimus) structural analogs (macrocyclic lactones) and inhibitors of cell-cycle progression.

**Delivery Methods:** These can vary:

- Local delivery of such agents (rapamycin) from the struts of a stent, from a stent graft, grafts, stent cover or sheath.
- Involving comixture with polymers (both degradable and nondegrading) to hold the drug to the stent or graft.
- or entrapping the drug into the metal of the stent or graft body which has been modified to contain micropores or channels, as will be explained further herein.

- or including covalent binding of the drug to the stent via solution chemistry techniques (such as via the Carmeda process) or dry chemistry techniques (e.g. vapour deposition methods such as rf-plasma polymerization) and combinations thereof.
- Catheter delivery intravascularly from a tandem balloon or a porous balloon for intramural uptake.
- Extravascular delivery by the pericardial route.
- Extravascular delivery by the advential application of sustained release formulations.

Uses:

- for inhibition of cell proliferation to prevent neointimal proliferation and restenosis.
- prevention of tumor expansion from stents.
- prevent ingrowth of tissue into catheters and shunts inducing their failure.

**1. Experimental Stent Delivery Method--Delivery from Polymer Matrix:**

Solution of Rapamycin, prepared in a solvent miscible with polymer carrier solution, is mixed with solution of polymer at final concentration range 0.001 weight % to 30 weight % of drug. Polymers are biocompatible (i.e., not elicit any negative tissue reaction or promote mural thrombus formation) and degradable, such as lactone-based polyesters or copolyesters, e.g., polylactide, polycaprolacton-glycolide, polyorthoesters, polyanhydrides; poly-amino acids; polysaccharides; polyphosphazenes; poly(ether-ester) copolymers, e.g., PEO-PLLA, or blends thereof. Nonabsorbable biocompatible polymers are also suitable candidates. Polymers such as polydimethylsiolxane; poly(ethylene-vingylacetate); acrylate based polymers or copolymers, e.g., poly(hydroxyethyl methylmethacrylate, polyvinyl pyrrolidinone; fluorinated polymers such as polytetrafluoroethylene; cellulose esters.

Polymer/drug mixture is applied to the surfaces of the stent by either dip-coating, or spray coating, or brush coating or dip/spin coating or combinations thereof, and the solvent allowed to evaporate to leave a film with entrapped rapamycin.

**2. Experimental Stent Delivery Method--Delivery from Microporous Depots in Stent Through a Polymer Membrane Coating:**

Stent, whose body has been modified to contain micropores or channels is dipped into a solution of Rapamycin, range 0.001 wt % to saturated, in organic solvent such as acetone or methylene chloride, for sufficient time to allow solution to permeate into the pores. (The dipping

solution can also be compressed to improve the loading efficiency.) After solvent has been allowed to evaporate, the stent is dipped briefly in fresh solvent to remove excess surface bound drug. A solution of polymer, chosen from any identified in the first experimental method, is applied to the stent as detailed above. This outer layer of polymer will act as diffusion-controller for release of drug.

**3. Experimental Stent Delivery Method--Delivery via Lysis of a Covalent Drug Tether:**

Rapamycin is modified to contain a hydrolytically or enzymatically labile covalent bond for attaching to the surface of the stent which itself has been chemically derivatized to allow covalent immobilization. Covalent bonds such as ester, amides or anhydrides may be suitable for this.

**4. Experimental Method--Pericardial Delivery:**

**A: Polymeric Sheet**

Rapamycin is combined at concentration range previously highlighted, with a degradable polymer such as poly(caprolactone-gylcolid- e) or non-degradable polymer, e.g., polydimethylsiloxane, and mixture cast as a thin sheet, thickness range 10.mu. to 1000.mu.. The resulting sheet can be wrapped perivascularly on the target vessel. Preference would be for the absorbable polymer.

**B: Conformal Coating:**

Rapamycin is combined with a polymer that has a melting temperature just above 37° C., range 40°-45° C. Mixture is applied in a molten state to the external side of the target vessel. Upon cooling to body temperature the mixture solidifies conformably to the vessel wall. Both non-degradable and absorbable biocompatible polymers are suitable.

As seen in the figures it is also possible to modify currently manufactured stents in order to adequately provide the drug dosages such as rapamycin. As seen in FIGS. 1a, 2a and 3a, any stent strut 10, 20, 30 can be modified to have a certain reservoir or channel 11, 21, 31. Each of these reservoirs can be open or closed as desired. These reservoirs can hold the drug to be delivered. FIG. 4 shows a stent 40 with a reservoir 45 created at the apex of a flexible strut. Of course, this reservoir 45 is intended to be useful to deliver rapamycin or any other drug at a specific point of flexibility of the stent. Accordingly, this concept can be useful for "second generation" type stents.

In any of the foregoing devices, however, it is useful to have the drug dosage applied with enough specificity and enough concentration to provide an effective dosage in the lesion area. In this regard, the reservoir size in the stent struts must be kept at a size of about 0.0005" to

about 0.003". Then, it should be possible to adequately apply the drug dosage at the desired location and in the desired amount.

These and other concepts will are disclosed herein. It would be apparent to the reader that modifications are possible to the stent or the drug dosage applied. In any event, however, the any obvious modifications should be perceived to fall within the scope of the invention which is to be realized from the attached claims and their equivalents.

**What is Claimed:**

1. A metallic stent having a coating applied thereto, wherein:

said coating comprises a mixture of a biocompatible polymeric carrier and a therapeutic agent;

said polymeric carrier comprises at least one nonabsorbable polymer;

said therapeutic agent is rapamycin, or a macrocyclic lactone analog thereof, present in an amount effective to inhibit neointimal proliferation; and

said device provides a controlled release of said therapeutic agent over a period of several weeks.

