# EXHIBITS
# 19-21
# REDACTED

# EXHIBIT 22

# Structure–activity studies of rapamycin analogs: evidence that the C-7 methoxy group is part of the effector domain and positioned at the FKBP12–FRAP interface

Juan I Luengo[1]*, Dennis S Yamashita[1], Damien Dunnington[2], Arda Konialian Beck[1], Leonard W Rozamus[1], Hwa-Kwo Yen[1], Mary J Bossard[1], Mark A Levy[1], Annalisa Hand[2], Tonie Newman-Tarr[2], Alison Badger[2], Leo Faucette[3], Randall K Johnson[3], Karla D'Alessio[4], Terence Porter[4], Arthur YL Shu[5], Richard Heys[5], Jungwon Choi[6], Polongpon Kongsaeree[6], Jon Clardy[6†] and Dennis A Holt[1]*‡

Departments of [1]Medicinal Chemistry, [2]Cellular Biochemistry, [3]Biomolecular Discovery, [4]Protein Biochemistry and [5]Synthetic Chemistry, SmithKline Beecham Pharmaceuticals, King of Prussia, PA 19406, USA and [6]Department of Chemistry, Cornell University, Ithaca, NY 14853-1301, USA

**Background:** Rapamycin is an immunosuppressant natural product, which blocks T-cell mitogenesis and yeast proliferation. In the cytoplasm, rapamycin binds to the immunophilin FKBP12 and the complex of these two molecules binds to a recently discovered protein, FRAP. The rapamycin molecule has two functional domains, defined by their interaction with FKBP12 (binding domain) or with FRAP (effector domain). We previously showed that the allylic methoxy group at C-7 of rapamycin could be replaced by a variety of different substituents. We set out to examine the effects of such substitutions on FKBP12 binding and on biological activity.

**Results:** Rapamycin C-7–modified analogs of both *R* and *S* configurations were shown to have high affinities for FKBP12, yet these congeners displayed a wide range of potencies in splenocyte and yeast proliferation assays. The X-ray crystal structures of four rapamycin analogs in complexes with FKBP12 were determined and revealed that protein and ligand backbone conformations were essentially the same as those observed for the parent rapamycin–FKBP12 complex and that the C-7 group remained exposed to solvent. We then prepared a rapamycin analog with a photoreactive functionality as part of the C-7 substituent. This compound specifically labeled, in an FKBP12-dependent manner, a protein of ~250 kDa, which comigrates with recombinant FRAP.

**Conclusions:** We conclude that the C-7 methoxy group of rapamycin is part of the effector domain. In the ternary complex, this group is situated in close proximity to FRAP, at the interface between FRAP and FKBP12.

Chemistry & Biology July 1995, 2:471–481

Key words: atomic model, FKBP, photoaffinity label, rapamycin, structure–activity relationships, X-ray crystal structure

## Introduction

Rapamycin (compound 1, Fig. 1) is an extraordinary natural product which has attracted considerable interest and study in disciplines spanning the fields of chemistry and biology [1,2]. This metabolite from *Streptomyces* was first isolated and characterized as an antimicrobial anti-tumor agent in 1975. More recently, rapamycin has received attention as an extremely potent immunosuppressant and is currently undergoing clinical investigation for the prevention of transplant rejection. Perhaps the most remarkable fact about rapamycin is that, like its pharmacological cousins FK506 and cyclosporin A, it falls into a small but undoubtedly expanding group of small organic molecules that function by inducing specific protein–protein heterodimerization [3].

Rapamycin and FK506 (compound 2 in Fig. 1) both bind with high affinity to the immunophilin FKBP12 and inhibit its rotamase (peptidyl prolyl *cis–trans* isomerase) activity [4]. Inhibition of this activity, however, is only indirectly related to the cellular effects of these immunosuppressive drugs [5,6]. The FKBP12–rapamycin and FKBP12–FK506 complexes bind to secondary target proteins, apparently disrupting their critical physiological functions. The protein target for the FKBP12–FK506 complex is the calcium-dependent phosphatase calcineurin, an essential component of the intracellular signaling pathway linking the transmembrane T-cell receptor to the transcription of genes required early in activation such as IL-2 [7]. The structurally unrelated immunosuppressant cyclosporin A (CsA) binds with high affinity to another family of immunophilin proteins, the cyclophilins (CyPs), which are structurally unrelated to the FKBPs. The resulting CyP–CsA complex, however, also binds to calcineurin, inhibiting its protein phosphatase activity. By inhibiting the reactivity of calcineurin, both CyP and FK506 block calcium-dependent T-cell activation events, such as the response to the interaction of the T-cell receptor with its ligand. In contrast, the FKBP12–rapamycin complex does not bind to calcineurin, nor does

*Corresponding authors. †Corresponding author for X-ray structure determination. ‡Present address: ARIAD Pharmaceuticals, 26 Landsdowne Street, Cambridge, MA 02139, USA.

© Current Biology Ltd ISSN 1074-5521

471

BSC-SJA-2101



Fig. 1. Structures of the immunosuppressive FKBP12 ligands rapamycin (compound 1) and FK506 (compound 2) showing their common binding domains (blue) and distinct effector domains (red).

Rapamycin (1)    FK506 (2)

rapamycin block calcium-dependent signaling or its result, entry into the cell cycle. Instead, rapamycin has been shown to block T-cell responses to IL-2, preventing the activation of p70$^{S6}$ kinase (p70$^{S6K}$) and cyclin-dependent kinases, and inhibiting the progression of the cell cycle at the G1 phase [2]. Very recently, the target of the rapamycin–FKBP12 complex has been reported as a 289-kDa protein (FRAP, RAFT1, RAPT1, SEP [8–11]), which is thought to be a lipid kinase, and has homology to the yeast TOR/DRR gene products [12,13]. The role of FRAP in activating p70$^{S6K}$ and cyclin-dependent kinases has yet to be elucidated.

X-ray crystal structures of the FKBP12–FK506 and FKBP12–rapamycin complexes have been determined at atomic resolution, revealing that the ligands have two functional domains, a binding domain and an effector domain [14]. The common domains of the natural products (blue regions, centered on the α-keto pipecolate, in Fig. 1) bind in an identical fashion within a hydrophobic pocket of FKBP12, whereas the dissimilar effector domains (red regions in Fig. 1) protrude from the protein and contribute to unique composite binding surfaces. In the complex with FK506, two regions in FKBP12, the 40s and 80s loops (Fig. 2), have been shown to be required for recognition of the bimolecular complex by calcineurin, suggesting that these two loops, together with a portion of the FK506 macrocyclic ring, might directly interact with calcineurin [15,16]. Although no information is yet available on the determinants for recognition of the FKBP12–rapamycin complex by FRAP, examination of the crystal structure of this complex reveals that an extended hydrophobic surface is formed by the same two loops of the protein and the trienyl region of rapamycin macrocycle. As shown in Fig. 2, this composite surface is slightly convex; it might form an important part of the surface recognized by FRAP. The crystal structure also shows that the C-7 methoxy group in rapamycin makes no direct contact with FKBP12. The position of this group, in the middle of this composite surface (roughly equidistant from the 40s and 80s loops, Fig. 2), indicates that it may be important in the function of the effector domain.

During the course of our exploration of the chemistry of rapamycin, we discovered that the C-7 methoxy group readily undergoes heterolytic cleavage under acid catalysis [17]. Ionization of the allylic methoxyl is assisted by the neighboring 1,3,5-conjugated triene, which presumably stabilizes the carbocation at C-7 by conjugation (structure 3 in Fig. 3). Under the acidic reaction conditions in which it is generated, this ambident electrophilic intermediate can be treated with nucleophiles, which, in most cases, are captured exclusively at the C-7 terminus. We have probed the role of the C-7 methoxy in the effector domain of rapamycin using this chemistry and generated a series of analogs, including a photoreactive affinity agent. In this report, we describe structure–activity relationships for a limited number of analogs and show that the C-7 photoaffinity reagent labels a protein of similar electrophoretic mobility to FRAP. The results suggest that the C-7 position of rapamycin is part of its effector domain.

Fig. 2. View of the crystal structure of the FKBP12–rapamycin complex [14]. The 40s and 80s loops are shown in yellow, the rest of the protein in white; rapamycin is shown in green, with the C-7 methoxy group in red.

BSC-SJA-2102

Fig. 3. The $S_N1$ reaction at rapamycin C-7. The 7-MeO group can be replaced by a variety of nucleophiles (ROH, $RCO_2H$, RSH, $ArNH_2$, $RSO_2NH_2$, electron-rich aromatics, $Et_3SiH$) by catalysis with trifluoroacetic acid (TFA) ($CH_2Cl_2$, –40 °C) or p-toluene sulfonic acid (p-TsOH) (ROH, room temperature).

## Results and discussion

### Synthesis of rapamycin C-7 analogs

The process of $S_N1$ substitution of the C-7 methoxy group of rapamycin was found to be of broad scope and was effected with a variety of catalysts (both protic and Lewis acids) and nucleophilic agents (e.g., alcohols, carboxylic acids, thiols, thioacids, aromatic amines, carbamates, sulfonamides, electron-rich aromatics, and allyl silanes). Most analogs were obtained by reaction with trifluoroacetic acid at low temperature (–40 °C, $CH_2Cl_2$) in the presence of the nucleophile, except the C-7 ethers, which were more conveniently prepared by solvolysis of rapamycin in the appropriate alcohol catalyzed by p-toluenesulfonic acid. Nearly all reactions provided mixtures of C-7 diastereomeric products which were readily separable by chromatography. In addition, silane-based hydride reducing reagents provided 7-demethoxyrapamycin (compound 12; Table 1) and in a process involving a related stabilized C-7 carbocation, treatment of rapamycin with quinone oxidants yielded 7-demethoxy-7-oxorapamycin (compound 13). Products of elimination were never isolated from reactions of rapamycin with the above acids, even in the absence of added nucleophiles; however treatment of rapamycin with lithium perchlorate in diethyl ether resulted in efficient elimination of the C-7 methoxy group to generate stereospecifically the all-*trans* 1,3,5,7-tetraene derivative.

### Effects of C-7 modification on FKBP12 binding

The intracellular activity of rapamycin is dependent upon its affinity for FKBP12 as well as the affinity of the resulting FKBP12–rapamycin complex for FRAP. As a close approximation of FKBP12 affinity, inhibition of rotamase catalytic activity (reported throughout as apparent inhibition constants, $K_{i,app}$) was determined for the rapamycin congeners using the standard chymotrypsin-coupled assay [18].

Representative examples of over 100 analogs which have been synthesized and assayed are shown in Table 1. A complete account of structure–activity relationships for this class will be reported separately. The great majority of analogs studied exhibited high affinity for FKBP12,

typically displaying rotamase inhibition within the same order of magnitude as rapamycin ($K_{i,app}$ = 0.5 nM). This is not unexpected, since all the analogs share the same binding domain, which is identical to the one in rapamycin. However, some analogs, exemplified by compounds 8b and 13, had significantly weaker binding ($K_{i,app}$ = 25–40 nM). In general, compounds of lower affinity contain bulkier hydrophobic C-7 substituents, perhaps reflecting greater C-7 steric demand or the possibility that the lipophilic C-7 substituent becomes more solvent-exposed upon binding to FKBP. In the case of compound 13, the conjugated ketone at C-7 could have a long range effect on the conformation of the binding domain by the additional constraint imposed on the macrocyclic ring.

Spectroscopic analysis by NMR indicated that in nonaqueous solution, the analogs exist mainly as the *trans* amide rotamers, but adopt two distinct macrocyclic conformations depending on the specific configuration at C-7 (see Fig. 4). The conformation of all the 7-(S) epimers (compounds 5a–11a) is identical to the one of rapamycin, but quite different from the one adopted by the 7-(R) epimers (compounds 5b–11b), as indicated by the chemical shifts (both $^1H$ and $^{13}C$ NMR) and $^{1,3}J$ vicinal coupling constants of macrocyclic protons. Nevertheless, both C-7 stereochemistries seem to be well tolerated by FKBP12, since typically, $K_i$ differences between epimeric pairs were less than four- to five-fold.

### Effects of C-7 modification on inhibition of splenocyte and yeast proliferation

Suppression of mitogen-activated lymphocyte or splenocyte proliferation (as measured by uptake of thymidine) has in one of several forms become a standard *in vitro* measure of immunosuppressant activity. The potencies of FK506 and, more recently, rapamycin congeners in this model have been correlated with their FKBP12 affinities and with their abilities as FKBP12 complexes to bind to calcineurin [19] or FRAP [8]. Similarly, the abilities of FK506 and rapamycin to arrest yeast growth in S and G1 phases have been shown to be dependent upon FKBP12

BSC-SJA-2103

**Fig. 4.** Determination of the conformations of compounds **10a** and **10b**. 400-MHz [1]H NMR spectra of compound **10a** (top) and compound **10b** (bottom). The configuration at C-7 could be determined by [1]H and [13]C NMR analysis, since the spectra of each epimeric pair were very different from each other, but almost identical within the same epimeric series.

[20] as well as calcineurin [21] and the FRAP-related DRR/TOR gene products [12]. We therefore elected both a mouse splenocyte mitogenesis assay and a high-flux yeast-based assay system to study the biological profiles of the rapamycin derivatives reported here.

Remarkably, modification of the C-7 position of rapamycin resulted in a wide range of biological activities and, significantly, a divergence with respect to FKBP12 binding. Rapamycin shows an $IC_{50}$ in the splenocyte assay of 1 nM and an $IC_{50}$ in the yeast assay of 7 nM (Table 1). The C-7 methoxy group does not appear to be important in the activity of rapamycin since its removal, for example in 7-demethoxyrapamycin (compound **12**), leads to an analog with an identical biological profile to rapamycin itself. In general, analogs with small groups at C-7 (e.g. compounds **6a** and **6b**) showed activities in both splenocyte and yeast assays comparable to those of rapamycin, regardless of the C-7 configuration. Some analogs that retained high FKBP12 affinity showed markedly decreased activity in the cellular assays (e.g., compounds **7a**, **9**), suggesting that their C-7 substituents prevented binding of the associated FKBP12 complex to FRAP. Intermediate between these extremes, some analogs possessed measurable, yet less potent (10 to 100-fold weaker than rapamycin) yeast and splenocyte activities. Some analogs also showed a divergence of potencies between the yeast and splenocyte assays (e.g., compounds **5b**, **7a**, **10b**), presumably due to heterologies in the FRAP and TOR proteins. Differences in binding of an FK506-analog/FKBP

complex to yeast and mammalian calcineurins have similarly been reported [22]. Although it is possible that these analogs differ in their ability to penetrate cells, the results of these studies appear consistent with the notion that the C-7 methoxy substituent comprises part of the rapamycin effector domain, closely approaching, if not contacting, FRAP in the ternary complex, although it is not essential for binding. There seem to be some constraints associated with the size of the C-7 substituent, so that bulky, rigid groups, such as the 7(R)-1',3',5'-trimethoxybenzene ring in **9**, interfere with the binding interaction between FRAP and the FKBP12–rapamycin complex. To provide more direct evidence for the notion that the C-7 substituents are in close proximity to FRAP, we designed and synthesized a C-7 radiophotoaffinity derivative of rapamycin.

### Photoaffinity labeling of a putative FKBP12–rapamycin binding protein

The hypothesized positioning of the rapamycin C-7 substituent at the interface between FKBP12 and the rapamycin target (recently identified as FRAP) and the tolerance to a variety of C-7 substitutions, suggested that an appropriate C-7 substituent could be used to carry a reactive functional group that could specifically tag the target partner protein. Indeed, a benzyloxy substituent appeared to be ideal since the corresponding benzyl ether (compound **14a**, Table 1) retained potent biological activity and the aromatic ring in **14a** could tolerate small meta and para substituents, such as those in compounds **15a** and **16a**, without a large decrease in activity.

BSC-SJA-2104

**Table 1.** Biological activities of rapamycin C-7 analogs.[a]



| R | Compound | FKBP $K_i$ (nM) | T Cell $IC_{50}$ (nM) | Yeast $IC_{12}$ (nM) |
|---|---|---|---|---|
| ""OMe | 1 | 0.6 | 1 | 7 |
| —OMe | 4 | 1 | 30 | 20 |
| ""OEt | 5a | 3.5 | 10 | 10 |
| —OEt | 5b | 4 | 200 | 15 |
| ""SMe | 6a | 1 | 4 | 4 |
| —SMe | 6b | 1 | 4 | 4 |
| ""NHCO₂Me | 7a | 4.5 | >10000 | 170 |
| —NHCO₂Me | 7b | 3.7 | 2500 | 220 |
| ""⟨⟩—OMe (MeO) | 8a | 9 | 1000 | 225 |
| —⟨⟩—OMe (MeO) | 8b | 38 | >1000 | 400 |
| ""⟨⟩—OMe (MeO) | 9 | 7 | >1000 | >10000 |
| ""⟨O⟩ | 10a | 3 | 20 | 12.5 |
| —⟨O⟩ | 10b | 6 | 20 | 3 |
| ""⟨N⟩H | 11a | 10 | 11 | 28 |
| —⟨N⟩H | 11b | 1.5 | 70 | 28 |
| —H | 12 | 1 | 2 | 8 |
| =O | 13 | 29 | 300 | 210 |
| ""O—⟨⟩ | 14a | 5 | 6 | 6 |
| ""O—⟨⟩—NO₂ | 15a | 7 | 50 | 20 |
| ""O—⟨⟩—Cl | 16a | 1 | 45 | 6 |
| ""O—⟨⟩—N₃ (I) | 17a | 30 | 90 | 60 |

[a]C-7 configuration is 7-(S) (same as rapamycin) for **Xa** and 7-(R) for **Xb**.

We therefore prepared a compound with suitable functional groups for a radiophotoaffinity label (compound **17a**), containing a 4-azido-3-[125I]iodo]-benzyloxy group at C-7. The synthesis of **17a** was accomplished starting with the iodination of 4-amino methyl benzoate (compound **18**) as shown in Fig. 5. After conversion of the amine to the azide, the ester was reduced to provide the required 4-azido-3-iodo benzyl alcohol (compound **19**). A route was devised to incorporate 125I at a late stage, to minimize the number of radioactive synthetic intermediates. The iodo alcohol **19** was therefore subjected to palladium-catalyzed stannylation to give the arylstannane **20**. Reaction of **19** and rapamycin with p-TsOH in CH₂Cl₂ at room temperature produced a 1:1 mixture of separable C-7 epimers **17a** and **17b** in 66 % yield (Fig. 5). Incorporation of compound **20** into the C-7 position of rapamycin produced compound **21a** in lower yield due to competing protodestannylation (14 % yield, epimer **21b** not isolated). Exchange of the stannane in **21a** with carrier-free Na125I in the presence of chloramine–T gave [125I]**17a** (47–65 % radiochemical yield, 1–7 mCi scale, 96–99 % radiochemical purity).

Compound **17a** displayed an affinity for FKBP12 some two orders of magnitude lower than rapamycin (Table 1) but activity in the splenocyte assay was reduced to no greater an extent, suggesting that the affinity of the FKBP12-compound **17a** complex for the target protein was comparable to that of the rapamycin complex. An inactive rapamycin derivative, compound **22a**, was synthesized as a control for retroaldol cleavage [23] of the macrocylic ring using ZnCl₂ in THF at room temperature (65 % yield, Fig. 5). Compound **22a** exhibited FKBP12 affinity similar to that of **17a** ($K_i$ = 30 and 73 nM for **17a** and **22a**, respectively), but, lacking a functional effector domain, showed no significant activity in the splenocyte assay. Thus, we expected compounds **17a** and **22a** to interact similarly with FKBP family members, but to interact differently with the downstream target protein.

A major protein band of molecular mass ~250 kDa (p250) was strongly and reproducibly labeled by compound **17a**. This protein was strongly labeled in CTLL-20 extracts or whole cells, and was also present in Jurkat and THP-1 cells (Fig. 6). We were able to separate p250 from the majority of cytosolic FKBP by ultracentrifugation. Labeling of p250 was enhanced after addition of exogenous FKBP, suggesting that it is dependent on FKBP (Fig. 6).

The specificity of p250 labeling by **17a** was evaluated by competition experiments. Low levels of rapamycin abolished labeling, while higher concentrations produced high backgrounds (Fig. 7). We interpret this result as indicating the displacement of compound **17a** from FKBP by high concentrations of rapamycin, leading to loss of labeling specificity. FK506 at low concentrations failed to compete with **17a** for labeling of p250. Higher concentrations produced background labeling of proteins and reduced the p250 signal (Fig. 7). The inactive seco-derivative, **22a**, failed to compete at any concentration tested (Fig. 7).

BSC-SJA-2105



**Fig. 5.** Synthesis of the photoaffinity label reagents **17a** and **22a**. (a) N-iodosuccinimide (NIS), cat. $H_2SO_4$, MeCN, 67 %; (b) $NaNO_2$, conc HCl, then $NaN_3$, 95 %; (c) LiOH, MeOH; (d) isobutyl chloroformate, $Et_3N$, then $NaBH_4$, 62 % steps c–d; (e) $(Bu_3Sn)_2$, $(Ph_3P)_2PdBr_2$, toluene, dimethyl formamide (DMF), 100 °C, 62 %; (f) compound **19** (excess), p-TsOH, $CH_2Cl_2$, room temperature, 66 % of 1:1 C-7 epimers; (g) compound **20** (excess), p-TsOH, $CH_2Cl_2$, room temperature, 14 % of **21a**; (h) chloramine-T, $Na^{125}I$; (h) $ZnCl_2$, tetrahydrofuran (THF), room temperature, 65 %.

The results show that **17a** specifically labels a protein of 250 kDa that is present in all three cell lines examined, two of which are of T-cell origin and one that is mono-cyte-like. Labeling was dependent on FKBP12; rapamycin could compete for labeling, whereas FK506 could

**Fig. 6.** FKBP12-dependent photoaffinity labeling of p250 by rapamycin derivative **17a**. CTLL-20 (C), Jurkat (J), and THP-1 (T) cell extracts were centrifuged at 130 000 x g and the pellets were washed to remove endogenous FKBP. Pellets were resuspended in PBS, incubated with 10 nM **17a** in the presence or absence of 10 μM FKBP12 for 30 min and irradiated with a Hg vapor UV lamp. Following gel filtration to remove unbound radiolabel, the protein fraction was electrophoresed on 10 % polyacrylamide gel and visualized by autoradiography.

compound **22a** could not. Compound **17a** does not label FKBP12 itself. These findings are consistent with a role for p250 as a downstream target for the rapamycin–FKBP12 complex. Western blotting with antiserum to FRAP showed that FRAP was present in our cell extracts (Fig. 8). Three other bands that cross-react with the antiserum to FRAP were also seen. We do not know what relationship, if any, these proteins have to FRAP, but imaging of radioactivity in photolabeled extracts showed that only one band was labeled by the photoaffinity reagent. This band co-migrated with recombinant FRAP, consistent with the possibility that compound **17a** is labeling FRAP.

**Atomic models of selected FKBP12 complexes**
Four C-7 rapamycin analogs (compounds **4, 6a, 6b** and **9**) complexed with FKBP12 were selected for detailed structural studies by single crystal X-ray diffraction. Compound **4** allowed the direct comparison of rapamycin and C-7 epirapamycin, while **6a** and **6b** provided an independent assessment of an epimeric pair with a modest increase in steric bulk. Compound **9** allowed the structural alterations induced by a bulky hydrophobic substituent to be studied. The protein components of all four complexes show the same folding topology found in the initial FKBP12–rapamycin structure [17], and as can be seen in Table 2, the root-mean square deviations for main chain atoms are 0.16, 0.13, 0.14 and 0.50 Å for compounds **4, 6a, 6b** and **9**, respectively. For the smaller C-7 substituents (in **4, 6a,** and **6b**) the complexed ligands show no significant conformational differences from complexed rapamycin (Table 2), and the root-mean square deviations are 0.30, 0.17 and 0.55 Å. Not surprisingly, compound **6a** is closer to rapamycin than **6b** or **4**, but the overall picture is one of little conformational dependence on C-7 stereochemistry for the smaller substituents. The bound

BSC-SJA-2106

**Fig. 7.** Competition for labeling of p250 by rapamycin, FK506 or seco-rapamycin derivative 22a. Washed pellets from a 130 000 x g spin of Jurkat extract were reconstituted with 0.5 µM FKBP12 and preincubated with competitor at the indicated concentrations for 30 min before being irradiated in the presence of 10 nM rapamycin-derived photoaffinity label 17a. Protein fractions were subjected to 6 % SDS-PAGE and visualized by autoradiography.



conformations of these ligands do not appear to be especially sensitive to stereochemistry at C-7 (Fig. 9).

While the FKBP12 complexes with compounds **4**, **6a**, and **6b** were all isomorphous with rapamycin, the complex with compound **9** was not, and the bulky C-7 substituent resulted in different intermolecular interactions and different crystal packing. The crystal structure of FKBP12–compound **9** was complicated, with four molecules, #1, #2, #3 and #4, in the asymmetric unit. Two pairs of molecules, #1–#2 and #3–#4, were related by a noncrystallographic two-fold axis and had no significant differences, although the trimethoxyphenyl group of the #1–#2 pair showed some disorder. The differences between #1 and #3 were quantitative, not qualitative. Both #1 and #3 had significant main-chain deviations from the FKBP12–rapamycin structure in the regions centered on residue 33 and 88 (Fig. 9). The region centered on residue 33, which is not near the bound ligand, is on the surface of the protein and in the contact with other molecules and symmetry-related molecules. Thus the deviations probably result from the altered crystal packing and intermolecular interactions. The deviation in the region around residue 88 appears to be a direct result of the bulky substituent at C-7. Residue 88 is in the tip of the 80s loop, which is near the ligand binding site and known to be important in binding of FKBP12–FK506

calcineurin. The bulky trimethoxyphenyl substituent at C-7 forces the residues at the tip of the 80s loop to move away slightly from the ligand and is reflected in the changes seen in Table 2. The trimethoxyphenyl substituent also occupies the region of space thought to be crucial for FRAP binding and thus could account for the observed lack of cellular activity (Table 1).

## Significance

**Rapamycin, a potent and clinically important immunosuppressant, mediates a precise disruption of cell cycle progression in T-lymphocytes by inducing a protein–protein dimerization event. Rapamycin has two domains, one binding with nanomolar affinity to FKBP12, the other (the effector domain) forming a new binding surface when complexed with FKBP12, which allows binding to a recently identified 289-kDa protein of unknown function (FRAP). Synthetic modifications to the binding domains of rapamycin and the structurally related FKBP ligand FK506, along with X-ray crystallography, have provided some insight into the FKBP–rapamycin interaction. However, synthetic modifications to the rapamycin effector domain have been extremely limited. The remarkable reactivity of the C-7 methoxy group of rapamycin has allowed us to replace this group with a wide range of substituents.**

**Here we report that modifications to the C-7 center of rapamycin result in divergences between the biological effects of the rapamycin analogs and their ability to bind FKBP12. Thus, it is plausible that the C-7 substituent may form part of the FRAP-binding surface. Some groups of substantially greater steric demand than the methoxy group still allowed FRAP binding, suggesting that the C-7 substituent may lie in an interfacial space between FKBP12 and FRAP. The X-ray crystal structures of complexes of several of these analogs with FKBP12 show that the overall fold of the protein and the ligand conformation are essentially identical to those observed for the parent rapamycin bound to FKBP12.**



**Fig. 8.** The protein labeled by compound 17a co-migrates with FRAP. Jurkat cell extract was photolabeled with rapamycin derivative 17a and, following 7 % SDS-PAGE, exposed on a phosphorimager screen to visualize radioactive proteins (lane 1). Jurkat extracts (lane 2) were subjected in parallel with recombinant FRAP (lane 3) to 7 % SDS-PAGE and Western blotted with antiserum to FRAP.

BSC-SJA-2107



**Fig. 9.** Superimpositions of crystal structures of complexes of FKBP12 with rapamycin analogs. Superimpositions of (a) FKBP12–compound **4** (7-epi-rapamycin), **(b)** FKBP12–compound **6a** (7-thiomethyl), (c) FKBP12–compound **6b** (7-epi-thiomethyl) and **(d)** FKBP12–compound **9** (7-epi-trimethoxyphenyl, molecule #3 is shown) with FKBP12–rapamycin [14] are shown. Rapamycin is depicted as red; rapamycin derivatives are depicted as yellow. Proteins are shown as a backbone traces only (FKBP12 in complex with rapamycin: green, FKBP12 in complex with the analog (FKBP–X): blue). Structures were superimposed using a least-squares fit of protein backbone heavy atoms.

We have extended the application of this chemistry to introduce a photoreactive radiolabel into the C-7 position and demonstrated a selective, FKBP12–dependent labeling of a T-cell protein of apparent molecular mass 250 kDa, which may be FRAP. Further manipulation of the rapamycin effector domain, particularly at C-7, may yield rapamycin analogs with enhanced FRAP affinity and therefore greater therapeutic efficacy.

## Materials and methods

### Preparation of compounds 5a and 5b

To a solution of rapamycin (2.2 g, 2.41 mmol) in EtOH (100 ml) at room temperature was added $p$-TsOH (1.3 g, 12 mmol) and the reaction was monitored for disappearance of rapamycin. After 2 h, the mixture was diluted with EtOAc, and the organic extracts washed with saturated $NaHCO_3$, brine and dried over $Na_2SO_4$. The crude material was purified by preparative silica gel high-pressure liquid chromatography (HPLC; lichrosphere Si60 column; eluted with 42:42:15:2–4.5 Hex:$CHCl_3$:EtOAc:MeOH), to give compound **5a** as a white solid (0.46 g) along with a mixture of **5a:5b** (~1:1, 1.6 g,

93 % overall yield). This latter material was repurified by silica gel HPLC to provide **5a** (760 mg) along with **5b** (785 mg). Data for **5a**: $^1H$ NMR ($CDCl_3$, 400 MHz, 4:1 mixture of trans:cis amide rotamers; data for the trans-rotamer): δ 6.375 (dd, $J$ = 14.8, 10.3 Hz, 1 H, H-4), 6.300 (dd, $J$ = 14.8, 9.6 Hz, 1 H, H-3), 6.134 (dd, $J$ = 14.9, 9.6 Hz, 1 H, H-2), 5.940 (d, $J$ = 10.3 Hz, 1 H, H-5), 5.533 (dd, $J$ = 14.9, 9.2 Hz, 1 H, H-1), 5.408 (d, $J$ = 9.7 Hz, 1 H, H-26), 5.29 (m, 1 H. H-20), 5.17 (m, 1 H, H-22), 4.799 (s, 1 H, OH-13), 4.173 (d, $J$ = 5.9 Hz, 1 H, H-28), 3.87 (m, 1 H, H-9), 3.775 (dd, $J$ = 7.8, 7.0 Hz, 1 H, H-7), 3.714 (d, $J$ = 5.9 Hz, 1 H, H-29), 3.576 (br d, $J$ = 14.0 Hz, 1 H, H-16), 3.407 (s, 3 H), 3.338 (s, 3 H), 3.161 (dq,

Table 2. Root-mean-square deviations of FKBP12–X structures from the FKBP12–rapamycin structure (Å).

| X: | 4 | 6a | 6b | 9 (#1) | 9 (#3) |
|---|---|---|---|---|---|
| Main chain | 0.16 | 0.13 | 0.14 | 0.54 | 0.45 |
| Side chain | 0.50 | 0.39 | 0.39 | 1.09 | 0.84 |
| Ligand | 0.30 | 0.17 | 0.55 | 2.21 | 1.06 |
| All atoms | 0.42 | 0.33 | 0.33 | 0.96 | 0.75 |

BSC-SJA-2108

$J$ = 9.8, 6.9 Hz, 1 H), 2.587 (dd, $J$ = 17.0, 6.3 Hz, 1 H, H-23), 1.751 (s, 3 H), 1.662 (s, 3 H), 1.152 (t, $J$ = 6.9 Hz, 3 H), 1.098 (d, $J$ = 6.7 Hz, 3 H), 1.047 (d, $J$ = 6.5 Hz, 3 H), 0.991 (d, $J$ = 6.6 Hz, 3 H), 0.951 (d, $J$ = 6.6 Hz, 3 H), 0.917 (d, $J$ = 6.7 Hz, 3 H), 0.668 (q, $J$ = 12.0 Hz, 1 H, H-41); ¹³C NMR (CDCl₃, 100.6 MHz, data for the *trans*-rotamer): δ 215.5, 208.2, 192.6, 169.3, 166.7, 140.0, 136.4, 136.0, 133.4, 130.2, 129.0, 126.7, 126.5, 98.5, 84.7, 84.4, 82.4, 77.2, 75.6, 73.9, 67.2, 63.3, 59.4; MS (ESI⁺/NH₄OAc) $m/z$ 950 (M+Na⁺), 945 (M+NH₄⁺); UV (MeOH) λ_max 267, 277, 289 nm. Data for 5b: ¹H NMR (CDCl₃, 400 MHz, 2.5:1 mixture of *trans:cis* amide rotamers; data for the *trans*-rotamer): δ 6.365 (dd, $J$ = 14.2, 11.0 Hz, 1 H, H-4), 6.185 (dd, $J$ = 14.2, 10.4 Hz, 1 H, H-3), 6.12–6.05 (m, 2 H, H-2 and H-5), 5.471 (dd, $J$ = 14.4, 9.1 Hz, 1 H, H-5), 5.421 (d, $J$ = 10.3 Hz, 1 H, H-26), 5.25–5.20 (m, 2 H, H-22 and H-20), 4.260 (br s, 1 H, H-28), 4.10–4.04 (m, 1 H, H-9), 4.050 (s, 1 H, OH-13), 4.012 (d, $J$ = 3.6 Hz, 1 H, H-29), 3.698 (dd, $J$ = 8.1, 1.5 Hz, 1 H, H-7), 3.50–3.41 (m, 2 H, H-16 and H from C₇–OEt), 3.394 (s, 3 H), 3.332 (s, 3 H), 3.232 (dd, $J$ = 13.4, 7.0 Hz, 1 H, H from C₇–OEt), 2.718 (dd, $J$ = 17.4, 2.7 Hz, 1 H, H-23), 2.376 (dd, $J$ = 17.4, 8.5 Hz, 1 H, H-23), 1.750 (s, 3 H), 1.654 (s, 3 H), 1.180 (t, $J$ = 7.0 Hz, 3 H), 1.059 (d, $J$ = 6.7 Hz, 3 H), 1.005 (d, $J$ = 6.6 Hz, 3 H), 0.941 (d, $J$ = 6.5 Hz, 3 H), 0.925 (d, $J$ = 6.5 Hz, 3 H), 0.863 (d, $J$ = 6.6 Hz, 3 H), 0.646 (q, $J$ = 12.0 Hz, 1 H, H-41); MS (ESI⁺/NH₄OAc) $m/z$ 950 (M+Na⁺), 945 (M+NH₄⁺).

