
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON and CORDIS CORPORATION, <br><br> Defendants. | **REDACTED PUBLIC VERSION** <br><br> Civil Action No. 07-333-SLR <br> Civil Action No. 07-348-SLR <br> Civil Action No. 07-409-SLR |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, CORDIS CORPORATION, and WYETH, <br><br> Defendants. | Civil Action No. 07-765-SLR |

**APPENDIX OF EXHIBITS TO OPENING MARKMAN BRIEF OF JOHNSON & JOHNSON, CORDIS AND WYETH**
**VOLUME I OF IV (EXHIBITS 1-32)**

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
312-853-7000
dpritikin@sidley.com
wbaumgar@sidley.com
rcass@sidley.com

Dated: September 16, 2009

{00332552;v1}

# TABLE OF CONTENTS

| Exhibit Number | Description | Appendix Page Number |
|---|---|---|
| 1 | Summary of Polymer Definitions in Cordis' Briefs and Declarations | A1-A47 |
| 2 | "Polymer" as defined by various dictionaries | A48-A57 |
| 3 | Summary of Co-polymer Definitions in Cordis' Briefs and Declarations | A58-A79 |
| 4 | Summary of Homopolymer Definitions in Cordis' Briefs and Declarations | A80-A100 |
| 5 | "Acrylate" as defined by *Webster's Third New International Dictionary* (1993) | A101 |
| 6 | Summary of Biocompatible Definitions in Cordis' Briefs and Declarations | A102-A119 |
| 7 | Summary of "Apply" Definitions in Cordis' Briefs and Declarations | A120-A133 |
| 8 | Summary of "Affix" Definitions in Cordis' Briefs and Declarations | A134-A143 |
| 9 | "Macrocyclic" as defined by *Webster's Third New International Dictionary* (1993) | A144-A147 |
| 10 | Summary of "Inhibit" Definitions in Cordis' Briefs and Declarations | A148-A156 |
| 11 | "Mixture" as defined by *Webster's Third New International Dictionary of the English Language, Unabridged* (2002) and *Dorland's Illustrated Medical Dictionary* (28th ed. 1994) | A157-A162 |
| 12 | "About" as defined by various dictionaries | A163-A198 |
| 13 | "Thereto" as defined by *Webster's Third New International Dictionary of the English Language, Unabridged* (2002) | A199-A201 |
| 14 | "Base" as defined by *Webster's Third New International Dictionary* (1993) | A202-A205 |
| 15 | Office Action Summary concerning Disposition of Claims in U.S. Patent Application 09/874,117 | A206-A209 |
| 16 | Appellant's Second Corrected Brief on Appeal regarding U.S. Patent Application 09/575,480 | A210-A223 |
| 17 | Remarks to Support Pre-Appeal Brief Request for Review regarding U.S. Patent Application 10/829,074 | A224-A228 |
| 18 | Petition to Make Special Because of Actual Infringement (37 CFR § 1.102 and MPEP § 708.02) with Supporting Declaration by Attorney regarding U.S. Patent Application 10/951,385 | A229-A251 |
| 19 | Decision Granting Petition to Make Special Because of Actual Infringement (37 CFR § 1.102 and MPEP § 708.02) | A252-A253 |
| 20 | Petition to Make Special Because of Actual Infringement (37 CFR § 1.102 and MPEP § 708.02) with Supporting Attorney Declaration regarding U.S. Patent Application of Carol Wright (Application number not yet assigned) | A253.1-A253.8 |
| 21 | **REDACTED** | A254-A263 |

