# EXHIBIT 1

**Summary of Polymer Definitions in Cordis's Briefs and Declarations**

- Polymer: "a natural or synthetic chemical compound or mixture of compounds formed by polymerization and consisting essentially of repeating structural units." (*Webster's Third New International Dictionary* at 1759 (2002).)

- Polymer: "a natural or synthetic chemical compound or mixture of compounds formed by polymerization and consisting essentially of repeating structural units." (*Webster's Third New International Dictionary* at 1759 (1993).)

- Polymer: "[a]ny of numerous natural or synthetic compounds of usually high molecular weight consisting of up to millions of repeated linked units, each a relatively light and simple molecule." (*American Heritage Dictionary of the English Language* at 1404 (3d ed. 1992).)

- Polymer: "[a] long-chain molecule of repeating monomer subunits that are arranged in a straight-chain or branching pattern." (*Magill's Survey of Science: Physical Science Series* at 1920 (Frank N. Magill ed., 1992).)

- Polymer: "[a] complex compound of high molecular weight formed by a chain of simpler molecules; e.g., the combining of many ethylene molecules to form polyethylene. *addition p.* A large molecule formed by a chain of smaller molecules (monomers) without the formation of any other product." (*The HarperCollins Illustrated Medical Dictionary* at 384 (1993).)

- Polymer: "[a] chemical compound or mixture of compounds formed by polymerization and consisting essentially of repeating structural units." (*Merriam-Webster's Collegiate Dictionary* at 903 (10th ed. 1993).)

- Polymer: "[a] product of polymerization: biological polymers include polysaccharides, proteins, and nucleic acids." (*The Penguin Dictionary of Science* at 344 (E. B. Uvarov and Alan Isaacs eds., 7th ed. 1993).)

- Polymer: "[a] compound formed by the joining of smaller molecules, referred to as monomers." (*Dorland's Illustrated Medical Dictionary* at 1329 (28th ed. 1994).)

- Polymer: a "[s]ubstance made of giant molecules formed by the union of simple molecules (monomers); for example polymerization of ethylene forms a polyethylene chain, or condensation of phenol and formaldehyde (with production of water) forms phenol-formaldehyde resins." (*McGraw-Hill Dictionary of Scientific and Technical Terms* at 1543 (5th ed. 1994).)

- Polymer: "[a] material built up from a series of smaller units (*monomers*), which may be relatively simple, such as ethene (a unit of polythene), or relatively complex, such as methyl methacrylate (see Perspex). The molecular size of the polymer helps to determine the mechanical properties of the plastic material and ranges from a few hundred of the

basic units to perhaps hundreds of thousands." (*Larousse Dictionary of Science and Technology* at 853 (Peter M. B. Walker ed., 1995). (*Plastics*).)

- Polymer: "[a] substance of high molecular weight, made up of a chain of repeated units sometimes called 'mers.'" (*Stedman's Medical Dictionary* at 1403 (26th ed. 1995).)
- Polymer: "[a] substance having large molecules consisting of repeated units (the monomers)…." (*Concise Science Dictionary* at 574 (3rd ed. 1996).)
- Polymer: "(*Plastics*) A material built up from a series of smaller units (*monomers*)." "Polymers" is defined as "(*Chem*) Long-chain molecules built up by multiple repetition of groups of atoms known as repeat units. See stereoregular polymers and panel on Polymers." (*Chambers Dictionary of Science and Technology* at 893 (Peter M. B. Walker ed., 1999).)
- Polymer: "A substance polymeric with another; any one of a series of polymeric compounds. In modern use, any substance which has a molecular structure built up largely or completely from a number (frequently very large) of similar polyatomic units bonded together." (*Oxford English Dictionary* at 64 (2nd ed. 1989).)
- Polymer: "[o]riginally: a compound whose formula is an exact multiple of that of another compound, being composed of the same elements in the same proportions. Now: a compound with a molecular structure in which a (usually large) number of similar polyatomic units are bonded together; *spec.* any of the mainly synthetic organic compounds of this kind which form plastics, resins, etc. The repeating units often correspond to molecules of a single compound, but polymers may also result from combination of two or more different constituents; in either case, linking of the component units may be accompanied by the elimination of small molecules, so that the formula and molecular weight of the polymer are unlikely to be exact multiples of those of a constituent monomer. In some contexts, the use of the term *polymer* is restricted to cases where the number of units in the molecular structure is large." (*Oxford English Dictionary Online* (2007).)

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

polyisotopic 1759 polypeptide

isoprene occurring naturally in a cis form as the rubber hydrocarbon and in the corresponding trans form as gutta and also produced synthetically in several forms

**poly·isotopic** \"+\ *adj* [*poly-* + *isotopic*] : of, relating to, or consisting of more than one isotope

**poly·kar·yo·cyte** \ˌpälē'karēə,sīt, -lə'k-\ *n* -S [*poly-* + *kary-* + *-cyte*] : OSTEOCLAST — **poly·kar·yo·cyt·ic** \¦‥¦‥¦sid·ik\ *adj*

**poly·karyon** *also* **poly·caryon** \"+\ *n* [NL, fr. *poly-* + *karyon*] : a multinuclear cell or individual

**poly·kary·ot·ic** \+¦karē¦äd·ik\ *adj* [*poly-* + *kary-* + *-otic*] : having many nuclei or cells with many nuclei

**poly·lem·ma** \¦pälē¦lemə, -lə¦-\ *n* -S [*poly-* + *-lemma* (as in *dilemma*)] : an argument analogous to a dilemma in which many (as more than three) alternatives are presented in the major premise

**poly·lingual** \¦pälē, -lə+\ *adj* [*poly-* + *lingual*] : MULTILINGUAL ⟨~ area⟩ ⟨a ~ journal⟩

**poly·literal** \"+\ *adj* [*poly-* + *literal*] **1** : POLYGRAPHIC ⟨~ transposition⟩ **2** : representing each letter by a polygraph ⟨~ substitution⟩

**poly·literally** \"+\ *adv* : in a polyliteral manner : so as to be polyliteral

**poly·lith** \'‥,lith\ *n* -S [*poly-* + *-lith*] : a megalithic structure (as a dolmen or stone circle) made of several or many stones — compare MONOLITH

**poly·lith·ic** \¦‥¦lithik\ *adj* [*poly-* + *-lithic*] : composed of several or many stones or kinds of stone ⟨a ~ deposit⟩

**poly·mas·tia** \‥'mastēə\ *also* **poly·mas·ty** \'‥,‥tē\ *n, pl* **polymastias** *also* **polymasties** [NL, fr. *poly-* + *-mastia*] : the condition of having more than the normal number of breasts — **poly·mas·tic** \¦‥¦‥tik\ *adj*

**poly·mas·ti·da** \‥'mastədə\ *or* **poly·mas·ti·ga** \-tägə\ *or* **poly·mas·ti·go·da** \-mastə'gōdə\ *or* **poly·mas·ti·go·ta** \-ōd·ə\ [NL, irreg. fr. *Polymastig-*, *Polymastix*] *syn of* POLYMASTIGINA

**poly·mas·ti·gi·na** \-mastə'jīnə\ *n pl, cap* [NL, fr. *Polymastig-*, *Polymastix*, genus of flagellates (fr. *poly-* + Gk *mastig-*, *mastix* whip) + *-ina* — more at MASTIC-] : an order of small plastic usu. parasitic flagellates (subclass Zoomastigina) having several flagella and including various medically or economically important forms (as members of the genera *Costia*, *Chilomastix*, *Giardia*, *Hexamita*, and *Trichomonas*) — **poly·mas·ti·gine** \‥'mastə,jīn\ *adj*

¹**poly·mas·ti·gote** \¦‥¦mastə,gōt\ *adj* [alter. of earlier *polymastigate*, fr. *poly-* + *mastig-* + *-ate*] **1** : having many flagella **2** [NL *Polymastigota*] : of or relating to the Polymastigina

²**polymastigote** \"\ *n* -S : a flagellate of the order Polymastigina

¹**poly·math** \'‥,math\ *n* -S [Gk *polymathēs* knowing much, fr. *poly-* + *-mathēs* (fr. *mathein*, *manthanein* to learn) — more at MATHEMATICAL] : one of encyclopedic learning ⟨such a survey requires a heroic ~ —Douglas Bush⟩ ⟨our most ambitious critics are ~s —R.G.Davis⟩ — called also *polyhistor*

²**polymath** \"\ *or* **poly·math·ic** \¦‥¦mathik\ *adj* : learned in many fields — compare ERUDITE ⟨masters of the subtle schools are controversial, *polymath* —T.S.Eliot⟩ ⟨an original, vigorous, *polymathic* mind —B.R.Redman⟩

**po·lym·a·thy** \pə'liməthē\ *n* -ES [Gk *polymathia* much learning, fr. *polymathēs* knowing much + *-ia* -y] : the character or attainments of a polymath : encyclopedic learning ⟨scorn for mere ~ —G.W.Johnson⟩

**poly·melia** \ˌpälē'mēlēə, -lə'm-, -mel-, -lyə\ *also* **po·lym·e·ly** \pə'liməlē; 'pälē,mēlē, -lə,m-, -mel-\ *n, pl* **polymelias** *also* **polymelies** [NL *polymelia*, fr. *poly-* + *-melia*] : the condition of having more than the normal number of limbs

**poly·menorrhea** *also* **poly·menorrhoea** \¦pälē, -lə+\ *n* [NL, fr. *poly-* + *menorrhea*] : menstruation at abnormally frequent intervals — compare MENORRHAGIA

**poly·mer** \'päləmə(r), -lēm-\ *n* -S [ISV, back-formation fr. *polymeric*; prob. orig. formed in G] : a natural or synthetic chemical compound or mixture of compounds formed by polymerization and consisting essentially of repeating structural units; *esp* : HIGH POLYMER — compare COPOLYMER, DIMER, HOMOPOLYMER, ISOMER, MONOMER; MACROMOLECULE, PLASTIC, RESIN 2a, SYNTHETIC FIBER, SYNTHETIC RUBBER

**po·lym·era** \pə'limərə\ *n pl, cap* [NL, fr. *poly-* + *-mera*, neut. pl. of *-merus* -merous] *in some classifications* : a division of invertebrate animals having the body divided into numerous clearly defined segments

**poly·me·ria** \‥'mirēə, -mə'rīə\ *n* -S [NL, fr. Gk *polymereia* condition of having many parts, fr. *polymerēs* having many parts + *-ia* -y] : the condition of having supernumerary parts or accessory organs

**poly·mer·ic** \¦‥¦merik, -rēk\ *adj* [ISV *polymer-* (fr. Gk *polymerēs* having many parts, fr. *poly-* + *meros* part) + *-ic* — more at MERIT] **1** : of, relating to, or consisting of a polymer **2 a** : of, relating to, involving, or being any of a group of nonallelic identical genes that collectively control various quantitative hereditary characters — compare MULTIPLE FACTOR, POLYGENE **b** : composed of several similar parts ⟨~ chromosomes⟩ **3** : consisting of many segments ⟨a ~ annelid worm⟩ — **poly·mer·i·cal·ly** \-rək(ə)lē, -rēk-, -lī\ *adv*

**po·lym·er·ide** \pə'limə,rīd, -,rəd\ *n* -S [ISV *polymeric* + *-ide*] *chiefly Brit* : POLYMER

**po·lym·er·ism** \pə'limə,rizəm; 'päləmə,rizəm, -lēm-\ *n* -S : the quality or state of being polymeric

**po·lym·er·iz·able** \pə'limə,rīzəbəl, ‥‥¦‥; 'päləm-, -lēm-\ *adj* : capable of polymerizing

**po·lym·er·i·zate** \pə'limərə,zāt; ,pälə'merə,zāt, -lē'm-\ *n* -S [ISV, prob. back-formation fr. *polymerization*] : a product of polymerization : POLYMER

**po·lym·er·i·za·tion** \pə,limərə'zāshən, ,päləm-, ,pälēm-, -,rī'z-\ *n* -S [ISV *polymer* + *-ization*] **1 a** : a chemical reaction in which two or more small molecules combine to form larger molecules that contain repeating structural units of the original molecules and that have the same percentage composition as the small molecules if the small ones were all of the same kind : the union of monomers to form polymers — see ADDITION POLYMERIZATION, CONDENSATION POLYMERIZATION, COPOLYMERIZATION; compare POLYCONDENSATION **b** : the state of being polymerized **2** : ASSOCIATION 7 **3** : reduplication of parts in the animal body

**po·lym·er·ize** \pə'limə,rīz, 'päləm-, 'pälēm-\ *vb* -ED/-ING/-S *see -ize in Explan Notes* [*polymer* + *-ize*] *vt* : to combine (small molecules) chemically into larger or esp. very large molecules : subject to polymerization ~ *vi* : to form larger molecules from small molecules : undergo polymerization

**po·lym·er·iz·er** \-zə(r)\ *n* -S : an operator of polymerization equipment

**po·lym·er·ous** \pə'limərəs\ *adj* [*poly-* + *-merous*] **1** : having many parts or members in a whorl **2** [*polymer* + *-ous*] : POLYMERIC 1

**polymer tempera** *n* : an aqueous plastic-based paint used esp. in fine arts

**po·lym·ery** \pə'limərē, 'pälə,merē, 'pälē-\ *n* -ES [ISV, fr. NL *polymeria*] : polymeric condition ⟨doubling of floral organs is a common manifestation of ~⟩

**poly·me·ter** \'pälē,mēd·ə(r), -lə,m-; pə'limədə-\ *n* [ISV *poly-* + *-meter*] : any of various measuring instruments capable of indicating two or more quantities

**poly·methine** \¦pälē, -lə+\ *adj* [*poly-* + *methine*] : consisting of or containing a series of methylidyne groups ⟨~ chain⟩

**polymethine dye** *n* : any of a class of dyes (as cyanines or merocyanines) characterized by a resonance structure containing a conjugated chain of carbon atoms that is at least in part an open chain [as in $-CH(=CH-CH)_n=$] attached to two polar atoms (as two amino nitrogen atoms either one of which is considered to be positively charged) — see DYE table I

**poly·methylene** \"+\ *n* [ISV *poly-* + *methylene*] **1** : a hydrocarbon constituted of methylene groups: as **a** : CYCLOPARAFFIN **b** : a polymer of high molecular weight that resembles polyethylene except for its entirely linear and unbranched structure and that is usu. made from diazomethane by loss of nitrogen **2** : a bivalent radical $-(CH_2)_n-$ containing a series of methylene groups ⟨~ halides⟩

**poly·methyl methacrylate** \"+…\ *n* [*polymethyl* fr. *poly-* + *methyl*] : a polymer of methyl methacrylate : METHYL METHACRYLATE 2

**poly·metric** \"+\ *adj* [*poly-* + *metric*] : relating to, exhibiting, involving, or employing a variety of meters

**po·lym·e·try** \pə'limə·trē\ *n* -ES [*polymetric* + *-y*] : the combination of different prosodic meters; *esp* : the use of different meters in different lines of the same poem or the same stanza

**poly·microbic** *or* **poly·microbial** \¦pälē, -lə+\ *adj* [*poly-* + *microbic* or *microbial*] : of, relating to, or caused by several types of microorganisms

**poly·mig·nyte** *or* **poly·mig·nite** \ˌpälē'mig,nīt, -lām-\ *n* -S [Sw *polymignit*, fr. *poly-* + *mign-* (fr. Gk *mignynai* to mix) + *-it* -ite — more at MIX] : a mineral (Ca,Fe,Y,etc.,Zr,Th)(Cb,Ti,Ta)$O_4$ consisting of a niobate and titanate of the metals of the cerium group with iron and calcium

**poly·mix·ia** \-'miksēə\ *n, cap* [NL, fr. Gk, mixture of many components, fr. *poly-* + *mixis* act of mixing (fr. *mignynai* to mix) + *-ia* -y] : a genus of small deep-sea berycoid fishes coextensive with the family Polymixiidae and resembling the squirrelfishes but having smooth scales and a pair of barbels on the chin — **poly·mix·i·id** \¦‥¦‥sēəd\ *n or adj*

**po·lym·nia** \pə'limnēə\ *n, cap* [NL, prob. fr. L *Polymnia*, *Polyhymnia*, one of the Greek muses, fr. Gk] : a small genus of American and chiefly tropical herbs (family Compositae) having large lobed leaves and corymbose heads of discoid and radiate yellow or white flowers — see LEAFCUP

**pol·ym·nite** \'päləm,nīt, pə'lim-\ *n* -S [Gk *polymnios* full of moss (fr. *poly-* + *mnion* moss, seaweed) + E *-ite* — more at MNIUM] : a stone marked with dendrites and black lines so disposed as to suggest rivers and marshes

**poly·molecular** \¦pälē, -lə+\ *adj* [*poly-* + *molecular*] **1** : consisting of many molecules esp. of different sizes ⟨high polymers are, in general, ~ —A.M.Sookne & Milton Harris⟩ **2** : having a thickness of several molecules ⟨~ layers⟩ — compare MULTILAYER — **poly·molecularity** \"+\ *n*

**poly·molybdate** \"+\ *n* [*poly-* + *molybdate*] : any of various complex salts (as ammonium molybdate) regarded as derived from isopoly acids of molybdenum

¹**poly·morph** \'pälē,mörf, -lə,m-\ *n* -S [ISV, fr. *polymorphous*] **1** : a polymorphous organism; *also* : one of the several forms of such an organism **2** : any of the crystalline forms of a polymorphous substance **3** : a polymorphonuclear leukocyte

²**polymorph** \"\ *adj* : POLYMORPHIC

**poly·mor·pha** \ˌ‥'mörfə\ *n pl, cap* [NL, *poly-* + *-morpha*] *in some esp former classifications* : a suborder or other group of beetles including the Clavicornia and Serricornia

**poly·mor·phe·an** \¦‥¦mörfēən, ¦‥‥¦‥\ *adj* [Gk *polymorphos* multiform + E *-an*] *archaic* : POLYMORPHIC

**poly·mor·phic** \¦‥¦mörfik\ *adj* [Gk *polymorphos* multiform + E *-ic*] **1** : POLYMORPHOUS b **2** : having or occurring in several distinct forms : exhibiting polymorphism ⟨a ~ species⟩ ⟨man is both ~ and polytypic —*New Biology*⟩ — **poly·mor·phi·cal·ly** \-fək(ə)lē\ *adv*

**poly·mor·phism** \'‥,mör,fizəm, ‥'‥‥\ *n* -S [ISV *polymorphous* + *-ism*] : the quality or state of being polymorphous: as **a** (1) : capability of assuming different forms : capability of wide variation (2) : existence of a species in several forms independent of the variations of sex (as in various butterflies whose broods, appearing at different seasons, differ in size or color, or both, or in ants and termites, in which different castes exist) — compare DIMORPHISM, HETEROMORPHISM **b** : the property of crystallizing in two or more forms with distinct structures — compare ALLOTROPY

¹**poly·mor·pho·nuclear** \¦pälē¦mörfə, -lə¦m- +\ *adj* [*polymorphous* + *nuclear*] **1** *of a leukocyte* : having the nucleus complexly lobed **2** : being a neutrophil or other leukocyte of typical mature form with distinctly lobed nucleus

²**polymorphonuclear** \"\ *n* -S : a polymorphonuclear leukocyte

**poly·mor·pho·nucleate** \¦pälē¦mörfə, -lə¦m-+\ *adj* [¹*polymorphonuclear* + *-ate*] : POLYMORPHONUCLEAR

**poly·mor·phous** \¦pälē¦mörfəs, -lə¦m-\ *adj* [Gk *polymorphos* multiform fr. *poly-* + *-morphos* -morphous] : having or assuming various forms, characters, styles, or functions ⟨a ~ god⟩: as **a** : POLYMORPHIC 2 **b** : crystallizing with two or more different structures — **poly·mor·phous·ly** *adv* — **poly·mor·phous·ness** *n* -ES

**polymorphous-perverse** \¦‥¦‥‥, ¦‥¦‥¦‥\ *adj* : relating to or exhibiting infantile sexual tendencies in which the genitals are not yet identified as the sole or principal sexual organs nor coitus as the goal of erotic activity and which are a basis for pregenital libidinal fixation

**poly·mor·phy** \'pälē,mörfē, -lə,m-\ *n* -ES [ISV *polymorph* + *-y*] : POLYMORPHISM

**poly·my·ar·i·an** \¦‥,mī¦a(a)rēən\ *also* **poly·my·ar·i·al** \-ēəl\ *adj* [*poly-* + *-myaria* + *-an* or *-al*] : having many cells in each quadrant of a cross-section — used of the arrangement of muscle cells in a nematode worm

**poly·my·ar·i·ty** \‥,mī'arəd·ē\ *n* -ES [*polymyarian* + *-ity*] : the condition of being polymyarian

**poly·my·odi** \ˌpälē,mī'ō,dī, -lə,m-\ *n pl, cap* [NL, fr. *poly-* + *-myodi* (fr. Gk *myōdēs* muscular, fr. *mys* mouse, muscle) — more at MOUSE] *in former classifications* : a group of birds nearly equivalent to Passeres — **poly·my·odi·an** \¦‥,‥¦ōdēən\ *or* **poly·my·odous** \-dəs\ *adj*

**poly·my·oid** \¦‥¦mī,ȯid\ *adj* [*poly-* + *my-* + *-oid*] **1** : having many syringeal muscles **2** [NL *Polymyodi* + E *-oid*] : POLYMYODIAN

**poly·myositis** \¦pälē, -lə+\ *n* [NL, fr. *poly-* + *myositis*] : inflammation of several muscles at once

**po·lym·y·thy** \pə'liməthē; 'pälē,mithē, -lə,m-\ *n* -ES [NL *polymythia*, fr. Gk *polymythos* with many legends (fr. *poly-* + *mythos* myth) + NL *-ia* -y — more at MYTH] : the inclusion of many or several stories or plots in one narrative or dramatic work

**poly·myx·in** \ˌpälē'miksən, -lə,m-\ *n* -S [ISV, fr. NL *polymyxa* (specific epithet of *Bacillus polymyxa* — fr. *poly-* + *-myxa* —) + ISV *-in*] : any of several basic polypeptide toxic antibiotics that are obtained from strains of a soil bacterium (*Bacillus polymyxa*) and are active against gram-negative bacteria: as **a** *or* **polymyxin A** : one of three nephrotoxic antibiotics **b** *or* **polymyxin B** : the least toxic of the polymyxins used in the form of its sulfate chiefly in the treatment of some localized, gastrointestinal, or systemic infections

**pol·y·nee** \¦‥¦nā\ *n* -S [Sw] : a tart made of rich cookie dough, filled with meringue to which ground almonds have been added, and topped with a cross made of two strips of the cookie dough

**poly·nemid** \ˌpälē'nēməd, -nem-\ *n* -S [NL *Polynemidae*] : a fish of the family Polynemidae

**poly·nem·i·dae** \-nemə,dē\ *n pl, cap* [NL, fr. *Polynemus*, type genus + *-idae*] : a family (usu. coextensive with a suborder Polynemoidea of Percomorphi) of fishes that resemble mullets but have the pectoral fin divided into two parts of which the upper is much like an ordinary fin and the lower is composed of several separate slender threadlike rays and abound on the sandy shores of warm seas, many of them being valued for food and some yielding isinglass

¹**poly·ne·moid** \¦‥¦nē,mȯid\ *adj* [NL *Polynemus* + E *-oid*] : resembling or related to the Polynemidae

²**polynemoid** \"\ *n* -S : a polynemoid fish

**poly·ne·moi·dea** \ˌ‥ nə'mȯidēə\ *n pl, cap* [NL, fr. *Polynemus* + *-oidea*] : a suborder of Percomorphi coextensive with the family Polynemidae

**poly·ne·mus** \ˌpälē'nēməs, -lə'n-\ *n, cap* [NL, fr. *poly-* + Gk *nēma* thread — more at NEEDLE] : a genus (the type of the family Polynemidae) of fishes resembling mullets

**poly·neph·ric** \¦‥¦nefrik\ *adj* [*poly-* + *-nephric*] *of an insect* : having many Malpighian tubules

¹**poly·ne·sian** \¦pälə¦nēzhən, -ēsh-\ *adj, usu cap* [*Polynesia*, islands of the central Pacific ocean + E *-an*] **1 a** : of, relating to, or characteristic of Polynesia **b** : of, relating to, or characteristic of the Polynesians **2** : of, relating to, or characteristic of the Polynesian languages **3** : of, relating to, or being a biogeographic region or subregion of the Australian region that includes the smaller tropical Pacific islands

²**polynesian** \"\ *n* -S *cap* [*Polynesia* + E *-an*] **1** : a member of any of the native peoples of Polynesia usu. classified as being a composite chiefly of the white, Mongoloid, and Melanesian races and described as having black wavy hair, black eyes, medium breadth of nose, medium prognathism, brown skin, tall stature, and large-boned build **2** : a group of Austronesian languages spoken largely in Polynesia

**polynesian chestnut** *n, usu cap P* **1** : a Polynesian tree (*Inocarpus edulis*) of the family Leguminosae **2** : the edible kidney-shaped seed of the Polynesian chestnut

**poly·neuritic** \¦pälē, -lə+\ *adj* [NL *polyneuritis* + E *-ic*] : of, relating to, or marked by polyneuritis

**poly·neuritis** \"+\ *n* [NL, fr. *poly-* + *neuritis*] : neuritis of several peripheral nerves at the same time caused by alcoholism, metallic and other poisons, infectious disease, or vitamin deficiency (as of thiamine)

**poly·neuropathy** \"+\ *n* [*poly-* + *neuropathy*] : a disease of nerves; *esp* : a noninflammatory degenerative disease of nerves usu. caused by toxins (as of lead, alcohol)

¹**poly·noid** \¦pälə,nȯid, pə'linəwȯd\ *adj* [NL *Polinoidae*] : of or relating to the Polynoidae

²**polynoid** \"\ *n* -S : a worm of the family Polynoidae : SCALE WORM

**pol·y·noi·dae** \ˌpälə'nōi(,)dē, pə,linə'wī(,)dē\ *n pl, cap* [NL, fr. *Polynoe*, type genus (fr. Gk *Polynoē*, a sea nymph) + *-idae*] : a family of marine polychaete worms having the back covered with two rows of scales

¹**poly·no·mi·al** \¦pälē¦nōmēəl, -lə¦n-\ *n* -S [*poly-* + *-nomial* (as in *binomial*)] **1 a** : a mathematical expression of two or more terms **b** : an algebraic function of one or more variables consisting of the sum of terms whose factors are constants or positive integral or zero powers of the variables — called also *integral rational function* **2** : a technical name of a plant or animal consisting of a descriptive phrase of more than three words

