# EXHIBIT 2

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1

1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20 93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

484950QPH9796

isoprene occurring naturally in a cis form as the rubber hydrocarbon and in the corresponding trans form as gutta and also produced synthetically in several forms

**poly·isotopic** \"+\ *adj* [*poly-* + *isotopic*] : of, relating to, or consisting of more than one isotope

**poly·kar·yo·cyte** \‚pälē'karēə‚sīt, -lə'k-\ *n* -s [*poly-* + *kary-* + *-cyte*] : OSTEOCLAST — **poly·kar·yo·cyt·ic** \¦··¦···¦sid·ik\ *adj*

**poly·karyon** *also* **poly·caryon** \"+\ *n* [NL, fr. *poly-* + *karyon*] : a multinuclear cell or individual

**poly·kary·ot·ic** \+¦karē¦äd·ik\ *adj* [*poly-* + *kary-* + *-otic*] : having many nuclei or cells with many nuclei

**poly·lem·ma** \¦pälē¦lemə, -lə¦-\ *n* -s [*poly-* + *-lemma* (as in *dilemma*)] : an argument analogous to a dilemma in which many (as more than three) alternatives are presented in the major premise

**poly·lingual** \¦pälē, -lə+\ *adj* [*poly-* + *lingual*] : MULTILINGUAL ⟨~ area⟩ ⟨a ~ journal⟩

**poly·literal** \"+\ *adj* [*poly-* + *literal*] **1** : POLYGRAPHIC ⟨~ transposition⟩ **2** : representing each letter by a polygraph ⟨~ substitution⟩

**poly·literally** \"+\ *adv* : in a polyliteral manner : so as to be polyliteral

**poly·lith** \'··‚lith\ *n* -s [*poly-* + *-lith*] : a megalithic structure (as a dolmen or stone circle) made of several or many stones — compare MONOLITH

**poly·lith·ic** \¦··¦lithik\ *adj* [*poly-* + *-lithic*] : composed of several or many stones or kinds of stone ⟨a ~ deposit⟩

**poly·mas·tia** \‚··'mastēə\ *also* **poly·mas·ty** \'··‚·tē\ *n, pl* **polymastias** *also* **polymasties** [NL, fr. *poly-* + *-mastia*] : the condition of having more than the normal number of breasts — **poly·mas·tic** \¦··¦·tik\ *adj*

**poly·mas·ti·da** \‚··'mastədə\ *or* **poly·mas·ti·ga** \-təgə\ *or* **poly·mas·ti·go·da** \-‚mastə'gōdə\ *or* **poly·mas·ti·go·ta** \-ōd·ə\ [NL, irreg. fr. *Polymastig-*, *Polymastix*] *syn of* POLYMASTIGINA

**poly·mas·ti·gi·na** \-‚mastə'jīnə\ *n pl, cap* [NL, fr. *Polymastig-*, *Polymastix*, genus of flagellates (fr. *poly-* + Gk *mastig-*, *mastix* whip) + *-ina* — more at MASTIC-] : an order of small plastic usu. parasitic flagellates (subclass Zoomastigina) having several flagella and including various medically or economically important forms (as members of the genera *Costia*, *Chilomastix*, *Giardia*, *Hexamita*, and *Trichomonas*) — **poly·mas·ti·gine** \¦··¦mastə‚jīn\ *adj*

**1poly·mas·ti·gote** \¦··¦mastə‚gōt\ *adj* [alter. of earlier *polymastigate*, fr. *poly-* + *mastig-* + *-ate*] **1** : having many flagella **2** [NL *Polymastigota*] : of or relating to the Polymastigina

**2polymastigote** \"\ *n* -s : a flagellate of the order Polymastigina

**1poly·math** \'··‚math\ *n* -s [Gk *polymathēs* knowing much, fr. *poly-* + *-mathēs* (fr. *mathein*, *manthanein* to learn) — more at MATHEMATICAL] : one of encyclopedic learning ⟨such a survey requires a heroic ~ —Douglas Bush⟩ ⟨our most ambitious critics are ~s —R.G.Davis⟩ — called also *polyhistor*

**2polymath** \"\ *or* **poly·math·ic** \¦··¦mathik\ *adj* : learned in many fields — compare ERUDITE ⟨masters of the subtle schools are controversial, *polymath* —T.S.Eliot⟩ ⟨an original, vigorous, *polymathic* mind —B.R.Redman⟩

**po·lym·a·thy** \pə'liməthē\ *n* -es [Gk *polymathia* much learning, fr. *polymathēs* knowing much + *-ia* -y] : the character or attainments of a polymath : encyclopedic learning ⟨scorn for mere ~ —G.W.Johnson⟩

**poly·melia** \‚pälē'mēlēə, -lə'm-, -mel-, -lyə\ *also* **po·lym·e·ly** \pə'liməlē; 'pälē‚mēlē, -älə‚m-, -mel-\ *n, pl* **polymelias** *also* **polymelies** [NL *polymelia*, fr. *poly-* + *-melia*] : the condition of having more than the normal number of limbs

**poly·menorrhea** *also* **poly·menorrhoea** \¦pälē, -lə+\ *n* [NL, fr. *poly-* + *menorrhea*] : menstruation at abnormally frequent intervals — compare MENORRHAGIA

**poly·mer** \'päləmə(r), -lēm-\ *n* -s [ISV, back-formation fr. *polymeric*; prob. orig. formed in G] : a natural or synthetic chemical compound or mixture of compounds formed by polymerization and consisting essentially of repeating structural units; *esp* : HIGH POLYMER — compare COPOLYMER, DIMER, HOMOPOLYMER, ISOMER, MONOMER; MACROMOLECULE, PLASTIC, RESIN 2a, SYNTHETIC FIBER, SYNTHETIC RUBBER

**po·lym·era** \pə'limərə\ *n pl, cap* [NL, fr. *poly-* + *-mera*, neut. pl. of *-merus* -merous] *in some classifications* : a division of invertebrate animals having the body divided into numerous clearly defined segments

**poly·me·ria** \‚··'mirēə, -‚mə'rīə\ *n* -s [NL, fr. Gk *polymereia* condition of having many parts, fr. *polymerēs* having many parts + *-ia* -y] : the condition of having supernumerary parts or accessory organs

**poly·mer·ic** \¦··¦merik, -rēk\ *adj* [ISV *polymer-* (fr. Gk *polymerēs* having many parts, fr. *poly-* + *meros* part) + *-ic* — more at MERIT] **1** : of, relating to, or consisting of a polymer **2 a** : of, relating to, involving, or being any of a group of nonallelic identical genes that collectively control various quantitative hereditary characters — compare MULTIPLE FACTOR, POLYGENE **b** : composed of several similar parts ⟨~ chromosomes⟩ **3** : consisting of many segments ⟨a ~ annelid worm⟩ — **poly·mer·i·cal·ly** \-rək(ə)lē, -rēk-, -li\ *adv*

**po·lym·er·ide** \pə'limə‚rīd, -‚rəd\ *n* -s [ISV *polymeric* + *-ide*] *chiefly Brit* : POLYMER

**po·lym·er·ism** \pə'limə‚rizəm; 'päləmə‚rizəm, -lēm-\ *n* -s : the quality or state of being polymeric

**po·lym·er·iz·able** \pə'limə‚rīzəbəl, ‚·‚··'···; 'päləm-, -lēm-, ‚···'···\ *adj* : capable of polymerizing

**po·lym·er·i·zate** \pə'limərə‚zāt; ‚pälə'merə‚zāt, -lē'm-\ *n* -s [ISV, prob. back-formation fr. *polymerization*] : a product of polymerization : POLYMER

**po·lym·er·i·za·tion** \pə‚limərə'zāshən, ‚päləm-, ‚pälēm-, -‚rī'z-\ *n* -s [ISV *polymer* + *-ization*] **1 a** : a chemical reaction in which two or more small molecules combine to form larger molecules that contain repeating structural units of the original molecules and that have the same percentage composition as the small molecules if the small ones were all of the same kind : the union of monomers to form polymers — see ADDITION POLYMERIZATION, CONDENSATION POLYMERIZATION, COPOLYMERIZATION; compare POLYCONDENSATION **b** : the state of being polymerized **2** : ASSOCIATION 7 **3** : reduplication of parts in the animal body

**po·lym·er·ize** \pə'limə‚rīz, 'päləm-, 'pälēm-\ *vb* -ED/-ING/-S *see -ize in Explan Notes* [*polymer* + *-ize*] *vt* : to combine (small molecules) chemically into larger or esp. very large molecules : subject to polymerization ~ *vi* : to form larger molecules from small molecules : undergo polymerization

**po·lym·er·iz·er** \-zə(r)\ *n* -s : an operator of polymerization equipment

**po·lym·er·ous** \pə'limərəs\ *adj* [*poly-* + *-merous*] **1** : having many parts or members in a whorl **2** [*polymer* + *-ous*] : POLYMERIC 1

**polymer tempera** *n* : an aqueous plastic-based paint used esp. in fine arts

**po·lym·ery** \pə'limərē, 'pälə‚merē, 'pälē‚-\ *n* -es [ISV, fr. NL *polymeria*] : polymeric condition ⟨doubling of floral organs is a common manifestation of ~⟩

**poly·me·ter** \'pälē‚mēd·ə(r), -lə‚m-; pə'liməd·-\ *n* [ISV *poly-* + *-meter*] : any of various measuring instruments capable of indicating two or more quantities

**poly·methine** \¦pälē, -lə+\ *adj* [*poly-* + *methine*] : consisting of or containing a series of methylidyne groups ⟨~ chain⟩

**polymethine dye** *n* : any of a class of dyes (as cyanines or merocyanines) characterized by a resonance structure containing a conjugated chain of carbon atoms that is at least in part an open chain (as in $-CH(=CH-CH)_n=$) attached to two polar atoms (as two amino nitrogen atoms either one of which is considered to be positively charged) — see DYE table I

**poly·methylene** \"+\ *n* [ISV *poly-* + *methylene*] **1** : a hydrocarbon constituted of methylene groups: as **a** : CYCLOPARAFFIN **b** : a polymer of high molecular weight that resembles polyethylene except for its entirely linear and unbranched structure and that is usu. made from diazomethane by loss of nitrogen **2** : a bivalent radical $-(CH_2)_n-$ consisting of a series of methylene groups ⟨~ halides⟩

**poly·methyl methacrylate** \"+...\ *n* [*polymethyl* fr. *poly-* + *methyl*] : a polymer of methyl methacrylate : METHYL METHACRYLATE 2

**poly·metric** \"+\ *adj* [*poly-* + *metric*] : relating to, exhibiting, involving, or employing a variety of meters

**po·lym·e·try** \pə'limə·trē\ *n* -es [*polymetric* + *-y*] : the combination of different prosodic meters; *esp* : the use of different meters in different lines of the same poem or the same stanza

**poly·microbic** *or* **poly·microbial** \¦pälē, -lə+\ *adj* [*poly-* + *microbic* or *microbial*] : of, relating to, or caused by several types of microorganisms

**poly·mig·nyte** *or* **poly·mig·nite** \‚pälē'mig‚nīt, -ləm-\ *n* -s [Sw *polymignit*, fr. *poly-* + *mign-* (fr. Gk *mignynai* to mix) + *-it* -ite — more at MIX] : a mineral (Ca,Fe,Y,etc.,Zr,Th)(Cb,Ti,Ta)$O_4$ consisting of a niobate and titanate of the metals of the cerium group with iron and calcium

**poly·mix·ia** \-'miksēə\ *n, cap* [NL, fr. Gk, mixture of many components, fr. *poly-* + *mixis* act of mixing (fr. *mignynai* to mix) + *-ia* -y] : a genus of small deep-sea berycoid fishes coextensive with the family Polymixiidae and resembling the squirrelfishes but having smooth scales and a pair of barbels on the chin — **poly·mix·i·id** \¦··¦·sēəd\ *n or adj*

**po·lym·nia** \pə'limnēə\ *n, cap* [NL, prob. fr. L *Polymnia*, *Polyhymnia*, one of the Greek muses, fr. Gk] : a small genus of American and chiefly tropical herbs (family Compositae) having large lobed leaves and corymbose heads of discoid and radiate yellow or white flowers — see LEAFCUP

**pol·ym·nite** \'päləm‚nīt, pə'lim-\ *n* -s [Gk *polymnios* full of moss (fr. *poly-* + *mnion* moss, seaweed) + E *-ite* — more at MNIUM] : a stone marked with dendrites and black lines so disposed as to suggest rivers and marshes

**poly·molecular** \¦pälē, -lə+\ *adj* [*poly-* + *molecular*] **1** : consisting of many molecules esp. of different sizes ⟨high polymers are, in general, ~ —A.M.Sookne & Milton Harris⟩ **2** : having a thickness of several molecules ⟨~ layers⟩ — compare MULTILAYER — **poly·molecularity** \"+\ *n*

**poly·molybdate** \"+\ *n* [*poly-* + *molybdate*] : any of various complex salts (as ammonium molybdate) regarded as derived from isopoly acids of molybdenum

**1poly·morph** \'pälē‚mȯrf, -lə‚m-\ *n* -s [ISV, fr. *polymorphous*] **1** : a polymorphous organism; *also* : one of the several forms of such an organism **2** : any of the crystalline forms of a polymorphous substance **3** : a polymorphonuclear leukocyte

**2polymorph** \"\ *adj* : POLYMORPHIC

**poly·mor·pha** \‚··'mȯrfə\ *n pl, cap* [NL, *poly-* + *-morpha*] *in some esp former classifications* : a suborder or other group of beetles including the Clavicornia and Serricornia

**poly·mor·phe·an** \¦··¦mȯrfēən, ¦··‚·¦··\ *adj* [Gk *polymorphos* multiform + E *-an*] *archaic* : POLYMORPHIC

**poly·mor·phic** \¦··¦mȯrfik\ *adj* [Gk *polymorphos* multiform + E *-ic*] **1** : POLYMORPHOUS b **2** : having or occurring in several distinct forms : exhibiting polymorphism ⟨a ~ species⟩ ⟨man is both ~ and polytypic —*New Biology*⟩ — **poly·mor·phi·cal·ly** \-fək(ə)lē\ *adv*

**poly·mor·phism** \'··‚mȯr‚fizəm, ‚··'···\ *n* -s [ISV *polymorphous* + *-ism*] : the quality or state of being polymorphous: as **a** (1) : capability of assuming different forms : capability of wide variation (2) : existence of a species in several forms independent of the variations of sex (as in various butterflies whose broods, appearing at different seasons, differ in size or color, or both, or in ants and termites, in which different castes exist) — compare DIMORPHISM, HETEROMORPHISM **b** : the property of crystallizing in two or more forms with distinct structures — compare ALLOTROPY

**1poly·mor·pho·nuclear** \¦pälē¦mȯrfə, -lə¦m- +\ *adj* [*polymorphous* + *nuclear*] **1** *of a leukocyte* : having the nucleus complexly lobed **2** : being a neutrophil or other leukocyte of typical mature form with distinctly lobed nucleus

**2polymorphonuclear** \"\ *n* -s : a polymorphonuclear leukocyte

**poly·mor·pho·nucleate** \¦pälē¦mȯrfə, -lə¦m-+\ *adj* [*1polymorphonuclear* + *-ate*] : POLYMORPHONUCLEAR

**poly·mor·phous** \¦pälē¦mȯrfəs, -lə¦m-\ *adj* [Gk *polymorphos* multiform fr. *poly-* + *-morphos* -morphous] : having or assuming various forms, characters, styles, or functions ⟨a ~ god⟩: as **a** : POLYMORPHIC 2 **b** : crystallizing with two or more different structures — **poly·mor·phous·ly** *adv* — **poly·mor·phous·ness** *n* -es

**polymorphous–perverse** \¦··¦···¦·, ¦··¦··¦··\ *adj* : relating to or exhibiting infantile sexual tendencies in which the genitals are not yet identified as the sole or principal sexual organs nor coitus as the goal of erotic activity and which are a basis for pregenital libidinal fixation

**poly·mor·phy** \'pälē‚mȯrfē, -lə‚m-\ *n* -es [ISV *polymorph* + *-y*] : POLYMORPHISM

**poly·my·ar·i·an** \¦··‚mī¦a(a)rēən\ *also* **poly·my·ar·i·al** \-ēəl\ *adj* [*poly-* + *-myaria* + *-an* or *-al*] : having many cells in each quadrant of a cross-section — used of the arrangement of muscle cells in a nematode worm

**poly·my·ar·i·ty** \‚··‚mī'arəd·ē\ *n* -es [*polymyarian* + *-ity*] : the condition of being polymyarian

**poly·my·odi** \‚pälē‚mī'ō‚dī, -lə‚m-\ *n pl, cap* [NL, fr. *poly-* + *-myodi* (fr. Gk *myōdēs* muscular, fr. *mys* mouse, muscle) — more at MOUSE] *in former classifications* : a group of birds nearly equivalent to Passeres — **poly·my·odi·an** \¦··‚·¦ōdēən\ *or* **poly·my·odous** \-dəs\ *adj*

