# EXHIBIT 7

## Summary of "Apply" Definitions in Cordis's Briefs and Declarations

- Apply:  "1. To bring into nearness or contact with something; put on, upon, or to: *applied glue sparingly to the paper.* (*American Heritage Dictionary of the English Language* at 89 (3d ed. 1992).)

- Apply:  "To lay or spread on." (*Merriam-Webster's Collegiate Dictionary* at 57 (10th ed. 1993).)

- Applied:  "Brought into or placed in effective contact; connected, attached; laid or spread on to a surface." (*Oxford English Dictionary Online* (2009).)

- Apply:  "1 e (1):  To place in contact : lay or spread on : overlay." (*Webster's Third New International Dictionary* at 105 (2002).)

**A120**

Case 1:07-cv-00333-SLR   Document 291-4   Filed 09/23/09   Page 3 of 41
Oxford English Dictionary: applied, adj.

Page 1 of 4

# Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2009

---

# applied, *adj.*

DRAFT REVISION Mar. 2009

*Brit.* /ə'plʌɪd/, *U.S.* /ə'plaɪd/  Forms: lME 16-17 **applyed**, 16- **applied**. [<
APPLY *v.* + -ED *suffix*.¹ In sense 1 apparently by association with PLY *v.*¹ With
sense 3 compare earlier APPLIEDLY *adv.*]

**†1.** Folded. *Obs. rare.*

> **c1500** *For to serve lord* in F. J. Furnivall *Early Eng. Meals & Manners*
> (1931) 350 The boteler..shall brynge forthe clenly dressed and fayre
> applyed Tabill-clothis. **c1500** *For to serve lord* in F. J. Furnivall *Early
> Eng. Meals & Manners* (1931) 355 A longe towaile applyd dowble.

**2. a.** Brought into or placed in effective contact; connected, attached; laid
or spread on to a surface.

> **1642** H. AINSWORTH *Orthodox Foundation Relig.* 53 The benefits and
> fruits wee have by his resurrection are these: 1 A full assurance and
> certainty of faith touching him. 2 Full satisfaction for us, as our surety,
> and our applied justification. **1658** W. JOHNSON tr. F. Würtz *Surgeons
> Guid* II. xxv. 156 Where the place is thickest, there the splinters must be
> spread most, then the applied linnen will hold the better. **1751**
> *Chambers's Cycl.* (ed. 7) at *Band*, A band, or roller, when applied,
> becomes a bandage. **1867** W. H. SMYTH *Sailor's Word-bk.*, *Linings*, the
> reef-bands, leech and top linings, bunt-line cloths, and other applied
> pieces, to prevent the chafing of the sails. **1920** M. MOORE *Let.* 11 June
> (1997) 129 The newly applied calcimine and the plaster tableaux and
> virgins made me feel as if I were in a Roman Catholic emporium. **1940**
> *Amer. Jrnl. Surg.* **50** 766 (*caption*) A three quarter view of the applied
> dressing. **1991** *Women's Day Best Ideas* Winter 78/1 Finished with four
> coats of applied urethane, this no-wax floor will resist most household
> stains. **2002** *Oxoniensia* **66** 378 Buckler's drawing..depicts a porch of
> classical design, comprising a round-headed doorway flanked by applied
> pilasters supporting a simple entablature.

**b.** Chiefly of a physical force or influence: brought to bear, made effective;
acting at a point or place.

**A121**

**1794** G. C. MORGAN *Lect. Elect.* II. 442 They [*sc.* glass plates] are fastened to their support at the centre, but the applied pressure operates near the periphery. **1867** *Proc. Royal Soc.* **16** 276 L is the moment of the applied force round the axis. **1902** *Science* 19 Sept. 457/1 In this case the applied pressure is gradually consumed by the resistance experienced by the current. **1930** *Proc. IRE* **18** 2139 The applied electric field..is parallel to an X-axis. **1940** G. GAMOW *Birth & Death of Sun* ii. 38 Knowing the applied voltage and the mass of the droplet, one can easily calculate the electric charge carried by the latter. **2003** S. GREENFIELD *Tomorrow's People* (2004) iii. 54 She also has..moving arms with motors configured as 'virtual' muscles to respond to changes in applied force.

**c.** Attached as appliqué; decorated with appliqué. Also, of decoration in ceramic material, glass, etc.: affixed, attached.

**1880** E. GLAISTER *Needlework* iv. 37 Velvet does not bear applied work well. **1882** S. F. A. CAULFEILD & B. C. SAWARD *Dict. Needlework* 9/1 The various applied pieces are laid in position one at a time, and secured by being sewn down round their edges. **1884** A. H. CHURCH *Eng. Earthenware* iii. 23 Wrotham ware..with its applied medallions and slip decorations. **1901** *Westm. Gaz.* 25 July 3/2 A lace applied collar. **1910** *Westm. Gaz.* 29 Jan. 15/2 Applied velvet. **1922** *Lima* (Ohio) *News* 29 Aug. 17/1 (*advt.*) Another name for Point de Gene-swiss net with applied fabric pattern is Irish Point. **1960** H. HAYWARD *Antique Coll.* 240/1 *Rigaree trail*, a process of glass-blowing in which applied threads of glass are attached to a vessel. **1962** *Times* 1 Dec. 11/7 Greater scope for pattern elaboration..was offered by applied patchwork. **1993** *Antique Dealer* Aug. 38/3 On each side of the grip is an applied gold wreath of laurel encircling a scene of a British man-of-war at sea. **2001** P. COX & M. M. GORDON *Amer. Quilt Classics* (2004) 22 The major technique is appliqué, but in some places the applied white fabric has been cut away to reveal the background. **2001** *Oxoniensia* **65** 8 Decoration consists of applied bosses and cordons, incised motifs, comb decoration, and finger tipping.

**3. a.** Put to practical use; practical. Freq. in ***applied art*** (also ***applied arts***), ***applied research***, ***applied science*** (also ***applied sciences***), ***applied technology***.

**1662** J. GAUDEN *Disc. Artificial Beauty* 216 In their applied sense or meaning. **1832** C. BABBAGE *Econ. Machinery & Manuf.* xxxii. 307 The applied sciences derive their facts from experiment. **1889** *Harper's Mag.* Aug. 341/2, 342/1 In the interior of these edifices and in the treasuries of the sacristies and of the Orujeinaya Palata we have seen examples of

**A122**

Russian decorative and applied art. **1912** A. BRAZIL *New Girl at St. Chad's* x. 152 One of her boys has turned out so clever that he has been sent to the Technical School to study 'applied arts'. **1948** *Jrnl. Brit. Interplanetary Soc.* 7 177 This building..is equipped generally with facilities for all types of basic and applied research in aerophysics, electronics, [etc.]. **1977** B. ASH *Visual Encycl. Sci. Fiction* (1978) 248/2 The reader who was already able to see around him the growing benefits of the applied use of science. **1992** *New Scientist* 25 Apr. 43/1 This is The Magic. Disneyland is, therefore, seriously applied technology. **2002** F. CLOSE et al. *Particle Odyssey* iii. 36 Electronics, in fact, is defined as the applied science of the controlled motion of electrons.

 **b.** Designating a discipline, or that part of a subject, concerned with the use of specialist or theoretical knowledge in practical or functional contexts, as ***applied biology, applied chemistry*** (see CHEMISTRY *n.* 2), ***applied economics, applied kinesiology*** (see KINESIOLOGY *n.* Additions 2), etc. Also: designating an expert in or practitioner of such a subject. See also Special uses. Freq. opposed to *abstract, pure,* or *theoretical.*

**1797** tr. I. Kant & J. S. Beck *Princ. Crit. Philos.* 4 Applied logic [Ger. *die angewandte Logik*] treats of attention, of whatever hinders or promotes it, of the origin of error, illusion, predjudices..&c. **1841** *Jrnl. Statist. Soc.* 4 65 There are also three assistant preparators in general chemistry, applied chemistry, and human anatomy. **1859** *Encycl. Brit.* XVII. 567/2 Mr. Combe..and others acknowledge that applied phrenology is an estimative art only. **1892** G. F. BARKER *Physics* I. ii. 10 In applied physics another absolute system is sometimes used, based upon the foot, the pound, and the second. **1928** *Forestry* **2** 133 It is probably far wiser for the applied scientist to credit insects with acumen than to attribute to them nothing but forced movements or tropisms. **1967** *Appraisal Terminol. & Handbk.* (Amer. Inst. Real Estate Appraisers) (ed. 5) 12 *Applied economics*—The application of economic theory to the solution of economic problems. **1988** J. D. BARROW & F. J. TIPLER *Anthropic Cosmol. Princ.* (rev. ed.) ii. 115 As any applied mathematician knows, an infinitesimal perturbation (cause) can often have an arbitrarily large effect when a system is unstable. **1995** *Post-Standard* (Syracuse, N.Y.) 5 Jan. 3/2 Applied biology will still cover the four basic core topics, but it will be more flexible.

---

## SPECIAL USES

**applied linguistics** *n.* the branch of linguistics concerned with practical

applications of language studies, such as language teaching, translation, and speech therapy.

**1922** *Publ. Mod. Lang. Assoc. Amer.* **37** App. p. lxxxvii, France offers a supply of solid fundamental treatises on Experimental Phonetics and in Pure and \*Applied Linguistics. **1958** *Year's Wk. Eng. Stud. 1956* 37/1 His book will reward study by all interested in what now tends to be called 'applied linguistics'. **1998** *Word* 49 145 The author approaches the topic of false friends in the technical vocabularies of English and German from the angle of applied linguistics.

**applied mathematics** *n.* that part of mathematics which is concerned with the application of mathematical methods in practical or functional contexts, or within other subjects; see also MATHEMATICS *n.* 1 (contrasted with PURE MATHEMATICS *n.*).

**1798** tr. Kant *Ess. & Treat.* I. 346 Sometimes philosophical expositions are given him from other sciences, particularly in the \*applied mathematics, *exempli gratia*, the exposition of fluidity. **1841** *Trans. Amer. Philos. Soc.* 7 230 This property..has been found of some importance in the theory of vibrating cords, and of some other parts of applied mathematics. **1865** J. S. MILL *Exam. Hamilton's Philos.* xxvii. 542 Applied mathematics in its post-Newtonian development does nothing to strengthen..these errors. **1906** U. SINCLAIR *Jungle* iii. 40 It was pork-making by machinery, pork-making by applied mathematics. **2001** *Guardian* 26 Apr. (Science section) 8/2 (*advt.*) The applied mathematics project involves the mathematical modelling of the trajectory and the stability of a spiralling liquid jet.

**applied psychology** *n.* the branches of psychology in which research findings are applied to practical problems, considered collectively.

**1835** W. HAMILTON in *Edinb. Rev.* 61 409 It is necessary to take a survey of what had actually been accomplished in this important department of \*applied psychology. **1936** *Discovery* Apr. 129/1 The study of practical psychology or applied psychology. **1995** C. HOLLIN *Contemp. Psychol.* VI. xiii. 262 There is no doubt that forensic psychology has become one of the major areas of growth in contemporary applied psychology.

**A124**



# Merriam-Webster's Collegiate® Dictionary



## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

CORD1158125   A-125



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
        p.      cm.
    Includes index.
    ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
    — ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
    1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36      1993
423—dc20                                        93-20206
                                                CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

6RMcN93

appendre, fr. LL appendere, fr. L, to hang — more at PENDANT] (14c) 1 : ATtachment or appendix (as in a book) b) 1 : an adjunct to something larger once 2 : a subordinate or derivative goes part (as a seta) 3 : a dependent

(5c) 1 : belonging as a right by pred in English law 2 : associated as an adjed as an appendage (a seal — to a

a-nst, ə-ˈpen-\ n, pl -mies [L appea-1895) : surgical removal of the vermi-

ʼsek-to-mē\ n, pl -mies (1894) Brit

\ n [NL] (1826) : inflammation of the lar\ adj (1651) : of or relating to an skeleton)

ŭz-es or -di-ces \-dǝ-ˌsēz\ [L appen-542) 1 a : APPENDAGE b : supplethe end of a piece of writing 2 : a d\; VERMIFORM APPENDIX ived; -ceiv-ing [F apercevoir] (1876)

F aperception, fr. apercevoir, fr. MF receive to perceive] (1753) 1 : introcental perception; esp : the process of ed in terms of previous experience —

appertinen, fr. MF apartenir, fr. LL to belong — more at PERTAIN] (14c) ightful part or attribute : PERTAIN 6) : APPETENCY

tes [L appetentia, fr. appetent-, appefixed and strong desire : APPETITE —

t of APPETIZER, APPETIZING it, fr. MF, fr. L appetere, fr. appetere : to — more at FEATHER] (14c) 1 ecessary to keep up organic life; esp thereof craving can insatiable — for the cultural — of the time — J, D.

9) : a food or drink that stimulates ore a meal

: appealing to the appetite esp. in aking to one's taste; also — display of i — ap-pe-tiz-ing-ly \-ziŋ-lē\ adv MF or tr, by MIF appetudir, fr. L ap-plaud] n (15c) : to express approval 1 : to express approval of esp. by clap-\-plô-do-bol\ adj) — ap-plaud-ably

uus, fr. L, beating of wings, fr. apnaendation : ACCLAIM (the kind of — 2 —Robert Tallant) 2 : approval the hands)

t apped, fr. OE appel; akin to OHG apĥ (bef. 12c) 1 : the fleshy usu. a edible pome fruit of a tree (genus i apple tree 2 : a fruit or other vegeapple — compare OAK APPLE — apyably cherished (his daughter is the

ek brown spread made by cooking a idea

ra, system, situation, or undertaking d (upset the —)

) (1864)) : having checks the color of

undy distilled from hard cider; also ily made by freezing hard cider and or

9) : RUSTIC

an fly (Rhagoletis pomonella) whose apples

9) : EXCELLENT, PERFECT (~ order) d by traditionally American values (tone of ~ wholesomeness)

fr. the traditional practice of school-a gift to their teacher) wɪ (1935) : to ʏ ~ wɪ : to curry favor with (as by

a relish or dessert made of apples slang : BUNKUM, NONSENSE s of apple trees caused by a fungus tk blotches or lesions on the leaves.

jɪs

1 : an act of applying 2 : a a ool or machine to a special purpose or device designed for a particular device (as a stove, fan, or refrigerarrent ɛ Brit : FIRE ENGINE 3 : de

pli-kə-\ adj (1660) : capable of or MATE (stature — to the cases) syn \ə-pli-kə-\bil-ə-tē also ə-ˌpli-kə-\ n one who applies (a job —∿) [ME application, fr. L application-, (15c) 1 : an act of applying: as of new techniques) (2) : a use to

which something is put (new ~s for old remedies) b : an act of administering or superposing (~ of paint to a house) c : assiduous attention (succeeds by ~ to her studies) 2 a : REQUEST, PETITION (as —for financial aid) b : a form used in making a request 3 : the practical inference to be derived from a discourse (as a moral tale) 4 : a medicated or protective layer of material (an oily ~ for dry skin) 5 : capacity for practical use (words of varied ~)

ap-pli-ca-tive \ˈa-plo-ˌkā-tiv, -ˈpli-kə-\ adj (15c) 1 : APPLICABLE, PRACTICAL 2 : put to use c : APPLIED — ap-pli-ca-tive-ly adv

ap-pli-ca-tor \ˈa-plo-ˌkā-tor\ n (1659) : one that applies; specif : a device for applying a substance (as medicine or polish)

ap-pli-ca-to-ry \ˈa-plo-kə-ˌtōr-ē, -ˌtor-; ə-ˈpli-kə-\ adj (1649) : capable of being applied

ap-plied \ə-ˈplīd\ adj (1656) 1 : put to practical use (~ art); esp : applying general principles to solve definite problems (~ sciences) 2 : working in an applied science (an ~ physicist)

ap-pli-qué \ˌa-plo-ˈkā\ n [F, pp. of appliquer to put on, fr. L appliquer] (1801) : a cutout decoration fastened to a larger piece of material

ap-pli-quéd \-ˈqēd; -ˈquē-ing (1881) : to apply (as a decoration or ornament) to a larger surface : OVERLAY

ap-ply \ə-ˈplī\ vb ap-plied; ap-ply-ing [ME, fr. MF aplier, fr. L applicare, fr. ad- + plicare to fold — more at PLY] vt (14c) 1 a : to put to use esp. for some practical purpose (applies pressure to get what he wants) b : to bring into action (~ the brakes) c : to lay or spread on (~ varnish) d : to put into operation or effect (~ a law) 2 : to employ diligently or with close attention (should ~ yourself to your work) ~vi 1 : to have relevance or a valid connection (this rule applies to freshmen only) 2 : to make an appeal or request esp. in the form of a written application (~ for a job) — ap-pli-er \-ˈplī(-ə)r\ n

ap-pog-gia-tu-ra \ə-ˌpä-jə-ˈtür-ə\ n [It, lit., support] (1753) : an embellishing note or tone preceding an essential melodic note or tone and usu. written as a note of smaller size

