# EXHIBIT 4

## Summary of Homopolymer Definitions in Cordis's Briefs and Declarations

- Homopolymer: **a polymer** that is derived from a single repeated monomer.  (*Academic Press Dictionary of Science and Technology* 1040 (1992).)

- Homopolymer: **a polymer** containing the same repeating units of one amino acid in a molecule.  (*Dorland's Illustrated Medical Dictionary* 775 (28th ed. 1994).)

- Homopolymer: **A polymer** formed from a single monomer; an example is polyethylene, formed by polymerization of ethylene.  (*McGraw-Hill Dictionary of Scientific and Technical Terms* 949 (5th ed. 1994).)

- Homopolymer: **a polymer** (as polyethylene) consisting of identical monomer units.  (*Merriam-Webster's Collegiate Dictionary* 556 (10th ed. 1993).)

- Homopolymer: **a polymer** formed from only one kind of monomer.  (*Oxford English Dictionary* (2nd ed. 1989).)

- Homopolymer: **a polymer** (as polyethylene, polyvinyl acetate) containing only units of one single monomer.  (*Webster's Third New International Dictionary of the English Language (Unabridged)* 1085 (1993).)

**A80**

MAIN (REF)



# Academic Press Dictionary of Science and Technology

Edited by
Christopher Morris



**Academic Press**
Harcourt Brace Jovanovich, Publishers
San Diego   New York   Boston   London   Sydney   Tokyo   **A81** Toronto

This book is printed on acid-free paper. ∞

Copyright © 1992 by ACADEMIC PRESS, INC.

All Rights Reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Academic Press, Inc.
1250 Sixth Avenue, San Diego, California 92101-4311

*United Kingdom Edition published by*
Academic Press Limited
24–28 Oval Road, London NW1 7DX

Library of Congress Cataloging-in-Publication Data

Academic Press dictionary of science and technology / edited by
  Christopher Morris
     p.    cm.
    ISBN 0-12-200400-0
    1. Science--Dictionaries.   2. Technology--Dictionaries.
  I. Morris, Christopher G.   II. Academic Press.   III. Title:
  Dictionary of science and technology.
  Q123.A33   1991
  503—dc20                                           90-29032
                                                       CIP

PRINTED IN THE UNITED STATES OF AMERICA
92  93  94  95  96  97    DO    9  8  7  6  5  4  3  2  1

**A82**

**homologous**                    **1040**                    **Homoscleromorph**

**homologous** [hə mäl′ə gəs] corresponding, as in structure or relative position; specific uses include: *Biology*. **1.** of anatomical structures, originating from common ancestry but no longer functioning alike or resembling one another morphologically; e.g., a bird's wing and reptile's forelimb. **2.** broadly, corresponding in structure, position, or development to an organ or part in another animal. *Genetics*. of two or more chromosomes or chromosome segments, having the same genetic loci and appearance. *Chemistry*. of, relating to, or belonging to a single group of elements in the periodic table. *Organic Chemistry*. of, relating to, or belonging to a homologous series. *Geology*. **1.** describing contemporaneous strata in separated areas having the same general lithological character or facies, or strata that occupy similar structural positions along a strike. **2.** describing faults in separated areas having the same relative position or structure. *Cartography*. describing the condition in aerial photography in which the image of a surface feature is common to two photographs with different perspective centers.

**homologous antigen** *Immunology*. an antigen that elicits and reacts with a specific antibody.

**homologous chromosomes** *Genetics*. two or more chromosomes that are similar with respect to their constituent genetic loci and their visible structure, and that pair during meiosis.

**homologous recombination** *Genetics*. the recombination of a piece of DNA into a homologous sequence. Also, GENERAL RECOMBINATION.

**homologous series** *Organic Chemistry*. a series of organic compounds whose structure differs regularly by some radical, usually CH₂, with each successive member having an additional radical and having a graded change in properties.

**homologous serum jaundice** *Medicine*. an extremely common viral disease caused by the hepatitis B virus that is endemic worldwide, characterized by fever, malaise, anorexia, and nausea, followed by clinical jaundice. The virus is shed in all body fluids by individuals with acute or chronic infections and by asymptomatic carriers; primary transmission is through blood transfusion, sharing of needles among drug users, and intimate contact. Also, TYPE B VIRAL HEPATITIS.

**homologous stimulus** *Physiology*. any adequate stimulus.

**homologous tumor** *Medicine*. a tumor whose tissue is the same type as the tissue in which the tumor develops.

**homolographic map projection** *Cartography*. another term for equal-area map projection; used to denote some specific projections, such as the recentered version of the Mollweide projection. Also, **homalographic map projection**.

**homologue** anything that is homologous; specific uses include: *Biology*. any of a group of homologous structures. *Organic Chemistry*. any member of a homologous series. *Genetics*. either member of a pair of homologous chromosomes. Also, HOMOLOG.

**homology** [hə mäl′ə jē] the condition of being homologous; specific uses include:. *Biology*. the fundamental similarity of structures in different organisms that no longer function in the same manner, but that result from common ancestry; e.g., the flippers of a whale and the forelegs of a land mammal. *Organic Chemistry*. the condition or relationship of members of a homologous series; the similarity of related organic compounds. *Mathematics*. a chain complex together with its associated homology groups.

**homology group** *Mathematics*. let $C$ be a chain complex of $R$ modules with differentials $d_n : C_n \to C_{n-1}$. The $n$th homology group of the complex is $H_n(C) = \text{Ker } d_n / \text{Im } d_{n+1}$. Also, $n$TH HOMOLOGY.

**homology theory** *Mathematics*. the study of a mathematical object (e.g., a topological space or an $R$-module) by means of the homology groups of its associated chain complex.

**homolysis** *Chemistry*. a symmetrical cleavage of a bond, such that each of the cloven molecules or atoms retains one of the bonding electrons.

**homometric pair** *Crystallography*. a pair of crystals with different atomic arrangements that produce identical X-ray diffraction patterns. The metal in positions in the mineral bixbyite provides an example.

**homomorph** *Science*. anything that is homomorphic.

**homomorphic** having similar form; specific uses include: *Chemistry*. of two or more molecules, having similar size and shape. No other characteristics need be shared. *Botany*. having perfect flowers that consist of only one sexual type. *Genetics*. having chromosome mates of similar size and form during synapsis of the first meiotic division.

**homomorphism** *Science*. the condition of being homomorphic. *Mathematics*. a transformation $T$ from one algebraic system (group, ring, module, etc.) to another that preserves the operation(s). For example, a ring homomorphism is a mapping $\phi : R \to S$, where $R$ and $S$ are rings, such that: (a) $\phi(a+b) = \phi(a) + \phi(b)$ and (b) $\phi(ab) = \phi(a)\phi(b)$ for all $a,b \in R$.

**homomorphosis** *Biology*. the regenerative replacement of a lost part by a similar part.

**Homoneura** *Invertebrate Zoology*. a suborder of moths of the insect order Lepidoptera, with nearly identical forewings and hindwings.

**homonomous** *Biology*. similar in function and structure; developed to a like degree (such as starfish arms).

**homonym** *Linguistics*. one of two or more words that have the same sound but different spellings and meanings. *Systematics*. a formal taxonomic name inadvertently given to more than one species; the more recent homonyms are considered invalid. A primary homonym is a name given to two or more species within the same genus; a secondary homonym results when a species is reclassified to a genus in which the name already exists. Thus, **homonymous**.

**homonymous hemianopsia** *Medicine*. a loss of vision in one-half of the visual field of both eyes, affecting the nasal half of one visual field and the temporal half of the other.

**homopause** *Geophysics*. an area of the atmosphere about 80 to 90 kilometers above sea level, in which the homosphere ends and the heterosphere begins.

**homopetalous** *Botany*. a condition in which all petals are identical.

**homophobe** *Psychology*. **1.** a person who has an irrational fear or hatred of homosexuals. **2.** in popular use, a person who is biased against homosexuals.

**homophobia** *Psychology*. **1.** an irrational fear or hatred of homosexuals. **2.** in popular use, social prejudice against homosexuals. Thus, **homophobic**.

**homophone** [häm′ə fōn′] *Linguistics*. one of two or more words that have the same sound but different meanings, and often, though not necessarily, different spellings; e.g., *so*, *sew*, *sow* or *stair*, *stare*.

**homophonic enciphering** *Computer Programming*. an enciphering method that hides statistical features of cryptographic text.

**homoplastic** *Evolution*. of, relating to, or characterized by homoplasy; denoting organs or parts that resemble one another in structure and function but not in origin and development; e.g., the wings of birds and insects. *Surgery*. of or relating to homoplasty or to an allograft.

**homoplastic graft** *See* ALLOGRAFT.

**homoplasty** *Surgery*. the operative replacement of lost parts or tissues with similar parts from another individual of the same species or from a member of another inbred strain of the same species.

**homoplasy** *Evolution*. a structural resemblance that is due to parallelism or convergent evolution, rather than to common ancestry.

**homoploid** *Genetics*. describing a cell or organism whose chromosome set exhibits the same degree of ploidy as another given cell or organism. Thus, **homoploidy**.

**homopolar** *Electricity*. having equal charge distribution.

**homopolar bond** *Physical Chemistry*. the sharing of an electron between two atoms in which there is no displacement of the negative and positive charges, so that the dipole moment equals zero.

**homopolar crystal** *Solid-State Physics*. a crystal in which all atomic bonds are covalent.

**homopolar generator** *Electronics*. a DC generator having poles of equal polarity with respect to the armature and thus requiring no commutator.

**homopolymer** *Organic Chemistry*. a polymer that is derived from a single repeated monomer.

**homopolymer tailing** *Molecular Biology*. the addition of a series of one specific deoxyribonucleotide to the end of a nucleic acid molecule.

**homopolysaccharide** *Biochemistry*. a polysaccharide consisting of only one type of monosaccharide.

**Homoptera** *Invertebrate Zoology*. an order of insects having membranous wings and piercing and sucking mouthparts, including many plant pests.

**homopteran** *Invertebrate Zoology*. belonging or relating to the insect order Homoptera. Also, **homopterous**.

**Homo sapiens** [hō′mō  sāp′ē əns] *Anthropology*. the scientific name for human beings, the species of bipedal primates characterized by the use of tools and language. (From Latin for "wise man.")

**Homo sapiens neanderthalensis** *see* NEANDERTHAL MAN.

**Homo sapiens sapiens** *Anthropology*. the modern human subspecies that appeared around 100,000 years ago.

**homoscedasticity** *Statistics*. an equality of variance across populations, control levels, or other statistical groups.

**Homoscleromorpha** *Invertebrate Zoology*. a subclass believed to represent an early stage in the evolution of demosponges; contains one order and two families.

A83



Edition
**28**

# Dorland's
## *Illustrated*
# Medical
# Dictionary

A84

**W.B. SAUNDERS COMPANY**
*A Division of Harcourt Brace & Company*

The Curtis Center
Independence Square West
Philadelphia, PA 19106

Dorland's illustrated medical dictionary.
  Philadelphia: W.B. Saunders Co.,

      v.: ill.; 27 cm.

  Irregular.
  Began publication with 23rd ed.
  Description based on: 26th ed.
  Continues: American illustrated medical dictionary.


  1. Medicine—Dictionaries.  I. Dorland, W.A. Newman
(William Alexander Newman), 1864–1956.
    [DNLM: 1. Dictionaries, Medical.  2. Reference Books,
Medical]

  R121.D73         610'.3'21—dc19              0-6383
                                        AACR 2  MARC-S

  Library of Congress       [8607r85]rev6

Listed here are the latest translated editions of this book together with the languages for the translations and the publishers.

Italian *(27th Edition, revised)*—Edizioni Scientifiche Internazionali (ESI), Milan, Italy

Japanese *(27th Edition)*—Hirokawa Publishing Company, Tokyo, Japan

Spanish *(27th Edition)* (Adaption)—McGraw-Hill–Interamericana de España, Madrid, Spain

Dorland's Illustrated Medical Dictionary                    ISBN  0–7216–2859–1(Standard)
                                                                  0–7216–5577–7(Deluxe)
                                                                  0–7216–5323–5(International)

© 1994 by W.B. Saunders Company. Copyright 1900, 1901, and 1903 by W.B. Saunders and Company.  Copyright 1906, 1909, 1911, 1913, 1915, 1917, 1919, 1921, 1923, 1927, 1929, 1932, 1935, 1938, 1941, 1944, 1947, 1951, 1957, 1965, 1974, 1981, 1985, and 1988 by W.B. Saunders Company.

Copyright under the Uniform Copyright Convention.  Simultaneously published in Canada.  All copyright renewals registered.

Derechos reservados conforme a la ley para la Republica Mexicana.

All rights reserved.  This book is protected by copyright.  No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher.  Made in the United States of America.

Some of the words appearing in the Dictionary are proprietary names (trademarks) even though no reference to this fact is made in the text.  The appearance of any name without designation as a trademark is therefore not to be regarded as a representation by the editors or publisher that it is not a trademark or is not the subject of proprietary rights.

The use of portions of the text of the *United States Pharmacopeia,* Twenty-second Revision, official from January 1, 1990, of the *National Formulary,* Seventeenth Edition, official from January 1, 1990, and of *USAN and the USP Dictionary of Drug Names 1994* is by permission received from the Board of Trustees of the United States Pharmacopeial Convention, Inc.  The said Convention is not responsible for any inaccuracy of quotation, or for any false or misleading implication that may arise by reason of the separation of excerpts from the original context or by obsolescence resulting from the publication of a supplement.

