# EXHIBIT 7

## Summary of "Apply" Definitions in Cordis's Briefs and Declarations

- Apply: "1. To bring into nearness or contact with something; put on, upon, or to: *applied glue sparingly to the paper*. (*American Heritage Dictionary of the English Language* at 89 (3d ed. 1992).)
- Apply: "To lay or spread on." (*Merriam-Webster's Collegiate Dictionary* at 57 (10th ed. 1993).)
- Applied: "Brought into or placed in effective contact; connected, attached; laid or spread on to a surface." (*Oxford English Dictionary Online* (2009).)
- Apply: "1 e (1): To place in contact : lay or spread on : overlay." (*Webster's Third New International Dictionary* at 105 (2002).)

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2009

# applied, *adj.*

DRAFT REVISION Mar. 2009

*Brit.* /əˈplʌɪd/, *U.S.* /əˈplaɪd/ Forms: lME 16-17 **applyed**, 16- **applied.** [< APPLY *v.* + -ED *suffix*[1]. In sense 1 apparently by association with PLY *v.*[1] With sense 3 compare earlier APPLIEDLY *adv.*]

**†1.** Folded. *Obs. rare.*

**c1500** *For to serve lord* in F. J. Furnivall *Early Eng. Meals & Manners* (1931) 350 The boteler..shall brynge forthe clenly dressed and fayre applyed Tabill-clothis. **c1500** *For to serve lord* in F. J. Furnivall *Early Eng. Meals & Manners* (1931) 355 A longe towaile applyed dowble.

**2. a.** Brought into or placed in effective contact; connected, attached; laid or spread on to a surface.

**1642** H. AINSWORTH *Orthodox Foundation Relig.* 53 The benefits and fruits wee have by his resurrection are these: 1 A full assurance and certainty of faith touching him. 2 Full satisfaction for us, as our surety, and our applied justification. **1658** W. JOHNSON tr. F. Würtz *Surgeons Guid* II. xxv. 156 Where the place is thickest, there the splinters must be spread most, then the applied linnen will hold the better. **1751** *Chambers's Cycl.* (ed. 7) at *Band,* A band, or roller, when applied, becomes a bandage. **1867** W. H. SMYTH *Sailor's Word-bk., Linings,* the reef-bands, leech and top linings, bunt-line cloths, and other applied pieces, to prevent the chafing of the sails. **1920** M. MOORE *Let.* 11 June (1997) 129 The newly applied calcimine and the plaster tableaux and virgins made me feel as if I were in a Roman Catholic emporium. **1940** *Amer. Jrnl. Surg.* **50** 766 (*caption*) A three quarter view of the applied dressing. **1991** *Women's Day Best Ideas* Winter 78/1 Finished with four coats of applied urethane, this no-wax floor will resist most household stains. **2002** *Oxoniensia* **66** 378 Buckler's drawing..depicts a porch of classical design, comprising a round-headed doorway flanked by applied pilasters supporting a simple entablature.

**b.** Chiefly of a physical force or influence: brought to bear, made effective; acting at a point or place.

A121

**1794** G. C. MORGAN *Lect. Elect.* II. 442 They [*sc.* glass plates] are fastened to their support at the centre, but the applied pressure operates near the periphery. **1867** *Proc. Royal Soc.* **16** 276 L is the moment of the applied force round the axis. **1902** *Science* 19 Sept. 457/1 In this case the applied pressure is gradually consumed by the resistance experienced by the current. **1930** *Proc. IRE* **18** 2139 The applied electric field..is parallel to an X-axis. **1940** G. GAMOW *Birth & Death of Sun* ii. 38 Knowing the applied voltage and the mass of the droplet, one can easily calculate the electric charge carried by the latter. **2003** S. GREENFIELD *Tomorrow's People* (2004) iii. 54 She also has..moving arms with motors configured as 'virtual' muscles to respond to changes in applied force.

**c.** Attached as appliqué; decorated with appliqué. Also, of decoration in ceramic material, glass, etc.: affixed, attached.

**1880** E. GLAISTER *Needlework* iv. 37 Velvet does not bear applied work well. **1882** S. F. A. CAULFEILD & B. C. SAWARD *Dict. Needlework* 9/1 The various applied pieces are laid in position one at a time, and secured by being sewn down round their edges. **1884** A. H. CHURCH *Eng. Earthenware* iii. 23 Wrotham ware..with its applied medallions and slip decorations. **1901** *Westm. Gaz.* 25 July 3/2 A lace applied collar. **1910** *Westm. Gaz.* 29 Jan. 15/2 Applied velvet. **1922** *Lima* (Ohio) *News* 29 Aug. 17/1 (*advt.*) Another name for Point de Gene-swiss net with applied fabric pattern is Irish Point. **1960** H. HAYWARD *Antique Coll.* 240/1 *Rigaree trail*, a process of glass-blowing in which applied threads of glass are attached to a vessel. **1962** *Times* 1 Dec. 11/7 Greater scope for pattern elaboration..was offered by applied patchwork. **1993** *Antique Dealer* Aug. 38/3 On each side of the grip is an applied gold wreath of laurel encircling a scene of a British man-of-war at sea. **2001** P. COX & M. M. GORDON *Amer. Quilt Classics* (2004) 22 The major technique is appliqué, but in some places the applied white fabric has been cut away to reveal the background. **2001** *Oxoniensia* **65** 8 Decoration consists of applied bosses and cordons, incised motifs, comb decoration, and finger tipping.

**3. a.** Put to practical use; practical. Freq. in ***applied art*** (also ***applied arts***), ***applied research***, ***applied science*** (also ***applied sciences***), ***applied technology***.

**1662** J. GAUDEN *Disc. Artificial Beauty* 216 In their applied sense or meaning. **1832** C. BABBAGE *Econ. Machinery & Manuf.* xxxii. 307 The applied sciences derive their facts from experiment. **1889** *Harper's Mag.* Aug. 341/2, 342/1 In the interior of these edifices and in the treasuries of the sacristies and of the Orujeinaya Palata we have seen examples of

A122

Russian decorative and applied art. **1912** A. BRAZIL *New Girl at St. Chad's* x. 152 One of her boys has turned out so clever that he has been sent to the Technical School to study 'applied arts'. **1948** *Jrnl. Brit. Interplanetary Soc.* 7 177 This building..is equipped generally with facilities for all types of basic and applied research in aerophysics, electronics, [etc.]. **1977** B. ASH *Visual Encycl. Sci. Fiction* (1978) 248/2 The reader who was already able to see around him the growing benefits of the applied use of science. **1992** *New Scientist* 25 Apr. 43/1 This is The Magic. Disneyland is, therefore, seriously applied technology. **2002** F. CLOSE et al. *Particle Odyssey* iii. 36 Electronics, in fact, is defined as the applied science of the controlled motion of electrons.

**b.** Designating a discipline, or that part of a subject, concerned with the use of specialist or theoretical knowledge in practical or functional contexts, as ***applied biology***, ***applied chemistry*** (see CHEMISTRY *n.* 2), ***applied economics***, ***applied kinesiology*** (see KINESIOLOGY *n.* Additions 2), etc. Also: designating an expert in or practitioner of such a subject. See also Special uses. Freq. opposed to *abstract*, *pure*, or *theoretical*.

**1797** tr. I. Kant & J. S. Beck *Princ. Crit. Philos.* 4 Applied logic [Ger. *die angewandte Logik*] treats of attention, of whatever hinders or promotes it, of the origin of error, illusion, predjudices..&c. **1841** *Jrnl. Statist. Soc.* 4 65 There are also three assistant preparators in general chemistry, applied chemistry, and human anatomy. **1859** *Encycl. Brit.* XVII. 567/2 Mr. Combe..and others acknowledge that applied phrenology is an estimative art only. **1892** G. F. BARKER *Physics* I. ii. 10 In applied physics another absolute system is sometimes used, based upon the foot, the pound, and the second. **1928** *Forestry* **2** 133 It is probably far wiser for the applied scientist to credit insects with acumen than to attribute to them nothing but forced movements or tropisms. **1967** *Appraisal Terminol. & Handbk.* (Amer. Inst. Real Estate Appraisers) (ed. 5) 12 *Applied economics*—The application of economic theory to the solution of economic problems. **1988** J. D. BARROW & F. J. TIPLER *Anthropic Cosmol. Princ.* (rev. ed.) ii. 115 As any applied mathematician knows, an infinitesimal perturbation (cause) can often have an arbitrarily large effect when a system is unstable. **1995** *Post-Standard* (Syracuse, N.Y.) 5 Jan. 3/2 Applied biology will still cover the four basic core topics, but it will be more flexible.

---

SPECIAL USES

**applied linguistics** *n.* the branch of linguistics concerned with practical

applications of language studies, such as language teaching, translation, and speech therapy.

**1922** *Publ. Mod. Lang. Assoc. Amer.* **37** App. p. lxxxvii, France offers a supply of solid fundamental treatises on Experimental Phonetics and in Pure and *Applied Linguistics. **1958** *Year's Wk. Eng. Stud. 1956* 37/1 His book will reward study by all interested in what now tends to be called 'applied linguistics'. **1998** *Word* **49** 145 The author approaches the topic of false friends in the technical vocabularies of English and German from the angle of applied linguistics.

**applied mathematics** *n.* that part of mathematics which is concerned with the application of mathematical methods in practical or functional contexts, or within other subjects; see also MATHEMATICS *n.* 1 (contrasted with PURE MATHEMATICS *n.*).

**1798** tr. Kant *Ess. & Treat.* I. 346 Sometimes philosophical expositions are given him from other sciences, particularly in the *applied mathematics, *exempli gratia*, the exposition of fluidity. **1841** *Trans. Amer. Philos. Soc.* 7 230 This property..has been found of some importance in the theory of vibrating cords, and of some other parts of applied mathematics. **1865** J. S. MILL *Exam. Hamilton's Philos.* xxvii. 542 Applied mathematics in its post-Newtonian development does nothing to strengthen..these errors. **1906** U. SINCLAIR *Jungle* iii. 40 It was pork-making by machinery, pork-making by applied mathematics. **2001** *Guardian* 26 Apr. (Science section) 8/2 (*advt.*) The applied mathematics project involves the mathematical modelling of the trajectory and the stability of a spiralling liquid jet.

**applied psychology** *n.* the branches of psychology in which research findings are applied to practical problems, considered collectively.

**1835** W. HAMILTON in *Edinb. Rev.* **61** 409 It is necessary to take a survey of what had actually been accomplished in this important department of *applied psychology. **1936** *Discovery* Apr. 129/1 The study of practical psychology or applied psychology. **1995** C. HOLLIN *Contemp. Psychol.* VI. xiii. 262 There is no doubt that forensic psychology has become one of the major areas of growth in contemporary applied psychology.

---

A124



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

NOV 2007
SIDLEY AUSTIN LLP
LIBRARY

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.

p. cm.

Includes index.
ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36 1993
423—dc20 93-20206
CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

6RMcN93

F *appendre*, fr. LL *appendere*, fr. L to th — more at PENDANT] (14c) 1 : AT-lement or appendix (as in a book) 1 : an adjunct to something larger ENCE 2 : a subordinate or derivative gous part (as a seta) 3 : a dependent

15c) 1 : belonging as a right by pre-d in English law 2 : associated as an scribed as an appendage (a seal ~ to a

ə-mē, ,a-,pen-\ *n, pl* -mies [L *appen-* 1895) : surgical removal of the vermi-

-'sek-tə-mē\ *n, pl* -mies (1894) *Brit*

\ *n* [NL] (1886) : inflammation of the

lar\ *adj* (1651) : of or relating to an skeleton)

lix-es *or* -di-ces \-də-,sēz\ [L *appen-* 542) 1 a : APPENDAGE b : supple-it the end of a piece of writing 2 : a if : VERMIFORM APPENDIX

ived; -ceiv-ing [F *apercevoir*] (1876)

F *aperception*, fr. *apercevoir*, fr. MF *rceivre* to perceive] (1753) 1 : intro-nental perception; *esp* : the process of ed in terms of previous experience —

*apperteinen*, fr. MF *apartenir*, fr. LL to belong — more at PERTAIN] (14c) ightful part or attribute : PERTAIN 0) : APPETENCY

ies [L *appetentia*, fr. *appetent-, appe-* fixed and strong desire : APPETITE —

r of APPETIZER, APPETIZING it, fr. MF, fr. L *appetitus*, fr. *appetere* go to — more at FEATHER] (14c) 1 ecessary to keep up organic life; *esp* therent craving (an insatiable ~ for the cultural ~s of the time —J. D.

9) : a food or drink that stimulates ore a meal

: appealing to the appetite esp. in aling to one's taste (an ~ display of — ap-pe-tiz-ing-ly \-zin-lē\ *adv* MF or L; MF *applaudir*, fr. L *ap-plaud*] *vi* (15c) : to express approval 1 : to express approval of : PRAISE : to show approval of esp. by clap-\-'plō-də-bəl\ *adj* — ap-plaud-ably

usus, fr. L, beating of wings, fr. *ap-*nendation : ACCLAIM (the kind of ~ s —Robert Tallant) 2 : approval the hands)

*appel*, fr. OE *æppel*; akin to OHG *ikol* (bef. 12c) 1 : the fleshy usu. n edible pome fruit of a tree (genus apple tree 2 : a fruit or other vege-apple — compare OAK APPLE — ap-ighly cherished (his daughter is the

ck brown spread made by cooking a cider

an, system, situation, or undertaking d (upset the ~)

(1864) : having cheeks the color of

indy distilled from hard cider; *also* lly made by freezing hard cider and or

9) : RUSTIC

an fly (*Rhagoletis pomonella*) whose apples

1 : EXCELLENT, PERFECT (~ order) d by traditionally American values itome of ~ wholesomeness) fr. the traditional practice of school-a gift to their teacher] *vi* (1935) : to Y ~ *vi* : to curry favor with (as by

a relish or dessert made of apples *slang* : BUNKUM, NONSENSE of apple trees caused by a fungus rk blotches or lesions on the leaves,

1 : an act of applying 2 a : a ool or machine to a special purpose or device designed for a particular device (as a stove, fan, or refrigera-rrent c *Brit* : FIRE ENGINE 3 *obs*

pli-kə-\ *adj* (1660) : capable of or IATE (statutes ~ to the case) *syn* \,a-pli-kə-'bi-lə-tē *also* ə-,pli-kə-\ *n* : one who applies (a job ~) ME *applicacioun*, fr. L *application-,* (15c) 1 : an act of applying: a of new techniques) (2) : a use to

which something is put (new ~s for old remedies) b : an act of administering or superposing (~ of paint to a house) c : assiduous attention (succeeds by ~ to her studies) 2 a : REQUEST, PETITION (an ~ for financial aid) b : a form used in making a request 3 : the practical inference to be derived from a discourse (as a moral tale) 4 a : medicated or protective layer or material (an oily ~ for dry skin) 5 : capacity for practical use (words of varied ~)

**ap-pli-ca-tive** \'a-plə-,kā-tiv, ə-'pli-kə-\ *adj* (1638) 1 : APPLICABLE, PRACTICAL 2 : put to use : APPLIED — **ap-pli-ca-tive-ly** *adv*

**ap-pli-ca-tor** \'a-plə-,kā-tər\ *n* (1659) : one that applies; *specif* : a device for applying a substance (as medicine or polish)

**ap-pli-ca-to-ry** \'a-pli-kə-,tōr-ē, -,tȯr-, ə-'pli-kə-\ *adj* (1649) : capable of being applied

**ap-plied** \ə-'plīd\ *adj* (1656) 1 : put to practical use (~ art); *esp* : applying general principles to solve definite problems (~ sciences) 2 : working in an applied science (an ~ physicist)

**¹ap-pli-qué** \,a-plə-'kā\ *n* [F, pp. of *appliquer* to put on, fr. L *applicare*] (1801) : a cutout decoration fastened to a larger piece of material

**²appliqué** *vt* **-quéd; -qué-ing** (1881) : to apply (as a decoration or ornament) to a larger surface : OVERLAY

**ap-ply** \ə-'plī\ *vb* **ap-plied; ap-ply-ing** [ME *applien*, fr. MF *aplier*, fr. L *applicare*, fr. *ad-* + *plicare* to fold — more at PLY] *vt* (14c) 1 a : to put to use esp. for some practical purpose (*applies* pressure to get what he wants) b : to bring into action (~ the brakes) c : to lay or spread on (~ varnish) d : to put into operation or effect (~ a law) 2 : to employ diligently or with close attention (should ~ yourself to your work) ~ *vi* 1 : to have relevance or a valid connection (this rule *applies* to freshmen only) 2 : to make an appeal or request esp. in the form of a written application (~ for a job) — **ap-pli-er** \-'plī(-ə)r\ *n*

**ap-pog-gia-tu-ra** \ə-,pä-jə-'tür-ə\ *n* [It, lit., support] (1753) : an embellishing note or tone preceding an essential melodic note or tone and usu. written as a note of smaller size

**ap-point** \ə-'pȯint\ *vb* [ME, fr. MF *apointier* to arrange, fr. *a-* (fr. L *ad-*) + *point* point] *vt* (14c) 1 a : to fix or set officially (~ a trial date) b : to name officially (will ~ her director of the program) c *archaic* : ARRANGE d : to determine the disposition of (an estate) to someone by virtue of a power of appointment 2 : to provide with complete and usu. appropriate or elegant furnishings or equipment ~ *vi* : to exercise a power of appointment *syn* see FURNISH

**ap-poin-tee** \ə-,pȯin-'tē, ,a-\ *n* (1768) 1 : one who is appointed 2 : one to whom an estate is appointed

**ap-point-ive** \ə-'pȯin-tiv\ *adj* (1881) : of, relating to, or filled by appointment (an ~ office)

**ap-point-ment** \ə-'pȯint-mənt\ *n* (15c) 1 a : an act of appointing : DESIGNATION b : the designation by virtue of a vested power of a person to enjoy an estate 2 : an arrangement for a meeting : ENGAGEMENT 3 : EQUIPMENT, FURNISHINGS — usu. used in pl. 4 : a nonelective office or position (holds an academic ~)

**ap-por-tion** \ə-'pōr-shən, -'pȯr-\ *vt* **-tioned; -tion-ing** \-sh(ə-)niŋ\ [MF *apportionner*, fr. *a-* (fr. L *ad-*) + *portionner* to portion] (1574) : to divide and share out according to a plan; *esp* : to make a proportionate division or distribution of — **ap-por-tion-able** \-shə-nə-bəl\ *adj*

**ap-por-tion-ment** \-shən-mənt\ *n* (1579) : an act or result of apportioning; *esp* : the apportioning of representatives or taxes among the states according to U.S. law

**ap-pose** \a-'pōz\ *vt* **ap-posed; ap-pos-ing** [MF *aposer*, fr. OF, fr. *a-* + *poser* to put — more at POSE] (1596) 1 *archaic* : to put before : apply (one thing) to another 2 : to place in juxtaposition or proximity

**ap-po-site** \'a-pə-zət\ *adj* [L *appositus*, fr. pp. of *apponere* to place near, fr. *ad-* + *ponere* to put — more at POSITION] (1621) : highly pertinent or appropriate : APT *syn* see RELEVANT — **ap-po-site-ly** *adv* — **ap-po-site-ness** *n*

**ap-po-si-tion** \,a-pə-'zi-shən\ *n* (15c) 1 a : a grammatical construction in which two usu. adjacent nouns having the same referent stand in the same syntactical relation to the rest of a sentence (as *the poet* and *Burns* in "a biography of the poet Burns") b : the relation of one of such a pair of nouns or noun equivalents to the other 2 a : an act or instance of apposing; *specif* : the deposition of successive layers upon those already present (as in cell walls) b : the state of being apposed — **ap-po-si-tion-al** \-'zish-nəl, -'zi-shə-n°l\ *adj*

**ap-pos-i-tive** \ə-'pä-zə-tiv, a-\ *adj* (1693) : of, relating to, or standing in grammatical apposition — **appositive** *n* — **ap-pos-i-tive-ly** *adv*

**ap-prais-al** \ə-'prā-zəl\ *n* (1817) : an act or instance of appraising; *esp* : a valuation of property by the estimate of an authorized person

