# EXHIBIT 10

## Summary of "Inhibit" Definitions in Cordis's Briefs and Declarations

- Inhibit: "2a(2): to operate against the full development or activity of: check, restrain, or diminish the force, intensity or vitality of. b(1): ***to reduce*** or suppress the activity of (2): ***to retard*** or prevent the formation of (3): to retard, interfere with, or prevent: to cause inhibition." (*Webster's Third New International Dictionary* at 1163 (2002).) (emphasis added)

- Inhibit: "1. to hold back, ***restrain***." (*American Heritage Dictionary of the English Language* at 929 (3d ed. 1992).) (emphasis added)

- Inhibit: "1. to ***restrain***, hinder, arrest or check." (*Random House Webster's Unabridged Dictionary* at 982 (2nd ed. 2001).) (emphasis added)

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

**in·hab·it** \ən'habət, *usu* -əd+V\ *vb* -ED/-ING/-S [ME *enhabiten, inhabiten*, fr. MF & L; MF *enhabiter*, fr. L *inhabitare*, fr. *in-* ²in- + *habitare* to dwell — more at HABIT] *vt* **1** : to occupy as a place of settled residence or habitat : live or dwell in ⟨~*ed* by a rich fauna and flora —W.H.Dowdeswell⟩ ⟨~*ed* a small apartment —Alfred Hayes⟩ **2 a** : to be at home in (a particular sphere of activity or thought) : OCCUPY ⟨endlessly varied characters who ~ the world of medicine —*N.Y.Times*⟩ ⟨the intellectual world we ~ —Cyril Connolly⟩ **b** : to occupy, be present in, or be inside of in any manner or form ⟨the human beings who ~ this tale —Al Newman⟩ ⟨the individual is ~*ed* by multiple wills, persons, or spirits —Weston La Barre⟩ ⟨a sculptural quality that ~s many of his most successful prints —Vincent Garofalo⟩ ~ *vi, archaic* : to have residence in a place : DWELL, LIVE

**in·hab·it·abil·i·ty** \ən,habəd-ə'biləd-ē, -bəta-, -lətē, -i\ *n* : the condition of being inhabitable

**¹inhabitable** *adj* [ME, fr. MF, fr. L *inhabitabilis*, fr. *in-* ¹in- + *habitabilis* habitable — more at HABITABLE] *obs* : not habitable; *also* : UNINHABITED

**²in·hab·it·able** \ən'habəd-əbəl, -bəta-\ *adj* [LL *inhabitabilis*, fr. L *inhabitare* + *-bilis* -able] : capable of being inhabited : HABITABLE

**in·hab·i·tance** \-bəd-ən(t)s, -bətən- *also* -bət'n-\ *n* -s [*inhabit* + *-ance*] : RESIDENCE ⟨grateful for his almost solitary ~ of the city —William Saroyan⟩

**in·hab·i·tan·cy** \-nsē, -nsi\ *n* **1** : the act of inhabiting or the state of being inhabited : the state, rights, or privileges of one who is an inhabitant : RESIDENCE, OCCUPANCY **2** : the site of the principal office or place of business of a corporation or association; *sometimes* : a fixed place of abode

**¹in·hab·i·tant** \-nt\ *n* [ME *inhabitaunt*, fr. AF *enhabitant*, fr. MF (pres. part. of *enhabiter*), fr. L *inhabitant-, inhabitans*, pres. part. of *inhabitare* to inhabit] **1** : a person who dwells or resides permanently in a place as distinguished from a transient lodger or visitor ⟨an ~ of a house⟩ ⟨an ~ of a state⟩ — compare CITIZEN, DOMICILE, RESIDENT **2** : one that makes its habitat or is commonly found in a place ⟨with respect to its insect ~s —*Am Guide Series: N.H.*⟩ ⟨a normal ~ of the intestines of both man and animals —*Farmer's Weekly (So. Africa)*⟩

**²inhabitant** \"\ *adj* [L *inhabitant-, inhabitans*, pres. part.] *archaic* : RESIDENT, DWELLING

**inhabitate** *vt* -ED/-ING/-S [L *inhabitatus*, past part.] *archaic* : INHABIT

**in·hab·i·ta·tion** \ən,habə'tāshən\ *n* [ME *inhabitacioun*, fr. LL *inhabitation-, inhabitatio*, fr. L *inhabitatus* (past part. of *inhabitare* to inhabit) + *-ion-, -io* -ion — more at INHABIT] : the act or an instance of inhabiting : the state of being inhabited ⟨space flight and space ~ —J.N.Leonard⟩

**inhabited** *adj* : having inhabitants ⟨an ~ area⟩

**in·hab·it·er** \ən'habəd-ə(r), -əta-\ *n* -s [ME *enhabiter, inhabiter*, fr. *enhabiten, inhabiten* to inhabit + *-er* — more at INHABIT] *archaic* : one that inhabits

**inhabiting** *n* -s [ME *enhabiting, inhabiting*, fr. gerund of *enhabiten, inhabiten*] *archaic* : a dwelling place

**in·hab·i·tive·ness** \-bəd-ivnəs, -bətiv-\ *n* -ES [*inhabit* + *-ive* + *-ness*] : a propensity to remain permanently in the same place or residence ⟨you know my (what the phrenologists call) ~ —J.R.Lowell⟩

**in·hab·i·tress** \-bə-trəs\ *n* -ES [*inhabiter* + *-ess*] *archaic* : a female inhabitant

**¹in·hal·ant** \(')in¦hālənt, ən'h-\ *n* -s [¹*inhale* + *-ant* (n. suffix)] : something (as an allergen, an anesthetic vapor, or a medicated nasal spray) that is inhaled

**²inhalant** \"\ *also* **in·hal·ent** \"\ *adj* [¹*inhale* + *-ant* or *-ent* (adj. suffixes)] **1** : used for inhaling or constituting an inhalant ⟨~ allergens⟩ **2** : INCURRENT ⟨~ pores⟩

**in·ha·la·tion** \,in(h)ə'lāshən\ *n* -s *often attrib* [¹*inhale* + *-ation*] : the act or an instance of inhaling; *specif* : the action of drawing air into the lungs by means of a complex of essentially reflex actions that involve changes in the diaphragm and in muscles of the abdomen and thorax which cause enlargement of the chest cavity and lungs resulting in production of relatively negative pressure within the lungs so that air flows in until the pressure is restored to equality with that of the atmosphere

**in·ha·la·tion·al** \;==¦lāshən'l, -shnəl\ *adj* : by or involving inhalation ⟨~ therapy⟩

**in·ha·la·tor** \'==,lād·ə(r), -ātə-\ *n* -s [¹*inhale* + *-ator*] : a device designed to provide a suitable mixture of oxygen and carbon dioxide for inhalation and used esp. in conjunction with manual artificial respiration

**¹in·hale** \ən'hāl, *chiefly before pause or consonant* -ˌāl\ *vb* -ED/-ING/-S [¹*in-* + *-hale* (as in *exhale*)] *vt* **1** : to draw in by breathing ⟨~ air⟩ **2** : to consume or swallow esp. eagerly or greedily ⟨*inhaled* about four meals at once —Ring Lardner⟩ ⟨*inhaling* it from their cupped fingers until their cheeks bulged —R.D.Bowen⟩ ⟨*inhaled* a strong love decoction —Abram Kardiner⟩ ~ *vi* **1** : to breathe in : inhale air, gas, smoke, or other vapor — opposed to *exhale*

**²in·hale** \", 'in,=\ *n* -s : the act or an instance of inhaling ⟨kept taking deep ~s —J.W.Ellison b. 1891⟩

**in·hal·er** \ən'hālə(r)\ *n* -s **1** : one that inhales **2** : a device by means of which vapors, volatilized remedies, medicinal dusts, or anesthetics can be inhaled — compare INHALATOR **3** : SNIFTER ⟨pouring a liberal amount of brandy into an ~ —Caroline Slade⟩

**in·harmonic** \¦in+\ *adj* [¹*in-* + *harmonic*] : not harmonic : DISCORDANT

**inharmonic theory** *n* : a postulate in phonetics: the reinforcing vibrations produced in the superglottic cavities in vowel articulation need not be multiples of the fundamental vocal-cord note — compare FORMANT, HARMONIC THEORY

**in·harmonious** \¦in+\ *adj* [¹*in-* + *harmonious*] **1** : UNMUSICAL, DISCORDANT ⟨~ sounds⟩ **2** : being not in harmony : CONFLICTING, JARRING, UNCONGENIAL ⟨~ surroundings⟩ — **in·harmoniously** \"+\ *adv* — **in·harmoniousness** \"+\ *n*

**in·harmony** \(')in, ən+\ *n* [¹*in-* + *harmony*] : lack of harmony : DISCORD

**inhaul** \'=,=\ *n* [⁴*in* + *haul* (alter. *haul in*, v.)] : a rope used to draw in a ship's sail (as a spanker on its gaff)

**in·haust** \ən'hȯst\ *vt* -ED/-ING/-S [²*in-* + *-haust* (as in *exhaust*)] : INHALE, IMBIBE ⟨~*ing* mint juleps —Virginius Dabney⟩

**in·hell** \ən+\ *vt* [²*in-* + *hell*] *archaic* : to put or fix in hell

**in·here** \ən'hi(ə)r, -iə\ *vi* -ED/-ING/-S [L *inhaerēre*, fr. *in-* ²in- + *haerēre* to stick, adhere — more at HESITATE] : to be inherent : be a fixed element or attribute : BELONG ⟨thought all virtue *inhered* in the farmer —H.S.Commager⟩ ⟨the excellence *inhering* in the democratic faith —V.L.Parrington⟩

**in·her·ence** \ən'hirən(t)s, -hər-, -hēr-\ *n* -s [ML *inhaerentia*, fr. L *inhaerent-, inhaerens* + *-ia* -y] **1** : the quality, state, or fact of inhering or of being inherent : permanent existence as an attribute ⟨the ~ of multiple meanings and allusions in the particulars of a literary work —B.T.Spencer⟩ **2** : the relation of a quality to a substance or subject ⟨~ rather than existence is said of accidents —James Albertson⟩

**in·her·en·cy** \-nsē, -nsi\ *n* -ES [ML *inhaerentia*] **1** : INHERENCE **2** : an inherent character or attribute ⟨culture classifications with purely taxonomic *inherencies* —W.W.Taylor⟩

**in·her·ent** \-nt\ *adj* [L *inhaerent-, inhaerens*, pres. part. of *inhaerēre*] : structural or involved in the constitution or essential character of something : belonging by nature or settled habit : INTRINSIC, ESSENTIAL ⟨~ rights⟩ ⟨shortcomings ~ in our approach —David Cherin⟩ ⟨an ~ laziness⟩ — **in·her·ent·ly** *adv*

**in·her·it** \ən'herət, *usu* -əd+V\ *vb* -ED/-ING/-S [ME *enheriten* to make heir, inherit (influenced in meaning by MF *heriter* & L *hereditare* to inherit), fr. MF *enheriter* to make heir, fr. LL *inhereditare*, fr. L *in-* ²in- + LL *hereditare* to inherit — more at HERITAGE] *vt* **1** : to come into possession of : POSSESS, RECEIVE ⟨power ... which he ~s from the Creator himself —Eric Linklater⟩ **2 a** : to take by descent from an ancestor : take by inheritance : receive as a right or title descendible by law from an ancestor at his decease **b** : to be heir to : SUCCEED ⟨a son ~s his father⟩ **3 a** : to receive by genetic transmission : derive or acquire from ancestors ⟨~ a strong constitution⟩ **b** : to have in turn or receive as if from an ancestor ⟨much of the girl's clothing had been ~*ed* from the more fortunate children —Grace Metalious⟩ ⟨~*ed* from antiquity two rather contradictory views of the organic world —S.F.Mason⟩ ~ *vi* : to take or hold a possession, property, estate, or rights by inheritance

**in·her·it·abil·i·ty** \-,herəd-ə'biləd-ē, -rəta-, -lətē, -i\ *n* : the quality of being inheritable or descendible to heirs

**in·her·it·able** \-'herəd-əbəl, -rəta-\ *adj* [ME *enheritable*, fr. AF, fr. MF *enheriter* + *-able*] **1 a** : capable of being inherited : TRANSMISSIBLE, DESCENDIBLE ⟨an ~ title⟩ **b** (1) : capable of taking by inheritance (2) : entitled to as a birthright **2** : capable of being transmitted from parent to child ⟨~ qualities⟩ — **in·her·it·able·ness** \-nəs\ *n* -ES — **in·her·it·ably** \-blē, -bli\ *adv*

