# EXHIBIT 12

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
and the Merriam-Webster editorial staff.
    p.    cm.
    ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case).—ISBN 0-87779-206-2 (imperial buckram).
    1. English language—Dictionaries.  I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

**abolitionary**                    5                    **abreast**

Case 1:07-cv-00333-SLR   Document 291-8   Filed 09/23/09   Page 5 of 37
Oxford English Dictionary about, adv., prep., adj., and int.
Page 1 of 30

# Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2009

## about, *adv., prep., adj.,* and *int.*

DRAFT REVISION Mar. 2009

*Brit.* /əˈbaʊt/, *U.S.* /əˈbaʊt/ Forms: α. OE **onbuton**, OE-ME **anbutan**, OE-ME **onbutan**, lOE **unbuton** (transmission error), lOE-ME **onbuten**, ME **anbowght**, ME **anbowt**, ME **anbuton**, ME **onbute**.β. OE **abuta** (*rare*), OE **abututan** (transmission error), OE **habutan** (*rare*), OE-eME **abutan**, OE-eME **abuton**, OE-ME **abuten**, eME **abeotan**, eME **abotan**, eME **abutæn**, eME **abutenn**, eME **abuttenn**, ME **abhowte**, ME **abhute**, ME **abode**, ME **abohut**, ME **abohutt**, ME **abot**, ME **abote**, ME **aboughte**, ME **abouȝt**, ME **abouȝte**, ME **abouȝten**, ME **abougth**, ME **abouten**, ME **abouute**, ME **abowght**, ME **abowgth**, ME **abownten** (perh. transmission error), ME **abowot**, ME **abowt**, ME **abowten**, ME **abowtt**, ME **abowtyn**, ME **abute**, ME **abuuten**, ME **habout**, ME **obout**, ME **oboute**, ME **obowte**, ME **obout**, ME **obute**, ME 16 **abut**, ME-15 **abouet**, ME-15 **abought**, ME-15 **abowte**, ME-17 **aboute**, ME- **about**, 15 **abowth**; *Eng. regional* 18 **abaght** (*north.*), 18 **abeawt** (*north.*), 18- **abaht** (*north.*), 18- **abaout** (*midl.*), 18- **abawt** (*midl.*), 18- **aboot** (*north.* and *north midl.*), 18- **abootan** (*north.*), 18- **abouten** (*south.*), 19- **abowt** (*north.*); *U.S. regional* 18 **abaout**, 18 **abeout**, 19- **aboot**, 19- **abouten**, 19- **about'n**, 19- **abowoot**, 19- **erbout**; *Sc.* pre-17 **aboute**, pre-17 **abowt**, pre-17 **abowte**, pre-17 **abut**, pre-17 **abute**, pre-17 17- **about**, 18- **aboot**; also *Irish English* 18 **abouten** (*Wexford*), 18- **abut** (*Wexford*), 19- **aboot** (*north.*). [< ON- *prefix* + BOUT *adv.*[1] (see discussion at that entry). Compare Old Frisian *abûta* (adverb) outside.

Compare BOUT *adv.*[1], BOUT *prep.*[1] Compare also later BOUT *prep.*[2], BOUT *adv.*[2] See also THEREABOUT *adv.* and later ROUND ABOUT *adv.* and *prep.*

The β forms show the usual reduction of the unaccented prefix *on-* to *a-* (see A- *prefix*[3]), already attested in Old English by the late 10th cent. (see A. Campbell *Old Eng. Gram.* (1959) §474).

Compare Old English *ymbūtan* and UMBE *prep.*

In Old English, the preposition was construed either with the dative or with the accusative.]

### A. *adv.*

### I. Expressing actual or implied motion or direction.

**1.** In rotation or revolution; round in a circular course. Now *rare* except in *fig.* use with verbs.

*to bring about*: see *to bring about* at BRING *v.* Phrasal verbs. *to come about*: see *to come about* at COME *v.* Phrasal verbs 2.

**A166**

OE ÆLFRIC *De Temporibus Anni* (Cambr. Gg.3.28) v. §4. 42 Ealle ða steorran
þe hire [*sc.* the firmament] on fæste sind turniað onbutan [OE *Tiber. A.iii*
abutan] mid hire. OE ÆLFRIC *Lives of Saints* (Julius) II. 242 þa earman
bærmenn gebundene to earðan wendon hi abutan [L. *ridiculam in uertiginem
rotabantur*], woldon forð gan. **c1225** (?c1200) *St. Katherine* (Bodl. 34) l. 706
Let þenne turnen hit tidliche abuten. **c1275** (?a1200) LAȝAMON *Brut* (Calig.)
17432 þrie he [*sc.* Merlin] eode abuten wið innen & wið uten. **c1300** *St. Michael*
(Laud) l. 642 in C. Horstmann *Early S.-Eng. Legendary* (1887) 318 And
þare-þoruȝ eorneth þat watur faste a-boute fram þe se, And þare-ate wellen
springuth out and eft eorneth In aȝe. **a1393** GOWER *Confessio Amantis* (Fairf.)
II. 1227 Now herke how thilke unstable whel, Which evere torneth, wente
aboute. **c1425** (a1420) LYDGATE *Troyyes Bk.* (Augustus A. 4) I. 1083 þe sodiak
hath thries gon aboute. **c1450** (1369) CHAUCER *Bk. Duchess* 645 So turneth she
hyr false whel Aboute. **a1522** G. DOUGLAS tr. Virgil *Æneid* (1959) VII. vi. 91
As..the round tap of tre Hyt with the twynyt quhip dois quhirl, we se..smyttyn
wyth the tawys dois rebound, And rynnys about, abowt, in cirkill round. **1573** T.
TUSSER *Fiue Hundreth Points Good Husb.* (new ed.) f. 10ᵛ, To make the repent
it, or yere about go. **a1616** SHAKESPEARE *Coriolanus* (1623) IV. v. 154 What an
Arme he has, he turn'd me about with his finger and his thumbe, as one would
set vp a Top. **1681** J. WORLIDGE *Systema Agric.* 29 Ere the year be about it may
yield you three such Crops. **1720** R. WELTON tr. T. Alvares de Andrade
*Sufferings Son of God* I. viii. 200, I see..all Things..as if they were whirl'd about
by the Quick Rotation of a Wheel. **1769** W. FALCONER *Universal Dict. Marine*
sig. Sf3ᵛ, *Winch*, a cylindrical piece of timber, furnished with an axis... It is
turned about by means of an handle resembling that of a draw-well. **1839**
DICKENS *Nicholas Nickleby* xxxiv. 328 'Here's flesh!' cried Squeers, turning the
boy about... 'Here's firmness, here's solidness!' **1922** J. JOYCE *Ulysses* I. 30
Three, Mr Deasy said, turning his little savingsbox about in his hand.

 **2. a.** All over or around; in various directions; in a circuitous course; to and fro;
(also referring to things scattered over a surface) up and down, here and there.

OE ÆLFRIC *Lives of Saints* (Julius) I. 346 Crist ferde ða abutan geond þa
Iudeiscan byrig bodigende godspel. lOE *Anglo-Saxon Chron.* (Laud) anno 1001,
& þanon wendon in Wihtland & þær him ferdon onbuton swa swa hi sylf woldon,
& him nan þing ne wiðstod. **a1225** (?OE) *MS Lamb.* in R. Morris *Old Eng.
Homilies* (1868) 1st Ser. 43 On ald mon þet iiii deoflen ledden abuten. **c1275** (?
a1200) LAȝAMON *Brut* (Calig.) 17380 Cnihtes eoden upward, cnihtes eoden
dunward, cnihtes eoden abuten, & ȝeorne biheolden. **?a1300** *Iacob & Iosep* l.
453 Iacob of þis corn aboute sende anon To frendes þat for hunger maden
muche mon. **c1300** *Life & Martyrdom Thomas Becket* (Harl.) (1845) l. 76 Heo
thider com, And ȝeode aboute as a best. **a1375** *William of Palerne* 1022 Sche
goþ aboute into þe gardyn for to gader floures. **c1400** (?c1390) *Sir Gawain &
Green Knight* (1940) 600 þe brydel barred aboute, with bryȝt golde
bounden. **?a1425** (c1380) CHAUCER tr. Boethius *De Consol. Philos.* I. pr. iii. 72
That I..be fordryven with tempestes blowynge aboute. **1445** tr. *Claudian's De
Consulatu Stilichonis in Anglia* (1905) **28** 271 Her heerys blake arn dressid

**A167**

aboute with precious shynyng golde. *?a1475 Ludus Coventriae* 275 What arn þi dysciplys þat folwyn þe A-boute? *a1500* (a1460) *Towneley Plays* 33 Full sharp ar thise showers that renys aboute. **1597** A. HARTWELL tr. D. Lopes *Rep. Kingdome of Congo* II. i. 109 Which way is very large and competent, though it go somewhat about incompasse. **1611** *Bible* (A.V.) Deut. xxxii. 10 Hee ledde him about, he instructed him. **1676** A. MARVELL *Mr. Smirke* sig. F, The little Emissaryes..hawk about from London to Westminster. **1751** EARL OF CHATHAM *Lett. to Nephew* ii. 5, I have been moving about from place to place. **1795** E. BURKE *Thoughts on Scarcity* in *Wks.* (1842) II. 247 Idle tales, spread about by the industry of faction. **1855** MACAULAY *Hist. Eng.* III. 373 He had been willing to be the right hand of Dundee: but he would not be ordered about by Cannon. **1891** J. C. ATKINSON *Forty Years Moorland Parish* 324 Birds hopping slowly and desultorily about. **1943** D. WELCH *Maiden Voy.* xvi. 132 The soup..was delicious; pieces of pimento swam about in it like goldfish. **1995** D. MCLEAN *Bunker Man* 69 With every step a barrel of beer slushed about in Rob's belly.

**b.** With verbs denoting activity, with the sense of movement weakened or absent: at large, freely; in an aimless, idle, or frivolous manner; without any definite purpose.

For the more established phrasal verbs with this sense, as *to fool about, to mess about, to muck about,* etc.: see the verbs. Earliest in *to play about* at PLAY *v.* Phrasal verbs 2.

**1638** A. COWLEY *Love's Riddle* I. i, sig. B2, May none of your young lambes become a prey To the rude Wolfe, but play about securely. **1835** A. W. FONBLANQUE *Eng. under Seven Admin.* (1837) III. 213 That lean, hobbling old fellow,..pottering about in an incapacity for any thing but to fall to and enjoy other men's meat. **1851** T. PARKER in J. Weiss *Life & Corr. T. Parker* (1863) II. 105 All my bettying about in literature and philosophy. **1923** R. SETON *Memories Many Years* 113 There I met the Uruguayan idling about. **1942** N. BALCHIN *Darkness falls from Air* vii. 120 Come on—I'm damned if I'm going to be written off by a nosecap through just goofing about. **1949** N. COWARD *Diary* 28 June (2000) 130 Gertie frigging about as usual. **1965** B. FRIEL *Philadelphia, here I Come!* 19 Get out of my road, will you, and quit eejiting about! **1988** P. WHITE *Let.* 5 June (1994) xvi. 617, I hate farting about in *anybody's* house at night. **1992** I. RANKIN *Good Hanging* 225 Chief Inspector Lauderdale just laughed, thinking Rebus was clowning about as per usual.

**c.** On the move, afoot, astir; in evidence; prevalent. Cf. AROUND *adv.* 5c.

*out and about:* see OUT *adv.* Phrases 1. *up and about:* see UP *adv.*[2] 7d.

**1745** D. GIDDINGS *Jrnl.* in *Essex Inst. Hist. Coll.* (1912) XLVIII. 299, 9 [May]. A little better this morning... 10. I was still out of case but keept about. **1815** M. BIRKBECK *Notes Journey through France* 62 The wife of one of the labourers was about, and seemed perfectly hearty. **1819** SCOTT *Bride of Lammermoor* II. xvi. 237 Ye see I was trumpeter at the castle, and had allowance for blawing at break of day, and at dinner-time, and other whiles when there was company

**A168**

Case 1:07-cv-00333-SLR   Document 291-8   Filed 09/23/09   Page 8 of 37

Oxford English Dictionary about, adv., prep., adj., and int.                     Page 4 of 30

about. **1881** H. JAMES *Portrait of Lady* I. xv. 182 Naturally there's not much going on there when there's such a lot of illness about. **1933** *Punch* 31 May 597 There doesn't seem to be anyone about in this cock-eyed town. **1960** *Times* 24 Mar. 14/6 Later that morning I found a mosque with the door standing open, and no one about. **1996** D. BRIMSON & E. BRIMSON *Everywhere we Go* xi. 154 We left the game early and went to the back of the away end to find the gates open and nobody about.

**3.** In turn, in succession (around a circle of people, etc.); alternately (between two people). Now *U.S. regional* (*rare*) and in *turn about* and *turn and turn about*: see TURN *n.* 28b.

*month about*: see MONTH *n.*[1] Phrases 1d. *week and week about*: see WEEK *n.* 5c.

OE ÆLFRIC *O.T. Summary: Judges* (Laud) Epil., in S. J. Crawford *Old Eng. Version of Heptateuch* (1922) 415 Se consul sceolde him eallum wisian..to anes geares fyrste; feng þonne oðer to, [to] oðres geares firste, to þam ylcan anwealde, & eode swa abutan be heora gebyrdum & be heora geþingðum. **c1275** (?a1200) LAȜAMON *Brut* (Calig.) 22915 þer maȝen setten to sixtene hundred & ma, al turn abuten. **c1405** (c1385) CHAUCER *Knight's Tale* (Hengwrt) (2003) l. 32 Lat euery felawe telle his tale aboute. **a1500** in R. L. Greene *Early Eng. Carols* (1935) 283 They prayd the harper Kepe sum store, And lette vs drynke a bowght [*rhyme* route]. **1572** *Taill of Rauf Coilȝear* 217 They drank dreichlie about. **a1600** J. MELVILL *Autobiogr. & Diary* (1842) 78 Everie man about gaiff his not thairof. **1697** W. DAMPIER *New Voy. around World* xv. 434 When by themselves, they drink about from one to another; but when any of us came among them, then they would always drink to one of us. **a1738** T. O'CAROLAN *Seórsa Brabston (George Brabazon)* in T. Ó Máille *Amhráin Chearbhalláin* (1916) 177 Sing, dance, drink his health about. **1799** M. MEEKE *Harcourt* IV. x. 192 Let's be merry—drink about, good folks—never mind Poll, I am master today! **1801** J. STRUTT *Glig-gamena Angel-ðeod* II. i. 50 Butts..at which the inhabitants were to shoot, up and down, (called in the poetical legends 'shooting about') upon all feast days. **c1817** J. HOGG *Tales & Sketches* III. 199 We have often sat together..reading verse about with our children in the Bible. **1872** H. W. LONGFELLOW *John Endicott* II. ii, in *Christus* III. 24 Come, drink about! Remember Parson Melham, And bless the man who first invented flip! **1953** V. RANDOLPH & G. P. WILSON *Down in Holler* 166 A man in Forsyth..said: 'Maw used to call me an' Fred up *a morning about* to make the fire.' That is, she called the two boys on alternate mornings, so that the task was evenly divided. **1953** V. RANDOLPH & G. P. WILSON *Down in Holler* 166 The two men in Christian County... 'By God, I'll chop the damn' thing to pieces!' one yelled. 'Good idea, Tom,' cried the other. 'Fetch the ax, an' we'll *take a lick about*.' He meant that they would take turns a-chopping.

