# EXHIBIT 13

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

**the·ow** \ˈthā(ˌ)ō\ *n* -s [OE *thēow*; akin to OHG *thiomuoti* servant's disposition, humility, *thionōn* to serve, ON *thjōna* to serve, Goth *thius* servant, and perh. to OIr *techid* he flees, Skt *takti* he hurries; basic meaning: to run] : a British slave of Anglo-Saxon times

**ther-** or **thero-** *comb form* [Gk *thēr-*, *thēro-*, fr. *thēr* — more at FIERCE] : wild beast ⟨*Theromorpha*⟩ ⟨*therodont*⟩

**ther·a·peu·sis** \ˌtherəˈpyüsəs\ *n, pl* **therapeu·ses** \-üˌsēz\ [NL, fr. Gk, treatment, fr. *therapeuein* to attend, treat] : therapeutic treatment : THERAPEUTICS ⟨high pressure oxygen as a means of ~ in CO poisoning —*Science*⟩ ⟨isolation of vitamin K . . . an important advance in ~ —*Surgery, Gynecology & Obstetrics*⟩

**ther·a·peu·tae** \ˌtherəˈpyü(ˌ)tē\ *n pl, cap* [NL, fr. Gk *therapeutai*, pl. of *therapeutēs* attendant, worshiper, medical attendant, fr. *therapeuein* to attend] : ascetics of both sexes held to have dwelt anciently near Alexandria and described by Philo as devoted to contemplation and meditation

**ther·a·peu·tant** \-üt'nt\ *n* -s [¹*therapeutic* + *-ant*] : a healing or curative agent or medicine ⟨plant ~s⟩ ⟨spraying ~s on elms is much easier and cheaper —*Agric. Chemicals*⟩

¹**ther·a·peu·tic** \ˌtherəˈpyüd·ik, -üt|, |ēk\ *also* **ther·a·peu·ti·cal** \|ə̇kəl, |ēk-\ *adj* [*therapeutic* fr. Gk *therapeutikos*, fr. *therapeutos* (verbal of *therapeuein* to attend, worship, treat medically, fr. *therops* attendant) + *-ikos* -ic; *therapeutical* fr. Gk *therapeutikos* + E *-al*] : of or relating to the treatment of disease or disorders by remedial agents or methods : CURATIVE, MEDICINAL ⟨~ diet⟩ ⟨~ dose⟩ ⟨~ approach to criminality⟩ — **ther·a·peu·ti·cal·ly** \|ə̇k(ə)lē, |ēk-, -li\ *adv*

²**therapeutic** \"\ *n* -s *usu cap* [NL *therapeutae* + E *-ic*] : one of the Therapeutae

**therapeutic abortion** *n* : abortion induced when pregnancy constitutes a threat to the mother's life

**therapeutic nihilism** *n* : skepticism regarding the worth of therapeutic agents esp. in a particular disease

**therapeutic positivism** *n* : positivism that undertakes to remedy the ambiguities, paradoxes, and perplexities of traditional philosophical and esp. metaphysical problems by employing logical analysis to disclose the linguistic confusions that give rise to them

**ther·a·peu·tics** \ˌtherəˈpyüd·iks, -üt|, |ēks\ *n pl but sing or pl in constr* [trans. of LL *therapeutica*, fr. Gk *therapeutika*, fr. neut. pl. of *therapeutikos* therapeutic] : a branch of medical science that treats of the application of remedies for diseases : THERAPY — often used in combination ⟨electro*therapeutics*⟩ ⟨chemo*therapeutics*⟩

**therapeutic shock** *n* : SHOCK THERAPY

**therapeutic test** *n* : a test to aid in diagnosis of an undiagnosed disease by giving the specific remedy for the disease suspected ⟨use of liver extract as a *therapeutic test* for suspected pernicious anemia⟩

**ther·a·peu·tist** \ˌtherəˈpyüd·əst, -ütə-\ *n* -s [*therapeutic* + *-ist*] : THERAPIST

**ther·a·pho·sa** \ˌtherəˈfōsə, -ōzə\ *n, cap* [NL, fr. Gk *thēraphion*, dim. of *thēr*, *thērion* wild beast, animal, monster — more at FIERCE] : the type genus of the family Theraphosidae including a rare African spider (*T. blondi*) that is the largest of spiders with a body length of over three inches and a leg span of nearly 10 inches

**ther·a·phose** \ˈtherəˌfōs, -ōz\ *n* -s [NL *Theraphosa*] : a spider of the genus *Theraphosa*

¹**ther·a·pho·sid** \ˌtherəˈfōsəd, -ōzəd\ *adj* [NL *Theraphosidae*] : of or relating to the Theraphosidae

²**theraphosid** \"\ *n* -s : a spider of the family Theraphosidae : BIRD SPIDER

**ther·a·pho·si·dae** \ˌtherəˈfōsəˌdē, -ōzə-\ *n pl, cap* [NL, fr. *Theraphosa*, type genus + *-idae*] : a family of very large chiefly tropical spiders with four spinnerets and the eight eyes in a compact group — see BIRD SPIDER, EURYPELMA, TARANTULA, THERAPHOSA

**ther·a·pist** \ˈtherəpəst\ *n* -s [*therapy* + *-ist*] **1** : a physician concerned with treatment of disease **2** : one trained in applying occupational or physical measures in the treatment or rehabilitation of patients ⟨occupational ~⟩

**ther·a·pon** \ˈtherəˌpän\ *n* [NL, fr. Gk *therapont-*, *therapōn* attendant; akin to Gk *theraps* attendant] **1** *cap* : a genus of small silvery Indo-Pacific percoid fishes — see SILVER PERCH **2** -s : any fish of the genus *Therapon*

¹**the·rap·sid** \thəˈrapsəd\ *adj* [NL *Therapsida*] : of or relating to the Therapsida

²**therapsid** \"\ *n* -s : a reptile of the order Therapsida

**the·rap·si·da** \-sədə\ *n pl, cap* [NL, fr. Gk *theraps* attendant + NL *-ida*] : an order of Reptilia comprising Permian and Triassic reptiles (subclass Synapsida) that are held to be the ancestors of the mammals

**ther·a·py** \ˈtherəpē, -pi\ *n* -ES [NL *therapia*, fr. Gk *therapeia* attendance, medical treatment, fr. *therapeuein* to attend, treat + *-ia* -y — more at THERAPEUTIC] **1** : treatment of disease in animals or plants by therapeutic means ⟨specific ~⟩ ⟨surgical ~⟩ ⟨dance ~⟩ — often used in combination ⟨chemo*therapy*⟩ ⟨syphilo*therapy*⟩ ⟨hydro*therapy*⟩ **2** : PSYCHOTHERAPY **3 a** : treatment of the maladjusted (as prisoners, social agency clients) through a program of clinical, custodial, or casework services in order to further their restoration to society **b** : a force working to relieve a social tension ⟨recreation activities provide a form of community ~⟩ ⟨a human relations program as ~ for workers⟩

**ther·a·va·da** \ˌtherəˈvädə\ *n* -s *usu cap* [Pali *theravāda*, lit., doctrine of the elders, fr. *thera* elder (fr. Skt *sthavira* stout, old, venerable) + *vāda* speech, doctrine, fr. Skt, fr. *vadati* he speaks — more at STEER] : HINAYANA

**ther·a·va·din** \-d'n\ *n* -s *usu cap* [Pali *theravādin*, fr. *theravāda* Hinayana] : an adherent of Hinayana

**ther·blig** \ˈthər(ˌ)blig\ *n* -s [anagram, after Frank B. Gilbreth †1924 Am. engineer] **1** : one of the manual, visual, or mental elements into which an industrial manual operation may be analyzed in time and motion study **2** : a symbol devised for representing a therblig in writing or notation

¹**there** \(ˌ)tha(ə)r, (ˌ)the(ə)r, |ə\ *adv* [ME *ther, there, thar, thare*, fr. OE *thǣr, thēr, thār*; akin to OHG *dār* there, ON & Goth *thar*, Skt *tarhi* then, OE *thæt* that — more at THAT] **1 a** : in or at that place : in or at a place other than that of the speaker — opposed to *here* ⟨stand over ~ until I call you⟩ ⟨put it ~ on that table⟩ ⟨please go home and stay ~⟩ **b** : in or at a place indicated, referred or pointed to, described, or qualified ⟨~, where the roads meet⟩ ⟨for where your treasure is, ~ will your heart be also —Mt 6:21 (AV)⟩ — used to call attention to something ⟨~ goes the dinner bell⟩ ⟨~ he comes now⟩ or point to with approval ⟨~'s glory for you⟩; often used interjectionally ⟨~, look at that⟩ ⟨~, that must be his car now stopping outside⟩ **2** : to or into that place : THITHER — used after verbs of motion or direction ⟨time to go ~ and back⟩ ⟨seldom go ~ any more⟩ ⟨when she got ~ the cupboard was bare —*Mother Goose*⟩ **3** : at that point of time in a continuing action or progress ⟨stop right ~ before you say any more⟩ **4** : in that matter : in that respect : in relation to that ⟨to sleep, perchance to dream: aye, ~'s the rub —Shak.⟩ ⟨just ~ is where I disagree with you⟩ **5** — used interjectionally to express satisfaction ⟨~, that's finished at last⟩ ⟨~, I told you so⟩ or approval ⟨~, that should be enough scrubbing⟩ or encouragement or sympathy ⟨~ now, it's not really that bad, is it⟩ or spitefulness or defiance ⟨I'm not sorry I said it, so ~⟩ — **get there** : to achieve one's object : SUCCEED — **have been there** : to know at first hand ⟨her hold on actuality is everywhere firm. She *has been there* — she knows —L.O.Coxe⟩ — **in there** : continuing the fight or the struggle : not quitting or flagging in effort ⟨plain people . . . will be *in there* fighting for peace and freedom —G.P.Musselman⟩ ⟨a revue that . . . involved the services of a bunch of people who were always *in there* trying —Wolcott Gibbs⟩

²**there** \(ˌ)tha(ə)r, (ˌ)thel, |a, *in sense 1 often* thə(r)\ *pron* [ME *ther, thar*, fr. OE *thǣr*, fr. *thǣr*, adv.] **1** — used as a function word to introduce a sentence or clause in which the subject follows the verb ⟨~ shall come a time⟩ ⟨~ shall be weeping and gnashing of teeth —Lk 13:28 (AV)⟩ ⟨~ are many things to be considered⟩ ⟨~ is no telling when he'll be home⟩ **2** — used as an indefinite substitute for a name ⟨hi ~⟩ ⟨well, hello ~⟩ ⟨say ~, do you have the time⟩

³**there** *like* THERE\ *n* -s [¹*there*] **1** : that place or position — opposed to *here* ⟨there is no here and no ~ . . . in pure space —James Ward⟩ **2** : that point ⟨I'll get everything ready and you take it from ~⟩

⁴**there** \"\ *adj* [¹*there*] **1 a** — used for emphasis esp. after a demonstrative pronoun ⟨I'd rather take those ~⟩ or after a noun modified by a demonstrative adjective ⟨those men ~ can tell you⟩ **b** *substand* — used for emphasis after a demonstrative adjective but before the noun modified ⟨I wouldn't vote for that ~ fellow for anything⟩ **2** : EXISTENT, PRESENT ⟨nothing is more imperiously ~ for observation and study than the tactics —K.D.Burke⟩ ⟨prosperity was ~ and almost every civilian shared in it —*Time*⟩ ⟨the pain was still ~ when he woke up⟩ **3 a** : DEPENDABLE, RELIABLE ⟨he's always right ~ when you need him⟩ **b** : fully conscious : fully aware ⟨an hour that I lay there . . . I was ~ in the head by that time —J.M. Cain⟩

**there·abouts** \ˈ…ə,bau̇ts, …\ *or* **there·about** \-t\ *adv* [*thereabout* fr. ME *ther aboute*, fr. OE *thǣr abūtan*, fr. *thǣr* there + *abūtan* about; *thereabouts* fr. ME *ther aboutes*, fr. *ther aboute* + *-s* (as in *dayes* days)] **1** : near that place : in the neighborhood ⟨film set in the Mojave desert and the mountains *thereabout* —*Sydney (Australia) Bull.*⟩ ⟨stayed there or ~ for several days⟩ **2 a** : near that time or date ⟨got home at six o'clock or ~⟩ ⟨vignettes seen through the French illustrations of the 1850's or ~ —Irving Kolodin⟩ **b** : near that number : near that degree : near that quantity ⟨living in Wessex, off and on, for thirty years or *thereabout* —H.M.Tomlinson⟩ **3** *usu thereabout, archaic* : about that : in connection with that ⟨they were much perplexed *thereabout* —Lk 24:4 (AV)⟩

**there·after** \(ˈ)…\ *adv* [ME *therafter*, fr. OE *thǣr æfter*, fr. *thǣr* there + *æfter* after] **1** : after that ⟨died that year, and his wife died soon ~⟩ : from then on : THENCEFORTH ⟨~ he wrote only occasionally⟩ **2** *archaic* : according to that : ACCORDINGLY

**there·against** \…\ *adv* [ME *there agenst*, fr. ¹*there* + *agenst* against] : against that : against it : on the contrary

**there·among** \…\ *adv* [ME, fr. ¹*there* + *among*] : among them : among that

**there·anent** \…\ *adv* [¹*there* + *anent*] : with reference to that matter, subject, or affair

**there·at** \(ˈ)…\ *adv* [ME, fr. OE *thǣr æt*, fr. *thǣr* there + *æt* at] **1** : at that place or point ⟨wide is the gate, and many there be which go in ~ —Mt 7:13 (AV)⟩ **2** : at that occurrence or event : upon that : on that account ⟨ridiculously soon at his ease, and much astonished ~ —Donn Byrne⟩

**there·away** \…\ *adv* [ME *there away*, fr. ¹*there* + *away*] *chiefly dial* : APPROXIMATELY, THEREABOUTS ⟨Oriental matters which were landed . . . from China and ~ —C.F.Saunders⟩

**there·beside** \…\ *adv* [ME *there beside*, fr. ¹*there* + *beside*] *archaic* : by the side of that

**there·between** \…\ *adv* [¹*there* + *between*] : in the space between

**there·by** \(ˈ)…\ *adv* [ME *therby*, fr. OE *thǣrbī*, fr. *thǣr* there + *bī* by] **1** : by that ⟨judges in every state shall be bound ~ —*U.S.Constitution*⟩ : by that means : in consequence of that ⟨paid cash, ~ avoiding interest charges⟩ **2** : connected with that : with reference to that ⟨~ hangs a tale —Shak.⟩ **3** *chiefly Scot* : beside that : near by : about that : BESIDE, THEREABOUTS

