# EXHIBIT 20

**DOCKET NO.:** CRDS-0066
**Application No.:** Not yet assigned

**PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:
**Carol Wright, et al.**

Confirmation No.: **Not yet assigned**

Application No.: **Not yet assigned**

Group Art Unit: **Not yet assigned**

Filing Date: **August 24, 2006**

Examiner: **Not yet assigned**

For: **Local Delivery of Rapamycin for Treatment of Proliferative Sequelae Associated with PTCA Procedures, Including Delivery Using a Modified Stent**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

## PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT
### (37 CFR § 1.102 and MPEP § 708.02)

Applicant hereby petitions to make this application special because of actual infringement.

1.  Accompanying material

    Accompanying this petition is:

    A Declaration by Attorney in Support of Petition to Make Special Because of Actual Infringement, with Exhibits 1-9.

2.  Fee (37 CFR § 1.17(i))

    The fee required is to be paid by:

**DOCKET NO.:** CRDS-0066                                    **PATENT**
**Application No.:** Not yet assigned

☐        A check in the amount of **$130.00** is attached.

☒        Please charge Deposit Account No. 23-3050 in the amount of **$130.00**.

☒        The Commissioner is hereby authorized to charge any deficiency or credit any
overpayment of the fees associated with this communication to Deposit Account
No. 23-3050.


DATE: August 24, 2006                          /S. Maurice Valla/
                                               S. Maurice Valla
                                               Registration No. 43,966


Woodcock Washburn LLP
One Liberty Place - 46th Floor
Philadelphia PA  19103
Telephone: (215) 568-3100
Facsimile:  (215) 568-3439

© 2005 WW

A253. 2

**DOCKET NO.:** CRDS-0066
**Application No.:** Not yet assigned

**PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:
**Carol Wright, et al.**

Confirmation No.:

Application No.: **not yet assigned**

Group Art Unit:

Filing Date: **August 15, 2006**

Examiner: **Not yet assigned**

For:  **Local Delivery of Rapamycin for Treatment of Proliferative Sequelae
Associated with PTCA Procedures, Including Delivery Using a Modified Stent**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

## DECLARATION BY ATTORNEY IN SUPPORT OF PETITION TO MAKE SPECIAL BECAUSE OF ACTUAL INFRINGEMENT (MPEP § 708.02)

I, S. Maurice Valla, Woodcock Washburn LLP, One Liberty Place, 46th Floor, Philadelphia PA, 19103, Registration No. 43,966, Telephone No. 215-564-3100, am the attorney of record for Applicants and make the following declarations.

1.      The instant application is directed to drug-eluting stents. Claims 1 to 5 are presently pending. Claim 1, the only independent claim, is directed to a metallic stent having a coating applied thereto. The coating comprises a mixture of a polymeric carrier and a therapeutic agent that is rapamycin or a macrocyclic lactone analog thereof and is present in an amount effective to inhibit neointimal proliferation. The device provides a controlled release of the therapeutic agent

**DOCKET NO.:** CRDS-0066                                          **PATENT**
**Application No.:** Not yet assigned

over a period of several weeks.  Claim 2 recites that the therapeutic agent is a macrocyclic lactone analog of rapamycin, claim 3 recites that the polymeric carrier comprises a fluorinated polymer, and claim 4 recites a polymeric carrier that further comprises an acrylate-based polymer or copolymer.  Claim 5 is directed to a method for inhibiting neointimal proliferation in a coronary artery resulting from percutaneous transluminal coronary angioplasty that comprises implanting a metallic stent according to any one of claims 1 to 4 in the lumen of said coronary artery.

2.      Attached as exhibits hereto are several press releases issued by Guidant Corporation ("Guidant") describing its activities relating to drug eluting stents.  In a release dated January 30, 2006 (Exhibit 1), Guidant announced that it has received Conformité Européene (CE) Mark Approval for its XIENCE™ V Everolimus Eluting Coronary Stent System.  In the same press release, Guidant states that it "is ramping up manufacturing and building inventory to supply ongoing clinical trials and to support the European launch of XIENCE™ V beginning in the second quarter of 2006."

3.      In a release dated October 19, 2005 (Exhibit 2), Guidant announced that inspection of its manufacturing facilities in Temecula, California had been successfully concluded as part of its submission for CE Mark approval to market the XIENCE™ V Everolimus Eluting Coronary Stent System in Europe.   Guidant reported that its European Notified Body found no nonconformities and would recommend certification for Guidant's manufacturing facility for XIENCE™ V.

4.      Since Guidant's approved manufacturing facility for XIENCE™ V  is in Temecula, California, I conclude that the "ramping up manufacturing and building inventory to . . . support the European launch of XIENCE™ V" to which Guidant's January 30, 2006, release refers is being performed in the United States.  Thus, on the basis of these public statements by Guidant, I

**DOCKET NO.:** CRDS-0066
**Application No.:**  Not yet assigned

**PATENT**

conclude that Guidant is "making" XIENCE™ V and building inventory in the United States to support launch of the product in Europe.

5.      Guidant's vascular business has recently been acquired by Abbott Laboratories (Exhibit 3). Abbott has announced that it intends to launch XIENCE™ V in Europe in the third quarter of 2006 (Exhibit 4).

6.      I have made a rigid comparison of the XIENCE™ V product, as described in Guidant press releases, with the claims of the instant application.  In my opinion, the XIENCE™ V product is unquestionably within the scope of claims 1 to 5 on file in this application.

7.      Abbott's Fact Sheet attached hereto as Exhibit 4 further states that the XIENCE™ V product elutes everolimus from a MULTI-LINK VISION metallic stent.  Everolimus is a macrocyclic lactone analog of rapamycin, bearing a stable 2-hydroxyethyl chain substitution at position 40 on the rapamycin structure (Exhibits 5, 6).  In a press release dated March 15, 2006 (Exhibit 7), Guidant stated "everolimus has been shown to reduce tissue proliferation in the coronary vessels following stent implantation."  Similarly, in a release dated November 15, 2005 (Exhibit 8), Guidant stated that "[t]he one year data from SPIRIT FIRST continued to demonstrate a preservation of the treatment effect of the XIENCE V Everolimus Eluting Coronary Stent System, with a highly statistically significant reduction of cell proliferation compared to the uncoated control."  On the basis of the known structure of everolimus and Guidant's statements, I conclude that the XIENCE™ V product comprises a metallic stent and a macrocyclic lactone analog of rapamycin in an amount effective to inhibit neointimal proliferation.

**DOCKET NO.:** CRDS-0066
**Application No.:** Not yet assigned

**PATENT**

8.     An article published in EuroIntervention in 2005 (Exhibit 9) confirms the XIENCE™ V product comprises a stent bearing a coating that comprises a nonerodible (*i.e.*, nonabsorbable) polymer blended with everolimus (page 59, col. 2). The coating is said to include a blend of acrylic and fluoro polymers, and the article further states that the stent is designed to release approximately 70% of the drug within 30 days after implantation (*Id.*). On the basis of this information, I conclude that the XIENCE™ V product comprises a nonerodible polymeric coating comprising a fluropolymer and an acrylate-based polymer affixed to a metallic stent, and a macrocyclic triene analog of rapamycin incorporated into the coating. I further concluded that the XIENCE™ V product provides a controlled release of the therapeutic agent over a period of several weeks, as recited in claims 1 to 4.

9.     The EuroIntervention article cited above (Exhibit 9) further confirms that the XIENCE™ V product is intended for use in a method of inhibiting neointimal proliferation in a coronary artery resulting from percutaneous transluminal coronary angioplasty (*see Id.*), as recited in claim 5 of the instant application.

10.     It is therefore my opinion that Guidant is making a product in the United States to support the European launch that is unquestionably within the scope of claims 1 to 5 of the instant application, and that a patent containing these claims could immediately be asserted upon issue.

11.     I have a knowledge of the pertinent prior art by virtue of the prosecution histories of the parents of the instant application and other patents owned by the assignee of the instant application. All such material art is provided to the Examiner as

☐     having been filed
☒     being filed

in a respective Information Disclosure Statement.

**DOCKET NO.:** CRDS-0066                                      **PATENT**
**Application No.:** Not yet assigned

12.     I declare further that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

DATE: August 24, 2006                         /S. Maurice Valla/
                                               S. Maurice Valla
                                               Registration No. 43,966

Woodcock Washburn LLP
One Liberty Place - 46th Floor
Philadelphia PA  19103
Telephone: (215) 568-3100
Facsimile:  (215) 568-3439

© 2005 WW

A253. 7

# EXHIBIT 21

# EXHIBIT REDACTED

# EXHIBIT 22

Inter Partes Reexamination No. 95/001,095
Declaration of Antonios G. Mikos, Ph.D.
Exhibit 14

*European Heart Journal* (2001) 22, 2125–2130
doi:10.1053/euhj.2001.2892, available online at http://www.idealibrary.com on **IDEAL®**

# Coronary restenosis elimination with a sirolimus eluting stent

## First European human experience with 6-month angiographic and intravascular ultrasonic follow-up

**B. J. Rensing, J. Vos, P. C. Smits, D. P. Foley, M. J. B. M. van den Brand, W. J. van der Giessen, P. J. de Feijter and P. W. Serruys**

*Department of Interventional Cardiology, Thoraxcenter, Rotterdam, The Netherlands*

**Aims** Coronary stenting is limited by a 10%–60% restenosis rate due to neointimal hyperplasia. Sirolimus is a macrocyclic lactone agent that interacts with cell-cycle regulating proteins and inhibits cell division between phases G1 and S1. The hypothesis tested in this study is that local delivery of sirolimus with an eluting stent can prevent restenosis.

**Methods and Results** Fifteen patients were treated with 18 mm sirolimus eluting BX VELOCITY® stents. Quantitative angiography and three-dimensional quantitative intravascular ultrasound were performed at implantation and at the 6 months follow-up. All stent implantations were successful. One patient died on day 2, of cerebral haemorrhage and one patient suffered a subacute stent occlusion due to edge dissection (re-PTCA, CKMB 42). At 9 months no further adverse events had occurred and all patients were angina free. Quantitative coronary angiography revealed no change in minimal lumen diameter and

percent diameter stenosis and hence no in-lesion or in-stent restenosis. Quantitative intravascular ultrasound showed that intimal hyperplasia volume and percent obstruction volume at follow-up were negligible at 5·3 mm³ and 1·8%, respectively. No edge effect was observed in the segments proximal and distal to the stents.

**Conclusion** Implantation of a sirolimus-eluting stent seems to effectively prevent intimal hyperplasia.
(Eur Heart J 2001; 22: 2125–2130, doi:10.1053/euhj.2001.2892)
© 2001 The European Society of Cardiology

**Key Words:** Coronary artery disease, PTCA, stenting, restenosis prevention, sirolimus, eluting stent.

See page 2054 for the Editorial comment on this article

## Introduction

Restenosis is the most important limitation of the long-term success of percutaneous coronary interventions. Depending on lesion and patient factors, restenosis occurs in 10%–60% of patients treated[1].

Restenosis not only has an economic impact but it also restricts application of percutaneous coronary angiography to short lesions in larger vessels and to coronary artery disease that is not too extensive. Restenosis following balloon angioplasty has been shown to

result from three processes; early elastic recoil, negative arterial remodelling and neointimal hyperplasia[2]. Intracoronary stenting effectively prevents recoil and negative remodelling so that in-stent restenosis is caused almost exclusively by intimal hyperplasia[3]. The proliferation of vascular smooth muscle cells and extracellular matrix synthesis, triggered by the balloon or stent trauma, progressively encroaches upon the arterial lumen. Pharmacological strategies to reduce intimal hyperplasia have been tried with a myriad of drugs, but almost all failed in humans[1]. One possible reason for this failure is that systemically administered drugs cannot reach sufficient concentrations locally to prevent the intimal hyperplastic reaction. There has been some limited success with local drug delivery using special delivery balloons[4]. But the low efficiency of drug delivery and low retention of the pharmacological agents limit the efficacy of this technique. Another platform for

Revision submitted 13 July 2001, and accepted 18 July 2001.

This study was sponsored by Cordis Corporation, Warren, NJ, U.S.A.

*Correspondence:* B. J. Rensing, MD, FESC, Department of Cardiology, St Antonius Ziekenhuis, Koekoekslaan 1, 3435 CM Nieuwegein, The Netherlands.

0195-668X/01/222125+06 $35.00/0

© 2001 The European Society of Cardiology

CORD109138

*2126  B. J. Rensing* et al.

*Table 1  Baseline characteristics*

| | |
|---|---|
| n=15 | |
| Male | 10 |
| Age (years) | 60 (35–80) |
| Stable angina | 6 |
| Unstable angina | 9 |
|   Braunwald IB | 2 |
|   Braunwald IIB | 5 |
|   Braunwald IIIB | 2 |
| 1 vessel disease | 13 |
| 2 vessel disease | 2 |
| Treated vessel | |
|   LAD | 6 |
|   LCX | 5 |
|   RCA | 4 |
| Time to follow-up angiogram (days) | 190 (112–217) |

*Table 3  Three-dimensional quantitative intravascular ultrasound*

| 3D QIVUS at 6 months follow-up angiography | |
|---|---|
| Lumen volume (mm³) | $154 \cdot 3 \pm 60 \cdot 9$ |
| Stent volume (mm³) | $161 \cdot 2 \pm 73$ |
| Neointimal hyperplasia (mm³) | $5 \cdot 3 \pm 17 \cdot 0$ |
| % obstruction volume | $1 \cdot 8 \pm 4 \cdot 8$ |

QIVUS=quantitative intravascular ultrasound.

local drug delivery is a coronary stent with a drug eluting coating. Using the stent as a delivery device has the further advantage of allowing drug administration over an extended period of time.

Local administration of drugs that inhibit vascular smooth muscle cell proliferation is thus potentially a very attractive means for prevention of in-stent restenosis. Sirolimus (rapamycin) is a macrocyclic lactone that inhibits cell division between G1 to S phases. It has been shown to effectively inhibit intimal hyperplasia after balloon and stent injury in animals[5–9]. The drug

eluting stent used in this study delivers sirolimus locally for several weeks at high concentrations without the risk of adverse systemic events.

Recently Sousa *et al.*[10] reported the 4 month clinical and angiographic results with a sirolimus eluting BX VELOCITY® stent implanted in 30 patients with single vessel de-novo coronary artery disease. Surprisingly an almost complete absence of neointimal hyperplasia was seen at the 4 month follow-up.

In the present safety and feasibility study we sought to determine the effects of a sirolimus-eluting BX VELOCITY® stent at 6 months, not only clinically but also by quantitative coronary angiography and quantitative three-dimensional intravascular ultrasound.

Both patient cohorts are part of the pioneering First In Man (FIM) sirolimus eluting stent safety and feasibility study. The 30 patients in Brazil were treated with either a slow eluting formulation (n=15) or a fast eluting formulation (n=15) of the sirolimus stent. The 15 Rotterdam patients were treated with the slow eluting stent.

## Methods

Both stable and unstable patients with symptomatic or functionally significant single vessel, de-novo, coronary artery disease were included in the study. Lesion length had to be <15 mm and vessel diameter $\geq 3 \cdot 0$ mm by visual assessment. Depressed left ventricular function (EF $\leq 30\%$), total occlusions, main stem stenosis and lesions involving side branches <2 mm were angiographic exclusion criteria. Patients were treated with single, 18 mm long, sirolimus eluting, balloon expandable, over the wire, BX VELOCITY® stents (Cordis co, Warren NJ). The stent coating consisted of a fixed amount of sirolimus (140 µg per cm² metal surface area for a total of 150–180 µg of sirolimus/stent) blended with a mixture of non-erodable polymers. A sealing layer was applied to the coating to ensure release of drug

*Table 2  Quantitative coronary angiography, 13 patients with follow-up angiogram*

| | Vessel segment | In stent |
|---|---|---|
| Reference diameter pre (mm) | $2 \cdot 73$ (2·25–3·33) | |
| MLD pre (mm) | $1 \cdot 00$ (0·58–1·58) | |
| Diameter stenosis pre (%) | $63 \cdot 5$ (53–76) | |
| Lesion length (mm) | $9 \cdot 31$ (4·85–13·93) | |
| Reference diameter post (mm) | $2 \cdot 79$ (2·29–3·26) | |
| MLD post (mm) | $2 \cdot 11$ (1·70–2·80) | $2 \cdot 54$ (2·05–3·05) |
| Diameter stenosis post (%) | $24 \cdot 4$ (11·5–38·0) | $12 \cdot 0$ (3·0–19·0) |
| Reference diameter follow-up (mm) | $2 \cdot 76$ (1·76–3·43) | |
| MLD follow-up (mm) | $2 \cdot 09$ (1·50–2·77) | $2 \cdot 54$ (2·1–3·04) |
| Diameter stenosis follow-up (%) | $25 \cdot 3$ (9·0–41·5) | $13 \cdot 7$ (6·5–24) |
| Loss in MLD (mm) | $0 \cdot 02$ (−0·47–0·46) | $0 \cdot 00$ (−0·37–0·25) |

Results expressed as means with range. MLD=minimal lumen diameter; pre=before procedure; post=after stent implantation.

Eur Heart J, Vol. 22, issue 22, November 2001

CORD109139

*Table 4   Quantitative coronary ultrasound*

| | Proximal segment | P | Stent | P | Distal segment | P |
|---|---|---|---|---|---|---|
| Mean lumen area post (mm²) | 7·7 ± 3·4 | | 7·0 ± 1·6 | | 7·1 ± 3·0 | |
| | | 0·9 | | 0·99 | | 0·73 |
| Mean lumen area follow-up (mm²) | 7·7 ± 4·3 | | 6·9 ± 1·8 | | 7·0 ± 3·3 | |
| Mean vessel area post (mm²) | 14·5 ± 5·0 | | | | 11·5 ± 4·6 | |
| | | ns | | | | ns |
| Mean vessel area follow-up (mm²) | 14·0 ± 4·4 | | | | 11·4 ± 4·6 | |
| Mean wall area post (mm²) | 6·9 ± 3·4 | | | | 4·4 ± 2·1 | |
| | | 0·19 | | | | 0·99 |
| Mean wall area follow-up (mm²) | 6·3 ± 3·6 | | | | 4·4 ± 1·9 | |
| Change in wall area (mm²) | 0·6 ± 1·5 | | | | 0·0 ± 1·4 | |

All comparisons post vs follow-up with paired Student's t-test. ns=not significant.

for more than 28 days. All lesions were pre-dilated before stent implantation. At 6 months follow-up a control angiogram with intravascular ultrasound was scheduled. Patients were treated indefinitely with aspirin 100 mg . day⁻¹. A 300 mg loading dose of clopidogrel was given before the procedure followed by 75 mg . day⁻¹ for 8 weeks.

The protocol was approved by the local ethical committee and all patients gave written informed consent.

### Quantitative coronary angiography and quantitative intravascular ultrasound

Angiography in multiple projections was performed on pre-procedural, post-procedural and 6 month follow-up angiograms. Off-line quantitative analysis was performed with the Cardiovascular Angiographic Analysis System (CAAS II) using two matched X-ray gantry projections as described elsewhere[11]. Two analyses were performed, an analysis of only the stented part of the vessel and an analysis of the complete vessel segment including the stent from the nearest proximal to the distal side branch. The latter was done to allow recognition of edge restenosis.