2. The metallic stent according to claim 1 wherein said therapeutic agent is a macrocyclic lactone analog of rapamycin.

3. The metallic stent according to claim 1 wherein said biocompatible polymeric carrier comprises a fluorinated polymer.

4. The metallic according to claim 3 wherein said biocompatible polymeric carrier further comprises an acrylate-based polymer or copolymer.

5. A method of inhibiting neointimal proliferation in a coronary artery resulting from percutaneous transluminal coronary angioplasty comprising implanting a metallic stent according to any one of claims 1 to 4 in the lumen of said coronary artery.

CRDS-0066 PATENT

## ABSTRACT

Methods of preparing intravascular stents with a polymeric coating containing macrocyclic lactone (such as rapamycin or its analogs), stents and stent graphs with such coatings, and methods of treating a coronary artery with such devices. The macrocyclic lactone-based polymeric coating facilitates the performance of such devices in inhibiting restenosis.

**DOCKET NO.:** CRDS-0066 **PATENT**
**Application No.:** Not yet assigned

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Application of:
**Carol Wright, et al.** Confirmation No.:

Application No.: **not yet assigned** Group Art Unit:

Filing Date: **August 15, 2006** Examiner: **Not yet assigned**

For: **Local Delivery of Rapamycin for Treatment of Proliferative Sequelae Associated with PTCA Procedures, Including Delivery Using a Modified Stent**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

**DECLARATION BY ATTORNEY IN SUPPORT OF PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT (MPEP § 708.02)**

I, S. Maurice Valla, Woodcock Washburn LLP, One Liberty Place, 46th Floor, Philadelphia PA, 19103, Registration No. 43,966, Telephone No. 215-564-3100, am the attorney of record for Applicants and make the following declarations.

1. The instant application is directed to drug-eluting stents. Claims 1 to 5 are presently pending. Claim 1, the only independent claim, is directed to a metallic stent having a coating applied thereto. The coating comprises a mixture of a polymeric carrier and a therapeutic agent that is rapamycin or a macrocyclic lactone analog thereof and is present in an amount effective to inhibit neointimal proliferation. The device provides a controlled release of the therapeutic agent

conclude that Guidant is "making" XIENCE™ V and building inventory in the United States to support launch of the product in Europe.

5. Guidant's vascular business has recently been acquired by Abbott Laboratories (Exhibit 3). Abbott has announced that it intends to launch XIENCE™ V in Europe in the third quarter of 2006 (Exhibit 4).

6. I have made a rigid comparison of the XIENCE™ V product, as described in Guidant press releases, with the claims of the instant application. In my opinion, the XIENCE™ V product is unquestionably within the scope of claims 1 to 5 on file in this application.

7. Abbott's Fact Sheet attached hereto as Exhibit 4 further states that the XIENCE™ V product elutes everolimus from a MULTI-LINK VISION metallic stent. Everolimus is a macrocyclic lactone analog of rapamycin, bearing a stable 2-hydroxyethyl chain substitution at position 40 on the rapamycin structure (Exhibits 5, 6). In a press release dated March 15, 2006 (Exhibit 7), Guidant stated "everolimus has been shown to reduce tissue proliferation in the coronary vessels following stent implantation." Similarly, in a release dated November 15, 2005 (Exhibit 8), Guidant stated that "[t]he one year data from SPIRIT FIRST continued to demonstrate a preservation of the treatment effect of the XIENCE V Everolimus Eluting Coronary Stent System, with a highly statistically significant reduction of cell proliferation compared to the uncoated control." On the basis of the known structure of everolimus and Guidant's statements, I conclude that the XIENCE™ V product comprises a metallic stent and a macrocyclic lactone analog of rapamycin in an amount effective to inhibit neointimal proliferation.

8. An article published in EuroIntervention in 2005 (Exhibit 9) confirms the XIENCE™ V product comprises a stent bearing a coating that comprises a nonerodible (*i.e.*, nonabsorbable) polymer blended with everolimus (page 59, col. 2). The coating is said to include a blend of acrylic and fluoro polymers, and the article further states that the stent is designed to release approximately 70% of the drug within 30 days after implantation (*Id.*). On the basis of this information, I conclude that the XIENCE™ V product comprises a nonerodible polymeric coating comprising a fluropolymer and an acrylate-based polymer affixed to a metallic stent, and a macrocyclic triene analog of rapamycin incorporated into the coating. I further concluded that the XIENCE™ V product provides a controlled release of the therapeutic agent over a period of several weeks, as recited in claims 1 to 4.

9. The EuroIntervention article cited above (Exhibit 9) further confirms that the XIENCE™ V product is intended for use in a method of inhibiting neointimal proliferation in a coronary artery resulting from percutaneous transluminal coronary angioplasty (*see Id.*), as recited in claim 5 of the instant application.

10. It is therefore my opinion that Guidant is making a product in the United States to support the European launch that is unquestionably within the scope of claims 1 to 5 of the instant application, and that a patent containing these claims could immediately be asserted upon issue.

11. I have a knowledge of the pertinent prior art by virtue of the prosecution histories of the parents of the instant application and other patents owned by the assignee of the instant application. All such material art is provided to the Examiner as

☐ having been filed
☒ being filed

in a respective Information Disclosure Statement.

**DOCKET NO.:** CRDS-0066 **PATENT**
**Application No.:** Not yet assigned

12. I declare further that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

DATE: August 24, 2006

/S. Maurice Valla/
S. Maurice Valla
Registration No. 43,966

Woodcock Washburn LLP
One Liberty Place - 46th Floor
Philadelphia PA 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

© 2005 WW