### Preparation of compounds 10a and 10b

To a solution of rapamycin (1.2 g, 1.31 mmol) and furan (3.8 ml, 52 mmol) in CH₂Cl₂ (52 ml) at –40 °C was added trifluoroacetic acid (1.7 ml, 22 mmol), and the solution was stirred for 3 h at –40 °C. The reaction mixture was then partioned between EtOAc and brine. The organic extracts were dried with Na₂SO₄, filtered, concentrated *in vacuo* and purified by chromatography (silica gel; elution with 200:50:42.5:7.5 CH₂Cl₂:Hex:EtOAc:MeOH,) to yield 10a (740 mg, 59 %) and 10b (380 mg, 30 %). Data for 10a: ¹H NMR (CDCl₃, 400 MHz, 4:1 mixture of *trans:cis* amide rotamers; data for the *trans*-rotamer): δ 7.290 (d, $J$ = 1.6 Hz, 1 H, Ar H-5′), 6.39–6.32 (m, 2 H, H-4 and H-3), 6.289 (dd, $J$ = 3.2, 1.6 Hz, 1 H, Ar H-4′), 6.16–6.11 (m, 1 H, H-2), 6.02–6.00 (m, 1 H, H-5), 6.006 (d, $J$ = 3.2 Hz, 1 H, Ar H-3′), 5.615 (dd, $J$ = 15.1, 8.2 Hz, 1 H, H-1), 5.424 (d, $J$ = 9.8 Hz, 1 H, H-26), 5.336 (d, $J$ = 4.9 Hz, 1 H, H-20), 5.191 (d, $J$ = 5.5 Hz, 1 H, H-22), 5.096 (s, 1 H, OH-13), 4.200 (d, $J$ = 6.0 Hz, 1 H, H-28), 3.85–3.90 (m, 1 H, H-9), 3.734 (d, $J$ = 6.0 Hz, 1 H, H-29), 3.697 (dd, $J$ = 8.5, 8.1 Hz, 1 H, H-7), 3.408 (s, 3 H), 3.357 (s, 3 H), 2.944 (ddd, $J$ = 11.3, 8.5, 4.1 Hz, 1 H, H-42), 2.689 (d, $J$ = 6.2 Hz, 2 H, H-23), 1.775 (s, 3 H), 1.559 (s, 3 H), 1.136 (d, $J$ = 6.8 Hz, 3 H), 1.051 (d, $J$ = 6.6 Hz, 3 H), 1.006 (d, $J$ = 6.5 Hz, 3 H), 0.990 (d, $J$ = 6.5 Hz, 3 H), 0.929 (d, $J$ = 6.8 Hz, 3 H), 0.669 (q, $J$ = 12.0 Hz, 1 H, H-41); ¹³C NMR (CDCl₃, 100.6 MHz, data for the *trans*-rotamer): δ 215.3, 208.7, 191.7, 169.2, 166.9, 156.8, 141.1, 138.9, 136.2, 135.5, 132.8, 129.9, 128.7, 126.9, 126.5, 109.9, 104.8, 98.2, 84.6, 84.3, 76.0, 73.8, 66.7; MS (ESI⁺/NH₄OAc) $m/z$ 967 (M+NH₄⁺), 932. Data for compound 10b: ¹H NMR (CDCl₃, 400 MHz, 3.5:1 mixture of *trans:cis* amide rotamers; data for the *trans*-rotamer): δ 7.302 (d, $J$ = 1.8 Hz, 1 H, Ar H-5′), 6.356 (dd, $J$ = 14.6, 10.9 Hz, 1 H, H-4), 6.292 (dd, $J$ = 3.0, 1.8 Hz, 1 H, Ar H-4′), 6.190 (dd, $J$ = 14.6, 10.4 Hz, 1 H, H-3), 6.044 (br d, $J$ = 10.9 Hz, 1 H, H-5), 6.019 (d, $J$ = 3.0 Hz, 1 H, Ar H-3′), 5.390 (d, $J$ = 10.3 Hz, 1 H, H-26), 5.327 (dd, $J$ = 14.7, 9.4 Hz, 1 H, H-1), 5.24–5.09 (m, 2 H, H-22 and H-20), 4.294 (br s, 1 H, H-28), 4.116 (d, $J$ = 3.1 Hz, 1 H, H-29), 3.805 (s, 1 H, OH-13), 3.78–3.72 (m, 1 H, H-9), 3.524 (br d, $J$

= 15.0 Hz, 1 H, H-16), 3.469 (dd, $J$ = 11.7, 3.6 Hz, 1 H, H-7), 3.391 (s, 3 H), 3.335 (s, 3 H), 3.245 (dq, $J$ = 10.3 (d), 6.6 Hz, 1 H, H-25), 2.94–2.89 (m, 1 H, H-42), 2.763 (dd, $J$ = 17.7, 2.8 Hz, 1 H, H-23), 2.360 (dd, $J$ = 17.7, 8.4 Hz, 1 H, H-23), 1.825 (s, 3 H), 1.662 (s, 3 H), 1.058 (d, $J$ = 6.4 Hz, 3 H), 0.973 (d, $J$ = 6.5 Hz, 3 H), 0.924 (d, $J$ = 6.4 Hz, 3 H), 0.888 (d, $J$ = 6.4 Hz, 3 H), 0.883 (d, $J$ = 6.5 Hz, 3 H), 0.633 (q, $J$ = 11.6 Hz, 1 H, H-41); ¹³C NMR (CDCl₃, 100.6 MHz, data for the *trans*-rotamer): δ 211.0, 207.2, 196.3, 169.6, 166.0, 155.4, 141.5, 140.0, 137.8, 134.5, 131.2, 128.3, 125.6, 123.8, 110.1, 106.3, 98.5, 84.3, 83.7, 76.3, 73.9, 73.8, 68.3; MS (ESI⁺/NH₄OAc) $m/z$ 972 (M+Na⁺), 967 (M+NH₄⁺).

### Preparation of compound 13

To a solution of rapamycin (50 mg, 0.055 mmol) in CH₂Cl₂ (1 ml) at 0 °C was added water (0.2 ml) followed by 2,3-dichloro-5,6-dicyano-1,4-benzoquinone (DDQ) (25 mg, 0.109 mmol). After 2 min the reaction is complete by thin-layer chromatography and the mixture was partitioned between EtOAc and saturated NaHCO₃ (0.5 ml). Purification by silica gel chromatography afforded compound 13 (32 mg, 65 %). ¹H NMR (CDCl₃, 400 MHz, 3:1 mixture of *trans:cis* amide rotamers; data for the *trans*-rotamer): δ 7.146 (d, $J$ = 10.8 Hz, 1 H, H-5), 6.633 (dd, $J$ = 14.9, 10.6 Hz, 1 H, H-3), 6.498 (dd, $J$ = 14.9, 10.8 Hz, 1 H, H-4), 6.224 (dd, $J$ = 15.1, 10.6 Hz, 1 H, H-2), 5.660 (dd, $J$ = 15.1, 9.3 Hz, 1 H, H-1), 5.443 (d, $J$ = 9.9 Hz, 1 H, H-26), 5.25–5.20 (m, 1 H, H-22), 5.151 (d, $J$ = 4.6 Hz, 1 H, H-20), 4.820 (s, OH-13), 4.53–4.47 (m, 1 H, H-9), 4.305 (br d, $J$ = 4.7 Hz, 1 H, H-28), 3.990 (d, $J$ = 4.7 Hz, 1 H, H-29), 3.387 (s, 3 H), 3.349 (s, 3 H), 3.223 (dd, $J$ = 15.4, 9.0 Hz, 1 H, H-8), 2.94–2.88 (m, 1 H, H-42), 2.462 (dd, $J$ = 15.4, 3.7 Hz, 1 H, H-8), 1.862 (s, 3 H), 1.804 (s, 3 H), 1.080 (d, $J$ = 6.5 Hz, 3 H), 1.027 (d, $J$ = 6.8 Hz, 3 H), 0.980 (d, $J$ = 6.6 Hz, 3 H), 0.934 (d, $J$ = 6.7 Hz, 3 H), 0.847 (d, $J$ = 6.6 Hz, 3 H), 0.655 (q, $J$ = 11.7 Hz, 1 H, H-41); ¹³C NMR (CDCl₃, 100.6 MHz, data for the *trans*-rotamer): δ 212.5, 208.1, 199.5, 197.7, 169.2, 166.6, 143.6, 139.8, 139.1, 136.7, 135.9, 130.5, 127.3, 125.8, 99.0, 85.2, 84.4, 84.3, 77.2, 76.4, 74.7, 73.9, 68.1; MS (ESI⁺/NH₄OAc) $m/z$ 920 (M+Na⁺), 915 (M+NH₄⁺), 898, 880; UV (MeOH) λ_max 318 nm.

### FKBP12 assays

Apparent rotamase inhibition constants, $K_{i,app}$, were determined using the chymotrypsin-coupled assay previously reported [18] and are used here as an approximate measure of ligand binding affinities.

### Splenocyte proliferation assays

Spleen cells from BDF1 female mice were established in RPMI with 10 % fetal calf serum at 5 x 10⁶ cells⁻¹. One hundred μl aliquots of this suspension (5 x 10⁵ cells) were dispensed into 96-well round-bottomed microtiter plates (Linbro, Flow Laboratories). Concanavalin A (5 μg ml⁻¹) was added as the mitogenic stimulus and the final volume in the microtiter wells was adjusted to 200 μl with RPMI. Cell cultures were incubated for 72 h at 37 °C in a 5 % CO₂ atmosphere and pulsed with 0.5 μCi ³H-thymidine (specific activity 24 Ci mmol⁻¹) for the last 18 h of the 72 h culture. The cells were harvested on an automated multiple sample harvester and cell-associated radioactivity counted in a Beckman liquid scintillation counter. The results are expressed as the mean values derived from quadruplicate measurements. Cell viability was determined by trypan blue exclusion after 72 h of incubation. Compounds to be tested were added to the microtiter plates at the appropriate dilutions prior to the addition of cells.

BSC-SJA-2109

**480**    Chemistry & Biology 1995, Vol 2 No 7

*Yeast assays*

A standard agar diffusion assay was used to measure the yeast cytotoxicity of the compounds. $2 \times 10^7$ yeast cells were plated on 25 x 25 cm YEPD plates and wells were made in the agar. One hundred µl of compound solutions of various concentrations (dissolved in 1:1 DMSO:MeOH) were added to the wells. After 48 h of incubation at 30 °C the zones of inhibition of growth were measured. Linear regression analysis was applied to plots of zone diameters versus the log of concentration of compounds to obtain $IC_{12}$ values. $IC_{12}$ is defined as the concentration of compounds in the well that would give a 12-mm zone of inhibition.

*Crystallization and data collection*

Recombinant human FKBP12 purified from *Escherichia coli* was used at 10 mg ml$^{-1}$ in 10 mM Tris–HCl, pH 8.0. The four selected rapamycin analogs were dissolved in methanol and mixed with FKBP12 at a 2:1 molar ratio. The mixture was lightly vortexed, allowed to stand overnight to complete complex formation, and filtered. All crystallizations were done using the hanging drop method. Crystals of compounds **4**, **6a** and **6b** complexed with FKBP12 were obtained under slightly different conditions from those of the rFKBP12–rapamycin complex crystal (Table 3). Both micro- and macro-seeding techniques were used to improve the crystal size and quality. After 1 to 3 weeks, rectangular rod-like crystals with a maximum size of 0.5 x 0.4 x 0.2 mm, which were suitable for data collection, were obtained. Crystals of the FKBP12–compound 9 complex were obtained under very different conditions (Table 3). Trigonal plate-shaped crystals with dimensions of 0.4 x 0.3 x 0.1 mm were obtained in about 2 months.

All four data sets were collected at room temperature on a San Diego multiwire area detector system mounted on a Rigaku RU–200 rotating anode X-ray source operating at 50 kV x 130 mA. Crystals of the complexes with compounds **4**, **6a** and **6b** were isomorphous with FKBP12–rapamycin, and formed in the orthorombic space group $P2_12_12_1$ with one molecule in the asymmetric unit. The FKBP12–compound 9 complex crystallized in the monoclinic space group $P2_1$ with four molecules in the asymmetric unit.

*Structure determination and refinement*

The structure determination of the complexes with compounds **4**, **6a** and **6b** was quite straightforward. Difference electron density maps were calculated using observed structure factors, calculated structure factors of FKBP12–rapamycin and FKBP12–rapamycin phases. The difference electron density maps were displayed with CHAIN [24]. The $F_o$–$F_c$ maps showed positive and negative peaks around the C-7 position that were consistent with the modifications expected. Based on these maps, models were constructed and refined with the X-PLOR package [25].

Crystallographic parameters and refinement statistics are shown in Table 4.

The structure of the FKBP12–compound 9 complex was determined using molecular replacement. The complex contained four molecules in the asymmetric unit and a self rotation map showed that there are two non-crystallographic two-fold axes. The cross rotation search using the rapamycin–FKBP12 structure as a model revealed four clear peaks. Two peaks are related by a two-fold axis and the other two peaks are also related by a two-fold axis; these two pairs are related by a 90° rotation. The translation search was performed for each of the cross rotation solutions, and gave an unambigous solution for each solution. Rigid body refinement led to an R-factor of 0.345 (8–3 Å). The structure was refined with X-PLOR using noncrystallographic symmetry restraints [25]. Final refinement statistics are shown in Table 4.

*Photoaffinity labeling*

Cell lines were obtained from the American Type Culture Collection. All cell lines were cultured in suspension in RPMI 1640 medium plus 10 % fetal bovine serum and were regularly screened for mycoplasma contamination. Cells were incubated in 75 mM KCl, 10 mM HEPES pH 7.9, 0.25 M sucrose, 0.1 mM EDTA, 0.1 mM EGTA, 0.5 mM PMSF, 1 µg ml$^{-1}$ pepstatin and leupeptin) for 15 min at 0 °C. NP40 was added to 0.1 % final concentration to lyse the plasma membranes but not the nuclei. Extracts were centrifuged at 200 x g for 5 min and at 130 000 x g for 30 min. The pellet from this step was resuspended in 0.15 M NaCl, 0.1 M NaH$_2$PO$_4$, 10 mM Na$_2$HPO$_4$ pH 7.4 (PBS) and incubated with 10 nM radiophotoaffinity label, 17a, in the presence or absence of 10 µM recombinant FKBP12 and competitor compounds at room temperature for 30 min under subdued lighting. Samples were irradiated for 5 min on ice under a 500W mercury vapor UV source. Bound label was separated from free by gel filtration chromatography on a Sephadex G50 spin column presaturated with bovine serum albumin. Laemmli sample buffer was added to the protein fraction and run without boiling on 6–10 % polyacrylamide gels. Radioactive bands were visualized by autoradiography.

*Western blotting*

Cell extracts were run in parallel with recombinant FRAP on a 7 % reducing SDS-polyacrylamide gel and proteins were transferred to nitrocellulose. Following a block with 5 % Carnation milk/PBS/0.5 % Tween-20, the blot was probed for 1 h with a 2 µg ml$^{-1}$ solution of affinity-purified (synthetic FRAP peptide) rabbit polyclonal antisera. The blot was washed with PBS/0.5 % Tween-20 and probed for 1 h with a 1:5000 dilution of peroxidase-conjugated goat anti-rabbit antibody. Following a wash with PBS/0.5 % Tween-20, the blot was developed with ECL reagent and exposed to film for 30 s. The same cell extract was photolabeled and run on a 7 % gel as

**Table 3.** Crystallization conditions for selected FKBP12 complexes.

| Rapamycin (1) | Compound 4 | Compound 6a | Compound 6b | Compound 9 |
|---|---|---|---|---|
| 0.1 M phosphate (pH 6.0) | 0.1 M phosphate (pH 5.9) | 0.1 M phosphate (pH 5.9) | 0.1 M Na acetate (pH 4.6) | 2.0 M ammonium sulfate |
| 0.4 M ammonium sulfate | 2.5 M ammonium sulfate | 0.3 M ammonium sulfate | 2.7 M ammonium sulfate | 5 % isopropanol |

BSC-SJA-2110

Table 4. Crystallographic parameters and refinement statistics.

|  | Compound 4 | Compound 6a | Compound 6b | Compound 9 |
|---|---|---|---|---|
| Space group | $P2_12_12_1$ | $P2_12_12_1$ | $P2_12_12_1$ | $P2_1$ |
| Lattice parameters | a = 45.16 Å | a = 45.45 Å | a = 45.28 Å | a = 51.34 Å |
|  | b = 49.37 Å | b = 49.40 Å | b = 49.22 Å | b = 90.83 Å |
|  | c = 54.57 Å | c = 54.88 Å | c = 54.49 Å | c = 51.36 Å |
|  |  |  |  | b = 90.25 ° |
| No. of complexes per asymmetric unit | 1 | 1 | 1 | 4 |
| **Refinement statistics** |  |  |  |  |
| R factor | 0.183 | 0.180 | 0.174 | 0.183 |
| $R_{free}$ | 0.206 | 0.204 | 0.188 | 0.216 |
| Resolution (Å) | 8.0–2.3 | 8.0–2.1 | 8.0–2.1 | 8.0–2.8 |
| RMS for bond distance (Å) | 0.007 | 0.007 | 0.007 | 0.009 |
| RMS for bond angle (°) | 1.4 | 1.5 | 1.4 | 1.7 |
| RMS for improper torsion angle (°) | 1.8 | 1.8 | 1.8 | 2.2 |
| No. of water molecules | 70 | 61 | 73 | -- |
| Average B-factor for main chain (Å²) | 19.4 | 19.8 | 15.5 | 7.52 |
| Average B-factor for all atoms (Å²) | 22.5 | 22.7 | 18.9 | 9.02 |

above and exposed on a phosphorimaging screen to visualize radiolabeled proteins.

*Acknowledgements:* We are grateful to Jie Chen and Professor Stuart Schreiber (Harvard University and Howard Hughes Medical Institute) for supplying recombinant FRAP and FRAP antiserum, and to the Analytical Chemistry Department, SmithKline Beecham for the determination of mass spectra.

## References

1. Morris, R.E. (1992). Rapamycins: antifungal, antitumor, antiproliferative, and immunosuppressive macrolides. *Transplant. Rev.* 6, 39–87.
2. Sehgal, S.N., Molnar-Kimber, K., Ocain, T.D. & Weichman, B.M. (1994). Rapamycin: a novel immunosuppressive macrolide. *Med. Res. Rev.* 14, 1–22.
3. Austin, D.J., Crabtree, G.R. & Schreiber, S.L. (1994). Proximity versus allostery: the role of regulated protein dimerization in biology. *Chemistry & Biology* 1, 131–136.
4. Schreiber, S.L. (1991). Chemistry and biology of the immunophilins and their immunosuppressive ligands. *Science* 251, 283–287.
5. Rosen, M.K. & Schreiber, S.L. (1992). Natural products as probes of cellular function: studies of immunophilins. *Angew. Chem. Int. Ed. Engl.* 31, 384–400.
6. Fruman, D.A., Burakoff, S.J. & Bierer, B.E. (1994). Immunophilins in protein folding and immunosuppression. *FASEB J.* 8, 391–400.
7. Liu, J., Farmer, J.D. Jr, Lane, W.S., Friedman, J., Weissman, I. & Schreiber, S.L. (1991). Calcineurin is a common target of cyclophilin–cyclosporin A and FKBP–FK506 complexes. *Cell* 66, 807–815.
8. Brown, E.J., *et al.,* & Schreiber, S.L. (1994). A mammalian protein targeted by G1-arresting rapamycin-receptor complex. *Nature* 369, 756–758.
9. Sabatini, D.M., Erdjument-Bromage, H., Lui, M., Tempst, P. & Snyder, S.H. (1994). RAFT1: a mammalian protein that binds to FKBP12 in a rapamycin-dependent fashion and is homologous to yeast TORs. *Cell* 78, 35–43.
10. Chiu, M.I., Katz, H. & Berlin, V. (1994). RAPT1, a mammalian homolog of yeast Tor, interacts with the FKBP12/rapamycin complex. *Proc. Natl. Acad. Sci. USA* 91, 12574–12578.
11. Chen, Y., *et al.,* & Molnar-Kimber, K.L. (1994). A putative sirolimus (rapamycin) effector protein. *Biochem. Biophys. Res. Commun.* 203, 1–7.
12. Kunz, J., Henriquez, R., Schneider, U., Deuter-Reinhard, M., Movva, N.R. & Hall, M.N. (1993). Target of rapamycin in yeast, TOR2, is an essential phosphatidylinositol kinase homolog required for G1 progression. *Cell* 73, 585–596.
13. Cafferkey, R., *et al.,* & Livi, G.P. (1993). Dominant missense mutations in a novel yeast protein related to mammalian phosphatidylinositol 3-kinase and VPS34 abrogate rapamycin cytotoxicity. *Mol. Cell. Biol.* 13, 6012–6023.
14. Van Duyne, G.D., Standaert, R.F., Karplus, P.A., Schreiber, S.L. & Clardy J. (1993). Atomic structures of the human immunophilin FKBP-12 complexes with FK506 and rapamycin. *J. Mol. Biol.* 229, 105–124.
15. Aldape, R.A., Futer, O., DeCenzo, M.T., Jarrett, B.P., Murcko, M.A. & Livingston, D.J. (1992). Charged surface residues of FKBP12 participate in formation of the FKBP12–FK506–calcineurin complex. *J. Biol. Chem.* 267, 16029–16032.
16. Yang, D., Rosen, M.K. & Schreiber, S.L. (1993). A composite FKBP12–FK506 surface that contacts calcineurin. *J. Am. Chem. Soc.* 115, 819–820.
17. Luengo, J.I., Konialian-Beck, A., Rozamus, L.W. & Holt, D.A. (1994). Manipulation of the rapamycin effector domain. Selective nucleophilic substitution of the $C_7$ methoxy group. *J. Org. Chem.* 59, 6512–6513.
18. Holt, D.A., *et al.,* & Clardy, J. (1993). Design, synthesis, and kinetic evaluation of high-affinity FKBP ligands and the X-ray crystal structures of their complexes with FKBP12. *J. Am. Chem. Soc.* 115, 9925–9938.
19. Liu, J., *et al.,* & Schreiber, S.L. (1992). Inhibition of T cell signaling by immunophilin–ligand complexes correlates with loss of calcineurin phosphatase activity. *Biochemistry* 31, 3896–3901.
20. Koltin, Y. & Livi, G.P. (1991). Rapamycin sensitivity in *Saccharomyces cerevisiae* is mediated by a peptidyl-prolyl *cis–trans* isomerase related to human FK506-binding protein. *Mol. Cell. Biol.* 11, 1718–1723.
21. Foor, F., *et al.,* & Nielsen, J.B. (1992). Calcineurin mediates inhibition by FK506 and cyclosporin of recovery from α-factor arrest in yeast. *Nature* 360, 682–684.
22. Rotonda, J., Burbaum, J.J., Chan, H.K., Marcy, A.I. & Becker, J.W. (1993). Improved calcineurin inhibition by yeast FKBP12–drug complexes. *J. Biol. Chem.* 268, 7607–7609.
23. Luengo, J.I., Konialian, A.L. & Holt, D.A. (1993). Studies on the chemistry of rapamycin: novel transformations under Lewis–acid catalysis. *Tetrahedron Lett.* 34, 991–994.
24. Sack, J.S. (1988). CHAIN — A crystallographic modeling program. *J. Mol. Graph.* 6, 224–225.
25. Brünger, A.T. (1992). *X-PLOR Manual, version 3.1.* Yale University Press, New Haven.

Received: 30 Jun 1995. Accepted: 5 Jul 1995.

BSC-SJA-2111

# EXHIBIT 23



# TRANSPLANTATION PROCEEDINGS

An Official Publication of The Transplantation Society

## NEW DIMENSIONS IN TRANSPLANTATION
### "WEAVING THE FUTURE"
*February 16–19, 1998*
*Florence, Italy*

## Co-Chairmen and Guest Editors

**BARRY D. KAHAN**
*Houston, Texas*

**CLAUDIO PONTICELLI**
*Milan, Italy*



### Publication Committee

D. ALFANI     E. GRONDA
P. ALTIERI     G. IDEO
E. ANCONA     R. MAIORCA
G. ANCONA     P.L. MATTIUZ
V. BONOMINI     G. POZZA
V. CAMBI     G. REMUZZI
C.U. CASCIANI     M. SALVADORI
M. CASTAGNETO     F. SCHENA
A. CAVALLARI     G. SEGOLONI
G. CIVATI     G. SIRCHIA
R. CORTESINI     U. VALENTE
L. FASSATI     A. VEGETO
M. VIGANO

BSC-SJA-2112

WESTON LIBRARY

AUG 2 5 1998

JE/120 CLINICAL SCIENCES CENTER
600 HIGHLAND AV-MADISON, WI 53792



AUG 2 5 1998

JS/180 CLINICAL SCIENCES CENTER
600 HIGHLAND AV-MADISON, WI 53792

# TRANSPLANTATION PROCEEDINGS

*An Official Publication of The Transplantation Society*

The Japan Society for Transplantation   •   The Hellenic Transplantation Society
The European Society for Transplantation   •   The Canadian Transplantation Society
The Transplantation Society of Australia and New Zealand   •   The Scandinavian Transplantation Society
The Latin American Transplantation Society   •   The Pan-American Society for Dialysis & Transplantation
The Society for Organ Sharing   •   The Catalan Transplantation Society
The Asian Transplantation Society   •   The International Liver Transplantation Society
The Cell Transplant Society   •   The Middle East Society for Organ Transplantation
Société Française de Transplantation   •   Israel Transplantation Society
International Pancreas and Islet Transplant Association   •   Polish Transplantation Society
The Malaysian Transplantation Society   •   The Turkish Transplantation Society
Urologic Society for Transplantation and Vascular Surgery

*Transplantation Proceedings* (ISSN 0041-1345) is published 8 times per year by Elsevier Science Inc., 655 Avenue of the Americas, New York, NY 10010. Months of issue are February, March, May, June, August, September, November, and December. Periodicals postage paid in New York, NY, and at additional mailing offices. Printed in the U.S.A.

Postmaster: Send change of address to Elsevier Science Inc., 655 Avenue of the Americas, New York, NY 10010, Attn: RSO Americas, Customer Service and Fulfillment Manager, or telephone Toll-Free for North American Customers: 1-888-4ES-INFO (437-4636). In Japan, telephone (+81)3-5561-5033; in Far East & Australia, telephone (+65)434-3727; elsewhere, telephone (+31)20-485-3757.

Editorial correspondence should be addressed to:
Felix T. Rapaport, MD
Department of Surgery, Health Sciences Center
State University of New York at Stony Brook
Stony Brook, NY 11794

Authors submitting a manuscript do so, on the understanding that if it is accepted for publication, copyright in the article, including the right to reproduce the article in all forms and media, shall be assigned exclusively to the Publisher. The Publisher will not refuse any reasonable request by the author for permission to reproduce any of his or her contributions to the journal.

Advertising inquiries should be addressed to Mr. Joe Skey, M.J. Mrvica Associates, Inc., 155 South White Horse Pike, Berlin, NJ 08009; Tel (609) 768-9360.

Correspondence regarding subscriptions or change of address should be sent to: The Americas: Elsevier Science, Customer Support Department. PO Box 945, New York, NY 10010, USA [Tel:(+1)212-633-3730/1-888-4ES-INFO]. *Japan:* Elsevier Science Customer Support Department, 9-15 Higashi-Azabu 1-chrome, Minato-ku, Tokyo 106, Japan [Tel: (+3)5561-5033. Fax: (3) 5561-5047. E-mail: kyf04035@niftyserve.or.jp]. *Asia Pacific (excluding Japan):* Elsevier Science (Singapore) Pte Ltd, No 1 Temasek Avenue, 17-01 Millenia Tower Singapore 039192 [Tel: (+65)434-3727. Fax: (+65)337-2230. E-mail: asiainfo@elsevier.com.sg]. *Rest of the World:* Elsevier Science Customer Service Department, PO Box 211, 1001 A E Amsterdam, The Netherlands [Tel: (+31)20-485-3757. Fax: (+31)20-485-3432. E-mail: nlinfo-f@elsevier.nl].

Change of address notices, including both the old and new addresses of the subscriber, should be sent to the Publisher at least one month in advance.

1998 Subscription Rates. *Personal:* $220 in the U.S, Canada & Mexico; NLG557 in Europe, CIS, & Japan; $320 elsewhere. *Institutions:* $430 in the U.S., Canada & Mexico; NLG957 in Europe, CIS, & Japan; $550 elsewhere. *Resident/Student:* $170 in the U.S., Canada & Mexico; NLG397 in Europe, CIS, & Japan; $228 elsewhere. *Regular Single Copies:* $69 in the U.S., Canada &

Mexico; NLG141 in Europe, CIS, & Japan; $81 elsewhere. In Japan only, contact: Nankodo Co. Ltd., 42-6 Hongo 3 'Chome, Bunkyoku, Tokyo 113, Japan. Claims for missing issues will be serviced only within 3 months of cover date in the United States; 6 months elsewhere. Only one request honored for each missing issue. Special issues are priced according to their actual sizes. Back issue and back volume prices are those in current effect. Single issues, both current and back, exist in limited quantities and are offered for sale subject to availability. Subscriptions are accepted on a calendar year basis. Journal orders are payable in advance. All prices are subject to change.

The appearance of the code at the bottom of the first page of an article in this journal indicates the copyright owner's consent that copies of the article may be made for personal or internal use, or for the personal or internal use of specific clients. This consent is given on the condition, however, that the copier pay the stated per-copy fee through the Copyright Clearance Center, Inc., for copying beyond that permitted by Sections 107 or 108 of the US Copyright Law. This consent does not extend to other kinds of copying, such as copying for general distribution, for advertising or promotional purposes, for creating new collective works, or for resale. Absence of the code indicates that the material may not be processed through the Copyright Clearance Center, Inc.

All inquiries regarding copyright material from this publication, other than reproduction through the Copyright Clearance Center, should be directed to Elsevier Science Ltd., PO Box 800, Oxford OX5 1DX, UK. Phone: 44-1865-843830; Fax: 44-1865 853333; E-mail: permissions@elsevier.co.uk.

*Transplantation Proceedings* is indexed in *Index Medicus, Current Contents, BIOSIS Database, Institute for Scientific Information, Chemical Abstracts Service, Cambridge Scientific Abstracts, Excerpta Medica, Current Awareness in Biological Sciences,* and *University Microfilms International.*

Statements and opinions expressed in articles and communications herein are those of the author(s) and not necessarily those of the Editor, Publisher, or any of the societies endorsing this journal. Neither the Editor, Publisher, nor societies endorsing this journal guarantee, warrant, or endorse any product or service advertised in this journal, nor do they guarantee any claim made by the manufacturer of such product or service.

Every effort has been made to check generic and trade names, and to verify drug doses. The ultimate responsibility, however, lies with the prescribing physician.



ELSEVIER SCIENCE INC.

0041-1345 (199808) 30:5;1-W

BSC-SJA-2113



ELSEVIER

# Chemical Modification of Rapamycin: The Discovery of SDZ RAD

R. Sedrani, S. Cottens, J. Kallen, and W. Schuler

THE immunosuppressive macrolide rapamycin (RAP) 1 (Fig 1) has attracted interest in recent years because of its potential in the prevention of both allograft rejection[1] and the development of graft vessel disease (GVD).[2] This complex natural product, with its remarkable biological properties, unfortunately exhibits unfavorable physico-chemical properties. As a consequence, the galenical formulation and oral administration of RAP has proven to be rather difficult. Until recently, the majority of published work demonstrating the immunosuppressive effect of RAP in vivo has dealt with parenteral administration of the compound (for references, see Granger et al[3]). We therefore embarked on a program aimed at overcoming these difficulties by chemical derivation of RAP. The nature of the chemical modification had to be carefully chosen. It had to allow for the introduction of a variety of chemical groups and functionalities.



**Fig 1.** Chemical structures of RAP 1, 28-O-methylrapamycin 2 and 40-O-alkylated derivatives, including SDZ RAD 4.

| | | |
|---|---|---|
| **1 RAP** | $R_1 = H$ | $R_2 = H$ |
| **2** | $R_1 = H$ | $R_2 = Me$ |
| **3** | $R_1 = Me$ | $R_2 = H$ |
| **4 SDZ RAD** | $R_1 = HO(CH_2)_2-$ | $R_2 = H$ |
| **5** | $R_1 = HO(CH_2)_6-$ | $R_2 = H$ |
| **6** | $R_1 = Ph$ | $R_2 = H$ |

Another important criterion to be considered was the metabolic stability; the targeted RAP derivatives had to constitute the active principle, ie, they should not behave as prodrugs. Therefore, it was of utmost importance to find a position in RAP that could be chemically modified without resulting in loss of immunosuppressive activity. Alkylation of the hydroxyl (O-alkylation) in either position 28 or 40 (Fig 1) was envisaged as a type of modification that could be expected to correspond to our criteria. The data presented herein show that O-alkylation in position 40 can indeed lead to novel, potently immunosuppressive RAP-derivatives, provided that the newly introduced alkyl group is properly chosen.

O-alkylation in position 28 (eg, 2; Fig 1), on the other hand, leads to loss of immunosuppressive activity, which can be explained on the basis of structural results obtained by X-ray crystallography. The efforts described herein ultimately resulted in the identification of a potent RAP derivative, SDZ RAD (40-O-(2-hydroxy)ethylrapamycin) 4 (Fig 1), which is currently undergoing clinical trials.

## MATERIALS AND METHODS
### Rapamycin and Analogs

RAP was obtained by fermentation of the actinomycete strain A91-259211. The analogs were prepared in our laboratories by chemical modification of RAP. The experimental details of the chemical syntheses will be reported elsewhere.

### In Vitro Assays

*FKBP12 Binding Assay.* Binding to the FK 506 binding protein (FKBP12) was indirectly assessed by means of an ELISA-type competition assay. FK 506 was included in each individual experiment as a standard, and the inhibitory activity is expressed as relative $IC_{50}$ compared to FK 506 ($rIC_{50} = IC_{50}$ test compound/$IC_{50}$ FK 506). Details regarding this assay have been reported.[4]

*Mixed Lymphocyte Reaction (MLR).* The immunosuppressive activities of RAP and its derivatives were assessed in a two-way MLR, using spleen cells of BALB/c and CBA mice. RAP was included in each individual experiment as a standard, and the inhibitory activity is expressed as relative

From Novartis Pharma AG, Basel, Switzerland.
Address reprint requests to Richard Sedrani, Novartis Pharma AG, Preclinical Research, CH-4002, Basel, Switzerland.

0041-1345/98/$19.00
PII S0041-1345(98)00587-9

© 1998 by Elsevier Science Inc.
655 Avenue of the Americas, New York, NY 10010

BSC-SJA-2114

**Table 1. In Vitro Activities of Rapamycin and O-Alkylated Derivatives**

| Compound | Substituent $R_1$ | Substituent $R_2$ | FKBP12 binding ($rIC_{50}$)* | MLR ($rIC_{50}$)† |
|---|---|---|---|---|
| 1 RAP | H | H | 0.6 | 1 |
| 2 | H | Me | 1.6 | 1300 |
| 3 | Me | H | 1.1 | 6.5 |
| 4 SDZ RAD | HO(CH₂)₂— | H | 2.0 | 2.1 |
| 5 | HO(CH₂)₆— | H | 0.8 | 18 |
| 6 | Ph— | H | 23 | >430 |

*The ability of the compounds to compete with immobilized FK 506 for binding to biotinylated FKBP12 was determined in a competitive binding assay. FK 506 was included as standard in each individual experiment. Results are expressed as means of the relative $IC_{50}$ values (ie, $IC_{50}$ test compound/$IC_{50}$ FK 506). The range of absolute $IC_{50}$ values for FK 506 was 0.8–1.2 nmol/L.

†The inhibitory effect on a two-way MLR performed with spleen cells from BALB/c and CBA mice was tested. RAP was included as standard in each individual experiment. Results are expressed as means of the relative $IC_{50}$ values (ie, $IC_{50}$ test compound/$IC_{50}$ RAP). The range of absolute $IC_{50}$ values for RAP was 0.06–0.9 nmol/L.