| | REDACTED | |
|---|---|---|
| 22 | Rensing et al., Coronary restenosis elimination with a sirolimus eluting stent, *European Heart Journal*, 2001 | A264-A269 |
| 23 | Serruys et al., A comparison of balloon-expandable-stent implantation with balloon angioplasty in patients with coronary artery disease, *N Engl J Med* 1994 | A270-A276 |
| 24 | Serruys et al., A randomized comparison of a durable polymer Everolimus-eluting stent with a bare metal coronary stent: The SPIRIT first trial, *EuroIntervention* 2005 | A277-A284 |
| 25 | Poon et al., Rapamycin Inhibits Vascular Smooth Muscle Cell Migration, *J. Clin. Invest.*, 1996 | A285-A291 |
| 26 | Marx et al., Rapamycin-FKBP Inhibits Cell Cycle Regulators of Proliferation in Vascular Smooth Muscle Cells, *Circ. Res.* 1995 | A292-A298 |
| 27 | Perkins et al., XIENCE V™ Everolimus-Eluting Coronary Stent Systems: A Preclinical Assessment, *Journal of Interventional Cardiology*, 2009 | A299-A310 |
| 28 | Ding et al., XIENCE V™ Stent Design and Rationale, *Journal of Interventional Cardiology*, 2009 | A311-A320 |
| 29 | Fischman et al., A Randomized Comparison of Coronary-Stent Placement and Balloon Angioplasty in the Treatment of Coronary Artery Disease, *N Engl J Med* 1994 | A321-A326 |
| 30 | U.S. Patent No. 6,120,536 | A327-A343 |
| 31 | U.S. Patent No. 5,968,091 | A344-A354 |
| 32 | U.S. Patent No. 6,908,624 | A355-A391 |
| 33 | U.S. Patent Application Publication No. US 2004/0063805 | A392-A405 |
| 34 | Boston Scientific, Promus Everolimus-Eluting Coronary Stent System, http://www.bostonscientific.com/Device.bsci?page=HCP_Overview&navRelId=1000.1003&method=DevDetailHCP&id=10104231&pageDisclaimer=Disclaimer.ProductPage (last visited Sep. 14, 2009) | A406-A408 |
| 35 | Boston Scientific, PROMUS Everolimus-Eluting Coronary Stent System, Patient Information Guide | A409-A461 |
| 36 | REDACTED | A462-A552 |
| 37 | | A553-A595 |
| 38 | Instructions for Use: CYPHER Sirolimus-eluting Coronary Stent on RAPTOR Over-the-Wire-Delivery System and CYPHER Sirolimus-eluting Coronary Stent on RAPTORRAIL Rapid Exchange Delivery System | A596-A615 |
| 39 | REDACTED | A616-A629 |
| 40 | | A630-A634 |
| 41 | Abraham et al., Immunopharmacology of Rapamycin, *Annu. Rev. Immunol.* 1996 | A635-A649 |

| 42 | Van Duyne et al., Atomic Structures of the Human Immunophilin FKBP-12 Complexes with FK506 and Rapamycin, *J. Mol. Biol.* 1993 | A650-A669 |
|---|---|---|
| 43 | Atomic Structure of the Rapamycin, J. Am. Chem. Soc, 1991 | A670-A671 |
| 44 | Diagram: Normal Sirolimus Everolimus | A672 |
| 45 | Chung et al., Rapamycin-FKBP Specifically Blocks Growth-Dependant Activation of and Signaling by the 70kd S6 Protein Kinases ,*Cell* Vol. 69, 1992 | A673-A682 |
| 46 | Beretta et al., Rapamycin blocks the phosphorylation of 4E-BP1 and inhibits cap-dependent initiation of translation, *The EMBO Journal* Vol. 15 No. 3, 1996 | A683-A689 |
| 47 | Weng et al., Regulation of the p70 S6 Kinase by Phosphorylation in Vivo, *The Journal of Biological Chemistry* 1998 | A690-A698 |
| 48 | Sedrani et al., Chemical Modification of Rapamycin: The Discovery of SDZ RAD, *Elsevier Science* 1998 | A699-A701 |
| 49 | Schuler et al.,, SDZ RAD, A new Rapamycin Derivative, Transplantation, 1997 | A702-A710 |
| 50 | Hartford et al., Rapamycin: Something Old, Something New, Sometimes Borrowed and Now Renewed, *Clinical Pharmacology & Therapeutics* Vol. 82 No 84, 2007 | A711-A718 |
| 51 | Sedrani et al., Chemical Modification of Rapamycin: The Discovery of SDZ RAD, *Elsevier* 1998 | A719-A721 |
| 52 | Buellesfeld et al., ABT-578-Eluting Stents: The Promising Successor of Sirolimus-and Paclitaxe-Eluting Stents Concepts? *Herz* 2004 | A722-A725 |
| 53 | Böhler et al., The In Vivo Effect of Rapamycin Derivative SDZ RAD on Lymphocyte Proliferation, *Transplantation Proc,* 1998 | A726-A728 |
| 54 | Taga et al., Structure of a New Macrocyclic Antibiotic, *International Union of Crystallography*, 1987 | A729-A731 |
| 55 | Curriculum Vitae of David Sabatini | A732-A735 |
| 56 | Sabatini et al., RAFT1: A Mammalian Protein that binds to FKBP12 in a Rapamycin-Dependent Fashion and is Homologus to Yeast TORs, *Cell*, Vol. 78, 1994 | A736-A746 |
| 57 | Nührenberg et al., EMAP-II downregulation contributes to the beneficial effects of Rapamycin after vascular injury, *Cardiovascular Research*, 2008 | A747-A756 |
| 58 | Guertin et al., Defining the Role of mTOR in Cancer, *Cancer Cell* 12, 2007 | A757-A770 |
| 59 | Sehgal et al., Rapamycin (AY-22,989), a New Antifungal Antibiotic, *The Journal of Antibiotics*, Vol. 28, 1975 | A771-A777 |
| 60 | McAlpine et al., Revised NMR Assignments for Rapamycin, *The Journal of Antibiotics*, Vol. 28, No. 10, 1991 | A778-A783 |
| 61 | Paiva et al., Incorporation of Acetate, Propionate, and Methionine into Rapamycin by Streptomyces Hysgroscopicus, *Journal of Natural Products* 1991 | A784-A795 |