²**polynomial** \"\ *adj* **1** : having the character of a polynomial **2** : consisting of many names or terms

**poly·nuclear** \¦pälē, -lə+\ *adj* [ISV *poly-* + *nuclear*] : containing more than one nucleus: **a** : POLYCYCLIC a **b** : containing more than one central atom or ion — used of coordination complexes **c** : POLYMORPHONUCLEAR

**poly·nu·cle·o·sis** \‥,n(y)üklē'ōsəs\ *n, pl* **polynucleoses** \-ō,sēz\ [NL, fr. ISV *polynucle-* (in *polynuclear*) + NL *-osis*] : the presence of an excess of polymorphonuclear leucocytes (as in the circulating blood)

**poly·nucleotide** \¦pälē, -lə+\ *n* [ISV *poly-* + *nucleotide*] : a nucleotide (as of a nucleic acid) consisting of many mononucleotides in combination

**po·lyn·ya** *also* **po·lyn·ia** \¦pälən¦yä\ *n* -S [Russ *polyn'ya*, fr. *pol'y* open, hollow; akin to OSlav *polje* field — more at FLOOR] : an area of open water in sea ice — distinguished from *lead*

**poly·odon** \'pälēə,dän\ *n, cap* [NL, fr. *poly-* + *-odon*] : a genus (the type of the family Polyodontidae) of fishes containing the paddlefish — **poly·odont** \-nt\ *or* **poly·odon·toid** \‥'dän,tȯid\ *adj or n*

**poly·odon·tia** \¦pälēō'dänch(ē)ə\ *n* -S [NL, fr. *poly-* + *-odontia*] : the presence of more than the normal number of teeth

**poly·odon·ti·dae** \-nə,dē\ *n pl, cap* [NL, fr. *Polyodont-*, *Polyodon*, type genus + *-idae*] : a family of fishes (order Chondrostei) comprising the genera *Polyodon* and *Psephurus*

**polyoestrous** *var of* POLYESTROUS

**poly·oi·cism** \ˌpälē'ȯi,sizəm, -ōi,ki-\ *n* -S [ISV *polyoicous* + *-ism*] : the condition of being polyoicous

**poly·oi·cous** \¦‥¦ȯikəs\ *or* **poly·oe·cious** \¦‥¦ēshəs\ *also* **poly·ecious** \‥¦ēshəs\ *adj* [*poly-* + Gk *oikia* house + E *-ous* — more at VICINITY] : having the archegonia and antheridia sometimes on the same plant and sometimes on different plants ⟨~ mosses⟩ ⟨~ liverworts⟩ — compare HETEROICOUS, PAROICOUS — **poly·oi·cous·ly** *or* **poly·oe·cious·ly** *adv* — **poly·oi·cous·ness** *or* **poly·oe·cious·ness** *n* -ES

**poly·oi·cy** \'‥,ȯisē, -ōikē\ *n* -ES [ISV *polyoicous* + *-y*] : POLYOICISM

**poly·ol** \'‥,ȯl, -ōl\ *n* -S [ISV *poly-* + *-ol*] : a compound (as sorbitol or pentaerythritol) containing usu. several alcoholic hydroxyl groups : a polyhydric alcohol

**poly·olefin** \¦pälē+\ *n* [*poly-* + *olefin*] **1** : an olefin containing many double bonds **2** : a polymer of olefin (as polyethylene)

**poly·on·y·mous** \¦pälē¦änəməs\ *adj* [Gk *polyōnymos*, fr. *poly-* + *-ōnymos* (fr. *onoma* name) — more at NAME] : having many names : known by various names

**poly·on·y·my** \‥'änəmē\ *n* -ES [Gk *polyōnymia*, fr. *poly-* + *-ōnymia* (fr. *onoma* name + *-ia* -y)] : plurality of names : the use of various names for one thing

**poly·opia** \ˌpälē'ōpēə\ *n* -S [NL, fr. *poly-* + *-opia*] : perception of more than one image of a single object esp. with one eye : multiple vision : DIPLOPIA — **poly·opic** \‥'äpik\ *adj*

**poly·or·chi·dism** \‥'ȯ(r)kə,dizəm\ *n* -S [ISV *poly-* + *-orchidism*] : a condition of having more than two testes

**poly·organic** \¦pälē+\ *adj* [*poly-* + *organic*] : having many organs

**poly·os·tot·ic** \¦pälē,ä¦städ·ik\ *adj* [ISV *poly-* + *-ost* + *-otic*] : involving or relating to many bones

**poly·ovular** \¦pälē+\ *adj* [*poly-* + *ovular*] : of, relating to, producing, or containing more than one ovum ⟨~ cycle⟩ ⟨~ follicle⟩

**poly·ovulation** \"+\ *n* [*poly-* + *ovulation*] : the production of several to many ova at a single ovulation ⟨~ appears to be a primitive mammalian characteristic⟩

**poly·oxy·ethylene glycol** \¦pälē,äksē +…\ *n* [*polyoxyethylene* fr. *poly-* + *oxy-* + *ethylene*] : POLYETHYLENE GLYCOL

**poly·oxymethylene** \¦pälē+\ *n* [*poly-* + *oxy-* + *methylene*] : a polymer or hydrated polymer of formaldehyde; *esp* : PARAFORMALDEHYDE

**polyoxymethylene glycol** *n* : a linear hydrated polymer $HO(CH_2O)_nH$ of formaldehyde — see PARAFORMALDEHYDE

**pol·yp** \'päləp\ *n* -S [MF *polype* octopus, nasal tumor, fr. L *polypus*, fr. Gk *polypous*, lit., many-footed, fr. *poly-* + *pous* foot — more at FOOT] **1 a** *also* **pol·ype** \"\ *archaic* : an animal (as an octopus, cuttlefish, or squid) having numerous feet or tentacles **b** : a typical coelenterate individual with a hollow tubular body having outer ectoderm separated from inner endoderm by mesogloea, terminating anteriorly in a central mouth surrounded by tentacles, and being posteriorly closed and attached to the substrate (as in *Hydra*) or more or less directly continuous with other individuals of a compound animal (as in *Obelia* or most corals) : ZOOID **2** [so called fr. the ramifications resembling the tentacles of an octopus] **a** : a projecting mass of swollen and hypertrophied mucous membrane (as in the nasal cavity) caused by chronic inflammation **b** : a pedunculated tumor (as of the lower intestine) that often undergoes malignant change

**poly·parasitism** \¦pälē, -lə+\ *n* [*poly-* + *parasitism*] : HYPERPARASITISM 2

**pol·yp·ar·i·an** \¦pälə¦pa(a)rēən\ *adj* [*polypary* + *-an*] : of or relating to a polypary

**pol·yp·ar·i·um** \‥'pa(a)rēəm\ *n, pl* **polypar·ia** \-ēə\ [NL, fr. ISV *polypary*] : POLYPARY

**po·lyp·a·rous** \pə'lipərəs\ *adj* [*poly-* + *-parous*] : POLYTOCOUS

**pol·yp·ary** \'pälə,perē\ *n* -ES [*polyp* + *-ary*] : the common investing structure or tissue in which the polyps of corals and other compound forms are embedded

**pol·yp·ean** \‥'pēən\ *adj* [*polyp* + *-an*] : relating to or like a polyp

**pol·yp·ec·to·my** \‥'pektəmē\ *n* -ES [*polyp* + *-ectomy*] : the surgical excision of a polyp

¹**poly·ped** \'pälē,ped, -lə,p-\ *n* -S [*poly-* + *-ped*] : a polyped animal

²**polyped** \"\ *adj* : having many feet

**poly·pe·da·tes** \‥pə'dād·(,)ēz\ *n, cap* [NL, prob. irreg. fr. *poly-* + Gk *pēdētēs* leaper, dancer, fr. *pēdan* to leap, jump; akin to L *ped-*, *pes* foot — more at FOOT] : a genus (the type of the family Polypedatidae) of Old World tree frogs related to the Ranidae but distinguished by cylindrical transverse sacral processes

¹**poly·pe·da·tid** \¦‥¦dad·əd, -'dad-əd\ *adj* [NL *Polypedatidae*] : of or relating to the Polypedatidae

²**polypedatid** \"\ *n* -S : a tree frog of the family Polypedatid

**poly·pe·dat·i·dae** \‥'dad·ə,dē\ *n pl, cap* [NL, fr. *Polypedates*, type genus + *-idae*] : a family of Old World tree frogs (suborder Diplasiocoela)

**poly·peptide** \¦pälē, -lə+\ *n* [ISV *poly-* + *peptide*; prob. orig.

A5

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.



A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1

1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20 93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

484950QPH9796

...ryon *also* **poly·caryon** \"+\ *n* [NL, fr. *poly-* + ...karyon] : a multinuclear cell or individual

**poly·kary·ot·ic** \"+,kar͟ē,ād-ik\ *adj* [*poly-* + *kary-* + *-otic*] : having many nuclei or cells with many nuclei

**poly·lem·ma** \,pälē'lemə, -lə'-\ *n* -s [*poly-* + *-lemma* (as in *dilemma*)] : an argument analogous to a dilemma in which many (as more than three) alternatives are presented in the major premise

**poly·lingual** \,pälē, -lə+\ *adj* [*poly-* + *lingual*] : MULTILINGUAL ⟨~ area⟩ ⟨a ~ journal⟩

**poly·literal** \"+\ *adj* [*poly-* + *literal*] 1 : POLYGRAPHIC (substitution) 2 : representing each letter by a polygraph (transposition)

**poly·literally** \"+\ *adv* : in a polyliteral manner : so as to be polyliteral

**poly·lith** \'--,lith\ *n* -s [*poly-* + *-lith*] : a megalithic structure (as a dolmen or stone circle) made of several or many stones — compare MONOLITH

**poly·lith·ic** \'--'lithik\ *adj* [*poly-* + *-lithic*] : composed of several or many stones or kinds of stone ⟨a ~ deposit⟩

**poly·mas·tia** \,--'mastēə\ *also* **poly·mas·ty** \'--,mastē\ *n*, *pl* **polymastias** *also* **polymasties** [NL, fr. *poly-* + *-mastia*] : the condition of having more than the normal number of breasts — **poly·mas·tic** \'--'tik\ *adj*

**poly·mas·ti·ga** \-tәgә\ *or* **poly·mas·ti·go·da** \-,mastә'gōdә\ *or* **poly·mas·ti·go·ta** \-ōd·ә\ [NL, irreg. fr. *Polymastig-*, *Polymastix*] *syn of* POLYMASTIGINA

**poly·mas·ti·gi·na** \-,mastә'jīnә\ *n pl*, *cap* [NL, fr. *Polymastig-*, *Polymastix*, genus of flagellates (fr. *poly-* + Gk *mastig-*, *mastix* whip) + *-ina* — more at MASTIC] : an order of small plastic usu. parasitic flagellates (subclass Zoomastigina) having several flagella and including various medically or economically important forms (as members of the genera *Costia*, *Chilomastix*, *Giardia*, *Hexamita*, and *Trichomonas*) — **poly·mas·ti·gine** \'--'mastә,jīn\ *adj*

**1poly·mas·ti·gote** \'--'mastә,gōt\ *adj* [alter. of earlier *polymastigate*, fr. *poly-* + *mastig-* + *-ate*] 1 : having many flagella 2 [NL *Polymastigota*] : of or relating to the Polymastigina

**2polymastigote** \"\ *n* -s : a flagellate of the order Polymastigina

**1poly·math** \'--,math\ *n* -s [Gk *polymathēs* knowing much, fr. *poly-* + *-mathēs* (fr. *mathein*, *manthanein* to learn) — more at MATHEMATICAL] : one of encyclopedic learning ⟨such a survey requires a heroic ~ —Douglas Bush⟩ ⟨our most ambitious critics are ~s —R.G.Davis⟩ — called also *polyhistor*

**2polymath** \"\ *or* **poly·math·ic** \'--'mathik\ *adj* : learned in many fields — compare ERUDITE ⟨masters of the subtle schools are controversial, *polymath* —T.S.Eliot⟩ ⟨an original, vigorous, *polymathic* mind —B.R.Redman⟩

**po·lym·a·thy** \pә'limәthē\ *n* -ES [Gk *polymathia* much learning, fr. *polymathēs* knowing much + *-ia* -y] : the character or attainments of a polymath : encyclopedic learning ⟨scorn for mere ~ —G.W.Johnson⟩

**poly·melia** \,pälē'mēlēә, -lә'm-, -mel-, -lyә\ *also* **po·lym·e·ly** \pә'liməlē; 'pälē,mēlē, -ələ,m-, -mel-\ *n*, *pl* **polymelias** *also* **polymelies** [NL *polymelia*, fr. *poly-* + *-melia*] : the condition of having more than the normal number of limbs

**poly·menorrhea** *also* **poly·menorrhoea** \,pälē, -lә+\ *n* [NL, fr. *poly-* + *menorrhea*] : menstruation at abnormally frequent intervals — compare MENORRHAGIA

**poly·mer** \'pälәmә(r), -lēm-\ *n* -s [ISV, back-formation fr. *polymeric*; prob. orig. formed in G] : a natural or synthetic chemical compound or mixture of compounds formed by polymerization and consisting essentially of repeating structural units; *esp* : HIGH POLYMER — compare COPOLYMER, DIMER, HOMOPOLYMER, ISOMER, MONOMER; MACROMOLECULE, PLASTIC, RESIN 2a, SYNTHETIC FIBER, SYNTHETIC RUBBER

**po·lym·era** \pә'limәrә\ *n pl*, *cap* [NL, fr. *poly-* + *-mera*, neut. pl. of *-merus* -merous] *in some classifications* : a division of invertebrate animals having the body divided into numerous clearly defined segments

**poly·me·ria** \,--'mirēә, -,mә'rīә\ *n* -s [NL, fr. Gk *polymereia* condition of having many parts, fr. *polymerēs* having many parts + *-ia* -y] : the condition of having supernumerary parts or accessory organs

**poly·mer·ic** \'--'merik, -rēk\ *adj* [ISV *polymer-* (fr. Gk *polymerēs* having many parts, fr. *poly-* + *meros* part) + *-ic* — more at MERIT] 1 : of, relating to, or consisting of a polymer 2 a : of, relating to, involving, or being any of a group of nonallelic identical genes that collectively control various quantitative hereditary characters — compare MULTIPLE FACTOR, POLYGENE b : composed of several similar parts ⟨~ chromosomes⟩ 3 : consisting of many segments ⟨a ~ annelid worm⟩ — **poly·mer·i·cal·ly** \-rәk(ә)lē, -rēk-, -li\ *adv*

**po·lym·er·ide** \pә'limә,rīd, -,rәd\ *n* -s [ISV *polymeric* + *-ide*] *chiefly Brit* : POLYMER

**po·lym·er·ism** \pә'limә,rizәm, 'pälәmә,rizәm, -lēm-\ *n* -s : the quality or state of being polymeric

**po·lym·er·iz·able** \pә'limә,rīzәbәl, ,--'---; 'pälәm-, -lēm-, ,---'---\ *adj* : capable of polymerizing

**po·lym·er·i·zate** \pә'limәrә,zāt; ,pälә'merә,zāt, -lē'm-\ *n* -s [ISV, prob. back-formation fr. *polymerization*] : a product of polymerization : POLYMER

**po·lym·er·i·za·tion** \pә,limәrә'zāshәn, ,pälәm-, ,pälēm-, -,rī'z-\ *n* -s [ISV *polymer* + *-ization*] 1 a : a chemical reaction in which two or more small molecules combine to form larger molecules that contain repeating structural units of the original molecules and that have the same percentage composition as the small molecules if the small ones were all of the same kind : the union of monomers to form polymers — see ADDITION POLYMERIZATION, CONDENSATION POLYMERIZATION, COPOLYMERIZATION; compare POLYCONDENSATION b : the state of being polymerized 2 : ASSOCIATION 7 3 : reduplication of parts in the animal body

**po·lym·er·ize** \pә'limә,rīz, 'pälәm-, 'pälēm-\ *vb* -ED/-ING/-S *see -ize in Explan Notes* [*polymer* + *-ize*] *vt* : to combine (small molecules) chemically into larger or esp. very large molecules : subject to polymerization ~ *vi* : to form larger molecules from small molecules : undergo polymerization

**po·lym·er·iz·er** \-zә(r)\ *n* -s : an operator of polymerization equipment

**po·lym·er·ous** \pә'limәrәs\ *adj* [*poly-* + *-merous*] 1 : having many parts or members in a whorl 2 [*polymer* + *-ous*] : POLYMERIC 1

**polymer tempera** *n* : an aqueous plastic-based paint used esp. in fine arts

**po·lym·ery** \pә'limәrē, 'pälә,merē, 'pälē,-\ *n* -ES [ISV, fr. NL *polymeria*] : polymeric condition ⟨doubling of floral organs is a common manifestation of ~⟩

**poly·me·ter** \'pälē,med·ә(r), -lә,m-; pә'limәd-\ *n* [ISV *poly-* + *-meter*] : any of various measuring instruments capable of indicating two or more quantities

**poly·methine** \,pälē, -lә+\ *adj* [*poly-* + *methine*] : consisting of or containing a series of methylidyne groups ⟨~ chain⟩

**polymethine dye** *n* : any of a class of dyes (as cyanines or merocyanines) characterized by a resonance structure containing a conjugated chain of carbon atoms that is at least in part an open chain (as in $-CH(=CH-CH)_n=$) attached to two polar atoms (as two amino nitrogen atoms either one of which is considered to be positively charged) — see DYE table I

**poly·methylene** \"+\ *n* [ISV *poly-* + *methylene*] 1 : a hydrocarbon constituted of methylene groups as a : CYCLOPARAFFIN b : a polymer of high molecular weight that resembles polyethylene except for its entirely linear and unbranched structure and that is usu. made from diazomethane by loss of nitrogen 2 : a bivalent radical $-(CH_2)_n-$ consisting of a series of methylene groups ⟨~ halides⟩

**poly·methyl methacrylate** \"+...\ *n* [*polymethyl* fr. *poly-* + *methyl*] : a polymer of methyl methacrylate : METHYL METHACRYLATE 2

types of microorganisms

**poly·mig·nyte** *or* **poly·mig·nite** \,pälē'mig,nīt, -lәm-\ *n* -s [Sw *polymignit*, fr. *poly-* + *mign-* (fr. Gk *mignynai* to mix) + *-it* -ite — more at MIX] : a mineral (Ca,Fe,Y,etc.,Zr,Th)(Cb,Ti,Ta)$O_4$ consisting of a niobate and titanate of the metals of the cerium group with iron and calcium

**poly·mix·ia** \-'miksēә\ *n*, *cap* [NL, fr. Gk, mixture of many components, fr. *poly-* + *mixis* act of mixing (fr. *mignynai* to mix) + *-ia* -y] : a genus of small deep-sea berycoid fishes coextensive with the family Polymixiidae and resembling the squirrelfishes but having smooth scales and a pair of barbels on the chin — **poly·mix·i·id** \'--'miksēәd\ *n or adj*

**po·lym·nia** \pә'limnēә\ *n*, *cap* [NL, prob. fr. L *Polymnia*, *Polyhymnia*, one of the Greek muses, fr. Gk] : a small genus of American and chiefly tropical herbs (family Compositae) having large lobed leaves and corymbose heads of discoid and radiate yellow or white flowers — see LEAFCUP

**pol·ym·nite** \'pälәm,nīt, pә'lim-\ *n* -s [Gk *polymnitos* full of moss (fr. *poly-* + *mnion* moss, seaweed) + E *-ite* — more at MNIUM] : a stone marked with dendrites and black lines so disposed as to suggest rivers and marshes

**poly·molecular** \,pälē, -lә+\ *adj* [*poly-* + *molecular*] 1 : consisting of many molecules esp. of different sizes ⟨high polymers are, in general, ~ —A.M.Sookne & Milton Harris⟩ 2 : having a thickness of several molecules ⟨~ layers⟩ — compare MULTILAYER — **poly·molecularity** \"+\ *n*

**poly·molybdate** \"+\ *n* [*poly-* + *molybdate*] : any of various complex salts (as ammonium molybdate) regarded as derived from isopoly acids of molybdenum

**1poly·morph** \'pälē,mórf, -lә,m-\ *n* -s [ISV, fr. *polymorphous*] 1 : a polymorphous organism; *also* : one of the several forms of such an organism 2 : any of the crystalline forms of a polymorphous substance 3 : a polymorphonuclear leukocyte

**2polymorph** \"\ *adj* : POLYMORPHIC

**poly·mor·pha** \,--'mórfә\ *n pl*, *cap* [NL, *poly-* + *-morpha*] *in some esp former classifications* : a suborder or other group of beetles including the Clavicornia and Serricornia

**poly·mor·phe·an** \'--'mórfēәn, ;--,--'--\ *adj* [Gk *polymorphos* multiform + E *-an*] *archaic* : POLYMORPHIC

**poly·mor·phic** \'--'mórfik\ *adj* [Gk *polymorphos* multiform + E *-ic*] 1 : POLYMORPHOUS b 2 : having or occurring in several distinct forms : exhibiting polymorphism ⟨a ~ species⟩ ⟨man is both ~ and polytypic —*New Biology*⟩ — **poly·mor·phi·cal·ly** \-fәk(ә)lē\ *adv*

**poly·mor·phism** \'--,mór,fizәm, ,--'--\ *n* -s [ISV *polymorphous* + *-ism*] : the quality or state of being polymorphous: as a (1) : capability of assuming different forms : capability of wide variation (2) : existence of a species in several forms independent of the variations of sex (as in various butterflies whose broods, appearing at different seasons, differ in size or color, or both, or in ants and termites, in which different castes exist) — compare DIMORPHISM, HETEROMORPHISM b : the property of crystallizing in two or more forms with distinct structures — compare ALLOTROPY

**1poly·mor·pho·nuclear** \;pälē;mórfō, -lә;m- +\ *adj* [*polymorphous* + *nuclear*] 1 *of a leukocyte* : having the nucleus complexly lobed 2 : being a neutrophil or other leukocyte of typical mature form with distinctly lobed nucleus

**2polymorphonuclear** \"\ *n* -s : a polymorphonuclear leukocyte

**poly·mor·pho·nucleate** \;pälē;mórfō, -lә;m-+\ *adj* [*polymorphonuclear* + *-ate*] : POLYMORPHONUCLEAR

**poly·mor·phous** \;pälē;mórfәs, -lә;m-\ *adj* [Gk *polymorphos* multiform fr. *poly-* + *-morphos* -morphous] : having or assuming various forms, characters, styles, or functions ⟨a ~ god⟩ : as a : POLYMORPHIC 2 b : crystallizing with two or more different structures — **poly·mor·phous·ly** *adv* — **poly·mor·phous·ness** *n* -ES

**polymorphous–perverse** \;--;--;--, ;--;--;--\ *adj* : relating to or exhibiting infantile sexual tendencies in which the genitals are not yet identified as the sole or principal sexual organs nor coitus as the goal of erotic activity and which are a basis for pregenital libidinal fixation

**poly·mor·phy** \'pälē,mórfē, -lә,m-\ *n* -ES [ISV *polymorph* + *-y*] : POLYMORPHISM

**poly·my·ar·i·an** \;--,mī'a(a)rēәn\ *also* **poly·my·ar·i·al** \-ēәl\ *adj* [*poly-* + *-myaria* + *-an* or *-al*] : having many cells in each quadrant of a cross-section — used of the arrangement of muscle cells in a nematode worm

**poly·my·ar·i·ty** \,--mī'arәd·ē\ *n* -ES [*polymyarian* + *-ity*] : the condition of being polymyarian

**poly·my·odi** \,pälē,mī'ō,dī, -lә,m-\ *n pl*, *cap* [NL, fr. *poly-* + *-myodi* (fr. Gk *myōdēs* muscular, fr. *mys* mouse, muscle) — more at MOUSE] *in former classifications* : a group of birds nearly equivalent to Passeres — **poly·my·odi·an** \;--,--'ōdēәn\ *or* **poly·my·odous** \-dәs\ *adj*

**poly·my·oid** \;--'mī,ȯid\ *adj* [*poly-* + *my-* + *-oid*] 1 : having many syringeal muscles 2 [NL *Polymyodi* + E *-oid*] : POLYMYODIAN

**poly·myositis** \;pälē, -lә+\ *n* [NL, fr. *poly-* + *myositis*] : inflammation of several muscles at once

**po·lym·y·thy** \pә'limәthē; 'pälē,mithē, -lә,m-\ *n* -ES [NL *polymythia*, fr. Gk *polymythos* with many legends (fr. *poly-* + *mythos* myth) + NL *-ia* -y — more at MYTH] : the inclusion of many or several stories or plots in one narrative or dramatic work

**poly·myx·in** \,pälē'miksәn, -lә,m-\ *n* -s [ISV, fr. NL *polymyxa* (specific epithet of *Bacillus polymyxa* — fr. *poly-* + *-myxa* — ) + ISV *-in*] : any of several basic polypeptide toxic antibiotics that are obtained from strains of a soil bacterium (*Bacillus polymyxa*) and are active against gram-negative bacteria: as a *or* **polymyxin A** : one of three nephrotoxic antibiotics b *or* **polymyxin B** : the least toxic of the polymyxins used in the form of its sulfate chiefly in the treatment of some localized, gastrointestinal, or systemic infections

**pol·y·nee** \;--;nā\ *n* -s [Sw] : a tart made of rich cookie dough, filled with meringue to which ground almonds have been added, and topped with a cross made of two strips of the cookie dough

**poly·nemid** \,pälē'nemәd, -nem-\ *n* -s [NL *Polynemidae*] : a fish of the family Polynemidae

**poly·nem·i·dae** \-nemә,dē\ *n pl*, *cap* [NL, fr. *Polynemus*, type genus + *-idae*] : a family (usu. coextensive with a suborder Polynemoidea of Percomorphi) of fishes that resemble mullets but have the pectoral fin divided into two parts of which the upper is much like an ordinary fin and the lower is composed of several separate slender threadlike rays and abound on the sandy shores of warm seas, many of them being valued for food and some yielding isinglass