**poly·my·oid** \¦··¦mī‚ȯid\ *adj* [*poly-* + *my-* + *-oid*] **1** : having many syringeal muscles **2** [NL *Polymyodi* + E *-oid*] : POLYMYODIAN

**poly·myositis** \¦pälē, -lə+\ *n* [NL, fr. *poly-* + *myositis*] : inflammation of several muscles at once

**po·lym·y·thy** \pə'liməthē; 'pälē‚mithē, -lə‚m-\ *n* -es [NL *polymythia*, fr. Gk *polymythos* with many legends (fr. *poly-* + *mythos* myth) + NL *-ia* -y — more at MYTH] : the inclusion of many or several stories or plots in one narrative or dramatic work

**poly·myx·in** \‚pälē'miksən, -lə‚m-\ *n* -s [ISV, fr. NL *polymyxa* (specific epithet of *Bacillus polymyxa* — fr. *poly-* + *-myxa* — ) + ISV *-in*] : any of several basic polypeptide toxic antibiotics that are obtained from strains of a soil bacterium (*Bacillus polymyxa*) and are active against gram-negative bacteria: as **a** *or* **polymyxin A** : one of three nephrotoxic antibiotics **b** *or* **polymyxin B** : the least toxic of the polymyxins used in the form of its sulfate chiefly in the treatment of some localized, gastrointestinal, or systemic infections

**pol·y·nee** \¦··¦nā\ *n* -s [Sw] : a tart made of rich cookie dough, filled with meringue to which ground almonds have been added, and topped with a cross made of two strips of the cookie dough

**poly·nemid** \‚pälē'nēməd, -nem-\ *n* -s [NL *Polynemidae*] : a fish of the family Polynemidae

**poly·nem·i·dae** \-nemə‚dē\ *n pl, cap* [NL, fr. *Polynemus*, type genus + *-idae*] : a family (usu. coextensive with a suborder Polynemoidea of Percomorphi) of fishes that resemble mullets but have the pectoral fin divided into two parts of which the upper is much like an ordinary fin and the lower is composed of several separate slender threadlike rays and abound on the sandy shores of warm seas, many of them being valued for food and some yielding isinglass

**1poly·ne·moid** \¦··¦nē‚mȯid\ *adj* [NL *Polynemus* + E *-oid*] : resembling or related to the Polynemidae

**2polynemoid** \"\ *n* -s : a polynemoid fish

**poly·ne·moi·dea** \‚··nə'mȯidēə\ *n pl, cap* [NL, fr. *Polynemus* + *-oidea*] : a suborder of Percomorphi coextensive with the family Polynemidae

**poly·ne·mus** \‚pälē'nēməs, -lə'n-\ *n, cap* [NL, fr. *poly-* + Gk *nēma* thread — more at NEEDLE] : a genus (the type of the family Polynemidae) of fishes resembling mullets

**poly·neph·ric** \¦··¦nefrik\ *adj* [*poly-* + *-nephric*] *of an insect* : having many Malpighian tubules

**1poly·ne·sian** \¦pälə¦nēzhən, -ēsh-\ *adj, usu cap* [*Polynesia*, islands of the central Pacific ocean + E *-an*] **1 a** : of, relating to, or characteristic of Polynesia **b** : of, relating to, or characteristic of the Polynesians **2** : of, relating to, or characteristic of the Polynesian languages **3** : of, relating to, or being a biogeographic region or subregion of the Australian region that includes the smaller tropical Pacific islands

**2polynesian** \"\ *n* -s *cap* [*Polynesia* + E *-an*] **1** : a member of any of the native peoples of Polynesia usu. classified as being a composite chiefly of the white, Mongoloid, and Melanesian races and described as having black wavy hair, black eyes, medium breadth of nose, medium prognathism, brown skin, tall stature, and large-boned build **2** : a group of Austronesian languages spoken largely in Polynesia

**polynesian chestnut** *n, usu cap P* **1** : a Polynesian tree (*Inocarpus edulis*) of the family Leguminosae **2** : the edible kidney-shaped seed of the Polynesian chestnut

**poly·neuritic** \¦pälē, -lə+\ *adj* [NL *polyneuritis* + E *-ic*] : of, relating to, or marked by polyneuritis

**poly·neuritis** \"+\ *n* [NL, fr. *poly-* + *neuritis*] : neuritis of several peripheral nerves at the same time caused by alcoholism, metallic and other poisons, infectious disease, or vitamin deficiency (as of thiamine)

**poly·neuropathy** \"+\ *n* [*poly-* + *neuropathy*] : a disease of nerves; *esp* : a noninflammatory degenerative disease of nerves usu. caused by toxins (as of lead, alcohol)

**1pol·y·noid** \'pälə‚nȯid, pə'linəwəd\ *adj* [NL *Polinoidae*] : of or relating to the Polynoidae

**2polynoid** \"\ *n* -s : a worm of the family Polynoidae : SCALE WORM

**pol·y·noi·dae** \‚pälə'nȯi(‚)dē, pə‚linə'wī(‚)dē\ *n pl, cap* [NL, fr. *Polynoe*, type genus (fr. Gk *Polynoē*, a sea nymph) + *-idae*] : a family of marine polychaete worms having the back covered with two rows of scales

**1poly·no·mi·al** \¦pälē¦nōmēəl, -lə¦n-\ *n* -s [*poly-* + *-nomial* (as in *binomial*)] **1 a** : a mathematical expression of two or more terms **b** : an algebraic function of one or more variables consisting of the sum of terms whose factors are constants or positive integral or zero powers of the variables — called also *integral rational function* **2** : a technical name of a plant or animal consisting of a descriptive phrase of more than three words

**2polynomial** \"\ *adj* **1** : having the character of a polynomial **2** : consisting of many names or terms

**poly·nuclear** \¦pälē, -lə+\ *adj* [ISV *poly-* + *nuclear*] : containing more than one nucleus: **a** : POLYCYCLIC a **b** : containing more than one central atom or ion — used of coordination complexes **c** : POLYMORPHONUCLEAR

**poly·nu·cle·o·sis** \‚··‚n(y)üklē'ōsəs\ *n, pl* **polynucleo·ses** \-ō‚sēz\ [NL, fr. ISV *polynucle-* (in *polynuclear*) + NL *-osis*] : the presence of an excess of polymorphonuclear leucocytes (as in the circulating blood)

**poly·nucleotide** \¦pälē, -lə+\ *n* [ISV *poly-* + *nucleotide*] : a nucleotide (as of a nucleic acid) consisting of many mononucleotides in combination

**po·lyn·ya** *also* **po·lyn·ia** \¦pälən¦yä\ *n* -s [Russ *polyn'ya*, fr. *polyĭ* open, hollow; akin to OSlav *polje* field — more at FLOOR] : an area of open water in sea ice — distinguished from *lead*

**poly·odon** \'pälēə‚dän\ *n, cap* [NL, fr. *poly-* + *-odon*] : a genus (the type of the family Polyodontidae) of fishes containing the paddlefish — **poly·odont** \-nt\ *or* **poly·odon·toid** \¦···¦dän‚tȯid\ *adj or n*

**poly·odon·tia** \‚pälēō'dänch(ē)ə\ *n* -s [NL, fr. *poly-* + *-odontia*] : the presence of more than the normal number of teeth

**poly·odon·ti·dae** \-ntə‚dē\ *n pl, cap* [NL, fr. *Polyodont-*, *Polyodon*, type genus + *-idae*] : a family of fishes (order Chondrostei) comprising the genera *Polyodon* and *Psephurus*

**polyoestrous** *var of* POLYESTROUS

**poly·oi·cism** \‚pälē'ȯi‚sizəm, -ȯi‚ki-\ *n* -s [ISV *polyoicous* + *-ism*] : the condition of being polyoicous

**poly·oi·cous** \¦··¦ȯikəs\ *or* **poly·oe·cious** \¦··¦ēshəs\ *also* **poly·ecious** \¦··¦ēshəs\ *adj* [*poly-* + Gk *oikia* house + E *-ous* — more at VICINITY] : having the archegonia and antheridia sometimes on the same plant and sometimes on different plants ⟨~ mosses⟩ ⟨~ liverworts⟩ — compare HETEROICOUS, PAROICOUS — **poly·oi·cous·ly** *or* **poly·oe·cious·ly** *adv* — **poly·oi·cous·ness** *or* **poly·oe·cious·ness** *n* -es

**poly·oi·cy** \'··‚ȯisē, -‚ȯikē\ *n* -es [ISV *polyoicous* + *-y*] : POLYOICISM

**poly·ol** \'··‚ȯl, -‚ōl\ *n* -s [ISV *poly-* + *-ol*] : a compound (as sorbitol or pentaerythritol) containing usu. several alcoholic hydroxyl groups : a polyhydric alcohol

**poly·olefin** \¦pälē+\ *n* [*poly-* + *olefin*] **1** : an olefin containing many double bonds **2** : a polymer of olefin (as polyethylene)

**poly·on·y·mous** \¦pälē¦änəməs\ *adj* [Gk *polyōnymos*, fr. *poly-* + *-ōnymos* (fr. *onoma* name) — more at NAME] : having many names : known by various names

**poly·on·y·my** \‚··'änəmē\ *n* -es [Gk *polyōnymia*, fr. *poly-* + *-ōnymia* (fr. *onoma* name + *-ia* -y)] : plurality of names : the use of various names for one thing

**poly·opia** \‚pälē'ōpēə\ *n* -s [NL, fr. *poly-* + *-opia*] : perception of more than one image of a single object esp. with one eye : multiple vision : DIPLOPIA — **poly·opic** \¦··¦ōpik\ *adj*

**poly·or·chi·dism** \‚··'ȯ(r)kə‚dizəm\ *n* -s [ISV *poly-* + *-orchidism*] : a condition of having more than two testes

**poly·organic** \¦pälē+\ *adj* [*poly-* + *organic*] : having many organs

**poly·os·tot·ic** \¦pälē‚ä¦städ·ik\ *adj* [ISV *poly-* + *-ost* + *-otic*] : involving or relating to many bones

**poly·ovular** \¦pälē+\ *adj* [*poly-* + *ovular*] : of, relating to, producing, or containing more than one ovum ⟨~ cycle⟩ ⟨~ follicle⟩

**poly·ovulation** \"+\ *n* [*poly-* + *ovulation*] : the production of several to many ova at a single ovulation ⟨~ appears to be a primitive mammalian characteristic⟩

**poly·oxy·ethylene glycol** \¦pälē¦äksē + ...\ *n* [*polyoxyethylene* fr. *poly-* + *oxy-* + *ethylene*] : POLYETHYLENE GLYCOL

**poly·oxymethylene** \¦pälē+\ *n* [*poly-* + *oxy-* + *methylene*] : a polymer or hydrated polymer of formaldehyde; *esp* : PARAFORMALDEHYDE

**polyoxymethylene glycol** *n* : a linear hydrated polymer $HO(CH_2O)_nH$ of formaldehyde — see PARAFORMALDEHYDE

**pol·yp** \'päləp\ *n* -s [MF *polype* octopus, nasal tumor, fr. L *polypus*, fr. Gk *polypous*, lit., many-footed, fr. *poly-* + *pous* foot — more at FOOT] **1 a** *also* **pol·ype** \"\ *archaic* : an animal (as an octopus, cuttlefish, or squid) having numerous feet or tentacles **b** : a typical coelenterate individual with a hollow tubular body having outer ectoderm separated from inner endoderm by mesogloea, terminating anteriorly in a central mouth surrounded by tentacles, and being posteriorly closed and attached to the substrate (as in *Hydra*) or more or less directly continuous with other individuals of a compound animal (as in *Obelia* or most corals) : ZOOID **2** [so called fr. the ramifications resembling the tentacles of an octopus] **a** : a projecting mass of swollen and hypertrophied mucous membrane (as in the nasal cavity) caused by chronic inflammation **b** : a pedunculated tumor (as of the lower intestine) that often undergoes malignant change

**poly·parasitism** \¦pälē, -lə+\ *n* [*poly-* + *parasitism*] : HYPERPARASITISM 2

**pol·yp·ar·i·an** \¦päləpa(a)rēən\ *adj* [*polypary* + *-an*] : of or relating to a polypary

**pol·yp·ar·i·um** \-'pa(a)rēəm\ *n, pl* **polypar·ia** \-ēə\ [NL, fr. ISV *polypary*] : POLYPARY

**pol·yp·a·rous** \pə'lipərəs\ *adj* [*poly-* + *-parous*] : POLYTOCOUS

**pol·yp·ary** \'pälə‚perē\ *n* -es [*polyp* + *-ary*] : the common investing structure or tissue in which the polyps of corals and other compound forms are embedded

**pol·yp·ean** \¦··¦pēən\ *adj* [*polyp* + *-an*] : relating to or like a polyp

**pol·yp·ec·to·my** \‚··'pektəmē\ *n* -es [*polyp* + *-ectomy*] : the surgical excision of a polyp

**1poly·ped** \'pälē‚ped\ *n* -s [*poly-* + *-ped*] : a polyped animal

**2polyped** \"\ *adj* : having many feet

**poly·pe·da·tes** \‚··pə'dad·(‚)ēz\ *n, cap* [NL, prob. irreg. fr. *poly-* + Gk *pedētēs* leaper, dancer, fr. *pēdan* to leap, jump; akin to L *ped-*, *pes* foot — more at FOOT] : a genus (the type of the family Polypedatidae) of Old World tree frogs related to the Ranidae but distinguished by cylindrical transverse sacral processes

**1poly·pe·datid** \¦··¦dad·əd, -'dad·əd\ *adj* [NL *Polypedatidae*] : of or relating to the Polypedatidae

**2polypedatid** \"\ *n* -s : a tree frog of the family Polypedatidae

**poly·pe·dat·i·dae** \‚···'dad·ə‚dē\ *n pl, cap* [NL, fr. *Polypedates*, type genus + *-idae*] : a family of Old World tree frogs (suborder Diplasiocoela)

**poly·peptide** \¦pälē, -lə+\ *n* [ISV *poly-* + *peptid*[illegible] orig.

Academic Press

# Dictionary of Science and Technology

A51

This book is printed on acid-free paper. ♾

Copyright © 1992 by ACADEMIC PRESS, INC.
All Rights Reserved.
No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Academic Press, Inc.
1250 Sixth Avenue, San Diego, California 92101-4311

*United Kingdom Edition published by*
Academic Press Limited
24–28 Oval Road, London NW1 7DX

Library of Congress Cataloging-in-Publication Data

Academic Press dictionary of science and technology / edited by
Christopher Morris
p. cm.
ISBN 0-12-200400-0
1. Science--Dictionaries. 2. Technology--Dictionaries.
I. Morris, Christopher G. II. Academic Press. III. Title:
Dictionary of science and technology.
Q123.A33 1991
503--dc20 90-29032
CIP

PRINTED IN THE UNITED STATES OF AMERICA
92 93 94 95 96 97 DO 9 8 7 6 5 4 3 2 1

R904 74003 A52

... *Organic Chemistry.* $(-C_5H_8-)_n$, a thermoplastic polymer ... component of natural rubber; also produced syntheti-...

... *Cell Biology.* a giant cell containing several nuclei.

... *Botany.* a monogeneric family of nonthecate, marine di-... the order Gymnodiniales, containing organisms that are ... have a series of energids with two or more nuclei and ...

... *Organic Chemistry.* a soft, elastic resin derived from ... with a fatty oil or oils; used to produce water-resis-...

... *Engineering.* a vertically ribbed, perforated insert that con-... side of a cylinder in an injection-molding apparatus.

... *Molecular Biology.* a linker DNA molecule containing mul-...

... *Virology.* a condition in which bacterial strains are lyso-... different phages.

... *Organic Chemistry.* a large molecule formed by the ... five identical monomers; it may be natural, such as cel-... or synthetic, such as nylon or polyethylene; polymers ... many more than five monomers, and some may contain ... thousands of monomers in each chain.

... *Invertebrate Zoology.* a division of animals with clearly de-... segments; in some classifications the same as Annelida.

...**ccelerator** *Materials Science.* an organic additive used to ... vulcanization of rubber, usually in conjunction with other pro-...

... *Enzymology.* any enzyme that catalyzes the formation of a ... monomers.

...**chain reaction** *Biotechnology.* a technique in which re-... of DNA synthesis are carried out to produce a large num-... specific DNA sequence.

...**crazing** *Materials Science.* a defect in plastic articles consist-... surface cracks or minute frostlike internal cracks, result-... stresses within the article that exceed the cohesive strength of ... structural units.