ap-point \ə-ˈpoint\ vb [ME fr. MF apointer to arrange, fr. a- (fr. L ad-) + point point] vt (14c) 1 a : to fix or set officially (~ a trial date) b : to name officially (will ~ her director of the program) c archaic : ARRANGE d : to determine the disposition of (an estate) to someone by virtue of a power of appointment 2 : to provide with complete and usu. appropriate or elegant furnishings or equipment ~vi 1 : to exercise a power of appointment syn see FURNISH

ap-poin-tee \ə-ˌpoin-ˈtē, ˌa-\ n (1693) : one who is appointed 2 : one to whom an estate is appointed

ap-point-ive \ə-ˈpoin-tiv\ adj (1881) : of, relating to, or filled by appointment (an ~ office)

ap-point-ment \ə-ˈpoint-mənt\ n (15c) 1 a : an act of appointing : DESIGNATION b : the designation by virtue of a vested power of a person to enjoy an estate 2 : an arrangement for a meeting : ENGAGEMENT 3 : EQUIPMENT, FURNISHINGS — usu. used in pl. 4 : a nonelective office or position (holds an academic ~)

ap-po-tion \ə-ˈpōr-shən, -ˈpor-\ vt -tioned; -tion-ing \-sh(ə-)niŋ\ [MF apportionner, fr. a- (fr. L ad-) à- portionner to portion] (1574) : to divide and share out according to a plan; esp : to make a proportionate division or distribution of — ap-por-tion-able \-sh(ə-)nə-bəl\ adj

ap-por-tion-ment \-shən-mənt\ n (1579) : an act or result of apportioning; esp : the apportioning of representatives or taxes among the states according to U.S. law

ap-pose \ə-ˈpōz\ vt ap-posed; ap-pos-ing [MF apposer, fr. OF, fr. a- + poser to put — more at POSE] (1596) 1 archaic : to put before : apply (one thing) to another 2 : to place in juxtaposition or proximity

ap-po-site \ˈa-pə-zət, ə-ˈpō\ adj [L appositus, fr. pp. of apponere to place near, fr. ad- + ponere to put — more at POSITION] (1621) : highly pertinent or appropriate : APT syn see RELEVANT — ap-po-site-ly adv — ap-po-site-ness n

ap-po-si-tion \ˌa-pə-ˈzi-shən\ n (15c) 1 a : a grammatical construction in which two usu. adjacent nouns having the same referent stand in the same syntactical relation to the rest of a sentence (as the poet and Burns in "a biography of the poet Burns") b : the relation of one of such a pair of nouns or noun equivalents to the other 2 a : an act or instance of apposing; specif : the deposition of successive layers upon those already present (as in cell walls) b : the state of being apposed — ap-po-si-tion-al \-ˈzish-nəl, -ˈzi-shə-n³l\ adj

ap-pos-i-tive \ə-ˈpä-zə-tiv, a-\ adj (1692) : of, relating to, or standing in grammatical apposition — appositive n — ap-pos-i-tive-ly adv

ap-praise \ə-ˈprāz\ vt -praised; -prais-ing [ME apresen, fr. MF aprisier to appraise, fr. L ad- + pretium price] 1 a : to set a value on : estimate the amount of 2 : to evaluate the worth, significance, or status of; esp : to give an expert judgment of the value or merit of syn see ESTIMATE — ap-prais-er \-ˈprā-zər\ n — ap-praise-ment \-ˈprāz-mənt\ n — ap-prais-er n — ap-prais-ing-ly \-ziŋ-lē\ adv — ap-prais-ive \-ˈprā-ziv\ adj

ap-pre-cia-ble \ə-ˈprē-shə-bəl, -ˈpri-shə-bəl\ adj (1818) : capable of being perceived or measured syn see PERCEPTIBLE — ap-pre-cia-bly \-blē\ adv

ap-pre-ci-ate \ə-ˈprē-shē-ˌāt, -ˈpri- also -ˈprē-sē-\ vb -at-ed; -at-ing [LL appretiatus, pp. of appretiare, fr. L ad- + pretium price — more at PRICE] vt (1655) 1 a : to grasp the nature, worth, quality, or significance of (can't ~ the difference between right and wrong) b : to value or admire highly (thinks no one ~s his endeavors) c : to judge with heightened perception or understanding : be fully aware of (must experience it to ~ it) d : to recognize with gratitude (certainly ~ your kindness) 2 : to increase the value of ~vi 1 : to increase in number or value — ap-pre-ci-a-tor \-ˌā-tər\ n — ap-pre-cia-to-ry \-ˈprē-sho-ˌtōr-ē, -ˈpri-sho-; -ˌshə-ˈtōr-\ adj

**SYN** APPRECIATE, VALUE, PRIZE, TREASURE, CHERISH mean to hold in high estimation. APPRECIATE often connotes sufficient understanding to enjoy or admire a thing's excellence (appreciates fine wine). VALUE implies rating a thing highly for its intrinsic worth (values our friendship). PRIZE implies taking a deep pride in something one possesses (Americans prize their freedom). TREASURE emphasizes jealously safeguarding something considered precious (a treasured memento). CHERISH implies a special love and care for something (cherishes her children above all). syn see in addition UNDERSTAND

ap-pre-ci-a-tion \ə-ˌprē-shē-ˈā-shən, -ˌpri- also -ˌprē-sē-\ n (1604) 1 a

: JUDGMENT, EVALUATION. esp : a favorable critical estimate b : sensitive awareness; esp : recognition of aesthetic values 2 a : an expression of admiration, approval, or gratitude 2 : increase in value

ap-pre-cia-tive \ə-ˈprē-shə-tiv, -ˈpri- also -ˈprē-shē-ə-tiv, -ˈsā-, 1698) : having or showing appreciation — ap-pre-cia-tive-ly adv — ap-pre-cia-tive-ness n

ap-pre-hend \ə-pri-ˈhend\ vb [ME, fr. L apprehendere, lit., to seize, fr. ad- + prehendere to seize — more at GET] vt (14c) 1 a : ARREST, SEIZE (~ a thief) 2 a : to become aware of : PERCEIVE b : to anticipate esp. with anxiety, dread, or fear 3 : to grasp with the understanding : recognize the meaning of ~vi 1 : UNDERSTAND, GRASP

ap-pre-hen-si-ble \ˌa-pri-ˈhen(t)-sə-bəl\ adj (ca. 1631) : capable of being apprehended — ap-pre-hen-si-bly adv

ap-pre-hen-sion \ˌa-pri-ˈhen(t)-shən\ n [ME, fr. LL apprehension-, apprehensio, fr. L apprehendere] (14c) 1 a : the act or power of perceiving or comprehending (a person of dull ~) b : the result of apprehending mentally : CONCEPTION (according to popular ~) 2 : seizure by legal process : ARREST 3 : suspicion or fear esp. of future evil : FOREBODING

ap-pre-hen-sive \-ˈhen(t)-siv\ adj (14c) 1 : capable of apprehending or quick to do so : DISCERNING 2 : having apprehension : COGNIZANT 3 : viewing the future with anxiety or alarm syn see FEARFUL — ap-pre-hen-sive-ly adv — ap-pre-hen-sive-ness n

ap-pren-tice \ə-ˈpren-tas\ n [ME aprentis, fr. MF, fr. OF, fr. aprendre to learn, fr. L apprendere, apprehendere] (14c) 1 a : one bound by indenture to serve another for a prescribed period with a view to learning an art or trade b : one who is learning by practical experience under skilled workers a trade, art, or calling 2 : an inexperienced person : NOVICE (an ~ in cooking) — ap-pren-tice-ship \-ˌtə(t)sh-ˌ ship, -ˌtəs-ˌship\ n

apprentice vb -ticed; -tic-ing vt (1596) : to set at work as an apprentice; esp : to bind to an apprenticeship by contract or indenture ~vi 1 : to serve as an apprentice

ap-pressed \ə-ˈprest\ adj [L uppressus, pp. of apprimere to press to, fr. ad- + premere to press — more at PRESS] (1791) : pressed close to or lying flat against something (leaves ~ against the stem)

ap-pro-ach \ə-ˈprōch\ vb [ME, fr. OF aprochier, fr. LL appropiare, fr. L ad- + prope near; akin to L pro before — more at FOR] vt (14c) 1 a : to draw closer to : NEAR (~ the end) b : to come very near to : be almost the same as (its mathematics ~ey mysticism —Theodore Sturgeon (as the quantity x ~es zero) 2 a : to make advances to esp. in order to create a desired result (was ~ed by several Broadway producers) b : to take preliminary steps toward accomplishment or full knowledge or experience of (~ the subject with an open mind) ~vi 1 : to draw nearer (dawn ~es) 2 : to make an approach in golf

ap-proach n (15c) 1 a : an act or instance of approaching (the ~ of summer) b : APPROXIMATION (in this book he makes his closest ~ to greatness) 2 a : the taking of preliminary steps toward a particular purpose (experimenting with new lines of ~) b : a particular manner of taking such steps (a highly individual ~ to language) 3 : a means of access : AVENUE 4 a : a golf shot from the fairway toward the green b : the steps taken by a bowler before he delivers the ball; also : the part of the alley behind the foul line from which the bowler delivers the ball 5 : the descent of an aircraft toward a landing place

ap-proach-able \ə-ˈprō-chə-bəl\ adj (1571) : capable of being approached : ACCESSIBLE; specif : easy to meet or deal with — ap-proach-abil-i-ty \-ˌprō-chə-ˈbil-ə-tē\ n

ap-pro-bate \ˈa-prə-ˌbāt\ vt -bat-ed; -bat-ing [ME, fr. L approbatus, pp. of approbare — more at APPROVE] (15c) 1 : APPROVE, SANCTION — ap-pro-ba-to-ry \ə-ˈprō-bə-ˌtōr-ē, ˈa-prə-bə-\ adj

ap-pro-ba-tion \ˌa-prə-ˈbā-shən\ n (14c) 1 obs : PROOF 2 : an act of approving formally or officially 3 : COMMENDATION, PRAISE

ap-pro-pri-ate \ə-ˈprō-prē-ˌāt\ vt -at-ed; -at-ing [ME, fr. LL appropriatus, pp. of appropriare, fr. L ad- + propriare own] (15c) 1 : to take exclusive possession of : ANNEX (no one should ~ a common benefit) 2 : to set apart for or assign to a particular purpose or use (~ money for the research program) 3 : to take or make use of without authority or right — ap-pro-pri-a-ble \-prē-ə-bəl\ adj — ap-pro-pri-a-tor \-ˌprē-ˌā-tər\ n

ap-pro-pri-ate \ə-ˈprō-prē-ət\ adj (14c) : especially suitable or compatible : FITTING syn see FIT — ap-pro-pri-ate-ly adv — ap-pro-pri-ate-ness n

ap-pro-pri-a-tion \ə-ˌprō-prē-ˈā-shən\ n (14c) 1 : an act or instance of appropriating 2 : something that has been appropriated; specif : money set aside by formal action for a specific use — ap-pro-pri-a-tive \-ˈprō-prē-ˌā-tiv\ adj

ap-prov-able \ə-ˈprü-və-bəl\ adj (15c) : capable or worthy of being approved — ap-prov-ably \-blē\ adv

ap-prov-al \ə-ˈprü-vəl\ n (1616) : an act or instance of approving : APPROBATION — on approval : subject to a prospective buyer's acceptance or refusal (stamps sent to collectors on approval)

ap-prove \ə-ˈprüv\ vb ap-proved; ap-prov-ing [ME, fr. MF aprover, fr. L approbare, fr. ad- + probare to prove — more at PROVE] vt (14c) 1 obs : PROVE, ATTEST 2 : to have or express a favorable opinion of (couldn't ~ such conduct) 3 a : to accept as satisfactory (hopes she will ~ the date of the meeting) b : to give formal or official sanction to : RATIFY (Congress approved the proposed budget) ~vi : to take a

**Pronunciation key (bottom)**

\ə\ abut \³\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \o\ law \o\ boy \th\ thin \th\ the \ü\ loot \u\ foot \y\ yet \zh\ vision \ə, ķ, ⁿ, œ, œ̄, ue, ᵫ, ᵫ̄\ see Guide to Pronunciation

CORD115127

# THE
# AMERICAN
# HERITAGE
# DICTIONARY

## OF THE
## ENGLISH LANGUAGE

### THIRD EDITION



**HOUGHTON MIFFLIN COMPANY**

*Boston · New York · London*

CORD115820   A128

Words are included in this Dictionary on the basis of their
usage. Words that are known to have current trademark
registrations are shown with an initial capital and are also
identified as trademarks. No investigation has been made of
common-law trademark rights in any word, because such
investigation is impracticable. The inclusion of any word in
this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to
proprietary rights. Indeed, no definition in this Dictionary is
to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered
trademarks of Forbes Inc. Their use is pursuant to a license
agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead
Data Central, Inc., providers of the LEXIS®/NEXIS® services,
for its assistance in the preparation of this edition of
The American Heritage Dictionary.

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any
form or by any means, electronic or mechanical, including
photocopying and recording, or by any information storage or
retrieval system without the prior written permission of
Houghton Mifflin Company unless such copying is expressly
permitted by federal copyright law. Address inquiries to
Permissions, Houghton Mifflin Company, 2 Park Street,
Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*
The American heritage dictionary of the English language.
—3rd ed.
p.    cm.
ISBN 0-395-44895-6
1. English language—Dictionaries.
PE1628.A623    1992                                92-851
423—dc20                                              CIP

Manufactured in the United States of America

lated to past experience. [New Latin *apperceptiō, apperceptiōn-* : Latin *ad-*, ad- + Latin *perceptiō,* perception; see PERCEPTION.] —*ap′per·cep′tive* (-sĕp′tĭv) *adj.*

**ap·per·tain** (ăp′ər-tān′) *intr.v.* **-tained, -tain·ing, -tains.** To belong as a proper function or part; pertain: *problems appertaining to social reform.* [Middle English *appertenen,* from Old French *apartenir,* from Vulgar Latin *appartēnēre,* from Latin *appertinēre* : *ad-,* ad- + *pertinēre,* to belong; see PERTAIN.]

**ap·pe·stat** (ăp′ĭ-stăt′) *n.* The area in the brain that is believed to regulate appetite and food intake. [APPE(TITE) + -STAT.]

**ap·pe·tence** (ăp′ĭ-təns) *n.* **1.** A strong craving or desire. **2.** A tendency or propensity. **3.** A natural attraction or affinity. [Probably French *appétence,* from Latin *appetentia,* from *appetēns, appetent-,* present participle of *appetere,* to strive after. See APPETITE.]

**ap·pe·ten·cy** (ăp′ĭ-tən-sē) *n., pl.* **-cies.** Appetence. [Latin *appetentia.* See APPETENCE.]

**ap·pe·tite** (ăp′ĭ-tīt′) *n.* **1.** An instinctive physical desire, especially one for food or drink. **2.** A strong wish or urge: *an appetite for learning.* [Middle English *apetit,* from Old French, from Latin *appetītus,* strong desire, from past participle of *appetere,* to strive after : *ad-,* ad- + *petere,* to seek; see *pet-* in Appendix.] —*ap′pe·ti′tive* (-tī′tĭv, ăp′ĭ-tī′tĭv) *adj.*

**ap·pe·tiz·er** (ăp′ĭ-tī′zər) *n.* A food or drink served usually before a meal to stimulate the appetite.

**ap·pe·tiz·ing** (ăp′ĭ-tī′zĭng) *adj.* Appealing to or stimulating the appetite. —*ap′pe·tiz′ing·ly adv.*

**Ap·pi·an Way** (ăp′ē-ən). An ancient Roman road between Rome and Capua, begun in A.D. 312 and later extended to Brindisi, with a total length of more than 563 km (350 mi).

**appl.** *abbr.* Applied.

**ap·plaud** (ə-plôd′) *v.* **-plaud·ed, -plaud·ing, -plauds.** —*intr.* To express approval, especially by clapping the hands. —*tr.* **1.** To express approval of (someone or something) especially by such clapping. **2.** To commend highly; praise: *applauded her decision to complete her degree.* [Middle English *applauden,* from Latin *applaudere* : *ad-,* ad- + *plaudere,* to clap.] —*ap′plaud′a·ble adj.* —*ap·plaud′a·bly adv.* —*ap·plaud′er n.*

SYNONYMS: *applaud, cheer, root.* The central meaning shared by these verbs is "to express approval or encouragement in audible form, especially by clapping": *applauded at the end of the concert; cheered when the home team scored; rooting for the underdog in the tennis championship.*

**ap·plause** (ə-plôz′) *n.* **1.** Approval expressed especially by the clapping of hands. **2.** Praise; commendation: *a scientific discovery that won critical applause.* [Medieval Latin *applausus,* from past participle of Latin *applaudere,* to applaud. See APPLAUD.]