Library of Congress catalog card number 78–50050

Last digit is the print number:     9   8   7   6   5   4   3   2   1                  **A85**

birds and insects, that resemble one another in structure and function but not in origin or development.

**ho·mo·plas·ty** (ho'mo-plas"te) 1. allogeneic transplantation. 2. similarity between organs or parts not due to common ancestry.

**ho·mo·poly·mer** (ho"mo-pol'i-mər) [homo- + polymer] a polymer containing the same repeating units of one amino acid in a molecule.

**ho·mo·poly·sac·cha·ride** (ho"mo-pol"e-sak'ə-rīd) a polysaccharide consisting of a single recurring monosaccharide unit, as glycogen is a polymer of glucose.

**hom·or·gan·ic** (hom"or-gan'ik) [homo- + Gr. organon organ] produced by the same or by homologous organs.

**ho·mo·sal·ate** (ho"mo-sal'āt) chemical name: 2-hydroxybenzoic acid 3,3,5-trimethylcyclohexyl ester; an ultraviolet sunscreen, $C_{16}H_{22}O_3$.

**ho·mo·sce·das·tic·i·ty** (ho"mo-ska-das-tis'i-te) [homo- + Gr. skedastikos tending to scatter] the property of having equal variances.

**ho·mo·sex·u·al** (ho"mo-sek'shoo-əl) 1. pertaining to the same sex; directed toward a person of the same sex; the opposite of heterosexual. 2. one who is sexually attracted to persons of the same sex.

**ho·mo·sex·u·al·i·ty** (ho"mo-sek"shoo-al'i-te) [homo- + sexuality] sexual attraction toward those of the same sex, as distinguished from heterosexuality.

**ho·mo·spore** (ho'mo-spor) a homosporous organism.

**ho·mos·po·rous** (ho-mos'pə-rəs) [homo- + Gr. sporos seed] having spores of only one kind, which reproduce asexually.

**ho·mo·stim·u·lant** (ho"mo-stim'u-lănt) 1. stimulating the same organ from which it is derived. 2. an extract from an organ which, on injection into the body, stimulates the same organ from which it is derived.

**ho·mo·stim·u·la·tion** (ho"mo-stim"u-la'shən) treatment by a homostimulant.

**Ho·mo·Tet** (ho-mo-tet') trademark for a preparation of tetanus immune human globulin.

**ho·mo·thal·lic** (hom"o-thal'ik) pertaining to or exhibiting homothallism.

**ho·mo·thal·lism** (ho"mo-thal'iz-əm) a form of sexual reproduction in which the isogamete produced by one cell can fuse with another isogamete produced by the same cell, as in various algae and fungi. Cf. heterothallism.

**ho·mo·therm** (ho'mo-thərm) homeotherm.

**ho·mo·ther·mal** (ho"mo-thər'məl) homeothermic.

**ho·mo·ther·mic** (ho"mo-thər'mik) homeothermic.

**ho·mo·top·ic** (ho"mo-top'ik) [homo- + Gr. topos place] occurring at the same place upon the body.

**ho·mo·trans·plant** (ho"mo-trans'plant) allograft.

**ho·mo·tro·pic** (ho"mo-trōp'ik) [homo- + -tropic] pertaining to an allosteric enzyme that is modulated by its usual substrate. Cf. heterotropic.

**ho·mot·ro·pism** (ho-mot'ro-piz-əm) [homo- + Gr. tropos a turning] the property of cells to attract cells of a like order.

**ho·mo·type** (hom'o-tīp) [homo- + Gr. typos type] a part that has a reversed symmetry with its fellow of the opposite side of the body, as the hand.

**ho·mo·typ·ic** (ho"mo-tip'ik) pertaining to or characteristic of a homotype.

**ho·mo·va·nil·lic ac·id** (ho"mo-və-nil'ik) a product of catecholamine metabolism; elevated urinary levels occur in patients with pheochromocytoma or other catecholamine-secreting tumors. Abbreviated HVA.

**ho·mox·e·nous** (ho-mok'sə-nəs) [homo- + Gr. xenos strange, foreign] requiring only one host in the life cycle; said of certain parasites. Called also monoxenous.

**ho·mo·zo·ic** (ho"mo-zo'ik) [homo- + Gr. zöon animal] pertaining to the same animal or same species.

**ho·mo·zy·go·sis** (ho"mo-zi-go'sis) the formation of a zygote by the union of gametes that possess one or more identical alleles.

**ho·mo·zy·gos·i·ty** (ho"mo-zi-gos'i-te) [homo- + zygosity] the state of possessing a pair of identical alleles at a given locus.

**ho·mo·zy·gote** (ho"mo-zi'gōt) [homo- + zygote] an individual possessing a pair of identical alleles at a given locus.

**ho·mo·zy·gous** (ho"mo-zi'gəs) possessing a pair of identical

alleles at a given locus; called also homogenic. See also heterozygous.

**ho·mun·cu·lus** (ho-munk'u-ləs) [L. "a little man"] 1. a dwarf without deformity or disproportion of parts. 2. the miniature human form once thought to be preformed in the sperm or ovum.

**hon·ey** (hun'e) a sweet-tasting substance deposited by the honeybee, which contains between 62 and 83 per cent dextrose and fructose, and small amounts of sucrose, dextrin, and malic and acetic acids; its pH is 3.8 to 4.3.

**hood** (hood) a flexible covering.
**tooth h.,** dental operculum.

**hoof** (hoof) [L. ungula] the hard, horny casing of the foot or ends of the digits of many animals which are, because of this feature, designated ungulates.
**curved h.,** a condition in which the hoof has the wall of one side concave and the other convex.
**dished h.,** a hoof which is concave from the coronet to the plantar surface.
**false h.,** the hoof of an unused digit.
**ribbed h., ringed h.,** a condition in which the wall of a horse's hoof is marked by ridges running parallel with the coronary margin.

**hoof·bound** (hoof'bound) dryness and contraction of a horse's hoof, causing lameness; called also contracted foot and contracted heel.

**hook** (hook) a curved instrument, usually with a sharp point, designed for holding, elevating, or exerting traction on a tissue.
**blunt h.,** an instrument for exercising traction on a dead fetus in breech presentation.
**Bose's h's,** small hooks used in tracheostomy.
**Loughnane's h.,** a double-pronged hook for removing fragments of the prostate in transurethral prostatectomy.
**muscle h.,** a hook for securing and isolating an extraocular muscle; called also squint h.
**palate h.,** a hook for raising the palate in posterior rhinoscopy.
**squint h.,** muscle h.
**Tyrrell's h.,** a slender hook used in eye surgery.

**hook·up** (hook'up) the method of arranging circuits, appliances, and electrodes for a particular diagnostic or therapeutic procedure.

**hook·worm** (hook'warm) a nematode parasitic in the intestine of man and other vertebrates; infection may cause serious illness. See also under disease, and see ground itch, under itch.
**American h.,** Necator americanus.
**h. of the dog,** Ancylostoma caninum.
**European h.,** Ancylostoma duodenale.
**New World h.,** Necator americanus.
**Old World h.,** Ancylostoma duodenale.
**h. of the rat,** Nippostrongylus muris.
**h. of ruminants,** Bunostomum.

**hoose** (hooz) a disease of sheep, goats, cattle, and swine, caused by the presence of various species of nematodes of the genera Dictyocaulus, Metastrongylus, and Protostrongylus in the bronchial tubes or in the lungs. It is marked by cough, dyspnea, anorexia, and constipation.

**Hoo·ver's sign** (hoo'vorz) [Charles Franklin Hoover, American physician, 1865–1927] see under sign.

**HOP** 1. high oxygen pressure. 2. a regimen of hydroxydaunomycin (doxorubicin), Oncovin (vincristine), and prednisone, used in cancer chemotherapy.

**Hope's sign** (hōps) [James Hope, English physician, 1801–1841] see under sign.

**Hop·kins** (hop'kinz) Sir Frederick Gowland. British biologist, 1861–1947; co-winner, with Christiaan Eijkmann, of the Nobel prize for medicine or physiology in 1929 for his discovery of the growth-stimulating vitamins.

**Hop·kins-Cole test** (hop'kinz-kōl) [Sir F.G. Hopkins; Sidney William Cole, English physiologist, 1877–1952] see under tests.

**Hop·lop·syl·lus anom·a·lus** (hop"lo-sil'əs ə-nom'ə-ləs) a species of flea found in the ground squirrels of western United States and transmitting plague.

**Hop·mann's polyp (papilloma)** (hawp'mənz) [Carl Melchior Hopmann, German rhinologist, 1849–1925] see under polyp.

**Hop·pe-Sey·ler's test** (hawp"ə-si'lərz) [Ernst Felix Immanuel Hoppe-Seyler, German physiological chemist, 1825–1895] see under tests.

**ho·qui·zil hy·dro·chlo·ride** (ho'kwi-zil) chemical name: 2-hydroxy-2-methylpropyl 4-(6,7-dimethoxy-4-quinazolinyl)-1-piperazinecarboxylate monohydrochloride; a bronchodilator, $C_{19}H_{26}N_4O_5 \cdot HCl$.

**Hor. decub.** abbreviation for L. ho'ra decu'bitus, at bedtime.

# McGraw-Hill
# Dictionary of
# Scientific and
# Technical
# Terms

## Fifth Edition

**Sybil P. Parker**

Editor in Chief

McGraw-Hill, Inc.

New York    San Francisco    Washington, D.C.
Auckland    Bogotá    Caracas    Lisbon    London    Madrid    Mexico City    Milan
Montreal    New Delhi    San Juan    Singapore    Sydney    Tokyo    Toronto

A87

On the cover: Photomicrograph of crystals of vitamin B$_1$.
(*Dennis Kunkel, University of Hawaii*)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

## McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fifth Edition

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

234567890    DOW/DOW    9987654

ISBN 0-07-042333-4

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms /
    Sybil P. Parker, editor in chief.—5th ed.
        p.    cm.
    ISBN 0-07-042333-4
    1. Science—Dictionaries.    2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34    1993
503—dc20                                          93-34772
                                                       CIP

## INTERNATIONAL EDITION

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

**A88**

plication to the study of a topological space via its homology groups.  { 'hä·mo¦läj·ə·kəl 'al·jə·brə }

**homologous** [BIOL] Pertaining to a suuctural relation between parts of different organisms due to evolutionary development from the same or a corresponding part, such as the wing of a bird and the pectoral fin of a fish. [GEOL] **1.** Referring to strata, in separated areas, that are correlatable (contemporaneous) and are of the same general character or facies, or occupy analogous structural positions along the strike. **2.** Pertaining to faults, in separated areas, that have the same relative position or structure.  { hə¦mäl·ə·gəs }

**homologous motion** [IND ENG] A motion produced by one set of muscles that can be substituted for an essentially similar motion performed by another set of muscles; the substitution is usually made in order to reduce the stress needed to perform a work task.  { hə¦mäl·ə·gəs 'mō·shən }

**homologous serum jaundice** [MED] A type of hepatitis caused by a filtrable virus that exists in the blood plasma and may be passed to another person through blood transfusion.  { hə¦mäl·ə·gəs 'sir·əm 'jón·dəs }

**homologous stimulus** [PHYSIO] A form of energy to which a specific sensory receptor is most sensitive.  { hə¦mäl·ə·gəs 'stim·yə·ləs }

**homologous transformation** [ASTRON] A mathematical transformation in the study of stellar models.  { hə¦mäl·ə·gəs ¦tranz·fər'mā·shən }

**homologous tumor** [MED] A neoplasm composed of tissue identical with those of the organ at the site of the tumor.  { hə¦mäl·ə·gəs 'tü·mər }

**homology** [BIOL] A fundamental similarity between structures or processes in different organisms that usually results from their having descended from a common ancestor. [CHEM] The relation among elements of the same group, or family, in the periodic table. [ORG CHEM] That state, in a series of organic compounds that differ from each other by a $CH_2$ such as the methane series $C_nH_{2n+2}$, in which there is a similarity between the compounds in the series and a graded change of their properties.  { hə'mäl·ə·jē }

**homology group** [MATH] Associated to a topological space $X$, one of a sequence of Abelian groups $H_n(X)$ that reflect how $n$-dimensional simplicial complexes can be used to fill up $X$ and also help determine the presence of $n$-dimensional holes appearing in $X$. Also known as Betti group.  { hə¦mäl·ə·jē ¦grüp }

**homology theory** [MATH] Theory attempting to compare topological spaces and investigate their structures by determining the algebraic nature and interrelationships appearing in the various homology groups.  { hə¦mäl·ə·jē ¦thē·ə·rē }

**homolysis** *See* homolytic cleavage.

**homolytic cleavage** [ORG CHEM] The breaking of a single (two-electron) bond in which one electron remains on each of the atoms.  Also known as free-radical reaction; homolysis.  { ¦häm·ə¦lid·ik 'klēv·ij }

**homometric pair** [CRYSTAL] A pair of crystal structures whose x-ray diffraction patterns are identical.  { ¦hä·mə¦me·trik 'per }

**homomorphism** [BOT] Having perfect flowers consisting of only one type. [MATH] A function between two algebraic systems of the same type which preserves the algebraic operations.  { ¦hä·mə'mór·fiz·əm }

**homomorphous transformation** [THERMO] A change in the values of the thermodynamic variables of a system in which none of the component substances undergoes a change of state.  { ¦hō·mə¦mórfəs ¦tranz·fər'mā·shən }

**homomorphs** [CHEM] Chemical molecules that are similar in size and shape, but not necessarily having any other characteristics in common.  { 'hä·mə,mórfs }