**ap-praise** \ə-'prāz\ *vt* **ap-praised; ap-prais-ing** [ME *appreisen*, fr. MF *aprisier* to apprize] (15c) 1 : to set a value on : estimate the amount of 2 : to evaluate the worth, significance, or status of; *esp* : to give an expert judgment of the value or merit of *syn* see ESTIMATE — **ap-prais-ee** \ə-,prā-'zē\ *n* — **ap-praise-ment** \-'prāz-mənt\ *n* — **ap-prais-er** *n* — **ap-prais-ing-ly** \-'prā-ziŋ-lē\ *adv* — **ap-prais-ive** \-'prā-ziv\ *adj*

**ap-pre-cia-ble** \ə-'prē-shə-bəl, -'pri-sh(ē-)ə-bəl\ *adj* (1818) : capable of being perceived or measured *syn* see PERCEPTIBLE — **ap-pre-cia-bly** \-blē\ *adv*

**ap-pre-ci-ate** \ə-'prē-shē-,āt, -'pri- *also* -'prē-sē-\ *vb* **-at-ed; -at-ing** [LL *appretiatus*, pp. of *appretiare*, fr. L *ad-* + *pretium* price — more at PRICE] *vt* (1655) 1 a : to grasp the nature, worth, quality, or significance of (can't ~ the difference between right and wrong) b : to value or admire highly (thinks no one ~s his endeavors) c : to judge with heightened perception or understanding : be fully aware of (must experience it to ~ it) d : to recognize with gratitude (certainly ~s your kindness) 2 : to increase the value of ~ *vi* : to increase in number or value — **ap-pre-ci-a-tor** \-,ā-tər\ *n* — **ap-pre-cia-to-ry** \-'prē-shə-,tōr-ē, -'pri-shə-, -,tȯr-\ *adj*

*syn* APPRECIATE, VALUE, PRIZE, TREASURE, CHERISH mean to hold in high estimation. APPRECIATE often connotes sufficient understanding to enjoy or admire a thing's excellence (*appreciates* fine wine). VALUE implies rating a thing highly for its intrinsic worth (*values* our friendship). PRIZE implies taking a deep pride in something one possesses (Americans *prize* their freedom). TREASURE emphasizes jealously safeguarding something considered precious (a *treasured* memento). CHERISH implies a special love and care for something (*cherishes* her children above all). *syn* see in addition UNDERSTAND

**ap-pre-ci-a-tion** \ə-,prē-shē-'ā-shən, -,pri- *also* -,prē-sē-\ *n* (1604) 1 a : JUDGMENT, EVALUATION; *esp* : a favorable critical estimate b : sensitive awareness; *esp* : recognition of aesthetic values c : an expression of admiration, approval, or gratitude 2 : increase in value

**ap-pre-cia-tive** \ə-'prē-shə-tiv, -'pri- *also* -'prē-shē-,ā-\ *adj* (ca. 1698) : having or showing appreciation — **ap-pre-cia-tive-ly** *adv* — **ap-pre-cia-tive-ness** *n*

**ap-pre-hend** \,a-pri-'hend\ *vb* [ME, fr. L *apprehendere*, lit., to seize, fr. *ad-* + *prehendere* to seize — more at GET] *vt* (15c) 1 : ARREST, SEIZE (~ a thief) 2 a : to become aware of : PERCEIVE b : to anticipate esp. with anxiety, dread, or fear 3 : to grasp with the understanding : recognize the meaning of ~ *vi* : UNDERSTAND, GRASP

**ap-pre-hen-si-ble** \,a-pri-'hen(t)-sə-bəl\ *adj* (ca. 1631) : capable of being apprehended — **ap-pre-hen-si-bly** \-blē\ *adv*

**ap-pre-hen-sion** \,a-pri-'hen(t)-shən\ *n* [ME, fr. LL *apprehension-, apprehensio*, fr. L *apprehendere*] (14c) 1 a : the act or power of perceiving or comprehending (a person of dull ~) b : the result of apprehending mentally : CONCEPTION (according to popular ~) 2 : seizure by legal process : ARREST 3 : suspicion or fear esp. of future evil : FOREBODING

**ap-pre-hen-sive** \-'hen(t)-siv\ *adj* (14c) 1 : capable of apprehending or quick to do so : DISCERNING 2 : having apprehension : COGNIZANT 3 : viewing the future with anxiety or alarm *syn* see FEARFUL — **ap-pre-hen-sive-ly** *adv* — **ap-pre-hen-sive-ness** *n*

**¹ap-pren-tice** \ə-'pren-təs\ *n* [ME *aprentis*, fr. MF, fr. OF, fr. *aprendre* to learn, fr. L *apprendere*, *apprehendere*] (14c) 1 a : one bound by indenture to serve another for a prescribed period with a view to learning an art or trade b : one who is learning by practical experience under skilled workers a trade, art, or calling 2 : an inexperienced person : NOVICE (an ~ in cooking) — **ap-pren-tice-ship** \-tə(sh)-,ship, -təs-,ship\ *n*

**²apprentice** *vb* **-ticed; -tic-ing** *vt* (1596) : to set at work as an apprentice; *esp* : to bind to an apprenticeship by contract or indenture ~ *vi* : to serve as an apprentice

**ap-pressed** \a-'prest\ *adj* [L *appressus*, pp. of *apprimere* to press to, fr. *ad-* + *premere* to press — more at PRESS] (1791) : pressed close to or lying flat against something (leaves ~ against the stem)

**ap-pres-so-ri-um** \,a-pre-'sōr-ē-əm, -'sȯr-\ *n, pl* **-ria** \-ē-ə\ [NL, fr. L *apprimere*] (1897) : the flattened thickened tip of a hyphal branch by which some parasitic fungi are attached to their host

**ap-prise** \ə-'prīz\ *vt* **ap-prised; ap-pris-ing** [F *appris*, pp. of *apprendre* to learn, teach, fr. OF *aprendre*] (1694) : to give notice to : TELL *syn* see INFORM

**ap-prize** \ə-'prīz\ *vt* **ap-prized; ap-priz-ing** [ME *apprisen*, fr. MF *aprisier*, fr. OF, fr. *a-* (fr. L *ad-*) + *prisier* to appraise — more at PRIZE] (14c) : VALUE, APPRECIATE

**¹ap-proach** \ə-'prōch\ *vb* [ME *approchen*, fr. OF *aprochier*, fr. LL *appropiare*, fr. L *ad-* + *prope* near; akin to L *pro* before — more at FOR] *vt* (13c) 1 a : to draw closer to : NEAR (~ the podium) b : to come very near to : be almost the same as (its mathematics ~*es* mysticism —Theodore Sturgeon) (as the quantity *x* ~*es* zero) 2 a : to make advances to esp. in order to create a desired result (was ~*ed* by several Broadway producers) b : to take preliminary steps toward accomplishment or full knowledge or experience of (~ the subject with an open mind) ~ *vi* 1 : to draw nearer (dawn ~*es*) 2 : to make an approach in golf

**²approach** *n* (15c) 1 a : an act or instance of approaching (the ~ of summer) b : APPROXIMATION (in this book he makes his closest ~ to greatness) 2 a : the taking of preliminary steps toward a particular purpose (experimenting with new lines of ~) b : a particular manner of taking such steps (a highly individual ~ to language) 3 : a means of access : AVENUE 4 a : a golf shot from the fairway toward the green b : the steps taken by a bowler before he delivers the ball; *also* : the part of the alley behind the foul line from which the bowler delivers the ball 5 : the descent of an aircraft toward a landing place

**ap-proach-able** \ə-'prō-chə-bəl\ *adj* (1571) : capable of being approached : ACCESSIBLE; *specif* : easy to meet or deal with — **ap-proach-abil-i-ty** \-,prō-chə-'bi-lə-tē\ *n*

**ap-pro-bate** \'a-prə-,bāt\ *vt* **-bat-ed; -bat-ing** [ME, fr. L *approbatus*, pp. of *approbare* — more at APPROVE] (15c) : APPROVE, SANCTION — **ap-pro-ba-to-ry** \'a-prə-bə-,tōr-ē, ə-'prō-bə-, -,tȯr-\ *adj*

**ap-pro-ba-tion** \,a-prə-'bā-shən\ *n* (14c) 1 *obs* : PROOF 2 a : an act of approving formally or officially b : COMMENDATION, PRAISE

**¹ap-pro-pri-ate** \ə-'prō-prē-,āt\ *vt* **-at-ed; -at-ing** [ME, fr. LL *appropriatus*, pp. of *appropriare*, fr. L *ad-* + *proprius* own] (15c) 1 : to take exclusive possession of : ANNEX (no one should ~ a common benefit) 2 : to set apart for or assign to a particular purpose or use (~ money for the research program) 3 : to take or make use of without authority or right — **ap-pro-pri-a-ble** \-prē-ə-bəl\ *adj* — **ap-pro-pri-a-tor** \-prē-,ā-tər\ *n*

**²ap-pro-pri-ate** \ə-'prō-prē-ət\ *adj* (15c) : especially suitable or compatible : FITTING *syn* see FIT — **ap-pro-pri-ate-ly** *adv* — **ap-pro-pri-ate-ness** *n*

**ap-pro-pri-a-tion** \ə-,prō-prē-'ā-shən\ *n* (14c) 1 : an act or instance of appropriating 2 : something that has been appropriated; *specif* : money set aside by formal action for a specific use — **ap-pro-pri-a-tive** \-'prō-prē-,ā-tiv\ *adj*

**ap-prov-able** \ə-'prü-və-bəl\ *adj* (15c) : capable or worthy of being approved — **ap-prov-ably** \-blē\ *adv*

**ap-prov-al** \ə-'prü-vəl\ *n* (1616) : an act or instance of approving : APPROBATION — **on approval** : subject to a prospective buyer's acceptance or refusal (stamps sent to collectors *on approval*)

**ap-prove** \ə-'prüv\ *vb* **ap-proved; ap-prov-ing** [ME, fr. MF *aprover*, fr. L *approbare*, fr. *ad-* + *probare* to prove — more at PROVE] *vt* (14c) 1 *obs* : PROVE, ATTEST 2 : to have or express a favorable opinion of (couldn't ~ such conduct) 3 a : to accept as satisfactory (hopes she will ~ the date of the meeting) b : to give formal or official sanction to : RATIFY (Congress *approved* the proposed budget) ~ *vi* : to take a

\ə\ abut \°\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \ȧ, k, ⁿ, œ, ǣ, ue, ue̅, ʼ\ *see* Guide to Pronunciation

CORD115427

# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

n·ar·y

THIRD EDITION

**HOUGHTON MIFFLIN COMPANY**
*Boston · New York · London*

Words are included in this Dictionary on the basis of their
usage. Words that are known to have current trademark
registrations are shown with an initial capital and are also
identified as trademarks. No investigation has been made of
common-law trademark rights in any word, because such
investigation is impracticable. The inclusion of any word in
this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to
proprietary rights. Indeed, no definition in this Dictionary is
to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered
trademarks of Forbes Inc. Their use is pursuant to a license
agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead
Data Central, Inc., providers of the LEXIS®/NEXIS® services,
for its assistance in the preparation of this edition of
*The American Heritage Dictionary.*

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any
form or by any means, electronic or mechanical, including
photocopying and recording, or by any information storage or
retrieval system without the prior written permission of
Houghton Mifflin Company unless such copying is expressly
permitted by federal copyright law. Address inquiries to
Permissions, Houghton Mifflin Company, 2 Park Street,
Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*
The American heritage dictionary of the English language.
—3rd ed.
  p.   cm.
ISBN 0-395-44895-6
  1. English language—Dictionaries.
PE1628.A623    1992                          92-851
423—dc20                                     CIP

Manufactured in the United States of America

lated to past experience. [New Latin *apperceptiō, apperceptiōn-* : Latin *ad-*, ad- + Latin *perceptiō*, perception; see PERCEPTION.] —**ap'per·cep'tive** (-sĕp'tĭv) *adj.*

**ap·per·tain** (ăp'ər-tān') *intr.v.* **-tained, -tain·ing, -tains.** To belong as a proper function or part; pertain: *problems appertaining to social reform.* [Middle English *appertenen*, from Old French *apartenir*, from Vulgar Latin **appartenēre*, from Late Latin *appertinēre* : *ad-*, ad- + *pertinēre*, to belong; see PERTAIN.]

**ap·pe·stat** (ăp'ĭ-stăt') *n.* The area in the brain that is believed to regulate appetite and food intake. [APPE(TITE) + –STAT.]

**ap·pe·tence** (ăp'ĭ-təns) *n.* **1.** A strong craving or desire. **2.** A tendency or propensity. **3.** A natural attraction or affinity. [Probably French *appétence*, from Latin *appetentia*, from *appetēns, appetent-*, present participle of *appetere*, to strive after. See APPETITE.]

**ap·pe·ten·cy** (ăp'ĭ-tən-sē) *n., pl.* **-cies.** Appetence. [Latin *appetentia*. See APPETENCE.]

**ap·pe·tite** (ăp'ĭ-tīt') *n.* **1.** An instinctive physical desire, especially one for food or drink. **2.** A strong wish or urge: *an appetite for learning.* [Middle English *apetit*, from Old French, from Latin *appetītus*, strong desire, from past participle of *appetere*, to strive after : *ad-*, ad- + *petere*, to seek; see **pet-** in Appendix.] —**ap'pe·ti'tive** (ăp'ĭ-tī'tĭv, ə-pĕt'ĭ-tĭv) *adj.*

**ap·pe·tiz·er** (ăp'ĭ-tī'zər) *n.* A food or drink served usually before a meal to stimulate the appetite.

**ap·pe·tiz·ing** (ăp'ĭ-tī'zĭng) *adj.* Appealing to or stimulating the appetite. —**ap'pe·tiz'ing·ly** *adv.*

**Ap·pi·an Way** (ăp'ē-ən). An ancient Roman road between Rome and Capua, begun in A.D. 312 and later extended to Brindisi, with a total length of more than 563 km (350 mi).

**appl.** *abbr.* Applied.

**ap·plaud** (ə-plôd') *v.* **-plaud·ed, -plaud·ing, -plauds.** —*intr.* To express approval, especially by clapping the hands. —*tr.* **1.** To express approval of (someone or something) especially by such clapping. **2.** To commend highly; praise: *applauded her decision to complete her degree.* [Middle English *applauden*, from Latin *applaudere* : *ad-*, ad- + *plaudere*, to clap.] —**ap·plaud'a·ble** *adj.* —**ap·plaud'a·bly** *adv.* —**ap·plaud'er** *n.*

***SYNONYMS:*** *applaud, cheer, root.* The central meaning shared by these verbs is "to express approval or encouragement in audible form, especially by clapping": *applauded at the end of the concert; cheered when the home team scored; rooting for the underdog in the tennis championship.*

**ap·plause** (ə-plôz') *n.* **1.** Approval expressed especially by the clapping of hands. **2.** Praise; commendation: *a scientific discovery that won critical applause.* [Medieval Latin *applausus*, from past participle of Latin *applaudere*, to applaud. See APPLAUD.]

**ap·ple** (ăp'əl) *n.* **1.a.** A deciduous Eurasian tree *(Malus pumila)* having alternate simple leaves and white or pink flowers. **b.** The firm, edible, usually rounded fruit of this tree. **2.a.** Any of several other plants, especially those with fruits suggestive of the apple, such as the crab apple or custard apple. **b.** The fruit of any of these plants. —*idiom.* **apple of (one's) eye.** One that is treasured: *Her grandson is the apple of her eye.* [Middle English *appel*, from Old English *æppel*.]

**apple green** *n. Color.* A moderate or vivid yellow green to light or strong yellowish green. —**ap'ple-green'** (ăp'əl-grēn') *adj.*

**ap·ple·jack** (ăp'əl-jăk') *n.* **1.** Brandy distilled from hard cider. **2.** An alcoholic drink made from hard cider that has been frozen.

**apple of Peru** *n.* An annual Peruvian plant *(Nicandra physalodes)*, grown as an ornamental for its pale violet-blue, bell-shaped flowers and fruits enclosed in papery, inflated calyxes. Also called *shoo-fly plant.*

**ap·ple-pie** (ăp'əl-pī') *adj. Informal.* **1.** Nearly perfect: *put the room in apple-pie order.* **2.** Often **apple pie.** Of, relating to, or marked by values regarded as distinctively American: *"Family, neighborhood, community are apple pie virtues, unassailable and unavoidable in political rhetoric"* (Ronald Brownstein).

**ap·ple-pol·ish** (ăp'əl-pŏl'ĭsh) *v.* **-ished, -ish·ing, -ish·es.** *Informal.* —*intr.* To seek favor by toadying. —*tr.* To seek favor with; flatter. See Synonyms at **fawn**[1]. —**apple polisher, ap'ple-pol'ish·er** *n.*

**ap·ple·sauce** (ăp'əl-sôs') *n.* **1.** Apples stewed to a pulp, sweetened, and sometimes spiced. **2.** *Slang.* Nonsense.

**Ap·ple·seed** (ăp'əl-sēd'), **Johnny.** See John **Chapman.**

**Ap·ple·ton** (ăp'əl-tən). A city of eastern Wisconsin on the Fox River southwest of Green Bay. The first hydroelectric plant in the United States was built here in 1882. Population, 58,913.

**Appleton,** Sir **Edward Victor.** 1892–1965. British physicist. He won a 1947 Nobel Prize for his discovery of the F layer of the ionosphere.

**Ap·ple Valley** (ăp'əl). A city of southeast Minnesota, a residential suburb of Minneapolis–St. Paul. Population, 21,818.

**ap·pli·ance** (ə-plī'əns) *n.* **1.** A device or instrument designed to perform a specific function, especially an electrical device, such as a toaster, for household use. See Synonyms at **tool.** **2.** A dental or surgical device designed to perform a therapeutic or corrective function. [From APPLY.]

**ap·pli·ca·ble** (ăp'lĭ-kə-bəl, ə-plĭk'ə-) *adj.* That can be applied; appropriate: *gave applicable examples to support her argument.* —**ap'pli·ca·bil'i·ty** *n.* —**ap'pli·ca·bly** *adv.*

**ap·pli·cant** (ăp'lĭ-kənt) *n.* One that applies, as for a job. [Middle English, from Latin *applicāns*, present participle of *applicāre*, to affix. See APPLY.]

**ap·pli·ca·tion** (ăp'lĭ-kā'shən) *n.* **1.** The act of applying. **2.** Something applied, such as a cosmetic or curative agent. **3.a.** The act of putting something to a special use or purpose: *an application of a new method.* **b.** A specific use to which something is put: *the application of science to industry.* **4.** The capacity of being usable; relevance: *Geometry has practical application in aviation and navigation.* **5.** Close attention; diligence: *shows application to her work.* See Synonyms at **effort.** **6.a.** A request, as for assistance, employment, or admission to a school. **b.** The form or document on which such a request is made. —**application** also **applications** *adj. Computer Science.* Of or being a computer program designed for a specific task or use: *applications software for a missile guidance system.* [Middle English *applicacion*, from Old French, from Latin *applicātiō, applicātiōn-*, from *applicātus*, past participle of *applicāre*, to affix. See APPLY.]

**ap·pli·ca·tive** (ăp'lĭ-kā'tĭv, ə-plĭk'ə-) *adj.* **1.** Characterized by actual application; applied. **2.** Practical; applicatory. —**ap'pli·ca'tive·ly** *adv.*

**ap·pli·ca·tor** (ăp'lĭ-kā'tər) *n.* An instrument for applying something, such as medicine or glue.

**ap·pli·ca·to·ry** (ăp'lĭ-kə-tôr'ē, -tōr'ē, ə-plĭk'ə-) *adj.* Readily applicable; practical.

**ap·plied** (ə-plīd') *adj. Abbr.* **app., appl.** Put into practice or to a particular use: *applied physics.*

**ap·pli·qué** (ăp'lĭ-kā') *n.* A decoration or ornament, as in needlework, made by cutting pieces of one material and applying them to the surface of another. —**appliqué** *tr.v.* **-quéd, -qué·ing, -qués.** To decorate by cutting pieces of one material and applying them to the surface of another. [French, past participle of *appliquer*, to apply, from Latin *applicāre*, to affix. See APPLY.]

**appliqué**
Stitching a piece of fabric on a quilt

**ap·ply** (ə-plī') *v.* **-plied, -ply·ing, -plies.** —*tr.* **1.** To bring into nearness or contact with something; put on, upon, or to: *applied glue sparingly to the paper.* **2.** To put to or adapt for a special use: *applies all her money to her mortgage.* **3.** To put into action: *applied the brakes.* **4.** To devote (oneself or one's efforts) to something: *applied myself to my studies.* —*intr.* **1.** To be pertinent or relevant: *a rule that applies to everyone.* **2.** To request or seek assistance, employment, or admission: *will apply to college.* See Synonyms at **resort.** [Middle English *applien*, from Old French *aplier*, from Latin *applicāre*, to affix : *ad-*, ad- + *plicāre*, to fold together; see **plek-** in Appendix.]