**in·her·i·tage** \-'herəd-ij\ *n* [*inherit* + *-age*] *archaic* : INHERITANCE

**in·her·i·tance** \ən'herəd-ən(t)s, -rətən-, -rət'n-\ *n* -s [ME *enheritaunce*, fr. AF *enheritance*, fr. MF *enheriter* + *-ance*] **1** : the act of inheriting property: as (1) : the acquisition of real or personal property as heir to another : the perpetual or continuing right which a person and his heirs have to an estate or property (2) *common, feudal, & Scots law* : the acquisition of an ancestor's real estate upon his death by the heir under the Statute of Descent as distinguished from the succession to his personal property by the next of kin under the Statute of Distribution (3) *Roman & Civil law* : the succession upon the death of an owner either by testament or by operation of law by the heir to all the estate, rights, and liabilities of the decedent, the liabilities being restricted to the value of the estate when the heir was given the benefit of inventory **b** : the reception or acquisition of genetic characters or qualities by transmission from parent to offspring **c** : the acquisition of a material or immaterial possession, condition, or trait by transmission from the past or from past generations ⟨resented his children's ~ of slavery from their mothers —Anne K. Gregorie⟩ ⟨hard-won freedoms that are ours by just ~⟩ **2** : something that is or may be inherited: as **a** (1) : something that is derived by an heir from an ancestor or other person or that may be transmitted to an heir by a person (2) *common, feudal, & Scots law* : an estate of inheritance (as a fee simple or a fee tail) **b** : the sum total of genetic characters or qualities transmitted from parent to offspring ⟨on the maternal side his ~ was a happy one⟩ **c** : something material or immaterial that is derived or acquired from the past or from past generations ⟨the random brutality that is the ~ of centuries of blackness —Irving Howe⟩; *esp* : a permanent or valuable possession that is a common heritage or that is received from God or nature ⟨our great ~ of water and land —A.B.Stevenson †1965⟩ ⟨their most precious ~, that thin layer of topsoil —K.D. White⟩ ⟨books are the major channel by which the intellectual ~ is handed down —*New Republic*⟩ **3** *obs* : right of possession : POSSESSION, OWNERSHIP

**inheritance tax** *n* **1** : an excise tax levied upon the privilege of receiving property as heir or next of kin under the law governing intestate succession, measured by the value of the interest each successor receives, and usu. increased in rate as kinship with the deceased becomes more remote — compare LEGACY TAX **2** : ESTATE TAX

**inherited** *adj* : constituting something received by inheritance ⟨~ characteristics⟩ ⟨shackled by a mass of ~ conventions —J.L.Lowes⟩ ⟨a city which follows an ~ type of industry —Samuel Van Valkenburg & Ellsworth Huntington⟩ **syn** see INNATE

**in·her·i·tor** \ən'herəd-ə(r), -rətə-\ *n* [ME *enheritour, enheriter*, fr. *enheriten* to inherit + *-our* -or or *-er* — more at INHERIT] : one that inherits : HEIR ⟨~s of an ancient culture⟩

**in·her·i·tress** \-rə-trəs\ *also* **in·her·i·trix** \-rə-(,)triks\ *n* -ES [*inheritress* fr. *inheritor* + *-ess*; *inheritrix* fr. *inheritor*, after such pairs as E *mediator*: *mediatrix*] : a female inheritor

**inherits** *pres 3d sing of* INHERIT

**in·he·sion** \ən'hēzhən\ *n* -s [L *inhaesus* (past part. of *inhaerēre* to inhere) + E *-ion* — more at INHERE] : the condition of being inherent in something : INHERENCE

**in·hib·it** \ən'hibət, *usu* -bəd+V\ *vb* -ED/-ING/-S [ME *inhibiten*, fr. L *inhibitus*, past part. of *inhibēre*, fr. *in-* ²in- + *-hibēre* (fr. *habēre* to have, hold) — more at GIVE] *vt* **1** : to prohibit from doing something : FORBID, INTERDICT ⟨~s the legislature from levying an income tax —*Britannica Bk. of the Yr.*⟩ **2 a** (1) : to repress, restrain, or discourage from free or spontaneous activity esp. through the operation of inner psychological impediments or conflicts or of social and cultural controls ⟨~*ed* from bold speculation by his personal loyalties and interests —V.L.Parrington⟩ ⟨a people long ~*ed* by the prevailing taboos —R.S.Ellery⟩ (2) : to operate against the full development or activity of : check, restrain, or diminish the force, intensity, or vitality of ⟨~*ed* the creative process at its sources —Harry Sylvester⟩ ⟨the heavy tax load that ~s investment in capital goods —*Time*⟩ **b** (1) : to reduce or suppress the activity of ⟨many of the iron or copper enzymes are ~*ed* by cyanides —Felix Haurowitz⟩ ⟨lubricating oil ~*ed* against rust, corrosion, and oxidation⟩ (2) : to retard or prevent the formation of ⟨~ rust⟩ (3) : to retard, interfere with, or prevent (a chemical process or reaction) ⟨~ oxidation⟩ ~ *vi* : to cause inhibition ⟨something that entraps and ~s —John Portz⟩ **syn** see FORBID, RESTRAIN

**in·hib·it·able** \-əbəl\ *adj* : capable of being inhibited

**inhibited** *adj* : being repressed, discouraged, reduced, or retarded: as **a** : characterized by, displaying, or reflecting inhibition ⟨a shy and ~ boy —Alan Harrington⟩ ⟨~ respectability —H.C.Webster⟩ **b** : having its activity reduced or suppressed ⟨~ oils⟩

**inhibiting** *adj* : tending to inhibit or causing inhibition ⟨an overly strict or ~ discipline —H.V.Gregory⟩

**in·hi·bi·tion** \,inə'bishən, ,inhə'-, ,in(,)(h)i'-\ *n* -s [ME *inhibicioun*, fr. MF *inhibition*, fr. L *inhibition-, inhibitio*, fr. *inhibitus* + *-ion-, -io* -ion] : the act or an instance of inhibiting or the state of being inhibited: as **a** : the act or an instance of formally forbidding or barring something from being done : PROHIBITION ⟨plain ~s to the exercise of that power in a particular way —John Marshall⟩; *also* : something that formally forbids or debars : IMPEDIMENT ⟨the constitutional ~ of his alien birth —F.L.Paxson⟩ **b** (1) : a writ from a higher court (as an ecclesiastical court) staying an inferior judge from further proceedings (2) *Eng eccl law* : a command of an ecclesiastical authority (as a bishop) to a minister not to perform ministerial duties (3) *Scots law* : a personal order prohibiting a party from contracting debts to the prejudice of the rights of others in his heritable property or realty; *also* : an order procured by a husband prohibiting the giving of credit to his wife **c** (1) : a stopping or checking of a bodily action : a restraining of the function of an organ or an agent (as a digestive fluid or enzyme) ⟨~ of the heartbeat by stimulation of the vagus nerve⟩ ⟨~ of plantar reflexes⟩ (2) : interference with or retardation or prevention of a chemical process or activity ⟨~ of a catalyst⟩ ⟨~ of rust⟩ **d** (1) : a desirable restraint or check upon the free or spontaneous instincts or impulses of an individual effected through the operation of the human will guided or directed by the social and cultural forces of the environment ⟨the self-control so developed is called ~ —C.W.Russell⟩ ⟨creating ~s, socializing the child, obviously should be one of the goals of a training school —Erwin Schepses⟩ (2) : a neurotic restraint upon a normal or beneficial impulse or activity caused by psychological inner conflicts or by sociocultural forces of the environment ⟨other outspoken neurotic manifestations are general ~s such as inability to think, to concentrate —Muriel Ivimey⟩ ⟨~s, phobias, compulsions, and other neurotic patterns —*Psychological Abstracts*⟩ (3) : repression of or restraint upon an urge, impulse, or activity of any kind ⟨locked in Puritan ~s —H.S.Canby⟩ ⟨obstacles and ~s to rural reading —C.M.Wieting⟩ ⟨throwing all her moral teachings and ~s overboard —Ruth Park⟩ ⟨laughed without ~ —Jean Stafford⟩

**in·hib·i·tive** \ən'hibəd-iv, -bətiv\ *adj* : INHIBITORY

**in·hib·i·tor** *or* **in·hib·it·er** \-bəd-ə(r), -bətə-\ *n* -s : one that inhibits: as **a** (1) : a substance for reducing corrosion or rust formation (as in an antifreeze) (2) : a substance for delaying gum formation (as in gasoline) (3) : ANTIOXIDANT **b** : a substance that interferes with a chemical process or reaction ⟨polymerization ~s⟩ : NEGATIVE CATALYST **c** : a substance that reduces the activity of another substance (as an enzyme) — compare ANTIMETABOLITE **d** : a gene that checks the normal effect of another nonallelic gene when both are present

**in·hib·i·to·ry** \-bə,tōrē, -tȯr-, -ri\ *adj* [ML *inhibitorius*, fr. L *inhibitus* (past part. of *inhibēre* to inhibit) + *-orius* -ory — more at INHIBIT] : of, relating to, or producing inhibition : tending or serving to inhibit : PROHIBITORY ⟨~ nervous action⟩ ⟨the ~ action of fluorides —*Americana Annual*⟩

**inholding** \'=,==\ *n* [⁴*in* + *holding*] : privately owned land inside the boundary of a national park

**in home** *n* : INSIDE HOME

**in·homogeneity** \(')in, ən+\ *n* [¹*in-* + *homogeneity*] **1** : lack of homogeneity : the condition of not being homogeneous ⟨the degree of microscopic ~ in an alloy⟩ **2** : a part that is not homogeneous with the larger homogeneous mass in which it is incorporated

**in·homogeneous** \"+\ *adj* [¹*in-* + *homogeneous*] : not homogeneous : lacking homogeneity — **in·homogeneously** \"+\ *adv*

**inhoop** *vt* [²*in-* + *hoop* (n.)] *obs* : to enclose in a hoop

**in·hospitable** \(')in, ən+\ *adj* [¹*in-* + *hospitable*] **1 a** : not hospitable : not disposed to show hospitality ⟨an ~ person⟩ **b** : reflecting or evidencing inhospitality : UNFRIENDLY ⟨gave me a brief, ~ look —Louis Auchincloss⟩ **2** : providing no shelter or sustenance : BARREN, DESERT ⟨~ mountain areas⟩ — **in·hospitableness** \"+\ *n* -ES — **in·hospitably** \"+\ *adv*

**inhospital** *adj* [prob. fr. MF, fr. L *inhospitalis*, fr. *in-* ¹in- + *hospitalis* hospitable — more at HOSPITAL] *obs* : INHOSPITABLE

**in·hospitality** \(')in, ən+\ *n* [prob. fr. MF *inhospitalité*, fr. L *inhospitalitat-, inhospitalitas*, fr. *inhospitalis* + *-itat-, -itas* -ity] : the quality or state of being inhospitable : a cold or unfriendly reception or treatment of a guest or visitor

**in·human** \(')in, ən+\ *adj* [MF & L; MF *inhumain*, fr. L *inhumanus*, fr. *in-* ¹in- + *humanus* human — more at HUMAN] **1 a** : lacking the qualities of mercy, pity, kindness, or tenderness : CRUEL, BARBAROUS, SAVAGE ⟨an ~ tyrant⟩ ⟨what ~ rogues there are in the world —A. Conan Doyle⟩ **b** : lacking warmth or geniality : COLD, IMPERSONAL, MECHANICAL ⟨his usual quiet, almost ~ courtesy —F. Tennyson Jesse⟩ **c** : not worthy of or conforming to the needs of human beings ⟨living in conditions that are ~ —*Collier's Yr. Bk.*⟩ ⟨has the world's most ~ subways —*Time*⟩ ⟨one large block which would tend to be ~ and monotonous —*Architect & Building News*⟩ **2 a** : belonging to, resembling, or suggesting a nonhuman species or class of beings ⟨there is something a little ~ about them —Lewis Mumford⟩ ⟨a momentary glimpse ... of something I didn't understand: something dark and ~ —Kenneth Roberts⟩ **b** : SUPERHUMAN ⟨models of ~ perfection —H.B. Parkes⟩ **syn** see FIERCE

**in·humane** \(')in, ən+\ *adj* [MF *inhumain* & L *inhumanus*] : not humane : INHUMAN 1 — **in·humanely** \"+\ *adv*

**in·humanity** \¦in+\ *n* [MF *inhumanité*, fr. L *inhumanitat-, inhumanitas*, fr. *inhumanus* + *-itat-, -itas* -ity] **1** : the quality or state of being cruel or barbarous : CRUELTY ⟨abhorrence of its sickening ~ —G.B.Shaw⟩; *also* : a cruel or barbarous act **2** : absence of warmth or geniality : IMPERSONALITY ⟨a professional ~ toward their job —Nicholas Monsarrat⟩

**in·hu·man·ly** *adv* : in an inhuman manner

**in·hu·man·ness** \-n(n)əs\ *n* : the quality or state of being inhuman

**in·hu·ma·tion** \,inhyü'māshən\ *n* -s [F *inhumation*, fr. *inhumer* to inhume (fr. L *inhumare*) + *-ation*] : BURIAL, INTERMENT

**in·hume** \ən'hyüm\ *vt* -ED/-ING/-S [prob. fr. F *inhumer*, fr. L *inhumare*, fr. *in-* ²in- + *humus* earth — more at HUMBLE] : to deposit in the earth : BURY, INTER

**-i·ni** \ə,nī, 'ī,nī, 'ē(,)nē, 'ēnī, 'īnī\ *n pl suffix* [NL, fr. L, masc. pl. of *-inus* -ine] : animals that are or have the form of — in names of higher taxa esp. of tribes and orders ⟨Acanthini⟩

**in·i·ac** \'inē,ak\ *also* **in·i·al** \-ēəl\ *adj* [NL *inion* + E *-ac* (as in *iliac*) or *-al*] : relating to the inion

**in·im·i·ca·ble** \ə'niməkəbəl\ *adj* [L *inimicus* + E *-able* (as in *amicable*)] : INIMICAL, HOSTILE ⟨~ to the public peace or safety —*U.S. Code*⟩

**in·im·i·cal** \ə'niməkəl, -mēk-\ *adj* [LL *inimicalis*, fr. L *inimicus* enemy + *-alis* -al — more at ENEMY] **1 a** : having the disposition or temper of an enemy : viewing with disfavor : HOSTILE ⟨mutually ~ blocs —*Wall Street Jour.*⟩ ⟨~ to that heresy —George Meredith⟩ **b** : reflecting or indicating hostility : UNFRIENDLY ⟨a voice apparently cold and ~ —Arnold Bennett⟩ ⟨under the ~ gaze of his father —Marguerite Steen⟩ **2** : prejudicial in tendency, influence, or effects : HARMFUL, ADVERSE ⟨~ to the interests of the consumer —*Current Biog.*⟩ ⟨~ to the best interests of the company —L.M.Hughes⟩ **syn** see ADVERSE