**4. a.** So as to face in the opposite way; from front to back or back to front; half round. Also (*rarely*): around by a small angle; to one side, aside, away.

*to bring about* (from insensibility, etc.): see *to bring about* 4 at BRING *v.* Phrasal verbs. *to*

**A169**

*come about*: see *to come about* 3 at COME *v.* Phrasal verbs 2. *to send to the right about*: see RIGHT ABOUT *n.* 2a. *to turn about*: see *to turn about* 2 at TURN *v.* Phrasal verbs.

**OE** ÆLFRIC *Catholic Homilies: 1st Ser.* (Royal) xx. 341 Gif þu sumne cla∂ sceawast, ne miht þu hine ealne togædere geseon, ac wentst abuton þæt ∂u ealne hine geseo. **OE** *Anglo-Saxon Chron.* (Tiber. B.iv) anno 1009, Ealle Eastcentingas fri∂ wi∂ þone here genamon,..& se here þa sona æfter þam wende abuten [lOE *Laud* abuton] o∂ he com to Wihtlande, & þær æghwær..hergodon & bærndon. **a1325** (c1250) *Gen. & Exod.* 2482 He foren abuten bi adad; ful seuene nigt he ∂er abiden. **c1330** (?c1300) *Bevis of Hampton* (Auch.) 4071 Aboute he ternde þe deistrer. **c1405** (c1390) CHAUCER *Man of Law's Prol.* (Hengwrt) (2003) l. 15 And sodeynly he plighte his hors aboute. **a1425** (c1303) R. MANNYNG *Handlyng Synne* (Bodl.) l. 8864 Whan we turnede aboute. **a1470** MALORY *Morte Darthur* (Winch. Coll.) 271 He smote his horse on the nose that he turned aboute. **1535** *Bible* (Coverdale) Prov. xii. A, Or euer thou canst turne the aboute, the vngodly shal be ouerthrowne. **1583** T. STOCKER tr. *Tragicall Hist. Ciuile Warres Lowe Countries* III. 112 b, The nose of one of them so touched vpon the shore of the Ryuer, as that she was not able well to turne her selfe about. **1639** T. FULLER *Hist. Holy Warre* III. xi. 127 The French and English wheeling about, charged the Turks most furiously. **a1671** T. FAIRFAX *Short Mem.* (1699) 51 He..made them face about, and march again into the Town. **1722** D. DEFOE *Moll Flanders* 239, I took my opportunity to turn about and take up what was behind me. **1768** L. STERNE *Sentimental Journey* I. 67, I faced about, and took a short turn or two before the door. **1841** DICKENS *Old Curiosity Shop* II. xl. 14 Kit..faced about upon the ladder like some dexterous tumbler. **1881** H. JAMES *Portrait of Lady* I. xix. 258 She was seated at the piano, and had abruptly wheeled about on the stool when she first spoke. **1935** C. DAY LEWIS *Time to Dance* 35 The oil ran out and cursing they turned about Losing a hundred miles to find a landing-place. **1959** 'J. WINTON' *We Joined Navy* iii. 43 The Beattys were marched, doubled, halted, turned about, marched, doubled, halted and turned about once more. **1995** J. BANVILLE *Athena* 31 She twisted about to peer at me wide-eyed where I stood by the window.

**b.** *Naut.* On or to the opposite tack. Freq. in **to bring about**, **to go about (ship)**, **to make about**.

*about ship*: change course to the opposite tack (see also ABOUT *v.*¹).
*to put about*: see *to put about* 1 at PUT *v.* Phrasal verbs 2. *to tack about*: see TACK *v.*¹ 7a.

**1588** T. P. tr. A. Perez de Guzman *Orders Voy. Eng.* sig. Bᵛ, If she change her course, or make about. Before she goeth about, she will shoot off a peece: and being about, wil put foorth an other light vpon the Poope. **1595** *Drake's Voy.* (1849) 22 They had the winde of us, but we soone regained it vpon them, which made them tacke about. **1633** *Stafford Pac. Hib.* (1821) xvi. 337 They tacked about, and made for Kinsale. **1678** G. HARVEY *Casus Medico-chirurgicus* 83 About ship again, steer large; orders were immediately given to distil an Antiscorbutic Water or Spirit. **1690** *London Gaz.* mmdlxx. 3 The French

**A170**

Admiral fired a Gun and went about Ship, and stood to the Westward. **1700** J. TYRRELL *Gen. Hist. Eng.* II. 833 Tacking about, and so getting Windward of them, they..gain'd a great Advantage. **1748** T. SMOLLETT *Roderick Random* I. iv. 23 Come, Rory—about ship, my lad, we must steer another course I think. **1769** W. FALCONER *Universal Dict. Marine* (1780) II., *Refuser*, to fall off again, when in stays; expressed of a ship that will not go about, or stay. **1801** *Naval Mag.* **3** App. 1/2 About ship; or Ready About O—is the word of command to the sailors to prepare for tacking or going about. **1836** F. MARRYAT *Mr. Midshipman Easy* II. x. 291 Don't you think we had better go about? **1836** F. MARRYAT *Mr. Midshipman Easy* III. iv. 68 The Aurora was put about. **1850** H. MELVILLE *White-jacket* xvii. 89, I was startled from my hammock by the cry of 'All hands about ship and shorten sail!'. **1867** W. H. SMYTH *Sailor's Word-bk., Ready about!* and *About-ship!* are orders to the company to prepare for tacking. **1912** J. MASEFIELD *Widow in Bye St.* II. xxxix, The wise shipman puts his ship about Seeing the gathering of those waters wan. **1924** *Jrnl. Royal Anthropol. Inst.* **54** 126 The accompanying diagrams will explain the nature of the manœuvre 'about ship'. **1957** *Mod. Lang. Notes* **72** 98 It will be necessary to twist the helm to bring the ship about on a successful tack. **1986** D. CAREY *Battlestations!* i. 7 He brought the ship about in a stylish tack.


**5.** In circumference; in circuit; in measurement around the circumference or edge, rather than directly across. Now *rare*.

**c1400** (?c1390) *Sir Gawain & Green Knight* (1940) 2233 He..orpedly strydez..on a bent þat brode watz aboute. **c1405** (c1385) CHAUCER *Knight's Tale* (Hengwrt) (2003) l. 1029 The circuit a myle was aboute Walled of stoon. **c1425** (a1420) LYDGATE *Troyyes Bk.* (Augustus A. 4) I. 1762 þis rounde worlde whiche is so large aboute. **1466** in *Publ. Mod. Lang. Soc.* (1907) **22** 602 My lorde came into the felde..A fyne girdill of golde large about the nethir bordure of his plates, and his spere xv Inches large aboute. **1517** R. TORKINGTON *Diarie* (1884) 20 The seyd Ill ys v c myle a bowte. **1584** A. BARLOWE in R. Hakluyt *Princ. Navigations* (1589) III. 732 The sauages were neuer at it [*sc.* Schycoake], onely they speake of it, by the report of their Fathers, and other men, whome they haue heard affirme it, to be about one daies iourney about. **1587** R. HAKLUYT tr. R. de Laudonnière *Notable Hist. Foure Voy. Florida* f. 61ᵛ, A more easie waye, though it were farther aboute. **a1616** SHAKESPEARE *Merry Wives of Windsor* (1623) I. ii. 37 Indeed I am in the waste two yards about. **a1649** J. WINTHROP *Hist. New Eng.* (1853) I. 279 Our men surrounded the swamp, being a mile about, and shot at the Indians. **1718** J. ADDISON *Remarks Italy* (ed. 2) 237, I have seen old Roman Rings so very thick about, and with such large Stones in 'em. **1728** J. MORGAN *Compl. Hist. Algiers* I. i. 212 Algiers..measures barely one league about. **1753** *Scots Mag.* June 307/1 Some of the stones measured three inches about. **1822** A. CUNNINGHAM *Sir Marmaduke Maxwell* v. iii. 121 He would walk fifteen rough miles about, Rather than ride along the nearer way. **1869** M. SAVAGE *Woman of Business* xvi, in *Appletons' Jrnl.* 31 July 551/2 How provoking to be so near..and yet to have to go ten miles about! **1993** W. BALDWIN *Hard to catch*

**A171**

*Mercy* viii. 243 Both men were small and broad about, and both had neat, trimmed mustaches.

**II.** Expressing position.

**6. a.** Around the outside; on every side, all round. Also *fig.*

**OE** *Seven Sleepers* (Julius) (1994) 52 Swilc feoh.., þe wæs on ealdum dagum geslagen, on Decius caseres timan, and wæs his anlcnys on agrafen and his nama þær eall onbutan awriten. **lOE** *Anglo-Saxon Chron.* (Laud) anno 1090, Se cyng & se eorl mid ormætre fyrde besæton þone castel abuton. **c1230** (?a1200) *Ancrene Riwle* (Corpus Cambr.) (1962) 125 Castel þe haueð dich abuten & weater beo i þe dich. **c1275** (?a1200) LAƷAMON *Brut* (Calig.) 618 þe King to þan castle forð mid his ferde; þer he lei abuten. **c1325** (c1300) *Chron. Robert of Gloucester* (Calig. A. 11) l. 4940 Enfryd edwines broþer, þo he sey þis wo aboute, To cadwal he wende & mercy him cryede vor doute. **a1375** *William of Palerne* 2220 A cite nobul, enclosed comeliche aboute wiþ fyn castel-werk. **a1382** *Bible* (Wycliffite, E.V.) (Douce 369(1)) (1850) Ecclus. xlvi. 19 He inwardly clepide the almyƷty Lord, in aƷenfiƷting the enemys aboute stondende on eche side. **c1430** (c1386) CHAUCER *Legend Good Women* 1694 Ardea beseged was aboute. **1472** in H. J. F. Swayne *Churchwardens' Accts. Sarum* (1896) 6 A Belle of silver wryttyn abowte with 'Gloria in excelsis Deo'. **1530** J. PALSGRAVE *Lesclarcissement* 612/2, I lyste a garment, or border it rounde about with a lyst. **1582** S. BATEMAN *Vppon Bartholome, De Proprietatibus Rerum* 489 Noble riuers, the Rine and Danubius,...and many other, that runne by Fraunce, that moisten the Countreyes all about. **a1616** SHAKESPEARE *Tempest* (1623) V. i. 183 Now all the blessings Of a glad father, compasse thee about. **1673** J. RAY *Observ. Journey Low-countries* 2 Dunkerk is..strongly fortified all about. **1712** J. JAMES tr. A.-J. Dézallier d'Argenville *Theory & Pract. Gardening* 25 A low Terrass-Wall, from whence you have a View of the Country round about. **1786** W. COWPER *Gratitude* 49 Compassed about with the goods..of leisure..I indulge my poetical moods. **1822** SHELLEY *Let.* 25 Jan. (1964) II. 381 Debts responsibilities, & expenses will emmesh [*sic*] you round about. **1873** R. BROWNING *Red Cotton Night-cap Country* II. 109 The haschisch-man..Then shows him how to smoke himself about With Paradise. **1923** C. F. SAUNDERS *Southern Sierras Calif.* 75 All about are rounded hills. **1952** J. LAIT & L. MORTIMER *U.S.A. Confidential* II. xxiii. 279 Many joints in Wichita and round about keep open all night to sell mixed drinks. **1992** C. McCARTHY *All Pretty Horses* (1993) I. 42 The prairie..lay blue and silent all about.

**b.** In every direction, towards every side. Chiefly in relation to sight, with verbs such as *look, gaze*, etc.

**c1275** (?a1200) LAƷAMON *Brut* (Calig.) 25863 þa bi-sæh þat wif abuten. **c1325** (?c1225) *King Horn* (Harl.) (1901) l. 1087 He lokede aboute myd is collede snoute. **c1380** *Sir Firumbras* (1879) 159 Behold aboute now, y praye. **c1400** (a1376) LANGLAND *Piers Plowman* (Trin. Cambr.) A. II. 184 And Ʒaf pardoun for

**A172**

Case 1:07-cv-00333-SLR    Document 291-8    Filed 09/23/09    Page 12 of 37

Oxford English Dictionary about, adv., prep., adj., and int.                                    Page 8 of 30

panis poundmel, aboute. *a*1450 (c1410) H. LOVELICH *Merlin* (1932) III. l.
20641 Gaweyn caste his Eyen abowte. *?a*1475 *Ludus Coventriae* 76 Myn eyn be
not lokynge abowte. **1568** D. LINDSAY *Complaint Bagsche* 161 Luke best about,
quhen thow art hiest. **1596** SPENSER *Faerie Queene: 2nd Pt.* IV. vii. 9 When she
lookt about, and nothing found But darknesse and dread horrour,..She almost
fell againe into a swound. **1643** SIR T. BROWNE *Relig. Medici* I. §13 The
wisedome of God receives small honour from those vulgar heads that rudely
stare about, and with a grosse rusticity admire his workes. **1697** DRYDEN tr.
*Georgics* I, in tr. Virgil *Wks.* 62 By fits he deals his fiery Bolts about. **1719** D.
DEFOE *Life Robinson Crusoe* 11 When I could look about, I could see nothing
but Distress round us. **1789** J. WOLCOT *Subj. for Painters* 69 She cast about her
eyes in thought profound. **1810** J. COCK *Simple Strains* 136 Lusty thuds were
dealt about. **1850** H. MELVILLE *White-jacket* lxiii. 304 Slowly opening his eyes,
he glanced about at the glittering knives and saws. **1935** W. FAULKNER *Pylon*
270 He took a short fountain pen from his shirt and glanced about. **1964** I.
MURDOCH *Italian Girl* I. v. 65 The tears seemed suddenly to spurt from her eyes,
falling all about. **1995** V. CHANDRA *Red Earth & Pouring Rain* (1996) 227
Sanjay..looked about with the eager curiosity of a foreigner.

**7.** In the vicinity, nearby; in some place or various places nearby; all over a
surface; = AROUND *adv.* 5b.

OE ÆLFRIC *Old Eng. Hexateuch: Num.* (Claud.) xiv. 13 Ða Egyptiscean..& ða ðe
her eardiað abutan [L. *habitatores terrae huius*]. **c1225** (?c1200) *St. Juliana*
(Royal) l. 442 þer ha mahten sar iseon, alle þet ter seten & abuten weren. **c1275**
(?a1200) LAȜAMON *Brut* (Calig.) l. 6276 Arwen fluȝen ouer wal. al abuten ouer-
al. **c1325** (c1300) *Chron. Robert of Gloucester* (Calig. A. 11) 7601 Hii rerde
abbeis..As teoskesburi & oseneye, & aboute oþer mo. **c1390** (a1376) LANGLAND
*Piers Plowman* (Vernon) A. II. 129 Fauuel..lette sompne alle men in Cuntre [*v.r.*
schyres] aboute. *a*1425 (c1395) *Bible* (Wycliffite, L.V.) (Royal) (1850) Ecclus.
xlvi. 19 Enemyes stondynge aboute [L. *circumstantes*] on ech side. **c1430**
(c1386) CHAUCER *Legend Good Women* 720 Women that were neighebores
aboute. **1480** CAXTON *Chron. Eng.* ccxliv. sig. u1ᵛ, They caught a gyde that
knewe all the contre aboute. **1539** *Bible* (Great) Psalms lxxvii. 18 The voyce of
thy thonder was hearde rounde aboute. **1590** SPENSER *Faerie Queene* I. xi. 13
That all the ayre about with smoke and stench did fill. **1657** J. ALRICHS *Let.* 25
May in *Pennsylvania Arch.* (1877) V. 285 Some of the dry goods, entirely
scattered about, were wet and injured by the quantity of water in the ship. **1662**
M. CAVENDISH *Publick Wooing* III. xxv. 395 Enter the Lady Prudence, to give
her Answer to her Suter the Stranger: The Assembly standing about, the Lady
and Suter take their places. **1723** D. DEFOE *Hist. Col. Jack* (ed. 2) 39 One of our
Room-Keepers says, he saw a Couple of young Rogues..hanging about here.
**1784** E. ALLEN *Reason* xiii. §4. 450 The manuscripts of scripture..were in a
loose and confused condition, scattered about in the world. **1859** J. M. JEPHSON
& L. REEVE *Narr. Walking Tour Brittany* vi. 71 Lying about was what seemed to
me to be the old altar-stone. **1899** G. B. BURGIN *Bread of Tears* I. iii. 51 She

**A173**

Case 1:07-cv-00333-SLR   Document 291-8   Filed 09/23/09   Page 13 of 37
Oxford English Dictionary about, adv., prep., adj., and int.