**there·for** \(ˈ)…\ *adv* [ME *therfor, therfore, therefor, therefore* for that, for that reason, fr. *ther, there* there + *for, fore* for] **1** : for that : in return for that ⟨reasons ~⟩ ⟨issued bonds ~⟩ ⟨when the need ~ no longer exists⟩ ⟨substituting ~ a more general term⟩ **2** : THEREFORE

¹**there·fore** \R ˈtha(ə)r,fō(ə)r, ˈther,f-, -fȯ(ə)r; -R ˈtha(ə)ə,fōə, ˈtheə,f-, ˈtha(ə),f-, -fȯ(ə), + V or -fō(ə)r or -fȯ(ə)r; *sometimes* -fə(r)\ *adv* [ME *therfor, therfore, therefor, therefore* for that, for that reason] **1** *obs* : THEREFOR **2** *archaic* : THEN, ACCORDINGLY ⟨hear ye ~ the parable of the sower —Mt 13:18 (AV)⟩ **3** : for that reason : because of that : on that ground : to that end : CONSEQUENTLY, HENCE ⟨lost the wager; ~ they must pay⟩ ⟨A is greater than B, and B is greater than C; ~ A is greater than C⟩

²**therefore** \"\ *n* -s : a proved proposition : an argumentative conclusion : a logical implication

**there·from** \(ˈ)…\ *adv* [ME *therfrom*, fr. *ther* there + *from*] : from that : from it ⟨public opinion and a policy . . . deriving ~ —Frank Gorrell⟩ ⟨had a pretty good script going for him — but what a movie he has made ~ —Judith Crist⟩

**there·in** \(ˈ)…\ *adv* [ME *therin*, fr. OE *thǣrin*, fr. *thǣr* there + *in*] **1** : in or into that place : in or into that thing ⟨the box and the jewels found ~⟩ **2** : in that particular : in that respect : in such matter ⟨~ our letters do not well agree —Shak.⟩

**there·inafter** \…\ *adv* [*therein* + *after*] : in the following part of that matter (as writing, document, or speech)

**there·inbefore** \…\ *adv* [*therein* + *before*] : in the preceding part of that matter (as writing, document, or book)

**there·into** \…\ *adv* [¹*there* + *into*] *archaic* : into that or into it ⟨let them not enter ~ —Lk 21:21 (AV)⟩

**ther·e·min** \ˈtherəmən *sometimes* ˈter-\ *n* -s [after Leo *Theremin* b1896 Russ. engineer & inventor] : a purely melodic instrument of the electronic family typically played by moving the right hand between two projecting electrodes with the left hand controlling dynamics and articulation — **ther·e·min·ist** \-mənəst, -min-\ *n* -s

**there·ness** \ˈtha(ə)rnəs, ˈthel, |ən-\ *n* -ES [¹*there* + *-ness*] : the condition of being there in position : presence in a place distinguishably there not here; *also* : real existence ⟨things are really there . . . capture the ~ of them —Charles Hopkinson⟩

**there·of** \(ˈ)… *sometimes* …\ *adv* [ME *therof*, fr. OE *thǣrof*, fr. *thǣr* there + *of*] **1** : of that : of it ⟨in the day that thou eatest ~, thou shalt . . . die —Gen 2:17 (AV)⟩ ⟨problem and the solution ~⟩ **2** : from that cause : from that particular : THEREFROM ⟨more good ~ shall spring —John Milton⟩

**there·on** \(ˈ)…\ *adv* [ME *theron*, fr. OE *thǣron*, fr. *thǣr* there + *on*] **1** : on that : on it ⟨text and commentary ~⟩ **2** *archaic* : after or as a result of some specified thing : THEREUPON

**there·out** \(ˈ)…\ *adv* [ME *therout*, fr. OE *thǣrūt*, fr. *thǣr* there + *ūt* out] *archaic* : out of that : THEREFROM

**there·over** \(ˈ)…\ *adv* [ME *ther over*, fr. OE *thǣrofer*, fr. *thǣr* there + *ofer* over] : over that : ABOVE : in a superior position

**there·right** \(ˈ)…\ *adv* [ME *ther riht*, fr. OE *thǣr rihte*, fr. *thǣr* there + *rihte* right] *dial Eng* : FORTHWITH, STRAIGHTWAY

**theres** *pl of* THERE

**there·through** \(ˈ)…\ *adv* [ME *ther thurh*, fr. *ther* there + *thurh* through] **1** : through that : in or through a specified opening **2** : in consequence : because of that : THEREBY

**there·to** \(ˈ)…\ *adv* [ME *therto*, fr. OE *thǣrtō*, fr. *thǣr* there + *tō* to] **1** : to that ⟨with all the appurtenances fitting ~⟩ **2** *archaic* : BESIDES, MOREOVER, ALSO

**there·to·fore** \ˈtha(ə)rtə,fō(ə)r, ˈthel, |ə, |tü-, -fȯ(ə)r, -fōə, -fȯ(ə), …\ *adv* [ME *ther tofore*, fr. *ther* there + *tofore* before — more at HERETOFORE] : up to that time : until then : before then ⟨~ obscure community —Robert Rice⟩ ⟨new knowledge produced powerful techniques for smashing the ~ indestructible atom —Barry Commoner⟩

**there·toward** \(ˈ)…\ *adv* [ME *thertoward*, fr. *ther* there + *toward*] : toward it

**there·under** \(ˈ)…\ *adv* [ME *therunder*, fr. OE *thǣrunder*, fr. *thǣr* there + *under*] : under that ⟨heading and the items listed ~⟩ ⟨acreage with . . . mineral wealth lying ~ —*U.S.Code*⟩

**there·until** \(ˌ)…\ *adv* [¹*there* + *until*] : up to that time : THERETOFORE

**there·unto** \"+\ *adv* [ME *therunto*, fr. *ther* + *unto*] **1** *archaic* : unto that : THERETO, BESIDES **2** *obs* : in addition to that : BESIDES

**there·upon** \…\ *adv* [ME *ther upon*, fr. *ther* there + *upon*] **1** : upon that : on that matter : THEREON **2** : on account of or in consequence of that : THEREFORE **3** : immediately after that : at once : without delay

¹**the·rev·id** \thəˈrevəd, ˈtherəv-\ *adj* [NL *Therevidae*] : of or relating to the Therevidae

²**therevid** \"\ *n* -s : a two-winged fly of the family Therevidae : STILETTO FLY

**the·rev·i·dae** \thəˈrevəˌdē\ *n pl, cap* [NL, fr. *Thereva*, type genus (fr. Gk *thēreuein* to hunt, fr. *thēr* wild animal) + *-idae* — more at FIERCE] : a family of chiefly holarctic brachycerous two-winged flies constituted by the stiletto flies

**there·while** *also* **there·whilst** \(ˈ)…\ *adv* [*therewhile* fr. ME *ther whyle*, prob. fr. OE *thǣre hwīle* in that time, fr. *thǣre* (dat. sing. fem. of *sē, sēo, thæt* that) + *hwīle*, dat. sing. of *hwīl* while, time; *therewhilst* alter. (influenced by *whilst*) of *therewhile* — more at THAT] *obs* : in the meantime : WHILST

**there·with** \(ˈ)…\ *adv* [ME *therwith*, fr. OE *thǣrwith*, fr. *thǣr* there + *with*] **1** : with that ⟨I have learned in whatsoever state I am, ~ to be content —Phil 4:11 (AV)⟩ **2** *archaic* : THEREUPON, FORTHWITH

**there·with·al** \ˈ…wə,thȯl, -,thȯl, …\ *adv* [ME *ther withal*, fr. *ther* there + *withal*] **1** *archaic* : BESIDES, MOREOVER **2** : with that : at the same time : THEREWITH ⟨thy slanders I forgive; and ~ remit thy other forfeits —Shak.⟩ **3** : at the same time : THEREUPON

**there·within** \…\ *adv* [ME *ther within*, fr. *ther* there + *within*] *archaic* : within that

**the·ria** \ˈthirēə, ˈthēr-\ *n pl, cap* [NL, fr. Gk *thēria*, pl. of *thērion* wild animal — more at TREACLE] *in some classifications* : a subclass of Mammalia comprising the higher mammals and including the Pantotheria, Metatheria, and Eutheria and excluding the Prototheria and Allotheria — **the·ri·an** \-ēən\ *n or adj*

**-theria** \"\ *n comb form* [NL, fr. Gk *thēria*, pl. of *thērion*] : beasts : animals — in names of higher taxa of mammalian forms ⟨Proto*theria*⟩

¹**the·ri·ac** \ˈthirē,ak\ *n* -s [NL *theriaca*] **1** : THERIACA **2** : CURE-ALL

²**theriac** \"\ *also* **the·ri·a·cal** \thəˈrīəkəl\ *adj* : ANTIDOTAL, MEDICINAL

**the·ri·a·ca** \thəˈrīəkə\ *n* -s [NL, fr. L, antidote against poison — more at TREACLE] **1** *or* **theriaca an·drom·a·chi** \-anˈdräma(ˌ)kē\ *usu cap A* [*theriaca Andromachi* fr. NL, lit., antidote of Andromachus (Greek physician of the emperor Nero)] : an antidote to poison consisting typically of about 70 drugs pulverized and reduced with honey to an electuary — called also *Venice treacle* **2** *Brit* : TREACLE, MOLASSES

**the·ri·an·throp·ic** \ˌthirēˌanˌthräpik\ *adj* [Gk *thērianthrōpos* beast-man (fr. *thēri-* therio- + *anthrōpos* man, human being) + E *-ic* — more at ANTHROP-] **1** : combining human and animal form ⟨~ deity⟩ **2** : relating to religions in which the deities worshiped are partly human and partly animal in form

**the·ri·an·thro·pism** \ˌ…ˈan(t)thrəˌpizəm\ *n* -s [*therianthropic* + *-ism*] : the conception of or belief in therianthropic deities

**the·ri·at·rics** \ˌthirēˈa·triks\ *n pl but sing or pl in constr* [*ther-* + *-iatrics*] : the science of veterinary medicine

¹**the·rid·i·id** \thəˈridēəd, ˌtherəˈdīəd\ *adj* [NL *Theridiidae*] : of or relating to the Theridiidae

²**theridiid** \"\ *n* -s : a spider of the family Theridiidae

**ther·i·di·idae** \ˌtherəˈdīəˌdē\ *n pl, cap* [NL, fr. *Theridion*, type genus (fr. Gk *thēridion*, dim. of *thēr* wild beast) + *-idae* — more at FIERCE] : a family of spiders that spin netlike webs and have usu. a small globose body and slender legs

**therio-** *comb form* [Gk *thērio-*, *thēri-*, fr. *thērion* — more at TREACLE] : wild animal : beast ⟨*therio*latry⟩ ⟨*therio*mimicry⟩

**the·ri·o·dont** \ˈthirēəˌdänt\ *n* -s [NL *Theriodontia*] : a reptile of the suborder Theriodontia

¹**the·ri·o·don·tia** \ˌthirēəˈdänch(ē)ə\ *n pl, cap* [NL, fr. Gk *thēri-* therio- + NL *-odontia*] : a group of extinct reptiles usu. considered a suborder of Therapsida but sometimes classified as a separate order that are characterized by teeth which are differentiated into incisors, prominent canines, and molars with numerous cusps and that are known mostly from skulls found in the Permian and Triassic formations of southern Africa

²**theriodontia** \"\ *or* **the·ri·odon·ta** \ˌthirēəˈdäntə\ [NL, fr. Gk *thēri-* therio- + NL *-odontia* or *-odonta*] *syn of* PELYCOSAURIA

**the·ri·ol·a·try** \ˌthirēˈäləˌtrē\ *n* -ES [*therio-* + *-latry*] : worship of animals or theriomorphic divinities

**the·rio·morph** \ˈthirēəˌmȯrf\ *n* [Gk *thēriomorphos* shaped like an animal, fr. *thērio-* therio- + *morphē* shape, form — more at FORM] : an artifact (as a vase) shaped in animal form

**the·rio·mor·phic** \ˌ…ˈmȯrfik\ *adj* [Gk *thēriomorphos* + E *-ic*] : having an animal form ⟨~ gods⟩ ⟨~ stage in the development of the divinity —*Modern Language Rev.*⟩

**the·rio·mor·phism** \ˌ…ˈmȯrˌfizəm\ *n* -s [Gk *thēriomorphos* + E *-ism*] **1** : the conception or representation of deity in animal form **2** : ascription of animal characteristics to man — compare ANTHROPOMORPHISM

**the·rio·mor·phize** \ˌ…ˌfīz\ *vt* -ED/-ING/-S [Gk *thēriomorphos* + E *-ize*] : to represent or conceptualize (something) in animal form ⟨in Assyrian history the forces of nature were *theriomorphized* —*Times Lit. Supp.*⟩

**-the·ri·um** \ˈthirēəm, ˈthēr-\ *n comb form* [NL, fr. Gk *thērion* — more at TREACLE] : beast : animal — in generic names of extinct mammalian forms ⟨Mega*therium*⟩ ⟨Titano*therium*⟩

**therm** \ˈthərm, ˈthəm, ˈthəim\ *n* -s **1** [MF *thermes* (pl.), fr. L *thermae* hot springs, public baths, fr. Gk *thermai*, fr. pl. of *thermē* heat, fr. *thermos* hot — more at WARM] *archaic* : a public bathing establishment **2** [Gk *thermos* hot, or *thermē* heat] : any of several units of quantity of heat: as **a** : CALORIE b(1) **b** : CALORIE a **c** : 1000 kilogram calories **d** : 100,000 British thermal units

**therm-** *or* **thermo-** *comb form* [Gk, fr. *thermē* heat] **1** : heat ⟨*therm*acoustic⟩ ⟨*thermo*chemistry⟩ **2** : thermoelectric ⟨*thermo*pile⟩

**-therm** \ˌ…\ *n comb form* -s [Gk *thermē* heat, fr. *thermos* hot] **1** [prob. fr. F *-therme*, fr. Gk *thermē* heat] **a** : plant accustomed to a (specified) type of heat ⟨mega*therm*⟩ ⟨micro*therm*⟩ ⟨xero*therm*⟩ **b** : animal having a (specified) body temperature ⟨ecto*therm*⟩ ⟨endo*therm*⟩ **2** : thermic line ⟨isobathy*therm*⟩