Post stenting and at 6 months follow-up, stented vessel segments were examined with mechanical intravascular ultrasound (CardioVascular Imaging System (CVIS), Sunnyvale CA, U.S.A.) using automated pullback at 0·5 mm per second. A coronary segment beginning 10 mm distal to and extending 10 mm proximal to the stented segment was examined. A computer based contour detection program was used for automated 3-D reconstruction of the stented segment from up to 200 cross-sectional images. Lumen and stent boundaries were detected using a minimum cost algorithm. Total stent and lumen volumes were calculated as $V = \sum_{i=1}^{n} A_i \cdot H$, where $V$=volume, $A$=total vessel, stent or lumen area (as desired) in a given cross-sectional image, $H$=thickness of the coronary artery slice, and $n$=number of slices[12,13]. Neointimal volume was

calculated as stent volume − luminal volume. Percentage obstruction volume was calculated as neointimal volume/stent volume*100 at 6 months follow-up. For the segments proximal and distal to the stent the vessel area was measured at each cross-section as the area lying within the external elastic lamina. Wall area was then calculated as vessel area−lumen area.

Feasibility, reproducibility and inter- and intra-observer variability of this system have been validated in vitro and in vivo[12,13]. The quantitative ultrasound analyses were performed by an independent core laboratory (Cardialysis bv, Rotterdam, The Netherlands).

### Results

Stents were implanted in 15 patients. Baseline characteristics are summarized on Table 1. One patient died 1 day after successful stent implantation procedure because of intra-cerebral bleeding. She had received abciximab during the procedure and for 12 h thereafter. One patient suffered a vessel occlusion during the procedure due to distal edge dissection. This was successfully treated with additional stenting. No CKMB rise was noted. One additional patient suffered a subacute occlusion of the circumflex artery 2 h after the procedure. He was brought back to the catheterization laboratory and additional stenting of a distal dissection was performed. Maximal CKMB was 42 U . l⁻¹. Subsequent clinical follow-up was uneventful for both patients and at angiographic follow-up no restenosis was found. At 6 months follow-up one patient refused repeat angiography.

At 9 month follow-up, all 14 patients were in CCS angina class 1 and no further major adverse events had occurred.

Quantitative coronary angiography and quantitative intravascular ultrasound results are summarized on Tables 2–4. No patient had angiographic restenosis (>50% DS at follow-up angiography). Only minimal intimal hyperplasia and no stent malapposition was

CORD109140

2128   B. J. Rensing et al.







**Figure 1** Cumulative distribution curves of stent volume post-implantation (a), in-stent neointimal hyperplasia volume at follow-up intravascular ultrasound (b) and percent obstruction volume at follow-up intravascular ultrasound (c) for the 13 patients treated with sirolimus eluting stents (bold line) and for 52 placebo patients treated with a bare metal Palmaz-Schatz stents in the ERASER study[14] (medium line). Although stent volume post-procedure is similar, the neointimal and percent obstruction volume curves are significantly shifted to the left for the sirolimus group ($P<0.01$, unpaired Student's t-tests).

Eur Heart J, Vol. 22, issue 22, November 2001



**Figure 2** Cumulative distribution curves of in-stent lumen volume immediately post-implantation and at follow-up for the sirolimus eluting stent patients and ERASER placebo group patients with both an intravascular ultrasound measurement immediately post-implantation and at the 6 month follow-up. The follow-up curves almost completely overlap indicating no change in lumen volume during the follow-up period, while the follow-up lumen volume curve of the ERASER population is significantly shifted to the left ($P<0.001$, paired Student's t-test). Bold curve: sirolimus immediately post-implant. Bold broken curve: sirolimus at follow-up. Medium curve: bare metal stent immediate post-implant. Medium broken curve: bare metal stent at follow-up.

noted on intravascular ultrasound at follow-up angiography (Table 3). No change in lumen area or vessel wall thickening was observed in the vessel segments proximal and distal to the stent, suggesting the absence of an edge-effect after sirolimus eluting stent implantation (Table 4).

## Discussion

We found that intimal hyperplasia after sirolimus eluting stent implantation for obstructive coronary artery disease was almost negligible 6 months after the procedure.

To illustrate that vessels treated with a sirolimus eluting stent behave differently from vessels treated with bare metal stents, the cumulative distribution curves of the stent volume post-procedure, in-stent neointimal volume and in-stent percent obstruction volumes of the sirolimus treated arteries have been plotted and compared to the results in vessels treated with 15 mm Palmaz–Schatz bare metal stents from the placebo arm of the ERASER study[14]. Although stent volume immediately post-implantation is similar, the neointimal volume curves and percent obstruction volume curves at 6 months are shifted to the left, demonstrating a significant difference in neointima formation between the sirolimus eluting and bare metal stent populations ($P<0.01$, unpaired Student's t-test) (Fig. 1). This is also

**A267**

CORD109141

illustrated in Fig. 2; in-stent lumen volume does not change during follow-up in the sirolimus eluting stent population ($P=0.99$, paired Student's t-test) while the curve for the bare metal stents is significantly shifted to the left at follow-up ($P<0.001$, paired Student's t-test). It should be mentioned, however, that the Palmaz–Schatz stent is a first generation stent and possibly associated with a higher restenosis rate than the 3rd generation bare BX VELOCITY stent.

Sousa *et al*[10] reported similar findings in their 30 patients. However, in their study follow-up angiography was performed at 4 months. The present study indicates that the positive effects observed extend for at least 6 months.

Another difference between the Rotterdam and Sao Paulo patient groups concerns the size of the vessels treated. The average reference diameter in the Rotterdam patients was approximately 2·75 mm versus approximately 3 mm in the Sao Paulo patients. It is remarkable that in these vessels, that are generally considered as at higher risk[15], no restenosis was observed.

There were patients with a negative loss in mean luminal diameter at follow-up. After implantation of a balloon expandable stent this would mean malapposition of the stent at follow-up since in these patients the vessel lumen appears to have been enlarged. Malapposition was, however, not seen with intravascular ultrasound at follow-up. This negative loss in mean luminal diameter can best be explained by the long term measurement variability of the CAAS quantitative coronary angiography system. The standard deviation of the long-term difference of mean luminal diameter measurements at two different angiography sessions was earlier found to be 0·36 mm[16]. Measurements of small negative losses fall within the long-term measurement variability of the quantitative coronary angiography system and therefore do not necessarily mean vessel enlargement.

There is concern in some quarters that locally delivered sirolimus may only delay the restenosis process rather than prevent it, similar to the phenomenon observed after implantation of radioactive coronary stents[17,18]. Long-term follow-up studies in humans are clearly needed to address this issue. Therefore, the Sao Paulo patient group will undergo follow-up angiography at 12 months and repeat angiography with intravascular ultrasound is planned at 18 months in our patients.

Another concern, based on experience with radioactive coronary stents[19], is the possibility of intimal hyperplasia occurring at non-exposed or partly exposed areas of the coronary vessel. Therefore we carefully evaluated the vessel segments both proximal and distal to the stented segment and found no evidence of enhanced narrowing or wall thickening in these segments.

## Conclusions

Results of the first 45 patients treated with this new eluting stent are very favourable and hold promise for the future. Whether sirolimus eluting stents will alter the long-term clinical course after percutaneous coronary angiography and for that matter the course of interventional cardiology and bypass surgery, remains to be proven in placebo-controlled randomized trials. Several such trials are currently ongoing in Europe and the United States.

We would like to thank Dr Brian Firth for his critical review of this manuscript and Clemens Disco Msc. for statistical support.

## References

[1] de Feyter PJ, Vos J, Reusing RJ. Anti restenosis trials. Curr Interv Cardiol Rev 2000; 2: 326–31.

[2] Mintz GS, Popma JJ, Pichard AD *et al*. Arterial remodeling after coronary angioplasty: a serial intravascular ultrasound study. Circulation 1996; 94: 35–43.

[3] Hoffman R, Mintz GS, Dussaillant GR *et al*. Patterns and mechanisms of in-stent restenosis. A serial intravascular ultrasound study. Circulation 1996; 94: 1247–54.

[4] Kiesz RS, Buszman P, Martin JL *et al*. Local delivery of enoxaparin to decrease restenosis after stenting: Results of initial multicenter trial. Circulation 2001; 103: 26–31.

[5] Gallo R, Padurean A, Jayaraman T *et al*. Inhibition of intimal thickening after balloon angioplasty in porcine coronary arteries by targeting regulators of the cell cycle. Circulation 1999; 99: 2164–70.

[6] Burke SE, Lubbers NL, Chen YW *et al*. Neointimal formation after balloon-induced vascular injury in yucatan minipigs is reduced by oral rapamycin. J Cardiovasc Pharmacol 1999; 33: 829–35.

[7] Gregory CR, Huang X, Pratt RE *et al*. Treatment with rapamycin and mycophenolic acid reduces arterial intimal thickening produced by mechanical injury and allows endothelial replacement. Transplantation 1995; 59: 655–61.

[8] Gregory CR, Huie P, Billingham ME, Morris RE. Rapamycin inhibits arterial intimal thickening caused by both alloimune and mechanical injury. Transplantation 1993; 55: 1409–18.

[9] Poon M, Marx SO, Gallo R, Badimon JJ, Taubman MB, Marks AR. Rapamycin inhibits vascular smooth muscle cell migration. J Clin Invest 1996; 98: 2277–83.

[10] Sousa JE, Costa MA, Abizaid A *et al*. Lack of neointimal proliferation after implantation of sirolimus-coated stents in human coronary arteries: A quantitative coronary angiography and three-dimensional intravascular ultrasound study. Circulation 2001; 103: 192–5.

[11] Serruys PW, Foley DP, de Feyter PJ. Quantitative coronary angiography in clinical practice. Dordrecht/Boston/London: Kluwer Academic Publishers, 1994.

[12] Li W, von Birgelen C, Hartlooper A *et al*. Semi-automated contour detection for volumetric quantification of intracoronary ultrasound. In: Computers in Cardiology. Washington: IEEE Computer Society Press, 1994: 277–80.

[13] Von Birgelen C, Di Mario C, Li W *et al*. Morphometric analysis in three-dimensional intracoronary ultrasound an in vivo and in vitro study performed with a novel system for contour detection of lumen and plaque. Am Heart J 1996; 132: 516–27.

[14] The ERASER Investigators. Acute platelet inhibition with abciximab does not reduce in-stent restenosis (ERASER study). Circulation 1999; 100: 799–806.

[15] Elezi S, Kastrati A, Neumann FJ *et al*. Vessel size and long-term outcome after coronary stent placement. Circulation 1998; 98: 1875–80.

[16] Reiber JHC, Serruys PW, Kooijman CJ *et al*. Assessment of short-, medium- and long-term variations in arterial dimensions from computer assisted quantitation of coronary cineangiograms. Circulation 1985; 71: 280–8.

CORD109142

*2130   B. J. Rensing* et al.

[17] Brenner DJ, Miller RC. Long-term efficacy of intracoronary irradiation in inhibiting in-stent restenosis. Circulation 2001; 103: 1330–2.

[18] Kay IP, Wardeh AJ, Kozuma K *et al*. Radioactive stents delay but do not prevent in-stent neointimal hyperplasia. Circulation 2001; 103: 14–17.

[19] Albiero R, Adamian M, Kobayashi N *et al*. Short and intermediate term results of 32P radioactive β-emitting stent implantation in patients with coronary artery disease. The Milan dose-response study. Circulation 2000; 101: 18–26.

A269

CORD109143

# EXHIBIT 23

# The New England
# Journal of Medicine

©Copyright, 1994, by the Massachusetts Medical Society

Volume 331        AUGUST 25, 1994        Number 8

## A COMPARISON OF BALLOON-EXPANDABLE–STENT IMPLANTATION WITH BALLOON ANGIOPLASTY IN PATIENTS WITH CORONARY ARTERY DISEASE

Patrick W. Serruys, M.D., Peter de Jaegere, M.D., Ferdinand Kiemeneij, M.D.,
Carlos Macaya, M.D., Wolfgang Rutsch, M.D., Guy Heyndrickx, M.D., Håkan Emanuelsson, M.D.,
Jean Marco, M.D., Victor Legrand, M.D., Pierre Materne, M.D., Jorge Belardi, M.D.,
Ulrich Sigwart, M.D., Antonio Colombo, M.D., Jean Jacques Goy, M.D., Paul van den Heuvel, M.D.,
Juan Delcan, M.D., and Marie-Angèle Morel, M.Sc., for the Benestent Study Group*

**Abstract** *Background.* Balloon-expandable coronary-artery stents were developed to prevent coronary restenosis after coronary angioplasty. These devices hold coronary vessels open at sites that have been dilated. However, it is unknown whether stenting improves long-term angiographic and clinical outcomes as compared with standard balloon angioplasty.

*Methods.* A total of 520 patients with stable angina and a single coronary-artery lesion were randomly assigned to either stent implantation (262 patients) or standard balloon angioplasty (258 patients). The primary clinical end points were death, the occurrence of a cerebrovascular accident, myocardial infarction, the need for coronary-artery bypass surgery, or a second percutaneous intervention involving the previously treated lesion, either at the time of the initial procedure or during the subsequent seven months. The primary angiographic end point was the minimal luminal diameter at follow-up, as determined by quantitative coronary angiography.

*Results.* After exclusions, 52 patients in the stent group (20 percent) and 76 patients in the angioplasty group (30 percent) reached a primary clinical end point (relative risk, 0.68; 95 percent confidence interval, 0.50 to

0.92; P = 0.02). The difference in clinical-event rates was explained mainly by a reduced need for a second coronary angioplasty in the stent group (relative risk, 0.58; 95 percent confidence interval, 0.40 to 0.85; P = 0.005). The mean (±SD) minimal luminal diameters immediately after the procedure were 2.48±0.39 mm in the stent group and 2.05±0.33 mm in the angioplasty group; at follow-up, the diameters were 1.82±0.64 mm in the stent group and 1.73±0.55 mm in the angioplasty group (P = 0.09), which correspond to rates of restenosis (diameter of stenosis, ≥50 percent) of 22 and 32 percent, respectively (P = 0.02). Peripheral vascular complications necessitating surgery, blood transfusion, or both were more frequent after stenting than after balloon angioplasty (13.5 vs. 3.1 percent, P<0.001). The mean hospital stay was significantly longer in the stent group than in the angioplasty group (8.5 vs. 3.1 days, P<0.001).

*Conclusions.* Over seven months of follow-up, the clinical and angiographic outcomes were better in patients who received a stent than in those who received standard coronary angioplasty. However, this benefit was achieved at the cost of a significantly higher risk of vascular complications at the access site and a longer hospital stay. (N Engl J Med 1994;331:489-95.)

IMPLANTATION of an intracoronary stent in conjunction with balloon angioplasty is not only highly effective in treating acute vessel closure due to balloon-induced dissection, but it may also reduce the rate of restenosis.[1-4] Unfortunately, all stents currently available are metallic and thus thrombogenic, a problem that necessitates anticoagulation therapy.[5,6] This therapy exposes the patient to an increased risk of

major bleeding and vascular complications, which may prolong the hospital stay.[7] Despite these drawbacks and although the superiority of stent implantation over standard balloon angioplasty has not yet been proved, stenting has been used increasingly. Therefore, we conducted a multicenter, randomized study comparing stent implantation and balloon angioplasty with respect to their safety and efficacy

From the University Hospital Rotterdam Dijkzigt, Thorax Center, Rotterdam, the Netherlands (P.W.S., P.J., M.A.M.); Onze Lieve Vrouwe Gasthuis, Amsterdam, the Netherlands (F.K.); University Hospital San Carlos, Madrid, Spain (C.M.); Universitätsklinikum Rudolf Virchow, Charlottenburg, Berlin, Germany (W.R.); Onze Lieve Vrouwe Kliniek, Aalst, Belgium (G.H.); Sahlgrenska Hospital, Goteborg, Sweden (H.E.); Clinique Pasteur, Toulouse, France (J.M.); Sart-Tilman Centre Hospitalier Universitaire, Liege, Belgium (V.L.); Hôpital de la Citadelle, Liege, Belgium (P.M.); Instituto Cardiovascular de Buenos Aires, Buenos Aires, Argentina (J.B.); Royal Brompton National Heart and Lung Institute, London (U.S.); Centro Cuore Columbus, Milan, Italy (A.C.); Centre Hospi-

talier Universitaire Vaudois, Lausanne, Switzerland (J.J.G.); Middelheim Ziekenhuis, Antwerp, Belgium (P.H.); and Gregorio Maranon, Madrid, Spain (J.D.). Address reprint requests to Dr. Serruys at the Catheterization Laboratory, Thorax Center, Erasmus University Rotterdam, P.O. Box 1738, 3000 DR Rotterdam, the Netherlands.

Supported in part by a grant from Johnson and Johnson Interventional Systems, Warren, N.J.; Schneider and Co., Bülach, Switzerland; and Lorex Pharmaceutica BV, Maarssen, the Netherlands.

*The remaining investigators in the Benestent Study Group are listed in the Appendix.

A270

THE NEW ENGLAND JOURNAL OF MEDICINE

in patients with stable angina pectoris and a single new lesion in a coronary artery.

## METHODS

### Selection of Patients

Patients scheduled to undergo coronary angioplasty because of stable angina due to a single new lesion in a coronary artery were eligible for the study if they had no contraindication to anticoagulant or antiplatelet therapy and if they were also suitable candidates for coronary bypass surgery. The target lesion needed to be less than 15 mm long and to be located in a vessel more than 3 mm in diameter that supplied normally functioning myocardium. Patients with an ostial lesion, a lesion at a bifurcation, or a lesion in a previously grafted vessel were excluded from the study, as were patients in whom an intracoronary thrombus was suspected.

The study was carried out according to the principles of the Declaration of Helsinki. Oral or written informed consent according to local practice was obtained for every patient.

### Randomization

Patients were randomly assigned by telephone from a central office to either implantation of a Palmaz–Schatz stent or balloon angioplasty. To ensure an equal distribution of treatments in each center, we developed the randomization sequence on a site basis in blocks of six treatment assignments.

### Balloon Angioplasty and Stent Implantation

Balloon angioplasty and stent implantation were performed according to standard clinical practice by the femoral approach. The stent was deployed by inflating a balloon over which the collapsed stent was fitted. Inflation of the balloon expanded the stent. After the implantation of the stent, the stented area was often dilated further by standard balloon angioplasty. All patients received 250 to 500 mg of aspirin daily and 75 mg of dipyridamole three times a day; this treatment was started the day before the procedure and was continued for six months. During the procedure, patients receiving a stent were treated with a continuous infusion of dextran (1000 ml) and a bolus dose of 10,000 U of heparin, repeated if necessary, followed by a combination of heparin and oral anticoagulation therapy (with warfarin) after the removal of the sheath and titrated by measuring the prothrombin time and either the activated partial-thromboplastin time or the activated clotting time. The dose of heparin was decreased progressively after the prothrombin time had been in the therapeutic range (international normalized ratio, 2.5 to 3.5) for at least 36 hours. Warfarin therapy was continued for three months. The patients who underwent balloon angioplasty received only 10,000 U of heparin during that procedure, followed by an additional bolus dose or a continuous infusion if deemed necessary. In addition, both treatment groups received calcium antagonists until discharge from the hospital.