See Fig 1.

$IC_{50}$ compared to RAP ($rIC_{50}$ = $IC_{50}$ test compound/$IC_{50}$ RAP). Details regarding this assay have been reported.[4]

## RESULTS AND DISCUSSION

As can be seen from the data shown in Table 1, alkylation in either position 28 (compound 2) or position 40 (compounds 3–5) did not greatly affect binding to FKBP12. A significant loss in affinity was only observed when the rather bulky phenyl group was added to the C40-hydroxyl (compound 6). Methylation of the C28-hydroxyl (compound 2) resulted in a 1000-fold loss of activity in the MLR. When the same modification was carried out in position 40 (compound 3), the immunosuppressive activity was only reduced by a factor of 6.5 as compared to RAP. This clearly indicated that, in contrast to the C28-hydroxyl, the C40-hydroxyl was amenable to chemical modifications without resulting in a prohibitive loss of potency, and that further optimization could be envisaged. Indeed, introduction of a 2-hydroxyethyl group in that same position, leading to SDZ RAD 4, enhanced the potency with respect to the methyl-derivative 3; the immunosuppressive activity of SDZ RAD in vitro was found to be comparable to that of RAP. When the hydroxyalkyl chain was extended, as in derivative 5, the trend was reversed, and a reduction of activity was observed.

The results reported herein can be explained on the basis of structural results obtained by X-ray crystallography. RAP exerts its immunosuppressive activity by first binding to FKBP12. This binding is necessary, but not sufficient, as was recognized earlier (see Brown et al[5] and references cited therein), and as can be seen from our data in Table 1 (ie, compounds 2 and 6). In the case of compound 6 the chemical modification results in decreased affinity for FKBP12 and, as a consequence, in a significant loss of immunosuppressive potency. Compound 2, on the other hand, exhibits a 1300-fold loss in activity despite its high affinity for FKBP12. The active principle is actually rather the FKBP12/RAP complex, which binds to the target protein mTOR[6] (also termed FRAP[5] or RAFT[7]).

As far as 2 is concerned, we have previously shown that in the complex with FKBP12, the newly introduced O-methyl group in position 28 causes a 120° rotation around the C35–C36 bond (Fig 1), considerably shifting the cyclohexyl subunit.[8] The macrocyclic part of 2 remains virtually unchanged with respect to FKBP12-bound RAP and can be superimposed with the macrocyclic part of RAP in the X-ray crystal structure of the FKBP12-RAP-FRB complex[9] (FRB = FKBP12-rapamycin-binding domain of mTOR). This analysis shows that the cyclohexyl subunit of 2, in its new position, collides with a loop of the mTOR fragment. This actually prevents binding of 2 in complex with FKBP12 to mTOR, thus explaining the lack of activity in the MLR. The X-ray crystal structure of the FKBP12/SDZ RAD 4 complex, on the other hand, reveals a three-dimensional structure for bound SDZ RAD, which very closely resembles that of RAP (details concerning the structure will be published elsewhere). From a structural point of view, there is no impediment to complex formation between FKBP12/SDZ RAD and the FRB fragment of mTOR, thus explaining its high potency. The loss of activity observed when going from SDZ RAD 4 to 5 is probably due to the larger size of the modification at the C40-hydroxyl in the latter. This can conceivably result in steric hindrance with, and reduced affinity for, mTOR. The modification in 6, finally, clearly affects binding to FKBP12, a prerequisite for activity, and probably also, because of its size, binding of the FKBP12/6 complex to mTOR.

In conclusion, we have shown that O-alkylation of RAP can lead to highly potent derivatives, provided that a suitable alkyl group is introduced into the appropriate position and that the structure-activity relationship of O-alkylated RAP derivatives can be explained by X-ray structural results. The 40-O-(2-hydroxyethyl) derivative SDZ RAD 4 is presently undergoing clinical trials for use in combination with cyclosporine A to prevent acute and chronic rejection after solid-organ allotransplantation.[4,10]

## REFERENCES

1. Kahan BD: Transplant Proc 29:48, 1997

2. Gregory CR, Huie P, Billingham ME, Morris RE: Transplantation 55:1409, 1993

3. Granger DK, Cromwell JW, Chen SC, et al: Transplantation 59:183, 1995

4. Schuler W, Sedrani R, Cottens S, et al: Transplantation 64:36, 1997

2194

5. Brown EJ, Albers MW, Shin TB, et al: Nature 369:756, 1994

6. Sabers CJ, Martin MM, Brunn GJ, et al: J Biol Chem 270:815, 1995

7. Sabatini DM, Erdjument-Bromage H, Lui M, et al: Cell 78:35, 1994

8. Kallen JA, Sedrani R, Cottens S: J Am Chem Soc 118:5857, 1996

9. Choi J, Chen J, Schreiber SL, et al: Science 273:239, 1996

10. Schuurman HJ, Cottens S, Fuchs S, et al: Transplantation 64:32, 1997

BSC-SJA-2116

# EXHIBITS
# 24-27
# REDACTED

# EXHIBIT 28



# FORM 10-K

## BOSTON SCIENTIFIC CORP - BSX

Filed: February 28, 2008 (period: December 31, 2007)

Annual report which provides a comprehensive overview of the company for the past year

BSC-SJA-2149

Since its U.S. launch in March 2004 and its launch in our Europe and Inter-Continental markets in 2003, our proprietary polymer-based paclitaxel-eluting stent technology for reducing coronary restenosis, the TAXUS® Express™ coronary stent system, has become the worldwide leader in the drug-eluting coronary stent market. In addition, we now have access to a second drug-eluting coronary stent program, which complements our existing TAXUS stent system. During the fourth quarter of 2006, we initiated a limited launch of the PROMUS™ everolimus-eluting coronary stent system, which is a private-labeled XIENCE V drug-eluting stent system supplied to us by Abbott Laboratories, in certain European countries and, during 2007, expanded our launch in Europe, as well as in key countries in other regions. In June 2007, Abbott submitted the final module of a pre-market approval (PMA) application to the FDA seeking approval in the U.S. for both the XIENCE V and PROMUS stent systems. In November 2007, the FDA advisory panel reviewing Abbott's PMA submission voted to recommend the stent systems for approval. Following FDA approval, which Abbott is expecting in the first half of 2008, we plan to launch the PROMUS stent system in the U.S.

We continue to enhance our product offerings in the drug-eluting stent market. We successfully launched our next-generation drug-eluting stent product, the TAXUS® Liberté® stent system, during 2005 in our Europe and Inter-Continental markets, and expect to launch the product in the U.S. in the second half of 2008, subject to regulatory approval. The Liberté coronary stent is designed to further enhance deliverability and conformability, particularly in challenging lesions.

Our U.S. TAXUS stent system sales decreased in 2007 relative to 2006, due in part to a decline in the size of the U.S. market following recent uncertainty regarding the perceived risk of late stent thrombosis following the use of drug-eluting stents. However, we believe that recent data addressing this risk and supporting the safety of drug-eluting stent systems could positively affect the size of the drug-eluting stent market, as referring cardiologists regain confidence in this technology.

### The Cardiac Rhythm Management Opportunity

As a result of our 2006 acquisition of Guidant, we now develop, manufacture and market products that focus on the treatment of cardiac arrhythmias and heart failure. Natural electrical impulses stimulate the heart's chambers to pump blood. In healthy individuals, the electrical current causes the heart to beat at an appropriate rate and in synchrony. We manufacture a variety of implantable devices that monitor the heart and deliver electricity to treat cardiac abnormalities, including:

- Implantable cardiac defibrillator (ICD) systems used to detect and treat abnormally fast heart rhythms (tachycardia) that could result in sudden cardiac death, including implantable cardiac resynchronization therapy defibrillator (CRT-D) systems used to treat heart failure; and

- Implantable pacemaker systems used to manage slow or irregular heart rhythms (bradycardia), including implantable cardiac resynchronization therapy pacemaker (CRT-P) systems used to treat heart failure.

Tachycardia (abnormally fast or chaotic heart rhythms) prevents the heart from pumping blood efficiently and can lead to sudden cardiac death. ICD systems (defibrillators, leads, programmers, our LATITUDE® Patient Management System and accessories) monitor the heart and deliver electrical energy, restoring a normal rhythm. Our defibrillators deliver tiered therapy—a staged progression from lower intensity pacing pulses designed to correct the abnormal rhythm to more aggressive shocks to restore a heartbeat.

---

[1]   Late stent thrombosis is the formation of a clot, or thrombus, within the stented area one year or more after implantation of the stent.

4

BSC-SJA-2150

BSC-P0112017

**EXHIBIT 32.2**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER PURSUANT TO 18 U.S.C.
SECTION 1350 AS ADOPTED PURSUANT TO SECTION 906 OF THE
SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report on Form 10-K of Boston Scientific Corporation (the "Company") for the period ending December 31, 2007 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), the undersigned Chief Financial Officer of the Company hereby certifies, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that based on his knowledge:

(1)   the Report fully complies with the requirements of Section 13 (a) or 15 (d) of the Securities Exchange Act of 1934; and

(2)   the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of Boston Scientific Corporation.

By:   /s/ Sam R. Leno
      _____
      Sam R. Leno
      Executive Vice President—Finance & Information
      Systems and Chief Financial Officer

      February 27, 2008

_____
Created by 10KWizard   www.10KWizard.com

BSC-SJA-2151

BSC-P0112270

# EXHIBITS
# 29-31
# REDACTED

# EXHIBIT 32

| 10/829,074 | DRUG/DRUG DELIVERY SYSTEMS FOR THE PREVENTION AND TREATMENT OF VASCULAR DISEASE | 02-14-2008::13:20:46 |
|---|---|---|

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 10/829,074 | Customer Number: | - |
| Filing or 371 (c) Date: | 04-21-2004 | Status: | Patented Case |
| Application Type: | Utility | Status Date: | 11-07-2007 |
| Examiner Name: | KENNEDY, SHARON E | Location: | ELECTRONIC |
| Group Art Unit: | 1615 | Location Date: | - |
| Confirmation Number: | 5950 | Earliest Publication No: | US 2004-0260268 A1 |
| Attorney Docket Number: | CRDS-0062 | Earliest Publication Date: | 12-23-2004 |
| Class / Subclass: | 424/424 | Patent Number: | 7,300,662 |
| First Named Inventor: | Robert Falotico , Belle Mead, NJ (US) | Issue Date of Patent: | 11-27-2007 |

| | |
|---|---|
| Title of Invention: | DRUG/DRUG DELIVERY SYSTEMS FOR THE PREVENTION AND TREATMENT OF VASCULAR DISEASE |

**Close Window**

BSC-SJA-2173

DOCKET NO.: CRDS-0062 (CRD0931CIP)                                      PATENT
Application No.: 10/829,074
Office Action Dated: PRELIMINARY AMENDMENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                          Confirmation No.: 5950
**Robert Falotico, et al.**

Application No.: **10/829,074**                 Group Art Unit: 3743

Filing Date: **April 21, 2004**                 Examiner: Not yet assigned

For:    **Drug/Drug Delivery Systems for the Prevention and Treatment of Vascular
        Disease**

08/09/2006 HDESTA1  00000001 10829074

01 FC:1201                        200.00 OP
02 FC:1202                        290.00 OP
03 FC:1203                        360.00 OP

EXPRESS MAIL LABEL NO:    EV 816193186 US
                          EV 816196704 US
                          EV 816196718 US
                          EV 816196695 US
                          EV 816196681 US
                          EV 816196678 US

DATE OF DEPOSIT: August 7, 2006

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

## PRELIMINARY AMENDMENT

Consideration is respectfully requested in view of the amendments and/or remarks as
indicated below:

☒    **Amendments to the Specification** begin on page 2 of this paper.

☒    **Amendments to the Claims** are reflected in the listing of the claims which
     begins on page 3 of this paper.

☐    **Amendments to the Drawings** begin on page        of this paper and include
     an attached replacement sheet.

☒    **Remarks** begin on page 6 of this paper.

Page 1 of 6

BSC-SJA-2174

**DOCKET NO.:** CRDS-0062  (CRD0931CIP)          · **PATENT**
**Application No.:** 10/829,074
**Office Action Dated:** PRELIMINARY AMENDMENT

**Amendments to the Specification**

At Page 1, line 5, please replace the paragraph under the heading <u>CROSS REFERENCE TO RELATED APPLICATIONS</u> with the following replacement paragraph:

This application is a continuation-in-part of U.S. Application Serial No. 09/850,293, filed May 7, 2001, now abandoned, which in turn claims priority to U.S. Provisional Application No. 60/263,979, filed January 25, 2001, U.S. Provisional Application No. 60/263,806, filed January 24, 2001, U.S. Provisional Application No. 60/262,614, filed January 18, 2001, U.S. Provisional Application No. 60/262,461, filed January 18, 2001, and is a continuation-in-part of U.S. Application No. 09/575,480, filed May 19, 2000, now pending, which in turn claims priority of U.S. Provisional Application No. 60/204,417, filed May 12, 2000.

BSC-SJA-2175

DOCKET NO.: CRDS-0062 (CRD0931CIP)                    PATENT
Application No.: 10/829,074
Office Action Dated: PRELIMINARY AMENDMENT

This listing of claims will replace all prior versions, and listings, of claims in the application.

**Listing of Claims:**

    1-14.  (canceled)

    15.    (New)  A drug delivery device comprising: an intraluminal stent; a biocompatible, nonerodible polymeric coating affixed to the intraluminal stent; and rapamycin or a macrocyclic triene analog thereof that binds FKBP12 and is incorporated into the polymeric coating, wherein said device provides an in-stent late loss in diameter at 12 months following implantation in a human of less than about 0.5 mm, as measured by quantitative coronary angiography.

    16.    (New)  A drug delivery device according to claim 15 that provides an in-stent late loss in diameter at 12 months following implantation in a human of less than about 0.3 mm, as measured by quantitative coronary angiography.

    17.    (New)  A drug delivery device according to claim 15 or 16 that provides an in-stent diameter stenosis at 12 months following implantation in a human of less than about 22%, as measured by quantitative coronary angiography.

    18.    (New)  A drug delivery device according to claim 17 that provides an in-stent diameter stenosis at 12 months following implantation in a human of less than about 15%, as measured by quantitative coronary angiography.

    19.    (New)  A drug delivery device comprising: an intraluminal stent; a biocompatible, nonerodible polymeric coating affixed to the intraluminal stent; and rapamycin or a macrocyclic triene analog thereof that binds FKBP12 incorporated into the polymeric coating, wherein said device provides a mean in-stent late loss in diameter in a human population at 12 months following implantation of less than about 0.5 mm, as measured by quantitative coronary angiography.

BSC-SJA-2176

DOCKET NO.: CRDS-0062  (CRD0931CIP)                                    PATENT
Application No.: 10/829,074
Office Action Dated:  PRELIMINARY AMENDMENT

20.      (New)  A drug delivery device according to claim 19 that provides a mean in-stent late loss in diameter in a human population at 12 months following implantation of less than about 0.3 mm, as measured by quantitative coronary angiography.

21.      (New)  A drug delivery device according to claim 19 or 20 that provides a mean in-stent diameter stenosis in a human population at 12 months following implantation of less than about 22%, as measured by quantitative coronary angiography.

22.      (New)  A drug delivery device according to claim 21 that provides a mean in-stent diameter stenosis in a human population at 12 months following implantation of less than about 15%, as measured by quantitative coronary angiography.

23.      (New)  A method of inhibiting neointimal proliferation in a human coronary artery resulting from percutaneous transluminal coronary angioplasty comprising implanting in the lumen of said coronary artery a drug delivery device comprising: an intraluminal stent; a biocompatible, nonerodible polymeric coating affixed to the intraluminal stent; and rapamycin or a macrocyclic triene analog thereof that binds FKBP12 incorporated into the polymeric coating, wherein said method provides an in-stent late loss in diameter at 12 months following implantation of less than about 0.5 mm, as measured by quantitative coronary angiography.

24.      (New)  A method according to claim 23 that provides an in-stent late loss in diameter at 12 months following implantation of less than about 0.3 mm, as measured by quantitative coronary angiography.

25.      (New)  A method according to claim 23 or 24 that provides an in-stent diameter stenosis at 12 months following implantation of less than about 22%, as measured by quantitative coronary angiography.

26.      (New)  A method according to claim 25 that provides an in-stent diameter stenosis at 12 months following implantation of less than about 15%, as measured by quantitative coronary angiography.

BSC-SJA-2177

DOCKET NO.: CRDS-0062 (CRD0931CIP)                              PATENT
Application No.: 10/829,074
Office Action Dated: PRELIMINARY AMENDMENT

27.     (New)  A method of inhibiting neointimal proliferation in a coronary artery
resulting from percutaneous transluminal coronary angioplasty comprising implanting in the
lumen of said coronary artery a drug delivery device comprising: an intraluminal stent; a
biocompatible, nonerodible polymeric coating affixed to the intraluminal stent; and rapamycin or
a macrocyclic triene analog thereof that binds FKBP12 incorporated into the polymeric coating,
wherein said method provides a mean in-stent late loss in diameter in a human population at 12
months following implantation of less than about 0.5 mm, as measured by quantitative coronary
angiography.

28.     (New)  A method according to claim 27 that provides a mean in-stent late loss in
diameter in a human population at 12 months following implantation of less than about 0.3 mm,
as measured by quantitative coronary angiography.

29.     (New)  A method according to claim 27 or 28 that provides a mean in-stent
diameter stenosis in a human population at 12 months following implantation of less than about
22%, as measured by quantitative coronary angiography.

30.     (New)  A method according to claim 29 that provides a mean in-stent diameter
stenosis in a human population at 12 months following implantation of less than about 15%,
as measured by quantitative coronary angiography.

Page 5 of 6

BSC-SJA-2178

DOCKET NO.: CRDS-0062 (CRD0931CIP)                          PATENT
Application No.: 10/829,074
Office Action Dated: PRELIMINARY AMENDMENT

## REMARKS

After entry of the instant amendment, claims 15 to 30 will be pending.  Previously pending claims 1 to 14 are cancelled herein, without prejudice.  The claims are supported by the application as originally filed.  The specification is amended to clarify the cross reference to related applications.  No new matter is added.

An early and favorable examination on the merits is respectfully requested.

Date:  August 7, 2006

S. Maurice Valla
Registration No. 43,966

Woodcock Washburn LLP
One Liberty Place - 113th Floor
Philadelphia PA  19103
Telephone:  (215) 568-3100
Facsimile:  (215) 568-3439

Page 6 of 6

BSC-SJA-2179

DOCKET NO.: CRDS-0062 (CRD0931CIP)                     **PATENT**
Application No.: 10/829,074

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Application of:                          Confirmation No.: 5950
Robert Falotico, et al.

Application No.: 10/829,074                     Group Art Unit: 3743

Filing Date: April 21, 2004                     Examiner: Not yet assigned

For:   Drug/Drug Delivery Systems for the Prevention and Treatment of Vascular
       Disease

08/09/2006 HDESTA1  00000001 10829074
04 FC:1464                    130.00 DP

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

## PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT
### (37 CFR § 1.102 and MPEP § 708.02)

Applicant hereby petitions to make this application special because of actual
infringement.

1.    Accompanying material

      Accompanying this petition is:

          a.    A Declaration by Attorney in Support of Petition to Make Special Because
                of Actual Infringement; and

          b.    Supplemental Information Disclosure Statement.

2.    Fee (37 CFR § 1.17(i))

      The fee required is to be paid by:

      ☒    A check in the amount of **$130.00** is attached.

BEST AVAILABLE COPY

BSC-SJA-2180

DOCKET NO.: CRDS-0062 (CRD0931CIP)                    **PATENT**
Application No.: 10/829,074

☐   Please charge Deposit Account No. 23-3050 in the amount of **$130.00**. This
     sheet is attached in duplicate.

☒   The Commissioner is hereby authorized to charge any deficiency or credit any
     overpayment of the fees associated with this communication to Deposit
     Account No. 23-3050.

Date:  August 7, 2006

_E. Maurice Valla_

S. Maurice Valla
Registration No. 43,966

Woodcock Washburn LLP
One Liberty Place - 46th Floor
Philadelphia PA  19103
Telephone: (215) 568-3100
Facsimile:  (215) 568-3439

© 2005 WW

BSC-SJA-2181

DOCKET NO.: CRDS-0062 (CRD0931CIP)                           **PATENT**
Application No.: 10/829,074



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                          Confirmation No.: 5950
**Robert Falotico, et al.**

Application No.: **10/829,074**                 Group Art Unit: 3743

Filing Date: **April 21, 2004**                Examiner: **Not yet assigned**

For:    **Drug/Drug Delivery Systems for the Prevention and Treatment of Vascular**
        **Disease**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

### DECLARATION BY ATTORNEY IN SUPPORT OF PETITION TO MAKE
### SPECIAL BECAUSE OF ACTUAL INFRINGEMENT (MPEP § 708.02)

I, S. Maurice Valla, Woodcock Washburn LLP, One Liberty Place, 46th Floor,
Philadelphia PA, 19103, Registration No. 43,966, Telephone No. 215-564-3100, am the
attorney of record for Applicants and make the following declarations.

1.      Claims 15 to 30 are presently pending. Each of the claims is directed to devices
comprising an intraluminal stent, a nonerodible polymeric coating affixed to the stent, and
rapamycin or a macrocyclic triene analog thereof that binds FKBP12 incorporated into the
coating; the devices provide an in-stent late loss in diameter at 12 months following
implantation in a human of less than about 0.5 mm, as measured by quantitative coronary
angiography. Claim 16 specifies an in-stent late loss in diameter of less than about 0.3 mm,
and claims 17 and 18 specify that the stent provides an in-stent diameter stenosis at 12
months following implantation in a human of less than about 22% or 15%, respectively, as

BSC-SJA-2182

DOCKET NO.: CRDS-0062 (CRD0931CIP)                    **PATENT**
Application No.: 10/829,074

measured by quantitative coronary angiography. Claims 19 to 22 are similar to claims 15 to 18, but specify mean in-stent late loss and in-stent diameter stenosis values for in a human population. Claims 23 to 30 are directed to methods of inhibiting neointimal proliferation in a coronary artery resulting from percutaneous transluminal coronary angioplasty, comprising implanting in the lumen of said coronary artery a drug delivery device comprising: an intraluminal stent; a biocompatible, nonerodible polymeric coating affixed to the intraluminal stent; and rapamycin or a macrocyclic triene analog thereof that binds FKBP12 incorporated into the polymeric coating. These methods provide in-stent late loss and/or in-stent diameter stenosis values as recited in claims 15 to 22.

2.     Attached as exhibits hereto are press releases issued by Guidant Corporation ("Guidant") describing certain of its activities relating to drug eluting stents. In a release dated January 30, 2006 (Exhibit 1), Guidant announced that it has received Conformité Européene (CE) Mark Approval for its XIENCE™ V Everolimus Eluting Coronary Stent System. In the same press release, Guidant states that it "is ramping up manufacturing and building inventory to supply ongoing clinical trials and to support the European launch of XIENCE™ V beginning in the second quarter of 2006."

3.     In a release dated October 19, 2005 (Exhibit 2), Guidant announced that inspection of its manufacturing facilities in Temecula, California had been successfully concluded as part of its submission for CE Mark approval to market the XIENCE™ V Everolimus Eluting Coronary Stent System in Europe. Guidant reported that its European Notified Body found no nonconformities and would recommend certification for Guidant's manufacturing facility for XIENCE™ V.

4.     Since Guidant's approved manufacturing facility for XIENCE™ V is in Temecula, California, I conclude that the "ramping up manufacturing and building inventory to . . . support the European launch of XIENCE™ V" to which Guidant's January 30, 2006, release refers is being performed in the United States. Thus, on the basis of these public statements by Guidant, I conclude that Guidant is "making" XIENCE™ V and building inventory in the United States to support launch of the product in Europe.

BSC-SJA-2183

**DOCKET NO.:** CRDS-0062 (CRD0931CIP)                    **PATENT**
**Application No.:** 10/829,074

5.      Guidant's vascular business has recently been acquired by Abbott Laboratories (Exhibit 3).  Abbott has announced that it intends to launch XIENCE™ V in Europe in the third quarter of 2006 (Exhibit 4).

6.      I have made a rigid comparison of the XIENCE™ V product, as described in Guidant press releases and other publicly available documents, with the claims of the instant application.  In my opinion, the XIENCE™ V product is unquestionably within the scope of claims 15 to 30 on file in this application.

7.      Everolimus is a macrocyclic triene analog of rapamycin, bearing a stable 2-hydroxyethyl chain substitution at position 40 on the rapamycin structure (Exhibits 5,6).  An article published in EuroIntervention in 2005 (Exhibit 7) confirms that everolimus binds with FKBP12 (*see* page 59, col. 1), and that XIENCE™ V product comprises a stent bearing a coating that comprises a nonerodible polymer blended with everolimus (*see* page 59, col. 2).  On the basis of this information, I conclude that the XIENCE™ V product comprises an intraluminal stent, a nonerodible polymeric coating affixed to the stent, and rapamycin or a macrocyclic triene analog thereof that binds FKBP12 incorporated into the coating, as recited in claims 15 to 30 on file in this application.

8.      Another article published in EuroIntervention in 2005 (Exhibit 8) reports on one-year results from Guidant's SPIRIT FIRST clinical trial, in which intravascular ultrasound and quantitative angiographic analyses were performed one year following intraluminal implantation of XIENCE™ V stents in the coronary arteries of human patients.  The article reports that mean in-stent late loss and diameter stenosis values were 0.24mm and 18%, respectively (*see* abstract), which is within the limits recited in claims 15 to 30 on file in this application.

9.      It is therefore my opinion that Guidant is making a product in the United States to support the European launch that is unquestionably within the scope of claims 15 to 30 of the instant application, and that a patent containing these claims could immediately be asserted upon issue.

**DOCKET NO.:** CRDS-0062 (CRD0931CIP)     **PATENT**
**Application No.:** 10/829,074

10.     I have a knowledge of the pertinent prior art by virtue of the prosecution histories of the parents of the instant application and other patents owned by the assignee of the instant application. All such material art is provided to the Examiner as

☒     having been filed
☒     being filed

in a respective Information Disclosure Statement.

11.     I declare further that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.


Date:  August 7, 2006                              _S. Maurice Valla_____

                                                   S. Maurice Valla
                                                   Registration No. 43,966

Woodcock Washburn LLP
One Liberty Place - 46th Floor
Philadelphia PA  19103
Telephone: (215) 568-3100
Facsimile:  (215) 568-3439

© 2005 WW

BSC-SJA-2185

# EXHIBIT 33



US007300662B2

(12) **United States Patent**
Falotico et al.

(10) Patent No.: **US 7,300,662 B2**
(45) Date of Patent: **\*Nov. 27, 2007**

(54) **DRUG/DRUG DELIVERY SYSTEMS FOR THE PREVENTION AND TREATMENT OF VASCULAR DISEASE**

(75) Inventors: **Robert Falotico**, Belle Mead, NJ (US); **Gregory A. Kopia**, Hillsborough, NJ (US); **Gerard H. Llanos**, Stewartsville, NJ (US)

(73) Assignee: **Cordis Corporation**, Miami Lakes, FL (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 503 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/829,074**

(22) Filed: **Apr. 21, 2004**

(65) **Prior Publication Data**

US 2004/0260268 A1    Dec. 23, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/850,293, filed on May 7, 2001, now abandoned, which is a continuation-in-part of application No. 09/575,480, filed on May 19, 2000.

(60) Provisional application No. 60/263,979, filed on Jan. 25, 2001, provisional application No. 60/263,806, filed on Jan. 24, 2001, provisional application No. 60/262,614, filed on Jan. 18, 2001, provisional application No. 60/262,461, filed on Jan. 18, 2001, provisional application No. 60/204,417, filed on May 12, 2000.

(51) **Int. Cl.**
A61F 2/00       (2006.01)
A61F 2/06       (2006.01)

(52) **U.S. Cl.** .................. 424/424; 623/1.42; 623/1.45

(58) **Field of Classification Search** ........ 424/422–426; 623/1.42–1.48
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 861,659 A | 7/1907 | Johnston | 464/147 |
| 3,051,677 A | 8/1962 | Rexford | 522/156 |
| 3,279,996 A | 10/1966 | Long et al. | 424/424 |
| 3,526,005 A | 9/1970 | Bokros | 623/11.11 |
| 3,599,641 A | 8/1971 | Sheridan | 604/256 |

(Continued)

FOREIGN PATENT DOCUMENTS

DE    3205942 A1    9/1983

(Continued)

OTHER PUBLICATIONS

Boston Scientific, "Measuring DES Efficacy," www.taxus-stent.com/usa/efficacy.html, pp. 1-3, copyright 2006.\*

(Continued)

*Primary Examiner*—Sharon E. Kennedy
(74) *Attorney, Agent, or Firm*—Woodcock Washburn LLP

(57) **ABSTRACT**

A drug and drug delivery system may be utilized in the treatment of vascular disease. A local delivery system is coated with rapamycin or other suitable drug, agent or compound and delivered intraluminally for the treatment and prevention of neointimal hyperplasia following percutaneous transluminal coronary angiography. The local delivery of the drugs or agents provides for increased effectiveness and lower systemic toxicity.

**25 Claims, 2 Drawing Sheets**



**US 7,300,662 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,657,744 A | 4/1972 | Ersek | |
| 3,744,596 A | 7/1973 | Sander | 188/203 |
| 3,779,805 A | 12/1973 | Alsberg | 427/105 |
| 3,929,992 A | 12/1975 | Sehgal et al. | 424/122 |
| 3,932,627 A | 1/1976 | Margraf | |
| 3,948,254 A | 4/1976 | Zaffaroni | 128/833 |
| 3,952,334 A | 4/1976 | Bokros et al. | 623/11.11 |
| 3,968,800 A | 7/1976 | Vilasi | 606/198 |
| 4,069,307 A | 1/1978 | Higuchi et al. | 424/432 |
| 4,076,285 A | 2/1978 | Martinez | 285/332 |
| 4,292,965 A | 10/1981 | Nash et al. | |
| 4,299,226 A | 11/1981 | Banka | 604/509 |
| 4,300,244 A | 11/1981 | Bokros | 623/1.13 |
| 4,312,920 A | 1/1982 | Pierce et al. | 428/425.5 |
| 4,321,711 A | 3/1982 | Mano | 623/1.43 |
| 4,323,071 A | 4/1982 | Simpson et al. | 606/194 |
| 4,390,599 A | 6/1983 | Broyles | 428/597 |
| 4,413,359 A | 11/1983 | Akiyama et al. | 623/23.72 |
| 4,423,183 A | 12/1983 | Close | 524/546 |
| 4,441,216 A | 4/1984 | Ionescu et al. | |
| 4,503,569 A | 3/1985 | Dotter | |
| 4,512,338 A | 4/1985 | Balko et al. | 606/108 |
| 4,550,447 A | 11/1985 | Seiler, Jr. et al. | 623/1.32 |
| 4,553,545 A | 11/1985 | Maass et al. | |
| 4,560,374 A | 12/1985 | Hammerslag | 604/509 |
| 4,562,596 A | 1/1986 | Kronberg | 623/1.32 |
| 4,565,740 A | 1/1986 | Golander et al. | 428/409 |
| 4,580,568 A | 4/1986 | Gianturco | |
| 4,613,665 A | 9/1986 | Larm | |
| 4,642,111 A | 2/1987 | Sakamoto et al. | 424/492 |
| 4,655,771 A | 4/1987 | Wallsten | |
| 4,656,083 A | 4/1987 | Hoffman et al. | 442/123 |
| 4,676,241 A | 6/1987 | Webb et al. | 128/207.14 |
| 4,678,466 A | 7/1987 | Rosenwald | 424/427 |
| 4,687,482 A | 8/1987 | Hanson | 623/1.49 |
| 4,689,046 A | 8/1987 | Bokros | 623/2.31 |
| 4,731,054 A | 3/1988 | Billeter et al. | 604/93.01 |
| 4,733,665 A | 3/1988 | Palmaz | |
| 4,739,762 A | 4/1988 | Palmaz | |
| 4,740,207 A | 4/1988 | Kreamer | 623/1.15 |
| 4,749,585 A | 6/1988 | Greco et al. | 428/422 |
| 4,753,652 A | 6/1988 | Langer et al. | 623/1.42 |
| 4,760,849 A | 8/1988 | Kropf | 606/191 |
| 4,768,507 A | 9/1988 | Fischell et al. | 623/1.11 |
| 4,776,337 A | 10/1988 | Palmaz | |
| 4,786,500 A | 11/1988 | Wong | 424/422 |
| 4,787,899 A | 11/1988 | Lazarus | 623/1.11 |
| 4,800,882 A | 1/1989 | Gianturco | |
| 4,810,784 A | 3/1989 | Larm | 536/20 |
| 4,856,516 A | 8/1989 | Hillstead | |
| 4,871,357 A | 10/1989 | Hsu et al. | 604/266 |
| 4,872,867 A | 10/1989 | Joh | |
| 4,876,109 A | 10/1989 | Mayer et al. | 604/269 |
| 4,886,062 A | 12/1989 | Wiktor | |
| 4,907,336 A | 3/1990 | Gianturco | |
| 4,916,193 A | 4/1990 | Tang et al. | |
| 4,954,126 A | 9/1990 | Wallsten | |
| 4,969,458 A | 11/1990 | Wiktor | |
| 4,990,131 A | 2/1991 | Dardik | |
| 4,990,155 A | 2/1991 | Wilkoff | |
| 4,994,071 A | 2/1991 | MacGregor | |
| 4,994,298 A | 2/1991 | Yasuda | 427/490 |
| 4,998,923 A | 3/1991 | Samson et al. | 606/194 |
| 5,015,253 A | 5/1991 | MacGregor | |
| 5,019,090 A | 5/1991 | Pinchuk | 623/1.15 |
| 5,019,096 A | 5/1991 | Fox, Jr. et al. | 600/36 |
| 5,029,877 A | 7/1991 | Fedeli et al. | 277/354 |
| 5,034,265 A | 7/1991 | Hoffman et al. | 442/126 |
| 5,035,706 A | 7/1991 | Gianturco | |
| 5,041,100 A | 8/1991 | Rowland et al. | |
| 5,041,126 A | 8/1991 | Gianturco | |
| 5,047,020 A | 9/1991 | Hsu | 604/266 |
| 5,049,132 A | 9/1991 | Shaffer et al. | |
| 5,049,403 A | 9/1991 | Larm et al. | 427/2.1 |
| 5,053,048 A | 10/1991 | Pinchuk | |
| 5,059,166 A | 10/1991 | Fischell et al. | 600/3 |
| 5,061,275 A | 10/1991 | Wallsten et al. | |
| 5,061,750 A | 10/1991 | Feijen et al. | |
| 5,064,435 A | 11/1991 | Porter | |
| 5,092,877 A | 3/1992 | Pinchuk | |
| 5,102,417 A | 4/1992 | Palmaz | |
| 5,104,404 A | 4/1992 | Wolff | |
| 5,116,365 A | 5/1992 | Hillstead | |
| 5,122,154 A | 6/1992 | Rhodes | |
| 5,131,908 A | 7/1992 | Dardik et al. | |
| 5,133,732 A | 7/1992 | Wiktor | |
| 5,134,192 A | 7/1992 | Feijen et al. | |
| 5,135,536 A | 8/1992 | Hillstead | |
| 5,163,952 A | 11/1992 | Froix | |
| 5,163,958 A | 11/1992 | Pinchuk | |
| 5,171,217 A | 12/1992 | March et al. | 604/507 |
| 5,171,262 A | 12/1992 | MacGregor | |
| 5,176,660 A | 1/1993 | Truckai | |
| 5,176,972 A | 1/1993 | Bloom et al. | 430/14 |
| 5,178,618 A | 1/1993 | Kandarpa | |
| 5,180,366 A | 1/1993 | Woods | |
| 5,182,317 A | 1/1993 | Winters et al. | |
| 5,185,408 A | 2/1993 | Tang et al. | |
| 5,192,307 A | 3/1993 | Wall | |
| 5,195,984 A | 3/1993 | Schatz | |
| 5,202,332 A | 4/1993 | Hughes et al. | 514/291 |
| 5,213,576 A | 5/1993 | Abiuso et al. | |
| 5,213,898 A | 5/1993 | Larm et al. | 428/422 |
| 5,217,483 A | 6/1993 | Tower | |
| 5,222,971 A | 6/1993 | Willard et al. | |
| 5,226,913 A | 7/1993 | Pinchuk | |
| 5,234,456 A | 8/1993 | Silvestrini | |
| 5,246,445 A | 9/1993 | Yachia et al. | |
| 5,258,020 A | 11/1993 | Froix | |
| 5,258,021 A | 11/1993 | Duran | |
| 5,262,451 A | 11/1993 | Winters et al. | |
| 5,266,073 A | 11/1993 | Wall | |
| 5,272,012 A | 12/1993 | Opolski | 428/423.1 |
| 4,733,665 A | 1/1994 | Palmaz | 606/108 |
| 5,275,622 A | 1/1994 | Lazarus et al. | |
| 5,282,823 A | 2/1994 | Schwartz et al. | |
| 5,282,824 A | 2/1994 | Gianturco | |
| 5,283,257 A | 2/1994 | Gregory et al. | |
| 5,288,711 A | 2/1994 | Mitchell et al. | |
| 5,290,305 A | 3/1994 | Inoue | |
| 5,292,331 A | 3/1994 | Boneau | |
| 5,292,802 A | 3/1994 | Rhee et al. | |
| 5,304,121 A | 4/1994 | Sahatjian | |
| 5,304,200 A | 4/1994 | Spaulding | |
| 5,306,250 A | 4/1994 | March et al. | |
| 5,308,862 A | 5/1994 | Ohlstein | |
| 5,308,889 A | 5/1994 | Rhee et al. | |
| 5,314,444 A | 5/1994 | Gianturco | |
| 5,314,472 A | 5/1994 | Fontaine | |
| 5,328,471 A | 7/1994 | Slepian | |
| 5,334,301 A | 8/1994 | Heinke et al. | |
| 5,336,518 A | 8/1994 | Pallassana et al. | |
| 5,338,770 A | 8/1994 | Winters et al. | |
| 5,342,348 A | 8/1994 | Kaplan | |
| 5,342,387 A | 8/1994 | Summers | |
| 5,342,621 A | 8/1994 | Eury | |
| 5,354,257 A | 10/1994 | Roubin et al. | |
| 5,354,308 A | 10/1994 | Simon et al. | |
| 5,356,433 A | 10/1994 | Rowland et al. | |
| 5,366,504 A | 11/1994 | Andersen et al. | |
| 5,368,566 A | 11/1994 | Crocker | |
| 5,370,683 A | 12/1994 | Fontaine | |
| 5,370,691 A | 12/1994 | Samson | |
| 5,375,612 A | 12/1994 | Cottenceau et al. | |