3

| 62 | White et al., The Structure of the Antifungal Antibiotic Rapamycin, *Crystallography in Biochemistry and Pharmacology* 1981 | A796-A797 |
|---|---|---|
| 63 | Suzuki et al., Stent-Based Delivery of Sirolimus Reduces Neointimal Formation in a Porcine Coronary Model, *Circulation* 2001 | A798-A803 |
| 64 | Marx et al., Bench to Bedside The Development of Rapamycin and its Application to Stent Restenosis, *Circulation* 2001 | A804-A807 |
| 65 | Gallo et al., Inhibition of Intimal Thickening After Balloon Angioplasty in Porcine Coronary Arteries by Targeting Regulators of the Cell Cycle, *Circulation* 1999 | A808-A814 |
| 66 | Gallo et al., Rapamycin (Sirolimus) Inhibits Vascular Smooth Muscle DNA Synthesis In Vitro and Suppresses Narrowing in Arterial Allografts and in Balloon-Injured Carotid Arteries: Evidence that Rapamycin Antagonizes Growth Factor Action on Immune and Nonimmune Cells, *Transplantation Proceedings*, Vol. 27, No. 1. 1995 | A815-A818 |
| 67 | Siekierka, Probing T-Cell Signal Transduction Pathways with the Immunosuppressive Drugs, FK-506 and Rapamycin, *Immuno Res* 1994 | A819-A825 |
| 68 | Gregory et al., Rapamycin Inhibits Arterial Intimal Thickening Caused by Both Alloimmune and Mechanical Injury, *Transplantation Proceedings*, Vol. 55, No. 6.1995 | A826-A837 |
| 69 | Morris, Rapamycins: Antifungal, Antitumor, Antiproliferative, and Immunosuppressive Macrolides, *Transplantation Reviews*, Vol. 6, No. 1. 1992 | A838-A887 |
| 70 | Lodish et al., Chapter 1 – The Dynamic Cell, pp. 1-13 and Chapter 13 – Regulation of the Eukaryotic Cell Cycle, *Molecular Cell Biology*, 4th ed. 2000 | A888-A964 |
| 71 | Abraham, Mammalian Target of Rapamycin: Immunosuppressive Drugs Offer New Insights Into Cell Growth Regulation, *Inflammatory Processes: Molecular Mechanisms and Therapeutic Opportunities* 2000 | A965-A978 |
| 72 | Choi et al., Structure of the FKPB12-Rapamycin Complex Interacting with the Binding Domain of Human FRAP, *Science* 1996 | A979-A985 |
| 73 | Luo et al., Rapamycin Resistance Tied to Defective Regulation of p27, *Molecular and Cellular Biology* 1996 | A986-A993 |
| 74 | REDACTED | A994-A1017 |
| 75 | Adverse Tissue Reaction to Polymers Cited in '7286, '3286 and '473 Patent Specifications | A1018-A1189 |
| 76 | Curriculum Vitae of Antonios G. Mikos | A1190-A1356 |
| 77 | "Polymer" as defined by Webster's Third International Dictionary | A1357-A1359 |
| 78 | REDACTED | A1360-A1386 |

4

| | REDACTED | |
|---|---|---|
| 79 | "Biocompatibility" as defined by Merriam-Webster's Collegiate Dictionary | A1387-A1395 |
| 80 | Burke et al., Zotarolimus (ABT-578) eluting stents, *Elsevier* 2006 | A1396-A1405 |
| 81 | REDACTED | A1405-A1414 |