**1poly·ne·moid** \;--;nē,mȯid\ *adj* [NL *Polynemus* + E *-oid*] : resembling or related to the Polynemidae

**2polynemoid** \"\ *n* -s : a polynemoid fish

**poly·ne·moi·dea** \,-- nә'mȯidēә\ *n pl*, *cap* [NL, fr. *Polynemus* + *-oidea*] : a suborder of Percomorphi coextensive with the family Polynemidae

**poly·ne·mus** \,pälē'nēmәs, -lә'n-\ *n*, *cap* [NL, fr. *poly-* + Gk *nēma* thread — more at NEEDLE] : a genus (the type of the family Polynemidae) of fishes resembling mullets

**poly·neph·ric** \;--;nefrik\ *adj* [*poly-* + *-nephric*] *of an insect* : having many Malpighian tubules

**1poly·ne·sian** \;pälә;nēzhәn, -ēsh-\ *adj*, *usu cap* [*Polynesia*, islands of the central Pacific ocean + E *-an*] 1 a : of, relating to, or characteristic of Polynesia b : of, relating to, or characteristic of the Polynesians 2 : of, relating to, or characteristic of the Polynesian languages 3 : of, relating to, or being a biogeographic region or subregion of the Australian region that includes the smaller tropical Pacific islands

**2polynesian** \"\ *n* -s *cap* [*Polynesia* + E *-an*] 1 : a member of any of the native peoples of Polynesia usu. classified as being a composite chiefly of the white, Mongoloid, and Melanesian races and described as having black wavy hair, black eyes, medium breadth of nose, medium prognathism, brown skin,

several peripheral nerves at the same time caused by ... ism, metallic and other poisons, infectious disease, or vitamin deficiency (as of thiamine)

**poly·neuropathy** \"+\ *n* [*poly-* + *neuropathy*] : a disease of nerves; *esp* : a noninflammatory degenerative disease of nerves usu. caused by toxins (as of lead, alcohol)

**1pol·y·noid** \'pälә,nȯid, pә'linәwәd\ *adj* [NL *Polinoidae*] : of or relating to the Polynoidae

**2polynoid** \"\ *n* -s : a worm of the family Polynoidae : SCALE WORM

**pol·y·noi·dae** \,pälә'nȯi(,)dē, pә,linә'wī(,)dē\ *n pl*, *cap* [NL, fr. *Polynoe*, type genus (fr. Gk *Polynoē*, a sea nymph) + *-idae*] : a family of marine polychaete worms having the back covered with two rows of scales

**1poly·no·mi·al** \;pälē;nōmēәl, -lә;n-\ *n* -s [*poly-* + *-nomial* (as in *binomial*)] 1 a : a mathematical expression of two or more terms b : an algebraic function of one or more variables consisting of the sum of terms whose factors are constants or positive integral or zero powers of the variables — called also *integral rational function* 2 : a technical name of a plant or animal consisting of a descriptive phrase of more than three words

**2polynomial** \"\ *adj* 1 : having the character of a polynomial 2 : consisting of many names or terms

**poly·nuclear** \;pälē, -lә+\ *adj* [ISV *poly-* + *nuclear*] : containing more than one nucleus: a : POLYCYCLIC a b : containing more than one central atom or ion — used of coordination complexes c : POLYMORPHONUCLEAR

**poly·nu·cle·o·sis** \,--,n(y)üklē'ōsәs\ *n*, *pl* **polynucleo·ses** \-ō,sēz\ [NL, fr. ISV *polynucle-* (in *polynuclear*) + NL *-osis*] : the presence of an excess of polymorphonuclear leucocytes (as in the circulating blood)

**poly·nucleotide** \;pälē, -lә+\ *n* [ISV *poly-* + *nucleotide*] : a nucleotide (as of a nucleic acid) consisting of many mononucleotides in combination

**po·lyn·ya** *also* **po·lyn·ia** \;pälәn;yä\ *n* -s [Russ *polyn'ya*, fr. *polyĭ* open, hollow; akin to OSlav *polje* field — more at FLOOR] : an area of open water in sea ice — distinguished from *lead*

**poly·odon** \'pälēә,dän\ *n*, *cap* [NL, fr. *poly-* + *-odon*] : a genus (the type of the family Polyodontidae) of fishes containing the paddlefish — **poly·odont** \-ont\ *or* **poly·odon·toid** \--;dän-,tȯid\ *adj or n*

**poly·odon·tia** \,pälēō'dänch(ē)ә\ *n* -s [NL, fr. *poly-* + *-odontia*] : the presence of more than the normal number of teeth

**poly·odon·ti·dae** \-ntә,dē\ *n pl*, *cap* [NL, fr. *Polyodont-*, *Polyodon*, type genus + *-idae*] : a family of fishes (order Chondrostei) comprising the genera *Polyodon* and *Psephurus*

**polyoestrous** *var of* POLYESTROUS

**poly·oi·cism** \,pälē'ȯi,sizәm, -ȯi,ki-\ *n* -s [ISV *polyoicous* + *-ism*] : the condition of being polyoicous

**poly·oi·cous** \;--;ȯikәs\ *or* **poly·oe·cious** \;--;ēshәs\ *also* **poly·ecious** \;--;ēshәs\ *adj* [*poly-* + Gk *oikia* house + E *-ous* — more at VICINITY] : having the archegonia and antheridia sometimes on the same plant and sometimes on different plants ⟨~ mosses⟩ ⟨~ liverworts⟩ — compare HETEROICOUS, PAROICOUS — **poly·oi·cous·ly** *or* **poly·oe·cious·ly** *adv* — **poly·oi·cous·ness** *or* **poly·oe·cious·ness** *n* -ES

**poly·oi·cy** \'--,ȯisē, -,ȯikē\ *n* -ES [ISV *polyoicous* + *-y*] : POLYOICISM

**poly·ol** \'--,ȯl, -,ōl\ *n* -s [ISV *poly-* + *-ol*] : a compound (as sorbitol or pentaerythritol) containing usu. several alcoholic hydroxyl groups : a polyhydric alcohol

**poly·olefin** \;pälē+\ *n* [*poly-* + *olefin*] 1 : an olefin containing many double bonds 2 : a polymer of olefin (as polyethylene)

**poly·on·y·mous** \;pälē;änәmәs\ *adj* [Gk *polyōnymos*, fr. *poly-* + *-ōnymos* (fr. *onoma* name) — more at NAME] : having many names : known by various names

**poly·on·y·my** \,--'änәmē\ *n* -ES [Gk *polyōnymia*, fr. *poly-* + *-ōnymia* (fr. *onoma* name + *-ia* -y)] : plurality of names : the use of various names for one thing

**poly·opia** \,pälē'ōpēә\ *n* -s [NL, fr. *poly-* + *-opia*] : perception of more than one image of a single object esp. with one eye : multiple vision : DIPLOPIA — **poly·opic** \;--;öpik\ *adj*

**poly·or·chi·dism** \,--'ȯ(r)kә,dizәm\ *n* -s [ISV *poly-* + *-orchidism*] : a condition of having more than two testes

**poly·organic** \;pälē+\ *adj* [*poly-* + *organic*] : having many organs

**poly·os·tot·ic** \;pälē,ä;städ-ik\ *adj* [ISV *poly-* + *-ost* + *-otic*] : involving or relating to many bones

**poly·ovular** \;pälē+\ *adj* [*poly-* + *ovular*] : of, relating to, producing, or containing more than one ovum ⟨~ cycle⟩ ⟨~ follicle⟩

**poly·ovulation** \"+\ *n* [*poly-* + *ovulation*] : the production of several to many ova at a single ovulation ⟨~ appears to be a primitive mammalian characteristic⟩

**poly·oxy·ethylene glycol** \;pälē,äksē + ...-\ *n* [*polyoxyethylene* fr. *poly-* + *oxy-* + *ethylene*] : POLYETHYLENE GLYCOL

**poly·oxymethylene** \;pälē+\ *n* [*poly-* + *oxy-* + *methylene*] : a polymer or hydrated polymer of formaldehyde; *esp* : PARAFORMALDEHYDE

**polyoxymethylene glycol** *n* : a linear hydrated polymer $HO(CH_2O)_nH$ of formaldehyde — see PARAFORMALDEHYDE

**pol·yp** \'pälәp\ *n* -s [MF *polype* octopus, nasal tumor, fr. L *polypus*, fr. Gk *polypous*, lit., many-footed, fr. *poly-* + *pous* foot — more at FOOT] 1 a *also* **pol·ype** \"\ *archaic* : an animal (as an octopus, cuttlefish, or squid) having numerous feet or tentacles b : a typical coelenterate individual with a hollow tubular body having outer ectoderm separated from inner endoderm by mesogloea, terminating anteriorly in a central mouth surrounded by tentacles, and being posteriorly closed and attached to the substrate (as in *Hydra*) or more or less directly continuous with other individuals of a compound animal (as in *Obelia* or most corals) : ZOOID 2 [so called fr. the ramifications resembling the tentacles of an octopus] a : a projecting mass of swollen and hypertrophied mucous membrane (as in the nasal cavity) caused by chronic inflammation b : a pedunculated tumor (as of the lower intestine) that often undergoes malignant change

**poly·parasitism** \;pälē, -lә+\ *n* [*poly-* + *parasitism*] : HYPERPARASITISM 2

**pol·yp·ar·i·an** \;pälә;pa(a)rēәn\ *adj* [*polypary* + *-an*] : of or relating to a polypary

**pol·yp·ar·i·um** \,--'pa(a)rēәm\ *n*, *pl* **polypar·ia** \-ēә\ [NL, fr. ISV *polypary*] : POLYPARY

**po·lyp·a·rous** \pә'lipәrәs\ *adj* [*poly-* + *-parous*] : POLYTOCOUS

**pol·yp·ary** \'pälә,perē\ *n* -ES [*polyp* + *-ary*] : the common investing structure or tissue in which the polyps of corals and other compound forms are embedded

**pol·yp·ean** \;--;pēәn\ *adj* [*polyp* + *-an*] : relating to or like a polyp

**pol·yp·ec·to·my** \,--'pektәmē\ *n* -ES [*polyp* + *-ectomy*] : the surgical excision of a polyp

**1poly·ped** \'pälē,ped, -lә,p-\ *n* -s [*poly-* + *-ped*] : a polyped animal

**2polyped** \"\ *adj* : having many feet

**poly·pe·da·tes** \,-- pә'dād·(,)ēz\ *n*, *cap* [NL, prob. irreg. fr. *poly-* + Gk *pēdētēs* leaper, dancer, fr. *pēdan* to leap, jump; akin to L *ped-*, *pes* foot — more at FOOT] : a genus (the type of the family Polypedatidae) of Old World tree frogs related to the Ranidae but distinguished by cylindrical transverse sacral processes

**1poly·pe·da·tid** \;---;dād·әd, -;dad·әd\ *adj* [NL *Polypedatidae*] : of or relating to the Polypedatidae

**2polypedatid** \"\ *n* -s : a tree frog of the family Polypedatid

**poly·pe·dat·i·dae** \,---'dad·ә,dē\ *n pl*, *cap* [NL, fr. *Polypedates*, type genus + *-idae*] : a family of Old World tree frogs (suborder Diplasiocoela)

**poly·peptide** \;pälē, -lә+\ *n* [ISV *poly-* + *peptide*; prob. orig.

# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

THIRD EDITION

**HOUGHTON MIFFLIN COMPANY**

*Boston · New York · London*

Words are included in this Dictionary on the basis of their
usage. Words that are known to have current trademark
registrations are shown with an initial capital and are also
identified as trademarks. No investigation has been made of
common-law trademark rights in any word, because such
investigation is impracticable. The inclusion of any word in
this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to
proprietary rights. Indeed, no definition in this Dictionary is
to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered
trademarks of Forbes Inc. Their use is pursuant to a license
agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead
Data Central, Inc., providers of the LEXIS®/NEXIS® services,
for its assistance in the preparation of this edition of
*The American Heritage Dictionary.*

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any
form or by any means, electronic or mechanical, including
photocopying and recording, or by any information storage or
retrieval system without the prior written permission of
Houghton Mifflin Company unless such copying is expressly
permitted by federal copyright law. Address inquiries to
Permissions, Houghton Mifflin Company, 2 Park Street,
Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language.
—3rd ed.
    p.    cm.
ISBN 0-395-44895-6
1. English language—Dictionaries.
PE1628.A623    1992                                92-851
423—dc20                                           CIP

Manufactured in the United States of America

**pol·y·ene** (pŏl′ē-ēn′) *n.* An organic compound containing many double bonds.

**pol·y·es·ter** (pŏl′ē-ĕs′tər, pŏl′ē-ĕs′tər) *n.* **1.** Any of numerous synthetic polymers produced chiefly by reaction of dibasic acids with dihydric alcohols and used primarily as light, strong, weather-resistant resins in boat hulls, swimming pools, textile fibers, adhesives, and molded parts. **2.** A wrinkle-resistant fabric of fibers made from any of these resins. **—pol′y·es′ter** *adj.* **—pol′y·es′ter·i·fi·ca′tion** (-ə-fĭ-kā′shən) *n.*

**pol·y·es·trous** (pŏl′ē-ĕs′trəs) *adj.* **1.** Having several estrous cycles during a single breeding season. **2.** Ovulating more than once a year.

**pol·y·e·ther** (pŏl′ē-ē′thər) *n.* A polymer in which the repeating unit contains two carbon atoms linked by an oxygen atom.

**pol·y·eth·yl·ene** (pŏl′ē-ĕth′ə-lēn′) *n.* A polymerized ethylene resin, used especially for containers, kitchenware, and tubing, or in the form of films and sheets for packaging.

**polyethylene glycol** *n.* Any of a family of colorless liquids with high molecular weight that are soluble in water and in many organic solvents and are used in detergents and as emulsifiers and plasticizers.

**po·lyg·a·la** (pə-lĭg′ə-lə) *n.* Any of various plants of the genus *Polygala,* which constitutes the milkworts. [New Latin *Polygala,* genus name, from Greek *polugalon,* milkwort : *polu-,* poly- + *gala,* milk; see **melg-** in Appendix.]

**po·lyg·a·mist** (pə-lĭg′ə-mĭst) *n.* One who practices polygamy.

**po·lyg·a·mous** (pə-lĭg′ə-məs) *adj.* **1.** Relating to, characterized by, or practicing polygamy. **2.** *Botany.* Having both hermaphroditic and unisexual flowers on the same plant or on separate plants of the same species. **—po·lyg′a·mous·ly** *adv.*

**po·lyg·a·my** (pə-lĭg′ə-mē) *n.* **1.** The condition or practice of having more than one spouse at one time. Also called *plural marriage.* **2.** *Zoology.* A mating pattern in which a single individual mates with more than one individual of the opposite sex. [French *polygamie,* from Late Latin *polygamia,* from Greek *polugamia* : *polu-,* poly- + *-gamia,* -gamy.]

**pol·y·gene** (pŏl′ē-jēn′) *n.* Any of a group of nonallelic genes, each having a small quantitative effect, that together produce a wide range of phenotypic variation. Also called *multiple factor, quantitative gene.*

**pol·y·gen·e·sis** (pŏl′ē-jĕn′ĭ-sĭs) *n.* Derivation of a species or type from more than one ancestor or germ cell. **—pol′y·gen′e·sist** *n.*

**pol·y·gen·et·ic** (pŏl′ē-jə-nĕt′ĭk) *adj.* **1.** Of or relating to polygenesis; polyphyletic. **2.** Having more than one origin.

**pol·y·gen·ic** (pŏl′ē-jĕn′ĭk) *adj.* Of, relating to, or determined by polygenes: *polygenic inheritance.* **—pol′y·gen′i·cal·ly** *adv.*

**pol·y·glot** (pŏl′ē-glŏt′) *adj.* Speaking, writing, written in, or composed of several languages. **—polyglot** *n.* **1.** A person having a speaking, reading, or writing knowledge of several languages. **2.** A book, especially a Bible, containing several versions of the same text in different languages. **3.** A mixture or confusion of languages. [French *polyglotte,* from Greek *poluglōttos* : *polu-,* poly- + *glōtta,* tongue, language.] **—pol′y·glot′ism, pol′y·glot′tism** *n.*

**pol·y·gon** (pŏl′ē-gŏn′) *n.* A closed plane figure bounded by three or more line segments. **—po·lyg′o·nal** (pə-lĭg′ə-nəl) *adj.* **—po·lyg′o·nal·ly** *adv.*

**po·lyg·o·num** (pə-lĭg′ə-nəm) *n.* Any of numerous plants of the widely distributed genus *Polygonum,* characterized by stems with knotlike joints and conspicuous sheathlike stipules. [New Latin *Polygonum,* genus name, from Greek *polugonon,* knotgrass : *polu-,* poly- + *gonu,* knee; see **genu-**[1] in Appendix.]

**pol·y·graph** (pŏl′ē-grăf′) *n.* An instrument that simultaneously records changes in physiological processes such as heartbeat, blood pressure, and respiration, often used as a lie detector. **—polygraph** *tr.v.* **-graphed, -graph·ing, -graphs.** To test (a criminal suspect, for example) with a polygraph. **—po·lyg′ra·pher** (pə-lĭg′rə-fər), **po·lyg′ra·phist** (-fĭst) *n.* **—pol′y·graph′ic** *adj.*

**po·lyg·y·ny** (pə-lĭj′ə-nē) *n.* **1.** The condition or practice of having more than one wife at one time. **2.** *Zoology.* A mating pattern in which a male mates with more than one female in a single breeding season. **—po·lyg′y·nous** *adj.*

**pol·y·he·dra** (pŏl′ē-hē′drə) *n.* A plural of **polyhedron.**

**polyhedral angle** *n. Mathematics.* A shape formed by three or more planes intersecting at a common point.

**pol·y·he·dron** (pŏl′ē-hē′drən) *n., pl.* **-drons** or **-dra** (-drə). A solid bounded by polygons. **—pol′y·he′dral** *adj.*

**pol·y·he·dro·sis** (pŏl′ē-hē-drō′sĭs) *n., pl.* **-ses** (-sēz). Any of several diseases of insect larvae, caused by infestation with polyhedral virus particles.

**pol·y·his·tor** (pŏl′ē-hĭs′tər) *n.* A person with broad knowledge. [Latin *Polyhistōr,* from Greek *poluistōr,* very learned : *polu-,* poly- + *histōr,* learned; see **weid-** in Appendix.] **—pol′y·his·tor′ic** (-hĭ-stôr′ĭk, -stŏr′-) *adj.*

**pol·y·hy·dric** (pŏl′ē-hī′drĭk) *adj. Chemistry.* Containing at least two hydroxyl groups.

**Pol·y·hym·ni·a** (pŏl′ē-hĭm′nē-ə) also **Po·lym·ni·a** (pə-lĭm′nē-ə) *n. Greek Mythology.* The Muse of sacred song and oratory.

**pol·y I:C** (pŏl′ē ī′sē′) *n.* A synthetic chemical that resembles the RNA of infectious viruses and is used to stimulate the production of interferon by the immune system. [POLY– + *i(nosinic acid)* (Greek *inos,* genitive of *is,* sinew; see INOSITOL + –INE[2] + –IC) + *c(ytidylic acid)* (CYTIDINE + –YL + –IC).]

**pol·y·im·ide** (pŏl′ē-ĭm′īd′) *n.* A synthetic polymeric resin of a class resistant to high temperatures, wear, and corrosion, used primarily as a coating or film on a substrate substance.

**pol·y·math** (pŏl′ē-măth′) *n.* A person of great or varied learning. [Greek *polumathēs* : *polu-,* poly- + *manthanein, math-,* to learn; see **mendh-** in Appendix.] **—pol′y·math′, pol′y·math′ic** *adj.* **—po·ly′ma·thy** (pə-lĭm′ə-thē) *n.*

**pol·y·mer** (pŏl′ə-mər) *n.* Any of numerous natural and synthetic compounds of usually high molecular weight consisting of up to millions of repeated linked units, each a relatively light and simple molecule.

**pol·y·mer·ase** (pŏl′ə-mə-rās′, -rāz′) *n.* Any of various enzymes that catalyze the formation of polynucleotides of DNA or RNA using an existing strand of DNA or RNA as a template.

**pol·y·mer·ic** (pŏl′ə-mĕr′ĭk) *adj.* Of, relating to, or consisting of a polymer. **—pol′y·mer′i·cal·ly** *adv.* **—po·lym′er·ism** (pə-lĭm′ə-rĭz′əm, pŏl′ə-mə-) *n.*

**po·lym·er·i·za·tion** (pə-lĭm′ər-ĭ-zā′shən, pŏl′ə-mər-) *n.* **1.** The bonding of two or more monomers to form a polymer. **2.** A chemical process that effects this bonding.

**pol·y·mer·ize** (pŏl′ə-mə-rīz′, pə-lĭm′ə-) *intr. & tr.v.* **-ized, -iz·ing, -iz·es.** To undergo or subject to polymerization.

**po·lym·er·ous** (pə-lĭm′ər-əs) *adj. Biology.* Consisting of numerous parts, members, or segments.

**Po·lym·ni·a** (pə-lĭm′nē-ə) *n. Greek Mythology.* Variant of **Polyhymnia.**

**pol·y·morph** (pŏl′ē-môrf′) *n.* **1.** *Biology.* An organism characterized by polymorphism. **2.** *Chemistry.* A specific crystalline form of a compound that can crystallize in different forms.

**pol·y·mor·phism** (pŏl′ē-môr′fĭz′əm) *n.* **1.** *Biology.* The occurrence of different forms, stages, or types in individual organisms or in organisms of the same species, independent of sexual variations. **2.** *Chemistry.* Crystallization of a compound in at least two distinct forms. In this sense, also called *pleomorphism.* **—pol′y·mor′phic, pol′y·mor′phous** *adj.* **—pol′y·mor′phous·ly** *adv.*

**pol·y·mor·pho·nu·cle·ar** (pŏl′ē-môr′fə-no͞o′klē-ər, -nyo͞o′-) *adj.* Having a lobed nucleus. Used especially of neutrophil white blood cells. **—polymorphonuclear** *n.* A polymorphonuclear cell.

**polymorphous perverse** *adj.* Characterized by or displaying sexual tendencies that have no specific direction, as in an infant or a young child, but that may evolve into acts that are regarded as perversions in adults.

**pol·y·myx·in** (pŏl′ē-mĭk′sĭn) *n.* Any of various mainly toxic antibiotics derived from strains of the soil bacterium *Bacillus polymyxa* and used to treat various infections with gram-negative bacteria. [New Latin *polymyxa,* species name (POLY– + Greek *muxa,* slime) + –IN.]

**Pol·y·ne·sia** (pŏl′ə-nē′zhə, -shə). A division of Oceania including scattered islands of the central and southern Pacific Ocean roughly between New Zealand, Hawaii, and Easter Island. The larger islands are volcanic, the smaller ones generally coral formations.

**Pol·y·ne·sian** (pŏl′ə-nē′zhən, -shən) *adj.* Of or relating to Polynesia or its peoples, languages, or cultures. **—Polynesian** *n.* **1.** A native or inhabitant of Polynesia. **2.** A subfamily of the Austronesian language family spoken in Polynesia.

**pol·y·neu·ri·tis** (pŏl′ē-no͞o-rī′tĭs, -nyo͞o-) *n.* See **multiple neuritis.** **—pol′y·neu·rit′ic** (-rĭt′ĭk) *adj.*

**Pol·y·ni·ces** (pŏl′ə-nī′sēz) *n. Greek Mythology.* A son of Oedipus for whom an expedition against Thebes was raised.

**pol·y·no·mi·al** (pŏl′ē-nō′mē-əl) *adj.* Of, relating to, or consisting of more than two names or terms. **—polynomial** *n.* **1.** A taxonomic designation consisting of more than two terms. **2.** *Mathematics.* **a.** An algebraic expression consisting of one or more summed terms, each term consisting of a constant multiplier and one or more variables raised to integral powers. For example, $x^2 - 5x + 6$ and $2p^3q + y$ are polynomials. Also called *multinomial.* **b.** An expression of two or more terms. [POLY– + (BI)NOMIAL.]

**pol·y·nu·cle·o·tide** (pŏl′ē-no͞o′klē-ə-tīd′, -nyo͞o′-) *n.* A polymeric compound consisting of a number of nucleotides.

**po·lyn·ya** (pŏl′ən-yä′, pə-lĭn′yə) *n.* An area of open water surrounded by sea ice. [Russian *polyn'ya,* from *polyĭ,* open, hollow. See **pele-**[2] in Appendix.]

**pol·y·o·ma** (pŏl′ē-ō′mə) *n.* A small form of the papovavirus that contains DNA and is associated with the formation of various tumors in rodents. Also called *polyoma virus.*

**pol·yp** (pŏl′ĭp) *n.* **1.** A coelenterate, such as a hydra or coral, having a cylindrical body and an oral opening usually surrounded by tentacles. **2.** A usually nonmalignant growth or tumor protruding from the mucous lining of an organ such as the nose, bladder, or intestine, often causing obstruction. [Middle English *polip,* nasal tumor, from Old French *polipe,* from Latin *pōlypus,* cuttlefish, nasal tumor, from Greek *polupous* (probably by folk etymology from *polus,* many; see POLY–, and *pous,* foot; see **ped-** in Appendix).] **—pol′yp·oid′** *adj.*

A11

# MAGILL'S SURVEY OF SCIENCE

## PHYSICAL SCIENCE SERIES

Volume 5
1867-2352
Planetary Orbits—Stability

*Edited by*
FRANK N. MAGILL

*Consulting Editor*
THOMAS A. TOMBRELLO
California Institute of Technology

SALEM PRESS
Pasadena, California Englewood Cliffs, New Jersey

# POLYMERS

*Type of physical science:* Chemistry
*Field of study:* Chemical compounds

*Polymers are long-chain molecules which consist of a repeating pattern of smalle subunits. Polymers are used extensively by living organisms and are essential for life Synthetic polymers are manufactured by humans for use in a tremendous variety o materials.*

*Principal terms*

DEOXYRIBONUCLEIC ACID (DNA): a polymer of repeating nucleotides in two parallel chains that serves as the key information molecule for all living organisms

HYDROCARBON: an organic molecule whose principal elemental constituents are hydrogen and carbon; hydrocarbons are produced within living organisms

MONOMER: the simplest grouping of atoms that repeats itself in a polymer; examples include amino acids in protein polymers and glucose in starch polymers

POLYESTER: a synthetic hydrocarbon polymer of various forms that is used in the manufacture of clothing

POLYMER: a long-chain molecule of repeating monomer subunits that are arranged in a straight-chain or branching pattern

POLYMERIZATION: the process of polymer formation, when many monomer molecules are assembled and chemically linked, often by the removal of water

PROTEIN: a polypeptide; a polymer of amino acid monomers that catalyzes chemical reactions and provides structure within the cells of living organisms

STARCH: a carbohydrate, or polysaccharide; a common polymer of glucose monomers that is generated within plant cells as an energy storage reserve

## Overview

Polymers are giant molecules, ranging in size from hundreds to tens of thousand of atoms. As the name indicates, a polymer consists of many repeating subunit called monomers. A given polymer may consist of the same or several differen monomers repeated over and over again within the molecule. In the case of differen monomers, the patterned arrangement of the monomers may be orderly or random

A monomer is a unique assemblage of atoms that are covalently bonded togethe by the sharing of electrons. Monomers abound in nature, especially within livin

R03018 A5001

# THE HARPERCOLLINS ILLUSTRATED MEDICAL DICTIONARY

HarperPerennial
*A Division of* HarperCollins*Publishers*

Previous editions of this book were published by Williams and Wilkins under the title *Melloni's Illustrated Medical Dictionary*.