...**crystallite** *Materials Science.* an ordered structure arrange-... some polymers.

... *Geology.* see POLYGENE, def. 1.

... *Organic Chemistry.* of or relating to a polymer. *Chemistry.* ... more compounds, having the same elements combined in the ... proportions but having different molecular weights.

...**molybdate** see ISOPOLYMOLYBDATE.

... *Chemistry.* the state of being polymeric. *Botany.* the state ... polymerous.

...**ization** *Organic Chemistry.* the formation of a polymer, a ... process in which a series of simple structural units (mono-...) ... to form large, chainlike molecules (macromolecules).

...**melt** *Materials Science.* a high-temperature rubbery state in ... which the chain segments are thermally agitated into liquid-... motions, and at which the polymers are processed by ex-... molding processes.

... *Botany.* having many members in each whorl.

...**morphic diaphthoresis** *Geology.* the changes during the ... phase of metamorphism that took place in response to lower-... metamorphic conditions than those to which the rock was previ-...

...**morphism** *Geology.* polyphase or multiple metamorphism in ... or more metamorphic events in succession have left evidence ... occurrence upon the same rocks. Also, SUPERIMPOSED METAMOR-...

...**yl methacrylate** *Organic Chemistry.* a thermoplastic poly-... from methyl methacrylate, used in lighting fixtures and op-... instruments.

...**ogyria** *Neurology.* a malformation of the brain characterized ... development of numerous small convolutions. Also, MICROGYRIA.

...**ic** *Petrology.* describing clastic sedimentary rock composed of ... one rock type or mineral species.

...**ic lake** *Hydrology.* a lake that has no lasting thermal stratifica-...

...**nite** *Mineralogy.* (Ca,Fe,Y,Th)(Nb,Ti,Ta,Zr)$O_4$, a rare black ... orthorhombic mineral that is weakly to moderately radioactive, having a ... gravity of 4.77 to 4.85 and a hardness of 6.5 on the Mohs scale; ... found as prismatic crystals in pegmatites in Norway. Also, ...

**polymorph** *Biology.* any of two or more forms of a single organism, such as different castes of certain ants. *Systematics.* any of the two or more forms in a polymorphic group. *Crystallography.* any of several crystals of the same substance that occur naturally in many forms. Also, **polymorphic modification.** *Histology.* see GRANULOCYTE.

**polymorphic** *Science.* **1.** occurring in many forms. **2.** appearing in various forms in different stages of development. *Systematics.* of or relating to morphological variations occurring within a single taxonomic group. Also, **polymorphous.**

**polymorphic system** *Computer Technology.* referring to a computer system in which major parts or units are held in a common pool, assigned to executing programs based on need, and returned to the pool when they are no longer needed.

**polymorphic type** *Computer Programming.* an abstract data type, such as a linked list, that could be implemented in different ways or could take multiple forms, such as a linked list of integers or a linked list of reals using a similar record format.

**polymorphism** the state or condition of being polymorphic; specific uses include: *Biology.* **1.** the occurrence of different forms of individuals in a single species. **2.** the occurrence of different structural forms in a single individual at different periods in the life cycle. *Genetics.* the occurrence of two or more different phenotypes in a population. *Crystallography.* the property of crystallizing in two or more forms with distinct structures, as opposed to dimorphism if only two forms occur.

**polymorphonuclear cells** *Immunology.* leukocytes with lobulated nuclei that take part in inflammatory reactions; major subpopulations are neutrophils, eosinophils, basophils. Also, **polymorphonuclear leukocytes.**

**polymorphonuclear granulocyte** *Immunology.* a cell that is associated with bone marrow and has a multibodied nucleus and granular cytoplasm in its mature form. Also, NEUTROPHIL.

**polymyarian** *Invertebrate Zoology.* of nematode worms, having many muscle cells in each quadrant of a cross section.

**polymyos** *Medicine.* the simultaneous inflammation of many muscles.

**polymyositis** *Medicine.* a chronic, progressive disease of skeletal muscle, characterized by symmetrical weakness of the limb girdles, neck, and pharynx, and usually resulting in deformity; sometimes associated with malignancy.

**polymyxin** *Microbiology.* any of five antibiotics (designated A, B, C, D, E) produced by strains of the soil bacterium *Bacillus polymyxa* and acting against various Gram-negative bacteria.

**polyneme hypothesis** *Molecular Biology.* the hypothesis that a new chromatid is composed of more than one double-stranded DNA molecule.

**Polynemidae** *Vertebrate Zoology.* the threadfins, the single family of carnivorous fishes in the suborder Polynemoidei.

**Polynemoidei** *Vertebrate Zoology.* a suborder of carnivorous fishes of the order Perciformes, distinguished by a pectoral fin divided in two parts, with the bottom half resembling threads that act as feelers; found in murky marine waters in tropical seas worldwide.

**Polynesia** *Geography.* the region of Oceania containing those Pacific island groups east of Melanesia and Micronesia, and stretching from the Hawaiian Islands south to New Zealand.

**Polynesian subregion** *Ecology.* a distinct zoogeographical region that includes the oceanic islands of Polynesia.

**polyneuritic** *Neurology.* of or relating to polyneuritis.

**polyneuritis** *Neurology.* simultaneous inflammation of multiple spinal nerves, characterized by paralysis, pain, and wasting of muscles.

**polyneuropathy** *Neurology.* any disease that affects multiple nerves simultaneously.

**Polynoidae** *Invertebrate Zoology.* a family of scale worms, crawling polychaetes in the Errantia, with a dorso-ventrally flattened body and rows of scales on the back.

**polynomial** [päl'i nō'mē əl] *Mathematics.* **1.** a formal power series in one or more indeterminates with only finitely many nonzero coefficients. If the coefficients are required to be elements of a particular algebraic object *A* (ring, field, and so on), the polynomial is said to be a polynomial over *A*. **2.** a function constructed using only addition, subtraction, and multiplication.

**polynomial time** *Computer Programming.* a term characterizing the complexity of a given algorithm in which the time to solve a problem of size *n* increases with *n* no more rapidly than a polynomial in *n* increases with *n*.

**polynuclear** *Science.* having several or many nuclei. Also, **polynucleate, polynucleated.**

# STEDMAN'S Medical Dictionary

26th Edition

ILLUSTRATED IN **COLOR**



*Editor:* Marjory Spraycar
*Senior Editor:* Elizabeth Randolph
*Editorial Assistant:* Maureen Barlow Pugh
*Copy Editors:* Christopher Muldor, Jane Sellman, Barbara Werner
*On-Line Editors:* Kathryn J. Cadle, Barbara L. Ferretti, Catherine N. Kelly, Leslie Simpson
*Editorial Proofreaders:* Peter W. Binns, Jolanta Obrebska, Carol Sorgen
*Medical Proofreaders:* Alfred Jay Bollet, M.D.; John H. Dirckx, M.D.; Thomas W. Filardo, M.D.; Robert Hogan, M.D.; Edward Stim, M.D.
*Database Programmers:* Dennis P. Smithers, Dave Marcus, Lexi-Comp Inc., Hudson, OH
*Production Coordinator:* Paula K. Huber
*Printing Coordinator:* Brian Smith
*Illustration Planning:* Wayne J. Hubbel
*Design:* Robert C. Och, Dan Pfisterer
*Cover Design:* Sharon Reuter, Reuter & Associates

Copyright © 1995
Williams & Wilkins
351 W. Camden Street
Baltimore, MD 21201, USA

Copyright © by William Wood and Company: 1911, 1st ed.; 1912, 2nd ed.; 1914, 3rd ed.; 1916, 4th ed.; 1918, 5th ed.; 1920, 6th ed.; 1922, 7th ed.; 1924, 8th ed.; 1926, 9th ed.; 1928, 10th ed.; 1930, 11th ed.

Copyright © by Williams & Wilkins: 1933, 12th ed.; 1935, 13th ed.; 1939, 14th ed.; 1942, 15th ed.; 1946, 16th ed.; 1949, 17th ed.; 1953, 18th ed.; 1957, 19th ed.; 1961, 20th ed.; 1966, 21st ed.; 1972, 22nd ed.; 1976, 23rd ed.; 1982; 24th ed.; 1990, 25th ed.

All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner.

*Stedman's* is a registered trademark of Williams & Wilkins.

Indications, adverse reactions and dosage schedules for drugs set forth in this dictionary are provided by the authors. Williams & Wilkins has not independently verified the accuracy of that information and does not make any representation in regard to its accuracy. The reader should review the package information data of the manufacturers of the medications mentioned.

*Database design by Lexi-Comp Inc., Hudson, OH*
*Printed in the United States of America by R.R. Donnelley & Sons Company*

English Language Co-editions
Asian 1967, 1972, 1976
Indian 1967, 1973
Taiwan 1972, 1978

Translated Editions
Greek 1976
Indian 1977
Japanese 1977, 1985, 1995
Portuguese 1976, 1995
Spanish 1993

**Library of Congress Cataloging-in-Publication Data**

Stedman, Thomas Lathrop, 1853-1938.
[Medical dictionary]
*Stedman's* medical dictionary.—26th ed.
p. cm.
ISBN 0-683-07922-0 REGULAR EDITION
ISBN 0-683-07935-2 DELUXE EDITION
1. Medicine—Dictionaries. I. Title. II. Title: Medical dictionary.
[DNLM: 1. Dictionaries, Medical. W 13 S812m 1995]
R121.58 1995
610'.3—dc20
DNLM/DLC
for Library of Congress

97 98 99
3 4 5 6 7 8 9 10

…gic (pol-ē-er′jik). Capable of acting in several different … [poly- + G. *ergon,* work]

…the·sia (pol-ē-es-thē′zē-ă). A disorder of sensation in … single touch or other stimulus is felt as several. [poly- + … …sis, sensation]

…tra·di·ol phos·phate (pol′ē-es-tră-dī′ol). An estradiol …ate polymer, used as a long-acting estrogen for treatment …tic carcinoma.

…trous (pol-ē-es′trŭs). Having two or more estrous cy… mating season.

…th·y·lene gly·cols (PEGs) (pol-ē-eth′i-lēn). Poly… …lene) glycols; condensation polymers of ethylene oxide …er, of the general formula $HO(CH_2CH_2O)_nH$, where *n* … the average number of oxyethylene groups (300–6,000); …y in consistency based on molecular size; PEG 300 is a … liquid; PEG 600 is a waxlike solid; PEGs are soluble in … and are used as pharmaceutic aids.

…fruc·tose (pol-ē-fruk′tōs). SYN fructosan.

…ga·lac·tia (pol′ē-gă-lak′tē-ă, -shē-ă). Excessive secretion … milk, especially at the weaning period. [poly- + G. *gala,* …]

…ga·lac·tu·ro·nase (pol′ē-gă-lak′tū-ron-ās). Pectin depoly… an enzyme catalyzing the random hydrolysis of 1,4-α-D-…osiduronic linkages in pectate and other galacturonans. SYN …ase.

…gan·gli·on·ic (pol′ē-gang-glē-on′ik). Containing or in… many ganglia.

…gene (pol′ē-jēn). One of many genes that contribute to the …typic value of a measurable phenotype.

…gen·ic (pol-ē-jen′ik). Relating to a hereditary disease or …al characteristic controlled by the added effects of genes at …ple loci.

…glan·du·lar (pol-ē-glan′dū-lăr). SYN pluriglandular.

…β-glu·co·sa·min·i·dase. SYN chitinase.

…glu·ta·mate (pol-ē-glū′tă-māt). SYN poly(glutamic acid).

…(glu·tam·ic ac·id) (pol′ē-glū-tam′ik). A polymer of glu… acid residues in the usual peptide linkage (α-carboxyl to α-…o). SEE poly- (2). SEE ALSO poly(γ-glutamic acid). SYN poly…mate.

…(γ-glu·tam·ic ac·id). A polypeptide formed of glutamic … residues, the γ-carboxyl group of one glutamic acid being …ensed to the amino group of its neighbor; occurs naturally in … anthrax bacillus capsule.

…(gly·col·ic ac·id) (pol′ē-glī-kol′ik). A polymer of glycolic … used in absorbable surgical sutures. [see poly- (2)]

…y·gna·thus (pol-ē-nath′ŭs, pō-lig′na-thŭs). Unequal con… twins in which the parasite is attached to the jaw of the … SEE conjoined *twins,* under *twin.* [poly- + G. *gnathos,* …]

…y·graph (pol′ē-graf). **1.** An instrument to obtain simultane… tracings from several different sources; *e.g.*, radial and jugu… pulse, apex beat of the heart, phonocardiogram, electrocardio…ram. The ECG is nearly always included for timing. **2.** An … recording changes in respiration, blood pressure, … skin response, and other physiological changes while … person is questioned about some matter or asked to give …ciations to relevant and irrelevant words; the physiological …ges are presumed to be indicators of emotional reactions, … thus whether the person is telling the truth. SYN lie detector. [poly- + G. *graphō,* to write]

…kenzie's **p.**, an instrument consisting of a system of tam…bours and a time-marker for recording simultaneously the jugular and arterial pulses and the apex beat; formerly used in the clini…cal investigation of cardiac arrhythmias.

…y·gy·ria (pol-ē-jī′rē-ă). Condition in which the brain has an …cessive number of convolutions. [poly- + G. *gyros,* circle, …]

…y·he·dral (pol-ē-hē′drăl). Having many sides or facets. [G. *polyedros,* many-sided, fr. poly- + G. *hedra,* seat, facet]

…y·hex·os·es (pol-ē-heks′ōs-ez). SYN hexosans.

…y·hi·dro·sis (pol′ē-hī-drō′sis). SYN hyperhidrosis.

**pol·y·hy·brid** (pol-ē-hī′brid). The offspring of parents differing from each other in more than three characters.

**pol·y·hy·dram·ni·os** (pol′ē-hī-dram′nē-os). Excess amount of amniotic fluid. [poly- + G. *hydōr,* water, + amnion]

**pol·y·hy·dric** (pol-ē-hī′drik). Containing more than one hydroxyl group, as in polyhydric alcohols (glycerol, $C_3H_5(OH)_3$) or polyhydric acids (*o*-phosphoric acid, $OP(OH)_3$).

**pol·y·hy·per·men·or·rhea** (pol-ē-hī′per-men-ō-rē′ă). Frequent and excessive menstruation. [poly- + G. *hyper,* above, + *mēn,* month, + *rhoia,* flow]

**pol·y·hy·po·men·or·rhea** (pol-ē-hī′pō-men-ō-rē′ă). Frequent but scanty menstruation. [poly- + G. *hypo,* below, + *mēn,* month, + *rhoia,* a flow]

**pol·y·i·dro·sis** (pol′ē-i-drō′sis). SYN hyperhidrosis.

**pol·y·iso·pre·nes** (pol-ē-ī′sō-prēnz). SYN polyterpenes.

**pol·y·iso·pre·noids** (pol-ē-i-sō-prē-nōydz). SYN polyterpenes.

**pol·y·kar·y·o·cyte** (pol-ē-kar′ē-ō-sīt). A cell containing many nuclei, such as the osteoclast. [poly- + G. *karyon,* kernel, + *kytos,* cell]

**pol·y·lac·to·sa·mines** (pol-ē-lak-tōs′a-mēnz). A class of glycoproteins containing repeating lactosamine units in their oligosaccharide components; the I/i blood group substances belong to this class.

**pol·y·lep·tic** (pol-ē-lep′tik). Denoting a disease occurring in many paroxysms, *e.g.*, malaria, epilepsy. [poly- + G. *lēpsis,* a seizing]

**pol·y·link·er** (pol-ē-link′er). An inserted sequence of DNA in recombinant DNA vectors consisting of a cluster of numerous restriction endonuclease sites unique in the plasmid; also called restriction site bank and polycloning site.

**pol·y·lo·gia** (pol-ē-lō′jē-ă). Continuous and often incoherent speech. [poly- + G. *logos,* word]

**pol·y·mas·tia** (pol-ē-mas′tē-ă). In humans, a condition in which more than two breasts are present. SYN hypermastia (1), multimammae, pleomastia, pleomazia, polymazia. [poly- + G. *mastos,* breast]

**pol·y·mas·ti·gote** (pol-ē-mas′ti-gōt). A mastigote having several grouped flagella. [poly- + G. *mastix,* a whip]

**pol·y·ma·zia** (pol-ē-mā′zē-ă). SYN polymastia. [poly- + G. *mazos,* breast]

**pol·y·meg·eth·ism** (pol′ē-meg′-ĕ-thism). A greater than normal variation in the size of the cells of the human corneal endothelium.