**ap·ple** (ăp′əl) *n.* **1. a.** A deciduous Eurasian tree (*Malus pumila*) having alternate simple leaves and white or pink flowers. **b.** The firm, edible, usually rounded fruit of this tree. **2. a.** Any of several other plants, especially those with fruits suggestive of the apple, such as the crab apple or custard apple. **b.** The fruit of any of these plants. —*idiom.* **apple of (one's) eye.** One that is treasured: *Her grandson is the apple of her eye.* [Middle English *appel,* from Old English *æppel.*]

**apple green** *n. Color.* A moderate or vivid yellow green to light or strong yellowish green. —*ap′ple-green′* (ăp′əl-grēn′) *adj.*

**ap·ple·jack** (ăp′əl-jăk′) *n.* **1.** Brandy distilled from hard cider. **2.** An alcoholic drink made from hard cider that has been frozen.

**apple of Peru** *n.* An annual Peruvian plant (*Nicandra physalodes*), grown as an ornamental for its pale violet-blue, bell-shaped flowers and fruits enclosed in papery, inflated calyxes. Also called shoo-fly plant.

**ap·ple-pie** (ăp′əl-pī′) *adj. Informal.* **1.** Nearly perfect: *put the room in apple-pie order.* **2.** Often **apple pie.** Of, relating to, or marked by values regarded as distinctively American: *"Family, neighborhood, community are apple pie virtues, inassailable and unavoidable in political rhetoric"* (Ronald Brownstein).

**ap·ple-pol·ish** (ăp′əl-pŏl′ĭsh) *v.* **-ished, -ish·ing, -ish·es.** *Informal.* —*tr.* To seek favor by toadying. —*intr.* To seek favor with; flatter. See Synonyms at fawn[1]. —**apple polisher,** *ap′ple-pol′ish·er n.*

**ap·ple·sauce** (ăp′əl-sôs′) *n.* **1.** Apples stewed to a pulp, sweetened, and sometimes spiced. **2.** *Slang.* Nonsense.

**Ap·ple·seed** (ăp′əl-sēd′), **Johnny.** See John Chapman.

**Ap·ple·ton** (ăp′əl-tən). A city of eastern Wisconsin on the Fox River southwest of Green Bay. The first hydroelectric plant in the United States was built here in 1882. Population, 58,913.

**Appleton,** Sir Edward Victor. 1892–1965. British physicist. He won a 1947 Nobel Prize for his discovery of the F layer of the ionosphere.

**Ap·ple Valley** (ăp′əl). A city of southeast Minnesota, a residential suburb of Minneapolis–St. Paul. Population, 21,818.

**ap·pli·ance** (ə-plī′əns) *n.* **1.** A device or instrument designed to perform a specific function, especially an electrical device, such as a toaster, for household use. See Synonyms at tool. **2.** A dental or surgical device designed to perform a therapeutic or corrective function. [From APPLY.]

**ap·pli·ca·ble** (ăp′lĭ-kə-bəl, ə-plĭk′ə-) *adj.* That can be applied; appropriate: *gave applicable examples to support her argument.* —*ap′pli·ca·bil′i·ty n.* —*ap′pli·ca·bly adv.*

**ap·pli·cant** (ăp′lĭ-kənt) *n.* One that applies, as for a job. [Middle English, from Latin *applicāns,* present participle of *applicāre,* to affix. See APPLY.]

**ap·pli·ca·tion** (ăp′lĭ-kā′shən) *n.* **1.** The act of applying. **2.** Something applied, such as a cosmetic or curative agent. **3. a.** The act of putting something to a special use or purpose: *an application of a new method.* **b.** A specific use to which something is put: *the application of science to industry.* **4.** The capacity of being suitable; relevance: *Geometry has practical application in aviation and navigation.* **5.** Close attention; diligence: *shows application to her work.* See Synonyms at effort. **6. a.** A request, as for assistance, employment, or admission to a school. **b.** The form or document on which such a request is made. —*application* also *applications* adj. *Computer Science.* Of or being a computer program designed for a specific task or use: *applications software for a missile guidance system.* [Middle English *applicacion,* from Old French, from Latin *applicātiō, applicātiōn-,* from *applicātus,* past participle of *applicāre,* to affix. See APPLY.]

**ap·pli·ca·tive** (ăp′lĭ-kā′tĭv, ə-plĭk′ə-) *adj.* **1.** Characterized by actual application; applied. **2.** Practical; applicatory. —*ap′pli·ca′tive·ly adv.*

**ap·pli·ca·tor** (ăp′lĭ-kā′tər) *n.* An instrument for applying something, such as medicine or glue.

**ap·pli·ca·to·ry** (ăp′lĭ-kə-tôr′ē, -tōr′ē, ə-plĭk′ə-) *adj.* Readily applicable; practical.

**ap·plied** (ə-plīd′) *adj. Abbr.* **app., appl.** Put into practice or to a particular use: *applied physics.*



appliqué
Stitching a piece
of fabric on a quilt

**ap·pli·qué** (ăp′lĭ-kā′) *n.* A decoration or ornament, as in needlework, made by cutting pieces of one material and applying them to the surface of another. —*appliqué tr.v.* **-quéd, -qué·ing, -qués.** To decorate by cutting pieces of one material and applying them to the surface of another. [French, past participle of *appliquer,* to apply, from Latin *applicāre,* to affix. See APPLY.]

**ap·ply** (ə-plī′) *v.* **-plied, -ply·ing, -plies.** —*tr.* **1.** To bring into nearness or contact with something; put on, upon, or to: *applied glue sparingly to the paper.* **2.** To put to or adapt for a special use: *applies all her money to her mortgage.* **3.** To put into action: *applied the brakes.* **4.** To devote (oneself or one's efforts) to something: *applied myself to my studies.* —*intr.* **1.** To be pertinent or relevant: *a rule that applies to everyone.* **2.** To request or seek assistance, employment, or admission: *will apply to college.* See Synonyms at resort. [Middle English *applien,* from Old French *aplier,* from Latin *applicāre,* to enfold : *ad-,* ad- + *plicāre,* to fold together; see *plek-* in Appendix.]

**ap·pog·gia·tu·ra** (ə-pŏj′ə-tŏŏr′ə) *n. Music.* An embellishing note, usually one step above or below the note it precedes and indicated by a small note or special sign. [Italian, from *appoggiato,* past participle of *appoggiare,* to lean on, from Vulgar Latin *appodiāre* : Latin *ad-,* ad- + *podium,* support (from Greek *podion,* base, from *pous, pod-,* foot; see *ped-* in Appendix).]

**ap·point** (ə-point′) *tr.v.* **-point·ed, -point·ing, -points.** *Abbr.* **app., appt.** **1.** To select or designate to fill an office or position: *appointed her the chief operating officer of the company.* **2.** To fix or set by authority or by mutual agreement: *will appoint a date for the examination.* **3.** To furnish; equip: *a house that is comfortably appointed.* **4.** *Law.* To direct the disposition of (property) to a person or persons in exercise of a power granted for this purpose by a preceding deed. [Middle English *appointen,* from Old French *apointier,* to arrange, from *a point,* to the point : *a,* to (from Latin *ad-*) + *point,* point; see POINT.]

SYNONYMS: *appoint, designate, name, nominate, tap.* The central meaning shared by these verbs is "to select for an office or position": *was appointed chairperson of the committee; expects to be designated leader of the opposition; a new commissioner of public safety named by the mayor; wants to be nominated as her party's candidate; was tapped for fraternity membership.* See also Synonyms at furnish.

**ap·point·ee** (ə-poin′tē′, ăp′oin-) *n.* **1.** One who is appointed to an office or position. **2.** *Law.* One to whom a power of appointment of property is granted.

**ap·point·ive** (ə-poin′tĭv) *adj.* Relating to or filled by appointment: *an appointive office.*

**ap·point·ment** (ə-point′mənt) *n. Abbr.* **appt.** **1.** The act of appointing or designating for an office or position. **b.** The office or position to which one has been appointed. **2.** An arrangement to do something or meet someone at a particular time and place. See Synonyms at engagement. **3. appointments.** Furnishings, fittings, or equipment. **4.** *Law.* The act of directing the disposition of property by virtue of a power granted for this purpose.

**ap·pointor** (ə-poin′tər, ə-poin′tôr′) *n. Law.* One that executes a power of appointment of property.

**Ap·po·mat·tox** (ăp′ə-măt′əks). A town of south-central Virginia east of Lynchburg. Confederate general Robert E. Lee surrendered to Union general Ulysses S. Grant at Appomattox Courthouse on April 9, 1865, ending the Civil War. The site is now a national historical park. Population, 1,345.

**ap·por·tion** (ə-pôr′shən, ə-pōr′-) *tr.v.* **-tioned, -tion·ing, -tions.** To divide and assign according to a plan; allot. See Syn-

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ʳ regionalism |

Stress marks: ′ (primary);
ʹ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

CORD115578

**A131**



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
and the Merriam-Webster editorial staff.
  p.   cm.
  ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case).—ISBN 0-87779-206-2 (imperial buckram).
  1. English language—Dictionaries.  I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be
reproduced or copied in any form or by any means—graphic, electronic, or me-
chanical, including photocopying, taping, or information storage and retrieval
systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5253545SQKY050403

Case 1:07-cv-00333-SLR   Document 291-4   Filed 09/23/09   Page 15 of 41

A133

CORD115582

# EXHIBIT 8

### Summary of "Affix" Definitions in Cordis's Briefs and Declarations

- Affix is "1. to attach physically (as by nails or glue): Fasten.  2. to attach in any way: connect with."  Webster's Third New International Dictionary at 36 (2002).

- "Affix" is "1. to secure to something; attach."  (American Heritage Dictionary of the English Language at 30 (3d ed. 1992).)

- "Affix" is "1. to attach physically.  2. to attach in any way; add, append." (Merriam-Webster's Collegiate Dictionary at 20 (10th ed. 1993).)

**A134**

# Webster's
# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

CORD115578

**A135**



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
and the Merriam-Webster editorial staff.
   p.   cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case).—ISBN 0-87779-206-2 (imperial buckram).
   1. English language—Dictionaries.   I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be
reproduced or copied in any form or by any means—graphic, electronic, or me-
chanical, including photocopying, taping, or information storage and retrieval
systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

Case 1:07-cv-00333-SLR    Document 291-4    Filed 09/23/09    Page 20 of 41

**A137**

CORD115581

# THE
# AMERICAN
# HERITAGE
# DICTIONARY
### OF THE
### ENGLISH LANGUAGE

*THIRD EDITION*



**HOUGHTON MIFFLIN COMPANY**
*Boston · New York · London*

Words are included in this Dictionary on the basis of their
usage. Words that are known to have current trademark
registrations are shown with an initial capital and are also
identified as trademarks. No investigation has been made of
common-law trademark rights in any word, because such
investigation is impracticable. The inclusion of any word in
this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to
proprietary rights. Indeed, no definition in this Dictionary is
to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered
trademarks of Forbes Inc. Their use is pursuant to a license
agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead
Data Central, Inc., providers of the LEXIS®/NEXIS® services,
for its assistance in the preparation of this edition of
*The American Heritage Dictionary.*

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any
form or by any means, electronic or mechanical, including
photocopying and recording, or by any information storage or
retrieval system without the prior written permission of
Houghton Mifflin Company unless such copying is expressly
permitted by federal copyright law. Address inquiries to
Permissions, Houghton Mifflin Company, 2 Park Street,
Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*
The American heritage dictionary of the English language.
—3rd ed.
    p.    cm.
ISBN 0-395-44895-6
    1. English language—Dictionaries.
PE1628.A623    1992                          92-851
423—dc20                                        CIP

Manufactured in the United States of America

traction between an antigen and an antibody. **6.** *Chemistry.* An attraction or force between particles that causes them to combine. [Middle English *affinite,* from Old French *afinite,* from Latin *affinitás,* from *affinis,* related by marriage. See AFFINED.]

*USAGE NOTE:* In the sense of "attraction," *affinity* may be followed by *of, between,* or *with.* Thus one may speak of the close *affinity of James and Samuel,* or of the *affinity between James and Samuel,* or of *James's affinity with Samuel.* In its chemical and technical senses *affinity* is generally followed by *for:* a *dye with an affinity for synthetic fabrics.* In general usage *affinity* should not be used as a simple synonym for *liking.* In an earlier survey, a majority of the Usage Panel rejected the example *Her affinity for living in California led her to reject a chance to return to New York.*



Afghan hound



Afghanistan

**affinity group** *n.* A group of people who share a common interest, background, or goal.

**af·firm** (ə-fûrm′) *v.* **-firmed, -firm·ing, -firms.** —*tr.* **1.** To declare positively or firmly; maintain to be true. See Synonyms at **assert. 2.** To support or uphold the validity of; confirm. —*intr. Law.* To declare solemnly and formally but not under oath. [Middle English *affermen,* from Old French *afermer,* from Latin *affirmáre* : *ad-, ad-* + *firmáre,* to strengthen (from *firmus,* strong; see **dhor-** in Appendix).] —**af·firm′a·ble** *adj.* —**af·firm′er** *n.* —**af·firm′er** *n.*

**af·fir·ma·tion** (ăf′ər-mā′shən) *n.* **1.** The act of affirming or the state of being affirmed; assertion. **2.** Something declared to be true; a positive statement or judgment. **3.** *Law.* A solemn declaration given in place of a sworn statement by a person who conscientiously objects to taking an oath.

**af·fir·ma·tive** (ə-fûr′mə-tĭv) *adj.* **1.** Asserting that something is true or correct, as with the answer "yes": an *affirmative reply.* **2.** Giving assent or approval; confirming: an *affirmative vote.* **3.** Positive; optimistic: an *affirmative outlook.* **4.** *Logic.* Of, relating to, or being a proposition in which the predicate affirms something about the subject, such as the statement *apples have seeds.* —*affirmative n.* **1.** A word or statement of agreement or assent, such as the word *yes.* **2.** The side in a debate that upholds the proposition: *Her team will speak for the affirmative.* —*affirmative adv. Informal.* Used in place of the response "yes" to express confirmation or consent. —**af·fir′ma·tive·ly** *adv.*

*USAGE NOTE:* The expressions in the *affirmative* and in the *negative,* as in *She answered in the affirmative,* are generally regarded as pompous. *She answered yes* would be more acceptable even at the most formal levels of style.

**affirmative action** *n.* A policy or a program that seeks to redress past discrimination through active measures to ensure equal opportunity, as in education and employment.

**af·fix** (ə-fĭks′) *t.v.* **-fixed, -fix·ing, -fix·es. 1.** To secure to something; attach: *affix a label to a package.* **2.** To impute; attribute: *affix blame to him.* **3.** To place at the end; append: *affix a postscript to a letter.* **4.** *Grammar.* To add as an affix. —**affix** (ăf′ĭks′) *n.* **1.** Something that is attached, joined, or added; an appendage or addition. **2.** *Linguistics.* A word element, such as a prefix or suffix, that can only occur attached to a base, stem, or root. [Medieval Latin *affixáre,* frequentative of Latin *affigere, affix-* : *ad-, ad-* + *figere,* to fasten; see **dhig̑w-** in Appendix.] —**af·fix′a·ble** *adj.* —**af·fix′er** *n.*

**af·fla·tus** (ə-flā′təs) *n.* A strong creative impulse; divine inspiration. [Latin *afflátus,* from past participle of *affláre,* to breathe on : *ad-, ad-* + *fláre,* to blow; see **bhlē-** in Appendix.]

**af·flict** (ə-flĭkt′) *t.v.* **-flict·ed, -flict·ing, -flicts.** To inflict grievous physical or mental suffering on. [Middle English *afflighten,* from *afflight,* distressed, frightened, from Latin *afflictum,* past participle of *affligere,* to cast down : *ad-, ad-* + *fligere,* to strike.] —**af·flict′er** *n.* —**af·flic′tive** *adj.* —**af·flic′tive·ly** *adv.*

*SYNONYMS: afflict, agonize, excruciate, rack, torment, torture.* The central meaning shared by these verbs is "to bring great harm or suffering to someone": *afflicted with arthritis; agonizing pain; excruciating spasms of neuralgia; racked with cancer; tormented by migraine headaches; tortured by painful emotions.*

**af·flic·tion** (ə-flĭk′shən) *n.* **1.** A condition of pain, suffering, or distress. See Synonyms at **trial. 2.** A cause of pain, suffering, or distress. See Synonyms at **burden.**

**af·flu·ence** (ăf′lōō-əns, ə-flōō′-) *n.* **1.** A plentiful supply of material goods; wealth. **2.** A great quantity; an abundance. **3.** A flowing to or toward a point; afflux.

**af·flu·en·cy** (ăf′lōō′ən-sē, ə-flōō′-) *n.* Affluence.

**af·flu·ent** (ăf′lōō-ənt, ə-flōō′-) *adj.* **1.** Generously supplied with money, property, or possessions; prosperous or rich. See Synonyms at **rich. 2.** Plentiful; abundant. **3.** Flowing freely; copious. —*affluent n.* **1.** A stream or river that flows into a larger one; a tributary. **2.** A person who is well-off financially: *"the so-called emerging affluents"* (Leslie Tweeton). [Middle English, abundant, flowing, from Old French, from Latin *affluéns, affluent-,* present participle of *affluere,* to abound in : *ad-, ad-* + *fluere,* to flow; see **bhleu-** in Appendix.] —**af′flu·ent·ly** *adv.*

**af·flux** (ăf′flŭks′) *n.* A flow to or toward an area, especially of blood or other fluid toward a body part: an *afflux of blood to the head.* [Medieval Latin *affluxus,* from Latin, past participle of *affluere,* to flow to. See AFFLUENT.]