**Homoneura** [INV ZOO] A suborder of the Lepidoptera with mandibulate mouthparts, and fore- and hindwings that are similar in shape and venation.  { ¦hä·mə'nür·ə }

**homonomous hemianopsia** [MED] Partial blindness affecting the inner half of one field of vision or the outer half of the other; caused by optic nerve lesions posterior to the chiasma.  { hə'mān·ə·məs ¦hē·mē·ə'näp·sē·ə }

**homonuclear molecule** [CHEM] A diatomic molecule, both of whose atoms are of the same element.  { ¦hä·mō¦nü·klē·ər 'mäl·ə,kyül }

**homopause** [GEOPHYS] The level of transition between the

homosphere and the heterosphere; it lies about 50 to 56 miles (80 to 90 kilometers) above the earth.  { 'hä·mə,póz }

**homopetalous** [BOT] Having all petals identical.  { ¦hä·mə'ped·əl·əs }

**homoplastic** [BIOL] Pertaining to transplantation between individuals of the same species.  { ¦hō·mō'plas·tik }

**homoplastidy** [BOT] The condition of having one kind of plastid.  { ¦hō·mō'plas·təd·ē }

**homoplasy** [BIOL] Correspondence between organs or structures in different organisms acquired as a result of evolutionary convergence or of parallel evolution.  { 'hä·mə,plā·sē }

**homopolar** [ELEC] **1.** Electrically symmetrical. **2.** Having equal distribution of charge.  { ¦hä·mə'pō·lər }

**homopolar bond** [PHYS CHEM] A covalent bond whose total dipole moment is zero.  { ¦hä·mə'pō·lər 'bänd }

**homopolar crystal** [SOLID STATE] A crystal in which the bonds are all covalent.  { ¦hä·mə'pō·lər 'krist·əl }

**homopolar generator** [ELECTR] A direct-current generator in which the poles presented to the armature are all of the same polarity, so that the voltage generated in active conductors has the same polarity at all times; a pure direct current is thus produced, without commutation.  Also known as acyclic machine; homopolar machine; unipolar machine.  { ¦hä·mə'pō·lər 'jen·ə,rād·ər }

**homopolar machine** *See* homopolar generator.  { ¦hä·mə'pō·lər mə'shēn }

**homopolymer** [ORG CHEM] A polymer formed from a single monomer; an example is polyethylene, formed by polymerization of ethylene.  { ¦hä·mō'päl·ə·mər }

**homopolymer tail** [MOL BIO] A segment that contains only one sort of nucleotide at the 3' end of a deoxyribonucleic acid or ribonucleic acid molecule.  { ¦hä·mō'päl·ə·mər 'tāl }

**homopolysaccharide** [BIOCHEM] A polysaccharide which is a polymer of one kind of monosaccharide.  { ¦hä·mō,päl·ē'sak·ə,rīd }

**Homoptera** [INV ZOO] An order of the class Insecta including a large number of sucking insects of diverse forms.  { hō'mäp·tə·rə }

**Homo sapiens** [VERT ZOO] Modern human species; a large, erect, omnivorous terrestrial biped of the primate family Hominidae.  { ¦hō·mō 'sap·ē·ənz }

**homoscedastic** [STAT] **1.** Pertaining to two or more distributions whose variances are equal. **2.** Pertaining to a variate in a bivariate distribution whose variance is the same for all values of the other variate.  { ¦hä·mō·skə'das·tik }

**Homosclerophorida** [INV ZOO] An order of primitive sponges of the class Demospongiae with a skeleton consisting of equirayed, tetraxonid, siliceous spicules.  { ¦hä·mō¦skler·ə'fór·əd·ə }

**homoserine** [BIOCHEM] $C_4H_9O_3N$ An amino acid formed as an intermediate product in animals in the metabolic breakdown of cystathionine to cysteine.  { hō'mäs·ə,rēn }

**homosexual** [BIOL] Of, pertaining to, or being the same sex.  [PSYCH] **1.** Of, pertaining to, or exhibiting homosexuality. **2.** One who practices homosexuality.  { ¦hō·mə'sek·shə·wəl }

**homosexuality** [PSYCH] **1.** State of being sexually attracted to members of the same sex. **2.** A form of homoerotism involving sexual interest without genital expression.  { ¦hō·mə,sek·shə'wal·əd·ē }

**homosexual panic** [PSYCH] An acute syndrome that comes as a climax of prolonged tension from unconscious homosexual conflicts or sometimes bisexual tendencies.  { ¦hō·mə'sek·shə·wəl 'panik }

**homosphere** [METEOROL] The lower portion of a two-part division of the atmosphere (the upper portion is the heterosphere) according to the general homogeneity of atmospheric composition; the region in which there is no gross change in atmospheric composition, that is, all of the atmosphere from the earth's surface to about 50 to 62 miles (80–100 kilometers).  { 'hä·mə,sfir }

**homospory** [BOT] Production of only one kind of asexual spore.  { hə'mäs·pə·rē }

**homothallic** [MYCOL] Having genetically compatible hyphae and therefore forming zygospores from two branches of the same mycelium.  { ¦hä·mō'thal·ik }

**homothetic curves** [MATH] For a given point, a set of curves such that any straight line through the point intersects all the curves in the set at the same angle.  { ¦hä·mə¦thed·ik 'kərvz }

**homothetic figures** [MATH] Similar figures which are placed

convergence or of parallel evolution.   { ˌhä·mə·plä·sē }

**homopolar**   [ELEC]   **1.** Electrically symmetrical.   **2.** Having equal distribution of charge.   { ˌhä·mə'pō·lər }

**homopolar bond**   [PHYS CHEM]   A covalent bond whose total dipole moment is zero.   { ˌhä·mə'pō·lər 'bänd }

**homopolar crystal**   [SOLID STATE]   A crystal in which the bonds are all covalent.   { ˌhä·mə'pō·lər 'krist·əl }

**homopolar generator**   [ELECTR]   A direct-current generator in which the poles presented to the armature are all of the same polarity, so that the voltage generated in active conductors has the same polarity at all times; a pure direct current is thus produced, without commutation.   Also known as acyclic machine; homopolar machine; unipolar machine.   { ˌhä·mə'pō·lər 'jen·ə,rād·ər }

**homopolar machine**   *See* homopolar generator.   { ˌhä·mə'pō·lər mə'shēn }

**homopolymer**   [ORG CHEM]   A polymer formed from a single monomer; an example is polyethylene, formed by polymerization of ethylene.   { ˌhä·mō'päl·ə·mər }

**homopolymer tall**   [MOL BIO]   A segment that contains only one sort of nucleotide at the 3′ end of a deoxyribonucleic acid or ribonucleic acid molecule.   { ˌhō·mə'päl·i·mər 'tāl }

**homopolysaccharide**   [BIOCHEM]   A polysaccharide which is a polymer of one kind of monosaccharide.   { ˌhä·mō,päl·ē'sak·ə,rīd }

**Homoptera**   [INV ZOO]   An order of the class Insecta including a large number of sucking insects of diverse forms.   { hō'mäp·tə·rə }

**Homo sapiens**   [VERT ZOO]   Modern human species; a large, erect, omnivorous terrestrial biped of the primate family Hominidae.   { ˈhō·mō 'sap·ē·ənz }

**homoscedastic**   [STAT]   **1.** Pertaining to two or more distributions whose variances are equal.   **2.** Pertaining to a variate in a bivariate distribution whose variance is the same for all values of the other variate.   { ˌhä·mō·skə'das·tik }

**Homosclerophorida**   [INV ZOO]   An order of primitive sponges of the class Demospongiae with a skeleton consisting of equirayed, tetraxonid, siliceous spicules.   { ˌhä·mō'skler·ə'för·ə·də }

**homoserine**   [BIOCHEM]   $C_4H_9O_3N$   An amino acid formed as an intermediate product in animals in the metabolic breakdown of cystathionine to cysteine.   { hə'mäs·ə,rēn }

**homosexual**   [BIOL]   Of, pertaining to, or being the same sex. [PSYCH]   **1.** Of, pertaining to, or exhibiting homosexuality.   **2.** One who practices homosexuality.   { ˌhō·mə'sek·shə·wəl }

**homosexuality**   [PSYCH]   **1.** State of being sexually attracted to members of the same sex.   **2.** A form of homoerotism involving sexual interest without genital expression.   { ˌhō·mə,sek·shə'wal·əd·ē }

**A90**

*The Voice of Authority*

# Merriam Webster's Collegiate® Dictionary

## TENTH EDITION

**America's foremost dictionary publisher continues its 150-year tradition of excellence with this new edition of America's best-selling dictionary.**

A91



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
          p.     cm.
     Includes index.
     ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
  — ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
     1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36      1993
423—dc20                                                    93-20206
                                                              CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

     6RMcN93

**556   homolysis ● honeysuckle**

of the same individual   **3** : similarity of nucleotide or amino-acid sequence in nucleic acids, peptides, or proteins   **4** : a branch of the theory of topology concerned with partitioning space into geometric components (as points, lines, and triangles) and with the study of the number and interrelationships of these components esp. by the use of group theory — called also *homology theory;* compare COHOMOLOGY

**ho·mo·lyt·ic** \hō-mə-'li-tik, ‚hä-\ *adj* (1941) *of a chemical compound* : decomposing into two uncharged atoms or radicals — **ho·mol·y·sis** \hō-'mä-lə-səs\ *n*

**ho·mo·mor·phism** \‚hō-mə-'mor-‚fi-zəm, ‚hä-\ *n* [ISV] (1935) : a mapping of a mathematical set (as a group, ring, or vector space) into or onto another set or itself in such a way that the result obtained by applying the operations to elements of the first set is mapped onto the result obtained by applying the corresponding operations to their respective images in the second set — **ho·mo·mor·phic** \-fik\ *adj*

**ho·mo·nu·cle·ar** \‚hō-mō-'nü-klē-ər, ‚hä-, -'nyü-, -ə-kyə-lər\ *adj* (1930) : of or relating to a molecule composed of identical nuclei

**hom·onym** \'hä-mə-‚nim, 'hō-\ *n* [L *homonymum,* fr. Gk *homōnymon,* fr. neut. of *homōnymos*] (1697)   **1** a : HOMOPHONE   b : HOMOGRAPH   c : one of two or more words spelled and pronounced alike but different in meaning (as the noun *quail* and the verb *quail*)   **2** : NAMESAKE   **3** : a taxonomic designation rejected as invalid because the identical term has been used to designate another group of the same rank — compare SYNONYM — **hom·onym·ic** \‚hä-mə-'ni-mik, ‚hō-\ *adj*

**hom·on·y·mous** \hō-'mä-nə-məs\ *adj* [L *homonymus* having the same name, fr. Gk *homōnymos,* fr. *homo-* + *onyma, onoma* name — more at NAME] (1621)   **1** : AMBIGUOUS   **2** : having the same designation   **3** : of, relating to, or being homonyms — HOMONYMIC — **hom·on·y·mous·ly** *adv*

**hom·on·y·my** \-mē\ *n* (1597) : the quality or state of being homonymous

**ho·mo·ou·si·an** \‚hō-mō-'ü-zē-ən, hä-, -'ü-sē-\ *n* [LGk *homoousios* of the same substance, fr. Gk *hom-* + *ousia* substance — more at HOMOUSIAN] (1565) : an adherent of an ecclesiastical party of the 4th century holding to the doctrine of the Nicene Creed that the Son is of the same substance with the Father

**ho·mo·phile** \'hō-mə-‚fīl\ *adj* [*hom-* + *-phil*] (1960) : GAY   **4b**

**ho·mo·pho·bia** \‚hō-mə-'fō-bē-ə\ *n* (1969) : irrational fear of, aversion to, or discrimination against homosexuality or homosexuals — **ho·mo·pho·bic** \-'fō-bik\ *adj*

**ho·mo·phone** \'hä-mə-‚fōn, 'hō-\ *n* [ISV] (1843)   **1** : one of two or more words pronounced alike but different in meaning or derivation or spelling (as the words *to, too,* and *two*)   **2** : a character or group of characters pronounced the same as another character or group — **ho·moph·o·nous** \hä-'mä-fə-nəs\ *adj*

**ho·mo·phon·ic** \‚hä-mə-'fä-nik, ‚hō-, -'fō-\ *adj* [Gk *homophōnos* being in unison, fr. *hom-* + *phōnē* sound — more at BAN] (ca. 1879)   **1** : CHORDAL   **2** : of or relating to homophones — **ho·moph·o·ny** \hō-'mä-fə-nē\ *n*

**ho·mo·plas·tic** \‚hō-mə-'plas-tik, ‚hä-\ *adj* (1870)   **1** : of or relating to homoplasy   **2** : of, relating to, or derived from another individual of the same species (~ grafts)

**ho·mo·pla·sy** \'hō-mə-‚plā-sē, 'hä-, -‚plä-; hō-'mä-plə-sē\ *n* (1870) : correspondence between parts or organs acquired as the result of parallel evolution or convergence

**ho·mo·po·lar** \‚hō-mō-'pō-lər, ‚hä-\ *adj* (1896)   **1** *of a motor or generator* : using or producing direct current without the use of commutators   **2** : of or relating to a union of atoms of like polarity : NONIONIC

**ho·mo·pol·y·mer** \-'pä-lə-mər\ *n* (1946) : a polymer (as polyethylene) consisting of identical monomer units — **ho·mo·pol·y·mer·ic** \-‚pä-lə-'mer-ik\ *adj*

**ho·mop·ter·an** \hō-'mäp-tə-rən\ *n* [ultim. fr. Gk *hom-* + *pteron* wing — more at FEATHER] (ca. 1842) : any of a large order or suborder (Homoptera) of insects (as cicadas, aphids, and scale insects) that have sucking mouthparts — **homopteran** *adj*, **ho·mop·ter·ous** \-rəs\ *adj*