**ap·pog·gia·tu·ra** (ə-pŏj'ə-tŏŏr'ə) *n. Music.* An embellishing note, usually one step above or below the note it precedes and indicated by a small note or special sign. [Italian, from *appoggiato*, past participle of *appoggiare*, to lean on, from Vulgar Latin **appodiāre* : Latin *ad-*, ad- + *podium*, support (from Greek *podion*, base, from *pous, pod-*, foot; see **ped-** in Appendix).]

**ap·point** (ə-point') *tr.v.* **-point·ed, -point·ing, -points.** *Abbr.* **app., appt.** **1.** To select or designate to fill an office or position: *appointed her the chief operating officer of the company.* **2.** To fix or set by authority or by mutual agreement: *will appoint a date for the examination.* **3.** To furnish; equip: *a house that is comfortably appointed.* **4.** *Law.* To direct the disposition of (property) to a person or persons in exercise of a power granted for this purpose by a preceding deed. [Middle English *appointen*, from Old French *apointier*, to arrange, from *a point*, to the point : *a*, to (from Latin *ad*; see AD–) + *point*, point; see POINT.]

***SYNONYMS:*** *appoint, designate, name, nominate, tap.* The central meaning shared by these verbs is "to select for an office or position": *was appointed chairperson of the committee; expects to be designated leader of the opposition; a new commissioner of public safety named by the mayor; wants to be nominated as her party's candidate; was tapped for fraternity membership.* See also Synonyms at **furnish.**

**ap·point·ee** (ə-poin'tē', ăp'oin-) *n.* **1.** One who is appointed to an office or position. **2.** *Law.* One to whom a power of appointment of property is granted.

**ap·point·ive** (ə-poin'tĭv) *adj.* Relating to or filled by appointment: *an appointive office.*

**ap·point·ment** (ə-point'mənt) *n. Abbr.* **appt.** **1.a.** The act of appointing or designating for an office or position. **b.** The office or position to which one has been appointed. **2.** An arrangement to do something or meet someone at a particular time and place. See Synonyms at **engagement.** **3. appointments.** Furnishings, fittings, or equipment. **4.** *Law.* The act of directing the disposition of property by virtue of a power granted for this purpose.

**ap·poin·tor** (ə-poin'tər, ə-poin'tôr') *n. Law.* One that executes a power of appointment of property.

**Ap·po·mat·tox** (ăp'ə-măt'əks). A town of south-central Virginia east of Lynchburg. Confederate general Robert E. Lee surrendered to Union general Ulysses S. Grant at Appomattox Courthouse on April 9, 1865, ending the Civil War. The site is now a national historical park. Population, 1,345.

**ap·por·tion** (ə-pôr'shən, ə-pōr'-) *tr.v.* **-tioned, -tion·ing, -tions.** To divide and assign according to a plan; allot. See Syn-

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ' (primary); ' (secondary), as in dictionary (dĭk'shə-nĕr'ē)

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

pose or use: as **a** *archaic* : DEVICE, MEASURE, STRATAGEM **b** : a piece of equipment for adapting a tool or machine to a special purpose : ACCESSORY, FIXTURE, ATTACHMENT **c** : a tool, instrument, or device specially designed for a particular use : APPARATUS ⟨fire-fighting ~s⟩ **d** : a household or office utensil, apparatus, instrument, or machine that utilizes a power supply, esp. electric current (as a vacuum cleaner, a refrigerator, a toaster, an air conditioner) **3** *obs* : obedient service : COMPLIANCE **syn** see IMPLEMENT, MACHINE

**ap·pli·ca·bil·i·ty** \ˌaplikəˈbilədē, -lət-, -ətē, -i *sometimes* əˌplik- *or* aˌplik-\ *n* -ES : the quality or state of being applicable

**ap·pli·ca·ble** \ˈaplikəbəl, ˈsplek-, ˈaˌplik- *sometimes* əˈplik- *or* aˈplik-\ *adj* [F, fr. *appliquer* to apply (fr. L *applicare* to attach to, devote to) + *-able*] **1** : capable of being applied : having relevance ⟨a basic technique of musical rendition that is ~ to any piece —Virgil Thomson⟩ **2** : fit, suitable, or right to be applied : APPROPRIATE ⟨prosecuted in any ~ court —*U.S. Code*⟩ **syn** see RELEVANT

**ap·pli·ca·ble·ness** *n* -ES : APPLICABILITY

**applicable surfaces** *n pl, math* : two surfaces that may be deformed one into the other without stretching or tearing

**ap·pli·ca·bly** \-blē, -bli\ *adv* : in an applicable manner

**ap·pli·cant** \ˈaplәkәnt, -lėk-\ *n* -s [L *applicant-, applicans*, pres. part. of *applicare*] : one who applies for something : one who makes a usu. formal request esp. for something of benefit to himself ⟨an ~ for a job⟩ ⟨an ~ for a scholarship⟩

**applicate** *adj* [L *applicatus*, past part. of *applicare*] *archaic* : put to use : APPLIED ⟨those ~ sciences that extend the power of man over the elements —Isaac Taylor †1865⟩

**ap·pli·ca·tion** \ˌaplәˈkāshәn\ *n* -s [ME *applicacioun*, fr. ML *application-, applicatio*, fr. L, inclination, fr. *applicatus* (past part. of *applicare* to attach) + *-ion-, -io* -ion — more at APPLY] **1** : the act of applying: **a** : the bringing to bear (as of one general statement upon another) by way of elucidation ⟨the ~ of a theory to a case⟩ **b** : employment as a means : specific use ⟨the ~ of certain new techniques⟩ **c** : the act of laying on or of bringing into contact ⟨the ~ of a dressing to the wound⟩ **d** : the act of fixing one's mind closely or attentively : assiduous attention ⟨learn by intense ~⟩ **2** *in astrology* : approach (as of one planet to another) **3** : APPEAL, REQUEST, PETITION ⟨an ~ for a position⟩ ⟨an ~ to an underwriter for insurance⟩ **4** : something applied or used in applying: as **a** (1) : the part of a discourse in which principles stated previously are applied to practical uses (2) : the moral lesson or inference to be derived from a moral tale; *esp* : the explicit formulation of this often given at the end of the tale **b** : something applied to the body locally as a remedial device (as a tourniquet, ointment, or poultice) **5** : capacity of being practically applied or used : RELEVANCY ⟨words of varied ~⟩ **6** : the denotation of a term in logic

**¹ap·pli·ca·tive** \ˈaplәˌkādiv, -ˌkәd-; әˈplikәd-, aˈ-\ *adj* [obs. E *applicate* + E *-ive*] **1** : APPLICABLE **2** : put to use : APPLIED — **ap·pli·ca·tive·ly** *adv*

**²applicative** \"\ *n* -s : QUANTIFIER

**ap·pli·ca·tor** \ˈaplәˌkād·ә(r), -ātә-\ *n* -s [obs. E *applicate* to apply (fr. L *applicatus*) + E *-or*] **1** : a device (as a cotton-tipped rod, a pad, or a nozzle) for applying substances (as medicine, cosmetics, polish, or chemical foam) **2** : one that applies substances ⟨urges that ~s avoid using sprays during windy weather —*Country Gentleman*⟩

**ap·pli·ca·to·ry** \ˈaplәkәˌtōrē, әˈplik-\ *adj* [obs. E *applicate* + E *-ory*] : capable of being applied

**ap·plied** \әˈplīd\ *adj* **1** : put to practical use : engaged in for a utilitarian or contributory purpose : concerned with concrete problems or data rather than with fundamental principles ⟨~ mathematics⟩ ⟨~ psychology⟩ ⟨technical problems in medicine, engineering, economics, and other ~ disciplines —Sidney Hook⟩ — contrasted with *pure*; compare ABSTRACT, THEORETICAL **2** *of art* : employed in the decoration, design, or execution of useful objects **3** : APPLIQUÉD

**applied music** *n* : vocal or instrumental musical performance subject to instruction in college or school as contrasted with musical theory and literature — called also *practical music*

**applied ornament** *n* : appliquéd ornament : APPLIQUÉ

**ap·pli·er** \әˈplī(ә)r, -īә\ *n* -s : one that applies

**¹ap·pli·qué** \ˌapləˈkā\ *n* -s *often attrib* [F *appliqué* (past part. of *appliquer* to put on), fr. L *applicatus*, past part. of *applicare* to attach — more at APPLY] : a cutout decoration of a material laid on and fastened to a larger piece of the same or different material: **a** : a design composed of various fabric shapes stitched, embroidered, or sometimes pasted onto a surface (as of a quilt, skirt, or tablecloth) **b** : a lace motif made separately and attached to a ground of net or lace **c** : a shaped piece of wood or metal attached as a decoration to furniture **d** : something usu. of metal applied decoratively (as a wall sconce)

**²appliqué** \"\ *vt* **appliquéd; appliquéd; appliquéing** \-kāiŋ\ **appliqués** : to apply (as a decoration or ornament) : OVERLAY — used esp. of fabrics ⟨of finest percale with *appliquéd* designs —*New Yorker*⟩

**ap·pli·quer** \ˈapləˌkāә(r)\ *n* -s : one that appliqués; *esp* : a worker who stitches monograms or ornamental patches to knitted garments

**appln** *abbr* application

**ap·plo·sion** \әˈplōzhәn, (ˈ)aˈp-\ *n* -s [*ad-* + *-plosion* (as in *explosion, implosion*)] *phonetics* : interruption and compression of the breath in the production of a stop

**ap·plot** \әˈplät, aˈ-\ *vt* -ED/-ING/-S [*ad-* + *plot*] *archaic* : to divide into parts : APPORTION — **ap·plot·ment** \-mәnt\ *n* -s *archaic*

**ap·ply** \әˈplī\ *vb* -ED/-ING/-ES [ME *applien, aplien*, fr. MF *aplier*, fr. L *applicare* to apply, attach, devote, fr. *ad-* + *plicare* to fold, twist together — more at PLY] *vt* **1 a** : to make use of as suitable, fitting, or relevant ⟨~ the rule to each situation⟩ ⟨~ an epithet to a person⟩ ⟨~ a word to a new idea⟩ **b** : to put to use esp. for some practical purpose ⟨~ knowledge⟩ : to use for a particular purpose or in a particular case ⟨~ money to the payment of a debt⟩ **c** : to bring into action ⟨he *applied* his brakes quickly⟩ **d** : to put into effect : IMPOSE ⟨~ an embargo⟩ **e** (1) : to place in contact ⟨~ an antiseptic to a cut⟩ : lay or spread on : OVERLAY ⟨sand the wood before ~ing the varnish⟩ (2) : SUPERPOSE ⟨~ one triangle upon another⟩ **2** : to devote or employ diligently or with close attention ⟨~ oneself to a task⟩ ⟨~ your wits to this problem⟩ **3** *obs* : PRACTICE : carry on : PLY ~ *vi* **1 a** : to be in contact : ADHERE, FIT ⟨nails ~ in prebored holes⟩ **b** : to have a valid connection, agreement, or analogy : have a bearing : be pertinent ⟨the argument *applies* to the case⟩ **2 a** *obs* : to be adapted : SUIT **b** : to devote oneself : attend closely ⟨the more you ~ the quicker you will learn⟩ **3** : to make an appeal or a request esp. formally and often in writing and usu. for something of benefit to oneself ⟨~ to an employer for a job⟩ ⟨~ to a bank for a loan⟩ **syn** see DIRECT, USE

**appmt** *abbr* appointment

**ap·pog·gia·tu·ra** \әˌpäjәˈtůrә, -tůә\ *n* -s [It, lit., support, fr. *appoggiare* to lean, rest, fr. (assumed) VL *appodiare*, fr. L *ad-* + (assumed) VL *-podiare* (fr. L *podium* balcony) — more at PEW] : an accessory embellishing note or tone preceding an essential melodic note or tone and usu. written as a note of smaller size — see LONG APPOGGIATURA, SHORT APPOGGIATURA

long — written — played
short — written — played
double — written — played

appoggiatura

**ap·point** \әˈpȯint\ *vb* -ED/-ING/-S [ME *appointen, apointen*, fr. MF *apointer* to arrange, settle, equip, fr. OF, fr. *a-* (fr. L *ad-*) + *-pointier* (fr. *point*) — more at POINT] *vt* **1 a** (1) : to fix by a decree, order, command, resolve, decision, or mutual agreement : ORDAIN, PRESCRIBE (2) : to establish with power or firmness : mark out **b** (1) : to designate (the person) in whom shall be vested an estate subject to a power of appointment (2) : to direct or determine the disposition of (an estate) by designating the person or persons in whom it shall vest by virtue of a power of appointment **c** : to assign, designate, or set apart by authority ⟨~ each man to his position⟩; (1) *archaic* : DESTINE, ASSIGN, DEVOTE ⟨sheep ~*ed* to be slain⟩ (2) : DESIGNATE ⟨~ an officer⟩ ⟨~ an official⟩ : place in an office or post ⟨~ a superintendent⟩ ⟨~ a committee⟩ **d** (1) *archaic* : to arrange for a meeting with (a person) (2) *archaic* : to fix the time and place of ⟨~ the meeting, even at his father's house —Shak.⟩ (3) : to fix (the time) for an event ⟨in our places at the ~*ed* hour⟩ **2** : to provide with necessary equipment : FURNISH, EQUIP : fit out ⟨beautifully ~*ed* public rooms —*N.Y. Times Mag.*⟩ ~ *vi* **1** *obs* : SETTLE, ARRANGE **2** *obs* : ORDAIN, DETERMINE **3** *archaic* : to make an engagement : arrange a meeting with a person **syn** see DESIGNATE, FURNISH

**ap·poin·tee** \әˌpȯinˈtē *also* ˌaˌp- *sometimes* әˌpȯintˈē *or* ә'(ˌ)-\ *n* -s [*appoint* + *-ee*] **1** : one that is appointed (as to an office) **2** : one to whom an estate is appointed

**ap·poin·tive** \әˈpȯintiv, -ēv *also* -әv\ *adj* **1** : of or relating to the act or power of appointing ⟨the president's ~ powers⟩ **2** : subject to appointment ⟨an ~ office⟩

**ap·point·ment** \әˈpȯintmәnt\ *n* -s [ME *appointement, apointement*, fr. MF *apointement*, fr. *apointier* to arrange + *-ment* — more at APPOINT] **1** : act of appointing: **a** *obs* : the act of coming to terms of capitulation **b** : designation by virtue of a vested power of a person to enjoy an estate or other specific property subject to that power **c** : designation of a person to hold a nonelective office or perform a function ⟨exercise the right of ~⟩ **2 a** *obs* : terms made with an opponent (as for surrender) : CAPITULATION, AGREEMENT **b** *archaic* : ORDINANCE, DISPENSATION ⟨the merciful ~ of Providence⟩ **c** (1) : OFFICE, POSITION ⟨he received the ~ of ambassador⟩ (2) *archaic* : a monetary allowance esp. to a public officer : PERQUISITE — usu. used in pl. **3** : an arrangement for a meeting : ENGAGEMENT ⟨an ~ for an interview⟩ ⟨broke his ~ with the dentist⟩ **4** : equipment or furnishings esp. for a hotel or a ship : ACCOUTREMENTS — usu. used in pl. ⟨~s for a soldier or a horse⟩ ⟨famous for the luxury and comfort of its ~s⟩ ⟨the coat of arms appeared on the ~s of the knight and his mount⟩ **syn** see ENGAGEMENT

**ap·poin·tor** \әˌpȯinˈtȯ(ә)r *also* ˌaˌp- *or* әˈpȯintәr *sometimes* әˌpȯintˈō(ә)r *or* әˈpȯin,tō- *or* әˈpȯint,ō-,\ *n* -s : one that appoints an estate under a power of appointment

**appoints** *pres 3d sing of* APPOINT

**¹ap·port** \әˈpō(ә)rt, aˈ-, -ō(ә)rt\ *n* -s [ME *aport, apport*, altar, (influenced by ME *aport, apport* offering, contribution, fr. MF *aport*, fr. OF, fr. *aporter* to bring, fr. L *apportare*) of *port* — more at PORT] **1** *obs* : BEARING, PORT **2** [F, lit., action of bringing, thing brought, fr. *apporter* to bring, fr. L *apportare*] : motion or production of an object by a spiritualist medium without apparent physical agency; *also* : the object so produced

**²apport** \"\ *vt* -ED/-ING/-S [prob. fr. F *apporter*, lit., to bring, fr. L *apportare*, fr. *ad-* + *portare* to carry — more at PORT] : to produce (a material object) at a spiritualist séance without any apparent physical means

**ap·por·tion** \әˈpōrshәn, -ȯrsh-, -ōәsh-, -ō(ә)sh- *also* aˈ-\ *vt* **apportioned; apportioned; apportioning** \-sh(ә)niŋ\ **apportions** [MF *apportionner*, fr. *a-* (fr. L *ad-*) + *portionner* to portion — more at PORTION] : to divide and assign in proportion : divide and distribute proportionately : make an apportionment of : portion out : ALLOT ⟨~ time among various employments⟩; *specif* : to assign (a capitation or other direct federal tax) among the states in proportion to population as provided in the U.S. Constitution

**syn** PORTION, PARCEL, RATION, PRORATE: APPORTION applies to distribution on an equitable, or suitable basis ⟨representatives shall be *apportioned* among the several states according to their respective numbers, counting the whole number of persons in each —*U.S. Constitution*⟩ ⟨he will be a brave man who will *apportion* responsibility for Britain's attitude between parties and classes —Roy Lewis & Angus Maude⟩ ⟨nature seems to have *apportioned* the voices of many of her creatures with sensitive regard for their environment —William Beebe⟩ PORTION may apply to distribution of more or less equal shares ⟨firing 270 rounds *portioned* equally among pistols of three calibers —*Time*⟩ PARCEL, usu. used with *out*, may indicate division into many small pieces, lots, or units for subsequent delivery, claim, or execution ⟨being compelled to *parcel out* its inadequate combat resources sparingly between the many vulnerable points —Herbert Feis⟩ ⟨Mother would *parcel out* her year: three months with Herbert and Mabel, three with Carrie and Roland —Victoria Sackville-West⟩ RATION may apply to division by authority, presumably equitably, on some such basis as need ⟨where capital is short, it must be *rationed* intelligently, in the same way as gasoline and sugar were *rationed* in wartime —A.B.Lam⟩ ⟨he *rationed* his time, told visitors he could give them three minutes —*Time*⟩ PRORATE suggests equitable proportional distribution according to authority or common agreement ⟨the entire field was to be put in truck crops, and the yield *prorated* to the workers —Russell Lord⟩ **syn** see in addition ALLOT

**apportionate** *vt* -ED/-ING/-S [ML *apportionatus*, past part. of *apportionare*, fr. MF *apportionner*] *obs* : APPORTION

**ap·por·tion·ment** \-mәnt\ *n* -s [prob. fr. MF *apportionnement*, fr. *apportionner* + *-ment*] **1** : the act or result of apportioning ⟨the ~ of lands among settlers⟩ **2** : the division of rights or liabilities among several persons entitled or liable to them in accordance with their respective interests (as where a contractor is given part payment in return for part performance or where rents are divided according to some scale of interest) **3** : the apportioning of representatives or taxes to the several states according to U. S. law

**apportionment clause** *n* : a clause in an insurance policy that prescribes the method of determining the insurer's portion of liability for loss where property is covered by other insurance

**ap·pose** \aˈpōz\ *vt* -ED/-ING/-S [MF *aposer*, fr. OF, fr. *a-* (fr. L *ad-*) + *poser* to put, place — more at POSE] **1** *archaic* : to place opposite or before : apply (one thing) to another ⟨~ a seal to a document⟩ **2** : to place in juxtaposition or proximity ⟨chromosomes . . . with their transverse bands exactly *apposed* —*Discovery*⟩

**ap·po·site** \ˈapәzәt *sometimes* әˈpäz- *or* aˈpäz-\ *adj* [L *appositus*, fr. past part. of *apponere* to place near, apply to, fr. *ad-* + *ponere* to put — more at POSITION] : highly pertinent or appropriate : RELEVANT, APT ⟨examples more or less ~ to one subject —Edward Clodd⟩ ⟨~ illustrations may be found in recent statutes —B.N.Cardozo⟩ ⟨her use of anecdote is ~ —Carl Van Vechten⟩ **syn** see RELEVANT