**in·im·i·cal·ly** \-mək(ə)lē, -mēk-, -li\ *adv* : in an inimical manner

**in·im·i·cal·ness** \-kəlnəs\ *n* -ES : the quality or state of being inimical

**in·im·i·ci·tious** \ə¦nimə¦sishəs\ *adj* [L *inimicitia* hostility (fr. *inimicus* enemy + *-tia*, suffix used to form abstract nouns) + E *-ous*] *archaic* : INIMICAL

**inimicous** *adj* [L *inimicus*, fr. *inimicus*, n., enemy] *obs* : INIMICAL

**in·im·i·ta·bil·i·ty** \(')i,nimad-ə'biləd-ē, ə,n-, -məta-, -lətē, -i\ *n* : the quality or state of being inimitable : INIMITABLENESS

**in·im·i·ta·ble** \(')i¦nimad-əbəl, ə'n-, -məta-\ *adj* [MF or L; MF, fr. L *inimitabilis*, fr. *in-* ¹in- + *imitabilis* imitable — more at IMITABLE] : not capable of being imitated : being beyond imitation : MATCHLESS ⟨an ~ style⟩ : not worthy of imitation — **in·im·i·ta·ble·ness** \-nəs\ *n* — **in·im·i·ta·bly** \-blē, -bli\ *adv*

**in in·vi·tum** \,inən'wē,tüm, -'vīd·əm\ *adv* [L, against an unwilling person] : against a person's will or consent : by force of law irrespective of assent

**In·i·o·mi** \,inē'ō,mī\ *n pl, cap* [NL, fr. *inion* + *-omi* (fr. Gk *ōmos* shoulder) — more at HUMERUS] : an order of mostly deep-sea teleost fishes lacking fin spines and air bladder and usu. having a dorsal adipose fin and including the lantern fishes, the lizard fishes, and related forms — **in·i·o·mous** \¦==¦ōməs\ *adj*

**in·i·on** \'inē,än, -ēən\ *n* -s [NL, fr. Gk, back of the head, dim. of *is*, *is* sinew, tendon — more at WITHY] : the external occipital protuberance of the skull — see CRANIOMETRY illustration

**in·iq·ui·tous** \ə'nikwəd-əs, -wətəs\ *adj* [*iniquity* + *-ous*] : characterized by iniquity : UNJUST, WICKED ⟨~ deeds⟩ **syn** see VICIOUS

**in·iq·ui·tous·ly** *adv* : in an iniquitous manner

**in·iq·ui·tous·ness** *n* -ES : the quality or state of being iniquitous

**in·iq·ui·ty** \ə'nikwəd-ē, -wətē, -i\ *n* -ES [ME *iniquite*, fr. MF *iniquité*, fr. L *iniquitat-, iniquitas*, fr. *iniquus* uneven, unjust (fr. *in-* ¹in- + *-iquus*, fr. *aequus* level, equal) + *-itat-, -itas* -ity] **1** : absence of or deviation from just dealing : wrongful conduct : WICKEDNESS ⟨the ~ of bribery⟩ **2** : an iniquitous act or thing : SIN ⟨whose *iniquities* are forgiven —Ps 31:1 (DV)⟩ **3** *Scots law* : INEQUITY, INJUSTICE — used of a decision contrary to law

**iniquous** *adj* [L *iniquus*] *obs* : INIQUITOUS

**in·irritability** \(')in, ən+\ *n* : the quality or state of not being irritable

**in·irritable** \"+\ *adj* [¹*in-* + *irritable*] : not irritable

**in·isle** \ən+\ *archaic var of* ENISLE

**¹in·i·tial** \ə'nishəl\ *adj* [MF & L; MF, fr. L *initialis*, fr. *initium* beginning (fr. *initus* — past part. of *inire* to go into, begin, fr. *in-* ²in- + *ire* to go — + *-ium*, suffix used to form abstract nouns) + *-alis* -al — more at ISSUE] **1** : of or relating to the beginning : marking the commencement : INCIPIENT, FIRST ⟨~ symptoms of a disease⟩ ⟨this ~ series of outbreaks —Thomas Cadett⟩ **2** : placed or standing at the beginning ⟨the ~ word of a verse⟩ **3** : of that form regularly employed only at the beginning of a word — used of a letter in an alphabet that has two or more positional forms

**²initial** \"\ *n* -s **1 a** (1) : the first letter of a proper name (2) **initials** *pl* : the initial letters of an individual's name and surname; *also* : the initial letters of the name of an organization, state, or other entity (as U.S.A. for "United States of America" or C.I.O. for "Congress of Industrial Organizations") or of any group of words (the ~s "PE" (meaning

A150

# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

THIRD EDITION

n·ar·y

**HOUGHTON MIFFLIN COMPANY**

*Boston · New York · London*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage Dictionary.*

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language.
—3rd ed.
p. cm.
ISBN 0-395-44895-6
1. English language—Dictionaries.
PE1628.A623 1992
423—dc20 92-851
CIP

Manufactured in the United States of America

t grati-

cture or [Middle iciple of

)–1867. l who is

h'ən). A A means n ingres- e IN–2 +

involving designat- ılation of

y common excluding

into, espe-

the flesh: 3. Insu- er Manhat-

ard or into.

cated in the ] ing, -tates. Latin ingur- 'git-, throat.

1. To live or memories in- ddle English habitāre : in-, bēre, to have: ty n. —in- it·er n.

Occupancy. abits a place. s of a fishing e desert. tants; lived in:

for inhaling. ication, an an- form, taken by

an instance of

or (sense 1). 2.

s. —tr. 1. To y breathing: in- devour: inhaled 1. To breathe puff. [Latin in- ontrast with EX-

n avid inhaler of s a vapor to ease specially a small nt. In this sense

armonic: discor-

1. Not in harmo- —in'har·mo'-

1. Lack of har-

heres. To be in- IN–2 + haerēre, to her'en·cy n. ng as an essential [Latin inhaerēns here. See INHERE]

—tr. 1.a. To re- n ancestor by legal r as a legacy. 2. To new administration our years. 3. Biol- parents by genetic e's right or portion nheritance. [Middle er, to make heir to

from Late Latin inhērēditāre, to inherit : Latin in-, in; see IN–2 + Late Latin hērēditāre, to inherit (from Latin hērēs, hērēd-, heir; see ghē- in Appendix).] —in·her'i·tor n.

**in·her·it·a·ble** (ĭn-hĕr'ĭ-tə-bəl) adj. 1. That can be inherited: *inheritable traits; inheritable property.* 2. Having the right to inherit or the capability of inheriting: *an inheritable heir.* —in·her'it·a·bil'i·ty n.

**in·her·i·tance** (ĭn-hĕr'ĭ-təns) n. 1.a. The act of inheriting. b. Something inherited or to be inherited. 2. Something regarded as a heritage: *the cultural inheritance of Rome.* See Synonyms at **heritage**. 3. *Biology.* a. The process of genetic transmission of characteristics from parents to offspring. b. A characteristic so inherited. c. The sum of characteristics genetically transmitted from parents to offspring.

**inheritance tax** n. A tax imposed on the privilege of receiving property by inheritance or legal succession and assessed on the value of the property received. Also called *death tax.*

**in·hib·in** (ĭn-hĭb'ĭn) n. A peptide that acts to inhibit follicle-stimulating hormonal secretion from the pituitary gland.

**in·hib·it** (ĭn-hĭb'ĭt) tr.v. -it·ed, -it·ing, -its. 1. To hold back; restrain. See Synonyms at **restrain**. 2. To prohibit; forbid. 3. *Psychology.* To suppress or restrain (behavior, an impulse, or a desire) consciously or unconsciously. 4.a. *Chemistry.* To prevent or decrease the rate of (a reaction). b. *Biology.* To decrease, limit, or block the action or function of (an enzyme or organ, for example). [Middle English *inhibiten,* to forbid, from Latin *inhibēre, inhibit-,* to restrain, forbid : *in-,* in; see IN–2 + *habēre,* to hold; see **ghabh-** in Appendix.] —in·hib'it·a·ble adj. —in·hib'i·tive, in·hib'i·to'ry (-tôr'ē, -tōr'ē) adj.

**in·hib·it·er** (ĭn-hĭb'ĭ-tər) n. Variant of **inhibitor.**

**in·hi·bi·tion** (ĭn'hə-bĭsh'ən, ĭn'ə-) n. 1. The act of inhibiting or the state of being inhibited. 2. Something that restrains, blocks, or suppresses. 3. *Psychology.* Conscious or unconscious restraint of a behavioral process, a desire, or an impulse. 4.a. *Chemistry.* The condition in which or the process by which a reaction is inhibited. b. *Biology.* The condition in which or the process by which an enzyme, for example, is inhibited.

**in·hib·i·tor** also **in·hib·it·er** (ĭn-hĭb'ĭ-tər) n. One that inhibits, as a substance that retards or stops a chemical reaction.

**in·hold·ing** (ĭn'hōl'dĭng) n. A privately owned parcel of land within the boundaries of a federal preserve, especially within a national park or national seashore. —in'hold'er n.

**in-home** (ĭn'hōm') adj. Operating in or provided at the home of the customer or patient: *in-home shopping services; an in-home nursing program.*

**in·ho·mo·ge·ne·i·ty** (ĭn-hō'mə-jə-nē'ĭ-tē, -nā'-, hŏm'ə-) n., pl. -ties. 1. Lack of homogeneity. 2. Something that is not homogeneous or uniform.

**in·hos·pi·ta·ble** (ĭn-hŏs'pĭ-tə-bəl, ĭn'hŏ-spĭt'ə-bəl) adj. 1. Displaying no hospitality; unfriendly. 2. Unfavorable to life or growth; hostile: *the barren, inhospitable desert.* —in·hos'pi·ta·ble·ness n. —in·hos'pi·ta·bly adv.

**in·hos·pi·tal·i·ty** (ĭn'hŏs-pĭ-tăl'ĭ-tē) n. Lack of hospitality or friendliness.

**in-house** (ĭn'hous') adj. Conducted within, coming from, or being within an organization or group: *an in-house computer system; an in-house newsletter.* —in'-house' adv.

**in·hu·man** (ĭn-hyōō'mən) adj. 1.a. Lacking kindness, pity, or compassion; cruel. See Synonyms at **cruel**. b. Deficient in emotional warmth; cold. 2. Not suited for human needs: *an inhuman environment.* 3. Not of ordinary human form; monstrous. —in·hu'man·ly adv. —in·hu'man·ness n.

**in·hu·mane** (ĭn'hyōō-mān') adj. Lacking pity or compassion. —in'hu·mane'ly adv.

**in·hu·man·i·ty** (ĭn'hyōō-măn'ĭ-tē) n., pl. -ties. 1. Lack of pity or compassion. 2. An inhuman or cruel act.

**in·hume** (ĭn-hyōōm') tr.v. -humed, -hum·ing, -humes. To place in a grave; bury. [French *inhumer,* from Old French, from Latin *inhumāre* : *in-,* in; see IN–2 + *humus,* earth; see **dhghem-** in Appendix.] —in'hu·ma'tion n. —in·hum'er n.

**in·im·i·cal** (ĭ-nĭm'ĭ-kəl) adj. 1. Injurious or harmful in effect; adverse: *habits inimical to good health.* 2. Unfriendly; hostile: *a cold, inimical voice.* [Late Latin *inimīcālis,* from Latin *inimīcus,* enemy. See ENEMY.] —in·im'i·cal·ly adv.

**in·im·i·ta·ble** (ĭ-nĭm'ĭ-tə-bəl) adj. Defying imitation; matchless. [Middle English, from Latin *inimitābilis* : *in-,* not; see IN–1 + *imitābilis,* imitable (from *imitārī,* to imitate).] —in·im'i·ta·bil'i·ty, in·im'i·ta·ble·ness n. —in·im'i·ta·bly adv.

**in·i·on** (ĭn'ē-ən) n. The most prominent projecting point of the occipital bone at the base of the skull. [Greek, occipital bone, from *is, in-,* sinew, fiber. See **wei-** in Appendix.]

**in·iq·ui·tous** (ĭ-nĭk'wĭ-təs) adj. Characterized by iniquity; wicked. —in·iq'ui·tous·ly adv. —in·iq'ui·tous·ness n.

**in·iq·ui·ty** (ĭ-nĭk'wĭ-tē) n., pl. -ties. 1. Gross immorality or injustice; wickedness. 2. A grossly immoral act; a sin. [Middle English *iniquite,* from Old French, from Latin *inīquitās,* from *inīquus,* unjust, harmful : *in-,* not; see IN–1 + *aequus,* equal.]

**in·i·tial** (ĭ-nĭsh'əl) adj. 1. Of, relating to, or occurring at the beginning; first: *took the initial step toward reconciliation.* 2. Designating the first letter or letters of a word. —**initial** n. 1.a. The first letter of a proper name. b. **initials.** The first letter of each word of a person's complete name considered as a unit: *stationery monogrammed with her initials.* 2. The first letter of a word. 3. A large, often highly decorated letter set at the beginning of a chapter, verse, or paragraph. —**initial** tr.v. -tialed, -tial·ing, -tials also -tialled, -tial·ling, -tials. To mark or sign with initials, especially for purposes of authorization or approval. [Latin *initiālis,* from *initium,* beginning. See **ei-** in Appendix.] —in·i'tial·ly adv. —in·i'tial·ness n.

initial

**in·i·tial·ize** (ĭ-nĭsh'ə-līz') tr.v. -ized, -iz·ing, -iz·es. *Computer Science.* To set to a starting position or value. —in·i'tial·i·za'tion (-shə-lĭ-zā'shən) n. —in·i'tial·iz'er n.