Page 9 of 30

hadn't a soul above blots: they were dotted copiously about on every page. **1941** *Coast to Coast* 207 We..stood about waiting for someone to start talking. **1992** F. MᶜLYNN *Hearts of Darkness* I. v. 117 Bleached skulls and skeletons and dried uninjured human corpses or parts of them lay about in dozens.

### III. Expressing approximation. Nearly, approximately, more or less.

**8.** With numbers, quantities, and measures: approximately.
In this use distinguished from the preposition (sense B. III.) by being able to premodify the subject or object of a clause or the object of a preposition.

**OE** *Anglo-Saxon Chron.* (Tiber. B.i) anno 1055, Man sloh ðær mycel wæl - abutan feower hund manna oððe fife. **lOE** *Anglo-Saxon Chron.* (Laud) (Peterborough interpolation) anno 656, Swa abutan III mile to þrokonholt, & fra þrokonholt riht þurh al ðe fen. **lOE** *Anglo-Saxon Chron.* (Laud) (Peterborough contin.) anno 1127, Soðfeste men..sæidon, þes þe heom þuhte, þet þær mihte wel ben abuton twenti oðer þritti hornblaweres. **c1225** (**?c1200**) *St. Juliana* (Bodl.) l. 629 Wenden alle..abute fif hundret. **c1325** (**c1300**) *Chron. Robert of Gloucester* (Calig. A. 11) 4953 þis was in þe ȝer of grace six hundred..& aboute vour & þritti. **c1384** *Bible* (Wycliffite, E.V.) (Douce 369(2)) (1850) Deeds v. 36 A noumbre of men consentide, aboute foure hundrid. **c1438** *Bk. Margery Kempe* II. 234 A woman..abowtyn iij scor ȝer of age. **a1470** MALORY *Morte Darthur* (Winch. Coll.) 27 Whan they se you but aboute twenty thousande. **1535** *Bible* (Coverdale) Josh. iv. C, Aboute a fortye thousande men ready harnessed to the warre, wente before the Lorde. **1555** R. EDEN tr. Peter Martyr of Angleria *Decades of Newe Worlde* f. 274, [Norway] hath also a peculiar pestilence which they caule Leem or Lemmer..a lyttle foure footed beaste abowte the byggenesse of a ratte with a spotted skynne. **1611** *Bible* (A.V.) Exod. xxxii. 28 There fell of the people that day about three thousand men. **a1676** M. HALE *Primitive Originat. Mankind* (1677) II. vii. 178 The Period between the Flood and the Exitus of the People out of Egypt was about 800 Years. **1712** E. COOKE *Voy. S. Sea* 35 About 30 more had the Scurvy. **1774** J. PRINGLE *Disc. Air* 22 An ordinary candle consumes, as it is called, about a gallon of air in a minute. **1793** J. SMEATON *Narr. Edystone Lighthouse* (ed. 2) §328 The iron came to about, or rather above, a blue heat. **1801** M. EDGEWORTH *Forester* in *Moral Tales* I. 25 A girl of about seven years old. **1849** MACAULAY *Hist. Eng.* I. 348 In 1685 London had been, during about half a century, the most populous capital in Europe. **1879** J. N. LOCKYER *Elem. Lessons Astron.* vi. 36. 208 Light travels about 186,000 miles a second. **1915** D. HAIG *Diary* 20 Jan. in *War Diaries & Lett. 1914-18* (2005) 93 About 11 officers are now to be added to my Staff. **1942** *National Geographic Mag.* June 730/2 It was a four-and-a-half-foot barracuda, motionlessly regarding us from about 15 feet away. **2001** E. SCHLOSSER *Fast Food Nation* vii. 150 Each steer deposits about fifty pounds of manure every day.

**9.** With general expressions of quantity and quality: very nearly, pretty much;

**A174**

more or less.

**a.** Modifying adjectives and quantifiers. *rare* before 19th cent.

> **?a1425** tr. Guy de Chauliac *Grande Chirurgie* (N.Y. Acad. Med.) f. 148ᵛ, When it is about leuke warme, be he sette þer þat al moste þe water atteyne to þe vmbilic. **1785** R. BARKER in *Philos. Trans.* (Royal Soc.) **75** 354 An hollow about large enough to contain a thrush's nest. **1828** W. COBBETT *List Mr. Cobbett's Wks.* in *Paper against Gold* (rev. ed.) (end matter) 12 (*advt.*), In about every one of these works I have pleaded the cause of the *working people*. **1835** D. P. THOMPSON *Adventures Timothy Peacock* vii. 59 Our breakfast is about ready. **1853** DICKENS *Bleak House* xxi. 211 You're about right respecting the bond. **1897** 'O. RHOSCOMYL' *White Rose Arno* 206 We've had about enough of your plots. **1930** *Daily Express* 6 Oct. 16/2 Honours were about even. **1982** R. HALL *Just Relations* I. iii. 31 So's that'll bring yer mouth down about level with me ear, then I shan't miss yer pearls a wisdom. **2000** J. M. GRAY *Gift for Little Master* 80 Consultants on a daily rate about equal to Delores's yearly take-home before taxes.

**b.** Modifying comparatives of equivalence, as *about as well as, about as relevant to*, etc.

> **1600** J. PORY tr. J. Leo *Geogr. Hist. Afr.* II. 97 The greatest prince in all this region hath vnder his command well nigh fifteene hundreth horsemen, and about so many footemen as the prince of Tenueues. **1660** S. FISHER *Rusticus ad Academicos* III. 159 That Taylor which having an inch of cloath granted him for his minds sake, about so much as will serve for a pattern, incroaches so as to steal an ell or enough to make a suit of. **1754** E. BURT *Lett. N. Scotl.* I. xi. 269 Wine is filled about as fast as it can go round. **1799** J. AUSTEN *Let.* 2 June (1995) 42 He was better yesterday than he had been for two or three days before, about as well as when he was at Steventon. **1845** E. M. KERN *Jrnl.* 23-24 Dec. in D. Jackson & M. L. Spence *Exped. J. C. Frémont* (1973) II. 57 The men started for camp, bringing with them..a large sack of sage-seed, about as digestible as sand. **1882** SIR W. HARCOURT in *Times* 13 June 10/2 This amendment was about as relevant to the clause as it would be if it related to sheep-stealing. **1935** W. FAULKNER *Pylon* 90, I guess you heard him about as plain as I did. **1962** C. W. JACOBSEN *Oriental Rugs* II. 297 The distinguishing feature of this rug is the loose ends of stitch yarn at the back of the rug, about the same effect as we find in the Cashmere shawl. **2005** T. HALL *Salaam Brick Lane* iii. 64 There's about as much chance of being nicked as the Beatles getting back together.

**c.** Modifying superlative adjectives.

Freq. used to denote probability rather than strict approximation.

> **1827** *Times* 5 Nov. 3/6 She ran as well as a mare could do, having on her back 28lb. more than Souvenir, (about the best mare of her year). **1834** D. CROCKETT

**A175**

Case 1:07-cv-00333-SLR   Document 291-8   Filed 09/23/09   Page 15 of 37

Oxford English Dictionary about, adv., prep., adj., and int.                    Page 11 of 30

*Narr. Life* xii. 85, I came to the edge of an open parara, and looking on before my dogs, I saw in and about the biggest bear that ever was seen in America. **1842** E. MIALL in *Nonconformist* **2** 335 The money-Moloch of our country..is about the grimmest, fiercest, most implacable god. **1880** H. SMART *Social Sinners* I. ix. 182 The first two are about the nicest girls in all London. **1929** *Daily Express* 7 Nov. 13/2 Jackson's points victory was about the most easily gained of the night. **1969** J. E. LOUSLEY *Wild Flowers of Chalk & Limestone* (ed. 2) vii. 90 This must be about the finest Military Orchid seen in England. **2005** C. STROSS *Accelerando* I. 34 It's about the nearest thing to sensory deprivation she can arrange.

**10.** Modifying verbs: very nearly.

**1769** E. TAYLOR *Lady's, Housewife's, & Cookmaid's Assistant* 29 A large ham will take three hours roasting; when it is about done enough, take off the paper, and strew it over with grated bread, and shred parsley. **1794** J. RUTHERFORD *Diss. Bible Princ.* IV. iii. 68 John the Baptist, having now fulfilled his ministry, and about finished the work the God of love..had given him to do. **1850** E. P. WHIPPLE *Ess. & Rev.* I. 299 The difference between duty and conduct..about measures the difference between the real and the actual. **1864** TROLLOPE *Can you forgive Her?* I. xvii. 140 I'm about done for. **1932** H. CRANE *Let.* 22 Apr. (1965) 412 It certainly has about made a nervous wreck of me. **1956** A. WILSON *Anglo-Saxon Attitudes* I. iii. 60 When you resigned in November, I'd about had politics, as much as the Labour Party'd about had you. **1991** *New Yorker* 25 Nov. 110/1 'Post-Stylistic' about describes the spirit of this year's Carnegie International. **1992** R. KENAN *Let Dead bury their Dead* v. 102 Sister, supper's about done. Go wash up.

**IV.** Followed by the infinitive (with *to*, †*for*, †*for to*). (Prob. a development of sense A. 2a.)

**11.** †**a.** Engaged in or busied with plans or preparations *to* do something; planning, conspiring, or scheming *to* do something. *Obs.*

See also sense B. 11c.

*to go about to*: see *to go about* 5 at GO *v.* Phrasal verbs 2.

*a***1225** (*c***1200**) *Vices & Virtues* 133 Aure to feawe men bien abuten to habben ðese hali mihte. *c***1230** (?*a***1200**) *Ancrene Riwle* (Corpus Cambr.) (1962) 120 Sathan is ȝeorne abuten forte ridli þe ut of mine icorene. *a***1300** *Passion our Lord* l. 684 in R. Morris *Old Eng. Misc.* (1872) 56 þe veond of helle..euer wes abute..Vor bryngen heom to deþe. *c***1330** *Otuel* 109 þou art a-boute for to greue Mahoun þat we onne byleue. *c***1390** in C. Brown *Relig. Lyrics 14th Cent.* (1924) 146 Bisy a-boute þei [*sc.* children] han ben To cacchen hit with al heore miht. *c***1405** (*c***1385**) CHAUCER *Knight's Tale* (Hengwrt) (2003) l. 284 Thow woldest falsly been aboute To loue my lady. *a***1450** (?**1348**) R. ROLLE *Form of Living* (Cambr.) in *Eng. Writings* (1931) 92 Oure enmy will noght suffer us to be in rest

**A176**

when we slepe, bot þan he es aboute to begyle us..with faire ymages, fayre syghtes. *a*1470 M̲A̲L̲O̲R̲Y̲ *Morte Darthur* (Winch. Coll.) 634 Thou lyeste, false traytoure..For thou arte ever aboute to wynne worship from me. *a*1500 in C. Brown *Relig. Lyrics 15th Cent.* (1939) 4 How kynge herod..& of his peres mo..be a-bowte nyght & day my body fore to slo. **1526** W. BONDE *Pylgrimage of Perfection* III. sig. biijᵛ, Why than shulde we be about to imprint suche swetenesse in to carnall affections? **1533** T̲.̲ ̲M̲O̲R̲E̲ *Answere 1st Pt. Poysened Bk.* Pref. sig. Aaiiijᵛ, The leche that..sytteth by the syke man bysy about to cure hym. **1541** R̲.̲ ̲B̲A̲R̲N̲E̲S̲ *Wks.* 1573, 325/2 The deuell hath beene of long tyme aboute to bring in this snare for priests. **1669** tr. *Beguinus' Tyroc. Chym.* To Rdr., It becomes every man, about to transcribe, or render the Works of another in his own native Tongue, neither to add any thing of his own, nor to omit of the Author's.

**b.** In negative constructions: not intending or planning *to* do something. Now *colloq.*

Between the mid 19th and mid 20th cent. chiefly *N. Amer. regional.*

?**1591** H̲.̲ ̲B̲A̲R̲R̲O̲W̲ *Brief Discov. False Church* To Rdr., sig. Aiiᵛ, The Lion roreth not in the forest, if no pray be present; neither the young Lion out of his denne, if he be not about to take. **1634** *Malory's Arthur* (1816) I. 125 'You will never be about to do such deeds.' 'Nay, son,' said she, 'and thereto I make you assurance.' **1677** S̲.̲ ̲P̲E̲P̲Y̲S̲ *Portugal Hist.* 99 The Queen seeing the King was not about to Return, try'd a new to perswade him to it. **1708** E̲.̲ ̲W̲A̲R̲D̲ *Hudibras Redivivus* (ed. 2) II. ii. 13 I'm not about to cheat ye With Juglers Tricks, or yet to treat ye With Monsters, blazing Stars, or Commets. **1783** H̲.̲ ̲B̲L̲A̲I̲R̲ *Lect. Rhetoric* I. xx. 425 *As it were*—is upon most occasions no more than an ungraceful palliative, and here there was not the least occasion for it, as he was not about to say any thing which required a softening of this kind. **1809** B̲Y̲R̲O̲N̲ *Let.* 12 Nov. (1973) I. 230 By the bye, I expect Hanson to remit regularly, for I am not about to stay in this province for ever. **1839** D̲I̲C̲K̲E̲N̲S̲ *Nicholas Nickleby* xliii. 423, I was not about to dispute the point. **1863** T̲R̲O̲L̲L̲O̲P̲E̲ *Rachel Ray* I. x. 198 Mr. Tappitt was not about to lecture Luke Rowan as to his conduct in regard to Rachel Ray. **1942** in H. Wentworth *Amer. Dial. Dict.* (1944) 4/1, I'm not even *about* to go out with him—he drinks beer. **1959** M. RUSS *Half Moon Haven* I. 96, I ain't about to work that hard for no reason. **1982** *Record Mirror* 13 Feb. 18/1 I'm not about to foist something on the public just for the sake of releasing something. **2004** P. BISKIND *Down & Dirty Pictures* iv. 141 They were not about to let it interfere with their own lifestyle.

**12.** At the very point when one is going *to* do something; intending or preparing immediately *to* do something.

*About* with the infinitive here has the force of a future participle, analogous to *going* in *to be going to.* The immediacy is usually greater with *about to* than with *going to.*

Many early examples of sense A. 11a (e.g. quot. *c*1330) are close to this sense, but generally contain the idea of premeditating an action rather than simply being on the point of it.