**therm** *abbr* thermometer

**ther·mae** \ˈthər,mē\ *n pl* [L — more at THERM] : a public bathing establishment esp. in ancient Greece or Rome

¹**ther·mal** \ˈthərməl, ˈthəm-, ˈthəim-\ *adj* [Gk *thermē* heat + E *-al*] **1** [L *thermae* hot springs + E *-al* — more at THERM] : of or relating to hot springs or geysers ⟨~ regions⟩ ⟨health resort with natural ~ waters —*advt*⟩ **2** : of, relating to, or caused by heat : WARM, HOT ⟨~ requirements of a room —Herman Nelson⟩ ⟨~ burns⟩ **3** : of or relating to a state of matter that depends upon its temperature alone ⟨~ movements of molecules⟩ **4** : having translational speeds and energies of the order of those due to thermal agitation ⟨~ neutrons⟩

²**thermal** \"\ *n* -s : a rising body of warm air

**thermal agitation** *n* : the ceaseless random motion of molecules or other small component particles of a substance that is associated with heat

**thermal ammeter** *n* : a hot-wire ammeter

**thermal analysis** *n* : the study of transition processes (as from one allotropic form to another) or of chemical changes in a substance as indicated by abrupt evolution or absorption of heat accompanying such processes

**thermal barrier** *n* : a limit to unlimited increase in airplane or rocket speeds imposed by aerodynamic heating that without adequate provisions for cooling the exposed surfaces will result in loss of strength and eventual melting of the metal skin — called also *heat barrier*

**thermal belt** *n* : a well-defined zone on the sides of many valleys where frost damage is at a minimum that is due to the adiabatic compression and consequent heating of the cold air flowing down the hill or mountain sides into the valley

**thermal black** *n* : a carbon black made by thermal decomposition of hydrocarbons (as natural gas and acetylene) in preheated furnaces — called also *furnace thermal black*; compare ACETYLENE BLACK

**thermal capacity** *n* : HEAT CAPACITY

**thermal conduction** *n* : the transmission of heat energy by conduction (as through the bottom of a kettle)

**thermal conductivity** *n* **1** : capability of conducting heat **2** : the quantity of heat that passes in unit time through a unit area of plate whose thickness is unity when its opposite faces differ in temperature by one degree

**thermal converter** *n* : a thermoelectric hot-wire alternating-current ammeter

**thermal cracking** *n* : cracking of petroleum or similar oils by means of heat and pressure alone — distinguished from *catalytic cracking*; compare PYROLYSIS

**thermal cutout** *n* : a protective device for automatically opening an overloaded electrical circuit because of excessive rise of temperature

**thermal death point** *n* : the temperature at which all organisms of a culture will be killed by heat either instantaneously or within an arbitrary brief finite period

# EXHIBIT 14

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1

1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20 93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

484950QPH9796

**bar·som** \ˈbärsəm\ *n* -s [Per *barsam*, fr. MPer *barsum*, fr. Av *barəsman*; akin to Skt *barhis* sacrificial grass, *brhati* he plucks] : a bundle of sacred twigs or metal rods used by priests in Zoroastrian ceremonies
**bar spade** *n* [¹*bar*] : a trenching spade with a cutting blade welded across the ends of three parallel bars for use in spading wet sticky soil
**bar·spoon** \ˈ=,=\ *n* [¹*bar* (counter) + *spoon*] : a spoon equivalent to a teaspoon that is used in measuring ingredients for mixed drinks
**bar·stool** \ˈ=,=\ *n* [¹*bar* (counter) + *stool*] : a high stool that usu. has a round seat fixed permanently on a central post
**bart** \ˈbärt, ˈbät\ *n* -s *often cap* [by abbr.] : BARONET
**bar tack** *n* [¹*bar*] : a reinforcement for points of strain in clothing consisting of a bar-shaped line of small stitches worked across several threads — **bartacked** \ˈ=,=\ *adj*
**bar–tailed godwit** \ˈ=,=-\ *n* : a godwit (*Limosa lapponica*) that has a slightly curved bill, a closely barred tail, and relatively short legs and that breeds in extreme northern Europe and Asia and winters chiefly in Africa and Australasia
**bar·tangi** \bärˈtäŋē\ *n, pl* **bartangi** *or* **bartangis** *usu cap* [fr. the *Bartang* river valley, Tadzhik S.S.R., U.S.S.R.] **1** : an Iranian people from the Bartang river valley in the western Pamirs **2** : a member of the Bartangi people
**bar·tend** \ˈbär,tend, ˈbä,-\ *vi* -ED/-ING/-S [back-formation fr. *bartender*] : to act as a bartender esp. professionally
**bar·tend·er** \-ə(r)\ *n* -s [¹*bar* (counter) + *tender*] : one that serves alcoholic beverages at a bar : BARKEEPER
¹**bar·ter** \ˈbärd·ə(r), ˈbä|, |tə(r)\ *vb* **bartered; bartered; barter·ing** \|d·əriŋ, |təriŋ *also* |·triŋ\ **barters** [ME *bartren*, fr. MF *barater* to cheat, exchange] *vi* **1** : to trade by exchanging one commodity for another ⟨~*ed* for furs with tobacco and rum⟩ : TRUCK ⟨stores ~*ing* with farmers⟩ **2** : to trade in intangible or nonmaterial values ⟨~ for success at the price of happiness⟩ ~ *vt* **1** : to trade or exchange by bartering ⟨Indians . . . ~*ed* their services for "ironmongery" —C.B.Hitchcock⟩ **2** : to trade or exchange (as an ideal or intangible value) for a material or unworthy consideration — often used with *away* ⟨would cheerfully ~ away all the social gains of the last century for one first-class new symphony —Hunter Mead⟩
²**barter** \"\ *n* -s **1** : the act or practice of carrying on trade by bartering : an exchange of goods for goods ⟨the former system of ~ has virtually ceased to exist, replaced by money economy —H.S.Tschopik⟩ **2** : the thing given in exchange in bartering ⟨the trinkets were ~ for food and manual service from the natives⟩
¹**barth·ian** \ˈbärd·ēən, -rthē-\ *adj, usu cap* [Karl *Barth* †1968 Swiss theologian + E *-ian*] : of or relating to Barth or to his theology which has exercised a formative influence in the development of the neoorthodox school of Protestant theology
²**barthian** \"\ *n* -s *usu cap* : a follower or adherent of the theology of Karl Barth
**barth·ian·ism** \-,nizəm\ *n* -s *usu cap* : the Barthian crisis theology or dialectical theology that rejects theological liberalism and its emphasis on empirical methods and stresses instead reliance on supernatural revelation
**barth·ite** \ˈbär,thīt, -rd·,īt\ *n* -s [G *barthit*, fr. *Barth*, 20th cent. mining engineer in southwestern Africa + G *-it* -ite] : CONICHALCITE
**bar·tho·lin·itis** \,bärthəlāˈnīd·əs, -rtᵊl-\ *n, pl* **bartholin·ites** \-ī,tēz\ *sometimes cap* [NL, fr. ISV (glands of) *Bartholin* + NL *-itis*] : inflammation of the glands of Bartholin
**bartholin's gland** *n, usu cap B* : GLAND OF BARTHOLIN
**bar·ti·zan** \ˈbärd·əzən, |==|zan\ *n* -s [alter. of ME *bretasynge*, fr. *bretasce* parapet — more at BRATTICE] : a small structure (as a turret) overhanging or projecting from a building near an entrance for lookout or defense or for support for a flagpole — **bar·ti·zaned** \-nd\ *adj*