### Clinical and Angiographic Follow-up

Patients were seen in the outpatient clinic after one, three, and six months for an interview, physical examination, and electrocardiogram. Exercise testing was performed before the second cardiac catheterization and coronary angiography at six months. If a revascularization procedure involving the treated segment had been performed before the six-month angiography, the most recent angiogram obtained before this intervention, if available, was used as the follow-up angiogram, regardless of the timing of the second intervention. If the time to follow-up angiography was less than three months and no second intervention was performed, the patient was asked to undergo angiography again at six months. In the absence of a second angiogram at six months, the angiogram obtained most recently within the previous three months was used, if available, provided that no end point had occurred.

Three angiograms were obtained for each patient — one just before the intervention, one immediately after, and one at follow-up. All the angiograms were analyzed by the Cardiovascular Angiography Analysis System and sent to the core laboratory (Cardialysis,

Rotterdam, the Netherlands). To standardize the method of data acquisition and to ensure the exact reproducibility of the angiograms performed after the intervention and at follow-up, measurements were made as described earlier.[8]

### End Points

The primary clinical end points were whichever of the following occurred first: death, a cerebrovascular accident, myocardial infarction, bypass surgery, or a second percutaneous intervention involving the previously treated lesion between the time of the initial procedure and the angiography performed at 6 months (±4 weeks) (or at 7 months if no angiography was performed at 6 months). The indication for a second intervention or for bypass surgery had to be substantiated by symptoms or by electrocardiographic or scintigraphic evidence of myocardial ischemia at rest or during exercise. All events were reviewed by the critical-event committee, which was unaware of the treatment assignments.

Death was defined to include all deaths, regardless of cause. Cerebrovascular accidents occurring in patients receiving anticoagulant therapy were considered to be intracranial hemorrhages unless unequivocally demonstrated otherwise. Myocardial infarction was diagnosed if there were new pathologic Q waves according to the Minnesota Code[9] or if there was an increase in serum creatine kinase to more than twice the normal value, together with a pathologic increase in myocardial isoenzymes. Bypass surgery was defined to include emergency or elective bypass surgery involving the previously treated segment. Emergency bypass surgery was defined as involving an immediate transfer from the angioplasty suite to the operating room during the initial phase of treatment. "Bailout" stent implantation was defined as the placement of a stent in the event of Thrombolysis in Myocardial Infarction (TIMI) grade 0 or 1 flow after angioplasty or in the case of worsening of the base-line TIMI flow by one grade.[10] In all instances, prolonged balloon angioplasty had to be attempted before bailout stenting was considered. By design, stent implantation as a bailout procedure was considered equivalent to emergency bypass surgery but was removed retroactively from the analysis of primary end points, since it is currently perceived as an integral part of an angioplasty strategy. Only the untoward clinical events associated with such stenting were counted as end points. Second interventions were those involving a previously treated lesion that followed the initial procedure, which was considered complete when the guiding catheter was removed from the arterial mask. Revascularization (surgical or percutaneous) involving other coronary arteries did not constitute an end point.

The primary angiographic end point was the minimal luminal diameter at follow-up. For each treated segment, this value was calculated from the mean values obtained in multiple matched projections.

Secondary end points included (1) the angiographic success rate, defined as the rate of achievement of less than 50 percent stenosis on visual assessment; (2) the procedural success rate, defined as the rate of achievement of less than 50 percent stenosis on quantitative assessment, without the occurrence of clinical events during the hospital stay; (3) the functional class according to the classification of the Canadian Cardiovascular Society at six months or at the time of intercurrent angiography and second intervention; (4) the results of exercise testing at six months or earlier, if clinically indicated; (5) the rate of restenosis (stenosis ≥50 percent at follow-up) at six months.

### Power Calculations and Statistical Analysis

At the outset of the study, the size of the required sample (428 patients) was based on an assumed rate of clinical events of 30 percent in the angioplasty group and a reduction of that rate by 40 percent in the stent group (by a two-sided test with an alpha error of 0.05 and a power of 0.80). To compensate for unsuccessful interventions and losses to follow-up, the sample was enlarged by 10 percent (to 470 patients). In addition, to adjust for a loss of power due to a planned interim analysis, the sample was increased by another 10 percent, reaching a final size of 520 patients.[11]

The main clinical analysis consisted of a single comparison be-

**A271**

tween the two study groups with respect to the primary clinical end point, regardless of its time of occurrence; this analysis involved all randomized patients with the exceptions of three patients found after randomization not to be eligible and of one patient who withdrew informed consent for further treatment and follow-up according to the intention-to-treat principle. The clinical events were ranked according to the highest category of severity on the following scale: death, cerebrovascular accident, myocardial infarction, emergency bypass surgery, elective bypass surgery, and repeat percutaneous intervention.

The main angiographic analysis consisted of a single comparison between the two study groups with respect to minimal luminal diameter and was performed according to the intention-to-treat principle.

Continuous variables are expressed as means ±SD and were compared by the unpaired Student's t-test. The chi-square test with Yates' correction was used to compare proportions. Discrete variables are expressed as counts and percentages and are compared in terms of relative risks (for stenting as compared with angioplasty), with 95 percent confidence intervals calculated by the formula of Greenland and Robins.[12] All statistical tests were two-tailed.

## RESULTS

### Characteristics of the Patients

Between June 1991 and March 1993, 520 patients were randomly assigned to stent implantation (262 patients) or balloon angioplasty (258 patients) at 28 participating centers. Of these 520 patients, 4 were excluded from further analysis, 3 in the stent group and 1 in the angioplasty group. One patient withdrew his informed consent and left the hospital without receiving treatment, two other patients did not undergo coronary revascularization because their lesions proved to be unimportant during on-line quantitative coronary angiography at the time of the intended intervention, and one patient participated in another study with an investigational drug. There were no differences in base-line characteristics between the two study groups (Tables 1 and 2).

### In-Hospital Clinical Outcomes

Of the remaining 259 patients randomly assigned to receive stents, 14 (5.4 percent) did not receive a stent but were treated successfully with balloon angioplasty. The reasons for this crossover were the withdrawal of informed consent in five, the physician's preference because of the patient's unfavorable anatomy (e.g., small vessel size) or angiographic evidence of thrombus in three, and failure to cross the lesion with the stent in six. In addition, stent implantation was unsuccessful in 10 patients: 6 because the lesion was not dilated beforehand and 4 because the stent could not be deployed. Of these 10 patients, 8 underwent bypass surgery that was urgent in 3 and elective in 5. The remaining two patients, who unexpectedly had totally occluded coronary arteries that could not be recanalized, were treated medically.

Of the 257 remaining patients randomly assigned to balloon angioplasty, 13 (5.1 percent) received stents for the following reasons: acute vessel closure in 1, flow-limiting dissection in 11, and a suboptimal angiographic result in 1. Of these 13 patients, 2 were referred for urgent bypass surgery and 1 had a non–

Q-wave myocardial infarction. In addition, three other patients who had complicated balloon angioplasty and in whom no bailout stent implantation was attempted underwent urgent bypass surgery. Therefore, the angiographic success rate was 96.9 percent in the stent group and 98.1 percent in the angioplasty group, whereas the procedural success rates were 92.7 and 91.1 percent, respectively.

The ranking and the total number of clinical events occurring in the hospital are shown in Table 3. The composite rate for all in-hospital events was similar in both groups (16 events or 6.2 percent in the angioplasty group vs. 18 events or 6.9 percent in the stent group; relative risk, 1.12; 95 percent confidence interval, 0.58 to 2.14). There were no in-hospital deaths in either group; one patient treated with balloon angioplasty had an intracranial hemorrhage. There was no difference between groups in the incidence of Q-wave and non–Q-wave infarction (3.1 percent in the angioplasty group vs. 3.4 percent in the stent group; relative risk, 1.12; 95 percent confidence interval, 0.44 to 2.85) or in the need for urgent or elective cardiac surgery or second angioplasty during the hospital stay (2.7 percent in the angioplasty group vs. 3.5 percent in the stent group; relative risk, 1.28; 95 percent confidence interval, 0.48 to 3.37).

Angiographically documented stent thrombosis during the hospital stay occurred in 3.5 percent of patients, an incidence similar to that of subacute vessel closure after balloon angioplasty (2.7 percent). It is noteworthy that no stent thrombosis occurred in the 13 patients treated with a bailout stent. However, the incidence of bleeding and vascular complications was

Table 1. Base-Line Clinical Characteristics of the 516 Patients Included in the Intention-to-Treat Analysis.*

| CHARACTERISTIC | ANGIOPLASTY (N = 257) | STENT (N = 259) |
|---|---|---|
| Age (yr) | 58±10 | 57±9 |
| Weight (kg) | 79±13 | 78±11 |
| Height (cm) | 171±9 | 171±8 |
| | no. (%) | no. (%) |
| Male sex | 212 (82) | 207 (80) |
| Ever smoked | 124 (48) | 119 (46) |
| Current smoker | 60 (23) | 62 (24) |
| Diabetes mellitus | 16 (6) | 17 (7) |
| Previous conditions | | |
| Myocardial infarction | 48 (19) | 52 (20) |
| Coronary-artery bypass grafting | 5 (2) | 0 |
| Angioplasty | 8 (3) | 5 (2) |
| Hypertension | 89 (35) | 80 (31) |
| Hypercholesterolemia | 95 (37) | 89 (34) |
| Stroke | 6 (2) | 6 (2) |
| Peripheral vascular disease | 8 (3) | 10 (4) |
| Exertional angina (CCS class)† | | |
| I | 9 (4) | 9 (3) |
| II | 75 (29) | 82 (32) |
| III | 130 (51) | 125 (48) |
| IV | 20 (8) | 16 (6) |
| None | 23 (9) | 27 (10) |
| Mixed | 89 (35) | 89 (34) |

*Plus–minus values are means ±SD.

†According to the classification system of the Canadian Cardiovascular Society (CCS).

A272

significantly higher after stent implantation than after balloon angioplasty (13.5 vs. 3.1 percent; relative risk, 4.34; 95 percent confidence interval, 2.05 to 9.18; P<0.001).

The mean hospital stay was 8.5 days in the stent group and 3.1 days in the angioplasty group (P<0.001).

## Clinical Outcomes at Seven Months

The numbers of various types of clinical events at seven months among all 516 patients are shown in Table 3. A primary clinical end point was reached by 76 of the 257 patients randomly assigned to balloon angioplasty (30 percent), as compared with 52 of the 259 patients randomly assigned to stent implantation (20 percent) (relative risk, 0.68; 95 percent confidence interval, 0.50 to 0.92; P = 0.02). This difference in long-term clinical outcome is shown in the cumulative distribution curves for the primary clinical end point in both treatment groups (Fig. 1D). The favorable long-term outcome in the stent group was also partly reflected in the difference between the two groups in functional class at the time of the second angiography (Table 4). The most striking difference in clinical outcomes was the signifi-

cantly reduced need for an elective second revascularization by means of percutaneous intervention involving the target lesion. There was a 42 percent reduction favoring stent implantation.

During the study, three patients died, one in the

Table 3. Frequency of Primary Clinical End Points in the Hospital and at Seven Months in Descending Order of Severity, Total Number of Events, and Quantitative Comparison of Immediate and Long-Term Angiographic Results.*

| Event | Angioplasty (N = 257) | Stent (N = 259) | Relative Risk (95% CI) |
|---|---|---|---|
| | | number (percent) | |
| Death | | | |
| In hospital | 0 | 0 | — |
| At 7 mo | 1 (0.4) | 2 (0.8) | 1.98 (0.18–21.75) |
| All events | 1 (0.4) | 2 (0.8) | 1.98 (0.18–21.75) |
| Cerebrovascular accident | | | |
| In hospital | 1 (0.4) | 0 | — |
| At 7 mo | 2 (0.8) | 0 | — |
| All events | 2 (0.8) | 0 | — |
| Q-wave MI | | | |
| In hospital | 2 (0.8) | 5 (1.9) | 2.48 (0.49–12.67) |
| At 7 mo | 4 (1.6) | 7 (2.7) | 1.74 (0.51–5.86) |
| All events | 5 (1.9) | 7 (2.7) | 1.39 (0.45–4.32) |
| Non-Q-wave MI | | | |
| In hospital | 6 (2.3) | 4 (1.5) | 0.66 (0.19–2.32) |
| At 7 mo | 6 (2.3) | 4 (1.5) | 0.66 (0.19–2.32) |
| All events | 7 (2.7) | 4 (1.5) | 0.57 (0.17–1.91) |
| Urgent CABG | | | |
| In hospital | 4 (1.6) | 5 (1.9) | 1.24 (0.34–4.57) |
| At 7 mo | 4 (1.6) | 5 (1.9) | 1.24 (0.34–4.57) |
| All events | 5 (1.9) | 6 (2.3) | 1.19 (0.37–3.85) |
| Elective CABG | | | |
| In hospital | 0 | 3 (1.2) | — |
| At 7 mo | 6 (2.3) | 8 (3.1) | 1.32 (0.47–3.76) |
| All events | 6 (2.3) | 10 (3.9) | 1.65 (0.61–4.48) |
| Repeat PTCA | | | |
| In hospital | 3 (1.2) | 1 (0.4) | 0.33 (0.03–3.16) |
| At 7 mo | 53 (20.6) | 26 (10.0) | 0.49 (0.32–0.75) |
| All events | 60 (23.3) | 35 (13.5) | 0.58 (0.40–0.85) |
| Any event | | | |
| In hospital | 16 (6.2) | 18 (6.9) | 1.12 (0.58–2.14) |
| At 7 mo | 76 (29.6) | 52 (20.1) | 0.68 (0.50–0.92) |

| Variable† | Angioplasty (N = 240) | Stent (N = 237) | P Value |
|---|---|---|---|
| | | mean ±SD | |
| Reference diameter (mm) | | | |
| Before | 3.01±0.46 | 2.99±0.45 | NS |
| After | 3.09±0.44 | 3.16±0.43 | 0.045 |
| Follow-up | 3.05±0.49 | 2.96±0.49 | 0.04 |
| Minimal luminal diameter (mm) | | | |
| Before | 1.08±0.31 | 1.07±0.33 | NS |
| After | 2.05±0.33 | 2.48±0.39 | <0.001 |
| Follow-up | 1.73±0.55 | 1.82±0.64 | 0.09‡ |
| Stenosis (%) | | | |
| Before | 64±10 | 64±10 | NS |
| After | 33±8 | 22±8 | <0.001 |
| Follow-up | 43±16 | 38±18 | 0.003 |
| Restenosis rate (%) | 32 | 22 | 0.02 |
| Gain (mm) | 0.97±0.39 | 1.40±0.44 | <0.001 |
| Loss (mm) | 0.32±0.47 | 0.65±0.57 | <0.001 |
| Net gain (mm) | 0.65±0.59 | 0.75±0.66 | 0.09 |

*"All events" refers to the total count of events at seven months (i.e., if a patient required repeat angioplasty and later coronary-artery bypass grafting, the total count at seven months would reflect both events, not just the first that occurred). CI denotes confidence interval, MI myocardial infarction, CABG coronary-artery bypass graft, PTCA percutaneous transluminal coronary angioplasty, and NS not significant.

†Reference values are the interpolated diameters of normal vessels; gain, the minimal luminal diameter after the procedure minus the value obtained before the procedure; loss, the minimal luminal diameter after the procedure minus the follow-up value; and net gain, the minimal luminal diameter at follow-up minus the value obtained before the procedure.

‡P = 0.08 and P = 0.03 for the difference in minimal luminal diameter between the two study groups at follow-up when the pre-intervention lumen and vessel size, respectively, were used as covariates.

Table 2. Angiographic Characteristics of the 516 Patients Included in the Intention-to-Treat Analysis and Characteristics of the Procedures They Underwent.*

| Characteristic | Angioplasty (N = 257) | Stent (N = 259) |
|---|---|---|
| | number (percent) | |
| Artery dilated | | |
| Right coronary | 72 (28) | 60 (23) |
| Left anterior descending | 159 (62) | 165 (64) |
| Left circumflex | 26 (10) | 34 (13) |
| Type of lesion† | | |
| Concentric | 118 (46) | 130 (50) |
| Eccentric | | |
| IA | 33 (13) | 34 (13) |
| IB | 62 (24) | 57 (22) |
| IIA | 10 (4) | 10 (4) |
| IIB | 13 (5) | 10 (4) |
| Tandem | 0 | 1 (0.4) |
| Multiple irregularities | 21 (8) | 16 (6) |
| Occluded (TIMI 0 or 1)‡ | 5 (2) | 9 (3) |
| Calcified | 27 (11) | 29 (11) |
| Length (mm) | 6.96±2.57 | 7.06±2.56 |
| Thrombus after procedure§ | 10 (4) | 3 (1) |
| Dissection¶ | | |
| No | 145 (56) | 215 (83) |
| Type A | 43 (17) | 21 (8) |
| Type B | 57 (22) | 16 (6) |
| Type C | 9 (4) | 5 (2) |
| Type E | 1 (0.4) | 1 (0.4) |
| Type F | 2 (0.8) | 0 |
| Nominal size; stent or balloon (mm) | 3.29±0.38 | 3.31±0.34 |
| Balloon/stent artery ratio | 1.12±0.15 | 1.12±0.15 |
| Largest balloon size (mm)‖ | 3.30±0.38 | 3.40±0.40 |
| Maximal pressure (atmospheres) | 9±3 | 10±8 |
| Total inflation time (sec) | 399±359 | 180±178 |

*The interobserver and intraobserver variability of these morphologic measures has previously been reported by the core laboratory.[13] Plus–minus values are means ±SD.

†According to the classification system of Ambrose et al.[14]

‡According to the TIMI Study Group.[10]

§According to the definition of Ellis et al.[15]

¶According to the classification system of Dorros et al.[16]

‖Nominal size.



Figure 1. Cumulative Frequency Distribution Curves for the Two Study Groups, Showing Minimal Luminal Diameters Measured before and after Intervention and at Follow-up, the Percentage of Stenosis at Follow-up, and the Percentage of Patients with Clinical End Points.

Significant differences were apparent that consistently favored the stent group over the angioplasty group with respect to the increased minimal luminal diameter at intervention (Panel A) and follow-up (Panel B), the percentage of stenosis at follow-up (Panel C), and the incidence of major clinical events (Panel D). The vertical dashed line in Panel D indicates the end of the study.

angioplasty group and two in the stent group. One patient treated with balloon angioplasty committed suicide four months after the intervention. Two other patients died two and three weeks after successful stent implantations. In the first of these patients, death was preceded by chest pain associated with ST-segment elevation and was therefore thought to be related to a subacute occlusion. In the second patient, the cause of death was hypovolemic shock during surgical repair of an arteriovenous fistula. Although the stent was patent at the time of the pathological examination, the death was considered to be related to the stent.