BSC-SJA-2187

US 7,300,662 B2

Page 3

| | | | |
|---|---|---|---|
| 5,376,112 A | 12/1994 | Duran | |
| 5,378,475 A | 1/1995 | Smith et al. ................ 424/473 |
| 5,380,299 A | 1/1995 | Fearnot et al. | |
| 5,382,261 A | 1/1995 | Palmaz | |
| 5,383,853 A | 1/1995 | Jung et al. ............ 604/103.04 |
| 5,383,928 A | 1/1995 | Scott et al. | |
| 5,387,235 A | 2/1995 | Chuter | |
| 5,389,106 A | 2/1995 | Tower | |
| 5,391,730 A | 2/1995 | Skotnicki et al. ........... 540/456 |
| 5,393,772 A | 2/1995 | Yue et al. | |
| 5,395,390 A | 3/1995 | Simon et al. | |
| 5,397,355 A | 3/1995 | Marin et al. | |
| 5,399,352 A | 3/1995 | Hanson ...................... 424/423 |
| 5,403,341 A | 4/1995 | Solar | |
| 5,405,377 A | 4/1995 | Cragg | |
| 5,409,696 A | 4/1995 | Narayanan et al. | |
| 5,411,549 A | 5/1995 | Peters | |
| 5,415,619 A | 5/1995 | Lee et al. | |
| 5,417,969 A | 5/1995 | Hsu et al. ................ 424/78.27 |
| 5,419,760 A | 5/1995 | Narciso, Jr. | |
| D359,802 S | 6/1995 | Fontaine | |
| 5,421,955 A | 6/1995 | Lau | |
| 5,423,885 A | 6/1995 | Williams | |
| 5,429,618 A | 7/1995 | Keogh | |
| 5,429,634 A | 7/1995 | Narciso | |
| 5,439,446 A | 8/1995 | Barry | |
| 5,441,515 A | 8/1995 | Khosravi et al. | |
| 5,441,516 A | 8/1995 | Wang et al. | |
| 5,441,947 A | 8/1995 | Dodge et al. | |
| 5,443,458 A | 8/1995 | Eury | |
| 5,443,477 A | 8/1995 | Marin et al. | |
| 5,443,496 A | 8/1995 | Schwartz et al. | |
| 5,443,498 A | 8/1995 | Fontaine | |
| 5,443,500 A | 8/1995 | Sigwart | |
| 5,447,724 A | 9/1995 | Helmus et al. | |
| 5,449,372 A | 9/1995 | Schmaltz et al. | |
| 5,449,373 A | 9/1995 | Pinchasik et al. | |
| 5,449,382 A | 9/1995 | Dayton | |
| 5,464,450 A | 11/1995 | Buscemi et al. | |
| 5,464,540 A | 11/1995 | Friesen et al. .............. 210/640 |
| 5,464,650 A | 11/1995 | Berg et al. | |
| 5,474,563 A | 12/1995 | Myler et al. ................ 606/108 |
| 5,486,357 A | 1/1996 | Narayanan | |
| 5,496,365 A | 3/1996 | Sgro | |
| 5,500,013 A | 3/1996 | Buscemi et al. | |
| 5,504,091 A | 4/1996 | Molnar-Kimber et al. .. 514/291 |
| 5,510,077 A | 4/1996 | Dinh et al. | |
| 5,512,055 A | 4/1996 | Domb et al. ................ 604/265 |
| 5,516,781 A | 5/1996 | Morris et al. | |
| 5,519,042 A | 5/1996 | Morris et al. .............. 514/378 |
| 5,523,092 A | 6/1996 | Hanson et al. | |
| 5,527,354 A | 6/1996 | Fontaine et al. | |
| 5,545,208 A | 8/1996 | Wolff et al. | |
| 5,551,954 A | 9/1996 | Buscemi et al. | |
| 5,554,182 A | 9/1996 | Dinh et al. | |
| 5,554,954 A | 9/1996 | Takahashi | |
| 5,556,413 A | 9/1996 | Lam | |
| 5,559,122 A | 9/1996 | Nelson et al. .............. 514/291 |
| 5,562,922 A | 10/1996 | Lambert | |
| 5,563,146 A | 10/1996 | Morris et al. | |
| 5,569,197 A | 10/1996 | Helmus et al. | |
| 5,569,295 A | 10/1996 | Lam | |
| 5,569,462 A | 10/1996 | Martinson et al. .......... 424/423 |
| 5,569,463 A | 10/1996 | Helmus et al. ............. 424/426 |
| 5,571,089 A | 11/1996 | Crocker ................. 604/103.01 |
| 5,571,166 A | 11/1996 | Dinh et al. | |
| 5,574,059 A | 11/1996 | Regunathan et al. | |
| 5,575,818 A | 11/1996 | Pinchuk ................. 623/1.15 |
| 5,578,075 A | 11/1996 | Dayton | |
| 5,580,873 A | 12/1996 | Bianco et al. | |
| 5,580,874 A | 12/1996 | Bianco et al. | |
| 5,591,140 A | 1/1997 | Narayanan et al. | |
| 5,591,197 A | 1/1997 | Orth et al. | |
| 5,591,224 A | 1/1997 | Schwartz et al. | |
| 5,591,227 A | 1/1997 | Dinh et al. | |
| 5,599,352 A | 2/1997 | Dinh et al. | |
| 5,603,722 A | 2/1997 | Phan et al. | |
| 5,604,283 A | 2/1997 | Wada et al. ................ 524/236 |
| 5,605,696 A | 2/1997 | Eury et al. | |
| 5,607,463 A | 3/1997 | Schwartz et al. | |
| 5,607,475 A | 3/1997 | Cahalan et al. | |
| 5,609,629 A | 3/1997 | Fearnot et al. | |
| 5,616,608 A | 4/1997 | Kinsella et al. ............. 514/449 |
| 5,620,984 A | 4/1997 | Bianco et al. | |
| 5,621,102 A | 4/1997 | Bianco et al. | |
| 5,622,975 A | 4/1997 | Singh et al. | |
| 5,624,411 A | 4/1997 | Tuch | |
| 5,628,785 A | 5/1997 | Schwartz et al. | |
| 5,629,077 A | 5/1997 | Turnlund et al. | |
| 5,629,315 A | 5/1997 | Bianco et al. | |
| 5,632,763 A | 5/1997 | Glastra | |
| 5,632,771 A | 5/1997 | Boatman et al. ........... 623/1.15 |
| 5,632,776 A | 5/1997 | Kurumatani et al. ........ 424/423 |
| 5,632,840 A | 5/1997 | Campbell | |
| 5,635,201 A | 6/1997 | Fabo ........................... 424/443 |
| 5,637,113 A | 6/1997 | Tartaglia et al. | |
| 5,643,312 A | 7/1997 | Fischell et al. | |
| 5,643,939 A | 7/1997 | Ohlstein | |
| 5,646,160 A | 7/1997 | Morris et al. | |
| 5,648,357 A | 7/1997 | Bianco et al. | |
| 5,649,952 A | 7/1997 | Lam | |
| 5,649,977 A | 7/1997 | Campbell | |
| 5,651,174 A | 7/1997 | Schwartz et al. | |
| 5,652,243 A | 7/1997 | Bianco et al. | |
| 5,653,747 A | 8/1997 | Dereume ................... 623/1.54 |
| 5,653,992 A | 8/1997 | Bezwada et al. | |
| 5,662,609 A | 9/1997 | Slepian | |
| 5,665,591 A | 9/1997 | Sorenshein et al. ........ 435/375 |
| 5,665,728 A | 9/1997 | Morris et al. | |
| 5,667,764 A | 9/1997 | Kopia et al. ................ 424/1.45 |
| 5,669,924 A | 9/1997 | Shaknovich | |
| 5,670,506 A | 9/1997 | Leigh et al. | |
| 5,672,638 A | 9/1997 | Verhoeven et al. .......... 523/112 |
| 5,674,242 A | 10/1997 | Phan et al. .................. 606/198 |
| 5,679,400 A | 10/1997 | Tuch | |
| 5,679,659 A | 10/1997 | Verhoeven et al. | |
| 5,684,061 A | 11/1997 | Ohnishi et al. ............. 523/114 |
| 5,691,311 A | 11/1997 | Maraganore et al. ......... 514/12 |
| 5,693,085 A | 12/1997 | Buirge et al. | |
| 5,697,967 A | 12/1997 | Dinh et al. | |
| 5,697,971 A | 12/1997 | Fischell et al. | |
| 5,700,286 A | 12/1997 | Tartaglia et al. | |
| 5,707,385 A | 1/1998 | Williams | |
| 5,709,874 A | 1/1998 | Hanson et al. | |
| 5,713,949 A | 2/1998 | Jayaraman ................. 623/1.12 |
| 5,716,981 A | 2/1998 | Hunter et al. .............. 514/449 |
| 5,725,549 A | 3/1998 | Lam | |
| 5,725,567 A | 3/1998 | Wolff et al. | |
| 5,728,150 A | 3/1998 | McDonald et al. | |
| 5,728,420 A | 3/1998 | Keogh | |
| 5,731,326 A | 3/1998 | Hart et al. | |
| 5,733,327 A | 3/1998 | Igaki et al. | |
| 5,733,920 A | 3/1998 | Mansuri et al. | |
| 5,733,925 A | 3/1998 | Kunz et al. | |
| 5,735,897 A | 4/1998 | Buirge | |
| 5,739,138 A | 4/1998 | Bianco et al. | |
| 5,755,734 A | 5/1998 | Richter et al. | |
| 5,755,772 A | 5/1998 | Evans et al. ................ 128/898 |
| 5,759,205 A | 6/1998 | Valentini ................... 433/173 |
| 5,769,883 A | 6/1998 | Buscemi et al. | |
| 5,776,184 A | 7/1998 | Tuch | |
| 5,780,462 A | 7/1998 | Lee et al. ................... 514/183 |
| 5,780,476 A | 7/1998 | Underiner et al. | |
| 5,782,908 A | 7/1998 | Cahalan et al. | |
| 5,788,979 A | 8/1998 | Alt | |
| 5,792,106 A | 8/1998 | Mische ................. 604/103.01 |

BSC-SJA-2188

**US 7,300,662 B2**
Page 4

| | | | |
|---|---|---|---|
| 5,792,772 A | 8/1998 | Bianco et al. | |
| 5,798,372 A | 8/1998 | Davies et al. | |
| 5,799,384 A | 9/1998 | Schwartz et al. | |
| 5,800,507 A | 9/1998 | Schwartz | |
| 5,800,508 A | 9/1998 | Goicoechea et al. | |
| 5,807,861 A | 9/1998 | Klein et al. | |
| 5,811,447 A | 9/1998 | Kunz et al. | |
| 5,820,917 A | 10/1998 | Tuch | |
| 5,820,918 A | 10/1998 | Ronan et al. | |
| 5,824,048 A | 10/1998 | Tuch | |
| 5,824,049 A | 10/1998 | Ragheb et al. | |
| 5,827,587 A | 10/1998 | Fukushi | 428/36.6 |
| 5,833,651 A | 11/1998 | Donovan et al. | |
| 5,837,008 A | 11/1998 | Berg et al. | |
| 5,837,313 A | 11/1998 | Ding et al. | |
| 5,843,120 A | 12/1998 | Israel et al. | 623/1.15 |
| 5,843,166 A | 12/1998 | Lentz et al. | 623/1.13 |
| 5,843,172 A | 12/1998 | Yan | |
| 5,849,034 A | 12/1998 | Schwartz | |
| 5,851,217 A | 12/1998 | Wolff et al. | |
| 5,851,231 A | 12/1998 | Wolff et al. | |
| 5,858,990 A | 1/1999 | Walsh | |
| 5,861,027 A | 1/1999 | Trapp | |
| 5,865,814 A | 2/1999 | Tuch | |
| 5,871,535 A | 2/1999 | Wolff et al. | |
| 5,873,904 A | 2/1999 | Ragheb et al. | |
| 5,876,433 A | 3/1999 | Lunn | |
| 5,877,224 A | 3/1999 | Brocchini et al. | 514/772.2 |
| 5,879,697 A | 3/1999 | Ding et al. | |
| 5,882,335 A | 3/1999 | Leone et al. | |
| 5,891,108 A | 4/1999 | Leone et al. | |
| 5,893,840 A | 4/1999 | Hull et al. | 604/103.02 |
| 5,897,911 A | 4/1999 | Loeffler | 427/2.25 |
| 5,900,246 A | 5/1999 | Lambert | |
| 5,902,266 A | 5/1999 | Leone et al. | |
| 5,912,253 A | 6/1999 | Cottens et al. | 514/291 |
| 5,916,910 A | 6/1999 | Lai | 514/423 |
| 5,922,393 A | 7/1999 | Jayaraman | 427/2.3 |
| 5,922,730 A | 7/1999 | Hu et al. | 514/291 |
| 5,932,243 A | 8/1999 | Fricker et al. | 424/450 |
| 5,932,299 A | 8/1999 | Katoot | 427/508 |
| 5,932,580 A | 8/1999 | Levitzki et al. | 181/152 |
| 5,951,586 A | 9/1999 | Berg et al. | |
| 5,957,971 A | 9/1999 | Schwartz | |
| 5,968,091 A | 10/1999 | Pinchuk et al. | 623/1.16 |
| 5,972,027 A | 10/1999 | Johnson | |
| 5,976,534 A | 11/1999 | Hart et al. | |
| 5,977,163 A | 11/1999 | Li et al. | |
| 5,980,553 A | 11/1999 | Gray et al. | |
| 5,980,566 A | 11/1999 | Alt et al. | |
| 5,980,972 A | 11/1999 | Ding | |
| 5,981,568 A | 11/1999 | Kunz et al. | |
| 5,985,307 A | 11/1999 | Hanson et al. | |
| 5,997,468 A | 12/1999 | Wolff et al. | |
| 6,004,346 A | 12/1999 | Wolff et al. | |
| 6,015,432 A | 1/2000 | Rakos et al. | 623/1.13 |
| 6,015,815 A | 1/2000 | Mollison | 514/291 |
| 6,039,721 A | 3/2000 | Johnson et al. | |
| 6,059,813 A | 5/2000 | Vrba et al. | |
| 6,071,305 A | 6/2000 | Brown et al. | |
| 6,074,659 A | 6/2000 | Kunz et al. | |
| 6,080,190 A | 6/2000 | Schwartz | |
| 6,096,070 A | 8/2000 | Ragheb et al. | |
| 6,120,536 A | 9/2000 | Dinge et al. | |
| 6,120,847 A | 9/2000 | Yang et al. | 427/335 |
| 6,136,798 A | 10/2000 | Cody et al. | |
| 6,140,127 A | 10/2000 | Sprague | |
| 6,146,358 A | 11/2000 | Rowe | |
| 6,153,252 A | 11/2000 | Hossainy et al. | |
| 6,159,488 A | 12/2000 | Nagier et al. | 424/423 |
| 6,171,232 B1 | 1/2001 | Papandreou et al. | |
| 6,171,609 B1 | 1/2001 | Kunz | |
| 6,177,272 B1 | 1/2001 | Nabel et al. | |
| 6,179,817 B1 | 1/2001 | Zhong | 604/265 |
| 6,187,757 B1 | 2/2001 | Clackson et al. | 514/31 |
| 6,193,746 B1 | 2/2001 | Strecker | 623/1.13 |
| 6,214,901 B1 | 4/2001 | Chudzik et al. | |
| 6,225,346 B1 | 5/2001 | Tang et al. | 514/523 |
| 6,240,616 B1 | 6/2001 | Yan | |
| 6,245,537 B1 | 6/2001 | Williams et al. | 435/135 |
| 6,251,920 B1 | 6/2001 | Grainger et al. | 514/319 |
| 6,254,632 B1 | 7/2001 | Wu et al. | |
| 6,254,634 B1 | 7/2001 | Anderson et al. | 623/1.42 |
| 6,258,121 B1 | 7/2001 | Yang et al. | |
| 6,268,390 B1 | 7/2001 | Kunz | |
| 6,273,913 B1 | 8/2001 | Wright et al. | |
| 6,284,305 B1 | 9/2001 | Ding et al. | 427/2.28 |
| 6,287,320 B1 | 9/2001 | Slepian | |
| 6,287,628 B1 | 9/2001 | Hossainy et al. | |
| 6,299,604 B1 | 10/2001 | Ragheb et al. | |
| 6,306,144 B1 | 10/2001 | Sydney et al. | 606/108 |
| 6,306,166 B1 | 10/2001 | Barry et al. | |
| 6,306,176 B1 | 10/2001 | Whitbourne | |
| 6,306,421 B1 | 10/2001 | Kunz et al. | |
| 6,309,380 B1 | 10/2001 | Larson et al. | |
| 6,309,660 B1 | 10/2001 | Hsu et al. | |
| 6,313,264 B1 | 11/2001 | Caggiano et al. | |
| 6,316,018 B1 | 11/2001 | Ding et al. | 424/423 |
| 6,335,029 B1 | 1/2002 | Kamath et al. | 424/423 |
| 6,358,556 B1 | 3/2002 | Ding et al. | 427/2.24 |
| 6,369,039 B1 | 4/2002 | Palasis et al. | 424/93.2 |
| 6,379,382 B1 | 4/2002 | Yang | 623/1.42 |
| 6,387,121 B1 | 5/2002 | Alt | 623/1.15 |
| 6,403,635 B1 | 6/2002 | Kinsella et al. | 514/449 |
| 6,407,067 B1 | 6/2002 | Schafer | 514/19 |
| 6,517,858 B1 | 2/2003 | Le Moel et al. | 424/424 |
| 6,517,889 B1 | 2/2003 | Jayaraman | 427/2.24 |
| 6,545,097 B2 | 4/2003 | Pinchuk et al. | 525/240 |
| 6,585,764 B2 | 7/2003 | Wright et al. | 623/1.42 |
| 6,620,194 B2 | 9/2003 | Ding et al. | 623/1.43 |
| 6,746,773 B2 | 6/2004 | Llanos et al. | 428/421 |
| 6,776,796 B2 | 8/2004 | Falotico et al. | 623/1.46 |
| 6,808,536 B2 | 10/2004 | Wright et al. | 623/1.42 |
| 2001/0007083 A1 | 7/2001 | Roorda | |
| 2001/0029351 A1 | 10/2001 | Falotico et al. | 604/103.02 |
| 2001/0029660 A1 | 10/2001 | Johnson | |
| 2001/0032014 A1 | 10/2001 | Yang et al. | |
| 2001/0034363 A1 | 10/2001 | Li et al. | |
| 2001/0037145 A1 | 11/2001 | Guruwaiya et al. | |
| 2002/0010418 A1 | 1/2002 | Lary et al. | 604/101.04 |
| 2002/0032477 A1 | 3/2002 | Helmus et al. | 623/1.2 |
| 2002/0041899 A1 | 4/2002 | Chudzik et al. | 424/487 |
| 2002/0061326 A1 | 5/2002 | Li et al. | 424/424 |
| 2002/0068969 A1 | 6/2002 | Shanley et al. | 623/1.16 |
| 2002/0071902 A1 | 6/2002 | Ding et al. | 427/2.24 |
| 2002/0082680 A1 | 6/2002 | Shanley et al. | 623/1.16 |
| 2002/0082685 A1 | 6/2002 | Sirhan et al. | 623/1.42 |
| 2002/0091433 A1 | 7/2002 | Ding et al. | 623/1.2 |
| 2002/0095114 A1 | 7/2002 | Palasis | 604/96.01 |
| 2002/0099438 A1 | 7/2002 | Furst | 623/1.16 |
| 2002/0103526 A1 | 8/2002 | Steinke | 623/1.11 |
| 2002/0119178 A1 | 8/2002 | Levesque et al. | 424/423 |
| 2002/0123505 A1 | 9/2002 | Mollison et al. | 514/291 |
| 2002/0127327 A1 | 9/2002 | Schwartz et al. | 427/2.15 |
| 2002/0133222 A1 | 9/2002 | Das | 623/1.16 |
| 2002/0133224 A1 | 9/2002 | Bajgar et al. | 623/1.39 |
| 2002/0165608 A1 | 11/2002 | Llanos | 604/500 |
| 2002/0193475 A1 | 12/2002 | Hossainy et al. | 524/113 |
| 2003/0065377 A1 | 4/2003 | Davila et al. | 604/265 |
| 2003/0216699 A1 | 11/2003 | Falotico | |
| 2004/0049265 A1 | 3/2004 | Ding et al. | 623/1.42 |
| 2004/0243097 A1 | 12/2004 | Falotico et al. | 604/500 |
| 2004/0260268 A1 | 12/2004 | Falotico et al. | 604/500 |
| 2005/0002986 A1 | 1/2005 | Falotico et al. | 424/426 |
| 2005/0004663 A1 | 1/2005 | Llanos et al. | 623/1.46 |
| 2005/0033261 A1 | 2/2005 | Falotico et al. | 604/500 |

BSC-SJA-2189

## US 7,300,662 B2
Page 5

| | | | | |
|---|---|---|---|---|
| 2005/0106210 A1 | 5/2005 | Ding et al. | .............. | 424/423 |
| 2005/0187611 A1 | 8/2005 | Ding et al. | .............. | 623/1.15 |
| 2005/0208200 A1 | 9/2005 | Ding et al. | .............. | 427/2.25 |
| 2006/0088654 A1 | 4/2006 | Ding et al. | .............. | 427/2.21 |
| 2006/0089705 A1 | 4/2006 | Ding et al. | .............. | 623/1.15 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 19723723 A1 | 12/1998 |
| EP | 0 145 166 A2 | 6/1985 |
| EP | 0 177 330 A2 | 4/1986 |
| EP | 0 183 372 A1 | 6/1986 |
| EP | 0 221 570 A2 | 5/1987 |
| EP | 0 421 729 A2 | 4/1991 |
| EP | 0 540 290 A1 | 10/1992 |
| EP | 0 568 310 A1 | 11/1993 |
| EP | 0 604 022 A1 | 6/1994 |
| EP | 0 621 015 A1 | 10/1994 |
| EP | 0 623 354 A1 | 11/1994 |
| EP | 0 734 698 A2 | 3/1996 |
| EP | 0 712 615 A1 | 5/1996 |
| EP | 0 716 836 A1 | 6/1996 |
| EP | 0 800 801 A1 | 8/1996 |
| EP | 0 734 721 A1 | 10/1996 |
| EP | 0 747 069 A2 | 12/1996 |
| EP | 0 761 251 A1 | 3/1997 |
| EP | 0 830 853 A1 | 7/1997 |
| EP | 0 540 290 B1 | 1/1998 |
| EP | 0 815 803 A1 | 7/1998 |
| EP | 0 850 651 A1 | 7/1998 |
| EP | 0 938 878 A3 | 9/1999 |
| EP | 0950386 B1 | 10/1999 |
| EP | 0 968 688 A1 | 1/2000 |
| EP | 0 633 032 B1 | 2/2001 |
| EP | 1 192 957 A2 | 4/2002 |
| EP | 1 588 726 A1 | 10/2005 |
| EP | 1 588 727 A1 | 10/2005 |
| FR | 0 566 807 A1 | 4/1992 |
| GB | 1 205 743 | 9/1970 |
| GB | 2 135 585 A | 9/1984 |
| GB | 0 662 307 A2 | 12/1994 |
| SU | 660689 | 5/1979 |
| SU | 1457921 | 2/1989 |
| WO | 89/03232 A1 | 4/1989 |
| WO | WO 91/12779 A1 | 9/1991 |
| WO | WO 92/15286 A1 | 9/1992 |
| WO | WO 94/01056 A1 | 1/1994 |
| WO | WO 94/21308 A1 | 9/1994 |
| WO | WO 94/21309 A1 | 9/1994 |
| WO | WO 94/24961 A1 | 11/1994 |
| WO | WO 96/00272 A1 | 1/1996 |
| WO | WO 96/26689 A1 | 9/1996 |
| WO | WO 96/32907 A1 | 10/1996 |
| WO | WO 96/34580 A1 | 11/1996 |
| WO | 96/41807 A1 | 12/1996 |
| WO | WO 97/25000 A1 | 7/1997 |
| WO | WO 97/33534 A1 | 9/1997 |
| WO | 97/35575 A1 | 10/1997 |
| WO | 98/08463 A1 | 3/1998 |
| WO | WO 98/13344 A1 | 4/1998 |
| WO | WO 98/19628 A1 | 5/1998 |
| WO | 98/23244 A1 | 6/1998 |
| WO | WO 98/23228 A1 | 6/1998 |
| WO | WO 98/34669 A1 | 8/1998 |
| WO | WO 98/36784 A1 | 8/1998 |
| WO | WO 98/47447 A1 | 10/1998 |
| WO | WO 98/56312 A1 | 12/1998 |
| WO | 00/21584 A1 | 4/2000 |
| WO | 00/27455 A1 | 5/2000 |
| WO | WO 00/27445 A1 | 5/2000 |
| WO | 00/32255 A1 | 6/2000 |
| WO | 00/38754 A1 | 7/2000 |
| WO | 01/87342 A1 | 11/2001 |

| | | |
|---|---|---|
| WO | 01/87372 A1 | 11/2001 |
| WO | 01/87373 A1 | 11/2001 |
| WO | WO 01/87376 A1 | 11/2001 |
| WO | 02/26139 A1 | 4/2002 |
| WO | 02/26271 A1 | 4/2002 |
| WO | 02/26280 A1 | 4/2002 |
| WO | 02/26281 A1 | 4/2002 |
| WO | 03/015664 A1 | 2/2003 |
| WO | 03/057218 A1 | 7/2003 |

### OTHER PUBLICATIONS

U.S. Appl. No. 07/819,314, filed Jan. 9, 1992, Morris.

U.S. Appl. No. 08/424,884, filed Apr. 19, 1995, Helmus et al.

U.S. Appl. No. 08/526,273, filed Sep. 11, 1995, Ding.

U.S. Appl. No. 08/730,542, filed Oct. 11, 1996, Helmus.

U.S. Appl. No. 09/575,480, filed May 19, 2000, Kopia.

U.S. Appl. No. 10/431,059, filed May 7, 2003, Falotico.

Abraham, R. T., "Mammalian target of rapamycin: Immunosuppressive drugs offer new insight into cell growth regulation," *Progress in Inflammation Research*, 2000, Switzerland.

Alvarado, R. et al., "Evaluation of Polymer-coated Balloon-expandable Stents in Bile Ducts," *Radiology*, 1989, 170, 975-978.

Badimon, J. J. et al., "Inhibitory Effects of Rapamycin on Intimal Hyperplasia After PTCA," *JACC*, Mar. 1998.

Bailey et al., "Polymer Coating of Palmaz-Schatz Stent Attenuates Vascular Spasm after Stent Placement," *Circulation*, 82:III-541 (1990).

Berk, B. C. et al., "Pharmacologic Roles of Heparin and Glucocorticoids to Prevent Restenosis After Coronary Angioplasty," *JACC*, May 1991, 17(6), 111B-117B.

Bertram, P. G. et al., "The 14-3-3 proteins positively regulate rapamycin-sensitive signaling," *Current Biology*, 1998, 8, 1259-1267.

Biomaterials Science (B.D. Ratner, Ed.), Academic Press, New York, NY, pp. 228-238, 1996.

Campbell, G. R. et al., "Phenotypic Modulation of Smooth Muscle Cells in Primary Culture, Vascular Smooth Muscle Cells in Culture," *CRC Press*, 1987, 39-55.

Chang, M. W. et al., "Adenovirus-mediated Over-expression of the Cyclin/Cyclin-dependent Kinase inhibitor, p21 inhibits Vascular Smooth Muscle Cell Proliferation and Neointima Formation in the Rat Carotid Artery Model of Balloon Angioplasty," *J. Clin. Invest.*, 1995, 96, 2260-2268.

Chung, J. et al., "Rapamycin-FKBP specifically blocks growth-dependent activation of and signaling by the 70 kd S6 protein kinases," *Cell*, Jun. 26, 1992, 69(7), 1227-1236.

Clowes, A. W. et al., "Kinetics of cellular proliferation after arterial injury. IV. Heparin inhibits rat smooth muscle mitogenesis and migration," *Circ. Res.*, 1986, 58(6), 839-845.

Clowes, A. W. et al., Kinetics of Cellular Proliferation after Arterial Injury, *Laboratory Investigation*, 1985, 52(6), 611-616.

Clowes, A. W. et al., "Significance of quiescent smooth muscle migration in the injured rat carotid artery," *Circ Res.* 1985, 56(1), 139-145.

Clowes, A. W., "Suppression by heparin of smooth muscle cell proliferation in injured arteries," *Nature*, 1977, 265(5595), 625-626.

Colburn, M. D. et al., "Dose responsive suppression of myointimal hyperplasia by dexamethasone," *J. Vasc. Surg.*, 1992, 15, 510-518.

Currier, J. W. et al., "Colchicine Inhibits Restenosis After Iliac Angioplasty in the Atherosclerotic Rabbit," *Circ.*, 1989, 80(4), 11-66 (Abstract No. 0263).

Encyclopedia of Polymer Science and Engineering, vol. 7, Fluocarbon Elastomers, p. 257-267, Mar. 1988.

Farb, A. et al., "Vascular smooth muscle cell cytotoxicity and sustained inhibition of neointimal formation by fibroblast growth factor 2-saporin fusion protein," *Circ. Res.*, 1997, 80, 542-550.

Ferns, G. A. A. et al., "Inhibition of Neointimal Smooth Muscle Accumulation After Angioplasty by an Antibody to PDGF," *Science*, 1991, 253, 1129-1132.

BSC-SJA-2190

Fischman, D. L. et al., "A Randomized Comparison of Coronary-Stent Placement and Balloon Angioplasty in the Treatment of Coronary Artery Disease," *N. Eng. J. Med.*, Aug. 25, 1994, 331(8), 496-501.

Franklin, S. M. et al., "Pharmacologic prevention of restenosis after coronary angioplasty: review of the randomized clinical trials," *Coronary Artery Disease* Mar. 1993, 4(3), 232-242.

Fukuyama, J. et al., "Tranilast suppresses the vascular intimal hyperplasia after balloon injury in rabbits fed on a high-cholesterol diet," *Eur. J. Pharmacol.*, 1996, 318, 327-332.

Gregory, C. R. et al., "Rapamycin Inhibits Arterial Intimal Thickening Caused by Both Alloimmune and Mechanical Injury," *Transplantation*, Jun. 1993, 55(6), 1409-1418.

Gregory, C. R. et al., "Treatment with Rapamycin and Mycophenolic Acid Reduces Arterial Intimal Thickening Produced by Mechanical Injury and Allows Endothelial Replacement," *Transplantation*, Mar. 15, 1995, 59(5), 655-661.

Guyton, J. R. et al., "Inhibition of rat arterial smooth muscle cell proliferation by heparin. In vivo studies with anticoagulant and nonanticoagulant heparin," *Circ. Res.*, 1980, 46, 625-634.

Hansson, G. K. et al., "Interferon-γ Inhibits Arterial Stenosis After Injury," *Circ.*, 1991, 84, 1266-1272.

Hashemolhosseini, S. et al., "Rapamycin Inhibition of the G1 to S Transition Is Mediated by Effects on Cyclin D1 mRNA and Protein Stability," *J. Biol Chem*, Jun. 5, 1998, 273, 14424-14429.

Jonasson, J. et al., "Cyclosporin A inhibits smooth muscle proliferation in the vascular response to injury," *Proc. Natl., Acad. Sci.*, 1988, 85, 2303-2306.

Kuhnt, M. et al., "Microbial Conversion of Rapamycin," *Enzyme and Microbial Technology*, 1997, 21, 405-412.

Lange, R. A. MD et al., "Restenosis After Coronary Balloon Angioplasty," *Annu. Rev. Med.*, 1991, 42, 127-132.

Liu, M. W. et al., "Trapidil in Preventing Restenosis After Balloon Angioplasty in the Atherosclerotic Rabbit," *Circ.*, 1990, 81, 1089-1093.