THE HARPERCOLLINS ILLUSTRATED MEDICAL DICTIONARY. Copyright © 1993 by Biagio John Melloni, Ph.D. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information address HarperCollins Publishers, Inc., 10 East 53rd Street, New York, NY 10022.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information, please write: Special Markets Department, HarperCollins Publishers, Inc., 10 East 53rd Street, New York, NY 10022.

FIRST EDITION

---

Library of Congress Cataloging-in-Publication Data
Dox, Ida.
[Illustrated medical dictionary]
HarperCollins illustrated medical dictionary / Ida G. Dox, B. John Melloni, Gilbert M. Eisner.—1st ed.
p. cm.
Previously published as: Melloni's illustrated medical dictionary. Baltimore : Williams & Wilkins, c1985.
ISBN 0-06-273142-4
I. Medicine—Dictionaries. I. Melloni, Biagio John. II. Eisner, Gilbert M. III. Title. IV. Title: Illustrated Medical Dictionary
R121.D76 1993
610'.3—dc20 92-53299

---

93 94 95 96 97 PS/CW 10 9 8 7 6 5 4 3 2



linolenic acid
linoleic acid
cytosine
guanine
polynucleotide
(chain of ribonucleic acid)
uracil
supernumerary
mammary
gland
polymastia
milk line

deaths within the first few months of life, is frequently associated with cysts in other organs, and does not follow an autosomal dominant inheritance.

**polycystic ovary syndrome** Condition of unknown cause characterized by bilaterally enlarged polycystic ovaries, small uterus, menstrual abnormalities, anovulatory infertility (i.e., failure to produce ova), and hirsutism. Also called Stein-Leventhal syndrome.

**polycythemia** The presence of an abnormally large number of red corpuscles in the blood.
**p. vera** A disease of unknown cause characterized by hyperplasia of all the cellular elements of the bone marrow and manifested by an increase in the total number of red blood cells in the body, usually accompanied by leukocytosis and thrombocytosis. Also called primary polycythemia; erythremia.
**primary p.** See polycythemia vera.
**relative p.** An increase in the number of red blood cells per unit volume of blood due to a decrease in the total plasma of the body.
**secondary p.** An increase in the total number of red blood cells in the body due to another condition; e.g., the chronic tissue hypoxia of advanced pulmonary disease, high altitude, or the secretion of erythropoietins by certain tumors.

**polydactyly** Condition marked by the presence of more than ten fingers or toes. Also called polydactylia; polydactylism.

**polydipsia** Insatiable thirst.

**polydysplasia** Condition marked by multiple developmental abnormalities of tissues, organs, or systems.

**polyene** A chemical compound containing many conjugated (alternating) double bonds; e.g., carotenoids.

**polyenoic acid** A polyunsaturated fatty acid, essential in the diet, with more than one double bond in the carbon chain; e.g., linoleic acid (two double bonds) and linolenic acid (three double bonds).

**polyethylene** A resin, $(CH_2CH_2)_n$, produced by the polymerization of ethylene under high pressure; a straight-chain paraffin hydrocarbon of high molecular weight.
**p. glycol** A condensation product of ethylene oxide and water.

**polygen** A chemical element with two or more valences.

**polygene** One of a group of genes that, acting together, control a quantitative character, such as height.

**polygenic** Relating to a quantitative character (e.g., height) dependent on the action of several genes.

**polyglandular** See pluriglandular.

**polygraph** An instrument for simultaneously recording changes in such physiologic processes as blood pressure, respiratory motion, and galvanic skin resistance; sometimes used to study emotional reactions, as in lie detection. Also called lie detector.

**polyhedral** Having many faces.

**polyhydramnios** An excess volume of amniotic fluid in pregnancy, usually greater than 2,000 ml.

**polyhydric** Containing more than one hydroxyl group.

**polyhypermenorrhea** Frequent menstruation accompanied by excessive flow.

**polyhypomenorrhea** Frequent menstruation accompanied by a scanty flow.

**polyleptic** Having many relapsing phases; said of a disease.

**polylogia** Garrulity or talkativeness (often incoherent) caused by a mental disorder.

**polymastia** The presence of more than two breasts in the human. Also called multimammae.

**polymer** A complex compound of high molecular weight formed by a chain of simpler molecules; e.g., the combining of many ethylene molecules to form polyethylene.
**addition p.** A large molecule formed by a chain of smaller molecules (monomers) without the formation of any other product.
**condensation p.** A large molecule formed by a chain of smaller molecules, involving the elimination of water or some other simple compound.

**polymerase** Any enzyme that promotes polymerization.

**polymerization** The chemical joining of similar monomers to form a compound of a high molecular weight.

**polymethylmethacrylate** The principal base resin employed in making dentures; it is transparent and can be tinted to any shade of translucence; also used as bone cement.

**polymicrolipomatosis** A condition marked by the presence of a number of small, nodular, fairly discrete masses of lipid (lipomata) in the subcutaneous connective tissue.

**polymorph** Shortened version of polymorphonuclear leukocyte (PMN).

**polymorphic, polymorphous** Occurring in many morphologic forms.

**polymorphism** The occurrence of two or more genetically different classes in the same population, e.g., Rh-positive and Rh-negative humans.

**polymorphonuclear** Having nuclei of varied shapes, or so deeply lobulated that they appear to be multiple; said of a variety of leukocytes (PMNs).

**polymyalgia** Pain in several muscles.
**p. rheumatica** A syndrome of muscular rheumatism in old people, more frequent in men than women, characterized by a markedly elevated erythrocyte sedimentation rate; often associated with cranial arteritis.

**polymyositis** A painful inflammation of the muscles that may also involve skin and subcutaneous tissue; the muscles most affected are those of the pelvic and shoulder girdles and pharynx; when skin changes are prominent, the disorder is often called dermatomyositis; in 15 to 20 percent of cases there is an associated neoplasm.

**polymyxin** Any of a group of antibiotic substances derived from strains of the soil bacterium *Bacillus polymixa*; they are polypeptides containing various amino acids and a branched fatty acid, (+)-6-methyloctanoic acid; there are five different types, designated A, B, C, D, and E.

**polyneuritis** Inflammation of several peripheral nerves at the same time, characterized by widespread sensory and motor disturbances. Also called multiple neuritis.

**polyneuropathy** A disease in which several peripheral nerves are affected at the same time.

**polyneuroradiculitis** Inflammation involving nerve roots and peripheral nerves.

**polynuclear** Containing more than one nucleus. Also called multinuclear.

**polynucleotidase** A class of enzymes which help to hydrolyze or split up nucleic acids of high molecular weight into their constituent mononucleotide units.

**polynucleotide** Compound containing several or many nucleotides; a nucleic acid.

**polyol** General term for an alcohol that contains more than one hydroxyl group in the molecule.

**polyopia** A condition in which a person perceives more than one image of the same object; multiple vision. Also called polyopsia; polyopy.
**p. monophthalmica** Condition in which only one eye is affected.

**polyorchidism, polyorchism** The presence of more than two testes.

**polyostotic** Affecting several bones.

**polyp** A general term denoting a growth or mass of tissue that protrudes from a mucous membrane, commonly found in the nose, uterus, rectum, and bladder.
**adenomatous p.** A benign polyp composed of glandular tissue; may be pedunculated or sessile.
**endometrial p.** Small benign mass that projects into the cavity of the uterus; composed of tissue from the lining of the uterine cavity (endometrium).



# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION
NOV 2007
SIDLEY AUSTIN LLP
LIBRARY

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.

p. cm.

Includes index.
ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36 1993
423—dc20 93-20206
CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

6RMcN93

-on + -y] (1849) 1 : the condition of having several embryos 2 : the production of two or more embryos from one ovule or egg — **poly·em·bry·on·ic** \-ˌem-brē-ˈä-nik\ *adj*

**poly·ene** \ˈpä-lē-ˌēn\ *n* [ISV] (1928) : an organic compound containing many double bonds; *esp* : one having the double bonds in a long aliphatic hydrocarbon chain — **poly·enic** \ˌpä-lē-ˈē-nik\ *adj*

**poly·es·ter** \ˈpä-lē-ˌes-tər, ˌpä-lē-ˈ\ *n* [ISV] (1929) : any of a group of polymers that consist basically of repeated units of an ester and are used esp. in making fibers or plastics — **poly·es·ter·i·fi·ca·tion** \-e-ˌster-ə-fə-ˈkā-shən\ *n*

**polyester** *adj* (1975) : characterized by inelegant or unsophisticated middle-class taste ⟨~ suburbs⟩ ⟨~ folks⟩

**poly·es·trous** \ˌpä-lē-ˈes-trəs\ *adj* (1900) : having more than one period of estrus in a year

**poly·eth·yl·ene** \-ˈe-thə-ˌlēn\ *n* (ca. 1862) : a polymer of ethylene; *esp* : any of various partially crystalline lightweight thermoplastics $(CH_2CH_2)_x$ that are resistant to chemicals and moisture, have good insulating properties, and are used esp. in packaging and insulation

**po·lyg·a·la** \pə-ˈli-gə-lə\ *n* [NL, genus name, fr. L, milkwort, fr. Gk *polygalon*, fr. *poly-* + *gala* milk — more at GALAXY] (1578) : MILKWORT

**poly·gam·ic** \ˌpä-lē-ˈga-mik\ *adj* (1819) : POLYGAMOUS

**po·lyg·a·mous** \pə-ˈli-gə-məs\ *adj* [Gk *polygamos*, fr. *poly-* + *-gamos* -gamous] (1613) 1 a : relating to or practicing polygamy b : having more than one mate at one time ⟨baboons are ~⟩ 2 : bearing both hermaphrodite and unisexual flowers on the same plant

**po·lyg·a·my** \-mē\ *n* (ca. 1591) 1 : marriage in which a spouse of either sex may have more than one mate at the same time — compare POLYANDRY, POLYGYNY 2 : the state of being polygamous — **po·lyg·a·mist** \-mist\ *n* — **po·lyg·a·mize** \-ˌmīz\ *vi*

**poly·gene** \ˈpä-lē-ˌjēn\ *n* [ISV] (1941) : any of a group of nonallelic genes that collectively control the inheritance of a quantitative character or modify the expression of a qualitative character — **poly·gen·ic** \ˌpä-lē-ˈjē-nik\ *adj*

**poly·gen·e·sis** \ˌpä-lē-ˈje-nə-səs\ *n* [NL] (ca. 1882) : development from more than one source

**poly·ge·net·ic** \-jə-ˈne-tik\ *adj* (1861) 1 : POLYPHYLETIC 2 : having many distinct sources

¹**poly·glot** \ˈpä-lē-ˌglät\ *n* [²*polyglot*] (ca. 1645) 1 : one who is polyglot 2 *cap* : a book containing versions of the same text in several languages; *esp* : the Scriptures in several languages 3 : a mixture or confusion of languages or nomenclatures

²**polyglot** *adj* [Gk *polyglōttos*, fr. *poly-* + *glōtta* language — more at GLOSS] (1656) 1 a : speaking or writing several languages : MULTILINGUAL b : composed of numerous linguistic groups ⟨a ~ population⟩ 2 : containing matter in several languages ⟨a ~ sign⟩ 3 : composed of elements from different languages 4 : being widely diverse (as in ethnic or cultural origins) ⟨~ cuisine⟩

**poly·glot·ism** *or* **poly·glot·tism** \-ˌglä-ˌti-zəm\ *n* (1882) : the use of many languages : the ability to speak many languages

**poly·gon** \ˈpä-lē-ˌgän\ *n* [LL *polygonum*, fr. Gk *polygōnon*, fr. neut. of *polygōnos* polygonal, fr. *poly-* + *gōnia* angle — more at -GON] (1571) 1 : a closed plane figure bounded by straight lines 2 : a closed figure on a sphere bounded by arcs of great circles — **po·lyg·o·nal** \pə-ˈli-gə-nᵊl\ *adj* — **po·lyg·o·nal·ly** \-nᵊl-ē\ *adv*

**po·lyg·o·num** \pə-ˈli-gə-nəm\ *n* [NL, fr. Gk *polygonon* knotgrass, fr. *poly-* + *gony* knee — more at KNEE] (ca. 1706) : any of a genus (*Polygonum*) of herbs of the buckwheat family with a prominent tubular sheath around the base of each petiole, thickened nodes, and flowers that are solitary and axillary or in spiked racemes — called also *knotweed*

**poly·graph** \ˈpä-lē-ˌgraf\ *n* (1871) : an instrument for recording variations of several different pulsations (as of physiological variables) simultaneously; *broadly* : LIE DETECTOR — **poly·graph·ic** \ˌpä-lē-ˈgra-fik\ *adj*

**po·lyg·ra·pher** \ˈpä-lē-ˌgra-fər, pə-ˈli-grə-fər\ *n* (ca. 1934) : one who operates a polygraph

**po·lyg·ra·phist** \ˈpä-lē-ˌgra-fist, pə-ˈli-grə-fist\ *n* (1954) : POLYGRAPHER

**po·lyg·y·nous** \pə-ˈli-jə-nəs\ *adj* (1874) : relating to or practicing polygyny

**po·lyg·y·ny** \-nē\ *n* (1780) : the state or practice of having more than one wife or female mate at one time — compare POLYANDRY, POLYGAMY

**polyhedral angle** *n* (ca. 1864) : a portion of space partly enclosed by three or more planes whose intersections meet in a vertex

**poly·he·dron** \ˌpä-lē-ˈhē-drən\ *n*, *pl* **-drons** *or* **-dra** \-drə\ [NL] (1570) : a solid formed by plane faces — **poly·he·dral** \-drəl\ *adj*

**poly·he·dro·sis** \ˌpä-lē-hē-ˈdrō-səs\ *n*, *pl* **-dro·ses** \-ˌsēz\ [NL, fr. *polyhedron*] (1947) : any of several virus diseases of insect larvae characterized by dissolution of tissues and accumulation of polyhedral granules in the resultant fluid

**poly·his·tor** \ˌpä-lē-ˈhis-tər\ *n* [Gk *polyistōr* very learned, fr. *poly-* + *istōr*, *histōr* learned — more at HISTORY] (1588) : POLYMATH — **poly·his·tor·ic** \-his-ˈtȯr-ik, -ˈtär-\ *adj*

**poly·hy·droxy** \-hī-ˈdräk-sē\ *adj* (ca. 1929) : containing more than one hydroxyl group in the molecule

**Poly·hym·nia** \ˌpä-lē-ˈhim-nē-ə\ *n* [L, fr. Gk *Polyymnia*] : the Greek Muse of sacred song

**poly I:C** \ˌpä-lē-ˈī-ˈsē\ *or* **poly I·poly C** \ˌpä-lē-ˈī-ˌpä-lē-ˈsē\ *n* [*poly-* + inosinic acid + cytidylic acid] (1969) : a synthetic 2-stranded RNA composed of one strand of polyinosinic acid and one strand of polycytidylic acid that induces interferon formation and has been used experimentally as an anticancer and antiviral agent

**poly·ino·sin·ic acid** \ˌpä-lē-ˌi-nə-ˈsi-nik-, -ˌī-nə-\ *n* [*poly-* + *inosinic acid* ($C_{10}H_{13}N_4O_8P$), fr. Gk *in-*, *is* sinew + ISV ²*-ose* + ¹*-in* + ¹*-ic* + *acid*] (1965) : RNA or a segment of RNA that is composed of a polynucleotide chain consisting entirely of inosinic acid residues

**poly·ly·sine** \ˌpä-lē-ˈlī-ˌsēn\ *n* (1947) : a protein whose polypeptide chain consists entirely of lysine residues

**poly·math** \ˈpä-lē-ˌmath\ *n* [Gk *polymathēs* very learned, fr. *poly-* + *manthanein* to learn — more at MATHEMATICAL] (1621) : a person of encyclopedic learning — **polymath** *or* **poly·math·ic** \ˌpä-lē-ˈma-thik\ *adj* — **po·ly·ma·thy** \pə-ˈli-mə-thē, ˈpä-lə-ˌma-thē\ *n*

**poly·mer** \ˈpä-lə-mər\ *n* [ISV, back-formation fr. *polymeric*, fr. Gk *polymerēs* having many parts, fr. *poly-* + *meros* part — more at MERIT] (1866) : a chemical compound or mixture of compounds formed by polymerization and consisting essentially of repeating structural units — **poly·mer·ic** \ˌpä-lə-ˈmer-ik\ *adj* — **poly·mer·ism** \pə-ˈli-mə-ˌri-zəm, ˈpä-lə-mə-\ *n*

**poly·mer·ase** \ˈpä-lə-mə-ˌrās, -ˌrāz\ *n* (1958) : any of several enzymes that catalyze the formation of DNA or RNA from precursor substances in the presence of preexisting DNA or RNA acting as a template

**polymerase chain reaction** *n* (1987) : an in vitro technique for rapidly synthesizing large quantities of a given DNA segment that involves separating the DNA into its two complementary strands, using DNA polymerase to synthesize two-stranded DNA from each single strand, and repeating the process

**po·ly·mer·i·sa·tion, po·ly·mer·ise** *chiefly Brit var of* POLYMERIZATION, POLYMERIZE

**po·ly·mer·i·za·tion** \pə-ˌli-mə-rə-ˈzā-shən, ˌpä-lə-mə-rə-\ *n* [ISV] (1872) 1 : a chemical reaction in which two or more molecules combine to form larger molecules that contain repeating structural units — compare ASSOCIATION 5 2 : reduplication of parts in an organism

**po·ly·mer·ize** \pə-ˈli-mə-ˌrīz, ˈpä-lə-mə-\ *vb* **-ized; -iz·ing** *vt* (1865) : to subject to polymerization ~ *vi* : to undergo polymerization

**poly·meth·yl methacrylate** \ˈpä-lē-ˌme-thəl-\ *n* (1936) : a thermoplastic resin of polymerized methyl methacrylate which is characterized by its optical clarity (as in a contact lens)

**poly·morph** \ˈpä-lē-ˌmȯrf\ *n* [ISV] (ca. 1828) 1 : a polymorphic organism; *also* : one of the several forms of such an organism 2 : any of the crystalline forms of a polymorphic substance

**poly·mor·phism** \ˌpä-lē-ˈmȯr-ˌfi-zəm\ *n* (1839) : the quality or state of being able to assume different forms: as a : existence of a species in several forms independent of the variations of sex b : the property of crystallizing in two or more forms with distinct structure — **poly·mor·phic** \-fik\ *adj* — **poly·mor·phi·cal·ly** \-fi-k(ə-)lē\ *adv*

**poly·mor·pho·nu·cle·ar** \-ˌmȯr-fə-ˈnü-klē-ər, -ˈnyü-\ *adj* (1897) *of a leukocyte* : having the nucleus complexly lobed — **polymorphonuclear** *n*

**poly·mor·phous** \-ˈmȯr-fəs\ *adj* [Gk *polymorphos*, fr. *poly-* + *-morphos* -morphous] (1785) : having, assuming, or occurring in various forms, characters, or styles : POLYMORPHIC ⟨a ~ rash⟩ ⟨~ sexuality⟩ — **poly·mor·phous·ly** *adv*

**polymorphous perverse** *adj* (1909) : relating to or exhibiting infantile sexual tendencies in which the genitals are not yet identified as the sole or principal sexual organs nor coitus as the goal of erotic activity

**poly·myx·in** \ˌpä-lē-ˈmik-sən\ *n* [ISV, fr. NL *polymyxa*, fr. *poly-* + Gk *myxa* mucus — more at MUCUS] (1947) : any of several toxic antibiotics obtained from a soil bacterium (*Bacillus polymyxa*) and active against gram-negative bacteria

**Poly·ne·sian** \ˌpä-lə-ˈnē-zhən, -shən\ *n* (1807) 1 : a member of any of the indigenous peoples of Polynesia 2 : a group of Austronesian languages spoken in Polynesia — **Polynesian** *adj*

**poly·neu·ri·tis** \ˌpä-lē-nu̇-ˈrī-təs, -nyu̇-\ *n* [NL] (1886) : neuritis of several peripheral nerves at the same time

**Poly·ni·ces** \ˌpä-lə-ˈnī-sēz\ *n* [L, fr. Gk *Polyneikēs*] : a son of Oedipus for whom the Seven against Thebes mount their expedition

¹**poly·no·mi·al** \ˌpä-lə-ˈnō-mē-əl\ *n* [*poly-* + *-nomial* (as in *binomial*)] (1674) : a mathematical expression of one or more algebraic terms each of which consists of a constant multiplied by one or more variables raised to a nonnegative integral power (as $a + bx + cx^2$)

²**polynomial** *adj* (ca. 1704) : relating to, composed of, or expressed as one or more polynomials ⟨~ functions⟩ ⟨~ equations⟩

**poly·nu·cle·ar** \ˌpä-lē-ˈnü-klē-ər, -ˈnyü-, ÷-kyə-lər\ *adj* [ISV] (1908) : chemically polycyclic esp. with respect to the benzene ring — used chiefly of aromatic hydrocarbons that are important as pollutants and possibly as carcinogens

**poly·nu·cle·o·tide** \-ˈnü-klē-ə-ˌtīd, -ˈnyü-\ *n* [ISV] (1911) : a polymeric chain of nucleotides

**po·lyn·ya** \ˌpä-lən-ˈyä\ *n*, *pl* **polynyas** *also* **po·lyn·yi** \-ˈyē\ [Russ *polyn'ya*] (1853) : an area of open water in sea ice

**poly·ole·fin** \ˌpä-lē-ˈō-lə-fən\ *n* (1930) : a polymer of an alkene (as polyethylene)

**poly·oma virus** \ˌpä-lē-ˈō-mə-\ *n* [NL *polyoma*, fr. *poly-* + *-oma*] (1958) : a papovavirus of rodents that is associated with various kinds of tumors — called also *polyoma*

**poly·on·y·mous** \ˌpä-lē-ˈä-nə-məs\ *adj* [Gk *polyōnymos*, fr. *poly-* + *onoma*, *onyma* name — more at NAME] (1678) : having or known by various names

**pol·yp** \ˈpä-ləp\ *n* [MF *polype* octopus, nasal tumor, fr. L *polypus*, fr. Gk *polypous*, fr. *poly-* + *pous* foot — more at FOOT] (1742) 1 : a coelenterate that has typically a hollow cylindrical body closed and attached at one end and opening at the other by a central mouth surrounded by tentacles armed with nematocysts 2 : a projecting mass of swollen and hypertrophied or tumorous membrane — **pol·yp·oid** \-lə-ˌpȯid\ *adj*

**poly·pep·tide** \ˌpä-lē-ˈpep-ˌtīd\ *n* [ISV] (1903) : a molecular chain of amino acids — **poly·pep·tid·ic** \-(ˌ)pep-ˈti-dik\ *adj*

**poly·pet·al·ous** \-ˈpe-tᵊl-əs\ *adj* [NL *polypetalus*, fr. *poly-* + *petalum* petal] (ca. 1704) : having or consisting of separate petals

**poly·pha·gia** \-ˈfā-j(ē-)ə\ *n* [Gk *polyphagia*, fr. *polyphagos*] (ca. 1693) : excessive appetite or eating

**po·lyph·a·gous** \pə-ˈli-fə-gəs\ *adj* [Gk *polyphagos* eating too much, fr. *poly-* + *-phagos* -phagous] (1815) : feeding on or utilizing many kinds of food — **po·lyph·a·gy** \-jē\ *n*

**poly·phase** \ˈpä-lē-ˌfāz\ *adj* [ISV] (1891) : having or producing two or more phases ⟨a ~ machine⟩ ⟨a ~ current⟩

**poly·pha·sic** \ˌpä-lē-ˈfā-zik\ *adj* (1922) : consisting of two or more phases

**Poly·phe·mus** \ˌpä-lə-ˈfē-məs\ *n* [L, fr. Gk *Polyphēmos*] : a Cyclops whom Odysseus blinds in order to escape from his cave

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \ä, k, ⁿ, œ, ᵫ, ue, ue, ʸ\ *see* Guide to Pronunciation

THE PENGUIN DICTIONARY OF

# SCIENCE

E. B. UVAROV AND

ALAN ISAACS

*Seventh Edition*

PENGUIN BOOKS

PENGUIN BOOKS

Published by the Penguin Group
Penguin Books Ltd, 27 Wrights Lane, London W8 5TZ, England
Penguin Books USA Inc., 375 Hudson Street, New York, New York 10014, USA
Penguin Books Australia Ltd, Ringwood, Victoria, Australia
Penguin Books Canada Ltd, 10 Alcorn Avenue, Toronto, Ontario, Canada M4V 3B2
Penguin Books (NZ) Ltd, 182–190 Wairau Road, Auckland 10, New Zealand

Penguin Books Ltd, Registered Offices: Harmondsworth, Middlesex, England

First published 1943
Second edition 1951
Third edition 1964
Fourth edition 1972
Fifth edition 1979
Sixth edition 1986
Seventh edition 1993
3 5 7 9 10 8 6 4 2

Copyright 1943 by E. B. Uvarov and D. R. Chapman
New material for third, fourth and seventh editions copyright
© Alan Isaacs, 1964, 1972, 1993
New material for fifth and sixth editions
copyright © Alan Isaacs and E. B. Uvarov, 1979, 1986
All rights reserved

Printed in England by Clays Ltd, St Ives plc
Set in Times Roman

Except in the United States of America, this book is sold subject to the condition that it shall not, by way of trade or otherwise, be lent, re-sold, hired out, or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser

*Fore*

SINCE this dictionary
tinued to advance – w
lary. Many new wor
existing entries have b
this edition, as in p
selecting predominan
words has been mai
coverage of the basic
treatment of words
biology and botany
covering these subjec
The network of cro
edition, and cross-ref
of italics. Italics have
the dictionary lists a
ments). Trade names
Since E. B. Uvaro
been through seven e
ings; it has also bee
This gratifying respo
ing a useful purpose.