**pol·y·me·lia** (pol-ē-mē′lē-ă). A developmental defect in which there are supernumerary limbs or parts of limbs. [poly- + G. *melos,* limb]

**pol·y·men·or·rhea** (pol-ē-men-ō-rē′ă). Occurrence of menstrual cycles of greater than usual frequency. [poly- + G. *mēn,* month, + *rhoia,* flow]

**pol·y·mer** (pol′i-mer). A substance of high molecular weight, made up of a chain of repeated units sometimes called "mers." SEE ALSO biopolymer. [see -mer (1)]

lipids
proteins
structure of polymer membrane

**cross-linked p.**, a p. in which long-chain molecules are attached to each other, forming a two- or three-dimensional network. SYN cross-linked resin.

**pol·y·mer·ase** (po-lim′er-ās). General term for any enzyme cata…

lyzing a polymerization, as of nucleotides to polynucleotides, thus belonging to EC class 2, the transferases.

**p. alpha,** a class of mammalian DNA p.'s in the nucleus that function in chromosome replication. SYN polymerase α.

**p. beta,** a class of mammalian DNA p.'s in the nucleus that do not have a role in replication but may function in DNA repair. SYN polymerase β.

**p. gamma,** a class of mammalian DNA p.'s in the mitochondria responsible for replication of the mitochondrial genome. SYN polymerase γ.

**Taq p.,** a temperature-resistant DNA polymerase isolated from *Thermus aquaticus* that can extend primers at high temperatures; used in the p. chain reaction.

**pol·y·mer·ase γ.** SYN *polymerase* gamma.

**pol·y·mer·ase α.** SYN *polymerase* alpha.

**pol·y·mer·ase β.** SYN *polymerase* beta.

**pol·y·me·ria** (pol-ē-mēr′ē-ă). Condition characterized by an excessive number of parts, limbs, or organs of the body. [poly- + G. *meros,* part]

**pol·y·mer·ic** (pol-i-mer′ik). **1.** Having the properties of a polymer. **2.** Relating to or characterized by polymeria. **3.** Rarely used synonym for polygenic.

**po·lym·er·id** (po-lim′er-id). An obsolete synonym for polymer.

**po·lym·er·i·za·tion** (po-lim′er-i-za′shŭn). A reaction in which a high-molecular-weight product is produced by successive additions to or condensations of a simpler compound; *e.g.,* polystyrene may be produced from styrene, or rubber from isoprene, or a polynucleotide from mononucleotides, or microtubules from tubulin.

**po·lym·er·ize** (pol′i-mer-īz, po-lim′er-īz). To bring about polymerization.

**pol·y·met·a·car·pa·lia, pol·y·met·a·car·pa·lism** (pol′ē-met-ă-kar-pā′lē-ă, -kar′pă-lizm). Congenital anomaly characterized by the presence of supernumerary metacarpal bones.

**pol·y·met·a·tar·sa·lia, pol·y·met·a·tar·sa·lism** (pol′ē-met-ă-tar-sā′lē-ă, -tar′să-lizm). Congenital anomaly characterized by the presence of supernumerary metatarsal bones.

**pol·y·mi·cro·lip·o·ma·to·sis** (pol-ē-mī′krō-lip′ō-mă-tō′sis). The occurrence of multiple, small, nodular, fairly discrete masses of lipid in the subcutaneous connective tissue. [poly- + G. *mikros,* small, + lipoma + G. *-osis,* condition]

**po·lym·i·tus** (pŏ-lim′i-tŭs). SYN exflagellation. [poly- + G. *mitos,* thread]

**pol·y·morph** (pol′ē-mōrf). Colloquial term for polymorphonuclear *leukocyte.*

**pol·y·mor·phic** (pol-ē-mōr′fik). Occurring in more than one morphologic form. SYN multiform, pleomorphic (1), pleomorphous, polymorphous. [G. *polymorphos,* multiform]

**pol·y·mor·phism** (pol-ē-mōr′fizm). Occurrence in more than one form; existence in the same species or other natural group of more than one morphologic type. SYN pleomorphism.

**balanced p.,** a unilocal trait in which two alleles are maintained at stable frequencies because the heterozygote is more fit than either of the homozygotes. SEE ALSO overdominance.

**corneal endothelial p.,** a greater than normal variation in the shape of the cells.

**DNA p.,** a condition in which one of two different but normal nucleotide sequences can exist at a particular site in DNA.

**genetic p.,** the occurrence in the same population of multiple discrete allelic states of which at least two have high frequency (conventionally of 1% or more).

**lipoprotein p.,** heritable variations in low density β-lipoproteins; the variant lipoproteins exhibit different antigenic and chemical properties when compared with normal lipoproteins.

**restriction fragment length p. (RFLP),** used in genetic analysis of populations or individual relationships. In regions of the human genome not coding for proteins there is often wide sequence variety between individuals that can be measured.

**restriction length p., fragment length p.,** the existence of allelic forms recognizable by the length of fragments that result when the nucleotide chain is treated by a specific restriction enzyme that cleaves wherever a particular sequence of nucleotides occurs. A mutation in this sequence changes cleaving and hence the number of fragments.

**restriction-site p.,** dNA p. in which the sequence of one form of the p. contains a recognition site for a particular endonuclease, but the sequence of the other form lacks such a site.

**pol·y·mor·pho·cel·lu·lar** (pol-ē-mōr′fō-sel′yū-lăr). Relating to or formed of cells of several different kinds. [G. *polymorphos,* multiform, + L. *cellula,* cell]

**pol·y·mor·pho·nu·cle·ar** (pol′ē-mōr-fō-nū′klē-ăr). Having nuclei of varied forms; denoting a variety of leukocyte. [G. *polymorphos,* multiform, + L. *nucleus,* kernel]

**pol·y·mor·phous** (pol-ē-mōr′fŭs). SYN polymorphic.

**pol·y·my·al·gia** (pol′ē-mī-al′jē-ă). Pain in several muscle groups. [poly- + G. *mys,* muscle, + *algos,* pain]

**p. arterit′ica,** p. rheumatica resulting from arteritis, especially disseminated giant cell arteritis.

**p. rheumat′ica,** a syndrome within the group of collagen diseases different from spondylarthritis or from humeral scapular periarthritis by the presence of an elevated sedimentation rate; much commoner in women than in men.

**pol·y·my·oc·lo·nus** (pol′ē-mī-ok′lō-nŭs). SYN *myoclonus* multiplex.

**pol·y·my·o·si·tis** (pol′ē-mī-ō-sī′tis). Inflammation of a number of voluntary muscles simultaneously. [poly- + G. *mys,* muscle, + *-itis,* inflammation]

**pol·y·myx·in** (pol-ē-mik′sin). A mixture of antibiotic substances obtained from cultures of *Bacillus polymyxa* (*B. aerosporus*), an organism found in water and soils, and obtainable as a crystalline hydrochloride; polypeptides containing various amino acids and a branched chain fatty acid, (+)-6-methyloctanoic acid. There are several p.'s, *e.g.,* designated A, $B_1$, C, D, E, M, T, etc., which are about equally effective against Gram-negative bacteria [illegible] which differ in toxicity, p. E (colistin) and p. B being the least toxic. SEE ALSO *colistin* sulfate, colistimethate sodium.

**p. B sulfate,** an antibacterial effective in [illegible] *Pseudomonas* infections, and urinary tract infections [illegible] systemically only for severe infections not responding [illegible] toxic agents; it is also used locally. P. B is a mixture of [illegible] p. $B_2$.

**pol·y·ne·sic** (pol-i-nē′sik). Occurring in many [illegible] noting certain forms of inflammation or infection [illegible] *nēsos,* island]

**pol·y·neu·ral** (pol-ē-nū′răl). Relating to [illegible] ing several nerves. [poly- + G. *neuron,* nerve]

**pol·y·neu·ral·gia** (pol′ē-nū-ral′jē-ă). Neuralgia [illegible] simultaneously.

**pol·y·neu·ri·tis** (pol′ē-nū-rī′tis). SYN [illegible]

**acute idiopathic p.,** a neurological [illegible] mune-mediated disorder, often a sequela [illegible] tions, marked by paresthesia of the limbs [illegible] or a flaccid paralysis; the characteristic [illegible] increased protein in the cerebrospinal [illegible] cell count. SYN acute inflammatory [illegible] Barré syndrome, infectious p., Landry [illegible] ysis, Landry-Guillain-Barré syndrome [illegible] ronitis, postinfectious p.

**chronic familial p.,** inflammation of [illegible] by amyloid.

**infectious p.,** SYN acute idiopathic [illegible]

**postinfectious p.,** SYN acute idiopathic [illegible]

**pol·y·neu·ro·ni·tis** (pol′ē-nū-ro-nī′tis) [illegible] groups of nerve cells.

**pol·y·neu·rop·a·thy** (pol′ē-nū-rop′[illegible] involving a number of peripheral [illegible] nontraumatic generalized disorder [illegible] the distal fibers most severely [illegible] before, or more severe, than hands [illegible] most often affects motor and sensory [illegible] can involve either one solely or [illegible] fied as axon degenerating (axonal [illegible] causes, particularly metabolic [illegible]

# EXHIBIT 3

## Summary of Co-polymer Definitions in Cordis's Briefs and Declarations

- Copolymer: *Materials Science*. "Copolymer" is "**[a] polymer** that is composed of polymer chains made up of two or more chemically different repeating units that can be in different sequences. *Organic Chemistry*. Any polymer produced by the simultaneous polymerization of two or more dissimilar monomers." (*Academic Press Dictionary of Science and Technology* at 521 (1992).)

- Copolymer: "**[a] polymer** of two or more different monomers." (*American Heritage Dictionary of the English Language* at 415 (3d ed. 1992).)

- Copolymer: "**[a] polymer** containing monomers of more than one kind." (*Dorland's Illustrated Medical Dictionary* at 375 (28th ed. 1994).)

- Copolymer: "**[a] mixed polymer**, the product of polymerization of two or more substances at the same time." (*McGraw-Hill Dictionary of Scientific and Technical Terms* at 460 (5th ed. 1994).)

- Copolymer: a "**[p]olymer** formed from the reaction of more than one species of monomer in order to modify the physical properties of the parent homopolymer...The structure of copolymers is described by the sequence of repeat units along the backbone chain." (*Larousse Dictionary of Science and Technology* at 853 (Peter M. B. Walker ed., 1995).)

- Copolymer: "**[a] polymer** in which two or more monomers or base units are combined." (*Stedman's Medical Dictionary* at 392 (26th ed. 1995).)

- Copolymer: a "**[p]olymer** formed from the reaction of more than one species of monomer in order to modify the physical properties of the parent homopolymer. See panel on polymers." (*Chambers Dictionary of Science and Technology* at 264 (Peter M. B. Walker ed., 1999).)

- Copolymer: "**[a] mixed polymer**, the product of polymerization of two or more substances at the same time." (*McGraw-Hill Dictionary of Scientific and Technical Terms* at 487 (6th ed. 2003).)

# Academic Press Dictionary of Science and Technology

Edited by
Christopher Morris

**Academic Press**
Harcourt Brace Jovanovich, Publishers
San Diego New York Boston London Sydney Tokyo Toronto

This book is printed on acid-free paper. ∞

Copyright © 1992 by ACADEMIC PRESS, INC.
All Rights Reserved.
No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Academic Press, Inc.
1250 Sixth Avenue, San Diego, California 92101-4311

*United Kingdom Edition published by*
Academic Press Limited
24–28 Oval Road, London NW1 7DX

Library of Congress Cataloging-in-Publication Data

Academic Press dictionary of science and technology / edited by Christopher Morris
p. cm.
ISBN 0-12-200400-0
1. Science--Dictionaries. 2. Technology--Dictionaries.
I. Morris, Christopher G. II. Academic Press. III. Title:
Dictionary of science and technology.
Q123.A33 1991
503--dc20

90-29032
CIP

PRINTED IN THE UNITED STATES OF AMERICA
92 93 94 95 96 97 DO 9 8 7 6 5 4 3 2 1

R Q H ... 03

**copia element** *Molecular Biology.* any of the transposable DNA elements in the genetic material of *Drosophila* existing as a family of closely related base sequences.

**copiapite** *Mineralogy.* $Fe^{+2}Fe_4^{+3}(SO_4)_6(OH)_2 \cdot 20H_2O$, a transparent to translucent yellow triclinic mineral occurring as thin tabular crystals and loose aggregates, having a specific gravity of 2.08 to 2.17 and a hardness of 2.5 to 3 on the Mohs scale; a secondary mineral formed by the oxidation of pyrite and other sulfides.

**coping** *Building Engineering.* brickwork having an end oriented and shaped to fit with a particular molding. *Architecture.* a cap or cover for a wall or chimney, often double-sloping and cut with a drip to shed water. *Mechanical Engineering.* the process of shaping or polishing stone with a grinding wheel. *Mining Engineering.* the process of splitting a stone by driving wedges into it. *Psychology.* the conscious or unconscious efforts of an individual to deal with the stresses and demands of his or her environment. Also, **coping behavior.**

**coping machine** *Mechanical Devices.* a device used to cut away flanges and corners of beams.

**coping strategy** or **strategies** *Behavior.* the behavioral and emotional adjustments that an individual makes in order to manage or alleviate a stressful situation. Also, **coping mechanism(s).**

**coplanar** [kō plān´är] *Mechanics.* lying or acting in the same plane.

**coplanar electrodes** *Electronics.* a set of two or more electrodes that are physically aligned with each other.

**Copodontidae** *Paleontology.* a family of primitive holocephalic fish in the extinct order Copodontiformes; may have had only one functional tooth in each jaw; Devonian and Carboniferous.

**copolymer** [kō päl´i mər] *Materials Science.* a polymer that is composed of polymer chains made up of two or more chemically different repeating units that can be in different sequences. *Organic Chemistry.* any polymer produced by the simultaneous polymerization of two or more dissimilar monomers.

**copolymerization** *Materials Science.* polymerization in which polymers are derived from more than one species of monomers.

**copolymerize** *Organic Chemistry.* to produce a copolymer; carry out the process of copolymerization.

**COPP** *Oncology.* an acronym for a chemotherapy regimen for cancer treatment that includes the drugs cyclophosphamide, Oncovin, procarbazine, and prednisone.

**copper** *Chemistry.* an element having the symbol Cu, the atomic number 29, an atomic weight of 63.54, a melting point of 1083°C, and a boiling point of 2595°C; a soft, reddish, ductile metal that is an excellent conductor of electricity; it has low reactivity and resists atmospheric corrosion by forming a protective cover of a green basic copper carbonate, e.g., $Cu(OH)_2 \cdot CuCO_3$. *Mineralogy.* Cu, the mineral form of this element, occurring as cubes, dodecahedra, and tetrahedra; the crystals are often elongated, flattened, or wirelike. It has a specific gravity of 8.94 to 8.95 and a hardness of 2.5 to 3 on the Mohs scale, and it is found in oxidized zones of copper-bearing sulfide ore deposits. Copper has great industrial significance in its pure state or as a base for numerous alloys such as brass and bronze. (Going back to a phrase meaning "metal of Cyprus"; from the most noted early source of this element.)

**copper-64** *Nuclear Physics.* a radioactive isotope of copper with a half-life of 12.7 hours that is created by irradiating metallic copper in a reactor; commonly used as a tracer to study diffusion, corrosion, and friction in metals and alloys.

**Copper Age** *Archaeology.* an intermediate period between the Neolithic and the Bronze Ages, characterized by the use of copper tools. Also, CHALCOLITHIC.

**copper alloy** *Metallurgy.* an alloy that contains at least 50% copper.

**copper amalgam** *Metallurgy.* an alloy of copper and mercury.

**copper arsenate** see CUPRIC ARSENATE.

**copper blight** *Plant Pathology.* a disease of tea plants caused by the fungus *Guignardia comelliae* that is characterized by well-defined discolored spots on the leaves.

**copper blue** see MOUNTAIN BLUE.

**copper brazing** *Metallurgy.* the process of brazing or braze welding with a copper-base filler.

**copper bromide** **1.** see CUPRIC BROMIDE. **2.** see CUPROUS BROMIDE.

**copper cable** *Electricity.* a set of copper wires, used as an alternative to a single large-diameter wire for increased flexibility.

**copper carbonate** see CUPRIC CARBONATE.

**copper chloride** **1.** see CUPRIC CHLORIDE. **2.** see CUPROUS CHLORIDE.

**copper chromate** or **basic copper chromate** see CUPRIC CHROMATE.

**copper converter** *Metallurgy.* a converter used to refine impure copper.

**copper cyanide** see CUPRIC CYANIDE.

**copper dish gum** *Chemical Engineering.* a test procedure yielding the milligrams of gum in 100 mililiters of gasoline evaporated in a polished copper dish under controlled conditions.