---

**af·ford** (ə-fôrd′, ə-fōrd′) *t.v.* **-ford·ed, -ford·ing, -fords. 1.** To have the financial means for; be able to meet the cost of: *not able to afford a new car.* **2.** To be able to spare or give up: *can't afford an hour for lunch.* **3.** To be able to do or bear without disadvantage or risk to oneself: *can afford to be tolerant.* **4.** To make available; provide: *a sport affording good exercise; a tree that affords ample shade.* [Middle English *aforthen,* from Old English *geforthian,* to carry out : *ge-,* perfective pref.; see YCLEPT + *forthian,* to further (from *forth,* forth, forward; see **por-¹** in Appendix).]

**af·ford·a·ble** (ə-fôr′də-bəl, ə-fōr′-) *adj.* That can be afforded: *affordable housing; an affordable risk.* —**af·ford′a·bil′i·ty** *n.* —**af·ford′a·bly** *adv.*

**af·for·est** (ə-fôr′ĭst, ə-fŏr′-) *t.v.* **-est·ed, -est·ing, -ests.** To convert (open land) into a forest by planting trees or their seeds. [Medieval Latin *afforestáre* : Latin *ad-, ad-* + Medieval Latin *forestáre* (from *foresta,* forest; see FOREST).] —**af·for′es·ta′tion** *n.*

**af·fray** (ə-frā′) *n.* A noisy quarrel or brawl. See Synonyms at **conflict.** —*affray t.v.* **-frayed, -fray·ing, -frays.** *Archaic.* To frighten. [Middle English, from Old French *effrei, esfrei,* from *esfreer,* to disturb. See **pri-** in Appendix.]

**af·fri·cate** (ăf′rĭ-kĭt) *n. Linguistics.* A complex speech sound consisting of a stop consonant followed by a fricative; for example, the initial sounds of *child* and *joy.* Also called *affricative.* [Latin *affricátus,* past participle of *affricáre,* to rub against : *ad-, ad-* + *fricáre,* to rub.]

**af·fric·a·tive** (ə-frĭk′ə-tĭv) *Linguistics. adj.* Of, relating to, or forming an affricate. —*affricative n.* See **affricate.**

**af·fright** (ə-frīt′) *t.v.* **-fright·ed, -fright·ing, -frights.** To arouse fear in; terrify: *"Many of nature's greatest oddities, that would affright dwellers up here, are accepted down there"* (David Mazel). —*affright n.* **1.** Great fear; terror. **2.** A cause of terror. [Middle English *afrighten,* from Old English *áfyrhtan* : *á-,* intensive pref. + *fyrhtan,* to frighten (from *fyrhto,* fright).] —**af·fright′ment** *n.*

**af·front** (ə-frŭnt′) *t.v.* **-front·ed, -front·ing, -fronts. 1.** To insult intentionally, especially openly. See Synonyms at **offend. 2a.** To meet defiantly; confront. **b.** Obsolete. To meet or encounter face to face. —*affront n.* **1.** An open or intentional offense, slight, or insult: *Such behavior is an affront to society.* **2.** *Obsolete.* A hostile encounter or meeting. [Middle English *afrounten,* from Old French *afronter* : Latin *ad-, ad-* + Latin *fróns, front-,* face; see FRONT.]

**Aff·ton** (ăf′tən) A city of eastern Missouri, a suburb of St. Louis. Population, 23,181.

**af·fu·sion** (ə-fyōō′zhən) *n.* A pouring on of liquid, as in baptism. [Late Latin *affúsió, affúsión-,* from Latin *affúsus,* past participle of *affundere,* to pour on : *ad-, ad-* + *fundere,* to pour; see **ghau-** in Appendix.]

**Afg.** *abbr.* Afghanistan.

**Af·ghan** (ăf′găn′, -gən) *adj.* Of or relating to Afghanistan or its people, language, or culture. —*Afghan n.* **1.** A native or inhabitant of Afghanistan. See Pashto. **2. afghan. a.** A coverlet or shawl of wool, knitted or crocheted in colorful geometric designs. **b.** A carpet of similar design. **4.** An Afghan hound. [Persian *afghán,* an Afghan.]

**Afghan hound** *n.* A large, slender hunting dog having long, thick hair, a pointed muzzle, and drooping ears.

**af·ghan·i** (ăf-găn′ē, -gä′nē) *n.* See table at currency. [Pashto.]

**Af·ghan·i·stan** (ăf-găn′ĭ-stăn′). *Abbr.* Afg. A landlocked country of southwest-central Asia. Mostly arid and mountainous, the country depends on agriculture; its mineral wealth is largely undeveloped. Since ancient times Afghanistan has been crisscrossed by invasion routes. Kabul is the capital and the largest city. Population, 13,051,358.

**a·fi·cio·na·do** (ə-fĭsh′ē-ə-nä′dō, ə-fĭs′ē-, ə-fē′sē-) *n.,* pl. **-dos.** An enthusiastic admirer or follower; a devotee or a fan: *"West Coast aficionados of postwar coffee-shop architecture"* (Karal Ann Marling). [Spanish, past participle of *aficionar,* to induce a liking for, from *afición,* liking, from Latin *affectió, affectión-.* See AFFECTION.]

**a·field** (ə-fēld′) *adv.* **1.** Off the usual or desired track. See Synonyms at **amiss. 2.** Away from one's home or usual environment. **3.** To or on a field.

**a·fire** (ə-fīr′) *adv. & adj.* **1.** On fire. **2.** Intensely interested.

**AFL** *abbr.* **1.** American Federation of Labor. **2.** American Football League.

**a·flame** (ə-flām′) *adv. & adj.* **1.** On or as if on fire. **2.** Keenly excited and interested.

**af·la·tox·i·co·sis** (ăf′lə-tŏk′sĭ-kō′sĭs) *n.* Poisoning caused by the consumption of substances or foods contaminated with aflatoxin. [AFLA(TOXIN) + TOXICOSIS.]

**af·la·tox·in** (ăf′lə-tŏk′sĭn) *n.* Any of a group of toxic compounds produced by certain molds, especially *Aspergillus flavus,* that contaminate stored food supplies such as animal feed and peanuts. [New Latin *A(spergillus) fla(vus),* species name (ASPERGILLUS + Latin *flavus,* yellow; see FLAVO-) + TOXIN.]

**AFL-CIO** *abbr.* American Federation of Labor and Congress of Industrial Organizations.

**a·float** (ə-flōt′) *adv. & adj.* **1.** In a floating position or condition. **2.** On a boat or ship away from the shore; at sea. **3.** In



# Merriam-Webster's Collegiate® Dictionary



TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
 — ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
   1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1993
423—dc20                           93-20206
                                                 CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

6RMcN93

**20   afferent ● aforesaid**

black, red, tan, or gray coat, erect ears, large round eyes, and bushy eyebrows, chin tuft, and mustache

**af·fer·ent** \'a-fə-rənt, -fer-ənt\ *adj* [L *afferent-, afferens* prp. of *afferre* to bring to, fr. *ad- + ferre* to bear — more at BEAR] (ca. 1847) : bearing or conducting inward; *specif* : conveying impulses toward a nerve center (as the brain or spinal cord) — compare EFFERENT — **af·fer·ent·ly** *adv*

**afferent** *n* (1949) : an afferent anatomical part (as a nerve)
**af·fi·ance** \ə-'fī-ən(t)s\ *vt* [ME, fr. MF, fr. *affier* to pledge, trust, fr. ML *affidare* to pledge, fr. L *ad- +* tassumed] VL *fidere* to trust — more at FIANCÉ] (14c) *archaic* : TRUST, CONFIDENCE
**af·fi·ance** *vt* *-anced, -anc·ing* (1555) : to solemnly promise (oneself or another) in marriage : BETROTH
**af·fi·ant** \ə-'fī-ənt\ *n* [MF, fr. prp. of *affier*] (1807) : one that swears to an affidavit; *broadly* : DEPONENT
**af·fi·che** \a-'fēsh\ *n* [F] (1833) : POSTER
**af·fi·da·vit** \ˌa-fə-'dā-vət\ *n* [ML, he has made an oath, fr. *affidare*] (1593) : a sworn statement in writing made esp. under oath or an affirmation before an authorized magistrate or official
**af·fil·i·ate** \ə-'fi-lē-ˌāt\ *vb* *-at·ed; -at·ing* [ML *affiliatus*, pp. of *affiliare* to adopt as a son, fr. L *ad- + filius* son — more at FEMININE] *vt* (1761)   1 *a* : to bring or receive into close connection as a member or branch  *b* : to associate as a member (~s herself with the local club)   2 : to trace the origin of (~s it) : to connect or associate oneself : COMBINE — **af·fil·i·a·tion** \ə-ˌfi-lē-'ā-shən\ *n*
**af·fil·i·ate** \ə-'fi-lē-ət, -ˌāt\ *n* (1858) : an affiliated person or organization
**af·fined** \ə-'fīnd, ə-\ *adj* (1597)  1 : joined in a close relationship : CONNECTED  2 : bound by obligation
**af·fin·i·ty** \ə-'fi-nə-tē\ *n, pl* **-ties** [ME *affinite*, fr. MF or L; MF *affinité*, fr. L *affinitas*, fr. *affinis* bordering on, related by marriage, fr. *ad- + finis* end, border] (14c)  1 : relationship by marriage   2 *a* : sympathy marked by community of interest : KINSHIP  *b* (1) : an attraction to or liking for something (people with an ~ for gold) *(2)* : an attractive force between substances or particles that causes them to enter into and remain in chemical combination  *c* : a person esp. of the opposite sex having a particular attraction for one  *3 a* : likeness based on relationship or causal connection (found an ~ between the teller of a tale and the craftsman —Mary McCarthy) (this investigation, with *affinities* to a case history, a psychoanalysis, a detective story —Oliver Sacks)  *b* : a relation between biological groups involving resemblance in structural plan and indicating a common origin  *syn* see ATTRACTION

**affinity chromatography** *n* (1970) : chromatography in which a macromolecule (as a protein) is isolated and purified by passing it in solution through a column treated with a substance having a ligand for which the macromolecule has an affinity that causes it to be retained on the column
**affinity group** *n* (1970) : a group of people having a common interest or goal or acting together for a specific purpose (as for a chartered tour)
**af·firm** \ə-'fərm\ *vb* [ME *affermen*, fr. MF *afermer*, fr. L *affirmare*, fr. *ad- + firmare* to make firm, fr. *firmus* firm — more at FIRM] *vt* (14c)  1 : VALIDATE, CONFIRM  *b* : to state positively   2 : to assert (as a judgment or decree) as valid or confirmed  3 : to express dedication to ~  *vi*  1 : to testify or declare by affirmation as distinguished from swearing an oath   2 : to uphold a judgment or decree of a lower court  *syn* see ASSERT — **af·firm·able** \ə-'fər-mə-bəl\ *adj* — **af·firmance** \ə-'fər-mən(t)s\ *n*
**af·fir·ma·tion** \ˌa-fər-'mā-shən\ *n* (14c)  1 *a* : the act of affirming  *b* : something affirmed : a positive assertion  2 : a solemn declaration made under the penalties of perjury by a person who conscientiously declines taking an oath
**af·fir·ma·tive** \ə-'fər-mə-tiv\ *adj* (15c)  1 : asserting a predicate of a subject   2 : asserting that the fact is so  3 : POSITIVE (~ approach)  4 : favoring or supporting a proposition or motion — **af·fir·ma·tive·ly** *adv*
**affirmative** *n* (15c)  1 : an expression (as the word *yes*) of affirmation or assent  2 : an affirmative proposition  3 : the side that upholds the proposition stated in a debate
**affirmative action** *n* (1965) : an active effort to improve the employment or educational opportunities of members of minority groups and women
**af·fix** \ə-'fiks, a-\ *vt* [L *affixus*, pp. of *affigere* to fasten to, fr. *ad- + figere* to fasten — more at FIX] (1533)  1 : to attach physically (~ a stamp to a letter)  2 : to attach in any way : ADD, APPEND (~ a signature to a document)  3 : IMPRESS (~ed my seal)  *syn* see FASTEN — **af·fix·able** \-'fik-sə-bəl\ *adj* — **af·fix·a·tion** \ˌa-ˌfik-'sā-shən\, *n* — **af·fix·ment** \ə-'fiks-mənt, a-\ *n*
**af·fix** \'a-ˌfiks\ *n* (1612)  1 : one or more sounds or letters occurring as a bound form attached to the beginning or end of a word, base, or phrase or inserted within a word (as base and serving to produce a derivative word or an inflectional form   2 : APPENDAGE — **af·fix·al** \-fik-səl\ *or* **af·fix·i·al** \ə-'fik-sē-əl\ *adj*
**af·fla·tus** \a-'flā-təs, ə-\ *n* [L, act of blowing or breathing on, fr. *afflare* to blow on, fr. *ad- + flare* to blow — more at BLOW] (1660) : a divine imparting of knowledge or power : INSPIRATION
**af·flict** \ə-'flikt\ *vt* [ME, fr. L *afflictus*, pp. of *affligere* to cast down, fr. *ad- + fligere* to strike — more at PROFLIGATE] (14c)  1 *obs* : HUMBLE  2 : OVERTHROW  2 *a* : to distress so severely as to cause persistent suffering or anguish  *b* : TROUBLE, INJURE

*syn* AFFLICT, TRY, TORMENT, TORTURE, RACK mean to inflict on a person something that is hard to bear. AFFLICT is a general term and applies

to the causing of pain or suffering or of acute annoyance, embarrassment, or any distress (ills that *afflict* the elderly). TRY suggests imposing something that strains the powers of endurance or of self-control (children often *try* their parents' patience). TORMENT suggests persecution or the repeated inflicting of suffering or annoyance (a horse *tormented* by flies). TORTURE adds the implication of causing unbearable pain or suffering (*tortured* by a sense of guilt). RACK stresses straining or wrenching (a body *racked* by pain).