*homos* pl of HOMO

**Ho·mo sa·pi·ens** \‚hō-(‚)mō-'sā-pē-ənz, -ənz, *esp Brit* -'sa-pē-ənz\ *n* [NL, species name, fr. *Homo,* genus name + *sapiens,* specific epithet, fr. L *wise,* intelligent — more at HOMO, SAPIENT] (1802) : HUMANKIND

**ho·mo·sex·u·al·i·ty** \‚hō-mō-‚sek-shə-'wa-lə-tē, -‚sek-shə-'wä-lə-tē\ *n* (1892) **1** : of, relating to, or characterized by a tendency to direct sexual desire toward another of the same sex   **2** : of, relating to, or involving sexual intercourse between persons of the same sex — **ho·mo·sex·u·al·ly** *adv*

**homosexual** \(1902) : a homosexual person and esp. a male

**ho·mo·sex·u·al·i·ty** \‚hō-mə-‚sek-shə-'wa-lə-tē\ *n* (1892)   **1** : the quality or state of being homosexual   **2** : erotic activity with another of the same sex

**ho·mo·spo·rous** \‚hō-mə-'spor-əs, ‚hä-, -'spür-; hō-'mäs-pə-rəs\ *adj* (1887) : producing asexual spores of one kind only

**ho·mo·spo·ry** \‚hō-mə-'spor-ē, 'hä-, -'spor-; hō-'mäs-pə-rē\ *n* (1903) : the production by various plants (as the club mosses and horsetails) of asexual spores of only one kind

**ho·mo·thal·lic** \‚hō-mə-'tha-lik\ *adj* [*hom-* + Gk *thallein* to sprout, grow — more at THALLUS] (1904)   **1** : having a haploid phase that produces two kinds of gametes capable of fusing to form a zygote — used esp. of algae and fungi   **2** : MONOECIOUS — **ho·mo·thal·lism** \-'tha-‚li-zəm\ *n*

**ho·mo·trans·plant** \‚hō-mō-'tran(t)s-‚plant, ‚hä-\ *n* (1927) : HOMOGRAFT — **ho·mo·trans·plan·ta·tion** \-‚tran(t)s-‚plan-'tā-shən\ *n*

**ho·mo·zy·go·sis** \‚hō-mə-zī-'gō-səs, ‚hä-\ *n* [NL] (1905) : HOMOZYGOSIS

**ho·mo·zy·gos·i·ty** \-'gä-sə-tē\ *n* (1916) : the state of being homozygous

**ho·mo·zy·gote** \‚hō-mə-'zī-‚gōt, ‚hä-\ *n* (1902) : a homozygous individual

**ho·mo·zy·gous** \-'zī-gəs\ *adj* (1902) : having the two genes at corresponding loci on homologous chromosomes identical for one or more loci — **ho·mo·zy·gous·ly** *adv*

**ho·mun·cu·lus** \hō-'məŋ-kyə-ləs\ *n, pl* **-li** \-‚lī, -‚lē\ [L, dim. of *homin-, homo* man — more at HOMAGE] (1656)   **1** : a little man : MANIKIN   **2** : a miniature adult that in the theory of preformation is held to inhabit the germ cell and to produce a mature individual merely by an increase in size

**homy** *var of* HOMEY

**hon** \'hən\ *n* (ca. 1906) : HONEY   **2a**

**hon·cho** \'hän-(‚)chō\ *n, pl* **honchos** [Jp *hanchō* squad leader, fr. *han* squad + *chō* head, chief] (1947) : BOSS, BIG SHOT; *also* : HOTSHOT

**¹hone** \'hōn\ *n* [ME, fr. OE *hān* stone; akin to ON *hein* whetstone, L *con-, cos,* Skt *śiśāti* he whets] (1541) : WHETSTONE

**²hone** *vt* **honed; hon·ing** (1826)   **1** : to sharpen or smooth with a whetstone   **2** : to make smooth, acute, or intense, or effective : WHET (helped her ~ her comic timing —Patricia Bosworth) — **hon·er** *n*

**³hone** *vi* **honed; hon·ing** [ME *hangen* to grumble] (1600)   **1** *dial* : YEARN — often used with *for* or *after*   **2** *dial* : GRUMBLE, MOAN

**¹hone in** *vi* [alter. of *home in*] (1955)   **1** : to move toward or focus attention on an objective (looking back for the ball *honing in* —George Plimpton) (a missile *honing in* on its target —Bob Greene) (hones in on the lights and victories of the common man —Lisa Russell)
*usage* The few commentators who have noticed *hone in* consider it to be a mistake for *home in.* It may have arisen from *home in* by the weakening of the \n\ sound to \n\ or may perhaps simply be due to the influence of *hone.* Even though it seems to have established itself in American English (and its meaning in a British usage book suggests it is used in British English too), your use of it esp. in writing is likely to be called a mistake. *Home in* or in figurative use *zero in* is an easy alternative.

**¹hon·est** \'ä-nəst\ *adj* [ME, fr. MF *honeste,* fr. L *honestus* honorable, fr. *honos, honor* honor] (14c)   **1** a : free from fraud or deception : LEGITIMATE, TRUTHFUL (an ~ plea)   b : GENUINE, REAL (making ~ stops at stop signs —*Christian Science Monitor*)   c : HUMBLE, PLAIN (good ~ food)   **2** a : REPUTABLE, RESPECTABLE (~ decent people)   b *chiefly Brit* : GOOD, WORTHY   **3** : CREDITABLE, PRAISEWORTHY (an ~ day's work)   **4** a : marked by integrity   b : marked by free, forthright, and sincere expression : FRANK (an ~ appraisal)   c : INNOCENT, SIMPLE
*syn* see UPRIGHT

**²honest** \'ä-nəst\ *adv* (1596)   **1** : in an honest manner : HONESTLY (I have ever found thee ~ true —Shak.)   **2** : with all sincerity (I didn't do it, ~)

**honest broker** *n* (ca. 1884) : a neutral mediator

**hon·est·ly** \'ä-nəst-lē\ *adv* (14c)   **1** : in an honest manner: as a : without cheating (counted the ballots ~)   b : REALLY, GENUINELY (was ~ scared)   c : without frills (food ~ prepared)   **2** : to be honest : to tell the truth (~, I don't know)

**hon·es·ty** \'ä-nəs-tē\ *n, pl* **-ties** (14c)   **1** *obs* : CHASTITY   **2** a : fairness and straightforwardness of conduct   b : adherence to the facts : SINCERITY   **3** : any of a genus (*Lunaria*) of European herbs of the mustard family with toothed leaves and flat disk-shaped siliques
*syn* HONESTY, HONOR, INTEGRITY, PROBITY mean uprightness of character or action. HONESTY implies a refusal to lie, steal, or deceive in any way. HONOR suggests an active or anxious regard for the standards of one's profession, calling, or position. INTEGRITY implies trustworthiness and incorruptibility to a degree that one is incapable of being false to a trust, responsibility, or pledge. PROBITY implies tried and proven honesty or integrity.

**¹hon·ey** \'hə-nē\ *n, pl* **honeys** [ME *hony,* fr. OE *hunig;* akin to OHG *honag* honey, L *canicae* bran] (bef. 12c)   **1** a : a sweet viscid material elaborated out of the nectar of flowers in the honey sac of various bees   b : a sweet fluid resembling honey that is collected or elaborated by various insects   **2** a : a loved one : SWEETHEART, DEAR   b : a superlative example   **3** : the quality or state of being sweet : SWEETNESS

**²honey** *vb* **hon·eyed** *also* **hon·ied** \'hə-nēd\; **hon·ey·ing** *vt* (14c)   **1** : to sweeten with or as if with honey   **2** : to speak ingratiatingly to : FLATTER ~ *vi* : to use blandishments or cajolery

**³honey** *adj* (14c)   **1** : of, relating to, or resembling honey   **2** : much loved

**hon·ey·bee** \'hə-nē-‚bē\ *n* (15c) : a honey-producing bee (*Apis* and related genera); *esp* : a European bee (*A. mellifera*) introduced world-wide and kept in hives for the honey it produces

**hon·ey·comb** \-‚kōm\ *n* (bef. 12c)   **1** : a mass of hexagonal wax cells built by honeybees in their nest to contain their brood and stores of honey   **2** : something that resembles a honeycomb in structure or appearance; *esp* : a strong lightweight cellular structural material

**²honeycomb** *vt* (1774)   **1** a : to cause to be full of cavities like a honeycomb   b : to make into a checkered pattern : FRET   **2** a : to penetrate into every part : FILL   b : SUBVERT, WEAKEN ~ *vi* : to become pitted, checked, or cellular

**hon·ey·creep·er** \'hə-nē-‚krē-pər\ *n* (1872)   **1** : any of numerous small bright-colored oscine birds (esp. genus *Cyanerpes* and *Chlorophanes* of the family Coerebidae) of tropical America   **2** : any of a family (Drepanididae) of oscine birds that are found only in Hawaii

**hon·ey·dew** \-‚dü, -‚dyü\ *n* (1577)   **1** : a saccharine deposit secreted on the leaves of plants usu. by aphids or scale insects or sometimes by a fungus

**honeydew melon** *n* (1916) : a pale smooth-skinned winter melon with sweet greenish flesh

**hon·ey·eat·er** \-‚ē-tər\ *n* (1822) : any of a family (Meliphagidae) of oscine birds chiefly of the So. Pacific that have a long protrusible tongue adapted for extracting nectar and small insects from flowers

**hon·ey·guide** \-‚gīd\ *n* (1777) : any of a family (Indicatoridae) of small plainly-colored nonpasserine birds that inhabit Africa, the Himalayas, and the East Indies and that include some which lead people or animals to the nests of bees

**honey locust** *n* (1743) : a tall usu. spiny No. American leguminous tree (*Gleditsia triacanthos*) with very hard wood and long twisted pods containing a sweet edible pulp and seeds that resemble beans

**hon·ey·moon** \'hə-nē-‚mün\ *n* [fr. the idea that the first month of marriage is the sweetest] (1546)   **1** : a period of harmony immediately following marriage   **2** : a period of unusual harmony esp. following the establishment of a new relationship   **3** : a trip or vacation taken by a newly married couple — **honeymoon** *vi* — **hon·ey·moon·er** *n*

**honey sac** *n* (ca. 1909) : a distension of the esophagus of a bee in which honey is elaborated — called also *honey stomach*

**hon·ey·suck·le** \'hə-nē-‚sə-kəl\ *n* [ME *honysoukel* clover, alter. of *honysouke,* fr. OE *hunisūce,* fr. *hunig* honey + *sūcan* to suck] (1548)

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock
Gove and the Merriam-Webster editorial staff.
          p.     cm.
    ISBN 0-87779-201-1

    1. English language—Dictionaries.    I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                    93-10630
                                              CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be
reproduced or copied in any form or by any means—graphic, electronic, or mechanical,
including photocopying, taping, or information storage and retrieval systems—without
written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA
484950QPH9796

**A95**

homo·kary·o·sis *or* homo·cary·o·sis \...+kærˈōsəs\ *n -ses* [NL, fr. homokaryon, homocaryon + -osis] : the condition of having homokaryons



homolosine projection

honos *al* of HOMO

# Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2009

---

# homo-

before a vowel **hom-**.    **a.** combining form of Gr. ὁμός same; a formative of many scientific and other terms, often in opposition to *hetero-*. The more important of these, with their derivatives, will be found in their alphabetical places; others, of less importance or frequency, follow here.

The pronunciation of the first syllable, with primary or secondary stress, varies; etymologically the *o* is short (ɒ) and is so usually pronounced by scholars (cf. HOLO-); but popularly it is often (əʊ); when stressless it is (əʊ) (though some make it (ɒ)).