**ap·po·site·ly** *adv* : in an apposite manner : RELEVANTLY

**ap·po·site·ness** *n* -ES : the quality or state of being apposite : APTNESS

**ap·po·si·tion** \ˌapәˈzishәn\ *n* -s [ME *apposicioun*, fr. ML *apposition-, appositio*, fr. LL, act of setting before, fr. L *appositus* (past part. of *apponere*) + *-ion-, -io* -ion] **1 a** : a grammatical construction that consists of two nouns or noun equivalents referring to the same person or thing, standing in the same syntactical relation to the rest of the sentence without being joined to each other by a coordinating conjunction, and typically adjacent to each other (as *the poet* and *Burns* in "a biography of the poet Burns", *my sister* and *Jane* in "this is my sister Jane", *John* and *a bashful child* in "John, a bashful child, was afraid of strangers", or *the fact* and *that he is rich* in "the fact that he is rich is obvious") **b** : the relation of one of such a pair of nouns or noun equivalents to the other, esp. of the second to the first **2** [F fr. LL *apposition-, appositio*] **a** *archaic* : the application of one thing to another (as a seal to a document) **b** : the placing of things in juxtaposition or proximity; *specif* : deposition of successive layers upon those already present (as in cell walls) — compare INTUSSUSCEPTION **3** : the state of being in juxtaposition or proximity (as in the drawing together of cut edges of tissue in healing)

**ap·po·si·tion·al** \ˌ;e;ˈzishәn°l, -shnәl\ *adj* : relating to or being in apposition — **ap·po·si·tion·al·ly** \-shәnˈlē, -shnәlē, -li\ *adv*

**apposition beach** *n* : one of a series of beaches successively formed on the seaward side of an older beach

**apposition eye** *n* : a compound eye that is characteristic of diurnal insects and in which entering light reaches the retina of each ommatidium as a single spot and the image is a composite of all the spots — compare SUPERPOSITION EYE

**¹ap·pos·i·tive** \əˈpäzəd·iv, -ətiv *also* aˈ-\ *adj* [*apposition* + *-ive*] **1** : standing in grammatical apposition ⟨an ~ noun⟩ : being a grammatical apposition ⟨an ~ construction⟩ **2** *of an adjective or adjective equivalent* : standing in a relation to its noun like that of the second noun or noun equivalent to the first in an apposition (as *shy* and *embarrassed* in "the child, shy and embarrassed, said nothing") — compare ADHERENT 4, ATTRIBUTIVE 1a, ¹PREDICATE 2 — **appositively** *adv*

**²appositive** \"\ *n* -s : an appositive noun, noun equivalent, adjective, or adjective equivalent

**appr** *abbr* apprentice

**ap·prais·al** \əˈprāzəl, aˈ-\ *also* **ap·praise·ment** \-zmənt\ *n* -s [*appraise* + *-al* or *-ment*] **1** : an act of estimating or evaluating (as quality, status, or character) esp. by one fitted to judge ⟨a more realistic ~ of the difficulties inherent in the undertaking —J.B.Conant⟩ ⟨a swift ~ by shrewd eyes —George Whiting⟩; *also* : the stated result of such an act ⟨an overgenerous ~ of his worth⟩ ⟨a detailed ~ of a program⟩ **2** : a valuation of property by the estimate of an authorized person; *specif* : the valuation of imported goods according to methods set forth in the tariff laws of a country

**appraisal clause** *n* : the provision in fire and certain other insurance policies for a procedure to be followed in determining the amount of loss when the insurer and insured cannot agree

**ap·praise** \əˈprāz, aˈ-\ *vt* -ED/-ING/-S [ME *appreisen*, modif. (influenced by *preisen* to set a value on) of MF *aprisier* — more at APPRIZE] **1** : to set a value on (as goods, lands, or the estate of a deceased person) : estimate the amount of (as a loss by fire) **2** : to judge and analyze the worth, significance or status of; *esp* : to give a definitive expert judgment of the merit, rank, or importance of ⟨~ recent American poetry⟩ ⟨~ a political trend⟩ ⟨~ the cost of an objective in terms of human life —O.N.Bradley⟩ **syn** see ESTIMATE

**ap·prais·er** \-zə(r)\ *n* -s **1** : one that appraises (as real estate for determining tax rates or sales prices, imported articles for the assessing of tariff duties, damaged goods for salvage, or the property of bankrupt businesses for auction-sale value of assets) **2** : one that estimates status, excellence, or potentiality; *specif* : one that as a guide to the establishment of new businesses or advertising contracts studies a neighborhood to appraise its buying power, class of goods used, or services desired **3** : one that determines the authenticity of works of art by means of X ray and other scientific methods of examination

**appraiser's store** *n* : a storeroom or building where goods are held by U.S. customs officials for appraisal

**ap·prais·ing·ly** *adv* : in an appraising manner ⟨looked about him ~ —Erle Stanley Gardner⟩

**ap·prais·ive** \-āziv\ *adj* : forming an appraisal ⟨both aesthetic and ethical discourse . . . are treated as primarily ~ in their mode of signifying —P.B.Rice⟩ : APPRAISING ⟨so many harshly ~ eyes fixed upon her —I.S.Cobb⟩

**apprecate** *vt* -ED/-ING/-S [L *apprecatus*, past part. of *apprecari*, fr. *ad-* + *precari* to pray — more at PRAY] *obs* : to pray for — **apprecation** *n* -s *obs* — **apprecatory** *adj, obs*

**ap·pre·cia·ble** \əˈprēshəbəl *sometimes* -rishəb- *or* -rēshēəb-\ *adj* [F *appréciable*, fr. MF *appreciable*, fr. *apprecier, aprecier* to appraise (fr. LL *appretiare*) + *-able*] : capable of being perceived and recognized or of being weighed and appraised ⟨seldom capable of any ~ color change —W.H.Dowdeswell⟩ ⟨voters were unable to exert any ~ influence upon the selection of the candidates put forward by their party —F.A.Ogg & P.O.Ray⟩ **syn** see PERCEPTIBLE

**ap·pre·cia·bly** \-blē, -li\ *adv* : to an appreciable extent or degree : NOTICEABLY

**ap·pre·ci·ate** \əˈprēshēˌāt *sometimes* -rishē- *rarely* -rēsē-, *usu* -ād·+V\ *vb* -ED/-ING/-S [ML & LL; ML *appreciatus* (past part. of *appretiare* to value, esteem), fr. LL, past part. of *appretiare* to appraise, put a price on, fr. L *ad-* + *pretium* price, value — more at PRICE] *vt* **1 a** (1) : to evaluate highly or approve warmly often with expressions or tokens of liking ⟨to be loved, to be *appreciated*, to be admired and highly valued —Theodor Reik⟩ (2) : to judge or evaluate the worth, merit, quality, or significance of : comprehend with knowledge, judgment, and discrimination ⟨incapable of *appreciating* the difference between right and wrong —B.N.Cardozo⟩ ⟨*appreciated* that a new era was beginning —David Fairchild⟩ ⟨my power of *appreciating* your many charms and my desire that you should become my wife —Samuel Butler †1902⟩ **b** : to judge with heightened perception or understanding: (1) : to be critically and emotionally aware of delicate subtle aesthetic or artistic values ⟨he could not ~ artistic quality⟩ (2) : to be fully sensible of often through or as if through personal experience ⟨must be experienced to be *appreciated* —Rudyard Kipling⟩ **c** : to esteem highly and express thanks or gratitude for ⟨I ~ your kindness but I should be much happier alone —Louis Bromfield⟩ **2** : to raise the value of : increase the market price of ⟨from 1820 onwards gold was mainly *appreciated* —J.A.Todd⟩ — opposed to *depreciate* ~ *vi* : to rise in value or quantity ⟨apples *appreciated* 2 to 5 cents per box —*Wall Street Jour.*⟩ ⟨the calving and lambing season is good and numbers greatly ~ —James Stevenson-Hamilton⟩

**syn** VALUE, PRIZE, TREASURE, CHERISH: APPRECIATE connotes recognition of worth or merit through wise judgment, analytical perception, and keen insight ⟨the author *appreciates* the historical development of the Roman law and the character of its various sources —H.O.Taylor⟩ ⟨he liked to be near people and have his talent as a whittler *appreciated* —Sherwood Anderson⟩ It is rarely used without these notions, although in less precise use it may carry added notions of warm hearty approval or full or delicate enjoyment ⟨attach herself to someone who knew how to *appreciate* the fullness of her ardor —Morley Callaghan⟩ ⟨youth *appreciates* that sort of recognition which is the subtlest form of flattery age can offer —Joseph Conrad⟩ In this series VALUE is less rich in suggestion than the others. It may suggest judgment blending the analytic and the subjective ⟨she only *valued* rest to herself when it came in the midst of other people's labor —Thomas Hardy⟩ ⟨suddenly Gard was smitten by the tragedy of plain women; to be *valued*, but not loved —Mary Austin⟩ PRIZE stresses high evaluation, often subjective; it may suggest a sense of pride in acquisition or possession and reluctance to lose or be deprived of the thing in question ⟨his grandfather's two *prized* standing cups —T.B.Costain⟩ ⟨we had *prized* our solitude when we had to fight for it —Virginia D. Dawson & Betty D. Wilson⟩ ⟨what is freedom and why is it *prized*? —John Dewey⟩ TREASURE, used with things considered or felt to be of extreme value, stresses notions of storing or of jealous guarding against loss or theft, notions of cleaving to and preserving ⟨that the volumes I write will be *treasured* up with the utmost care for ages —William Cowper⟩ ⟨ecstatic moments for him, to be *treasured* and conned over —T.B.Costain⟩ ⟨if . . . I have your friendship, I shall *treasure* it —Edna S. V. Millay⟩ CHERISH, rich in affective suggestion, adds the idea of deep-seated, perhaps tacit affection or intimate fond reflection on ⟨he *cherished* a painfully nostalgic memory of his childhood sweetheart —Saxe Commins⟩ ⟨troubled by the conflict of many ideas in his fruitful mind, and ardently *cherishing* those he thought true and good —Carl Van Doren⟩ ⟨*cherish* their allegiance to Christ in solitude and silence —Katharine F. Gerould⟩ **syn** see in addition UNDERSTAND

**appreciated surplus** *n* : a surplus due to increase in the book value of the capital assets of a corporation

**ap·pre·ci·a·tion** \əˌprēshēˈāshən *also* -ēsē- *sometimes* -rishē- — -*šē*- *is more freq in "appreciation" than in "appreciate", as a result of sh- dissimilation*\ *n* -s [F & LL; F *appréciation*, fr. MF *apreciation*, prob. fr. *aprecier* to appraise + *-ation*; LL *appretiation-, appretiatio* valuation, fr. *appretiatus* + L *-ion-, -io* -ion — more at APPRECIABLE] **1 a** : recognition through the senses esp. with delicacy of perception ⟨an ~ of fine shades of meaning⟩; *specif* : sensitive awareness of worth or esp. aesthetic value ⟨his fine ~ of painting⟩ **b** : ESTIMATION, JUDGMENT ⟨~ of quality or character⟩; *specif* : a written or spoken critical estimate esp. when favorable ⟨write a brief ~ of a book⟩ **c** : expression of gratification and approval, of gratitude, or of aesthetic satisfaction ⟨in ~ of your work⟩ ⟨we offer this small token by way of ~⟩ **d** : recognition of aesthetic values

A133

CORD115582

# EXHIBIT 8

**Summary of "Affix" Definitions in Cordis's Briefs and Declarations**

- Affix is "1. to attach physically (as by nails or glue): Fasten. 2. to attach in any way: connect with." Webster's Third New International Dictionary at 36 (2002).
- "Affix" is "1. to secure to something; attach." (American Heritage Dictionary of the English Language at 30 (3d ed. 1992).)
- "Affix" is "1. to attach physically. 2. to attach in any way; add, append." (Merriam-Webster's Collegiate Dictionary at 20 (10th ed. 1993).)

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

**affirmative** 36 **afloat**

truth of the consequent (as in, "if it rains, then the game is cancelled and the game has been cancelled, therefore it has rained") — called also *assertion of the consequent*

[1]**af·fir·ma·tive** \ə'fərməd·iv, -ām-, -əim-, -ətiv *also* a'-\ *adj* [MF *affirmatif*, fr. L *affirmativus*, fr. *affirmatus* + *-ivus* -ive] **1** *obs* : CONFIRMATIVE, RATIFYING **2** *logic* : asserting a predicate of a subject or of a part of a subject; *also* : asserting the truth or validity of a statement ("All A is B", "Some A is B", and "It is true that A is B" are ~ propositions) — contrasted with *negative* **3 a** : asserting that the fact is so : declaratory of what exists (~ proof that he was in fact a danger to public safety —David Fellman) **b** : affirming the existence of certain facts or a particular state of things at the time a contract of insurance is made —used of representations and warranties; compare IMPLIED CONTRACT, PROMISSORY **4** : ASSERTIVE, POSITIVE (an ~ approach to the problem) — **af·firm·a·tive·ly** *adv*

[2]**affirmative** \"\ *n* -s [ME, fr. MF *affirmatif*, fr. *affirmatif*, adj.] **1** : an expression (as the word *yes* or the phrase *that's so*) of affirmation or assent — often used adverbially esp. in radiotelephone communication ("Is his wingman still with him?" "Affirmative." —J.A.Michener) **2** *logic* : AFFIRMATION **a** **3 a** : the side of a question that affirms or maintains the proposition stated — opposed to *negative* (40 votes were in the ~) **b (1)** : the speaker or speakers on the affirmative side in a debate **(2)** : the party in a legal proceeding upon whom falls the burden of proof

**affirmative defense** *n* : a defense setting up new matter that provides a defense against the plaintiff's case, assuming the complaint to be true

**affirmative easement** *or* **affirmative servitude** *n* : POSITIVE EASEMENT

**affirmative pregnant** *n*, *in pleading* : an affirmative allegation implying or not excluding some negative in favor of the adverse party

**af·firm·a·to·ry** \-mə,tōrē\ *adj* [*affirmation* + *-ory*] : giving affirmation (an ~ gesture)

[1]**af·fix** \ə'fiks, (')a¦f-\ *vt* -ED/-ING/-ES [ML *affixare*, fr. L *affixus*, past part. of *affigere* to fasten to, fr. *ad-* + *figere* to fasten — more at DIKE] **1** : to attach physically (as by nails or glue) : FASTEN — usu. used with *to* (the king's seal dangled from the ribbon which ~*ed* it to the proclamation) (~ the label to the package) **2** : to attach in any way : connect with : ADD, SUBJOIN — usu. used with *to* (a penalty ~*ed* to hasty, superficial thinking —A.N.Whitehead) (a title of honor ~*ed* to a person's name) (~ your signature to the letter) **3** : IMPRESS (dropping a blob of wax upon the parchment, he ~*ed* his seal) **4** *obs* : to fix upon : settle upon : FIX **syn** see FASTEN

[2]**af·fix** \'a,fiks\ *n* -ES [F *affixe*, fr. L *affixus*, past part.] **1 a** : a sound or sequence of sounds or, in writing, a letter or sequence of letters occurring as a bound form attached to the beginning or end of a word, base, or phrase or inserted within a word or base and serving to produce a derivative word (as *un-* in *untie*, *-ate* in *chlorate*, *-ish* in *morning-after-ish*) or an inflectional form (as *-s* in *cats*) or the basis of part or all of a paradigm (as L *-n-* in *vinco* "I conquer", *vincit* "he conquers" as contrasted with the perfect tense forms *vici* "I have conquered" *vicit* "he has conquered") — compare [3]INFIX, PREFIX, SUFFIX **b** *among animal breeders* : a registered generic or common name combined with the individual name of purebred animals to indicate the particular breeding or strain **2** : APPENDAGE, ADDITION **3** : a small decorative figure (as a flower) added to ceramic or bronze ware or to an architectural detail — **af·fix·al** \'a,fiksəl\ *or* **af·fix·i·al** \(')a¦fiksēəl\ *adj*

**af·fix·a·tion** \,a,fik'sāshən\ *n* -s **1** : the action or process of affixing **2** : the use of an affix

**affix-clipping** *n* : METANALYSIS

**af·fix·ion** \ə'fikshən, a'-\ *n* -s [LL *affixion-*, *affixio*, fr. L *affixus* (past part. of *affigere* to fasten to) + *-ion-*, *-io* -ion — more at AFFIX] : the act of affixing : the state of being affixed

**af·fix·ture** \-kchə(r)\ *n* -s [[1]*affix* + *-ture* (as in *fixture*)] : state of being affixed

**af·flat·ed** \ə'flād·əd, a'-\ *adj* [obs. *afflate* to blow on, fr. L *afflatus* + E *-ed*] : INSPIRED

**af·fla·tion** \-āshən\ *n* -s [L *afflatus* + E *-ion*] : a breathing into : INSPIRATION

**af·fla·tus** \-ād·əs, -ātəs\ *n* -ES [L *afflatus*, lit., act of blowing or breathing on, fr. *afflatus*, past. part. of *afflare* to blow on, fr. *ad-* + *flare* to blow — more at BLOW] : a divine imparting of knowledge or power : supernatural or overmastering impulse : INSPIRATION (we imagine that a great speech is caused by some mysterious ~ that descends into a man from on high —Max Eastman)

**af·flict** \ə'flikt\ *vt* -ED/-ING/-S [ME *afflicten*, fr. L *afflictus*, past part. of *affligere* to cast down, deject, fr. *ad-* + *fligere* to strike — more at PROFLIGATE] **1** *obs* **a** : HUMBLE (that we might ~ ourselves before our God —Ezra 8:21 (AV)) **b** : to strike down : OVERTHROW (in hope to find better abode, and my ~*ed* powers to settle here on earth —John Milton) **2 a** : to distress severely so as to cause continued suffering (cutting off the food supply and ~*ing* the people with dearth —J.G. Frazer) (strife between the Emperors and Popes which ~*ed* the Middle Ages —Herbert Agar) **b** : TROUBLE (the mummers themselves were not ~*ed* with any such feeling for their art —Thomas Hardy) : INJURE, DAMAGE (that debasement of the verbal currency which ~*s* terms used in advertising —*Times Lit. Supp.*)

**syn** TORTURE, TORMENT, RACK, GRILL, TRY: AFFLICT is a general term that is applicable to most situations involving distress or difficulty. It is often interchangeable with the following words although it lacks their more specific suggestions and stresses the fact of affliction rather than the manner. TORTURE is the strongest word in the group in suggesting most extreme infliction of pain, suffering, anguish, strain (until his eye be *tortured* out with fire —P.B.Shelley) (and laid the strips and jagged ends of flesh even once more, and slacked the sinew's knot of every *tortured* limb —Robert Browning) Although the two may be interchangeable, TORMENT may have a less extreme suggestion than TORTURE and may imply greater continuity or customary practice (it was inevitable that the older boys should become mischievous louts; they bullied and *tormented* and corrupted the younger boys —H.G.Wells) (other epochs had been *tormented* by the misery of the existence and the terror of the unknown —*Humanist*) RACK is likely to suggest a straining or wrenching with stress, duress, disease, pain, or emotion (Thucydides' world was a place *racked* and ruined and disintegrated by war —Edith Hamilton) (a lean and nameless phantom *racked* by a consumptive cough —*Amer. Scholar*) Although GRILL orig. suggested the torment of being broiled, it has weakened and is likely to suggest less pain than the preceding words; it is usu. used in situations involving stringent cross-examination or, in the present participle, in situations involving much vexation and agitation (representatives of Intelligence . . . they gave his lordship a respectful but thorough *grilling* —Upton Sinclair) (a *grilling* afternoon trying to work despite confusions and interruptions) TRY implies that which tests one's endurance, stamina, control (other men were *tried* by puny ailments, were not searched and shaken by one tremendous shock —George Meredith) (it *tried* her that he gave her no encouragement —Willa Cather)

**afflicted** *adj* : grievously affected or troubled esp. by disease : mentally or physically impaired

**afflictedness** *n* -ES : AFFLICTION

**af·flic·tion** \-kshən\ *n* -s [ME *affliccioun*, fr. MF *affliction*, fr. L *affliction-*, *afflictio*, fr. *afflictus* + *-ion-*, *-io* -ion — more at AFFLICT] **1** *obs* : act of afflicting; *specif* : SELF-MORTIFICATION **2** : the state of being afflicted; a state of pain, distress, or grief (some virtues are seen only in ~ —Joseph Addison) **3** : the cause of continued pain or distress of body or mind (as illness or losses); *also* : the pain, distress, or grief resulting from such a cause (the dark and senseless ~*s* of a nightmare —Kenneth Roberts) **syn** see TRIAL