**initial rhyme** n. See **beginning rhyme** (sense 1).

**initial teaching alphabet** n. *Abbr.* **ITA, I.T.A.** An alphabet with 44 symbols, each of which represents a single sound that is used to teach beginning reading of English.

**in·i·ti·ate** (ĭ-nĭsh'ē-āt') tr.v. -at·ed, -at·ing, -ates. 1. To set going by taking the first step; begin: *initiated trade with developing nations.* See Synonyms at **begin**. 2. To introduce to a new field, interest, skill, or activity. 3. To admit into membership, as with ceremonies or ritual. —**initiate** (-ĭt) adj. 1. Initiated or admitted, as to membership or a position of authority. 2.a. Instructed in esoteric knowledge. b. Introduced to something new. —**initiate** (-ĭt) n. 1. One who is being or has been initiated. 2. One who has been introduced to or has attained knowledge in a particular field. [Latin *initiāre, initiāt-,* from *initium,* beginning. See **ei-** in Appendix.] —in·i'ti·a'tor n.

**in·i·ti·a·tion** (ĭ-nĭsh'ē-ā'shən) n. 1.a. The act or an instance of initiating. b. The process of being initiated. c. The condition of being initiated. 2. A ceremony, ritual, test, or period of instruction with which a new member is admitted to an organization or office or to knowledge. 3. The condition of being knowledgeable.

**in·i·tia·tive** (ĭ-nĭsh'ə-tĭv) n. 1. The power or ability to begin or to follow through energetically with a plan or task; enterprise and determination. 2. A beginning or introductory step; an opening move: *took the initiative in trying to solve the problem.* 3.a. The power or right to introduce a new legislative measure. b. The right and procedure by which citizens can propose a law by petition and ensure its submission to the electorate. —**initiative** adj. 1. Of or relating to initiation. 2. Used to initiate; initiatory. —*idiom.* **on (one's) own initiative.** Without prompting or direction from others; on one's own. —in·i'tia·tive·ly adv.

**in·i·ti·a·to·ry** (ĭ-nĭsh'ē-ə-tôr'ē, -tōr'ē) adj. 1. Introductory; initial. 2. Tending or used to initiate.

**inj.** *abbr.* Injection.

**in·ject** (ĭn-jĕkt') tr.v. -ject·ed, -ject·ing, -jects. 1. To force or drive (a fluid) into something: *inject fuel into an engine cylinder; inject air into a liquid mixture.* 2.a. *Medicine.* To introduce (a drug or vaccine, for example) into a body part. b. To treat by means of injection: *injected the patient with digitalis.* 3. To introduce into conversation or consideration: *tried to inject a note of humor into the negotiations.* 4. To place into an orbit, a trajectory, or a stream. [Latin *inicere, iniect-,* to throw in : *in-,* in; see IN–2 + *iacere,* to throw; see **yē-** in Appendix.] —in·jec'tor n.

**in·ject·a·ble** (ĭn-jĕk'tə-bəl) adj. That can be injected. Used of a drug. —**injectable** n. A drug or medicine that can be injected.

**in·jec·tant** (ĭn-jĕk'tənt) n. A substance injected, as into the skin.

**in·jec·tion** (ĭn-jĕk'shən) n. *Abbr.* **inj.** 1. The act of injecting. 2. Something that is injected, especially a dose of liquid medicine injected into the body.

**in-joke** (ĭn'jōk') n. *Informal.* A joke originated or appreciated by the members of a particular group.

**in·ju·di·cious** (ĭn'jōō-dĭsh'əs) adj. Lacking or showing a lack of judgment or discretion; unwise. —in'ju·di'cious·ly adv. —in'ju·di'cious·ness n.

**in·junc·tion** (ĭn-jŭngk'shən) n. 1. The act or an instance of enjoining; a command, a directive, or an order. 2. *Law.* A court order prohibiting a party from a specific course of action. [Middle English *injunccion,* from Late Latin *iniūnctiō, iniūnctiōn-,* from Latin *iniūnctus,* past participle of *iniungere,* to enjoin : *in-,* in; see IN–2 + *iungere,* to join; see **yeug-** in Appendix.] —in·junc'tive adj.

**in·jure** (ĭn'jər) tr.v. -jured, -jur·ing, -jures. 1. To cause physical harm to; hurt. 2. To cause damage to; impair. 3. To cause distress to; wound: *injured their feelings.* 4. To commit an injustice or offense against; wrong. [Middle English *injuren,* to wrong, dishonor, from Old French *injurier,* from Latin *iniūriārī,* from *iniūria,* a wrong. See INJURY.] —in'jur·er n.

***SYNONYMS:*** *injure, harm, hurt, damage, impair, mar, spoil.* These verbs mean to affect detrimentally. *Injure* can refer to acts that have an adverse effect on health, appearance, prospects, or well-being: *She was badly injured in an accident. Malicious gossip could injure his chances of success.* It can also mean to treat another unjustly or wrongfully: *"Those that are not favored will think themselves injured"* (Samuel Johnson). *Harm* and *hurt* refer principally to what causes pain, distress, diminution, or loss: *Gypsy moths harm foliage. Failure to pay his bills has harmed his credit. A hailstorm hurt the apple crop. My feelings are hurt.* *Damage* usually implies injury that decreases value, usefulness, desirability, or effectiveness: *A falling tree damaged the roof. The scandal seriously damaged the senator's reputation. Impair* refers to what diminishes, as in quality: *The patient's intelligence has been impaired by a brain injury.* To *mar* is to impair by or as if by

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ◆ regionalism |

Stress marks: ' (primary); ' (secondary), as in dictionary (dĭk'shə-nĕr'ē)

# RANDOM HOUSE WEBSTER'S UNABRIDGED DICTIONARY

Second Edition

LITERATURE AND LANGUAGE DIVISION
THE CHICAGO PUBLIC LIBRARY
400 SOUTH STATE STREET
CHICAGO, ILLINOIS 60605

RANDOM HOUSE
NEW YORK

COPYRIGHT © 2001, 1998, 1997, 1996, 1993, 1987 BY RANDOM HOUSE, INC.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Random House Reference, Random House, Inc., New York, NY. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

*Random House Webster's Unabridged Dictionary, Second Edition,* is a revised and updated edition of *The Random House Dictionary of the English Language, Second Edition, Unabridged.*

The *Random House Living Dictionary Database*™, the *Random House Living Dictionary*™, and the *Random House Living Dictionary Project*™ are trademarks of Random House, Inc. Random House and the house design are registered trademarks of Random House, Inc.

*International Phonetic Alphabet* courtesy of International Phonetic Association

**Library of Congress Cataloging-in-Publication Data as of 1997:**

Random House compact unabridged dictionary
Random House Webster's Unabridged dictionary.—2nd ed.
p. cm
Rev., updated ed. of: Random House compact unabridged dictionary.
Special 2nd Ed.
ISBN 0-679-45854-9.—ISBN 0-679-45853-0
1. English language—Dictionaries.
PE1625.R293 1997 423—dc21 97-17702
CIP

**Trademarks**

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other propriety term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your sales inquiries to Random House Premium Sales, fax 212-572-7370.

Please address inquiries about electronic licensing of this division's products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference, fax 212-940-7352.

New York Toronto London Sydney Auckland

Viisit the Random House Reference Web site at www.randomwords.com

Typeset and printed in the United States of America.

ISBN: 0-375-42566-7 (Hardcover book only)

9 8 7 6 5 4 3

ISBN: 0-375-72026-X (Hardcover book and CD-ROM package)

9 8 7 6 5 4 3 2 1

**INH,** *Pharm.* See **isonicotinic acid hydrazide.**

**in•hab•it** (in hab′it), *v.t.* **1.** to live or dwell in (a place), as people or animals: *Small animals inhabited the woods.* **2.** to exist or be situated within; dwell in: *Weird notions inhabit his mind.* —*v.i.* **3.** *Archaic.* to live or dwell, as in a place. [1325–75; < L *inhabitāre,* equiv. to *in-* IN-² + *habitāre* to dwell (see HABIT²); r. ME *enhabiten* < MF *enhabiter* < L as above] —**in•hab′it•a•ble,** *adj.* —**in•hab′it•a•bil′i•ty,** *n.* —**in•hab′i•ta′tion,** *n.*
—**Syn. 1, 2.** reside, occupy, tenant, populate.

**in•hab•it•an•cy** (in hab′i tn sē), *n., pl.* **-cies. 1.** place of residence; habitation. **2.** residency; occupancy. Also, **in•hab′it•ance.** [1675–85; INHABIT(ANT) + -ANCY]

**in•hab•it•ant** (in hab′i tənt), *n.* a person or animal that inhabits a place, esp. as a permanent resident. [1400–50; late ME < L *inhabitant-* (s. of *inhabitāns*) dwelling in. See INHABIT, -ANT]
—**Syn.** dweller, denizen.

**in•hab•it•ed** (in hab′i tid), *adj.* having inhabitants; occupied; lived in or on: *an inhabited island.* [1490–1500; INHABIT + -ED²] —**in•hab′it•ed•ness,** *n.*

**in•hab•it•er** (in hab′i tər), *n. Archaic.* inhabitant. [1400–50; late ME; see INHABIT, -ER¹]

**in•hal•ant** (in hā′lənt), *n.* **1.** a medicine, allergen, or other substance that is inhaled. **2.** any volatile substance, as nitrous oxide, butyl nitrite, toluene, gasoline, or paint thinner, capable of being inhaled, sometimes abused for its intoxicating effect. **3.** inhaler. —*adj.* **4.** used for inhaling. [1815–25; INHALE + -ANT]

**in•ha•la•tion** (in′hə lā′shən), *n.* **1.** an act or instance of inhaling. **2.** an inhalant. [1615–25; INHALE + -ATION]

**in•ha•la•tor** (in′hə lā′tər), *n.* an apparatus designed to mix carbon dioxide and oxygen, esp. for use in artificial respiration. [1925–30, *Amer.*; INHALE + -ATOR]

**in•hale** (in hāl′), *v.,* **-haled, -hal•ing.** —*v.t.* **1.** to breathe in; draw in by breathing: *to inhale the polluted air.* —*v.i.* **2.** to breathe in, esp. the smoke of cigarettes, cigars, etc.: *Do you inhale when you smoke?* [1715–25; IN-² + (EX)HALE]

**in•hal•er** (in hā′lər), *n.* **1.** an apparatus or device used in inhaling medicinal vapors, anesthetics, etc. **2.** a respirator. **3.** a person who inhales. [1770–80; INHALE + -ER¹]

**In•ham•ba•ne** (in′yəm bä′nə), *n.* a seaport in SE Mozambique. 70,000.

**in•har•mon•ic** (in′här mon′ik), *adj.* not harmonic; dissonant. [1820–30; IN-³ + HARMONIC] —**in•har•mo•ny** (in här′mə nē), *n.*

**in•har•mo•ni•ous** (in′här mō′nē əs), *adj.* **1.** not harmonious; discordant; unmelodious. **2.** not congenial or compatible; discordant; disagreeing: *It was unpleasant to spend an evening with such an inharmonious group.* [1705–15; IN-³ + HARMONIOUS] —**in′har•mo′ni•ous•ly,** *adv.* —**in′har•mo′ni•ous•ness,** *n.*

**in•haul** (in′hôl′), *n. Naut.* any of various lines for hauling a sail, spar, etc., inward or inboard in order to stow it after use. Also, **in′haul′er.** [1855–60; IN-¹ + HAUL]

**inher.,** inheritance.

**in•here** (in hēr′), *v.i.,* **-hered, -her•ing.** to exist permanently and inseparably in, as a quality, attribute, or element; belong intrinsically; be inherent: *the advantages that inhere in a democratic system.* [1580–90; < L *inhaerēre,* equiv. to *in-* IN-² + *haerēre* to stick]

**in•her•ence** (in hēr′əns, -her′-), *n.* **1.** the state or fact of inhering or being inherent. **2.** *Philos.* the relation of an attribute to its subject. [1570–80; < ML *inhaerentia.* See INHERENT, -ENCE]

**in•her•en•cy** (in hēr′ən sē, -her′-), *n., pl.* **-cies** for 2. **1.** inherence. **2.** something inherent. [1595–1605; < ML *inhaerentia.* See INHERENT, -ENCY]

**in•her•ent** (in hēr′ənt, -her′-), *adj.* **1.** existing in someone or something as a permanent and inseparable element, quality, or attribute: *an inherent distrust of strangers.* **2.** *Gram.* standing before a noun. **3.** inhering; infixed. [1570–80; < L *inhaerent-* (s. of *inhaerēns*), prp. of *inhaerēre* to INHERE; see -ENT] —**in•her′ent•ly,** *adv.*
—**Syn. 1.** innate, native, inbred, ingrained. See **essential.**