**A177**

Case 1:07-cv-00333-SLR   Document 291-8   Filed 09/23/09   Page 17 of 37

Oxford English Dictionary about, adv., prep., adj., and int.                    Page 13 of 30

[**c1330** *Seven Sages* (Auch.) l. 630 þe adder..Vpon þe cradel ȝhe fleiȝ anon, And was aboute þe child to sting.] **1486** *J. Mirk's Festial* (Rood & Hunte) sig. i.iv$^v$/2, And as he was a boute to be gynne to sey oure lady matenes & as he was at the inuitatory that is Aue maria. **1535** *Bible* (Coverdale) Josh. xviii. B, They were aboute to go for to descrybe the londe. **1580** J. BARET *Aluearie*, To be about or ready to flie awaye. **1611** *Bible* (A.V.) Rev. x. 4 And when the seuen thunders had vttered their voices, I was about to write. **1665** T. MANLEY tr. H. Grotius *De Rebus Belgicis* 289 Prince Maurice..shews his Army in Battel-Array, as if about to storm. **1723** S. MATHER *Vindic. Holy Bible* 402 In Poland..when the priest was about to pronounce the words of the Gospel at the altar, the noblemen drew their swords in part out of the scabbards. **1768** L. STERNE *Sentimental Journey* II. 44 The secretary look'd towards the stairs, as if he was about to leave me. **1816** J. WILSON *City of Plague* I. iv. 186 The wounded soldier rests his head About to die upon the dead. **1871** S. SMILES *Character* iii. 74 A Catholic money-lender, when about to cheat, was wont to draw a veil over the picture of his favourite saint. **1911** J. CONRAD *Let.* 4 Aug. (1956) 231 He was just about to go home to marry a girl..and bring her out there when his ship was run on a reef by the commander of a Dutch gun-boat. **1943** *Illustr. London News* 17 July 71 (*caption*), A paratroop about to land, with feet together and knees bent ready to take the shock. **2004** H. KUNZRU *Transmission* (2005) 34 He..adjusted the spongy earphones with a kind of reverence, the attitude of a man about to commune with his innermost hopes and dreams.

**B.** *prep.*

**I.** Expressing position.

**1. a.** On every side of, all round, surrounding; on the outside or outer surface of. Also *fig.*

Now relatively unusual; the commoner prepositions are *around* and *round*.

eOE KING ÆLFRED tr. Gregory *Pastoral Care* (Hatton) xxi. 161 Suæ suæ se here sceolde bion getrymed onbutan Hierusalem. OE *Old Eng. Hexateuch: Exod.* (Claud.) xix. 12 Drihten cymð..uppan Sinai munte & ðu tæcst Israhela folce gemæro abutan ðone munt [L. *constituesque terminos populo per circuitum*]. lOE *Anglo-Saxon Chron.* (Laud) anno 1104, On þam Tiwæsdæge þæræfter ætywdan feower circulas to þam middæge onbutan þære sunnan. **?a1160** *Anglo-Saxon Chron.* (Laud) (Peterborough contin.) anno 1135, & uuard þe sunne suilc als it uuare thre niht ald mone, an sterres abuten him at middæi. **?a1160** *Anglo-Saxon Chron.* (Laud) (Peterborough contin.) anno 1137, Me dide cnotted strenges abuton here hæued. **?c1200** *Ormulum* (Burchfield transcript) l. 9230 Hiss girrdell wass off shepess skinn Abuttenn hise lendess. **c1275** (**?a1200**) LAȜAMON *Brut* (Calig.) 648 He lette makien enne dic..abouten his ferde. **a1325** (**c1250**) *Gen. & Exod.* 3455 Abute ðis munt ðu merke made. **c1405** (**c1387-95**) CHAUCER *Canterbury Tales Prol.* (Hengwrt) (2003) l. 158 Of smal Coral aboute hir arm she bar A peyre of bedes. **a1425** (**c1385**) CHAUCER

**A178**

Case 1:07-cv-00333-SLR   Document 291-8   Filed 09/23/09   Page 18 of 37

Oxford English Dictionary about, adv., prep., adj., and int.                                    Page 14 of 30

*Troilus & Criseyde* (1987) IV. 869 Aboute hire eyen two a purpre ryng. **c1454** R. PECOCK *Folewer to Donet* 88 Circumstauncis..ben not of þe deedis substaunce..but þei about stonden þe deede. **1474-5** in H. J. F. Swayne *Churchwardens' Accts. Sarum* (1896) 19 The reparacion of the hongynge guttors of led a boughte the Churche. **1535** *Bible* (Coverdale) Psalms cxxxviii. 3 Thou art aboute my path and aboute my bedd. **1611** *Bible* (A.V.) Mark xii. 1 A certaine man planted a vineyard, and set an hedge about it. **1655** T. STANLEY *Hist. Philos.* I. I. 18 Of equiangle triangles, the sides that are about equall angles are proportionall. **1712** J. ADDISON *Spectator* No. 477 ¶1, I have several Acres about my House, which I call my Garden. **1774** *Chron.* in *Ann. Reg.* 127/2 Mr. John Malcomb, an officer of the customs at Boston,..[was] led to the gallows with a rope about his neck. **1832** TENNYSON *Dream Fair Women* xlviii, in *Poems* (new ed.) 134 The Roman soldier found Me lying dead, my crown about my brows. **1873** R. BROWNING *Red Cotton Night-cap Country* IV. 239 The balustrade About the tower. **1922** A. A. MILNE *Red House Myst.* vi. 56 He looked up at the sun and then round the parkland stretching about the house. **1972** G. M. BROWN *Greenvoe* (1976) v. 196 Behold the man had pennies for eyes and a gravecloth was tied about his jaw.

**b.** In every direction from, towards every side of. (Used chiefly in relation to sight, with verbs such as *look*, *gaze*, etc. having a personal pronoun as object co-referring with the subject.)

Also *fig.* in phrases denoting mental searching or inquiry, such as *to cast about one*, etc.

**c1300** (?c1225) *King Horn* (Cambr.) (1901) l. 1081 He lokede him abute Wiþ his colmie snute. **c1380** *Sir Firumbras* (1879) 126 þe kyng..aboute him gan beholde. **c1450** *Alphabet of Tales* (1904) I. 197 He wakend & luke aboute hym who spakk, & he saw þe bak of a womman. **a1500** (?a1475) *Guy of Warwick* (Cambr. Ff.2.38) 493 Noþyng sawe þey þem abowte But salte watur. **1535** *Bible* (Coverdale) Tobit xi. 5 The mother of Tobias sat daylie..vpon yᵉ toppe of an hill, from whence she might se farre aboute her. **1607** S. HIERON *Wks.* I. 397 Many a coward layeth about him for a bout or two. **1665** DK. ORMONDE in *11th Rep. Hist. MSS. Comm.* App. v. 13 It is well wee have time to looke about us before the next assault. **1712** J. ARBUTHNOT *John Bull* I. xii. 21 John began to think it high time to look about him. **1768** J. BYRON *Narr. Patagonia* 189 The centinel was taken off, and we were allowed to look about us a little. **1818** M. W. SHELLEY *Frankenstein* I. iv. 103, I hurried on with irregular steps, not daring to look about me. **1848** THACKERAY *Vanity Fair* xxiii. 194 So this Machiavellian captain of infantry cast about him for some..stratagem. **1895** S. CRANE *Red Badge of Courage* iii. 39 He glared about him, expecting to see the stealthy approach of his death. **1935** I. COMPTON-BURNETT *House & its Head* viii. 119 A tall, young woman came swiftly up the steps, and looked about her in an open, interested manner. **1995** K. ISHIGURO *Unconsoled* xxxiv. 491 Brodsky..went on smiling and gazing about him.

**2.** Accompanying, attending, serving; constantly in company with, habitually

**A179**

Case 1:07-cv-00333-SLR   Document 291-8   Filed 09/23/09   Page 19 of 37

Oxford English Dictionary about, adv., prep., adj., and int.                                    Page 15 of 30

connected with. (Freq. used of servants, advisers, etc., in attendance on a lord or other important person.)

OE *West Saxon Gospels: Luke* (Corpus Cambr.) xxii. 49 Ða gesawon þa ðe him abutan wæron [L. *qui circa ipsum erant*] þæt þær towerd wæs. lOE *Anglo-Saxon Chron.* (Laud) anno 1100, Se cyng.., þe þære ræde þe him abutan wæran, þone biscop Rannulf..let niman. ?c1200 *Ormulum* (Burchfield transcript) l. 5806 He sahh æness fowwre der..inn heffne. Abutenn drihhtin. *a*1225 *MS Lamb.* in R. Morris *Old Eng. Homilies* (1868) 1st Ser. 55 Abuten us he [*sc.* Beelzebub] is for to blenchen. c1325 (c1300) *Chron. Robert of Gloucester* (Calig. A. 11) 9581 þe heyemen of þis lond vaste aboute him drou. ?*a*1425 (c1400) *Mandeville's Trav.* (Titus C. 16) (1919) 159 Noman dar not come nygh the Chariot..but þo lordes only þat ben aboute him. *a*1475 J. FORTESCUE *Governance of Eng.* (Laud) (1885) 153 Suche men as serue þe kyng abouute his person. 1484 CAXTON tr. G. de la Tour-Landry *Bk. Knight of Tower* (1971) lxii. 90 The fende, that euer incessauntly is aboute the synnar. 1523 LD. BERNERS tr. J. Froissart *Cronycles* I. xiv. 13 A certayne noble knightis..she kept styl about her. 1569 R. GRAFTON *Chron.* II. 352 These seducers, which were about the king, thought they might haue good occasion to put the Duke of Gloucester..to death. 1602 SHAKESPEARE *Merry Wives of Windsor* II. ii. 18 Hang no more about mee, I am no gybit for you. *a*1616 SHAKESPEARE *Winter's Tale* (1623) II. i. 61 Beare the Boy hence, he shall not come about her. 1656 T. BLOUNT *Glossographia, Soulack*, an eminent Officer about the person of the Turkish Emperor. *a*1716 O. BLACKALL *Wks.* (1723) I. v. 46 They become ten times more uneasy to themselves than to those who are about them. 1761 F. SHERIDAN *Mem. Miss Sidney Bidulph* I. 396, I should not be fond of having a servant about me, by whom I should not be understood. 1837 J. H. NEWMAN *Parochial Serm.* (ed. 3) I. xxv. 384 We get used to the things about us. 1876 E. A. FREEMAN *Hist. Norman Conquest* II. ix. 365 The king was allowed to have about him his Norman stallers. 1886 R. BURTON *Arabian Nights* xxxi, I saw myself in a dream in a palace, with slave girls and Mamelukes about me and in attendance upon me. 1926 D. H. LAWRENCE *David* xii. 87 And she shall have her handmaidens about her. 1948 H. BOLITHO *Reign Queen Victoria* 328 The Queen's most recent whim, to have Indian servants about her. 2004 H. SCHUTZ *Carolingians in Central Europe* i. 34 He had nothing of his own but a poor estate with just a few servants about him.

3. In and around, in the vicinity of; in some part of, in various parts of.

OE tr. Pseudo-Apuleius *Herbarium* (Vitell.) xiii, Heo [*sc.* ðeos þridde wyrt] bi ð cenned abuton dicum & on ealdum beorgum. c1150 (?OE) *Peri Didaxeon* 11 *Ad parotidas*, þæt ys to ðan sare, þe abutan sa earan [L. *circa aurem*] wycst. c1275 (?*a*1216) *Owl & Nightingale* (Calig.) 1593 Hwanne oþre slepeþ hire abute. c1325 (c1300) *Chron. Robert of Gloucester* (Calig. A. 11) 2897 þer nas so god kniзt non nour [*v.r.* nower; *B* nowher] aboute france. 1389 in T. Smith & L. T. Smith *Eng. Gilds* (1870) 38 He shal han to Candils..brennyng abouten his corps. c1400 (c1378) LANGLAND *Piers Plowman* (Laud) B. XVII. .56 As naked as a nedle, and

**A180**

none helpe aboute hym. **1470** *Paston Lett.* (1904) V. 74, I wold..that ye wer in London at that season, or nye abowght London. **1535** *Bible* (Coverdale) 1 Chron. x. D, In the nighte season also remayned they aboute the house of God. **1568** W. TURNER *Herbal* (rev. ed.) III. 2 The herbe groweth about ditches..and rinneth after the maner of a vyne alonge. *a*1616 SHAKESPEARE *Twelfth Night* (1623) II. iv. 12 He is about the house. **1653** I. WALTON *Compl. Angler* i. 20 Creatures inhabiting both in and about that element. **1716** *Philos. Trans. 1714-16* (Royal Soc.) **29** 364 All these Trifoliate Sumachs grow spontaneously about the fertile Cape of Good Hope. **1771** E. LEDWICH *Antiquitates Sarisburienses* 7 Carausius was born of mean parentage about Cleves in Germany. **1834** *Knickerbocker* **3** 81 The crew were disposed in various groups about the deck,..some with their clothes-bags beside them. **1880** E. LYNN LINTON *Rebel of Family* II. xvi, Squalid children played about the door and made their Tom Tiddler's ground of the steps and street. **1937** *Discovery* Apr. 120/2 Feverfew, commonly found about hedgebanks. **1996** J. DORAN *Red Doran* 54 There were no tourists about the place except for the locals returning home on holiday from England or Scotland.

**4.** Chiefly with personal pronoun.

**a.** On or near (one's person); in (one's pockets, clothing, etc.); within reach of.

*a*1375 *William of Palerne* 1823 Oþer cherl oþer child..þat beris out him a-boute, bred oþer drinke. ?*a*1565 tr. Albertus Magnus *Bk. Secretes* sig. Biiiᵛ, And if Children that breede their teeth, beare it aboute them, They shall breede them without paine. **1567** J. MAPLET *Greene Forest* f. 12ᵛ, It [*sc.* Kabiates] is thought being borne about one to make a man eloquent. *a*1616 SHAKESPEARE *Merry Wives of Windsor* (1623) I. i. 185 You haue not the booke of Riddles about you, haue you? **1637** MILTON *Comus* 647 If you have this [herb] about you..you may Boldly assault the necromancer's hall. **1655** T. FULLER *Church-hist. Brit.* XI. 218 Such..condemn him in keeping such a Diary about him in so dangerous days. **1722** D. DEFOE *Jrnl. Plague Year* 220, I knew a Man who..kept about him an Antidote or Cordial, on purpose to take when he thought himself in any Danger. **1776** J. HAWKINS *Gen. Hist. Music* IV. 521 At a concert he would say, 'I have not about me a pitch pipe, but I have what will do well to tune by, a pitch fork.' **1801** J. STRUTT *Glig-gamena Angel-ðeod* II. iii. 86 When they had lost all they had about them, they would sometimes pledge a part of their wearing apparel. **1848** A. BRONTË *Tenant of Wildfell Hall* II. iii. 45 He kept a private bottle of laudanum about him, which he was continually soaking at. **1893** A. BIERCE *Can Such Things Be?* 243, I have a singular feeling toward this watch—a kind of affection for it; I like to have it about me. **1940** L. A. G. STRONG *Sun on Water* 201 Secreted about her were various parcels of food. **1969** M. INNES *Family Affair* (2001) x. 97 One can leave a visiting card (supposing one to have so archaic an object about one's person). **2004** H. STRACHAN *Make Skyf, Man!* viii. 84 The Kung Fu ninja artefacts he carries about his person.