bartizans

**bar·ton** \ˈbärtᵊn\ *n* -s [ME *berton*, fr. OE *beretūn* threshing floor, barn, fr. *bere* barley + *tūn* enclosure — more at BARLEY, TOWN] **1** *dial Eng* : a large farm; *esp* : a demesne farm or the demesne lands of a manor **2** *dial Eng* **a** : a farmyard or the outbuildings behind a farmhouse **b** : a poultry yard or hen coop
**bar·ton·el·la** \,bärtᵊnˈelə\ *n* [NL, fr. A.L.*Barton* fl1909 Peruvian physician + NL *-ella*] **1** *cap* : the type genus of Bartonellaceae including the causative organism of Oroya fever and verruga peruana in man **2** -s *sometimes cap* : any member of the genus *Bartonella*
**bar·ton·el·la·ce·ae** \,bärtᵊn,eˈlāsē,ē\ *n pl, cap* [NL, fr. *Bartonella*, type genus + *-aceae*] : a family of microorganisms (order Rickettsiales) that invade blood and tissue cells of man and other vertebrates and are often transmitted by bloodsucking arthropods
**bar·ton·el·lo·sis** \-ˈlōsəs\ *n, pl* **bartonello·ses** \-ō,sēz\ *sometimes cap* [NL, fr. *Bartonella* + *-osis*] : a disease of man and other mammals orig. in the valleys of the Andes of Peru but now in other parts of So. America characterized by severe anemia and high fever followed by an eruption like warts on the skin and caused by an organism (*Bartonella bacilliformis*) like rickettsia that invades the red blood cells and is transmitted by sandflies (genus *Phlebotomus*)
¹**bar·to·nia** \bärˈtōnēə\ [NL, fr. Benjamin S. *Barton* †1815 Amer. botanist + NL *-ia*] *syn of* MENTZELIA
²**bartonia** \"\ *n* [NL, fr. B.S.*Barton* + NL *-ia*] **1** -s : MENTZELIA 2a **2** *cap* : a genus of very small herbs (family Gentianaceae) with scalelike leaves and small yellow flowers
**bar tracery** *n* [¹*bar*] : decorative architectural tracery that is formed by the curves and intersections of the molded bars of mullions
**bar·tra·mia** \bärˈtrāmēə\ *n, cap* [NL, fr. William *Bartram* †1823 Am. naturalist + NL *-ia*] : a genus (the type of the family Bartramiaceae) of acrocarpous mosses with globular capsules which dry in ridges and folds
**bar·tra·mi·an sandpiper** *or* **bartramian plover** \(ˈ)bär¦trāmēən-\ *n, usu cap B* [William *Bartram* + E *-ian*] : UPLAND PLOVER
**bar·tram oak** \ˈbär·trəm-\ *n, usu cap B* [after John *Bartram* †1777 Am. botanist] : an oak (*Quercus heterophylla*) of the eastern U.S. usu. considered a natural hybrid between the northern red oak and the willow oak
**bartram's sandpiper** *n, usu cap B* [after William *Bartram*] : UPLAND PLOVER
**bartree** \ˈ=,=\ *n* -s [¹*bar* + *tree*] : WARPING BOARD
**barts** *pl of* BART
**bart·sia** \ˈbärtsēə\ *n* [NL, irreg. fr. Johann *Bartsch* †1738 Ger. physician in Surinam + NL *-ia*] **1** *cap* : a small genus of partly parasitic herbs (family Scrophulariaceae) of the northern hemisphere with opposite leaves and showy irregular flowers in terminal leafy spikes — see ALPINE BARTSIA **2** -s : any plant of the genus *Bartsia*
**ba·rukh·zy** \bəˈrükzē\ *also* **barukhzy hound** *n* -ES *often cap B* [Russ, fr. Pashto *Bārakzī* people of Afghanistan] : AFGHAN HOUND
**barunduki** *var of* BARONDUKI
**barway** \ˈ=,=\ *n* [¹*bar* + *way*] : a gateway closed by bars usu. fitting into posts
**bar winding** *n* [¹*bar*] : an armature winding consisting of a series of metallic bars connected at their extremities
**bar·wing** \ˈ=,=\ *n* [so called fr. the wide white wing stripe] *Austral* : WHITE-EYED DUCK
**bar·wise** \ˈ=,wīz\ *also* **bar·ways** \-,wāz\ *adv* [¹*bar* + *-wise* or *-ways*] **1** *heraldry* : in the direction of a bar : HORIZONTALLY **2** *heraldry* : in a line in the direction of a bar — used of two or more charges esp. when not across the middle of the field; compare *in fess* at FESS
**barwood** \ˈ=,=\ *n* [¹*bar* + *wood*] : a hard red dyewood of tropical Africa from a tree of the genus *Pterocarpus* but supposed by some to be camwood; *also* : redwood from any of several other African trees
**bar–wound** \ˈ=,=\ *adj* : made with bar winding
**bary-** *comb form* [Gk *bary-*, fr. *barys* — more at GRIEVE] : heavy ⟨*barylite*⟩ ⟨*barysphere*⟩
**bar·y·cen·ter** \ˈbarə,sentə(r)\ *n* -s [part trans. of G *baryzentrum*, fr. *bary-* + *zentrum* center] : CENTER OF MASS — **bar·y·cen·tric** \,=ˈsentrik, -ēk\ *adj*
**bar·ye** \ˈbarē\ *n* -s [F, fr. Gk *barys* heavy] : ⁷BAR 2
**bar·y·lambda** \,barəˈlamdə\ *n, cap* [NL, fr. *bary-* + Gk *lambda*, the letter; fr. the shape of the upper molars] : a genus of large powerful herbivorous mammals (order Pantodonta) from the upper Paleocene of Colorado that have tails like kangaroos and small heads
**bar·y·lite** \ˈbarə,līt\ *n* -s [ISV *bary-* + *-lite*; orig. formed as G *barylit*] : a mineral $BaBe_2Si_2O_7$ consisting of rare silicate of barium and beryllium occurring in colorless prismatic crystals (hardness 7, sp. gr. 4.03)
**ba·ryp·o·da** \bəˈripədə\ [NL, fr. *bary-* + *-poda*] *syn of* EMBRITHOPODA
**ba·rys·i·lite** \bəˈrisə,līt, ,barəˈsi,līt\ *n* -s [Sw *barysilit* (fr. *bary-* + *silikon* silicon) + E *-ite*] : a rare lead silicate $Pb_3Si_2O_7$ occurring in white cleavable masses
**bar·y·sphere** \ˈbarə,sfi(ə)r, -iə\ *n* -s [ISV *bary-* + *-sphere*] : the heavy interior portion of the earth within the lithosphere
**baryt-** *or* **baryto-** *comb form* [ISV, fr. *baryta*] : baryta : barytic ⟨*barytocalcite*⟩
**ba·ry·ta** \bəˈrīd·ə\ *n* -s [alter. of *barytes* — more at BARITE] : any of several compounds of barium; *esp* : barium monoxide
**baryta paper** *n* : paper that is coated with a preparation of barium sulfate in gelatin and used after calendering as a support for the light-sensitive emulsion used in photography
**baryta water** *n* : an aqueous solution of barium hydroxide
**baryta white** *n* : barium sulfate used as a pigment or extender
**baryta yellow** *n* : BARIUM YELLOW 2
**baryte** *or* **barytes** *var of* BARITE
**ba·ryt·ic** \bəˈrid·ik\ *adj* [*baryta* + *-ic*] : of or relating to baryta
**bar·y·tine** \ˈbarə,tēn\ *n* -s [F, fr. *baryte* barite + *-ine*] : BARITE
**ba·ry·to·cal·cite** \bə,rīd·ō+\ *n* -s [*baryt-* + *calcite*] : a mineral $BaCa(CO_3)_2$ consisting of white monoclinic barium calcium carbonate (hardness 4, sp. gr. 3.66)
**bar·y·ton** \ˈbarə,tän\ *n* -s [F — more at BARITONE] **1** : BARITONE 2, 3 **2** [G, fr. It *baritono* — more at BARITONE] : a tenor vox humana organ stop of 16- or 8-foot pitch
¹**bar·y·tone** \ˈbarə,tōn\ *adj* [Gk *barytonos*, lit., deep-sounding — more at BARITONE] : having an unaccented final syllable — used esp. in Greek grammar
²**barytone** \"\ *n* -s : a barytone word (as Greek *philos* "dear" contrasted with *sophos* "wise")
³**barytone** *var of* BARITONE
¹**bas** *pres 3d sing of* BA, *pl of* BA
²**bas** \ˈbäs\ *adv* [Hindi *bas*, fr. Per] *India* : ENOUGH, STOP — often used interjectionally
**bas** *abbr* basso
**ba·sad** \ˈbā,sad\ *adv* [¹*base* + *-ad*] : toward the base ⟨with small bony processes lying ~ to the true fin rays⟩
¹**ba·sal** \ˈbāsəl *also* -āz-\ *adj* [¹*base* + *-al*] **1** : relating to, situated at, or forming the base; *specif* : ¹RADICAL 1a(2) ⟨~ leaves⟩ **2 a** : of or relating to the foundation, base, or essence : FUNDAMENTAL, BASIC, ESSENTIAL ⟨~ texts in reading⟩ **b** : of, relating to, or essential for maintaining the fundamental vital activities of an organism (as respiration, heartbeat, or excretion) : MINIMAL ⟨~ diet⟩ — see BASAL METABOLISM **3** : serving as or serving to induce an initial comatose or unconscious state that forms a basis for further anesthetization ⟨~ narcosis⟩ ⟨~ anesthetic⟩ — **ba·sal·ly** \-səlē, -əli\ *adv*
²**basal** \"\ *n* -s : a basal part or structure; *esp* : a basal plate of an echinoderm
**basal age** *n* : the mental age level at which all the items on an intelligence test can be creditably passed
**basal area** *n* : the area of a breast-high cross section of a tree or of all the trees in a stand
**basal body** *n* **1** : a minute distinctively staining cell organelle found at the base of a flagellum or cilium and resembling a centriole in structure — called also *blepharoplast* **2** : KINETOPLAST
**basal cell** *n* : one of the innermost cells of the Malpighian layer of the skin
**basal-cell carcinoma** *n* : a skin cancer derived from and preserving the form of the basal cells of the skin
**basal cleavage** *n* : cleavage parallel to the base of a crystal or to the plane of the lateral axes
**basal complex** *n* : FUNDAMENTAL COMPLEX
**basal conglomerate** *n* : a conglomerate that resting on a surface of erosion and consequently marking an unconformity forms the bottom member of a sedimentary series
**basal disk** *n* : an expanded basal portion by which certain stalked sessile organisms are attached to the substrate
**ba·sa·le** \bəˈsā(,)lē, -zā-, -ā(,)lē, -ā(,)lā\ *n, pl* **ba·sa·lia** \-lēə\ [NL, fr. E *basal*] : the proximal one of the two or more cartilaginous or bony portions in the axis of any of the paired fins of a fish — compare BASIPTERYGIUM
**basal ganglion** *n* : any of four deeply placed masses of gray matter within each cerebral hemisphere comprising the caudate nucleus, the lenticular nucleus, the amygdaloid nucleus, and the claustrum — usu. used in pl.
**basal granule** *n* : BASAL BODY 1
**ba·sa·lis** \-ləs\ *n, pl* **basa·les** \-,lēz\ [NL, fr. E *basal*] : the basal part of the endometrium that is not shed during menstruation
**basal lamina** *n* : the part of the gray matter of the embryonic neural tube from which the motor nerve roots arise
**basal length** *n, anthrop* : distance from gnathion to basion
**basal metabolic rate** *n* : the rate at which heat is given off by an organism at complete rest usu. determined 12 to 15 hours after ingestion of food and expressed in large calories per square meter of body surface per hour and as a percentage above or below a standard value
**basal metabolism** *n* : the metabolism of an organism in the fasting and resting state when it uses just enough energy to maintain vital cellular activity, respiration, and circulation as measured by the basal metabolic rate
**basal-nerved** \ˈ=,=\ *adj, of a leaf* : having the veins radiating from the base
**basal plane** *n* **1** : a plane parallel to the lateral or horizontal axis **2** : a basal pinacoid
**basal plate** *n* : an underlying structure: as **a** : the ventral portion of the neural tube **b** : the part of the decidua of a placental mammal that is intimately fused with the placenta **c** : the part of a coral corallium immediately below the polyp **d** : any of certain chiefly ventral skeletal plates of an echinoderm
**basal ration** *n* : a ration furnishing the necessary energy but lacking in one or more accessory food substances (as vitamins) that may be added in varying proportion for the study of their effects
**basal rot** *n* : a rot affecting the basal parts of a plant; *specif* : a rot of narcissus bulbs due to a fungus (*Fusarium bulbigenum*)
¹**ba·salt** \bəˈsȯlt, ˈbā,sȯlt, ˈba,sȯlt *also* ˈbā,zȯlt *sometimes* ˈbasəlt *or* ˈbazəlt\ *n* -s [alter. of earlier *basaltes*, fr. L, MS var. of *basanites* touchstone, fr. Gk *basanitēs*, fr. *basanos* touchstone (fr. Egypt *bḫnw*) + *-itēs* -ite] **1** : a dark-gray to black dense to fine-grained igneous rock that is the extrusive equivalent of gabbro, that consists of basic plagioclase, augite, and usu. magnetite with olivine or basalt glass or both sometimes present, that is often vesicular, the cavities sometimes being filled with secondary minerals, and that sometimes has a prismatic parting (as in the basalts of the Giant's Causeway, Northern Ireland) and occas. a pillow or ellipsoidal structure **2** *usu* **ba·sal·tes** \bəˈsȯl(,)tēz\ : a hard fine-grained black stoneware introduced by Josiah Wedgwood in 1768
**basalt dome** *n* : a broad rounded dome-shaped volcano formed almost exclusively of basaltic lava — compare SHIELD VOLCANO
**basalt glass** *n* : black glassy form of basalt — called also *hyalobasalt*, *vitrobasalt*
**ba·sal·tic** \bəˈsȯltik\ *adj* : relating to, formed of, containing, or resembling basalt ⟨~ lava⟩
**ba·sal·ti·form** \bəˈsȯltə,fȯrm\ *adj* [*basalt* + *-iform*] : like basalt in form : COLUMNAR
**basalt–porphyry** *n* : a basalt characterized by prominent phenocrysts of olivine or augite
**bas·alumi·nite** \ˈbās+\ *n* -s [*basic* + *alumin-* + *-ite*] : a mineral $Al_4(SO_4)(OH)_{10}·5H_2O$ consisting of a basic hydrated aluminum sulfate found in veinlets in siderite at Irchester and Brighton Hill, England, and in France
**basal wall** *n, bot* : the primary wall in archegoniates that divides the oospore into an anterior and a posterior half
**bas·a·nite** \ˈbasə,nīt, -azə-\ *n* -s [L *basanites* — more at BASALT] **1** : TOUCHSTONE 1 **2** : an extrusive igneous rock composed of plagioclase, augite, olivine, and either nephelite or leucite
**bas bleu** \bäblœ\ *n, pl* **bas bleus** \-œ(z)\ [F *bas-bleu*, fr. *bas* stocking + *bleu* blue] : BLUESTOCKING 1
**bas·cart** \ˈba,skärt\ *n* [blend of *basket* and *cart*] : a waist-high wire basket or pair of baskets on wheels into which shoppers in supermarkets gather their purchases
**bas·cine** *or* **bas·sine** \bäˈsēn\ *adj* [F *bassine*, lit., pan, fr. *bassin* basin, fr. OF *bacin* — more at BASIN] *of a watchcase* : having a flush joint that is barely visible
**bascinet** *var of* BASINET
**bas·col·o·gist** \baˈskäləjəst\ *n* -s *usu cap* : a specialist in the Basque language or culture
**bas·col·o·gy** \-əjē\ *n* -ES *usu cap* [*Basco-* (fr. *Basque*) + *-logy*] : the study of the Basque language or culture
**bas·cule** \ˈba,skyül\ *n* -s [F, seesaw, fr. MF, alter. (influenced by *bas* low) of earlier *bacule*, fr. *baculer* to punish by beating the buttocks against the ground, fr. *bas* low + *cul* buttocks — more at BASE, CULET] : an apparatus or structure in which one end is counterbalanced by the other on the principle of the seesaw or by weights (as in a bascule bridge)
**bascule bridge** *n* : a counterpoised or balanced drawbridge
**bascule escapement** *n* : the detent escapement in which the detent is pivoted, the tension being supplied by a small hairspring
¹**base** \ˈbās\ *n, pl* **bas·es** \ˈbāsəz\ [ME, fr. MF, fr. L *basis*, fr. Gk, step, stepping, base, pedestal, fr. *bainein* to go, step — more at COME] **1 a** : the bottom of something considered as its support : that on which something rests or stands : FOUNDATION ⟨the ~ of the lamp⟩ ⟨the ~ of the pyramid⟩ ⟨the ~ of the mountain⟩ **b (1)** : the lower part of a wall, pier, or column considered as a separate architectural feature **(2)** : the lower part of a complete architectural design (as of a monument) **c** : one of the lines or surfaces of a geometrical figure from which an altitude is or is thought to be constructed ⟨the ~ of a triangle⟩ **d** : that part of a bodily organ by which it is attached to another more central structure of the organism ⟨the ~ of the thumb⟩ **e (1)** : the part on, to, or in which the frame and operating parts of a mechanism are fastened **(2)** : the part (as a panelboard) upon which other parts (as buses, switches, terminal and contact parts) are mounted **(3)** : the insulated part of a lamp bulb or electron tube through which its intervals make electrical connection with the circuit associated with it **f** : ¹BLOCK 4g **2** : the main ingredient ⟨an exotic drink with a rum ~⟩: as **a (1)** : an essential ingredient of an explosive — compare DOUBLE-BASE POWDER, SINGLE-BASE POWDER **(2)** : the predominating substance held in solution in a crude petroleum or left as a residue on refining ⟨mixed-*base* crudes⟩ — see ASPHALT-BASE, NAPHTHENE-BASE, PARAFFIN-BASE **b (1)** : an inert supporting or carrying ingredient : an absorbent or adsorbent (as kieselguhr in dynamite) : CARRIER 9 — compare DOPE 3a **(2)** : an active supporting ingredient (as wood pulp mixed with an oxidizing agent in dynamite) **c (1)** : the usu. inactive ingredient of a preparation serving as the vehicle for the active medicinal principle ⟨the fatty ~ of an ointment⟩ **(2)** : the chief active ingredient of a preparation — called also *basis* **d (1)** : a transparent support for photographic film **(2)** : the paper support used for photographic paper **3 a** : the fundamental part of something : basic principle : ESSENCE, FOUNDATION, BASIS, GROUNDWORK ⟨tried to furnish criticism with a psychological ~ —C.I.Glicksberg⟩ ⟨rejuvenating the moral ~ of a society—Herbert Agar⟩ **b (1)** : the fundamental unit or pattern of a rhythm or one of its component parts or the norm of this unit **(2)** : the nuclear pattern in a complex rhythmic figure or system **(3)** : BASIS 5 **4** *bases pl, archaic* : a skirt often of velvet or brocade and sometimes of mailed armor that reaches from the waist to the knees **5** : the lower or back part of something without reference to its function as a support: as **a** : the lower part of an heraldic field — usu. used in the phrase *in base*; compare ESCUTCHEON 1 **b** : the lowest part of the hilt of a saber **c** : the pavilion of a cut gem **d** : the underside of a cloud ⟨fly below the cloud ~⟩ **6 a** : the point or line from which a start is made in an action or undertaking ⟨plans to make this city his ~ of operation for six to eight weeks —J.A.Loftus⟩ **b** : a line in a survey which when accurately determined in length and position serves as the origin for computing the distances and relative positions of remote points and objects by triangulation **c (1)** : the locality or the installations on which a military force relies for supplies or from which it initiates operations ⟨a large naval ~⟩ ⟨an advanced ~⟩ **(2)** : the element on which a military movement or formation is regulated **d** : a number (as 5 in $5^{-4}$ or $5^7$) that is raised to a power; *esp* : the number that when raised to a power equal to the logarithm of a number yields the number itself ⟨the logarithm of 100 to the ~ 10 is 2 since $10^2 = 100$⟩ **e** : a number equal to the number of units in a given digit's place that for a given system of writing numbers is required to give the numeral 1 in the next higher place ⟨the decimal system uses a ~ of 10⟩; *also* : such a system of writing numbers using an indicated base ⟨convert from ~ 10 to ~ 2⟩ **f (1)** *historical and comparative linguistics* : ROOT, STEM, THEME; *esp* : one reconstructed from words or from the relationships among words in several languages (as assumed Indo-European *bher-* "to carry" reconstructed from Greek *pherein*, Latin *ferre*, Old English *beran*, and their cognates) **(2)** *descriptive linguistics* : the word or morpheme, which may be a bound form but not an affix, selected as a convenient point of departure in the analysis of complex words or derivatives (as *play* used in the analysis of *played* and *playful*, *sing* used in the analysis of *sings*, *sang*, *sung*, and *song*, or *acet-* used in the analysis of *acetal* and *acetate*) **g** : the basal pinacoid of a crystal **h** : the quantity equaling 100 from which variations in an index number are measured ⟨the 1946–49 profit ~⟩ **7 a** : the starting place or goal in various games **b** *obs* : PRISONER'S BASE **c** : any one of the four stations at the corners of a baseball infield ⟨was thrown out at first ~⟩ **8 a** : a compound (as lime, ammonia, a caustic alkali, or an alkaloid) capable of reacting with an acid to form a salt either with or without the elimination of water, its aqueous solutions if it is water-soluble having an acrid brackish taste and turning litmus blue : a compound (MOH) containing the hydroxide ion ($OH^-$) or hydroxyl group (OH) that is capable of yielding in aqueous solution a hydroxyl ion together with the cation ($M^+$), the degree of ionization in dilute solutions of strong bases (as sodium hydroxide, calcium hydroxide, and choline) being virtually complete and that of weak bases (as ammonium hydroxide and many organic bases) being in the neighborhood of one percent or less **b** *according to the Brønsted-Lowry system* : a molecule (as ammonia) or ion (as hydroxyl or nitrate) that can take up a proton from an acid : a proton acceptor ⟨the chloride ion is the conjugate ~ of hydrogen chloride⟩ **c** *according to the G.N.Lewis system* : a compound (as ammonia, ether, or benzene) or a negative ion (as hydroxyl) capable of giving up to an acid an unshared pair of electrons which then form a covalent chemical bond — called also *Lewis base* **9** : the least number of natural cards that will form a canasta when a required number of natural or wild cards is added — **off base 1** : completely or absurdly mistaken ⟨any man who said such a thing is certainly *off base*⟩ **2** : by surprise : UNAWARES ⟨the sudden question caught him *off base*⟩
²**base** \"\ *vb* -ED/-ING/-S *vt* **1 a** : to make or form a foundation for ⟨great roots *based* the tree columns —George Macdonald⟩ **b** : to serve as a base for ⟨these carriers can ~ 100 planes⟩ **c** : to establish or maintain a base for ⟨would be necessary to ~ them at specially designated . . . strategic points —Vera M. Dean⟩ **2** : to use as a base or basis for : ESTABLISH, FOUND — used with *on* or *upon* ⟨~*s* his position on a wide and shrewd scrutiny of man —A.L.Locke⟩ ⟨*basing* her life-sized portrait . . . on contemporary evidence —Harry Levin⟩ ~ *vi* **1** : to become based — used with *on* or *upon* ⟨the value of diamonds ~*s* on the gem value —G.S.Brady⟩ **2** : to establish or main-