**Angiographic Analysis**

Angiographic follow-up data were obtained for 93 percent of the eligible patients (Table 3). The minimal luminal diameter at follow-up was greater after stent implantation than after balloon angioplasty (1.82±0.64 vs. 1.73±0.55 mm, P = 0.09; median difference, 0.17 mm). The cumulative distribution of the minimal luminal diameter and percentage of stenosis are shown in Figure 1A, B, and C. The incidence of

restenosis (the criterion for which was ≥50 percent stenosis) was 22 percent after stent implantation as compared with 32 percent after balloon angioplasty (P = 0.02).

## Discussion

We found that implantation of coronary stents in patients with stable angina and a single new coronary-artery lesion was associated with a rate of immediate clinical success similar to that of standard balloon angioplasty, but a significantly lower rate of restenosis. This translated into a superior long-term clinical outcome, mainly due to a reduced need for additional percutaneous intervention, at least according to the composite analysis of clinical end points. The advantage of this combined clinical end point is that it leads to a simple estimate of the effect of treatment. However, this analysis ignores the relative effect of various events (i.e., it considers death, a cerebrovascular accident, myocardial infarction, and the like to be equally harmful to the patient) and does not reflect the multiplicity of events that may occur (e.g., in a patient undergoing second angioplasty and surgery and ulti-

A274

Table 4. Functional Class at Seven Months of Follow-up or at the Time of the Intercurrent Intervention for the 516 Patients Included in the Intention-to-Treat Analysis.*

| FUNCTIONAL CLASS† | ANGIOPLASTY (N = 257) | STENT (N = 259) |
|---|---|---|
| | number (percent) | |
| 0 (Asymptomatic) | 170 (66) | 190 (73) |
| 1–4 | 83 (32) | 67 (26) |
| 1 | 10 (4) | 12 (5) |
| 2 | 32 (12) | 28 (11) |
| 3 | 28 (11) | 15 (6) |
| 4 | 13 (5) | 12 (5) |
| Unknown | 4 (2) | 2 (0.8) |

*P = 0.07 for the comparison of functional classes according to treatment group (angioplasty vs. stent).

†The classes shown are those established by the Canadian Cardiovascular Society.

mately dying). To address this shortcoming, a count of all events is included in Table 3.

One of the major drawbacks of studies on the prevention of coronary restenosis is that at follow-up the angiographic knowledge of coronary anatomy may influence the physician's therapeutic decision and artificially increase the number of second interventions. This is especially true when the investigator is not kept unaware of the treatment assignments, as when a new device is tested. To circumvent this possible source of bias, a second intervention was considered an end point in this study only when it was substantiated on the basis of anginal symptoms or objective evidence of ischemia (Table 5). Only two second interventions in the angioplasty group and one in the stent group might not have been justified. Moreover, the fact that the cumulative curves for the composite clinical end points (Fig. 1D) diverged between day 75 and day 150 indicates that the difference in clinical outcome was not artificially driven by the angiographic findings at the time of the second catheterization.

Not unexpectedly, the incidence of major bleeding complications was significantly higher in the stent group (13.5 percent) than in the angioplasty group (3.1 percent). The overall incidence reported in the literature, expressed as a weighted average of groin

Table 5. Presence of Clinical Symptoms, Ischemic Signs, and Degree of Stenosis in Patients Who Underwent a Second Intervention at Follow-up.

| VARIABLE* | ANGIOPLASTY (N = 257) | STENT (N = 259) |
|---|---|---|
| No. of patients | 59 | 34† |
| No. with angina | 54 | 31 |
| No. with ECG changes at rest or during exercise | 14 | 8 |
| No. with neither angina nor ECG changes | 2 | 1 |
| No. with ETT performed | 24 | 14 |
| Percent stenosis — mean ±SD | 59±14 | 66±21‡ |

*ECG denotes electrocardiographic, and ETT exercise-tolerance test.

†The relative risk as compared with the angioplasty group was 0.57 (95 percent confidence interval, 0.39 to 0.84; P = 0.005).

‡P = 0.06 for the comparison of groups by unpaired Student's t-test.

hematomas and pseudoaneurysms, was 7.5 percent (range, 2.7 to 26 percent) and 4.2 percent (range, 0 to 10.8 percent), respectively.[17]

Another significant difference between the two treatment groups was in the duration of hospitalization. However, Cohen et al. recently showed that length of stay, consumption of resources, and total costs were still substantially greater for bypass surgery than for stenting and that the initially higher in-hospital costs of stent implantation as compared with balloon angioplasty are compensated for by the reduction in subsequent interventions during follow-up.[18,19] The practitioner and the patient must, however, weigh a long hospital stay and a 13.5 percent risk of bleeding and vascular complications against the potential benefit of a reduction in the likelihood of clinical events from 30 percent to 20 percent.

It may be argued that the difference in drug therapy between the two study groups accounts for the observed differences in angiographic outcome and rate of restenosis. However, a number of clinical studies collectively rule out any beneficial effect of anticoagulant therapy on restenosis in humans.[20-25] Moreover, the degree of angiographically documented luminal loss was significantly higher after stent implantation than after balloon angioplasty (Table 3). Therefore, the beneficial angiographic and clinical effects of stent implantation are explained by the propensity of the stent to achieve a consistently greater increase in luminal diameter immediately after the procedure than is the case with balloon angioplasty, which is inherently limited by the well-described phenomenon of elastic recoil.[3,26]

It should be emphasized that in interpreting the favorable results observed in this trial, the restrictive nature of the criteria for inclusion and exclusion must be kept in mind, and thus the results may not be generalizable to other patients, indications, and types of stents. Finally, bleeding and vascular complications and the prolonged hospitalization remain major drawbacks of stent implantation and continue to hamper its acceptance in clinical practice.

## APPENDIX

The following institutions and investigators participated in the Benestent study. The number of patients enrolled at each center is given in parentheses.

University Hospital San Carlos, Madrid, Spain (76): F. Alfonso, J. Goicolea, R. Hernandez, and A. Iniguez; University Hospital Rotterdam Dijkzigt, Thorax Center, Rotterdam, the Netherlands (57): P.J. de Feyter and M. van den Brand; Onze Lieve Vrouwe Gasthuis, Amsterdam, the Netherlands (50): G.J. Laarman and R. vander Wieken; Universitätsklinikum Rudolf Virchow, Charlottenburg, Berlin, Germany (39): W. Rutsch; Onze Lieve Vrouwe Ziekenhuis, Aalst, Belgium (38): B. de Bruyne; Sahlgrenska Hospital, Goteborg, Sweden (36): P. Albertsson; Clinique Pasteur, Toulouse, France (32): J. Fajadet, S. Doucet, and O. Bar; Sart-Tilman Centre Hospitalier Universitaire, Liege, Belgium (32): V. Legrand; Hôpital de la Citadelle, Liege, Belgium (19): J. Boland; Instituto Cardiovascular de Buenos Aires, Buenos Aires, Argentina (19): J. Berrocal and R. Piraino; Royal Brompton National Heart and Lung Institute, London (12): N. Buller and K. Priestley; Centro

Cuore Columbus, Milan, Italy (11): L. Maiello; Centre Hospital-
ier Universitaire Vaudois, Lausanne, Switzerland (11): E. Eeck-
hout; Middelheim Ziekenhuis, Antwerp, Belgium (10): F. van den
Brande; Gregorio Maranon, Madrid, Spain (10): E. Garcia; Zieken-
huis de Weezenlanden, Zwolle, the Netherlands (8): H. Suryapran-
ata and J. Hoorntje; St. Antonius Ziekenhuis, Nieuwegein, the
Netherlands (8): T. Plokker and G. Mast; Hospital Maggiore,
Trieste, Italy (8): S. Klugmann, E. Della Grazia, and A. Salvi;
Hôpital Cantonal Universitaire, Geneva, Switzerland (7): P. Ur-
ban and E. Camenzind; Academisch Ziekenhuis Groningen, Gro-
ningen, the Netherlands (6): P. den Heijer and R. van Dijk; Aca-
demic Medical Center, Amsterdam, the Netherlands (6): J. Piek
and K. Koch; Christian Albrechts University, Kiel, Germany (6):
R. Simon and G. Herrmann; Centre Cardiologique du Nord, Paris
(5): M.C. Morice and T. Royer; St. James Hospital, Dublin, Ire-
land (5): P. Crean; Catharina Ziekenhuis, Eindhoven, the Nether-
lands (3): H. Bonnier, J. Koolen, and F. Bracke; Cliniques Uni-
versitaires St. Luc, Université Catholique de Louvain, Brussels,
Belgium (2): W. Wijns; Centre Hospitalier Régional et Universi-
taire, Nancy, France (2): N. Danchin and Y. Juillière; and the
Polyclinique Volney, Rennes, France (2): C. Bourdonnec.

Ethics and Safety Committee: F. Verheugt, Free University Am-
sterdam, Amsterdam, the Netherlands; J. Tijssen, Academic Medi-
cal Center, Amsterdam, the Netherlands; and G. de Backer, State
University Ghent, Ghent, Belgium.

Steering Committee: P.W. Serruys (chairman), H. Emanuelsson,
G.R. Heyndrickx, P.P.T. de Jaegere, F. Kiemeneij (co-chairman),
C. Macaya, J. Marco, and P. Materne.

Critical Event Committee: F. Kiemeneij (chairman), P.W. Ser-
ruys, P.P.T. de Jaegere, P.J. de Feyter, and P. van den Heuvel.

Angiographic Assessment Committee: P.P.T. de Jaegere (chair-
man), P.W. Serruys, W. Rutsch, B. de Bruyne, and V. Legrand.

Exercise Testing Committee: V. Legrand (chairman), G. Laar-
man, and N. Danchin.

Data Coordinating and Analysis Center and Quantitative Angio-
graphic Core Laboratory: Cardialysis, Rotterdam, the Netherlands:
M. Morel, A.G. Azar, G.A. van Es, J.P. Herrman, R. Melkert,
J. Pameyer, and L.M. Rodenburg.

## REFERENCES

1. Sigwart U, Puel J, Mirkovitch V, Joffre F, Kappenberger L. Intravascular
   stents to prevent occlusion and restenosis after transluminal angioplasty.
   N Engl J Med 1987;316:701-6.
2. Roubin GS, Cannon AD, Agrawal SK, et al. Intracoronary stenting for
   acute and threatened closure complicating percutaneous transluminal coro-
   nary angioplasty. Circulation 1992;85:916-27.
3. de Jaegere PPT, Hermans WR, Rensing BJ, Strauss BH, de Feyter PJ,
   Serruys PW. Matching based on quantitative coronary angioplasty as a
   surrogate for randomized studies: comparison between stent implantation
   and balloon angioplasty of native coronary artery lesions. Am Heart J
   1993;125:310-9.
4. Fischman DL, Savage MP, Ellis SG, et al. Restenosis after Palmaz-Schatz
   stent implantation. In: Serruys PW, Strauss BH, King SB III, eds. Resteno-
   sis after intervention with new mechanical devices. Vol. 131 of Develop-
   ments in cardiovascular medicine. Dordrecht, the Netherlands: Kluwer Aca-
   demic, 1992:191-205.
5. Schatz RA, Baim DS, Leon M, et al. Clinical experience with the Palmaz-
   Schatz coronary stent: initial results of a multicenter study. Circulation
   1991;83:148-61.
6. Serruys PW, Strauss BH, Beatt KJ, et al. Angiographic follow-up after
   placement of a self-expanding coronary-artery stent. N Engl J Med
   1991;324:13-7.
7. de Jaegere PPT, de Feyter PJ, van der Giessen WJ, Serruys PW. Endovascu-
   lar stents: preliminary clinical results and future developments. Clin Cardiol
   1993;16:369-78.
8. Serruys PW, Foley DP, de Feyter PJ, eds. Quantitative coronary angiogra-
   phy in clinical practice. Dordrecht, the Netherlands: Kluwer Academic,
   1994.
9. Blackburn H, Keys A, Simonson E, Rautaharju P, Punsar S. The electrocar-
   diogram in population studies: a classification system. Circulation 1960;21:
   1160-75.
10. The TIMI Study Group. The thrombolysis in myocardial infarction (TIMI)
    trial: Phase 1 findings. N Engl J Med 1985;312:932-6.
11. Pocock SJ. Interim analyses for randomized clinical trials: the group sequen-
    tial approach. Biometrics 1982;38:153-62.
12. Greenland S, Robins JM. Estimation of a common effect parameter from
    sparse follow-up data. Biometrics 1985;41:55-68.
13. Hermans WRM, Rensing BJ, Foley DP, et al. Therapeutic dissection after
    successful coronary balloon angioplasty: no influence on restenosis or on
    clinical outcome in 693 patients. J Am Coll Cardiol 1992;20:767-80.
14. Ambrose JA, Winters SL, Stern A, et al. Angiographic morphology and the
    pathogenesis of unstable angina pectoris. J Am Coll Cardiol 1985;5:609-16.
15. Ellis SG, Roubin GS, King SB III, Douglas JS Jr, Cox WR. Importance of
    stenosis morphology in the estimation of restenosis risk after elective percu-
    taneous transluminal coronary angioplasty. Am J Cardiol 1989;63:30-4.
16. Dorros G, Cowley MJ, Simpson J, et al. Percutaneous transluminal coro-
    nary angioplasty: report of complications from the National Heart, Lung,
    and Blood Institute PTCA Registry. Circulation 1983;67:723-30.
17. de Jaegere P, de Feyter P, Serruys PW. Intracoronary stenting. Curr Rev
    Interv Cardiol 1993;8:1-17.
18. Cohen DJ, Breall JA, Ho KK, et al. Economics of elective coronary revas-
    cularization: comparison of costs and charges for conventional angioplasty,
    directional atherectomy, stenting and bypass surgery. J Am Coll Cardiol
    1993;22:1052-9.
19. Cohen DJ, Breall JA, Ho KK, et al. Evaluating the potential cost-effective-
    ness of stenting as a treatment for symptomatic single-vessel coronary dis-
    ease: use of a decision-analytic model. Circulation 1994;89:1859-74.
20. Hirshfeld JW, Schwartz JS, Jugo R, et al. Restenosis after coronary angio-
    plasty: a multivariate statistical model to relate lesion and procedure vari-
    ables to restenosis. J Am Coll Cardiol 1991;18:647-56.
21. Ellis SG, Roubin GS, Wilentz J, Douglas JS Jr, King SB III. Effect of 18- to
    24-hour heparin administration for prevention of restenosis after uncompli-
    cated coronary angioplasty. Am Heart J 1989;117:777-82.
22. Perin EC, Turner SA, Ferguson JJ. Relationship between the response to
    heparin and restenosis following PTCA. Circulation 1990;82:Suppl III:III-
    497. abstract.
23. Faxon D, Spiro T, Minor S, et al. Enoxaparin, a low molecular weight
    heparin, in the prevention of restenosis after angioplasty: result of a double
    blind randomized trial. J Am Coll Cardiol 1992;19:Suppl A:258A. abstract.
24. Thornton MA, Gruentzig AR, Hollman J, King SB III, Douglas JS. Couma-
    din and aspirin in prevention of recurrence after transluminal coronary an-
    gioplasty: a randomized study. Circulation 1984;69:721-7.
25. Urban P, Buller N, Fox K, Shapiro L, Bayliss J, Rickards A. Lack of effect
    of warfarin on the restenosis rate or on clinical outcome after balloon coro-
    nary angioplasty. Br Heart J 1988;60:485-8.
26. Rensing BJ, Hermans WR, Beatt KJ, et al. Quantitative angiographic as-
    sessment of elastic recoil after percutaneous transluminal coronary angio-
    plasty. Am J Cardiol 1990;66:1039-44.

# EXHIBIT 24

Clinical research

EuroIntervention - Volume 1 - Number 1 - May 2005 - page 58 to 65

# A randomized comparison of a durable polymer Everolimus-eluting stent with a bare metal coronary stent: The SPIRIT first trial

Patrick W. Serruys, MD, PhD[1]; Andrew T. L. Ong, MBBS, FRACP[1]; Jan J. Piek, MD, PhD[2]; Franz-Josef Neumann, MD[3]; Willem J. van der Giessen, MD, PhD[1]; Marcus Wiemer, MD[4]; Andreas Zeiher, MD[5]; Eberhard Grube, MD[6]; Jürgen Haase, MD, PhD[7]; Leif Thuesen, MD[8]; Christian Hamm, MD[9]; Patricia C. Otto-Terlouw, MSc[10]

1. Thoraxcenter, Erasmus Medical Center, Rotterdam, The Netherlands. 2. Academisch Medisch Centrum, Amsterdam, The Netherlands. 3. Herzzentrum, Bad Krozingen, Germany. 4. Herzzentrum, Bad Oeynhausen, Germany. 5. Uni. Klinikum Frankfurt, Frankfurt, Germany. 6. Heart Center Siegburg, Siegburg, Germany. 7. Red Cross Hospital, Frankfurt, Germany. 8. Skejby Sygehus, Aarhus, Denmark. 9. Kerckhoff Klinik Bad Nauheim, Germany. 10. Cardialysis B.V., Rotterdam, The Netherlands.

Conflict of interest: All authors declare no conflict of interest.

**KEYWORDS**
*Stent, eluting stent, everolimus, randomized trial.*

## Abstract

**Background:** Everolimus is a sirolimus analogue with similar efficacy in animal models, and has been previously successfully tested in humans using an erodable polymer.

**Methods:** This first-in-man single blind multi-centre randomized controlled trial assessed the safety and efficacy of everolimus eluting from a durable polymer on a cobalt chromium stent in patients with *de novo* native coronary artery lesions. Sixty patients were allocated to stent implantation with an everolimus-eluting stent (n=28) or an identical bare stent (n=32). Patients had either stable, unstable angina or silent ischaemia. Suitable lesions treated were single *de novo* native coronary lesions with 50-99% stenosis and could be covered by a 18 mm stent. The primary endpoint was in-stent late loss at 180 days, analysed on a per treatment basis. The major secondary endpoint was percent in-stent volume obstruction (%VO) as measured by intravascular ultrasound (IVUS) at 180 days. The clinical secondary endpoint was major adverse cardiac events (MACE) at 180 days.

**Results:** At 6 months, (matched pairs angiographic analysis), the in-stent late loss, percentage diameter stenosis and percentage of patients with binary restenosis were 0.10 mm, 16% and 0% respectively, in the everolimus arm (n=23), as compared with 0.87 mm, 39% and 25.9%, respectively in the bare stent arm (n=27, p<0.001 for late loss and diameter stenosis, p = 0.01 for restenosis). Significantly less neointimal hyperplasia was observed in the everolimus group compared to the bare stent group (10 ± 13 mm³ vs 38 ± 19 mm³, p<0.001) and similarly, less volume obstruction (8.0 ± 10.4% versus 28.1 ± 14.0%, p<0.001). A major adverse cardiac event occurred in 2 patients in the everolimus arm versus 6 in the bare stent arm.

**Conclusion:** Everolimus eluted from a durable polymer on a cobalt chromium stent effectively suppresses neointimal growth at 6 months compared to an identical bare stent.

Corresponding to: Professor P.W. S. Serruys, MD, PhD, FESC, FACC Thoraxcenter, Bd-406, Erasmus Medical Center, Dr. Molewaterplein 40, 3015 GD Rotterdam, The Netherlands, Telephone: +31-10-463.5260, Fax: +31-10-436.9154, E-mail: p.w.j.c.serruys@erasmusmc.nl

Funding sources: This study was sponsored by Guidant Corporation.