Liu, M. W., MD et al., "Restenosis After Coronary Angioplasty Potential Biologic Determinants and Role of Intimal Hyperplasia," *Circulation*, 1989, 79, 1374-1387.

Lundergan, C. F. et al., "Peptide inhibition of Myointimal Proliferation by Angiopeptin, a Somatostatin Analogue," *JACC*, May 1991, 17(6), 132B-136B.

Majesky, M. W. et al., "Heparin regulates smooth muscle S phase entry in the injured rat carotid artery," *Circ. Res.*, 1987, 61, 296-300.

Marx, S. O. et al., "Rapamycin-FKBP Inhibits Cell Cycle Regulators of Proliferation in Vascular Smooth Muscle Cells," *Circ. Res.*, 1995, 76, 412-417.

Nemecek, G. M. et al., "Terbinafine Inhibits the Mitogenic Response to Platelet-Derived Growth Factor in Vitro and Neointimal Proliferation in Vivo," *J. Pharmacol. Exp. Thera.*, 1989, 248, 1167-1174.

Okada, T. et al., "Localized Release of Perivascular Heparin Inhibits Intimal Proliferation after Endothelial Injury without Systemic Anticoagulation," *Neurosurgery*, 1989, 25, 892-898.

Poon, M. et al., "Rapamycin Inhibits Vascular Smooth Muscle Cell Migration," *J. Clin Invest.*, Nov. 1996, 98(10), 2277-2283.

Popma, J. J. et al., "Clinical trials of restenosis after coronary angioplasty," *Circulation*, Sep. 1991, 84(3), 1426-1436.

Powell, J. S. et al., "Inhibitors of Angiotensin-Converting Enzyme Prevent Myointimal Proliferation After Vascular Injury," *Science*, 1989, 245, 186-188.

Rensing, B. J. et al., Coronary restenosis elimination with a sirolimus eluting stent, *European Heart Journal*, 2001, 22, 2125-2130.

Rodeck, C. et al., "Methods for the Transcervical Collection of Fetal Cells During the First Trimester of Pregnancy," *Prenatal Diagnosis*, 1995, 15, 933-942.

Serruys, P. W. et al., "A comparison of balloon-expandable-stent implantation with balloon angioplasty in patients with coronary artery disease," *N Engl J Med*, Aug. 25, 1994; 331(8), 489-495.

Serruys, P. W. et al., "Evaluation of ketanserin in the prevention of restenosis after percutaneous transluminal coronary angioplasty. A multicenter randomized double-blind placebo-controlled trial," *Circulation.* Oct. 1993; 88(4 Pt 1), 1588-1601.

Serruys, P. W. et al., "Heparin-coated Palmaz-Schatz stents in human coronary arteries. Early outcome of the Benestent-II Pilot Study," *Circulation*, Feb. 1, 1996; 93(3), 412-422.

Siekierka, J. J., "Probing T-Cell Signal Transduction Pathways with the Immunosuppressive Drugs, FK-506 and Rapamycin," *Immunologic Research*, 1994, 13, 110-116.

Sigwart, et al., "Intravascular Stents to Prevent Occlusion and Restenosis After Transluminal Angioplasty," *N. Engl. J. Med.*, Mar. 19, 1987, 316, 701-706.

Simons, M. et al., "Antisense c-myb oligonucleotides inhibit intimal arterial smooth muscle cell accumulation in vivo," *Nature*, 1992, 359, 67-70.

Snow, A. D. et al., "Heparin modulates the composition of the extracellular matrix domain surrounding arterial smooth muscle cells," *Am. J. Pathol.*, 1990, 137, 313-330.

Sollott, S. J. et al., "Taxol Inhibits Neointimal Smooth Muscle Cell Accumulation after Angioplasty in the Rat," *J. Clin. Invest.*, 1995, 95, 1869-1876.

van Der Giessen, et al., "Self-expandable Mesh Stents: an Experimental Study Comparing Polymer Coated and Uncoated Wallstent Stents in the Coronary Circulation of Pigs," *Circulation* 1990, 82(suppl. III):III-542.

van Der Giessen, W. J. et al., "Coronary stenting with polymer-coated and uncoated self-expanding endoprostheses in pigs," Coron. Art. Disease 1992; 3, 631-640.

Vasey, C. G. et a., "Clinical Cardiology: Stress Echo and Coronary Flow", , *Circulation*, Oct. 1989, 80(4) Supplement II, II-66.

Verweire, E. et al., "Evaluation of Fluorinated Polymers As Coronary Stent Coating," *Journal of Materials Science: Materials in medicine*, Apr. 2000.

Weinberger, J. et al., "Intracoronary irradiation: dose response for the prevention of restenosis in swine," *Int. J. Rad. Onc. Biol. Phys.*, 1996, 36, 767-775.

Preliminary Amendment in U.S. Appl. No. 07/258,189, May 22, 1989.

Trial Transcript from Nov. 6, 2000 at 185-90 and 235-36 (Attorney's opening remarks regarding '984 patent).

Trial Transcript from Nov. 7, 2000 at 274-301, 307-315, 320-28 and 332 (Cordis expert testimony regarding the Palmaz-Schatz stent); 370-379, 480-496 (J. Palmaz testimony regarding the Palmaz-Schatz stent, the '984 patent and the connected z-steat art).

Trial Transcript from Nov. 8, 2000 at 547-63, 657-63, 674-722, 782-85 (Cordis expert testimony regarding the Palmaz-Schatz stent, the '984 patent and the connected z-steat art).

Trial Transcript from Nov. 9, 2000 at 819-23, 921 (Cordis expert testimony regarding the '984 patent); 926-941 . (R. Croce testimony re Palmaz-Schatz stent); 1033-1053. (R. Schatz testimony).

Trial Transcript from Nov. 13, 2000 at 1086-1134. (R. Schatz testimony); 1275-1305 (Cordis expert testimony regarding the '984 patent).

Trial Transcript from Nov. 14, 2000 at 1390-1404, 1448-1454, 1486-1500 (Cordis expert testimony regarding the '984 patent).

Trial Transcript from Nov. 15, 2000 at 1686-87, 1724-42, 1828-34, 1850-54, 1887-92 (AVE expert testimony regarding the '984 patent).

Trial Transcript from Nov. 16, 2000 at 2077-198 (AVE expert testimony regarding the alleged obviousness of the '984 patent).

Trial Transcript from Nov. 17, 2000 at 2331-34 (jury instructions as to the meaning of the limitations of the claims of the '984 patent).

Trial Transcript from Nov. 20, 2000 at 2441-48, 2499-2500, 2546-50, 2552-56 (Attorney's closing arguments regarding the '984 patent).

Trial Transcript from Nov. 21, 2000 at 2592-94 (reading of jury verdict).

Trial Transcript from Dec. 18, 2000 at 2750-95 (Cordis expert testimony regarding the Palmaz-Schatz stent during the damages phase).

Trial Transcript from Dec. 20, 2000 at 3421-88 (AVE expert testimony regarding the Palmaz-Schatz stent during the damages phase).

Jury verdict, dated Nov. 21, 2000.

District Court decisions on post-trial motions (194 F. Supp. 2d 323).

Court of Appeal for the Federal Circuit decision (339 F.3d 1352).

# US 7,300,662 B2
## Page 7

Trial Transcript from Mar. 4, 2005 at 133-135, 171-173 and 192-96 (Attorney's opening remarks regarding '984 validity).

Trial Transcript from Mar. 7, 2005 at 275-31 1 (Cordis expert testimony regarding the Palmaz-Schatz stent); 342-46, 353-59, 416-425 (J. Palmaz testimony regarding the Palmaz-Schatz stent, the '984 patent and the connected z-stent art); 430-449, 452-58, 462-492 (R. Croce testimony regarding the Palmaz-Schatz stent); 500-507 (Cordis expert testimony regarding the '984 patent).

Trial Transcript from Mar. 8, 2005 at 609 (Cordis expert testimony regarding the '984 patent); 628-73, 724-740, 773, 801-839 (Cordis expert testimony regarding the '984 patent, the prior art and the Palmaz-Schatz stent).

Trial Transcript from Mar. 9, 2005 at 936-49, 968-69 (Cordis expert testimony regarding the '984 patent, the prior art and the Palmaz-Schatz stent).

Trial Transcript from Mar. 10, 2005 at 1427-74, 178-1509, 1514-23 (AVE expert testimony regarding the alleged obviousness of the '984 patent); 1566-93 (AVE expert testimony regarding Palmaz-Schatz stent); 1634-49 (R. Schatz testimony).

Trial Transcript from Mar. 11, 2005 at 1846-47, 1891-1900, 1919 (Attorneys' closing arguments regarding '984 obviousness).

Trial Transcript from Mar. 14, 2005 at 1964-67 (reading of jury verdict).

Jury verdict dated Mar. 14, 2005.

Medtronic Vascular Inc.'s Opening Brief in Support of Its Motion for Judgment As A Infringement Claim dated Apr. 19, 2005.

Medtronic Vascular Inc.'s Opening Brief in Support of Its Motion for a New Trial dated Apr. 19, 2005.

D.I. 1407, Cordis' Combined Answering Brief In Opposition to AVE's Motion for JMOL on Infringement of the Palmaz '762 and Schatz '984 Patents and Its Motion for a New Trial dated May 5, 2005.

D.I. 1414, Medtronic Vascular Inc.'s Combined Reply Brief In Support of Its Motion for Judgment as a Matter of Law on Cordis Corp.'s Patent Infringement Claims and Its Motion for a New Trial dated May 19, 2005.

Trial Transcript from Feb. 8, 2001 at 372-412, 449-469 (B. Tobor testimony regarding the prosecution of the '417, '984 and '332 patents); 510-13 (J. Milnamow testimony regarding the prosecution of the '332 patent); 558-604 (J. Palmaz testimony regarding the prosecution of the '417, '984 and '332 patents and the prior art).

Trial Transcript from Feb. 9, 2001 at 637-45, 662-672, 682-85 (J. Palmaz testimony regarding the prior art); 699-742 (R. Schatz testimony); 769-770, 790-95 (Cordis expert testimony regarding prior art).

D.I. 1067, Medtronic AVE, Inc.'s Post-Trial Brief Relating to the Unenforceability of the '762 and '984 Patents Due to Inequitable Conduct.

D.I. 1077, Cordis' Combined Answering Brief in Opposition to AVE's BSC's Post-Hearing Briefs on Alleged Inequitable Conduct Concerning the '762, '984 and '332 Patents.

D.I. 1089, Reply Brief In Support of Medtronic AVE, Inc.'s Contention that the '762 and '984 Patents are Unenforceable dated May 7, 2001.

C.A. No. 00-886-SLR, Answer and Counterclaims of Def. Medtronic AVE, Inc. To First Amended Complaint of Plaintiff Cordis Corp.

BSC's Opening Post-Trial Brief in Support of Its Defense That the Patents in Suit Are Unenforceable, dated Mar. 16, 2001.

Reply Brief in Support of BSC's Defense That the Patents in Suit Are Unenforceable, dated May 7, 2001.

Court's Decision on allegations of inequitable conduct (194 F. Supp. 2d 323) Mar. 28, 2002.

Trial Transcript from Nov. 21, 2000 at 155-57 and 180-84 (Attorneys' opening remarks regarding '332 patent).

Trial Transcript from Nov. 27, 2000 at 227-51, 260-300 (Cordis expert testimony regarding the Palmaz-Schatz stent); 343-60, 363-67, 424-33 (J. Palmaz testimony regarding the Palmaz-Schatz stent and the '332 patent).

Trial Transcript from Nov. 28, 2000 at 649-71.

Trial Transcript from Nov. 29, 2000 at 791-816, 859-870, 953-62 (Cordis expert testimony regarding the '332 patent and the Palmaz-Schatz stent).

Trial Transcript from Nov. 30, 2000 at 1018 (Cordis expert testimony regarding the '332 patent); 1062-80, 1108-1111 (R. Croce testimony regarding the Palmaz-Schatz stent); 1169-70, 1205-17, 1236-45 (Cordis expert testimony regarding the '332 patent).

Trial Transcript from Dec. 1, 2000 at 1352-54 (Cordis expert testimony regarding the '332 patent); 1364-1442 (R. Schatz testimony); 1493-1508, 1552-69 (BSC expert testimony regarding the '332 patent and the Palmaz-Schatz stent).

Trial Transcript from Dec. 4, 2000 at 1602-12, 1638-51, 1713-14, 1730-61, 1811-14, 1823-36 (BSC expert testimony regarding the alleged obviousness of the '332 patent, the prior art and the Palmaz-Schatz stent).

Trial Transcript from Dec. 6, 2000 at 2318-27, 2342-58 (BSC expert testimony regarding the '332 patent).

Trial Transcript from Dec. 7, 2000 at 2549-52 (Cordis expert testimony regarding the '332 patent); 2575-2579, 2591-92, 2630-31, 2649, 2669-71, 2684-85, 2688, 2708-10, 2725-27 (Attorney closing argument regarding '332 patent); 2742-46 (Q'ury instructions as to the meaning of the limitations fo the claims of the '332 patent).

Trial Transcript from Dec. 11, 2000 at 2817-22 (reading of jury verdict).

Jury verdict, dated Dec. 11, 2000.

D.I. 699, Motion by Defendant BSC and Scimed Life Systems, Inc. For Summary Judgment of Invalidity of U.S. Patent No. 5,902,332 dated Apr. 4, 2000.

D.I.896, Order Denying Motion for Summary Judgment of Invalidity and Unenforceability of Claims 1, 3, and 5 of the U.S. Patent No. 5,902,332 Denying [699-1] Motion for Summary Judgment of Invalidity of U.S. Patent No. 5,902,332 dated Oct. 12, 2000.

Wright et al., Percutaneous Endovascular Stent: An Experimental Study (Abstract), RSNA Meeting (Nov. 28, 1984).

Hearing Transcript from Feb. 10, 1998 at 122-32, 146-80 (Attorneys' opening remarks regarding '417 patent); 180-312 (R. Schatz Infringement) [Portions of This Transcript Have Been Removed As Confidential].

Hearing Transcript from Feb. 11, 1998 at 427-575, 577-651 (Cordis expert testimony regarding the '417 patent, the prior art and the Palmaz-Schatz stent).

Hearing Transcript from Feb. 13, 1998 at 1121-1261 (Guidant expert testimony regarding the alleged obviousness of the '417 patent, the prior art and the Palmaz-Schatz stent). [Portions of This Transcript Have Been Removed As Confidential].

Order by J. Robinson denying Cordis' Motion for a Preliminary Injunction Against ACS dated Jul. 17, 1998.

ACS, Inc.'s and Guidant Corp.'s Opening Brief in Support of Their Motion for Summary Judgment of Invalidity of U.S. Patent No. 5,102,417 dated Aug. 27, 1998.

Plaintiffs' Answering Brief in Opposition to ACS' and BSC' Motion for Summary Judgment on Obviousness dated Sep. 24, 1998.

Order dated Mar. 31, 2000.

Schatz Deposition Testimony; May 15, 1996: 79-83, 89-92, 105-107 and 153-161.

Schatz Deposition Testimony; May 16, 1996: 555-564, 569-572.

Schatz Deposition Testimony; Jan. 18, 1998: 67-73, 108-110.

Schatz Deposition Testimony; Jul. 14, 1998: 69-77, 108-112, 119-123.

Schatz Deposition Testimony; Jul. 12, 1999: 88-91, 132-135, 144-149, 218-223, 231-242.

Schatz Deposition Testimony; Jul. 13, 1999: 251-334, 339-345, 374-416.

Schatz Deposition Testimony; Jul. 14, 1999: 454-550.

Schatz Deposition Testimony; Jul. 15, 1999: 560-614.

Schatz Deposition Testimony; Dec. 2, 1999: 906-911, 928-942, 945-963, 976-978, 1029-1034, 1038-1042.

Palmaz Deposition Testimony, Nov. 5, 1991: 160-172.

Palmaz Deposition Testimony, Feb. 5, 1995: 710-727.

Palmaz Deposition Testimony, Jul. 16, 1998: 55-56; 81-82.

Palmaz Deposition Testimony, Jul. 28, 1999: 560-568, 570-579.

Palmaz Deposition Testimony, Jul. 29, 1999: 778-785.

Palmaz Deposition Testimony, Aug. 31, 1999: 1403-1452.

Palmaz Deposition Testimony, Sep. 2, 1999: 1953-1960.

Palmaz Deposition Testimony, Oct. 14, 1999: 2201-2209; 2275-2342; 2371-2411.
Palmaz Deposition Testimony, Oct. 15, 1999: 2424-2497; 2508-2589.
Palmaz Deposition Testimony, Oct. 16, 1999: 2853-2860.
Tobor Deposition Testimony, Jun. 17, 1999: 837-958.
Tobor Deposition Testimony, Jun. 18, 1999: 1095-1184.
Tobor Deposition Testimony, Dec. 1, 1999: 1217-1371.
Tobor Deposition Testimony, Dec. 2, 1999: 1398-1414; 1444-1508; 1532-1548.
Tobor Deposition Testimony, Dec. 3, 1999: 1652-1653; 1662-1672; 1683-1694.
Kula Deposition Testimony, Apr. 20, 1999: 268-169.
Kula Deposition Testimony, Nov. 16, 1999: 660-675; 680-694; 748-755; 774-821.
Kula Deposition Testimony, Nov. 18, 1999; 176-223.
Expert Report of Dr. Rodney S. Badger on Behalf of Medtronic AVE, Inc. (Jan. 31, 2000).
Expert Report of Dr. Joseph Bonn on Behalf of Medtronic AVE, Inc. (Jan. 31, 2000).
Deposition of Dr. Joseph Bonn dated Mar. 14, 2000.
Rebuttal Expert Report of Nigel Buller, B.Sc., M.D., F.R.C.P. (Mar. 2000).
Second Supplemental Rebuttal Expert Report of Nigel Buller, B.Sc., M.B., F.R.C.P. (Aug. 17, 2004).
Rebuttal Expert Report of John M. Collins, P.H.D. (Feb. 2000).
Expert Report of David C. Cumberland, M.D. (Jan. 24, 2000).
Expert Report of John T. Geoksasian (Feb. 2000).
Deposition of Richard R. Heuser, M.D. (Sep. 7, 2004).
Deposition of Henry R. Piehler (Sep. 10, 2004).
Deposition of Ronald J. Solar (Mar. 22, 2000).
Deposition of Ronald J. Solar (Mar. 23, 2000).
Deposition of Ronald J. Solar (Apr. 12, 2000).
Expert Report of Dr. Arina Van Breda on Behalf of Medtronic AVE, Inc. (Jan. 31, 2000).
Deposition of Arina Van Breda (Mar. 24, 2000).
Deposition of Arina Van Breda (Aug. 21, 2004).
Expert Report of John F. Witherspoon (Jan. 24, 2000).
Supplemental Expert Report of John F. Witherspoon (Oct. 27, 2000).
Deposition of John F. Witherspoon (Mar. 8, 2000).
Palmaz et al., Article: Normal and Stenotic Renal Arteries: Experimental Balloon Expandable Intraluminal Stenting, Radiology, Sep. 1987. (AVE 84).
Julio C. Palmaz, Article: "Expandable vascular endoprosthesis." (AVE 132).
Duprat et. al., Article: Flexible Balloon-Expandable Stent for Small Vessels Duprat et. al. Radiology, vol. 162, pp. 276-278, 1987. (AVE 134).
Coons et. al., Article: "Large-Bore, Long Biliary Endoprosthesis (Biliary Stents) for Improved Drainage," Radiology, vol. 148, pp. 89-94, 1983. (AVE 143).
Honickman et al., Article: "Malpositioned Biliary Endoprosthesis, Technical Developments And Instrumentation," vol. 144, No. 2, 1982. (AVE 144).
Harries-Jones, et al., Article: "Repositioning of Biliary Endoprosthesis with Gruntzig Balloon Catheters," AJR, vol. 138, pp. 771-772, 1982. (AVE 153).
Charnsangavej et al., Article "Stenosis of the Vena Cava: Preliminary Assessment of Treatment with Expandable Metallic Stents," Radiology, vol. 161, pp. 295-298, 1986. (AVE 359).
Article "Tracheobronchial Tree: Expandable Metallic Stents Used in Experimental and Clinical Applications," Radiology, vol. 158, pp. 309-312, 1986. (AVE 364).
T. Yoshioka, et al., AIR Article: "Self-Expanding Endovascular Graft: An Experimental Study in Dogs", vol. 151, pp. 673-676, 1988. (AVE 438).
Article: "Expandable Intraluminal Vascular Graft: A Feasibility Study," Surgery, vol. 99, pp. 199-205, 1986. (AVE 461).
Lawrence et al., Article: "Percutaneous Endovascular Graft: Experimental Evaluation." Radiology, vol. 163, pp. 357-360, 1987. (AVE 671).

Palmaz et al., Article: Expandable Intraluminal Graft: A Preliminary Study, Nov. .17-22, 1985, Radiology, vol. 156, pp. 73-77, 1985. (AVE 1224).
Fallone et al., "Elastic Characteristics of the Self-Expanding Metallic Stents," Investigative Radiology, vol. 23, pp. 370-376, 1988. (AVE 1953).
Palmaz Paper Entitled "Research Project Expandable Vascular Endoprosthesis" May 18, 1983.
Rousseau , et al., Publication: "Percutaneous Vascular Stent: Experimental Studies & Preliminary Clinical Results in Peripheral Arterial Diseases," in Inter. Angio, vol. 6, 153-161, 1987. (AVE 3301).
Rousseau , et al., Publication: "Self-Expanding Endovascular Prostesis: An Experimental Study," Radiology, vol. 164, pp. 709-714, 1987. (AVE 3303).
Wallace, et al., Article: "Tracheobronchial Tree: Expandable Metallic Stents Used in Experimental and Clinical Applications," Radiology, vol. 58, pp. 309-312, 1986. (DBX 2938).
Palmaz et al., Article: "Expandable Intraluminal Graft: A Preliminary Study," Radiology, vol. 156, pp. 73-77 (DBX 4595).
Program for the 12th Annual Course on Diagnostic Angiography and Interventional Radiology Mar. 23-26, 1987 sponsored by The Society of Cardiovascular and Interventional Radiology (DBX 6235).
Preliminary Motion for Judgment re: Wolff claims 1, 2-8, 10, 15 and 19 (DBX6759).
Palmaz Declaration (DBX 7069).
Letter from Gaterud to Dr. Palmaz dated Jul. 5, 1988 with attached document entitled: "Segmented, balloon-expandable stents." (DBX 7160).
Duprat et al., Article: "Flexible Balloon-Expandable Stent For Small Vessels," Radiology, vol. 168, pp. 276-278, 1987 (PX 82).
Drawing Sent to Bodic on Mar. 17, 1986 (PX 374).
Letter from Dr. Palmaz to R. Bowman enclosing a model of the flexible coronary graft dated Mar. 17, 1986 (PX 337).
Lab Notebook pages dated Jul. 30, 1987 from Rodney Wolff (COR 185596-597) (PX621A).
Charnsangavej, et al., Article: "Stenosis of The Vena Cava Preliminary Assessment of Treatment with expandable Metallic Stents," Radiology, vol. 161, No. 2, pp. 295-298 with attached photographs, 1986. (API 72).
J. Palmaz: The Current Status of Vascular Prostheses, published by SCIR in the Twelfth Annual Course on Diagnostic Angiography And Interventional Radiology Mar. 23-26, 1987. (API 73).
Amendment in Response to Office Action of Oct. 18, 1988 in re: Application of Julio Palmaz S/N 174,246. (API 152).
Article: Wallace, et al., Tracheobronchial Tree: Expandable Metallic Stents Used in Experimental and Clinical Applications Work In Progress, Radiology, vol. 158, pp. 309-312. (API 295).
Reply of Senior Party Schatz To Patentee Wolffs Opposition To The Belated Motion For Judgment Of Applicant Schatz With Regard To Wolff Claims 1, 2-8, 10, 11, 13-17, And 19 (COR 186450-455) (API 310).
Brief Of Senior Party Schatz At Final Hearing (API 313).
Letter from Ron Sickles to Ben Tobor dated Feb. 10, 1988 (Exhibit 42).
Letter from R.O. Sickles to Mike Tatlow dated May 12, 1988 (Exhibit 43).
Letter from R. 0. Sickles to Richard Schatz dated Jun. 2, 1988 (Exhibit 44).
Letter from Richard Schatz to Raimund Erbel dated Jun. 3, 1988 (Exhibit 45).
Letter from Richard Schatz to Mike Schuler dated Aug. 29, 1991 (Exhibit 48).
Minutes of J&J Stent Project Review Meeting dated Jan. 21, 1988 (Exhibit 7).
Preliminary Motion for Judgment with Regard to Wolff Claims 1, 2-8, 10, 11, 13-17, and 19. (Exhibit 67).
Declaration of Richard A Schatz. (Exhibit 75).
Belated Motion for Judgement with Regard to Wolff Claims 1, 2-8, 10, 11, 13-17 and 19. (Schatz—Exhibit 77).
Letter from Dr. Schatz to Mr. Tobor, dated Jun. 3, 1988. (Exhibit 122).

Letter from Dr. Schatz to Mr. Romano, dated Nov. 28, 1988. (Exhibit 131).

Letter from Mr. Sickles to Mr. Tobor, dated Feb. 10, 1988 (Exhibit 145).

Richard A. Schatz, Article titled: "A View of Vascular Stents" Circulation, vol. 79, No. 2, pp. 445-457, 1989. (Exhibit 194).

Senior Party Schatz's reply to Patente Wolffs Opposition to the Preliminary Motion Of Applicant Schatz for Judgment with regard to Wolff Claims 1, 2-8, 10, 11, and 13-17. (Exhibit 69).

Wallace, et al., Article: "Tracheobronchial Tree: Expandable Metallic Stents Used in Experimental and Clinical Applications' Work In Progress," Radiology, vol. 158, pp. 309-312, 1986. (Exhibit 165).

Charnsangavej, et al., Article: "Stenosis of The Vena Cava Preliminnary Assessment of Treatment with expandable Metallic Stents," Radioloby, vol. 161, No. 2, pp. 295-298 with attached photographs, 1986. (Exhibit 167).

David D. Lawrence et al., Publication: Percutaneous Endovascular Graft: Experimental Evaluation[1], Radiology, pp. 357-360, 1987. (Exhibit 173).

Charles E. Putnam, M.D., Cover and article from "Investigative Radiology",vol. 23. No. 5, May 1988. (Exhibit 177).

Robert N. Berk, Cover and article from "American Journal of Roentology", pp. 673-676, 1988. (Exhibit 178).

Declaration of John S. Kula Under 37 CFR § 1.672. (Kula—Exhibit 77).

Yoshioka et al., Article: "Self-Expanding Endovascular Graft: An Experimental Study in Dogs" AJR, vol. 151, pp. 673-676, 1988. (PX 100).

Palmaz, et al., Article: Expandable Intraluminal Graft: A Preliminary Study Work in Progress[1], Radiology, vol. 156, No. 1, pp. 73-77, 1985. (PX 101).

Declaration of Richard Schatz Under 37 C.F.R.§ 1.672. (PX 106).

Charnsangavej et al., Article: "Stenosis of the Vena Cave: Preliminnary Assessment of Treatment with Expandable Metallic Stents," Radiology, vol. 161, pp. 295-298, 1986. (PX 143).

Wallace, et al., Article: Tracheobronchial Tree: Expandable Metallic Stents Used in Experimental and Clinical Applications Work in Progress[1], Radiology, vol. 158, pp. 309-312,1986. (PX 144).

Gina Kolata, News Article: NY Times, "Devices That Opens Clogged Arteries Gets a Falling Grade in a New Study", pp. 16-18, Jan. 3, 1991. (PX 186).

Duprat, et al., Article: "Flexible Balloon- Expanded Stent for Small Vessels Work in Progress[1]", Radiology, vol. 162, pp. 276-278, 1987. (PX 207).

Letter from Palmaz to Bowman dated Mar. 17, 1986. (PX 350).

Memo re: Minutes of Stent Project Review- San Antonia- Mar. 15, 1988. (PX 651).

Kuntz, et al., Article: Clinical Cardiology Frontiers: "Defining Coronary Restenosis, Newer Clinical and Angiographic Paradigms", Circulation, Sep. 1993, vol. 88, No. 3, pp. 1310-1323. (PX 854).

Belated Motion for Judgment with regard to Wolff Claims, 2-8, 10, 11, 13-17, and 19. (PX 1410).

Drawing of Sprial Stent (sent to Bodic Mar. 17, 1986). (PX2933).

Wright et al., Article: "Percutaneous Endovascular Graft: An Experimental Evaluation," Radiology, vol. 156, pp. 69-72, 1985. (PX 3093).

Charnsangavej et al.,Article: "A New Expandable Metallic Stent for Dilation of Stenotic Tubular Structures: Experimental and Clinical Evaluation," Houston Medical Journal, vol. 3, pp. 41-51, Jun. 1987. (PX 3207).

In re Application of Wiktor, Appln. No. 69,636, Response to Office Action dated Mar. 17, 1988. (PX3236).

Transmittal Letter of Response to First Office Action in '417 patent. (PX 3993).

Letter from B. Tobor to R. Schatz dated Jul. 23, 1991. (PX 3996).

Mullins et al., Article: "Implantation of balloon-expandable intravascular grafts by catherization in pulmonary arteries and systemic veins," Circulation, vol. 77, No. 1, pp. 188-189,1988. (PX4049).

Schatz et al.,Article: "Intravascular Stents for Angioplasty," Cardio, 1997. (PX 4050).

Schatz et al., Article: "New Technology in Angioplasty Balloon-Expandable Intravascular Stents, New Developments in Medicine," vol. 2, No. 2 pp. 59-75, 1987. (PX4050I).

Richard A. Schatz, Article: "Introduction to Intravascular Stents," Cardiology Clinics, vol. 6, No. 3, pp. 357-372, 1988. (PX 4052).

Richard A. Schatz, Article: "A View of Vascular Stents," Circulation, vol. 79, No. 2, pp. 445-457, 1989. (PX4053).

Wang et al., Article: "An Update on Coronary Stents," Cardio, pp. 177-186, 1992. (PX 4054).

Richard A. Schatz, Article: "New Technology in Angioplasty: Balloon-Expandable Starts," Medicamundi, vol. 33, No. 3, pp. 112-116, 1988. (PX 4055).

Letter from Tobor to Schatz dated Sep. 29, 1988. (PX 1395).

Verified Statement of Facts by Unnamed Inventor R.A. Schatz document filed in U.S. Patent and Trademark Office on Sep. 8, 1989. (PX 3677).

Declaration of John S. Kula Under 37 CFR § 1.672 (Exhibit 329).

Letter to Mike Schular from R.A. Schatz dated Aug. 29, 1991. (Exhibit 402).

Articulated, Balloon—Expandable Stents, (DBX 7159).

J. Rosch et al., Experimental Intrahepatic Portacaval Anastomosis: Use of Expandable Gianturco Stents, Radiology, vol. 162, pp. 481-485, 1987.

J. Rosch et al., Modified Gianturco Expandable Wire Stents In Experimental and Clinical Use, Ann Radiol, vol. 31, No. 2, pp. 100-103, 1987.

J. Rosch et al., Gianturco Expandable Stents In the Treatment of Superior Vena Cava Syndrome Recurring After Vena Cava Syndrome Recurring After Maximum-Tolerance Radiation, Cancer, vol. 60, pp. 1243-1246, 1987.

I.E. Gordon,Structures or Why Things Don't Fall Down, Penguin Books, pp. 45-59, 132-148, 210-244, 377-383.

Maass et al., Radiological Follow-up of Transluminally Inserted Vascular Endoprostheses: An Experimental Study Using Expanding Spirals, Radiology, vol. 152, pp. 659-663, 1984.

Argument submitted re EP 861 15473 dated Jan. 20, 1995. (AVE 2478).

Verified Statement of Facts by Julio C. Palmaz dated Aug. 4, 1989. (PX 3662).

Papanicolaou et al., Insertion of a Biliary Endoprosthesis Using A Balloon Dilatation Catheter, Gastrointest Radiology, vol. 10, pp. 394-396, 1985.

Palmaz et al., Atherosclerotic Rabbit Aortas: Expandable Intraluminal Grafting, Radiology, vol. 168, pp. 723-726, 1986.

Palmaz, The Current Status of Vascular Prostheses; Rosch et al., Gianturco, Expandable Stents in Experimental and Clinical Use, SCIVR, pp. 118-124, 1987.

Rosch et al., Abstract: Modified Gianturco Expandable Wire Stents in Experimental and Clinical Use, CIRSE, Porto Cervo, Sardinia, May 25-29, 1987.

Rosch et al., Gianturco Expandable Wire Stents in the Treatment of Superior Vena Cava Syndrome Recurring After Maximum-Tolerance Radiation, Cancer, vol. 60, pp. 1243-1246, 1987.

Mirich et al., Percutaneously Placed Endovascular Grafts for Aortic Aneurysms: Feasibility Study, Radiology, vol. 170, pp. 1033-1037, 1989.

Dotter, Transluminally-placed Coilspring Endarterial Tube Grafts, Investigative Radiology, vol. 4, Sept.-Oct., pp. 329-332, 1969.

Palmaz et al., Abstract: Expandable Intraluminal Graft: A Preliminary Study, Radiology, vol. 153 (P), Nov. 1983: 70th Scientific Assembly and Annual Meeting.

Cragg et al., Nonsurgical Placement of Arterial Endoprostheses: A New Technique Using Nitinol Wire, Radiology, vol. 147, pp. 261-263, Apr. 1983.

J. Rosch et al., Gianturco Expandable Stents in Experimental and Clinical Use, Program: "Twelfth Annual Course on Digaostic Angiography and Interventional Radiology" (Society of Cardiovascular and Interventional Radiology, Pittsburgh, PA), Mar. 23-26, 1987 (the second Monofilament Article).

Uchida et al., Modifications of Gianturco Expandable Wire Stents, AJR, vol. 150, pp. 1185-1187,1988.

Palmaz, Balloon-Expandable Intravascular Stent, AJR, vol. 1510, pp. 1263-1269.

*Cordis Corporation v. Advanced Cardiovascular Systems, Inc., Guidant Corporation, Arterial Vascular Engineering, Inc., Boston Scientific Corporation and SCMED Life System, Inc.*, Plaintiffs Complaint, Oct. 23, 1997 (Case No. 97-550-SLR).

*Arterial Vascular Engineering, Inc. v. Cordis Corporation, Johnson & Johnson and Expandable-Grafts Partnership*, Plaintiffs First Amended Complaint for Declaratory Relief of Patent Validity, Unenforceability, Noninfringement, and for Antitrust Violations, Jan. 27, 1998 (Civil Action No. 97-700).

*Arterial Vascular Engineering, Inc. v. Cordis Corporation, Johnson & Johnson and Expandable-Grafts Partnership, Cordis Corporation and Johnson & Johnson's Answer and Counterclaim*, Feb. 27, 1998 (Civil Action No. 97-700-SLR).

*Arterial Vascular Engineering, Inc. v. Cordis Corporation, Johnson & Johnson and Expandable Grafts Partnership, Expandable-Graft Partnership's Answer*, Feb. 27, 1998 (Civil Action No. 97-700-SLR).

*Arterial Vascular Engineering, Inc. v. Cordis Corporation, Johnson & Johnson and Expandable-Grafts Partnership*, Reply of Plaintiff Arterial Vascular Engineering, Inc. To Counterclaims of Defendant Cordis Corporation, Mar. 31, 1998 (Civil Action No. 97-700-SLR).