**polyhydric** Containing more than one *hydroxyl* group in the *molecule*; e.g. *ethanediol* (ethylene glycol) and *glycerol* (1,2,3-propanetriol) are polyhydric *alcohols* (polyols).

**polymer** A product of *polymerization*: biological polymers include *polysaccharides*, *proteins*, and *nucleic acids*. See also *atactic polymer*; *tactic polymer*.

**polymerase** An *enzyme* that catalyses a biological *polymerization* reaction.

**polymerization** Originally, the chemical union of two or more *molecules* of the same *compound* to form larger molecules, resulting in the formation of a new compound of the same *empirical formula* but of greater *relative molecular mass*. E.g. *ethanal* trimer, $(CH_3CHO)_3$, is formed by the polymerization of ethanal, $CH_3CHO$, and each molecule of the *polymer* is made up of three molecules of the ethanal *monomer*. The meaning of the term has been extended to cover (1) 'addition polymerization', in which the molecule of the polymer is a multiple of the monomer molecule, as in the case of ethanal trimer; (2) 'condensation polymerization', in which the monomer molecules are joined by *condensation* into a polymer molecule, which differs in empirical formula from the monomer; and (3) 'copolymerization', in which the polymer molecule is built up from two or more different kinds of monomer molecules. Many important products, such as *plastics* and textile fibres, consist of polymeric substances, either *natural* (e.g. *cellulose*), or *synthetic* (e.g. *nylon*).

**polymethanal** See *methanal*.

**polymethyl methacrylate** Poly(methyl 2-methylpropenoate), Perspex*. A colourless *transparent solid thermoplastic*, produced by the *polymerization* of methyl methacrylate (see *methacrylic acid*), which is widely used because of its optical properties in place of *glass*.

**polymorphism 1.** (chem.) The existence of the same substance in more than two different crystalline forms. **2.** (bio.) The existence of two (dimorphism) or more genetically distinct forms within the population of a *species*.

**polynomial** (math.) An expression consisting of three or more terms.

**polynucleotide** A chain of *nucleotides* linked together as in a *nucleic acid*. *Ribonucleic acid* consists of a single chain, while *deoxyribonucleic acid* usually consists of a double *helix* comprising two polynucleotide chains.

**polypeptide** A chain of two or more *amino acids* each of which is joined to its neighbours by the *peptide* linkage. Polypeptide chains may consist of up to several hundred amino acid units. *Proteins* consist of polypeptide chains cross-linked together in a variety of ways.

**polyploidy** Having more than twice the normal *haploid* number of *chromosomes* in the *nucleus* of a *cell*. Artificial polyploidy can be induced (e.g. by *colchicine*) and is used to produce fertile hybrids with desired characteristics.

**polypropene** Polypropylene. A colourless *transparent thermoplastic* material produced by the *polymerization* of *propene*. It is used where a flexible *plastic* material is required. It is similar to *polythene* but of greater strength.

**polysaccharides** A large class of natural *carbohydrates*. The *molecules* are derived from the *condensation* of several, frequently very many, molecules of simple *sugars* (*monosaccharides*). The class includes *cellulose* and *starch*. See also *glycan*.

**polystyrene** A *thermoplastic* material, produced by the *polymerization* of *styrene*



Edition
28

# Dorland's *Illustrated* Medical Dictionary

MAR 1995
SIDLEY & AUSTIN
LIBRARY

**W.B. SAUNDERS COMPANY**
*A Division of Harcourt Brace & Company*
Philadelphia London Toronto Montreal Sydney Tokyo

W.B. SAUNDERS COMPANY
*A Division of Harcourt Brace & Company*

The Curtis Center
Independence Square West
Philadelphia, PA 19106

Dorland's illustrated medical dictionary.
Philadelphia: W.B. Saunders Co.,
v.: ill.; 27 cm.
Irregular.
Began publication with 23rd ed.
Description based on: 26th ed.
Continues: American illustrated medical dictionary.

1. Medicine—Dictionaries. I. Dorland, W.A. Newman (William Alexander Newman), 1864–1956.
[DNLM: 1. Dictionaries, Medical. 2. Reference Books, Medical]

R121.D73 610'.3'21—dc19 0-6383
AACR 2 MARC-S

Library of Congress [8607r85]rev6

Listed here are the latest translated editions of this book together with the languages for the translations and the publishers.

Italian *(27th Edition; revised)*—Edizioni Scientifiche Internazionali (ESI), Milan, Italy

Japanese *(27th Edition)*—Hirokawa Publishing Company, Tokyo, Japan

Spanish *(27th Edition)* (Adaption)—McGraw-Hill-Interamericana de España, Madrid, Spain

Dorland's Illustrated Medical Dictionary ISBN 0-7216-2859-1(Standard)
0-7216-5577-7(Deluxe)
0-7216-5323-5(International)

© 1994 by W.B. Saunders Company. Copyright 1900, 1901, and 1903 by W.B. Saunders and Company. Copyright 1906, 1909, 1911, 1913, 1915, 1917, 1919, 1921, 1923, 1927, 1929, 1932, 1935, 1938, 1941, 1944, 1947, 1951, 1957, 1965, 1974, 1981, 1985, and 1988 by W.B. Saunders Company.

Copyright under the Uniform Copyright Convention. Simultaneously published in Canada. All copyright renewals registered.

Derechos reservados conforme a la ley para la Republica Mexicana.

All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. Made in the United States of America.

Some of the words appearing in the Dictionary are proprietary names (trademarks) even though no reference to this fact is made in the text. The appearance of any name without designation as a trademark is therefore not to be regarded as a representation by the editors or publisher that it is not a trademark or is not the subject of proprietary rights.

The use of portions of the text of the *United States Pharmacopeia*, Twenty-second Revision, official from January 1, 1990, of the *National Formulary*, Seventeenth Edition, official from January 1, 1990, and of *USAN and the USP Dictionary of Drug Names 1994* is by permission received from the Board of Trustees of the United States Pharmacopeial Convention, Inc. The said Convention is not responsible for any inaccuracy of quotation, or for any false or misleading implication that may arise by reason of the separation of excerpts from the original context or by obsolescence resulting from the publication of a supplement.

Library of Congress catalog card number 78-50050

Last digit is the print number: 9 8 7 6 5 4 3 2 1

**poly·mer** (pol'ĭ-mər) [*poly-* + Gr. *meros* part] a compound formed by the joining of smaller molecules, referred to as monomers. The term is generally used to refer either to a macromolecule made up of a large number of monomers linked by covalent bonds, e.g., polypeptides, nucleic acids, polysaccharides, and plastics; or to a protein made up of several subunits linked by covalent or noncovalent bonds, e.g., hemoglobin or IgM immunoglobulin.

**addition p.**, a compound formed by the repeated combination of smaller molecules (monomers) without the formation of any other products (e.g., polyethylene).

**condensation p.**, a compound formed by the repeated reaction of smaller molecules, involving at the same time the elimination of water or other simple compound (e.g., nylon).

**cross-linked p.**, a polymer that has cross-linking; strength and resistance to solvents make many such polymers suitable for use in dental materials.

**polysulfide p.**, an elastomeric synthetic rubber used in dentistry as an impression material for fixed partial prosthodontic structures, inlays for single quadrants, and crown impressions.

**po·lym·er·ase** (pə-lim'ər-ās) any enzyme that catalyzes polymerization, especially of nucleotides to polynucleotides.

**poly·me·ria** (pol"e-me're-ə) [*poly-* + Gr. *meros* part + *-ia*] a developmental anomaly characterized by the presence of supernumerary parts or organs of the body.

**poly·mer·ic** (pol"ĭ-mer'ik) exhibiting the characteristics of a polymer.

**po·lym·er·iza·tion** (pə-lim"ər-ĭ-za'shən) the act or process of forming a compound (polymer), usually of high molecular weight, by the combination of simpler molecules.

**poly·mer·ize** (pə-lim'ər-īz) to subject to or to undergo polymerization.

**poly·meta·car·pia** (pol"e-met"ə-kahr'pe-ə) [*poly-* + *metacarpus* + *-ia*] presence of more than the normal number of metacarpal bones.

**poly·meta·phos·phate** (pol"e-met"ə-fos'fāt) a phosphate polymer that serves as a phosphate reserve in microorganisms, appearing as a metachromatic granule.

**poly·meta·tar·sia** (pol"e-met"ə-tahr'se-ə) [*poly-* + *metatarsus* + *-ia*] presence of more than the normal number of metatarsal bones.

**poly·meth·yl** (pol"e-meth'əl) a chemical substance having two or more $CH_3$ (methyl) groups.

**poly·meth·yl·meth·ac·ryl·ate** (pol"e-meth"əl-meth-ak'rəl-āt) polymethyl methacrylate.

**poly·mi·cro·bi·al** (pol"e-mi-kro'be-əl) [*poly-* + *microbe*] characterized by the presence of several species of microorganisms.

**poly·mi·cro·bic** (pol"e-mi-kro'bik) polymicrobial.

**poly·mi·cro·gy·ria** (pol"e-mi"kro-ji're-ə) [*poly-* + Gr. *mikros* small + *gyros* convolution + *-ia*] a developmental anomaly of the brain characterized by development of numerous small convolutions (microgyri), causing mental retardation. Called also *microgyria* and *polygyria*.

**poly·mi·cro·lipo·ma·to·sis** (pol"e-mi"kro-lip"o-mə-to'sis) [*poly-* + Gr. *mikros* small + *lipomatosis*] lipomatosis marked by the presence in the subcutaneous tissues of numerous small lipomas.

**poly·mi·cro·tome** (pol"e-mi'kro-tōm) [*poly-* + *microtome*] a microtome which cuts several sections at once.

**Po·lym·nia** (pə-lim'ne-ə) [Gr.; one of the nine Muses] a genus of composite-flowered plants. *P. uvedalia* L., leafcup or bearsfoot, is anthelmintic, alterative, antispasmodic, and laxative.

**poly·morph** (pol'e-morf) colloquial term for a polymorphonuclear leukocyte; see *neutrophil*, def. 2.

**poly·mor·phic** (pol"e-mor'fik) [*poly-* + Gr. *morphē* form] occurring in several or many forms; appearing in different forms at different stages of development.

**poly·mor·phism** (pol"e-mor'fiz-əm) [*poly-* + Gr. *morphē* form] the quality or character of occurring in several different forms.

**balanced p.**, a state of equilibrium in which gene frequencies are maintained by a balance between mutation and selection.

**genetic p.**, the occurrence together in the same population of two or more genetically determined phenotypes in such proportions that the rarest of them cannot be maintained merely by recurrent mutation.

**restriction fragment length p. (RFLP)**, in molecular genetics, a polymorphism in DNA sequence that can be detected on the basis of differences in fragment lengths of DNA produced by digestion with a specific restriction endonuclease.

**poly·mor·pho·cel·lu·lar** (pol"e-mor"fo-sel'u-lər) [*poly-* + Gr. *morphē* form + L. *cellula* cell] having cells of many forms.

**poly·mor·pho·cyte** (pol"e-mor'fo-sīt) a cell with a polymorphic nucleus.

**poly·mor·pho·nu·cle·ar** (pol"e-mor"fo-noo'kle-ər) [*poly-* + Gr. *morphē* form + *nucleus*] 1. having a nucleus deeply lobed or so divided that it appears to be multiple. 2. a polymorphonuclear leukocyte; see *neutrophil*, def. 1.

**filament p.**, one whose nuclear segments are joined by the filaments.

**nonfilament p.**, one whose nuclear segments are joined by wide bands.

**poly·mor·phous** (pol"e-mor'fəs) polymorphic.

**Poly·mox** (pol'ĭ-moks) trademark for preparations of amoxicillin.

**poly·my·al·gia** (pol"e-mi-al'jə) myalgia affecting several muscles.

**p. arteri'tica**, p. rheumatica.

**p. rheuma'tica**, a syndrome in the elderly characterized by proximal joint and muscle pain, high erythrocyte sedimentation rate, and a self-limiting course; it is frequently associated with giant cell arteritis.

**poly·my·a·ri·an** (pol"e-mi-ar'e-ən) [*poly-* + Gr. *mys* muscle] having many muscle cells in each quadrant of a cross section, the cells being coelomyarian in type; said of the muscle arrangement in certain nematodes.

**poly·my·oc·lo·nus** (pol"e-mi-ok'lə-nəs) myoclonus in several muscles or groups simultaneously or in rapid succession; it occurs in myoclonic epilepsy and in some types of poisoning.

**poly·my·op·a·thy** (pol"e-mi-op'ə-the) disease affecting several muscles simultaneously.

**poly·myo·si·tis** (pol"e-mi"o-si'tis) [*poly-* + *myositis*] a chronic, progressive inflammatory disease of skeletal muscle, occurring in both children and adults, and characterized by symmetrical weakness of the limb girdles, neck, and pharynx, usually associated with pain and tenderness, and sometimes preceded or followed by manifestations typical of scleroderma, arthritis, systemic lupus erythematosus, or Sjögren's syndrome. It is also sometimes associated with malignancy, and may be accompanied by characteristic skin lesions (see *dermatomyositis*).

**trichinous p.**, trichinosis.

**poly·myx·in** (pol"e-mik'sin) the generic name for five polypeptide antibiotics (designated A, B, C, D, and E) derived from strains of the soil bacterium *Bacillus polymyxa*, having specific activity against gram-negative bacteria, including *Pseudomonas aeruginosa*, *Proteus vulgaris*, *Escherichia coli*, *Hemophilus influenzae*, *Aerobacter aerogenes*, and *Klebsiella pneumoniae*. The least toxic members of the group are polymyxins B, usually used in the form of the sulfate salt, and E (see *colistin*).

**p. B sulfate** [USP], the sulfate salt of the least toxic member of the polymyxin group, occurring as a buff-colored powder; used in the treatment of various systemic, urinary tract, ophthalmic, otic, and cutaneous infections due to susceptible gram-negative bacteria, especially *Pseudomonas aeruginosa*, administered orally, parenterally, and topically.

**poly·ne·sic** (pol"e-ne'sik) [*poly-* + Gr. *nēsos* island] multiple and insular; occurring in many foci.

**poly·neu·ral** (pol"e-noor'əl) [*poly-* + Gr. *neuron* nerve] pertaining to or supplied by several nerves.

**poly·neu·ral·gia** (pol"e-nŏŏ-ral'jə) neuralgia of several nerves.

**poly·neu·ric** (pol"e-noor'ik) polyneural.

**poly·neu·rit·ic** (pol"e-nŏŏ-rit'ik) pertaining to or affected with polyneuritis.

**poly·neu·ri·tis** (pol"e-nŏŏ-ri'tis) [*poly-* + Gr. *neuron* nerve + *-itis*] inflammation of several peripheral nerves at once; called also *multiple neuritis*.

**acute febrile p., acute idiopathic p.**, rapidly progressive ascending motor neuron paralysis of unknown etiology, frequently following an enteric or respiratory infection. An autoimmune mechanism following viral infection has been postulated. It begins with paresthesias of the feet, followed by flaccid paralysis and weakness of the legs, ascending to the arms, trunk, and face and is attended by slight fever, bulbar palsy, absent or lessened tendon reflexes, and an increase in the protein of the cerebrospinal fluid without corresponding increase in cells. Called also *Barré-Guillain syndrome*, *Guillain-Barré polyneuritis* or *syndrome*, *acute postinfectious p.*, *postinfectious p.*, *acute ascending spinal paralysis*, *acute infective p.* *acute postinfectious polyneuropathy*, and *Landry's paralysis or syndrome*.

**acute infective p., acute postinfectious p.**, acute idiopathic p.

**anemic p.**, see under *polyneuropathy*.

**cranial p.**, mononeuritis multiplex involving several cranial nerves, characterized by facial palsy or any of various ocular conditions; sometimes seen as part of sarcoid neuropathy.

**endemic p., p. ende'mica**, beriberi.

# McGraw-Hill Dictionary of Scientific and Technical Terms

## Fifth Edition

**Sybil P. Parker**
Editor in Chief

McGraw-Hill, Inc.
New York San Francisco Washington, D.C.
Auckland Bogotá Caracas Lisbon London Madrid Mexico City Milan
Montreal New Delhi San Juan Singapore Sydney Tokyo Toronto

On the cover: Photomicrograph of crystals of v
(Dennis Kunkel, University of Hawaii)

Included in this Dictionary are definitions which have bee d previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., C© 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyc* opyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed ht © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Stan dbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights res

In addition, material has been drawn from the following ref. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glos ndardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manu ol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Ae and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and A ons*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Term* Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, Natio u of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., De of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bu ines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilatior in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of St nology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, ative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-30

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AN NICAL TERMS, Fifth Edition**

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, ights reserved. Printed in the Uned States of America. Except as permitted under the United States Copy of 1976, no part of this publicaton may be reproduced or distributed in any form or by any means, or sto atabase or retrieval system, witbut the prior written permission of the publisher.

2 3 4 5 6 7 8 9 0 DOW/DOW 9 9 8 7 6 5 4

ISBN 0-07-042333-4

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms /
Sybil P. Parker, editor in chief.—5th ed.
p. cm.
ISBN 0-07-042333-4
1. Science—Dictionaries. 2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34 1993
503—dc20 93-34772
CIP

**INTERNATIONAL EDITION**

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture a . This book cann t be re-exported from the country to which it is consigned by McGraw-Hill. The Inten Edition is not av lable in North America.

When ordering this title, use ISBN 0-07-113584-7.

serves in which it is assumed that each drill hole has an area of influence extending halfway to the neighboring drill holes. { pə'lig·ən·əl 'meth·əd }

**polygonal ring structure** [ASTRON] A lunar crater whose wall approximates a polygon in shape. { pə'lig·ən·əl 'riŋ ,strək·chər }

**polygonization** [SOLID STATE] A phenomenon observed during the annealing of plastically bent crystals in which the edge dislocations created by cold working organize themselves vertically above each other so that polygonal domains are formed. { pə,lig·ə·nə'zā·shən }

**polygon of vectors** [MATH] A polygon all but one of whose sides represent vectors to be added, directed in the same sense along the perimeter, and whose remaining side represents the sum of these vectors, directed in the opposite sense. { ¦päl·i,gän əv 'vek·tərz }

**polygon wall** *See* tilt boundary. { 'päl·i,gän ,wȯl }

**polygraph** *See* lie detector. { 'päl·i,graf }

**polyhalite** [MINERAL] $K_2MgCa_2(SO_4)_4 \cdot 2H_2O$ A sulfate mineral usually found in fibrous brick-red masses due to iron. { ,päl·i'ha,līt }

**polyhaloalkane** [ORG CHEM] An alkane derivative in which two or more hydrogen atoms have been replaced by halogen atoms. { ,päl·ē,ha·lō'al,kān }

**polyhalogeno compound** [ORG CHEM] An organic compound containing more than one halogen atom. { ,päl·ē·hə'läj·ə·nō ,käm,paund }

**polyhedral angle** [MATH] The shape formed by the lateral faces of a polyhedron which have a common vertex. { ¦päl·i¦hē·drəl 'aŋ·gəl }

**polyhedral disease** *See* polyhedrosis. { ¦päl·i¦hē·drəl di'zēz }

**polyhedric projection** [MAP] A projection for large-scale topographic maps in which a small quadrangle on the sphere or spheroid is projected onto a plane trapezoid, the rectilinear parallels and meridians corresponding closely to arc distances on the sphere or spheroid. { ¦päl·i¦hē·drik prə'jek·shən }

**polyhedron** [MATH] A solid bounded by planar polygons. { ¦päl·i¦hē·drən }

**polyhedrosis** [INV ZOO] Any of several virus diseases of insect larvae characterized by the breakdown of tissues and presence of polyhedral granules. Also known as polyhedral disease. { ,päl·i·hē'drō·səs }

**polyhidrosis** *See* hyperhidrosis. { ¦päl·i·hī'drō·səs }

**polyhydramnios** [MED] An excessive volume of amniotic fluid. Also known as hydramnios. { ¦päl·i·hī'dram·nē,ōs }

**polyhydric alcohol** [ORG CHEM] An alcohol with many hydroxyl (—OH) radicals, such as glycerol, $C_3H_5(OH)_3$. Also known as polyalcohol; polyol. { ¦päl·i¦hī·drək 'al·kə,hȯl }

**polyhydric phenol** [ORG CHEM] A phenolic compound containing two or more hydroxyl groups, such as diphenol, $C_6H_4(OH)_2$. { ¦päl·i¦hī·drək 'fē,nȯl }

**polyimide resin** [ORG CHEM] An aromatic polyimide made by reacting pyromellitic dianhydride with an aromatic diamine; has high resistance to thermal stresses; used to make components of internal combustion engines. { ¦päl·ē'i,mīd ,rez·ən }

**polyisoprene** [ORG CHEM] $(C_5H_8)_x$ The basis of natural rubber, balata, gutta-percha, and other rubberlike materials; can also be made synthetically; the stereospecific forms are *cis*-1,4- and *trans*-1,4-polyisoprene; the polymer is thermoplastic. { ¦päl·ē'ī·sə,prēn }

**polykaryocyte** *See* syncytium. { ¦päl·i'kar·ē·ə,sīt }

**polylactic resin** [ORG CHEM] A soft, elastic resin made by the heat reaction of lactic acid with castor oil or other fatty oils; used to produce tough, water-resistant coatings. { ¦päl·i¦lak·tik 'rez·ən }

**polyligated atom** [PHYS CHEM] An atom that is bonded to more than one other atom. { ,päl·ē¦lī,gād·əd 'ad·əm }

**polyline** [COMPUT SCI] In computer graphics, a series of connected line segments and arcs that are treated as a single entity. { 'päl·ē,līn }

**polyliner** [ENG] A perforated sleeve with longitudinal ribs that is used inside the cylinder of an injection-molding machine. { 'päl·i,līn·ər }

**polymenorrhea** *See* metrorrhagia. { ¦päl·i,men·ə'rē·ə }

**polymer** [ORG CHEM] Substance made of giant molecules formed by the union of simple molecules (monomers); for example, polymerization of ethylene forms a polyethylene chain, or condensation of phenol and formaldehyde (with production of water) forms phenol-formaldehyde resins. { 'päl·ə·mər }

**Polymera** [INV ZOO] Formerly a subphylum of the Vermes; equivalent to the phylum Annelida. { pə'lim·ə·rə }

**polymerase** [BIOCHEM] An enzyme that links nucleotides together to form polynucleotide chains. { pə'lim·ə,rās }

**polymerase chain reaction** [MOL BIO] A technique for copying and amplifying the complementary strands of a target deoxyribonucleic acid molecule. Abbreviated PCR. { pə¦lim·ə,rās 'chān rē,ak·shən }

**polymere** *See* polygene. { 'päl·ə,mir }

**polymer gasoline** [MATER] A product of polymerization of normally gaseous hydrocarbons to form high-octane liquid hydrocarbons boiling in the gasoline range. { 'päl·ə·mər 'gas·ə,lēn }

**polymerization** [CHEM] **1.** The bonding of two or more monomers to produce a polymer. **2.** Any chemical reaction that produces such a bonding. { pə,lim·ə·rə'zā·shən }

**polymer paint** [MATER] A paint made of acrylic resin or vinyl resin, or a combination of both resins, in a liquid form with water as the base; it spreads out in a layer, and the water evaporates to leave a continuous, flexible, and waterproof film of plastic. { 'päl·ə·mər ¦pānt }

**polymer plastic** [MATER] The product of a high polymer with or without additives, such as plasticizers, autooxidants, colorants, or fillers; can be sprayed, shaped, molded, extruded, cast or foamed, depending on whether it is thermoplastic or thermosetting. { 'päl·ə·mər ¦plas·tik }

**polymetamorphic diaphthoresis** [GEOL] Retrograde changes during a second phase of metamorphism that is clearly separated from a previous, higher-grade metamorphic period. { ¦päl·i,med·ə'mȯr·fik dī,af·thə'rē·səs }

**polymetamorphism** [GEOL] Polyphase or multiple metamorphism whereby two or more successive metamorphic events have left their imprint upon the same rocks. { ¦päl·i,med·ə'mȯr,fiz·əm }

**polymethyl methacrylate** [ORG CHEM] A thermoplastic polymer that is derived from methyl methacrylate, $CH_2{=}C(CH_3)COOCH_3$; transparent solid with excellent optical qualities and water resistance; used for aircraft domes, lighting fixtures, optical instruments, and surgical appliances. { 'päl·i,meth·əl mə'thak·rə,lāt }

**polymictic** [HYD] Pertaining to or characteristic of a lake having no stabile thermal stratification. [PETR] Of a clastic sedimentary rock, being made up of many rock types or of more than one mineral species. { ¦päl·i¦mik·tik }

**polymignite** *See* polymignyte. { ,päl·i'mig,nīt }

**polymignyte** [MINERAL] $(Ca,Fe,Y,Zr,Th)(Nb,Ti,Ta)O_4$ A black mineral composed of niobate, titanate, and tantalate of cerium-group metals, with calcium and iron. Also spelled polymignite. { ,päl·i'mig,nīt }

**polymodal distribution** [STAT] A frequency distribution characterized by two or more localized modes, each having a higher frequency of occurrence than other immediately adjacent individuals or classes. { ¦päl·i'mōd·əl ,dis·trə'byü·shən }

**polymorph** [BIOL] An organism that exhibits polymorphism. [CRYSTAL] One of the crystal forms of a substance displaying polymorphism. Also known as polymorphic modification. [HISTOL] *See* granulocyte. { 'päl·i,mȯrf }

**polymorphic modification** *See* polymorph. { ¦päl·i¦mȯr·fik ,mäd·ə·fə'kā·shən }

**polymorphic system** [COMPUT SCI] A computer system that is organized around a central pool of shared software modules which are selected as they are needed for processing. { ¦päl·i¦mȯr·fik 'sis·təm }

**polymorphism** [BIOL] **1.** Occurrence of different forms of individual in a single species. **2.** Occurrence of different structural forms in a single individual at different periods in the life cycle. [CRYSTAL] The property of a chemical substance crystallizing into two or more forms having different structures, such as diamond and graphite. Also known as pleomorphism. [GEN] The coexistence of genetically determined distinct forms in the same population, even the rarest of them being too common to be maintained solely by mutation; human blood groups are an example. { ,päl·i'mȯr,fiz·əm }

**polymorphonuclear leukocyte** *See* granulocyte. { ¦päl·i,mȯr·fō'nü·klē·ər 'lü·kə,sīt }

**polymyarian** [INV ZOO] Referring to the cross-sectional appearance of muscle cells in a nematode, having many cells in each quadrant. { ¦päl·i,mī¦ar·ē·ən }

# LAROUSSE

*Dictionary of*

# SCIENCE *and* TECHNOLOGY

*General Editor*
Professor Peter M B Walker, CBE, FRSE

LAROUSSE

LAROUSSE
Larousse plc
43–45 Annandale Street, Edinburgh, EH7 4AZ
Larousse Kingfisher Chambers Inc.
95 Madison Avenue, New York, New York 10016

This edition first published by Larousse 1995
Preceding edition published in the UK under the title *Chambers Science and Technology Dictionary* by W & R Chambers Ltd 1988, and by agreement in North America under the title *Cambridge Dictionary of Science and Technology*
First edition published (as *Chamber's Technical Dictionary*) in the UK by W & R Chambers Ltd 1940, revised 1958 (as *Chambers Dictionary of Science and Technology*), 1971, 1974, and 1984 (as *Chambers Science and Technology Dictionary*)

10 9 8 7 6 5 4 3 2 1

Copyright © Larousse plc 1995
Copyright © on material from preceding edition, W & R Chambers Ltd 1988

Illustrations drawn by Peter Walker
Copyright © Larousse plc 1995

All rights reserved

British Library Cataloguing in Publication Data
for this book is available from the British Library

Library of Congress Catalog Card Number 94-73123

ISBN 0-7523-0010-5 (hardback)
ISBN 0-7523-0011-3 (paperback)

The publisher would like to thank Jack Weigel, Coordinator of the Science Library at the University of Michigan/Ann Arbor, for his invaluable assistance in reviewing the material for this volume.