**copper fluoride** **1.** see CUPRIC FLUORIDE. **2.** see CUPROUS FLUORIDE.

**copper gluconate** *Organic Chemistry.* $Cu[CH_2OH(CHOH)_4COO]_2$, a light-blue, fine, crystalline powder; soluble in water and insoluble in alcohol; used as a feed additive, dietary supplement, and mouth deodorant. Also, CUPRIC GLUCONATE.

copperhead

**copperhead** *Vertebrate Zoology.* a poisonous pit viper belonging to the family Crotalidae, found in the eastern U.S. and characterized by its copper-colored head. *Materials Science.* a pattern of reddish-brown spots that sometimes appears in the groundcoat during vitreous enameling; the spots are exposed areas of oxidized base metal.

**Copperhead** *Ordnance.* a gun-launched guided projectile that homes in on a target illuminated by a laser designator beam. Also, CANNON-LAUNCHED GUIDED PROJECTILE.

**copper hydroxide** or **copper hydrate** see CUPRIC HYDROXIDE.

**coppering** *Ordnance.* an accumulation of metal in the bore of a gun or firearm caused by repeated firing; it is deposited by the rotating bands or jackets of the projectiles.

**copper line** *Toxicology.* a green or purplish line that develops between the teeth and gums in patients with copper poisoning. Also, CORRIGAN'S SIGN.

**copper loss** *Electricity.* the power loss in the winding of an electromagnetic machine due to resistance.

**copper monoxide** see CUPRIC OXIDE.

**copper nitrate** see CUPRIC NITRATE.

**copper number** *Analytical Chemistry.* the number of milligrams of copper produced by the reduction of Benedict's or Fehling's solution by 1 gram of a carbohydrate.

**copper oleate** *Organic Chemistry.* $Cu(C_{17}H_{33}COO)_2$, a combustible, brown powder or greenish-blue mass, insoluble in water and slightly soluble in alcohol; used as a fungicide, insecticide, emulisifying agent, and catalyst. Also, CUPRIC OLEATE.

**copper ore** *Geology.* any rock from which copper can be extracted economically.

**copper oxide** **1.** see CUPRIC OXIDE. **2.** see CUPROUS OXIDE.

**copper oxide black** see CUPRIC OXIDE.

**copper oxide photovoltaic cell** *Electronics.* an early type of nonvacuum photovoltaic cell that generates a small voltage between the substrate and the conducting layer when exposed to light; its active element is of a layer of copper oxide in contact with a layer of metallic copper.

**copper oxide rectifier** or **copper oxide diode** *Electronics.* a semiconductor rectifier in which the rectifying barrier is formed by a junction of copper and cuprous oxide.

**copper oxide red** see CUPROUS OXIDE.

**copper plate** *Mining Engineering.* see APRON, def. 2.

**copperplate engraving** *Graphic Arts.* **1.** a printing method, common in the 18th and 19th centuries, in which characters and illustrations are directly cut into a thin copper printing plate. **2.** a print made from such a plate.

**copper plating** *Metallurgy.* electrochemical or electroless plating of essentially pure copper onto a substrate.

**copper powder** *Metallurgy.* particulate copper, which is used extensively in powder metallurgy for the fabrication of copper-base components as well as iron-base, copper-infiltered components, and also in microelectronic applications.

# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

n·ar·y

THIRD EDITION

**HOUGHTON MIFFLIN COMPANY**
*Boston · New York · London*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage Dictionary.*

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language.
—3rd ed.

p. cm.

ISBN 0-395-44895-6

1. English language—Dictionaries.

PE1628.A623 1992
423—dc20 92-851
CIP

Manufactured in the United States of America

who used the word in *Appointment in Samarra*, later wrote that *copacetic* was "a Harlem and gangster corruption of an Italian word." O'Hara went on to say, "I don't know how to spell the Italian, but it's something like copacetti." His uncertainty about how to spell the Italian is paralleled by uncertainty about how to spell *copacetic* itself. *Copacetic* has been recorded with the spellings *copasetic, copasetty, copesetic, copisettic,* and *kopasettee.* The spelling is now more or less fixed, however, as *copacetic* or *copasetic*, even though the origin of the word has not been determined. The Harlem connection mentioned by O'Hara would seem more likely than the Italian, since *copacetic* was used by Black jazz musicians and is said to have been Southern slang in the late 19th century. If *copacetic* is Creole French in origin, it would also have a Southern homeland. According to this explanation, *copacetic* came from the Creole French word *coupersètique*, which meant "able to be coped with," "able to cope with anything and everything," "in good form," and also "having a healthy appetite or passion for life or love." Those who support the Hebrew or Yiddish origin of *copacetic* do not necessarily deny the Southern connections of the word. One explanation has it that Jewish storekeepers used the Hebrew phrase *kol bĕsedeq*, "all with justice," when asked if things were O.K. Black children who were in the store as customers or employees heard this phrase as *copacetic*. No explanation of the origin of *copacetic*, including the ones discussed here, has won the approval of scholars, as is clearly shown by the etymology of *copacetic* in the first volume of the *Dictionary of American Regional English*, published in 1985: "Etym unknown."

**co·pai·ba** (kō-pī′bə, -pā′-) *n.* A transparent, often yellowish, viscous oleoresin obtained from South American trees of the genus *Copaifera* in the pea family, used in certain varnishes and as a fixative in some perfumes. [Spanish, from Portuguese *copaíba*, from Tupi *cupaiba*.]

**co·pal** (kō′pəl, -păl′) *n.* Any of several brittle, aromatic, yellow to red resins of recent or fossil origin, obtained from various tropical trees and used in certain varnishes. [Spanish, from Nahuatl *copalli*, resin.]

**Co·pán** (kō-pän′). A ruined Mayan city of western Honduras that flourished from c. 300 B.C. to A.D. 900. The ruins include the Hieroglyphic Stairway with nearly 2,000 glyphs.

**co·par·ce·nar·y** (kō-pär′sə-nĕr′ē) *n., pl.* **-ies. 1.** *Law.* Joint inheritance or heirship of property. Also called *parcenary*. **2.** Joint ownership. —**co·par′ce·nar′y** *adj.*

**co·par·ce·ner** (kō-pär′sə-nər) *n. Law.* One of two or more persons sharing an inheritance; a joint heir. Also called *parcener*.

**co·par·ent·ing** (kō-pâr′ən-tĭng, -păr′-) *n. Usage Problem.* An arrangement in a divorce or separation by which parents share legal and physical custody of a child or children. See Usage Note at **parent**. —**co/-par′ent** *n.*

**co·part·ner** (kō-pärt′nər, kō′pärt′-) *n.* A joint partner, as in a business enterprise; an associate. —**co·part′ner·ship′** *n.*

**co·pa·set·ic** (kō′pə-sĕt′ĭk) *adj.* Variant of **copacetic**.

**cope¹** (kōp) *intr.v.* **coped, cop·ing, copes. 1.** To contend or strive, especially on even terms or with success: *coping with child rearing and a full-time job.* **2.** To contend with difficulties and act to overcome them: *"Facing unprecedented problems, the Federal Reserve of the early 1930s couldn't cope"* (Robert J. Samuelson). [Middle English *copen, coupen*, to strike, from Old French *couper*, from Vulgar Latin **colpāre*, from Late Latin *colpus*, blow, from Latin *colaphus*, from Greek *kolaphos*.] —**cop′er** *n.*

**cope²** (kōp) *n.* **1.** A long ecclesiastical vestment worn over an alb or surplice. **2.** A covering resembling a cloak or mantle. **3.** A coping. —**cope** *tr.v.* **coped, cop·ing, copes. 1.** To cover or dress in a cope. **2.** To provide with coping: *cope a wall.* [Middle English *cope*, from Old English *-cāp*, from Medieval Latin *cāpa*, cloak, from Late Latin *cappa*.]

**co·peck** (kō′pĕk) *n.* Variant of **kopeck**.

**Co·pen·ha·gen** (kō′pən-hā′gən, -hä′-). The capital and largest city of Denmark, in the extreme eastern part of the country on the eastern coast of Sjaelland. It was a trading and fishing center by the 11th century and became the capital in 1443. Population, 482,937.

**co·pe·pod** (kō′pə-pŏd′) *n.* Any of numerous minute marine and freshwater crustaceans of the subclass Copepoda, having an elongated body and a forked tail. [From New Latin *Copepoda*, order name : Greek *kōpē*, oar; see **kap-** in Appendix + *-poda*, -pod.]

**Co·per·ni·can** (kō-pûr′nĭ-kən, kə-) *adj.* Of or relating to the theory of Copernicus that the earth rotates daily on its axis and, with the other planets in the solar system, revolves around the sun.

**Co·per·ni·cus** (kō-pûr′nə-kəs, kə-), **Nicolaus.** 1473–1543. Polish astronomer who advanced the theory that the earth and other planets revolve around the sun, disrupting the Ptolemaic system of astronomy.

**cope·stone** (kōp′stōn) *n.* A capstone. [COPE² + STONE.]

**cop·i·er** (kŏp′ē-ər) *n.* **1.** An office machine that makes copies of printed or graphic matter. **2.** One that transcribes or copies: *a copier of ancient manuscripts.*

**co·pi·lot** (kō′pī′lət) *n.* The second or relief pilot of an aircraft.

**cop·ing** (kō′pĭng) *n.* The top layer or course of a masonry wall, usually having a slanting upper surface to shed water: a cope. [From COPE².]

**coping saw** *n.* A light handsaw with a slender blade stretched across a U-shaped frame, used for cutting designs in wood.

**co·pi·ous** (kō′pē-əs) *adj.* **1.** Yielding or containing plenty; affording ample supply: *a copious harvest.* See Synonyms at **plentiful**. **2.** Large in quantity; abundant: *copious rainfall.* **3.** Abounding in matter, thoughts, or words; wordy: *"I found our speech copious without order, and energetic without rules"* (Samuel Johnson). [Middle English, from Latin *cōpiōsus*, from *cōpia*, abundance. See **op-** in Appendix.] —**co′pi·ous·ly** *adv.* —**co′pi·ous·ness** *n.*

**co·pla·nar** (kō-plā′nər) *adj.* Lying or occurring in the same plane. Used of points, lines, or figures. —**co′pla·nar′i·ty** (kō′plə-năr′ĭ-tē) *n.*

**Cop·land** (kōp′lənd), **Aaron.** 1900–1990. American composer whose works include the ballets *Rodeo* (1942) and *Appalachian Spring* (1944), which won a Pulitzer Prize.

**Cop·ley** (kŏp′lē), **John Singleton.** 1738–1815. American Loyalist painter who did portraits of John Hancock and Paul Revere before departing for England when the American Revolution seemed imminent.

**co·pol·y·mer** (kō-pŏl′ə-mər) *n.* A polymer of two or more different monomers. —**co·pol′y·mer′ic** (-mĕr′ĭk) *adj.*

**co·pol·y·mer·ize** (kō-pŏl′ə-mə-rīz′, kō′pə-lĭm′ə-) *v.* **-ized, -iz·ing, -iz·es.** —*tr.* To polymerize (different monomers) together. —*intr.* To react to form a copolymer. —**co·pol′y·mer·i·za′tion** (-mər-ĭ-zā′shən) *n.*

**cop-out** also **cop·out** (kŏp′out′) *n. Slang.* **1.** A failure to fulfill a commitment or responsibility or to face a difficulty squarely. **2.** A person who fails to fulfill a commitment or responsibility. **3.** An excuse for inaction or evasion.

**cop·per¹** (kŏp′ər) *n.* **1.** *Symbol* **Cu** A ductile, malleable, reddish-brown metallic element that is an excellent conductor of heat and electricity and is widely used for electrical wiring, water piping, and corrosion-resistant parts, either pure or in alloys such as brass and bronze. Atomic number 29; atomic weight 63.54; melting point 1,083°C; boiling point 2,595°C; specific gravity 8.96; valence 1, 2. See table at **element**. **2.** A coin, usually of small denomination, made of copper or a copper alloy. **3.** *Chiefly British.* A large cooking pot made of copper or often of iron. **4.** Any of various small butterflies of the subfamily Lycaeninae, having predominantly copper-colored wings. **5.** *Color.* A reddish brown. —**copper** *tr.v.* **-pered, -per·ing, -pers. 1.** To coat or finish with a layer of copper. **2.** *Slang.* To bet against, as in faro. [Middle English *coper*, from Old English, from Late Latin *cuprum*, from Latin *Cyprium (aes)*, Cyprian (metal), from *Cyprius*, of Cyprus, from Greek *Kuprios*, from *Kupros*, Cyprus.] —**cop′per·y** *adj.*

**cop·per²** (kŏp′ər) *n. Slang.* A police officer. [From COP¹.]

**cop·per·as** (kŏp′ər-əs) *n.* See **ferrous sulfate**. [Middle English *coperose*, a metallic sulfate, from Old French, from Medieval Latin *cuperosa*, probably short for **aqua cuprosa*, copper water, from Late Latin *cuprum*, copper. See COPPER¹.]

**Cop·per·as Cove** (kŏp′ər-əs). A city of central Texas southwest of Waco. It is a trade center in an agricultural area. Population, 19,469.

**cop·per·head** (kŏp′ər-hĕd′) *n.* **1.** A venomous snake *(Agkistrodon contortrix)* of the eastern and central United States, having a reddish-brown body marked with darker crossbands arranged in an hourglass pattern. **2. Copperhead.** A Northerner who sympathized with the South during the Civil War.

**cop·per·leaf** (kŏp′ər-lēf′) *n.* Any of various plants of the genus *Acalypha*, especially *A. wilkesiana*, an ornamental shrub of the Pacific Islands widely grown for its decorative, colorful, variously patterned leaves.

**Cop·per·mine** (kŏp′ər-mīn′). A river of northern Northwest Territories, Canada, flowing about 845 km (525 mi) northward to the Arctic Ocean.

**cop·per·plate** (kŏp′ər-plāt′) *n.* **1.** A copper printing plate engraved or etched to form a recessed pattern of the matter to be printed. **2.** A print or engraving made by using such a plate.

**copper pyrites** *n.* See **chalcopyrite**.

**Cop·per River** (kŏp′ər). A river rising in the Wrangell Mountains of southern Alaska and flowing about 483 km (300 mi) southward to the Gulf of Alaska.

**cop·per·smith** (kŏp′ər-smĭth′) *n.* **1.** One that works or manufactures objects, especially utensils, in copper. **2.** A brightly colored bird *(Megalaima haemacephala)* of southeast Asia, characterized by its ringing, metallic call.

**copper sulfate** *n.* A poisonous blue crystalline copper salt, $CuSO_4 \cdot 5H_2O$, used in agriculture, textile dyeing, leather treatment, electroplating, and the manufacture of germicides.

**cop·per·ware** (kŏp′ər-wâr′) *n.* Articles made of copper.

**cop·pice** (kŏp′ĭs) *n.* A thicket or grove of small trees or shrubs, especially one maintained by periodic cutting or pruning to encourage suckering, as in the cultivation of cinnamon trees for their bark. [Old French *copeiz*. See COPSE.]

**co·pra** (kō′prə, kŏp′rə) *n.* The dried white flesh of the coconut from which coconut oil is extracted. [Portuguese, from Malayalam *koppara*.]

**copro–** *pref.* Excrement; dung: *coprolite*. [From Greek *kopros*, dung. See **kekʷ-** in Appendix.]

**cop·ro·la·li·a** (kŏp′rə-lā′lē-ə) *n. Psychiatry.* The uncontrolled, often excessive use of obscene or scatological language

coping saw

**John Singleton Copley**
Self-portrait

**copperhead**
*Agkistrodon contortrix*

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary); ′ (secondary), as in dictionary (dĭk′shə-nĕr′ē)

A64



Edition
28

# Dorland's *Illustrated* Medical Dictionary

MAR 1995
SIDLEY & AUSTIN
LIBRARY

W.B. SAUNDERS COMPANY
*A Division of Harcourt Brace & Company*
Philadelphia London Toronto Montreal Sydney Tokyo

**W.B. SAUNDERS COMPANY**
*A Division of Harcourt Brace & Company*

The Curtis Center
Independence Square West
Philadelphia, PA 19106

Dorland's illustrated medical dictionary.
Philadelphia: W.B. Saunders Co.,
v.: ill.; 27 cm.
Irregular.
Began publication with 23rd ed.
Description based on: 26th ed.
Continues: American illustrated medical dictionary.

1. Medicine—Dictionaries. I. Dorland, W.A. Newman (William Alexander Newman), 1864–1956.
[DNLM: 1. Dictionaries, Medical. 2. Reference Books, Medical]

R121.D73 610'.3'21—dc19 0-6383
AACR 2 MARC-S

Library of Congress [8607r85]rev6

Listed here are the latest translated editions of this book together with the languages for the translations and the publishers.