**af·flic·tion** \ə-'flik-shən\ *n* (14c)  1 *a* : the state of being afflicted  2 : the cause of persistent pain or distress  3 : great suffering
**af·flic·tive** \ə-'flik-tiv\ *adj* (14c)  1 : causing affliction : DISTRESSING, TROUBLESOME — **af·flic·tive·ly** *adv*
**af·flu·ence** \'a-ˌflü-ən(t)s *also* ə-'flü- *or* a-'\ *n* (14c)  1 *a* : an abundant flow or supply : PROFUSION  *b* : abundance of property : WEALTH  2 : a flowing to or toward a point : INFLUX
**af·flu·en·cy** \-ən-sē\ *n*
**af·flu·ent** \sim\ *adj* [ME, fr. L *affluent-, affluens*, prp. of *affluere* to flow to, flow abundantly, fr. *ad- + fluere* to flow — more at FLUID] (15c)  1 : flowing in abundance (~ streams) (~ creativity)  2 : having a generously sufficient and typically increasing supply of material possessions (our ~ society)  *syn* see RICH — **af·flu·ent·ly** *adv*
**affluent** *n* (1833)  1 : a tributary stream  2 : an affluent person
**af·ford** \ə-'ford, 'ford\ *vt* [ME *aforthen*, fr. OE *geforthian* to carry out, fr. *ge-*, perfective prefix + *forthian* to carry out, fr. *forth* — more at CO-, FORTH] (14c)  1 *a* : to manage to bear without serious detriment (you can't ~ to neglect your health)  *b* : to be able to bear the cost of (can't ~ to be out of work long) (able to ~ a new car)  2 : to make available, give forth, or provide naturally or inevitably (the sun ~s warmth to the earth) (the roof ~ed a fine view)  *syn* see GIVE — **af·ford·abil·i·ty** \ə-ˌfor-də-'bi-lə-tē, -ˌfor-\, *n* — **af·ford·able** \-'for-də-bəl, -'for-\ *adj* — **af·ford·ably** \-'for-də-blē, -'for-\ *adv*
**af·for·es·ta·tion** \(ˌ)a-ˌfor-ə-'stā-shən, ə-, -ˌfor-\ *n* [ML *afforestation, afforestatio*, fr. *afforestare* to put under forest laws, fr. L *ad- + ML foresta, forestis* forest] (1615) : the act or process of establishing a forest esp. on land not previously forested — **af·for·est** \a-'for-əst, -'för-\, *vt*
**af·fray** \ə-'frā\ *n* [ME, fr. MF, fr. *affrer* to startle] (14c) : FRAY, BRAWL
**af·fray** *vt* [ME *affraien*, fr. MF *affreer*] (14c) *archaic* : STARTLE, FRIGHTEN
**af·fri·cate** \'a-fri-kət\ *n* [prob. fr. G *Affrikata*, fr. L *affricata*, fem. of *affricatus*, pp. of *affricare* to rub against, fr. *ad- + fricare* to rub — more at FRICTION] (1880) : a stop and its immediately following release into a fricative that are considered to constitute a single phoneme (as the \ch\ and \sh\ of \'chär-ˌchō\ church) — **af·fric·a·tive** \a-'fri-kə-tiv, ə-\ *n or adj*
**af·fright** \ə-'frīt\ *vt* [ME *afyrht, afright* frightened, fr. OE *afyrht*, pp. of *afyrhtan* to frighten, fr. *ā-*, perfective prefix + *fyrhtan* to fear; akin to OE *fyrhto* fright — more at ABIDE, FRIGHT] (bef. 12c) : FRIGHTEN, ALARM
**affright** *n* (1596) : sudden and great fear : TERROR
**af·front** \ə-'frənt\ *vt* [ME *afronten*, fr. MF *afronter* to defy, fr. (assumed) VL *affrontare*, fr. L *ad- + front-, frons* forehead] (14c)  1 *a* : to insult esp. to the face by behavior or language  *b* : to cause offense to (a system of law about both family and marriage that ~ed lay society —J. H. Mundy)  2 *a* : to face in defiance : CONFRONT (~ death)  *b obs* : to encounter face-to-face  3 : to appear directly before *syn* see OPPOSE
**affront** *n* (1533)  1 *obs* : a hostile encounter  2 : a deliberate offense : INSULT (an ~ to his dignity)
**af·fu·sion** \ə-'fyü-zhən\ *n* [LL *affusion-, affusio*, fr. L *affundere* to pour on, fr. *ad- + fundere* to pour — more at FOUND] (1615) : an act of pouring a liquid on (as in baptism)
**Af·ghan** \'af-ˌgan *also* -gən\ *n* [Per *afghān* Pashtun] (1767)  1 *a* (1) : PASHTUN  (2) : PASHTO  *b* : a native or inhabitant of Afghanistan  2 *not cap* : a blanket or shawl of colored wool knitted or crocheted in strips or squares  3 *not cap* : a Turkoman carpet of large size and long pile woven in geometric designs  4 : AFGHAN HOUND — **Afghan** *adj*
**Afghan hound** *n* (1925) : any of a breed of tall slim swift hunting dogs of Near Eastern origin with a coat of silky thick hair and a long silky topknot
**af·ghani** \af-'ga-nē, -'gä-\ *n* [Per *afghānī*, lit., of the Pashtuns] (1927) — see MONEY table
**afi·cio·na·da** \ə-ˌfi-sh(ē-)ə-'nä-də, -fē-, -sē-ə-, -ˌdä\ *n* [Sp, fem. of *aficionado*] (1952) : a female aficionado
**afi·cio·na·do** \-'nä-(ˌ)dō, *n, pl* **-dos** [Sp, fr. pp. of *aficionar* to inspire affection, fr. *afición* affection, fr. L *affection-, affectio* — more at AFFECTION] (1845) : a person who likes, knows about, and appreciates a usu. fervently pursued interest or activity : DEVOTEE (~s of the bullfight) (movie ~s)
**afield** \ə-'fē(ə)ld\ *adv or adj* (bef. 12c)  1 : to, in, or on the field (was weak at bat but strong ~)  2 : away from home : ABROAD  3 : out of the way : ASTRAY (irrelevant remarks that carried us far ~)
**afire** \ə-'fīr\ *adj or adv* (13c) : being on fire : BLAZING
**aflame** \ə-'flām\ *adj or adv* (15c)  1 : FLAMING  2 : AFIRE
**af·la·tox·in** \ˌa-flə-'täk-sən\ *n* [NL *Aspergillus flavus*, species of mold + E *toxin*] (1962) : any of several carcinogenic mycotoxins that are produced esp. in stored agricultural crops (as peanuts) by molds (as *Aspergillus flavus*)
**afloat** \ə-'flōt\ *adj or adv* [ME *aflot*, fr. OE *on flote*, fr. *on + flot*, fr. *flot* deep water; akin to OE *fleotan* to float — more at FLEET] (bef. 12c)  1 *a* : borne on or as if on the water  *b* : being at sea  2 : free of difficulties : SELF-SUFFICIENT (the inheritance kept them ~ for years)  3 : circulating about (nasty stories were ~)  *b* : ADRIFT
**aflut·ter** \ə-'flə-tər\ *adj* (1830)  1 : being in a flutter : FLUTTERING  2 : nervously excited  3 : filled with or marked by the presence of fluttering things (roofs ~ with flags)
**afoot** \ə-'fut\ *adv or adj* (13c)  1 : on foot  2 : in the process of development : UNDER WAY (something out of the ordinary was ~ —Hamilton Basso)
**afore** \ə-'for, -'for\ *adv or conj or prep* [ME, fr. OE *onforan*, fr. *on + foran* before — more at BEFORE] (bef. 12c) *chiefly dial* : BEFORE
**afore·men·tioned** \'-'men(t)-shənd\ *adj* (1587) : mentioned previously
**afore·said** \-ˌsed\ *adj* (14c) : said or named before or above

# EXHIBIT 9

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

### UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
  unabridged: a Merriam-Webster/editor in chief, Philip Babcock
  Gove and the Merriam-Webster editorial staff.
       p.      cm.
  ISBN 0-87779-201-1

      1. English language—Dictionaries.    I. Gove, Philip Babcock,
  1902–1972.    II. Merriam-Webster, Inc.
  PE1625.W36 1993
  423–dc20                                          93-10630
                                                    CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA
484950QPH9796

**macrobiotics**                    1355                    **macrozamia**

mac·ro·bi·ot·ics \ˌ+¦ˌ+ˈbī-ēks\ *n pl but sing or pl in constr* : the art of prolonging life

mac·ro·bi·o·tus \ˈmakrōˈbīōdəs\ *n, cap* [NL, fr. Gk makrobiotos] : a genus of bear animalcules having the body naked, transparent, and containing numerous fat globules that resemble exomous blood corpuscles

mac·ro·blast \ˈmakrəˌblast\ *n* [ISV macr- + -blast] 1 : MEGALOBLAST   2 : an erythroblast destined to produce macrocytes

mac·ro·brach·ium \ˌmakrōˈ+\ *n, cap* [NL, fr. macr- + brachium] : a genus of large stout chiefly tropical shrimps including one (*M. jamaicense*) that occurs in freshwaters of Florida and the Gulf coast to Brazil and sometimes attains a length of 17 inches and a weight of over 3 pounds

mac·ro·car·pa \ˈmakrəˈkärpə\ *n* [NL *macrocarpa* (specific epithet of *Cupressus macrocarpa*), fr. macr- + -carpa (fr. Gk karpos fruit)] : more at HARVEST] : a New Zealand evergreen shrub or tree (*Cupressus macrocarpa*) that is used for hedges and that sometimes causes abortion in cattle that browse on it

mac·ro·cen·trus \ˌmakrōˈsentrəs\ *n, cap* [NL, fr. Gk makrokentros with a long sting, fr. makr- + kentron sting — more at CENTER] : a genus of polyembryonic braconid wasps which are larval parasites of other insects and some of which are important in the biological control of noxious pests (as the oriental peach moth)

mac·ro·ceph·a·lous \ˌmakrōˈsef(ə)ləs\ *or* mac·ro·ce·phal·ic \ˌ+ˈfalik\ *adj* [F *macrocéphale* (fr. Gk *makrokephalos* having a long head, fr. *makro-* macr- + *kephalē* cephalous) + E *-ous* or *-ic*] 1 : having an exceptionally large head (as an idiot)  *b* of a cranium : exceptionally or abnormally large  2 of a dicotyledonous embryo : having the cotyledons consolidated

mac·ro·ceph·a·ly \+əˌlē\ *n* [NL *macrocephalia* having a long head] *syn of* MACROCEPHALIC

macro·cephalus \ˌ+ˈsef-\ *n, pl* macrocephali \ˌ+ˌlī\ [NL, fr. Gk *makrokephalos* having a large head] : a macrocephalous person or skull

mac·ro·ceph·a·ly \+əˌlē\ *n* : cf macrocephalic, fr. macrocephale + -ic or] the quality or state of being macrocephalous

mac·ro·chae·ta \ˌmakrōˈ+\ *n, pl macrochaetae* [NL, fr. macr- + -chaeta] : any of various large bristles occurring on the bodies of insects that are used as a basis for classification — distinguished from *microchaeta*

mac·ro·chei·ra \ˌmakrōˈkīrə\ *n, cap* [NL, fr. Gk *makrocheir* long-armed, fr. *makr-* macr- + *cheir* hand — more at CHIR-] : a genus of deep-sea giant crabs (family Majidae) consisting of the giant crab of Japan

mac·ro·chi·rus \ˌmakrōˈkīrəs\ *n, cap* [NL, fr. macr- + Gk *cheir* tortoise — more at CHEL¹↦] : a genus of turtles comprising of the alligator snapper

mac·ro·chem·i·cal \ˌmakrōˈkem-\ *adj* [macr- + chemical] : of, relating to, or using the methods of macrochemistry : macro-chemistry \ˈ+ˈˌ+\

mac·ro·chem·is·try \ˈ+¦ˈ+\ *n* : chemistry] : chemistry studied or applied without the use of the microscope or of microanalysis — contrasted with microchemistry

mac·ro·cli·ma·te \ˈmakrōˈklīˌmāt\ *n, pl, cap* [NL, fr. Gk *makrocheir* long-armed] *n: done classifications*] : a group of birds including the swifts and hummingbirds and sometimes also the goatsuckers

mac·ro·cirpta·dae \ˈmakrō+\ *n, pl* [NL, fr. macr- + Chiroptera] *syn of* MEGACHIROPTERA

mac·ro·con·ju·gant \ˈ+¦+\ *n* [macr- + conjugant] : the larger member of a pair of conjugating protozoans of unequal size

mac·ro·cosm \ˈmakrəˌkäzəm\ *n, cf* [F *macrocosme*, fr. ML *macrocosmus, macrocosmos,* fr. *macr-* + Gk *kosmos* order, universe] 1 : the great world : the universe in its entirety — contrasted with *microcosm* 2 : a complex regarded as a whole world in itself (to consider the state as the — of the family) (the pens — of pain — Henry Miller)

mac·ro·cos·mic \ˌ+¦käzmik\ *adj* : of, relating to, or constituting a *macrocosm* — mac·ro·cos·mi·cal·ly \+k(ə)lē\ *adv* — mac·ro·cos·mos \ˈ+¦+¦+\ *n* — more at MACROCOSM

mac·ro·con·ju·gant \ˈ+¦+\ *n* [macr- + conjugant] : the larger member of a pair of conjugating protozoans

mac·ro·cra·ni·a \ˌmakrōˈkrānēə\ *n* : cf crania] : abnormal large size of the skull

mac·ro·cra·ni·al \ˌmakrō¦krānēal\ *adj* [macr- + crystalline] : consisting of or having crystals large enough to be determined by the eye or a simple lens

mac·ro·cryp·tal \ˌmakrō+\ *adj* [macr- + cryptal] 1 : of an organ chemical] : containing a fine structure of large size consisting use, of 15 or more atoms  2 of a vast fungus : having one or more binucleate spores in addition to teleospores and spores : having a long or complete life cycle

mac·ro·cyst \ˈmakrəˌsist\ *n* [ISV macr- + cyst] : a large spore case or cyst; *esp* 1 : a young encysted resting plasmodium of a slime mold — compare MICROCYST

mac·ro·cys·tis \ˈmakrōˈsistəs\ *n, cap* [NL, fr. macr- + -cystis] 1 : a genus of brown algae (family Laminariaceae) that are often very large and consist of a slender pipe with pinnate fronds and floats — see GIANT KELP 2 of macrocystis : any plant of the genus *Macrocystis*

mac·ro·cyte \ˈmakrəˌsīt\ *n, cap* [+ cyte] : an exceptionally large red blood cell occurring chiefly in anemias (as pernicious anemia)

mac·ro·cyt·ic \ˌmakrō¦sidik\ *adj* : of or relating to macrocytes; *specif*, of an anemia : characterized by macrocytes in the blood (pernicious anemia is a — anemia)

mac·ro·cy·to·sis \ˌmakrōˌsīˈtōsəs\ *n, pl* macrocy·to·ses \ˌ+əˌsēz\ [NL, fr. macrocyte + NL -osis] : the occurrence of macrocytes in the blood

mac·ro·dome \ˈmakrəˌdōm\ *n* : domate] : a macrodiagonal] 1 : ISV macrodome + NL -axis] 1 : the occurrence of macrocytes in the blood

mac·ro·dome \ˈmakrəˌdōm\ *n* [macr- + diagonal] : MACRO-AXIS

mac·ro·dome \ˈmakrəˌdōm\ *n* [macr- + dome] 1 : the dome of a crystal having plates parallel to the longer lateral axis — compare BRACHYDOME, CLINODOME

mac·ro·dont \ˌdänt\ *adj* [ISV macr- + -odont] : having large teeth use, with a dental index of over 44 — mac·ro·don·tia \ˌmakrōˈdän(t)ēə\ *or* mac·ro·don·tism \ˈmakrōˌdänˌtizəm\ *n*

mac·ro·eco·nom·ics \ˌmakrōˌ+\ *n pl but sing or pl in constr* [ISV macr- + economics] : study of the economic system as a whole esp. with reference to its general level of output and income and the interrelations among sectors of the economy — opposed to microeconomics

mac·ro·el·e·ment \ˈ+¦+\ *n* [macr- + element] : MACROELEMENT

mac·ro·er·gate \ˈ+¦ˌˌ\ *also* ˌma·cro·er·gate \ˌ(ˌ)məˌ+\ *n* [macr- + -ergate] : a member of a caste of atypically large worker ants

mac·ro·evo·lu·tion \ˌmakrōˌ+\ *n* : cf [macr- + evolution] : evolutionary change involving relatively large and complex steps [as transformation of one species to another] — distinguished from *microevolution*; compare SALTATORY EVOLUTION — mac·ro·evo·lu·tion·ary *adj*

mac·ro·fau·na \ˈmakrəˌ+\ *n* [NL, fr. macr- + fauna] 1 : a large or widely distributed fauna : the fauna of a macrohabitat 2 : animals large enough to be seen by the naked eye (as earthworms of a soil) — compare MESOFAUNA, MICROFAUNA

mac·ro·flo·ra \ˈmakrəˌ+\ *n* [NL, fr. macr- + flora] 1 : a large or widely distributed flora : the flora of a macrohabitat 2 : plants large enough to be seen by the naked eye (the — of a coral reef)

mac·ro·fos·sil \ˈmakrəˌfäs(ə)l\ *n* [macr- + fossil] : a fossil large enough to be observed by direct inspection — compare MICROFOSSIL

mac·ro·ga·mete \ˈmakrəˌ(ˌ)+\ *n* [ISV macr- + gamete] : the larger and usually female gamete of a heterogamous organism — compare MICROGAMETE

mac·ro·ga·me·to·cy·te \ˌmakrōgəˈmēdəˌsīt\ *n* : a gametocyte producing macrogametes

mac·ro·gam·ete \ˈmakrəˌ(ˌ)+\ *n* [ISV macr- + -gamy] : the largest gamete

mac·ro·gam·o·gone \ˈ+¦+\ *n* [macr- + -gamy] 1 : progamy between fully developed vegetative cells (as in certain protozoa or algae) — compare MICROGAMY

mac·ro·glia \ˌmaˈkräglēə, ˌmaˌkröˈglīə\ *n* [NL, fr. macr- + neuroglia] : neuroglia made up of astrocytes — mac·ro·glial \+ēəl\ *adj*

mac·ro·glob·u·lin \ˌmakrōˈgläbyələn, -ōs-\ *n* -s [NL, fr. macr- + -globulin] : a plasma globulin of high molecular weight

mac·ro·glob·u·lin·emia \ˌmakrōˈgläbyələnˈēmēə\ *n* : a pathological and commonly congenital enlargement of the tongue

mac·ro·glyph \ˈmakrəˌglif\ *n* [macr- + -glyph] : a vast, photographic graphic reproduction of an object that may be slightly reduced, of natural size, or magnified up to a limit of about 10 diameters

mac·ro·gnath·ic \ˌmakrōˈnathik\ *adj* : of, relating to, being, or involved in macrognathy

mac·rog·na·thy \maˈkrägnəthē, ˈmakrōˌ+\ *n* [macr- + -gnathy] 1 : a tendency to write unusually large  b 2 : unusually large jaws  2 : examination or study with the naked eye — opposed to *micrognathy* 2 : the set or process of making macrographs

mac·ro·hab·i·tat \ˌmakrōˈ+\ *n* [macr- + habitat] : a habitat of sufficient extent to present considerable variation of environment, contain varied ecological niches, and support a fauna and flora — compare MICROHABITAT