**homacanth** (ˈhɒməkænθ) *a. Ichth.* [Gr. ἄκανθα thorn, spine], having the spines of the dorsal and anal fins symmetrical; opp. to *heteracanth;* **homatomic** (ˌhɒməˈtɒmɪk) *a.,* consisting of like atoms; opp. to *heteratomic;* **homaxonial** (-ækˈsəʊnɪəl), **homaxonic** (-ækˈsɒnɪk) *adjs.,* in *Morphol.,* having all the axes equal; **homobaric** (-ˈbærɪk) *a.* [Gr. βάρος weight], of uniform weight; **homoblastic** (ˌhɒməʊˈblæstɪk) *a. Biol.* [Gr. βλαστός germ], arising from cells of the same kind; opp. to *heteroblastic;* **homobranchiate** (-ˈbræŋkɪət) *a. Zool.* [Gr. βράγχια gills], having gills of uniform structure; applied to decapod crustaceans; opp. to *heterobranchiate;* **homocarpous** (-ˈkɑːpəs) *a. Bot.* [Gr. καρπός fruit], applied to composite plants in which all the fruits arising from a flower-head are alike; opp. to *heterocarpous;* **homocategoric** (ˌhɒməʊkætˈgɒrɪk) *a.* [see CATEGORIC], belonging to the same category; '**homocharge**, the charge on an electret polarized in the same direction as the original polarizing field; **homochiral** (ˌhɒməʊˈkaɪərəl) *a.* [Gr. χείρ hand], of identical form and turned in the same direction, as two right or two left hands; opp. to *heterochiral;* hence **homoˈchirally** *adv.;* **homochlaˈmydeous** *a. Bot.* [Gr. χλαμύς cloak], having the outer and inner layers of the perianth alike, not differentiated into sepals and petals; †**homoˈchresious** (erron. **-cresious**) *a. Obs.* [Gr. χρῆσις use], relating to the same commodity or use; opp. to *heterochresious;* **homochromic** (-ˈkrəʊmɪk), **-chromous** (-ˈkrəʊməs) *adjs.* [Gr. χρῶμα colour], of the same colour, as the florets of most *Compositæ;* opp. to *heterochromous;* see also quot. 1876; **homochromy** *Zool.,* cryptic colouring (of an animal); **homochronous** (hɒˈmɒkrənəs) *a.* [Gr. χρόνος time], occurring at the same time, or at corresponding times (cf. HETEROCHRONOUS); **homoˈcyclic** *a. Chem.,* containing or designating a ring formed of atoms of a single element; **homodemic** (-ˈdemɪk) *a.* [Gr. δῆμος people, tribe] = *homophylic;* **homodermatous** (-ˈdɜːmətəs), **-dermous** (-ˈdɜːməs) *adjs. Zool.* [Gr. δέρμα skin], having the skin or integument of uniform structure, as certain serpents; opp. to *heterodermatous;* **homoˈdermic** *a. Biol.* [as prec.], derived from, or relating to derivation from, the same primary blastoderm (endoderm, mesoderm, or ectoderm) of the embryo; **homoˈdesmic** *a. Chem.* [Gr. δεσμ-ός bond], containing

**A97**

only a single kind of chemical bond; **homodynamic** *a. Ent.* [ad. F. *homodyname* (E. Roubaud 1922, in *Bull. Biol. de la France et de la Belg.* LVI. 470)], (of an insect, its life cycle, etc.) characterized by a continuous succession of generations throughout the year, so long as reasonably favourable conditions prevail; **homodynamous** (hɒməʊˈdɪnəməs) *a. Comp. Anat.* [Gr. δύναμις power, force], (*a*) having the same force or value; applied (after Gegenbaur) to parts serially homologous; (*b*) = *homodynamic*; so **homodynamy** (-ˈdɪnəmɪ), the condition of being homodynamous; **homodyne** [after HETERODYNE], a name given to a radio receiver and a method of detection which employs a local oscillator tuned to the carrier frequency of the detected signal; **homogangliate** (-ˈgæŋglɪət) *a. Zool.*, having the ganglia of the nervous system symmetrically arranged, as in the *Articulata*; opp. to *heterogangliate*; **homoglot** (ˈhɒməglɒt) *a.* [Gr. -γλωττος - tongued; cf. *polyglot*], having the same language; **homoˈhedral** *a.* [Gr. ἕδρα seat, base], (properly) having like or corresponding faces; but used by Miller as = HOLOHEDRAL; **homojunction** *Electronics* [JUNCTION 2b], an area of contact between different conductivity types of a single semiconducting material; **homoˈlateral** *a.*, on or affecting the same side of the body; **homoˈlecithal** *a. Embryol.* [Gr. λέκιθος yolk of an egg], (of an egg cell) having the yolk uniformly distributed throughout the cytoplasm; **homomalous** (hɒʊˈmɒmələs) *a. Bot.* [Gr. ὁμαλός even, level], applied to leaves or branches (esp. of mosses) which turn in the same direction: opp. to *heteromalous*; **hoˈmomeral**, **-ˈomerous** *adjs.* [Gr. μέρος part], having like or corresponding parts (*Cent. Dict.*); **homoˈmetrical** *a.*, in the same metre; hence **homoˈmetrically** *adv.*; **homoˈmorphosis** *Biol.*, the regeneration of an organ or part similar to the one lost; **homonemeous** ( -ˈniːmɪəs) *a. Bot.* [Gr. νῆμα thread, filament], applied (after Fries) to algæ and fungi in which the filaments in germination produce a homogeneous body; opp. to *heteronemeous* (Mayne *Expos. Lex.* 1854); **homo-organ** *Biol.* = HOMOPLAST 2; **homopathy** (hɒʊˈmɒpəθɪ) [Gr. ὁμοπάθεια, f. πάθος suffering], sameness of feeling, sympathy (cf. HETEROPATHY); **homoperiˈodic** *a.*, agreeing in having the same periods; **homopetalous** (-ˈpetələs) *a. Bot.*, having the petals alike; opp. to *heteropetalous* (Mayne 1854); **homophyadic** (-faˈrædɪk) *a. Bot.* [late Gr. φυάς, φυαδ- shoot, sucker], producing only one kind of stem, as some species of *Equisetum*; opp. to *heterophyadic*; **homophylic** (-ˈfɪlɪk) *a. Biol.* [cf. Gr. ὁμόφυλος of the same race or stock], belonging to the same race; relating to homophyly; **homophyllous** (hɒməʊˈfɪləs) *a. Bot.* [Gr. φύλλον leaf], 'having leaves or leaflets all alike' (Mayne 1854); opp. to *heterophyllous*; **homophyly** (hɒʊˈmɒfɪlɪ) [Gr. ὁμοφυλία], the condition of being of the same race; **homoˈpolymer** *Chem.*, a polymer formed from only one kind of monomer; so **homopolyˈmeric** *a.*; **homopolymeriˈzation** *Chem.* [a. G. *homopolymerisation* (T. Wagner-Jauregg 1930, in *Ber. d. Deut. Chem. Ges.* LXIII. 3213)], a reaction in which identical molecules become joined, forming a homopolymer; so **homoˈpolymerize** *v. trans.* and *intr.*, to form a homopolymer (of); **homopolyˈsaccharide** *Chem.*, any polysaccharide composed of molecules of a single monosaccharide; **homoproral** ( -ˈprɔərəl) *a. Zool.* [L. *prōra* prow], having equal or similar proræ, as a pterocymba in sponges; opp. to *heteroproral*; **hoˈmorgan** *Biol.* = *homo-organ*;

**A98**

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
and the Merriam-Webster editorial staff.
p.   cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case).—ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries.  I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be
reproduced or copied in any form or by any means—graphic, electronic, or me-
chanical, including photocopying, taping, or information storage and retrieval
systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

# EXHIBIT 5

**acrophobia**

**actinic glass**



pediment showing three aerotera [a]

# EXHIBIT 6

## Summary of Biocompatible Definitions in Cordis's Briefs and Declarations

- Biocompatibility: "[t]he ability of a material to perform with an appropriate host response in a specific application." J.S. Temenoff & A.G. Mikos, *Biomaterials: (The Intersection of Biology and Materials Science* 2 (2008).)

- Biocompatible material: "[o]ne having acceptable host and material response in specific application." (*Biological Performance of Materials* at 444-45 (1999).)

- Biocompatibility: [t]he ability of a material to perform with an appropriate host response in a specific application. (*Id.*)

- Biocompatibility: "[t]he property of being biologically compatible by not producing a toxic, injurious, or immunological response in living tissue: As a result of its strength and biocompatibility, the material is often used in medical devices." (*American Heritage Dictionary of the English Language* at 188 (3d ed. 1992).)

- Biocompatibility: "the capability of being harmonious with biological life without causing toxic or injurious effects." (*Academic Press Dictionary of Science and Technology* at 259 (1992).)

- Biocompatibility: "compatibility with living tissue or a living system by not being toxic or injurious and not causing immunological rejection." (*Merriam-Webster's Collegiate Dictionary* at 114 (10th ed. 1993).)

**A102**

# BIOMATERIALS

## The Intersection of Biology and Materials Science



## J. S. Temenoff | A. G. Mikos

# Biomaterials
# The Intersection of Biology
# and Materials Science

## J. S. Temenoff

*Wallace H. Coulter Department of Biomedical Engineering*
*Georgia Tech and Emory University, Atlanta, GA*

## A. G. Mikos

*Departments of Bioengineering and Chemical and Biomolecular Engineering*
*Rice University, Houston, TX*



Upper Saddle River, New Jersey 07458

Library of Congress Cataloging-in-Publication Data on file.

Editorial Director, Computer Science, Engineering, and Advanced Mathematics: *Marcia J. Horton*
Senior Editor: *Holly Stark*
Editorial Assistant: *Jennifer Lonschein*
Senior Managing Editor: *Scott Disanno*
Production Editor: *Irwin Zucker*
Art Director: *Jayne Conte*
Cover Designer: *Bruce Kenselaar*
Art Editor: *Thomas Benfatti*
Manufacturing Manager: *Alexis Heydt-Long*
Manufacturing Buyer: *Lisa McDowell*
Senior Marketing Manager: *Tim Galligan*



© 2008 Pearson Education, Inc.
Pearson Prentice Hall
Pearson Education, Inc.
Upper Saddle River, New Jersey 07458

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

The author and publisher of this book have used their best efforts in preparing this book. These efforts include the development, research, and testing of the theories and programs to determine their effectiveness. The author and publisher make no warranty of any kind, expressed or implied, with regard to these programs or the documentation contained in this book. The author and publisher shall not be liable in any event for incidental or consequential damages in connection with, or arising our of, the furnishing, performance, or use of this material.

Printed in the United States of America
10   9   8   7   6   5   4   3   2   1

ISBN 0-13-009710-1
     978-0-13-009710-1

Pearson Education LTD., *London*
Pearson Education Australia Pry, Limited, *Sydney*
Pearson Education Singapore, Pte. Ltd
Pearson Education North Asia Ltd., *Hong Kong*
Pearson Education Canada, Ltd., *Toronto*
Pearson Education de Mexico, S.A. de C.V.
Pearson Education Japan, *Tokyo*
Pearson Education Malaysia, Pte. Ltd.
Pearson Education, Inc., *Upper Saddle River, New Jersey*

A105

# Materials for Biomedical Applications



## 1.1   Introduction to Biomaterials

This chapter is designed to provide a general overview of the breadth of the field of biomaterials and discuss briefly all the aspects of this discipline that will be explored more fully in later chapters. In addition, it provides important basic definitions and background information for the remainder of the book. The chapter begins with a discussion of the scope and history of biomaterials science and the role of the bio-materialist. In later sections, degradative, surface and bulk properties of materials are related to the choices incumbent upon biomaterialists as they design/select the optimal material for particular applications. Finally, a review of basic chemical principles underlying important material properties is presented.

### 1.1.1   Important Definitions

Biomaterials is a wide-ranging field, encompassing aspects of basic biology, medicine, engineering, and materials science, that has developed to its current form primarily

since World War II. Because of the breadth of the field, confusion often exists about what a biomaterial is, and, in particular, the role of the biomaterialist in modern medicine. Therefore, we begin our discussion of biomaterials science with key definitions to better characterize the discipline.

According to a consensus decision by a panel of experts, a biomaterial is

> A material intended to interface with biological systems to evaluate, treat, augment, or replace any tissue, organ or function of the body [1].

Therefore, **biomaterials science** is the study of biomaterials and their interactions with the biological environment [2]. This includes subjects relating to materials science, such as mechanical properties of materials or surface modification of implants, as well as biological topics such as immunology, toxicology, and wound healing processes.

Regardless of which aspect of biomaterials science is addressed, the "bio" of "biomaterial" cannot be forgotten. Because the overall goal of the field is the development of materials that will be implanted in humans, one of the most important concepts in biomaterials science is that of *biocompatibility*. According to another consensus definition, **biocompatibility** is

> The ability of a material to perform with an appropriate host response in a specific application [1].

Thus, a **biomaterialist**, as a practitioner of biomaterials science, is responsible for alterations to the composition of a biomaterial and/or its fabrication process in order to control the biological response and produce an implant with maximal biocompatibility. As the above definitions indicate, a biomaterialist must consider both the material properties and the biological reaction to ensure that the chosen material is appropriate for the given application. Therefore, this book will address both the materials science (Chapters 1-7) and the biological (Chapters 8-14) aspects of biomaterials, with the goal of introducing principles to guide future biomaterialists in the selection and development of optimal materials for a wide variety of applications and implantation sites.

## EXAMPLE PROBLEM 1.1

Are the following items biomaterials? Why or why not?

(a) contact lens
(b) splinter
(c) vascular graft
(d) crutches

**Solution:**   "A biomaterial is a material intended to interface with biological systems to evaluate, treat, augment, or replace any tissue, organ or function of the body [1]." (a) and (c) are biomaterials according to this definition. (a) interfaces with the ocular environment to augment the light-focusing function of the eye for vision. Similarly, (c) interfaces with the vascular environment to replace vascular (venous/arterial) function. (b) is not intended to interface with the biological environment or to serve a biological function. (d) could be viewed either as a biomaterial or not by the given definition. It depends upon the justification of the terms "augment," "replace," and "interface." ∎

## 1.1.2 History and Current Status of the Field

Although we consider biomaterials a relatively young field, its origins date back thousands of years. Archaeologists have uncovered remains of humans containing

# Biological Performance of Materials

## Fundamentals of Biocompatibility

### Third Edition, Revised and Expanded

**Jonathan Black**

*Clemson University*
*Clemson, South Carolina*



MARCEL DEKKER, INC.                    NEW YORK · BASEL

**A108**



**ISBN: 0-8247-7106-0**

This book is printed on acid-free paper.

**Headquarters**
Marcel Dekker, Inc.
270 Madison Avenue, New York, NY 10016
tel: 212-696-9000; fax: 212-685-4540

**Eastern Hemisphere Distribution**
Marcel Dekker AG
Hutgasse 4, Postfach 812, CH-4001 Basel, Switzerland
tel: 41-61-261-8482; fax: 41-61-261-8896

**World Wide Web**
http://www.dekker.com
The publisher offers discounts on this book when ordered in bulk quantities. For more
information, write to Special Sales/Professional Marketing at the headquarters address
above.