**af·flic·tive** \-ktiv\ *adj* [F *afflictif*, fr. L *afflictus* + F *-if* -ive] : giving pain : causing affliction : DISTRESSING — **af·flic·tive·ly** *adv*

**aff loof** \(')a'flüf\ *adv* [*aff* (alter. of *off*) + *loof*] *Scot* : without preparation : OFFHAND

**af·flu·ence** \'a,flüən(t)s, 'aflawən-\ *n* -s [ME, fr. MF, fr. L *affluentia*, fr. *affluent-*, *affluens* + *-ia*] **1 a** : an abundant flow or supply (as of words or feelings) : PROFUSION (from the various falls and cataracts there is an ~ and variety of iris bows —John Muir) **b** : abundance of property : WEALTH (the heirs reduced from ~ to destitution —G.B.Shaw) **2** : a flowing to or toward a point : INFLUX (looking at the . . . constant ~ of newcomers —T.E.Lawrence)

[1]**af·flu·ent** \-nt\ *adj* [ME, fr. MF, fr. L *affluent-*, *affluens*, pres. part. of *affluere* to flow abundantly, fr. *ad-* + *fluere* to flow — more at FLUID] **1 a** : flowing in abundance : ABUNDANT, COPIOUS (his florid and ~ fancy was greatly admired —Van Wyck Brooks) **b** : having an abundance of goods or riches : WEALTHY (nor did the bankbook show that Mr. Oldacre was in such very ~ circumstances —A. Conan Doyle) **2** : flowing toward (~ breezes stirred the water) **syn** see RICH

[2]**affluent** \"\ *n* -s [F, fr. L *affluent-*, *affluens*, pres. part] **1** : a stream or river flowing into a larger river or into a lake : a tributary stream — compare EFFLUENT **2** : the raw sewage entering a disposal plant

**af·flu·ent·ly** *adv* : with abundance : RICHLY

**af·flux** \'a,fləks\ *n* -ES [F or L; F, fr. L *affluxus*, past part. of *affluere* to flow to, flow abundantly] : AFFLUENCE 2 (an ~ of blood to the head) (a regular ~ of laborers has been set up —James Bryce)

**af·flux·ion** \a'fləkshən, ə'-\ *n* -s [L *affluxus* + E *-ion*] : AFFLUX

**affly** *abbr* affectionately

**af·force** \a'fō(ə)rs, ə'-\ *vt* -ED/-ING/-S [ML *afforciare*, fr. OF *aforcier* to strengthen, increase, fr. *a-* (fr. L *ad-*) + *forcier*, *forcer* to force — more at FORCE] : to strengthen (as a court or jury) by adding specially qualified members

**af·force·ment** \-mənt\ *n* -s : an afforcing (as of a court or jury)

**af·ford** \ə'fō(ə)rd, -ó(ə)rd, -ōəd, -ó(ə)d\ *vt* -ED/-ING/-S [ME *aforthen*, fr. OE *geforthian* to carry out, accomplish, further, fr. *ge-* (perfective prefix) + *forthian* to carry out, fr. *forth* forth, forward — more at CO-, FORTH] **1 a** : to manage to bear without serious detriment — used with infinitive (a dictionary of an ancient language can ~ to embrace everything that can be called a word —R.W.Chapman) (you can't ~ to get out of balance —Lou Smyth) (most of us, however, can well ~ to look critically at our writing —Milton Hall) (she could ~ to be generous with Irene —Louis Auchincloss) **b** : to manage to pay for or incur the cost of (no country, however rich, can ~ the waste of its human resources —F.D. Roosevelt) (people who can ~ leisure sit in cafés by the hour —W.P.Webb) (our failure to recognize and foster promising students who cannot ~ college —Douglas Bush) (we can ~ only those threats that we are ready to carry out —*New Republic*) **2 a** : GIVE, FURNISH (history ~*s* us a wealth of examples —John Strachey) (an old building with grillwork elevators ~*ing* passengers a view of the cable —J.F.Powers) — sometimes used with *to* (their business is not to praise their age, but to ~ to the men who live in it the highest pleasure which they are capable of feeling —Matthew Arnold) (the bill was a measure necessary to ~ protection to labor as well as industry —*Current Biog.*) **b** : to furnish or offer typically or as an essential concomitant (apartments are small and ~ very little living space —D.P.O'Mahony) (by the great distribution ~*ed* by the printing press —R.A.Hall b.1911) **3** *archaic* : to sell at a particular price

**af·for·est** \a'fórəst, ə'f-, -är-\ *vt* -ED/-ING/-S [ML *afforestare*, fr. L *ad-* + ML *forestis*, *foresta* forest — more at FOREST] **1** *English law* : to convert into a forest (sense 1) **2** : to establish forest cover on (as land not previously forested) — compare REFOREST

**af·for·es·ta·tion** \(,)a,fórəs'tāshən, ə,f-, -är-\ *n* -s : the act or process of afforesting

[1]**af·form·a·tive** \a'fó(r)məd·iv, ə'-\ *n* -s [*ad-* + *formative*] : SUFFIX 1 — used esp. in Semitic grammar; contrasted with *preformative*

[2]**afformative** \(')a¦f-, ə'f-\ *adj* : characterized by the use of suffixes (the ~ conjugation) : being an afformative (an ~ element)

**af·fran·chise** \a'-, ə'-\ *vt* -ED/-ING/-S [modif. (influenced by *-ise*) of MF *afranchiss-*, stem of *afranchir*, fr. *a-* (fr. L *ad-*) + *franchir* to free — more at FRANCHISE] : ENFRANCHISE 1 **syn** see FREE

[1]**af·fray** \ə'frā, a'f-, 'a,f-\ *n* -s [ME *afray*, *affray*, fr. MF *esfrei*, *effray*, *affray*, fr. *esfreer*, *effreer*, *affreer*, v.] **1** *obs* : ALARM, FRIGHT, TERROR **2** : a tumultuous assault : a violent engagement or action : FRAY, BRAWL, QUARREL (the walls themselves were torn down in the fury of the ~ —M.J. O'Kelly) (European crises, diplomatic ~*s* —C.E.Montague); *specif* : the fighting of two or more persons in a public place so as to frighten others, the offense under the law consisting in the disturbance of the public peace **syn** see CONTEST

[2]**affray** \"\ *vt* -ED/-ING/-S [ME *afraien*, *affraien*, fr. MF *esfreer*, *effreer*, *affreer*, fr. (assumed) VL *exfridare*, fr. L *ex-* + (assumed) VL *-fridare* (of Gmc origin; akin to OHG *fridu* peace) — more at FRITHBORH] **1** *archaic* : STARTLE, ALARM **2** *archaic* **a** : SCARE **b** : to frighten away **syn** see FRIGHTEN

**af·freight** \a'frāt, ə'-\ *vt* -ED/-ING/-S [modif. (influenced by *freight*) of F *affréter*, fr. *a-* (fr. L *ad-*) + *fréter* to freight or charter a ship, fr. *fret* freight, fr. OF, fr. MD *vrecht*, *vracht* — more at FREIGHT] : to hire or charter (a ship) for the transportation of goods or freight — **af·freight·er** \-ād·ə(r)\ *n* -s

**af·freight·ment** \-mənt\ *n* -s [modif. of F *affrètement*, fr. *affréter* + *-ment*] : a mercantile lease of a vessel under which it remains in charge of the owners; *also* : the act of hiring a vessel under such a lease — compare CHARTER 5

**af·fret·tan·do** \,afrə'tän(,)dō, ,äf-\ *adj* [It, lit., hastening, verbal of *affrettare* to hasten, fr. *a-* (fr. L *ad-*) + *fretta* haste, fr. *frettare* to rub, fr. (assumed) VL *frictare*, fr. L *frictus*, past part. of *fricare* to rub — more at BRINE] : becoming faster, as if excited — used as a direction in music

**af·fri·cate** \'afrəkət, -ēk-, *usu* -əd·+V\ *n* -s [prob. fr. G *affrikata*, fr. L *affricata*, fem. of *affricatus*, past part. of *affricare* to rub against, fr. *ad-* + *fricare* to rub — more at BRINE] *phonetics* : a stop and its immediately following release through the articulatory position for a continuant nonsyllabic usu. homorganic consonant (as the \t\ and \sh\ that are the constituents of the \ch\ in *why choose* and that are different from the \t\ and \sh\ of *white shoes*)

**af·fri·cat·ed** \-,kād·əd\ *adj*, *phonetics* : changed in character from a simple stop into an affricate

**af·fri·ca·tion** \,==kāshən\ *n* -s : conversion (of a simple stop sound) into an affricate

[1]**af·fric·a·tive** \a'frikəd·iv, ə-; 'afrə,kād-\ *adj* [*affricate* + *-ive*] : having the articulation of an affricate or a fricative

[2]**affricative** \"\ *n* -s **1** : AFFRICATE **2** : FRICATIVE

[1]**affright** *adj* [ME *afright*, alter. of *afyrht*, fr. OE *āfyrht*, past part. of *āfyrhtan* to frighten, fr. *ā-* (perfective prefix) + *fyrhtan* to fear — more at ABEAR, FRIGHT] *obs* : AFFRIGHTED

[2]**af·fright** \a'frīt, ə'-, *usu* -īd·+V\ *vt* -ED/-ING/-S **1** : to impress with sudden fear : FRIGHTEN, ALARM (a strange wild country that began a little to ~ us —Daniel Defoe) (the ~*ing* cycle of reincarnation —J.R.Ullman) **2** : to make frightful (casques that did ~ the air at Agincourt —Shak.) (these birds from their secret haunts ~ the quiet of the night —Sheridan Le Fanu) **syn** see FRIGHTEN

[3]**affright** \"\ *n* -s [[2]*affright*] **1** : sudden and great fear approaching terror (he looks behind him with ~ and forward with despair —Oliver Goldsmith) **2** *archaic* : a cause of terror

**affrighted** *adj* : seized with affright : FRIGHTENED — **af·fright·ed·ly** *adv*

**af·fright·en** \-t°n\ *vt* -ED/-ING/-S [[1]*affright* + *-en*] : AFFRIGHT

**af·fright·ful** \-tfəl\ *adj* [[3]*affright* + *-ful*] *archaic* : FRIGHTFUL — **af·fright·ful·ly** *adv*

**af·fright·ment** \-tmənt\ *n* -s [[3]*affright* + *-ment*] *archaic* : the act of affrighting : the state of being affrighted

[1]**af·front** \ə'frənt, a'-\ *vt* -ED/-ING/-S [ME *afronten*, *afrounten*, fr. MF *afronter*, *affronter*, fr. (assumed) VL *affrontare*, fr. L *ad-* + *front-*, *frons* forehead — more at FRONT] **1 a** : to insult esp. to the face by behavior or language (those who now smile upon and embrace would ~ and stab each other if manners did not interpose —Earl of Chesterfield) **b** : to offend esp. by showing disrespect (the prince ~*ed* his father by embarking on a love affair —Geoffrey Bruun) **2 a** : to face in defiance : CONFRONT (~ death) **b** *archaic* : to meet in hostile encounter **c** *obs* : to meet or encounter face to face **3** : to appear directly before (the still fresh scar on the hillside which ~*s* the traveler's eye —Norman Douglas) **4** *archaic* : to front upon : border upon **syn** see OFFEND

[2]**affront** \"\ *n* -s [MF, back-formation fr. *affronter*] **1 a** : a deliberately offensive act or utterance (in this heat every extra gesture was an ~ to the common store of life —Scott Fitzgerald) **b** : an offense to one's self-respect (for the Greeks, the Roman Empire was a necessity of life and at the same time an intolerable ~ —A.J.Toynbee) **2** *obs* : a hostile encounter

**syn** INSULT, INDIGNITY: AFFRONT is a deliberate indication of disrespect calculated to offend (an old *affront* will stir the heart through years of rankling pain —Jean Ingelow) (my determination to break this educational lockstep was an *affront* to their pride as schoolmasters —Sidney Lovett) INSULT refers to a personal attack intended to rankle and humiliate (the *insults* offered to the Federal troops by the women of New Orleans —W.C.Ford) (he suffered the greatest *insult* ever offered to a man in the House of Commons: when he entered with the Liberal party, the Conservatives rose to a man and left the House —O.S.J.Gogarty) INDIGNITY indicates an outrageous or contemptuous offense to one's personal dignity (that after all which had passed he should be compelled to accept his pardon at Caesar's hands was an *indignity* to which he could not submit —J.A.Froude) (to nearly all men serfdom was, without qualification, a degrading thing, and they found trenchant phrases to describe the *indignity* of the condition —R.W.Southern)

**af·fron·té** *or* **af·fron·tee** \¦a,frən¦tā; ə'frəntē, a'f-\ *adj* [F *affronté*, fr. past part. of *affronter* to confront, affront — more at AFFRONT] **1** *also* **af·fron·ty** \ə'frəntē, a'-\ *of two heraldic figures* : facing each other — compare COMBATANT, RESPECTANT **2** *of a heraldic figure* : facing to the front : full-faced : GARDANT

**affrontedly** *adv* [*affronted* (past part. of [1]*affront*) + *-ly*; intended as trans. of F *affrontément*] *obs* : IMPUDENTLY

**af·front·ive** \ə'frəntiv, a'-\ *adj*, *archaic* : OFFENSIVE

**afft** *abbr* affidavit

**af·fuse** \a'fyüz, ə'-\ *vt* -ED/-ING/-S [L *affusus*, past part.] *archaic* : POUR

**af·fu·sion** \-üzhən\ *n* -s [LL *affusion-*, *affusio* act of pouring on, fr. L *affusus* (past part. of *affundere* to pour on, fr. *ad-* + *fundere* to pour) + *-ion-*, *-io* -ion — more at FOUND (melt & pour)] : act of pouring a liquid upon (as in baptism)

**affy** *vb* -ED/-ING/-ES [ME *afien*, *affien*, fr. OF *afier* — more at AFFIANCE] *vt* **1** *obs* : CONFIDE, TRUST **2 a** *obs* : **(1)** : ESPOUSE **(2)** : AFFIANCE, BETROTH **b** *archaic* : to join closely (as in bonds of faith) (souls *affied* by sovereign destinies —R.W. Emerson) ~ *vi*, *obs* : CONFIDE, TRUST

[1]**af·ghan** \'af,gan, -aa(ə)n *also* -gən\ *n* -s [Pashto *afghān*] **1** *cap* : a native or inhabitant of Afghanistan, in western Asia **2** *cap* : PASHTO **3** : a blanket or shawl of colored wool, knitted or crocheted in strips or squares which are joined by sewing or crocheting **4** : a Turkoman carpet of large size and long pile woven in geometric designs and predominantly wine red in color **5** *often cap* : CHIPPENDALE 2 **6** *usu cap* : AFGHAN HOUND

[2]**afghan** \"\ *adj*, *usu cap* : of, relating to, or like that of Afghanistan, its people, or its language

**afghan fox** *n*, *usu cap A* : CORSAC

**afghan hound** *n*, *usu cap A* : a swift greyhoundlike hunting dog of an ancient breed native to the Near East with a coat of silky thick hair of very fine texture, a head surmounted by a long silky topknot, and being about 26 inches tall

**af·ghani** \af'ganē, -änē\ *n* -s [Pashto *afghānī*, lit., Afghan] **1 a** : the basic monetary unit of Afghanistan — see MONEY table **b** : a silver coin no longer in active circulation representing the basic monetary unit of Afghanistan **2** *cap* : [1]AFGHAN 2

**af·ghan·i·stan** \af'ganə,stan, -taa(ə)n\ *adj*, *usu cap* [fr. *Afghanistan*, country in western Asia] : of or from Afghanistan : of the kind or style prevalent in Afghanistan

**afi·brin·o·gen·emia** \¦ā,-\ *n* -s [NL, fr. [2]*a-* + E *fibrinogen* + NL *-emia*] : an abnormality of the blood-clotting mechanism caused by usu. congenital absence of fibrinogen in the blood and marked by a tendency to prolonged bleeding

**afi·ci·o·na·da** \ə,fisēə'nädə, ə,fēsēə'-, ə,fishə'-, a,f-, -ädə; -,fethēə'näthə, -nä-\ *n* -s [Sp, fr. fem. of *aficionado*, past part.] : a female aficionado

**afi·ci·o·na·do** *also* **af·fi·ci·o·na·do** \-ä(,)dō, -ä(-, -)thō\ *n* -s [Sp *aficionado*, fr. *aficionado*, past part. of *aficionar* to inspire devotion or affection (as in *aficionarse* to be fond of), fr. *afición* fondness, affection, fr. L *affection-*, *affectio* — more at AFFECTION] **1** : an enthusiastic follower of bullfighting (the most important single thing for the beginning ~ to concentrate on is the matador's feet —Barnaby Conrad) **2** : an ardent follower, supporter, or enthusiast : FAN (an ~ of science fiction) (~*s* of progressive education argue that this has a frustrating effect on the children —Richard Joseph)

**afield** \ə'-\ *adv* (*or adj*) [ME *afelde*, fr. OE *on felda*, *on felde*, fr. *on* + *felda*, *felde*, dat. of *feld* field — more at FIELD] **1 a** : upon a field of battle (the armies were ~, challenging the enemy's advance) **b** : out to a field of battle (fierce warriors rushing ~) **2** : into or in a field : in or into the countryside (unlawful to carry hunting rifles ~ until the open season) (~, too, he had a quick eye for scenery —*Times Lit. Supp.*) **3 a** : away from home, usual surroundings, or native country : ABROAD (looking ~ for new lands to conquer —R.A.Hall b.1911) **b** : to or at a distance : away from a given point — used esp. with *far* or *farther* (they were at work far ~ —Russell Lord) (he did not want to go any farther ~) **4 a** : outside the circle of one's immediate family, usual associates, or ordinary activities (always looking ~ for new friends, new interests) (she did not go ~ for those who affected art and advanced ideas —Willa Cather) **b** : beyond one's ordinary methods of procedure or patterns of behavior : out of the way : to extreme lengths (an artist who has rarely gone ~ for his striking effects) **5 a** : beyond the point at issue : off the subject : away from the line of reasoning or interest : ASTRAY — used esp. with *far* or *farther* (inane remarks that were completely ~) (such a digression would lead us too far ~ —R.W. Murray) **b** : beyond evident causes, reasons, or circumstances — usu. used with *farther* (a social upheaval that can be understood only by going farther ~) **c** : beyond the fundamental limitations or boundaries (difficult problems that, so far as psychiatry is concerned, are quite ~)

**afi·ko·men** \,äfē'kōmən\ *n* -s [Heb *āphīqōmān*] : a piece broken from the middle one of the three matzoth used by Jews at the Passover Seder service and set aside to be eaten at the end of the meal

**afire** \ə'-\ *adj* [ME *afire*, *afure*, fr. [1]*a-* + *fire*, *fure*, dat. of *fir*, *fur* fire] : on fire : BLAZING, FLAMING (the building was ~)

**afla·gel·lar** \¦āflə¦jelə(r)\ *also* **aflag·el·late** \(')ā¦flajələt, -,lāt, ¦āflə¦jelət\ *adj* [[2]*a-* + *flagellar*, *flagellate*] *zool* : without a flagellum

**aflame** \ə'-\ *adj* [[1]*a-* + *flame*, n.] : AFIRE

**aflare** \ə'-\ *adj* [[1]*a-* + *flare*, v.] : FLARING, FLAMING (~ with burning coals —Roderick Cameron)

**a flat** \'=¦=\ *n*, *usu cap A* **1** : the keynote of A-flat major or A-flat minor **2** : the tone a half step below A

**a-flat major** \'=,='==\ *n*, *usu cap A* : the major musical key having a signature of four flats

**a-flat minor** \'=,='==\ *n*, *usu cap A* : the minor musical key having a signature of seven flats

**aflick·er** \ə'-\ *adj* [[1]*a-* + *flicker*, v.] : FLICKERING

**afloat** \ə'flōt, *usu* -ōd·+V\ *adv* (*or adj*) [ME *aflote*, *aflot*, fr. OE *on flote*, *on flot*, fr. *on* + *flote*, *flot*, dat. & acc. respectively of *flot* deep water, sea; akin to OE *flēotan* to float — more at FLOAT] **1 a** : borne on the water : not aground : FLOATING (though badly battered, the boat remained ~) **b** : at sea : away from port (all the ships are still ~) **c** : buoyed up, floating, or suspended on, in, or as if on or in water, air, or any similar medium (water lilies placidly ~) (her hair ~ in the summer breeze) (~ on a tide of happiness —Marcia Davenport) **d** : on shipboard — used of persons or goods (preference for duty ~ —Louis Auchincloss) (a large quantity of wheat still ~) **2** : free of difficulties, esp. financial ones or those requiring the intervention of outside assistance : self-sufficient (the inheritance kept them ~ for years) **3 a** : circulating about from one individual or place to another : RU-

A137

CORD115581

# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

n·ar·y

THIRD EDITION

**HOUGHTON MIFFLIN COMPANY**
*Boston · New York · London*

Words are included in this Dictionary on the basis of their
usage. Words that are known to have current trademark
registrations are shown with an initial capital and are also
identified as trademarks. No investigation has been made of
common-law trademark rights in any word, because such
investigation is impracticable. The inclusion of any word in
this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to
proprietary rights. Indeed, no definition in this Dictionary is
to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered
trademarks of Forbes Inc. Their use is pursuant to a license
agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead
Data Central, Inc., providers of the LEXIS®/NEXIS® services,
for its assistance in the preparation of this edition of
*The American Heritage Dictionary.*

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any
form or by any means, electronic or mechanical, including
photocopying and recording, or by any information storage or
retrieval system without the prior written permission of
Houghton Mifflin Company unless such copying is expressly
permitted by federal copyright law. Address inquiries to
Permissions, Houghton Mifflin Company, 2 Park Street,
Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*
The American heritage dictionary of the English language.
—3rd ed.
p.    cm.
ISBN 0-395-44895-6
1. English language—Dictionaries.
PE1628.A623    1992                         92-851
423—dc20                                    CIP

Manufactured in the United States of America



traction between an antigen and an antibody. **6.** *Chemistry.* An attraction or force between particles that causes them to combine. [Middle English *affinite,* from Old French *afinite,* from Latin *affīnitās,* from *affīnis,* related by marriage. See AFFINED.]