**in•her•it** (in her′it), *v.t.* **1.** to take or receive (property, a right, a title, etc.) by succession or will, as an heir: *to inherit the family business.* **2.** to receive as if by succession from predecessors: *the problems the new government inherited from its predecessors.* **3.** to receive (a genetic character) by the transmission of hereditary factors. **4.** to succeed (a person) as heir. **5.** to receive as one's portion; come into possession of: *to inherit his brother's old clothes.* —*v.i.* **6.** to take or receive property or the like by virtue of being heir to it. **7.** to receive qualities, powers, duties, etc., as by inheritance (fol. by *from*). **8.** to have succession as heir. [1275–1325; ME *en(h)erit(i)en* < MF *enheriter* < LL *inhērēditāre* to make heir. See IN-², HEREDITARY]

**in•her•it•a•ble** (in her′i tə bəl), *adj.* **1.** capable of being inherited. **2.** capable of inheriting; qualified to inherit. [1375–1425; late ME < AF; see IN-², HERITABLE] —**in•her′it•a•bil′i•ty, in•her′it•a•ble•ness,** *n.* —**in•her′it•a•bly,** *adv.*

**in•her•it•ance** (in her′i təns), *n.* **1.** something that is or may be inherited; property passing at the owner's death to the heir or those entitled to succeed; legacy. **2.** the genetic characters transmitted from parent to offspring, taken collectively. **3.** something, as a quality, characteristic, or other immaterial possession, received from progenitors or predecessors as if by succession: *an inheritance of family pride.* **4.** the act or fact of inheriting by succession, as if by succession, or genetically: *to receive property by inheritance.* **5.** portion; birthright; heritage: *Absolute rule was considered the inheritance of kings.* **6.** *Obs.* right of possession; ownership. [1375–1425; ME *enheritance* < AF. See INHERIT, -ANCE]
—**Syn. 1.** patrimony; bequest. INHERITANCE, HERITAGE denote something inherited. INHERITANCE is the common term for property or any possession that comes to an heir: *He received the farm as an inheritance from his parents.* HERITAGE indicates something that is bequeathed to a subsequent generation by an individual or by society: *our cultural heritage from Greece and Rome.*

**inher′itance tax′,** a tax levied on the right of an heir to receive a decedent's property, the rate being a percentage of the value of the property. Also called **death tax;** *Brit.,* **death duty.** Cf. **estate tax.** [1835–45]

**in•her•i•tor** (in her′i tər), *n.* a person who inherits; heir. [1400–50; late ME *enheritour,* -er. See INHERIT, -OR²]

**in•her•i•trix** (in her′i triks), *n., pl.* **in•her•i•tri•ces** (in her′i trī′sēz). *Law* a woman who inherits; heiress. Also, **in•her•i•tress** (in her′i tris). [1475–85; INHERI(TOR) + -TRIX]
—**Usage.** See **-trix, -ess.**

**in•he•sion** (in hē′zhən), *n.* the state or fact of inhering; inherence. [1625–35; < LL *inhaesiōn-* (s. of *inhaesiō*), equiv. to L *inhaes(us)* ptp. of *inhaerēre* to INHERE + *-iōn-* -ION]

**in. Hg,** *Meteorol.* inch of mercury.

**in•hib•in** (in hib′in), *Biochem.* a hormone, found in semen, that acts on the pituitary gland to decrease FSH. [1980–85; INHIB(IT) + -IN²]

**in•hib•it** (in hib′it), *v.t.* **1.** to restrain, hinder, arrest, or check (an action, impulse, etc.). **2.** to prohibit; forbid. **3.** *Psychol.* to consciously or unconsciously suppress or restrain (psychologically or sociologically unacceptable behavior). **4.** *Chem.* to decrease the rate of action of or stop (a chemical reaction). [1425–75; late ME *inhibiten* < L *inhibitus,* ptp. of *inhibēre* to restrain, equiv. to *in-* IN-² + *-hibēre,* comb. form of *habēre* to have, hold] —**in•hib′it•a•ble,** *adj.* —**in•hib•i•to•ry** (in hib′i tôr′ē, -tōr′ē), **in•hib′i•tive,** *adj.*
—**Syn. 1.** repress, discourage, obstruct. **2.** interdict. See **forbid.**

**in•hib•it•ed** (in hib′i tid), *adj.* **1.** overly restrained. **2.** *Psychol.* suffering from inhibition. [1960–65; INHIBIT + -ED²]

**in•hi•bi•tion** (in′i bish′ən, in′hi-), *n.* **1.** the act of inhibiting. **2.** the state of being inhibited. **3.** something that inhibits; constraint. **4.** *Psychol.* **a.** the blocking or holding back of one psychological process by another. **b.** inappropriate conscious or unconscious restraint or suppression of behavior, as sexual behavior, often due to guilt or fear produced by past punishment, or sometimes considered a dispositional trait. **5.** *Physiol.* **a.** a restraining, arresting, or checking of the action of an organ or cell. **b.** the reduction of a reflex or other activity as the result of an antagonistic stimulation. **c.** a state created at synapses making them less excitable by other sources of stimulation. **6.** *Chem.* a stoppage or decrease in the rate of action of a chemical reaction. **7.** *Eng. Eccles. Law.* an order, esp. from a bishop, suspending a priest or an incumbent from the performance of duties. [1350–1400; ME *inhibicio(u)n* < L *inhibitiōn-* (s. of *inhibitiō*). See INHIBIT, -ION]

**in•hib•i•tor** (in hib′i tər), *n.* **1.** a person or thing that inhibits. **2.** *Chem.* a substance that decreases the rate of or stops completely a chemical reaction. **3.** any impurity in a mineral that prevents luminescence. Cf. **activator** (def. 3). **4.** *Rocketry.* an inert antioxidant used with solid propellants to inhibit burning on certain surfaces. Also, **in•hib′it•er.** [1865–70; INHIBIT + -OR²]

***in hoc sig•no vin•ces*** (in hōk′ sig′nō wing′kās; *Eng.* in hok′ sig′nō vin′sēz), *Latin.* in this sign shalt thou conquer: motto used by Constantine the Great, from his vision, before battle, of a cross bearing these words.

**in•hold•ing** (in′hōl′ding), *n.* a tract of land under private ownership within a national park. [IN-¹ + HOLDING] —**in′hold′er,** *n.*

**in•ho•mo•ge•ne•i•ty** (in hō′mə jə nē′i tē, -hom′ə-), *n.* **1.** lack of homogeneity. **2.** something that is not homogeneous. [1895–1900; IN-³ + HOMOGENEITY] —**in•ho•mo•ge•ne•ous** (in′hō mə jē′nē əs, -hom ə-), *adj.* —**in′ho•mo•ge′ne•ous•ly,** *adv.*

**in•hos•pi•ta•ble** (in hos′pi tə bəl, in′ho spit′ə bəl), *adj.* **1.** not inclined to, or characterized by, hospitality, as persons or actions; unfriendly. **2.** (of a region, climate, etc.) not offering shelter, favorable conditions, etc.; barren: *an inhospitable rocky coast.* [1560–70; < MF < ML *inhospitābilis.* See IN-³, HOSPITABLE] —**in•hos′pi•ta•ble•ness,** *n.* —**in•hos′pi•ta•bly,** *adv.*

**in•hos•pi•tal•i•ty** (in′hos pi tal′i tē, in hos′-), *n.* lack of hospitality; inhospitable attitude toward or treatment of visitors, guests, etc. [1560–70; < L *inhospitālitās.* See IN-³, HOSPITALITY]

**in-house** (*adj.* in′hous′; *adv.* in′hous′), *adj., adv.* within, conducted within, or utilizing an organization's own staff or resources rather than external or nonstaff facilities: *in-house research; Was the ad created in-house or by an outside advertising agency?* [1955–60]

**in•hu•man** (in hyōō′mən *or, often,* -yōō′-), *adj.* **1.** lacking qualities of sympathy, pity, warmth, compassion, or the like; cruel; brutal: *an inhuman master.* **2.** not suited for human beings. **3.** not human. [1475–85; < L *inhūmānus;* r. late ME *inhumain* < MF < L. See IN-³, HUMAN] —**in•hu′man•ly,** *adv.* —**in•hu′man•ness,** *n.*
—**Syn. 1.** unfeeling, unsympathetic, cold, callous, hard, savage, brutish.

**in•hu•mane** (in′hyōō mān′ *or, often,* -yōō-), *adj.* not humane; lacking humanity, kindness, compassion, etc. [1590–1600; var. of INHUMAN; see IN-³, HUMANE] —**in′hu•mane′ly,** *adv.*

**in•hu•man•i•ty** (in′hyōō man′i tē *or, often,* -yōō-), *n., pl.* **-ties** for 2. **1.** the state or quality of being inhuman or inhumane; cruelty. **2.** an inhuman or inhumane act. [1470–80; earlier *inhumanite* < L *inhūmānitās.* See IN-³, HUMAN, -ITY]
—**Syn. 1.** savagery, brutality, brutishness.

**in•hume** (in hyōōm′ *or, often,* -yōōm′), *v.t.,* **-humed, -hum•ing.** to bury; inter. [1610–20; < ML *inhumāre,* equiv. to L *in-* IN-² + *-humāre,* deriv. of *humus* earth (see HUMUS); cf. EXHUME] —**in′hu•ma′tion,** *n.* —**in•hum′er,** *n.*

**in•im•i•cal** (i nim′i kəl), *adj.* **1.** adverse in tendency or effect; unfavorable; harmful: *a climate inimical to health.* **2.** unfriendly; hostile: *a cold, inimical gaze.* Also, **in•im′i•ca•ble.** [1635–45; < L *inimīc(us)* unfriendly, hostile (see ENEMY) + -AL¹] —**in•im′i•cal•ly,** *adv.* —**in•im′i•cal•ness, in•im′i•cal′i•ty,** *n.*
—**Syn. 1.** noxious. **2.** antagonistic. See **hostile.**
—**Ant. 2.** friendly.

**in•im•i•ta•ble** (i nim′i tə bəl), *adj.* incapable of being imitated or copied; surpassing imitation; matchless. [1525–35; < L *inimitābilis.* See IN-³, IMITABLE] —**in•im′i•ta•bil′i•ty, in•im′i•ta•ble•ness,** *n.* —**in•im′i•ta•bly,** *adv.*

**in•i•on** (in′ē ən), *n. Craniom.* a point at the external occipital protuberance of the skull. [1805–15; < NL < Gk *iníon* nape of the neck, equiv. to *in-* (s. of *ís*) fiber, sinew + *-ion* dim. suffix]

**in•iq•ui•tous** (i nik′wi təs), *adj.* characterized by injustice or wickedness; wicked; sinful. [1720–30; INIQUIT(Y) + -OUS] —**in•iq′ui•tous•ly,** *adv.* —**in•iq′ui•tous•ness,** *n.*
—**Syn.** flagitious, nefarious, perverse, evil, base, unjust, wrong. —**Ant.** righteous.

**in•iq•ui•ty** (i nik′wi tē), *n., pl.* **-ties. 1.** gross injustice or wickedness. **2.** a violation of right or duty; wicked act; sin. [1300–50; ME < L *iniquitās* unevenness, unfairness, equiv. to *iniqu(us)* uneven, unfair (*in-* IN-³ + *-iquus,* comb. form of *aequus* even, EQUAL) + *-itās* -ITY]
—**Syn. 1.** evildoing, infamy, depravity, knavery.

**init.,** initial.

**in•i•tial** (i nish′əl), *adj., n., v.,* **-tialed, -tial•ing** or (esp. *Brit.*) **-tialled, -tial•ling.** —*adj.* **1.** of, pertaining to, or occurring at the beginning; first: *the initial step in a process.* **2.** *Phonet.* occurring at the beginning of a word or syllable, as the (k) sound of *kite, chasm,* or *quit.* —*n.* **3.** an initial letter, as of a word. **4.** the first letter of a proper name. **5.** a letter of extra size or an ornamental character used at the beginning of a chapter or other division of a book, manuscript, or the like. —*v.t.* **6.** to mark or sign with an initial or the initials of one's name, esp. as a token of preliminary or informal approval. [1520–30; < L *initiālis,* equiv. to *initi(um)* beginning (*init-,* n. deriv. of *inīre* to enter, begin; *in-* IN-² + *ī-* go; cf. COMES) + *-ium* -IUM) + *-ālis* -AL¹] —**in•i′tial•er,** *n.* —**in•i′tial•ly,** *adv.*

**ini′tial code′.** See under **zip code.**

**in•i•tial•ism** (i nish′ə liz′əm), *n.* **1.** a name or term formed from the initial letters of a group of words and pronounced as a separate word, as *NATO* for *North Atlantic Treaty Organization;* an acronym. **2.** a set of initials representing a name, organization, or the like, with each letter pronounced separately, as *FBI* for *Federal Bureau of Investigation.* **3.** the practice of using initials or forming words from initials. [1895–1900; INITIAL + -ISM]

**in•i•tial•ize** (i nish′ə līz′), *v.t.,* **-ized, -iz•ing.** *Computers.* **1.** to set (variables, counters, switches, etc.) to their starting values at the beginning of a program or subprogram. **2.** to clear (internal memory, a disk, etc.) of previous data in preparation for use. Also, esp. *Brit.,* **in•i′tial•ise′.** [1955–60; INITIAL + -IZE]

**ini′tial rhyme′.** See **beginning rhyme.**

**Ini′tial Teach′ing Al′phabet,** a writing system based on an expanded English alphabet, consisting of 44 characters representing different phonemes of spoken English, used for teaching beginners to read. *Abbr.:* I.T.A., i.t.a. Also called **augmented roman.**

**in•i•ti•ate** (*v.* i nish′ē āt′; *adj., n.* i nish′ē it, -āt′), *v.,* **-at•ed, -at•ing,** *adj., n.* —*v.t.* **1.** to begin, set going, or originate: *to initiate major social reforms.* **2.** to introduce into the knowledge of some art or subject. **3.** to admit or accept with formal rites into an organization or group, secret knowledge, adult society, etc. **4.** to propose (a measure) by initiative procedure: *to initiate a constitutional amendment.* —*adj.* **5.** initiated; begun. **6.** admitted into an organizaton or group, secret knowledge, etc. **7.** introduced to the knowledge of some art or subject. —*n.* **8.** a person who has been initiated. [1595–1605; < L *initiātus* ptp. of *initiāre,* equiv. to *initi(um)* (see INITIAL) + *-ātus* -ATE¹] —**in•i′ti•a′tor,** *n.*
—**Syn. 1.** commence; introduce, inaugurate. See **begin. 2.** teach, instruct, indoctrinate, train. —**Ant. 1.** conclude.