**b.** *fig.* with reference to mental faculties, etc. **about one**: on the alert, in

**A181**

Case 1:07-cv-00333-SLR Document 291-8 Filed 09/23/09 Page 21 of 37

Oxford English Dictionary about, adv., prep., adj., and int.                                                                Page 17 of 30

readiness for use. Now chiefly in *to have one's wits about one.*

**1533** T. MORE *Second Pt. Confutacion Tyndals Answere* VII. p. ccclxxiii, In the ende he gathereth a lytle his fyue wyttes well about hym, and expowneth there the wordes of ye pore Kentyshman whych I reherse in my dyaloge concernyng Sandwyche. **1565** T. STAPLETON *Disc. Doctr. Protestants* in tr. F. Staphylus *Apol.* f. 206ᵛ, Lo he stretcheth him selfe, and calleth his wittes aboute him, how he may defeat the real presence of Christes body and bloud. **1620** tr. Boccaccio *Decameron* II. VIII. ix. f. 93ᵛ, When you haue your best senses about you..then neuere feare to vrge your request. **1622** J. MABBE tr. M. Alemán *Rogue* II. 99, I had my wits about me; and a hand that was able to finde me worke. **1631** B. JONSON *Divell is Asse* II. i. 115 Be you sure, now, Yo' haue all your eyes about you. **1719** D. DEFOE *Life Robinson Crusoe* 197, I used more Caution, and kept my Eyes more about me than I did before. **1747** LD. CHESTERFIELD *Let.* 30 Oct. (1932) (modernized text) III. 1048 Wherever you are, have (as the low vulgar expression is) your ears and your eyes about you. **1779** *Mirror* 20 Apr. 99 Things were not a bit mended by my wife's sollicitude (who, to do her justice, had all her eyes about her) to correct them. **1809** B. H. MALKIN tr. A. R. Le Sage *Adventures Gil Blas* V. i. ⁋18 Have all your wits about you,..you are nursing a viper in your bosom. **1839** DICKENS *Nicholas Nickleby* lx. 590 You'll need all your senses about you, for a slip might be awkward. **1872** 'M. TWAIN' *Roughing It* lxv. 468 In hiring a horse from a Kanaka, you must have all your eyes about you, because..you are dealing with a shrewd unprincipled rascal. **1923** *Times Lit. Suppl.* 18 Jan. 33/2 We shall need to have our best wits about us if we are to avoid confusion. **1956** S. BECKETT *Malone Dies* 97 The question might have arisen..as to whether he had all his wits about him. **2004** *Global* Nov.-Dec. 38/2 Don't hit the bottle too heavily..as you'll need your wits about you when you get back on the slopes the next day.

**5.** *fig.* Attached to or connected with as an attribute, characteristic, or attendant circumstance.

**1550** T. NICOLLS tr. Thucydides *Hist. Peloponnesian War* f. vliiiᵛ, Afterwardes he came vnto the kinge, and had more authoryte about him, than any of the Grekes, that euer came thider. **1605** *Hist. Dicke Bowyer* sig. C2, I scorne to humble the least part about me. **a1616** SHAKESPEARE *Measure for Measure* (1623) II. i. 151 His face is the worst thing about him. **1730** A. GORDON tr. F. S. Maffei *Compl. Hist. Anc. Amphitheatres* 347 The Facility of covering the Spectators with an Awning..was..not one of the least wonderful Things about the Building. **1793** J. SMEATON *Narr. Edystone Lighthouse* (ed. 2) §254 Leaving every thing about the work, up to the entry door, ready to go to sea. **1859** J. M. JEPHSON & L. REEVE *Narr. Walking Tour Brittany* v. 56 There was a look about it..which seemed to me to be foreign. **1876** E. A. FREEMAN *Hist. Norman Conquest* II. vii. 124 There must have been something specially hateful about this tax. **1932** *World Today* Feb. 261/1 The noisiest thing about this car was its speedometer, which maintained a noise something between a click and a swish.

**A182**

Case 1:07-cv-00333-SLR   Document 291-8   Filed 09/23/09   Page 22 of 37

Oxford English Dictionary about, adv., prep., adj., and int.                    Page 18 of 30

**1971** D. DU MAURIER *Don't look Now* (U.S. ed.) 10 There was something uncanny about thought-reading, about telepathy. **1996** J. UPDIKE *In Beauty of Lilies* 217 There was something delicious about her, something indoorsy and pampered.

## II. Expressing actual or implied motion or direction.

**6. a.** Round the outside of; round in a circuit or part of a circuit of.

Now used chiefly in relation to orbital motion and the like (see sense B. 6b); in more general contexts, *around* and *round* are now the usual words.

*to beat about the bush*: see BEAT *v.*[1] 26c.

OE ÆLFRIC *De Temporibus Anni* (Cambr. Gg.3.28) iv. §27. 32 Nu miht ðu understandan, þæt læssan ymbgang hæfð se man þe gæð onbuton [OE *Tiber. A.iii* abutan] an hus, þonne se ðe ealle þa burh begæð. OE *Anglo-Saxon Chron.* (Tiber. B.i) anno 1013, On þissum ylcan geare..com Swegen cyning mid his flotan to Sandwic & wende þa swiðe raðe abutan Eastenglum into Humbra muþan. **c1150** (?OE) *Peri Didaxeon* 9 Be þan manne, þat hym þing[þ], þæt hyt turnᵹe abotan hys heafod. **c1275** (?a1200) LAᵹAMON *Brut* (Calig.) 26064 Arður.. þat treo bieorn abute. **a1375** *William of Palerne* 94 þere walked he aboute þe walles. **c1430** (c1380) CHAUCER *Parl. Fowls* (Cambr. Gg. 4. 27) (1871) l. 80 Lykerous folk aftyr that they ben dede Schul whirle a-boute þere [*sc.* the earth] alwey in peyne. **?1530** J. RASTELL *Pastyme of People* sig. *Bii*ᵛ, He rode about the castell to aduyse [*i.e.* observe] it. **1586** MARLOWE *Tamburlaine: 1st Pt.* III. iii. 256 The Persian fleet and men of war..Have fetched about the Indian continent. **1655** T. STANLEY *Hist. Philos.* I. III. 25 Pagondas,..sent two companies of horse secretly about the hill. **1697** W. DAMPIER *New Voy. around World* ix. 257 They could not get about the Cape. **1855** J. MCCOSH *Method Divine Govt.* (ed. 4) III. ii. 345 Like the moth fluttering about the light which is to consume it. **1892** R. L. STEVENSON & L. OSBOURNE *Wrecker* iv. 71, I unveiled the Genius of Muskegon [*sc.* a statue]. The master walked about it seriously. **1954** D. ABSE *Ash on Young Man's Sleeve* 74 He had the habit of twisting a lock of sandy hair about his index finger.

**b.** Esp. with reference to orbiting objects, wheels, etc.: in a strictly rotational movement around.

**c1300** *St. Michael* (Harl.) in T. Wright *Pop. Treat. Sci.* (1841) 132 Hevene goth aboute the wordle. **a1398** J. TREVISA tr. Bartholomaeus Anglicus *De Proprietatibus Rerum* (BL Add.) f. 105ᵛ, Liche as a whiele meoueþ a boute þe axstre..a boute þat lyne al þe roundenes of heuene meoveþ I-liche swift. **a1425** (a1400) *Prick of Conscience* (Galba & Harl.) l. 7585 þe erth þat þa hevens obout-gase Es bot als a poynt Imyddes a compase. **1594** T. BLUNDEVILLE *Exercises* III. I. ii. 280 A right imaginative line, called of the Astronomers the Axletree of the world, about the which the world continually turneth like a Cart-wheele. **1669** *Philos. Trans. 1668* (Royal Soc.) **3** 876 The Spindle made of the same Parabola

**A183**

Case 1:07-cv-00333-SLR   Document 291-8   Filed 09/23/09   Page 23 of 37

Oxford English Dictionary about, adv., prep., adj., and int.                    Page 19 of 30

by rotation about its Base. **1693** R. BENTLEY *Boyle Lect.* VIII. 18 The Earth rowls once about its Axis in a natural day. **1722** W. WOLLASTON *Relig. of Nature* v. 79 The revolution of a planet about the sun. **1785** F. GROSE in *Archaeologia* (1787) **8** 111 The rouelle, or wheel spur (so called from the revolution of the spicula about its axis). **1842** *Penny Cycl.* XXIII. 304/2 For the elliptic paraboloid, let a parabola revolve about its principal axis, and let the circular sections become ellipses. **1871** A. CAYLEY *Coll. Math. Papers* VIII. 25 The general Torus, or surface generated by the rotation of a conic about a fixed axis anywise situate. **1936** S. GLASSTONE *Rec. Adv. in Gen. Chem.* ii. 78 The free rotation of the methyl groups about the central carbon atom. **1992** S. P. MARAN *Astron. & Astrophysics Encycl.* 369/1 Young O and B stars..are consistent with circular motion about the galactic center. **2006** P. WOIT *Not even Wrong* iii. 49 If one performs two rotations about two different axes, the overall rotation one will get depends on the order of the two rotations.

**7. a.** Round, over, or through all or any parts of; across or over in various directions; to and fro in.

**OE** *Seven Sleepers* (Julius) (1994) 41 Man axode on porte; ðær man gengde geond eall abutan þone port [*scribe J3* portweall] man strutnode [*read* scrutnode] on ælcere stowe þær man æfre geaxian cuðe. **c1300** (?c1225) *King Horn* (Cambr.) (1901) l. 214 So schal þi name springe..& þi fairnesse Abute [*c1300 Laud* þoruout] Westernesse. **a1325** (c1250) *Gen. & Exod.* 3678 It flogen longe and ðikke and wel Abuten ðe folc of ysrael. **c1390** *Charter Abbey Holy Ghost* (Laud) in C. Horstmann *Yorkshire Writers* (1895) I. 346, I schal..risen vp & wenden al abouȝten þe citee be weyes & be stretys. **a1425** (c1385) CHAUCER *Troilus & Criseyde* (1987) IV. 242 Right so gan he aboute the chaumbre sterte. **a1438** *Bk. Margery Kempe* I. 79 þis creatur toke a candel in hir hand & sowt al abowtyn hir bed. **a1500** (c1450) P. IDLEY *Instr. to his Son* (Arun.) II. l. 204 þei dauncyd abouȝt þe chyrch ȝerd. **1534** T. MORE *Treat. Passion* in *Wks.* (1557) 1318/1 Do my message in preching my woorde about the worlde. **1596** SPENSER *Faerie Queene: 2nd Pt.* I. i. 11 That path they take, that beaten seem'd most bare, And like to lead the labyrinth about. **c1605** *Ratseis Ghost* B 1 Players were never so thriftie as they are now about London. **1681** R. KNOX *Hist. Relation Ceylon* IV. ix. 157 We shewed him..the Cotton Yarn which we had trucked about the Country. **1738** G. SMITH *Curious Relat.* II. v. 8 There are a great many Sea Shoals floating about the Sea. **1775** N. CRESSWELL *Jrnl.* 5 July (1925) 95 The rest plundered about the plantation and got some young cabbages. **1832** J. PICKERING *Inquiries of Emigrant* 59 Thousands of long large flies, similar to the English dragon fly.., are flying about the fields. **1878** G. MACDONALD *Ann. Quiet Neighb.* iv. 43, I was wandering about the place, making some acquaintance with it. **1935** J. STEINBECK *Tortilla Flat* vii. 93 Every day people saw him wheeling his barrow of pitchwood about the streets. **1954** G. SMITH *Flaw in Crystal* ix. 81 Poncing about the place in those brothel-creepers of his! **1997** J. RYAN *Dismantling Mr Doyle* iii. 32 Star spent a great deal of time flying about the campus, meeting people.

**A184**

**b.** Frequenting, mingling in the pursuits or society of. Now chiefly in ***about town*** (cf. TOWN *n.* 8b).

> **1575** T. CHURCHYARD *Churchyardes Chippes* vii. f. 59ᵛ, A littell breath I toek than after this And shaept my self, about the Court to be. **1592** T. NASHE *Pierce Penilesse* (Brit. Libr. Copy) sig. C3ᵛ, If hee haue playde the waste-good at the Innes of the Court or about London. **1593** T. NASHE *Strange Newes* 83 Since I first knew him about town. **1604** T. MIDDLETON *Ant & Nightingale* sig. E4, Trulls passing too and fro in the wash-shape of Laundresses, as your Bawdes about London in the manner of Starch-women. **1665** S. PEPYS *Diary* 23 July (1971) VI. 167 If he knew his son to be a debauch, as many and most are nowadayes about the Court, he would tell it. **1711** R. STEELE *Spectator* No. 187 ¶2, I know not whether you have ever heard of the famous girl about Town called Kitty. **1791** 'G. GAMBADO' *Ann. Horsemanship* xv. 60 A young Cockader, about town. **1848** THACKERAY *Vanity Fair* x. 83 A perfect and celebrated 'blood', or dandy about town. **1849** MACAULAY *Hist. Eng.* II. 153 Some Roman Catholics about the court had, indiscreetly or artfully, told all. **1873** TROLLOPE *Eustace Diamonds* ix, I believe she is the greatest liar about town. **1947** P. G. WODEHOUSE *Full Moon* i. 14 The latter's sister..considered that *beau sabreur* and man about town a blot on the escutcheon of a proud family. **2002** *Diva* Mar. 51/1 Whether she can keep her hands and eyes off some delectable diva about town.

**III.** Expressing approximation.

**8.** With times and dates: near, close to, at approximately; = AROUND *prep.* 4b. *about time:* see TIME *n.* 39.

In recent (esp. *U.S.*) use, perh. interpreted as the adverb, with *at* or *in* understood.

> **OE** tr. Pseudo-Apuleius *Herbarium* (Vitell.) cxl. 180 þysse wyrte wyrttruman man sceal niman onbutan midne sumur. **OE** tr. Defensor *Liber Scintillarum* ix. 94 *Nullus desperare debet ueniam etiamsi circa finem uitae ad poenitentiam conuertatur* : nan georwenan scyl forgyfenysse þeah þe he abutan ende lifes to dædbote si gecyrred. **?a1160** *Anglo-Saxon Chron.* (Laud) (Peterborough contin.) anno 1140, Abuton nontid dæies þa men eten. **c1230** (?a1200) *Ancrene Riwle* (Corpus Cambr.) (1962) 16 Abute swuch time as me singeð measse. **c1325** in G. L. Brook *Harley Lyrics* (1968) 37 þe sonnebeem aboute noon Me þohte þat y seȝe. **c1405** (c1385) CHAUCER *Knight's Tale* (Hengwrt) (2003) l. 1331 Thise lordes..to the Citee come Aboute pryme. **1417** *Guildhall Let.-bk.* in R. W. Chambers & M. Daunt *Bk. London Eng.* (1931) 67 Aboute mydday was yolden vn-to vs the Castell of Touque. **c1450** *King Ponthus* (Digby) in *Publ. Mod. Lang. Assoc. Amer.* (1897) 12 27 Aboute the sonne rysyng, was grete crie..for aboute that tyme thre batells..were comyn to gedre. **a1500** (a1460) *Towneley Plays* 146 A starne thus, aboute mydnyght, so bright shynand. **?c1550** tr. P. Vergil *Eng. Hist.* (1846) I. I. 57 Cæsar..abowte the æquinoctiall time of harveste, retourned into Fraunce. **1577** M. HANMER tr. Eusebius in *Aunc. Eccl. Hist.* VI.