tain one's base ⟨would fly on to Luzon after the attack and ~ there overnight —Fletcher Pratt⟩

**syn** BASE, FOUND, GROUND, BOTTOM, STAY, and REST can mean, in common, to provide with or serve as a basis. BASE now usu. applies to what underlies a belief, a system of thought, a judgment, a hope, and so on ⟨a conviction not *based* on any ascertainable fact⟩ ⟨a tax *based* on prospective earnings⟩ ⟨a religion *based* on faith as much as principle⟩ FOUND is very close to BASE but usu. adds the idea of something consciously advanced as support (of an opinion, a judgment, and so on) ⟨an opinion *founded* on a careful written analysis of facts⟩ ⟨this criticism is *founded* in misconception —B.N.Cardozo⟩ ⟨the terrible old mythic story on which the drama was *founded* —Matthew Arnold⟩ GROUND implies or connotes an implanting (as in the ground) to give solidity and firmness ⟨a love *grounded* in understanding and trust⟩ ⟨*grounded* all his work as a novelist on the faithful study of human nature —M.P.Linehan⟩ ⟨America was *grounded* not in the overthrow of the feudal past but in escape from it —Richard Hofstadter⟩ BOTTOM, rarer in this sense than the other terms, implies a broad and strong base ⟨his report was *bottomed* on sober statistics —*Time*⟩ ⟨*bottomed* on ideas to which everyone subscribes today —C.G.Bowers⟩ STAY implies a support that keeps upright or prevents from falling ⟨*stay* a tipping barn with heavy supporting timbers on one side⟩ ⟨his nature looked coldly upon its early faith and sought to *stay* itself with rational knowledge —H.O.Taylor⟩ REST stresses reliance upon something as a base or fundamental support, usu. figurative ⟨continuing progress based on science and technology . . . the foundation upon which our prosperity and our increasing standard of living *rest* —H.H.Curtice⟩ ⟨their academic reputations *rest*, quite largely, upon their academic power —C.W.Mills⟩ ⟨the cultures of the ancient empires of the Near East, of Greece and Rome, and of medieval Europe, all *rest* on the technical achievements of the Neolithic Age —Benjamin Farrington⟩

³**base** \"\ *adj* [¹*base*] **1** : constituting or serving as a base ⟨are now setting up a string of ~ camps —*Time*⟩ **2** : BASIC ⟨the right to work is a ~ right —Ira Mosher⟩

⁴**base** \"\ *adj* -ER/-EST [ME *bas*, fr. MF, fr. ML *bassus* fat, short, low] **1** *archaic* : of little height : not high or tall ⟨the cedar stoops not to the ~ shrub's foot —Shak.⟩ **2** *obs* : low in place or position ⟨fall to the ~ earth from the firmament —Shak.⟩ **3** *obs* : ⁴BASS **4** *archaic* **a** : of humble birth or position : LOWLY, PLEBEIAN, POOR ⟨~ in kind and born to be a slave —William Cowper⟩ **b** : of illegitimate birth : BASTARD ⟨Edmund the ~ shall top the legitimate —Shak.⟩ **5 a** : like a villein : SERVILE ⟨a ~ tenant⟩ **b** : held by villenage ⟨~ tenure⟩ **6** : of inferior quality : SHABBY, COARSE, DEBASED: as **a** (1) : alloyed with inferior metal ⟨~ gold⟩ (2) : made of inferior metal ⟨~ coins of aluminum⟩ **b** *of language* : not classical ⟨~ Latin⟩ **7** : having no dignity of sentiment or trustworthiness : LOW-MINDED, MEANSPIRITED, SHAMEFUL, IGNOBLE, UNWORTHY ⟨seemed a ~ betrayal of idealism —L.M.Sears⟩ **8** : lacking higher values : DEGRADING, MENIAL ⟨citizens go on existing with a ~ mechanical kind of life like that of insects —Stephen Spender⟩ **9** : of comparatively little value : not precious — compare BASE METAL

**syn** LOW, VILE: BASE stresses the ignoble; it may suggest cruelty, treachery, greed, or grossness ⟨all those features which distinguish the errors of magnanimous and intrepid spirits from *base* and malignant crimes —T.B.Macaulay⟩ ⟨*base* self-centered indulgence and selfish ambition —W.R.Inge⟩ LOW may connote crafty cunning, vulgarity, or immorality ⟨a man who by exercising a *low* sort of cunning, has managed to grab three or four millions of money selling bad whiskey —G.B. Shaw⟩ ⟨some sporting events of a *low* type, such as setting on men, women, or animals to fight —G.M.Trevelyan⟩ VILE, the most extreme of these three words, often suggests depravity or filth ⟨a jeering intention in his meanly unctuous tone, something more *vile* than mere cruelty —Joseph Conrad⟩ ⟨*vile* abuse and unbelievable blasphemies poured from her snarling lips —W.H.Wright⟩ ⟨the jail was a *vile* place, in which most kinds of debauchery and villainy were practiced, and where dire diseases were bred —Charles Dickens⟩ or, unlike BASE and LOW, is often used as a strong synonym for *objectionable* or *poor* ⟨curses . . . for the *vile* drinks he had been the means of introducing there —W.M.Thackeray⟩

⁵**base** [⁴*base*] *obs var of* ⁴BASS

**base angle** *n* [¹*base*] : the horizontal angle between the base line and the orienting line in artillery fire measured from the base line in the same direction as angles are measured by the sight on the gun

**base·ball** \'⸱,⸱\ *n, often attrib* [¹*base* (goal) + *ball*] **1** : a game played with a ball, bat, and gloves between 2 teams of 9 players each on a large field centering upon 4 bases that form the corners of a square 90 feet on each side, each team having a turn at bat and in the field during each of the 9 innings that constitute a normal game, the winner being the team that scores the most runs — see BALL 3a, b, STRIKE, OUT; FAIR BALL, FOUL BALL; INFIELD, OUTFIELD **2** : a ball having a cork or rubber center wound tightly with twine and covered with two pieces of bleached white horsehide stitched together, officially from 5 to 5¼ ounces in weight and from 9 to 9¼ inches in circumference **3** : a form of seven-card stud poker in which nines and threes are wild and threes and fours when dealt face up give the recipient certain special privileges

baseball field: *1* pitcher, *2* catcher, *3* first baseman, *4* second baseman, *5* third baseman, *6* shortstop, *7* left fielder, *8* center fielder, *9* right fielder, *a* first base, *b* second base, *c* third base, *d* home plate, *e* batter's box, *f* catcher's line, *g* foul line, *h* coach's box

**baseball stitch** *n* : a stitch for making two edges just meet worked under and over from the inside outward and used esp. in seaming baseball covers and mending tears in sails

**baseboard** \'⸱,⸱\ *n* [¹*base* + *board*] : a board situated at or forming the base of something ⟨the ~ of a camera⟩; *specif* : a protecting or finish molding of board or other material covering the joint of a wall and the adjoining floor

**baseboard heating** *n* : panel heating by means of baseboards

**baseborn** \'⸱;⸱\ *adj* [⁴*base* + *born*] **1 a** : of humble birth : LOWLY **b** : of illegitimate birth : BASTARD **2** : MEANSPIRITED, IGNOBLE

**base box** *n* : a unit of area for tin plate and terneplate equal to 31,360 square inches or 217.78 square feet or 20.232 square meters corresponding to the area covered by 112 plates of 14 by 20 inches each

**base broom** *n* : WOODWAXEN

**base bullion** *n* [¹*base*] : crude lead containing silver or gold and silver

**base burner** *n* [¹*base*] : a stove in which the fuel is fed from a hopper as the lower layer is consumed

**base circle** *n* [¹*base*] : the circle of an involute gear wheel from which the involute forming the outline of the tooth face is generated

**base coat** *n* [¹*base*] **1** : the plaster underlying the finish coat and consisting of a single coat or of separately applied scratch coat and brown coat **2** : PRIMING 1b(2)

**base course** *n* [¹*base*] **1 a** : the first or lowest course of a wall (as of a foundation wall or of the wall of a building above the basement) **b** : the bottom layer of material laid down in the construction of a pavement **2** *of a ship* : a straight-line course ⟨the destroyer turned back to *base course*⟩

**base-court** \'⸱,⸱\ *n* [MF *basse-court*, fr. *basse* (fem. of *bas* low) + *court* — more at *base*] **1 a** : the lower or outer court of a castle or mansion : BAILEY **b** : the rear courtyard of a farmhouse **2** : an English inferior court of law

**based** \'bāst\ *adj* [¹*base* + *-ed*] : having a base or having as a base ⟨firmly ~ ice⟩ ⟨a soundly ~ argument⟩

**ba·se·dow's disease** \'bäzə,dōz-\ *n, usu cap B* [after Karl von *Basedow* †1854 Ger. physician] : EXOPHTHALMIC GOITER

**base elbow** *n* [¹*base*] : a cast-iron pipe bend having a flange or pad cast on it as a seat for a supporting column or bracket

**base esquire** *n* [¹*base*] *heraldry* : the lower of the halves of a canton divided diagonally

**base exchange** *n* [¹*base*] : CATION EXCHANGE

**base fee** *or* **base fee simple** *n* [¹*base*] **1** : a determinable fee; *broadly* : a defeasible fee-simple estate (as a conditional fee) **2** *obs* **a** : an estate held by a tenant at the will of his lord or superior **b** : the status of an estate conveyed by a tenant in tail out of possession as a fee simple without proper adherence to the relevant rules of law

**basehearted** \'⸱;⸱⸱\ *adj* : having a base heart

**base hit** *n* [¹*base*] : a hit in baseball that enables the batter to reach base safely with no error being made and no base runner being forced out on the play

**base horehound** *n* [¹*base*] **1** : WHITE DEAD NETTLE **2** : a common European woundwort (*Stachys germanica*) with ashy gray foliage and pinkish white flowers

**base knob** *n* [¹*base*] : a knob often made partly of rubber and fastened to a baseboard to prevent a door from striking the wall

**Ba·sel** \'bäzəl, 'bāz-\ *adj, usu cap* [fr. *Basel*, Switzerland] : of or from the city of Basel, Switzerland : of the kind or style prevalent in Basel

**base·less** \'bāsləs\ *adj* [¹*base* + *-less*] : having no base : GROUNDLESS ⟨a ~ fear⟩ — **base·less·ly** *adv* — **base·less·ness** *n* -ES

¹**baselevel** \'⸱;⸱⸱\ *n* [¹*base* + *level*] : the level below which a land surface cannot be reduced by running water

²**baselevel** \"\ *vt* : to reduce to or toward the condition of a plain at baselevel

**baselevel plain** \'⸱,⸱⸱-\ *n* : a plain produced by the degradation of a region to its baselevel — compare PENEPLAIN

**base line** *n* [¹*base*] : a main line taken as or representing a base: as **a** : BASE 6b; *specif* : a line extending east and west from a chosen reference point on a principal meridian and forming with the meridian a pair of coordinate axes for locating township and section corners — used in U.S. public-land surveying **b** : the line joining the base piece and the base point in artillery fire **c** : the lowest horizontal line in a profile drawing of a ship used as a base for vertical measurements **d** *of a perspective drawing* : the line formed by the intersection of the ground plane and the picture plane **e** : the area within which a baseball player must keep when running between bases **f** : the back line at each end of a tennis court — see TENNIS illustration **g** : the lower horizontal guideline for aligning capitals in freehand lettering **h** : a known quantity used as a control for further experimentation

**base·lin·er** \'bās;līnə(r)\ *n* -s [*base line* + *-er*] : a tennis player who usu. plays near the base line

**ba·sel·la** \bə'selə, -'ze-\ *n, cap* [NL, prob. fr. a native name in India] : a genus of herbaceous annual or biennial vines (the type of the family Basellaceae) having sessile flowers on thickened pedicels and being natives of tropical Asia and Africa where they are used as potherbs — see MALABAR NIGHTSHADE

**bas·el·la·ce·ae** \,basə'lāsē,ē, -azə-\ *n pl, cap* [NL, fr. *Basella*, type genus + *-aceae*] : a small family of usu. climbing herbs (order Caryophyllales) sometimes included in the Chenopodiaceae but distinguished by having the calyx and corolla dissimilar — **bas·el·la·ceous** \;⸱⸱;lāshəs\ *adj*