**A277**



# Introduction

Recent studies that have evaluated the local application of anti-proliferative drugs (sirolimus and paclitaxel) for the prevention of restenosis via a stent delivery system have shown that these therapies successfully inhibit the development of neointimal hyperplasia[1,2].

Everolimus is an effective anti-proliferative agent[3]. On a molecular level, everolimus forms a complex with the cytoplasmic protein FKBP12. In the presence of everolimus, the growth factor-stimulated phosphorylation of p70 S6 kinase and 4E-BP1 is inhibited. The latter proteins are key proteins involved in the initiation of protein synthesis. Since phosphorylation of both p70 S6 kinase and 4E-BP1 is under the control of mammalian Target Of Rapamycin (mTOR), this finding suggests that, like sirolimus, the everolimus-FKBP12 complex binds to and thus interferes with its function. Disabling mTOR explains the cell cycle arrest at the late G1 stage caused by everolimus and sirolimus.

The feasibility of using everolimus on a drug eluting stent was determined by the FUTURE I trial[4]. This trial utilized an S-stent and bio-absorbable polymer system (both Biosensors International, Singapore) and confirmed the safety of the everolimus-eluting stent at 6 and 12 months. At 6 months, a 7.7% Major Adverse Cardiac Event (MACE) rate was observed with no thrombosis and no late incomplete apposition. The efficacy was demonstrated by significant reduction of in-stent tissue proliferation at 6 months: both angiographic in-stent late loss and IVUS% neointimal volume were reduced by 87%. No angiographic in-stent binary restenosis was observed in the everolimus-eluting stent arm. The 12 month FUTURE I results showed sustained safety and efficacy with no new MACE events, no aneurysms, no late stent malapposition, and no thrombosis observed between 6 and 12 months. Minimal Lumen Area and Luminal Volume Index were maintained up to 12 months and no in-stent binary restenosis was observed up to 12 months.

The SPIRIT First clinical trial represents the first clinical evaluation of the Guidant XIENCE™ V Everolimus Eluting Coronary Stent System (XIENCE™ V Everolimus Eluting CSS), to investigate the potential benefits of the local application of everolimus in a durable polymer in combination with a thin strut cobalt chromium stent.

# Methods

## Patient selection

This randomized single-blind trial was performed at 9 medical centers and enrolled patients from December 2003 to April 2004. It was approved by the ethics committee at each participating institution, and all patients gave written informed consent.

Patients were eligible for the study if they were aged above 18 years and had received a diagnosis of stable or unstable angina or silent ischaemia. Additional eligibility criteria were the presence of a single primary de novo coronary lesion that was 3.0 mm in diameter as assessed by on-line QCA, that could be covered by an 18 mm stent, a stenosis of between 50-99% of the luminal diameter, and a Thrombolysis In Myocardial Infarction (TIMI) flow grade of 1 or more. Patients were not eligible for enrollment if they had an evolving myocardial infarction, stenosis of an unprotected left main coronary artery, an ostial location, located within 2 mm of a bifurcation, a lesion with moderate to heavy calcification, an angiographically visible thrombus within the target lesion, a left ventricular ejection fraction of less than 30%, were awaiting a heart transplant, or had a known hypersensitivity or contraindication to aspirin, heparin, clopidogrel, cobalt, chromium, nickel, tungsten, everolimus, acrylic and fluoro polymers or contrast sensitivity that could not be adequately pre-medicated.

# The Everolimus-eluting stent

The Guidant XIENCE™ V Everolimus Eluting CSS is comprised of the Guidant MULTI-LINK VISION® Stent and delivery system, and a drug eluting coating. The Guidant MULTI-LINK VISION® Stent is a balloon expandable stent, which consists of serpentine rings connected by links fabricated from a single piece of medical grade L-605 cobalt chromium alloy.

Everolimus is blended in a nonerodable polymer (this drug layer was coated over another nonerodable polymer primer layer). This coating includes of acrylic and fluoro polymers, both approved for use in blood contacting applications. This layer of everolimus-polymer matrix with a thickness of 5-6 microns is applied to the surface of the stent and is loaded with 100 micrograms of everolimus per square centimeter of stent surface area with no top coat polymer layer. The stent is designed to release approximately 70% of the drug within 30 days after implantation.

Everolimus (Certican®, Novartis Corporation) has been evaluated in clinical trials in the US and Europe for use as an immunosuppressant following cardiac and renal transplantation[5]. Everolimus has received market approval in the European Union.

# Study procedure

Following the confirmation of angiographic inclusion and exclusion criteria and prior to the procedure, patients were allocated through a telephone randomization service and assigned in a 1:1 ratio to either an everolimus eluting stent or bare metal stent. A single stent 3.0 mm in diameter, 18 mm long was used in the study.

Lesions were treated using standard interventional techniques with mandatory pre-dilatation and stent implantation at a pressure not exceeding the rated burst pressure. Due to packaging differences, physicians were not blinded to the device. Post-dilatation was allowed with a balloon shorter than the implanted stent. In the event of a dissection occurring at the edge of the implanted stent, it was recommended that a single additional bare Guidant MULTI-LINK VISION® stent be implanted as animal data only on single everolimus stent implantation were available at the onset of the study; these patients were a priori excluded from the per-treatment analysis but are part of the acute success population. IVUS was performed after angiographically optimal stent placement had been obtained and was repeated if additional post-dilatation was performed.

Intravenous boluses of heparin were administered according to local standard practice. Treatment with aspirin, at a minimum dose of 80 mg per day, was started at least 24 hours before the procedure and continued indefinitely. A loading dose of 300 mg of clopidogrel was administered 24 hours before the procedure, followed



**A278**

by 75 mg daily for three months. Treatment with ticlopidine was permitted in case of clopidogrel hypersensitivity. Device success was defined as a final in-stent diameter stenosis of less than 50 percent by QCA using the assigned device. Clinical success was defined as the successful implantation of any device, with stenosis of less than 50 percent of the vessel diameter by QCA and no major cardiac events during the hospital stay.

## Follow-up

Patients were evaluated at 30 days and 6 months. Further evaluations will be performed at 9 months and 1 year, with annual evaluations out to 5 years. At outpatient visits, patients were asked specific questions about the interim development of angina according to the Canadian Cardiovascular Society classification of stable angina. They were also monitored for MACE. Angiographic and IVUS evaluations were performed at 6 months, and will be repeated at 1 year. Prior to performing a follow-up angiogram, the physician was required to record in the source documents whether a revascularization (if required) was clinically indicated – defined as the presence of ischaemic symptoms and/or a positive functional ischaemia study.

## Quantitative coronary angiography evaluation

Quantitative coronary angiography was performed using the CAAS II analysis system (Pie Medical BV, Maastricht, Netherlands). In each patient, the stented segment and the peri-stent segments (defined by a length of 5 mm proximal and distal to the stent edge) were analyzed. The following QCA parameters were computed: computer-defined Minimal Luminal Diameter (MLD), reference diameter obtained by an interpolated method, and percentage diameter stenosis. Binary restenosis was defined in every segment as diameter stenosis $\geq$50% at follow-up. Late loss was defined as the difference between MLD post-procedure and MLD at follow-up. Results are presented as matched pairs in the manuscript and as unmatched pairs in the Appendix. Unmatched pairs data is most commonly presented and utilises the mean QCA results of all projections obtained. Matched pairs data is more accurate as it compares the same views post-procedure and at follow-up and uses only QCA data of identical projections.

## Intravascular ultrasound analysis

Post-procedure and follow-up stented vessel segments were examined with mechanical or phased array intravascular ultrasound using automated pullback at 0.5 mm per second. The coronary segment beginning 5 mm distal to and extending 5 mm proximal to the stented segment was examined. A computer-based contour detection program was used for automated 3-D reconstruction of the stented and adjacent segments. The lumen, stent boundaries and external elastic membrane (vessel boundaries) were detected using a minimum cost algorithm. The Stent Volume (SV) and Lumen Volume (LV) were calculated according to Simpson's rule. The intra-stent neointimal volume was calculated as the difference between SV and LV. The percentage obstruction of the stent volume was calculated as intra-stent neointimal volume/stent volume*100. Feasibility, reproducibility and inter- and intra-observer variability of

this system have been validated *in vitro* and *in vivo*[6]. Incomplete apposition was defined as one or more stent struts separated from the vessel wall with evidence of blood speckles behind the strut on ultrasound, while late incomplete apposition was defined as incomplete apposition of the stent at follow-up which was not present post-procedure.

## Study endpoints

The primary angiographic endpoint was in-stent luminal late loss, as determined by quantitative angiography. Secondary endpoints (QCA and IVUS) at 6 months and 1 year included the in-stent and in-segment late loss, angiographic binary restenosis rate, percentage diameter stenosis; and in-stent percentage volume obstruction. In-stent was defined as within the margins of the stent while in-segment was defined as located either within the margins of the stent or 5 mm proximal or distal to the stent. Late loss was calculated as the difference between the follow-up and post-procedure minimum luminal diameter. Secondary clinical endpoints were a composite of major cardiac events, including cardiac death, Q-wave or non-Q-wave myocardial infarction, clinically driven surgical or percutaneous revascularization of the target lesion (MACE) or vessel (Target Vessel Failure) at 30 days, 6 months, 9 months, and annually up to 5 years after the index procedure; and acute device, procedure and clinical success. All deaths that could not be clearly attributed to another cause were considered cardiac deaths. A non-Q-wave myocardial infarction was defined by an increase in the creatine kinase level to more than twice the upper limit of the normal range, accompanied by an increased level of creatine kinase-MB, in the absence of new Q waves on electrocardiography.

The endpoints were adjudicated by an independent clinical events committee. In addition, a data and safety monitoring board that was not affiliated with the study sponsor reviewed the data to identify any safety issues related to the conduct of the study.

## Statistical analysis

The primary endpoint and all trial endpoints were analyzed on the per-treatment evaluable population which consisted of patients who had no bailout stenting and no major protocol deviations, as evaluated in a blinded manner. Acute success was analyzed on the entire patient population.

The sample size for the study was determined based on the primary endpoint of in-stent late loss at 180 days and on the following assumptions: a single comparison of active to uncoated; one-tailed t-test, unequal and unknown variances in the two groups being compared; $\alpha$=0.05; true mean difference between the bare stent group and the treatment group of 0.48 mm. This assumption was made based on the results of the VISION Registry (mean late loss=0.83 mm)[7], SIRIUS trial (mean late loss=0.17 mm)[8] and TAXUS IV trial (mean late loss=0.39 mm)[9]. (Assume the true mean late loss for the treatment group is 0.35 mm, the difference between the bare stent group and treatment group is calculated as: 0.83 mm - 0.35 mm = 0.48 mm). The standard deviation was assumed to be 0.56 mm in the bare stent group and 0.38 mm in the treatment group (based on the results of the VISION Registry study and SIRIUS trial); approximately 20% rate of lost to follow-up or dropout; approximate-

ly 10% of patients with bailout stents. Given the above assumptions, 30 patients per arm (with the analysis of 22 evaluable patients per arm) will provide 95% power for comparison. Although the trial was not powered based on the major secondary endpoint, percent volume obstruction at 180 days, enrolling 30 patients per arm (analysis of 22 patients per arm) would provide more than 96% power.

Binary variables were compared using Fisher's Exact test. For continuous variables, means and standard deviations were calculated and groups compared using the Wilcoxon Rank-Sum test, except for the primary endpoint which was evaluated with a one sided *t*-test. Final 6-month results are presented in the manuscript, while the Appendix contains results that were available at the time that the 180-day report was prepared.

## Results

### Patient characteristics

Between December 2003 and April 2004, 28 patients were randomly assigned to receive the everolimus-eluting stent, and 32 were assigned to receive the bare stent. As defined in the protocol, all results (except acute success) are presented for the per-treatment population (27 patients in the everolimus group, and 29 patients in the bare stent group, Figure 1). In the everolimus group there was one bailout procedure, and in the bare stent group there were two bailout procedures and one major protocol deviation (the patient was on the heart transplant waiting list). With the exception of a significantly higher number of patients with hypertension requiring treatment in the everolimus group, the two groups were similar with respect to clinical variables examined (Table 1).

**Table 1. Baseline characteristics of the per-treatment patient population and of each treatment group.***

| | Everolimus stent (n = 27) | Bare stent (n = 29) | All patients (n = 56) |
|---|---|---|---|
| Age (yrs) | 64 ± 10 | 61 ± 9 | 63 ± 9 |
| Male gender (%) | 70 | 76 | 73 |
| Current smokers (%) | 28 | 31 | 30 |
| Diabetes (%) | 11 | 10 | 11 |
| Hypertension requiring medication (%) | 70 | 41 | 55 |
| Hyperlipidemia requiring medication (%) | 70 | 76 | 73 |
| Prior intervention (%) | 19 | 7 | 13 |
| Prior MI (%) | 24 | 14 | 19 |
| Stable angina (%) | 78 | 79 | 79 |
| Unstable angina (%) | 19 | 14 | 16 |
| **Target vessel (%)** | | | |
| Left anterior descending | 48 | 45 | 46 |
| Left circumflex | 22 | 21 | 21 |
| RCA | 30 | 34 | 32 |
| **AHA / ACC Lesion Class (%)\*\*** | | | |
| A | 0 | 10 | 5 |
| B1 | 41 | 28 | 34 |
| B2 | 59 | 62 | 61 |
| C | 0 | 0 | 0 |
| Reference Vessel Diameter (mm ± SD) | 2.61 ± 0.40 | 2.71 ± 0.28 | 2.66 ± 0.34 |
| Lesion length (mm ± SD) | 10.1 ± 2.6 | 10.9 ± 3.3 | 10.5 ± 3.0 |

\* There were no significant differences between the treatment groups except for Hypertension Requiring Medication (P=0.04)

\*\* AHA / ACC = American Heart Association / American College of Cardiology



FIGURE 1

Fig. 1: Flowchart of patients

EURO PCR ONLINE.com

## Procedural characteristics

The lesions in the two groups were treated similarly with the use of conventional techniques. Glycoprotein IIb/IIIa inhibitors, used at the investigators' discretion, were administered to 7.4% of the patients in the everolimus group and 3.4% of those in the bare stent group. The two groups did not differ significantly with respect to the rate of device success (96.4% in the everolimus group and 93.8% in the bare stent group) or clinical success (96.4% in the everolimus group and 100% in the bare stent group).

## Quantitative coronary angiography analysis

Angiographic data at 6 months were available for 50 of the 56 analysable patients (89.3%). The mean reference diameter of the target vessel, the mean length of the lesion at baseline, the reference vessel diameter and mean MLD of the stented segment were similar in the two groups (Tables 1 and 2). At six months, with matched pairs analysis, the mean MLD of the stented segment was significantly greater in the everolimus group. The mean in-stent late loss, percentage of stenosis, and percentage of patients with 50 percent or more stenosis were 0.10 mm, 16%, and 0%, respectively, in the everolimus group, as compared with 0.87 mm, 39%, and 25.9%, respectively, in the bare stent group (p<0.001 for late loss and diameter stenosis, p=0.01 for restenosis). Figure 2 shows the cumulative frequency of stenosis immediately after the index procedure and at six months in each treatment group. Table 2 and Figure 3 show the results of sub-segmental quantitative angiographic analyses for matched pairs. The late luminal loss at both the proximal and the distal edges of the stent was less in the everolimus group than in the bare stent group (p <0.01 for proximal and p=0.04 for distal). The late luminal loss in the stented segment was significantly less in the everolimus group than in the bare stent group (p ≤0.001).

## Intravascular ultrasound evaluation

At six months follow-up, intravascular ultrasound evaluation showed no significant differences between the two groups with respect to the volume of the stent or the vessel volume (Table 3). Significantly



Fig. 2: Cumulative frequency of stenosis (in-stent) immediately after stenting and at six months



Fig. 3: Comparison of in-segment / in-stent late loss

**Table 2. Results of sub-segmental quantitative coronary angiographic analysis (Matched Pairs).**

| | Proximal edge | | | In-stent | | | Distal edge | | | In-segment analysis | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Everolimus (n = 23) | Bare (n = 27) | P-value | Everolimus (n = 23) | Bare (n = 27) | P-value | Everolimus (n = 23) | Bare (n = 27) | P-value | Everolimus (n = 23) | Bare (n = 27) | P-value |
| **Reference Vessel Diameter (mm)** | | | | | | | | | | | | |
| After procedure | 2.80 ± 0.33 | 3.04 ± 0.38 | 0.06* | 2.71 ± 0.28 | 2.89 ± 0.35 | 0.11* | 2.64 ± 0.30 | 2.80 ± 0.39 | 0.21* | 2.65 ± 0.30 | 2.84 ± 0.41 | 0.10* |
| At 6 months | 2.78 ± 0.32 | 2.67 ± 0.40 | 0.22* | 2.70 ± 0.31 | 2.58 ± 0.37 | 0.25* | 2.61 ± 0.37 | 2.46 ± 0.36 | 0.19* | 2.61 ± 0.36 | 2.59 ± 0.36 | 0.89* |
| **Minimal Luminal Diameter (mm)** | | | | | | | | | | | | |
| After procedure | 2.56 ± 0.44 | 2.61 ± 0.45 | 0.79* | 2.38 ± 0.25 | 2.45 ± 0.31 | 0.50* | 2.23 ± 0.41 | 2.26 ± 0.45 | 0.77* | 2.11 ± 0.35 | 2.14 ± 0.40 | 1.00* |
| At 6 months | 2.45 ± 0.46 | 2.19 ± 0.49 | 0.04* | 2.28 ± 0.33 | 1.58 ± 0.41 | <0.001* | 2.18 ± 0.38 | 2.00 ± 0.45 | 0.21* | 2.04 ± 0.40 | 1.54 ± 0.41 | <0.001* |
| Late Loss (mm) | 0.11 ± 0.15 | 0.42 ± 0.39 | <0.01* | 0.10 ± 0.21 | 0.87 ± 0.37 | <0.001*** | 0.05 ± 0.20 | 0.26 ± 0.40 | 0.04* | 0.07 ± 0.19 | 0.61 ± 0.37 | <0.001* |
| **Diameter Stenosis (%DS)** | | | | | | | | | | | | |
| After procedure | 9 ± 11 | 14 ± 9 | 0.07* | 12 ± 5 | 15 ± 6 | 0.05* | 16 ± 10 | 20 ± 10 | 0.16* | 20 ± 8 | 24 ± 9 | 0.05* |
| At 6 months | 12 ± 12 | 17 ± 17 | 0.26* | 16 ± 8 | 39 ± 14 | <0.001* | 16 ± 10 | 19 ± 14 | 0.82* | 22 ± 11 | 41 ± 14 | <0.001* |
| Binary Restenosis Rates | 4.3% | 3.7% | 1.00** | 0.0% | 25.9% | 0.01** | 0.0% | 7.4% | 0.49** | 4.3% | 33.3% | 0.01** |

\* two-sided Wilcoxon rank sum test \*\* two-sided Fisher's Exact test \*\*\* One-sided t-test † Fisher's Exact test

EURO**PCR**ONLINE.com

**A281**

Table 3. IVUS measurements at 6 month follow-up.

| | Everolimus- (n = 21*) | Bare (n = 24*) | P-value |
|---|---|---|---|
| Vessel volume (mm³) | 291 ± 82 | 296 ± 73 | 0.64 |
| Stent volume (mm³) | 134 ± 28 | 139 ± 33 | 0.69 |
| In-stent neo-intimal volume (mm³) | 10 ± 13 | 38 ± 19 | <0.001 |
| Luminal volume (mm³) | 124 ± 32 | 100 ± 31 | 0.04 |
| In-stent volume obstruction (%)** | 8.0 ± 10.4 | 28.1 ± 14.0 | <0.001 |

* This final table contains an additional 13 patients not included in the 180-day report prepared for the sponsor. In 8 patients (4 in each group), an imputed stent length of 18mm was used due to non-continuous pullback. In a further 5 patients (all bare stent group) results were unavailable at the time of the 180-day report. (see Appendix)

** In-stent volume obstruction = 100*
(In-stent neo-intimal volume / Stent volume)

less neointimal hyperplasia was observed in the everolimus-stent group compared to the bare-stent group (10 ± 13 vs. 38 ± 19 mm³, p<0.001) and similarly, significantly less volume obstruction, (8.0 ± 10.4% versus 28.1 ± 14.0%, p<0.001). Figure 4 is a cumulative curve of percentage volume obstruction. No in-stent volume obstruction was detected in almost half of the patients in the everolimus-stent group, whereas in the bare stent group, some degree of obstruction by neointima was present in all patients (Figure 4). No evidence of an "edge effect," aneurysm formation, in-stent thrombosis, persistent dissection or late incomplete apposition were observed.