*Arterial Vascular Engineering, Inc. v. Cordis Corporation, Johnson & Johnson and Expandable-Grafts Partnership*, Reply of Plaintiff Arterial Vascular Engineering, Inc. To Counterclaims of Defendant Expandable Grafts Partnership, Mar. 31, 1998 (Civil Action No. 97-700-SLR).

*Cordis Corporation v. Advanced Cardiovascular Systems, Inc. and Guidant Corporation* Cordis Corporation's Motion for a Preliminary Injunction, Oct. 8, 1997 (Civil Action No. 97-550).

*Cordis Corporation v. Advanced Cardiovascular Systems, Inc., Guidant Corporation Arterial Vascular Engineering, Inc., Boston Scientific Corporation and SCUIVED, Inc., Cordis 's Motion for Preliminary Injunction Against Arterial Vascular Engineering, Inc.*, Dec. 29, 1997 (Case No. 97-550-SLR).

Deposition of R. Schatz, M.D. in *Cordis Corporation v. Advanced Cardiovascular Systems, Inc.*, taken on Jan. 8, 1998 (Civil Action No. 97-550 SLR).

Deposition of Lee P. Bendel in *Cordis Corporation v. Advanced Cardiovascular Systems, Inc.*, taken on Jan. 22, 1998 (Civil Action No. 97-550 SLR).

Deposition of Julio Cesar Palmaz in *Cordis Corporation v. Advanced Cardiovascular Systems, Inc.*, taken on Dec. 29, 1997 (Civil Action No. 97-550 SLR).

Deposition of Richard A. Bowman in *Cordis Corporation v. Advanced Cardiovascular Systems, Inc.*, taken on Jan. 9, 1998 (Civil Action No. 97-550 SLR).

Deposition of Gary Schneiderman in *Cordis Corporation v. Advanced Cardiovascular Systems, Inc.*, taken on Jan. 16, 1998 (Civil Action No. 97-550 SLR).

Deposition of David Pearle, M.D. in *Cordis Corporation v. Advanced Cardiovascular Systems, Inc.*, taken on Jul. 10, 1998 (Civil Action No. 97-550 SLR).

Preliminary Injunction hearing testimony taken on Feb. 9-13, 1998 (Civil Action No. 97-550 SLR).

*Cordis Corporation v. Advanced Cardiovascular Systems, Inc.*, et al., (Civil Action No. 97-550 SLR) and *Cordis Corporation v. Advanced Cardiovascular Systems, Inc.* Et al. (Civil Action No. 98-65-SLR), Opening Post Hearing Brief of Plaintiff Cordis Corporation in Support of Motion for Preliminary Injunction, Mar. 6, 1998 (Portions relevant to patent claim construction and patent validity issues).

*Cordis Corporation and Expandable Grafts Partnership v. Advanced Cardiovascular Systems, Inc.* et al., Post-Hearing Reply Brief of Plaintiff Cordis Corporation in Support of Its Motion for Preliminary Injunction, Apr. 10, 1998 (Case No. 97-550 SLR) (Portions relevant to patent validity issues).

*Cordis Corporation and Expandable Grafts Partnership v. Advanced Cardiovascular Systems, Inc.*, et al., Plaintiffs Motion for a Preliminary Injunction Against Boston Scientific Corporation and SCI.MED Life Systems, Inc. And Memorandum is Support, Apr. 13, 1998 (Case No. 97-550-SLR).

*Cordis Corporation and Expandable Grafts Partnership v. Advanced Cardiovascular Systems, Inc.*, et al., Judge Robinson's

Order Denying Plaintiffs Motion for a Preliminary Injunction, Jul. 17, 1998 (Civil Action No. 97-550 SLR).

*Cordis Corporation and Expandable Grafts Partnership v. Advanced Cardiovascular Systems, Inc.*, et al., Defendant Boston Scientific Corporation and SCTMED Life Systems, Inc.'s Motion for Summary Judgment of Invalidity of U.S. Patent No. 5,102,417, Aug. 27, 1998 (Civil Action No. 97-550-SLR).

*Boston Scientific Limited, et al. v. Expandable Grafts Partnership*, Plaintiff's Statement of Claim, Mar. 13, 1997 (UK Action No. 1493).

*Boston Scientific Limited, et al. v. Expandable Grafts Partnership*, Defendant's Amended Defense and Counterclaim, Aug. 14, 1997 (UK Action No. 1493).

*Boston Scientific Limited, et al. v. Expandable Grafts Partnership*, Petition for Revocation, Mar. 13, 1997 (UK Action No. 1497).

*Boston Scientific Limited, et al. v. Expandable Grafts Partnership*, Particulars of Objections, Mar. 13, 1997 (UK Action No. 1497).

*Boston Scientific Limited, et al. v. Expandable Grafts Partnership and Boston Scientific Limited* et al., v. *Julio C. Palmaz, Boston's Skeleton Argument* (UK Action Nos. 1493, 1495, 1496, and 1497).

*Boston Scientific Limited, et al. v. Julio C. Palmaz and Expandable Grafts Partnership*, Skeleton Argument of Palmaz/EGP, Mar. 19, 1998 (UK Action Nos. 1493, 1495, 1496 and 1497).

*Boston Scientific Limited, et al. v. Julio C. Palmaz and Expandable Grafts Partnership*, EGP's Final Submissions, Apr. 2, 1998 (UK Action Nos. 1493, 1495, 1496 and 1497).

*Boston Scientific Limited, et al. v. Julio C. Palmaz and Expandable Grafts Partnership*, Judgment, Jun. 26, 1998 (UK Action Nos. 1493, 1495, 1496 and 1497).

Rosch, Modified Gianturco Expandable Wire Stents in Experimental and Clinical Use, CJJR.SE 1987 Presentation: *see* Witness Statement of Josef Rosch from U.K. Proceeding.

Statement of Claim by Boston Scientific et al. against Expandable Grafts Partnership et al., in *EPG* et al., v. *Boston Scientific* et al. in Netherlands (Mar. 13, 1997).

Motion for Joinder of Actions, Change of Claim and Statement of Claim filed by Expandable Grafts Partnership et al. in *EPG* et al. v. *Boston Scientific* et al. In Netherlands (Apr. 22, 1997).

Opinion of K.J. Merman filed in *EPG* et al. v. *Boston Scientific* et al. in Netherlands (Aug. 29, 1997).

Expert report of Dr. Nigel Buller in *EPG* et al. v. *Boston Scientific* et al. in Netherlands (Aug. 28, 1997).

Expert report of Lee P. Bendel in *EPG* et al. v. *Boston Scientific* et al. in Netherlands (Aug. 28, 1997).

Memorandum or Oral Pleading in *EPG* et al. v. *Boston Scientific* et al. in Netherland (Sep. 12, 1997).

Plea Notes of P. A.M. in *EPG* et al. v. *Boston Scientific* et al. in Netherlands (Mar. 10, 1998).

Decision of Court of Appeals in *EPG* et al. v. *Boston Scientific* et al. In Netherlands (Apr. 23, 1998).

Translation of Nullity Action Against EPO 0 364 787 by Biotronik in Germany.

Translation of Nullity Action Against EPO 0 335 341 by Biotronik in Germany.

Translation of EPG Response to Nullity Action Against EP 0 364 787 by Biotronik in Germany.

Translation of EPG Response to Nullity Action EP 0 335 341 by Biotronik in Germany.

Nullity Suit Against EP-B1-0 335 341 Brought by Boston Scientific in Germany.

Translation of Opposition filed by Terumo Corp. Against Japan Patent No. 2680901.

Translation of Decision on Opposition Against Japan Patent No. 2680901.

Memorandum Order of the Court dated Sep. 7, 2000, concerning disputed claim construction.

Translation of Judgment in Nullity Action Against EP 0 364 787 by Biotronik in Germany.

Translation of Judgment in Nullity Action Against EP 0 335 341 by Biotronik in Germany.

Trial transcript from Mar. 17, 2005 at 171-172, 191-192.

Trial transcript from Mar. 18, 2005 at 282-285, 325-327, 349-351.

Trial transcript from Mar. 21, 2005 at 721-726.

Trial transcript from Mar. 24, 2005 at 1387.

Trial transcript from Jul. 26, 2005.

BSC's Opening Brief in Support of Its Motion for Judgment as a Matter of Low or, in the Alternative, for a New Trial, dated Mar. 16, 2001.

Cordis' Answering Brief in Opposition to BSC's Motion for JMOL or a New Trial on the Palmaz '762 Patent and the Schatz '332 Patents, dated Apr. 17, 2001.

BSC'Reply Brief in Support of Its Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial, dated May 11, 2001.

J. Rosch et al., Abstract, Expandable Giarturco-Type Wire Stents in Experimental Intrahepatic Portacaval Shunts, Program: "72nd Scientific Assembly and Annual Meeting of the Radiological Society of North America", Nov. 30-Dec. 5, 1986, Radiology, vol. 161, pp. 40-41, 1986.

*Cordis Corporation v. Boston Scientific*, Order Dated Mar. 27, 2006 (97-550-SLR).

*Cordis Corporation v. Boston Scientific*, Judgment in a Civil Case Dated Mar. 27, 2006 (97-550-SLR).

*Cordis Corporation v. Boston Scientific*, Memorandum Opinion Dated Mar. 27, 2006 (97-550-SLR).

*Cordis Corporation and Expandable Grafts Partnership* v. *Advanced Cardiovascular Systems, Inc., Guidant Corporation, Arterial Vascular Engineering, Inc., Boston Scientific Corporation and SCIMED Life Systems, Inc.*, Answer and Counterclaims of Defendant Advanced Cardiovascular Systems, Inc., Apr. 8, 1998 (Case No. 97-550-SLR).

*Boston Scientific Limited et al.* v. *Expandable Grafts Partnership and Boston Scientific Limited et al.* v. *Julio C. Palmaz*, Boston's Closing Submissions (UK Action Nos. 1493, 1495, 1496 and 1497).

*Cordis Corporation* v. *Advanced Cardiovascular Systems, Inc., Guidant Corporation, Arterial Vascular Engineering, Inc., Boston Scientific Corporation and SCIMED Life Systems, Inc.*, Defendants' Answer, Nov. 12, 1997 (Case No. 97-550-SLR).

Statement of Rejoinder in the Action on the Merits, Also Including an Amendment of Defendant's Final Position in the Principal Action, as Well as the Provisional Statement of Rejoinder in the Action on the Counterclaim in *EPG et al.* v. *Boston Scientific et al.* In Netherlands (Feb. 10, 1998).

Statement of Answer in the Ancillary Appeal in *EPG et al.* v. *Boston Scientific et al.* in Netherlands (Mar. 10, 1998).

Appeal filed by Expandable Grafts Partnership et al. in *EPG et al.* v. *Boston Scientific et al.* in Netherlands (Nov. 12, 1997).

Title filed by Boston Scientific et al. in *EPG et al.* v. *Boston Scientific et al.* in Netherlands (Jan. 22, 1998).

Deposition of Richard Schatz, M.D. in *Cordis Corporation* v. *Advanced Cardiovascular Systems, Inc.* taken on Jul. 14, 1998 (Civil Action No. 97-550-SLR).

Jury Verdict form from the *Cordis Corporation et al* v. *Boston Scientific Corporation, et al* liability trial, undated.

Trial testimony transcripts from the *Cordis Corporation et al.* v. *Boston Scientific Corporation et al.* liability trial dated Nov. 27-Dec. 1, Dec. 4-8 and Dec. 11, 2000.

*Boston Scientific SCIMED, Inc. and Boston Scientific Corporation* v. *Cordis Corporation and Johnson and Johnson, Inc.*, Opening Expert Report of Stephen R. Hanson, Ph.D. (Civil Action No. 03-283-SLR).

*Boston Scientific SCIMED, Inc. and Boston Scientific Corporation* v. *Cordis Corporation and Johnson and Johnson, Inc.*, Opening Expert Report of Robson F. Storey, Ph.D. (Civil Action No. 03-283-SLR).

*Boston Scientific SCIMED, Inc. and Boston Scientific Corporation* v. *Cordis Corporation and Johnson and Johnson, Inc.*, Rebuttal Expert Report of Kinam Park, Ph.D. (Civil Action No. 03-283-SLR).

*Cordis Corporation* v. *Boston Scientific Corporation and SCIMED Life Systems, Inc.* (C.A. No. 03-027-SLR) and *Boston Scientific SCIMED, Inc., and Boston Scientific Corporation* v. *Cordis Corporation and Johnson and Johnson, Inc.* (C.A. No. 03-283-SLR) Combined Post-Hearing Brief In Support Of Cordis Corporation's Motion For Preliminary Injunction in C.A. No. 03-027-SLR, And In Opposition to Plaintiffs' Motion For Preliminary Injunction in C.A. No. 03-283-SLR.

*Cordis Corporation v. Boston Scientific Corporation and SCIMED Life Systems, Inc.* (C.A. No. 03-027-SLR) *Boston Scientific SCIMED, Inc., and Boston Scientific Corporation* v. *Cordis Corporation and Johnson and Johnson, Inc.* (C.A. No. 03-283-SLR), Boston Scientific's Opening Post-Hearing Brief.

*Cordis Corporation v. Boston Scientific Corporation and SCIMED Life Systems, Inc.* (C.A. No. 03-027-SLR) *Boston Scientific SCIMED, Inc., and Boston Scientific Corporation* v. *Cordis Corporation and Johnson and Johnson, Inc.* (C.A. No. 03-283-SLR), Combined Post-Hearing Answering Brief In Support of Cordis Corporation's Motion For Preliminary Injunction In C.A. No. 03-027-SLR, And In Opposition To Plaintiffs Motion For Preliminary Injunction In C.A. No. 03-283-SLR.

Wu et al., Silicone-covered self-expanding metallic stents for the palliation of malignant esophageal obstruction and esophagorespiratory fistulas: experience in 32 patients and a review of the literature, *Gastrointestinal Endoscopy*, 1994, pp. 22-33, vol. 40, No. 1, Portland Oregon.

Binmoeller, et al., Silicone-Covered Expandable Metallic Stents in the Esophagus: An Experimental Study, *Endoscopy*, 1992, pp. 416-420, vol. 24, Georg Thieme Verlag Stuttgart New York.

*Boston Scientific SCIMED, Inc., and Boston Scientific Corporation* v. *Cordis Corporation and Johnson and Johnson, Inc.*, Answering Memorandum in Opposition to Plaintiffs Motion for a Preliminary Injunction and Appendix thereto (Civil Action No. 03-283-SLR).

*Boston Scientific SCIMED, Inc., and Boston Scientific Corporation* v. *Cordis Corporation and Johnson and Johnson, Inc.*, Plaintiff s Reply Brief in Support of Their Motion for Preliminary Injunction.

Rhine, Polymers for Sustained Macromolecule Release: Procedures to Fabricate Reproducible Delivery Systems and Control Release Kinetics, *Journal of Pharmaceutical Sciences*, 1980, pp. 265-270, vol. 69, No. 3.

Langer et al., Controlled Release of Macromolecules From Polymers, *Biomedical Polymers Polymeric Materials and Pharmaceuticals for Biomedical Use*, 1980, pp. 112-137, Academic Press, Inc., New York, NY.

Langer et al., Applications of Polymeric Delivery Systems for Macromolecules and Factors Controlling Release Kinetics.

Rhine et al., A Method to Achieve Zero-Order Release Kinetics From Polymer Matrix Drug Delivery Systems, pp. 67-72.

Langer et al., Polymers for the Sustained Release of Macromolecules: Controlled and Magnetically Modulated Systems, *Better Therapy With Existing Drugs: New Uses and Delivery Systems*, 1981, pp. 179-216, Merck Sharp & Dohme International, Rahway, NJ.

Hsieh, et al., Zero-Order Controlled-Release Polymer Matrices for Micro-and-Macromolecules, *Journal of Pharmaceutical Sciences*, 1983 pp. 17-22, vol. 72, No. 1.

Brown et al., In Vivo and In Vitro Release of Macromolecules from Polymeric Drug Delivery Systems, *Journal of Pharmaceutical Sciences*, 1983, pp. 1181-1185, vol. 72, No. 10.

Langer, Implantable Controlled Release Systems, *Pharmac. Ther.*, 1983, pp. 35-51, vol. 21, printed in Great Britain.

Kost et al., Controlled Release of Bioactive Agents, *Trends in Biotechnology*, 1984, pp. 47-51, vol. 2, No. 2, Elsevier BV Amsterdam.

Bawa et al., An Explanation for the Controlled Release of Macromolecules from Polymers, *Journal of Controlled Release*, 1985, pp. 259-267, vol. 1 Elsevier Science BV Amsterdam.

Leong et al., Polymeric controlled drug delivery, 1987, pp. 199-233, vol. 1/3, Elsevier Science Publishers BV Amsterdam.

Langer, Polymeric Delivery Systems, *Targeting of Drugs 2 Optimization Strategies*, 1989, pp. 165-174, Plenum Press, New York and London.

Langer, Biomaterials in Controlled Drug Delivery; New Perspectives from Biotechnological Advances; *Pharmaceutical Technology*, 1989, pp. 18, 23-24, 26, 28, 30.

Langer, Controlled Release Systems, pp. 115-124.

Laurencin et al., Polymeric Controlled Release Systems: New Methods for Drug Delivery, *Clinics in Laboratory Medicine*, 1987, pp. 301-323, vol. 7, No. 2, WB Saunders Company, Philadelphia.

Langer, Biopolymers in Controlled Release Systems, *Polymeric Biomaterials*, pp. 161-169.

**BSC-SJA-2196**

**US 7,300,662 B2**
Page 12

Tsong-Pin Hsu et al., Polymers for the Controlled Release of Macromolecules: Effect of Molecular Weight of Ethylene-vinyl Acetate Copolymer, *Journal of Biomedical Materials Research*, 1985, pp. 445-460, vol. 19.

Langer, Polymers and Drug Delivery Systems, *Long-Acting Contraceptive Delivery Systems*, 1983, pp. 23-32, Harper & Row, Philadelphia, PA.

Langer, New Drug Delivery Systems: What the Clinician Can Expect, *Drug Therapy*, 1983, pp. 217-231.

Langer, et al., Chemical and Physical Structure of Polymers as Carriers for Controlled Release of Bioactive Agents: A Review, *Rev. Macromol. Chem. Phys.*, 1983, pp. 61-126.

Langer, Polymeric Delivery Systems for Controlled Drug Release, *Chem. Eng. Commun.* 1980, pp. 1-48-vol. 6, Gordon and Breach Science Publishers, Inc. USA.

Langer, et al., Biocompatibility of Polymeric Delivery Systems for Macromolecules, *Journal of Biomedical Materials Research*, 1981, pp. 267-277, vol. 15.

Langer, Controlled Release: A New Approach to Drug Delivery, *Technology Review*, 1981, pp. 26-34.

Langer, et al Sustained Release of Macromolecules from Polymers, *Polymeric Delivery Systems*, PGS. 175-176, Gordon and Breach Science Publishers, New York.

Langer, Polymers for the Sustained Release of Proteins and other Macromolecules, *Nature*, 1976, pp. 797, 263, 799-800, vol. 263, No. 5580.

Baker, et al., Controlled Release: Mechanisms and Rates (1974).

Hanson, et al al., In Vivo Evaluation of Artificial Surfaces with a Nonhum Primate Model of Arterial Thrombosis,/ *Lab Clin. Med.*, Feb. 1980, pp. 289-304.

Baker, Controlled Release of Biologically Active Agents (1987) pp. 1-275.

*Cordis Corporation v. Boston Scientific Corporation* (CA. No. 03-27-SLR) and *Boston Scientific Scimed, Inc.*, v. *Cordis Corporation and Johnson & Johnson, Incorporated* (CA. No. 03-283-SLR) Hearing Transcripts for Jul. 21, 2003, Jul. 22, 2003, Jul. 23, 2003.

*Cordis Corporation v. Boston Scientific Corporational* et al. (CA. No. 03-027-SLR), and *Boston Scientific Scimed, Inc.* et al. v. *Cordis Corporation* et al. (CA. No. 03-283-SLR), Boston Scientific's Post-Hearing Reply Brief and Exhibits Thereto, Sep. 12, 2003.

*Cordis Corporation v. Boston Scientific Corporation* et al. (CA. No. 03-027-SLR), and *Boston Scientific Scimed, Inc.* et al. v. *Cordis Corporation* et al. (CA. 03-283-SLR), Memorandum Order, Nov. 21, 2003.

*Cordis Corporation v. Boston Scientific Corporation* et al. (CA. No. 03-027-SLR), and *Boston Scientific Scimed, Inc.* et al. v. *Cordis Corporation* et al (CA. No. 03-283-SLR), Deposition Transcript of Julio C. Palmaz.

*Arterial Vascular Engineering, Inc. v. Cordis Corporation, Johnson & Johnson and Expandable Grafts Partnership*, Cordis Corporation and Johnson & Johnson's Answer and Counterclaim, Feb. 27, 1998 (Civil Action No. 97-700-SLR).

Plea Notes in *EPG* et al. v. *Boston Scientific* et al. in Netherlands (Sep. 12, 1997).

Provisional Judgment *EPG* et al. v. *Boston Scientific* et al. in Netherlands (Oct. 29, 1997).

Trial testimony transcripts from the Cordis Corporation et al. v. Medtronic AVE Inc., et al. liability trial dated Nov. 6-9, 13-17 and 20-21, 2000.

Jury verdict form from the *Cordis Corporation* et al. v. *Medtronic AVE, Inc.* et al. liability trial.

Hearing testimony transcript from the consolidated *Cordis Corporation* et al. v. *Medtronic AVE, Inc.* et al. and *Boston Scientific Corporation* et al. inequitable conduct hearing dated Feb. 7-9 and 12, 2001.

*Cordis Corporation v. Medtronic Ave.* et al, OPINION, 97-550-SLR, dated Mar. 28, 2002.

*Cordis Corporation v. Advanced Cardiovascular Systems, Inc.* et al. (CA. No. 97-550-SLR), *Medtronic AVE, Inc. v. Cordis Corporation* et al. (CA. No. 97-700-SLR), *Boston Scientific Corporation v. Athicon, Inc.* etal. (CA. No. 98-19-SLR), Expert Report of John T. Goolkasian, Esq.

*Cordis Corporation v. Advanced Cardiovascular Systems, Incet* al. (CA. No. 97-550-SLR), *Medtronic A VE, Inc. v. Cordis Corporation* et al (CA. No. 97-700-SLR), *Boston Scientific Corporation v. Athicon, Inc.* et al (CA. 98-19-SLR), Expert Report of John F. Witherspoon.

Ruef, Johannes MD, et al.; "Flavopiridol Inhibits Smooth Muscle Cell Proliferation In Vitro and Neointimal Formation In Vivo After Carotid Injury In The Rat"; From the Division of Cardiology and Sealy Center for Molecular Cardiology, University of Texas Medical Branch, Galveston; Accepted Apr. 9, 1999; Circulation Aug. 10, 1999; pp. 659-665.

European Search Report EP 05 25 2466 dated Jul. 26, 2005.

European Search Report EP 05 25 2631 dated Jul. 26, 2005.

European Search Report EP 05 25 2478 dated Jul. 26, 2005.

Schuler, W. et al., "SDZ RAD, A New Rapamycin Derivative: Pharmacological Properties In Vitro and In Vivo," *Transplantation*, Jul. 5, 1997, 64(1), 36-42.

* cited by examiner

## FIG. 1



BSC-SJA-2198

# FIG. 2



# FIG. 3



BSC-SJA-2199

US 7,300,662 B2

| 1 | 2 |

# DRUG/DRUG DELIVERY SYSTEMS FOR THE PREVENTION AND TREATMENT OF VASCULAR DISEASE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. application Ser. No. 09/850,293, filed May 7, 2001, now abandoned, which in turn claims priority of U.S. Provisional Application No. 60/263,979, filed Jan. 25, 2001, U.S. Provisional Application No. 60/263,806, filed January 24, 2001, U.S. Provisional Application No. 60/262,614, filed Jan. 18, 2001, U.S. Provisional Application No. 60/262,461, filed Jan. 18, 2001, and is a continuation-in-part of U.S. Application No. 09,575,480, filed May 19, 2000, now pending, which in turn claims priority of U.S. Provisional Application No. 60/204,417, filed May 12, 2000.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to drugs and drug delivery systems for the prevention and treatment of vascular disease, and more particularly to drugs and drug delivery systems for the prevention and treatment of neointimal hyperplasia.

### 2. Discussion of the Related Art

Many individuals suffer from circulatory disease caused by a progressive blockage of the blood vessels that perfuse the heart and other major organs with nutrients. More severe blockage of blood vessels in such individuals often leads to hypertension, ischemic injury, stroke, or myocardial infarction. Atherosclerotic lesions, which limit or obstruct coronary blood flow, are the major cause of ischemic heart disease. Percutaneous transluminal coronary angioplasty is a medical procedure whose purpose is to increase blood flow through an artery. Percutaneous transluminal coronary angioplasty is the predominant treatment for coronary vessel stenosis. The increasing use of this procedure is attributable to its relatively high success rate and its minimal invasiveness compared with coronary bypass surgery. A limitation associated with percutaneous transluminal coronary angioplasty is the abrupt closure of the vessel which may occur immediately after the procedure and restenosis which occurs gradually following the procedure. Additionally, restenosis is a chronic problem in patients who have undergone saphenous vein bypass grafting. The mechanism of acute occlusion appears to involve several factors and may result from vascular recoil with resultant closure of the artery and/or deposition of blood platelets and fibrin along the damaged length of the newly opened blood vessel.

Restenosis after percutaneous transluminal coronary angioplasty is a more gradual process initiated by vascular injury. Multiple processes, including thrombosis, inflammation, growth factor and cytokine release, cell proliferation, cell migration and extracellular matrix synthesis each contribute to the restenotic process.

While the exact mechanism of restenosis is not completely understood, the general aspects of the restenosis process have been identified. In the normal arterial wall, smooth muscle cells proliferate at a low rate, approximately less than 0.1 percent per day. Smooth muscle cells in the vessel walls exist in a contractile phenotype characterized by eighty to ninety percent of the cell cytoplasmic volume occupied with the contractile apparatus. Endoplasmic reticulum, Golgi, and free ribosomes are few and are located in the perinuclear region. Extracellular matrix surrounds the smooth muscle cells and is rich in heparin-like glycosylaminoglycans which are believed to be responsible for maintaining smooth muscle cells in the contractile phenotypic state (Campbell and Campbell, 1985).

Upon pressure expansion of an intracoronary balloon catheter during angioplasty, smooth muscle cells within the vessel wall become injured, initiating a thrombotic and inflammatory response. Cell derived growth factors such as platelet derived growth factor, fibroblast growth factor, epidermal growth factor, thrombin, etc., released from platelets, invading macrophages and/or leukocytes, or directly from the smooth muscle cells provoke proliferative and migratory responses in medial smooth muscle cells. These cells undergo a change from the contractile phenotype to a synthetic phenotype characterized by only a few contractile filament bundles, extensive rough endoplasmic reticulum, Golgi and free ribosomes. Proliferation/migration usually begins within one to two days post-injury and peaks several days thereafter (Campbell and Campbell, 1987; Clowes and Schwartz, 1985).

Daughter cells migrate to the intimal layer of arterial smooth muscle and continue to proliferate and secrete significant amounts of extracellular matrix proteins. Proliferation, migration and extracellular matrix synthesis continue until the damaged endothelial layer is repaired at which time proliferation slows within the intima, usually within seven to fourteen days post-injury. The newly formed tissue is called neointima. The further vascular narrowing that occurs over the next three to six months is due primarily to negative or constrictive remodeling.

Simultaneous with local proliferation and migration, inflammatory cells invade the site of vascular injury. Within three to seven days post-injury, inflammatory cells have migrated to the deeper layers of the vessel wall. In animal models employing either balloon injury or stent implantation, inflammatory cells may persist at the site of vascular injury for at least thirty days (Tanaka et al., 1993; Edelman et al., 1998). Inflammatory cells therefore are present and may contribute to both the acute and chronic phases of restenosis.

Numerous agents have been examined for presumed anti-proliferative actions in restenosis and have shown some activity in experimental animal models. Some of the agents which have been shown to successfully reduce the extent of intimal hyperplasia in animal models include: heparin and heparin fragments (Clowes, A. W. and Karnovsky M., Nature 265: 25-26, 1977; Guyton, J. R. et al., Circ. Res., 46: 625-634, 1980; Clowes, A. W. and Clowes, M. M., Lab. Invest. 52: 611-616, 1985; Clowes, A. W. and Clowes, M. M., Circ. Res. 58: 839-845, 1986; Majesky et al., Circ. Res. 61: 296-300, 1987; Snow et al., Am. J. Pathol. 137: 313-330, 1990; Okada, T. et al., Neurosurgery 25: 92-98, 1989), colchicine (Currier, J. W. et al., Circ. 80: 11-66, 1989), taxol (Sollot, S. J. et al., J. Clin. Invest. 95: 1869-1876, 1995), angiotensin converting enzyme (ACE) inhibitors (Powell, J. S. et al., Science, 245: 186-188, 1989), angiopeptin (Lundergan, C. F. et al. Am. J. Cardiol. 17(Suppl. B):132B-136B, 1991), cyclosporin A (Jonasson, L. et al., Proc. Natl., Acad. Sci., 85: 2303, 1988), goat-anti-rabbit PDGF antibody (Ferns, G. A. A., et al., Science 253: 1129-1132, 1991), terbinafine (Nemecek, G. M. et al., J. Pharmacol. Exp. Thera. 248: 1167-1174, 1989), trapidil (Liu, M. W. et al., Circ. 81: 1089-1093, 1990), tranilast (Fukuyama, J. et al., Eur. J. Pharmacol. 318: 327-332, 1996), interferon-gamma (Hansson, G. K. and Holm, J., Circ. 84: 1266-1272, 1991), rapamycin (Marx, S. O. et al., Circ. Res. 76: 412-417, 1995), corticosteroids (Colburn, M. D. et al., J. Vasc. Surg. 15:

BSC-SJA-2200

US 7,300,662 B2

3

510-518, 1992), see also Berk, B. C. et al., J. Am. Coll. Cardiol. 17: 111B-117B, 1991), ionizing radiation (Weinberger, J. et al., Int. J. Rad. Onc. Biol. Phys. 36: 767-775, 1996), fusion toxins (Farb, A. et al., Circ. Res. 80: 542-550, 1997) antisense oligonucleotides (Simons, M. et al., Nature 359: 67-70, 1992) and gene vectors (Chang, M. W. et al., J. Clin. Invest. 96: 2260-2268, 1995). Anti-proliferative effects on smooth muscle cells in vitro have been demonstrated for many of these agents, including heparin and heparin conjugates, taxol, tranilast, colchicine, ACE inhibitors, fusion toxins, antisense oligonucleotides, rapamycin and ionizing radiation. Thus, agents with diverse mechanisms of smooth muscle cell inhibition may have therapeutic utility in reducing intimal hyperplasia.

However, in contrast to animal models, attempts in human angioplasty patients to prevent restenosis by systemic pharmacologic means have thus far been unsuccessful. Neither aspirin-dipyridamole, ticlopidine, anti-coagulant therapy (acute heparin, chronic warfarin, hirudin or hirulog), thromboxane receptor antagonism nor steroids have been effective in preventing restenosis, although platelet inhibitors have been effective in preventing acute reocclusion after angioplasty (Mak and Topol, 1997; Lang et al., 1991; Popma et al., 1991). The platelet GP IIb/IIIa receptor, antagonist, Reopro is still under study but has not shown promising results for the reduction in restenosis following angioplasty and stenting. Other agents, which have also been unsuccessful in the prevention of restenosis, include the calcium channel antagonists, prostacyclin mimetics, angiotensin converting enzyme inhibitors, serotonin receptor antagonists, and anti-proliferative agents. These agents must be given systemically, however, and attainment of a therapeutically effective dose may not be possible; anti-proliferative (or anti-restenosis) concentrations may exceed the known toxic concentrations of these agents so that levels sufficient to produce smooth muscle inhibition may not be reached (Mak and Topol, 1997; Lang et al., 1991; Popma et al., 1991).

Additional clinical trials in which the effectiveness for preventing restenosis utilizing dietary fish oil supplements or cholesterol lowering agents has been examined showing either conflicting or negative results so that no pharmacological agents are as yet clinically available to prevent post-angioplasty restenosis (Mak and Topol, 1997; Franklin and Faxon, 1993; Serruys, P. W. et al., 1993). Recent observations suggest that the antilipid/antioxidant agent, probucol may be useful in preventing restenosis but this work requires confirmation (Tardif et al., 1997; Yokoi, et al., 1997). Probucol is presently not approved for use in the United States and a thirty-day pretreatment period would preclude its use in emergency angioplasty. Additionally, the application of ionizing radiation has shown significant promise in reducing or preventing restenosis after angioplasty in patients with stents (Teirstein et al., 1997). Currently, however, the most effective treatments for restenosis are repeat angioplasty, atherectomy or coronary artery bypass grafting, because no therapeutic agents currently have Food and Drug Administration approval for use for the prevention of post-angioplasty restenosis.

Unlike systemic pharmacologic therapy, stents have proven effective in significantly reducing restenosis. Typically, stents are balloon-expandable slotted metal tubes (usually, but not limited to, stainless steel), which, when expanded within the lumen of an angioplastied coronary artery, provide structural support through rigid scaffolding to the arterial wall. This support is helpful in maintaining vessel lumen patency. In two randomized clinical trials,

4

stents increased angiographic success after percutaneous transluminal coronary angioplasty, by increasing minimal lumen diameter and reducing, but not eliminating, the incidence of restenosis at six months (Serruys et al., 1994; Fischman et al., 1994).

Additionally, the heparin coating of stents appears to have the added benefit of producing a reduction in sub-acute thrombosis after stent implantation (Serruys et al., 1996). Thus, sustained mechanical expansion of a stenosed coronary artery with a stent has been shown to provide some measure of restenosis prevention, and the coating of stents with heparin has demonstrated both the feasibility and the clinical usefulness of delivering drugs locally, at the site of injured tissue.

Accordingly, there exists a need for effective drugs and drug delivery systems for the effective prevention and treatment of neointimal thickening that occurs after percutaneous transluminal coronary angioplasty and stent implantation.

## SUMMARY OF THE INVENTION

The drugs and drug delivery systems of the present invention provide a means for overcoming the difficulties associated with the methods and devices currently in use as briefly described above.

In accordance with one aspect, the present invention is directed to a method for the prevention of constrictive remodeling. The method comprises the controlled, delivery, by release from an intraluminal medical device, of a compound in therapeutic dosage amounts.

In accordance with another aspect, the present invention is directed to a drug delivery device. The drug delivery device comprises an intraluminal medical device and a therapeutic dosage of an agent releasably affixed to the intraluminal medical device for the treatment of constrictive vascular remodeling.

The drugs and drug delivery systems of the present invention utilize a stent or graft in combination with rapamycin or other drugs/agents/compounds to prevent and treat neointimal hyperplasia, i.e. restenosis, following percutaneous transluminal coronary angioplasty and stent implantation. It has been determined that rapamycin functions to inhibit smooth muscle cell proliferation through a number of mechanisms. It has also been determined that rapamycin eluting stent coatings produce superior effects in humans, when compared to animals, with respect to the magnitude and duration of the reduction in neointimal hyperplasia. Rapamycin administration from a local delivery platform also produces an anti-inflammatory effect in the vessel wall that is distinct from and complimentary to its smooth muscle cell anti-proliferative effect. In addition, it has also been demonstrated that rapamycin inhibits constrictive vascular remodeling in humans.