Printed in Great Britain by Clays Ltd, St Ives plc

Ref

ylene terep...
lyester rub...
r resins etc...
ics) Range of...
ation of poly...
anhydrides. M...
d propylene...
ich are polym...
vith glass fibr...
oat hulls, car bo...
itly used to incre...
thermosets.
Heat-resistant poly...
y ether (–O–) an...
in. Tough therm...
~335°C for Victrex...
ne resistance has led...

of melt-processable...
hain. TN Ultem.
lycols made from...
de. Used as inter-...
rethanes, antistatic...
TMEG.
philic hydrocarbon...
mbranes of cells in...
fusion and produc-...
rly in the formation...
tibody production.

luble polymer with...
used in cosmetics,...
duces laminar flow...
concentrations, so...
tput from hose etc.

waxy translucent...
erization of ethene...
asily moulded and...
l in the form of film...
, clothing, etc, and...
d electrical insula-...
by the trademark...
nclude low-density...
ethylene, medium...
lyethylene, Sclair,...
lene; copolymers:...
R, polypropylene-...
pectra. Also poly-...

cs) The chemical...
sis of Terylene and...

lyoxymethylene...
te, pistillate and...
and on distinct...

e than one of the...
eeding season. n...

ntrol *quantitative*...
ts are too small to...

genetic component...
individually small...

figure.
in plan forms a...
right lines.
work in which the...
g polygonal faces.
roods in a year.
whose sides are...
acting at a point,
yclic around the...

...The polygon is closed if the forces are in ...lib..., otherwise the closing side of the polygon is ... and proportional to the equilibrant of the forces.

...h (*Behav*) A recording device which can pick up ...logical changes in the form of electrical impulses, ...cord them on a moving roll of paper. Also *Lie* ...

...ous (*Zool*) Said of a male animal which mates ...ore than one female.

...lite (*Min*) $K_2MgCa_2(SO_4)_4 2H_2O$. A hydrated ...ate of potassium, magnesium and calcium. Found ... deposits.

...dron (*Maths*) A solid rectilinear figure. Cf *regular* ...*x solids*.

...dantoin (*Plastics*) Heat-resistant polymer having ...ure of aromatic and aliphatic rings in its main chain. ...as wire enamel and insulating film for eg electric ...s. Can also be used as solder-resistant base for ...le circuitry.

...hydric (*Chem*) Containing a number of hydroxyl ...s in the molecule, eg *polyhydric alcohols*, alcohols ... three, four, or more hydroxyl groups.

...imides (*Chem*) Polymers with the functional ...O–NR–CO– group, and therefore akin to poly-...s. Commercial materials are aromatic, so are heat ...ant to over 300°C. Film used in electronic circuitry ...flexible circuits), bulk in rod form. See **thermosets**.

...soprene (*Chem*) Main polymer in natural rubber, ...also available synthetically. See **elastomers**. Also *cis-*...*isoprene, isoprene rubber*.

...sine (*Biol*) A polymer with multiple positive ...es used in cell biology and microscopy to mediate ...ion of living or fixed cells to culture surfaces or ...

...astia, polymastism (*Med*) The presence of super-...merary breasts.

...er (*Plastics*) A material built up from a series of ...maller units (*monomers*), which may be relatively ...le, such as ethene (the unit of polythene), or ...tively complex, such as methyl methacrylate (see ...spex). The molecular size of the polymer helps to ...ermine the mechanical properties of the plastic ...terial and ranges from a few hundred of the basic ...its to perhaps hundreds of thousands.

...merase (*Biol*) Enzymes producing a polynucleotide ...ence, complementary to a pre-existing *template* ...nucleotide. DNA polymerase requires a **primer** from ...ich to start polymerization whereas RNA polymerase ...es not.

...ymerase chain reaction (*Biol*) Method of amplify-...ng DNA sequences a few hundred bases long by over a ...illion-fold without using methods of **genetic manipula-**...**on** which need biological vectors. It requires two ...ligonucleotide **primers** which flank the sequence to be ...mplified but which bind to opposite strands. A cycle in ...hich the DNA, and later the newly synthesized ...polynucleotide, is first denatured at high temperature ...95°C), then annealed to the primers at a lower ...mperature (about 50°C) followed by the polymerase ...eaction at an intermediate temperature (about 70°C), is ...epeated some 20 times. Although different DNA **polymerases** can be used, the highest specificity is ...obtained (with the temperatures mentioned) when a ...thermostable polymerase like that isolated from the bacterium, *Thermus aquaticus*, is used. This enzyme ...rvives the high temperature of the denaturation step ...nd need not be replaced at each cycle. Results suggest ...the method can amplify a single target sequence in a ...illion cells.

**...lymer crystallization** (*Plastics*) Phenomenon where ...rystallizable polymers form crystallites, spherulites etc ...t a characteristic temperature not identical with ...polymer melting point, $T_m$. In general, crystallization ...temperature falls midway between $T_g$ and $T_m$ for most ...polymers. See **crystallization of polymers**.

**polymer engineering** (*Plastics*) Application of polymer science to practical problems involving properties and use of polymeric materials in demanding environments.

**polymeric glass** (*Glass*) See **glasses**.

**polymer identification** (*Chem*) Variety of methods used to determine components in polymeric material. Complete analysis specifies repeat unit(s) and molecular mass distribution (MMD) of chains plus identity of fillers and other additives. Methods include IR, ultraviolet and **nuclear magnetic resonance spectroscopy** for soluble thermoplastics and **pyrolysis gas chromatography** and swelling tests for thermosets. Controlled degradation to identifiable soluble products at ambient temperature may also be useful.

**polymerization** (*Chem*) The combination of several molecules to form a more complex molecule, usually by a step- or chain-growth polymerization mechanism. See **polymers**.

**polymer melting** (*Chem*) Phenomenon of crystalline polymers melting at a characteristic temperature, dependent on rate of heating, impurities present, polymer type and molecular mass. Not to be confused with polymer crystallization temperature. See **crystallization of polymers, viscoelasticity**.

**polymerous** (*Bot*) Having many members in a whorl, eg many petals.

**polymers** (*Chem*) Long-chain molecules built up by multiple repetition of groups of atoms known as repeat units. Structure is specified by the shape of individual or groups of chains in space, conformation, and by the way each chain is constructed from its covalently bonded atoms, configuration. The latter is determined mainly during polymerization. The molecular size of the polymer helps to determine the mechanical properties, esp strength. See **stereoregular polymers**.

**polymer selection** (*Eng*) See **PLASCAMS, EPOS, CAMPUS, CAPS, materials selection**.

**polymethyl methacrylate** (*Plastics*) The chemical name for Perspex and Lucite etc. Rigid glassy thermoplastic used for glazing, optical devices, baths and aircraft windows etc. Usually of very high molecular mass in sheet form (ca one million). Used as a positive resist for electron beam lithography in semiconductor processing. Abbrev *PMMA*.

**poly(4-methylpent-1-ene)** (*Plastics*) Isotactic, transparent aliphatic polyolefin prone to brittle cracking.

**polymorph** (*Aero*) The term applied by Barnes Wallis to his supersonic aircraft designs incorporating *variable sweep* wings.

**polymorphic function** (*Comp*) One that can handle a number of **data types**.

**polymorphic transformation** (*Eng*) A change in a pure metal from one form to another, eg the change from γ- to α-iron.

**polymorphism** (*Biol*) (1) The presence in a population of two or more alleles of a particular gene. It may be the result of selective advantage of the heterozygotes or of the rarer forms. (2) The occurrence of different structural forms at different stages of the life cycle of the individual. Adjs *polymorphic, polymorphous*.

**polymorphism** (*Comp*) The inclusion of **polymorphic functions** in programs.

**polymorphism** (*Min*) The property possessed by certain chemical compounds of crystallizing in several forms which are structurally distinct; thus $TiO_2$ (titanium dioxide) occurs as the mineral species *anatase, brookite* and *rutile*.

**polymorphonuclear leucocyte** (*Immun*) Cell of the myeloid series which in its mature form has a multilobed nucleus and cytoplasm containing granules. They are present in inflammatory exudates and in the blood, where unlike erythrocytes, they have only a short residence time. Term includes neutrophil, eosinophil and basophil leucocytes.

**polyneuritis** (*Med*) A wide spread affection of many peripheral nerves with flaccid paralysis of muscles and/

# STEDMAN'S Medical Dictionary

26th Edition

ILLUSTRATED IN **COLOR**

Williams & Wilkins

Baltimore • Philadelphia • Hong Kong
London • Munich • Sydney • Tokyo

A WAVERLY COMPANY



*Editor:* Marjory Spraycar
*Senior Editor:* Elizabeth Randolph
*Editorial Assistant:* Maureen Barlow Pugh
*Copy Editors:* Christopher Muldor, Jane Sellman, Barbara Werner
*On-Line Editors:* Kathryn J. Cadle, Barbara L. Ferretti, Catherine N. Kelly, Leslie Simpson
*Editorial Proofreaders:* Peter W. Binns, Jolanta Obrebska, Carol Sorgen
*Medical Proofreaders:* Alfred Jay Bollet, M.D.; John H. Dirckx, M.D.; Thomas W. Filardo, M.D.; Robert Hogan, M.D.; Edward Stim, M.D.
*Database Programmers:* Dennis P. Smithers, Dave Marcus, Lexi-Comp Inc., Hudson, OH
*Production Coordinator:* Paula K. Huber
*Printing Coordinator:* Brian Smith
*Illustration Planning:* Wayne J. Hubbel
*Design:* Robert C. Och, Dan Pfisterer
*Cover Design:* Sharon Reuter, Reuter & Associates

Copyright © 1995
Williams & Wilkins
351 W. Camden Street
Baltimore, MD 21201, USA

Copyright © by William Wood and Company: 1911, 1st ed.; 1912, 2nd ed.; 1914, 3rd ed.; 1916, 4th ed.; 1918, 5th ed.; 1920, 6th ed.; 1922, 7th ed.; 1924, 8th ed.; 1926, 9th ed.; 1928, 10th ed.; 1930, 11th ed.

Copyright © by Williams & Wilkins: 1933, 12th ed.; 1935, 13th ed.; 1939, 14th ed.; 1942, 15th ed.; 1946, 16th ed.; 1949, 17th ed.; 1953, 18th ed.; 1957, 19th ed.; 1961, 20th ed.; 1966, 21st ed.; 1972, 22nd ed.; 1976, 23rd ed.; 1982, 24th ed.; 1990, 25th ed.

All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner.

*Stedman's* is a registered trademark of Williams & Wilkins.

Indications, adverse reactions and dosage schedules for drugs set forth in this dictionary are provided by the authors. Williams & Wilkins has not independently verified the accuracy of that information and does not make any representation in regard to its accuracy. The reader should review the package information data of the manufacturers of the medications mentioned.

*Database design by Lexi-Comp Inc., Hudson, OH*
*Printed in the United States of America by R.R. Donnelley & Sons Company*

English Language Co-editions
Asian 1967, 1972, 1976
Indian 1967, 1973
Taiwan 1972, 1978

Translated Editions
Greek 1976
Indian 1977
Japanese 1977, 1985, 1995
Portuguese 1976, 1995
Spanish 1993

**Library of Congress Cataloging-in-Publication Data**

Stedman, Thomas Lathrop, 1853-1938.
[Medical dictionary]
*Stedman's* medical dictionary.—26th ed.
p. cm.
ISBN 0-683-07922-0 REGULAR EDITION
ISBN 0-683-07935-2 DELUXE EDITION
1. Medicine—Dictionaries. I. Title. II. Title: Medical dictionary.
[DNLM: 1. Dictionaries, Medical. W 13 S812m 1995]
R121.58 1995
610'.3—dc20
DNLM/DLC
for Library of Congress

97 98 99
3 4 5 6 7 8 9 10

**y·er·gic** (pol-ē-er′jik). Capable of acting in several different ways. [poly- + G. *ergon*, work]

**y·es·the·sia** (pol-ē-es-thē′zē-ă). A disorder of sensation in which a single touch or other stimulus is felt as several. [poly- + *aisthēsis*, sensation]

**y·es·tra·di·ol phos·phate** (pol′ē-es-tră-dī′ol). An estradiol phosphate polymer, used as a long-acting estrogen for treatment of prostatic carcinoma.

**y·es·trous** (pol-ē-es′trŭs). Having two or more estrous cycles in a mating season.

**l·y·eth·y·lene gly·cols (PEGs)** (pol-ē-eth′i-lēn). Polyoxyethylene) glycols; condensation polymers of ethylene oxide and water, of the general formula $HO(CH_2CH_2O)_nH$, where *n* equals the average number of oxyethylene groups (300–6,000); they vary in consistency based on molecular size; PEG 300 is a viscous liquid; PEG 600 is a waxlike solid; PEGs are soluble in water, and are used as pharmaceutic aids.

**l·y·fruc·tose** (pol-ē-fruk′tōs). SYN fructosan.

**l·y·ga·lac·tia** (pol′ē-gă-lak′tē-ă, -shē-ă). Excessive secretion of breast milk, especially at the weaning period. [poly- + G. *gala*, milk]

**l·y·ga·lac·tu·ro·nase** (pol′ē-gă-lak′tū-ron-ās). Pectin depolymerase; an enzyme catalyzing the random hydrolysis of 1,4-α-D-galactosiduronic linkages in pectate and other galacturonans. SYN pectinase.

**l·y·gan·gli·on·ic** (pol′ē-gang-glē-on′ik). Containing or involving many ganglia.

**l·y·gene** (pol′ē-jēn). One of many genes that contribute to the phenotypic value of a measurable phenotype.

**l·y·gen·ic** (pol-ē-jen′ik). Relating to a hereditary disease or normal characteristic controlled by the added effects of genes at multiple loci.

**ol·y·glan·du·lar** (pol-ē-glan′dū-lăr). SYN pluriglandular.

**oly-β-glu·co·sa·min·i·dase.** SYN chitinase.

**ol·y·glu·ta·mate** (pol-ē-glū′tă-māt). SYN poly(glutamic acid).

**ol·y(glu·tam·ic ac·id)** (pol′ē-glū-tam′ik). A polymer of glutamic acid residues in the usual peptide linkage (α-carboxyl to α-amino). SEE poly- (2). SEE ALSO poly(γ-glutamic acid). SYN polyglutamate.

**oly(γ-glu·tam·ic ac·id).** A polypeptide formed of glutamic acid residues, the γ-carboxyl group of one glutamic acid being condensed to the amino group of its neighbor; occurs naturally in the anthrax bacillus capsule.

**oly(gly·col·ic ac·id)** (pol′ē-glī-kol′ik). A polymer of glycolic acid, used in absorbable surgical sutures. [see poly- (2)]

**ol·y·gna·thus** (pol-ē-nath′ŭs, pŏ-lig′na-thŭs). Unequal conjoined twins in which the parasite is attached to the jaw of the autosite. SEE conjoined *twins*, under *twin*. [poly- + G. *gnathos*, jaw]

**ol·y·graph** (pol′ē-graf). **1.** An instrument to obtain simultaneous tracings from several different sources; *e.g.*, radial and jugular pulse, apex beat of the heart, phonocardiogram, electrocardiogram. The ECG is nearly always included for timing. **2.** An instrument for recording changes in respiration, blood pressure, galvanic skin response, and other physiological changes while the person is questioned about some matter or asked to give associations to relevant and irrelevant words; the physiological changes are presumed to be indicators of emotional reactions, and thus whether the person is telling the truth. SYN lie detector. [poly- + G. *graphō*, to write]

Mackenzie's p., an instrument consisting of a system of tambours and a time-marker for recording simultaneously the jugular and arterial pulses and the apex beat; formerly used in the clinical investigation of cardiac arrhythmias.

**pol·y·gy·ria** (pol-ē-jī′rē-ă). Condition in which the brain has an excessive number of convolutions. [poly- + G. *gyros*, circle, gyre]

**pol·y·he·dral** (pol-ē-hē′drăl). Having many sides or facets. [G. *polyedros*, many-sided, fr. poly- + G. *hedra*, seat, facet]

**pol·y·hex·os·es** (pol-ē-heks′ōs-ez). SYN hexosans.

**pol·y·hi·dro·sis** (pol′ē-hī-drō′sis). SYN hyperhidrosis.

**pol·y·hy·brid** (pol-ē-hī′brid). The offspring of parents differing from each other in more than three characters.

**pol·y·hy·dram·ni·os** (pol′ē-hī-dram′nē-os). Excess amount of amniotic fluid. [poly- + G. *hydōr*, water, + amnion]

**pol·y·hy·dric** (pol-ē-hī′drik). Containing more than one hydroxyl group, as in polyhydric alcohols (glycerol, $C_3H_5(OH)_3$) or polyhydric acids (*o*-phosphoric acid, $OP(OH)_3$).

**pol·y·hy·per·men·or·rhea** (pol-ē-hī′per-men-ō-rē′ă). Frequent and excessive menstruation. [poly- + G. *hyper*, above, + *mēn*, month, + *rhoia*, flow]

**pol·y·hy·po·men·or·rhea** (pol-ē-hī′pō-men-ō-rē′ă). Frequent but scanty menstruation. [poly- + G. *hypo*, below, + *mēn*, month, + *rhoia*, a flow]

**pol·y·i·dro·sis** (pol′ē-i-drō′sis). SYN hyperhidrosis.

**pol·y·iso·pre·nes** (pol-ē-ī′sō-prēnz). SYN polyterpenes.

**pol·y·iso·pre·noids** (pol-ē-i-sō-prē-nōydz). SYN polyterpenes.

**pol·y·kar·y·o·cyte** (pol-ē-kar′ē-ō-sīt). A cell containing many nuclei, such as the osteoclast. [poly- + G. *karyon*, kernel, + *kytos*, cell]

**pol·y·lac·to·sa·mines** (pol-ē-lak-tōs′a-mēnz). A class of glycoproteins containing repeating lactosamine units in their oligosaccharide components; the I/i blood group substances belong to this class.

**pol·y·lep·tic** (pol-ē-lep′tik). Denoting a disease occurring in many paroxysms, *e.g.*, malaria, epilepsy. [poly- + G. *lēpsis*, a seizing]

**pol·y·link·er** (pol-ē-link′er). An inserted sequence of DNA in recombinant DNA vectors consisting of a cluster of numerous restriction endonuclease sites unique in the plasmid; also called restriction site bank and polycloning site.

**pol·y·lo·gia** (pol-ē-lō′jē-ă). Continuous and often incoherent speech. [poly- + G. *logos*, word]

**pol·y·mas·tia** (pol-ē-mas′tē-ă). In humans, a condition in which more than two breasts are present. SYN hypermastia (1), multimammae, pleomastia, pleomazia, polymazia. [poly- + G. *mastos*, breast]

**pol·y·mas·ti·gote** (pol-ē-mas′ti-gōt). A mastigote having several grouped flagella. [poly- + G. *mastix*, a whip]

**pol·y·ma·zia** (pol-ē-mā′zē-ă). SYN polymastia. [poly- + G. *mazos*, breast]

**pol·y·meg·eth·ism** (pol′ē-meg′-ē-thism). A greater than normal variation in the size of the cells of the human corneal endothelium.

**pol·y·me·lia** (pol-ē-mē′lē-ă). A developmental defect in which there are supernumerary limbs or parts of limbs. [poly- + G. *melos*, limb]

**pol·y·men·or·rhea** (pol-ē-men-ō-rē′ă). Occurrence of menstrual cycles of greater than usual frequency. [poly- + G. *mēn*, month, + *rhoia*, flow]

**pol·y·mer** (pol′i-mer). A substance of high molecular weight, made up of a chain of repeated units sometimes called "mers." SEE ALSO biopolymer. [see -mer (1)]

structure of polymer membrane

cross-linked p., a p. in which long-chain molecules are attached to each other, forming a two- or three-dimensional network. SYN cross-linked resin.

**pol·y·mer·ase** (po-lim′er-ās). General term for any enzyme cata-

po

# Concise **Science** Dictionary

THIRD EDITION

Oxford New York

OXFORD UNIVERSITY PRESS

1996

Oxford University Press, Walton Street, Oxford OX2 6DP
Oxford New York
Athens Auckland Bangkok Bombay
Calcutta Cape Town Dar es Salaam Delhi
Florence Hong Kong Istanbul Karachi
Kuala Lumpur Madras Madrid Melbourne
Mexico City Nairobi Paris Singapore
Taipei Tokyo Toronto
and associated companies in
Berlin Ibadan

Oxford is a trade mark of Oxford University Press

© Market House Books Ltd. 1984, 1991, 1996

First edition 1984
Second edition 1991
Third edition 1996

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press. Within the UK, exceptions are allowed in respect of any fair dealing for the purpose of research or private study, or criticism or review, as permitted under the Copyright, Designs and Patents Act, 1988, or in the case of reprographic reproduction in accordance with the terms of the licences issued by the Copyright Licensing Agency. Enquiries concerning reproduction outside these terms and in other countries should be sent to the Rights Department, Oxford University Press, at the address above

This book is sold subject to the condition that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
ISBN 0-19-280033-7 (pbk.)

10 9 8 7 6 5 4 3 2 1

Printed in Great Britain by
Mackays
Chatham, Kent

BUSINESS/SCIE
CHICA

Prefa

The new e
year unive
come acro
For examp
about the
reference
scientific
At this
relating to
earth scie
and comp
particula
temperatu
chemistry
genetics,
In com
effort to
bearing in
lack of un
references
word can
clarificati
asterisk p
indicating
convenien
abbreviati
headword
printed in
Where
line-drawi
include th
tables to a
plant and

to a pressure in excess of 1500 atmospheres and a temperature of 200°C. Low-density polyethene (r.d. 0.92) has a formula weight between 50 000 and 300 000, softening at a temperature around 110°C, while the high-density polyethene (r.d. 0.945–0.96) has a formula weight up to 3 000 000, softening around 130°C. The low-density polymer is less crystalline, being more atactic. Polyethene is used as an insulator; it is acid resistant and is easily moulded and blown. *See* **Phillips process; Ziegler process.**

**polyethylene** *See* **polyethene.**

**polygene** Any of a group of genes influencing a quantitative characteristic, e.g. height in man. *See* **multifactorial inheritance.**

**polygon** A plane figure with a number of sides. In a *regular polygon* all the sides and internal angles are equal. For such a polygon with $n$ sides, the interior angle is $(180 - 360/n)$ degrees and the sum of the interior angles is $(180n - 360)$ degrees.

**polygon of forces** A polygon in which the sides represent, in magnitude and direction, all forces acting on a rigid body. The side required to close the polygon represents the resultant of a system of forces.

**polyhedron** A solid bounded by polygonal faces. In a *regular polyhedron* all the faces are congruent regular polygons. The cube is one of five possible regular polyhedrons. The others are the *tetrahedron* (four triangular faces), the *octahedron* (eight triangular faces), the *dodecahedron* (twelve pentagonal faces), and the *icosahedron* (twenty triangular faces).

**polyhydric alcohol** An *alcohol that has several hydroxyl groups per molecule.

**polymer** A substance having large molecules consisting of repeated units (the monomers). There are a number of natural polymers, such as polysaccharides. Synthetic polymers are extensively used in *plastics. Polymers do not have a definite formula since they consist of chains of different lengths. In a crystalline polymer, it is possible for regular arrangements of groups to occur along the chain. Such polymers are said to be *stereospecific*. There are two types of stereospecific polymer: *isotactic polymers* and *syndiotactic polymers* (see illustration). An *atactic polymer* is one that has no regular arrangement along the chain.

**polymerase** Any enzyme that catalyses the elongation of a polymeric molecule. *RNA polymerases* catalyse the synthesis of RNA using as a template either an existing DNA strand (*DNA-dependent RNA polymerase*) or an RNA strand. *DNA polymerases* catalyse the elongation of a new DNA strand during DNA replication, using an existing DNA strand as template. *RNA-directed DNA polymerase* is more usually known as *reverse transcriptase.

**polymerase chain reaction** (PCR) A technique used to replicate a fragment of DNA so as to produce many copies of a particular DNA sequence. PCR is commonly employed as an alternative to *gene cloning as a means of amplifying genetic material for *gene sequencing, and is also used to measure *gene expression. The two strands of the DNA are separated by heating and short sequences of a single DNA strand (*primers*) are added, together with a supply of free nucleotides and DNA *polymerase obtained from a bacterium that can withstand extreme heat. In a series of heating and cooling cycles, the DNA sequence doubles with each cycle and is thus rapidly amplified.