Italian *(27th Edition; revised)*—Edizioni Scientifiche Internazionali (ESI), Milan, Italy

Japanese *(27th Edition)*—Hirokawa Publishing Company, Tokyo, Japan

Spanish *(27th Edition)* (Adaption)—McGraw-Hill–Interamericana de España, Madrid, Spain

Dorland's Illustrated Medical Dictionary ISBN 0–7216–2859–1(Standard)
0–7216–5577–7(Deluxe)
0–7216–5323–5(International)

© 1994 by W.B. Saunders Company. Copyright 1900, 1901, and 1903 by W.B. Saunders and Company. Copyright 1906, 1909, 1911, 1913, 1915, 1917, 1919, 1921, 1923, 1927, 1929, 1932, 1935, 1938, 1941, 1944, 1947, 1951, 1957, 1965, 1974, 1981, 1985, and 1988 by W.B. Saunders Company.

Copyright under the Uniform Copyright Convention. Simultaneously published in Canada. All copyright renewals registered.

Derechos reservados conforme a la ley para la Republica Mexicana.

All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. Made in the United States of America.

Some of the words appearing in the Dictionary are proprietary names (trademarks) even though no reference to this fact is made in the text. The appearance of any name without designation as a trademark is therefore not to be regarded as a representation by the editors or publisher that it is not a trademark or is not the subject of proprietary rights.

The use of portions of the text of the *United States Pharmacopeia,* Twenty-second Revision, official from January 1, 1990, of the *National Formulary,* Seventeenth Edition, official from January 1, 1990, and of *USAN and the USP Dictionary of Drug Names 1994* is by permission received from the Board of Trustees of the United States Pharmacopeial Convention, Inc. The said Convention is not responsible for any inaccuracy of quotation, or for any false or misleading implication that may arise by reason of the separation of excerpts from the original context or by obsolescence resulting from the publication of a supplement.

Library of Congress catalog card number 78–50050

Last digit is the print number: 9 8 7 6 5 4 3 2 1

**›·con·cave** (kon-vek″so-kon′kāv) convex on one surface ıcave on the other.

**o·con·vex** (kon-vek″so-kon′veks) convex on each of two e surfaces.

**ut·ed** (kon″vo-lo͞ot′-əd) [L. *convolutus*] rolled together or

**u·tion** (kon″vo-loo′shən) [L. *convolutus* rolled together] a ıs irregularity or elevation caused by a structure being in- upon itself, as the convolutions of the brain; see also *gyrus*. ; **c.**, the inferior frontal gyrus of the left hemisphere of the ım; called also *Broca's gyrus* or *region*.
**erebrum**, gyri cerebri.
**'s c's**, gyri temporales transversi; see under *gyrus*.
**otemporal c.**, either the gyrus occipitotemporalis lateralis or us occipitotemporalis medialis.
**·kandl's c.**, gyrus paraterminalis.

**lu·tion·al** (kon″vo-loo′shən-əl) of or pertaining to a convo- or convolutions.

**lu·tion·ary** (kon″vo-loo′shən-ar-e) convolutional.

**·sant** (kən-vul′sənt) 1. producing or causing convulsions. 2. nt that causes convulsions.

**·si·bil·i·ty** (kən-vul″sĭ-bil′ĭ-te) capability of being con-

**·sion** (kən-vul′shən) [L. *convulsio*, from *convellere* to pull to- ] 1. a violent involuntary contraction or series of contrac- of the voluntary muscles. 2. seizure (def. 2).
**l c.**, a convulsion not excited by any external cause, but due sion of the central nervous system; called also *essential c.*
**c.**, a convulsion marked by alternating contracting and relax- the muscles.
**ng c.**, laryngismus stridulus.
**ial c.**, central c.
**e c's**, those associated with high fever, occurring in infants ıildren.
**rical c., hysteroid c.**, conversion hysteria with symptoms that ıble convulsions.
**c.**, any minor spasm affecting but one muscle or only one part mber, as in jacksonian epilepsy.
**tic c., mimic c.**, facial spasm.
**ıeral c.**, involuntary spasms in women just before, during, or fter, childbirth.
**m c's**, infantile spasms.
**ic c.**, a tonic spasm without loss of consciousness; see *tetanus* 2) and *tetany* (def. 1).
**c.**, prolonged contraction of the muscles, as a result of an ıtic discharge.
**ic c.**, one due to uremia, or retention in the blood of material should have been expelled by the kidneys.

**ıl·si·vant** (kən-vul′sĭ-vənt) convulsant.

**ıl·sive** (kən-vul′siv) pertaining to, characterized by, or of the e of convulsion.

**y's anemia, disease** (koo′lēz) [Thomas Benton *Cooley*, ican pediatrician, 1871–1945] see *thalassemia*.

**dge tube** (koo′lij) [William David *Coolidge*, American physi- 1873–1977] see under *tube*.

**ng** (ko͞ol′ing) the process of reducing the temperature, espe- the body temperature of patients and experimental animals. ılso *hypothermia*.

**bs' test** (ko͞omz) [Rorbert Royston Amos *Coombs*, British im- ologist, born 1921] see *antiglobulin test*, under *tests*.

**er's breast, fascia**, etc. (koo′pərz) [Sir Astley Paston *Coo-* English surgeon, 1768–1841] see under *breast, fascia, hernia, nent*, and *testis*.

**·er·a·tiv·i·ty** (ko-op″ər-ə-tiv′ĭ-te) the phenomenon of alter- ı of binding of subsequent ligands upon binding of an initial ıd by an enzyme, receptor, or other molecule with multiple ling sites, such as frequently occurs in enzymes exhibiting allos-

**ative c.**, cooperativity in which the dissociation constant for successive ligand bound is higher than for the one preceding o that the binding affinity is successively decreased.
**itive c.**, cooperativity in which the dissociation constant for h successive ligand bound is lower than for the one preceding it, hat the binding affinity is successively increased.

**pe·ria** (koo-pe′re-ə) a genus of parasitic nematodes.
**ınco′phora, C. pectina′ta, C. puncta′ta**, species of parasitic ne- odes sometimes occurring in the small intestine of cattle and ep.

**coo·per·id** (koo′pər-id) a parasitic nematode of the genus *Cooperia*.

**Coo·per·nail's sign** (koo′pər-nālz) [George Peter *Coopernail*, Amer- ican physician, 1876–1962] see under *sign*.

**co·or·di·nate** (ko-or′dĭ-nət) one of a set of numbers that locate a point in space.

**co·or·di·na·tion** (ko-or″dĭ-na′shən) the harmonious functioning of interrelated organs and parts; applied especially to the process of the motor apparatus of the brain which provides for the co-working of particular groups of muscles for the performance of definite adaptive useful responses.

**co·os·si·fi·ca·tion** (ko-os″ĭ-fĭ-ka′shən) the action or state of being joined together by ossification.

**co·os·si·fy** (ko-os′ĭ-fi) to grow together by ossification.

**COP** a regimen of cyclophosphamide, Oncovin (vincristine), and prednisone, used in cancer chemotherapy.

**co·pal** (ko-pal′) [Mex.] the commercial name of many resinous sub- stances of extremely varied origin and character; the original copals came from trees of tropical America, chiefly of the leguminous spe- cies *Hymeaea courbaril* L. and various species of *Trachylobium*. It is used in various varnishes and cements and in dentistry for model- ing compounds and varnishes for cavities.

**co·par·af·fin·ate** (ko-par′ə-fin″āt) a mixture of water-insoluble iso- paraffinic acids partially neutralized with isoctyl hydroxybenzyl- dialkyl amines; used as an anti-infective for the skin.

**COP-BLAM** a regimen of cyclophosphamide, Oncovin (vincristine), prednisone, bleomycin, Adriamycin (doxorubicin), and Matulane (procarbazine) used in cancer chemotherapy.

**COPD** chronic obstructive pulmonary disease.

**Cope's sign** (kōps) [Sir Vincent *Cope*, English surgeon, 1881–1974] see under *sign*.

**cope** (kōp) 1. the upper half of a flask used in the casting art; applied in prosthetic dentistry to the upper or cavity side of a denture flask. 2. coping.

**co·pe·pod** (ko′pə-pod) [Gr. *kōpē* oar + *pous* foot] an individual member of Copepoda.

**Co·pep·o·da** (ko-pep′o-də) [Gr. *kōpē* oar + *pous* foot] a subclass of minute aquatic arthropods (class Crustacea) that are intermediate hosts of *Diphyllobothrium* and *Dracunculus*; ingestion of copepods infected with the early larval stages of *Spirometra mansonoides* may cause human sparganosis.

**Co·per·ni·cia** (ko″pər-nish′e-ə) a genus of palms, including *C. cerifera* Mart., a South American species, which is the source of car- nauba wax.

**cop·ing** (kōp′ing) a truncated metal cone-shaped cap or a thimble that fits over the prepared natural tooth and serves as an abutment for dentures. Called also *cope*.
**transfer c.**, a covering or cap of metal, acrylic resin, or other mate- rial, used to position a die in an impression.

**copi·opia** (kop″e-o′pe-ə) [Gr. *kopos* fatigue + *-opia*] eyestrain from overwork or improper use of the eyes.

**Co·poly·mer 1** (ko-pol′ə-mər) trademark for a synthetic polypep- tide consisting of alanine, glutamic acid, lysine, and tyrosine; it sim- ulates myelin basic protein and is used experimentally in the treat- ment of relapsing and remitting multiple sclerosis, administered subcutaneously.

**co·poly·mer** (ko-pol′ə-mər) a polymer containing monomers of more than one kind.

**COPP** a regimen of cyclophosphamide, Oncovin (vincristine), pro- carbazine, and prednisone, used in cancer chemotherapy.

**cop·per** (kop′ər) [L. *cuprum*; Gr. *Kypros*] a reddish, malleable metal; atomic number, 29; atomic weight, 63.54; symbol Cu; with poison- ous salts. Copper is essential in nutrition, being a component of various proteins, including ceruloplasmin, erythrocuprein, cy- tochrome *c* oxidase, tyrosinase, etc. Deficiency, which is rare, may result in hypochromic microcytic anemia, neutropenia, and bone changes.
**c. citrate**, see *cupric citrate*, under *citrate*.
**c. sulfate**, cupric sulfate; see under *sulfate*.

**cop·per·as** (kop′ər-əs) commercial ferrous sulfate, disinfectant and deodorizer. See also *ferrous sulfate*, under *ferrous*.

**cop·per·head** (kop′ər-hed) 1. a venomous snake (a pit viper), *Ag- kistrodon contortrix*, of the United States, having a brown to copper- colored body with dark bands. 2. a very venomous elapid snake, *Denisonia superba*, of Australia, Tasmania, and the Solomon Islands. See table accompanying *snake*.

**cop·ra·cra·sia** (kop″rə-kra′shə) [Gr. *kopros* dung + *akrasia* want of self control] fecal incontinence.

# McGraw-Hill Dictionary of Scientific and Technical Terms

## Fifth Edition

**Sybil P. Parker**
Editor in Chief

**McGraw-Hill, Inc.**
New York San Francisco Washington, D.C.
Auckland Bogotá Caracas Lisbon London Madrid Mexico City Milan
Montreal New Delhi San Juan Singapore Sydney Tokyo Toronto

**On the cover: Photomicrograph of crystals of v**
***(Dennis Kunkel, University of Hawaii)***

Included in this Dictionary are definitions which have bee d previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., C © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyc* opyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed ht © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Stan book for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights res

In addition, material has been drawn from the following ref . E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glos ndardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manu ol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Ae and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and ons*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Term* Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, Natio u of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., De of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bu ines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilatior in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of St nology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, ative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-30

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AN NICAL TERMS,**
**Fifth Edition**

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, ights reserved. Printed in the Unied States of America. Except as permitted under the United States Cop of 1976, no part of this publicaton may be reproduced or distributed in any form or by any means, or sto atabase or retrieval system, witbut the prior written permission of the publisher.

2 3 4 5 6 7 8 9 0 DOW/DOW 9 9 8 7 6 5 4

ISBN 0-07-042333-4

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms /
Sybil P. Parker, editor in chief..—5th ed.
p. cm.
ISBN 0-07-042333-4
1. Science—Dictionaries. 2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34 1993
503—dc20 93-34772
CIP

**INTERNATIONAL EDITION**

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture a . This book cannt be re-exported from the country to which it is consigned by McGraw-Hill. The Inter Edition is not av lable in North America.

When ordering this title, use ISBN 0-07-113584-7.



COORDINATION POLYHEDRON
Polyhedron
Geometry
Arrangement of atoms
Example
Tetrahedron
CH4. PbCl4
Trigonal bipyramid
PCl5. Fe(CO)5
Octahedron
SF6. [Co(NH3)6]3+
Pentagonal bipyramid
(ZrF7)3-. IF7
Cube

Types of coordination polyhedrons.

COPEPODA
1 mm

*Calanus finmarchicus*, a calcanoid free-living copepod.

or of an anion or cation in a solution. { kō,ȯrd·ən'ā·shən ,nəm·bər }

**coordination polygon** [CHEM] The symmetrical polygonal chemical structure of simple polyatomic aggregates having coordination numbers of 4 or less. { kō,ȯrd·ən'ā·shən ,päl·i,gän }

**coordination polyhedron** [CHEM] The symmetrical polyhedral chemical structure of relatively simple polyatomic aggregates having coordination numbers of 4 to 8. { kō,ȯrd·ən'ā·shən ,päl·i·hē·drən }

**coordination polymer** [ORG CHEM] Organic addition polymer that is neither free-radical nor simply ionic; prepared by catalysts that combine an organometallic (for example, triethyl aluminum) and a transition metal compound (for example, $TiCl_4$). { kō,ȯrd·ən'ā·shən ,päl·ə·mər }

**coorongite** [GEOL] A boghead coal in the peat stage. { kō'ä·rən,jīt }

**copaiba balsam** [MATER] An oleoresin extracted from trees of the genus *Copaifera* of South America; used as a plasticizer and in medicine. { kō'pī·bə 'bȯl·səm }

**copal** [MATER] Hard, resinous substance exuded from certain trees in the East Indies, South America, and Africa and used in varnish and printing ink. { 'kō·pəl }

**cope** [MET] The upper portion of a flask, mold, or pattern. { kōp }

**cope chisel** [DES ENG] A chisel used to cut grooves in metal. { 'kōp ,chiz·əl }

**Copenhagen water** *See* normal water. { ¦kō·pən¦häg·ən ,wȯd·ər }

**Copeognatha** [INV ZOO] An equivalent name for Psocoptera. { ,kō·pē'äg·nə·thə }

**Copepoda** [INV ZOO] An order of Crustacea commonly included in the Entomostraca; contains free-living, parasitic, and symbiotic forms. { kō'pep·ə·də }

**Copernican principle** [ASTRON] The idea that the earth occupies a typical or unexceptional position in the universe. { kə'pər·nə·kən ¦prin·sə·pəl }

**Copernican system** [ASTRON] The system of planetary motions according to Copernicus, who maintained that the earth revolves about an axis once every day and revolves around the sun once every year while the other planets also move in orbits centered near the sun. { kə'pər·nə·kən ,sis·təm }

**copiapite** [MINERAL] **1.** $Fe_5(SO_4)_6(OH)_2·20H_2O$ A yellow mineral occurring in granular or scalar aggregates. Also known as ihleite; knoxvillite; yellow copperas. **2.** A group of minerals containing hydrous iron sulfates. { 'kō·pē·ə,pīt }

**coping** [BUILD] A covering course on a wall. [MECH ENG] Shaping stone or other nonmetallic substance with a grinding wheel. [MIN ENG] **1.** Process of cutting and trimming the edges of stone slabs. **2.** Process of cutting a stone slab into two pieces. { 'kōp·iŋ }

**coping brick** [MATER] A brick with a special shape that is used to cap the exposed top of a wall. { 'kōp·iŋ ,brik }

**coping saw** [DES ENG] A type of handsaw that has a narrow blade, usually about ⅛ inch (3 millimeters) wide, held taut by a U-shaped frame equipped with a handle; used for shaping and cutout work. { 'kōp·iŋ ,sȯ }

**coplanar electrodes** [ELECTR] Electrodes mounted in the same plane. { kō'plān·ər i'lek,trōdz }

**coplanar forces** [MECH] Forces that act in a single plane; thus the forces are parallel to the plane and their points of application are in the plane. { kō'plān·ər ,fȯrs·əz }

**Copodontidae** [PALEON] An obscure family of Paleozoic fishes in the order Bradyodonti. { ,kō·pə'dän·tə,dē }

**copolymer** [ORG CHEM] A mixed polymer, the product of polymerization of two or more substances at the same time. { kō'päl·i·mər }

**copolymerization** [CHEM] A polymerization reaction that forms a copolymer. { ,kō·pə,lim·ə·rə'zā·shən }

**copper** [CHEM] A chemical element, symbol Cu, atomic number 29, atomic weight 63.546. [MET] One of the most important nonferrous metals; a ductile and malleable metal found in various ores and used in industry, engineering, and the arts in both pure and alloyed form. { 'käp·ər }