mac·ro·leci·thal \ˈmakrəˈ+\ *adj* [macr- + lecithal] : MEGALECITHAL

mac·ro·lep·i·dop·ter·an \ˌ+¦+\ *n, pl* [NL, fr. macr- + Lepidoptera] *in some esp former classifications* 2 : a major division of Lepidoptera comprising the butterflies and the noctuid, bombycid, sphingid, and geometrid moths together with certain related moths and including most of the large lepidopters and none of the minute forms — now use, used distinguished from the tinier forms with out taxonomic implications and then often not capitalized; compare MICROLEPIDOPTERA — mac·ro·lep·i·dop·ter·ous \ˌ+¦+\ *adj*

mac·ro·lin·guis·tics \ˈ+¦+\ *n* [macr- + linguistics] : the study of phenomena connected in any way with language

mac·ro·lo·gy \maˈkräləjē\ *n* -es [L *macrologia*, fr. Gk *makrologia,* fr. *makrologein* to use many words, fr. *makr-* macr- + *-logein* (fr. *logos* word, speech) + -ia *-y* — more at LEGEND] 1 : PLEONASM 1

mac·ro·ma·nia \ˌmakrōˈ+\ *n* [NL, fr. macr- + -mania] : a delusion that things (as parts of the patient's body) are larger than they really are — mac·ro·ma·ni·a·cal \ˌ+¦+\ *adj*

mac·ro·mas·tia \ˌmakrōˈmastēə, -ō-\ *n* [NL, fr. macr- + -mastia] : excessive development of the mammary glands

mac·ro·mere \ˈmakrəˌmir\ *n* [ISV macr- + -mere] : any of the large blastomeres of the vegetative hemisphere of an embryo that result from the unequal segmentation of a telolecithal egg — opposed to *micromere*; see BLASTULA illustration

mac·ro·mo·le·cule \ˈmakrōˈmäliˌkyül\ *n* [ISV macr- + molecule] 1 of an analytical chemistry] : not involving the use of very small quantities of material or apparatus 2 : of or relating to a macromolecule (a — compound : consisting of or characterized by macromolecules (∼ compounds)

mac·ro·mo·le·cule \ˈ+¦+\ *n* [ISV macr- + molecule] : a very large molecule (as of a protein, cellulose, rubber, or other natural or synthetic high polymer) (proteins were reliable information on the structure of atoms and small molecules than on the structure of colloidal particles and — *Physics Today*) (we with a diameter of about 100 Å (= 10⁻⁶ mm) ... can be seen in electron microgram — *Felix Haurowitz*)

mac·ro·mo·lec·u·lar \ˈ+¦+\ *adj* [macr- + molecule] 1 : a moth belonging to the Macrolepidoptera

mac·ro·mu·ta·tion \ˌmakrōˌ+\ *n* : cf [macr- + mutation] : a mutation that has undergone considerable alteration

mac·ro·mu·ta·tion \ˈ+¦+\ *n* [macr- + mutation] : complex mutation involving concurrent alteration of numerous characters — compare MACROEVOLUTION — mac·ro·mu·ta·tional \ˈ+¦+\ *adj*

mac·ron \ˈmākränˌ ˈmā-ˌkrän also ˈma-\ *n* -s [Gk *makron,* neut. of *makros* long — more at MACR-] : a mark placed over a vowel to indicate that the vowel is long or placed over a syllable or used alone to indicate a stressed or long syllable in a foot of verse — compare BREVE

mac·ro·nu·clear \ˌma·(ˌ)krōˈ+\ *adj* [macronucleus + -ar] : of, relating to, or being the macronucleus

mac·ro·nu·cle·us \ˌma(ˌ)krōˈn(y)üklēəs\ *n* : cf [macr- + nucleus] 1 : the larger of the two nuclei of the ciliate protozoans that is seen in the macronuclear that differs from the others of typical size in being relatively large particulate matter — compare MICRONUCLEUS

mac·ro·pho·to·graph \ˌmakrōˈ+\ *n, cap* [macr- + Photo] 1 : a large photograph 2 : a macrophotograph

mac·ro·pho·tog·ra·phy \ˌmakrōˈ+\ *n* [ISV macr- + photograph] : PHOTOMACROGRAPHY

mac·ro·phyl·lous \ˈmakrōˈ+\ *adj* [macr- + -phyllous] : having large or elongated leaves with use. many miles or a much-branched nerve vein — compare MACROPOD 1 relatively large densely staining nucleus that is believed to exert a controlling influence over the trophic activities of most ciliated protozoans — distinguished from *micronucleus*

mac·ro·nu·tri·ent \ˈ+¦+\ *n* [macr- + nutrient] : a chemical element (as potassium, calcium, magnesium, nitrogen, phosphorus, sulfur) of which relatively large quantities are essential to the growth and welfare of a plant — called also macroelement, *major element*; compare MICRONUTRIENT

mac·ro·phage \ˈmakrəˌfāj\ *n, pl but sing or pl in constr* [ISV macr- + phage] : the large complete phagocytic cells of the tissues and cells, clotting, foreign bodies, etc.

macro·phagic system *n* : RETICULOENDOTHELIAL SYSTEM

mac·roph·a·gous \maˈkräfəgəs\ *adj* [macr- + -phagous] : feeding on relatively large particulate matter — compare MICROPHAGOUS

mac·ro·phan·ic \ˌmakrō+\ *n, cap* [macr- + Phoma] 1 : a genus of imperfect fungi with large pycnospores that is now use, included in *Sphaeropsis*

mac·ro·pho·to·graph \ˌmakrōˈ+\ *n* [macr- + photograph] : PHOTOMACROGRAPH

mac·ro·phyl·lous \ˈmakrōˈ+\ *adj* [macr- + -phyllous] : having large or elongated leaves with use. many miles or a much-branched vein — compare MICROPHYLLOUS

mac·ro·phy·site \ˈ+¦+\ *n, cap* [macr- + -phytist] 1 : an assumed mold differing from normal systematic categories through complex reorganization and mutation of the genes

mac·ro·pi·no·cy·to·sis \ˈ+¦+\ *n pl but sing or pl in constr* [ISV macr- + physics] : the part of physics that deals with bodies large enough to be directly and individually observed and measured

mac·ro·pod \ˈmakrəˌpäd\ *n* [NL, fr. macr- + -pod(e)] 1 : a member of the macropodous plant type, of a body of water — Jean-Jacques cap] : of a macropod kangaroo plant

mac·ro·py·tid \ˌmakrōˈpidik\ *adj* [NL + pisecoid] 1 : a panacoid having faces parallel to the longer lateral and the vertical axis — mac·ro·pin·a·coid \ˌ+¦+\ *adj*

mac·ro·plank·ton \ˈ+¦+\ *n* [ISV macr- + plankton] 1 : macroscopic plankton comprising the larger planktonic organisms (as jellyfish, crustaceans, sargassums) — mac·ro·plank·ton·ic \ˈ+¦+\ *adj*

mac·ro·pod \ˈmakrəˌpäd\ *n, cap* [NL + macr- + -pod(e)] 1 : or relating to or the Macropodidae — mac·ro·po·dine \ˌˌˈmakrəˌpäd(ə)nˌ -pädˌīn\ *adj* : KANGAROO, WALLABY

mac·ro·pod·i·dae \ˌmakrōˈpädəˌdē\ *n pl, cap* [NL, fr. Macropus, -podis], type genus + -idae] 1 : a family of diprotodont marsupials comprising the kangaroos, wallabies, and rat kangaroos that are all saltatory animals with long hind limbs and weakly developed forelimbs and are typically inoffensive terrestrial herbivores

mac·ro·pod·ous \maˈkräpədəs\ *adj* [ISV macr- + -podous] 1 : having an elongated hypocotyl 2 of a plant or part : having a long stem or stalk (a macropodous embryo]

mac·ro·pro·so·pia \ˌ+¦+\ *n* [NL + macr- + -proso-pia + -ia] : exceptionally large size; *esp* : a great se uid of such size that water drains from it by gravity and is not held by capillary action — mac·ro·po·ros·ity \ˈmakrō(ˌ)pə-ˈräsədē, ˌ+ˌrä-\ *n*

mac·ro·po·rous \ˈmakrōˈpōrəs, ˈpärəs\ *adj* [macr- + porous] : porous

mac·ro·pris·m \ˈmakrəˌprizəm\ *n* [macr- + prism] 1 : a crystal prism that makes a relatively great intercept on the macro-axis

mac·ro·pro·ce·dure \ˈ+¦+\ *n* [macr- + procedure] 1 : a procedure (as for analysis) not involving the use of very small quantities of material or apparatus

mac·rop·ter·ous \maˈkräp(t)ərəs, -ō-\ *adj* [Gk *makropteros* with long wings, fr. *makr-* macr- + *pteron* wing — more at FEATHER] : having large or long wings

mac·ro·pyle \ˈmakrəˌpī(ə)l\ *n, cap* [NL + macr- + -pyle] 1 : a large open place in which macrosporangia are to unnaturally large — opposed to *micropyle*

mac·ro·ra·dio·graph \ˌmakrōˈrā-\ *n, cap* [NL + macr- + -radio] 1 : a radiograph produced to show gross tissues fruits and seeds and occur also in the stems of some xerophytes — mac·ro·sclereid·al *adj* — mac·ro·scler·eid·al also *adj*

mac·ro·scler·eid \ˈmakrəˈsklir-, -ir-, -ēid\ *n, cap* [NL, fr. macr- + sclereid] : one or more of large columnar thick-walled supporting cells that often form an outer layer in various fruits and seeds and occur also in the stems of some xerophytes — called also rod cell; compare OSTEOSCLEREID

mac·ro·scler·eid \ˈmakrəˌsklirēəd, -ir-\ *n, cap* [ISV macr- + scler-eid] 1 : large enough to be observed by the naked eye — opposed to *microscopic* 2 : being in the large or taken in the large — considered in terms of large units or elements (a ∼ equation) 3 : MEGASCOPIC 2b — macroscopically *adv* — mac·ro·scop·i·cal·ly \+k(ə)lē\ *adv*

mac·ro·seg·ment \ˈmakrōˈseg-\ *n* [macr- + segment] 1 : a continuum of speech between two prepausible pauses

mac·ro·sei·sm \ˈmakrəˌsīzəm\ *n* [ISV macro- or -skio- or -sēn + ISV macr- + -seism] 2 : a severe or major earthquake — compare MICROSEISM — mac·ro·seis·mic \ˌmakrō¦sīzmik\ also [mac-ro-seismical \ˌ+¦+\ *adj* : noting the area of origin of earthquakes

mac·ro·sko·pium \ˌmakrōˈskōpēəm\ *n, cap* [NL + macr- + skio-] 1 : a genus of large orb-web or gens apidh including a common spider (*M. ziganticus*) — genus of large spiders and a common genus of smell highly developed (days)] : an elongated spheroid mac·ro·sma·tic \ˈ+¦+\ *adj* [macr- + -osmatic] 1 : a smell highly developed (days) — mac·ro·sma·tis·m \+ˌtizəm\ *n*

mac·ro·so·ma·tia \ˈmakrōˈ+\ *adj* [macr- + -somatous] 1 : having an unusually large body; *specif* : of a macrosoma — compare MACROCEPHALY

mac·ro·so·mia \ˌmakrōˈsōmēə\ *n, pl* -as [NL, fr. macr- + -somia] 1 : abnormally large body size

mac·ro·spore \ˈmakrəˌspōr\ *n* [ISV macr- + -spore] 1 : MEGASPORE  2 : the larger of two forms of spores produced by certain protozoans (as radiolarians) — mac·ro·spor·ic \ˈ+¦+\ *adj*

mac·ro·spor·an·gi·um \ˌmakrōspəˈranjēəm, -ō-\ *n, cap* [NL + macr- + sporangium] : a sporangium of larger size (especially in some imperfect fungi that are sometimes included in the genus *Alternaria* but that differ from members of that genus in having the dark greenish brown muriform spores borne singly or in chains) — mac·ro·sporo·phyll *also* mac·ro·spo·ro·phyll \ˈ+¦+\ *n* [macr- + sporophyll, sporophyll] : MEGASPOROPHYLL

mac·ro·spo·ro·phore \ˌmakrōˈspōrəˌfōr\ *n, cap* [macr- + -Stachys] 1 : a genus of Paleozoic fossil plants found on strobiles that are now regarded as fructifications of plants of the genus *Calamites*

mac·ro·spo·rule \ˈ+¦+\ *n, cap* [macr- + Sterilis] 1 : a genus of insects (order Lepidoptera) related to the plant-feeding lace bugs

mac·ro·struc·tur·al \ˈ+¦+\ *adj* [macr- + structural] 1 : of, relating to, or concerned with macrostructure — mac·ro·struc·tur·al·ly *adv*

mac·ro·struc·ture \ˈmakrōˈstrək-\ *n* -s [NL, fr. macr- + structure] 1 : the structure (as of a metal) as revealed by visual examination with little or no magnification 2 : structure on a macroscopic scale

mac·ro·ther·m \ˈmakrəˌthərm\ *n* [ISV macr- + -therm] 1 : a plant that thrives in heat : MEGATHERM

mac·ro·tome \ˈmakrəˌtōm\ *n, cap* [macr- + -tome] 1 : genony of larger biologic units (as family, order, class)

mac·ro·tia \maˈkrōsh(ē)ə\ *n* [NL, fr. macr- + -otia] : excessive or abnormal size of the external ears

mac·ro·tous \ˈmakrōˈtäs, -ō-\ *adj* [ISV macr- + -otous] 1 : large-eared

mac·ro·tus \maˈkrōdəs, -ō-ˌ, -ō-ˌtis\ *n, cap* [NL, fr. macr- + Gk *ōt-, ous* ear] : a genus of Australian cycads with erect trunks, pinnate leaves, large cones, and is

mac·ro·zam·ia \ˌmakrōˈzāmēə\ *n, cap* [NL, fr. macr- + Gk (Dor dial.) *zamia* loss [Aktu pine(s)]] 1 : a genus of Australian cycads with erect trunks, pinnate leaves, large cones, and is

# EXHIBIT 10

## <u>Summary of "Inhibit" Definitions in Cordis's Briefs and Declarations</u>

- Inhibit: "2a(2): to operate against the full development or activity of: check, restrain, or diminish the force, intensity or vitality of. b(1): *to reduce* or suppress the activity of (2): *to retard* or prevent the formation of (3): to retard, interfere with, or prevent: to cause inhibition." (*Webster's Third New International Dictionary* at 1163 (2002).) (emphasis added)

- Inhibit: "1. to hold back, *restrain*." (*American Heritage Dictionary of the English Language* at 929 (3d ed. 1992).) (emphasis added)

- Inhibit: "1. *to restrain*, hinder, arrest or check." (*Random House Webster's Unabridged Dictionary* at 982 (2nd ed. 2001).) (emphasis added)

**A147**

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

CORD115578



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
    unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
    and the Merriam-Webster editorial staff.
        p.    cm.
    ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case).—ISBN 0-87779-206-2 (imperial buckram).
    1. English language—Dictionaries.  I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5253545SQKY050403

CORD115585

# THE
# AMERICAN
# HERITAGE
# DICTIONARY
### OF THE
### ENGLISH LANGUAGE

#### THIRD EDITION



**HOUGHTON MIFFLIN COMPANY**

*Boston · New York · London*

CORD1153820   A154

Words are included in this Dictionary on the basis of their
usage. Words that are known to have current trademark
registrations are shown with an initial capital and are also
identified as trademarks. No investigation has been made of
common-law trademark rights in any word, because such
investigation is impracticable. The inclusion of any word in
this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to
proprietary rights. Indeed, no definition in this Dictionary is
to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered
trademarks of Forbes Inc. Their use is pursuant to a license
agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead
Data Central, Inc., providers of the LEXIS®/NEXIS® services,
for its assistance in the preparation of this edition of
*The American Heritage Dictionary.*

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any
form or by any means, electronic or mechanical, including
photocopying and recording, or by any information storage or
retrieval system without the prior written permission of
Houghton Mifflin Company unless such copying is expressly
permitted by federal copyright law. Address inquiries to
Permissions, Houghton Mifflin Company, 2 Park Street,
Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*
The American heritage dictionary of the English language.
—3rd ed.
    p.    cm.
ISBN 0-395-44895-6
    1. English language—Dictionaries.
PE1628.A623     1992                                    92-851
423—dc20                                                 CIP

Manufactured in the United States of America

from Late Latin *inhērēditāre*, to inherit : Latin *in-*, in; see IN⁻² + Late Latin *hērēditāre*, to inherit (from Latin *hērēs*, *hērēd-*, heir; see *ghē-* in Appendix).] —in·her′i·tor n.

in·her·it·a·ble (ĭn-hĕr′ĭ-tə-bəl) adj. 1. That can be inherited: *inheritable traits; inheritable property.* 2. Having the right to inherit or the capability of inheriting: *an inheritable heir.* —in·her′it·a·bil′i·ty n.