**Copyright © 1999 by Marcel Dekker, Inc. All Rights Reserved.**

Neither this book nor any part may be reproduced or transmitted in any form or by any
means, electronic or mechanical, including photocopying, microfilming, and recording,
or by any information storage and retrieval system, without permission in writing from
the publisher.

Current printing (last digit):
10  9  8  7  6  5  4  3  2  1

**PRINTED IN THE UNITED STATES OF AMERICA**

**A109**

There have been international consensus conferences in 1987 (Williams, 1987) and 1991 (Williams, et al., 1992) at which have attempts were made to develop a standard core nomenclature for biomaterials. All of the definitions considered at these two meetings are included in the following two sections. Adopted ones are identified as follows:*—1987 conference consensus definition;†—1987 conference provisional definition;‡—1991 conference consensus definition.

Beyond these specialized terms, the vocabulary of biomaterials is still drawn from a broad base in the engineering and scientific disciplines. Many of the terms used have common meanings, so a popular dictionary can be used. For medical terms, a more specialized source is required. There are many medical dictionaries available; Dorland's (1995), in the pocket edition, is recommended. Its small size makes it convenient to keep on the desk and to carry to the library, leaving no excuse for misunderstanding.

## G.2  Glossary

*Note:* When two definitions are provided, the first is the more common usage.

*Acute.* Duration of less than 30 days; however durations associated with clinical treatment (such as use of instruments, dialysis equipment, etc.) usually termed either *short-term* or *intraoperative.* (See also *chronic.*)

*Adaptation.* The ability of tissues to adapt themselves to local requirements, including reaction to the chemical, physical, or electrical properties of implants.

*Allograft.* (See *graft, allo-.*)

*Artificial organ.** A medical device that replaces, in part or in whole, the function of one of the organs of the body.

*Autograft.* (See *graft, auto-.*)

*Bioactive.* The ability of a biomaterial surface or coating to adhere directly to soft or hard tissue without an intermediate layer of modified tissue.

*Bioactive material.*
   1.   ‡A biomaterial that is designed to elicit or modulate biological activity.
   2.   *One designed to induce specific biological activity.

*Bioadhesion.** The adhesion of cells and/or tissue to the surface of a material.

*Bioattachment.** The fastening of cells and/or tissue to the surface of a material, including mechanical interlocking. (See *ingrowth; ongrowth.*)

*Bioceramic.* Strictly any ceramic biomaterial. Usually used as equivalent to *bioactive material* (which see), although there are also bioactive polymers..

*Biocompatible material.* One having acceptable host and material response in a specific application. [See *host response; material response; biocompatibility (1).]*

**A110**

*Biocompatibility.*
1.  *The ability of a material to perform with an appropriate *host response* (which see) in a specific application.
2.  *Biological performance* in a specific application that is judged suitable to that situation. *Note:* the implication that *biocompatibility* implies little or only beneficial *host response* (which see) is to be avoided by context.

*Biodegradation.*
1.  †The breakdown of a material mediated by a biological system.
2.  †The gradual breakdown of a material mediated by specific biological activity.

*Biological environment.* See *environment; biological.*

*Biological performance.* The interaction between materials and living systems. (See *host response; material response.*)

*Biomaterial:*
1.  †A material intended to interface with biological systems to evaluate, treat, augment, or replace any tissue, organ or function of the body. (Most general; see below; see also *bioactive material.*)
2.  *A nonviable material used in a medical device, intended to interact with biological systems.
3.  A material of natural or manmade origin that is used to direct, supplement, or replace the functions of living tissues.

Also compound forms may be used: *ceramic biomaterial, composite biomaterial, metallic biomaterial, polymeric biomaterial.*

*Biomaterial, inert.* One that elicits little or no *host response.* Also called *phase 1 biomaterial.*

*Biomaterial, interactive.* One designed to elicit, promote, or modulate a specific *host* response, such as hard tissue adhesion. Also termed *phase 2 biomaterial.*

*Biomaterial, manmade* (or *manufactured*). One that is significantly processed from raw materials of inorganic or organic origin.

*Biomaterial, native* (or *natural*). One obtained from natural organic sources and used essentially unprocessed.

*Biomaterial, replant.* One consisting of live native cells or tissue, cultured *in vitro* from cells obtained previously from specific patients. Also known as *phase 4 biomaterial.*

*Biomaterial, viable.* One that incorporates host tissue and/or live cells, is capable of being remodeled, and is *resorbable* (which see) and/or *bioresorbable* (which see). Also termed *phase 3 biomaterial.*

*Biomaterials.* The organized study of the materials properties of the tissues and organs of living organisms, the development and characterization of pharmacologically inert materials to measure, restore and improve func-

**A111**

# THE
# AMERICAN
# HERITAGE
# DICTIONARY

## OF THE
## ENGLISH LANGUAGE

### THIRD EDITION



**HOUGHTON MIFFLIN COMPANY**

*Boston · New York · London*

Words are included in this Dictionary on the basis of their
usage. Words that are known to have current trademark
registrations are shown with an initial capital and are also
identified as trademarks. No investigation has been made of
common-law trademark rights in any word, because such
investigation is impracticable. The inclusion of any word in
this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to
proprietary rights. Indeed, no definition in this Dictionary is
to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered
trademarks of Forbes Inc. Their use is pursuant to a license
agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead
Data Central, Inc., providers of the LEXIS®/NEXIS® services,
for its assistance in the preparation of this edition of
*The American Heritage Dictionary.*

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any
form or by any means, electronic or mechanical, including
photocopying and recording, or by any information storage or
retrieval system without the prior written permission of
Houghton Mifflin Company unless such copying is expressly
permitted by federal copyright law. Address inquiries to
Permissions, Houghton Mifflin Company, 2 Park Street,
Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language.
—3rd ed.
     p.    cm.
   ISBN 0-395-44895-6
   1. English language—Dictionaries.
PE1628.A623     1992                                92-851
423—dc20                                           CIP

Manufactured in the United States of America

over or along an edge for protection, reinforcement, or ornamentation. **5.** *Sports.* Fastenings on a ski for securing the boot. —**binding** *adj.* **1.** Serving to bind. **2.** Uncomfortably tight and confining. **3.** Imposing or commanding adherence to a commitment, an obligation, or a duty: *binding arbitration; a binding agreement.* —**bind′ing·ly** *adv.* —**bind′ing·ness** *n.*

**binding energy** *n.* **1.** The net energy required to decompose a molecule, an atom, or a nucleus into its components. **2.** The net energy required to remove an atomic electron to an infinitely remote position from its orbit.

**bin·dle·stiff** (bĭn′dl-stĭf′) *n.* A hobo, especially one who carries a bedroll. [English *bindle*, bundle (probably from German dialectal *bindel*, from Middle High German *bündel*, from *binden*, to bind, from Old High German *binten*; see **bhendh-** in Appendix) + STIFF.]

**bind·weed** (bīnd′wēd′) *n.* **1.** Any of various trailing or twining, often weedy plants of the genera *Calystegia* and *Convolvulus*, having white, pink, or purple bell-shaped or funnel-shaped flowers. **2.** Any of various similar trailing or twining plants, such as the black bindweed.

**bine** (bīn) *n.* The flexible twining or climbing stem of certain plants, such as the hop, woodbine, or bindweed. [Alteration of BIND, vine.]

**Bi·net-Si·mon scale** (bĭ-nā′sē-môn′, -sĭ′mən) *n.* An evaluation of the relative mental development of children by a series of psychological tests of intellectual ability. Also called *Binet scale, Binet-Simon test, Binet test.* [After Alfred Binet (1857–1911) and Théodore Simon (1873–1961), French psychologists.]

**Bing** (bĭng), Sir **Rudolf.** Born 1902. Austrian-born impresario who managed (1950–1972) the Metropolitan Opera in New York City.

**Bing cherry** *n.* A variety of cherry with juicy, sweet, deep red to nearly black fruit. [Perhaps after an employee of the cherry's originator.]

**binge** (bĭnj) *n.* **1.** A drunken spree or revel. **2.a.** A period of unrestrained, immoderate self-indulgence. **b.** A period of excessive or uncontrolled indulgence in food or drink: *an eating binge.* **—binge** *intr.v.* **binged, bing·ing** or **binge·ing, bing·es.** **1.** To be immoderately self-indulgent and unrestrained: *"The story is like a fever dream that a disturbed and imaginative city-dweller might have after binging on comics"* (Lloyd Rose). **2.** To engage in excessive or uncontrolled indulgence in food or drink. [Dialectal *binge*, to soak.] **—bing′er** *n.*

**SYNONYMS:** *binge, fling, jag, orgy, spree.* The central meaning shared by these nouns is "a period of uncontrolled self-indulgence": *a gambling binge; had a fling between commencement and graduate school; a crying jag; an eating orgy; a shopping spree.*

**binge-eat·ing syndrome** (bĭnj′ē′tĭng) *n.* See **bulimia** (sense 2).

**binge-purge syndrome** (bĭnj′pûrj′) *n.* See **bulimarexia.**

**binge-vom·it syndrome** (bĭnj′vŏm′ĭt) *n.* See **bulimarexia.**

**Bing·ham** (bĭng′əm), **George Caleb.** 1811–1879. American painter noted for his portraits and genre paintings of the American frontier.

**Bing·ham·ton** (bĭng′əm-tən). A city of south-central New York near the Pennsylvania border south-southeast of Syracuse. It was settled in 1787. Population. 55,860.

**bin·go** (bĭng′gō) *n., pl.* **-goes.** *Games.* A game of chance in which each player has one or more cards printed with differently numbered squares on which to place markers when the respective numbers are drawn and announced by a caller. The first player to mark a complete row of numbers is the winner. —**bingo** *interj.* Used to express the sudden occurrence of an event or completion of an action. [Origin unknown.]

**bin·na·cle** (bĭn′ə-kəl) *n. Nautical.* A case that supports and protects a ship's compass, located near the helm. [Alteration of Middle English *bitakille,* from Old Spanish *bitácula* or from Old Portuguese *bitácola,* both from Latin *habitáculum,* habitation, from *habitáre,* to inhabit. See **ghabh-** in Appendix.]

**bin·oc·u·lar** (bə-nŏk′yə-lər, bī-) *adj.* **1.** Relating to, used by, or involving both eyes at the same time: *binocular vision.* **2.** Having two eyes arranged to produce stereoscopic vision. **—binocular** *n.* An optical device, such as a pair of field glasses or opera glasses, designed for simultaneous use by both eyes and consisting of two small telescopes joined with a single focusing device. Often used in the plural. **—bin·oc′u·lar′i·ty** (-lăr′ĭ-tē) *n.* **—bin·oc′u·lar·ly** *adv.*

**bi·no·mi·al** (bī-nō′mē-əl) *adj.* Consisting of or relating to two names or terms. **—binomial** *n.* **1.** *Mathematics.* A polynomial with two terms. **2.** *Biology.* A taxonomic name in binomial nomenclature. [From New Latin *binōmius,* having two names : bi-[1] + French *nom,* name (from Latin *nōmen;* see NOMINAL).] **—bi·no′mi·al·ly** *adv.*

**binomial distribution** *n.* The frequency distribution of the probability of a specified number of successes in an arbitrary number of repeated independent Bernoulli trials. Also called *Bernoulli distribution.*

**binomial nomenclature** *n.* The scientific naming of species whereby each species receives a Latin or Latinized name of two parts, the first indicating the genus and the second being the spe-


**binocular**

cific epithet. For example, *Juglans regia* is the English walnut; *Juglans nigra,* the black walnut.

**binomial theorem** *n. Mathematics.* A theorem that specifies the expansion of a binomial to any power without requiring the explicit multiplication of the binomial terms.

**bint** (bĭnt) *n. Chiefly British & Offensive.* A woman or girl: *"As the R.A.F. [friend would have put it, you could never tell with these foreign bints"* (Kingsley Amis). [Arabic, daughter.]

**bin·tu·rong** (bĭn-tōōr′ŏng, -ŏng) *n.* A civet (*Arctictis binturong*) of southeast Asia with a long, prehensile tail. Also called *bearcat.* [Malay *bénturong, binturong.*]

**bi·nu·cle·ar** (bī-nōō′klē-ər, -nyōō′-) *adj.* Variant of **binucleate.**

**binuclear family** *n.* The extended family, usually consisting of two separate households, formed by the children and subsequent spouses of the partners in a divorce.

**bi·nu·cle·ate** (bī-nōō′klē-ĭt, -āt′, -nyōō′-) also **bi·nu·cle·at·ed** (-ā′tĭd) or **bi·nu·cle·ar** (-klē-ər, -nyōō′-) *adj.* Having two nuclei.

**Bin·ue** (bĭn′wā). See **Benue.**

**bi·o** (bī′ō) *n., pl.* **-os.** *Informal.* **1.** A biography. **2.** A biographical sketch or outline. **—attributive.** Often used to modify another noun: *bio cards; bio information.*

**bio–** or **bi–** *pref.* **1.** Life; living organism: *biome.* **2.** Biology; biological: *biophysics.* [Greek, from *bios,* life. See **g[w]ei-** in Appendix.]

**bi·o·ac·cu·mu·la·tion** (bī′ō-ə-kyōōm′yə-lā′shən) *n.* The accumulation of a substance, such as a toxic chemical, in various tissues of a living organism: *the bioaccumulation of mercury in fish.* **—bi′o·ac·cu′mu·la′tive** *adj.*

**bi·o·a·cous·tics** (bī′ō-ə-kōō′stĭks) *n. (used with a sing. verb).* The study of sounds produced by or affecting living organisms, especially those sounds involved in communication.