***USAGE NOTE:*** In the sense of "attraction," *affinity* may be followed by *of, between,* or *with.* Thus one may speak of *the close affinity of James and Samuel,* or of *the affinity between James and Samuel,* or of *James's affinity with Samuel.* In its chemical use *affinity* is generally followed by *for: a dye with an affinity for synthetic fabrics.* In general usage *affinity* should not be used as a simple synonym for *liking.* In an earlier survey, a majority of the Usage Panel rejected the example *Her affinity for living in California led her to reject a chance to return to New York.*

**affinity group** *n.* A group of people who share a common interest, background, or goal.

**af·firm** (ə-fûrm′) *v.* **-firmed, -firm·ing, -firms.** —*tr.* **1.** To declare positively or firmly; maintain to be true. See Synonyms at **assert. 2.** To support or uphold the validity of; confirm. —*intr. Law.* To declare solemnly and formally but not under oath. [Middle English *affermen,* from Old French *afermer,* from Latin *affirmāre* : *ad-,* ad- + *firmāre,* to strengthen (from *firmus,* strong; see **dher-** in Appendix).] —**af·firm′a·ble** *adj.* —**af·firm′a·bly** *adv.* —**af·fir′mant** *adj. & n.* —**af·firm′er** *n.*

Afghan hound

**af·fir·ma·tion** (ăf′ər-mā′shən) *n.* **1.** The act of affirming or the state of being affirmed; assertion. **2.** Something declared to be true; a positive statement or judgment. **3.** *Law.* A solemn declaration given in place of a sworn statement by a person who conscientiously objects to taking an oath.

**af·fir·ma·tive** (ə-fûr′mə-tĭv) *adj.* **1.** Asserting that something is true or correct, as with the answer "yes": *an affirmative reply.* **2.** Giving assent or approval; confirming: *an affirmative vote.* **3.** Positive; optimistic: *an affirmative outlook.* **4.** *Logic.* Of, relating to, or being a proposition in which the predicate affirms something about the subject, such as the statement *apples have seeds.* —**affirmative** *n.* **1.** A word or statement of agreement or assent, such as the word *yes.* **2.** The side in a debate that upholds the proposition: *Her team will speak for the affirmative.* —**affirmative** *adv. Informal.* Used in place of the response "yes" to express confirmation or consent. —**af·fir′ma·tive·ly** *adv.*

***USAGE NOTE:*** The expressions *in the affirmative* and *in the negative,* as in *She answered in the affirmative,* are generally regarded as pompous. *She answered yes* would be more acceptable even at the most formal levels of style.

**affirmative action** *n.* A policy or a program that seeks to redress past discrimination through active measures to ensure equal opportunity, as in education and employment.

**af·fix** (ə-fĭks′) *tr.v.* **-fixed, -fix·ing, -fix·es. 1.** To secure to something; attach: *affix a label to a package.* **2.** To impute; attribute: *affix blame to him.* **3.** To place at the end; append: *affix a postscript to a letter.* **4.** *Grammar.* To add as an affix. —**affix** (ăf′ĭks′) *n.* **1.** Something that is attached, joined, or added; an appendage or addition. **2.** *Linguistics.* A word element, such as a prefix or suffix, that can only occur attached to a base, stem, or root. [Medieval Latin *affixāre,* frequentative of Latin *affīgere, affix-* : *ad-,* ad- + *fīgere,* to fasten; see **dhīgʷ-** in Appendix.] —**af·fix′a·ble** *adj.* —**af·fix′er** *n.*

Afghanistan

**af·fla·tus** (ə-flā′təs) *n.* A strong creative impulse; divine inspiration. [Latin *afflātus,* from past participle of *afflāre,* to breathe on : *ad-,* ad- + *flāre,* to blow; see **bhlē-** in Appendix.]

**af·flict** (ə-flĭkt′) *tr.v.* **-flict·ed, -flict·ing, -flicts.** To inflict grievous physical or mental suffering on. [Middle English *afflighten,* from *afflight,* disturbed, frightened, from Latin *afflictum,* past participle of *afflīgere,* to cast down : *ad-,* ad- + *flīgere,* to strike.] —**af·flict′er** *n.* —**af·flic′tive** *adj.* —**af·flic′tive·ly** *adv.*

***SYNONYMS:*** *afflict, agonize, excruciate, rack, torment, torture.* The central meaning shared by these verbs is "to bring great harm or suffering to someone": *afflicted with arthritis; agonizing pain; excruciating spasms of neuralgia; racked with cancer; tormented by migraine headaches; tortured by painful emotions.*

**af·flic·tion** (ə-flĭk′shən) *n.* **1.** A condition of pain, suffering, or distress. See Synonyms at **trial. 2.** A cause of pain, suffering, or distress. See Synonyms at **burden**[1].

**af·flu·ence** (ăf′lo͞o-əns, ə-flo͞o′-) *n.* **1.** A plentiful supply of material goods; wealth. **2.** A great quantity; an abundance. **3.** A flowing to or toward a point; afflux.

**af·flu·en·cy** (ăf′lo͞o′ən-sē, ə-flo͞o′-) *n.* Affluence.

**af·flu·ent** (ăf′lo͞o-ənt, ə-flo͞o′-) *adj.* **1.** Generously supplied with money, property, or possessions; prosperous or rich. See Synonyms at **rich. 2.** Plentiful; abundant. **3.** Flowing freely; copious. —**affluent** *n.* **1.** A stream or river that flows into a larger one; a tributary. **2.** A person who is well-off financially: *"the so-called emerging affluents"* (Leslie Tweeton). [Middle English, abundant, flowing, from Old French, from Latin *affluēns, affluent-,* present participle of *affluere,* to abound in : *ad-,* ad- + *fluere,* to flow; see **bhleu-** in Appendix.] —**af′flu·ent·ly** *adv.*

**af·flux** (ăf′lŭks′) *n.* A flow to or toward an area, especially of blood or other fluid toward a body part: *an afflux of blood to the head.* [Medieval Latin *affluxus,* from Latin, past participle of *affluere,* to flow to. See AFFLUENT.]

**af·ford** (ə-fôrd′, ə-fōrd′) *tr.v.* **-ford·ed, -ford·ing, -fords. 1.** To have the financial means for; be able to meet the cost of: *not able to afford a new car.* **2.** To be able to spare or give up: *can't afford an hour for lunch.* **3.** To be able to do or bear without disadvantage or risk to oneself: *can afford to be tolerant.* **4.** To make available; provide: *a sport affording good exercise; a tree that affords ample shade.* [Middle English *aforthen,* from Old English *geforthian,* to carry out : *ge-,* perfective pref.; see YCLEPT + *forthian,* to further (from *forth,* forth, forward; see **per**[1] in Appendix).]

**af·ford·a·ble** (ə-fôr′də-bəl, ə-fōr′-) *adj.* That can be afforded: *affordable housing; an affordable risk.* —**af·ford′a·bil′i·ty** *n.* —**af·ford′a·bly** *adv.*

**af·for·est** (ə-fôr′ĭst, ə-fŏr′-) *tr.v.* **-est·ed, -est·ing, -ests.** To convert (open land) into a forest by planting trees or their seeds. [Medieval Latin *afforēstāre* : Latin *ad-,* ad- + Medieval Latin *forēstāre* (from *forēsta,* forest; see FOREST).] —**af·for′es·ta′tion** *n.*

**af·fray** (ə-frā′) *n.* A noisy quarrel or brawl. See Synonyms at **conflict.** —**affray** *tr.v.* **-frayed, -fray·ing, -frays.** *Archaic.* To frighten. [Middle English, from Old French *effrei, esfrei,* from *esfraier, esfreer,* to disturb. See **prī-** in Appendix.]

**af·fri·cate** (ăf′rĭ-kĭt) *n. Linguistics.* A complex speech sound consisting of a stop consonant followed by a fricative; for example, the initial sounds of *child* and *joy.* Also called *affricative.* [Latin *affricātus,* past participle of *affricāre,* to rub against : *ad-,* ad- + *fricāre,* to rub.]

**af·fric·a·tive** (ə-frĭk′ə-tĭv) *Linguistics. adj.* Of, relating to, or forming an affricate. —**affricative** *n.* See **affricate.**

**af·fright** (ə-frīt′) *tr.v.* **-fright·ed, -fright·ing, -frights.** To arouse fear in; terrify: *"Many of nature's greatest oddities, that would affright dwellers up here, are accepted down there"* (David Mazel). —**affright** *n.* **1.** Great fear; terror. **2.** A cause of terror. [Middle English *afrighten,* from Old English *āfyrhtan* : *ā-,* intensive pref. + *fyrhtan,* to frighten (from *fyrhto,* fright).] —**af·fright′ment** *n.*

**af·front** (ə-frŭnt′) *tr.v.* **-front·ed, -front·ing, -fronts. 1.** To insult intentionally, especially openly. See Synonyms at **offend. 2.a.** To meet defiantly; confront. **b.** *Obsolete.* To meet or encounter face to face. —**affront** *n.* **1.** An open or intentional offense, slight, or insult: *Such behavior is an affront to society.* **2.** *Obsolete.* A hostile encounter or meeting. [Middle English *afrounten,* from Old French *afronter* : Latin *ad-,* ad- + Latin *frōns, front-,* face; see FRONT.]

**Aff·ton** (ăf′tən). A city of eastern Missouri, a suburb of St. Louis. Population, 23,181.

**af·fu·sion** (ə-fyo͞o′zhən) *n.* A pouring on of liquid, as in baptism. [Late Latin *affūsiō, affūsiōn-,* from Latin *affūsus,* past participle of *affundere,* to pour on : *ad-,* ad- + *fundere,* to pour; see **gheu-** in Appendix.]

**Afg.** *abbr.* Afghanistan.

**Af·ghan** (ăf′găn′, -gən) *adj.* Of or relating to Afghanistan or its people, language, or culture. —**Afghan** *n.* **1.** A native or inhabitant of Afghanistan. **2.** See **Pashto. 3. afghan. a.** A coverlet or shawl of wool, knitted or crocheted in colorful geometric designs. **b.** A carpet of similar design. **4.** An Afghan hound. [Persian *afghān,* an Afghan.]

**Afghan hound** *n.* A large, slender hunting dog having long, thick hair, a pointed muzzle, and drooping ears.

**af·ghan·i** (ăf-găn′ē, -gä′nē) *n.* See table at **currency.** [Pashto.]

**Af·ghan·i·stan** (ăf-găn′ĭ-stăn′). *Abbr.* **Afg.** A landlocked country of southwest-central Asia. Mostly arid and mountainous, the country depends on agriculture; its mineral wealth is largely undeveloped. Since ancient times Afghanistan has been crisscrossed by invasion routes. Kabul is the capital and the largest city. Population, 13,051,358.

**a·fi·cio·na·do** (ə-fĭsh′ē-ə-nä′dō, ə-fĭs′ē-, ə-fē′sē-) *n., pl.* **-dos.** An enthusiastic admirer or follower; a devotee or a fan: *"West Coast aficionados of postwar coffee-shop architecture"* (Karal Ann Marling). [Spanish, past participle of *aficionar,* to induce a liking for, from *afición,* liking, from Latin *affectiō, affectiōn-.* See AFFECTION.]

**a·field** (ə-fēld′) *adv.* **1.** Off the usual or desired track. See Synonyms at **amiss. 2.** Away from one's home or usual environment. **3.** To or on a field.

**a·fire** (ə-fīr′) *adv. & adj.* **1.** On fire. **2.** Intensely interested.

**AFL** *abbr.* **1.** American Federation of Labor. **2.** American Football League.

**a·flame** (ə-flām′) *adv. & adj.* **1.** On or as if on fire. **2.** Keenly excited and interested.

**af·la·tox·i·co·sis** (ăf′lə-tŏk′sĭ-kō′sĭs) *n.* Poisoning caused by the consumption of substances or foods contaminated with aflatoxin. [AFLA(TOXIN) + TOXICOSIS.]

**af·la·tox·in** (ăf′lə-tŏk′sĭn) *n.* Any of a group of toxic compounds produced by certain molds, especially *Aspergillus flavus,* that contaminate stored food supplies such as animal feed and peanuts. [New Latin *A(spergillus) fla(vus),* species name (ASPERGILLUS + Latin *flavus,* yellow; see FLAVO–) + TOXIN.]

**AFL-CIO** *abbr.* American Federation of Labor and Congress of Industrial Organizations.

**a·float** (ə-flōt′) *adv. & adj.* **1.** In a floating position or condition. **2.** On a boat or ship away from the shore; at sea. **3.** In



# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

NOV 2007
SIDLEY AUSTIN LLP
LIBRARY

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.

p. cm.

Includes index.
ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36 1993
423—dc20 93-20206
CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

6RMcN93

black, red, tan, or gray coat, erect ears, large round eyes, and bushy eyebrows, chin tuft, and mustache

[1]**af·fer·ent** \'a-fə-rənt, -ˌfer-ənt\ *adj* [L *afferent-, afferens,* prp. of *afferre* to bring to, fr. *ad-* + *ferre* to bear — more at BEAR] (ca. 1847) : bearing or conducting inward; *specif* : conveying impulses toward a nerve center (as the brain or spinal cord) — compare EFFERENT — **af·fer·ent·ly** *adv*

[2]**afferent** *n* (1949) : an afferent anatomical part (as a nerve)

[1]**af·fi·ance** \ə-'fī-ən(t)s\ *n* [ME, fr. MF, fr. *affier* to pledge, trust, fr. ML *affidare* to pledge, fr. L *ad-* + (assumed) VL *fidare* to trust — more at FIANCÉ] (14c) *archaic* : TRUST, CONFIDENCE

[2]**affiance** *vt* **-anced; -anc·ing** (1555) : to solemnly promise (oneself or another) in marriage : BETROTH

**af·fi·ant** \ə-'fī-ənt\ *n* [MF, fr. prp. of *affier*] (1807) : one that swears to an affidavit; *broadly* : DEPONENT

**af·fi·cio·na·do** *var of* AFICIONADO

**af·fi·da·vit** \ˌa-fə-'dā-vət\ *n* [ML, he has made an oath, fr. *affidare*] (1593) : a sworn statement in writing made esp. under oath or an affirmation before an authorized magistrate or officer

[1]**af·fil·i·ate** \ə-'fi-lē-ˌāt\ *vb* **-at·ed; -at·ing** [ML *affiliatus,* pp. of *affiliare* to adopt as a son, fr. L *ad-* + *filius* son — more at FEMININE] *vt* (1761) **1 a** : to bring or receive into close connection as a member or branch **b** : to associate as a member ⟨~s herself with the local club⟩ **2** : to trace the origin of ~ *vi* : to connect or associate oneself : COMBINE — **af·fil·i·a·tion** \-ˌfi-lē-'ā-shən\ *n*

[2]**af·fil·i·ate** \ə-'fi-lē-ət, -ˌāt\ *n* (1879) : an affiliated person or organization

**af·fil·i·at·ed** \-lē-ˌā-təd\ *adj* (1795) : closely associated with another typically in a dependent or subordinate position ⟨the university and its ~ medical school⟩

[1]**af·fine** \a-'fīn, ə-\ *n* [MF *affin,* fr. L *affinis,* fr. *affinis* related] (ca. 1509) : a relative by marriage

[2]**affine** *adj* [L *affinis,* adj.] (1918) : of, relating to, or being a transformation (as a translation, a rotation, or a uniform stretching) that carries straight lines into straight lines and parallel lines into parallel lines but may alter distance between points and angles between lines ⟨~ geometry⟩ — **af·fine·ly** *adv*

**af·fined** \a-'fīnd, ə-\ *adj* (1597) **1** : joined in a close relationship : CONNECTED **2** : bound by obligation

**af·fin·i·ty** \ə-'fi-nə-tē\ *n, pl* **-ties** [ME *affinite,* fr. MF or L; MF *afinité,* fr. L *affinitas,* fr. *affinis* bordering on, related by marriage, fr. *ad-* + *finis* end, border] (14c) **1** : relationship by marriage **2 a** : sympathy marked by community of interest : KINSHIP **b (1)** : an attraction to or liking for something ⟨people with an ~ to darkness —Mark Twain⟩ ⟨pork and fennel have a natural ~ for each other —Abby Mandel⟩ **(2)** : an attractive force between substances or particles that causes them to enter into and remain in chemical combination **c** : a person esp. of the opposite sex having a particular attraction for one **3 a** : likeness based on relationship or causal connection ⟨found an ~ between the teller of a tale and the craftsman —Mary McCarthy⟩ ⟨this investigation, with *affinities* to a case history, a psychoanalysis, a detective story —Oliver Sachs⟩ **b** : a relation between biological groups involving resemblance in structural plan and indicating a common origin *syn* see ATTRACTION

**affinity chromatography** *n* (1970) : chromatography in which a macromolecule (as a protein) is isolated and purified by passing it in solution through a column treated with a substance having a ligand for which the macromolecule has an affinity that causes it to be retained on the column

**affinity group** *n* (1970) : a group of people having a common interest or goal or acting together for a specific purpose (as for a chartered tour)

**af·firm** \ə-'fərm\ *vb* [ME *affermen,* fr. MF *afermer,* fr. L *affirmare,* fr. *ad-* + *firmare* to make firm, fr. *firmus* firm — more at FIRM] *vt* (14c) **1 a** : VALIDATE, CONFIRM **b** : to state positively **2** : to assert (as a judgment or decree) as valid or confirmed **3** : to express dedication to ~ *vi* **1** : to testify or declare by affirmation as distinguished from swearing an oath **2** : to uphold a judgment or decree of a lower court *syn* see ASSERT — **af·firm·able** \ə-'fər-mə-bəl\ *adj* — **af·fir·mance** \ə-'fər-mən(t)s\ *n*

**af·fir·ma·tion** \ˌa-fər-'mā-shən\ *n* (15c) **1 a** : the act of affirming **b** : something affirmed : a positive assertion **2** : a solemn declaration made under the penalties of perjury by a person who conscientiously declines taking an oath

[1]**af·fir·ma·tive** \ə-'fər-mə-tiv\ *adj* (15c) **1** : asserting a predicate of a subject **2** : asserting that the fact is so **3** : POSITIVE ⟨~ approach⟩ **4** : favoring or supporting a proposition or motion — **af·fir·ma·tive·ly** *adv*

[2]**affirmative** *n* (15c) **1** : an expression (as the word *yes*) of affirmation or assent **2** : an affirmative proposition **3** : the side that upholds the proposition stated in a debate

**affirmative action** *n* (1965) : an active effort to improve the employment or educational opportunities of members of minority groups and women

[1]**af·fix** \ə-'fiks, a-\ *vt* [L *affixus,* pp. of *affigere* to fasten to, fr. *ad-* + *figere* to fasten — more at FIX] (1533) **1** : to attach physically ⟨~ a stamp to a letter⟩ **2** : to attach in any way : ADD, APPEND ⟨~ a signature to a document⟩ **3** : IMPRESS ⟨~*ed* my seal⟩ *syn* see FASTEN — **af·fix·able** \-'fik-sə-bəl\ *adj* — **af·fix·a·tion** \ˌa-ˌfik-'sā-shən\ *n* — **af·fix·ment** \ə-'fik-smənt, a-\ *n*

[2]**af·fix** \'a-ˌfiks\ *n* (1612) **1** : one or more sounds or letters occurring as a bound form attached to the beginning or end of a word, base, or phrase or inserted within a word or base and serving to produce a derivative word or an inflectional form **2** : APPENDAGE — **af·fix·al** \-ˌfik-səl\ *or* **af·fix·i·al** \a-'fik-sē-əl\ *adj*

**af·fla·tus** \ə-'flā-təs, a-\ *n* [L, act of blowing or breathing on, fr. *afflare* to blow on, fr. *ad-* + *flare* to blow — more at BLOW] (1660) : a divine imparting of knowledge or power : INSPIRATION

**af·flict** \ə-'flikt\ *vt* [ME, fr. L *afflictus,* pp. of *affligere* to cast down, fr. *ad-* + *fligere* to strike — more at PROFLIGATE] (14c) **1** *obs* **a** : HUMBLE **b** : OVERTHROW **2 a** : to distress so severely as to cause persistent suffering or anguish **b** : TROUBLE, INJURE

*syn* AFFLICT, TRY, TORMENT, TORTURE, RACK mean to inflict on a person something that is hard to bear. AFFLICT is a general term and applies to the causing of pain or suffering or of acute annoyance, embarrassment, or any distress ⟨ills that *afflict* the elderly⟩. TRY suggests imposing something that strains the powers of endurance or of self-control ⟨children often *try* their parents' patience⟩. TORMENT suggests persecution or the repeated inflicting of suffering or annoyance ⟨a horse *tormented* by flies⟩. TORTURE adds the implication of causing unbearable pain or suffering ⟨*tortured* by a sense of guilt⟩. RACK stresses straining or wrenching ⟨a body *racked* by pain⟩.