**in•i•ti•a•tion** (i nish′ē ā′shən), *n.* **1.** formal admission or acceptance into an organization or club, into adulthood in one's community or society, etc. **2.** the ceremonies or rites of admission. Cf. **rite of passage. 3.** the act of initiating. **4.** the fact of being initiated. [1575–85; < L *initiātiōn-* (s. of *initiātiō*). See INITIATE, -ION]

**in•i•ti•a•tive** (i nish′ē ə tiv, i nish′ə-), *n.* **1.** an introductory act or step; leading action: *to take the initiative in making friends.* **2.** readiness and ability in initiating action; enterprise: *to lack initiative.* **3.** one's personal, responsible decision: *to act on one's own initiative.* **4.** *Govt.* **a.** a procedure by which a specified number of voters may propose a statute, constitutional amendment, or ordinance, and compel a popular vote on its adoption. Cf. **referendum** (def. 1). **b.** the general right or ability to present a new bill or measure, as in a legislature. —*adj.* **5.** of or pertaining to initiation; serving to initiate.

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of, blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.

# EXHIBIT 11



Edition
28

# Dorland's *Illustrated* Medical Dictionary

SIDLEY & AUSTIN
LIBRARY
MAR 1995

**W.B. SAUNDERS COMPANY**
*A Division of Harcourt Brace & Company*

The Curtis Center
Independence Square West
Philadelphia, PA 19106

Dorland's illustrated medical dictionary.
Philadelphia: W.B. Saunders Co.,
v.: ill.; 27 cm.
Irregular.
Began publication with 23rd ed.
Description based on: 26th ed.
Continues: American illustrated medical dictionary.

1. Medicine—Dictionaries. I. Dorland, W.A. Newman (William Alexander Newman), 1864–1956.
[DNLM: 1. Dictionaries, Medical. 2. Reference Books, Medical]

R121.D73 610'.3'21—dc19 0-6383
AACR 2 MARC-S

Library of Congress [8607r85]rev6

Listed here are the latest translated editions of this book together with the languages for the translations and th publishers.

Italian *(27th Edition, revised)*—Edizioni Scientifiche Internazionali (ESI), Milan, Italy

Japanese *(27th Edition)*—Hirokawa Publishing Company, Tokyo, Japan

Spanish *(27th Edition)* (Adaption)—McGraw-Hill–Interamericana de España, Madrid, Spain

Dorland's Illustrated Medical Dictionary

ISBN 0–7216–2859–1(Standard
0–7216–5577–7(Deluxe
0–7216–5323–5(International

© 1994 by W.B. Saunders Company. Copyright 1900, 1901, and 1903 by W.B. Saunders and Company. Copyright 190€ 1909, 1911, 1913, 1915, 1917, 1919, 1921, 1923, 1927, 1929, 1932, 1935, 1938, 1941, 1944, 1947, 1951, 1957, 1965, 1974, 1981 1985, and 1988 by W.B. Saunders Company.

Copyright under the Uniform Copyright Convention. Simultaneously published in Canada. All copyright renewal registered.

Derechos reservados conforme a la ley para la Republica Mexicana.

All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval systen or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, withou written permission from the publisher. Made in the United States of America.

Some of the words appearing in the Dictionary are proprietary names (trademarks) even though no reference to this fac is made in the text. The appearance of any name without designation as a trademark is therefore not to be regarded as representation by the editors or publisher that it is not a trademark or is not the subject of proprietary rights.

The use of portions of the text of the *United States Pharmacopeia*, Twenty-second Revision, official from January 1, 199( of the *National Formulary*, Seventeenth Edition, official from January 1, 1990, and of *USAN and the USP Dictionary of Dru Names 1994* is by permission received from the Board of Trustees of the United States Pharmacopeial Convention, Inc The said Convention is not responsible for any inaccuracy of quotation, or for any false or misleading implication tha may arise by reason of the separation of excerpts from the original context or by obsolescence resulting from th publication of a supplement.

Library of Congress catalog card number 78–50050

Last digit is the print number: 9 8 7 6 5 4 3 2 1

Centrioles
Nucleolus
Chromatin
Interphase
Early prophase
Late prophase
Metaphase
Anaphase
Telophase
Daughter cells
in interphase

...tosis shown as occurring in a cell of a hypothetical animal with a diploid ...romosome number of six (haploid number three); one pair of chromosomes ...short, one pair is long and hooked, and one pair is long and knobbed.

ments of the number of chromosomes characterisic of the somatic cells of the species. It is the process by which the body grows and replaces cells and is divided into four phases: *Prophase:* Formation of paired chromosomes; disappearance of nuclear membrane; appearance of the achromatic spindle; formation of polar bodies. *Metaphase:* Arrangement of chromosomes in the equatorial plane of the central spindle to form the monaster. Chromosomes separate into exactly similar halves. *Anaphase:* The two groups of daughter chromosomes separate and move along the fibers of the central spindle, each toward one of the asters, forming the diaster. *Telophase:* The daughter chromosomes resolve themselves into a reticulum and the daughter nuclei are formed; the cytoplasm divides, forming two complete daughter cells. NOTE: The term *mitosis* is used interchangeably with cell division, but strictly speaking it refers to nuclear division, whereas *cytokinesis* refers to division of the cytoplasm. In some cells, as in many fungi and the fertilized eggs of many insects, nuclear division ocurs within the cell unaccompanied by division of the cytoplasm and formation of daughter cells. Cf. *meiosis.*

**heterotypic m.**, mitosis in which the halves of bivalent chromosomes move away from each other toward the poles, as occurs in the first, or reductional, division of meiosis.
**homeotypic m.**, the ordinary type of cell division in mitosis, as occurs also in the second, or equational, division of meiosis.
**multicentric m.**, pluripolar m.
**pathologic m.**, atypical, asymmetrical mitosis indicative of malignancy.
**pluripolar m.**, cell division that results in the formation of more than two daughter cells.

**mi·to·some** (mi'to-sōm) [*mito-* + Gr. *sōma* body] a body formed from the spindle fibers of the preceding mitosis; a spindle remnant.

**mi·to·sper** (mi'to-spər) an antineoplastic substance derived from *Aspergillus glaucus.*

**mi·to·spore** (mi'to-spor) an asexual spore, so called because it is produced by mitosis; when motile it is called a *zoospore.*

**mi·to·tane** (mi'to-tān) [USP] a cytotoxic compound related to the insecticides DDT and TDE (DDD) that causes severe damage to the adrenal cortex, causing a rapid decrease in adrenocorticosteroid production; used for palliation in inoperable adrenocortical carcinoma of both functional and nonfunctional types, administered orally.

**mi·tot·ic** (mi-tot'ik) pertaining to mitosis.

**mi·to·xan·trone hy·dro·chlo·ride** (mi"to-zan'trōn) [USP] an antineoplastic agent of the anthracenedione family, administered intravenously for the treatment of acute nonlymphocytic leukemia.

**mi·tral** (mi'trəl) 1. shaped somewhat like a miter. 2. pertaining to the mitral or bicuspid valve.

**mi·tral·iza·tion** (mi"trəl-ĭ-za'shən) straightening of the left border and prominence of the pulmonary salient of the cardiac shadow, a configuration commonly seen radiographically in mitral stenosis.

**Mit·su·da antigen, reaction, test** (mit'soo-dah") [Kensuke *Mitsuda,* Japanese physician, born 1876] see *lepromin,* see under *reaction,* and see *lepromin test,* under *tests.*

**mit·tel·schmerz** (mit'əl-shmertz) [Ger. *mittel* mid, middle, + *schmerz* pain, suffering] pain associated with ovulation, usually occurring in the middle of the menstrual cycle.

**mi·va·cu·rium chlo·ride** (mi"və-ku're-əm) a nondepolarizing neuromuscular blocking agent of short duration administered intravenously as an adjunct to general anesthesia, to facilitate tracheal intubation, and to induce skeletal muscle relaxation during mechanical ventilation.

**Mi·va·cron** (mi'və-kron") trademark for a preparation of mivacurium chloride.

**mixed** (mikst) affecting various parts at once; showing two or more different characteristics.

**mix·i·dine** (mik'sĭ-dēn) chemical name: 3,4-dimethoxy-*N*-(1-methyl-2-pyrrolidinylidene)benzeneethanamine; a coronary vasodilator, $C_{15}H_{22}N_2O_2$.

**mixo·sco·pia** (mik"so-sko'pe-ə) [Gr. *mixis* intercourse + *skopein* to examine] a sexual perversion in which gratification is obtained by the sight of one's love object engaged in sexual intercourse with another.

**mixo·troph** (mik'so-trof) in bacterial physiology, the ability to use alternative sources for metabolism and energy, as being capable of growth in either the absence or presence of light, or with either organic or inorganic compounds for nutrition.

**mixo·troph·ic** (mik"so-trof'ik) having the nutritional characters of both animals and plants.

**Mix·tard** (miks'tərd) trademark for a mixture of 30 per cent insulin injection (regular insulin) and 70 per cent isophane insulin suspension.

**mix·ture** (miks'chər) [L. *mixtura, mistura*] a combination of different drugs or ingredients, as a fluid resulting from mixing a fluid with other fluids, or with solids, or a suspension of a solid in a liquid. See also under *mistura.*
**Chabaud's m.**, a fixative mixture containing alcohol, phenol, formalin, and acetic acid.
**chalk m.**, prepared chalk, with bentonite magma, cinnamon water, and saccharin sodium; used as an antacid.
**Gunning's m.**, a mixture used in estimating the nitrogen in the urine, consisting of 15 ml of concentrated sulfuric acid, 10 g of potassium sulfate, and 0.5 g of copper sulfate.
**kaolin m. with pectin**, a preparation containing kaolin, pectin, powdered tragacanth, benzoic acid, saccharin sodium, glycerin, and peppermint oil in purified water; used as an adsorbent and demulcent.
**Mayer's glycerin-albumin m.**, a mixture of equal parts of white of egg and glycerin, with a little camphor or phenol, for affixing paraffin sections to slides.
**racemic m.**, racemate.
**Ringer's m.**, see under *irrigation.*
**Tellyesniczky's m.**, see under *fluid.*

**Mi·ya·ga·wa·nel·la** (me"yah-gah"wah-nel'ah) [Yoneji *Miyagawa,* Japanese bacteriologist, 1885–1959] *Chlamydia.*

**Mi·ya·sa·to disease** (me-yah-sah'to) [*Miyasato,* surname of the propositus] $\alpha_2$-antiplasmin deficiency.

**MK** monkey lung (cell culture).

**MKS** abbreviation for *meter-kilogram-second* system, a system of measurements in which the units are based on the meter as the unit of length, the kilogram as the unit of mass, and the second as the unit of time.

**mL, ml** symbol for *milliliter.*

**μl** symbol for *microliter.*

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

mixed mode 1449 moazagotl cloud

**mixed mode** *n* **1** : an ecclesiastical mode whose ambitus extends through the combined range of an authentic and its related plagal mode **2** *Lockeanism* : a mode (as beauty) resulting from the combination of simple ideas of different kinds — contrasted with *simple mode*
**mixed nerve** *n* : a nerve containing both sensory and motor fibers
**mixed·ness** \'miksədnəs, -ks(t)n-\ *n* -ES : the quality or state of being mixed
**mixed nuisance** *n* : a public nuisance that also causes harm or annoyance to a person in the exercise of his private rights as distinct from those common to the public generally
**mixed number** *n* : a number that is composed of an integer and a proper fraction and is their sum ⟨3⅔ is a *mixed number*⟩
**mixed planting** *n* : a combination of woody and herbaceous plants
**mixed proportion** *n* : proportion by addition and subtraction
**mixed salt** *n* : a salt (as a double salt) derived from more than one base or more than one acid
**mixed tithe** *n* : a tithe arising from animals nourished by the immediate products of the soil (as wool, milk or cheese, or honey and wax) — compare PERSONAL TITHE, PRAEDIAL TITHE
**mixed train** *n* : a train made up of both passenger cars and freight cars and used mainly on branch lines
**mixed-up** \(')=;=\ *adj* [fr. *mixed up*, past part. of *mix up*] : marked by bewilderment, perplexity, or disorder : CONFUSED ⟨a *mixed-up* character ripe for the analyst —Lucy Crockett⟩ ⟨is only one reflective part of a *mixed-up* age —Norman Cousins⟩
**mix·en** \'miksən\ *n* -S [ME, fr. OE, dung, dunghill; akin to OE *meox* dung, filth, *mīgan* to urinate, MD *mist*, *mest* dung, OS & OHG *mist* dung, ON *mīga* to urinate, Goth *maihstus* dung, L *mingere*, *meiere* to urinate, Gk *omichein*, *omeichein* to urinate, Skt *mehati* he urinates] *dial chiefly Eng* : a pile of dung or refuse : a manure heap
**mix·er** \'miksə(r)\ *n* -S ['*mix* + -er] **1** : one that mixes: **a** (1) : one whose work is weighing or measuring and mixing the ingredients of a product (as paint, a drug, bread, pottery, cement, glass, fertilizer) (2) : one who balances and controls the dialogue, music, and sound effects to be recorded for or with a motion picture or television **b** : a *container, device, or machine for* mixing: as (1) : a valve or burner in which fuel is mixed with air for combustion (2) : a storage tank from which molten pig iron drawn from blast furnaces can be transferred to an open-hearth or electric furnace or a converter (3) : any of various types of stationary or portable equipment (as an agitator, emulsifier, homogenizer, or pug mill) used for mixing gases, liquids, or solids in industry or in the laboratory (4) : an electrical circuit in a sound-recording or broadcasting system for combining the signals from several sources (as microphones, turntables, or wire lines) in any desired proportion (5) : MIXING FAUCET (6) : MIXING VALVE (7) : a stationary or portable kitchen utensil equipped with one or more beaters for mixing, beating, creaming, or whipping a variety of foods (as batters, cream, whites of eggs, boiled potatoes) ⟨electric ~⟩ (8) : a revolving drum with paddles attached for mixing concrete and mortar or a hopper with revolving paddles for mixing asphaltic concretes (9) : a composing or photocomposing machine in which matrices from more than one magazine can be automatically keyboarded into a single line **c** : a game, stunt, or dance used at a get-together to give members of the group an opportunity to meet one another in a friendly, informal atmosphere — called also *icebreaker* **2** : one that mixes with others or in combinations: as **a** (1) : a person considered as to his casual sociability ⟨was shy and a poor ~⟩ (2) : a person marked by easy sociability ⟨the genial extroversion of the salesman, the . . . good ~ —Aldous Huxley⟩ **b** : a nonalcoholic beverage (as ginger ale) used to thin a mixed drink

mixer 1b (7)