**A185**

xlii. 118 About tenne of the clocke, when as they were some what tipsie and wel crommed with vitayles. *a*1616 SHAKESPEARE *Merry Wives of Windsor* (1623) V. i. 11 Bee you in the Parke about midnight. **1656** EARL OF MONMOUTH tr. T. Boccalini *I Ragguagli di Parnasso* 426 About one a clock at night, forty Carts of Hay..were seen to enter the Royal Palace. **1703** *London Gaz.* No. 3968/1, The Privateer being light and clean, came up with her about 4 in the afternoon. **1756** E. BURKE *Vindic. Nat. Society* in *Wks.* I. 27 About this time, another torrent of barbarians..poured out of the south. **1833** C. REDDING *Hist. Mod. Wines* viii. 213 The non-importation of the pure wine took place about 1715. **1882** *Daily News* 22 Mar. 2/8 They returned to their quarters about three o'clock. **1940** T. W. CLARKE *Bloody Mohawk* 36 The Iroquois, about 1660, turned their attention to the Andastes, or Susquehannocks of Pennsylvania and southern New York. **1964** J. MITCHELL *White Father* x. 253 Well, this party's due to end about one, I think. **1993** *Amer. Heritage* Nov. 42/3 (*advt.*) The store introduced the polo coat about 1910.

**9.** With nouns of amount or quantity: near, close to, not much above or below; nearly, approximately. *that's about the size of it:* see SIZE *n.*[1] 10f.

The distinction between this prepositional use of *about* and the adverbial uses in sense A. III. has been slight in recent times. An expression such as *this animal is about the size of a rat* could be taken as containing the adverb, given that a quantitative noun phrase can appear as a complement without an introductory preposition (in, e.g., *this animal is the size of a rat* replacing earlier *this animal is of the size of a rat*), especially given that adverbial *about* can be introduced into a clause of the latter kind (e.g. *this animal is of about the size of a rat*).

*a*1398 J. TREVISA tr. Bartholomaeus Anglicus *De Proprietatibus Rerum* (BL Add.) f. 308, Phisiciens assigneþ many oþer manere colours aboute white, as watry colour and mylky colour. **?c**1425 tr. Guy de Chauliac *Grande Chirurgie* (Paris) 624 Lye..is hote and drye aboute þe þridde degree [L. *calida et sicca circa tertium*] wiþ clensing. **1479** R. CELY *Let.* 14 June in *Cely Lett.* (1975) 52 Of ij salt salers of syluer of the weythe of x unse or xj, or there abode. **1509** S. HAWES *Pastime of Pleasure* (1928) xxxv. 181 And ryght anone I by me espyed On the rockes syde .xij. steppes ful sure And than ryght fast I vpon theym hyed That we were bothe aboute one stature. **1558** W. WARDE tr. G. Ruscelli *Secretes Alexis of Piemount* I. f. 15ᵛ, Powre to it as muche white wine as will couer it all ouer, and adde to it of good oyle olyue aboute the height of two fyngers. **1585** T. WASHINGTON tr. N. de Nicolay *Nauigations Turkie* II. vi. 35 Cituated betweene the Iles of Samos and Lesbos, about the height of Erithase. *a*1616 SHAKESPEARE *Two Gentlemen of Verona* (1623) IV. iv. 155 *Sil.* How tall was she? *Jul.* About my stature. **1699** W. DAMPIER *Voy. & Descr.* I. iv. 72 A fine Coat, or about 1000 Cash, as 'tis called, which is a summ about the value of a Dollar. **1743** G. EDWARDS *Nat. Hist. Birds* I. 41 The Cock Padda or Rice-Bird..is about the Size of a Green-Finch, or rather bigger. **1790** *Chron.* in *Ann. Reg.* 207/1 A girdle-buckle about the bigness of a crown-piece was also dug up. **1847** J. CRAIG *New Universal Dict.*, *Field-staff*, a weapon carried by gunners, about the length of a halberd. **1889** A. B. MARSHALL *Cookery Bk.* xiv. 315 Make a choux pastry..and

**A186**

force it out from the bag..in shapes about the size of a small button mushroom. **1941** J. AGEE & W. EVANS *Let us now praise Famous Men* 130 It is about the temper of faucet water, and tastes slack and faintly sad, and as if just short of stale. **1972** J. BLISH *Star Trek 5* 96 What could only be a robot: metallic, spherical, about the size of a beachball, studded with protuberances. **1998** *New Scientist* 2 May 23/4 The hypoglossal canal..is about the width of a pencil.

**IV.** Expressing relation or connection.

**10. a.** Concerning, regarding, with regard to, in reference to; in the matter of. Freq. emphasized by preceding *all*.

Now the regular preposition employed to define the subject matter of verbal or mental activity in a large number of verbal phrases such as *to speak, think, ask, dream, hear about; to give orders, instructions, information about; to form plans, have doubts about.*

*to be on about:* see ON *adv.* 11b. *how about...?:* see HOW *adv.* 4a. *to know about:* see *to know about* — at KNOW *v.* Phrasal verbs. *what about it?:* see WHAT *pron., adj.*[1], and *adv.* 5d.

**OE** *Rule St. Benet* (Tiber.) xxvii. 57 *Omni sollicitudine curam gerat abbas circa delinquentes fratres* : ealre hohfolnesse gymene do abutan [**OE** *Corpus Cambr.* embe] þa agiltendan broðra. **c1230** (?a1200) *Ancrene Riwle* (Corpus Cambr.) (1962) 176 Hu hire stonde abute flesches temptatiuns. **c1300** (?c1225) *King Horn* (Cambr.) (1901) l. 279 Abute [**c1300** *Laud* abote, **c1325** *Harl.* aboute] horn þe ȝonge To bure for to bringe, He þoȝte vpon his mode. **a1382** *Bible* (Wycliffite, E.V.) (Douce 369(1)) (1850) Wisd. xiv. 22 It suffisede not, them to han erred aboute the kunnyng of God. **a1400** (a1325) *Cursor Mundi* (Vesp.) l. 24795 þe king..wit seand, For to spek a-bute [*Gött.* of] sum pais. **1423** in R. W. Chambers & M. Daunt *Bk. London Eng.* (1931) 160 Paide to þe same Carpenter for his labour abownten þe biynge of tymber and bordes. **c1449** R. PECOCK *Repressor* I. xx. 121 Defautis doon aboute ymagis & pilgrimagis ben myche liȝter & esier to be amendid. **1486** in M. Oppenheim *Naval Accts. & Inventories Henry VII* (1896) 23 Paid..to John Haster..for his costes..attending about the bringing of the same ship into her dokke. **1505** in *Memorials Hen. VII* (1858) 251 The Kynge hymselfe sitithe in cownsaile with hys lords abowte the performacion of the quynes wille. **1556** N. GRIMALD tr. Cicero *Thre Bks. Duties* I. f. 16ᵛ, When he was sent to Rome, aboute the enterchaunging of prisoners. **1565** A. GOLDING tr. Cæsar *Martiall Exploytes in Gallia* VI. f. 155, The Druides are occupied about holy things. **1574** tr. A. Marlorat *Apocalips* 66 Under Sergius the Vice-president of Asia..ther arose a great strife..about the keeping of the Easter. **1600** SHAKESPEARE *Merchant of Venice* I. iii. 106 In the Ryalto you haue rated me About my moneyes and my vsances. **1639** T. FULLER *Hist. Holy Warre* II. xxxv. 89 Two great Lords..fell out about the Sultanie or Vice-royship of that land. **1710-11** SWIFT *Lett.* (1767) III. 91 Bid him tell you all about the bottle of palsey water by Smyth. **1744** J. BARTRAM *Let.* 1 Sept. in *Corr.* (1992) 244 I..am very thankful for thy information about ye Stewartia & Smiths magnolia. **1801** M. EDGEWORTH *Belinda* I. xii. 355 He recollected that the man who came about the burgundy was waiting for him. **1825** H. WILSON *Mem.* I. i. 22 Some day,

**A187**

Case 1:07-cv-00333-SLR   Document 291-8   Filed 09/23/09   Page 27 of 37
Oxford English Dictionary about, adv., prep., adj., and int.
Page 23 of 30

perhaps soon, you shall know all about me. **1877** *Spirit of Times* 24 Nov. 450/3 A galaxy of able writers will teach us all about babies. **1899** A. SKEEL & W. H. BREARLEY *King Washington* 122, I cannot explain about the robbery in your father's garden without disloyalty to my duty. **1913** *Saturday Evening Post* 22 Feb. 6/1 Managers understand all about the twaddle that is bandied about. **1943** L. I. WILDER *These Happy Golden Years* xxi. 192 Neither of you need worry about the dishes... I'll wash and Grace will wipe. **1974** I. MURDOCH *Sacred & Profane Love Machine* 58 He had certainly no pre-conceived theory about the sort of woman he might marry. **2002** R. MISTRY *Family Matters* (2003) vii. 142 He heard all about his clients' lives: the birth of a child; a family quarrel about money; a wife left behind in the village; [etc.].

**b.** Following adjectives expressing mental or emotional states. With many words, replacing earlier *of*: cf. OF *prep.* 38.
*cracked, crazy, happy, mad about*, etc.: see the first element.

?**c1200** *Ormulum* (Burchfield transcript) l. 8062 Uss birrþ beon full hoȝhefull Abutenn ure sawless. **a1225** (OE) *Rule St. Benet* (Winteney) 67 Hu gleaw and carafull sceall beon seo abbodesse abuten [**OE** *Corpus Cambr.* ymbe; L. *circa*] þa amansumadan. **1615** G. SANDYS *Relation of Journey* III. 206 The two brethren grew..dissentious about the deuision of their purchases. **1634** T. HERBERT *Relation Trav.* 149 Not very inquisitiue about forreigne affaires. **1676** J. GLANVILL *Seasonable Refl.* 31 'Tis equally absurd to be sportive about affairs that are serious. **1706** tr. L. E. Du Pin *New Eccl. Hist. 16th Cent.* II. V. 43 Cassander is much perplexed about the Office of Prime, how to reconcile it with the ancient Lauds. **1744** T. BIRCH *Life Boyle* 296 It was not uncustomary for any one of the hearers, who was unsatisfied about any matter then uttered, to give in his objections. **1777** D. HUME *Ess. & Treat.* I. 193 Shall we be indifferent about what happens? **1819** BYRON *Don Juan* I. cxxi, 'Twas in November, but I'm not so sure About the day—the era's more obscure. **1855** E. E. STUART *Let.* 15 Oct. in R. Stuart et al. *Stuart Lett.* (1961) II. 703, I am exceedingly sorry about the silly spat between Miss Coxe & Mary. **1871** D. G. ROSSETTI *Let.* 4 Aug. (1967) III. 966, I (like most artists) am quite ignorant about picture cleaning. **1919** H. CRANE *Let.* 13 Dec. (1965) 27, I am thoroughly confident about the thing itself. **1925** *Woman's World* Apr. 27/3 (*advt.*) It is true, Madame, women put their birthdays on their backs when they become careless about their figures. **1995** M. COREN *Conan Doyle* (1996) iv. 86 He was untidy, often forgetful about his dress and sometimes ill-prepared as a lecturer. **2004** H. KUNZRU *Transmission* (2005) 139 Increasingly self-conscious about the foppishness of his gestures.

**c. *to be (all) about*:** (*a*) to have as subject matter, to be concerned with; (*b*) to consist of essentially, to have as point or purpose; ***that is what it is all about*:** that is the reality of a particular situation or of life in general; (*c*) to be principally concerned with; to be in favour of or fond of.

**a1400** (**a1325**) *Cursor Mundi* (Gött.) l. 7080 And al þe enchesun of þis strijf,

**A188**

was about [*Vesp.* for] rauysching of a wijf. **1523** QUEEN MARGARET OF SCOTL. in M. A. E. Wood *Lett. Royal & Illustrious Ladies* (1846) I. 301 The cause of this is about the benefices, for the governor hath named them to sundry persons, but he..holdeth them in his hands. **1579-80** T. NORTH tr. Plutarch *Lives* (1656) 728 The greatest..difference that fell out between them, was about the outlawing of Cicero. **1608** R. WEST *Wits A.B.C.* B3ᵛ, And yet the cause as Fame the newes doth bring, Is all about a very little thing. **1676** BP. G. BURNET *Relation Conf. held about Relig.* 82 That whole dispute, as he represents it, was all about Inferences and Deductions from Scripture. **1724** D. DEFOE *Roxana* 343 She..singl'd out my Friend the Quaker, and chatted with her on several things; but I observ'd too, that it was all about indifferent Matters. **1764** A. MURPHY *What we must all come To* II. 37 What do you think it was all about—ha! ha! —the whole secret is come out, ha! ha!—It was all about a game of cards—ha! ha! **1839** DICKENS *Nicholas Nickleby* xxxvii. 361 Mrs. Nickleby had entertained Smike with a genealogical account of her family by the mother's side..and Smike had sat wondering what it was all about. **1895** W. CARLETON *Rhymes of our Planet* 55, I could see her mind revolving in the realms of faith and doubt; And the problem she was solving, what this world is all about. **1937** P. TOMLIN *Love Bug will bite You* (song) 2 That's what love is all about. **1962** *Listener* 20 Dec. 1046/2 This immense transition—from being a slave to being a friend—is what Christianity is all about. **1980** 'SUGARHILL GANG' *8th Wonder* (song) Ya see I'm all about makin that cold cold cash. **1984** A. BROOKNER *Hotel du Lac* 166 They like the feeling that they have had to fight other men for possession. That is what it is all about, really. **2006** *N.Y. Times* (National ed.) 3 Aug. D6/4 This hotel is about eccentricity and the unorthodox.

**d.** Of a discourse, text, film, etc.: on the subject of, dealing with. (Formerly used in titles and headings.)

Cf. ON *prep.* 25c. In modern use, *about* tends to suggest general or casual treatment of a subject, whereas *on* tends to suggest more detailed or scholarly treatment.

*a*1578 R. LINDSAY *Hist. & Cron. Scotl.* (1899) II. 315 About the sufferring of ane day of law anens the clairk of Sanctandros. **1599** in T. Fowler *Hist. Corpus Christi Coll.* (1893) 351 About the pitching of fines..and grants of copyhold land. **1638** F. DU JON *Painting of Ancients* 236 Our discourse is not about ordinary workmen, but wee doe rather speake of such men as are Painters indeed, that is, men of excellent wittes and great. **1699** R. BENTLEY *Diss. Epist. Phalaris* (new ed.) Pref. p. lxiv, He insinuates a blind story about *something* and *some body.* **1749** H. FIELDING *Tom Jones* VI. XVI. iv. 36 He ran on a long, unintelligible Story about his Wife. **1797** A. M. BENNETT *Beggar Girl* V. iv. 104 He will yaw a parcel of nonsense about jukes and lords. **1848** THACKERAY *Vanity Fair* xiv. 118 She told many a good story about Miss Crawley's illness in after days. **1891** W. MORRIS *News from Nowhere* iii. 20 Also I am writing a sort of antiquarian book about the peaceable and private history, so to say, of the end of the nineteenth century. **1940** E. POUND *Let.* 18 Jan. (1971) 334, I have now the text of Erigena, and *if* I could get hold of the recent publications about him, I could write quite a

**A189**

Case 1:07-cv-00333-SLR   Document 291-8   Filed 09/23/09   Page 29 of 37
Oxford English Dictionary about, adv., prep., adj., and int.
Page 25 of 30

chunk. **1964** P. WHITE *Let.* 14 Dec. (1994) ix. 275, I tried to write a book about saints, but saints are few and far between. **1992** *N.Y. Times* 18 Feb. C13/1 It is the most searing film about Hollywood in years.

**e.** *Betting* (chiefly *Brit.*). With a specific or general statement of the odds available: in regard to the victory of (a particular horse, team, etc.), or the occurrence of (a certain event); as the odds for. Cf. ON *prep.* 17b.