**base·ly** *adv* [⁴*base* + *-ly*] : in a base manner : DISHONORABLY, IGNOBLY, SHAMEFULLY ⟨few . . . have been clearly and ~ faithless to their society —C.W.deKiewiet⟩

**base·man** \'bāsmən\ *n, pl* **basemen** : a man stationed at a base

**base map** *n* [¹*base*] : a map having only essential outlines and used for the plotting or presentation of specialized data of various kinds

**base·ment** \'bāsmənt\ *n* -s *often attrib* [prob. fr. ¹*base* + *-ment*] **1** : the architectural member that serves as a pedestal or substructure for the main order; *specif* : the ground floor facade in Renaissance architecture **2 a** : the part of a building that is wholly or partly below ground level; *esp* : such a room having overlaid or hard-surface flooring and housing a furnace — compare CELLAR **b** : the interior at ground level in a basement house or in a building having a basement facade **3** : the lowest or fundamental part of anything ⟨the ~ of the fountain —Charles Dickens⟩ **4 a** : BASEMENT COMPLEX **b** : a compact firm rock underlying less firmly consolidated earth materials ⟨atolls can grow on various types of ~s —F.P.Shepard⟩ **6** *chiefly New Eng* : an indoor school toilet or washroom ⟨the boy's ~⟩

*B* basement

**basement complex** *n* **1** : the assemblage of metamorphic and igneous rocks underlying stratified rocks in a particular region **2** : the Archean rocks — compare FUNDAMENTAL COMPLEX

**basement house** *n* : a dwelling in which the principal drawing rooms are located at least one story above ground level with the main entrance at ground level or one story above and reached by exterior steps

**basement membrane** *n* : a delicate connective tissue membrane commonly composed of a single layer of flat cells and underlying the epithelial cells of many organs

**base metal** *n* [¹*base*] **1** : a metal or alloy (as zinc, lead, or brass) of comparatively low value and relatively inferior in certain properties (as resistance to corrosion) — opposed to *noble metal* **2** : the metal to which a coating or plating is applied : the metal existing underneath a coating or plating **3** : the chief constituent of any alloy **4** : the metal composing parts to be welded

**base molding** *n* [¹*base*] : a molding along the upper margin of a baseboard or other plinth

**bas·en·dite** \'bā'sen,dīt\ *n* -s [¹*base* + *endite*] : either of a pair of lobes attached at the end of each of the specialized paired appendages of a crustacean — compare ENDITE, EXITE

**base·ness** \'bāsnəs\ *n* -ES [⁴*base* + *-ness*] **1** : the quality or state of being base ⟨moral ~⟩ **2** : a base act or trait ⟨perpetrate a ~ so unmixed —Robert Browning⟩

**base net** *n* [¹*base*] : a system of triangles and quadrilaterals including and immediately adjacent to a base line in a triangulation system

**ba·sen·ji** \bə'senjē\ *n* [of Bantu origin; akin to Lingala & Tshiluba *basenji*, pl. of Lingala *mosenji*, Tshiluba *musenji* native, inhabitant of the hinterland] **1** *usu cap* : an African breed of small compact curly-tailed chestnut-brown dogs that rarely bark **2** -s *sometimes cap* : any dog of the Basenji breed

**base of fire** [¹*base*] : element of one or more military units that give supporting fire to an attacking unit

**base on balls** [¹*base*] : an advance to first base given to a baseball player who during his time at bat receives four pitches outside the strike zone ⟨was given an intentional *base on balls* in the seventh inning⟩ — called also *pass, walk*

**base paper** *or* **base stock** *n* [¹*base*] : BODY PAPER

**base path** *n* [¹*base*] : the area between the bases of a baseball field used by a base runner

**base pay** *or* **base salary** *or* **base wage** *n* [¹*base*] : BASIC WAGE; *specif* : the minimum pay for a given rank or grade of a member of the armed forces ⟨retired for life upon three-quarters of his *base pay* —Nancy B. Shea⟩

**base period** *n* [¹*base*] : a period of business or economic activity used as a basis or reference point esp. for indexing, calculating, estimating, or adjudicating prices, taxes, compensation, income, and production

**base piece** *n* [¹*base*] : the piece of a gun battery for which the initial firing data are computed

**baseplate** \'⸱,⸱\ *n* [¹*base* + *plate*] **1** : a plate that serves as a base or support: as **a** : the foundation plate of heavy machinery (as of a steam engine) : BEDPLATE **b** : the steel or cast-iron plate on which a column rests **c** : the metal plate that serves as a base and firing support for the breech end of a mortar **2 a** : the portion of an artificial denture in contact with the jaw **b** : the sheet of plastic material used in the making of trial denture plates

**baseplug** \'⸱,⸱\ *n* [¹*base* + *plug*] : an electric wall receptacle; *esp* : one in or near the baseboard

**base price** *n* [¹*base*] **1** : a price for a standard commodity from which variations are readily computed (as by a formula) **2** : a price before discounts and extras

**baser** *comparative of* BASE

**base rate** *n* [¹*base*] : an established and usu. guaranteed rate of pay per unit of time (as per hour or day) or for production at the standard rate

**base right** *n* [¹*base*] : the right in Scots law acquired by a disponee taking feudal property to hold as subvassal

**base ring** *n* [¹*base*] **1** : a projecting band of metal around the breech of a muzzle-loading cannon — see CANNON illustration **2** : the circular base of a heavy gun carriage

**base rocker** *or* **base rocking chair** *n* [¹*base*] : a rocking chair fastened upon a base that is usu. mounted on casters

**base runner** *n* [¹*base*] : a baseball player of the team at bat who is on base or is attempting to reach a base — **base·run·ning** \'⸱,⸱⸱\ *n*

**bases** *pl of* BASE *or of* BASIS, *pres 3d sing of* BASE

**base shoe** *n* [¹*base*] : a narrow molding often of quarter round joining the bottom of a baseboard and the floor

**basest** *superlative of* BASE

**base stock method** *n* [¹*base*] : an accounting method of valuing inventories by carrying on the books a minimum quantity of a commodity at the same low fixed price from year to year and valuing the quantity in excess of the minimum at a separate price which is usu. the lower of cost or market value — compare LAST IN, FIRST OUT

**base stone** *n* [¹*base*] : FOOTING STONE

**base surge** *n* [¹*base*] : the cloud of mist, water, and debris that spreads outward from the surface point of an underwater atomic explosion

**base time** *n* [¹*base*] : the time calculated as the normal time required by a qualified individual working at normal pace for completion of a given work cycle with no allowance for delay or fatigue and personal needs

¹**bash** \'bash, -aa(ə)-,-ai-\ *vb* -ED/-ING/-ES [origin unknown] *vt* : to strike violently : BEAT, KNOCK ⟨~ him on the head with a club⟩ : smash by a blow — often used with *in* ⟨the tree ~*ed* in the roof⟩ ~ *vi* **1** : CRASH ⟨the car ~*ed* into a tree⟩ **2** *Brit* : HIT, KNOCK ⟨a branch ~*ing* against the house⟩; *also* : to punch with the fist — **bash one's ear** *chiefly Austral* : to talk long and insistently to one

²**bash** \"\ *n* -ES **1** *chiefly Brit* : a forceful blow **2** *slang Brit* : a good time : ENTERTAINMENT

**ba·sha** \bä'shä, '⸱(,)⸱\ *n* -s [Assamese] : an Assamese hut typically made of bamboo and grass

**bash·am's mixture** \'bashəmz-\ *n, usu cap B* [after William R. *Basham* †1877 Eng. physician] : an aromatic solution of iron and ammonium acetate formerly used as a hematinic

**bashaw** *often cap, var of* PASHA

**bash·er** \'basha(r), -aash-,-aish-\ *n* -s [¹*bash* + *-er*] : one that bashes; *esp, chiefly Austral* : a criminal who beats and robs his victims

**bash·ful** \'bashfəl, -aash-, -aish-\ *adj* [obs. *bash* to be abashed (fr. ME *basshen*, short for *abasshen*) + *-ful* — more at ABASH] **1** : inclined to shrink from public attention : socially shy or timid : SELF-CONSCIOUS, DIFFIDENT ⟨he hesitated, awkward and ~, shifted his weight from one leg to the other —Jack London⟩ ⟨they considered themselves a tough outfit and weren't ~ about letting anybody know it —F.B. Gipson⟩ **2** : characterized by, showing, or resulting from extreme sensitiveness, self-consciousness, or shyness ⟨found that ~ words tumbling from his tongue's end really spelled themselves out into sensible talk —Carl Sandburg⟩ **syn** see SHY

**bashful billy** *n, usu cap 2d B* : LORIS 1b

**bash·ful·ly** \-fəlē, -li\ *adv* : in a bashful manner

**bash·ful·ness** \-fəlnəs\ *n* -ES : the quality or state of being bashful

**bashi-ba·zouk** \,bashēbə'zük\ *n* -s [Turk *başı bozuk* irregular soldier, fr. *baş* head, leader + *bozuk* depraved, corrupt] **1 a** : a member of an irregular ill-disciplined auxiliary of the Ottoman Empire **b** : IRREGULAR **2** : a turbulent ill-disciplined person

**bashing** *n* -s [fr. gerund of ¹*bash*] : BEATING ⟨they have both had a ~⟩

**bash·kir** \(')bash;ki(ə)r\ *n, pl* **bashkir** *or* **bashkirs** *usu cap* [Russ, of Turkic origin; akin to Jagatai *badžkyr* Bashkir, Chuvash *puškart*] **1 a** : a Turkic-speaking Muslim people between the Volga and the Ural mountains regarded as tatarized Finns **b** : a member of the Bashkir people **2** : the language of the Bashkirs

**bash·lyk** *also* **bash·lik** \(')bash;lik\ *n* -s [Russ *bashlyk*, fr. Turk *başlık* hood, fr. *baş* head] : a protective hood with long ends for use as a scarf worn esp. by the Russian military

**ba·si** \'bäsē\ *n* -s [native name in the Philippines] : a fermented beverage prepared by natives of the Philippines

**basi-** \in pronunciations below ;⸱⸱ = ;bāsē (*bef vowels or consonants*) *or* -sə (*bef consonants*)\ *also* **baso-** *comb form* [ISV, fr. L *basis*] **1 a** : base : lower part ⟨*basi*petal⟩ **b** : at or near the base ⟨*basi*fixed⟩ ⟨*basi*glandular⟩ **c** : of or belonging to the base of ⟨*basi*cranial⟩ **2 a** : chemical base ⟨*basi*fy⟩ **b** : subsilicic and ⟨*basi*ophitic⟩

**ba·si·al** \'bāsēəl\ *adj* [*basi-* + *-al*] : of or relating to the basion

¹**ba·si·branchial** \;⸱⸱ *at* BASI- + \ *adj* [*basi-* + *branchial*] : of, relating to, or being a median bone or cartilage at the ventral point of a branchial arch

²**basibranchial** \"\ *n* -s : a basibranchial bone or cartilage

**ba·si·bregmatic height** \;⸱⸱+ . . . ⸱\ *var of* BASION-BREGMA HEIGHT

¹**ba·sic** \'bāsik, ‑ēk *sometimes* -āz‑\ *adj* [¹*base* + *-ic*] **1** : of, relating to, or forming the base or essence : FUNDAMENTAL, ESSENTIAL, IRREDUCIBLE ⟨a ~ fact⟩ ⟨a ~ argument⟩ ⟨~ truths⟩ **2** : constituting or serving as the basis or starting point ⟨a ~ house⟩ **3 a** : of, relating to, or characteristic of a base ⟨~ groups⟩ ⟨~ nitrogen⟩ — compare ALKALINE **b** : having an alkaline reaction ⟨~ compounds⟩ ⟨a ~ catalyst⟩ **c** *of salts* : derived by partial neutralization ⟨~ lead carbonate⟩ ⟨~ bismuth chloride⟩ **d** : containing or involving the use of alkaline material ⟨a furnace with a ~ lining⟩ — see BASIC PROCESS **e** : base-forming ⟨lime is a ~ oxide⟩ **4** *of rocks* : containing relatively little silica : SUBSILICIC — opposed to *acid* **5** : relating to or made by a basic process ⟨~ steel⟩ ⟨~ rails⟩ **6** *of language* : having a vocabulary that consists of a very small number of words but that can be used to convey a wide range of ideas or information ⟨~ French⟩ **7** : assigned for general duties within a military organization ⟨a ~ private⟩ **8** : prescribed and nominal — used of standards (as of size) that are the basis for the calculation of allowances and tolerances

²**basic** \"\ *n* -s **1** : something that is basic : FUNDAMENTAL — usu. used in pl. ⟨the ~s of honesty⟩ ⟨the ~s of sewing⟩ **2** : BASIC TRAINING ⟨took his ~ at Keesler Field⟩

**basic airman** *n* : an airman undergoing basic training in the U.S. Air Force

**ba·si·cal·ly** \‑ək(ə)lē, ‑ēk-, -li\ *adv* : FUNDAMENTALLY, ESSENTIALLY

**basic anxiety** *n, psychol* : a feeling of helplessness and personal isolation

**basic crew** *n* **1** : the group or number of employees considered necessary for continuous operation (as of a business or factory) **2** : a limited number or prescribed group of employees subject to guaranteed wage provisions in a labor contract

**basic crop** *or* **basic commodity** *n* : an agricultural product deemed of sufficient economic or political importance to be designated by the U.S. Congress for special production controls or price supports

**basic dress** *n* : a simple classic dress usu. of a solid color and adaptable to many occasions by a change of accessories

**basic dye** *or* **basic color** *n* : any of various chiefly synthetic dyes reacting as bases because of the presence of certain nitrogen-containing groups (as amino groups), producing clear

# EXHIBIT 15

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 09/874,117 | 06/04/2001 | Carol Wright | JJI-51 | 8772 |

27777 7590 05/02/2002

AUDLEY A. CIAMPORCERO JR.
JOHNSON & JOHNSON
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933-7003

| EXAMINER |
| --- |
| JACKSON, SUZETTE JAMIE |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 3738 | |

DATE MAILED: 05/02/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

| Office Action Summary | Application No. | Applicant(s) |
|---|---|---|
| | 09/874,117 | WRIGHT ET AL. |
| | Examiner | Art Unit |
| | Jackson J Suzette | 3738 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *04 June 2001*.

2a)☐ This action is **FINAL**. 2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *4-14* is/are pending in the application.

4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☒ Claim(s) *14* is/are allowed.

6)☒ Claim(s) *4,6,8,10,11 and 13* is/are rejected.