FIGURE 4

Fig. 4: Percentage in-stent volume obstruction versus cumulative frequency of patients. Values are expressed as mean ± standard deviation for each group.

## Major adverse cardiac events

Major adverse cardiac events are listed in Table 4. There was one Q-wave myocardial infarction in the everolimus group in a patient who underwent additional revascularization for angina in a non-target vessel 18 days after the study procedure and suffered thrombosis of this non-study stent 12 days later. The everolimus stent was patent with no evidence of thrombus at the time of the thrombotic occlusion of the non study stent. One patient in the everolimus arm underwent a clinically driven target lesion revascularization at 3 weeks for symptomatic persistent dissection at the proximal edge left untreated at the time of the procedure. There were no clinically driven target revascularizations in the everolimus group for restenosis. There were six clinically driven target lesion revascularizations in the bare stent group, five were treated percutaneously for restenosis and the sixth by bypass surgery. No adverse effects were attributable to everolimus or the polymer coating of the stents.

Table 4. Hierarchical major adverse cardiac events at 180 days in per-treatment population*.

| Event** | Everolimus stent n = 26 | % | Bare stent n = 28 | % |
|---|---|---|---|---|
| Cardiac death | 0 | 0 | 0 | 0 |
| Myocardial infarction | | | | |
| Q-wave | 1‡ | 3.8 | 0 | 0 |
| Non-Q-wave | 0 | 0 | 0 | 0 |
| Reintervention | | | | |
| Clinically driven TLR-CABG | 0 | 0 | 1 | 3.6 |
| Clinically driven TLR-PCI | 1 § | 3.8 | 5 | 17.9 |
| Clinically driven TVR-CABG | 0 | 0 | 0 | 0 |
| Clinically driven TVR-PCI | 0 | 0 | 0 | 0 |
| Target vessel failure | 2 | 7.7 | 6 | 21.4 |
| Major adverse cardiac events | 2 | 7.7 | 6 | 21.4 |

* One patient in each group withdrew consent after treatment
** No statistical significance was detected between groups for all endpoints tested.
‡ Q-wave MI due to thrombosis of a non-study stent in a non-target vessel.
§ Clinically driven TLR for persistent dissection proximal to the stent 3 weeks after the index procedure.

## Discussion

The main finding of this randomized first-in-man study is that an everolimus-eluting stent coated with a durable polymer was associated with an in-stent angiographic late loss of 0.10 mm, significantly less than the corresponding bare cobalt chromium metal stent of 0.87 mm, which satisfied the primary endpoint of this trial and confirmed the efficacy of this system. Correspondingly, in-segment late loss was also significantly less in the everolimus-stent group.

Currently, two different drug-eluting systems (sirolimus and paclitaxel) are available. Although no published scientific comparative data to date available, it appears that, from historical randomized trials, a difference of approximately 0.2 mm in-stent late loss exists between sirolimus and paclitaxel. Even if the impact of restenosis and MACE is currently unknown, some slight difference in restenosis rates and MACE can be expected. New devices should at least equal the incumbents in performance. This performance may be judged on late

**A282**

*A randomized comparison of a durable polymer Everolimus-eluting stent with a bare metal coronary stent: The SPIRIT first trial*

loss, restenosis rate and / or the need for reintervention. With an in-stent late loss ranging from zero to 0.2 mm, it has been difficult to find a compound with the same efficacy, without resorting to the -limus family (Figure 5). With the sirolimus molecule being rather large and complex, it is therefore not surprising that major pharmaceutical companies have thoroughly explored its numerous analogues in order to develop a suitable competitor to sirolimus. The drug used in this study, everolimus differs from sirolimus by a substitution of a hydrogen radical/side-branch with a methyl sidechain.



FIGURE 5

Fig. 5: Comparison of in-stent late loss from drug-eluting trials.

The reason for developing new compounds is to improve on the side effects of the existing compounds such as delayed healing with re-endothelialization and fibrin[11], early[12] and late stent thrombosis[13]. The success of the device lies in its three components - the drug, the polymer properties and the stent. The use of a sirolimus analogue is not in itself a guarantee of success since some of them have intrinsically, a potency in inhibition of up to 100 times less (e.g. tacrolimus), and some other analogues with equal *in vitro* inhibitory effects nevertheless fail to equally inhibit neointimal growth *in vivo*, because their duration of elution was suspected to be too short. However it has already been demonstrated that everolimus in clinical trials using a bioerodable polymer with a slower elution profile than sirolimus is effective in reducing late loss to below 0.2 mm[4]. Therefore the remaining challenge was to establish whether everolimus eluted from a durable polymer was also efficient and is addressed in this report.

Although the 6-month results are promising, one year angiographic and IVUS follow-up results are awaited to confirm the long-term results of this device in light of recent findings regarding an increasing late loss seen with other devices over time.

At the time of the publication of RAVEL, it was argued that the restenosis rate of the bare stent was excessively high at 26%. Similarly, in the present trial the restenosis rate in the bare stent arm was 25.9%. Nevertheless, it must be emphasized that in both cases these restenosis rates correspond to the value predicted and derived from multivariate analyses including as determinant parameters vessel size, MLD post, incidence of LAD disease and diabetics. Of inter-

est, the late loss of the bare stent groups in RAVEL and this study were similar, corresponding to their restenosis rates. This is at variance with the VISION registry, and publications on stent strut thickness, but may be explained by the mismatch in stent size and reference diameter. This study was powered for late loss and not for clinical events, and it was not surprising that the 3 fold reduction in events failed to be statistically significant. At the time of trial design, safety studies with overlapping eluting-stents in animal models had not been completed, requiring the use of bare stents for bailout. As a result of this confounder, these patients were *a priori* excluded from the per-treatment analysis. This study was however designed as a first in man trial with everolimus on an untested new durable polymer in combination with a cobalt chromium stent.

## Acknowledgements

The authors would like to acknowledge the invaluable assistance of Susan Veldhof, RN, Cecile Dorange, MSc, Sophie Henry, MSEE from Guidant Europe, Diegem, Belgium for the conduct and reporting of this study.

## References

1. Morice MC, Serruys PW, Sousa JE, Fajadet J, Ban Hayashi E, Perin M, Colombo A, Schuler G, Barragan P, Guagliumi G, Molnar F, Falotico R. A randomized comparison of a sirolimus-eluting stent with a standard stent for coronary revascularization. *N Engl J Med*. 2002;346:1773-80.

2. Colombo A, Drzewiecki J, Banning A, Grube E, Hauptmann K, Silber S, Dudek D, Fort S, Schiele F, Zmudka K, Guagliumi G, Russell ME. Randomized study to assess the effectiveness of slow- and moderate-release polymer-based paclitaxel-eluting stents for coronary artery lesions. *Circulation*. 2003;108:788-94.

3. Farb A, John M, Acampado E, Kolodgie FD, Prescott MF, Virmani R. Oral everolimus inhibits in-stent neointimal growth. *Circulation*. 2002;106:2379-84.

4. Grube E, Sonoda S, Ikeno F, Honda Y, Kar S, Chan C, Gerckens U, Lansky AJ, Fitzgerald PJ. Six- and twelve-month results from first human experience using everolimus-eluting stents with bioabsorbable polymer. *Circulation*. 2004;109:2168-71.

5. Formica RN, Jr., Lorber KM, Friedman AL, Bia MJ, Lakkis F, Smith JD, Lorber MI. The evolving experience using everolimus in clinical transplantation. *Transplant Proc*. 2004;36:495S-499S.

6. Hamers R, Bruining N, Knook M, Sabate M, Roelandt J. A novel approach to quantitative analysis of Intravascular Ultrasound Images. *Computers in Cardiology*. 2001;28:589-592.

7. Kereiakes DJ, Cox DA, Hermiller JB, Midei MG, Bachinsky WB, Nukta ED, Leon MB, Fink S, Marin L, Lansky AJ. Usefulness of a cobalt chromium coronary stent alloy. *Am J Cardiol*. 2003;92:463-6.

8. Moses JW, Leon MB, Popma JJ, Fitzgerald PJ, Holmes DR, O'Shaughnessy C, Caputo RP, Kereiakes DJ, Williams DO, Teirstein PS, Jaeger JL, Kuntz RE. Sirolimus-eluting stents versus standard stents in patients with stenosis in a native coronary artery. *N Engl J Med*. 2003;349:1315-23.

9. Stone GW, Ellis SG, Cox DA, Hermiller J, O'Shaughnessy C, Mann JT, Turco M, Caputo R, Bergin P, Greenberg J, Popma JJ, Russell ME. A polymer-based, paclitaxel-eluting stent in patients with coronary artery disease. *N Engl J Med*. 2004;350:221-31.

10. Leon MB, Bakhai A. Drug-eluting stents and glycoprotein IIb/IIIa inhibitors: combination therapy for the future. *Am Heart J*. 2003;146:S13-7.



11. Virmani R, Guagliumi G, Farb A, Musumeci G, Grieco N, Motta T, Mihalcsik L, Tespili M, Valsecchi O, Kolodgie FD. Localized hypersensitivity and late coronary thrombosis secondary to a sirolimus-eluting stent: should we be cautious? *Circulation.* 2004;109:701-5.

12. Ong AT, Hoye A, Aoki J, Van Mieghem CA, Rodriguez Granillo GA, Sonnenschien K, Regar E, Mc Fadden EP, Sianos G, van der Giessen WJ, de Jaegere PT, de Feyter PJ, van Domburg RT, Serruys PW. Thirty-Day Incidence and Six-Month Clinical Outcome of Thrombotic Stent Occlusion Following Bare Metal, Sirolimus or Paclitaxel Stent Implantation. *J Am Coll Cardiol.* 2005;45:947-953.

13. McFadden EP, Stabile E, Regar E, Cheneau E, Ong AT, Kinnaird T, Suddath WO, Weissman NJ, Torguson R, Kent KM, Pichard AD, Satler LF, Waksman R, Serruys PW. Late thrombosis in drug-eluting coronary stents after discontinuation of antiplatelet therapy. *Lancet.* 2004;364:1519-21.

14. Degertekin M, Serruys PW, Tanabe K, Lee CH, Sousa JE, Colombo A, Morice MC, Ligthart JM, de Feyter PJ. Long-term follow-up of incomplete stent apposition in patients who received sirolimus-eluting stent for *de novo* coronary lesions: an intravascular ultrasound analysis. *Circulation.* 2003;108:2747-50.

## Appendix

**Sponsor:** Guidant Corporation, Santa Clara, California, USA.
**Principal Investigator:** Patrick W. Serruys (The Netherlands).
**Executive Committee:** P.W. Serruys (Principal Investigator and Chairman, Rotterdam, The Netherlands); Gary Johnson (Vice President of Regulatory Affairs/Clinical Research, Guidant Corporation); Stan Fink (Director of Clinical Research USA, Guidant Corporation).
**Data Safety Monitoring Board (DSMB)** - J.G.P. Tijssen, Amsterdam, The Netherlands; F.W.A. Verheugt, Nijmegen, The Netherlands; W. Wijns, Aalst, Belgium.
**Clinical Events Committee (CEC)** - J. Vos, Amphia Ziekenhuis, Breda, The Netherlands; B.J.W.M. Rensing, Sint Antonius Ziekenhuis, Nieuwegein, the Netherlands; C. Hanet, Clinique Universitaire de Saint-Luc, Brussels, Belgium.
**Data management - Angiographic and IVUS core laboratories:** Cardialysis BV, Rotterdam, The Netherlands; Data Coordination Centre and Site Monitoring: Guidant Europe, Diegem, Belgium.

The following investigators and institutions participated in the SPIRIT First trial:
**Clinical sites:** J.J. Piek, Academisch Medisch Centrum, Amsterdam, The Netherlands (18 patients); F.J. Neumann, Herzzentrum, Bad Krozingen, Germany (14 patients); P.W. Serruys, Thoraxcentre, Erasmus Medical Centre, Rotterdam, The Netherlands (5 patients); M. Wiemer, HZ Herzzentrum, Bad Oeynhausen, Germany (5 patients); A. Zeiher, Uni. Klinikum Frankfurt, Frankfurt, Germany (4 patients); E. Grube, Heart Center Siegburg, Siegburg, Germany (4 patients); J. Haase, Red Cross Hospital, Frankfurt, Germany (4 patients); L. Thuesen, Skejby Sygehus, Aarhus, Denmark (4 patients); C. Hamm, Kerckhoff Klinik, Bad Nauheim, Germany (2 patients).

**Table A2. Appendix: results of intra vascular ultra sound analysis as per 180-day progress report - Clinical investigation plan 02-350 The SPIRIT first clinical trial. Guidant Corporation, Data on file.**

| | Everolimus (n = 17) | Bare (n = 15 *) | P-value |
|---|---|---|---|
| Vessel volume (mm³) | 299 ± 87 | 284 ± 77 | 0.76 |
| Stent volume (mm³) | 138 ± 30 | 139 ± 39 | 1.00 |
| In-stent neo-intimal volume (mm³) | 11.2 ± 14.0 | 41.4 ± 20.1 | <0.001 |
| Luminal volume (mm³) | 126 ± 35 | 98 ± 34 | 0.06 |
| In-stent volume obstruction (%) | 8.6 ± 10.7 | 29.0 ± 13.9 | <0.001 |

**Table A1. Appendix: results of sub-segmental quantitative coronary angiographic analysis (Unmatched Pairs) as per 180-day progress report - Clinical investigation plan 02-350 The SPIRIT first clinical trial. Guidant Corporation, Data on file.**

| | Proximal edge | | | In-stent | | | Distal edge | | | In-segment analysis | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Everolimus (Post N=27 Fup N=23) | Bare (Post N=29 Fup N=26) | P-value | Everolimus (Post N=27 Fup N=23) | Bare (Post N=29 Fup N=26) | P-value | Everolimus (Post N=27 Fup N=23) | Bare (Post N=29 Fup N=26) | P-value | Everolimus (Post N=27 Fup N=23) | Bare (Post N=29 Fup N=26) | P-value |
| **Minimal luminal diameter (mm)** | | | | | | | | | | | | |
| After procedure | 2.49 ± 0.44 | 2.57 ± 0.39 | 0.44* | 2.34 ± 0.26 | 2.42 ± 0.31 | 0.41* | 2.18 ± 0.44 | 2.25 ± 0.42 | 0.67* | 2.07 ± 0.37 | 2.14 ± 0.37 | 0.74* |
| At 6 months | 2.45 ± 0.46 | 2.19 ± 0.50 | 0.05* | 2.28 ± 0.33 | 1.58 ± 0.42 | <0.001* | 2.18 ± 0.38 | 1.99 ± 0.46 | 0.19* | 2.04 ± 0.40 | 1.53 ± 0.41 | <0.001* |
| Late loss (mm) | 0.10 ± 0.17 | 0.38 ± 0.38 | 0.01* | 0.10 ± 0.23 | 0.84 ± 0.36 | <0.001*** | 0.07 ± 0.20 | 0.26 ± 0.41 | 0.14* | 0.09 ± 0.20 | 0.60 ± 0.36 | <0.001* |
| **Diameter stenosis (%DS)** | | | | | | | | | | | | |
| After procedure | 10 ± 10 | 15 ± 9 | 0.13* | 12 ± 4 | 15 ± 6 | 0.02* | 17 ± 10 | 19 ± 9 | 0.39* | 21 ± 8 | 24 ± 8 | 0.14* |
| At 6 months | 12 ± 12 | 18 ± 17 | 0.21* | 16 ± 8 | 39 ± 14 | <0.001* | 16 ± 10 | 20 ± 14 | 0.67* | 22 ± 11 | 41 ± 14 | <0.001* |
| Binary restenosis rates | 4.3% | 3.8% | 1.00** | 0.0% | 26.9% | 0.01** | 0.0% | 7.7% | 0.49** | 4.3% | 34.6% | 0.01** |

* Two-sided Wilcoxon rank sum test ** Two-sided Fisher's Exact test *** One-sided t-test

**A284**

# EXHIBIT 25

# Rapamycin Inhibits Vascular Smooth Muscle Cell Migration

Michael Poon, Steven O. Marx, Richard Gallo, Juan José Badimon, Mark B. Taubman, and Andrew R. Marks
*Laboratory of Molecular Cardiology, Cardiovascular Institute, Department of Medicine, Mount Sinai School of Medicine, New York 10029*

## Abstract

Abnormal vascular smooth muscle cell (SMC) proliferation and migration contribute to the development of restenosis after percutaneous transluminal coronary angioplasty and accelerated arteriopathy after cardiac transplantation. Previously, we reported that the macrolide antibiotic rapamycin, but not the related compound FK506, inhibits both human and rat SMC proliferation in vitro by inhibiting cell cycle–dependent kinases and delaying phosphorylation of retinoblastoma protein (Marx, S.O., T. Jayaraman, L.O. Go, and A.R. Marks. 1995. *Circ. Res.* 362:801). In the present study the effects of rapamycin on SMC migration were assayed in vitro using a modified Boyden chamber and in vivo using a porcine aortic SMC explant model. Pretreatment with rapamycin (2 ng/ml) for 48 h inhibited PDGF-induced migration (PDGF BB homodimer; 20 ng/ml) in cultured rat and human SMC ($n = 10$; $P < 0.0001$), whereas FK506 had no significant effect on migration. Rapamycin administered orally (1 mg/kg per d for 7 d) significantly inhibited porcine aortic SMC migration compared with control ($n = 15$; $P < 0.0001$). Thus, in addition to being a potent immunosuppressant and antiproliferative, rapamycin also inhibits SMC migration. (*J. Clin. Invest.* 1996. 98:2277–2283.) Key words: immunophilin • restenosis • atherosclerosis • FK506 • FKBP12

## Introduction

Abnormal vascular smooth muscle cell (SMC)[1] proliferation and migration play major roles in the formation of atherosclerotic plaques, in the development of restenosis after percutaneous transluminal angioplasty (PTCA) and in accelerated arteriopathy after cardiac transplantation (1–5). In normal vessels, the majority of SMC reside in the media, where they are quiescent and possess a "contractile" phenotype (1, 6) characterized by the abundance of actin- and myosin-containing filaments. In disease states, SMC reenter the cell cycle, proliferate, and migrate from the media to the intima (1). PDGF is a potent chemoattractant for SMC (6–8) and is thought to play a major role in stimulating SMC migration in experimental models of vessel injury (9, 10). After vessel injury, intimal SMC demonstrate a synthetic phenotype, secreting extracellular matrix, proteases, growth factors, and cytokines that contribute to further proliferation and migration (1, 5, 6).