Other drugs, agents or compounds which mimic certain actions of rapamycin may also be utilized in combination with local delivery systems or platforms.

The local administration of drugs, agents or compounds to stented vessels have the additional therapeutic benefit of higher tissue concentration than that which would be achievable through the systemic administration of the same drugs, agents or compounds. Other benefits include reduced systemic toxicity, single treatment, and ease of administration. An additional benefit of a local delivery device and drug, agent or compound therapy may be to reduce the dose of the therapeutic drugs, agents or compounds and thus limit their toxicity, while still achieving a reduction in restenosis.

BSC-SJA-2201

US 7,300,662 B2

| 5 | 6 |

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other features and advantages of the invention will be apparent from the following, more particular description of preferred embodiments of the invention, as illustrated in the accompanying drawings.

FIG. 1 is a chart indicating the effectiveness of rapamycin as an anti-inflammatory relative to other anti-inflammatories.

FIG. 2 is a view along the length of a stent (ends not shown) prior to expansion showing the exterior surface of the stent and the characteristic banding pattern.

FIG. 3 is a perspective view of the stent of FIG. 1 having reservoirs in accordance with the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

As stated above, the proliferation of vascular smooth muscle cells in response to mitogenic stimuli that are released during balloon angioplasty and stent implantation is the primary cause of neointimal hyperplasia. Excessive neointimal hyperplasia can often lead to impairment of blood flow, cardiac ischemia and the need for a repeat intervention in selected patients in high risk treatment groups. Yet repeat revascularization incurs risk of patient morbidity and mortality while adding significantly to the cost of health care. Given the widespread use of stents in interventional practice, there is a clear need for safe and effective inhibitors of neointimal hyperplasia.

Rapamycin is a macrocyclic triene antibiotic produced by streptomyces hygroscopicus as disclosed in U.S. Pat. No. 3,929,992. It has been found that rapamycin inhibits the proliferation of vascular smooth muscle cells in vivo. Accordingly, rapamycin may be utilized in treating intimal smooth muscle cell hyperplasia, restenosis and vascular occlusion in a mammal, particularly following either biologically or mechanically mediated vascular injury, or under conditions that would predispose a mammal to suffering such a vascular injury. Rapamycin functions to inhibit smooth muscle cell proliferation and does not interfere with the re-endothelialization of the vessel walls.

Rapamycin functions to inhibit smooth muscle cell proliferation through a number of mechanisms. In addition, rapamycin reduces the other effects caused by vascular injury, for example, inflammation. The operation and various functions of rapamycin are described in detail below. Rapamycin as used throughout this application shall include rapamycin, rapamycin analogs, derivatives and congeners that bind FKBP12 and possess the same pharmacologic properties as rapamycin.

Rapamycin reduces vascular hyperplasia by antagonizing smooth muscle proliferation in response to mitogenic signals that are released during angioplasty. Inhibition of growth factor and cytokine mediated smooth muscle proliferation at the late G1 phase of the cell cycle is believed to be the dominant mechanism of action of rapamycin. However, rapamycin is also known to prevent T-cell proliferation and differentiation when administered systemically. This is the basis for its immunosuppresive activity and its ability to prevent graft rejection.

The molecular events that are responsible for the actions of rapamycin, a known anti-proliferative, which acts to reduce the magnitude and duration of neointimal hyperplasia, are still being elucidated. It is known, however, that rapamycin enters cells and binds to a high-affinity cytosolic protein called FKBP12. The complex of rapamycin and FKPB12 in turn binds to and inhibits a phosphoinositide (PI)-3 kinase called the "mammalian Target of Rapamycin" or TOR. TOR is a protein kinase that plays a key role in mediating the downstream signaling events associated with mitogenic growth factors and cytokines in smooth muscle cells and T lymphocytes. These events include phosphorylation of p27, phosphorylation of p70 s6 kinase and phosphorylation of 4BP-1, an important regulator of protein translation.

It is recognized that rapamycin reduces restenosis by inhibiting neointimal hyperplasia. However, there is evidence that rapamycin may also inhibit the other major component of restenosis, namely, negative remodeling. Remodeling is a process whose mechanism is not clearly understood but which results in shrinkage of the external elastic lamina and reduction in lumenal area over time, generally a period of approximately three to six months in humans.

Negative or constrictive vascular remodeling may be quantified angiographically as the percent diameter stenosis at the lesion site where there is no stent to obstruct the process. If late lumen loss is abolished in-lesion, it may be inferred that negative remodeling has been inhibited. Another method of determining the degree of remodeling involves measuring in-lesion external elastic lamina area using intravascular ultrasound (IVUS). Intravascular ultrasound is a technique that can image the external elastic lamina as well as the vascular lumen. Changes in the external elastic lamina proximal and distal to the stent from the post-procedural timepoint to four-month and twelve-month follow-ups are reflective of remodeling changes.

Evidence that rapamycin exerts an effect on remodeling comes from human implant studies with rapamycin coated stents showing a very low degree of restenosis in-lesion as well as in-stent. In-lesion parameters are usually measured approximately five millimeters on either side of the stent i.e. proximal and distal. Since the stent is not present to control remodeling in these zones which are still affected by balloon expansion, it may be inferred that rapamycin is preventing vascular remodeling.

The data in Table 1 below illustrate that in-lesion percent diameter stenosis remains low in the rapamycin treated groups, even at twelve months. Accordingly, these results support the hypothesis that rapamycin reduces remodeling.

### TABLE 1.0

| Angiographic In-Lesion Percent Diameter Stenosis (%, mean ± SD and "n=") in Patients Who Received a Rapamycin-Coated Stent | | | |
|---|---|---|---|
| Coating Group | Post Placement | 4–6 month Follow Up | 12 month Follow Up |
| Brazil | 10.6 ± 5.7 (30) | 13.6 ± 8.6 (30) | 22.3 ± 7.2 (15) |
| Netherlands | 14.7 ± 8.8 | 22.4 ± 6.4 | — |

Additional evidence supporting a reduction in negative remodeling with rapamycin comes from intravascular ultrasound data that was obtained from a first-in-man clinical program as illustrated in Table 2 below.

US 7,300,662 B2

7

TABLE 2.0

Matched IVUS data in Patients Who Received
a Rapamycin-Coated Stent

| IVUS Parameter | Post (n=) | 4-Month Follow-Up (n=) | 12-Month Follow-Up (n=) |
|---|---|---|---|
| Mean proximal vessel area (mm²) | 16.53 ± 3.53 (27) | 16.31 ± 4.36 (28) | 13.96 ± 2.26 (13) |
| Mean distal vessel area (mm²) | 13.12 ± 3.68 (26) | 13.53 ± 4.17 (26) | 12.49 ± 3.25 (14) |

The data illustrated that there is minimal loss of vessel area proximally or distally which indicates that inhibition of negative remodeling has occurred in vessels treated with rapamycin-coated stents.

Other than the stent itself, there have been no effective solutions to the problem of vascular remodeling. Accordingly, rapamycin may represent a biological approach to controlling the vascular remodeling phenomenon.

It may be hypothesized that rapamycin acts to reduce negative remodeling in several ways. By specifically blocking the proliferation of fibroblasts in the vascular wall in response to injury, rapamycin may reduce the formation of vascular scar tissue. Rapamycin may also affect the translation of key proteins involved in collagen formation or metabolism.

Rapamycin used in this context includes rapamycin and all analogs, derivatives and congeners that bind FKBP12 and possess the same pharmacologic properties as rapamycin.

8

In a preferred embodiment, the rapamycin is delivered by a local delivery device to control negative remodeling of an arterial segment after balloon angioplasty as a means of reducing or preventing restenosis. While any delivery device may be utilized, it is preferred that the delivery device comprises a stent that includes a coating or sheath which elutes or releases rapamycin. The delivery system for such a device may comprise a local infusion catheter that delivers rapamycin at a rate controlled by the administrator.

Rapamycin may also be delivered systemically using an oral dosage form or a chronic injectible depot form or a patch to deliver rapamycin for a period ranging from about seven to forty-five days to achieve vascular tissue levels that are sufficient to inhibit negative remodeling. Such treatment is to be used to reduce or prevent restenosis when administered several days prior to elective angioplasty with or without a stent.

Data generated in porcine and rabbit models show that the release of rapamycin into the vascular wall from a nonerodible polymeric stent coating in a range of doses (35-430 ug/5-18 mm coronary stent) produces a peak fifty to fifty-five percent reduction in neointimal hyperplasia as set forth in Table 3 below. This reduction, which is maximal at about twenty-eight to thirty days, is typically not sustained in the range of ninety to one hundred eighty days in the porcine model as set forth in Table 4 below.

TABLE 3.0

Animal Studies with Rapamycin-coated stents.
Values are mean ± Standard Error of Mean

| Study | Duration | Stent[1] | Rapamycin | N | Neointimal Area (mm²) | % Change From Polymer | % Change From Metal |
|---|---|---|---|---|---|---|---|
| Porcine | | | | | | | |
| 98009 | 14 days | Metal | | 8 | 2.04 ± 0.17 | | |
| | | 1X + rapamycin | 153 µg | 8 | 1.66 ± 0.17* | −42% | −19% |
| | | 1X + TC300 + rapamycin | 155 µg | 8 | 1.51 ± 0.19* | −47% | −26% |
| 99005 | 28 days | Metal | | 10 | 2.29 ± 0.21 | | |
| | | | | 9 | 3.91 ± 0.60** | | |
| | | 1X + TC30 + rapamycin | 130 µg | 8 | 2.81 ± 0.34 | | +23% |
| | | 1X + TC100 + rapamycin | 120 µg | 9 | 2.62 ± 0.21 | | +14% |
| 99006 | 28 days | Metal | | 12 | 4.57 ± 0.46 | | |
| | | EVA/BMA 3X | | 12 | 5.02 ± 0.62 | | +10% |
| | | 1X + rapamycin | 125 µg | 11 | 2.84 ± 0.31* ** | −43% | −38% |
| | | 3X + rapamycin | 430 µg | 12 | 3.06 ± 0.17* ** | −39% | −33% |
| | | 3X + rapamycin | 157 µg | 12 | 2.77 ± 0.41* ** | −45% | −39% |
| 99011 | 28 days | Metal | | 11 | 3.09 ± 0.27 | | |
| | | | | 11 | 4.52 ± 0.37 | | |
| | | 1X + rapamycin | 189 µg | 14 | 3.05 ± 0.35 | | −1% |
| | | 3X + rapamycin/dex | 182/363 µg | 14 | 2.72 ± 0.71 | | −12% |
| 99021 | 60 days | Metal | | 12 | 2.14 ± 0.25 | | |
| | | 1X + rapamycin | 181 µg | 12 | 2.95 ± 0.38 | | +38% |
| 99034 | 28 days | Metal | | 8 | 5.24 ± 0.58 | | |
| | | 1X + rapamycin | 186 µg | 8 | 2.47 ± 0.33** | | −53% |
| | | 3X + rapamycin/dex | 185/369 µg | 6 | 2.42 ± 0.64** | | −54% |
| 20001 | 28 days | Metal | | 6 | 1.81 ± 0.09 | | |
| | | 1X + rapamycin | 172 µg | 5 | 1.66 ± 0.44 | | −8% |
| 20007 | 30 days | Metal | | 9 | 2.94 ± 0.43 | | |
| | | 1XTC + rapamycin | 155 µg | 10 | 1.40 ± 0.11* | | −52%* |
| Rabbit | | | | | | | |
| 99019 | 28 days | Metal | | 8 | 1.20 ± 0.07 | | |

BSC-SJA-2203

US 7,300,662 B2

9 10

TABLE 3.0-continued

Animal Studies with Rapamycin-coated stents.
Values are mean ± Standard Error of Mean

| Study | Duration | Stent[1] | Rapamycin | N | Neointimal Area (mm²) | % Change From Polyme | Metal |
|---|---|---|---|---|---|---|---|
| | | EVA/BMA 1X | | 10 | 1.26 ± 0.16 | | +5% |
| | | 1X + rapamycin | 64 µg | 9 | 0.92 ± 0.14 | −27% | −23% |
| | | 1X + rapamycin | 196 µg | 10 | 0.66 ± 0.12* ** | −48% | −45% |
| 99020 | 28 days | Metal | | 12 | 1.18 ± 0.10 | | |
| | | EVA/BMA 1X + rapamycin | 197 µg | 8 | 0.81 ± 0.16 | | −32% |

[1]Stent nomenclature: EVA/BMA 1X, 2X, and 3X signifies approx. 500 µg, 1000 µg, and 1500 µg total mass (polymer + drug), respectively. TC, top coat of 30 µg, 100 µg, or 300 µg drug-free BMA; Biphasic; 2 × 1X layers of rapamycin in EVA/BMA separated by a 100 µg drug-free BMA layer.
²0.25 mg/kg/d × 14 d preceded by a loading dose of 0.5 mg/kg/d × 3 d prior to stent implantation.
*p < 0.05 from EVA/BMA control.
**p < 0.05 from Metal;
#Inflammation score: (0 = essentially no intimal involvement; 1 = <25% intima involved; 2 = ≧25% intima involved; 3 = >50% intima involved).

TABLE 4.0

180 day Porcine Study with Rapamycin-coated stents.
Values are mean ± Standard Error of Mean

| Study | Duration | Stent[1] | Rapamycin | N | Neointimal Area (mm²) | % Change From Polyme | Metal | Inflammation Score # |
|---|---|---|---|---|---|---|---|---|
| 20007 (BTP-2-002233-P) | 3 days | Metal | | 10 | 0.38 ± 0.06 | | | 1.05 ± 0.06 |
| | | 1XTC + rapamycin | 155 µg | 10 | 0.29 ± 0.03 | | −24% | 1.08 ± 0.04 |
| | 30 days | Metal | | 9 | 2.94 ± 0.43 | | | 0.11 ± 0.08 |
| | | 1XTC + rapamycin | 155 µg | 10 | 1.40 ± 0.11* | | −52%* | 0.25 ± 0.10 |
| | 90 days | Metal | | 10 | 3.45 ± 0.34 | | | 0.20 ± 0.08 |
| | | 1XTC + rapamycin | 155 µg | 10 | 3.03 ± 0.29 | | −12% | 0.80 ± 0.23 |
| | | 1X + rapamycin | 171 µg | 10 | 2.86 ± 0.35 | | −17% | 0.60 ± 0.23 |
| | 180 days | Metal | | 10 | 3.65 ± 0.39 | | | 0.65 ± 0.21 |
| | | 1XTC + rapamycin | 155 µg | 10 | 3.34 ± 0.31 | | −8% | 1.50 ± 0.34 |
| | | 1X + rapamycin | 171 µg | 10 | 3.87 ± 0.28 | | +6% | 1.68 ± 0.37 |

The release of rapamycin into the vascular wall of a human from a nonerodible polymeric stent coating provides superior results with respect to the magnitude and duration of the reduction in neointimal hyperplasia within the stent as compared to the vascular walls of animals as set forth above.

Humans implanted with a rapamycin coated stent comprising rapamycin in the same dose range as studied in animal models using the same polymeric matrix, as described above, reveal a much more profound reduction in neointimal hyperplasia than observed in animal models, based on the magnitude and duration of reduction in neointima. The human clinical response to rapamycin reveals essentially total abolition of neointimal hyperplasia inside the stent using both angiographic and intravascular ultrasound measurements. These results are sustained for at least one year as set forth in Table 5 below.

TABLE 5.0

Patients Treated (N = 45 patients) with a Rapamycin-coated Stent

| Effectiveness Measures | Sirolimus FIM (N = 45 Patients, 45 Lesions) | 95% Confidence Limit |
|---|---|---|
| Procedure Success (QCA) | 100.0% (45/45) | [92.1%, 100.0%] |
| 4-month In-Stent Diameter Stenosis (%) | | |
| Mean ± SD (N) | 4.8% ± 6.1% (30) | [2.6%, 7.0%] |
| Range (min, max) | (−8.2%, 14.9%) | |
| 6-month In-Stent Diameter Stenosis (%) | | |
| Mean ± SD (N) | 8.9% ± 7.6% (13) | [4.8%, 13.0%] |
| Range (min, max) | (−2.9%, 20.4%) | |
| 12-month In-Stent Diameter Stenosis (%) | | |
| Mean ± SD (N) | 8.9% ± 6.1% (15) | [5.8%, 12.0%] |
| Range (min, max) | (−3.0%, 22.0%) | |

BSC-SJA-2204

11 12

TABLE 5.0-continued

| Patients Treated (N = 45 patients) with a Rapamycin-coated Stent | | |
|---|---|---|
| Effectiveness Measures | Sirolimus FIM (N = 45 Patients, 45 Lesions) | 95% Confidence Limit |
| 4-month In-Stent Late Loss (mm) | | |
| Mean ± SD (N) | 0.00 ± 0.29 (30) | [−0.10, 0.10] |
| Range (min, max) | (−0.51, 0.45) | |
| 6-month In-Stent Late Loss (mm) | | |
| Mean ± SD (N) | 0.25 ± 0.27 (13) | [0.10, 0.39] |
| Range (min, max) | (−0.51, 0.91) | |
| 12-month In-Stent Late Loss (mm) | | |
| Mean ± SD (N) | 0.11 ± 0.36 (15) | [−0.08, 0.29] |
| Range (min, max) | (−0.51, 0.82) | |
| 4-month Obstruction Volume (%) (IVUS) | | |
| Mean ± SD (N) | 10.48% ± 2.78% (28) | [9.45%, 11.51%] |
| Range (min, max) | (4.60%, 16.35%) | |
| 6-month Obstruction Volume (%) (IVUS) | | |
| Mean ± SD (N) | 7.22% ± 4.60% (13) | [4.72%, 9.72%], |
| Range (min, max) | (3.82%, 19.88%) | |
| 12-month Obstruction Volume (%) (IVUS) | | |
| Mean ± SD (N) | 2.11% ± 5.28% (15) | [0.00%, 4.78%], |
| Range (min, max) | (0.00%, 19.89%) | |
| 6-month Target Lesion Revascularization (TLR) | 0.0% (0/30) | [0.0%, 9.5%] |
| 12-month Target Lesion Revascularization (TLR) | 0.0% (0/15) | [0.0%, 18.1%] |

QCA = Quantitative Coronary Angiography
SD = Standard Deviation
IVUS = Intravascular Ultrasound

Rapamycin produces an unexpected benefit in humans when delivered from a stent by causing a profound reduction in in-stent neointimal hyperplasia that is sustained for at least one year. The magnitude and duration of this benefit in humans is not predicted from animal model data. Rapamycin used in this context includes rapamycin and all analogs, derivatives and congeners that bind FKBP12 and possess the same pharmacologic properties as rapamycin.

These results may be due to a number of factors. For example, the greater effectiveness of rapamycin in humans is due to greater sensitivity of its mechanism(s) of action toward the pathophysiology of human vascular lesions compared to the pathophysiology of animal models of angioplasty. In addition, the combination of the dose applied to the stent and the polymer coating that controls the release of the drug is important in the effectiveness of the drug.

As stated above, rapamycin reduces vascular hyperplasia by antagonizing smooth muscle proliferation in response to mitogenic signals that are released during angioplasty injury. Also, it is known that rapamycin prevents T-cell proliferation and differentiation when administered systemically. It has also been determined that rapamycin exerts a local inflammatory effect in the vessel wall when administered from a stent in low doses for a sustained period of time (approximately two to six weeks). The local anti-inflammatory benefit is profound and unexpected. In combination with the smooth muscle anti-proliferative effect, this dual mode of action of rapamycin may be responsible for its exceptional efficacy.

Accordingly, rapamycin delivered from a local device platform, reduces neointimal hyperplasia by a combination of anti-inflammatory and smooth muscle anti-proliferative effects. Rapamycin used in this context means rapamycin and all analogs, derivatives and congeners that bind FKBP12 and possess the same pharmacologic properties as rapamycin. Local device platforms include stent coatings, stent sheaths, grafts and local drug infusion catheters or porous balloons or any other suitable means for the in situ or local delivery of drugs, agents or compounds.

The anti-inflammatory effect of rapamycin is evident in data from an experiment, illustrated in Table 6, in which rapamycin delivered from a stent was compared with dexamethasone delivered from a stent. Dexamethasone, a potent steroidal anti-inflammatory agent, was used as a reference standard. Although dexamethasone is able to reduce inflammation scores, rapamycin is far more effective than dexamethasone in reducing inflammation scores. In addition, rapamycin significantly reduces neointimal hyperplasia, unlike dexamethasone.

TABLE 6.0

| Group Rapamycin Rap | N= | Neointimal Area (mm²) | % Area Stenosis | Inflammation Score |
|---|---|---|---|---|
| Uncoated | 8 | 5.24 ± 1.65 | 54 ± 19 | 0.97 ± 1.00 |
| Dexamethasone (Dex) | 8 | 4.31 ± 3.02 | 45 ± 31 | 0.39 ± 0.24 |
| Rapamycin (Rap) | 7 | 2.47 ± 0.94* | 26 ± 10* | 0.13 ± 0.19* |
| Rap + Dex | 6 | 2.42 ± 1.58* | 26 ± 18* | 0.17 ± 0.30* |

*= significance level P < 0.05

Rapamycin has also been found to reduce cytokine levels in vascular tissue when delivered from a stent. The data in FIG. 1 illustrates that rapamycin is highly effective in reducing monocyte chemotactic protein (MCP-1) levels in

13

14

the vascular wall. MCP-1 is an example of a proinflamma-tory/chemotactic cytokine that is elaborated during vessel injury. Reduction in MCP-1 illustrates the beneficial effect of rapamycin in reducing the expression of proinflammatory mediators and contributing to the anti-inflammatory effect of rapamycin delivered locally from a stent. It is recognized that vascular inflammation in response to injury is a major contributor to the development of neointimal hyperplasia.

Since rapamycin may be shown to inhibit local inflam-matory events in the vessel it is believed that this could explain the unexpected superiority of rapamycin in inhibit-ing neointima.

As set forth above, rapamycin functions on a number of levels to produce such desired effects as the prevention of T-cell proliferation, the inhibition of negative remodeling, the reduction of inflammation, and the prevention of smooth muscle cell proliferation. While the exact mechanisms of these functions are not completely known, the mechanisms that have been identified may be expanded upon.

Studies with rapamycin suggest that the prevention of smooth muscle cell proliferation by blockade of the cell cycle is a valid strategy for reducing neointimal hyperplasia. Dramatic and sustained reductions in late lumen loss and neointimal plaque volume have been observed in patients receiving rapamycin delivered locally from a stent. The present invention expands upon the mechanism of rapamy-cin to include additional approaches to inhibit the cell cycle and reduce neointimal hyperplasia without producing tox-icity.

The cell cycle is a tightly controlled biochemical cascade of events that regulate the process of cell replication. When cells are stimulated by appropriate growth factors, they move from $G_0$ (quiescence) to the G1 phase of the cell cycle. Selective inhibition of the cell cycle in the G1 phase, prior to DNA replication (S phase), may offer therapeutic advan-tages of cell preservation and viability while retaining anti-proliferative efficacy when compared to therapeutics that act later in the cell cycle i.e. at S, G2 or M phase.

Accordingly, the prevention of intimal hyperplasia in blood vessels and other conduit vessels in the body may be achieved using cell cycle inhibitors that act selectively at the G1 phase of the cell cycle. These inhibitors of the G1 phase of the cell cycle may be small molecules, peptides, proteins, oligonucleotides or DNA sequences. More specifically, these drugs or agents include inhibitors of cyclin dependent kinases (cdk's) involved with the progression of the cell cycle through the G1 phase, in particular cdk2 and cdk4.

Examples of drugs, agents or compounds that act selec-tively at the G1 phase of the cell cycle include small molecules such as flavopiridol and its structural analogs that have been found to inhibit cell cycle in the late G1 phase by antagonism of cyclin dependent kinases. Therapeutic agents that elevate an endogenous kinase inhibitory protein[kip] called P27, sometimes referred to as P27$^{kip1}$, that selectively inhibits cyclin dependent kinases may be utilized. This includes small molecules, peptides and proteins that either block the degradation of P27 or enhance the cellular pro-duction of P27, including gene vectors that can transfect the gene to produce P27. Staurosporin and related small mol-ecules that block the cell cycle by inhibiting protein kinases may be utilized. Protein kinase inhibitors, including the class of tyrphostins that selectively inhibit protein kinases to antagonize signal transduction in smooth muscle in response to a broad range of growth factors such as PDGF and FGF may also be utilized.

Any of the drugs, agents or compounds discussed above may be administered either systemically, for example, orally, intravenously, intramuscularly, subcutaneously, nasally or intradermally, or locally, for example, stent coat-ing, stent covering or local delivery catheter. In addition, the drugs or agents discussed above may be formulated for fast-release or slow release with the objective of maintaining the drugs or agents in contact with target tissues for a period ranging from three days to eight weeks.

As set forth above, the complex of rapamycin and FKPB12 binds to and inhibits a phosphoinositide (PI)-3 kinase called the mammalian Target of Rapamycin or TOR. An antagonist of the catalytic activity of TOR, functioning as either an active site inhibitor or as an allosteric modulator, i.e. an indirect inhibitor that allosterically modulates, would mimic the actions of rapamycin but bypass the requirement for FKBP12. The potential advantages of a direct inhibitor of TOR include better tissue penetration and better physical/chemical stability. In addition, other potential advantages include greater selectivity and specificity of action due to the specificity of an antagonist for one of multiple isoforms of TOR that may exist in different tissues, and a potentially different spectrum of downstream effects leading to greater drug efficacy and/or safety.

The inhibitor may be a small organic molecule (approxi-mate mw<1000), which is either a synthetic or naturally derived product. Wortmannin may be an agent which inhibits the function of this class of proteins. It may also be a peptide or an oligonucleotide sequence. The inhibitor may be admin-istered either sytemically (orally, intravenously, intramus-cularly, subcutaneously, nasally, or intradermally) or locally (stent coating, stent covering, local drug delivery catheter). For example, the inhibitor may be released into the vascular wall of a human from a nonerodible polymeric stent coating. In addition, the inhibitor may be formulated for fast-release or slow release with the objective of maintaining the rapa-mycin or other drug, agent or compound in contact with target tissues for a period ranging from three days to eight weeks.

As stated previously, the implantation of a coronary stent in conjunction with balloon angioplasty is highly effective in treating acute vessel closure and may reduce the risk of restenosis. Intravascular ultrasound studies (Mintz et al., 1996) suggest that coronary stenting effectively prevents vessel constriction and that most of the late luminal loss after stent implantation is due to plaque growth, probably related to neointimal hyperplasia. The late luminal loss after coro-nary stenting is almost two times higher than that observed after conventional balloon angioplasty. Thus, inasmuch as stents prevent at least a portion of the restenosis process, the use of drugs, agents or compounds which prevent inflam-mation and proliferation, or prevent proliferation by mul-tiple mechanisms, combined with a stent may provide the most efficacious treatment for post-angioplasty restenosis.

The local delivery of drugs, agents or compounds from a stent has the following advantages; namely, the prevention of vessel recoil and remodeling through the scaffolding action of the stent and the drugs, agents or compounds and the prevention of multiple components of neointimal hyper-plasia. This local administration of drugs, agents or com-pounds to stented coronary arteries may also have additional therapeutic benefit. For example, higher tissue concentra-tions would be achievable than that which would occur with systemic administration, reduced systemic toxicity, and single treatment and ease of administration. An additional benefit of drug therapy may be to reduce the dose of the therapeutic compounds, thereby limiting their toxicity, while still achieving a reduction in restenosis.

BSC-SJA-2206

US 7,300,662 B2

15                                                                              16

There are a multiplicity of different stents that may be utilized following percutaneous transluminal coronary angioplasty. Although any number of stents may be utilized in accordance with the present invention, for simplicity, one particular stent will be described in exemplary embodiments of the present invention. The skilled artisan will recognize that any number of stents may be utilized in connection with the present invention.

A stent is commonly used as a tubular structure left inside the lumen of a duct to relieve an obstruction. Commonly, stents are inserted into the lumen in a non-expanded form and are then expanded autonomously, or with the aid of a second device in situ. A typical method of expansion occurs through the use of a catheter-mounted angioplasty balloon which is inflated within the stenosed vessel or body passageway in order to shear and disrupt the obstructions associated with the wall components of the vessel and to obtain an enlarged lumen. As set forth below, self-expanding stents may also be utilized.

FIG. 2 illustrates an exemplary stent 100 which may be utilized in accordance with an exemplary embodiment of the present invention. The expandable cylindrical stent 100 comprises a fenestrated structure for placement in a blood vessel, duct or lumen to hold the vessel, duct or lumen open, more particularly for protecting a segment of artery from restenosis after angioplasty. The stent 100 may be expanded circumferentially and maintained in an expanded configuration, that is circumferentially or radially rigid. The stent 100 is axially flexible and when flexed at a band, the stent 100 avoids any externally-protruding component parts.

The stent 100 generally comprises first and second ends with an intermediate section therebetween. The stent 100 has a longitudinal axis and comprises a plurality of longitudinally disposed bands 102, wherein each band 102 defines a generally continuous wave along a line segment parallel to the longitudinal axis. A plurality of circumferentially arranged links 104 maintain the bands 102 in a substantially tubular structure. Essentially, each longitudinally disposed band 102 is connected at a plurality of periodic locations, by a short circumferentially arranged link 104 to an adjacent band 102. The wave associated with each of the bands 102 has approximately the same fundamental spatial frequency in the intermediate section, and the bands 102 are so disposed that the wave associated with them are generally aligned so as to be generally in phase with one another. As illustrated in the figure, each longitudinally arranged band 102 undulates through approximately two cycles before there is a link to an adjacent band.

The stent 100 may be fabricated utilizing any number of methods. For example, the stent 100 may be fabricated from a hollow or formed stainless steel tube that may be machined using lasers, electric discharge milling, chemical etching or other means. The stent 100 is inserted into the body and placed at the desired site in an unexpanded form. In one embodiment, expansion may be effected in a blood vessel by a balloon catheter, where the final diameter of the stent 100 is a function of the diameter of the balloon catheter used.

It should be appreciated that a stent 100 in accordance with the present invention may be embodied in a shape-memory material, including, for example, an appropriate alloy of nickel and titanium. In this embodiment, after the stent 100 has been formed it may be compressed so as to occupy a space sufficiently small as to permit its insertion in a blood vessel or other tissue by injection means, wherein the insertion means include a suitable catheter, or flexible rod. On emerging from the catheter, the stent 100 may be configured to expand into the desired configuration where the expansion is automatic or triggered by a change in pressure, temperature or electrical stimulation.

FIG. 3 illustrates an exemplary embodiment of the present invention utilizing the stent 100 illustrated in FIG. 2. As illustrated, the stent 100 may be modified to comprise a reservoir 106. Each of the reservoirs may be opened or closed as desired. These reservoirs 106 may be specifically designed to hold the drug, agent, compound or combinations thereof to be delivered. Regardless of the design of the stent 100, it is preferable to have the drug, agent, compound or combinations thereof dosage applied with enough specificity and a sufficient concentration to provide an effective dosage in the lesion area. In this regard, the reservoir size in the bands 102 is preferably sized to adequately apply the drug/drug combination dosage at the desired location and in the desired amount.

In an alternate exemplary embodiment, the entire inner and outer surface of the stent 100 may be coated with various drug and drug combinations in therapeutic dosage amounts. A detailed description of exemplary coating techniques is described below.

Rapamycin or any of the drugs, agents or compounds described above may be incorporated into or affixed to the stent in a number of ways and utilizing any number of biocompatible materials. In the exemplary embodiment, the rapamycin is directly incorporated into a polymeric matrix and sprayed onto the outer surface of the stent. The rapamycin elutes from the polymeric matrix over time and enters the surrounding tissue. The rapamycin preferably remains on the stent for at least three days up to approximately six months and more preferably between seven and thirty days.

Any number of non-erodible polymers may be utilized in conjunction with rapamycin. In the exemplary embodiment, the polymeric matrix comprises two layers. The base layer comprises a solution of ethylene-co-vinylacetate and polybutylmethacrylate. The rapamycin is incorporated into this layer. The outer layer comprises only polybutylmethacrylate and acts as a diffusion barrier to prevent the rapamycin from eluting too quickly and entering the surrounding tissues. The thickness of the outer layer or top coat determines the rate at which the rapamycin elutes from the matrix. Essentially, the rapamycin elutes from the matrix by diffusion through the polymer molecules. Polymers tend to move, thereby allowing solids, liquids and gases to escape therefrom. The total thickness of the polymeric matrix is in the range from about 1 micron to about 20 microns or greater. In a preferred exemplary embodiment, the base layer, including the polymer and drug, has a thickness in the range from about 8 microns to about 12 microns and the outer layer has a thickness in the range from about 1 micron to about 2 microns.

The ethylene-co-vinylacetate, polybutylmethacrylate and rapamycin solution may be incorporated into or onto the stent in a number of ways. For example, the solution may be sprayed onto the stent or the stent may be dipped into the solution. In a preferred embodiment, the solution is sprayed onto the stent and then allowed to dry. In another exemplary embodiment, the solution may be electrically charged to one polarity and the stent electrically changed to the opposite polarity. In this manner, the solution and stent will be attracted to one another. In using this type of spraying process, waste may be reduced and more control over the thickness of the coat may be achieved.

Since rapamycin works by entering the surrounding tissue, it is preferably only affixed to the surface of the stent making contact with one tissue. Typically, only the outer surface of the stent makes contact with the tissue. Accord-

BSC-SJA-2207

17

ingly, in a preferred embodiment, only the outer surface of the stent is coated with rapamycin. For other drugs, agents or compounds, the entire stent may be coated.

It is important to note that different polymers may be utilized for different stents. For example, in the above-described embodiment, ethylene-co-vinylacetate and poly-butylmethacrylate are utilized to form the polymeric matrix. This matrix works well with stainless steel stents. Other polymers may be utilized more effectively with stents formed from other materials, including materials that exhibit superelastic properties such as alloys of nickel and titanium.

Although shown and described is what is believed to be the most practical and preferred embodiments, it is apparent that departures from specific designs and methods described and shown will suggest themselves to those skilled in the art and may be used without departing from the spirit and scope of the invention. The present invention is not restricted to the particular constructions described and illustrated, but should be constructed to cohere with all modifications that may fall within the scope of the appended claims.

What is claimed is:

1. A drug delivery device comprising: an intraluminal stent; a biocompatible, nonerodible polymeric coating affixed to the intraluminal stent; and from about 64 μg to about 197 μg of rapamycin or a macrocyclic triene analog thereof that binds FKBP12 incorporated into the polymeric coating, wherein said device provides an in-stent late loss in diameter at 12 months following implantation in a human of less than about 0.5 mm, as measured by quantitative coronary angiography.

2. A drug delivery device according to claim 1 that provides an in-stent late loss in diameter at 12 months following implantation in a human of less than about 0.3 mm, as measured by quantitative coronary angiography.

3. A drug delivery device according to claim 1 or 2 that provides an in-stent diameter stenosis at 12 months following implantation in a human of less than about 22%, as measured by quantitative coronary angiography.

4. A drug delivery device according to claim 3 that provides an in-stent diameter stenosis at 12 months following implantation in a human of less than about 15%, as measured by quantitative coronary angiography.