**polymerization** A chemical reaction in which molecules join together to form a polymer. If the reaction is an addition reaction, the process is *addition polymerization*; condensation reactions cause *condensation polymerization*, in which a small molecule is eliminated during the reaction. Polymers consisting of a single monomer are *homopolymers*; those formed from two different monomers are *copolymers*.

**polymethanal** A solid polymer of methanal, formed by evaporation of an aqueous solution of methanal.

**polymethylmethacrylate** A clear thermoplastic acrylic material made by polymerizing methyl methacrylate. The

Addition poly

$H_2N—(CH_2)_6$

1,6-diamino

Condensation p

alternating

random

block

graft

Types of copoly

*Polymers*

# CHAMBERS

# DICTIONARY OF SCIENCE AND TECHNOLOGY

*General Editor*
Professor Peter M B Walker, CBE, FRSE

CHAMBERS

Ref

CHAMBERS
An imprint of Chambers Harrap Publishers Ltd
7 Hopetoun Crescent, Edinburgh, EH7 4AY
Larousse Kingfisher Chambers Inc.,
95 Madison Avenue, New York, New York 10016

This edition first published by Chambers Harrap 1999

© Chambers Harrap Publishers Ltd 1999

Previous edition published in 1995 as *Larousse Dictionary of Science and Technology*. First edition published as *Chambers's Technical Dictionary* in 1940 by W & R Chambers Ltd (revised 1958, 1971, 1974 and 1984)

ISBN 0 550 14110 3

Illustrations drawn by Peter Walker

All rights reserved. No part of this publication may be reproduced, stored or transmitted by any means, electronic, mechanical, photocopying or otherwise, without the prior permission of the publisher

British Library Cataloguing in Publication Data for this book is available from the British Library

R01724 65912

Ref
Q
123
C 482
1999

Typeset in Great Britain by Chambers Harrap, Edinburgh
Printed in Singapore by SNP Printing Pte Ltd

**polyester amide** (*Plastics*) A polymer in which the structural units are linked by ester and amide (and/or thio-amide) groupings.

**polyester rubber** (*Plastics*) Thermoplastic elastomer made from polytetramethylene ether glycol and polybutylene terephthalate by block copolymerization. By varying block size and polyester composition, a wide range of hardnesses can be made. It is used in moulded products for its high abrasion resistance (eg skimobile caterpillar tracks). Not to be confused with acrylic rubbers.

**polyesters** (*Plastics*) Polymers having ester functional group (-CO-O-) in repeat unit. Includes thermoplastics polyethylene terephthalate, polybutylene terephthalate, certain liquid crystal polymers, polyester rubbers, and thermosets acrylic rubbers, polyester resins etc.

**polyester thermoset resins** (*Plastics*) Range of polymers formed by the step polymerization of polyhydric alcohols and polycarboxylic acids or anhydrides. Maleic and fumaric acids and ethylene and propylene alcohol are the usual starting materials, which are polymerized with eg styrene and reinforced with glass fibre for composite applications eg canoes, boat hulls, car body panels. Phthalic anhydride is frequently used to increase the stiffness of the final product. See panel on **Thermosets.**

**polyether ether ketones** (*Plastics*) Heat-resistant polymers with benzene rings linked by ether (-O-) and ketone (-CO-) groups in main chain. Tough thermoplastics with $T_g$ ~144°C and $T_m$ ~335°C for Victrex polyether ether ketone. Heat and flame resistance has led to aerospace applications.

**polyether imides** (*Plastics*) Type of melt-processable polyimide with ether links in main chain. TN Ultem.

**polyethers** (*Plastics*) Long-chain glycols made from alkene oxides such as ethylene oxide. Used as intermediates in the production of **polyurethanes**, antistatic agents and emulsifying agents. See **PTMEG.**

**polyethylene glycol** (*Biol*) A hydrophilic hydrocarbon polymer that interacts with the membranes of cells in culture, and promotes intercellular fusion and production of viable hybrids. Used particularly in the formation of hybridomas for **monoclonal antibody** production. Abbrev *PEG.*

**polyethylene oxide** (*Chem*) Water-soluble polymer with repeat unit $-CH_2-CH_2-O-$. Widely used in cosmetics, toothpaste etc as an inert matrix. Produces laminar flow in turbulent water streams at very low concentrations, so used by firefighters for increasing output from hose etc. Abbrev *PEO.*

**polyethylene** (*Plastics*) A flexible waxy translucent thermoplastic, formed by the polymerization of ethene (ethylene), that is a good insulator, easily moulded and blown, and resistant to acids. It is used in the form of film or sheeting to package food products, clothing, etc, and to make pipes, moulded products, and electrical insulators. In the UK it is also known by the trademark Polythene. Types of polyethylenes include **low-density polyethylene**, linear low-density polyethylene, medium density polyethylene, **high-density polyethylene, Sclair, ultrahigh molecular mass polyethylene**; copolymers: **ethylene vinylacetate copolymer, EPR**, polypropylene-copolyethylene; fibres: Dyneema, Spectra. Also *polyethyene.*

**polyethylene terephthalate** (*Plastics*) The chemical name for the polyester forming the basis of Terylene and Melinex. Abbrev *PET.*

**polyformaldehydes** (*Plastics*) See **polyoxymethylene**

**polygamous** (*Bot*) Having staminate, pistillate and hermaphrodite flowers on the same and on distinct individual plants.

**polygamous** (*Zool*) Mating with more than one of the opposite sex during the same breeding season. n *polygamy.*

**polygenes** (*Biol*) The genes that control *quantitative characters* and whose individual effects are too small to be detected.

**polygenic** (*Biol*) Of a character whose genetic component is determined by many genes with individually small effects.

**polygon** (*Maths*) A many-sided plane figure.

**polygonal roof** (*Build*) A roof which in plan forms a figure bounded by more than four straight lines.

**polygonal rubble** (*Build*) A form of ragwork in which the rubble wall is built up of stones having polygonal faces.

**polygoneutic** (*Zool*) Having several broods in a year.

**polygon of forces** (*Phys*) A polygon whose sides are parallel to and proportional to forces acting at a point, the directions of the forces being cyclic around the polygon. The polygon is closed if the forces are in equilibrium, otherwise the closing side of the polygon is parallel and proportional to the equilibrant of the forces.

**polygraph** (*Behav*) A recording device which can pick up physiological changes in the form of electrical impulses, and record them on a moving roll of paper. Also *Lie detector.*

**polygynous** (*Zool*) Said of a male animal which mates with more than one female.

**polyhalite** (*Min*) $K_2MgCa_2(SO_4)_4 2H_2O$. A hydrated sulphate of potassium, magnesium and calcium. Found in salt deposits.

**polyhedron** (*Maths*) A solid rectilineal figure. Cf *regular convex solids.*

**polyhydantoin** (*Plastics*) Heat-resistant polymer having mixture of aromatic and aliphatic rings in its main chain. Used as wire enamel and insulating film for eg electric motors. Can also be used as solder-resistant base for flexible circuitry.

**polyhydric** (*Chem*) Containing a number of hydroxyl groups in the molecule, eg *polyhydric alcohols*, alcohols with three, four, or more hydroxyl groups.

**polyimides** (*Chem*) Polymers with the functional –CO–NR–CO– group, and therefore akin to polyamides. Commercial materials are aromatic, so are heat resistant to over 300°C. Film used in electronic circuitry (eg flexible circuits), bulk in rod form. See panel on **Thermosets.**

**polyisoprene** (*Chem*) Main polymer in natural rubber, and also available synthetically. Also *cis-polyisoprene, isoprene rubber.* See panel on **Elastomers.**

**polylysine** (*Biol*) A polymer with multiple positive charges used in cell biology and microscopy to mediate adhesion of living or fixed cells to culture surfaces or glass.

**polymastia, polymastism** (*Med*) The presence of supernumerary breasts.

**polymer** (*Plastics*) A material built up from a series of smaller units (*monomers*). See panel on **Polymers.**

**polymerase** (*Biol*) Enzymes producing a polynucleotide sequence, complementary to a pre-existing *template* polynucleotide. DNA polymerase requires a **primer** from which to start polymerization whereas RNA polymerase does not.

**polymerase chain reaction** (*Biol*) Method of amplifying DNA sequences a few hundred bases long by over a million-fold without using methods of genetic manipulation which need biological vectors. It requires two oligonucleotide **primers** which flank the sequence but bind to opposite strands to be amplified. A cycle in which the DNA, and later the newly synthesized polynucleotide, is first denatured at high temperature (95°C), then annealed to the primers at a lower temperature (about 50°C) followed by the polymerase reaction at an intermediate temperature (about 70°C), is repeated some 20 times. Although different DNA **polymerases** can be used, the highest specificity is obtained (with the temperatures mentioned) when a thermostable polymerase like that isolated from the bacterium, *Thermus aquaticus*, is used. This enzyme survives the high temperature of the denaturation step and need not be replaced at each cycle. Results suggest that the method can amplify a single target sequence in a million cells. See panels on **DNA and the genetic code** and **Genetic manipulation.**

**polymer crystallization** (*Plastics*) Phenomenon where crystallizable polymers form crystallites, spherulites etc at a characteristic temperature not identical with polymer melting point, Tm. See panel on **Polymers.**

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME I

A–Bazouki

CLARENDON PRESS · OXFORD

1989

*Oxford University Press, Walton Street, Oxford OX2 6DP*
*Oxford New York Toronto*
*Delhi Bombay Calcutta Madras Karachi*
*Petaling Jaya Singapore Hong Kong Tokyo*
*Nairobi Dar es Salaam Cape Town*
*Melbourne Auckland*
*and associated companies in*
*Berlin Ibadan*

*Oxford is a trade mark of Oxford University Press*

© *Oxford University Press 1989*

*All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior permission of Oxford University Press*

*British Library Cataloguing in Publication Data*
*Oxford English dictionary.—2nd ed.*
*1. English language–Dictionaries*
*I. Simpson, J. A. (John Andrew), 1953–*
*II. Weiner, Edmund S. C., 1950–*
*423*
*ISBN 0-19-861219-2 (vol. VII)*
*ISBN 0-19-861186-2 (set)*

*Library of Congress Cataloging-in-Publication Data*
*The Oxford English dictionary.—2nd ed.*
*prepared by J. A. Simpson and E. S. C. Weiner*
*Bibliography: p.*
*ISBN 0-19-861219-2 (vol. VII)*
*ISBN 0-19-861186-2 (set)*
*1. English language—Dictionaries. I. Simpson, J. A.*
*II. Weiner, E. S. C. III. Oxford University Press.*
*PE1625.087 1989*
*423—dc19 88-5330*

6809621 9

*Data capture by ICC, Fort Washington, Pa.*
*Text-processing by Oxford University Press*
*Typesetting by Filmtype Services Ltd., Scarborough, N. Yorks.*
*Manufactured in the United States of America by*
*Rand McNally & Company, Taunton, Mass.*

**polyimide** (pɒlɪ'maɪd). [f. POLY- + IMIDE.] Any polymer in which the units contain imide groups, usu. in the form

$$-CO-\overset{|}{N}-CO-;$$

*esp.* any of a class of thermosetting resins widely used for heat-resistant films and coatings.

1945 *Brit. Pat.* 570,858, The products are referred to as polyamide-imides. When a tetracarboxylic acid of the above mentioned kind is used each pair of carboxyl groups reacts with an amino group of the diprimary diamine through imide-formation so that the polymer is a polyimide rather than a polyamide-imide. 1955 *U.S. Pat.* 2,710,853 1 This invention relates to a novel group of linear polymeric polyimides,..said polyimides differing from previously known polyimides in properties which are important in injection molding applications. 1965 *New Scientist* 19 Aug. 443/1 Du Pont's polyimide known as H-film, or Kapton, a plastic film that finds its chief use as a high-temperature electrical insulation. 1975 WEN-HSUAN CHANG et al. in M. Lewin et al. *Flame-Retardant Polymeric Materials* x. 442 Decorative coatings for cookware are possible with polyimide coatings because of their ability to withstand direct contact with flame.

**polyion(ic, -isobutylene**: see POLY-.

**polyisocyanate** (ˌpɒlɪaɪsəʊ'saɪəneɪt). [f. POLY- + *isocyanate* s.v. ISO- b.] Any organic compound containing two or more isocyanate groups; also applied to polymers prepared from such compounds, esp. polyurethanes.

1943 [see POLYESTERAMIDE]. 1945 *Chem. & Engin. News* 25 Sept. 1615/2 The polyurethanes..are produced by the reaction of polyisocyanates with polyhydroxy compounds such as polyesters. 1958 *Times Rev. Industry* June 37/3 An I.C.I. special product known as Suprasec K is a 50 per cent. solution in ethyl acetate of a newly developed polyisocyanate designed for use in high-quality lacquers for wood, rubber, and other materials. 1959 *Times* 27 Apr. (Rubber Industry Suppl.) p. vi/7 Natural rubber, neoprene and polyisocyanates play the same part in ships as in hotels—for luxury upholstery, non-slipping table covering, fire-resisting foam bedding, floor covering, &c. 1968 E. R. WELLS in C. R. Martens *Technol. Paints, Varnishes & Lacquers* xiii. 205 Urethane is now the accepted description for a group of polymers that are sometimes called polyurethanes, isocyanates or polyisocyanates.

**polyisoprene** (pɒlɪ'aɪsəʊpriːn). [f. POLY- + ISOPRENE.] Any of the polymers of isoprene, which include the major constituent of natural rubber and some synthetic rubbers very similar to it.

1935 [see *polybutadiene* s.v. POLY- 2]. 1946 F. MARCHIONNA *Butalastic Polymers* xvi. 483 The sodium butadiene rubber can be admixed with 50 per cent of a polyisoprene or purified natural rubber. 1959 *Economist* 21 Mar. 1101/1 Shell Chemical Corporation has announced that it will shortly begin commercial production of polyisoprene. 1963 H. R. CLAUSER *Encycl. Engin. Materials* 580/1 New 'synthetic natural rubber', *cis*-polyisoprene is said to have performance characteristics virtually identical with those of natural rubber. 1975 *Sci. Amer.* Dec. 101/1 Polymers that exhibit rubbery behaviour at room temperature include polyisoprene (natural rubber) and polybutadiene (a synthetic rubber).

**polykaryocyte(-cytic), poly-laminated**: see POLY-.

**polyle**, variant of PULLAILE *Obs.*, poultry.

**polylectal** to **polylobular**: see POLY-.

**polylogue** ('pɒlɪlɒg). [f. POLY- + -LOGUE.] A discussion between more than two persons.

1941 *Horizon* 15 Mar. 207 English people..tend to think of America..as a polylogue of cigars. 1961 *Lancet* 29 July 251/1 The polylogue here reported is not word-perfect, but the stenographer has tried to catch the to-and-fro of animated discussion. 1964 *Amer. Speech* XXXIX. 206 It is important as another voice in what has..become a 'polylogue' on a matter having wide interest. 1969 P. L. BERGER *Rumor of Angels* iv. 100 The ecumenical movement ..has tried to bring Eastern Christianity more and more into the 'polylogue' (if the term will be permitted). 1977 *N.Y. Rev. Bks.* 23 June 30/2 For us there are dispersed, interchangeable 'points of view'; photography is a polylogue.

**polylogy** (pə'lɪlədʒɪ). *rare.* Also 7 polu-. [ad. Gr. πολυλογία, f. πολυλόγος loquacious: see POLY- and -LOGY.] Much speaking, loquacity. So **po'lylogize** *v. intr.* (*nonce-wd.*), to talk much.

1602 R. T. *Five Godlie Serm.* 287 Vsing Polulogies and Battologies that is vaine repetitions, and much babblings. 1621 T. GRANGER *On Eccles.* 115 Many words, (batologie or polylogie)..are signes of a foole. 1845 S. JUDD *Margaret* II. ii, I have 'polylogized' quite long enough. 1890 *My Curates* 19 Mr. Slimmer's vigorous energy in polylogy (if I may coin a word).

**polyloquent** to **polymania**: see POLY-.

**polymastia** (pɒlɪ'mæstɪə). *Med.* Also anglicized as -masty. [mod.L., ad. G. *polymastie*, f. Gr. πολυ- POLY- + μαστός breast.] The condition of having more than two breasts (the supernumerary ones being generally very small). Cf. POLYMASTISM.

1878 *Glasgow Med. Jrnl.* X. 70 Polymastia is not extremely rare in the female sex, but is so in the male. 1904 G. S. HALL *Adolescence* (1908) I. vi. 421 Polymasty or supernumerary breasts occurs about once in five hundred persons. 1928 M. SUMMERS *Discovery of Witches* 40 A large number of cases may be explained by polymastia and polythelia, anatomical divagations which are far commoner than is generally supposed. 1970 H. P. LEIS *Diagnosis & Treatm. Breast Lesions* i. 15 Polymastia, presenting as more than one breast on one or both sides, is due to the persistence of part of the milk ridge and these supernumerary breasts can occur anywhere along the milk line.

Hence **poly'mastic** *a.* and *sb.*, (a person or animal) having more than two breasts; **poly'mastoid** *a.* (*rare*).

1879 *Jrnl. Anat. & Physiol.* XIII. 434 In the dog, which is the only polymastoid animal readily available, the position of the nipples seems to be irregular and unsymetrical [*sic*]. 1891 *Ibid.* XXV. 228 The additional mammary structures do not develop just anywhere; but they appear only in certain definite positions, which almost invariably correspond with those occupied normally by the glands of polymastic animals. 1918 DEAVER & MCFARLAND *Breast* iii. 54 Robert..points out that the mother of his famous case of supernumerary mammæ on the outer side of the thigh, was a polymastic. 1934 *Jrnl. R. Anthrop. Inst.* LXIV. 93 The best known examples of the first form are the paleolithic figures at Laussel and the polymastic Diana of the Ephesians. 1943 C. F. GESCHICKTER *Dis. Breast* i. 12 Most authors have found the majority of the accessory mammae below the normally situated pair... Iwai, however, in 511 Japanese polymastics, found 88 per cent of the supernumerary breasts above the normal ones.

**polymastigate, -mastigous**: see POLY-.

**poly'mastism.** *Med.* [f. as prec. + -ISM.] = POLYMASTIA.

1886 W. N. PARKER tr. *Wiedersheim's Elem. Compar. Anat. Vertebr.* A. 28 The occasional existence in men of supernumerary teats, and in women of supernumerary mammæ and teats (polymastism and polythelism) is very remarkable. 1903 *Lancet* 28 Feb. 613/2 It may be concluded ..that human polymastism is a reversion to a primitive condition in which many glands were developed and many young were brought forth at a birth. 1936 NEAL & RAND *Compar. Anat.* IV. 181 (*caption*) The presence of supernumerary teats (polymastism) in man supports the theory of the animal origin of the human body.

**polymastodont** (pɒlɪ'mæstədɒnt), *a.* and *sb.* *Palæont.* [f. mod.L. *Polymastodon*, *-ont-*, f. Gr. πολυ-, POLY- + μαστός breast, nipple + ὀδούς tooth: cf. MASTODON.] a. *adj.* Belonging to the genus *Polymastodon* or family *Polymastodontidæ* of small extinct N. American marsupials, having numerous tubercles on the molar teeth. b. *sb.* A marsupial of this genus or family.

**polymath** ('pɒlɪmæθ), *sb.* (*a.*) Also 7 polumathe. [ad. Gr. πολυμαθής having learnt much, f. πολυ- much + μαθ-, stem of μανθάνειν to learn. So F. *polymathe.*] a. A person of much or varied learning; one acquainted with various subjects of study.

1621 BURTON *Anat. Mel.* Democr. to Rdr. (1676) 4/2 To be thought and held Polumathes and Polyhistors. *a* 1840 MOORE *Devil among Schol.* 7 The Polymaths and Polyhistors, Polyglots and all their sisters. 1855 M. PATTISON *Ess.* I. 290 He belongs to the class which German writers..have denominated 'Polymaths'. 1897 O. SMEATON *Smollett* ii. 30 One of the last of the mighty Scots polymaths.

b. *attrib.* or *adj.* Very learned. as *adj.*

1881 *Athenæum* 31 Sept. 300/3 [His] literary criticism..is generally judicious and free from 'polymath terminology'. 1893 *Jrnl. Educ.* 1 Dec. 657/1 A polymath headmaster. 1919 T. S. ELIOT *Poems*, The masters of the subtle schools are controversial, polymath. 1959 *New Scientist* 15 Oct. 712/2 Polymath historians, who command the language and literature and science of the period. 1976 *Nature* 16 Sept. 261/3 The book is polymath, up-to-date and non-mathematical.

So **poly'mathic** *a.*, pertaining to a polymath, characterized by varied learning; † **po'lymathist** = *polymath*; **po'lymathy** [ad. Gr. πολυμαθία], much or varied learning, acquaintance with many branches of knowledge.

1828 WEBSTER, *Polymathic, pertaining to polymathy. 1849 OTTÉ tr. *Humboldt's Cosmos* II. 541 Necessity for a certain amount of polymathic learning. 1976 *Publishers Weekly* 16 Feb. 82/2 Crichton's polymathic talent has settled on another exotic site for a fanciful story. 1976 S. HYNES *Auden Generation* viii. 259 A synthesizing, diagnostic, polymathic mind, given to schematizing knowledge and history in elaborate diagrams. 1621 BP. MOUNTAGU *Diatribæ* 322 An Atlas of Learning, the only *Polymathist of the World. *c* 1645 HOWELL *Lett.* (1650) III. viii. 13 Polymathists, that stand poring..upon a moth-eaten Author. 1642 HARTLIB *Ref. Schools* 53 That high, and excellent learning, which men, for the large extent of it, call *Polymathie. 1865 GROTE *Plato* I. ii. 88 Aristotle..exhibits ..much of that polymathy which he transmitted to the Peripatetics generally. 1895 BENEKE *Comparetti's Vergil in Mid. Ages* 224 The tendency..of the scholars of the time,.. was entirely towards polymathy.

**polymatype** ('pɒlɪmətaɪp). *Printing.* [a. F. *polymatype*, arbitrary f. POLY- + TYPE *sb.*] A method, now disused, of casting a large number of types at one operation. Also *attrib.*

1890 in *Cent. Dict.* 1896 T. L. DE VINNE *Moxon's Mech. Exerc., Printing* 416 Didot's polymatype mould, made to cast fifty types at one operation.

† **poly'mechany.** *Obs. rare.* Also poli-. [ad. Gr. πολυμηχανία fullness of resources, inventiveness, f. πολυμήχανος adj., f. πολυ-, POLY- + μηχανή contrivance, MACHINE.] Multifarious contrivance or invention.

1592 G. HARVEY *Four Lett.* iv. Wks. (Grosart) I. 230 In actuall Experimentes, and polymechany, nothing too-profound.

**polymely** (pə'lɪmɪlɪ). *Anat.* [ad. mod.L. *polymelia*, f. Gr. πολυ-, POLY- + μέλος limb.] The occurrence of supernumerary or redundant limbs or members, as a monstrosity. So **poly'melian** *a.*, exhibiting polymely.

1890 *Cent. Dict.*, Polymelian..Polymely. 1895 in *Syd. Soc. Lex.* 1899 *Proc. Zool. Soc.* 857 *note* (Cassell *Suppl.*), New growths comparable to the bifid or trifid regenerated tails of Lizards, and to the polydactyly and even polymely arising from mutilations in Batrachians.

**polyme'niscous**, *a.* [f. POLY- + MENISCUS + -OUS.] Composed of many lenses, as the eye of an insect.

1888 ROLLESTON & JACKSON *Anim. Life* 492 (*Arthropoda*) A polymeniscous eye. 1899 J. A. THOMSON *Outl. Zool.* xiv. 304 They have only one lense (monomeniscous), whereas the compound forms have many lenses (polymeniscous).

**polymenorrhœa** (ˌpɒlɪmɛnə'riːə). *Path.* Also -rrhea. [f. POLY- + MENORRHŒA.] Excessively frequent or unduly profuse menstrual bleeding.

1931 *Endocrinol.* XV. 180 The problem of polymenorrhea, too profuse and too frequent menses,..is a very vital one to the gynecologist. 1956 C. F. FLUHMANN *Managem. Menstrual Disorders* xvii. 196 Polymenorrhea may supervene as the result of an endocrine disorder such as hypothyroidism. 1964 L. MARTIN *Clin. Endocrinol.* (ed. 4) viii. 247 (*heading*) Polymenorrhoea and postponement of menstruation. 1968 VORYS & NERI in J. J. Gold *Textbk. Gynecol. Endocrinol.* xi. 253 Polymenorrhea may also be seen frequently as a premenopausal symptom.

Hence **polymeno'rrhœal**, **-'rrhœic** *adjs.*

1963 *Jrnl. Jap. Obstetr. & Gynecol. Soc.* X. 40/2 Frequency of corpus luteum insufficiency..differed according to difference in the length of the cycle, being higher in polymenorrheal cycle of 15-24 days and in oligomenorrheal cycle of 39-43 days. 1968 VORYS & NERI in J. J. Gold *Textbk. Gynecol. Endocrinol.* xi. 261 Polymenorrheic cycles of less than 20 days.

**polymer** ('pɒlɪmə(r)). *Chem.* [mod. (Berzelius, 1830) f. Gr. πολυμερ-ής having many parts, manifold, f. πολυ-, POLY- + μέρος part, share; so mod.F. *polymère* adj. See ISOMER.] **1.** A substance polymeric with another; any one of a series of polymeric compounds. In mod. use, any substance which has a molecular structure built up largely or completely from a number (freq. very large) of similar polyatomic units bonded together.

The repeating units are often molecules of a single compound, but polymers may also result from combination of two or more different constituents; in either case linking of units may be accompanied by elimination of small molecules, and the formula and molecular weight of the polymer are not necessarily exact multiples of those of any component monomer. Also, esp. in contexts of Applied Chemistry, the use of the term is sometimes restricted to cases where the number of units in the structure is large.