**copper-64** [NUC PHYS] Radioactive isotope of copper with mass number of 64; derived from pile-irradiation of metallic copper; used as a research aid to study diffusion, corrosion, and friction wear in metals and alloys. { 'käp·ər ,sik·stē'fōr }

**copper acetate** *See* cupric acetate. { 'käp·ər 'as·ə,tāt }

**copper alloy** [MET] A solid solution of one or more metals in copper. { 'käp·ər 'al,ȯi }

**copper amalgam** [MET] An alloy of copper and mercury. { 'käp·ər ə'mal·gəm }

**copper arsenate** [INORG CHEM] $Cu_3(AsO_4)_2·4H_2O$ or $Cu_5H_2(AsO_4)_4·2H_2O$ Bluish powder, soluble in ammonium hydroxide and dilute acids, insoluble in water and alcohol; used as a fungicide and insecticide. { 'käp·ər 'ärs·ən,āt }

**copper arsenite** [INORG CHEM] $CuHAsO_3$ A toxic, light green powder which is soluble in acids and decomposes at the melting point; used as a pigment and insecticide. Also known as copper orthoarsenite; cupric arsenite; Scheele's green. { 'käp·ər 'ärs·ən,īt }

**copperas** *See* ferrous sulfate. { 'käp·ə·rəs }

**copper blight** [PL PATH] A leaf spot disease of tea caused by the fungus *Guignardia camelliae*. { 'käp·ər ,blīt }

**copper blue** *See* mountain blue. { 'käp·ər ¦blü }

**copper brazing** [MET] Brazing by using copper as the filler metal. { 'käp·ər ,brāz·iŋ }

**copper bromide** *See* cupric bromide; cuprous bromide. { 'käp·ər 'brō,mīd }

**copper cable** [ELEC] A mechanically assembled group of copper wires, used in place of a single, large wire for increased flexibility. { 'käp·ər 'kā·bəl }

**copper carbonate** [INORG CHEM] $Cu_2(OH)_2CO_3$ A toxic, green powder; decomposes at 200°C and is soluble in acids; used in pigments and pyrotechnics and as a fungicide and feed additive. Also known as artificial malachite; cupric carbonate; mineral green. { 'käp·ər 'kär·bə,nāt }

**copper chloride** *See* cupric chloride; cuprous chloride. { 'käp·ər 'klȯr,īd }

**copper chromate** *See* cupric chromate. { 'käp·ər 'krō,māt }

**copper converter** [MET] A converter for purifying copper. { 'käp·ər kən'vərd·ər }

**copper cyanide** *See* cupric cyanide. { 'käp·ər sī·ə,nīd }

**copper dirt** *See* sour dirt. { 'käp·ər ¦dərt }

**copper dish gum** [CHEM ENG] The milligrams of gum found in 100 milliliters of gasoline when evaporated under controlled conditions in a polished copper dish. { 'käp·ər ,dish 'gəm }

**copper fluoride** *See* cupric fluoride; cuprous fluoride. { 'käp·ər 'flu̇r,īd }

**copper glance** *See* chalcocite. { 'käp·ər 'glans }

**copper gluconate** [ORG CHEM] $[CH_2OH(CHOH)_4COO]_2Cu$ A light blue, crystalline powder; soluble in water; used in medicine and as a dietary supplement. Also known as cupric gluconate. { 'käp·ər 'glü·kə,nāt }

**copperhead** [VERT ZOO] *Agkistrodon contortrix*. A pit viper of the eastern United States; grows to about 3 feet (90 centimeters) in length and is distinguished by its coppery-brown skin with dark transverse blotches. { 'käp·ər,hed }

**copper hydroxide** *See* cupric hydroxide. { 'käp·ər hī'dräk,sīd }

**coppering** [ORD] Metal fouling accumulated in the bore of a weapon because of repeated firing; deposited from the rotating bands or jackets of the projectiles. { 'käp·ər·iŋ }

**copperite** [MINERAL] An important platinum mineral, composed of platinum sulfide. { 'käp·ə,rīt }

**copper loss** [ELEC] Power loss in a winding due to current flow through the resistance of the copper conductors. Also known as $I^2R$ loss. { 'käp·ər ,lȯs }

**copper mica** *See* chalcophyllite. { 'käp·ər 'mī·kə }

**copper nickel** *See* niccolite. { 'käp·ər 'nik·əl }

**copper nitrite** *See* cupric nitrate. { 'käp·ər 'nī,trīt }

**copper number** [ANALY CHEM] The number of milligrams of copper obtained by the reduction of Benedict's or Fehling's solution by 1 gram of carbohydrate. { 'käp·ər ,nəm·bər }

**copper oleate** [ORG CHEM] $Cu[OOC(CH_2)_7CH{=}CH(CH_2)_7CH_3]_2$ A green-blue liquid, used as a fungicide for fruits and vegetables. { 'käp·ər 'ō·lē,āt }

**copperon** *See* cupferron. { 'käp·ə,rän }

**copper ore** [GEOL] Rock containing copper minerals. { 'käp·ər ,ȯr }

**copper orthoarsenite** *See* copper arsenite. { 'käp·ər ¦ȯr·thō'ärs·ən,īt }

**copper oxide** *See* cupric oxide; cuprous oxide. { 'käp·ər 'äk,sīd }

**copper oxide photovoltaic cell** [ELECTR] A photovoltaic cell in which light acting on the surface of contact between

A70

LAROUSSE

# *Dictionary of* SCIENCE *and* TECHNOLOGY

*General Editor*
Professor Peter M B Walker, CBE, FRSE

LAROUSSE

Ref

LAROUSSE
Larousse plc
43–45 Annandale Street, Edinburgh, EH7 4AZ
Larousse Kingfisher Chambers Inc.
95 Madison Avenue, New York, New York 10016

This edition first published by Larousse 1995
Preceding edition published in the UK under the title *Chambers Science and Technology Dictionary* by W & R Chambers Ltd 1988, and by agreement in North America under the title *Cambridge Dictionary of Science and Technology*
First edition published (as *Chamber's Technical Dictionary*) in the UK by W & R Chambers Ltd 1940, revised 1958 (as *Chambers Dictionary of Science and Technology*), 1971, 1974, and 1984 (as *Chambers Science and Technology Dictionary*)

10 9 8 7 6 5 4 3 2 1

Copyright © Larousse plc 1995
Copyright © on material from preceding edition, W & R Chambers Ltd 1988

Illustrations drawn by Peter Walker
Copyright © Larousse plc 1995

All rights reserved

British Library Cataloguing in Publication Data
for this book is available from the British Library

Library of Congress Catalog Card Number 94-73123

ISBN 0-7523-0010-5 (hardback)
ISBN 0-7523-0011-3 (paperback)

The publisher would like to thank Jack Weigel, Coordinator of the Science Library at the University of Michigan/Ann Arbor, for his invaluable assistance in reviewing the material for this volume.

Printed in Great Britain by Clays Ltd, St Ives plc

**co-ordinate potentiometer** (*ElecEng*) One in which two linear potentiometers carry ac currents 90° apart in phase, so that the resultant voltage between tappings can be adjusted in both phase and magnitude.

**co-ordinates** (*Maths*) Numbers which specify the position or orientation of a point or geometric configuration.

**co-ordinating gap** (*ElecEng*) A spark-gap, used in power transmission schemes, arranged so that it will conduct at a voltage lower than the breakdown voltage of other apparatus in the system ensuring that surge voltages are safely discharged to earth.

**co-ordination compound** (*Chem*) A compound generally described from the point of view of the central atom to which other atoms are bound or co-ordinated and are called ligands. Normally, the central atom is a (transition) metal ion, and the ligands are negatively charged or strongly polar groups.

**co-ordination number** (*Chem*) The number of atoms or groups (ligands) surrounding the central (nuclear) atom of a complex ion or molecule. Abbrev *CN*.

**co-ordination polymerization** (*Chem*) See **chain polymerization**.

**cop** (*Textiles*) Yarn package built on to mule spindle or ring tube.

**copalite, copaline** (*Min*) See **Highgate resin**.

**cope** (*Eng*) The upper half of a mould or moulding box. See fig. at **moulding**.

**Copepoda** (*Zool*) Subclass of **Crustacea**, mainly of small size. Some are parasitic, others planktonic where they form an important food source for pelagic fish like herring.

**Copernican system** (*Astron*) The heliocentric theory of planetary motion; called after Copernicus, who introduced it in 1543. It superseded the geocentric or **Ptolemaic system**.

**coping** (*Build*) (1) See **coping brick**. (2) The operation of splitting stone by driving wedges into it.

**coping** (*Vet*) The operation of paring or cutting the beak or claws of a bird, particularly of hawks.

**coping brick** (*Build*) Specially shaped brick used for capping the exposed top of a wall; used sometimes with a **creasing** and sometimes without, in which latter case the brick is wider than the wall and has drips under its lower edges.

**coping saw** (*Build*) Small saw with narrow tensioned blade in a D-shaped bow, for cutting curves in wood up to about 15 mm thick (ie too thick for **fret-saw**).

**coplanar vectors** (*Maths*) Vectors are coplanar if they lie in the same plane.

**copolymer** (*Chem*) Polymer formed from the reaction of more than one species of monomer in order to modify the physical properties of the parent **homopolymer**. Thus styrene-acrylonitrile possesses a **glass transition** temperature ($T_g$) above the boiling point of water and so will remain rigid when used eg for holding hot coffee. Polystyrene possesses a $T_g$ of about 97°C, so will collapse when exposed to boiling water at 100°C. The structure of copolymers is described by the sequence of repeat units along the backbone chain.

**copolymer equation** (*Chem*) Equation which relates structure of copolymers to propagation rate constants etc. See **chain polymerization, copolymer**.

**copolymerization** (*Chem*) See **copolymer**.

**copper** (*Chem*) Bright, reddish metallic element, symbol Cu, at no 29, ram 63·54, mp 1083°C resistivity at 0°C, 0·016 mΩm. Native copper crystallizes in the cubic system. It often occurs in thin sheets or plates, filling narrow cracks or fissures, but it mainly occurs in a large number of other minerals, primarily sulphides, sulphates and other oxidized minerals, and hydrates. Crystallizes in the face centred cubic system. There are several grades of commercially pure copper, all of which are ductile, with high electrical and thermal conductivity and good resistance to corrosion; it has many uses, notably as an electrical conductor. Basis of brass, bronze, aluminium bronze and other alloys. Nickel-iron wires with a copper coating are frequently used for *lead-ins* through seals, forming vacuum-tight joints. $^{64}$Cu is a radiator, of half-life 13 hr. See **copper alloys**.

homopolymer

styrene

alternating copolymer

acrylonitrile

graft copolymer

butadiene

graft terpolymer

**copolymer**

**copper alloys** (*Chem*) Alloys with zinc, tin, alum lead etc which have been made for different applica and used for over 5000 years. Not surprisingly they numerous overlapping proprietary and other na Current international standards adopt a system bas letters for the main alloying base followed by a nu designating the particular alloy, eg CZ stand copper–zinc (brasses), PB for phosphor bronze, L leaded gunmetal, CT for copper–tin (bronzes), A aluminium–bronze, CN for copper–nickel.

**copperas** (*Min*) Iron sulphate, $FeSO_4 7H_2O$, **melanterite**. *White copperas* is goslarite, $ZnSO_4 7H$

**copper brushes** (*ElecEng*) Brushes occasionally use electric commutator machines where high conducti required; they are made of copper strip, wire, or g

**copper-clad steel conductor** (*ElecEng*) See steel copper conductor.

**copper factor** (*ElecEng*) A term used in electric ma design to denote the ratio of the cross-sectional a the copper in a winding to the total area of the wi including insulating material and clearance space.

**copper glance** (*Min*) A popular name for *chalcoci*

**copper glazing** (*Build*) Glazing formed of a num individual panes separated by copper strips on the of which small flanges of copper have later been fo by deposition to retain the glass. Also *copperlite gla*

**copper loss** (*ElecEng, Telecomm*) The loss occurri electric circuitry according to **Joule's law**; it is p tional to the product of $I^2R$, where $I$ is the current is the resistance.

**copper nickel** (*Min*) See **niccolite**.

**copper nose** (*Vet*) See **brown nose disease**.

**copper pyrites** (*Min*) See **chalcopyrite**.

**copper-sheathed cable** (*ElecEng*) See **mineral-ins cable**.

**coppersmith's hammer** (*Eng*) A hammer having a curved ball-pane head, used in dishing copper pl

**copper (II) sulphate** (*Chem*) $CuSO_4$. Bluestone soluble in water, used in copper-plating baths; form the action of sulphuric acid on copper; cryst hydrous copper sulphate, $CuSO_4 5H_2O$, in dee triclinic crystals. See **blue vitriol, chalcanthite**.

**coppice** (*Bot, For*) (1) A traditional form of wood which trees are cut to near ground level ev 15 years and allowed to grow again from the sto produce poles for firewood, charcoal and fenci hurdle-making). (2) To cut such trees. In a coppi standard, some trees are left to grow for several cycles to form timber.

# STEDMAN'S Medical Dictionary

26th Edition

ILLUSTRATED IN **COLOR**

Williams & Wilkins
Baltimore · Philadelphia · Hong Kong
London · Munich · Sydney · Tokyo
A WAVERLY COMPANY



*Editor:* Marjory Spraycar
*Senior Editor:* Elizabeth Randolph
*Editorial Assistant:* Maureen Barlow Pugh
*Copy Editors:* Christopher Muldor, Jane Sellman, Barbara Werner
*On-Line Editors:* Kathryn J. Cadle, Barbara L. Ferretti, Catherine N. Kelly, Leslie Simpson
*Editorial Proofreaders:* Peter W. Binns, Jolanta Obrebska, Carol Sorgen
*Medical Proofreaders:* Alfred Jay Bollet, M.D.; John H. Dirckx, M.D.; Thomas W. Filardo, M.D.; Robert Hogan, M.D.; Edward Stim, M.D.
*Database Programmers:* Dennis P. Smithers, Dave Marcus, Lexi-Comp Inc., Hudson, OH
*Production Coordinator:* Paula K. Huber
*Printing Coordinator:* Brian Smith
*Illustration Planning:* Wayne J. Hubbel
*Design:* Robert C. Och, Dan Pfisterer
*Cover Design:* Sharon Reuter, Reuter & Associates


Copyright © 1995
Williams & Wilkins
351 W. Camden Street
Baltimore, MD 21201, USA

Copyright © by William Wood and Company: 1911, 1st ed.; 1912, 2nd ed.; 1914, 3rd ed.; 1916, 4th ed.; 1918, 5th ed.; 1920, 6th ed.; 1922, 7th ed.; 1924, 8th ed.; 1926, 9th ed.; 1928, 10th ed.; 1930, 11th ed.

Copyright © by Williams & Wilkins: 1933, 12th ed.; 1935, 13th ed.; 1939, 14th ed.; 1942, 15th ed.; 1946, 16th ed.; 1949, 17th ed.; 1953, 18th ed.; 1957, 19th ed.; 1961, 20th ed.; 1966, 21st ed.; 1972, 22nd ed.; 1976, 23rd ed.; 1982, 24th ed.; 1990, 25th ed.



All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner.

*Stedman's* is a registered trademark of Williams & Wilkins.

Indications, adverse reactions and dosage schedules for drugs set forth in this dictionary are provided by the authors. Williams & Wilkins has not independently verified the accuracy of that information and does not make any representation in regard to its accuracy. The reader should review the package information data of the manufacturers of the medications mentioned.

*Database design by Lexi-Comp Inc., Hudson, OH*
*Printed in the United States of America by R.R. Donnelley & Sons Company*

English Language Co-editions
  Asian 1967, 1972, 1976
  Indian 1967, 1973
  Taiwan 1972, 1978

Translated Editions
  Greek 1976
  Indian 1977
  Japanese 1977, 1985, 1995

Portuguese 1976, 1995
Spanish 1993

**Library of Congress Cataloging-in-Publication Data**

Stedman, Thomas Lathrop, 1853-1938.
  [Medical dictionary]
  *Stedman's* medical dictionary.—26th ed.
    p. cm.
  ISBN 0-683-07922-0 REGULAR EDITION
  ISBN 0-683-07935-2 DELUXE EDITION
  1. Medicine—Dictionaries.   I. Title.   II. Title: Medical dictionary.
  [DNLM:   1. Dictionaries, Medical.   W 13 S812m 1995]
  R121.58 1995
  610'.3—dc20
  DNLM/DLC
for Library of Congress

97   98   99
3   4   5   6   7   8   9   10

environmental situations that involve psychologic or physiologic stress or threat.