in·her·i·tance (ĭn-hĕr′ĭ-təns) n. 1.a. The act of inheriting. b. Something inherited or to be inherited. 2. Something regarded as a heritage: *the cultural inheritance of Rome.* See Synonyms at heritage. 3. *Biology.* a. The process of genetic transmission of characteristics from parents to offspring. b. A characteristic so inherited. c. The sum of characteristics genetically transmitted from parents to offspring.

inheritance tax n. A tax imposed on the privilege of receiving property by inheritance or legal succession and assessed on the value of the property received. Also called *death tax.*

in·hib·in (ĭn-hĭb′ĭn) n. A peptide that acts to inhibit follicle-stimulating hormonal secretion from the pituitary gland.

in·hib·it (ĭn-hĭb′ĭt) tr.v. -it·ed, -it·ing, -its. 1. To hold back; restrain. See Synonyms at restrain. 2. To prohibit; forbid. 3. *Psychology.* To suppress or restrain (behavior, an impulse, or a desire) consciously or unconsciously. 4.a. *Chemistry.* To prevent or decrease the rate of (a reaction). b. *Biology.* To decrease, limit, or block the action or function of (an enzyme or organ, for example). [Middle English *inhibiten*, to forbid, from Latin *inhibēre*, *inhibit-*, to restrain, forbid : *in-*, in; see IN⁻² + *habēre*, to hold; see *ghabh-* in Appendix.] —in·hib′it·a·ble adj. —in·hib′i·tive, in·hib′i·to·ry (-tôr′ē, -tōr′ē) adj.

in·hib·it·er (ĭn-hĭb′ĭ-tər) n. Variant of inhibitor.

in·hi·bi·tion (ĭn′hə-bĭsh′ən, ĭn′ə-) n. 1. The act of inhibiting or the state of being inhibited. 2. Something that restrains, blocks, or suppresses. 3. *Psychology.* Conscious or unconscious restraint of a behavioral process, a desire, or an impulse. 4.a. *Chemistry.* The condition in which or the process by which a reaction is inhibited. b. *Biology.* The condition in which or the process by which an enzyme, for example, is inhibited.

in·hib·i·tor also in·hib·it·er (ĭn-hĭb′ĭ-tər) n. One that inhibits, as a substance that retards or stops a chemical reaction.

in·hold·ing (ĭn′hōl′dĭng) n. A privately owned parcel of land within the boundaries of a federal preserve, especially within a national park or national seashore. —in′hold′er n.

in-home (ĭn′hōm′) adj. Operating in or provided at the home of the customer or patient: *in-home shopping services; an in-home nursing program.*

in·ho·mo·ge·ne·i·ty (ĭn-hō′mə-jə-nē′ĭ-tē, -nā′-, hŏm′ə-) n., pl. -ties. 1. Lack of homogeneity. 2. Something that is not homogeneous or uniform.

in·hos·pi·ta·ble (ĭn-hŏs′pĭ-tə-bəl, ĭn′hŏ-spĭt′ə-bəl) adj. 1. Displaying no hospitality; unfriendly. 2. Unfavorable to life or growth; hostile: *the barren, inhospitable desert.* —in·hos′pi·ta·ble·ness n. —in·hos′pi·ta·bly adv.

in·hos·pi·tal·i·ty (ĭn′hŏs-pĭ-tăl′ĭ-tē) n. Lack of hospitality or friendliness.

in-house (ĭn′hous′) adj. Conducted within, coming from, or being within an organization or group: *an in-house company system; an in-house newsletter.* —in′-house′ adv.

in·hu·man (ĭn-hyōo′mən) adj. 1.a. Lacking kindness, pity, or compassion; cruel. See Synonyms at cruel. b. Deficient in emotional warmth; cold. 2. Not suited for human needs: *an inhuman environment.* 3. Not of ordinary human form; monstrous. —in·hu′man·ly adv. —in·hu′man·ness n.

in·hu·mane (ĭn′hyōo-mān′) adj. Lacking pity or compassion. —in′hu·mane′ly adv.

in·hu·man·i·ty (ĭn′hyōo-măn′ĭ-tē) n., pl. -ties. 1. Lack of pity or compassion. 2. An inhuman or cruel act.

in·hume (ĭn-hyōom′) tr.v. -humed, -hum·ing, -humes. To place in a grave; bury. [French *inhumer*, from Old French, from Latin *inhumāre* : *in-*, in; see IN⁻² + *humus*, earth; see *dhghem-* in Appendix.] —in′hu·ma′tion n. —in·hum′er n.

in·im·i·cal (ĭ-nĭm′ĭ-kəl) adj. 1. Injurious or harmful in effect; adverse: *habits inimical to good health.* 2. Unfriendly; hostile: *an inimical voice.* See Synonyms at hostile. [Late Latin *inimīcālis*, from Latin *inimīcus*, enemy. See ENEMY.] —in·im′i·cal·i·ty n. —in·im′i·cal·ly adv. —in·im′i·cal·ness n.

in·im·i·ta·ble (ĭ-nĭm′ĭ-tə-bəl) adj. Defying imitation; matchless. [Middle English, from Latin *inimitābilis* : *in-*, not; see IN⁻¹ + *imitābilis*, imitable (from *imitārī*, to imitate).] —in·im′i·ta·bil′i·ty, in·im′i·ta·ble·ness n. —in·im′i·ta·bly adv.

in·i·on (ĭn′ē-ən) n. The most prominent projecting point of the occipital bone at the base of the skull. [Greek, occipital bone, from *in-*, *is-*, sinew, fiber. See *wei-* in Appendix.]

in·iq·ui·tous (ĭ-nĭk′wĭ-təs) adj. Characterized by iniquity; wicked. —in·iq′ui·tous·ly adv. —in·iq′ui·tous·ness n.

in·iq·ui·ty (ĭ-nĭk′wĭ-tē) n., pl. -ties. 1. Gross immorality or injustice; wickedness. 2. A grossly immoral act; a sin. [Middle English *iniquite*, from Old French, from Latin *inīquitās*, from *inīquus*, unjust, harmful : *in-*, not; see IN⁻¹ + *aequus*, equal.]

in·i·tial (ĭ-nĭsh′əl) adj. 1. Of, relating to, or occurring at the beginning: *the initial step toward reconciliation.* 2. Designating the first letter or letters of a word. —n. 1. The first letter of a proper name. b. initials. The first letter of each word of a person's complete name considered as a unit: *She signed her monogram with her initials.* 2. The first letter of a

word. 3. A large, often highly decorated letter set at the beginning of a chapter, verse, or paragraph. —initial tr.v. -tialed, -tial·ing, -tials also -tialled, -tial·ling, -tials. To mark or sign with initials, especially for purposes of authorization or approval. [Latin *initiālis*, from *initium*, beginning. See ei- in Appendix.] —in·i′tial·ly adv. —in·i′tial·ness n.

initial rhyme n. See beginning rhyme (sense 1).

i·ni·tial·ize (ĭ-nĭsh′ə-līz′) tr.v. -ized, -iz·ing, -iz·es. *Computer Science.* To set to a starting position or value. —in·i′tial·i·za′tion (-shə-lĭ-zā′shən) n. —in·i′tial·iz′er n.

initial teaching alphabet n. *Abbr.* ITA, I.T.A. An alphabet with 45 symbols, each of which represents a single sound that is used to teach beginning reading of English.

i·ni·ti·ate (ĭ-nĭsh′ē-āt′) tr.v. -at·ed, -at·ing, -ates. 1. To set going by taking the first step; begin: *initiated trade with developing nations.* See Synonyms at begin. 2. To introduce to a new field, interest, skill, or activity. 3. To admit into membership, as with ceremonies or ritual. —initiate (-ĭt) adj. 1. Initiated or admitted, as to membership or a position of authority. 2.a. Instructed in esoteric knowledge. b. Introduced to something new. —initiate (-ĭt) n. 1. One who is being or has been initiated. 2. One who has been introduced to or has attained knowledge in a particular field. [Latin *initiāre*, *initiāt-*, from *initium*, beginning. See ei- in Appendix.] —in·i′ti·a′tor n.

i·ni·ti·a·tion (ĭ-nĭsh′ē-ā′shən) n. 1.a. The act or an instance of initiating. b. The process of being initiated. c. The condition of being initiated. 2. A ceremony, ritual, test, or period of instruction with which a new member is admitted to an organization or office or to knowledge. 3. The condition of having knowledge.

i·ni·tia·tive (ĭ-nĭsh′ə-tĭv) n. 1. The power or ability to begin or to follow through energetically with a plan or task; enterprise and determination. 2. A beginning or introductory step; an opening move: *took the initiative in trying to solve the problem.* 3.a. The power or right to introduce a new legislative measure. b. The right and procedure by which citizens can propose a law by petition and ensure its submission to the electorate. —initiative adj. 1. Of or relating to initiation. 2. Used to initiate; initiatory. —idiom. on (one's) own initiative. Without prompting or direction from others; on one's own. —in·i′tia·tive·ly adv.

i·ni·tia·to·ry (ĭ-nĭsh′ē-ə-tôr′ē, -tōr′ē) adj. 1. Introductory; initial. 2. Tending or used to initiate.

inj. *abbr.* Injection.

in·ject (ĭn-jĕkt′) tr.v. -ject·ed, -ject·ing, -jects. 1. To force or drive (a fluid) into something: *inject fuel into an engine cylinder; inject water into a liquid mixture.* 2.a. *Medicine.* To introduce (a drug or vaccine, for example) into a body part. b. To treat by means of injection: *injected the patient with digitalis.* 3. To introduce into conversation or consideration: *tried to inject a note of humor into the negotiations.* 4. To place into an orbit, a trajectory, or a stream. [Latin *inicere*, *iniect-*, to throw in : *in-*, in; see IN⁻² + *iacere*, to throw; see *yē-* in Appendix.] —in·jec′tor n.

in·ject·a·ble (ĭn-jĕk′tə-bəl) adj. That can be injected. Used of a drug. —injectable n. A drug or medicine that can be injected.

in·jec·tant (ĭn-jĕk′tənt) n. A substance injected, as into the skin.

in·jec·tion (ĭn-jĕk′shən) n. *Abbr.* inj. 1. The act of injecting. 2. Something that is injected, especially a dose of liquid medicine injected into the body.

in-joke (ĭn′jōk′) n. *Informal.* A joke originated or appreciated by the members of a particular group.

in·ju·di·cious (ĭn′jōo-dĭsh′əs) adj. Lacking or showing a lack of judgment or discretion; unwise. —in′ju·di′cious·ly adv. —in′ju·di′cious·ness n.

in·junc·tion (ĭn-jŭngk′shən) n. 1. The act or an instance of enjoining; a command, a directive, or an order. 2. *Law.* A court order prohibiting a party from a specific course of action. [Middle English *injunccion*, from Late Latin *iniunctiō*, *iniunctiōn-*, from Latin *iniunctus*, past participle of *iniungere*, to enjoin : *in-*, in; see IN⁻² + *iungere*, to join; see yeug- in Appendix.] —in·junc′tive adj.

in·jure (ĭn′jər) tr.v. -jured, -jur·ing, -jures. 1. To cause physical harm to; hurt. 2. To cause damage to; impair. 3. To cause distress to; wound: *injured their feelings.* 4. To commit an injustice or offense against; wrong. [Middle English *injuren*, to wrong, dishonor, from Old French *injurier*, from Latin *iniūriārī*, from *iniūria*, a wrong. See INJURY.] —in′jur·er n.

**SYNONYMS:** injure, harm, hurt, damage, impair, mar, spoil. These verbs mean to affect detrimentally. *Injure* can refer to acts that have an adverse effect on health, appearance, prospects, or well-being: *She was badly injured in an accident. Malicious gossip could injure his chances of success.* It can also mean to treat another unjustly or wrongfully: *"Those that are not favored will think themselves injured"* (Samuel Johnson). *Harm* and *hurt* refer principally to what causes pain, distress, diminution, or loss: *Gypsy moths harm foliage. Failure to pay his bills has harmed his credit. A hailstorm hurt the apple crop. My feelings are hurt.* *Damage* usually implies injury that decreases value, usefulness, desirability, or effectiveness: *A falling tree damaged the roof. The scandal seriously damaged the senator's reputation.* *Impair* refers to what diminishes, as in quality: *The patient's intelligence was impaired by a brain injury. To mar is to impair by or as if by



initial

| ă pat | oi boy |
| ā pay | ou out |
| â care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ⁺ regionalism |

Stress marks: ′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

# RANDOM HOUSE
# WEBSTER'S
# UNABRIDGED
# DICTIONARY

## Second Edition

LITERATURE AND LANGUAGE DIVISION
THE CHICAGO PUBLIC LIBRARY
400 SOUTH STATE STREET
CHICAGO, ILLINOIS 60805



## RANDOM HOUSE
### NEW YORK

CORD115667   A-154

COPYRIGHT © 2001, 1998, 1997, 1996, 1993, 1987 BY RANDOM HOUSE, INC.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Random House Reference, Random House, Inc., New York, NY. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

*Random House Webster's Unabridged Dictionary, Second Edition,* is a revised and updated edition of *The Random House Dictionary of the English Language, Second Edition, Unabridged.*

The *Random House Living Dictionary Database™,* the *Random House Living Dictionary™,* and the *Random House Living Dictionary Project™* are trademarks of Random House, Inc. Random House and the house design are registered trademarks of Random House, Inc.

*International Phonetic Alphabet* courtesy of International Phonetic Association

**Library of Congress Cataloging-in-Publication Data as of 1997:**

Random House compact unabridged dictionary
Random House Webster's Unabridged dictionary.—2nd ed.
p. cm
Rev., updated ed. of: Random House compact unabridged dictionary.
Special 2nd Ed.
ISBN 0-679-45854-9.—ISBN 0-679-45853-0
1. English language—Dictionaries.
PE1625.R293  1997   423—dc21   97-17702
CIP

**Trademarks**

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other propriety term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your sales inquiries to Random House Premium Sales, fax 212-572-7370.

Please address inquiries about electronic licensing of this division's products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference, fax 212-940-7352.

New York   Toronto   London   Sydney   Auckland

Visit the Random House Reference Web site at www.randomwords.com

Typeset and printed in the United States of America.

ISBN: 0-375-42566-7 (Hardcover book only)

9  8  7  6  5  4  3

ISBN: 0-375-72026-X (Hardcover book and CD-ROM package)

9  8  7  6  5  4  3  2  1

**INH.** *Pharm.* See isonicotinic acid hydrazide.

**in·hab·it** (in hab'it), *v.t.* 1. to live or dwell in (a place), —as—people or animals: *Small animals inhabited the woods.* 2. to exist or be situated within; dwell in: *Weird notions inhabit his mind.* —*v.i.* 3. *Archaic.* to live or dwell, as in a place. [1325–75; < L *inhabitāre*, equiv. to *in-* IN-² + *habitāre* to dwell (see HABIT); r. ME *enhabiten* < MF *enhabiter* < L as above] —**in·hab'it·a·ble,** *adj.* —**in·hab'it·a·tion,** *n.* —**in·hab'it·er,** *n.* —Syn. 1, 2. reside, occupy, tenant, populate.

**in·hab·it·an·cy** (in hab'i tn sē), *n., pl.* -cies. 1. place of residence; habitation. 2. residency; occupancy. Also, **in·hab'it·ance.** [1675–85; INHABITANT + -ANCY]

**in·hab·it·ant** (in hab'i tant), *n.* a person or animal that inhabits a place, esp. as a permanent resident. [1400–50; late ME < L *inhabitant-* (s. of *inhabitāns*) dwelling in. See INHABIT, -ANT] —Syn. dweller, denizen.