**bi·o·ac·tive** (bī′ō-ăk′tĭv) *adj.* Of or relating to a substance that has an effect on living tissue: *bioactive compounds.*

**bi·o·ac·tiv·i·ty** (bī′ō-ăk-tĭv′ĭ-tē) *n.* The effect of a given agent, such as a vaccine, on a living organism or living tissue.

**bi·o·as·say** (bī′ō-ăs′ā′, -ă-sā′) *n.* Determination of the strength or biological activity of a substance, such as a drug or hormone, by comparing its effects with those of a standard preparation on a test organism.

**bi·o·as·tro·nau·tics** (bī′ō-ăs′trə-nô′tĭks) *n. (used with a sing. verb).* The study of the biological and medical effects of space flight on living organisms. **—bi′o·as′tro·nau′ti·cal** *adj.*

**bi·o·a·vail·a·bil·i·ty** (bī′ō-ə-vā′lə-bĭl′ĭ-tē) *n.* The degree to which a drug or other substance becomes available at the physiological site of activity after administration.

**bi·o·bib·li·og·ra·phy** (bī′ō-bĭb′lē-ŏg′rə-fē) *n., pl.* **-phies.** A book or article combining an account of a person's life with a discussion of works written by or about that person.

**Bí·o-Bí·o** (bē′ō-bē′ō). A river of central Chile flowing about 386 km (240 mi) generally northwest from the Andes to the Pacific Ocean near Concepción.

**bi·o·cat·a·lyst** (bī′ō-kăt′l-ĭst) *n.* A substance, especially an enzyme, that initiates or modifies the rate of a chemical reaction in a living body; a biochemical catalyst. **—bi′o·cat′a·lyt′ic** (-kăt′l-ĭt′ĭk) *adj.*

**bi·o·ce·nol·o·gy** (bī′ō-sə-nŏl′ə-jē) *n. Ecology.* The study of communities in nature and of interactions among their members.

**bi·o·ce·no·sis** also **bi·o·coe·no·sis** (bī′ō-sĭ-nō′sĭs) or **bi·o·ce·nose** (-sē′nōs) *n., pl.* **-ses** (-sēz). A group of interacting organisms that live in a particular habitat and form an ecological community.

**biochemical oxygen demand** *n. Abbr.* **B.O.D.** *Microbiology.* The amount of oxygen required by aerobic microorganisms to decompose the organic matter in a sample of water, such as that polluted by sewage. It is used as a measure of the degree of water pollution. Also called *biological oxygen demand.*

**bi·o·chem·is·try** (bī′ō-kĕm′ĭ-strē) *n.* **1.** The study of the chemical substances and vital processes occurring in living organisms: biological chemistry; physiological chemistry. **2.** The chemical composition of a particular living system or biological substance: *viral biochemistry.* **—bi′o·chem′i·cal** (-ĭ-kəl) *adj. & n.* **—bi′o·chem′i·cal·ly** *adv.* **—bi′o·chem′ist** *n.*

**bi·o·chip** (bī′ō-chĭp′) *n. Computer Science.* A computer chip made from organic molecules rather than silicon or germanium.

**bi·o·cide** (bī′ə-sīd′) *n.* A chemical agent, such as a pesticide, that is capable of destroying living organisms. **—bi′o·cid′al** (-sīd′l) *adj.*

**bi·o·cli·ma·tol·o·gy** (bī′ō-klī′mə-tŏl′ə-jē) *n.* The study of the effects of climatic conditions on living organisms. **—bi′o·cli·mat′ic** (-klī-măt′ĭk) *adj.*

**bio·coe·no·sis** (bī′ō-sĭ-nō′sĭs) *n.* Variant of **biocenosis.**

**bi·o·com·pat·i·bil·i·ty** (bī′ō-kəm-păt′ə-bĭl′ĭ-tē) *n.* The property of being biologically compatible by not producing a toxic, injurious, or immunological response in living tissue: *As a result of its strength and biocompatibility, the material is often used in medical devices.* **—bi′o·com·pat′i·ble** *adj.*

**bi·o·con·ver·sion** (bī′ō-kən-vûr′zhən, -shən) *n.* The conversion of organic materials, such as plant or animal waste, into

# Academic Press
# Dictionary
# of Science and
# Technology

Edited by
## Christopher Morris



**Academic Press**
Harcourt Brace Jovanovich, Publishers
San Diego   New York   Boston   London   Sydney   Tokyo   Toronto

A115

This book is printed on acid-free paper. ∞

Copyright © 1992 by ACADEMIC PRESS, INC.

All Rights Reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Academic Press, Inc.
1250 Sixth Avenue, San Diego, California 92101-4311

*United Kingdom Edition published by*
Academic Press Limited
24–28 Oval Road, London NW1 7DX

Library of Congress Cataloging-in-Publication Data

Academic Press dictionary of science and technology / edited by
  Christopher Morris
      p.   cm.
    ISBN  0-12-200400-0
    1. Science--Dictionaries.   2. Technology--Dictionaries.
  I. Morris, Christopher G.   II. Academic Press.   III. Title:
  Dictionary of science and technology.
  Q123.A33  1991
  503--dc20
                                                90-29032
                                                  CIP

PRINTED IN THE UNITED STATES OF AMERICA
92  93  94  95  96  97     DO     9  8  7  6  5  4  3  2  1

A116

**binomial surd** *Mathematics.* a binomial of the form $ac^{1/n} + bd^{1/n}$ or $a + bd^{1/n}$, where $m$ and $n$ are integers greater than 1 and the indicated roots are irrational numbers. Conjugate binomial surds are pairs of the form $a + bd^{1/n}$ and $a - bd^{1/n}$ or $ac^{1/m} + bd^{1/n}$ and $ac^{1/m} - bd^{1/n}$.

**binomial theorem** *Mathematics.* for an integer $n \geq 1$ and $a$ and $b$ nonzero real numbers, $(a + b)^n = \sum_{r=0}^{n} \binom{n}{r} a^b a^{b-k}$.

**binomial trials** *Statistics.* a sequence of trials in which the particular result for each trial may or may not happen. Also, BERNOULLI PROCESS.

**binormal** *Mathematics.* the binormal to a curve at a point $P$ in Euclidean 3-space is the vector passing through $P$ that is normal to the osculating plane of the curve at $P$. The direction of the vector is chosen so that, together with the positive tangent and principal normal to the curve at $P$, it forms a right-handed Cartesian system.

**bin sort** SEE RADIX SORT.

**binucleate** *Cell Biology.* having two nuclei.

**binucleolate** *Cell Biology.* containing two nucleoli.

**bio-** a combining form meaning "life" or "living organism," as in *biomechanics, bioluminescence.*

**bioacoustics** *Behavior.* the study of sound production and reception in organisms other than humans. *Biology.* the study of the effects of sounds on living things.

**bioaeration** *Biotechnology.* a system of purifying sewage by oxidation, in which crude sewage is passed through special centrifugal pumps.

**bioaffinity sensor** *Biotechnology.* a sensor in which molecular recognition generates a biochemical signal, so that immobilized hormone receptors or antibodies can be used to detect hormones or antigens.

**bioaltruism** SEE ALTRUISM.

**bioamine** SEE BIOGENIC AMINE.

**bioanthropology** SEE BIOLOGICAL ANTHROPOLOGY.

**bioassay** *Analytical Chemistry.* a determination of the concentration of a substance by its effect on the growth of a test organism under controlled conditions. *Toxicology.* the use of a living organism or cell culture to test for the presence of a substance. *Virology.* a test to quantify a virus by measuring its infectivity for a host.

**bioastronautics** *Biology.* the study of the effects of space and interplanetary travel on living organisms.

**bioautography** *Analytical Chemistry.* a bioassay of certain compounds, usually antibiotics or vitamins, by evaluating their ability to enhance the growth of some organism and to repress that of others.

**bioavailability** *Nutrition.* the extent to which a drug or other substance becomes available to the target tissue after administration.

**Bio-beads S** *Biotechnology.* a polystyrene support material used to fractionate molecular compounds in gel filtration chromatography with lipophilic solvents.

**bioblast** *Biology.* 1. a formative cell. 2. an elementary unit of protoplasmic structure.

**bioburden** *Microbiology.* the number of contaminating organisms found on a given amount of material prior to undergoing an industrial sterilization procedure.

**biocatalyst** *Biochemistry.* a catalyst involved in chemical processes of living organisms; e.g., an enzyme.

**biocellate** *Biology.* having two ocelli or eyelike parts.

**biocen** SEE BIOCOEN.

**biocenology** [bī´ō sə näl´ə jē] *Ecology.* the study of communities of organisms and of the relationship among the members of such communities. Also, CENOBIOLOGY, BIOCOENOLOGY.

**biocenosis** [bī´ō sə nō´sis] *Ecology.* a self-sufficient community of organisms naturally occupying and interacting within a specific biotope. Also, BIOCOENOSIS. *Paleontology.* a taphonomic association of a functional community of fossils.

**biochemical** *Chemistry.* of or relating to biochemistry.

**biochemical deposit** *Geology.* a sedimentary rock deposit, such as bacterial iron ore, resulting directly or indirectly from the chemical actions and vital activities of living organisms. Also, **biochemical rock.**

**biochemical fuel cell** *Electricity.* an electrochemical energy source in which electricity is generated chemically by the oxidation of biological substances.

**biochemical oxygen demand** *Microbiology.* the amount of oxygen required by aerobic organisms to carry out oxidative metabolism in water containing organic matter, such as sewage. Also, BIOLOGICAL OXYGEN DEMAND.

**biochemical oxygen demand test** *Biochemistry.* a test measuring the amount of oxygen consumed per liter of water containing organic matter, such as sewage, after a five-day incubation at 20°C. Also, BIOLOGICAL OXYGEN DEMAND TEST, BOD.

## Biochemistry

Biochemistry embraces the chemical reactions of living cells. It is based on the proposition that virtually all of life can be understood as chemistry. Standing between biology and chemistry, the field of biochemistry underlies many of the various disciplines named in this Dictionary and relates to all branches of chemistry and biology ranging from genetics to physical chemistry, from medicine to agriculture, from nutrition to biotechnology.

From its early origins in organic chemistry and physiology in the mid-19th century, modern biochemistry emerged at the turn of the 20th century with the recognition that a complex cellular process could be observed in the juices extracted from the cell. The fermentation of sugar to alcohol by a yeast cell was to be constituted by a succession of twelve enzyme catalyzed reactions which capture the fuel energy of sugar for cell growth, essentially the same series of reactions in a muscle cell supplies the energy for its contraction. The universality of biochemistry throughout Nature displayed in all aspects of metabolism, is a triumph of evolution and one of the great revelations of this century.

Recent advances in genetic chemistry have profoundly affected all the biosciences and hastened their coalescence. All these disciplines now communicate in the language of chemistry. Applications of the new knowledge, using recombinant DNA technology, have revolutionized the diagnosis, treatment and prevention of diseases. Previously unavailable hormones, interferons and vaccines are in clinical use. Advances in agriculture and industry based on biochemistry are imminent. Mind as well as matter may soon be the subject of biochemistry.

**Arthur Kornberg**
Professor of Biochemistry
Stanford University Medical Center
Nobel Laureate in Medicine

**biochemistry** *Chemistry.* the science concerned with all aspects of the chemistry of living organisms.

**biochemorphology** *Biochemistry.* the study of the chemical structure of nutrients and pharmaceuticals and their effect on living organisms.

**biochore** *Ecology.* a group of similar biotopes.

**biochrome** *Biochemistry.* a natural pigment that is produced by living organisms.

**biochron** *Paleontology.* a relatively short-lived fossil flora or fauna.

**biochronology** *Geology.* the study of the age of the earth based on the relative dating of rocks and geologic events by the use of fossil evidence.

**biocide** *Ecology.* any substance that is toxic or lethal to living organisms, such as a pesticide, herbicide, or fungicide.

**bioclastic rock** *Petrology.* a rock composed of broken or calcareous remains of organisms, such as limestone composed of shell fragments. *Geology.* a rock composed mainly of fragments of preexisting rock that have broken off as a result of the actions of living organisms.

**bioclimatology** *Ecology.* the study of the relationship between climate and the activities and characteristics of plants and animals. Also, **bioclimatics.**

**biocoen** [bī´ə sen´] *Ecology.* the sum of all the living components of an environment or habitat. Also, BIOCEN, BIOCON.

**biocoenology** SEE BIOCENOLOGY.

**biocoenosis** SEE BIOCENOSIS.

**biocompatibility** *Biology.* the capability of being harmonious with biological life without causing toxic or injurious effects.