**af·flic·tion** \ə-'flik-shən\ *n* (14c) **1** : the state of being afflicted **2** : the cause of persistent pain or distress **3** : great suffering

**af·flic·tive** \ə-'flik-tiv\ *adj* (ca. 1611) : causing affliction : DISTRESSING, TROUBLESOME — **af·flic·tive·ly** *adv*

**af·flu·ence** \'a-(ˌ)flü-ən(t)s *also* a-'flü- *or* ə-\ *n* (14c) **1 a** : an abundant flow or supply : PROFUSION **b** : abundance of property : WEALTH **2** : a flowing to or toward a point : INFLUX

**af·flu·en·cy** \-ən(t)-sē\ *n, pl* **-cies** (1664) : AFFLUENCE

[1]**af·flu·ent** \-ənt\ *adj* [ME, fr. MF, fr. L *affluent-, affluens,* prp. of *affluere* to flow to, flow abundantly, fr. *ad-* + *fluere* to flow — more at FLUID] (15c) **1** : flowing in abundance ⟨~ streams⟩ ⟨~ creativity⟩ **2** : having a generously sufficient and typically increasing supply of material possessions ⟨our ~ society⟩ *syn* see RICH — **af·flu·ent·ly** *adv*

[2]**affluent** *n* (1833) **1** : a tributary stream **2** : an affluent person

**af·ford** \ə-'fōrd, -'fȯrd\ *vt* [ME *afforthen,* fr. OE *geforthian* to carry out, fr. *ge-,* perfective prefix + *forthian* to carry out, fr. *forth* — more at CO-, FORTH] (14c) **1 a** : to manage to bear without serious detriment ⟨you can't ~ to neglect your health⟩ **b** : to be able to bear the cost of ⟨can't ~ to be out of work long⟩ ⟨able to ~ a new car⟩ **2** : to make available, give forth, or provide naturally or inevitably ⟨the sun ~s warmth to the earth⟩ ⟨the roof ~*ed* a fine view⟩ *syn* see GIVE — **af·ford·abil·i·ty** \-ˌfōr-də-'bi-lə-tē, -ˌfȯr-\ *n* — **af·ford·able** \-'fōr-də-bəl, -'fȯr-\ *adj* — **af·ford·ably** \ə-'fōr-də-blē, -'fȯr-\ *adv*

**af·for·es·ta·tion** \(ˌ)a-ˌfȯr-ə-'stā-shən, ə-, -ˌfär-\ *n* [ML *afforestation-, afforestatio,* fr. *afforestare* to put under forest laws, fr. L *ad-* + ML *foresta, forestis* forest] (1615) : the act or process of establishing a forest esp. on land not previously forested — **af·for·est** \a-'fȯr-əst, -'fär-\ *vt*

[1]**af·fray** \ə-'frā\ *n* [ME, fr. MF, fr. *affreer* to startle] (14c) : FRAY, BRAWL

[2]**affray** *vt* [ME *affraien,* fr. MF *affreer*] (14c) *archaic* : STARTLE, FRIGHTEN

**af·fri·cate** \'a-fri-kət\ *n* [prob. fr. G *Affrikata,* fr. L *affricata,* fem. of *affricatus,* pp. of *affricare* to rub against, fr. *ad-* + *fricare* to rub — more at FRICTION] (1880) : a stop and its immediately following release into a fricative that are considered to constitute a single phoneme (as the \t\ and \sh\ of \ch\ in *choose*) — **af·fric·a·tive** \a-'fri-kə-tiv, ə-\ *n or adj*

[1]**af·fright** \ə-'frīt\ *vt* [ME *afyrht, afright* frightened, fr. OE *āfyrht,* pp. of *āfyrhtan* to frighten, fr. *ā-,* perfective prefix + *fyrhtan* to fear; akin to OE *fyrhto* fright — more at ABIDE, FRIGHT] (bef. 12c) : FRIGHTEN, ALARM

[2]**affright** *n* (1596) : sudden and great fear : TERROR

[1]**af·front** \ə-'frənt\ *vt* [ME *afronten,* fr. MF *afronter* to defy, fr. (assumed) VL *affrontare,* fr. L *ad-* + *front-, frons* forehead] (14c) **1 a** : to insult esp. to the face by behavior or language **b** : to cause offense to ⟨a system of law about both family and marriage that ~*ed* lay society —J. H. Mundy⟩ **2 a** : to face in defiance : CONFRONT ⟨~ death⟩ **b** *obs* : to encounter face-to-face **3** : to appear directly before *syn* see OFFEND

[2]**affront** *n* (1533) **1** *obs* : a hostile encounter **2** : a deliberate offense : INSULT ⟨an ~ to his dignity⟩

**af·fu·sion** \a-'fyü-zhən\ *n* [LL *affusion-, affusio,* fr. L *affundere* to pour on, fr. *ad-* + *fundere* to pour — more at FOUND] (1615) : an act of pouring a liquid on (as in baptism)

**Af·ghan** \'af-ˌgan *also* -gən\ *n* [Per *afghān* Pashtun] (1767) **1 a (1)** : PASHTUN **(2)** : PASHTO **b** : a native or inhabitant of Afghanistan **2** *not cap* : a blanket or shawl of colored wool knitted or crocheted in strips or squares **3** *not cap* : a Turkoman carpet of large size and long pile woven in geometric designs **4** : AFGHAN HOUND — **Afghan** *adj*

**Afghan hound** *n* (1925) : any of a breed of tall slim swift hunting dogs of Near Eastern origin with a coat of silky thick hair and a long silky topknot

**af·ghani** \af-'ga-nē, -'gä-\ *n* [Per *afghānī,* lit., of the Pashtuns] (1927) — see MONEY table

**afi·cio·na·da** \ə-ˌfi-sh(ē-)ə-'nä-də, -fē-, -sē-ə-, -ˌdä\ *n* [Sp, fem. of *aficionado*] (1952) : a female aficionado

**afi·cio·na·do** \-'nä-(ˌ)dō\ *n, pl* **-dos** [Sp, fr. pp. of *aficionar* to inspire affection, fr. *afición* affection, fr. L *affection-, affectio* — more at AFFECTION] (1845) : a person who likes, knows about, and appreciates a usu. fervently pursued interest or activity : DEVOTEE ⟨~s of the bullfight⟩ ⟨movie ~s⟩

**afield** \ə-'fē(ə)ld\ *adv or adj* (bef. 12c) **1** : to, in, or on the field ⟨was weak at bat but strong ~⟩ **2** : away from home : ABROAD **3** : out of the way : ASTRAY ⟨irrelevant remarks that carried us far ~⟩

**afire** \ə-'fīr\ *adj or adv* (13c) : being on fire : BLAZING

**aflame** \ə-'flām\ *adj or adv* (1555) : AFIRE

**af·la·tox·in** \ˌa-flə-'täk-sən\ *n* [NL *Aspergillus flavus,* species of mold + E *toxin*] (1962) : any of several carcinogenic mycotoxins that are produced esp. in stored agricultural crops (as peanuts) by molds (as *Aspergillus flavus*)

**afloat** \ə-'flōt\ *adj or adv* [ME *aflot,* fr. OE *on flot,* fr. *on* + *flot,* fr. *flot* deep water, sea; akin to OE *flēotan* to float — more at FLEET] (bef. 12c) **1 a** : borne on or as if on the water **b** : being at sea **2** : free of difficulties : SELF-SUFFICIENT ⟨the inheritance kept them ~ for years⟩ **3 a** : circulating about ⟨nasty stories were ~⟩ **b** : ADRIFT

**aflut·ter** \ə-'flə-tər\ *adj* (1830) **1** : being in a flutter : FLUTTERING **2** : nervously excited **3** : filled with or marked by the presence of fluttering things ⟨roofs ~ with flags⟩

**afoot** \ə-'fu̇t\ *adv or adj* (13c) **1** : on foot **2** : in the process of development : UNDER WAY ⟨something out of the ordinary was ~ —Hamilton Basso⟩

**afore** \ə-'fōr, -'fȯr\ *adv or conj or prep* [ME, fr. OE *onforan,* fr. *on* + *foran* before — more at BEFORE] (bef. 12c) *chiefly dial* : BEFORE

**afore·men·tioned** \-'men(t)-shənd\ *adj* (1587) : mentioned previously

**afore·said** \-ˌsed\ *adj* (14c) : said or named before or above

# EXHIBIT 9

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

CORD115715 A144



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1

1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20 93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

484950QPH9796

**mac·ro·bi·ot·ics** \,=•(,)=¦äd·iks\ *n pl but sing or pl in constr* : the art of prolonging life

**mac·ro·bi·o·tus** \,makrə'bīəd·əs\ *n, cap* [NL, fr. Gk *makrobiotos*] : a genus of bear animalcules having the body naked, transparent, and containing numerous fat globules that resemble enormous blood corpuscles

**mac·ro·blast** \'makrə,blast\ *n* [ISV *macr-* + *-blast*] **1** : MEGALOBLAST **2** : an erythroblast destined to produce macrocytes

**mac·ro·brachium** \¦makrō+\ *n, cap* [NL, fr. *macr-* + *brachium*] : a genus of large stout chiefly tropical shrimps including one (*M. jamaicense*) that occurs in freshwaters of Florida and the Gulf coast to Brazil and sometimes attains a length of 17 inches and a weight of over 3 pounds

**mac·ro·car·pa** \,makrə'kärpə\ *n* -S [NL *macrocarpa* (specific epithet of *Cupressus macrocarpa*), fr. *macr-* + *-carpa* (fr. Gk *karpos* fruit) — more at HARVEST] : a New Zealand evergreen shrub or tree (*Cupressus macrocarpa*) that is used for hedges and that sometimes causes abortion in cattle that browse on it

**mac·ro·cen·trus** \,makrō'sen·trəs\ *n, cap* [NL, fr. Gk *makrokentros* with a long sting, fr. *makr-* macr- + *kentron* sting — more at CENTER] : a genus of polyembryonic braconid wasps which are larval parasites of other insects and some of which are important in the biological control of noxious pests (as the oriental peach moth)

**mac·ro·ceph·a·lous** \¦makrō¦sefələs\ *or* **mac·ro·ce·phal·ic** \-sə'falik\ *adj* [F *macrocéphale* (fr. Gk *makrokephalos* having a long head, fr. *makro-* macr- + *-kephalos* -cephalous) + E *-ous* or *-ic*] **1 a** : having an exceptionally large head ⟨a ~ idiot⟩ **b** *of a cranium* : exceptionally or abnormally large **2** *of a dicotyledonous embryo* : having the cotyledons consolidated

**¹mac·ro·ceph·a·lus** \,=•'sefələs\ [NL, fr. Gk *makrokephalos* having a long head] *syn of* PHACOCHOERUS

**²macrocephalus** \"\ *n, pl* **macrocepha·li** \-,lī\ [NL, fr. Gk *makrokephalos* having a long head] : a macrocephalous person or skull

**mac·ro·ceph·a·ly** \-,lē\ *n* -ES [F *macrocéphalie*, fr. *macrocéphale* + *-ie* -y] : the quality or state of being macrocephalous

**mac·ro·chaeta** \¦makrō+\ *n, pl* **macrochaetae** [NL, fr. *macr-* + *-chaeta*] : any of various large bristles occurring on the bodies of insects that are used as a basis for classification — distinguished from *microchaeta*

**mac·ro·chei·ra** \,makrō'kīrə\ *n, cap* [NL, fr. Gk *makrocheir* long-armed, fr. *makr-* macr- + *cheir* hand — more at CHIR-] : a genus of deep sea spider crabs (family Majidae) consisting of the giant crab of Japan

**mac·roch·e·lys** \ma'kräkələs\ *n, cap* [NL, fr. *macr-* + Gk *chelys* tortoise — more at CHELYS] : a genus of turtles consisting of the alligator snapper

**mac·ro·chemical** \¦makrō+\ *adj* [*macr-* + *chemical*] : of, relating to, or using the methods of macrochemistry — **mac·ro·chemically** \"+\ *adv*

**mac·ro·chemistry** \"+\ *n* [*macr-* + *chemistry*] : chemistry studied or applied without the use of the microscope or of microanalysis — contrasted with *microchemistry*

**mac·ro·chi·res** \,makrō'kī(,)rēz\ *n pl, cap* [NL, fr. Gk *makrocheir* long-armed] *in some classifications* : a group of birds including the swifts and hummingbirds and sometimes also the goatsuckers

**mac·ro·chiroptera** \¦makrō+\ [NL, fr. *macr-* + *Chiroptera*] *syn of* MEGACHIROPTERA

**mac·ro·cinematography** \"+\ *n* [*macr-* + *cinematography*] : photomacrography in which the product is a motion picture

**mac·ro·climate** \"+\ *n* [*macr-* + *climate*] : the overall climate of a region usu. a large geographic area — distinguished from *microclimate* — **mac·ro·climatic** \"+\ *adj*

**mac·ro·conidium** \"+\ *n, pl* **macroconidia** [NL, fr. *macr-* + *conidium*] : a large usu. multinucleate conidium of a fungus — compare MICROCONIDIUM

**mac·ro·conjugant** \"+\ *n* [*macr-* + *conjugant*] : the larger member of a pair of conjugating protozoans of unequal size

**mac·ro·cosm** \'makrə,käzəm\ *n* -S [F *macrocosme*, fr. ML *macrocosmos, macrocosmus*, fr. *macr-* + Gk *kosmos* order, universe] **1** : the great world : the universe in its entirety — contrasted with *microcosm* **2** : a complex regarded as a whole world in itself ⟨to consider the state as the ~ of the family⟩ ⟨the great ~ of pain —Henry Miller⟩

**mac·ro·cos·mic** \¦=•¦käzmik\ *adj* : of, relating to, or constituting a macrocosm — **mac·ro·cos·mi·cal·ly** \-mək(ə)lē\ *adv*

**mac·ro·cosmos** \¦makrō+\ *n* [ML — more at MACROCOSM] : MACROCOSM

**mac·ro·cranial** \¦makrō+\ *adj* [*macr-* + *cranial*] : having a large or long skull

**mac·ro·crystalline** \"+\ *adj* [*macr-* + *crystalline*] : consisting of or having crystals large enough to be determined by the eye or a simple lens

**mac·ro·cyclic** \"+\ *adj* [*macr-* + *cyclic*] **1** *of an organic chemical* : containing a ring structure of large size consisting usu. of 15 or more atoms **2** *of a rust fungus* : having one or more binucleate spores in addition to teliospores and sporidia : having a long or complex life cycle

**mac·ro·cyst** \'makrə,sist\ *n* [ISV *macr-* + *cyst*] : a large spore case or cyst; *esp* : a young encysted resting plasmodium of a slime mold — compare MICROCYST

**mac·ro·cys·tis** \,makrō'sistəs\ *n* [NL, fr. *macr-* + *-cystis*] **1** *cap* : a genus of brown algae (family Laminariaceae) that are often very large and consist of a slender stipe with pinnate fronds and floats — see GIANT KELP **2** *pl* **macrocystis** : any plant of the genus *Macrocystis*

**mac·ro·cyte** \'makrə,sīt\ *n* -S [ISV *macr-* + *-cyte*] : an exceptionally large red blood cell occurring chiefly in anemias (as pernicious anemia)

**mac·ro·cyt·ic** \¦makrə¦sid·ik\ *adj* : of or relating to macrocytes; *specif, of an anemia* : characterized by macrocytes in the blood ⟨pernicious anemia is a ~ anemia⟩

**mac·ro·cy·to·sis** \,makrō,sī'tōsəs\ *n, pl* **macrocyto·ses** \-ō,sēz\ [NL, fr. ISV *macrocyte* + NL *-osis*] : the occurrence of macrocytes in the blood

**mac·ro·diagonal** \¦makrō+\ *n* [*macr-* + *diagonal*] : MACRO-AXIS

**mac·ro·dome** \'makrə,dōm\ *n* [*macr-* + *dome*] : the dome of a crystal having planes parallel to the longer lateral axis — compare BRACHYDOME, CLINODOME

**mac·ro·dont** \-,dänt\ *adj* [ISV *macr-* + *-odont*] : having large teeth usu. with a dental index of over 44 — **mac·ro·don·tia** \,makrə'dänch(ē)ə\ *or* **mac·ro·don·tism** \'makrə,dän,tizəm\ *n* -S

**mac·ro·economic** \¦makrō+\ *adj* [*macr-* + *economic*] : of, relating to, or based on macroeconomics ⟨~ decisions⟩

**mac·ro·economics** \"+\ *n pl but usu sing in constr* [*macr-* + *economics*] : study of the economic system as a whole esp. with reference to its general level of output and income and the interrelations among sectors of the economy—opposed to *microeconomics*

**mac·ro·element** \"+\ *n* [*macr-* + *element*] : MACRONUTRIENT

**mac·ro·ergate** \"+\ *also* **mac·rer·gate** \(')ma¦krər,gāt\ *n* [ISV *macr-* + *ergate*] : a member of a caste of atypically large worker ants

**mac·ro·etch** \'makrō,ech\ *vt* [*macr-* + *etch*] : to etch (metal) for examination with the naked eye

**mac·ro·evolution** \¦ma(,)krō+\ *n* [*macr-* + *evolution*] : evolutionary change involving relatively large and complex steps (as transformation of one species to another) — distinguished from *microevolution*; compare SALTATORY EVOLUTION — **macroevolutionary** *adj*

**mac·ro·fauna** \¦makrō+\ *n* [NL, fr. *macr-* + *fauna*] **1** : a large or widely distributed fauna : the fauna of a macrohabitat **2** : animals large enough to be seen by the naked eye ⟨the ~ of a sewage filtration bed⟩ — compare MESOFAUNA, MICROFAUNA — **mac·ro·faunal** \"+\ *adj*

**mac·ro·flora** \"+\ *n* [NL, fr. *macr-* + *flora*] **1** : a large or widely distributed flora : the flora of a macrohabitat **2** : plants large enough to be seen by the naked eye ⟨the ~ of a coral reef⟩