**mixer tube** *n* : an electron tube used for heterodyne operation
**mixes** *pres 3d sing of* MIX, *pl of* MIX *or of* MIXE
**mix·hellene** \'=,=,=\ *n*, *usu cap H* [Gk *mixellēn*, fr. *mix-* mixed (fr. *mixis* act of mixing) + *Hellēn* Hellene] : a person of mixed Hellenic and barbarian descent
**mix·hill** \'miks+,-\ *n* [ME *mix* dung, filth (fr. OE *meox*) + E *hill* — more at MIXEN] *dial Eng* : MIXEN
**mixible** *var of* MIXABLE
**mixing** *n* -S [fr. gerund of ¹*mix*] : the process of operating a mixer in sound recording or broadcasting
**mixing faucet** *n* : a faucet that mixes hot and cold water as they pass through the spout in proportions controlled by separate handles
**mixing valve** *n* : a device composed of a chamber with a sliding valve controlled often thermostatically by a handle and used to regulate water temperature in a shower or tub
**mix·is** \'miksəs\ *n* -ES [Gk, act of mixing, fr. *mignynai* to mix — more at MIX] : the state characteristic of those organisms in which fertilization and related processes result in the existence of well-marked, alternating, diploid and haploid phases — compare APOMIXIS
**-mix·is** \'miksəs\ *n comb form*, *pl* **-mixes** [NL *-mixis*, fr. Gk, act of mingling, act of mixing, fr. *mixis*] : an intermingling in reproduction ⟨apo*mixis*⟩ ⟨endo*mixis*⟩ ⟨pseudo*mixis*⟩ ⟨parthenomixis⟩ — compare -GAMY
**mix·ite** \'mik,sīt\ *n* -S [G *mixit*, fr. A. *Mixa*, 19th cent. Czech mine inspector + G *-it* -ite] : a mineral $Cu_{11}Bi(AsO_4)_5(OH)_{16}.6H_2O$ consisting of green to whitish hydrous basic copper bismuth arsenate
**mixo-** *comb form* [Gk, fr. *mixis* act of mingling or mixing] **1** : mixed ⟨*mixo*trophic⟩ ⟨*mixo*chimaera⟩ **2** : mixture of isomers of (a specified compound) ⟨*mixo*octane⟩ — compare IS-
**mixo·biosis** \,miksō+\ *n*, *pl* **mixobioses** [NL, fr. *mixo-* + *-biosis*] : a form of mutualism in which organisms (as ants) of different species live together in composite colonies
**mixo·biotic** \'==+\ *adj* [fr. NL *mixobiosis*, after such pairs as NL *hypnosis*: E *hypnotic*] : of, relating to, or living in mixobiosis
**mixo·chromosome** \'==+\ *n* [*mixo-* + *chromosome*] : a chromosome supposed to be formed by the fusion of all or part of two or more chromosomes
**mixo·dec·tes** \,=='dek,tēz\ *n*, *cap* [NL, fr. *mixo-* + *-dectes*] : a genus (the type of the family Mixodectidae) of extinct insectivores having very large incisors from the lower Eocene of the U.S.
**mixo·gram** \'miksə,gram\ *n* [*mixo-* + *-gram*] : a graphic record of flour mixes from various wheats as related to the qualities of resultant dough mixes
**mixo·graph** \-,graf\ *n* [*mixo-* + *-graph*] : a graphic chart that provides supplementary baking data on dough mixes from various wheats
**mix·ol·o·gist** \mik'säləjəst\ *n* -S ['*mix* + *-ologist* (as in *psychologist*)] : a bartender skilled in preparing mixed drinks
**mix·ol·o·gy** \-jē, -ji\ *n* -ES [*mixologist* + *-y*] : the art or skill of preparing mixed drinks
**mixo·lyd·i·an mode** \,miksə'lidēən-\ *n* [*mixolydian* fr. Gk *mixolydios* mixolydian (fr. *mixo-* + *lydios* Lydian) + E *-an*; *mixolydian mode* trans. of Gk *mixolydios harmonia*] **1** : a Greek mode consisting of two disjunct tetrachords represented on the white keys of the piano by a descending diatonic scale from B to B — see GREEK MODE illustration **2** : an authentic ecclesiastical mode consisting of a pentachord and an upper conjunct tetrachord represented on the white keys of the piano by an ascending diatonic scale from G to G — see MODE illustration
**mixo·ploid** \'miksə,plȯid\ *n* -S [ISV *mixo-* + *-ploid*; prob. orig. formed in G] : an organism having different numbers of genomes in different cells : CHIMERA — **mixo·ploi·dy** \-,plȯidē\ *n* -ES
**mixo·sau·rus** \,miksə'sȯrəs\ *n*, *cap* [NL, fr. *mixo-* + *-saurus*] : a genus of reptiles of Triassic age similar to *Ichthyosaurus* but with less fully developed paddles
**mixo·troph·ic** \,miksə'träfik, -trōf-\ *adj* [*mixo-* + *-trophic*] : deriving nourishment from both autotrophic and heterotrophic mechanisms — used esp. of symbionts and partial parasites

**mixt** \'mikst\ *n* -S [ML *mixtum* motley, mixed material, fr. L, neut. of *mixtus*, past part. of *miscēre* to mix — more at MIX] *archaic* : COMPOUND 2a
**mix·tec** \'mē,stek\ *or* **mix·te·co** \mē'stā(,)kō, -te(-\ *also* **mix·te·ca** \-,kə\ *n*, *pl* **mixtec** *or* **mixtecs** *or* **mixteco** *or* **mixtecos** *usu cap* [AmerSp *mixteca*, *mixteco*, of AmerInd origin] **1 a** : a people of the states of Oaxaca, Guerrero, and Puebla, Mexico, speaking languages of the Mixtecan family **b** : a member of such people **2** : the language of the Mixtec people
**mix·te·can** \(')mē'stākən, -tek-\ *n* -S *usu cap* : a language family of the states of Oaxaca, Guerrero, and Puebla, Mexico, including Amusgo, Cuicatec, and Mixtec
¹**mix·tie-max·tie** *or* **mix·ty-max·ty** \'mikstē'makstē, -ti\ *adj* [alter. & redupl. of *mixt*, obs. var. of ¹*mixed*] *chiefly Scot* : jumbled together : CONFUSED
²**mixtie-maxtie** *or* **mixty-maxty** \"\ *also* **mix·ter-max·ter** \'mikstər'makstər\ *n* [*mixter-maxter*, alter. of *mixtie-maxtie*] *chiefly Scot* : a heterogeneous mixture
**mixtion** *n* -S [ME *mixcioun*, fr. MF or L; MF *mixtion*, fr. OF *mistion*, fr. L *mixtion-*, *mixtio*, *mistion-*, *mistio* act or process of mixing, fr. *mixtus*, *mistus* (past part.) + *-ion-*, *-io* -ion] **1** *obs* : the state of being mixed **2** *obs* : the process of mixing **3** *obs* : a product of mixing
**mix·ture** \'mikschə(r)\ *n* -S [MF, fr. OF *misture*, fr. L *mixtura*, *mistura*, fr. *mixtus*, *mistus* (past part. of *miscēre* to mix) + *-ura* -ure — more at MIX] **1 a** : an act, process, or instance of mixing ⟨a gradual ~ of languages⟩ ⟨a paste made by the ~ of flour and water⟩ ⟨one of those slight ~s in the stock which . . . provides a variant —Lucien Price⟩ **b** (1) : the state of being mixed (2) : the relative proportions of constituents : PROPORTION, RATIO ⟨youngsters do go through phases but with varied timing and in varied ~s —Dorothy Barclay⟩; *specif* : the fuel-to-air proportions of the charge produced in the carburetor for combustion in an engine or turbine **2** [ME, fr. L *mixtura*, *mistura* (also, act of mixing)] : a product of mixing : COMBINATION ⟨beat milk into the dry ingredients until the ~ thickens⟩ ⟨the interior . . . is a ~ of forest and grassland —P.E.James⟩ ⟨a unique ~ of sentimentality and toughness —J.A.Morris b.1904⟩: as **a** : a portion of matter consisting of two or more components that do not bear a fixed proportion to one another and that however thoroughly commingled are regarded as retaining a separate existence — *usu. distinguished from complex and compound; compare* ALLOY, MECHANICAL MIXTURE, SOLID SOLUTION, SYSTEM 8 **b** : an aqueous liquid medicine : POTION; *specif* : a preparation in which insoluble substances are suspended in watery fluids by the addition of a viscid material (as gum, sugar, glycerol) **c** : a combination of several different kinds of some article of consumption (as tea or tobacco) ⟨a smoking ~⟩ **d** (1) : a yarn spun from two or more fibers or from a fiber dyed two or more colors (2) : a fabric made from such yarn or woven with different yarns in the warp and the weft **e** : a batch or packet of postage stamps sold by weight and usu. comprising stamps gathered by a nonphilatelic agency (as a bank, a government bureau, or a missionary society) — compare KILOWARE
**mixture stop** *also* **mixture** \"\ *n* -S : a pipe-organ stop having more than one pipe for each digital — compare PARTIAL STOP
**mix up** *vt* : CONFUSE ⟨an explanation that *mixed* me *up* even more⟩ ⟨*mixed up* two similar words⟩
**mix-up** \'=,=\ *n* -S [*mix up*] **1** : a state or instance of confusion ⟨further the *mix-up* in terminology we have been attempting to correct —Thomas Munro⟩ ⟨sent to the wrong base through a *mix-up* in orders⟩ **2** : MIXTURE ⟨such a general *mix-up* that our most distinctive . . . endowments disappear —Norman Goodall⟩ ⟨the man is a *mix-up* of cheerful schoolboy and devout elder —Paul Holt⟩ **3** : MELEE
**mi·ya·ga·wa·nel·la** \,mēyə,gäwə'nelə\ *n*, *cap* [NL, fr. Yoneji *Miyagawa* b1885 Jap. bacteriologist + connective *-n-* + NL *-ella*] : a genus of coccoid to spherical microorganisms (family Chlamydiaceae) usu. placed among the rickettsias and including a number of important parasites (as *M. lymphogranulomatis*, the cause of venereal lymphogranuloma, and *M. psittaci*, the cause of psittacosis)
**miz·maze** \'miz,māz\ *n* [redupl. and alter. of ¹*maze*] **1** : MAZE ⟨the way lies through . . . an intricate ~ of tracks —S.P.B. Mais⟩ **2** *dial Eng* : a state of confusion or bewilderment : WHIRL ⟨so surprised he was all of a ~⟩
**miz·pah** \'mizpə\ *adj* [*Mizpah*, place in ancient Palestine where Jacob and Laban erected a heap of stones as a sign of covenant between them (Gen 31:44–49), fr. Heb *Miṣpāh*] : worn (as by lovers) to signify remembrance ⟨a ~ ring⟩ ⟨~ half coins⟩
**miz·rach** *also* **miz·rah** \'miz,räk\ *n* -S [NHeb *mizrāḥ*, fr. Heb, east, place of sunrise, fr. *zāraḥ* to rise, come forth] **1** : an ornamental or sacred picture hung on the east wall of a house or synagogue in the direction of Jerusalem toward which Jews face when in prayer **2** : the eastern wall of a synagogue
**miz·ra·chi** *also* **miz·ra·hi** \miz'räkē\ *adj*, *usu cap* [*Mizrachi*, movement in Zionism founded in 1902, fr. Heb *Mizrāḥī*, lit., of the east, fr. *mizrāḥ* east] : of or relating to a movement in Zionism supported by strictly orthodox Jews
¹**miz·zen** *or* **miz·en** \'miz°n\ *n* -S [ME *mesein*, *meson*, prob. fr. MF *misaine*, alter. (influenced by OIt *mezzana*) of *migenne*, fr. OCatal *mitjana*; OIt *mezzana* & OCatal *mitjana*, fr. Ar *mazzān* mast] **1** : a fore-and-aft sail set on the mizzenmast — see SAIL illustration **2** : MIZZENMAST **3** : the aftermast and sail of a yawl
²**mizzen** *or* **mizen** \"\ *adj* [ME *meson*, fr. *meson*, n.] : of or relating to the mizzenmast ⟨~ shrouds⟩ ⟨the ~ peak halyards⟩
**miz·zen·mast** \-,mast, -,maa(ə)st, -,maist,-,mast, -,most\ *n* [ME *meson mast*, fr. *meson* (n.) + *mast*] : the mast aft or next aft of the mainmast in a ship — see SHIP illustration
¹**miz·zle** \'mizəl\ *vi* **mizzled**; **mizzled**; **mizzling** \-z(ə)liŋ\ **mizzles** [ME *miselen*; akin to D dial. *miezelen* to drizzle, MD *misel* mist, dew, drizzle, Flem *mijzelen*, *mizzelen* to drizzle, LG *mis* foggy weather, MD *mist*, *mest* mist, fog — more at MIST] *chiefly dial* : to rain in very fine drops
²**mizzle** \"\ *n* -S [fr. earlier *mysell*, *misle*, prob. fr. MD *misel*] *chiefly dial* : a fine rain : DRIZZLE
³**mizzle** \"\ *vt* -ED/-ING/-S [origin unknown] *chiefly dial* : CONFUSE, MUDDLE, MISINFORM
⁴**mizzle** \"\ *vi* -ED/-ING/-S [origin unknown] *slang chiefly Brit* : to take oneself off : disappear suddenly : slink away : DECAMP ⟨gone an' *mizzled* to the war —C.J.Dennis⟩
⁵**mizzle** \"\ *vt* -ED/-ING/-S [perh. alter. of obs. E *measle* to cover with or as if with measles, fr. *measle*, sing. of *measles*] *Scot* : to make spotted : SPECKLE
**miz·zly** \'miz(ə)lē, -li\ *adj* [¹*mizzle* + *-y*] *chiefly dial* : characterized by or consisting of mizzle
**miz·zo·nite** \'miz°n,īt\ *n* -S [G *mizzonit*, fr. Gk *meizōn* greater + G *-it* -ite] : a mineral of the scapolite group intermediate between meionite and marialite and containing 54 to 57 percent of silica; *specif* : a volcanic mizzonite occurring in clear crystals
**mk** *abbr* **1** mark **2** markka
**mkd** *abbr* marked
**mkm** *abbr* marksman
**MKS** *abbr*, *usu not cap* meter-kilogram-second
**mkt** *abbr* market
**ml** *abbr* **1** mail **2** milliliter
**mL** *abbr* millilambert
**ML** \(')e'mel\ *abbr or n* -S [L *magister legum*] : a master of laws
**ML** *abbr* **1** mean level **2** mine layer **3** mixed lengths **4** mold line **5** motor launch **6** muzzle-loading
**mlanje cedar** *often cap M*, *var of* MILANJI CEDAR
**mld** *abbr* **1** mild **2** mold; molded; molding
**MLD** *abbr*, *often not cap* minimum lethal dose
**mldg** *abbr* molding
**mldr** *abbr* molder
**mlech·chha** \mə'lechə\ *n* -S [Skt *mleccha*] *chiefly India* : one who does not practice Hinduism; *specif* : FOREIGNER
**m level** *n*, *usu cap M* : the energy level of an electron in an M-shell
**mlle** *abbr*, *often cap* [F] mademoiselle
**mlnr** *abbr* milliner
**MLR** *abbr* **1** main line of resistance **2** muzzle-loading rifle
**MLS** *abbr* microwave landing system