> **1833** *New Sporting Mag.* Mar. 380/1 The same noble lord that took the odds about Prince Llewellyn, backed him [*sc.* the Duke of Rutland's colt] 18 to 1. **1880** *Times* 30 Apr. 6/3 At first even money was betted on Flotsam, 2 to 1 taken about Frivola, and 5 to 1 about Aristocrat. **1919** W. A. FRASER *Bulldog Carney* iii. 145 Almost like an equine statue stood Waster, so still, so sleepy-like, that those who had taken long odds about him felt a depression. **1987** *Racing Ahead* Mar.-Apr. 18/1 Early-comers had 100-8 about this French-trained seven-year-old. **1998** *Odds On* June 3/1 Royal Ascot, where we'd be in line to get a decent price about him. **2007** *Guardian* (Nexis) 18 May (Sport section) 7 Both sides can be backed at 9-1..to win in extra-time while Totesport offer 10-1 about either team winning on penalties.

**11. a.** Occupied with, attending to; dealing with; interfering or meddling in; attempting; cf. sense A. 11a. Now chiefly in phrases: see note below.

*about one's business*: see BUSINESS *n.* 16e. *to go about something*: see *to go about* at GO *v.* Phrasal verbs 2. ***to know what one is about***: to be fully aware of what one is doing, to be acting deliberately. ***while one is about it***: while one is doing something already undertaken, so as to save time or effort or as a useful addition.

In quot. c1225, *busy about* is transitional in sense, meaning both 'busy round' and 'busy in attending to'.

> **a1225** (?c1175) *Poema Morale* (Lamb.) l. 267 in R. Morris *Old Eng. Homilies* (1868) 1st Ser. 175 þa þe weren eure abuten þisse worldes echte. **c1225** (?c1200) *St. Margaret* (Bodl.) 36 Ich am..in hare beddes se bisi ham a-buten, þet summes-weis ha schulen ham sclepinde sulen. **c1300** (c1250) *Floris & Blauncheflur* (Cambr.) 87 þu ert abute [*v.r.* þou desirest] þin oȝe deþ. **a1400** (a1325) *Cursor Mundi* (Vesp.) l. 6555, I haue a-bute your errand ben. **c1430** (c1386) CHAUCER *Legend Good Women* 1612 This thyng the whiche ye ben aboute. **c1475** (?c1400) *Apol. Lollard Doctr.* (1842) 23 þe souereynes of þe kirke howun not to curse for temporal þingis, ne bisy a bowt hem. **a1500** (a1450) *Generides* (Trin. Cambr.) 1173 This ij yere we haue ben it abought. **a1593** MARLOWE *Tragicall Hist. Faustus* (1604) sig. D3, Keepe out, for I am about a roaring peece of worke. **a1616** SHAKESPEARE *Winter's Tale* (1623) IV. iv. 679 The Prince himselfe is about a peece of Iniquitie. **1663** S. PEPYS *Diary* 2 Sept. (1970) IV. 295 The building of St. James's by my Lord St. Albans, which he is now about. **1669** J. FLAVELL *Husbandry Spiritualized* I. i. 20 Even when he is about his work, how many set-backs doth he meet with? **1701** J. NORRIS *Ess. Ideal World* I. i. 21 A finite intelligence..may sometimes..think of somewhat else

**A190**

than what he is doing, so as to be said in a manner not to mind what he is about. **1751** J. HARRIS *Hermes* III. iv. 376 These Machines..must be the Work of one, who knew what he was about. **1819** M. BAILLIE *First Impressions on Tour upon Continent* 80, I may as well indulge myself in a few more desultory remarks while I am about it. **1848** TROLLOPE *Kellys & O'Kellys* I. i. 15 He knows what he's about, and isn't the man to thrust a Protesthant half as far as he'd see him. **1873** C. G. LELAND *Egyptian Sketch-bk.* 176, I like a man to tell a rouser while he is about it. **1884** 'M. TWAIN' *Adventures Huckleberry Finn* xlii. 427 They slipped up on him and grabbed him and tied him before he knowed what he was about. **1908** W. CHURCHILL *Mr. Crewe's Career* vii. 88 'I ain't got anything again' 'em,' Mr. Ball agreed quickly. 'I guess they know what they're about.' **1938** 'J. BELL' *Port of London Murders* x. 180 You mind what you're about. I'm not going to life-save you a second time. **1952** T. ARMSTRONG *Adam Brunskill* vii. 213 While I'm about it I reckon I might as well have three or four suits, Mr. Trotter. **1995** C. BATEMAN *Divorcing Jack* xxiv. 205 You don't wander into the Congo without knowing what you're about. **2004** H. STRACHAN *Make Skyf, Man!* xxii. 254 While I'm about it I get a tube of fruitgums too.

**b.** *long* (also *slow, quick,* etc.) *about something*: long (or slow, quick, etc.) in the performance or execution of something.

*a*1616 SHAKESPEARE *Coriolanus* (1623) I. i. 124 *Men.* I will tell you, If you'l bestow a small (of what you haue little) Patience awhile; you'st heare the Bellies answer. *2 Cit.* Y'are long about it. **1683** T. TRYON *Way to Health* (1697) iv. 83 No Baker can preserve the pure white Colour in his fine small Bread, if he be not quick about it. **1745** B. FRANKLIN *Let.* 17 Aug. in *Writings* (1987) 429 As I write in the market, [the letter] will, I believe, be but a short one, tho' I may be long about it. **1843** DICKENS *Christmas Carol* i. 32 'You must have been very slow about it, Jacob.'.. 'Slow!' the Ghost repeated. 'Seven years dead,' mused Scrooge. 'And travelling all the time?' **1878** G. MACDONALD *Ann. Quiet Neighb.* iv. 44 Whoever made it has taken long enough about it. **1932** W. FAULKNER *Light in August* xv. 328 'Are they going to wait on Jefferson?'.. 'Well, if Jefferson ain't too long about it.' **1984** A. SMITH in G. Ursell *More Saskatchewan Gold* I. ii. 28 As for you Miss Mary Contrary, if you want a glass of milk and some Kuchen before you go to bed you'd better be real quick about it. **2007** *Sun Jrnl.* (N. Carolina) (Nexis) 12 Oct., The important thing for a husband to remember is to do what she asks you to do and don't be slow about it. You'll avoid a lot of trouble that way.

**†c.** With verbal noun: on the point of (doing something). Cf. senses A. 11a , A. 12. *Obs.*

*a*1646 J. BURROUGHS *Expos. upon 8th, 9th & 10th Chapters Hosea* (1650) 253 And if it be so woful a thing when God departs, truly then when God is about departing we had need cry mightily to him, both for Kingdoms and particular souls. **1683** tr. Eusebius *Life Constantine* II. v. in tr. Eusebius *Hist. Church*

**A191**

553/1 When he was just about beginning a fight, he called together the choicest of his *Protectors*..into a certain place which by them was accounted sacred. **1717** C. CIBBER *Nonjuror* i. 1, I was about buying a pad-nag for your sister. **1787** J. ADAMS *Wks.* (1854) IX. 552, I was told by a bookseller that he was about getting it translated into Dutch. **1793** J. SMEATON *Narr. Edystone Lighthouse* (ed. 2) §254 The season we were then about concluding. **1849** H. MELVILLE *Redburn* xiv. 93 As I was about leaving the forecastle, I happened to look at my hands. **1865** T. CARLYLE *Hist. Friedrich II of Prussia* VI. xx. x. 234 England seems about deserting him. **1897** B. STOKER *Dracula* xxvii. 377 In the cold hour the fire began to die, and I was about stepping forth to replenish it.

**†12.** On account of, because of. *Obs.*

**1600** SHAKESPEARE *Henry IV, Pt.* 2 V. i. 21 Do you meane to stop any of Williams wages, about the sacke he lost? *a***1616** SHAKESPEARE *Merry Wives of Windsor* (1623) IV. i. 4 He is very couragious mad, about his throwing into the water.

**†C. adj.** Not straightforward, circuitous; = ROUNDABOUT *adj.* 1. *Obs.*

*a***1460** *Dicts & Sayings Philos.* 87 Loke thu kepe the highe waye, though so be that it be aboute. **1626** BACON *Sylva Sylvarum* (1650) §328. 73 The sure way (though most about) to make gold. **1631** J. MABBE tr. F. de Rojas *Spanish Bawd* 195 Though it be somewhat about, yet it is the more private way. **1651** tr. *Bacon, Life & Death* 62 The Operation..is slow, and as it were about. **1671** R. HEAD & F. KIRKMAN *Eng. Rogue* III. xix. 284 To the end they might not be stop'd by any Watch, they agreed to go a back-way, which was somewhat about; this they pretended was the reason of their going that way. **1753** S. RICHARDSON *Hist. Sir Charles Grandison* II. xix. 204 As a man would do, who finding himself unable to pursue his journey by one road..takes another, which, tho' a little about, carries him home in safety. **1760** L. STERNE *Life Tristram Shandy* VII. ii. 10 The road by Lisle and Arras..is the most about—but most interesting, and instructing.

**†D. int.** As an injunction: 'to work!'; 'get busy!' *Obs.*

**1604** SHAKESPEARE *Hamlet* II. ii. 590 Fie vppont, foh. About my braines. *a***1616** SHAKESPEARE *Merry Wives of Windsor* (1623) V. v. 54 About, about, Search Windsor Castle (Elues) within, and out.

## PHRASES

**P1. *much about*:** very nearly, almost exactly; very near. Now *rare*.
*about* here is used chiefly as a preposition, but occasionally as an adverb: cf. Branches A. III.

**A192**

, B. III.

1542 N. UDALL tr. Erasmus *Apophthegmes* 248 b, The thousande pieces wer muche about the summe of twentie nobles sterlynges. 1597 SHAKESPEARE *Richard III* V. v. 23 Thomas the Earle of Surrey and himselfe, Much about cockshut time..Went through the army cheering vp the soldiors. *a*1613 T. OVERBURY *Wife* (1614) sig. E1ᵛ, His life is for ease and leisure, much about Gentleman-like. 1698 tr. L. Hennepin *New Discov. in Amer.* xxxv. 141 The *Miamis* arriv'd much about that time. 1713 W. TAVERNER *Female Advocates* IV. ii. 46 Sir Charles *Transfer* and her Ladyship will be made one, in—let me see, how long—'Sdeath, I believe it is much about done already. 1768 O. GOLDSMITH *Good Natur'd Man* III. 41 He's much about my size and figure. 1817 J. AUSTEN *Let.* 25 Mar. (1995) 337 She *expects* much about this day three weeks, & is generally very exact. 1861 DICKENS *Great Expectations* II. ii. 21 'That makes it worse.' 'You think so?' returned Mr Wemmick. 'Much about the same, I should say.' 1910 A. BENNETT *Clayhanger* in *Clayhanger Family* (1925) III. i. 325 'Oh!' he answered soothingly, and yet with condescension, 'it's much about what everybody expected.' 2000 *Statesman* (India) (Nexis) 27 Dec., The texture of the paper on which the journal appears is also much about the same as a Bank of England note.

**P2.** **to do (*something*) about**: (with *what* or indefinite pronoun as object) to take action in order to resolve a difficulty presented by (a person or thing).

1654 J. BURROUGHES *Saints Treasury* v. 119 What hast thou done about those things that are of such infinite weight and consequence? 1666 S. PEPYS *Diary* 27 Aug. (1972) VII. 262 Sir G. Carteret..tells me what is done about my Lord's pardon. 1710 SWIFT *Let.* 28 Nov. in *Wks.* (1763) XI. 50 If there be any Thing to be done about expediting the Forms, wherein my Service can be of Use. 1722 *Philos. Trans.* (Royal Soc.) 32 16, I was then put to it what to do about the stump of the os humeri. 1845 B. DISRAELI *Sybil* I. I. ii. 12 'Will any one do anything about Hybiscus?' sang out a gentleman in the ring at Epsom. 1856 E. E. STUART *Let.* 26 Sept. in R. Stuart et al. *Stuart Lett.* (1961) II. 745, I am troubled about the Frazer Deed—What can I do about it? 1927 V. SACKVILLE-WEST *Let.* 25 Feb. in *Lett. to V. Woolf* (1984) 159 Do let us try to do something about these young men. 1972 M. KLINE *Math. Thought* xli. 1002 Zermelo took up the problem of what to do about the comparison of the cardinal numbers of sets that are not well-ordered. 2006 E. DARWIN *Math. of Love* III. ii. 227 And him not able to do a thing about it.

**P3.** *colloq.* (now chiefly *Sc.*). **that's all about it**: 'that is all there is to be said'; 'there's an end of the matter'.

1813 D. W. PAYNTER *Godfrey Ranger* I. v. 94 He seed these two devilkins, and somebody like your son..going through his fields with something like the things that is missing; and so that's all about it. 1838 DICKENS *Oliver Twist* I. xiii. 197

**A193**

'Why, the traps have got him, and that's all about it,' said the Dodger sullenly. **1934** <u>L. G. GIBBON</u> in *Scots Quair* (1995) iv. 188, I want a change. So I've ta'en on the job of ship's carpenter, on the Vulture, bound for Newfoundland. That's all about it. **2001** J. BOYLE *Galloway Street* 58 She has to learn to do what she's told and that's all about it. It'll teach her a lesson.

**P4.** *colloq.* ***to be about it***: to be more or less correct; to be adequate. Chiefly in ***that is about it***: the matter, task, account, etc., is more or less finished or complete; 'there is little more to say'. Cf. *that's it* at <u>IT</u> *pron.* 2f. Usually with stress on *it*.

**1850** <u>THACKERAY</u> *Pendennis* II. xx. 194 Eighteen hundred a-year in land, and twenty-two thousand five hundred in the Three-and-a-half per Cents.; that's about it. **1889** '<u>M. TWAIN</u>' *Connecticut Yankee* xxxiv. 443 'They reason that we were advantaged by no parlous start of them, and being on foot are as yet no mighty way from where we took the water.' 'Yes, sire, that is about it, I am afraid, though I was hoping better things.' **1952** <u>A. WILSON</u> *Hemlock & After* I. iv. 74 'If I'm tired, I'm rather happy too, my dear.' *Rather* happy was about it, he thought. **1963** <u>T. PARKER</u> *Unknown Citizen* v. 120 You give your missus so much money a week, you knock a few kids out of her, and that's about it, really. **1981** T. C. BOYLE *Water Music* (1983) I. 22 A goat-hair tent, a change of *juddah*, a pot, a cookstove, a leaky hookah and a blunt-edged saber..—that's about it. **2006** *Arena* Oct. 185/3 Over the last 40 years the 'Jam Tarts' have won the Scottish Cup in 1998, and, well, that's about it.

**†P5.** ***about and about***: very nearly the same; very much alike. *Obs. rare.*

**1867** *Congress. Globe* 8 Jan. 331/2 Men were created equal. That is, at the very outstart the cytoblast, the primal cell,..was about and about.

---

## COMPOUNDS

With *to* followed by an infinitive, with the sense 'soon to perform the action indicated by the infinitive' (*esp.* (in ***about-to-be*** followed by a past participle) in passive sense 'soon to undergo the action indicated by the infinitive').

**C1.** Forming a noun phrase. With *the*.

**1800** G. BENNET *Olam Haneshamoth* iv. 75 The *Was*, the *Is*, and the *About-to-come*. **1854** *Putnam's Monthly* Dec. 609/1 'Future', again, is the *about to be*. **1893** <u>R. KIPLING</u> *Bridge-Builders* in *Illustr. London News* Christmas 3/1 'My honour is the honour of this bridge,' he would say to the about-to-be-dismissed. **1922** *Times* 27 Dec. 11/5 The despairing crowd of the about-to-be-labelled. **2000** G. LLOYD in C. Mackenzie & N. Stoljar *Relational Autonomy* v. 117 The

**A194**

ties of companionship and loyalty that bind him to the dead and to the about-to-die.