7)☒ Claim(s) *5,7,9 and 12* is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on *04 June 2001* is/are: a)☒ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11)☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved by the Examiner.

If approved, corrected drawings are required in reply to this Office action.

12)☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

a)☐ All b)☐ Some * c)☐ None of:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____ .

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

14)☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

a) ☐ The translation of the foreign language provisional application has been received.

15)☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) 2.
4) ☐ Interview Summary (PTO-413) Paper No(s). _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other:

## DETAILED ACTION

1. Applicant's Preliminary amendment dated 6/04/01 has been received in application serial number 09/874,117. Claims 1-3 have been canceled. In the Preliminary amendment In the Specification section *"On page 8, line 33, please change "10" to –40–"* has not been entered because it does not correspond to the specification.

### *Claim Rejections - 35 USC § 103*

2. The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

3. Claims 4, 6, 8, 10-11, and 13 are rejected under 35 U.S.C. 103(a) as being unpatentable over Sonenshein et al. 5,665,591 in view of Pinchuk et al. 5,968,091. Sonenshein et al. discloses regulation of smooth muscle cell proliferation wherein col. 3,line 25 rapamycin is disclosed as a treatment for SMC; wherein the use of a polymer carrier can be utilized (see col. 11, lin1-12) on local or site delivery such as stents (col. 13,line 28) however Sonenshein does not specify dipping or spraying techniques. Pinchuk et al. teaches stents which have been coated with a polymer by dipping or spraying. It would have been obvious to one having ordinary skill in the art at the time the invention was made to dip or spray the stent because it would allow for even deposition of the therapeutic agent and polymer to the prosthesis.

***Allowable Subject Matter***

4. Claim 14 is allowed.

5. Claims 5, 7, 9, and 12 objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

4.30.02

***Conclusion***

6. The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. Palasis et al. 6,369,039 B1 ; Wright et al. 6,273,913 B1 ; Hossainy et al. 6,153,252 **(closely discloses the invention)**; Rakos et al. 6,015,432; Fricker et al. 5,932,243; Hull et al. 5,893,840 show related material.

7. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Suzette J. Jackson whose work schedule is Monday-Friday 9-6:30 off every other Friday and whose telephone number is 703-308-6516.

8. The fax phone numbers for the organization where this application or proceeding is assigned are 703-305-3580.

9. Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is 703-308-0858.

Suzette J. Jackson
30 April 2002

David H. Willse
Primary Examiner

# EXHIBIT 16

OIPE IAP77 DEC 01 2005 TRADEMARK OFFICE

AF /IFW

DOCKET NO. CRD0850

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Gregory A. Kopia et. al.

Serial No.: 09/575,480 Art Unit: 3743

Filed : May 19, 2000 Examiner: C.T. Nguyen

For : DRUG COMBINATIONS USEFUL FOR PREVENTION OF RESTENOSIS

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Mail Stop Appeal, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on

November 29, 2005

(Date)

Paul A. Coletti

Name of applicant, assignee, or Registered Representative

/Paul A. Coletti/

(Signature)

November 29, 2005

(Date of Signature)

**AUTHORIZATION TO CHARGE DEPOSIT ACCOUNT**

Mail Stop Appeal Brief-Patents
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Attached is the second corrected Appeal Brief for the above-captioned patent application.

Please charge Deposit Account No. 10-0750/CRD0850/PAC in the name of Johnson & Johnson in the amount of $500.00, representing the cost of filing a Brief on Appeal in the above-captioned matter.

The Commissioner is hereby authorized to charge any additional fees which may be required to Account No. 10-0750/CRD0850/PAC. This Authorization is being submitted in triplicate.

Respectfully submitted,

/Paul A. Coletti/
Paul A. Coletti
Attorney for Applicant(s)
Reg. No. 32,019

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933-7003
(732) 524-2815
DATED: November 29, 2005

BEST AVAILABLE COPY

OIPE IAP77 DEC 01 2005 PATENT & TRADEMARK OFFICE

DOCKET NO. CRD0850

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Gregory A. Kopia et. al.

Serial No.: 09/575,480 Art Unit: 3743

Filed : May 19, 2000 Examiner: C.T. Nguyen

For : DRUG COMBINATIONS USEFUL FOR PREVENTION OF RESTENOSIS

**APPELLANT'S SECOND CORRECTED BRIEF ON APPEAL**

Mail Stop Appeal Brief-Patents
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The following represents Appellant's Brief on Appeal in the above-captioned application:

## I. REAL PARTY IN INTEREST

The real party of interest of the present application on appeal is the assignee, Cordis Corporation.

## II. RELATED APPEALS AND INTERFERENCES

There are no appeals or interferences known to appellant's legal representative or assignee, which will directly affect or be directly affected by or have a bearing on the Board's decision in the pending appeal.

## III. STATUS OF CLAIMS

Claims 1, 3 – 4, 6, and 8 – 9 are pending in this application and have been finally rejected in this application by means of a final rejection dated June 2, 2004. Claims 2, 5, 7, and 10 – 15 were cancelled without prejudice during prosecution. Each of Claims 1, 3 – 4, 6, and 8 – 9 are on appeal.

12/01/2005 ZJUHAR1 00000074 100750 09575480
01 FC:1402 500.00 DA

## IV. STATUS OF AMENDMENTS

A Response after Final Rejection was deposited with the United States Postal Service on September 2, 2004 in response to the Final Rejection dated June 2, 2004. In an Advisory Action mailed on October 19, 2004, the Examiner indicated that the Response after Final Rejection failed to place the application in condition for allowance. Nonetheless, the Examiner entered the claim amendments made in the Response after Final Rejection.

## V. SUMMARY OF CLAIMED SUBJECT MATTER

The invention embodied by the subject application on appeal is directed to an approach to solving the clinical problem of restenosis, which involves the administration of drug combinations, either locally or systemically. One example of such a combination would be the addition of the anti-inflammatory corticosteroid, dexamethasone, with an antiproliferative agent such as rapamycin or its analogues. Delivery of a stent containing both an ***antiproliferative agent and an anti-inflammatory agent (emphasis added)*** to a coronary artery injured during the process of angioplasty would provide the added therapeutic benefit of:

1. Limiting the degree of local smooth muscle cell proliferation;
2. Reducing a stimulus for proliferation, i.e., inflammation, and thus enhance the restenosis-limiting action of the stent.

An additional benefit of combination drug therapy may be to reduce the dose of each of the therapeutic components and thus limiting their toxicity, while still achieving a reduction in restenosis. See Table 1 (included below), which demonstrates that concentrations of rapamycin or dexamethasone below their respective $IC_{50}$ amounts may combine to produce an effect on cell growth greater than either agent individually.

| % of Control Growth | Concentration of Dexamethasone | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0.01 | 0.05 | 0.1 | 0.5 | 1.0 | 5.0 | 10 | 50 | 100 |
| | | | | | | | | | | |
| Rapamycin 0 ug/ml | 100.0 | - | - | 75.2 | 76.5 | 72.2 | 50.0 | 36.1 | 18.3 | 11.7 |
| Standard Deviation | 4.2 | | | 0.8 | 16.3 | 9.3 | 7.6 | 5.9 | 6.0 | 1.3 |
| | | | | | | | | | | |
| Rapamycin 0.2 ug/ml | 85.7 | 63.4 | 57.6 | 49.7 | 48.9 | 48.2 | 41.2 | 31.1 | 31.2 | 29.0 |
| Standard Deviation | 6.6 | 3.2 | 2.1 | 4.6 | 2.2 | 1.7 | 3.0 | 2.7 | 1.0 | 1.8 |
| | | | | | | | | | | |
| Rapamycin 1.0 ug/ml | 67.4 | 48.3 | 45.1 | 38.1 | 39.2 | 37.8 | 33.9 | 25.8 | 20.7 | 18.5 |
| Standard Deviation | 2.6 | 3.3 | 13.3 | 9.5 | 4.4 | 4.5 | 3.1 | 8.1 | 6.4 | 3.7 |

**Table 1: Inhibition of human vascular smooth muscle cell proliferation with dexamethasone or dexamethasone + rapamycin.**

Further aspects of this summary are seen in the specification at page 8, lines 7-23, page 10, lines 14-28, page 11, lines 11-15, and page 13, lines 11-20.

## VI. GROUNDS OF PROTECTION TO BE REVIEWED ON APPEAL

1. Is Claim 1 patentable in light of 35 U.S.C. §112?
2. Are Claims 1, 3, 4, and 6 patentable under 35 U.S.C. §102 in view of U.S. Patent No. 6,335,029 to Kamath?
3. Are Claims 8-9 patentable under 35 U.S.C. §103 over U.S. Patent No. 6,335,029 to Kamath in view of U.S. Patent No. 6,159,488 to Nagler?
4. How can Applicants overcome the double patenting rejection?

## VII. ARGUMENT

*1. Is Claim 1 patentable in light of 35 U.S.C. §112?*

Claim 1 is patentable in light of 35 U.S.C. §112. As amended, claim 1 now satisfies all of the requirements 35 U.S.C. §112. The Examiner originally rejected claim 1 under 35 U.S.C. §112 for lack of antecedent basis for the term "said layers." As noted in applicant's response dated September 2, 2004, an inadvertent typographical error inserted the word "layers" for the word "agents." The term "said agents" now has antecedent support in amended claim 1, thus making the claim reasonably ascertainable by those skilled in the art. [*Ex parte Porter*, 25 USPQ2d 1144, 1145 (Bd. Pat. App. & Inter. 1992)]

*2. Are Claims 1, 3, 4, and 6 patentable under 35 U.S.C. §102 in view of U.S. Patent No. 6,335,029 to Kamath?*

Claims 1, 3, 4, and 6 are patentable under 35 U.S.C. §102 over U.S. Patent No. 6,335,029 to Kamath, et. al. The Examiner has rejected Claim 1 under 35 U.S.C. §102, citing Kamath. In so doing, the Examiner has characterized the drug Taxol as a rapamycin "analogue." Applicants respectfully contend that this is an improper characterization.

Taxol is formed from the compound paclitaxel. While both rapamycin and paclitaxel may exhibit antiproliferative properties, these two drugs are different in both their chemical structure and method of action. The attached drawings show the chemical structure of both rapamycin and paclitaxel. Upon a review of the images, one can see clearly that the chemical structures of these compounds share little in common. In this regard, one could not characterize the two families of drugs as "analogues." In contrast, each pair of the true "analogues" (for instance, rapamycin and its analogue, ABT-578, or taxol and its analogue, docetaxel) has very similar structures. As well, both pairs of true analogues have similar methods of action.

Chemical Structure - Rapamycin and a Rapamycin Analogue:

**Rapamycin** **ABT-578 (A Rapamycin Analogue)**

Chemical Structure - Taxol and a Taxol Analogue:

**Paclitaxel (Taxol)** **Docetaxel ( A Paclitaxel Analogue)**

The method of action of these two classes of drugs is quite different. Paclitaxel is a drug originally formulated for cancer therapy, since it interferes with the growth of cancer cells, which are eventually destroyed. Essentially, paclitaxel causes cells to experience programmed cell death without dividing. Rapamycin, also known as sirolimus was formulated as an immunosuppressive agents to prevent tissue rejection during transplant surgery. Sirolimus works to prevent the white blood cells from getting rid of the transplanted organ, and in so doing exhibits cytostatic properties.

The Examiner's argument is misplaced that, because applicant originally submitted claims pairing rapamycin with taxol and vincristine in a *Markush* grouping[1], the agents cited are "analogues." A *Markush* grouping is a homegrown generic expression covering a group of two or more different materials, any one of which will be operative for the combination claimed. Applicant submits that, to extrapolate that the elements of a *Markush* grouping, are

[1] See Claim 9.

necessarily *analogues* as used in the drug sense, is entirely inappropriate. Moreover, without a clear showing made by the Examiner that the drugs function as analogues, any argument based on inherency of the drugs' properties is certainly inappropriate, given appellants clear showing of the different modes of operation.

Examiner makes the additional argument that the dictionary meaning of "analogue" is defined as a structure that is similar in function to one in another according to The American Heritage® Dictionary. However, the pharmaceutical sense, "analogue" has a more specific meaning specifically, "a chemical compound with a structure similar to that of another but differing from it in respect to a certain component."[2] Under this definition, clearly taxol is not a rapamycin "analogue."

Since appellants have shown that taxol is not a rapamycin analogue, and Kamath does not disclose a rapamycin or a rapamycin analogue, the rejection in light of Kamath is inappropriate.

*3. Are Claims 8-9 patentable under 35 U.S.C. §103 over U.S. Patent No. 6,335,029 to Kamath in view of U.S. Patent No. 6,159,488 to Nagler?*

Claims 8 and 9 are patentable under 35 U.S.C. §103 over Kamath in view of U.S. Patent No. 6,159,488 to Nagler, *et al.* It has already been shown herein that taxol is not a rapamycin analogue. In this regard, Kamath in view of Nagler does not teach or suggest each of the claim limitations, specifically the use of an antiproliferative "comprising rapamycin or an analogue thereof..."

The examiner states that the Kamath reference discloses the invention as applied to Claim 1 but fails to recite halofuginone as an extracellular matrix inhibitor. The examiner further cites the Nagler reference to teach a stent coated with halofuginone, and then states it would be obvious to one with ordinary skill in the art to modify Kamath to include halofuginone. "When a rejection depends on a combination of prior art references, there must be some teaching, suggestion, or motivation to combine said references." *In re Rouffet*, 149 F.3d 1350, 1355 (Fed Cir. 1998). There is no such suggestion or motivation in either reference to combine the cited references. The Examiner has shown no suggestion or motivation to combine, and the references themselves do not imply a reason to combine these references. Furthermore, Kamath simply *does not teach* the use of an antiproliferative comprising rapamycin or an analogue thereof.

[2] Dorland's Medical Dictionary, pg. 66 (26th ed. 1981).

Given that Kamath falls short as a 35 USC §102 reference as it relates to the claimed invention, it also falls short as a 35 USC §103 reference as applied herein. In this regard, claims 8 and 9 are patentable under 35 U.S.C. §103.

*4. How can Applicants overcome the double patenting rejection?*

Applicants expect the double patenting rejection to be removed in light of the further prosecution of S.N. 09/850,482.[3] Alternately, if the double patenting rejection is maintained, Applicants intend to file a Terminal Disclaimer to overcome such rejection.

**SUMMARY**

Appellants submit that the above remarks and supporting information establish that the Examiner's cited grounds for rejection are improper and as such should be reversed. Appellant thus respectfully requests that the Board of Patent Appeals and Interferences find that the remaining claims are in condition for allowance, with instructions to the Examiner to allow the claims.