Recently, we reported that rapamycin, a macrolide antibiotic, inhibited both human and rat SMC proliferation by blocking cell cycle progression at the G1/S transition (11). This inhibition of cell proliferation was associated with decreases in cell cycle kinase activity and a reduction in the phosphorylation of retinoblastoma protein. We demonstrated that the antiproliferative properties of rapamycin were mediated through binding to the cytosolic receptor, FK506 binding protein (FKBP12) (11). FKBP12 is ubiquitously and abundantly expressed in many cells and tissues and is highly conserved throughout eukaryotic phylogeny (12–16). FKBPs catalyze the *cis–trans* isomerization of peptidyl-prolyl amide bonds of peptides; both rapamycin and FK506 inhibit this rotamase activity. However, the inhibition of rotamase activity is not responsible for the immunosuppressive effects of these agents (17).

In the present study, we demonstrate that rapamycin, but not FK506, blocks rat, porcine, and human SMC migration. The inhibitory effects on migration are competed by molar excesses of FK506, indicating that the effect is mediated through binding to the cytosolic receptor, FKBP12. In rat aortic SMC, the inhibition of rapamycin of both proliferation and migration is mediated through a novel form of FKBP12 which contains three amino acid substitutions compared with the human FKBP12, including a serine substitution for a highly conserved proline at residue 10. The present data indicate that a target of the rapamycin-FKBP12 complex or a downstream effector molecule functions as a critical regulator of SMC migration.

## Methods

*Reagents.* Rapamycin was a gift from Dr. Suren Sehgal (Wyeth-Ayerst Laboratories, Princeton, NJ), FK506 was from Fujisawa (Deerfield, IL), recombinant human PDGF-BB was from Cal Biochem (Stanford, CA).

*Cell culture.* Rat aortic SMC (passages 8-11) were cultured in DME plus 20% FCS (Gibco, Grand Island, NY), 100 U/ml penicillin, and 100 µg/ml streptomycin as previously described (11, 18). The medium was changed every 48 h, and cells were passaged at ~75% confluence. Human aortic SMC (passages 3–5), were obtained from the ascending aorta at the time of cardiac transplantation. The adventitia and connective tissue were removed, the remaining arterial intima and media were cut into 1-cm² segments, and placed in culture dishes with collagenase and 15% FCS. Cells were grown in DME medium supplemented with 20% FCS, 100 U/ml penicillin, and 100 µg/ml streptomycin. Aortic SMC were serially passaged before reaching confluence. Cells were identified as smooth muscle by their typical

---

M. Poon and S.O. Marx contributed equally to this paper.

Address correspondence to Andrew R. Marks, Box 1269, Mount Sinai School of Medicine, One Gustave L. Levy Place, New York, NY 10029. Phone: 212-241-0309; FAX: 212-996-4498; E-mail: a_marks @smtplink.mssm.edu
*Received for publication 28 June 1996 and accepted in revised form 13 September 1996.*

---

1. *Abbreviations used in this paper:* FKBP, FK506 binding protein; GAP, Ras-GTPase–activating protein; PI-3′, phosphatidylinositol-3-OH; PLC, phospholipase C; SMC, smooth muscle cell; PTCA, percutaneous transluminal angioplasty.

J. Clin. Invest.
© The American Society for Clinical Investigation, Inc.
0021-9738/96/11/2277/07  $2.00
Volume 98, Number 10, November 1996, 2277–2283

appearance on light microscopy and by immunostaining with anti–smooth muscle α-actin 1A4 (M851; Dako Inc., Carpenteria, CA).

*Smooth muscle cell migration assay.* Migration was measured using a 48-well chamber (modified Boyden chamber) housing a polycarbonate filter with 8-μm pores (Nucleopore, Cabin John, MD) (19). Each membrane was coated with 0.1 mg/ml of collagen (Vitrogen 100®; Centrix, Santa Clara, CA) in 0.2 M acetic acid for 24 h before each chemotactic assay. For each assay, 27 μl of PDGF-BB (20 ng/ml) in DME plus 0.2% BSA were loaded in quadruplicate wells in the bottom chamber. BSA (0.2% in DME without PDGF) was used as a negative control. SMC were grown to ~30% confluence. Rapamycin or FK506 was then added directly to the culture media of some plates, control was without drug. After 48 h of incubation, cells were trypsinized, washed three times with PBS, and counted with a hemocytometer. Cell viability was determined by trypan blue exclusion. To examine the acute effect of rapamycin on SMC migration, rapamycin (100 ng/ml) was added directly to the upper or lower chamber without pretreatment. SMC grown in the absence of rapamycin were loaded in the upper chamber.

Equal numbers of cells ($2 \times 10^5$/ml) in 50 μl were placed in the top chamber. After 6 h of incubation in 5% $CO_2$ at 37°C, nonmigrating cells were scraped from the upper surface of the filter. Cells on the lower surface were fixed with methanol and stained with Diff-Quik (Baxter Healthcare Co., Miami, FL). The number of SMC on the lower surface of the filter was determined microscopically by counting five high power (×400) fields of constant area per well. Values are expressed as the percentage of cells migrating in response to PDGF-BB after subtraction of the negative control (DME + BSA). Experiments were performed at least twice using quadruplicate wells. Statistical significance was determined using the unpaired Student's *t* test; $P < 0.01$ was considered a significant result.

*Northern analyses.* Total RNA was prepared from SMC growing in log phase using the standard guanidinium-isothiocyanate lysis buffer and centrifugation through a cesium chloride cushion as described elsewhere (20). 20 μg of total RNA was size fractionated on a 1% formaldehyde agarose gel, blotted to nitrocellulose, and probed with α-$^{32}$P-labeled FKBP12 cDNA randomly labeled to a specific activity of $10^9$ cpm/μg. The FKBP12 cDNA probe contained the entire coding region of the rabbit FKBP12 (16). Hybridization was at 42°C overnight and final washing at 65°C in 0.2 × SSC. Films were autoradiographed with a single intensifying screen at −70°C for 48 h. Ethidium bromide staining of the 28S ribosomal RNA was used to ensure that equivalent amounts of RNA were loaded in each lane. Northern analyses were repeated at least three times with the same results, a representative blot is shown.

*Immunoblots.* SMC growing in log phase were washed twice with ice-cold PBS and lysates were prepared using modified RIPA buffer (50 mM Tris-HCl, pH 7.4, 250 mM NaCl, 5 mM EDTA, 50 mM NaF, 0.1 mM $Na_3VO_4$, 0.5 mM PMSF, 1 μg/ml aprotinin, 1 μg/ml leupeptin, 1% NP-40, 0.5% sodium deoxycholate, and 0.1% SDS). Cells were scraped off the bottom of the plates and lysates rocked for 1 h at 4°C. Lysates were clarified by centrifugation on a table top centrifuge for 20 min at 14,000 at 4°C. Protein concentration was measured using the Bradford reagent (Bio-Rad Laboratories, Richmond, CA) with BSA as a standard. Protein extracts (50 μg) were size-fractionated on 15% SDS-polyacrylamide gels and transferred to nitrocellulose overnight at 45–60 V. Filters were blocked in PBS containing 0.1% Tween 20 (PBS-T), and 5% dry milk for 1 h at 30°C, followed by incubation overnight at 4°C with either an anti-FKBP12 antibody directed against the amino-terminus of FKBP12 (16) or against the carboxy terminus (1/1,000, gift from Dr. Greg Wiederrecht, Merck Research Laboratory). The filters were washed with PBS-T, then incubated with secondary antibody conjugated to peroxidase for 1 h at 4°C and washed; signals were detected using the chemiluminescence detection system (ECL; Bio-Rad) followed by exposure to Kodak XAR film.

*Library screening.* A rat aortic SMC oligo-dT primed cDNA library in λZAPII was screened using a full-length rabbit FKBP12 cDNA that includes the entire coding region of FKBP12 as described

previously (16). A total of $10^6$ recombinants were screened at high stringency (final wash was 0.1 × SSC at 65°C). After tertiary screening, five FKBP12 cDNA clones were isolated. The sequence reported in this study was obtained from five independent cDNA clones using the dideoxy chain termination methodology (20).

*Explant model.* 15 adult Yorkshire albino pigs (body wt 30–35 kg) were randomly assigned to receive either regular pig chow or pig chow plus rapamycin for 7 d. Three animals received 1 mg/kg of rapamycin orally and four animals received 5 mg/kg for 7 d. Animals were euthanized with 10 ml of Sleepaway (26% sodium pentobarbital, 10% isopropyl alcohol, 20% polyethelene glycol; Fort Dodge Laboratories, Fort Dodge, IA). The aortas were perfused in situ with ice-cold physiologic buffer at a pressure of 100 mmHg. The aortas were excised, adventitia and surrounding connective tissue were removed. Aortas were opened by a longitudinal cut and the intima as well as a thin portion of the subjacent media were removed. The media were divided into five 10 × 10-mm² segments that were cut into multiple 2 × 2-mm² segments and placed in 100-mm culture dishes containing 10 ml of DMEM + 20% FBS. Culture media were changed every 3–4 d. On days 5, 10, and 15, culture dishes were washed with PBS to remove cellular debris, trypsinized briefly with 1.5 ml of trypsin, resuspended in 2 ml of PBS, and cells were counted (eight times per dish) using a hemocytometer. The results are presented in Fig. 5 as mean values±standard error of the mean for eight determinations from each of eight control, and seven rapamycin-treated animals. Cell viability was assessed using the trypan blue exclusion method. Rapamycin levels in whole blood samples were determined by Wyeth-Ayerst Laboratories. Routine histologic examinations of the aortas to assess the effects if any of rapamycin on SMC morphology were performed using hematoxylin and eosin stained sections.

*Adhesion assay.* Rat aortic SMC were incubated either with or without 20 ng/ml of rapamycin in DMEM supplemented with 10% FBS for 72 h. After 72 h cells were detached from the plates by brief trypsinization in 2 ml of trypsin/EDTA, resuspended in 10 ml DMEM + 10% FBS, and cell number was determined. There were fewer cells in the rapamycin treated samples compared with the control (4.4 × $10^6$ vs 8.8 × $10^6$) due to the antiproliferative effect of rapamycin on smooth muscle cells (11). Four six-well culture plates were precoated with varying concentrations of collagen from 1 μg/ml to 1,000 μg/ml of Vitrogen). Smooth muscle cells were resuspended in DMEM to give a final concentration of 2.0 × $10^5$ cells/ml. 1 ml of SMC was added to each well. After 2.5 h, nonadherent cells were removed and the number of cells adhering to the bottom of the wells was determined by counting four separate fields of constant area per well. All experiments were performed in triplicate.

## Results

Rapamycin as low as 2 ng/ml had a significant inhibitory effect ($P < 0.0001$) on PDGF-BB homodimer-induced rat aortic SMC migration (Fig. 1 *A*). Similarly, rapamycin significantly inhibited PDGF-BB induced human SMC migration (Fig. 1 *B*; $P < 0.0001$). The inhibition of migration was concentration-dependent with an $IC_{50} = 2$ ng/ml for both rat and human SMC. In contrast, FK506 (1–500 ng/ml) had no significant effect on migration in response to PDGF-BB (Fig. 1 *A*). The inhibition of migration by rapamycin persisted for at least 72 h in the Boyden chamber assays. By 96 h cell viability was substantially decreased in both control and in rapamycin-treated cultures, preventing assessment of cellular migration. There was no difference in cell viability between the control, FK506, and rapamycin treated cells as assessed by trypan blue staining. No difference in morphology was observed comparing rat SMC from rapamycin-treated and untreated cultures (Fig. 1 *C*). As previously described (11), rapamycin inhibited SMC proliferation, whereas FK506 had no effect (data not shown). However,



*Figure 1.* Rapamycin but not FK506 inhibits aortic smooth muscle cell migration. (*A*) Rat aortic SMC were cultured with either rapamycin or FK506 for 48 h and then examined for chemotaxis to 20 ng/ml of PDGF-BB in a modified Boyden chamber. $P = 0.01$ for control vs. 1 ng/ml rapamycin, $P < 0.0001$ for control vs. 2 and 100 ng/ml rapamycin. (*B*) Similar experiments were performed using human aortic SMC cultured with rapamycin. $P < 0.0001$ for each concentration of rapamycin compared with control. There is no significant difference between control and FK506-treated rat or human cells (not shown). The results represent mean values obtained from quadruplicate wells from each of two experiments. Error bars represent standard error of the mean. (*C*) Culturing with rapamycin had no effect on rat SMC morphology; compare control cells to cells cultured for 72 h with rapamycin (20 ng/ml).

equal numbers of cells were used in all migration assays. Thus the reduction in migration did not simply reflect a difference in cell number between control, FK506, and rapamycin treated cells.

Addition of rapamycin (100 ng/ml) to the cells immediately before loading into the upper Boyden chamber (Fig. 2), or incubation with rapamycin (100 ng/ml) for up to 6 h (data not

shown) had no effect on migration. Similarly, rapamycin, when added together with PDGF to the lower chamber, had no effect on the ability of PDGF to attract normal SMC (Fig. 2). These results indicate that inhibition of SMC migration by rapamycin requires > 6 h exposure to rapamycin. The inhibition of migration of rat aortic SMC by rapamycin (100 ng/ml) was competitively inhibited by 80±10% by a 100-fold molar ex-



Figure 2. Inhibition of aortic smooth muscle migration requires prolonged exposure to rapamycin. Rat SMC added to the top chamber in the migration assay did not migrate when PDGF-BB was omitted from the bottom chamber (*first bar*). When PDGF-BB (PDGF, 20 ng/ml) was added to the bottom chamber, rat SMC migration was observed (*second bar*). Treatment of rat SMC with rapamycin (Rapa, 100 ng/ml) for 48 h significantly inhibited migration (*third bar*, P < 0.001). In contrast, acute administration of rapamycin (100 ng/ml) to the top (*fourth bar*) or bottom (*fifth bar*) chamber had no effect on migration. The y-axis shows the number of cells migrating onto the filter per high power field (see Methods for details).

cesses of FK506, indicating that the inhibition of migration by rapamycin was mediated by the binding to the immunophilin FKBP12, since both rapamycin and FK506 share the same cytosolic receptor.



Figure 3. Analyses of FKBP12 mRNA and protein in rat SMC. (*A*) Northern hybridization using a full-length FKBP12 cDNA shows equivalent levels of FKBP12 mRNA (1.5 kb) in a murine muscle cell line (*BC3H1*) and in rat aortic SMC (*RASM*). (*B*) Immunoblot analysis using an anti-FKBP12 antibody (16) that recognizes the aminoterminus of the human, rabbit, and murine FKBP12 shows no detectable FKBP12 protein in rat SMC, whereas an immunoblot using an anti-FKBP12 antibody directed at the carboxyl-terminus of FKBP12 shows a 12-kD protein in rat SMC.

FKBP12 is ubiquitously expressed and highly conserved across species. However, immunoblotting with an antibody that recognizes the amino-terminus of the human, rabbit, and murine FKBP12 did not detect FKBP protein in rat aortic SMC (Fig. 3). In contrast, Northern hybridization using a full-length FKBP12 cDNA revealed high levels of FKBP12 mRNA (1.5 kb) in rat aortic SMC (Fig. 3) and an antibody directed at the carboxyl-terminus of FKBP12 identified a 12-kD protein in rat aortic SMC (Fig. 3). To determine the complete structure of the rat smooth muscle FKBP12, five FKBP12 cDNAs were isolated from a rat aortic SMC library and sequenced (Fig. 4). The rat FKBP12 encodes a 108–amino acid protein whose sequence is 95% identical to the human and rabbit form and 98% identical to the murine sequence. Notably, there is a serine for proline substitution at residue 10 in the middle of the epitope recognized by the amino-terminal FKBP12 antibody.

Rapamycin inhibits intimal thickening in rat aortas after mechanical or alloimmune injury (21) and reduces luminal narrowing following PTCA in porcine coronary arteries by 63% (Gallo, R., A. Padurean, J.H. Chesebro, J.T. Fallon, V. Fuster, A.R. Marks, and J.J. Badimon, manuscript submitted for publication). The latter study showed further that the reduction in luminal narrowing after PTCA was due to inhibition of intimal SMC hyperplasia typically observed in the vessel wall after balloon injury. Reduction in intimal SMC hyperplasia in rapamycin-treated animals presumably reflects the fact that the drug causes a block in G1 to S progression in SMC (11). However, SMC migration is also an important component of the intimal thickening after PTCA. SMC have to migrate from the media into the intima to proliferate and cause luminal narrowing. To assess the in vivo effects of oral rapamycin on SMC migration we examined the ability of cells to migrate out of porcine aortic explants and establish cultures. SMC from control untreated animals began to migrate out of the explanted aortic tissue by day 5 and reached near-confluence on day 15. In contrast, SMC from animals receiving 1 mg/kg of rapamycin did not migrate out of the aortic tissue until day 10, and by day 15 the number of cells was significantly reduced despite the fact that the only exposure to rapamycin for these cells had been in the intact animal (Fig. 5). SMC from animals treated with 5 mg/kg of rapamycin exhibited no migration even by day 15 after explant. Histological examination revealed no morphologic differences between SMC in control versus untreated animals, and trypan blue exclusion tests revealed no increase in cell death in SMC from rapamycin treated animals. Rapamycin levels in whole blood were 30±2ng/ml and 85±5ng/ml for the 1 mg/kg and 5 mg/kg dosing regimens, respectively. The concentration of 30±2ng/ml is comparable to that observed in humans receiving rapamycin after renal transplant, whereas the concentration of 85±5ng/ml would be considered above the recommended therapeutic levels. An assay was done to determine whether rapamycin affected the ability of SMC to bind to collagen. Control rat aortic SMC and cells pretreated with rapamycin using the conditions described above for the Boyden chamber assays were plated on collagen coated culture dishes in DMEM. At 2.5 h there were no significant differences between the rapamycin-treated and the control cells in terms of the number of SMC adhering to collagen-coated and the noncoated culture plates (control 55±3, rapamycin 58±3; P = NS). These results suggest that rapamycin does not affect the ability of smooth muscle cells to adhere to collagen.

```
                 1
rat FKBP12       ATG GGA GTG CAG GTG GAG ACC ATC TCT TCT GGA GAC GGG CGC ACC TTC CCG
                 Met Gly Val Gln Val Glu Thr Ile Ser Ser Gly Asp Gly Arg Thr Phe Pro
human                                                                            Pro
murine                                                                           Pro

                 18
                 AAG CGC GGC CAG ACC TGC GTG GTA CAC TAC ACG GGG ATG CTT GAA GAT GGG
                 Lys Arg Gly Gln Thr Cys Val Val His Tyr Thr Gly Met Leu Glu Asp Gly

                 35
                 AAG AAA TTT GAC TCC TCT CGG GAC AGA AAC AAG CCT TTT AAG TTT ACA CTA
                 Lys Lys Phe Asp Ser Ser Arg Asp Arg Asn Lys Pro Phe Lys Phe Thr Leu
                                                                                 Met

                 52
                 GGC AAG CAG GAG GTG ATC CGA GGC TGG GAA GAA GGG GTA GCC CAG ATG AGT
                 Gly Lys Gln Glu Val Ile Arg Gly Trp Glu Glu Gly Val Ala Gln Met Ser

                 69
                 GTG GGC CAG AGA GCC AAA CTG ATA ATC TCC CCA GAC TAT GCC TAT GGA GCC
                 Val Gly Gln Arg Ala Lys Leu Ile Ile Ser Pro Asp Tyr Ala Tyr Gly Ala
                                                 Thr
                                                                 Ser

                 86
                 ACC GGG CAC CCA GGC ATC ATC CCA CCA CAT GCT ACT CTT GTT TTC GAT GTG
                 Thr Gly His Pro Gly Ile Ile Pro Pro His Ala Thr Leu Val Phe Asp Val

                 103
                 GAG CTT CTA AAA CTG GAA TGA
                 Glu Leu Leu Lys Leu Glu
```

*Figure 4.* Comparison of the primary structure of the rat, human, and murine FKBP12. The cDNA and predicted amino acid sequence of the rat FKBP12 compared with human (rabbit is identical to human [16]) and murine FKBP12 (12). The open reading frame encodes a 108–amino acid protein that differs from the human and rabbit FKBP12 at three residues, and from the murine FKBP12 at two residues. The epitope recognized by the amino terminal anti-FKBP12 antibody (16) is denoted by the underlined sequence. These sequence data are available from GenBank, BankIt67151, under accession number U69485.