5. A drug delivery device comprising: an intraluminal stent; a biocompatible, nonerodible polymeric coating affixed to the intraluminal stent; and from about 64 μg to about 197 μg of rapamycin or a macrocyclic triene analog thereof that binds FKBP12 incorporated into the polymeric coating, wherein said device provides a mean in-stent late loss in diameter in a human population at 12 months following implantation of less than about 0.5 mm, as measured by quantitative coronary angiography.

6. A drug delivery device according to claim 5 that provides a mean in-stent late loss in diameter in a human population at 12 months following implantation of less than about 0.3 mm, as measured by quantitative coronary angiography.

7. A drug delivery device according to claim 5 or 6 that provides a mean in-stent diameter stenosis in a human population at 12 months following implantation of less than about 22%, as measured by quantitative coronary angiography.

8. A drug delivery device according to claim 7 that provides a mean in-stent diameter stenosis in a human population at 12 months following implantation of less than about 15%, as measured by quantitative coronary angiography.

18

9. A method of inhibiting neointimal proliferation in a human coronary artery resulting from percutaneous transluminal coronary angioplasty comprising implanting in the lumen of said coronary artery a drug delivery device comprising: an intraluminal stent; a biocompatible, nonerodible polymeric coating affixed to the intraluminal stent; and from about 64 μg to about 197 μg of rapamycin or a macrocyclic triene analog thereof that binds FKBP12 incorporated into the polymeric coating, wherein said method provides an in-stent late loss in diameter at 12 months following implantation of less than about 0.5 mm, as measured by quantitative coronary angiography.

10. A method according to claim 9 that provides an in-stent late loss in diameter at 12 months following implantation of less than about 0.3 mm, as measured by quantitative coronary angiography.

11. A method according to claim 9 or 10 that provides an in-stent diameter stenosis at 12 months following implantation of less than about 22%, as measured by quantitative coronary angiography.

12. A method according to claim 11 that provides an in-stent diameter stenosis at 12 months following implantation of less than about 15%, as measured by quantitative coronary angiography.

13. A method of inhibiting neointimal proliferation in a coronary artery resulting from percutaneous transluminal coronary angioplasty comprising implanting in the lumen of said coronary artery a drug delivery device comprising: an intraluminal stent; a biocompatible, nonerodible polymeric coating affixed to the intraluminal stent; and from about 64 μg to about 197 μg of rapamycin or a macrocyclic triene analog thereof that binds FKBP12 incorporated into the polymeric coating, wherein said method provides a mean in-stent late loss in diameter in a human population at 12 months following implantation of less than about 0.5 mm, as measured by quantitative coronary angiography.

14. A method according to claim 13 that provides a mean in-stent late loss in diameter in a human population at 12 months following implantation of less than about 0.3 mm, as measured by quantitative coronary angiography.

15. A method according to claim 13 or 14 that provides a mean in-stent diameter stenosis in a human population at 12 months following implantation of less than about 22%, as measured by quantitative coronary angiography.

16. A method according to claim 15 that provides a mean in-stent diameter stenosis in a human population at 12 months following implantation of less than about 15%, as measured by quantitative coronary angiography.

17. The drug delivery device according to any one of claims 1, 2, 4 or 5 wherein said rapamycin or macrocyclic triene analog thereof is incorporated into the polymeric coating at a dose of from about 64 μg to about 125 μg.

18. The drug delivery device according to to any one of claims 1, 2, 4 or 5 that releases a portion of said dose of rapamycin or a macrocyclic triene analog thereof at about six weeks following intraluminal implantation.

19. The drug delivery device according to any one of claims 1, 2, 4 or 5 wherein said rapamycin or macrocyclic triene analog thereof is incorporated into the polymeric coating at a dose of from about 2 μg to about 30 μg per millimeter of stent length.

20. The drug delivery device according to claim 19 wherein said rapamycin or macrocyclic triene analog thereof is incorporated into the polymeric coating at a dose of from about 3 μg to about 13 μg per millimeter of stent length.

BSC-SJA-2208

US 7,300,662 B2

19

20

21. The drug delivery device according to claim 19 that releases a portion of said dose of rapamycin or a macrocyclic triene analog thereof at about six weeks following intraluminal implantation.

22. The method according to any one of claims 9, 10, 13 or 14, wherein said rapamycin or macrocyclic triene analog thereof is incorporated into the polymeric coating at a dose of from about 64 μg to about 125 μg.

23. The method according to any one of claims 9, 10, 13 or 14, wherein said rapamycin or macrocyclic triene analog thereof is incorporated into the polymeric coating at a dose of from about 2 μg to about 30 μg per millimeter of stent length.

24. The method according to any one of claims 9, 10, 13 or 14, wherein said rapamycin or macrocyclic triene analog thereof is incorporated into the polymeric coating at a dose of from about 3 μg to about 13 μg per millimeter of stent length.

25. The method according to any one of claims 9, 10, 13 or 14, wherein said drug delivery device releases a portion of said dose of rapamycin or a macrocyclic triene analog thereof at about six weeks following intraluminal implantation.

* * * * *

BSC-SJA-2209

# EXHIBIT
# 34
# REDACTED

# EXHIBIT 35

# Circulation

JOURNAL OF THE AMERICAN HEART ASSOCIATION



American Heart
Association®

*Learn and Live*™

**Living the Dream of No Restenosis**
Paul S. Teirstein
*Circulation* 2001;104;1996-1998

Circulation is published by the American Heart Association. 7272 Greenville Avenue, Dallas, TX
72514

Copyright © 2001 American Heart Association. All rights reserved. Print ISSN: 0009-7322. Online
ISSN: 1524-4539

The online version of this article, along with updated information and services, is
located on the World Wide Web at:
http://circ.ahajournals.org/cgi/content/full/104/17/1996

Subscriptions: Information about subscribing to Circulation is online at
http://circ.ahajournals.org/subscriptions/

Permissions: Permissions & Rights Desk, Lippincott Williams & Wilkins, a division of Wolters
Kluwer Health, 351 West Camden Street, Baltimore, MD 21202-2436. Phone: 410-528-4050. Fax:
410-528-8550. E-mail:
journalpermissions@lww.com

Reprints: Information about reprints can be found online at
http://www.lww.com/reprints

BSC-SJA-2214

Downloaded from circ.ahajournals.org at UCLA BIOMED LIBRARY SERIALS on September 3, 2009

# Editorial

# Living the Dream of No Restenosis

## Paul S. Teirstein, MD

"If I am in a dream, please don't wake me" are the now-fabled words spoken by Patrick Serruys while viewing follow-up intravascular ultrasound images of sirolimus-eluting stents. The dream of an effective treatment for restenosis has eluded decades of effort by an army of investigators. Scores of devices, hundreds of drugs, and innumerable revascularization "strategies" have failed to eliminate the 10% to 50% risk of recurrence after angioplasty. The wasteland of failed anti-restenosis trials was expanded this summer by the 11 500-patient, hundred million dollar, mega-trial Prevention of REstenosis with Tranilast and its Outcomes (PRESTO), which demonstrated that tranilast (a cytokine inhibitor showing superb results in smaller pilot studies) was no better than placebo. When you take out a gallbladder, it doesn't grow back. Yet, no matter how much skill, experience, time, and effort the interventionist brings to the table, restenosis can entirely reverse a perfect procedural result within months. Until now, only the efficacy provided by vascular brachytherapy has offered hope to patients with in-stent restenosis.

### See p 2007

In the present issue of *Circulation*, Sousa et al[1] provide a first glimpse at the 1-year data after the implantation of sirolimus-eluting stents. The report describes a very small, noncontrolled registry, yet the results are striking. After 12 months of follow-up in 30 patients and 6 months of follow-up in an additional 15 patients, the authors demonstrate a uniquely stable result. Using the highly sensitive technique of intravascular ultrasound, only a very minor proliferative response to injury was observed (<3% luminal volume obstruction). By angiography, the percent diameter stenosis increased only slightly from a mean of near 10% at the procedure's conclusion to ≈20% at 1 year. By the 12-month follow-up time point, not a single patient had sustained clinical or angiographic restenosis. These results are amplified by the recently reported, 238-patient, double-blind, randomized trial in Europe and Latin America, Randomized Double-Blind Study with the Sirolimus-Eluding BX Velocity Balloon-Expandable Stent in the Treatment of Patients with

De Novo Native Coronary Lesions (RAVEL), which found restenosis at 6 months was reduced from 26% in patients receiving placebo to 0 in those receiving sirolimus-eluting stents ($P=$ <0.001). These dramatic results have created a stir in cardiology. Ever since angioplasty's inception, almost 25 years ago, restenosis has pulled on its reins, holding it back by denying patients a predictably long-lasting result. If the present data continue to be supported by ongoing, placebo-controlled, randomized trials (ie, Sirolimus-Coated BX Velocity Balloon-Expandable Stent in the Treatment of Patients with De Novo Coronary Artery Lesions [SIRIUS] in the United States), our patients may finally receive the benefit of a minimally invasive revascularization technique that is also durable.

Of course, amid the fireworks, we should maintain our skepticism. The results are very preliminary, the number of patients studied small, the lesions enrolled simple, and the follow-up period still short. Indeed, one patient experienced a myocardial infarction at 14 months. The authors ascribe this to an "unstable plaque" proximal to the stent, but a pessimist might argue that sirolimus eluting from the adjacent stent may have weakened the fibrous cap that protects the under-lying lipid pool. There is also a possibility that stent thrombosis, so crippling to early stenting and brachytherapy, could stymie the medicated stent model. Other toxicities may emerge, either from the medication itself or the polymer delivery vehicle. Preclinical trials of stents using different coatings and drugs have reported adverse reactions such as intimal hemorrhage, incomplete healing, intimal fibrin deposition, adventitial inflammation, and medial necrosis. These toxic effects could translate into clinical complications. Aneurysm, pseudoaneurysm, perforation, thrombosis, accelerated atherosclerosis, fibrosis, and systemic disorders are all potential adverse effects of drug-coated stent implants. The consequences for angioplasty patients are compelling because so many lives are involved. Worldwide, >1.5 million percutaneous coronary and peripheral angioplasty procedures are performed annually. Add our aging population and the kind of technological leap this study represents and that number could easily grow to >2 million. It is a bit intimidating to imagine that a serious late complication with an incidence of only 0.5% could affect >10 000 lives each year.

Drug-eluting stents may face other challenges. For example, longer-term follow-up may reveal results that are less permanent than anticipated. In fact, in the present study, if one looks critically at the minimal luminal diameter (MLD) changes over the 12-month follow-up period, subtle but noteworthy trends emerge. Two devices were evaluated, the "fast release" coated stents, wherein almost all drug was completely eluted by 15 days, and the "slow release" stent, which uses a polymer topcoat to slow drug release to 4 to 6 weeks. In fast release patients, the mean MLD was 2.67 mm

The opinions expressed in this editorial are not necessarily those of the editors or of the American Heart Association.

From the Division of Cardiovascular Diseases, Scripps Clinic, La Jolla, Calif.

Dr Teirstein is a consultant for and receives research grants from several manufacturers of products designed to reduce restenosis; he also receives royalties from the sale of radiation delivery catheters.

Correspondence to Paul S. Teirstein, MD, Division of Cardiovascular Diseases, Scripps Clinic, 10666 North Torrey Pines Road, La Jolla, CA 92037. E-mail Radman@scrippsclinic.com

(*Circulation* 2001;104:1996-1998.)

© 2001 American Heart Association, Inc.

*Circulation* is available at http://www.circulationaha.org

Downloaded from circ.ahajournals.org at UCLA BIOMED LIBRARY SERIALS on September 3, 2009

immediately after implantation, virtually unchanged (2.69 mm) at 4 months, and then dropped to 2.32 mm (a 13.8% reduction) between 4 and 12 months. Interestingly, in the slow release group (the same formulation that is being tested in the randomized RAVEL and SIRUS trials), MLD changes occurred over a very different time course. The mean MLD was 2.74 mm immediately after implantation, dropped to 2.55 mm (a 7% reduction) 4 months later, and then dropped only slightly more (2.48 mm; another 2.8% decrease) between 4 and 12 months. Thus, the fast release group demonstrated better efficacy at 4 months, but by 12 months, MLD loss in the fast group had "caught up" to and surpassed that of the slow release group. One wonders if, over a longer follow-up period, an even slower releasing stent would maintain a larger lumen. These data, although subtle and involving small numbers of observations, underscore the need for further follow-up and further development before we fully understand the pharmacokinetics of stent-based drug delivery. One should remember that it was only after we obtained angiograms 3 years after catheter-based brachytherapy that small trends toward late "catch-up" were observed. Current plans for 18- and 24-month angiographic follow-up in this first group of sirolimus-stented patients will provide important long-term surveillance data.

As we stand on the verge of a "cure" for restenosis, it is interesting to ask, "Why has it taken so long?" Since the late 1970s, mammoth efforts and resources have been directed at restenosis. Today, optimism for drug-coated stents can be credited to the efforts of a very large number of researchers. Our understanding of restenosis evolved slowly. It was not until the early 1990s that several pivotal studies distinguished basic restenosis mechanisms such as early recoil, unfavorable remodeling, and the proliferative response to injury.[2,3] Other landmark studies established the concept that the extent of luminal "late loss" at follow-up is proportional to the amount of "acute gain" achieved during the initial procedure, which could be roughly described by the "late loss index."[4] These breakthroughs inspired an intense struggle to provide the largest possible initial lumen diameter under the banner "bigger is better." Although this approach provided incremental reductions in restenosis, today it is hard to imagine our naiveté in thinking we might eliminate restenosis using only mechanical devices like bare stents and atherectomy catheters.

Developing the stent as a drug delivery vehicle posed substantial challenges. The stent's stainless steel struts are poorly designed for drug delivery. Drugs do not bind readily to stent struts and, if bound, the surface area is not very large, providing only a limited drug reservoir. Thus, many researchers turned to stent coatings to facilitate the binding of drugs and to increase the available surface area. The initial stent coatings, however, were dismal failures.[5] In early animal trials, these polymers stimulated an intense inflammatory response, inciting more restenosis. Only recently have biocompatible materials such as methacrylates, polylactides, polyamides, chondroitins, gelatins, and hydrogels been developed that maintain adequate patency in the animal model. Many of these coatings were born of systematic trial-and-error experimentation involving multiple and lengthy animal

implant studies. This required the development of predictable animal models of restenosis that allow detailed, quantitative documentation of the in vivo response to injury.[6] Another challenge was the difficult task of uniformly applying coatings to stent struts (typically accomplished by dipping) and then sterilizing the combination (usually with heat) without altering the properties of the coating or drug. Of course, a safe, biocompatible stent coating must be coupled with an efficacious drug. Manufacturers sprouted new divisions focused entirely on drug delivery to test scores of medications.

The story of sirolimus is illustrative. Rapamycin (the original name for sirolimus) was discovered in the mid 1970s by the microbiology program at Wyeth-Ayerst. Its antimicrobial activity, which was produced by *Streptomyces hygroscopicus*, was discovered in soil samples brought home by researchers from Easter Island (named on Easter Day, 1722, by Dutch explorers but better known as the Island of Rapa Nui by its Polynesian natives). Sirolimus development was soon abandoned, however, because its antifungal benefits were outweighed by its immunosuppressive toxicity. It was resuscitated years later in the late 1980s as a result of advances in transplant medicine. Suren Sehgal, at Wyeth-Ayerst, noted its structure and impact on T cells were similar to tacrolimus, a new T-cell inhibitor with 10 to 100 times more potency than cyclosporin. Investigation at Wyeth-Ayerst and several transplant centers eventually led to its Food and Drug Administration approval as a treatment for kidney transplant rejection. During these studies, transplant immunologists Randall Morris and Clare Gregory, at Stanford University, made the seminal observation that transplanted rat hearts treated with sirolimus had clean coronary arteries instead of the usual intimal thickening observed in allografts. Making a leap from transplant immunology to restenosis, they performed a series of experiments demonstrating reduced intimal proliferation in sirolimus-treated rats after carotid artery balloon injury.[7] Although allograft rejection and balloon angioplasty injured arteries by different mechanisms, both resulted in intimal proliferation that could be inhibited by sirolimus. Soon thereafter, Gallo et al[8], at The Mount Sinai School of Medicine (who had described many of its molecular mechanisms[9]), extended this observation, reporting a 52% reduction in intimal hyperplasia when sirolimus was delivered systemically in a porcine stent coronary restenosis model.

In 1996, as these early results emerged in the literature, a newly formed drug-device team at Johnson and Johnson's Cordis division, led by Robert Falotico and Gerard Llanos, was evaluating numerous drugs and coatings in parallel development programs. Of the many drugs tested, attention focused on sirolimus because the initial systemic trials demonstrated efficacy, the hurdles of incorporating the desired dose into a biocompatible polymer were overcome, and a collaboration with its owner, Wyeth-Ayerst, was successfully forged. This led to a series of implants by Suzuki et al[10] in the porcine model documenting a 51% reduction in intimal proliferation within sirolimus-coated compared with control stents. These results were replicated in rabbit and canine models and ultimately inspired the small, safety registry described in the present article. Surprisingly, the animal

Downloaded from circ.ahajournals.org at UCLA BIOMED LIBRARY SERIALS on September 3, 2009

**BSC-SJA-2216**

*1998*   *Circulation*   **October 23, 2001**

experiments with sirolimus, while encouraging, did not fore-shadow the near absence of intimal proliferation seen in the human trial reported by Sousa et al.[1] This observation highlights the differences between animal and human reste-nosis models. Today, we still do not have an animal model that accurately mimics the human condition, and the best model to test coated stents remains controversial.

In summary, the success of sirolimus required a collabora-tion between experts in both drug and device development, a great deal of empiric, trial-and-error experimentation with multiple drugs and polymers, good timing, and a little bit of luck sprinkled in.

The sirolimus story implies we have not seen the end of drug-coated stent development. Indeed, different medicated stents are currently in clinical trials, including paclitaxel, actinomycin-D, c-myc antisense, estradiol, and many others. Stent coatings have also grown more sophisticated. For example, one novel device uses drugs that are covalently bound to biodegradable "smart" polymers. As the polymer degrades, the drug is programmed to release over months to years. These "designer" coatings can release multiple drugs at different rates on different timelines. Other approaches in-clude absorbent hydrogels applied to the stent surface that can "soak up" and then slowly release antiproliferative medica-tions. Some plans even call on the physician to provide final assembly by dipping the hydrogel-coated stent (like fondue or sushi) into a drug-containing liquid just before deployment. The massive quantity of creative energy being applied to stent-based drug delivery can only improve on the promising results described by Sousa et al.[1]

Despite the early nature of this report and the admonition to remain skeptical, it is hard for many of us who have witnessed the growth of interventional cardiology to contain our enthusiasm. The sirolimus-eluting stent will likely be safe and extremely efficacious, and it will soon be joined by other successful drug-coated stents. Its impact on cardiology will probably be at least as important as the impact of stenting itself in the early 1990s. The end of restenosis could be the beginning of a new era in revascularization. The old aggres-sive, "bigger is better" technique will be replaced by a "kinder, gentler" approach achieving an adequate, but more stable lumen, with less procedural risk. Some of the classic "enemies" of percutaneous intervention, such as multivessel disease, diabetic patients, left main stenosis, small diameter vessels, long lesions, saphenous vein grafts, bifurcations, and femoral artery disease may well be conquered by drug-eluting stents, leaving chronic total occlusions as the major remain-ing challenge. Many patients now referred for bypass surgery will likely be candidates for a percutaneous approach. With a stent that doesn't renarrow, the threshold for intervention may be lowered. For example, as markers for vulnerable plaque are developed, one can envision non-restenosing stents being used to launch a preemptive strike against minimally stenotic, yet "at-risk" lesions. With their newly acquired ability to suppress intimal proliferation, stents themselves will proliferate.

Physicians and patients can be grateful for the important technological leaps in medicine represented by drug-coated stents. The excitement is well deserved, and our patients will be the beneficiaries. To some it may seem like a dream, but in reality, it just may be sweet dreams for restenosis.

## References

1. Sousa JE, Costa MA, Abizaid AC, et al. Sustained suppression of neo-intimal proliferation by sirolimus-eluting stents: one-year angiographic and intravascular ultrasound follow-up. *Circulation.* 2001;104: 2007–2011.
2. Glagov S. Intimal hyperplasia, vascular remodeling, and the restenosis problem. *Circulation.* 1994;89:2888–2891.
3. Mintz GS, Popma JJ, Pichard AD, et al. Arterial remodeling after coro-nary angioplasty: a serial intravascular ultrasound study. *Circulation.* 1996;94:35–43.
4. Kuntz RE, Gibson CM, Nobuyoshi M, et al. Generalized model of restenosis after conventional balloon angioplasty, stenting and directional atherectomy. *J Am Coll Cardiol.* 1993;21:15–25.
5. van der Giessen WJ, Lincoff AM, Schwartz RS, et al. Marked inflam-matory sequelae to implantation of biodegradable and nonbiodegradable polymers in porcine coronary arteries. *Circulation.* 1996;94:1690–1697.
6. Schwartz RS, Murphy JG, Edwards WD, et al. Restenosis after balloon angioplasty: a practical proliferative model in porcine coronary arteries. *Circulation.* 1990;82:2190–2200.
7. Gregory CR, Huie P, Billingham MH, et al. Rapamycin inhibits arterial intimal thickening caused by both alloimmune and mechanical injury: its effect on cellular, growth factor, and cytokine responses in injured vessels. *Transplantation.* 1993;55:1409–1418.
8. Gallo R, Padurean A, Jayaraman T, et al. Inhibition of intimal thickening after balloon angioplasty in porcine coronary arteries by targeting regu-lators of the cell cycle. *Circulation.* 1999;99:2164–2170.
9. Jayaraman T, Marks AR. Rapamycin-FKBP12 blocks proliferation, induces differentiation, and inhibits cdc2 kinase activity in a myogenic cell line. *J Biol Chem.* 1993;268:25385–25388.
10. Suzuki T, Kopia G, Hayashi S, et al. Stent-based delivery of sirolimus reduces neointimal formation in a porcine coronary model. *Circulation.* 2001;104:1188–1193.

KEY WORDS: Editorials ◼ restenosis ◼ stents ◼ angioplasty ◼ atherosclerosis

BSC-SJA-2217

Downloaded from circ.ahajournals.org at UCLA BIOMED LIBRARY SERIALS on September 3, 2009

# EXHIBIT
# 36
# REDACTED

# EXHIBIT 37

# THE
# MERCK INDEX

AN ENCYCLOPEDIA OF
CHEMICALS, DRUGS, AND BIOLOGICALS

TWELFTH EDITION

Susan Budavari, *Editor*
Maryadele J. O'Neil, *Senior Associate Editor*
Ann Smith, *Associate Editor*
Patricia E. Heckelman, *Assistant Editor*
Joanne F. Kinneary, *Assistant Editor*

*Published by*
*Merck Research Laboratories*
*Division of*
**MERCK & CO., INC.**

Whitehouse Station, NJ

1996



BSC-SJA-2226

**MERCK & CO., INC.**
Whitehouse Station, N.J.
U.S.A.

1st Edition—1889
2nd Edition—1896
3rd Edition—1907
4th Edition—1930
5th Edition—1940
6th Edition—1952
7th Edition—1960
8th Edition—1968
9th Edition—1976
10th Edition—1983
11th Edition—1989

Library of Congress Catalog
Card Number 89-60001
ISBN Number 0911910-12-3

First Printing—March 1996
Second Printing—April 1997

Copyright © 1996 by MERCK & CO., INC.
All rights reserved. Copyright under the Universal Copyright Convention
and the International Copyright Convention.
Copyright reserved under the Pan-American Copyright Convention.

Printed in the U.S.A.

BSC-SJA-2227

Felty needles from ether, mp 109°. $[\alpha]_D^{24}$ +33.2° (c = 1 in 0.1N ethanolic HCl). LD$_{50}$ (14 day) in male, female mice, male, female rats (mg/kg): 1194, 1158, 687, 608 i.v.; 10933, 10048, > 10000, > 10000 orally (Donnubauer, Mayer).

THERAP CAT: Antihypertensive.

**8284. Raney Nickel®.** Raney nickel catalyst. Prepd by fusing 50 parts nickel with 50 parts aluminum: U.S. pats. 1,628,190 (1927); 1,915,473 (1933); pulverizing the alloy and dissolving out most of the aluminum with NaOH soln: Covert, Adkins, *J. Am. Chem. Soc.* **54**, 4116 (1932); Ruggli, Preiswerk, *Helv. Chim. Acta* **22**, 494 (1939); Mozingo, *Org. Syn.* **21**, 15 (1941). Absorption studies: Kokes, Emmett, *J. Am. Chem. Soc.* **83**, 29 (1961). The residual aluminum, which amounts to several percent, appears to be necessary for proper catalytic activity. *Review:* J. S. Pizey, *Synthetic Reagents* vol. 2 (John Wiley, New York, 1974) pp 175-311.

Grayish-black powder or cubic crystals. *Ignites* on *contact with air.* Contains hydrogen and has been attributed the formula Ni$_2$H. Generally stored under alcohol, although ether, water, methylcyclohexane, and dioxane may be used. Raney nickel loses its hydrogen slowly on storage and becomes inactive. Properly prepd and stored it should remain active for 6 months.

USE: Catalyst for the hydrogenation of organic compds with gaseous hydrogen. Usually from 1 to 10% of the substance to be reduced is employed. Is active at room temp and 1 atm pressure, but is also used at high temps and high pressures, *see* H. B. Adkins, *Reactions of Hydrogen* (Madison, 1937).

**8285. Ranimustine.** *Methyl 6-[[[(2-chloroethyl)nitroso-amino]carbonyl]amino]-6-deoxy-α-D-glucopyranoside;* methyl *N*-carbamyl-*N'*-(2-chloroethyl)-*N'*-nitroso-6-amino-6-deoxy-α-D-glucopyranoside; 6-[3-(2-chloroethyl)-3-nitrosoureido]-6-deoxy-α-D-glucopyranoside; 5-(methyl-α-D-glucopyranos-6-yl)-1-(2-chloroethyl)-1-nitrosourea; ranomustine; MCNU; NSC-0270516; Cymerin; Thymerin. C$_{10}$H$_{18}$ClN$_3$O$_7$; mol wt 327.72. C 36.65%, H 5.54%, Cl 10.82%, N 12.82%, O 34.17%. Chloroethylnitrosourea derivative with antitumor activity. Similar to carmustine, chlorozotocin, lomustine, nimustine, *q.q.v.* Prepn: Neth. pat. Appl. 7,507,973; G. Kimura, J. Sekine, U.S. pat. 4,057,684; Neth. pat. Appl. 7,800,920; G. Kimura, U.S. pat. 4,386,777 (1976, 1977, 1978, 1979, all to Tokyo Tanabe). Antitumor activity in rodents, comparison with other nitrosoureas: S. Sekido *et al*., *Cancer Treat. Rep.* **63**, 961 (1979); S. Fujimoto, M. Ogawa, *Cancer Chemother. Pharmacol.* **9**, 134 (1982); S. Fujimoto *et al*., *Gann* **75**, 937 (1984). Mechanism of action: R. Kanamaru *et al*., *Curr. Chemother. Immunother.* **2**, 1377 (1982). Effect of sugar alcohols on toxicity in mice: T. Tashiro *et al*., *Cancer Chemother. Pharmacol.* **8**, 183 (1982). Series of articles on metabolic fate in rats: Y. Esumi *et al*., *Iyakuhin Kenkyu* **16**, 381-428 (1985), *C.A.* **103**, 115620q, 115621r, 134369f (1985). Clinical study in hematological malignant diseases: T. Masaoka *et al*., *Chemotherapy (Tokyo)* **33**, 271 (1985).

Pale yellowish needles from anhydrous ethanol-ethyl ether (1:1), mp 111-112°. $[\alpha]_D^{22}$ +93.2° (c = 0.5 in methanol) (Kimura). Also reported as 101-103° (dec) from isopropanol. $[\alpha]_D^{22}$ +73.2° (c = 0.3 in methanol) (Kimura, Sekine). Solubility in water: 900 mg/ml at 25°. LD$_{50}$ in male rats (mg/kg): 42 i.p., 42 i.v., 50 orally (Kimura).

THERAP CAT: Antineoplastic.

**8286. Ranitidine.** *N-[2-[[[-5-[(Dimethylamino)methyl]-2-furanyl]methyl]thio]ethyl]-N'-methyl-2-nitro-1,1-ethenedi-amine.* C$_{13}$H$_{22}$N$_4$O$_3$S; mol wt 314.41. C 49.66%, H 7.05%, N 17.82%, O 15.27%, S 10.20%. Histamine H$_2$-receptor

antagonist which inhibits gastric acid secretion. Prepn: B. J. Price *et al*., Fr. pat. 2,384,765; *eidem*, U.S. pat. 4,128,658 (both 1978 to Allen & Hanburys). HPLC determn in plasma: P. F. Carey, L. E. Martin, *J. Liq. Chromatog.* **2**, 1291. Pharmacological studies: J. Bradshaw *et al*., *Brit. J. Pharmacol.* **66**, 464 (1979); M. J. Daly *et al*., *Gut* **21**, 408 (1980). Efficacy in treatment of duodenal ulcers: A. Berstad *et al*., *Scand. J. Gastroenterol.* **15**, 637 (1980); R. P. Walt *et al*., *Gut* **22**, 49 (1981). Review of pharmacology and therapeutic use: R. N. Brogden *et al*., *Drugs* **24**, 267-303 (1982). Comprehensive description: M. Hohnjec *et al*., *Anal. Profiles Drug Subs.* **15**, 533-561 (1986).

Solid, mp 69-70°.

Hydrochloride, C$_{13}$H$_{22}$N$_4$O$_3$S.HCl, *AH-19065, Azantac, Melfax, Noctone, Raniben, Ranidil, Raniplex, Sostril, Taural, Terposen, Trigger, Ulcex, Ultidine, Zantac, Zantic.* Off-white solid, mp 133-134°. Freely sol in acetic acid and water, sol in methanol, sparingly sol in ethanol. Practically insol in chloroform.

Bismuth citrate, C$_{13}$H$_{22}$N$_4$O$_3$S.C$_6$H$_8$BiO$_7$, *ranitidine bis-mutrex, GR-122311X, Pylorid.* Pharmacology and activity vs *Helicobacter* sp: R. Stables *et al*., *Aliment. Pharmacol. Ther.* **7**, 237 (1993).

THERAP CAT: Antiulcerative.

**8287. Ranolazine.** *(±)-N-(2,6-Dimethylphenyl)-4-[2-hydroxy-3-(2-methoxyphenoxy)propyl]-1-piperazineacetamide;* (±)-4-[2-hydroxy-3-(o-methoxyphenoxy)propyl]-1-piperazineaceto-2',6'-xylidide; (±)-1-[3-(2-methoxyphenoxy)-2-hydroxypropyl]-4-[N-(2,6-dimethylphenyl)carbamoylmethyl]piperazine. C$_{24}$H$_{33}$N$_3$O$_4$; mol wt 427.54. C 67.42%, H 7.78%, N 9.83%, O 14.97%. Anti-ischemic agent which modulates myocardial metabolism. Prepn: A. F. Kluge *et al*., Eur. pat. Appl. 126,449; *eidem*, U.S. pat. 4,567,264 (1984, 1986 both to Syntex). HPLC resolution of enantiomers: E. Delée *et al*., *Chromatographia* **24**, 357 (1987). Protective effect in myocardial ischemia: M. C. Allely, B. J. Alps, *Brit. J. Pharmacol.* **99**, 5 (1990). Clinical pharmacology: D. Jain *et al*., *Eur. J. Clin. Pharmacol.* **38**, 111 (1990). Clinical evaluation in angina: G. Cocco *et al*., *J. Cardiovasc. Pharmacol.* **20**, 131 (1992).

Dihydrochloride, C$_{24}$H$_{33}$N$_3$O$_4$.2HCl, *RS-43285.* White crystalline powder from methanol/ether, mp 164-166°. Readily sol in water.

THERAP CAT: Antianginal.

**8288. Rapamycin.** RAPA; RPM; sirolimus; AY-22989; NSC-226080; Rapamune. C$_{51}$H$_{79}$NO$_{13}$; mol wt 914.19. C 67.01%, H 8.71%, N 1.53%, O 22.75%. Triene macrolide antibiotic isolated from *Streptomyces hygroscopicus.* Name derived from the native word for Easter Island, Rapa Nui. Isoln: S. N. Sehgal *et al*., Ger. pat. 2,347,682; *eidem*, U.S. pat. 3,929,992 (1974, 1975 both to Ayerst McKenna Harrison); purification and characterization: C. Vézina *et al*., *J. Antibiot.* **28**, 721 (1975); S. N. Sehgal *et al*., *ibid.* 727. Inhibition of immune response: R. R. Martel *et al*., *Can. J. Physiol. Pharmacol.* **55**, 48 (1977); of graft rejection in mice: C. P. Eng *et al*., *Transplant. Proc.* **23**, 868 (1991). HPLC determn: K. L. Napoli, B. D. Kahan, *Clin. Chem.* **37**, 294 (1991). Pharmacokinetics in rabbit: N. Honcharik *et al*., *Ther. Drug Monit.* **14**, 475 (1992). Potential utility as antiarthritic agent: R. P. Carlson *et al*., *J. Pharmacol. Exp. Therap.* **266**, 1125 (1993). Total synthesis:

*Consult the Name Index before using this section.*

BSC-SJA-2228

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on September 16, 2009, I caused copies of the foregoing document to be served upon the following counsel of record in the manner indicated:

### *BY HAND DELIVERY*

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
Lauren E. Maguire [lmaguire@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

### BY FEDERAL EXPRESS

David T. Pritikin, Esquire [dpritikin@sidley.com]
William H. Baumgartner, Esquire [wbaumgartner@sidley.com]
Russell E. Cass, Esquire [rcass@sidley.com]
Jon M. Spanbauer, Esquire [jspanbauer@sidley.com]
SIDLEY AUSTIN LLP
One  South Dearborn
Chicago, IL 60603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

Karen L. Pascale (No. 2903)
Karen E. Keller (No. 4489)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
alundgren@ycst.com

*Attorneys for Plaintiffs,*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*

054604.1003

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on September 16, 2009, I caused

copies of the foregoing document to be served upon the following counsel of record in the

manner indicated:

### *BY HAND DELIVERY*

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
Lauren E. Maguire [lmaguire@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

### BY FEDERAL EXPRESS

David T. Pritikin, Esquire [dpritikin@sidley.com]
William H. Baumgartner, Esquire [wbaumgartner@sidley.com]
Russell E. Cass, Esquire [rcass@sidley.com]
Jon M. Spanbauer, Esquire [jspanbauer@sidley.com]
SIDLEY AUSTIN LLP
One  South Dearborn
Chicago, IL 60603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

Karen L. Pascale (No. 2903)
Karen E. Keller (No. 4489)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
alundgren@ycst.com

*Attorneys for Plaintiffs,*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on September 23, 2009, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Lauren E. Maguire, Esquire [lmaguire@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on September 23, 2009, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

> ### *By E-Mail*
>
> David T. Pritikin, Esquire [dpritikin@sidley.com]
> William H. Baumgartner, Esquire [wbaumgartner@sidley.com]
> Russell E. Cass, Esquire [rcass@sidley.com]
> Jon M. Spanbauer, Esquire [jspanbauer@sidley.com]
> SIDLEY AUSTIN LLP
> One  South Dearborn
> Chicago, IL 60603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

---

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
Andrew A. Lundgren (No. 4429) [alundgren@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*Attorneys for Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc.*