1866 ROSCOE *Elem. Chem.* 314 Cyanuric Acid... This polymer of cyanic acid is a solid crystalline substance formed on heating urea. 1889 CROLL *Stellar Evol.* 95 The bodies thus formed are known as polymers. 1929 W. H. CAROTHERS in *Jrnl. Amer. Chem. Soc.* LI. 2548 Whatever the term polymer may mean now, it does not mean precisely what Berzelius intended, and the conditions which he set up are not sufficient to define it. *Ibid.* 2549 Two types of polymers may be distinguished... (1) Addition or A polymers. The molecular formula of the monomer is identical with that of the structural unit... (2) Condensation or C polymers: the molecular formula of the monomer differs from that of the structural unit. 1935 C. ELLIS *Chem. Synthetic Resins* I. iv. 53 In a condensation reaction, the polymer is no longer a multiple of the monomer as in the case of the addition polymer. 1958 *Times* 21 Nov. 5/6 All of them are formed by the joining together of simpler molecules; they are therefore polymers, as are plastics and synthetic fibres. 1967 MARGERISON & EAST *Introd. Polymer Chem.* iii. 131 As the conversion of the monomers into polymer proceeds, the number of possible ways in which the monomers may add on to the growing polymer increases rapidly. 1969 *Times* 3 July 7/7 The substance is a polymer of ordinary water molecules linked together by an unusual kind of chemical bond. 1973 *Nature* 6 Apr. 420/1 Natural rubber is still the preferred polymer for many high performance applications. 1974 *Sci. Amer.* Mar. 66/3 Glass is an inorganic polymer made up of rings and chains of repeating silicate units. 1974 D. M. ADAMS *Inorg. Solids* vii. 239 The most stable polymers for other metals are $M_6O^{8-}{}_{19}$ (M = Nb, Ta), $Mo_7O^{6-}{}_{24}$, $Mo_8O^{4-}{}_{26}$ and $HW_6O^{5-}{}_{21}$. 1978 *Prospects for Polymers* (Shell Internat. Petroleum Co.) 1 Not all polymers are man-made: wool, rubber, cotton and silk are examples of natural polymers.

**2.** *attrib.* and *Comb.*, as *polymer chemistry*, that branch of chemistry concerned with the preparation and properties of polymers; so *polymer chemist*.

1929 *Industr. & Engin. Chem.* Feb. 131/1 Beyond certain degrees of polymerization x-ray methods do not longer enable estimations of polymer length. 1933 *Ibid.* Feb. 132/1 Development of the best binder—be it resin or another member of the polymer family—is the next step. 1948 *Science* 19 Nov. 545/2 In recent years polymer chemists have shown how it is possible to synthesize compounds of high molecular weight..from known compounds (monomers) of low molecular weight. 1950 *Nature* 22 Apr. 634/1 (*heading*) Polymer chemistry as applied to plastics. 1953 *Endeavour* Apr. 92/1 In terms of polymer-chemistry concepts, the molecular shape is changed by the electrostatic

field. 1966 C. R. TOTTLE *Sci. Engin. Materials* p. vi, An enormous quantity of synthetic polymer materials has replaced much of the metal in the domestic kitchen, leather, wool, and cotton in furnishings, and natural rubber, wood, and metal in vehicles, prime movers. 1967 MARGERISON & EAST *Introd. Polymer Chem.* i. 16 However, in the case of a real polymer chain, the finite size of the backbone carbon atoms and the substituents cannot be neglected. *Ibid.* 22 Polymer molecules in the pure liquid state can easily be pictured in the terms used to describe concentrated solutions. 1975 *Nature* 31 July 443/3 For those wishing to get a feel for what is going on in a selection of other areas of polymer science this volume will provide much of interest.

**polymerase** (ˈpɒlɪməreɪz, pəˈlɪməreɪz). *Biochem.* [f. POLYMER + -ASE.] Any enzyme which catalyses the formation of a polymer, esp. a polynucleotide.

1958 I. R. LEHMAN et al. in *Jrnl. Biol. Chem.* CCXXXIII. 163/2 In order to facilitate reference in this report, the enzyme responsible for deoxyribonucleotide incorporation is designated as 'polymerase'. 1964 *New Scientist* 23 Jan. 211/1 DNA has been bio-synthesised from its four basic building blocks put together with the enzyme polymerase and some natural DNA to act as a template. 1973 B. J. WILLIAMS *Evolution & Human Origins* vi. 89/1 RNA polymerase is active when the cell is carrying on its normal metabolic functions.

**polymeria**, var. POLYMERY.

**polymeric** (pɒlɪˈmerɪk), *a.* *Chem.* [f. as POLYMER + -IC, after Ger. *polymerisch* (Berzelius, 1830).] 1. Of two or more compounds, or of one compound in relation to another (const. *with*): Composed of the same elements in the same proportions, but so that the numbers of atoms of the several elements in the molecule in one substance are some multiple of those in another, and thus the molecular weight of the one is the same multiple of that of the other. (Distinguished from ISOMERIC.) In mod. use, of the nature of or characteristic of a polymer; consisting of a polymer or polymers. Of a reaction: giving rise to a polymer. Cf. POLYMER.

1833 *Rep. Brit. Assoc. Adv. Sci. 1831–32* 435 To designate compounds approaching in atomic constitution very nearly to those properly called Isomeric, Berzelius has proposed the introduction of two new terms, polymeric and metameric. 1845 W. GREGORY *Outl. Chem.* II. 394 Hydrated lactic acid is a syrupy liquid... It is..polymeric with dry grape sugar and with gum. 1847 TURNER *Elem. Chem.* (ed. 8) 175 The second case of isomerism is that of bodies in which, while the relative proportion of the elements are the same, the absolute number of atoms of each element, and consequently the equivalent or atomic weights of the compounds, differ... Such compounds are called polymeric. 1850 DAUBENY *Atom. The.* viii. (ed. 2) 265 Olefiant gas and cetene are polymeric bodies. 1880 J. W. LEGG *Bile* 233 Asserted to be polymeric with bilirubin. 1935 C. ELLIS *Chem. Synthetic Resins* I. ix. 169 Natural rubber is supposed to consist of a mixture of polymeric hydrocarbons. 1941 MARK & RAFF (*title*) High polymeric reactions. 1951 UVAROV & CHAPMAN *Dict. Sci.* (ed. 2) 171 Many important products, such as plastics and textile fibres, consist of polymeric substances, either natural (e.g. cellulose..) or synthetic (e.g. nylon). 1967 MARGERISON & EAST *Introd. Polymer Chem.* iii. 137 At the early stages of the reaction, the mixture consists mainly of low molecular weight species, dimers, trimers, etc., with only a few molecules of polymeric size. 1974 *Environmental Conservation* I. 63/1 The term resin is usually applied to the long chains of repeating units in the polymeric material.

2. *Genetics.* Of, pertaining to, or displaying polymery.

1949 DARLINGTON & MATHER *Elem. Genetics* iii. 68 Genes such as those with which Nilsson-Ehle was concerned have two of the properties of polygenes. They are of similar and supplementary action. But they cannot be described as polygenes because their effects are so large as to cause a sharp discontinuity in the variation, a discontinuity which permits the analysis of the system by the mendelian method. Genes like these are often termed polymeric genes. All polygenes are therefore polymeric, but not all polymeric genes are polygenes. 1961 [see POLYGENIC *a.* 3]. 1970 *Genetika* VI. x. 124 It is established that complementary maltose factors $MA_{1-p}$ and $MA_{2-g}$ are recessive alleles of polymeric genes, $MA_1$ and $MA_2$, respectively.

†**polymeride** (pəˈlɪməraɪd). *Chem. Obs.* [f. as POLYMER + -IDE.] = POLYMER.

1857 MILLER *Elem. Chem.* III. i. 5 The formation of isomerides, metamerides, and polymerides..can only be accounted for by supposing that differences of chemical arrangement occur in these different cases. 1864 H. SPENCER *Biol.* I. 10 Essential oil of turpentine being converted into a mixture of several of these polymerides, by simple exposure to a heat of 460°. 1906 *Nature* 21 June 190/2 A semi-solid brown substance..formed when acetylene is subjected to discharges... It is apparently a polymeride of acetylene. 1943 R. HILL in R. S. Morrell et al. *Synthetic Resins* (ed. 2) v. 194 A defect of polystyrene is a tendency for mouldings and castings to develop fine cracks... It is said that this is due to the evaporation of low molecular weight polymerides.

†**polymerism** (pəˈlɪmərɪz(ə)m). *Obs.* [f. as POLYMER + -ISM; cf. F. *polymérisme.*]

1. *Chem.* The condition of being polymeric.

1833 *Rep. Brit. Assoc. Adv. Sci. 1831–32* 435 (*heading*) Polymerism and metamerism. 1847 TURNER *Elem. Chem.* (ed. 8) 679 It is by the assumption of compound radicals, that we are enabled to explain the numerous cases of isomerism and polymerism which occur in organic chemistry. 1850 DAUBENY *Atom. The.* viii. (ed. 2) 265 The former case Berzelius has distinguished by the term polymerism; the latter, by that of metamerism. 1882 STALLO *Concepts Mod. Physics* 302 This rule applies..likewise to cases of allotropy and polymerism.

2. *Biol.* The condition of being polymerous.

1849 CRAIG, *Polymerism*, the state of monstrosity in which an animal or plant is characterized by the presence of a multiplicity of parts. 1871 ALLMAN *Monogr. Gymnoblastic Hydroids* I. p. xiv, Polymerism... Simple multiplicity of the component zooids of the colony.

**polymerizable** (ˈpɒlɪməraɪzəb(ə)l), *a.* *Chem.* [f. POLYMERIZ(E *v.* + -ABLE.] Capable of being polymerized. Hence ˌpolymerizaˈbility.

1884 *Jrnl. Chem. Soc.* XLV. 419 Just as the pentine is polymerisable by heat or by the action of sulphuric acid into a dipentine, so the heptine may be converted into a diheptine. 1928 *Proc. & Trans. R. Soc. Canada* XXII. III. 39 The influence of methyl substitution on the polymerizability of butadiene. *Ibid.*, Both the α- and the β-methyl butadienes are polymerizable to caoutchoucs. 1939 *Brit. Plastics* XI. 320/1 Methacrylic acid amide copolymerized with other polymerizable compounds. 1948 C. E. H. BAWN *Chem. High Polymers* i. 15 The polymerizability of diolefins is determined by the relative positions of the double bonds. 1963 A. J. HALL *Textile Sci.* ii. 88 It [*sc.* acrylonitrile] very readily undergoes polymerisation by itself (homopolymerisation) and with other polymerisable compounds (copolymerisation). 1978 (*title*) Solventless polymerizable resinous compounds used for electrical insulation. (Brit. Standards Inst.)

**polymerizate** (ˈpɒlɪməraɪzeɪt). [f. next + *-ate*, after *filtrate*, *precipitate*, etc.] A product or mixture of products obtained from a polymerization reaction or process.

1931 *Brit. Chem. Abstr.* B. 264/1 By polymerising a mixture of an aliphatic conjugated diolefine such as butadiene..with styrene..an intimately mixed polymerisate is obtained. 1959 *Times Rev. Industry* Feb. 57/1 The later Ziegler developments in the higher olefin field relate only to a process which yields polymerisates of practically no commercial interest. 1973 *Materials & Technol.* VI. viii. 558 The polymerizates of acrylic acid,.. methacrylic acid,..and their derivatives such as acrylonitrile,..are known collectively as acrylics.

**polymerize** (ˈpɒlɪməraɪz), *v.* [f. as POLYMER + -IZE.]

1. *Chem.* a. *trans.* To render polymeric; to form a polymer of. Cf. POLYMER. b. *intr.* To become polymeric; to be converted into a polymer.

1865 MANSFIELD *Salts* 247 That..two molecules of the same body, when formed side by side, shall become polymerized or dimerized into a compound of double equivalent weight. 1867 *Proc. R. Soc.* XVI. 158 If we remember the facility with which the aldehydes are polimerized [*sic*], the question presents itself, whether the aldehyde formed by the slow combustion of methylic alcohol is represented by the formula $CH_2O$, or a multiple thereof. 1883 *Athenæum* 7 Apr. 447/3 M. Berthelot..is led to suspect that..the various kinds of carbon which occur in nature are in reality polymerized products of the true element carbon. 1893 [see AFTERGLOW b]. 1910 *Encycl. Brit.* X. 667/2 It is not possible to obtain the aldehyde in a pure condition, since it readily polymerizes. 1930 H. F. LEWIS *Fund. Org. Chem.* viii. 95 Three molecules of acetaldehyde polymerize under the influence of a small amount of concentrated sulfuric acid. 1936 H. W. ROWELL *Technol. Plastics* ix. 57 The primary ester may be polymerized by heating in the presence of a peroxide catalyst. 1957 *Times* 10 Sept. 11/1 The effect was to produce reactive groups which could be used to polymerize a different material with the result that mixed polymers of very varied properties could be produced. 1971 *Brit. Printer* Jan. 64/2 The use of ultra-violet radiation for polymerising polyester wood lacquers has been known for some time. 1972 *Nature* 18 Feb. 404/3 This leads into a subsidiary argument: which were the first to polymerize, amino-acids or polynucleotides?

2. *Biol.* (*trans.*) To render polymerous.

1879 W. DITTMAR in *Encycl. Brit.* IX. 98/1 *note*, The vibriones are seemingly nothing more than polymerized bacteria, with intensified powers of locomotion. With regard to their position in the world of life, present evidence leaves it uncertain whether they are plants or animals.

Hence poˌlymeriˈzation, the action or process of polymerizing; formation of polymers; also, the state of being polymeric; hence also ˈpolymerized *ppl. a.*, ˈpolymerizing *vbl. sb.* and *ppl. a.*; ˈpolymerizer, an apparatus or installation in which polymerization occurs.

1867 BLOXAM *Chem.* 665/2 (Index), Polymerising by sulphuric acid. 1872 *Jrnl. Chem. Soc.* XXV. 433 Besides the olefines which are derived from compounds having the general formula $C_nH_{2n+1}R$ (R representing a monad radical), by the abstraction of HR, there exists another group, formed by the polymerisation of the members of the first group. 1879 *Ibid.* XXXV. 743 We purposely avoided distilling the polymerised product until entirely freed from substances volatile in a current of steam. 1880 *Nature* XXIII. 193/2 This one fundamental form yields our ordinary elements and many others by ordinary polymerisation. 1900 *Nation* (N.Y.) 10 May 366/2 That the same matter exists everywhere throughout the stellar system in a few different grades of evolution—that is, of polymerization and combinations of polymers—depending upon the temperature to which it is subjected. 1923 B. D. W. LUFF *Chem. of Rubber* vii. 74 In the meantime it had been observed that not only isoprene but many other unsaturated hydrocarbons were capable of polymerising. 1929 *Jrnl. Amer. Chem. Soc.* LI. 2549 Polymerization then is the chemical union of many similar molecules either..without or..with the elimination of simpler molecules. 1930 *Chem. Abstr.* XXIV. 612 $SnCl_4$ was employed as the polymerizing agent. 1933 *Industr. & Engin. Chem.* Feb. 126/2 The length and shape of the chain must be considered when comparing two different resins or the same resin in different degrees of polymerization. 1940 A. N. SACHANEN *Conversion of Petroleum* i. 64 The absorption of olefins by sulphuric acid and the polymerization take place in the reactor. No special polymerizer is necessary. 1945 A. T. BIRKBY *Phenolic Plastics* ii. 16 The larger or polymerised molecule possesses different physical properties from the constituent smaller molecules. 1946 J. GRANT in *Mod. Petroleum Technol.* (Inst. Petroleum) 165 In the separator the acid phase settles to the bottom and is withdrawn to the polymerizer. 1950 *Thorpe's Dict. Appl. Chem.* (ed. 4) X. 21/1 A polymerising unit of such polyfunctionality that gelation will ensue through the cross-linking which accompanies the oxidation. 1956 *Atlantic Monthly* Sept. 24/3 It is a polymerized ethylene glycol that differs from what you pour into your radiator only in being solid at room temperature. 1965 P. W. MORGAN *Condensation Polymers* iii. 107 Many continuous polymerizers are comprised of a cascade system of reactors or a reacting chamber provided with high-speed stirring followed by a larger holding reservoir with lower speed agitation. 1967 MARGERISON & EAST *Introd. Polymer Chem.* iii. 146 When 50% of the original carboxylic acid groups have reacted, the average degree of polymerization has only doubled. 1971 *Brit. Printer* Jan. 65/1 These highly reactive molecular units can then react with unsaturation in resin molecules to cause polymerisation and hence drying. 1974 E. AMBLER *Dr. Frigo* II. 112 Polymerisation is..a change of state, a molecular rearrangement. Raw rubber becomes vulcanized rubber, say... The second is a polymer of the first. 1977 *Lancet* 19 Nov. 1070/2 How much of a toxic gas such as vinyl chloride will escape from the polymeriser pots where it is turned into P.V.C.?

ˈ**polymerone.** *Chem. rare.* [a. F. *polymérone* (Laurent), f. as POLYMER + -ONE a.] An organic compound constituted of two or more aplones or simple groups of molecules, as salicin, = $C_6H_{12}O_6 + C_7H_2O_2 - H_2O$. Also *attrib.*

1866 ODLING *Anim. Chem.* 30 We regard highly complex or polymerone bodies as compounds formed by the union of less complex or aplone bodies with one another. *Ibid.* 83 Capable of entering into combination with one another..to form still more numerous and complicated polymerone bodies.

**polymerosomatous** (pəˌlɪmərəʊˈsəʊmətəs), *a.* *Zool.* [f. mod.L. *polymerosōmătus* (f. Gr. πολυμερής having many parts + σῶμα (σωματ-) body) + -OUS.] Having the body composed of many segments, as in the order of *Arachnida* containing the scorpions and allied animals.

1858 MAYNE *Expos. Lex.*, *Polymerosomatus*, applied by Leach to an Order (*Polymerosomata*) of the *Arachnides Cephalotomata*, having the body formed of a long series of rings: polymerosomatous.

**polymerous** (pəˈlɪmərəs), *a.* [f. as POLYMER + -OUS.]

1. *Nat. Hist.* Composed of many parts, members, or segments.

1858 MAYNE *Expos. Lex.*, *Polymerus*,..applied by Blainville to the *Chetopoda*, which have numerous articulations: polymerous. 1866 *Treas. Bot.* 915 *Polymerous*, consisting of many parts. 1869 *Student* II. 12 Polymerous leaves are those in which the bundles anastomose once or more between their two extremities. 1896 *Allbutt's Syst. Med.* I. 71 In these regions the leucocytes were mainly polymerous or multinuclear.

2. *Chem.* = POLYMERIC. *rare*⁻⁰.

1864 in WEBSTER.

**polymery** (pəˈlɪmərɪ). *Genetics.* Also as mod.L. polyˈmeria. [ad. G. *polymerie* (A. Lang 1911, in *Zeitschr. für induktive Abstammungs- und Vererbungslehre* V. 113), ad. Gk. πολυμέρεια a consisting of many parts: see -IA[1], -Y[3].] The phenomenon whereby a number of non-allelic genes can act together to produce a single effect.

1914 *Zeitschr. für induktive Abstammungs- und Vererbungslehre* XII. 118 The phenomenon of plurality of genes having a similar function, i.e., independently producing the same character, is called by Lang (1911) 'polymery'... Johannsen (1913) suggests that..[this term] be retained..for the phenomenon in general. 1927 [see POLYGENIC *a.* 3]. 1929 [see ISOLATION 3].

**polymetallic** to **polymetameric**: see POLY-.

**polymeter** (pəˈlɪmɪtə(r)). [mod. f. POLY- + -METER: in F. *polymètre.*] A technical or trade name given to various measuring devices.

Among these are: a. 'An instrument for measuring angles' (Knight *Dict. Mech.* 1875). b. An apparatus for testing the distance between railway rails, and detecting inequalities of elevation [= F. *polymètre*, of Couturier 1879]. c. A form of hygrometer with thermometer and tables of dew-points, etc., attached (Funk's *Stand. Dict.*).

**polymeter** var. POLYMETRE.

**polymethacrylate, -acrylic**: see POLY-.

**polymethyl** (pɒlɪˈmɛθɪl, -miːθaɪl). [f. POLY- + METHYL.] a. *polymethyl acrylate* (also as one word): a resinous material obtained by polymerizing the methyl ester of acrylic acid.

1936 *Industr. & Engin. Chem.* Oct. 269/2 Polymethyl acrylate is a colorless, transparent substance. 1950 *Thorpe's Dict. Appl. Chem.* (ed. 4) X. 107/1 Polymethyl acrylate is a tough, transparent, and colourless material, highly extensible, and to a limited degree rubber-like. 1973 *Materials & Technol.* VI. viii. 559 The softening point of polymethylmethacrylate lies accordingly about 90 degrees higher than that of polymethylacrylate.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2009

---

# polymer, *n.*

DRAFT REVISION Dec. 2007

*Chem.*

*Brit.* /ˈpɒlɪmə/, *U.S.* /ˈpɑləmər/ [< POLY- *comb.form* + -MER *comb.form*[2], after POLYMERIC *adj.*[1] Compare ancient Greek πολυμερής consisting of many parts. Compare also French *polymère* (1876 as noun; earlier as adjective in sense 'polymeric' (1847 in chemistry)). Cf earlier POLYMERIC *adj.*[1], POLYMERIDE *n.*, POLYMERISM *n.*[1], and POLYMERIZE *v.* Compare also ISOMER *n.*, METAMER *n.*[1]]

**1.** Originally: a compound whose formula is an exact multiple of that of another compound, being composed of the same elements in the same proportions. Now: a compound with a molecular structure in which a (usually large) number of similar polyatomic units are bonded together; *spec.* any of the mainly synthetic organic compounds of this kind which form plastics, resins, etc.

The repeating units often correspond to molecules of a single compound, but polymers may also result from combination of two or more different constituents; in either case, linking of the component units may be accompanied by the elimination of small molecules, so that the formula and molecular weight of the polymer are unlikely to be exact multiples of those of a constituent monomer. In some contexts the use of the term *polymer* is restricted to cases where the number of units in the molecular structure is large.

*high, ladder, stereoblock polymer*: see the first element.

**1866** H. E. ROSCOE *Lessons Elem. Chem.* xxxv. 314 Cyanuric Acid... This polymer of cyanic acid is a solid crystalline substance formed on heating urea. **1866-7** *Proc. Royal Soc.* **15** 135 As these hydrocarbons..differ by $C_2H_4$, it appears to me almost certain that they are polymers of the hydrocarbons of the acetylene series. **1909** *Science* 26 Feb. 360/2 Bakelite is a polymer of an oxybenzoyl-alcohol-methylene-glycol-anhydride. **1929** W. H. CAROTHERS in *Jrnl. Amer. Chem. Soc.* **51** 2548 Whatever the term polymer may mean now, it does not mean precisely what Berzelius intended, and the conditions which he set up are not sufficient to define it. **1929** W. H. CAROTHERS in *Jrnl. Amer. Chem. Soc.* **51** 2549 Two types of polymers may be distinguished... (1) Addition or A

polymers. The molecular formula of the monomer is identical with that of the structural unit... (2) Condensation or C polymers: the molecular formula of the monomer differs from that of the structural unit. **1935** C. ELLIS *Chem. Synthetic Resins* I. iv. 53 In a condensation reaction, the polymer is no longer a multiple of the monomer as in the case of the addition polymer. **1974** D. M. ADAMS *Inorg. Solids* vii. 239 The most stable polymers for other metals are $M_6O_{19}^{8-}$ (M = Nb, Ta), $Mo_7O_{24}^{6-}$, $Mo_8O_{26}^{4-}$ and $HW_6O_{21}^{5-}$. **1978** *Prospects for Polymers* (Shell Internat. Petroleum Co.) 1 Not all polymers are man-made: wool, rubber, cotton and silk are examples of natural polymers. **1982** G. C. HILL & J. S. HOLMAN *Chem. in Context* 169/2 'Orlon' is a polymer of propenenitrile alone; 'Acrilan' and 'Courtelle' are copolymers, having small amounts of chloroethene (vinyl chloride) copolymerized with the propenenitrile. **1996** *Daily Tel.* 8 Jan. 18/4 When it comes to polymers, the genetic molecule DNA is the nonpareil.

**2.** As a mass noun: material composed of a high polymer; polymeric material.

**1946** *Nature* 5 Oct. 476/2 A high degree of unshrinkability is obtained with 10 per cent of polymer within the fibres. **1992** *Guns Illustr.* (ed. 24) 90/1 The barrel is also entirely sheathed in polymer, with flat sides and a vented rib on top. **1995** *Economist* 30 Sept. 137/3 Once the unpolymerised precursor had been washed away, the pattern remained in miniature as a series of blobs of polymer. **1997** *New Scientist* 15 Nov. 7/2 The thin layer of polymer that covers the clear surface of a CD, DVD or CD-ROM.

---

COMPOUNDS

General *attrib.*

**polymer chain** *n.*

**1939** *Proc. Royal Soc.* A. **170** 306 The mechanism of initiation of *polymer chains by catalysis has been discussed. **1999** P. W. GRUBB *Patents for Chemicals* (ed. 3) xi. 203 The nature of the end-groups on a polymer chain may modify the properties of the polymer very considerably.

**polymer science** *n.*

[**1945** *Sci. Monthly* Jan. 72/1 Research workers who..are interested and qualified in high-polymer science.] **1948** *Science* 14 May 518/2 The Alfrey book..is thus a significant advance in the field of *polymer science. **2001** R. W. CAHN *Coming of Materials Sci.* viii. 310 The important domain of polymer chemistry has become, by degrees, a branch of science almost wholly divorced from the rest of polymer science.

**polymer solution** *n.*

**1935** *Proc. Royal Soc.* A. **148** 80 This suggests poly-dispersity of the intermediate *polymer solutions. **1996** *Swimming Times* May 29/2 Glucose polymer solutions may have a similar osmolality to a 4% carbohydrate drink but they will empty more slowly from the stomach.

**polymer chemist** *n.* an expert in or student of polymer chemistry.

**1948** *Science* 19 Nov. 545/2 In recent years *polymer chemists have shown how it is possible to synthesize compounds of high molecular weight..from known compounds (monomers) of low molecular weight. **1997** *New Scientist* 15 Nov. 75/1 (*advt.*) A polymer chemist..with research experience in the analysis and derivatisation of polysaccharides.

**polymer chemistry** *n.* the branch of chemistry concerned with the preparation and properties of polymers.

**1945** *Science* 2 Feb. 113/2 A separate division of *polymer chemistry has been established under the direction of Dr. Herman F. Mark, professor of organic chemistry. **1953** *Endeavour* Apr. 92/1 In terms of polymer-chemistry concepts, the molecular shape is changed by the electrostatic field. **1992** D. I. GOLDBERG *U.S. Man-made Fiber Industry* ii. 13 Progress in polymer chemistry led to synthetic fibers with price-performance properties often far superior to those of natural and cellulosic fibers.

---