**transfer c.**, in dentistry, a metallic, acrylic resin or other covering or cap used to position a die in an impression.

**co·pol·y·mer** (kō'pol-i-mer). A polymer in which two or more monomers or base units are combined.

**cop·per (Cu)** (kop'er). A metallic element, atomic no. 29, atomic wt. 63.546; several of its salts are used in medicine. A bioelement found in a number of proteins. [L. *cuprum*, orig. *Cyprium*, *Cyprus*, where it was mined]

**c. arsenite,** SYN cupric arsenite.

**c. bichloride,** SYN cupric chloride.

**c. chloride,** SYN cupric chloride.

**c. citrate,** SYN cupric citrate.

**c. dichloride,** SYN cupric chloride.

**c. sulfate, c. sulphate,** SYN cupric sulfate.

**cop·per-64 ($^{64}$Cu).** Beta and positron emitter with a half-life of 12.82 hr. Used in the study of Wilson's disease and in brain scans for tumors.

**cop·per-67 ($^{67}$Cu).** Beta and gamma emitter with a half-life of 2.580 days.

**cop·per·as** (kop'er-as). The impure commercial variety of ferrous sulfate.

**cop·per·head** (kop'er-hed). A poisonous snake of the genus *Denisonia* in Australia and *Agkistrodon* in the U.S.

**cop·per pen·nies.** SYN sclerotic *bodies*, under *body*.

**Coppet,** Louis de, French physicist, 1841–1911. SEE C.'s *law*.

**co·pre·cip·i·ta·tion** (kō'prē-sip-i-tā'shŭn). Precipitation of unbound antigen along with an antigen-antibody complex; may occur particularly when a soluble complex is precipitated by a second antibody specific for the Fc fragment of the immunoglobulin of the complex.

**cop·rem·e·sis** (kop-rem'ĕ-sis). SYN fecal *vomiting*. [G. *kopros*, dung, + emesis]

△**copro-.** Filth, dung, usually used in referring to feces. SEE ALSO scato-, sterco-. [G. *kopros*, dung]

**cop·ro·an·ti·bod·ies** (kop'rō-an'ti-bod-ēz). Antibodies found in the intestine and in feces; they probably are formed by plasma cells in the intestinal mucosa and consist chiefly of the IgA class.

**cop·ro·lag·nia** (kop-rō-lag'nē-ă). A form of sexual perversion in which the thought or sight of excrement causes pleasurable sensation. [copro- + G. *lagneia*, lust]

**cop·ro·la·lia** (kop-rō-lā'lē-ă). Involuntary utterances of vulgar or obscene words; seen in Gilles de la Tourette's syndrome. SYN coprophrasia. [copro- + G. *lalia*, talk]

**cop·ro·lith** (kop'rō-lith). A hard mass consisting of inspissated feces. SYN fecalith, stercolith. [copro- + G. *lithos*, stone]

**co·prol·o·gy** (kop-rol'ō-jē). SYN scatology (1). [copro- + G. *logos*, study]

**cop·ro·ma** (kop-rō'mă). An accumulation of inspissated feces in the colon or rectum giving the appearance of an abdominal tumor. SYN fecal tumor, fecaloma, scatoma, stercoroma. [copro- + G. *-ōma*, tumor]

**cop·ro·pha·gia.** The eating of excrement. SYN coprophagy, rhypophagy, scatophagy.

**co·proph·a·gous** (kō-prof'ă-gŭs). Feeding on excrement.

**co·proph·a·gy** (kŏ-prof'ă-jē). SYN coprophagia. [copro- + G. *phagō*, to eat]

**cop·ro·phil, cop·ro·phil·ic** (kop'rō-fil, -fil'ik). **1.** Denoting microorganisms occurring in fecal matter. **2.** Relating to coprophilia. [see coprophilia]

**cop·ro·phile** (kop'rō-fīl). An organism that ingests fecal material from others organisms.

**cop·ro·phil·ia** (kop-rō-fil'ē-ă). **1.** Attraction of microorganisms to fecal matter. **2.** In psychiatry, a morbid attraction to, and interest in (with a sexual element), fecal matter. [copro- + G. *philos*, fond]

**cop·ro·pho·bia** (kop-ro-fō'bē-ă). Morbid fear of defecation and feces. [copro- + G. *phobos*, fear]

**cop·ro·phra·sia** (kop-ro-frā'zē-ă). SYN coprolalia.

**cop·ro·plan·e·sia** (kop-rō-plan-ē'zē-ă). Rarely used term for passage of feces through a fistula or artificial anus. [copro- + G. *planēsis*, a wandering]

**cop·ro·por·phyr·ia** (kop'rō-pōr-fir'ē-ă). Presence of coproporphyrins in the urine, as in variegate porphyria.

**hereditary c.**, an inherited (autosomal dominant) disorder of a deficiency of coproporphyrinogen oxidase, resulting in overproduction of porphyrin precursors leading to neurological disturbances and photosensitivity.

**cop·ro·por·phy·rin** (kop-rō-pōr'fi-rin). One of two porphyrin compounds found normally in feces as a decomposition product of bilirubin (hence, from hemoglobin); certain c.'s are elevated in certain porphyrias. SEE ALSO porphyrinogens.

**cop·ro·por·phy·rin·o·gen** (kop'rō-pōr-fi-rin'ō-jen). SEE porphyrinogens.

**c. oxidase**, an enzyme that catalyzes a step in porphyrin biosynthesis, reacting coproporphyrinogen-III and $O_2$ to form protoporphyrinogen-IX and $2CO_2$. A deficiency of this enzyme will result in hereditary coproporphyria.

**cop·ro·stane** (kop-ros'tān). The parent hydrocarbon of coprosterol.

**3β-co·pros·ta·nol** (kop-ros'tan-ol). SYN coprosterol.

***epi*-co·pros·ta·nol.** 5β-Cholestan-3α-ol. For structure of cholestane, see steroids. SYN *epi*-coprosterol.

**cop·ros·tan·one** (kop-ros'tan-ōn). 5β-Cholestan-3-one, an oxidation product of coprosterol.

**cop·ro·sta·sis** (kop-rō-stā'sis). Rarely used term for fecal impaction. [copro- + G. *stasis*, a standing]

**cop·ros·ten·ol** (kop-ros'ten-ol). SYN allocholesterol.

**cop·ros·ter·in** (kop-ros'ter-in). SYN coprosterol.

**co·pros·ter·ol** (kop-ros'ter-ol). 5β-cholastan-3β-ol; the main sterol of the feces produced by the reduction of cholesterol by intestinal bacteria. For structure of coprostane and cholestane, see steroids. SYN 3β-coprostanol, coprosterin, stercorin.

***epi*-co·pros·ter·ol.** SYN *epi*-coprostanol.

**cop·ro·stig·mas·tane** (kop-rō-stig-mas'tān). The 5β isomer of stigmastane.

**cop·ro·zoa** (kop-rō-zō'ă). Protozoa that can be cultivated in fecal matter, although not necessarily living in feces within the intestine. [copro- + G. *zōon*, animal]

**cop·ro·zo·ic** (kop-rō-zō'ik). Relating to coprozoa.

**cop·to·sis** (kop-tō'sis). A state of perpetual fatigue. [G. *kopto*, to tire, + *osis*, condition]

**cop·u·la** (kop'yū-lă). **1.** In anatomy, a narrow part connecting two structures, *e.g.*, the body of the hyoid bone. **2.** A swelling that is formed during the early development of the tongue by the medial portion of the second branchial arch; it is overgrown by the hypobranchial eminence and is not present in the adult tongue. 3. Obsolete term for zygote. [L. a bond, tie]

**His' c.,** SYN hypobranchial *eminence*.

**c. lin'guae,** SYN hypobranchial *eminence*.

**cop·u·la·tion** (kop-yū-lā'shŭn). **1.** SYN coitus. **2.** In protozoology, conjugation between two cells that do not fuse but separate after mutual fertilization; observed in the ciliophora, as in *Paramecium*. [L. *copulatio*, a joining]

**CoQ** Abbreviation for coenzyme Q.

**co·quille** (kō-kēl'). A spherical curved lens of uniform thickness. [Fr.]

**cor**, gen. **cor·dis** (kōr, kōr'dis) [NA]. SYN heart. [L.]

**c. adipo'sum,** SYN fatty *heart* (?).

**c. bilocula're,** a heart in which the interatrial and interventricular septa are absent or incomplete.

**c. bovi'num** (kōr bō'vī-nŭm), SYN ox *heart*.

**c. mo'bile,** a heart that moves unduly on change of bodily position. SYN movable heart.

**c. pen'dulum,** an extreme form of c. mobile in which the heart appears to be suspended by the great vessels. SYN pendulous heart.

**c. pulmona'le,** chronic c. p. characterized by hypertrophy of the right ventricle resulting from disease of the lungs, except

A76

# CHAMBERS

# DICTIONARY OF SCIENCE AND TECHNOLOGY

*General Editor*
Professor Peter M B Walker, CBE, FRSE

CHAMBERS



Ref

CHAMBERS
An imprint of Chambers Harrap Publishers Ltd
7 Hopetoun Crescent, Edinburgh, EH7 4AY
Larousse Kingfisher Chambers Inc.,
95 Madison Avenue, New York, New York 10016

This edition first published by Chambers Harrap 1999

© Chambers Harrap Publishers Ltd 1999

Previous edition published in 1995 as *Larousse Dictionary of Science and Technology*. First edition published as *Chambers's Technical Dictionary* in 1940 by W & R Chambers Ltd (revised 1958, 1971, 1974 and 1984)

ISBN 0 550 14110 3

Illustrations drawn by Peter Walker

All rights reserved. No part of this publication may be reproduced, stored or transmitted by any means, electronic, mechanical, photocopying or otherwise, without the prior permission of the publisher

British Library Cataloguing in Publication Data for this book is available from the British Library

R01724 67912

Ref
Q
123
C482
1999

Typeset in Great Britain by Chambers Harrap, Edinburgh
Printed in Singapore by SNP Printing Pte Ltd

reduce maximum thickness, and so increase productivity. At the same time, care is needed to ensure that product stiffness and strength remain within specification. Also needed for used rubber products, eg tyres, where cure kinetics are critical. May be backed up by direct temperature measurement within tyre using thermocouples. See **injection moulding**.

**cooling circuit** (*Eng*) System of water tubes within mould tool for maintaining it at a constant pre-set temperature. It thus ensures product reproducibility. Chilled water is usually used, but some engineering plastics demand high temperatures to minimize orientation. See **injection moulding**.

**cooling coil** (*Eng*) Tubing which transfers heat from the material or space cooled to the primary refrigerant.

**cooling curves** (*Eng*) Curves obtained by plotting time against temperature for a metal cooling under constant conditions. The curves show the evolutions of heat which accompany solidification, polymorphic changes in pure metals, and various transformations in alloys.

**cooling drag** (*Aero*) That proportion of the total drag due to the flow of cooling air through and round the engine(s).

**cooling duct** (*ElecEng*) See **duct**.

**cooling pond** (*Eng*) An open pond in which water, heated through use in an industrial process, or after circulation through a steam-condenser, is, before re-use, allowed to cool through evaporation.

**cooling pond** (*NucEng*) A water-filled space in which the initial high radioactivity and thermal output of spent elements can be allowed to dissipate. The water allows both safe inspection and cooling by convection.

**cooling tower** (*Eng*) A tower of wood, concrete etc, used to cool water after circulation through a condenser. The water is allowed to trickle down over wood slats, thus exposing a large surface to atmospheric cooling. Power station cooling towers are large concrete structures, circular in plan and hyperparabolic in elevation and supported on circular warren trusses. The shape promotes maximum vertical air flow with compressive stress only in the shell which can be made very thin.

**coomassie blue** (*Biol*) TN for dye used as a sensitive stain to locate proteins after their fractionation by **electrophoresis** or **isoelectric focusing** in a gel matrix.

**Coombs test** (*Immun*) Diagnostic test for determining whether an individual's red blood cells are coated with **autoantibodies** or **immune complexes**. Patient's red blood cells are mixed with anti-human immunoglobulin. If antibody is present the red blood cells will agglutinate.

**co-operation** (*Ecol*) A category of interaction between two species where each has a beneficial effect on the other, increasing the size or growth rate of the population, but unlike mutualism, not a necessary relationship. Termed *proto-co-operation* by some, since its basis is neither conscious nor intelligent, as in man.

**Cooper pair** (*Phys*) In a superconducting material below its critical temperature, two weakly bound electrons which do not act independently but as a dynamic pair. The BCS (Bardeen-Cooper-Schrieffer) theory uses this concept to give a detailed microscopic theory of superconductivity. See panel on **Superconductors**.

**co-ordinate axes** (*Maths*) See **axes**.

**co-ordinate bond** (*Chem*) See **covalent bond**.

**co-ordinated transposition** (*Telecomm*) The reduction of mutual inductive effects in multiline transmission systems (telephony or power) by periodically interchanging positions.

**co-ordinate potentiometer** (*ElecEng*) One in which two linear potentiometers carry ac currents 90° apart in phase, so that the resultant voltage between tappings can be adjusted in both phase and magnitude.

**co-ordinates** (*Maths*) Numbers which specify the position or orientation of a point or geometric configuration.

**co-ordinating gap** (*ElecEng*) A spark-gap, used in power transmission schemes, arranged so that it will conduct at a voltage lower than the breakdown voltage of other apparatus in the system, ensuring that surge voltages are safely discharged to earth.

**co-ordination compound** (*Chem*) A compound generally described from the point of view of the central atom to which other atoms are bound or co-ordinated and are called ligands. Normally, the central atom is a (transition) metal ion, and the ligands are negatively charged or strongly polar groups.

**co-ordination number** (*Chem*) The number of atoms or groups (ligands) surrounding the central (nuclear) atom of a complex ion or molecule. Abbrev *CN*.

**co-ordination polymerization** (*Chem*) See **chain polymerization**.

**cop** (*Textiles*) Yarn package built on to mule spindle or ring tube.

**copalite, copaline** (*Min*) See **Highgate resin**.

**cope** (*Eng*) The upper half of a mould or moulding box. See fig. at **moulding**.

**Copepoda** (*Zool*) Subclass of **Crustacea**, mainly of small size. Some are parasitic, others planktonic where they form an important food source for pelagic fish like herring.

**Copernican system** (*Astron*) The heliocentric theory of planetary motion; called after Copernicus, who introduced it in 1543. It superseded the geocentric or **Ptolemaic system**.

**coping** (*Build*) (1) See **coping brick**. (2) The operation of splitting stone by driving wedges into it.

**coping** (*Vet*) The operation of paring or cutting the beak or claws of a bird, particularly of hawks.

**coping brick** (*Build*) Specially shaped brick used for capping the exposed top of a wall; used sometimes with a **creasing** and sometimes without, in which latter case the brick is wider than the wall and has drips under its lower edges.

**coping saw** (*Build*) Small saw with narrow tensioned blade in a D-shaped bow, for cutting curves in wood up to about 15 mm thick (ie too thick for **fret-saw**).

**coplanar vectors** (*Maths*) Vectors are coplanar if they lie in the same plane.

**copolymer** (*Chem*) Polymer formed from the reaction of more than one species of monomer in order to modify the physical properties of the parent **homopolymer**. See panel on **Polymers**.

**copolymer equation** (*Chem*) Equation which relates structure of copolymers to propagation rate constants etc. See **chain polymerization, copolymer**.

**copolymerization** (*Chem*) See **copolymer**.

**copper** (*Chem*) Bright, reddish metallic element, symbol Cu, at no 29, ram 63·54, mp 1083°C resistivity at 0°C, 0·016 mΩm. Native copper crystallizes in the cubic system. It often occurs in thin sheets or plates, filling narrow cracks or fissures, but it mainly occurs in a large number of other minerals, primarily sulphides, sulphates and other oxidized minerals, and hydrates. Crystallizes in the face-centred cubic system. There are several grades of commercially pure copper, all of which are ductile, with high electrical and thermal conductivity and good resistance to corrosion; it has many uses, notably as an electrical conductor. Basis of brass, bronze, aluminium bronze and other alloys. Nickel-iron wires with a copper coating are frequently used for *lead-ins* through glass seals, forming vacuum-tight joints. $^{64}$Cu is a mixed radiator, of half-life 13 hr. See **copper alloys**.

**copper alloys** (*Chem*) Alloys with zinc, tin, aluminium, lead etc which have been made for different applications and used for over 5000 years. Not surprisingly they have numerous overlapping proprietary and other names. Current international standards adopt a system based on letters for the main alloying base followed by a number designating the particular alloy, eg CZ stands for copper-zinc (brasses), PB for phosphor bronze, LG for leaded gunmetal, CT for copper-tin (bronzes), AB for aluminium bronze, CN for copper-nickel.