**in·hab·it·ed** (in hab'i tid), *adj.* having inhabitants; occupied; lived in or on: *an inhabited island.* [1490–1500; INHABIT + -ED²] —**in·hab'it·ed·ness,** *n.*

**in·hab·it·er** (in hab'i tar), *n.* *Archaic.* inhabitant. [1400–50; late ME; see INHABIT, -ER¹]

**in·hal·ant** (in hā'lant), *n.* 1. a medicine, allergen, or other substance that is inhaled. 2. any volatile substance, as nitrous oxide, butyl nitrite, toluene, gasoline, or paint thinner, capable of being inhaled, sometimes abused for its intoxicating effect. 3. inhaler. —*adj.* 4. used for inhaling. [1815–25; INHALE + -ANT]

**in·ha·la·tion** (in'hə lā'shan), *n.* 1. an act or instance of inhaling. 2. an inhalant. [1615–25; INHALE + -ATION]

**in·ha·la·tor** (in'hə lā'tər), *n.* an apparatus designed to mix carbon dioxide and oxygen, esp. for use in artificial respiration. [1925–30; *Amer.*; INHALE + -ATOR]

**in·hale** (in hāl'), *v., -haled, -hal·ing.* —*v.t.* 1. to breathe in; draw in by breathing; *to inhale the polluted air.* —*v.i.* 2. to breathe in, esp. the smoke of cigarettes, cigars, etc.: *Do you inhale when you smoke?* [1715–25; IN-³ + (EX)HALE]

**in·hal·er** (in hā'lər), *n.* 1. an apparatus or device used in inhaling medicinal vapors, anesthetics, etc. 2. a respirator. 3. a person who inhales. [1770–80; INHALE + -ER¹]

**In·ham·ba·ne** (in'yam bä'nə), *n.* a seaport in SE Mozambique. 70,000.

**in·har·mon·ic** (in'här mon'ik), *adj.* not harmonic; dissonant. [1820–30; IN-³ + HARMONIC] —**in·har·mon·i·cal·ly** (in här'mə nī), *n.*

**in·har·mo·ni·ous** (in'här mō'nē əs), *adj.* 1. not harmonious; discordant; unmelodious. 2. not congenial or compatible; discordant; disagreeing: *It was unpleasant to spend an evening with such an inharmonious group.* [1705–15; IN-³ + HARMONIOUS] —**in·har·mo'ni·ous·ly,** *adv.* —**in·har·mo'ni·ous·ness,** *n.*

**in·haul** (in'hôl'), *n.* *Naut.* any of various lines for hauling a sail, spar, etc., inward or inboard in order to stow it after use. Also, **in·haul'er.** [1855–60; IN-¹ + HAUL]

**inher.,** inheritance.

**in·here** (in hēr'), *v.i., -hered, -her·ing.* to exist permanently and inseparably in, as a quality, attribute, or element; belong intrinsically to; inhere: *the advantages that inhere in a democratic system.* [1580–90; < L *inhaerēre,* equiv. to *in-* IN-² + *haerēre* to stick]

**in·her·ence** (in hēr'əns, -her'-), *n.* 1. the state of fact of inhering or being inherent. 2. *Philos.* the relation of an attribute to its subject. [1570–80; < ML *inhaerentia.* See INHERENT, -ENCE]

**in·her·en·cy** (in hēr'ən sē, -her'-), *n., pl.* -cies for 2. 1. inherence. 2. something inherent. [1595–1605; < ML *inhaerentia.* See INHERENT, -ENCY]

**in·her·ent** (in hēr'ənt, -her'-), *adj.* 1. existing in someone or something as a permanent and inseparable element, quality, or attribute: *an inherent distrust of strangers.* 2. *Gram.* standing before a noun. 3. inhering; infixed. [1570–80; < L *inhaerent-* (s. of *inhaerēns*), prp. of *inhaerēre* to inhere] —**in·her'ent·ly,** *adv.* —Syn. 1. innate, native, inbred, ingrained. See essential.

**in·her·it** (in her'it), *v.t.* 1. to take or receive (property, a right, a title, etc.) by succession or will, as an heir: *to inherit the family business.* 2. to receive as if by succession from predecessors: *the problems the new government inherited from its predecessors.* 3. to receive (a genetic character) by the transmission of hereditary factors. 4. to succeed (a person) as heir. 5. to receive as one's portion; come into possession of: *to inherit his brother's old clothes.* —*v.i.* 6. to take or receive property or the like by virtue of being heir to it. 7. to receive qualities, powers, duties, etc., as by inheritance (fol. by *from*). 8. to have succession as heir. [1275–1325; ME *en(h)eri(t)en* < MF *enheriter* < LL *inhērēditāre* to make heir. See IN-², HEREDITARY]

**in·her·it·a·ble** (in her'i tə bəl), *adj.* 1. capable of being inherited. 2. capable of inheriting; qualified to inherit. [1375–1425; late ME < AF; see IN-², HERITABLE] —**in·her·it·a·bil·i·ty, in·her'it·a·ble·ness,** *n.* —**in·her'it·a·bly,** *adv.*

**in·her·it·ance** (in her'i tans), *n.* 1. something that is or may be inherited; property passing at the owner's death to the heir or those entitled to succeed; legacy. 2. the genetic characters transmitted from parent to off-

spring, taken collectively. 3. something, as a quality, characteristic, or other immaterial possession, received from progenitors or predecessors as if by succession: *an inheritance of family pride.* 4. the act or fact of inheriting by succession, as by succession, or genetically: *to receive property by inheritance.* 5. portion; birthright; heritage: *Absolute rule was considered the inheritance of kings.* 6. *Obs.* right of possession; ownership. [1375–1425; ME *enheritance* < AF. See INHERIT, -ANCE] —Syn. 1. patrimony; bequest. INHERITANCE, HERITAGE denote something inherited. INHERITANCE is the common term for property or any possession that comes to an heir: *He received the farm as an inheritance from his parents.* HERITAGE indicates something that is bequeathed to a subsequent generation by an individual or by society: *our cultural heritage from Greece and Rome.*

**inher'itance tax',** a tax levied on the right of an heir to receive a decedent's property, the rate being a percentage of the value of the property. Also called death tax; *Brit.,* death duty. Cf. estate tax. [1835–45]

**in·her·i·tor** (in her'i tar), *n.* a person who inherits; heir. [1400–50; late ME *enheritour, -er.* See INHERIT, -OR¹]

**in·her·i·trix** (in her'i triks), *n., pl.* **in·her·i·tri·ces** (in·her'i tri'sēz). Law a woman who inherits; heiress. Also, **in·her·i·tress** (in her'i tris). [1475–85; INHERIT(OR) + -TRIX] —Usage. See -TRIX, -ESS.

**in·ho·sion** (in hē'zhən), *n.* the state or fact of inhering; inherence. [1625–35; < LL *inhaesiōn-* (s. of *inhaesiō*), equiv. to L *inhaes(us)* ptp. of *inhaerēre* to inhere + -iōn- -ION]

**in Hg.** *Meteorol.* inch of mercury.

**in·hib·in** (in hib'in), *n.* a hormone, found in semen, that acts on the pituitary gland to decrease FSH. [1990–95; INHIB(IT) + -IN²]

**in·hib·it** (in hib'it), *v.t.* 1. to restrain, hinder, arrest, or check (an action, impulse, etc.). 2. to prohibit; forbid. 3. *Psychol.* to consciously or unconsciously suppress or restrain (psychologically or sociologically unacceptable behavior). 4. *Chem.* to decrease the rate of action of (or stop (a chemical reaction). [1425–75; late ME *inhibiten* < L *inhibitus,* ptp. of *inhibēre* to restrain, equiv. to *in-* IN-² + *-hibēre,* comb. form of *habēre* to have, hold] —**in·hib'it·a·ble,** *adj.* —**in·hib'i·to·ry** (in hib'i tôr'ē, -tōr'ē), **in·hib'i·tive,** *adj.* —Syn. 1. repress, discourage, obstruct. 2. interdict. See forbid.

**in·hib·it·ed** (in hib'i tid), *adj.* 1. overly restrained. 2. *Psychol.* suffering from inhibition. [1960–65; INHIBIT + -ED²]

**in·hib·i·tion** (in'i bish'ən, in'hi-), *n.* 1. the act of inhibiting. 2. the state of being inhibited. 3. something that inhibits; constraint. 4. *Psychol.* a. the blocking or holding back of one psychological process by another. b. inappropriate conscious or unconscious restraint or suppression of behavior, as sexual behavior, often due to guilt or fear produced by past punishment, or sometimes considered a dispositional trait. 5. *Physiol.* a. a restraining, arresting, or checking of the action of an organ or cell. b. the reduction of a reflex or other activity as the result of an antagonistic stimulation. c. a state created at synapses making them less excitable by other sources of stimulation. 6. *Chem.* a stoppage or decrease in the rate of action of a chemical reaction. 7. *Eng. Eccles. Law.* an order, esp. from a bishop, suspending a priest or an incumbent from the performance of duties. [1350–1400; ME *inhibicio(u)n* < L *inhibitiōn-* (s. of *inhibitiō*). See INHIBIT, -ION]

**in·hib·i·tor** (in hib'i tər), *n.* 1. a person or thing that inhibits. 2. *Chem.* a substance that decreases the rate of or stops completely a chemical reaction. 3. any impurity in a mineral that prevents luminescence. Cf. activator (def. 3). 4. *Rocketry.* an inert antioxidant used with solid propellants to inhibit burning on certain surfaces. Also, **in·hib'it·er.** [1865–70; INHIBIT + -OR²]

**in hoc sig·no vin·ces** (in hōk' sig'nō wing'kās; *Eng.* in hok' sig'nō vin'sēz), *Latin.* in this sign shalt thou conquer: motto used by Constantine the Great, from his vision, before battle, of a cross bearing these words.

**in·hold·ing** (in'hōl'ding), *n.* a tract of land under private ownership within a national park. [IN-¹ + HOLD-ING] —*in'hold'er, n.*

**in·ho·mo·ge·ne·i·ty** (in hō'mə jə nē'i tē, -hom'ə-), *n.* 1. lack of homogeneity. 2. something that is not homogeneous. [1895–1900; IN-³ + HOMOGENEITY] —**in·ho·mo·ge·ne·ous** (in'hō mə jē'nē əs, -hom'ə-), *adj.* —**in·ho·mo·ge·ne·ous·ly,** *adv.*

**in·hos·pi·ta·ble** (in hos'pi tə bəl, in'ho spit'ə bəl), *adj.* 1. not inclined to, or characterized by, hospitality, as persons or actions: unfriendly. 2. (of a region, climate, etc.) not offering shelter, favorable conditions, etc.; barren: *an inhospitable rocky coast.* [1560–70; < MF < ML *inhospitābilis.* See IN-³, HOSPITABLE] —**in·hos·pi·ta·bly,** *adv.* —**in·hos'pi·ta·ble·ness,** *n.*

**in·hos·pi·tal·i·ty** (in'hos pi tal'i tē, in hos'-), *n.* lack of hospitality; inhospitable attitude toward or treatment of visitors, guests, etc. [1550–60; < L *inhospitālitās.* See IN-³, HOSPITALITY]

**in·house** (*adj.* in'hous'; *adv.* in'hous'), *adj., adv.* within, conducted within, or utilizing an organization's own staff or resources rather than external or outside facilities: *in-house research; Was the ad created in-house or by an outside advertising agency?* [1955–60]

**in·hu·man** (in hyoō'mən or, often, -yoō'-), *adj.* 1. lacking qualities of sympathy, pity, warmth, compassion, or the like; cruel; brutal: *an inhuman master.* 2. not suited for human beings. 3. not human. [1475–85; < L *inhūmānus;* r. late ME *inhumain* < MF < L. See IN-³, HUMAN] —**in·hu'man·ly,** *adv.* —**in·hu'man·ness,** *n.* —Syn. 1. unfeeling, unsympathetic, cold, callous, hard, savage, brutish.

**in·hu·mane** (in'hyoō mān' or, often, -yoō-), *adj.* not humane; lacking humanity, kindness, compassion, etc.

[1590–1600; var. of INHUMAN; see IN-³, HUMANE] —**in·hu·mane'ly,** *adv.*

**in·hu·man·i·ty** (in'hyoō man'i tē or, often, -yoō-), *n., pl.* -ties for 2. 1. the state or quality of being inhuman; cruelty. 2. an inhuman or inhumane act. [1470–80; earlier *inhumanite* < L *inhumānitās.* See IN-³, HUMAN, -ITY]

**in·hume** (in hyoōm' or, often, -yoōm'), *v.t., -humed, -hum·ing.* to bury; inter. [1610–20; < ML *inhumāre,* equiv. to *in-* IN-² + *-humāre,* deriv. of *humus* (see HUMUS); cf. EXHUME] —**in·hu·ma·tion** (in'hyoō mā'shan), *n.* —**in·hum'er,** *n.*

**in·im·i·cal** (i nim'i kəl), *adj.* 1. adverse in tendency or effect; unfavorable; harmful: *a climate inimical to health.* 2. unfriendly; hostile: *a cold, inimical look.* [1635–45; < LL *inimicālis,* equiv. to L *inimic(us)* (see ENEMY) + -AL¹] —**in·im'i·cal·ly,** *adv.* —**in·im'i·cal·ness, in·im·i·cal'i·ty,** *n.* —Syn. 1. noxious. 2. antagonistic. See -Ant. 2. friendly.

**in·im·i·ta·ble** (i nim'i tə bəl), *adj.* incapable of being imitated or copied; surpassing imitation. [1525–35; < L *inimitābilis.* See IN-³, IMITABLE] —**in·im·i·ta·bil'i·ty, in·im'i·ta·ble·ness,** *n.* —**in·im'i·ta·bly,** *adv.*

**in·i·on** (in'ē on), *n. Craniom.* a point at the occipital protuberance of the skull. [1805–15; < Gk *iníon* nape of the neck, equiv. to *in-* (s. of *ís*) sinew + -*ion* dim. suffix]

**in·iq·ui·tous** (i nik'wi təs), *adj.* characterized by injustice or wickedness; wicked; sinful. [1720–30; INIQUIT(Y) + -OUS] —**in·iq'ui·tous·ly,** *adv.* —**in·iq'ui·tous·ness,** *n.* —Syn. flagitious, nefarious, perverse, evil, wrong. —Ant. righteous.

**in·iq·ui·ty** (i nik'wi tē), *n., pl.* -ties. 1. gross injustice or wickedness. 2. a violation of right or duty; wicked act; sin. [1300–50; ME < L *iniquitās* unevenness, unfairness, equiv. to *iniqu(us)* uneven, unfair (*in-* IN-³ + -*iquus,* comb. form of *aequus* even, EQUAL) + -ITAS -ITY]

**init.,** 1. initial. 2. initially. 3. initiate.

**in·i·tial** (i nish'əl), *adj., n., v., -tialed, -tial·ing** or (esp. *Brit.) -tialled, -tial·ling.* —*adj.* 1. of, pertaining to, or occurring at the beginning; first: *the initial step in a process.* 2. *Phonet.* occurring at the beginning of a word or syllable, as the (k) sound of *kite, chaos, character.* 3. an initial letter, as of a word. 4. the first proper name. 5. a letter of extra size or ornate character used at the beginning of a chapter or paragraph. 6. *Bot.* a. a book, manuscript, or the like. *v.* 7. to mark or sign with an initial or initials as a token of responsibility, etc. [1520–30; < L *initiālis,* equiv. to *initi(um)* a beginning, deriv. of *inīre* to enter, begin (*in-* IN-² + *īre* to go; cf. COMES) + -*ium* -IUM) + -*alis* -AL¹] —**in·i'tial·ly,** *adv.*

**in·i'tial code'.** See under zip code.

**in·i·tial·ism** (i nish'ə liz'əm), *n.* 1. a name formed from the initial letters of a group of words, pronounced as a separate word, as NATO. 2. acronym (def. 2). 3. *Gram.* a set of words, an acronym. Also called **initialism.**

**in·i'tial Teach'ing Al'phabet',** a phonemic alphabet based on an expanded English alphabet, having characters representing different phonemes of English, used for teaching beginning reading. *Abbr.:* I.T.A., i.t.a. Also called augmented roman.

**in·i·ti·ate** (*v.* i nish'ē āt'; *adj., n.* i nish'ē it, -āt'), *v., -at·ed, -at·ing, adj., n.* —*v.t.* 1. to begin, set going, or originate: *to initiate major social reforms.* 2. to introduce into the knowledge of some art or subject. 3. to admit or accept with formal rites into a group, secret knowledge, adult society, etc. 4. (in some initiation ceremonies) to haze. —*adj.* 5. initiated. 6. of or pertaining to initiation. —*n.* 8. a person who has been initiated. [1595–1605; < L *initiātus,* ptp. of *initiāre* to initiate, equiv. to *initi(um)* beginning (see INITIAL) + -*ātus* -ATE¹] —**in·i'ti·a'tor,** *n.* —Syn. 3. commence; introduce; inaugurate. 1. begin. 2. teach; instruct; indoctrinate. 1. conclude.

**in·i·ti·a·tion** (i nish'ē ā'shan), *n.* 1. formal admission or acceptance into an organization or club, adult status, etc.; the rites, ceremonies, ordeals, or instructions with which one is made a member of a sect or society, or to which a person is initiated. 2. the ceremonies or formalities by which one is initiated. 3. the act or an instance of initiating. 4. the fact of being initiated. [1575–85; < L *initiātiō.* See INITIATE, -ION]

**in·i·ti·a·tive** (i nish'ē ə tiv, i nish'ə tiv), *n.* 1. an introductory act or step; leading action: *to take the initiative in making friends.* 2. readiness and ability in initiating action; enterprise: *to lack initiative.* 3. one's personal, responsible decision: *to act on one's own initiative.* 4. *Govt.* a. a procedure by which a certain number of voters may, by petition, propose a law or constitutional amendment, and compel a popular vote on its adoption. Cf. referendum (def. 1). b. the right to make such proposal. —*adj.* 5. of or pertaining to initiation; serving to initiate: *initiative steps.* —Syn. 4, 5. of or pertaining to initiation.

CONCISE ETYMOLOGY KEY: ², descended or borrowed from; >, whence; b, blend of; blended; c, cognate with; cf; compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; ', unattested; ², probably earlier than. See the full key inside the front cover.