**biocontrol** SEE BIOLOGICAL CONTROL.



# Merriam-Webster's Collegiate® Dictionary



TENTH EDITION

NOV 2007
SIDLEY AUSTIN LLP
LIBRARY

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

**114   bimetallic ● biodegrade**

using bimetallism   2 : composed of two different metals — often used of devices having a part in which two metals that expand differently are bonded together — **bimetallic** n

**bi·met·al·lism** \(')bī-'me-t⁹l-ˌi-zəm\ n [F bimétallisme, fr. bi- + métal metal] (1876) : the use of two metals (as gold and silver) jointly as a monetary standard with both constituting legal tender at a predetermined ratio — **bi·met·al·list** \-t⁹l-ist\ n — **bi·met·al·lis·tic** \ˌbī-ˌme-t⁹l-'is-tik\ adj

**bi·mil·le·na·ry** \(ˌ)bī-'mi-lə-ˌner-ē, ˌbī-mə-'le-nə-rē\ or **bi·mil·len·ni·al** \ˌbī-mə-'le-nē-əl\ n (1850)   1 : a period of 2000 years   2 : a 2000th anniversary — **bimillenary** adj

**bi·mod·al** \(')bī-'mō-d⁹l\ adj (1903) : having or relating to two modes; esp : having or occurring with two statistical modes — **bi·mo·dal·i·ty** \ˌbī-mō-'da-lə-tē\ n

**bi·mo·lec·u·lar** \ˌbī-mə-'le-kyə-lər\ adj [ISV] (1899)   1 : relating to or formed from two molecules   2 : being two molecules thick 〈~ lipid layers〉 — **bi·mo·lec·u·lar·ly** adv

**bi·month·ly** \(')bī-'mon(t)th-lē\ adj (1846)   1 : occurring every two months   2 : occurring twice a month : SEMIMONTHLY   usage see BI- — **bimonthly** adv (1864)   1 : once every two months   2 : twice a month — **bimonthly** n (ca. 1890) : a bimonthly publication

**bi·mor·phe·mic** \ˌbī-mȯr-'fē-mik\ adj (1942) : consisting of two morphemes

**bin** \'bin\ n [ME binn, fr. OE] (bef. 12c) : a box, frame, crib, or enclosed place used for storage

**²bin** n binned; **bin·ning** (1841?) : to put into a bin

**bin-** prefix [L bī-, fr. L L. fr. L bini two by two; akin to OE twinn twofold — more at TWIN] : ¹BI- (binaural)

**bi·na·ry** \'bī-nə-rē, -ˌner-ē\ n, pl -ries (15c) : something made of or based on two things or parts: as   a : BINARY STAR   b : a binary number system

**²binary** adj [LL binarius, fr. L bini] (1597)   1 : compounded or consisting of or marked by two things or parts   2 a : DUPLE — used of measure or rhythm   b : having two musical subjects or two complementary sections   3 a : having two, belonging to a system of numbers having 2 as its base 〈the ~ digits 0 and 1〉   b : involving a choice or condition of two alternatives (as on-off or yes-no)   4 a : composed of two chemical elements, an element and a radical that acts as an element, or two such radicals   b : utilizing two harmless ingredients that upon combining form a lethal substance (as a gas) 〈~ weapon〉   5 : relating two logical or mathematical elements 〈~ operation〉

**binary fission** n (1897) : reproduction of a cell by division into two approximately equal parts (the binary fission of protozoans)

**binary star** n (ca. 1847) : a system of two stars that revolve around each other under their mutual gravitation — called also binary system

**bi·na·tion·al** \(ˌ)bī-'na-sh(ə-)nəl\ adj (1888) : of or relating to two nations 〈~ board of directors〉

**bin·au·ral** \(ˌ)bī-'nȯr-əl, (ˌ)bī-\ adj (1861)   1 : of, relating to, or involving two or both ears   2 : of, relating to, or constituting sound reproduction involving the use of two separated microphones and two transmission channels to achieve a stereophonic effect — **bin·au·ral·ly** \-ə-lē\ adv

**¹bind** \'bīnd\ vb bound \'baȯnd\; **bind·ing** [ME, fr. OE bindan; akin to OHG bintan to bind, Gk peisma cable, Skt badhnāti he binds] vt (bef. 12c)   1 a : to make secure by tying   b : to confine, restrain, or restrict as if with bonds   c : to put under an obligation 〈~ himself with an oath〉   d : to constrain with legal authority   2 a : to wrap around with something so as to enclose or cover   b : BANDAGE   3 : to fasten round about   4 : to tie together (as stocks of wheat)   5 a : to cause to stick together   b : to take up and hold (as by chemical forces)   c : combine with   6 : CONSTIPATE   7 : to make a firm commitment for 〈a handshake ~s the deal〉   8 : to protect, strengthen, or decorate by a band or binding   9 : to apply the parts of the cover to (a book)   10 : to set at work as an apprentice : INDENTURE   11 : to cause or bring about an emotional attachment ~ vi   1 : to fasten together ~ vi   1 : to form a cohesive mass   b : to combine or be taken up 〈esp. by chemical action (antibody ~s a specific antigen)   2 : to hamper free movement or natural action   3 : to become hindered from free operation   4 : to exert a restraining or compelling effect 〈a promise that ~s〉

**²bind** n (bef. 12c)   1 a : something that binds   b : the act of binding : the state of being bound   c : a place where binding occurs   2 : TIE   3   3 : a position or situation in which one is hampered, constrained, or prevented from free movement or action — **in a bind** : in trouble

**bind·er** \'bīn-dər\ n (bef. 12c)   1 : a person or machine that binds something (as books)   2 a : something used in binding   b : a usu. detachable cover (as for holding sheets of paper)   3 : something (as tar or cement) that produces or promotes cohesion in loosely assembled substances   4 : a temporary insurance contract that provides coverage until the policy is issued   5 : something (as money) given in earnest; also : the agreement arrived at

**bind·ery** \'bīn-d(ə-)rē\ n, pl -er·ies (1810) : a place where books are bound

**¹bind·ing** \'bīn-diŋ\ n (13c)   1 : the action of one that binds   2 : a material or device used to bind: as   a : the cover and materials that hold a book together   b : a narrow fabric used to finish raw edges   c : a set of ski fastenings for holding the boot firm on the ski

**²binding** adj (14c)   1 : that binds   2 : imposing an obligation — **bind·ing·ly** \-diŋ-lē\ adv — **bind·ing·ness** n

**binding energy** n (1932) : the energy required to break up a molecule, atom, or atomic nucleus completely into its constituent particles

**bin·dle stiff** \'bin-d⁹l-ˌstif\ n (1900) : HOBO, TRAMP

**bind off** vt (ca. 1939) : to cast off in knitting

**bind over** vt (1610) : to put under a bond to do something (as to appear in court)

**bind·weed** \'bīnd-ˌwēd\ n (1548) : any of various twining plants (esp. genus Convolvulus of the morning-glory family) that mar or interlace with plants among which they grow

**bine** \'bīn\ n [alter. of ¹bind] (1727) : a twining stem or flexible shoot (as of the hop); also : a plant (as woodbine) whose shoots are bines

**Bi·net–Si·mon scale** \bi-ˌnā-sē-'mō-⁹\ n [Alfred Binet †1911 and Théodore Simon †1961 Fr. psychologists] (1914) : an intelligence test

consisting orig. of tasks graded from the level of the average 3-year-old to that of the average 12-year-old but later extended in range

**¹binge** \'binj\ n [E dial. binge (to drink heavily)] (1854)   1 : a drunken revel : SPREE   b : an unrestrained and often excessive indulgence 〈a buying ~〉   2 : a social gathering : PARTY

**²binge** vi binged; **binge·ing** or **bing·ing** (1910) : to go on a binge; esp : to go on an eating binge — **bing·er** \'bin-jər\, n

**¹bin·go** \'biŋ-(ˌ)gō\ interj [alter. of bing (interj. suggestive of a ringing sound)] (1925)   1 — used to announce an unexpected event or instantaneous result   2 — used to announce a winning position in bingo

**²bingo** n, pl bingos (1932) : a game of chance played with cards having numbered squares corresponding to numbered balls drawn at random, and won by covering five such squares in a row; also : a social gathering at which bingo is played

**bin·na·cle** \'bi-ni-kəl\ n [alter. of ME bitakle, fr. OPg or OSp; OPg bitácola & OSp bitácula, fr. L habitaculum dwelling place, fr. habitare to inhabit — more at HABITATION] (1762) : a housing for a ship's compass and a lamp

**bin·oc·u·lar** \bī-'nä-kyə-lər, bə-\ adj (1738) : of, relating to, using, or adapted to the use of both eyes 〈~ vision〉 — **bin·oc·u·lar·i·ty** \(ˌ)bī-ˌnä-kyə-'lar-ə-tē, bə-\ n — **bin·oc·u·lar·ly** \bī-'nä-kyə-lər-lē, bə-\ adv

**²bin·oc·u·lar** \bə-'nä-kyə-lər, bī-\ n (1871)   1 : a binocular optical instrument   2 : a handheld optical instrument composed of two telescopes and a housing device with usu. having prisms to increase magnifying ability — usu. used in pl.

**bi·no·mi·al** \bī-'nō-mē-əl\ n [NL binominium, fr. ML, neut. of binomius having two names, alter. of L binominis, fr. bi- + nomin-, nomen name — more at NAME] (1557)   1 : a mathematical expression consisting of two terms connected by a plus sign or minus sign   2 : a biological species name consisting of two terms — **binomial** adj — **bi·no·mi·al·ly** \-mē-ə-lē\ adv

**binomial coefficient** n (ca. 1889) : a coefficient of a term in the expansion of the binomial (x + y)ⁿ according to the binomial theorem

**binomial distribution** n (1911) : a probability function each of whose values gives the probability that an outcome with constant probability of occurrence in a statistical experiment will occur a given number of times in a succession of repetitions of the experiment

**binomial nomenclature** n (1880) : a system of nomenclature in which each species of animal or plant receives a name of two terms of which the first identifies the genus to which it belongs and the second the species itself

**binomial theorem** n (1755) : a theorem that specifies the expansion of a binomial of the form (x + y)ⁿ as the sum of n + 1 terms of which the general term is of the form

$$\frac{n!}{(n-k)!\,k!}\,x^{(n-k)}y^{k}$$

where k takes on values from 0 to n

**bint** \'bint\ n [Ar. girl, daughter] (1855) Brit : GIRL, WOMAN

**bi·nu·cle·ate** \(ˌ)bī-'nü-klē-ət also -ˌāt also -nyü-\ also **bi·nu·cle·at·ed** \-klē-ˌā-təd\ adj (1881) : having two cellular nuclei 〈~ hepatocytes〉

**bio** \'bī-(ˌ)ō\ n, pl bios (1947) : a biography or biographical sketch

**bio-** — see BI-

**bio·acous·tics** \ˌbī-(ˌ)ō-ə-'kü-stiks\ n, pl but sing in constr (1957) : a branch of science concerned with the production of sound by and its effects on living systems

**bio·ac·tive** \ˌbī-(ˌ)ō-'ak-tiv\ adj (1965) : having an effect on a living organism 〈~ molecules〉 — **bio·ac·tiv·i·ty** \-ˌak-'ti-və-tē\ n

**bio·as·say** \ˌbī-(ˌ)ō-'a-ˌsā, -a-'sā\ n (1912) : determination of the relative strength of a substance (as a drug) by comparing its effect on a test organism with that of a standard preparation — **bio·as·say** \-ə-'sā, -'a-ˌsā\ vt

**bio·avail·abil·i·ty** \ˌ-ə-ˌvā-lə-'bi-lə-tē\ n (1971) : the degree and rate at which a substance (as a drug) is absorbed into a living system or is made available at the site of physiological activity — **bio·avail·able** \ˌ-'vā-lə-bəl\ adj

**bio·co·no·sis** or **bio·coe·no·sis** \ˌbī-ō-sə-'nō-səs\ n, pl -no·ses \-ˌsēz\ [NL, fr. ²bi- + Gk koinōsis sharing, fr. koinos common (1883) : an ecological community esp. when forming a self-regulating unit

**bio·chem·i·cal** \ˌbī-ō-'ke-mi-kəl\ adj [ISV] (1851)   1 : of or relating to biochemistry   2 : characterized by, produced by, or involving chemical reactions in living organisms — **biochemical** n — **bio·chem·i·cal·ly** \-k(ə-)lē\ adv

**biochemical oxygen demand** n (ca. 1927) : the oxygen used in meeting the metabolic needs of aerobic microorganisms in water rich in organic matter (as water polluted with sewage)

**bio·chem·is·try** \ˌbī-ō-'ke-mə-strē\ n [ISV] (1881)   1 : chemistry that deals with the chemical compounds and processes occurring in organisms   2 : the chemical characteristics and reactions of a particular living system or biological substance (as chlorophyll) 〈a change in the patient's ~〉 — **bio·chem·ist** \-'ke-mist\ n

**bio·chip** \'bī-ō-ˌchip\ n (1981) : a hypothetical computer logic circuit or storage device in which the physical or chemical properties of large biological molecules (as proteins) are used to process information

**bio·cid·al** \ˌbī-ə-'sī-d⁹l\ adj (1949) : destructive to life

**bio·cide** \'bī-ə-ˌsīd\ n (1947) : a substance (as DDT) that is destructive to many different organisms

**bio·cli·mat·ic** \ˌbī-ō-klī-'ma-tik\ adj (1918) : of or relating to the relations of climate and living matter (~ adaptations)

**bio·com·pat·i·bil·i·ty** \ˌ-kəm-ˌpa-tə-'bi-lə-tē\ n (1971) : compatibility with living tissue or a living system by not being toxic or injurious and not causing immunological rejection — **bio·com·pat·i·ble** \-'pa-tə-bəl\ adj

**bio·con·trol** \ˌbī-ō-kən-'trōl\ n (1967) : BIOLOGICAL CONTROL

**bio·con·ver·sion** \ˌbī-(ˌ)ō-kən-'vər-zhən, -shən\ n (1960) : the conversion of organic materials (as wastes) into an energy source (as methane) by processes (as fermentation) involving living organisms

**bio·de·grad·able** \ˌbī-ō-di-'grā-də-bəl\ adj (1961) : capable of being broken down esp. into innocuous products by the action of living things (as microorganisms) 〈~ trash bags〉 — **bio·de·grad·abil·i·ty** \-ˌgrā-də-'bi-lə-tē\ n — **bio·deg·ra·da·tion** \-ˌde-grə-'dā-shən\ n — **bio·de·grade** \-di-'grād\ vb