**mac·ro·fossil** \¦makrō+\ *n* [*macr-* + *fossil*] : a fossil large enough to be observed by direct inspection — compare MICROFOSSIL

**mac·ro·gamete** \¦ma(,)krō+\ *n* [ISV *macr-* + *gamete*] : the larger and usu. female gamete of a heterogamous organism — compare MICROGAMETE

**mac·ro·gametocyte** \"+\ *n* : a gametocyte producing macrogametes

**mac·rog·a·my** \ma'krägəmē\ *n* -ES [*macr-* + *-gamy*] **1** : HOLOGAMY **2** : syngamy between fully developed vegetative cells (as in certain protozoa or algae) — compare MICROGAMY

**mac·ro·glia** \(')ma¦krägléə, ¦makrə¦glīə\ *n* -S [NL, fr. *macr-* + *neuroglia*] : neuroglia made up of astrocytes — **mac·rogli·al** \-ēəl, -īəl\ *adj*

**mac·ro·glos·sia** \,makrō'gläsēə, -lȯs-\ *n* -S [NL, fr. *macr-* + *-glossia*] : pathological and commonly congenital enlargement of the tongue

**mac·ro·graph** \'makrə,graf, -raf\ *n* [*macr-* + *-graph*] : a usu. photographic graphic reproduction of an object that may be slightly reduced, of natural size, or magnified up to a limit of about 10 diameters

**mac·ro·graph·ic** \¦makrə¦grafik\ *adj* : of, relating to, being, or involved in macrography

**mac·rog·ra·phy** \ma'krägrəfē\ *n* -ES [*macr-* + *-graphy*] **1 a** : a tendency to write unusually large **b** : unusually large writing **2** : examination or study with the naked eye — opposed to *micrography* **3** : the art or process of making macrographs

**mac·ro·habitat** \¦makrō+\ *n* [*macr-* + *habitat*] : a habitat of sufficient extent to present considerable variation of environment, contain varied ecological niches, and support a large and usu. complex flora and fauna

**mac·ro·lecithal** \¦makrō+\ *adj* [*macr-* + *lecithal*] : MEGALECITHAL

**mac·ro·lepidoptera** \"+\ *n pl, cap* [NL, fr. *macr-* + *Lepidoptera*] *in some esp former classifications* : a major division of Lepidoptera comprising the butterflies and the noctuid, bombycid, sphingid, and geometrid moths together with certain related moths and including most of the large lepidopters and none of the minute forms — now usu. used descriptively without taxonomic implications and then often not capitalized; compare MICROLEPIDOPTERA — **mac·ro·lepidopterous** \"+\ *adj*

**mac·ro·linguistics** \"+\ *n* [*macr-* + *linguistics*] : the study of phenomena connected in any way with language

**mac·rol·o·gy** \ma'kräləjē\ *n* -ES [L *macrologia*, fr. Gk *makrologia*, fr. *makrologein* to use many words, fr. *makr-* macr- + *-logein* (fr. *logos* word, speech) + *-ia* -y — more at LEGEND] : PLEONASM 1

**mac·ro·mania** \¦makrō+\ *n* [NL, fr. *macr-* + *mania*] : a delusion that things (as parts of the patient's body) are larger than they really are — **mac·ro·maniacal** \"+\ *adj*

**mac·ro·mas·tia** \,makrō'mastēə\ *n* -S [NL, fr. *macr-* + *-mastia*] : excessive development of the mammary glands

**mac·ro·mere** \'makrō,mi(ə)r\ *n* -S [*macr-* + *-mere*] : any of the large blastomeres of the vegetative hemisphere of an embryo that result from the unequal segmentation of a telolecithal egg — opposed to *micromere*; see BLASTULA illustration

**mac·ro·mesentery** \¦makrō+\ *n* [*macr-* + *mesentery*] : PROTOCNEME

**mac·ro·method** \"+\ *n* [*macr-* + *method*] : a method (as of analysis) not involving the use of very small quantities of material — opposed to *micromethod*

**mac·ro·molecular** \"+\ *adj* [ISV *macr-* + *molecular*] : of or relating to a macromolecule : consisting of or characterized by macromolecules ⟨~ compounds⟩

**mac·ro·molecule** \"+\ *n* [ISV *macr-* + *molecule*] : a very large molecule (as of a protein, cellulose, rubber, or other natural or synthetic high polymer) ⟨possess more reliable information on the structure of atoms and small molecules than on the structure of colloidal particles and ~s —*Physics Today*⟩ ⟨~s with a diameter of about 100 A ($=10^{-5}$ mm) . . . can be seen in electron micrographs —Felix Haurowitz⟩

**macro-moth** \'makrō+,-\ *n* [*macr-* + *moth*] : a moth belonging to the Macrolepidoptera

**mac·ro·mutant** \¦makrō+\ *n* [*macr-* + *mutant*] : an organism that has undergone macromutation

**mac·ro·mutation** \"+\ *n* [*macr-* + *mutation*] : complex mutation involving concurrent alteration of numerous characters — compare MACROEVOLUTION — **mac·ro·mutational** \"+\ *adj*

**macron** \'mā,krän, ¦_krən *also* 'ma¦\ *n* -S [Gk *makron*, neut. of *makros* long — more at MEAGER] : a mark ¯ placed over a vowel to indicate that the vowel is long or placed over a syllable or used alone to indicate a stressed or long syllable in a foot of verse

**mac·ro·nuclear** \¦ma(,)krō+\ *adj* [*macronucleus* + *-ar*] : of or relating to a macronucleus

**mac·ro·nucleate** *also* **mac·ro·nucleated** \"+\ *adj* [NL *macronucleus* + E *-ate* or *-ated* (fr. *-ate* + *-ed*)] : having a macronucleus

**mac·ro·nucleus** \"+\ *n* [NL, fr. *macr-* + *nucleus*] : a relatively large densely staining nucleus that is believed to exert a controlling influence over the trophic activities of most ciliated protozoans — distinguished from *micronucleus*

**mac·ro·nutrient** \"+\ *n* [*macr-* + *nutrient*] : a chemical element (as potassium, calcium, magnesium, nitrogen, phosphorus, sulfur) of which relatively large quantities are essential to the growth and welfare of a plant — called also *macroelement, major element*; compare MICRONUTRIENT

**mac·ro·phage** \'makrə,fāj\ *n* -S [F, fr. *macr-* + *-phage*] : a large phagocyte; *specif* : HISTIOCYTE — **mac·ro·phag·ic** \¦makrə¦fajik\ *adj*

**macrophagic system** *n* : RETICULOENDOTHELIAL SYSTEM

**mac·roph·a·gous** \(')ma¦kräfəgəs\ *adj* [*macr-* + *-phagous*] : feeding on relatively large particulate matter — compare MICROPHAGOUS

**mac·ro·phoma** \¦makrə+\ *n, cap* [NL, fr. *macr-* + *Phoma*] *in some classifications* : a genus of imperfect fungi with large pycniospores that is now usu. included in *Sphaeropsis*

**mac·ro·photograph** \¦makrō+\ *n* [*macr-* + *photograph*] : PHOTOMACROGRAPH

**mac·ro·photography** \"+\ *n* [ISV *macr-* + *photography*] : PHOTOMACROGRAPHY

**mac·ro·phyl·lous** \¦makrō¦filəs\ *adj* [*macr-* + *-phyllous*] : having large or elongated leaves with usu. many veins or a much-branched main vein — compare MICROPHYLLOUS

**mac·ro·phylogeny** \¦ma(,)krō+\ *n* [*macr-* + *phylogeny*] : an assumed rapid differentiation of major systematic categories through complex reorganization and mutation of the genes

**mac·ro·physics** \¦makrō+\ *n pl but sing or pl in constr* [ISV *macr-* + *physics*] : the part of physics that deals with bodies large enough to be directly and individually observed and measured

**mac·ro·phyte** \'makrə,fīt\ *n* -S [*macr-* + *-phyte*] : a member of the macroscopic plant life esp. of a body of water — **mac·ro·phyt·ic** \¦makrə¦fid·ik\ *adj*

**mac·ro·pinacoid** \¦makrō+\ *n* [ISV *macr-* + *pinacoid*] : a pinacoid having faces parallel to the longer lateral and the vertical axis — **mac·ro·pinacoidal** \"+\ *adj*

**mac·ro·plankton** \"+\ *n* [ISV *macr-* + *plankton*] : macroscopic plankton comprising the larger planktonic organisms (as jellyfish, crustaceans, sargassums) — **mac·ro·planktonic** \"+\ *adj*

**¹ma·crop·o·did** \mə'kräpədəd\ *adj* [NL *Macropodidae*] : of or relating to the Macropodidae

**²macropodid** \"\ *n* -S : a macropodid animal : KANGAROO, WALLABY

**mac·ro·pod·i·dae** \,makrə'pädə,dē\ *n pl, cap* [NL, fr. *Macropod-, Macropus*, type genus + *-idae*] : a family of diprotodont marsupial mammals comprising the kangaroos, wallabies, and rat kangaroos that are all saltatory animals with long hind limbs and weakly developed forelimbs and are typically inoffensive terrestrial herbivores

**mac·rop·o·dous** \(')ma¦kräpədəs\ *also* **mac·rop·o·dal** \-d°l\ *adj* [*macr-* + *-podous* or *podal*] **1** *of a plant embryo* : having an enlarged or elongated hypocotyl **2** *of a plant or plant part* : having a long stem or stalk ⟨a ~ leaf⟩

**mac·ro·pol·y·cyte** \,makrō'päləsīt\ *n* -S [*macr-* + *poly-* + *-cyte*] : an exceptionally large neutrophil with a much-lobulated nucleus that appears in the blood in pernicious anemia

**mac·ro·pore** \'makrə,pō(ə)r\ *n* [*macr-* + *pore*] : a pore (as in coal) of comparatively large size; *esp* : a pore in soil of such size that water drains from it by gravity and is not held by capillary action — **mac·ro·porosity** \¦ma(,)krō+\ *n* — **mac·ro·po·rous** \¦makrə¦pōrəs, (')ma¦kräpərəs\ *adj*

**mac·ro·prism** \'makrō+,-\ *n* [*macr-* + *prism*] : a crystal prism that makes a relatively great intercept on the macro-axis

**mac·ro·procedure** \¦makrō+\ *n* [*macr-* + *procedure*] : a procedure (as for analysis) not involving the use of very small quantities of material — opposed to *microprocedure*

**mac·rop·sia** \ma'kräpsēə\ *also* **mac·rop·sy** \'ma,kräpsē\ *n, pl* **macropsias** *also* **macropsies** [NL *macropsia*, fr. *macr-* + *-opsia*] : a condition of the eye in which objects appear to be unnaturally large — opposed to *micropsia*

**ma·crop·sis** \mə'kräpsəs\ *n, cap* [NL, fr. *macr-* + *-opsis*] : a genus (the type of the family Macropsidae) of leafhoppers that includes the plum leafhopper

**mac·rop·ter·ous** \(')ma¦kräptərəs\ *adj* [Gk *makropteros* having long wings, fr. *makr-* macr- + *-pteros* -pterous] **1** : having long or large wings—used of birds or insects **2** : having large or long fins — used of fishes — **mac·rop·tery** \-tərē\ *n*

**mac·rop·tic** \(')ma¦kräptik\ *adj* [*macr-* + *optic*] : affected with macropsia

**mac·ro·pus** \'makrəpəs\ *n, cap* [NL, fr. *macr-* + *-pus*] : the type genus of Macropodidae comprising the typical kangaroos and wallabies

**mac·ro·pyg·ia** \,makrō'pijēə\ *n, cap* [NL, fr. *macr-* + *-pygia*] : a large genus of long-tailed pigeons that resemble cuckoos — see CUCKOO DOVE

**mac·ro·pyramid** \¦makrō+\ *n* [*macr-* + *pyramid*] : a crystal pyramid that corresponds to the analogous macroprism

**mac·ro·rham·pho·si·dae** \,makrō,ram'fōsə,dē, -ōzə-\ *n pl, cap* [NL, fr. *Macrorhamphosus*, type genus + *-idae*] : a family of long-snouted fishes (order Solenichthyes) consisting of the bellows fishes

**mac·ro·rham·pho·sus** \-ōsəs, -ōzəs\ *n, cap* [NL, fr. *macr-* + *rhamph-* + L *-osus* -ous] : the type genus of Macrorhamphosidae

**mac·ro·rhi·nus** \,makrō'rīnəs\ [NL, fr. *macr-* + *-rhinus*] *syn of* MIROUNGA

**mac·ro·sce·lid·i·dae** \,makrōsə'lidə,dē\ *n pl, cap* [NL, fr. *Macroscelides*, type genus (fr. *macr-* + *scel-* + L *-ides*, patronymic suffix) + *-idae* — more at -IDE] : a family of African insectivores comprising the elephant shrews and constituting sometimes with the addition of the Tupaiidae suborder (Menotyphla) of Insectivora

**mac·ro·scian** \(')ma¦kräsh(ē)ən\ *adj* [Gk *makroskios* (fr. *makr-* macr- + *-skios*, fr. *skia* shadow) + E *-an* — more at SHINE] : having or casting a long shadow ⟨that ~ day which I had dreaded for so long —Osbert Sitwell⟩

**mac·ro·sclereid** \¦makrō+\ *n* [*macr-* + *sclereid*] : one of the columnar sclereids that often form an outer layer in various fruits and seeds and occur also in the stems of some xerophytes — called also *rod cell*; compare OSTEOSCLEREID

**mac·ro·scop·ic** \¦makrə¦skäpik, -pēk\ *also* **mac·ro·scop·i·cal** \-pəkəl, -pēk-\ *adj* [ISV *macr-* + *-scopic, -scopical*] **1** : large enough to be observed by the naked eye — opposed to *microscopic* **2** : being in the large or taken in the large : considered in terms of large units or elements ⟨a ~ equation⟩ **3** : MEGASCOPIC 2a — **macroscopically** *adv*

**mac·ro·segment** \¦makrō +\ *n* [*macr-* + *segment*] : a continuum of speech between two perceptible pauses

**mac·ro·seism** \'makrō,sīzəm *sometimes* -sez- *or* -sāz- *or* -sēz-\ *n* [ISV *macr-* + *-seism*] : a severe or major earthquake — compare MICROSEISM — **mac·ro·seis·mic** \¦makrō¦sīzmik *also* |sm- *sometimes* -¦se| *or* -¦sā| *or* -¦sē|\ *adj*

**mac·ro·seismograph** \¦makrō+\ *n* [*macroseism* + *-o-* + *-graph*] : a seismograph specially adapted for recording large earthquakes

**mac·ro·si·phum** \,makrō'sīfəm\ *n, cap* [NL, fr. *macr-* + Gk *siphōn* tube — more at SIPHON] : a genus of large often pink or green aphids including a number of economically important plant pests some of which are vectors of virus diseases (as mosaic) — see ENGLISH GRAIN APHID, PEA APHID, ROSE APHID

**mac·ros·mat·ic** \¦ma,kr+.-\ *also* **macro–osmatic** \¦ma(,)krō+\ *adj* [*macr-* + *osmatic*] : having the sense or organs of smell highly developed ⟨dogs are ~ animals⟩

**mac·ro·so·mat·ic** \¦makrəsō¦mad·ik\ *or* **mac·ro·so·ma·tous** \-rə¦sōməd·əs\ *adj* [*macr-* + *somatic* or *-somatous*] : having a usu. abnormally large body

**mac·ro·so·mia** \,makrə'sōmēə\ *n* -S [NL, fr. *macr-* + *-somia*] : GIGANTISM

**mac·ro·species** \¦makrō+\ *n* [*macr-* + *species*] : a large and usu. polymorphic biological species markedly discontinuous from its congeners : a polytypic species — compare LINNAEAN SPECIES, MICROSPECIES

**mac·ro·splanchnic** \"+\ *adj* [ISV *macr-* + *splanchnic*; orig. formed as It *macrosplàncnico*] : ENDOMORPHIC 2 — opposed to *microsplanchnic*; compare NORMOSPLANCHNIC

**mac·ro·spo·range** \¦makrōspə¦ranj, -krə¦spō,ranj\ *n* [NL *macrosporangium*] : MEGASPORANGIUM

**mac·ro·sporangium** \¦makrō+\ *n* [NL, fr. *macr-* + *sporangium*] : MEGASPORANGIUM

**mac·ro·spore** \'makrə,spō(ə)r\ *n* [*macr-* + *spore*] **1** : MEGASPORE a **2** : the larger of two forms of spores produced by certain protozoans (as radiolarians) — **mac·ro·spo·ric** \¦makrə¦spōrik\ *adj*

**mac·ro·spo·ri·um** \,makrə'spōrēəm\ *n, cap* [NL, fr. *macr-* + *-sporium*] *in some classifications* : a genus of imperfect fungi that are sometimes included in the genus *Alternaria* but that differ from members of that genus in having the dark greenish brown muriform spores borne singly rather than in chains

**mac·ro·sporophyll** *also* **mac·ro·sporophyl** \¦makrə+\ *n* -S [*macr-* + *sporophyll, sporophyl*] : MEGASPOROPHYLL

**mac·ro·stachya** \,makrōstakēə, -tāk-\ *n, cap* [NL, fr. *macr-* + *Stachys*] : a form genus of Paleozoic fossil plants based on strobiles that are now regarded as fructifications of plants of the genus *Calamites*

**mac·ros·te·les** \ma'krästə,lēz\ *n, cap* [NL, fr. *macr-* + *-steles* (perh. fr. Gk *stēlē* stela)] : a genus of leafhoppers some of which transmit virus diseases to plants — see SIX-SPOTTED LEAFHOPPER

**mac·ro·sto·mia** \,makrə'stōmēə\ *n* -S [NL, fr. *macr-* + *-stomia*] **1** : the condition of having an abnormally large mouth **2** *also* **mac·ros·to·mus** \ma'krästəməs\ *pl* **mac·rosto·mi** \-tə,mī, -,mē\ : an abnormally large mouth

**mac·ro·structural** \¦makrō +\ *adj* : of or relating to macrostructure

**mac·ro·structure** \"+\ *n* [ISV *macr-* + *structure*] : the structure (as of metal, a body part, or the soil) revealed by visual examination with little or no magnification

**mac·ro·sty·lous** \¦makrō¦stīləs\ *adj* [*macr-* + *-stylous*] *of a flower* : having long styles; *specif* : having long styles and short stamens — compare MESOSTYLOUS, MICROSTYLOUS

**mac·ro·sudanic** \¦makrō+\ *n, cap* [*macr-* + *Sudanic*] : CHARI-NILE

**mac·ro·taxonomy** \¦ma(,)krō+\ *n* [*macr-* + *taxonomy*] : taxonomy of larger biologic units (as family, order, class)

**mac·ro·there** \'makrō,thi(ə)r\ *n* -S [NL *Macrotherium*] : a member of the genus *Macrotherium*

**mac·ro·the·ri·um** \,makrō'thirēəm\ *n, cap* [NL, fr. *macr-* + *-therium*] : a widely distributed genus of Miocene and Pliocene chalicotheres (order Perissodactyla) formerly supposed to be generalized edentates — compare CHALICOTHERIIDAE

**mac·ro·therm** \'makrō,thərm\ *n* -S [*macr-* + *-therm*] : MEGATHERM

**mac·ro·tia** \ma'krōsh(ē)ə, -ōd·ēə\ *n* -S [NL, fr. Gk *macr-* + Gk *ōt-, ous* ear + NL *-ia* — more at EAR] : excessive largeness of the ears

**mac·ro·tome** \'makrə,tōm\ *n* [*macr-* + *-tome*] : an apparatus for making large sections of anatomical specimens

**mac·ro·tous** \(')ma¦krōd·əs\ *adj* [*macr-* + Gk *ōt-, ous* ear + E *-ous*] : having large ears

**mac·ro·trich·i·um** \,makrō'trikēəm\ *n, pl* **macrotrich·ia** \-ēə\ [NL, fr. *macr-* + Gk *trich-, thrix* hair + NL *-ium* — more at TRICHINA] : one of the larger hairs found esp. along the veins of the wings of various insects — compare MICROTRICHIUM

**macroura** *syn of* MACRURA

**mac·ro·za·mia** \,makrō'zāmēə\ *n* [NL, fr. *macr-* + Gk (Dor dial.) *zamia* loss (Attic *zēmia*)] **1** *cap* : a genus of Australian cycads with erect trunks, pinnate leaves, large cones, and in