**MLT** *abbr* mean low tide
**MLW** *abbr* mean low water
**MLWN** *abbr* mean low water neaps
**MLWS** *abbr* mean low water springs
**mm** *abbr* millimeter
**mM** *abbr* millimole
**MM** *abbr* **1** machinist's mate **2** made merchantable **3** Maelzel's metronome **4** [L *magistri*] masters **5** Majesties **6** [L *martyres*] martyrs **7** master mechanic **8** mercantile marine; merchant marine **9** [F] messieurs **10** methyl methacrylate **11** middle marker **12** *often not cap* [L] mutatis mutandis
**mme** *abbr*, *often cap* [F] madame
**mmf** *abbr* micromicrofarad
**MMF** *abbr*, *often not cap* magnetomotive force
**mmfd** *abbr* micromicrofarad
**mmm** *abbr* micromillimeter
**MN** *abbr* **1** magnetic north **2** merchant navy
**Mn** *symbol* manganese
**mnem-** *or* **mnemo-** *comb form* [*mnem-*, NL, fr. Gk *mnēm-*, fr. *mnēmē*; *mnemo-* prob. fr. F *mnémo-*, fr. Gk *mnēmo-*, fr. Gk *mnēmē*] : memory ⟨*mnemo*genic⟩ ⟨*mnemo*technical⟩
**mne·me** \'nē(,)mē\ *n* -S [NL, fr. Gk *mnēmē* memory; akin to Gk *mnasthai* to remember — more at MIND] : the persistent or recurrent effect of past experience of the individual or of the race — **mne·mic** \-,mik\ *adj*
¹**mne·mon·ic** \nē'mänik, nə'-, ne'-\ *also* **mne·mon·i·cal** \-änəkəl\ *adj* [Gk *mnēmonikos*, fr. *mnēmon-*, *mnēmōn* mindful + *-ikos* -ic, -ical; akin to Gk *mnasthai* to remember] **1** : assisting or intended to assist memory ⟨some ~ device like a string tied around the finger⟩ : of or relating to mnemonics **2** : of or relating to memory ⟨~ skill⟩ — **mne·mon·i·cal·ly** \-änək(ə)lē\ *adv*
²**mnemonic** \"\ *n* -S **1** : a mnemonic device ⟨made up a word from the initials of the successive steps for a ~⟩ **2** : MNEMONICS
**mne·mon·ics** \-äniks\ *also* **mne·mon·ic** \-k\ *n pl but usu sing in constr* [*mnemonics* modif. (influenced by E *-ics*) of NL *mnemonica*, fr. Gk *mnēmonika*, fr. neut. pl. of *mnēmonikos* mnemonic; *mnemonic* sing. of *mnemonics*] : a technique of improving the efficiency of the memory
**mne·mo·technical** \'nēmō+-\ *or* **mne·mo·technic** \"+-\ *adj* [*mnemotechnica* fr. *mnemotechnic* (prob. fr. F *mnémotechnique*, fr. *mnémotechnie* mnemonics — fr. *mnémo-* mnem- + *-technie* -techny — + *-ique* -ic) + *-al*] : MNEMONIC — **mne·mo·technically** \"+-\ *adv*
**-mne·sia** \(m)'nēzh(ē)ə\ *n comb form* -S [NL, fr. *amnesia*] : a (specified) type or condition of memory ⟨crypto*mnesia*⟩ ⟨pam*mnesia*⟩
**mnes·tic** \'nestik\ *adj* [ISV *mnest-* (fr. Gk *mnēstis* memory) + *-ic*; prob. formed as G *mnestisch*; akin to Gk *mnasthai* to remember] : of or relating to memory or mneme
**mng** *abbr* managing
**mngr** *abbr* **1** manager **2** monseigneur **3** monsignor
**mni·a·ce·ae** \nī'āsē,ē\ *n pl*, *cap* [NL, fr *Mnium*, type genus + *-aceae*] : a family of erect mosses (order Eubryales) that is sometimes treated as a subfamily of the Bryaceae but distinguished by the club-shaped paraphyses and the hexagonal cells of the upper leaf surfaces
**mni·oid** \'nī,ȯid\ *adj* [NL *Mnium* + E *-oid*] : resembling a moss of the genus *Mnium*
**mnio·til·ti·dae** \,nīə'tiltə,dē\ [NL, fr. *Mniotilta*, genus of warblers (fr. Gk *mnion* moss, seaweed + *tiltos* plucked, verbal of *tillein* to pluck) + *-idae*] *syn of* PARULIDAE
**mni·um** \'nīəm\ *n*, *cap* [NL, fr. Gk *mnion* moss, seaweed; akin to Gk *mnoos*, *mnous* soft down, *matelsai*, fem. pl., walking, stepping, MIr *men* meal, W *mathru* to trample, Skt *carmamna* tanner, Lith *minlava* close turf, *minti* to step] : a genus of mosses (family Mniaceae) resembling *Bryum* but larger and with usu. horizontal capsules
**MNT** *abbr* mononitrotoluene
**mntn** *abbr* maintenance
¹**mo** \'mō\ *adj or adv or n* [ME — more at MORE] *chiefly dial* : MORE
²**mo** \"\ *n* -S [by shortening] *slang* : MOMENT
**-mo** \,mō\ *n suffix* -S [duodecimo] — after numerals or their names to indicate the number of leaves made by folding a sheet of paper ⟨sixteen*mo*⟩ ⟨16*mo*⟩ ⟨eighteen*mo*⟩ ⟨18*mo*⟩
**mo** *abbr* month; monthly
**MO** *abbr* **1** mail order **2** manually operated **3** mass observation **4** medical officer **5** [NL] modus operandi **6** money order **7** mustered out
**Mo** *symbol* molybdenum
**moa** \'mōə\ *n* -S [Maori] : any of various extinct flightless ratite birds of New Zealand constituting the family Dinornithidae and including numerous forms that range in size from one (*Dinornis giganteus*) which is about 12 feet in height to one (*Anomalopteryx oweni*) which is about the size of a turkey

moa (reconstructed)

¹**mo·ab·ite** \'mōə,bīt\ *n* -S *usu cap* [ME, fr LL *Moabita*, *Moabites*, fr. Gk *Mōabitēs*, fr. *Mōab* Moab, ancient kingdom in Syria + *-itēs* -ite] **1** : a member of a people living in Old Testament times east of the Dead sea, north of the Edomites, and at one period south of the Ammonites **2** : the Semitic language of ancient Moab only dialectally different from Hebrew
²**moabite** \"\ *adj*, *usu cap* : of or relating to Moab or the Moabites or their language
**mo·a·bit·ic** \'==;bid·ik\ *also* **mo·a·bit·ish** \'==,bid·ish\ *adj*, *usu cap* : of or relating to or like the Moabites or their language
**mo·a·bit·ish** \'==,bid·ish\ *n* -ES *usu cap* [fr. *Moabitish*, adj.] : MOABITE 2
¹**moan** \'mōn\ *n* -S [ME *mone*, *man*, *mane*, *moon*, fr. (assumed) OE *mān* lamentation, moan; perh. akin to OE *mǣnan* to have in mind, purpose — more at MEAN] **1** : LAMENTATION, COMPLAINT ⟨made a great ~ if he had to work —D.H.Lawrence⟩ **2 a** : a low prolonged sound indicative of pain or of grief **b** : any similar low mournful or murmuring sound **3** *obs* : a state of lamentation : SORROW, GRIEF
²**moan** \"\ *vb* -ED/-ING/-S *vt* **1** : to bewail audibly : LAMENT, BEMOAN ⟨~*ed* that their absence accounted for the low state of learning —Joseph Dorfman⟩ **2** : to utter wailingly or with lamentation ⟨~ and warble the latest cowboy songs —D.B. Davis⟩ ~ *vi* **1** : LAMENT, COMPLAIN ⟨~*ing* over the inadequate proofs of the existence of God —W.L.Sullivan⟩ **2 a** : to make a low prolonged sound of grief or pain : groan softly **b** : to emit a sound like a moan ⟨the wind ~*ed* in the trees⟩
**moan·ful** \-fəl\ *adj* [¹*moan* + *-ful*] : full of moaning : expressing sorrow or grief : PLAINTIVE, SAD ⟨a ~ song⟩ — **moan·ful·ly** \-fəlē\ *adv*
**moan·ing·ly** *adv* [fr. *moaning*, pres. part. of ²*moan* + *-ly*] : in a moaning manner : with a moan
**mo·a·no** \mō'ä(,)nō\ *or* **mo·a·na** \-,nə\ *n* -S [Hawaiian, Tahitian, Maori, & Samoan] : either of two important Hawaiian food fishes: **a** : a Pacific goatfish (*Pseudupeneus multifasciatus*) banded in light and dark red **b** : a closely related fish (*P. bifasciatus*)
**mo·ar·i·an** \(')mō;a(a)rēən\ *adj*, *usu cap* [NL *Moaria*, a hypothetical continental area (fr. E *moa* + L *-aria*, fem. of *-arius* -ary) + E *-an*] : of, relating to, or constituting a hypothetical continental area now represented only by New Zealand and adjacent parts of Polynesia
¹**moat** \'mōt, *usu* -ōd·+V\ *n* -S [ME *mot*, *mote*, prob. fr. MF *motte* hill, bank, mound, fr. OF *mote*] **1** : a deep and wide trench around the rampart of a castle or other fortified place that is usu. filled with water — see CASTLE illustration **2 a** : an artificial channel resembling a moat (as for confinement of animals in a zoo or for landscaping) **b** : a natural feature resembling a moat (as at the margin of a receding glacier, around the inner cone of a volcano, or on the sea floor at the base of a seamount or beside a coral reef)
²**moat** \"\ *vt* -ED/-ING/-S [ME *moten*, fr. *mote*, n.] : to surround with or as if with a moat
**mo·a·za·gotl cloud** \mō'ätsə,gȯd·°l\ *n*, *us*[illegible]*oazagotl*

A162