**C2.** Forming an *attrib.* phrase. Cf. *soon-to-be* at <u>SOON</u> *adv.* 9 , <u>NEVER</u> *adv.* and *int.* Special uses 1a.

**1803** <u>J. BENTHAM</u> *Plea for Const.* §6. 21 In a new planted or about to be planted colony. **a1834** <u>S. T. COLERIDGE</u> *Lit. Remains* (1836) I. 342 Between the destroyed and the about-to-be renovated world. **1836** *Times* 20 Dec. 3/5 The about-to-retire member for East Cornwall. **1883** *Atlantic Monthly* Sept. 297/2 'Curious is it,' said the count, 'that you and the about-to-make-his-appearance tenor should the same name have.' **1922** G. OVERTON *When Winter comes to Main St.* iii. 59 As stated, the crew in the about-to-collapse boat was Stewart Edward White. **1966** <u>T. PYNCHON</u> *Crying of Lot 49* iii. 57 Metzger handed Oedipa aboard the about-to-be-hijacked vessel. **1991** *She* May 84/1 Together we mapped out the liberated relationships with men we'd have in an about-to-dawn New Age. **2002** P. AUGER & <u>J. PALMER</u> *Rise of Player Manager* ii. 13 The about-to-be privatized public utilities.

# THE

# AMERICAN

# HERITAGE®

# DICTIONARY

## OF THE

### ENGLISH LANGUAGE

THIRD EDITION



**HOUGHTON MIFFLIN COMPANY**

*Boston · New York*

Kurt F. Wendt Library
University of Wisconsin - Madison
215 N. Randall Avenue
Madison, WI 53706-1688

Words are included in this Dictionary on the basis of their
usage. Words that are known to have current trademark
registrations are shown with an initial capital and are also
identified as trademarks. No investigation has been made of
common-law trademark rights in any word, because such
investigation is impracticable. The inclusion of any word in
this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to
proprietary rights. Indeed, no definition in this Dictionary is
to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered
trademarks of Forbes Inc. Their use is pursuant to a license
agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead
Data Central, Inc., providers of the LEXIS®/NEXIS® services,
for its assistance in the preparation of this edition of
*The American Heritage® Dictionary.*

Copyright © 1996, 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any
form or by any means, electronic or mechanical, including
photocopying and recording, or by any information storage or
retrieval system without the prior written permission of
Houghton Mifflin Company unless such copying is expressly
permitted by federal copyright law. Address inquiries to
Reference Permissions, Houghton Mifflin Company, 222
Berkeley Street, Boston, MA 02116.

*Library of Congress Cataloging-in-Publication Data*
The American heritage dictionary of the English language.
—3rd ed.
     p.   cm.
  ISBN 0-395-44895-6
  1. English language—Dictionaries.
PE1628.A623     1992                              92-851
423—dc20                                         CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin
trade and reference books and multimedia products, visit
The Bookstore at Houghton Mifflin on the World Wide Web
at http://www.hmco.com/trade/.

**A197**

This material may be protected by Copyright law (Title 17 U.S. Code)

*anormal,* from Medieval Latin *anormâlis,* blend of Late Latin *abnormis* (Latin *ab-,* away from; see **AB-**[1] + Latin *norma,* rule; see **gnô-** in Appendix) and *anōmalus;* see ANOMALOUS.] —**ab·nor´mal·ly** *adv.*

**ab·nor·mal·i·ty** (ăb´nôr-măl´ĭ-tē) *n., pl.* **-ties. 1.** The condition of not being normal. **2.** A phenomenon or occurrence that is not normal.

**abnormal psychology** *n.* Psychopathology.

**Ab·o** or **ab·o** (ăb´ō) *n., pl.* **-os.** *Offensive Slang.* Used as a disparaging term for an Australian aborigine: *"A group of Australian words such as abo (aborigine) or tyke (Catholic) display a degree of intolerance"* (Leonard Santorelli).

**a·board** (ə-bôrd´, ə-bōrd´) *adv.* **1.** On board a ship, train, aircraft, or other passenger vehicle. **2.** In or into a group, organization, or business: *"By bringing aboard a number of blacks as department heads, lawyers, and accountants, the Mayor has also broadened the racial mix in top city jobs"* (Christian Science Monitor). **3.** *Baseball.* On base. —**aboard** *prep.* On board of; on; in. [Middle English *abord : a-,* on; see **A-**[2] + *bord,* ship (from Old English *bord*).]

**a·bode** (ə-bōd´) *v.* A past tense and a past participle of **abide.** —**abode** *n.* **1.** A dwelling place; a home. **2.** The act of abiding; a sojourn. [Middle English *abod,* home, from *abiden,* to wait. See ABIDE.]

**ab·ohm** (ăb-ōm´) *n.* The centimeter-gram-second electromagnetic unit of resistance, equal to one billionth of an ohm.

**a·bol·ish** (ə-bŏl´ĭsh) *tr.v.* **-ished, -ish·ing, -ish·es. 1.** To do away with; annul. **2.** To destroy completely. [Middle English *abolisshen,* from Old French *aboliss-,* from Latin *abolēre.* See **al-**[3] in Appendix.] —**a·bol´ish·a·ble** *adj.* —**a·bol´ish·er** *n.* —**a·bol´ish·ment** *n.*

---

**SYNONYMS:** abolish, exterminate, extinguish, extirpate, eradicate, obliterate. These verbs mean to get rid of. *Abolish* applies only to doing away with conditions, practices, or regulations, not material things or persons: *The legislature passed a law to abolish the surtax. Exterminate* suggests total destruction, as of living things, by a deliberate, selective method: *Entire peoples were exterminated in the concentration camps. Extinguish* means to put out a flame or something likened to a flame: *Repeated rebuffs couldn't extinguish my enthusiasm. Extirpate* suggests effective destruction by removing roots or entrenched causes: *The police arrested dealers in an attempt to extirpate drug abuse. Eradicate* shares the connotations of *extirpate* but stresses the resistance to dislodgment offered by the object: *Scientists are working to find a serum to eradicate the disease. Obliterate* means to destroy so as to leave no trace: *Amnesia mercifully obliterated his memory of the accident.*

---

**ab·o·li·tion** (ăb´ə-lĭsh´ən) *n.* **1.** The act of doing away with or the state of being done away with; annulment. **2.** Abolishment of slavery. [Latin *abolitiō, abolitiōn-,* from *abolēre,* past participle of *abolēre,* to abolish. See ABOLISH.] —**ab´o·li´tion·ar´y** (-lĭsh´ə-nĕr´ē) *adj.*

**ab·o·li·tion·ism** (ăb´ə-lĭsh´ə-nĭz´əm) *n.* Advocacy of the abolition of slavery. —**ab´o·li´tion·ist** *n.*

**ab·o·ma·sum** (ăb´ō-mā´səm) *n., pl.* **-sa** (-sə). The fourth division of the stomach in ruminant animals, such as cows, sheep, and deer, in which digestion takes place. —**ab´o·ma´sal** (-səl) *adj.*

**A-bomb** (ā´bŏm´) *n.* See **atom bomb** (sense 1).

**a·bom·i·na·ble** (ə-bŏm´ə-nə-bəl) *adj.* **1.** Unequivocally detestable; loathsome: *abominable treatment of prisoners.* **2.** Thoroughly unpleasant or disagreeable: *abominable weather.* [Middle English *abominable,* from Old French, from Latin *abōminābilis,* from *abōminārī,* to abhor. See ABOMINATE.] —**a·bom´i·na·bly** *adv.*

**abominable snowman** *n.* A hairy humanlike animal reportedly inhabiting the snows of the high Himalaya Mountains. Also called *yeti.*

**a·bom·i·nate** (ə-bŏm´ə-nāt´) *tr.v.* **-nat·ed, -nat·ing, -nates.** To detest thoroughly; abhor. [Latin *abōminārī, abōminât-,* to deprecate as a bad omen : *ab-,* away; see **AB-**[1] + *ōmen,* omen.] —**a·bom´i·na´tor** *n.*

**a·bom·i·na·tion** (ə-bŏm´ə-nā´shən) *n.* **1.** Abhorrence; disgust. **2.** A cause of abhorrence or disgust.

**ab·o·ral** (ăb-ôr´əl, -ōr´-) *adj.* Located opposite to or away from the mouth.

**ab·o·rig·i·nal** (ăb´ə-rĭj´ə-nəl) *adj.* **1.** Having existed in a region from the beginning; aboriginal: *aboriginal forests.* See Synonyms at **native. 2.** Of or relating to aborigines. —**aboriginal** *n.* An aborigine. —**ab´o·rig´i·nal·ly** *adv.*

**ab·o·rig·i·ne** (ăb´ə-rĭj´ə-nē) *n.* **1.** A member of the indigenous or earliest known population of a region. **2.** *aborigines.* The flora and fauna native to a geographic area. [From Latin *aborīginēs,* original inhabitants (folk etymology of a pre-Roman tribal name) : *ab-,* from; see **AB-**[1] + *orīgine,* ablative of *origō,* beginning; see ORIGIN.]

**a·born·ing** (ə-bôr´nĭng) *adv.* While coming into being or getting under way: *"Our own revolutionary war almost died aborning through lack of popular support"* (William Randolph Hearst, Jr.).

**a·bort** (ə-bôrt´) *v.* **-bort·ed, a·bort·ing, a·borts.** —*intr.*

**1.** To give birth before the embryo or fetus is capable of surviving on its own; miscarry. **2.** To cease growth before full development or maturation. **3.** To terminate an operation or procedure, as with a project, a missile, an airplane, or a space vehicle, before completion. —*tr.* **1.** To cause to terminate pregnancy prematurely, before the embryo or fetus is viable, **b.** To cause the expulsion of (an embryo or fetus) before it is viable. **2.** To interfere with the development of; conclude prematurely: *abort plans for a corporate takeover.* **3.** To terminate before completion: *abort a trip because of illness; abort a spaceflight; abort a takeoff.* **4.** To stop the progress of (a disease, for example). —**abort** *n.* **1.** The act of terminating an operation or procedure, as with a project, a missile, an airplane, or a space vehicle, before completion. **2.** *Computer Science.* A procedure to terminate execution of a program when an unrecoverable error or malfunction occurs. [Latin *abortāre,* frequentative of *aborirī, abort-,* to disappear, miscarry : *ab-,* away; see **AB-**[1] + *orīrī,* to appear; see **er-**[1] in Appendix.]

**a·bor·ti·fa·cient** (ə-bôr´tə-fā´shənt) *adj.* Causing abortion. —**abortifacient** *n.* A substance or device used to induce abortion.

**a·bor·tion** (ə-bôr´shən) *n.* **1.** Induced termination of pregnancy and expulsion of an embryo or fetus that is incapable of survival. **2.** A miscarriage. **3.** Cessation of normal growth, especially of an organ or other body part, prior to full development or maturation. **4.** An aborted organism. **5.** Something malformed or incompletely developed; a monstrosity.

**a·bor·tion·ist** (ə-bôr´shə-nĭst) *n.* One who performs abortions.

**a·bor·tive** (ə-bôr´tĭv) *adj.* **1.** Failing to accomplish an intended objective; fruitless: *an abortive attempt to conclude the negotiations.* **2.** *Biology.* Partially or imperfectly developed: *an abortive organ.* —**a·bor´tive·ness** *n.*

**ABO system** *n.* A classification system for human blood that identifies four major blood types based on the presence or absence of two antigens, A and B, on red blood cells. The four blood types (A, B, AB, and O, in which O designates blood that lacks both antigens) are important in determining the compatibility of blood for transfusion.

**a·bou·li·a** (ə-bōō´lē-ə, ə-byōō´-) *n.* Variant of *abulia.*

**a·bound** (ə-bound´) *intr.v.* **a·bound·ed, a·bound·ing, a·bounds. 1.** To be great in number or amount. **2.** To be fully supplied or filled; teem. See Synonyms at **teem**[1]. [Middle English *abounden,* from Old French *abonder,* from Latin *abundāre,* to overflow : *ab-,* away; see **AB-**[1] + *undāre,* to flow (from *unda,* wave; see **wed-**[1] in Appendix).]

**a·bout** (ə-bout´) *adv.* **1.** Approximately; nearly: *The interview lasted about an hour.* **2.** Almost: *The job is about done.* **3.** To a reversed position or direction: *Turn about and walk away slowly.* **4.** In no particular direction: *wandering about with no place to go.* **5.** All around; on every side: *Let's look about for help.* **6.** In the area or vicinity; near: *spoke to a few spectators standing about.* **7.** In succession; one after another: *Turn about is fair play.* —**about** *prep.* **1.** On all sides of; surrounding: *I found an English garden all about me.* **2.** In the vicinity of; around: *explored the rivers and streams about the estate.* **3.** Almost the same as; close to; near. **4.a.** In reference to; relating to; concerned with: *a book about snakes; objectivity—a part of what biography is about.* **b.** In the act or process of: *While you're about it, please clean your room.* **5.** In the possession or innate character of: *Keep your wits about you.* **6.a.** Ready or prepared to do something: *The chorus is about to sing.* **b.** *Usage Problem.* Used with a negative to indicate strong intention: *I am not about to concede the point.* —**about** *adj.* **1.** Moving here and there; astir: *The patient is up and about.* **2.** Being in evidence or existence: *Rumors are about concerning his resignation.* [Middle English, from Old English *onbūtan : on,* in; see ON + *būtan,* outside; see **ud-** in Appendix.]

---

**USAGE NOTE:** The construction *not about to* is often used to express determination: *We are not about to negotiate with terrorists.* A majority of the Usage Panel considers this usage acceptable in speech but not in formal writing. • *About* is traditionally used to refer to the relation between a narrative and its subject; *a book about Cézanne, a movie about the Boston Massacre.* This use has lately been extended to refer to the relation between various nonlinguistic entities and the things they make manifest, as in *The party was mostly about showing off their new offices* or *His designs are about the use of rough-textured materials.* This practice probably originates with the expression *That's what it's all about* and may partly reflect implicit deference to the postmodern doctrine that every social artifact and activity can be regarded as a text subject to interpretation. But the usage is still too voguish to have won general acceptance; it is rejected by 59 percent of the Usage Panel in the example *A designer teapot isn't about making tea; it is about letting people know that you have a hundred dollars to spend on a teapot.*

---

**a·bout-face** (ə-bout´fās´) *n.* **1.a.** The act of pivoting to face in the opposite direction from the original, especially in a military formation. **b.** A military command to turn clockwise 180°. **2.** A total change of attitude or viewpoint. —**about-face** *intr.v.* **-faced, -fac·ing, -fac·es.** To reverse direction.

**a·bove** (ə-bŭv´) *adv.* **1.a.** On high; overhead: *the clouds above.* **2.** In heaven; heavenward. **3.a.** Upstairs: *a table in the dining room above.* **b.** To a degree that is over zero: *15° above.* **4.** In or

---

ă pat    oi boy
ā pay    ou out
âr care   ŏŏ took
ä father   ōō boot
ĕ pet    ŭ cut
ē be    ûr urge
ĭ pit    th thin
ī pie    th this
îr pier   hw which
ŏ pot   zh vision
ō toe    ə about, item
ô paw   ♦ regionalism

Stress marks: ´ (primary);
´ (secondary), as in
dictionary (dĭk´shə-nĕr´ē)