Respectfully submitted,

/Paul A. Coletti/
Paul A. Coletti
Attorney for Applicant(s)
Reg. No. 32;019

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933-7003
(732) 524-2815
DATED: November 29, 2005

[3] For instance, in S.N. 09/850,482 only claims 1-3 and 5-15 remain, not 1-20 and 25 as cited by the Examiner.

**APPENDIX**

VIII. CLAIMS

1. (Previously Amended) A method for treating restenosis comprising an intravascular infusion or delivery by release from a surface of a stent of a combination of at least two agents, including an anti-proliferative agent for inhibiting smooth muscle cell growth comprising rapamycin or an analogue thereof and an anti-inflammatory agent for inhibiting smooth muscle growth, both said agents contained in therapeutic dosage amounts.

2. (Canceled)

3. (Previously Amended) The method of claim 1 wherein the anti-inflammatory agent comprises dexamethasone.

4. (Previously Amended) The method of claim 1 wherein the combination of at least two agents further includes a growth factor or cytokine signal transduction inhibitor.

5. (Canceled)

6. (Previously Amended) The method of claim 1 wherein the combination of at least two agents further includes a tyrosine kinase inhibitor.

7. (Canceled)

8. (Previously Amended) The method of claim 1 wherein the combination of at least two agents further includes an inhibitor of extracellular matrix synthesis.

9. (Previously Amended) The method of claim 8 wherein the inhibitor of extracellular matrix synthesis comprises halofuginone and the anti-proliferative agent is taken from a group consisting of rapamycin, taxol, or vincristine.

10. (Canceled)

11. (Canceled)

12. (Canceled)

13. (Canceled)

14. (Canceled)

15. (Canceled)

10

A218

## IX. EVIDENCE APPENDIX

Copies of Kamath, U.S. Patent No. 6,335,029 and Nagler, U.S. Patent 6,159,488.

## X. RELATED PROCEEDINGS APPENDIX

None

12

A220

DORLAND'S ILLUSTRATED

# Medical Dictionary

Twenty-sixth Edition

W. B. SAUNDERS COMPANY Philadelphia London Toronto Mexico City Sydney Tokyo

**The Library of Congress Cataloged the First Issue of this Serial as follows:**

Dorland's illustrated medical dictionary. [1st]—ed. Philadelphia, Saunders, 1900–

illus. (part col.) 23–25 cm.

Title varies: 1st–22d ed., The American illustrated medical dictionary.

1. Medicine—Dictionaries. I. Dorland, William Alexander Newman, 1864–1956. II. Title: The American illustrated medical dictionary.

R121.D73 610.3 0–6383 rev 4*

Library of Congress [r65i²7] MARC–S

© 1981 by W. B. Saunders Company

Copyright 1900, 1901, and 1903 by W. B. Saunders and Company. Copyright 1906, 1909, 1911, 1913, 1915, 1917, 1919, 1921, 1923, 1925, 1927, 1929, 1932, 1935, 1938, 1941, 1944, 1947, 1951, 1957, 1965, and 1974 by W. B. Saunders Company.

Copyright under the Uniform Copyright Convention. Simultaneously published in Canada. All Copyright Renewals Registered.

Derechos reservados conforme a la ley para la Republica Mexicana.

All Rights Reserved. This book is protected by copyright. No part of it may be duplicated or reproduced in any manner without written permission from the publisher. Made in the United States of America. Press of W. B. Saunders Company.

Some of the words appearing in the Dictionary are proprietary names (trademarks) even though no reference to this fact is made in the text. The appearance of any name without designation as a trademark is therefore not to be regarded as a representation by the editors or publisher that it is not a trademark or is not the subject of proprietary rights.

The use of portions of the text of the *United States Pharmacopeia,* Twentieth Revision, official from July 1, 1980, of the *National Formulary,* Fifteenth Edition, official from July 1, 1980, and of *USAN and the USP Dictionary of Drug Names 1981* is by permission received from the Board of Trustees of the United States Pharmacopeial Convention, Inc. The said Convention is not responsible for any inaccuracy of quotation, or for any false or misleading implication that may arise by reason of the separation of excerpts from the original context or by obsolescence resulting from publication of a supplement.

Listed here are the latest translated editions of this book together with the languages for the translations and the publishers.

Japanese (25th Edition)—Hirokawa Publishing Company, Tokyo, Japan

Spanish (25th Edition) (Adaptation)—El Ateneo, Buenos Aires, Argentina

Braille edition (24th Edition)—American Printing House for the Blind, Louisville, Kentucky

ISBN 0-7216-3150-9 Standard
ISBN 0-7216-3151-7 Indexed

Library of Congress Catalog Card Number: 78-50050

Last digit is the print number: 9 8 7 6 5 4 3 2 1

**anal** (a′nal) [L. *analis*] pertaining to the anus.

**analbuminemia** (an″al-bu″mĭ-ne′me-ah) a state characterized by deficiency or absence of albumins in the blood serum.

**analeptic** (an″ah-lep′tik) [Gr. *analepsis* a repairing] a drug which acts as a restorative, such as caffeine, amphetamine, pentylenetetrazol, etc.

**analgesia** (an″al-je′ze-ah) [*an* neg. + Gr. *algēsis* pain + *-ia*] absence of sensibility to pain; absence of pain on noxious stimulation; designating particularly the relief of pain without loss of consciousness; called also *alganesthesia*. **a. al′gera,** spontaneous pain in a denervated part; pain in an area or region which is anesthetic; called also *a. dolorosa*. **audio a.,** audioanalgesia. **continuous caudal a.,** the relief of the pain of labor and childbirth by the continuous bathing of the sacral and lumbar plexuses within the epidural space by the injection of an anesthetic solution. This method is used also in general surgery to block the pain pathways below the navel. Called also *continuous caudal anesthesia*. **a. doloro′sa,** a. algera. **epidural a.,** analgesia induced by introduction of the analgesic agent into the epidural space of the vertebral canal. **infiltration a.,** paralysis of the nerve endings at the site of operation by subcutaneous injection of an anesthetic. **narcolocal a.,** local analgesia preceded by premedication. **paretic a.,** loss of the sense of pain accompanied by partial paralysis. **permeation a.,** surface a. **relative a.,** in dental anesthesia, a maintained level of conscious-sedation, short of general anesthesia, in which the pain threshold is elevated, usually induced in inhalation of nitrous oxide and oxygen. **surface a.,** local analgesia produced by an anesthetic applied to the surface of such mucous membranes as those of the eye, nose, throat, larynx, and urethra; called also *permeation a.*

**analgesic** (an″al-je′zik) 1. relieving pain. 2. not sensitive as to pain. 3. an agent that alleviates pain without causing loss of consciousness.

**Analgesine** (an″al-je′sin) trademark for a preparation of antipyrine.

**analgetic** (an″al-jet′ik) analgesic.

**analgia** (an-al′je-ah) [*an* neg. + Gr. *algos* pain + *-ia*] absence of pain.

**analgic** (an-al′jik) insensible to pain.

**anallergic** (an″ah-ler′jik) not allergic; not causing anaphylaxis or hypersensitivity.

**analogous** (ah-nal′o-gus) [Gr. *analogos* according to a due ratio, conformable, proportionate] resembling or similar in some respects, as in function or appearance, but not in origin or development; cf. *homologous*, def. 1.

**analogue** (an′ah-log) 1. a part or organ having the same function as another, but of a different evolutionary origin; cf. *homologue* (def. 1). 2. a chemical compound with a structure similar to that of another but differing from it in respect to a certain component; it may have a similar or opposite action metabolically. Cf. *homologue* (def. 2). **base a.,** an analogue of a purine or pyrimidine base, as aminopurine. **homologous a.,** a part that is similar to another in both function and structure. **metabolic a.,** a closely similar compound which tends to replace an essential metabolite. **substrate a.,** a substance with a structure similar to the natural substrate of an enzyme and which, because of this similarity, inhibits the action of the enzyme, as in competitive inhibition.

**analogy** (ah-nal′o-je) [Gr. *analogia* equality of ratios, proportion] the quality of being analogous; resemblance or similarity in function or appearance, but not in origin or development.

**analphalipoproteinemia** (an-al″fah-lip″o-pro″te-in-e′me-ah) Tangier disease.

**analysand** (ah-nal′ĭ-sand) one who is being psychoanalyzed.

**analysis** (ah-nal′ĭ-sis), pl. *anal′yses* [*ana-* + Gr. *lysis* dissolution] 1. separation into component parts or elements; the act of determining the component parts of a substance. 2. psychoanalysis. **activation a.,** a quantitative determination of the presence of certain types of nuclei in a sample by transmuting them into radioactive nuclei and analyzing the emanating radiation. **antigenic a.,** the determination of the components of the antigenic mosaic of a bacterial species. **bite a.,** occlusal a. **blood gas a.,** the determination of oxygen and carbon dioxide concentrations and the pH of the blood by laboratory tests; the following measurements may be made: $Po_2$, partial pressure of oxygen in arterial blood; $Pco_2$, partial pressure of carbon dioxide in arterial blood; $So_2$, percent saturation of hemoglobin with oxygen in arterial blood; the total $CO_2$ content of (venous) plasma; and the pH. **bradycinetic a.,** cineradiographic study of motor activity. **cephalometric a.,** a study or analysis of the skeletal and dental relationships used in orthodontic case analysis, as seen in cephalograms. **character a.,** the systematic psychotherapeutic investigation or analysis of the personality traits or defenses of an individual. **chromatographic a.,** chromatography. **colorimetric a.,** analysis by means of the various color tests. **densimetric a.,** analysis by ascertaining the specific gravity of a solution and estimating the amount of matter dissolved. **distributive a.,** psychobiologic treatment by the directed study and interpretation of the patient's present and past behavior. **Downs′ a.,** a series of cephalometric criteria developed by Downs as an aid in orthodontic diagnosis. **ego a.,** the intensive therapeutic study and analysis of the ways in which the ego resolves or attempts to deal with intrapsychic conflicts. **end-group a.,** evaluation of the degree of linearity and branching of polysaccharide by determination of the number of end groups; determination of the amino- and carboxyl-terminal amino acids of a protein permitting an evaluation of the number of peptide chains per molecule as well as the state of purity of the protein. **existential a.,** existential psychoanalysis. **gasometric a.,** the measurement of the different components of a gaseous mixture. **gravimetric a.,** quantitative a. **group a.,** intensive psychotherapeutic analysis in which two or more patients actively participate. **occlusal a.,** a study of the relations of the occlusal surfaces of opposing teeth, and of the relations of the teeth in one jaw to those in the opposite jaw as units; called also *bite a.* **organic a.,** the analysis of animal and vegetable tissues. **polariscopic a.,** analysis by means of the polariscope. **proximate a.,** the determination of the simpler constituents of a substance. **qualitative a., qualitive a.,** the determination of the nature of the constituents of a compound or a mixture of compounds. **quantitative a., quantitive a.,** the determination of the proportionate quantities of the constituents of a compound. **radiochemical a.,** direct or indirect identification or determination of the content of specific elements in a substance through measurement of the disintegration rates of radionuclides. **spectroscopic a., spectrum a.,** analysis by means of determining the wave length(s) at which electromagnetic energy is absorbed by a sample. **tetrad a.,** the analysis of crossing over by studying all the tetrads arising from the meiotic divisions of a single primary gametocyte. **transactional a.,** a type of psychotherapy involving an understanding of the interpersonal interchanges between the components of the personalities of the participants (individuals or members of a group). **ultimate a.,** the determination of the ultimate elements of a compound. **vector a.,** analysis of a moving force to determine both its magnitude and its direction, e.g., analysis of the scalar electrocardiogram to determine the magnitude and direction of the electromotive force for one complete cycle of the heart. **volumetric a.,** quantitative analysis by measuring volumes of liquids.

**analysor** (an′ah-li″zor) analyzer.

**analyte** (an′ah-līt) a substance undergoing analysis.

**analytic** (an″ah-lit′ik) pertaining to analysis.

**analyzer** (an′ah-li″zer) 1. a Nicol prism attached to a polarizing apparatus which extinguishes the ray of light polarized by the polarizer. 2. Pavlov's name for a specialized part of the nervous system which controls the reactions of the organism to changing external conditions. 3. a nervous receptor together with its central connections, by means of which sensitivity to stimulations is differentiated. **amino acid a.,** an analytical instrument that separates, identifies, and measures quantities of amino acids and related compounds. **amino acid sequence a.,** an instrument for determining protein components in plasma, useful in blood-lipid evaluation. **blood gas a.,** an instrument for measuring partial pressures of oxygen, carbon dioxide, carbon monoxide, and nitrogen in blood. **breath a.,** an instrument for determining the volume and composition of respired gases; some types are specifically designed for detecting alcohol in the breath. **image a.,** an instrument that counts, measures and classifies cells and images viewed on microscopes, photographs, transparencies, etc. **oxygen gas a.,** an instrument for measuring the oxygen content of a gaseous mixture, or dissolved oxygen in a liquid, or saturation of blood hemoglobin with $O_2$ or partial pressure of $O_2$ in blood. **voice a.,** an electronic instrument for printing out waveforms corresponding to vocal characteristics, as an aid in identifying voice and speech problems or a particular speaker.

**Aname** (an′ah-me) a genus comprising the venomous "bird spiders" of the family Theraphosidae.

**Anamirta cocculus** L. Wight & Arn. (Menispermaceae) (an″ah-mer′tah kok′u-lus) a species of East Indian woody vines whose dried berries or fruit, cocculus indicus, yield picrotoxin. Called also *A. paniculata*.

**anamirtin** (an″ah-mer′tin) an oily glyceride, $C_{19}H_{24}O_{10}$, from the dried berries or fruit of *Anamirta cocculus*.

**anamnesis** (an″am-ne′sis) [Gr. *anamnēsis* a recalling] 1. the faculty of memory. 2. the collected data concerning a patient, his family, previous environment, and experiences, including any abnormal sensations, moods, or acts observed by the patient himself or by others, with the dates of their appearance and duration, as well as any results of treatment. 3. in immunology, the faculty of immunological memory as exemplified by events in the secondary or anamnestic immune response.

**anamnestic** (an″am-nes′tik) pertaining to anamnesis. See also under *response*.

**Anamniota** (an″am-ne-o′tah) [*an* priv. + Gr. *amnion*] a major group of vertebrates comprising those which develop no amnion, including fishes and amphibians; opposed to Amniota.