## Discussion

This study demonstrates that rapamycin inhibits rat, porcine, and human SMC migration. We have previously demonstrated that rapamycin has antiproliferative effects on rat and human aortic SMC mediated by binding to FKBP12 and inhibiting cell



*Figure 5.* In vivo administration of oral rapamycin inhibits SMC migratory potential. Migratory potential of SMC was examined by determining the ability of cells to move out from porcine aortic tissue samples taken from animals treated with rapamycin compared to control (see Methods for experimental detail). SMC migrating out from the explanted tissue from both control and rapamycin (1 mg/kg per day)–treated animals were able to grow in culture. However, there was a 5-d delay in migration exhibited by SMC in the treated versus control animals resulting in significantly larger numbers of cells (*Cell Number*) in explant cultures from control animals. No SMC migration was observed in aortas from animals treated with the higher concentration of rapamycin (5 mg/kg), even by day 15 after explant. When the standard deviation is small no error bars are seen.

cycle kinases and delaying phosphorylation of retinoblastoma protein (11). The inhibitory effects of rapamycin on SMC migration are also mediated by its binding to FKBP12. Recently, a mammalian target of the rapamycin-FKBP12 complex (mTOR) has been identified (22, 23). While the immediate downstream target of mTOR has not been identified, a common theme in many cell types is that rapamycin-FKBP12 inhibits p70 S6 kinase (24, 25), cell cycle kinases, hyperphosphorylation of Rb, and up-regulates the cyclin inhibitor p27 (26). Whether the antimigratory actions of rapamycin-FKBP12 in SMC involve any of these signaling molecules remains unproven. However, the present study suggests that rapamycin can be used as a "molecular probe" to dissect signaling pathways regulating SMC migration in much the same way as the drug is being used to gain insight into mechanisms controlling cell growth.

In the present study acute administration of rapamycin had no effect on the rat aortic SMC migration, suggesting that longer exposure to rapamycin (> 6 h) is required. Cellular locomotion required for migration is mediated by the coordinated changes in the polymerization and depolymerization of actin containing microfilaments (27, 28), although the mechanism regulating these changes remain uncertain. Recently, it has been reported that recruitment of signaling proteins including the PDGF receptor and phospholipase C (PLC)-γ and phosphatidylinositol-3-OH (PI-3') kinase association with the PDGF receptor triggers migration (29). Upon stimulation by PDGF, the PDGF receptor-β autophosphorylates and forms a complex with src homology 2-domain containing proteins such as phosphatidylinositol-specific PLC-γ, Ras-GTPase–activating protein (GAP), and PI-3' kinase (29). The association of activated PDGF receptor-β with either PLC-γ or PI-3' kinase promotes migration, whereas association with GAP retards

migration in response to PDGF-β (29). PLC-γ and PI-3′ kinase have been shown to modulate actin assembly (30). Both calcium and polyphosphoinositides have been proposed to regulate actin formation (32). A recent study demonstrated that activation of calcium/calmodulin-dependent protein kinase II (CaM kinase II) is a critical event for the migration of SMC. Inhibiting CaM kinase II blocked migration by > 90%, whereas the inhibition of protein kinase C activation had no significant effect on migration (28). Although mTOR has no apparent PI-3′ kinase activity, its counterpart in yeast, TOR, is a PI-3′ kinase homologue (32).

Moreover, FKBP12 is physically associated with the type I TGF-β receptor, suggesting that FKBP12 may have a direct role in modulating signal transduction mediated by growth factor receptors (33). These observations suggest that one mechanism whereby the rapamycin–FKBP12 complex could block SMC migration might be via inhibition of a growth factor–mediated pathway, possibly one that links migration to cell cycle progression.

The morphology of SMC from treated and untreated cultures (Fig. 1 *C*) and tissue sections was indistinguishable, suggesting that rapamycin does not appear to have an effect on the cytoskeletal components that have been associated with migration. Moreover, rapamycin does not alter the ability of SMC to bind collagen, suggesting that the antimigratory effects of the drug are not due to an inability to interact with the extracellular matrix.

The immunosuppressant drugs rapamycin and FK506 bind to the same site on FKBP12 (34, 35). FKBP12 also binds to naturally occurring cellular targets (36) including three forms of intracellular calcium release channels, calcineurin, and the type I TGF-β receptor (16, 33, 37–40). The immunosuppressant drugs mimic hydrophobic domains found in the cellular targets of FKBP12. The presence of a serine for proline substitution at residue 10 in the rat form of FKBP12 would be expected to introduce a significant structural change at the amino terminus of the rat protein by removing a bend due to the proline residue at this position that is present in the human, rabbit, and murine forms of FKBP12. Thus, it is unlikely that the amino-terminal domain of FKBP12 is involved in mediating the antimigratory effects of the drug.

FKBP12 is physically associated with the skeletal muscle and cardiac ryanodine receptors (37, 38) and the inositol 1,4,5-trisphosphate receptor (39), all of which are calcium release channels located on the sarcoplasmic and endoplasmic reticuli. FKBP12 appears to stabilize the tetrameric structures of these large ion channel complexes and modulates channel gating (37). Moreover, both rapamycin and FK506 interfere with FKBP12's ability to stabilize calcium release channel structures resulting in leaky channels (37). Since the inhibition of migration was specific for rapamycin, and not FK506, it is unlikely that this effect involved modulation of calcium release channels resulting in altered calcium homeostasis.

Our results also demonstrate that administration of rapamycin in vivo inhibits the ability of SMC to migrate. Significantly, this inhibitory effect on migration persists for 2 wk after exposure to rapamycin was stopped. This prolonged inhibitory effect on SMC migration suggests that a 1-wk treatment with oral rapamycin should reduce intimal hyperplasia, even if the stimulus associated with a vascular intervention lasts for up to 3 wk after the procedure.

## Acknowledgments

We thank Valentin Fuster for reviewing this manuscript, Greg Wiederrecht for providing the carboxy terminal anti-FKBP12 antibody, Stuart Schreiber for helpful discussions, and Arthur Lee and Bin Liu for excellent technical assistance.

This work was supported by grants to A.R. Marks from the National Institutes of Health (RO1NS29814 and RO1HL56180), the American Heart Association (AHA), and the Muscular Dystrophy Association. A.R. Marks is a Bristol-Meyers Squibb Established Investigator of the American Heart Association. S.O. Marx is an AHA Clinician-Scientist awardee and a recipient of the Glorney-Räisbeck Fellowship from the NY Academy of Medicine. M. Poon is an AHA Clinician-Scientist awardee and a recipient of the Arthur Ross Scholarship in Cardiovascular Medicine. M.B. Taubman is a recipient of a Career Scientist award from the Irma T. Hirschl-Monique Weill-Caulier Charitable Trusts. The sequence of the rat FKBP12 cDNA has been deposited in Genbank, BankIt67151 U69485, and the cDNA will be made available upon request to A.R. Marks.

## References

1. Ross, R. 1993. The pathogenesis of atherosclerosis: a perspective for the 1990s. *Nature (Lond.)*. 362:801–809.

2. Ip, J., V. Fuster, D. Ismel, L. Badimon, J. Badimon, and J. Chesebro. 1991. The role of platelets, thrombin and hyperplasia in restenosis after coronary angioplasty. *J. Am. Coll. Cardiol.* 77B–88B.

3. Billingham, M. 1987. Cardiac transplant atherosclerosis. *Transplantation Proc.* 19 (Suppl. 5):19–25.

4. Casscells, W. 1992. Migration of smooth muscle and endothelial cells: critical events in restenosis. *Circulation.* 86:723–729.

5. Pauly, R.R., A. Passanti, C. Bilato, R. Monticone, L. Cheng, N. Papadopoulos, Y.A. Gluzband, L. Smith, C. Weinstein, E.G. Lakata, and M.T. Crow. 1994. Migration of cultured vascular smooth muscle cells through a basement membrane barrier requires type IV collagenase activity and inhibited by cellular differentiation. *Circ. Res.* 75:41–54.

6. Clowes, A., and S.M. Schwartz. 1985. Significance of quiescent smooth muscle migration in the injured rat carotid artery. *Circ. Res.* 56:139–145.

7. Grotendorst, G.R., H.E.J. Seppa, H.K. Kleinman, and G.R. Martin. 1981. Attachment of smooth muscle cells to collagen and their migration toward platelet derived growth factor. *Proc. Natl. Acad. Sci. USA.* 78:3669–3672.

8. Ihnatowycz, I.O., P.D. Winocour, and S. Moore. 1981. A platelet-derived factor chemotatic for rabbit smooth muscle cells in culture. *Artery.* 9:316–317.

9. Ferns, G., E. Raines, K. Sprugel, A. Motani, M. Reidy, and R. Ross. 1991. Inhibition of neointimal smooth muscle accumulation after angioplasty by an antibody to PDGF. *Science (Wash. DC).* 253:1129–1132.

10. Jawien, A., D.F. Bowen-Pope, V. Lindner, S.M. Schwartz, and A.W. Clowes. 1992. Platelet-derived growth factor promotes smooth muscle migration and intimal thickening in a rat model of balloon angioplasty. *J. Clin. Invest.* 89:507–511.

11. Marx, S.O., T. Jayaraman, L.O. Go, and A.R. Marks. 1995. Rapamycin-FKBP inhibits cell cycle regulators of proliferation in vascular smooth muscle cells. *Circ. Res.* 76:412–417.

12. Nelson, P.A., J.A. Lippke, M.A. Murcko, S.L. Rosborough, and D.A. Peattie. 1991. cDNA encoding murine FK506-binding protein (FKBP): nucleotide and deduced amino acid sequences. *Gene.* 109:255–258.

13. Sewell, T.J., E. Lam, M.M. Martin, J. Leszyk, J. Weidner, J. Calaycay, P. Griffin, H. Williams, S. Hung, J. Cryan et al. 1994. Inhibition of calcineurin by a novel FK-506-binding protein. *J. Biol. Chem.* 269:21094–21102.

14. Standaert, R.F., A. Galat, G. Verdine, and S.L. Schreiber. 1990. Molecular cloning and overexpression of the human FK506-binding protein FKBP. *Nature (Lond.).* 346:671–674.

15. Hendrickson, B.A., W. Zhang, R.J. Craig, Y.-J. Jin, B.E. Bierer, S. Burakoff, and A.G. DiLella. 1993. Structural organization of the genes encoding human and murine FK506-binding protein (FKBP) 13 and comparison to FKBP1. *Gene.* 134:271–275.

16. Jayaraman, T., A.-M.B. Brillantes, A.P. Timerman, H. Erdjument-Bromage, S. Fleischer, P. Tempst, and A.R. Marks. 1992. FK506 binding protein associated with the calcium release channel (ryanodine receptor). *J. Biol. Chem.* 267:9474–9477.

17. Bierer, B., P.K. Somers, T.J. Wandless, S.J. Burakoff, and S.L. Schreiber. 1990. Probing immunosuppressant action with a nonnatural immunophilin ligand. *Science (Wash. DC).* 250:556–559.

18. Taubman, M.B., J.D. Marmur, C.-L. Rosenfeld, A. Guha, S. Nichtberger, and Y. Nemerson. 1993. Agonist-mediated tissue factor expression in cultured vascular smooth muscle cells: role of $Ca^{2+}$ mobilization and protein kinase C activation. *J. Clin. Invest.* 91:547–552.

19. Bornfeldt, K.E., E.W. Raines, T. Nakano, L.M. Graves, E.G. Krebs, and R. Ross. 1994. Insulin-like growth factor-I and platelet-derived growth factor-BB induce directed migration of human arterial smooth muscle cells via signaling pathways that are distinct from those of proliferation. *J. Clin. Invest.* 93:1266–1274.

20. Sambrook, J., E.F. Fritsch, and T. Maniatis. 1989. Molecular Cloning: A Laboratory Manual. Cold Spring Harbor Laboratory, Cold Spring Harbor, NY. 709 pp.

21. Gregory, C., P. Huie, M. Billingham, and R. Morris. 1993. Rapamycin inhibits arterial intimal thickening caused by both alloimmune and mechanical injury. *Transplantation.* 55:1409–1418.

22. Brown, E., M. Albers, T. Shin, K. Ichikawa, C. Keith, W. Lane, and S. Schreiber. 1994. A mammalian protein targeted by G1-arresting rapamycin-receptor complex. *Nature (Lond.).* 369:756–758.

23. Sabatini, D., H. Erdjument-Bromage, M. Lui, P. Tempst, and S. Snyder. 1994. RAFT1: a mammalian protein that binds to FKBP12 in a rapamycin-dependent fashion and is homologous to yeast TORs. *Cell.* 78:35–43.

24. Kuo, C.J., J. Chung, D.F. Fiorentino, W.M. Flanagan, J. Blenis, and G.R. Crabtree. 1992. Rapamycin selectively inhibits interleukin-2 activation of p70 S6 kinase. *Nature (Lond.).* 358:70–73.

25. Price, D.J., J.R. Grove, V. Calvo, J. Avruch, and B.E. Bierer. 1992. Rapamycin-induced inhibition of the 70-kilodalton S6 protein kinase. *Science (Wash. DC).* 257:973–977.

26. Nourse, J., E. Firpo, M.W. Flanagan, M. Meyerson, K. Polyak, M.-H. Lee, J. Massagué, G.R. Crabtree, and J.M. Roberts. 1994. Rapamycin prevents IL-2-mediated elimination of the cyclin-CDK kinase inhibitor, p27Kip1. *Nature (Lond.).* 372:570–573.

27. Stossel, T. 1989. From signal to pseudopod. *J. Biol. Chem.* 264:18621–18624.

28. Pauly, R.R., C. Bilato, S.J. Sollott, R. Monticone, P.T. Kelly, E.G. Lakatta, and M.T. Crow. 1995. Role of calcium/calmodulin-dependent protein kinase II in the regulation of vascular smooth muscle cell migration. *Circulation.* 91:1107–1115.

29. Kundra, V., J.A. Escobedo, A. Kazlauskas, H.K. Kim, S.G. Rhee, L.T. Williams, and B.R. Zetter. 1994. Regulation of chemotaxis by the platelet-derived growth factor receptor-β. *Nature (Lond.).* 367:474–476.

30. Shariff, A., and E.J. Luna. 1992. Diacylglycerol-stimulated formation of actin nucleation sites at plasma membranes. *Science (Wash. DC).* 256:245–247.

31. Rijken, P.J., W.J. Hage, P.M.P. van Begen en Henegouwen, A.J. Verkleij, and J. Boonstra. 1991. Epidermal growth factor induces actin organization of the actin microfilament system in human A431 cells. *J. Cell Sci.* 100:491–499.

32. Heitman, J., N.R. Movva, and M.N. Hall. 1991. Targets for cell cycle arrest by the immunosuppressant rapamycin in yeast. *Science (Wash. DC).* 253:905–909.

33. Wang, T., P.K. Donahoe, and A.S. Zervos. 1994. Specific interaction of type I receptors of the TGF-beta family with the immunophilin FKBP-12. *Science (Wash. DC).* 265:674–676.

34. Michnick, S.W., M.K. Rosen, T.J. Wandless, M. Karplus, and S.L. Schreiber. 1991. Solution structure of FKBP, a rotamase enzyme and receptor for FK506 and rapamycin. *Science (Wash. DC).* 252:836–839.

35. Van Duyne, G.D., R.F. Standaert, P.A. Karplus, S.L. Schreiber, and J. Clardy. 1993. Atomic structures of the human immunophilin FKBP-12 complexes with FK506 and rapamycin. *J. Mol. Biol.* 229:105–124.

36. Marks, A.R. 1996. Cellular functions of immunophillins. *Physiol. Rev.* 76:631–649.

37. Brillantes, A.-M.B., K. Ondrias, A. Scott, E. Kobrinsky, E. Ondriasova, M.C. Moschella, T. Jayaraman, M. Landers, B.E. Ehrlich, and A.R. Marks. 1994. Stabilization of calcium release channel (ryanodine receptor) function by FK-506 binding protein. *Cell.* 77:513–523.

38. Timerman, A.P., T. Jayaraman, G. Wiederrecht, H. Onoue, A. Marks, and S. Fleischer. 1994. The ryanodine receptor from canine heart sarcoplasmic reticulum is associated with a novel FK-506 binding protein. *BBRC.* 198:701–706.

39. Cameron, A.M., J.P. Steiner, D.M. Sabatini, A.I. Kaplin, L.D. Walensky, and S.H. Snyder. 1995. Immunophilin FK506 binding protein associated with inositol 1,4,5-trisphosphate receptor modulates calcium influx. *Proc. Natl. Acad. Sci.* 92:1784–1788.

40. Cardenas, M.E., C. Hemenway, R.S. Muir, R. Ye, D. Fiorentino, and J. Heitman. 1995. Immunophilins interact with calcineurin in the absence of exogenous immunosuppressive ligands. *EMBO (Eur. Mol. Biol. Organ.) J.* 13:5944–5957.

**A291**