# EXHIBIT 26

Ser
QP1
C57
v. 76
no. 3
March
1995

CISTI/ICIST NRC/CNRC
Main Ser
0009-7330
Received on: 03-07-95
Circulation research : a
journal of the American
Heart Association

Circulation research : a jou
Faxon  Stacks M-55

# Circulation Research

Volume 76, Number 3   March 1995

## Original Contributions

Cysteine Modification in $Ca^{2+}$ and $Na^+$ Channels • Heterologous Coexpression of Channels and Receptors • Cloning and Functional Expression of IRKs • Characteristics of $I_K$ in Canine Ventricle • Stochastic Nature of Cardiac Propagation • Connexins in Rat Cardiac Myocytes • $Ca^{2+}$ and Protein Synthesis in Oxidative Stress • $Na^+$-$Ca^{2+}$ Exchange in Intact Endothelium • Recombinant ApoA-I$_{Milano}$ Inhibits Neointimal Formation • Inhibition of Vascular Smooth Muscle Proliferation • Nitric Oxide and Sepsis • Nitric Oxide Modulation of Baroreceptor Activity • Bradykinin in Cardiac Anaphylaxis • Neurogenic Edema Formation: Role of Nitric Oxide • Heparin and Peripheral Arterial Insufficiency • Lipoxygenase Metabolites in Ischemic Preconditioning • Arterial Wall Mechanics in Conscious Dogs • Myocardial Dysfunction in Conscious Pigs • Induction of Cardiac Protein Synthesis by Angiotensin II

## Rapid Communication

Endothelial and Smooth Muscle Dye Coupling

**A292**

73-5135(SF)  ISSN 0009-7330

# Rapamycin-FKBP Inhibits Cell Cycle Regulators of Proliferation in Vascular Smooth Muscle Cells

Steven O. Marx, Thottala Jayaraman, Loewe O. Go, Andrew R. Marks

*Abstract* Multiple growth factors can stimulate quiescent vascular smooth muscle cells to exit from G0 and reenter the cell cycle. The macrolide antibiotic rapamycin, bound to its cytosolic receptor FKBP, is an immunosuppressant and a potent inhibitor of cellular proliferation. In the present study, the antiproliferative effects of rapamycin on human and rat vascular smooth muscle cells were examined and compared with the effects of a related immunosuppressant, FK520. In vascular smooth muscle cells, rapamycin, at concentrations as low as 1 ng/mL, inhibited DNA synthesis and cell growth. FK520, an analogue of the immunosuppressant FK506, is structurally related to rapamycin and binds to FKBP but did not inhibit vascular smooth muscle cell growth. Molar excesses of FK520 blocked the antiproliferative effects of rapamycin, indicating that the effects of rapamycin required binding to FKBP. Rapamycin-FKBP inhibited retinoblastoma protein phosphorylation at the G1/S transition. This inhibition of retinoblastoma protein phosphorylation was associated with a decrease in $p33^{cdk2}$ kinase activity. These observations suggest that rapamycin, but not FK520, inhibits vascular smooth muscle cell proliferation by reducing cell-cycle kinase activity. (*Circ Res.* 1995;76:412-417.)

*Key Words* • immunophilin • accelerated arteriosclerosis • antiproliferation • transplantation • FK506

Abnormal vascular smooth muscle cell (VSMC) proliferation is involved in restenosis following percutaneous transluminal angioplasty (PTCA) and accelerated arteriosclerosis after cardiac transplantation.[1-3] Restenosis occurs after ≈30% to 40% of the procedures,[1,4] limiting the utility of PTCA. Accelerated arteriosclerosis in coronary arteries of the donor heart is a major factor limiting long-term survival of cardiac transplant recipients.[3,5,6] Common to both pathological processes is an injury to the vascular endothelial cell barrier resulting in activation of VSMC proliferation. Multiple signaling pathways can trigger a proliferative response in VSMC. The complexity of cell growth signaling has made it difficult to achieve adequate control of VSMC proliferation in patients.

Much attention has focused on understanding the mechanisms underlying the proliferative response in VSMC. It has been proposed that identifying the regulators of this proliferative response in VSMC may lead to therapeutic strategies aimed at blocking or inhibiting VSMC growth. After deendothelialization of arteries by mechanical injury during PTCA, or by an immune mechanism in transplant recipients, VSMC leave their quiescent state (G0/G1) and enter the cell cycle. Recent studies have shown that early response genes including c-fos and c-myc are induced after exit from G0.[7,8] Cell-cycle kinases including $p34^{cdk2}$ and mitogen-activated protein kinase homologues appear to be involved in signaling VSMC growth, leading to induction of early response genes.[9] On the other hand, transforming growth factor-$\beta$, inhibits smooth muscle cells causing a G1 arrest[10,11] that is associated with a decrease in $p34^{cdk2}$ kinase activity.[12] These and other similar observations have led a number of investigators to focus on cell-cycle regulators as potential therapeutic targets for inhibiting VSMC proliferation. For example, antisense oligonucleotides to c-myc, c-myb, c-fos, cyclin A, $p34^{cdk2}$ kinase, and proliferating cell nuclear antigen have been used with varying degrees of success to inhibit VSMC proliferation.[11,13,14]

Recent studies in a rat heart transplantation model have suggested that the macrolide antibiotic FK506, currently used as an immunosuppressant after some types of organ transplant, may accelerate transplant coronary arteriosclerosis.[15-17] In animal models, rapamycin, also a macrolide antibiotic, appears to retard the development of accelerated arteriosclerosis after allograft transplantation and restenosis following mechanical injury.[15,18-20]

In the present study, we sought to compare the effects of rapamycin and FK520 on VSMC proliferation. We found that rapamycin, but not FK520, inhibits cell growth in both human and rat VSMC. This inhibition of cell growth by rapamycin was associated with decreases in cell-cycle kinase activity at the G1/S and G2/M transitions. Phosphorylation of retinoblastoma protein (pRb), a marker for cell-cycle progression, was also reduced. Our data suggest that inhibition of cell-cycle kinases by rapamycin contributes to its potent antiproliferative effects in VSMC. Moreover, because the mechanism of the antiproliferative effect of rapamycin involves inhibition of cell-cycle kinases, rapamycin should block VSMC growth regardless of the stimulus that initiates the proliferative response. FK520, an analogue of FK506, nonsignificantly accelerated VSMC growth and increased the activity of the cell-cycle regu-

Received September 7, 1994; accepted December 2, 1994.

From the Cardiovascular Institute, Molecular Medicine Program, Department of Medicine, and Brookdale Center for Molecular Biology, Mount Sinai School of Medicine, New York, NY.

Correspondence to Andrew R. Marks, Box 1269, Mount Sinai School of Medicine, One Gustave L. Levy Pl, New York, NY 10029.

© 1995 American Heart Association, Inc.

lators. Thus, compared with FK520, rapamycin has antiproliferative properties that might make it a better choice for use in cardiac transplant recipients in whom VSMC proliferation is a potentially serious problem.

## Materials and Methods

### Reagents

Rapamycin was a gift from Wyeth-Ayerst Research Laboratory (Dr Suren Sehgal), and FK520 (an FK506 analogue) was provided by Dr John Siekierka (Merck). [³H]Thymidine was from NEN, and polyclonal anti-p34[cdc2] kinase antibody was a gift from Dr Hiroaki Kiyokawa (Memorial Sloan-Kettering Cancer Institute). Polyclonal antibodies to cyclin D (raised against the C-terminal domain of human cyclin D) and cdk2 (raised against a synthetic peptide in the C-terminal domain of human cdk2) were from Upstate Biotechnology Inc. pRb antibody was from Pharmingen.

### Cell Culture

Rat aortic smooth muscle cells (RASM, isolation No. 1120)[21-23] and human aortic smooth muscle cells were gifts from Dr Mark Taubman (Mount Sinai School of Medicine). RASM (passages 8 to 11) were cultured in Dulbecco's modified essential medium (DMEM) plus 20% fetal calf serum (FCS, GIBCO), 100 U/mL penicillin, and 100 μg/mL streptomycin as previously described.[21] Medium was changed every 48 hours. When cultured in 20% FCS, RASM double approximately every 16 to 20 hours. Human aortic smooth muscle cells from ascending aorta obtained from the donor at the time of cardiac transplantation were cultured in DMEM plus 20% FCS. After plating, rapamycin (100 ng/mL) and FK520 (100 ng/mL) were added directly to DMEM. Cell proliferation analyses were performed by counting triplicate plates at the indicated times during a 7-day period by using a Coulter counter. Cell viability was determined with trypan blue stain for each experiment. Results represent the mean values from three separate experiments; error bars represent the standard error of the mean.

### DNA Synthesis

For determination of DNA synthesis, [³H]thymidine incorporation was measured, and microcultures of 5000 cells were established in quadruplicates in flat-bottom 96-well microtiter plates in the presence and absence of varying concentrations of drugs. After 48 hours, each culture was pulsed with 1 μCi [³H]thymidine and harvested 16 to 20 hours later by using a Cambridge Technology PHD Harvester. [³H]Thymidine incorporation was measured in a liquid scintillation counter. The competition experiment with FK520 was performed with 2 ng/mL rapamycin and concentrations of FK520 between 2 and 500 ng/mL.

### Flow Cytometric Analysis

Cells were treated with either 100 ng/mL rapamycin or FK520 for 24 hours, harvested, and washed in ice-cold phosphate-buffered saline (PBS), fixed in 70% ethanol, and stored overnight at 4°C before analysis. Cells were then washed once with ice-cold PBS treated with RNAse (1 hour at 37°C, 500 U/mL). Cellular DNA was stained with propidium iodide (50 μg/mL). Cell-cycle determination was performed by using a Coulter analyzer. Results represent a minimum of 3000 cells assayed for each determination.

### Preparation of Cellular Lysates

RASM growing in log phase were plated at ~30% confluence. After 24 hours in DMEM+20% FCS, plates were washed twice with PBS and transferred to DMEM+0.5% FCS for 72 hours to achieve quiescence. Plates were then stimulated with 20% FCS and treated with either no drugs (control), 100 ng/mL rapamycin, or 100 ng/mL FK520. After the indicated time period, plates were washed twice with ice-cold PBS, and cell

lysates were prepared using Rb lysis buffer (50 mmol/L Tris-HCl, pH 8.0, 120 mmol/L NaCl, 1 mmol/L EDTA, 0.1 mmol/L NaF, 0.2 mmol/L Na₃VO₄, 10 mmol/L β-glycerophosphate, 1 mmol/L dithiothreitol, 0.5 mmol/L phenylmethylsulfonyl fluoride, 1 μg/mL aprotinin, 1 μg/mL leupeptin, 10 μg/mL soybean trypsin inhibitor, and 0.5% Nonidet P-40). Cells were scraped off the bottom of the plates, and lysates were rocked for 1 hour at 4°C. Lysates were stored at −70°C. Protein concentration was measured by using the Bradford reagent (Bio-Rad), with bovine serum albumin used as a standard.

### Determination of Cyclin-Dependent Kinase Activities

Activities of p34[cdc2] and p33[cdk2] kinases were analyzed essentially as described previously,[24] with some modifications. Protein extracts (100 μg) were diluted to 500 μL with RIPA buffer (50 mmol/L Tris-HCl, pH 7.4, 250 mmol/L NaCl, 5 mmol/L EDTA, 50 mmol/L NaF, 0.1 mmol/L Na₃VO₄, 0.5 mmol/L phenylmethylsulfonyl fluoride, 1 μg/mL aprotinin, 1 μg/mL leupeptin, 1% Nonidet P-40, 0.5% sodium deoxycholate, and 0.1% sodium dodecyl sulfate [SDS]). RASM lysates were immunoprecipitated with either anti-p34[cdc2] kinase C-terminus-specific antiserum[25] or a human polyclonal anti-p33[cdk2] kinase antibody. Protein A–Sepharose beads (20 μL) were added and gently rocked for 1 hour at 4°C. Samples were centrifuged and washed twice with RIPA buffer, twice with RIPA without NaCl, and twice with kinase assay buffer (mmol/L: Tris-HCl 50, pH 7.4, MgCl₂ 10, and dithiothreitol 1). Phosphorylation was carried out in 25 μL of kinase buffer with the addition of 0.1 mg/mL of histone H1 (Boehringer Mannheim) and 50 μCi [γ-³²P]ATP for 15 minutes at 28°C. The reaction was terminated with the addition of 6 μL of 6× Laemmli's sample loading buffer and boiled for 5 minutes. Samples (15 μL) were analyzed on a 12% SDS-polyacrylamide gel. Gels were dried for 2 hours and analyzed by using [γ-³²P]ATP standards and a phosphorimager.

### Measurement of Retinoblastoma Protein Levels

Protein extracts (50 μg) were size-fractionated on 7.5% gels and transferred to nitrocellulose overnight at 60 V. Filters were blocked in PBS containing 0.1% Tween-20 (PBS-T) and 5% dry milk for 1 hour at 30°C, followed by incubation overnight with anti-pRb antibody (1/1000 dilution) at 4°C. The filters were washed with PBS-T, then incubated with the secondary antibody conjugated to peroxidase (goat anti-mouse IgG) for 1 hour at 4°C, and washed; signals were detected by using the chemiluminescence detection system (ECL) followed by exposure to Kodak XAR film. Autoradiographic signals were quantified by scanning the gels by use of a Macintosh computer with ADOBE PHOTOSHOP and IMAGE 1.44 software. The ratio of hyperphosphorylated to hypophosphorylated pRb was calculated for each time point and plotted. Results are shown for a representative experiment. This experiment was repeated three times, and similar results were obtained each time.

### Measurement of Cyclin-Dependent Kinase and Cyclin Protein Levels

Protein extracts (50 μg) were electrophoresed on separate 12% SDS-polyacrylamide gels and transferred to nitrocellulose overnight at 45 V. Filters were blocked in PBS containing 0.1% Tween 20 and 5% dry milk for 1 hour at room temperature, followed by incubation overnight with anti-p34[cdc2] antibody (1/1000 dilution), anti-p33[cdk2] antibody (2.5 μg/mL), or anti-cyclin D antibody (2.5 μg/mL). The filters were then washed, incubated with goat anti-rabbit IgG conjugated to peroxidase for 1 hour at 4°C, and washed again; signals were detected by using the chemiluminescence detection system (Bio-Rad) and exposed to Kodak XAR film. Results are shown for representative experiments. These experiments were repeated three times, and similar results were obtained each time.

414   **Circulation Research**  *Vol 76, No 3  March 1995*



FIG 1. Bar graph showing the time course for rapamycin-induced inhibition of cultured rat aortic smooth muscle cell (RASM) proliferation. The inset shows similar data for human aortic smooth muscle cells at 72 hours. Cells were treated with either no drug, 100 ng/mL rapamycin, or 100 ng/mL FK520. The results are expressed in mean cell numbers of triplicate plates; error bars represent standard deviation of the mean. The results are representative of three similar experiments. *P*<.05 for the comparison between control and rapamycin for both RASM and human aortic smooth muscle cells at each time point after 48 hours.

## Results

Rapamycin as low as 1 ng/mL, but not FK520 at any dose tested, inhibited RASM proliferation (*P*<.05, Fig 1). Rapamycin also decreased [³H]thymidine incorporation in a dose-dependent manner (*P*<.01, Fig 2A). The inhibition of proliferation produced by rapamycin persisted at least through 7 days (168 hours) of cell culture. Similarly, rapamycin inhibited human aortic smooth muscle cell proliferation by 50% after 72 hours (*P*<.05; Fig 1, inset). In contrast, FK520 increased cell growth compared with control, but the differences were not significant. Cell viability, as assessed by trypan blue staining, was >99% in control, rapamycin-treated, and FK520-treated cells. The effect of rapamycin in terms of inhibiting DNA synthesis was competed by a molar excess of FK520 (Fig 2B). This result indicates that the

reduction in [³H]thymidine incorporation was probably mediated by rapamycin binding to the immunophilin FKBP, since both rapamycin and FK520 share this same cytosolic receptor. FK520 at low concentrations (eg, 2.5 ng/mL) caused a small but significant (*P*<.05) decrease in DNA synthesis (Fig 2A), and there was a small additive effect of FK520 (only at low concentrations, eg, 8 and 16 ng/mL) combined with rapamycin in terms of decreasing DNA synthesis (Fig 2B).

Rapamycin, but not FK520, delayed progression from G1 to S as assessed by cell-cycle analysis using propidium iodide staining. After stimulation with 20% FCS, ≈30% of cells progressed from G1/S and G2/M. The effect of rapamycin was to reduce progression from G1/S and G2/M to ≈10% of cells. pRb phosphorylation is believed to be a marker for progression from G1 to S. Hypophosphorylated pRb suppresses the progression from G1 to S,[26] and hyperphosphorylation generally occurs 1 to 2 hours before the G1/S transition.[27,28] Cells in early G1 contain exclusively hypophosphorylated pRb. At an undefined point in late G1, pRb is hyperphosphorylated and remains hyperphosphorylated until M. In quiescent RASM (maintained in 0.5% FCS for 72 hours), pRb phosphorylation occurred 6 to 8 hours after stimulation with 20% FCS. Culturing cells with rapamycin (100 ng/mL) delayed the onset of pRb hyperphosphorylation in RASM by 6 hours to ≈12 hours after G0 and reduced the levels of phosphorylation at each time point sampled (Fig 3). In contrast, FK520 nonsignificantly accelerated the time course of pRb phosphorylation (Fig 3).

Progression through the cell cycle is dependent on the activity of specific cell-cycle kinases, several of which, including cdk2 and cdk4, are thought to phosphorylate pRb. We examined the effects of rapamycin and FK520 on the activity of several cell-cycle kinases in VSMC. In RASM compared with control cells, p34^cdc2 kinase activity was decreased ≈16 to 20 hours after G0 by rapamycin but not by FK520 (Fig 4A). Protein levels of p34^cdc2 kinase were unchanged throughout the cell cycle (Fig 4A, insets). The decrease in p34^cdc2 kinase activity at ≈16 to 20 hours corresponds to the G2/M transition in RASM. At earlier time points (during the G1/S transi-

**A**



**^3H Thymidine Incorporation (cpm × 1000)**

**Drug concentration (ng/ml)**

**B**



**Rapamycin:FK520 Ratio (ng/ml)**

FIG 2. A, Bar graph showing the effect of immunosuppressive drugs rapamycin and FK520 on the incorporation of [³H]thymidine in cultured rat aortic smooth muscle cells. B, Bar graph showing that FK520 competes with rapamycin for binding to FKBP12 and inhibits the effects of rapamycin on [³H]thymidine uptake in cultured rat aortic smooth muscle cells. The results are a mean of quadruplicate wells, and the error bars represent standard deviation of the mean. *P*<.05 for the comparison between rapamycin-treated and control cells at each concentration above 0.0025 ng/mL. The results are representative of three similar experiments.



Fig 3. Bar graph showing the effects of rapamycin and FK520 on phosphorylation of retinoblastoma protein in cultured rat aortic smooth muscle cells. Cells were treated with either no drug, 100 ng/mL rapamycin, or 100 ng/mL FK520. The indicated times are in hours after G0. The positions indicating hyperphosphorylation and underphosphorylation (ppRb and pRb, respectively) are indicated at the left of each gel panel (inset above graph). The results shown are from a representative experiment. Similar results were obtained in three experiments.

tion), p34$^{cdc2}$ kinase activity was low despite steady levels of p34$^{cdc2}$ protein, suggesting that it may have little effect at this point in the cell cycle in RASM (Fig 4A).

Compared with control cells, rapamycin (100 ng/mL) decreased p33$^{cdk2}$ kinase activity beginning at 10 hours

through 16 hours after G0 (Fig 4B). The period from 10 to 16 hours after G0 corresponds to the time during which pRb phosphorylation is decreased by rapamycin-FKBP (Fig 3). Protein levels for p33$^{cdk2}$ kinase were unchanged throughout the cell cycle compared with control cells (Fig 4B, insets), indicating that the decrease in p33$^{cdk2}$ kinase activity was not due to a decrease in p33$^{cdk2}$ synthesis. These data suggest that the inhibition of pRb phosphorylation could at least in part be due to a decrease in p33$^{cdk2}$ kinase activity.

A regulatory role for cyclin D1 has been proposed with regard to pRb phosphorylation.[29,30] Interactions between cyclin D1 and a variety of cyclin-dependent kinases have been reported, and the expression of D-type cyclins is regulated by growth factors.[31] We sought to determine, on the basis of these observations, whether the antiproliferative effects of rapamycin in RASM were associated with regulation of cyclin D1. Cyclin D1 levels were elevated in control RASM at ≈10 hours after G0, corresponding to the onset of pRb phosphorylation. Rapamycin delayed the onset of this rise in cyclin D1 levels by 4 to 6 hours (data not shown). The reduction in cyclin D1 levels by rapamycin occurred at the point when pRb phosphorylation was reduced.

## Discussion

Our data show that the antiproliferative effects of rapamycin in VSMC are associated with an inhibition of cell-cycle kinases, cyclins, and pRb phosphorylation. These data imply that phosphorylation of pRb plays an important role in signaling during smooth muscle proliferation. In contrast, FK520, another potentially useful drug for immunosuppression following cardiac transplantation, induces a nonsignificant increase in VSMC proliferation associated with an acceleration of the time



Fig 4. A, Bar graph showing that rapamycin, but not FK520, decreases p34$^{cdc2}$ kinase activity at the G2/M transition in cultured rat aortic smooth muscle cells. The insets are immunoblots showing p34$^{cdc2}$ protein levels. Cells were treated with either no drug, 100 ng/mL rapamycin, or 100 ng/mL FK520. B, Bar graph showing that rapamycin, but not FK520, decreases p33$^{cdk2}$ kinase activity at the G1/S transition. The insets are immunoblots showing p33$^{cdk2}$ protein levels. With the exception of the earliest two time points in the control samples, the level of p33$^{cdk2}$ protein remained constant throughout the cell cycle. The results shown are from representative experiments. Similar results were obtained in three experiments.

course and extent of pRb phosphorylation (Figs 1 and 3). The antiproliferative effects of rapamycin appear to be mediated by binding to the cytosolic receptor FKBP because they are competed by FK520, a drug that shares the same receptor. However, these studies do not exclude the possibility that these drugs also interact with other binding sites in RASM.

We observed small but significant effects only at low concentrations of FK520 (2 to 20 ng/mL) in terms of inhibiting DNA synthesis. However, the physiological importance of these effects was questionable because we never observed any inhibition of RASM proliferation when using either FK520 or FK506 at any concentration. Indeed, to the contrary, we have consistently observed a small nonsignificant increase in proliferation when using either FK520 or FK506. Moreover, FK520 increases pRb phosphorylation and cell-cycle kinase activity (Figs 3 and 4), suggesting that it accelerates cell-cycle progression.

Cyclin-dependent kinases, including cdk2, have been implicated as regulators of pRb function.[32-34] Although the data suggest that a cyclin-dependent kinase phosphorylates pRb in vitro, there remains some controversy as to which kinase and how many actually carry out this function in vivo. We found that rapamycin but not FK520 decreased the activity of p33$^{cdk2}$ kinase[35] in VSMC. This finding does not indicate that pRb phosphorylation is dependent on p33$^{cdk2}$ kinase but suggests that this kinase could be involved in regulating pRb function in VSMC. We did not examine the activities of other kinases that similarly could be playing a role in phosphorylating pRb. Indeed, determining the specific kinase(s) that phosphorylates pRb would be interesting but is not required to support the main point of the present study, which is that the antiproliferative effects of rapamycin in VSMC are associated with inhibition of regulators of cell-cycle progression. Similarly, the finding that rapamycin decreased the activity of cell-cycle kinases and the levels of a cyclin (D1) does not rule out the possibility that rapamycin could have effects on other regulators of cell growth as well.

p34$^{cdc2}$ kinase is thought to play an important regulatory role in the G2/M transition.[36,37] The time course for inhibition of p34$^{cdc2}$ kinase activity by rapamycin suggests that this kinase may play an important role in the G2/M transition in VSMC. In another myogenic cell line, BC3H1 cells, we had previously shown that rapamycin inhibited proliferation and induced differentiation and that these effects were also associated with a reduction in p34$^{cdc2}$ kinase activity.[24] However, in BC3H1 cells, the decrease in p34$^{cdc2}$ kinase activity occurs at the G1/S transition. The p34$^{cdc2}$ kinase may have multiple roles in the cell cycle, depending on which cell type is examined.

The growth-inhibitory effects of rapamycin (Fig 1) in VSMC are long lasting. In contrast, inhibition of pRb phosphorylation (Fig 3) and cell-cycle kinase activity (Fig 4) appears to be more of a transient delay rather than a complete block. Moreover, examination of the cell growth data in Fig 1 shows that although growth is significantly suppressed by rapamycin, there is some slow growth in the rapamycin-treated cells. Indeed, taken together, these data suggest that rapamycin significantly lengthens the cell cycle by introducing delays at the G1/S and G2/M transition points. These delays appear to result in a marked prolongation of the doubling time for the VSMC exposed to rapamycin (Fig 1). Some of the

cell-cycle kinase activity and phosphorylation of pRb observed later in the cell cycle (eg, at 16 to 20 hours) in the rapamycin-treated cells may reflect the fact that the cell cultures were not synchronized. Thus, a subset of cells was past the G1/S transition at the start of the experiment, despite culturing in low-serum medium for 72 hours to induce quiescence.

It is believed that immunologic events linked to HLA incompatibility between the donor and host may result in vascular injury, leading to VSMC proliferation. Moreover, accelerated arteriosclerosis is not limited to cardiac transplant patients, as other organ allografts are subject to similar processes.[38] Cyclosporin A, one of the most widely used immunosuppressants, appears to have a neutral effect on accelerated arteriosclerosis.[6,15,38,39] The mechanisms underlying post-cardiac transplant–accelerated arteriosclerosis remain poorly understood.[5,15,38,40] Nevertheless, VSMC proliferation is the fundamental pathology. Accelerated arteriosclerosis after cardiac transplantation occurs with similar frequency despite the use of newer immunosuppressant agents, including cyclosporin A and FK506. FK506 is currently being used as a therapeutic agent for the prevention of post–cardiac transplant rejection in humans. Our findings predict that FK506 would either be neutral in terms of VSMC proliferation or could have an adverse effect by accelerating the time course and the extent of posttransplant arteriosclerosis. Conversely, since rapamycin both immunosuppresses and blocks VSMC proliferation, it could be the preferred therapeutic agent to reduce accelerated arteriosclerosis following cardiac transplantation and might even prolong survival in cardiac transplant recipients.

Many studies have attempted to identify the factor or factors contributing to VSMC proliferation following vascular injury, particularly after PTCA.[2,9,12,21,22,41-46] The fact that rapamycin inhibits cell-cycle dependent kinases and phosphorylation of pRb suggests that its effects on VSMC proliferation would not depend on which of the many agents capable of triggering VSMC proliferation after injury are causative. As such, rapamycin might also be a useful agent for reducing or blocking the component of post-PTCA restenosis that is due to VSMC proliferation.

## Acknowledgments

This study was supported by grants from the National Institutes of Health (NS-29814), the New York Heart Association, the Sarah Chait and the Louis B. Mayer Foundations (Dr Marks), and a Sable grant (Dr Marx). Dr Marks is a Bristol Meyers-Squibb Established Investigator of the American Heart Association. Drs Marx and Go are ACC/Merck Fellows. We thank Drs Valentin Fuster and Mark B. Taubman for helpful discussions, Dr Taubman for providing rat and human aortic smooth muscle cells, Dr Suren Sehgal of Wyeth-Ayerst for providing rapamycin, and Dr Hiroaki Kiyokawa (Memorial Sloan-Kettering Cancer Institute) for providing anti-p34$^{cdc2}$ kinase antibody.

## References

1. Ip J, Fuster V, Israel D, Badimon L, Badimon J, Chesebro J. The role of platelets, thrombin and hyperplasia in restenosis after coronary angioplasty. J Am Coll Cardiol. 1991;17:77B-88B.
2. Casscells W. Migration of smooth muscle and endothelial cells: critical events in restenosis. Circulation. 1992;86:723-729.
3. Billingham M. Cardiac transplant arteriosclerosis. Transplant Proc. 1987;19(suppl 5):19-25.

4. Landau C, Lange R, Hillis L. Percutaneous transluminal coronary angioplasty. *N Engl J Med.* 1994;330:981-993.

5. Hosenpud J, Shipley G, Wagner C. Cardiac allograft vasculopathy: current concepts, recent developments, and future directions. *J Heart Lung Transplant.* 1992;11:9-23.

6. Armitage J, Kormos R, Morita S, Fung J, Marrone G, Hardesty R, Griffith B, Starzl T. Clinical trial FK 506 immunosuppression in adult cardiac transplantation. *Ann Thorac Surg.* 1992;54:205-211.

7. Gorski D, LePage D, Patel C, Copeland N, Jenkins N, Walsh K. Molecular cloning of a diverged homeobox gene that is rapidly down-regulated during the G0/G1 transition in vascular smooth muscle cells. *Mol Cell Biol.* 1993;13:3722-3733.

8. Campan M, Desgranges C, Gadeau A, Millet D, Belloc F. Cell cycle dependent gene expression in quiescent stimulated and asynchronously cycling arterial smooth muscle cells in culture. *J Cell Physiol.* 1992;150:493-500.

9. Watson MH, Venance SL, Pang SC, Mak AS. Smooth muscle cell proliferation: expression and kinase activities of p34^cdc2 and mitogen-activated protein kinase homologues. *Circ Res.* 1993;73:109-117.

10. Grainger D, Kirschenlohr H, Metcalfe J, Weissberg P, Wade D, Lawn R. Proliferation of human smooth muscle cells promoted by lipoprotein (a). *Science.* 1993;260:1655-1658.

11. Casscells W, Lappi D, Baird A. Molecular atherectomy for restenosis. *Trends Cardiovasc Med.* 1993;3:235-250.

12. Reddy K, Howe P. Transforming growth factor β1-mediated inhibition of smooth muscle cell proliferation is associated with a late G1 cell cycle arrest. *J Cell Physiol.* 1993;156:48-55.

13. Morishita R, Gibbons G, Ellison K, Nakajima M, Zhang L, Kaneda Y, Ogihara T, Dzau V. Single intraluminal delivery of antisense cdc2 kinase and proliferating-cell nuclear antigen oligonucleotides results in chronic inhibition of neointimal hyperplasia. *Proc Natl Acad Sci USA.* 1993;90:8474-8478.

14. Foegh M, Virmani R. Molecular biology of intimal proliferation. *Curr Opin Cardiol.* 1993;8:938-950.

15. Meiser B, Billingham M, Morris R. Effects of cyclosporin, FK506, and rapamycin on graft-vessel disease. *Lancet.* 1991;338:1297-1298.

16. Shibata T, Ogawa N, Koyama K, Ksaneko H, Hokazono K, Ondo R. Does FK 506 accelerate the development of coronary artery disease in the transplanted heart as well as the native heart? *Transplant Proc.* 1993;25:1145-1148.

17. Wu G, Cramer D, Chapman F, Cajulis E, Wang H, Starzl T, Makowka L. FK 506 inhibits the development of transplant arteriosclerosis. *Transplant Proc.* 1991;23:3272-3274.

18. Gregory C, Huie P, Billingham M, Morris R. Rapamycin inhibits arterial intimal thickening caused by both alloimmune and mechanical injury. *Transplantation.* 1993;55:1409-1418.

19. Gregory C, Pratt R, Huie P, Shorthouse R, Dzau V, Billingham M, Morris R. Effects of treatment with cyclosporine, FK506, rapamycin, mycophenolic acid, or deoxyspergualin on vascular muscle proliferation in vitro and in vivo. *Transplant Proc.* 1993;25:770-771.

20. Gregory C, Huie P, Shorthouse R, Wang J, Rowan R, Billingham M, Morris R. Treatment with rapamycin blocks arterial intimal thickening following mechanical and alloimmune injury. *Transplant Proc.* 1993;25:120-121.

21. Taubman M, Berk B, Izumo S, Tsuda T, Alexander R, Nadal-Ginard B. Angiotensin II induces c-fos mRNA in aortic smooth muscle. *J Biol Chem.* 1989;264:526-530.

22. Berk B, Taubman M, Griendling K, Cragoe E, Fenton J, Brock T. Thrombin-stimulated events in cultured vascular smooth-muscle cells. *Biochem J.* 1991;274:799-805.

23. Poon M, Marmur JD, Rosenfeld CL, Rollins BJ, Taubman MB. The KC gene is induced *in vivo* by vascular injury and in smooth muscle culture by growth factors. *Circulation.* 1990;82(suppl III):III-209. Abstract.

24. Jayaraman T, Marks AR. Rapamycin-FKBP blocks proliferation, induces differentiation and inhibits cdc2 kinase activity in a myogenic cell line. *J Biol Chem.* 1993;268:25385-25388.

25. Kiyokawa H, Ngo L, Kurosaki T, Ritkind R, Marks P. Changes in p34^cdc2 kinase activity and cyclin A during induced differentiation of murine erythroleukemia cells. *Cell Growth Differ.* 1992;3:377-383.

26. Mihara K, Cao X, Yen A, Chandler S, Driscoll B, Murphee A, T'Ang A, Fung Y. Cell cycle dependent regulation of phosphorylation of the human retinoblastoma gene product. *Science.* 1989;246:1300-1303.

27. Hollingsworth R, Chen P, Lee W. Integration of cell cycle control with transcriptional regulation by the retinoblastoma protein. *Curr Opin Cell Biol.* 1993;5:194-200.

28. Gu W, Schneider JW, Cmdorelli G, Kaushal S, Mahdavi V, Nadal-Ginard B. Interaction of myogenic factors and the retinoblastoma protein mediates muscle cell commitment and differentiation. *Cell.* 1993;72:309-324.

29. Hannon G, Demetrick D, Beach D. Isolation of the Rb-related p130 through its interaction with CDK2 and cyclins. *Genes Devel.* 1993;7:2378-2391.

30. Dowdy S, Hinds P, Louie K, Reed S, Arnold A, Weinberg R. Physical interaction of the retinoblastoma protein with human D cyclins. *Cell.* 1993;73:499-511.

31. Matsushime H, Roussel M, Ashmum R, Sherr C. Colony-stimulating factor 1 regulates novel cyclins during the G1 phase of the cell cycle. *Cell.* 1991;66:701-713.

32. Lees J, Buchkovich K, Marshak D, Anderson C, Harlow E. The retinoblastoma protein is phosphorylated on multiple sites by human cdc2. *EMBO J.* 1991;10:4279-4290.

33. Hinds PW, Mittnacht S, Dulic V, Arnold A, Reed SJ, Weinberg RA. Regulation of retinoblastoma protein functions by ectopic expression of human cyclins. *Cell.* 1992;70:993-1006.

34. Hu Q, Lees J, Buchkovich K, Harlow E. The retinoblastoma protein physically associates with the human cdc2 kinase. *Mol Cell Biol.* 1992;12:971-980.

35. Koff A, Giordano A, Desai D, Yamashita K, Harper J, Elledge S, Nishimoto T, Morgan D, Franza B, Roberts J. Formation and activation of a cyclin E-cdk2 complex during the G1 phase of the human cell cycle. *Science.* 1992;257:1689-1694.

36. Pagano M, Pepperkok R, Lukas J, Baldin V, Ansorge W, Bartek J, Draetta G. Regulation of the cell cycle by the cdk2 protein kinase in cultured human fibroblasts. *J Cell Biol.* 1993;121:101-111.

37. Clarke P, Karsenti E. Regulation of p34^cdc2 protein kinase: new insights into protein phosphorylation and the cell cycle. *J Cell Sci.* 1991;100:409-414.

38. Ewel C, Foegh M. Chronic graft rejection: accelerated transplant arteriosclerosis. *Immunol Rev.* 1993;134:21-31.

39. Muskett A, Burton N, Eichwald E, Shelby J, Hendrickson M, Sullivan J. The effect of antiplatelet drugs on graft arteriosclerosis in rat heterotopic cardiac allografts. *Transplant Proc.* 1987;19(suppl 5):74-76.

40. Meiser BM, Wenko K, Dewens C, Wolf S, Thiery J, Seidel D, Hammer C, Billingham ME, Reichart B. Prevention of accelerated graft vessel disease (acc GVD) after heart transplantation (HTx). *J Heart Lung Transplant.* 1992;11:198a. Abstract.

41. Berk B, Vekshtein V, Gordon H, Tsuda T. Angiotensin II-stimulated protein synthesis in cultured vascular smooth muscle cells. *Hypertension.* 1989;13:305-314.

42. Berk B, Brock T, Gimbrone M, Alexander R. Early agonist-mediated ionic events in cultured vascular smooth muscle cells. *J Biol Chem.* 1987;262:5065-5072.

43. Austin G, Ratliff N, Hollman J, Tabei S, Phillips D. Intimal proliferation of smooth muscle cells as an explanation for recurrent coronary artery stenosis after percutaneous transluminal coronary angioplasty. *J Am Coll Cardiol.* 1985;6:369-375.

44. Ferns G, Raines E, Sprugel K, Motani A, Reidy M, Ross R. Inhibition of neointimal smooth muscle accumulation after angioplasty by an antibody to PDGF. *Science.* 1991;253:1129-1132.

45. Klagsbrun M, Dluz S. Smooth muscle cell and endothelial cell growth factors. *Trends Cardiovasc Med.* 1993;3:213-217.

46. Speir E, Epstein S. Inhibition of smooth muscle cell proliferation by an antisense oligodeoxynucleotide targeting the messenger RNA encoding proliferating cell nuclear antigen. *Circulation.* 1992;86:538-547.

**A298**

# EXHIBIT 27

©2009, the Authors
Journal compilation ©2009, Wiley Periodicals, Inc.
DOI: 10.1111/j.1540-8183.2009.00451.x

# XIENCE V™ Everolimus-Eluting Coronary Stent System:

## A Preclinical Assessment

LAURA E. L. PERKINS, D.V.M., PH.D., D.A.C.V.P., KATRIN H. BOEKE-PURKIS, B.S.,
QING WANG, PH.D., STEVEN K. STRINGER, M.S.,
and LESLIE A. COLEMAN, D.V.M., M.S., D.A.C.L.A.M.

*From Abbott Vascular, Santa Clara, California*

*Background: The XIENCE V™ everolimus-eluting coronary stent system is a second-generation drug-eluting stent designed for safety and efficacy in the interventional treatment of coronary artery disease and in preventing in-stent restenosis. A comprehensive preclinical program was completed to aid in the scientific design and to demonstrate the safety of XIENCE V.*
*Methods: Studies evaluating clinical dose selection, pharmacokinetics, single and overlapping stent safety, polymer safety, and maximum dose (8× everolimus) safety were conducted in the porcine coronary arterial model at 28, 90, 180 days, and 1 and 2 years. Additionally, a subset of studies was conducted in the rabbit iliac arterial model.*
*Results: Morbidity and mortality rates for all preclinical studies were exceptionally low, being less than 1%. The arterial response observed in the clinical dose selection study and in all safety studies was typified by benign neointimal hyperplasia with endothelialization by 28 days. Everolimus was released in a controlled manner for 120 days and remained primarily localized within the stented arterial region, which was evidenced histologically as peristrut fibrin. The temporal presence of peristrut fibrin matched the everolimus-elution profile. Thrombosis, malapposition, medial loss, or other adverse effects were not observed in any preclinical studies.*
*Conclusion: XIENCE V has demonstrated safety via an extremely comprehensive preclinical program published to date for a DES system, with data generated in two species to 2 years. The preclinical data, along with the SPIRIT clinical trial data, demonstrate the excellent safety and potential efficacy profile of XIENCE V. (J Interven Cardiol 2009;22:S28–S40)*

## Introduction

The XIENCE™ V everolimus-eluting coronary stent system (Abbott Vascular, Santa Clara, CA) is a second-generation drug-eluting stent (DES) indicated for improving coronary luminal diameter in patients with symptomatic heart disease due to *de novo* native coronary artery lesions and designed to prevent coronary in-stent restenosis. XIENCE V comprises the following four components: the MULTI-LINK VISION® cobalt-chromium, thin-strutted stent; a thin, fluorinated, biocompatible copolymer (PVDF-HFP); the antiproliferative semisynthetic macrolide

everolimus; and the highly flexible ML VISION™ stent delivery system. A comprehensive preclinical safety evaluation has been conducted for the XIENCE V system, including studies in two animal models with up to 2 years' duration of follow-up. The demonstrated safety of XIENCE V in the preclinical setting has been borne out in its outstanding clinical performance in the SPIRIT family of clinical trials.[1–4] In SPIRIT trials, XIENCE V established itself as unique by being the only US approved DES to twice demonstrate superiority over another [TAXUS® (Boston Scientific, Natick, MA)] in the respective primary end-points of angiographic in-stent and in-segment late loss.[2–4] In this review, we present the preclinical profile of XIENCE V, including specifically discussions on the pharmacokinetics, single and overlapping stent safety, and the safety of maximum dose and polymer-only constructs.

Address for reprints: Laura E. L. Perkins, D.V.M., M.S., D.A.C.L.A.M., 3200 Lakeside Drive, Santa Clara, CA 95054. Fax: 408-845-4074; e-mail: laura.perkins@av.abbott.com

**A298**

## XIENCE V™ PRECLINICAL ASSESSMENT

**Table 1.** Summary of Studies Conducted in the Preclinical Evaluation of XIENCE V Everolimus-Eluting Coronary Stent System

| Study Type | Preclinical Model | Time Points Evaluated | Balloon: Artery Ratio | Control Arm | Test Arm(s) | Clinical Pathology | QCA | Histology | PK |
|---|---|---|---|---|---|---|---|---|---|
| Clinical dosing | PCA | 28 days | 1.3:1 | VISION | XIENCE V, 200 $\mu g/cm^2$ EES, 260 $\mu g/cm^2$ EES | – | X | X | |
| Safety | PCA | 28, 90, 180 days, 1 and 2 years | 1.1:1 | VISION | XIENCE V | X | X | X | – |
| Safety | RIA | 28, 90 days | 1.2–1.6:1 | VISION | XIENCE V | X | X | X | – |
| Overlapping stent | PCA | 28, 90, 180 days | 1.1:1 | VISION | XIENCE V | X | X | X | – |
| Overlapping stent | RIA | 28, 90 days | 1.2–1.6:1 | VISION | XIENCE V | X | X | X | – |
| Max dose | PCA | 28, 90, 180 days | 1.1:1 | VISION | 800 $\mu g/cm^2$ EES | X | X | X | – |
| Polymer safety | PCA | 180 days, 1 and 2 years | 1.1:1 | VISION | Polymer | X | X | X | – |
| Bulk polymer | PCA | 28, 90, 180 days | 1.1:1 | VISION | Polymer | X | X | X | – |
| Pharmacokinetics | PCA | Up to 120 days | 1.1:1 | – | XIENCE V | X | – | – | X |

PCA = porcine coronary arterial model; RIA = rabbit iliac arterial model; EES = everolimus-eluting stent; QCA = quantitative coronary angiography; PK = pharmacokinetics on blood and tissues.

## Methods

All experimental studies received protocol approval from the Institutional Animal Care and Use Committee and were conducted in accordance with the American Heart Association (AHA) guidelines for preclinical research and with the Guide for the Care and Use of Laboratory Animals (NIH, 1996). Study procedures were performed in compliance with Good Laboratory Practices (GLP) as defined in the US Code of Federal Regulations, 21 CFR Part 58.[a] Animals were maintained on standard porcine or rabbit chow and provided fresh clean water ad libitum. No contaminants were known or assumed to be present in the food or water that could have adversely affected the study outcome.

Studies were conducted in a porcine coronary arterial model (PCA) and a nonatherosclerotic rabbit iliac arterial model (RIA); a summary is provided in Table 1. A high-injury PCA model (balloon:artery ratio, B:A 1.3:1) was used to determine the clinical dose selection. This higher overstretch model was chosen in order to induce a more robust neointimal response for the best assessment of the effectiveness of everolimus at reducing neointimal proliferation.[5] The pharmacokinetic, single and overlapping stent safety, polymer safety, and maximum dose studies were all conducted as recommended in a low-injury PCA model (B:A 1.1:1).[6] The 10% overstretch model was used to ensure minimal

damage to the internal elastic lamina for the principal safety assessment of the cellular response and for an *in vivo* characterization of the system's pharmacokinetics. PCA studies were conducted in either juvenile domestic cross-breed farm swine (28, 90 days) or juvenile Yucatan mini-swine (180 days, 1 and 2 years). Additional single and overlapping stent safety studies were conducted in a moderate-injury New Zealand White rabbit iliac model (B:A 1.2–1.6:1; 28, 90 days). Single ML VISION coronary stents were used as controls for the clinical dosing study and single stent safety studies, and overlapping ML VISION stents served as the controls for the overlapping studies.

All animals were treated with aspirin and clopidogrel (Clo) for the duration of the study. Pigs received a loading dose of 325-mg aspirin PO and 150 mg Clo followed by a maintenance of 81-mg aspirin PO sid and 75-mg Clo PO sid. Rabbits were treated with 20-mg aspirin PO sid and 5-mg Clo PO SID.

All procedures (implant and follow-up) were conducted aseptically under general anesthesia. Anesthesia and surgical preparation were conducted per test facility standard operating procedures. Briefly, pigs were anesthetized with Telazol (5–7 mg/kg) intramuscularly, intubated, and maintained under general inhalational anesthesia with isoflurane/oxygen. Rabbits were anesthetized with ketamine (25 mg/kg) intramuscularly, intubated, and maintained under general inhalational anesthesia with isoflurane/oxygen. Whole blood was collected prior to implant and explant for a complete blood count and serum chemistry. All animals were

---

[a] Exception is Dose Selection study, which was conducted non-GLP.

**A299**

PERKINS, ET AL.

heparinized (100–200 units/kg intravenously) to ensure adequate anticoagulation prior to all procedures. The activated clotting time (ACT) was monitored periodically to ensure appropriate anticoagulation; additional heparin was administered if the ACT <300.

For porcine studies, 3.0 × 12 mm stents were delivered to the coronary arteries via femoral access using standard procedures. The stents were deployed in nontortuous vessel segments that were 2.7–3.2 mm in diameter, using either the 1.1:1 or 1.3:1 B:A as previously described. For rabbit studies, 2.5 × 8 mm stents were delivered to the iliac arteries via carotid access. The carotid artery was isolated and an introducer sheath placed to allow for arterial access. A Swan Ganz catheter was passed over a guidewire through the carotid artery and into the descending abdominal aorta to obtain a baseline angiogram of the iliac arteries. The Swan Ganz catheter was removed, the stent delivery system was advanced over the guidewire, and a stent was delivered into each of the iliac arteries.

Angiographic data were collected present implant, poststent deployment, and at the designated study endpoint to allow for assessment of the balloon to artery ratio, thrombolysis in myocardial infarction (TIMI) flow, vessel patency, and the presence of dissections or aneurysms. For safety studies at study termination, a gross pathologic evaluation was performed. All target organs (heart, liver, lung, kidney, spleen) were collected for histopathologic assessment. The stented arteries were collected for a thorough histomorphometric and histopathologic assessment. For pharmacokinetic studies, five XIENCE V lots were tested. Each lot was tested in two animals per time point, with two to three stents implanted per animal. Whole blood samples were collected at multiple time points for analysis of systemic everolimus exposure. At study termination, each stented coronary artery and 5 mm of proximal and distal boundary arterial segments were carefully dissected from the myocardium. Stents were separated from the arterial tissue. Myocardial samples subjacent and distal to stented arteries and representative samples (~1–2 g) from right lung, liver, left kidney, and spleen were collected for everolimus distribution analysis.

**Quantitative Coronary Angiography Analysis.** Angiograms were saved to a CD-ROM disk in a standard digital imaging and communications in medicine (DICOM) format. The angiograms were analyzed using a PC-based quantitative coronary angiography (QCA) analysis software program (DICOMview® Angiographic Review Software, Heartlab, Inc., Westerly,

RI). Using the guiding catheter as a reference for calibration, measurements of the baseline vessel diameter, balloon inflated diameter, and the reference vessel diameter and poststent minimal lumen diameter (MLD) were obtained. The balloon to artery ratio was calculated as the mean balloon-inflated diameter/mean baseline vessel diameter. The percent diameter stenosis was calculated as: $100 \times (1 - [\text{minimal lumen diameter/reference vessel diameter}])$.

**Pharmacokinetic Analysis.**

*Determination of in vivo release rate.* The fractional drug released from the stents over time was determined from differences between the initial drug loading on the stents before implantation and the amount of drug remaining on the explanted stents. Residual everolimus was extracted from stents by the addition of 0.02% BHT/acetonitrile solution. After sonication and filtration, an aliquot of solution was loaded onto a reverse-phase high performance liquid chromatography (HPLC) column for quantification of everolimus in the solution against everolimus calibration standards. The mobile phase of the HPLC column contained acetonitrile, water, and methanol.

*Determination of tissue everolimus levels.* The everolimus concentration in tissue and blood was determined using liquid chromatography/mass spectrometry (LC/MS). Tissues were homogenized in a dilution solution. After centrifugation, an aliquot of supernatant was injected onto the LC/MS column. A mobile phase gradient containing formic acid and ammonium acetate was used to elute everolimus. The everolimus concentration in tissue was determined by the total amount in dilution solution divided by tissue weight. The limit of quantification of the method is 0.5 ng/mL. For blood, an internal standard (IS)/precipitation solution was added into a whole blood sample. After vortexing and centrifugation, supernatant from the mixture was analyzed by a HPLC column. The limit of quantification of the assay is 0.1 ng/mL.

**Histopathologic Analysis.** Before processing, the stented porcine coronary arteries and hearts were radiographed using a Faxitron to locate and assess stent placement. Stented arteries were carefully dissected from the myocardium and radiographed again to assess stent deployment and to evaluate for the presence of strut fractures. All implanted rabbit iliac and porcine coronary arteries were routinely processed, embedded in methylmethacrylate, sectioned at 5-$\mu$m thickness, and stained with hematoxylin and eosin (HE) or elastic Van Gieson (EVG). A minimum of three cross-sections

of single stented arterial segments (proximal, mid, and distal), and a minimum of four cross-sections of overlapping stented arterial segments (proximal and distal nonoverlap and two overlapping sections) were collected for histological evaluation. In addition, to evaluate for possible upstream and downstream effects of the stents, segments of the nonstented host artery approximately 5 mm proximal and distal to the stented region were embedded in paraffin, sectioned, and stained with HE and Masson's trichrome (MT).

Two trained pathologists independently reviewed all studies, and a single, trained independent observer generated all quantitative morphometrical and morphological data for each individual study. Both the qualitative and quantitative evaluations were performed in a blinded fashion. Morphometrical evaluations were performed on EVG-stained sections using a digital software program (IP Lab v3.2.4′ Scanalytics, Fairfax, VA), evaluating for lumen area and area within the internal elastic and external elastic lamina (IEL and EEL, respectively). Neointimal area was calculated as the difference between the IEL area and lumen area. Neointimal thickness was measured as the distance from the inner surface of each stent strut to the luminal border. Percent area stenosis was calculated with the formula ([neointimal area/IEL area] × 100). Vessel wall injury scores were determined using the method of Schwartz et al.[5] Histological sections were evaluated for the presence of luminal thrombus, endothelialization, fibrin deposition, and mineralization based either on the percentage of struts or on an ordinal numerical system (0 = none to minimal, 1 = mild, 2 = moderate, 3 = marked). Inflammation was assessed using the ordinal system of 0 = none to minimal, 1 = mild, 2 = moderate, 3 = marked, 4 = ≥ two struts with circumferential to adventitial inflammation.

Following complete fixation, porcine hearts were transversely sectioned at approximately 1-cm intervals to evaluate for gross abnormalities. Histological sections were collected of myocardium immediately subjacent to and distal to the implant site. These myocardial sections were cut at 4 – 6 $\mu$m, mounted and stained with HE, and examined for the presence of infarct, thromboembolus, and inflammation.

## Results

Animals were alert and responsive throughout the duration of each study without evidence of abnormal temperature, weight loss, or other health problems. Blood work remained within normal limits at all time points evaluated. The overall combined mortality rate was <1%. Radiographically, all stents were widely expanded and well apposed to the vessel wall with no incidences of strut fracture.

**Clinical Dose Selection.** The XIENCE V everolimus-eluting coronary stent system contains 100 $\mu$g/cm$^2$ of everolimus. This formulation was selected based on results obtained from a 28-day clinical dosing study conducted in a high-injury (B:A 1.3:1) porcine coronary arterial model. Three formulations of everolimus-eluting stents (EES) (100 $\mu$g/cm$^2$ with 80% release at 28 days, n = 11; 200 $\mu$g/cm$^2$ with 80% release at 28 days, n = 11; and 260 $\mu$g/cm$^2$ with 80% released at 60 days, n = 11) were compared to an ML VISION metallic stent control (n = 8) at 28 days. All three formulations were equally effective at reducing the neointimal response (Fig. 1A). The mean percent area stenosis was markedly reduced (> 60%) for all EES as compared to the ML VISION control. Moreover, all three formulations resulted in similar arterial responses characterized by healthy neointima covering all stent struts. The neointima comprised smooth muscle cells oriented circumferentially in a mild proteoglycan to collagen-based extracellular matrix. Peristrut fibrin, consistent with an everolimus-associated biological effect, and a minimal-to-mild inflammatory response were observed (Fig. 1B). There was no evidence of strut-associated thrombus, medial thinning, or necrosis. All lumens were widely patent and the luminal surfaces were completely endothelialized. Based on these findings, the lowest evaluated effective dose of 100 $\mu$g/cm$^2$ everolimus was chosen for XIENCE V.

## Pharmacokinetics.

*Everolimus-release profile.* The results presented are the average of five XIENCE V lots tested in nonclinical GLP pharmacokinetic studies. The mean cumulative percentage of everolimus released during the first 28 days was approximately 71%, with 29% released during the first 24 hours. Everolimus release reached ~92% by 90 days and was near complete (95.3 ± 4.5%) by 120 days after stent implantation (Fig. 2A).

*Everolimus concentration in tissues.* The peak everolimus concentration in stented arterial segments occurred at 3 hours after implantation with a mean of 6.6 ng/mg (Fig. 2B). Everolimus levels were maintained from 2.6 to 0.8 ng/mg from 6 hours to 28 days

PERKINS, ET AL.





**Figure 1.** (A) Percent area stenosis obtained in 28-day clinical dosing study conducted in the porcine coronary arterial model. Each evaluated formulation of everolimus-eluting stent system resulted in the significant reduction of percent area stenosis as compared with ML VISION control stent ($P < 0.05$, *). Results presented as mean + standard deviation. The means were compared using one-way analysis of variance. Pair-wise comparisons were performed based on the Student's t-test. (B) Neointimal inflammation and fibrin score obtained in 28-day clinical dosing study conducted in the porcine coronary arterial model. Both inflammation and fibrin were scored using the ordinal numerical system of 0 = none to minimal, 1 = mild, 2 = moderate, 3 = marked. Minimal-to-mild inflammation was obtained for metallic control and each everolimus-eluting formulation evaluated. Mean fibrin scores demonstrate significantly greater peristrut fibrin associated with each everolimus-eluting formulation as compared with ML VISION control ($P < 0.05$, *). Results presented as mean + standard deviation. Statistical analysis performed using the nonparametric Wilcoxon (Kruskal-Wallis) rank sum test.

and gradually decreased to 0.2 ng/mg by 120 days postimplantation. Peak levels of everolimus in proximal and distal, nonstented segments were less than 10% of that in stented segments. As expected and relative to arterial flow, everolimus was measurable up to 7 to 14 days in the distal vessel segments but only up to 3 to 7 days in the proximal segments.

Everolimus in the myocardium subjacent to the stented artery was measurable up to 3 to 7 days af-

ter stent implantation, with peak levels between 0.2 and 0.5 ng/mg. In peripheral organs, the drug was either not measurable (below the limit of quantification) at all time points or was measured at only very low levels (0.01–0.02 ng/mg) at 3 hours postimplantation. A trace amount of everolimus was occasionally detected in some organ samples beyond 3 hours. The mean highest everolimus concentration ($C_{max}$) of five lots in blood was $1.5 \pm 0.8$ ng/mL at 15 minutes

A302

XIENCE V™ PRECLINICAL ASSESSMENT



**Figure 2.** (A) *In vivo* cumulative percent drug-release profile of XIENCE V. Results presented are mean ± standard deviation, with sample sizes up to 30 per time point. (B) Everolimus concentrations in stented artery following XIENCE V implantation. Results presented are mean ± standard deviation, with sample sizes up to 30 per time point.

following deployment of three 3.0 × 12 mm XIENCE V. The blood levels of everolimus quickly declined to below the limit of quantification (<0.1 ng/mL) after 72 hours.

**Safety Studies.** The safety of XIENCE V was evaluated in both porcine coronary (28, 90, 180 days, 1 and 2 years) and rabbit iliac (28, 90 days) arterial

models. All arteries were angiographically patent and lacked evidence of filling defects, aneurysm formation, dissection, and side-branch occlusion[b] at the appointed time of explantation. In the porcine model, ML

---

[b] Side branch pertinent to porcine model only.

**A303**



**Figure 3.** Representative photomicrographs of hematoxylin and eosin-stained sections of porcine coronary arteries 28 days (A, B), 90 days (C, D), 180 days (E, F), 1 year (G, H), and 2 years (I, J) after XIENCE V implantation. Seen are 20× (A,C, E, G, I) and 100× (B, D, F, H, J) magnifications. Tests performed by and data on file at Abbott Vascular. Photos taken by and data on file at Abbott Vascular.

VISION and XIENCE V had parallel trends in neointimal responses. Specifically, this parallel included a slight decline in neointimal thickness from 28 to 180 days, an appropriate response for this preclinical model that is related to benign arterial remodeling and is consistent with arterial healing. The neointimal thickness for both XIENCE V and ML VISION remained stable from 180 days to 2 years, indicating that neointimal healing was complete by 180 days. As other DES systems, [CYPHER® (Johnson and Johsn, Miami Lakes, FL), TAXUS, and ENDEAVOR® (Medtronic Vascular, Inc., Santa Rosa, CA)] have not maintained neointimal suppression when compared to a bare metallic stent in preclinical models beyond 28 days,[7–11] the same quantitative trend was observed in these safety studies between XIENCE V and ML VISION.

Histologically, all arteries had a benign appearance defined by a patent lumen, complete neointimal incorporation of struts, and the absence of main or side-branch thrombus or occlusion[c] (Figs. 3 and 4). Endothelialization was complete (>98%) at each time point evaluated for both XIENCE V and ML VISION in both preclinical models. The neointima was composed of parallel aligned smooth muscle cells in early proteoglycan-rich to later collagen-based extracellular matrix. Mild-to-moderate levels of peristrut fibrin were observed at 28 days in XIENCE V-implanted arteries and gradually resolved to absent to rare by 90 to 180 days. The presence of fibrin is attributable to the active phase of localized everolimus elution. Inflammation was of equivalent amount and character for XIENCE V and ML VISION at all time points in both porcine and rabbit models. In porcine studies, at 28 and 90 days, variability was observed among individual animals with respect to inflammation that indicated a tendency for an animal bias. The incidence and character of inflammation observed is similar to that reported for the porcine model in relation to other bare metallic, polymer-coated, and DES coronary stent systems.[9,11–19] In rabbit studies, neointimal inflammation was very low at both time points and consisted of individual to few macrophages and/or multinucleated giant cells that were largely confined to the neointima and did not affect the underlying media or adventitia. The observed difference in inflammation between rabbit and porcine models at 28 and 90 days suggests a species specific response rather than a device-specific response. At all time points, mineralization was absent to rare for both XIENCE V and ML VISION, and neointimal, medial, and adventitial necrosis and medial thinning were not observed.

No significant lesions were observed in proximal and distal, nonstented host porcine coronary and rabbit iliac

---

[c] Side branch pertinent to porcine model only.



**Figure 4.** Representative photomicrographs of hematoxylin and eosin-stained sections of rabbit iliac arteries 28 days (A, B) and 90 days (C, D) after XIENCE V implantation. Seen are 20× (A,C) and 100× (B, D) magnifications. Tests performed by and data on file at Abbott Vascular. Photos taken by and data on file at Abbott Vascular.

arteries. In addition, porcine hearts had no significant gross or histological lesions in the myocardium immediately subjacent to or distal to the implanted coronary arteries. These observations indicate that there were no adverse in-segment or distal myocardial effects attributable to the PVDF-HFP polymer or everolimus of XIENCE V.

**Overlapping Stent Safety Studies.** The safety of overlapping XIENCE V was evaluated in both porcine (28, 90, 180 days) and rabbit (28, 90 days) models by deploying two stents in an overlapping configuration with a minimum of 4-mm stent overlap. Angiographically, there was no evidence of dissection, aneurysm, filling defects, excessive narrowing, thrombosis, or stent migration. Overlapped XIENCE V resulted in a comparable neointimal response as overlapped ML VISION stents, with all stent struts covered by a benign, smooth muscle cell-rich neointima. Each vessel had a patent lumen with complete luminal endothelialization (>98%) by 28 days in both models. There was no evidence of luminal, strut-associated, or side-branch thrombus at any time point.[d] As demonstrated with the single stent safety studies, an active biological effect secondary to the elution of everolimus was evidenced in both models at 28 days by mild-to-

moderate peristrut fibrin, which rapidly resolved by 180 days. Minimal, localized mineralization was absent to rare for both models. Medial thinning, medial necrosis, or other localized adverse effects were not observed. As expected for the respective models, no-to-minimal inflammation was observed in association with both the XIENCE V and ML VISION overlapping stent systems in the rabbit model, whereas inflammation was variably associated with both overlapping stent systems in the porcine model principally at 28 and 90 days, being much resolved by 180 days. Inflammation in the porcine model was of a similar nature and animal predilection as observed in the single stent safety studies described previously. The porcine model demonstrated a marginal reduction of neointimal thickness and percent area stenosis from 28 to 180 days for both overlapping devices relative to benign arterial remodeling that normally occurs.

**Maximum Dose Safety Studies.** The safety of a maximum dose EES was evaluated in a low-injury porcine coronary artery model (28, 90, 180 days) to determine the safety margin of XIENCE V. The maximum dose EES contained 800 $\mu g/cm^2$ everolimus, eight times the dose density of everolimus in XIENCE V. The release kinetics of the maximum dose EES was determined to be similar to XIENCE V, with 80% of the total drug load released by 28 days. As expected, higher initial arterial tissue concentrations of everolimus were

[d] Side branch pertinent to porcine model only.

measured following implantation with the maximum dose EES. Despite higher arterial tissue concentrations, patent lumens with TIMI 3 flow were observed angiographically at all time points evaluated. The vascular response was benign, with no evidence of drug-associated vascular toxicity, thus demonstrating a wide safety window. All stent struts were covered with a smooth muscle cell-rich neointima, similar to that observed in the porcine safety studies. A localized effect of everolimus was evidenced in the vessel wall as mild-to-moderate peristrut fibrin at 28 days. All vessels demonstrated complete luminal endothelialization (>99%). There was no evidence of luminal thrombus or strut-associated thrombus at any time point. Medial thinning and medial necrosis also were not observed.

**Polymer Studies.** The biocompatibility of a 1X polymer-only construct (equivalent to XIENCE V) was studied at 180 days and 1 and 2 years, and that of a 3X polymer-only construct was studied at 28, 90, and 180 days. Angiographic and histological results in porcine coronary arteries for polymer-coated stents were equivalent to the ML VISION stent at all time points. Vessels retained a patent lumen with all stent struts incorporated in an endothelialized, smooth muscle cell-rich neointima, with no evidence of aneurysm, main or side-branch thrombosis, medial thinning, or necrosis at any time point. Inflammation associated with polymer-only stents paralleled that of ML VISION-implanted arteries, being negligible to mild from 28 days to 2 years. Furthermore, evidence of delamination of the XIENCE V fluorinated copolymer (PVDF-HFP) was not apparent in implanted arteries at any time.

## Discussion

The XIENCE V everolimus-eluting coronary stent system is a second-generation DES designed to address both safety and efficacy in the interventional treatment of coronary artery disease and in preventing in-stent restenosis. In this review, we have presented a summary of the comprehensive XIENCE V preclinical program, which has included studies of duration up to 2 years and in two accepted preclinical models in order to account for any species specific responses.[6,9] In addition to illustrating XIENCE V safety in both single and overlapping applications, the broad safety margin of everolimus has been established in studies with a maximum dose system (8× everolimus) to 6 months, and

the biocompatibility of PVDF-HFP polymer has been demonstrated in studies with bulk (3X) and single (1X) load polymer-only constructs to 6 months and 2 years, respectively.

The safety of XIENCE V has been exemplified by the similarity of the vascular response of both rabbit iliac and porcine coronary arteries to XIENCE V and ML VISION. The vascular response to both devices included complete endothelialization and complete neointimal incorporation of struts by 28 days with no evidence of thrombosis, positive remodeling, medial necrosis, or strut malapposition. The chief distinguishing feature between XIENCE V and ML VISION was the presence of mild peristrut fibrin associated with XIENCE V, which was observed mainly at 28 days, had largely resolved by 90 days, and therefore was in accordance with the everolimus-elution and tissue-retention profiles determined in pharmacokinetic studies. Stable vascular responses were demonstrated from 6 months to 2 years, indicating that arterial healing had occurred by and was maintained beyond 6 months. In addition to the benign responses within the stented artery, in-segment rabbit and porcine host arteries were normal with no evidence of adverse edge effects, and porcine myocardium distal to the implant sites had no adverse lesions.

XIENCE V consists of four components, each of which has been optimized to allow arterial healing while reducing in-stent restenosis. First, XIENCE V is built on the foundation of the ML VISION thin-strut cobalt-chromium stent, the best-selling bare metallic stent worldwide.[20] With this is the second component of XIENCE V, the ML VISION stent delivery system, which is designed for optimal deliverability. The cobalt-chromium composition of the ML VISION stent allows for thinner struts without compromise to its radio-opacity or radial strength. The ML VISION design allows for optimal vessel wall scaffolding due to its flexibility and conformability, an important feature for ensuring good stent-to-vessel wall apposition upon deployment to minimize the risk of acute thrombus formation.[21] In addition to inducing less thrombus, the thin struts of the ML VISION stent also are designed to induce less injury to the vessel wall, with both thrombus and injury being important factors influencing neointimal proliferation and restenosis.[5,22] The benefit of thin-strut stents has been demonstrated clinically in the ISAR-STEREO and ISAR-STEREO 2 trials in which thin-strut stents were associated with a significant reduction in angiographic and clinical

XIENCE V™ PRECLINICAL ASSESSMENT

restenosis as compared to thick-strut stents.[23,24] Finally, as less neointima is likely required to cover a thin-strut stent, moreover, thin struts also will likely endothelialize more rapidly than thick struts, as has been indicated in studies in *ex vivo* and rabbit iliac arterial models.[25,26]

The third component of XIENCE V is everolimus, an immunosuppressive macrolide acting as an mTOR (mammalian target of rapamycin) inhibitor.[27] As a result of its action, select hematopoietic and non-hematopoietic cells (e.g., vascular smooth muscle cells) are arrested in the G1 phase of the cell cycle. Oral administration of everolimus (Certican®) in renal and heart transplant patients has been extensively studied.[28-30] At therapeutic doses, the minimal blood concentration ($C_{min}$) is 3 ng/mL (trough concentrations 4.3 ng/mL to 7.2 ng/mL),[31,32] well above the measurable blood concentrations obtained in these preclinical studies. Importantly, the preclinical pharmacokinetics are consistent with the measured profiles obtained clinically in the SPIRIT II and SPIRIT III pharmacokinetic substudies.[33] In XIENCE V, the lowest effective dose of everolimus was incorporated in the system to allow for the balance of rapid vessel healing with the reduction of vascular smooth muscle cell proliferation. In the porcine coronary arterial model, XIENCE V reproducibly displayed a well-controlled everolimus-release profile distinct from the fast-release kinetics of ENDEAVOR and the slow-release profile of TAXUS.[34-36] As the release kinetics of XIENCE V corresponds with the key cellular phases of vascular healing,[37,38] the system rendered an efficient delivery of everolimus to the coronary arterial wall, with sufficient concentration maintained for 28 days following implantation for effective inhibition of vascular smooth muscle cell proliferation. Histologically, this was evidenced by the maximal presence of peristrut fibrin at 28 days. Furthermore, the XIENCE V releases everolimus within 120 days to allow for complete vascular healing. Again, the correlation between pharmacokinetics and the vascular response was confirmed both by the largely complete resolution of fibrin by 90 days and by the vascular quiescence observed from 6 months to 2 years. This contrasts to what has been observed with TAXUS, as its slower and more indefinite release of cytotoxic paclitaxel may account for the medial loss and excess fibrin deposition that has been observed in preclinical models[11,39] and has been clinically reflected by excess fibrin with or without strut malapposition.[40,41]

The fourth and final component of the XIENCE V is the PVDF-HFP polymer, a benign fluoropolymer that has been used in other vascular and nonvascular applications.[33] The principal end-points of the preclinical safety studies evaluating the PVDF-HFP polymer were to establish its long-term safety and integrity, as for all durable polymer-based DES systems, these two factors have been the source of recent apprehensions in the clinical setting.[42] Long-term safety was established in the preclinical studies using both single (1X) and bulk (3X) polymer constructs of XIENCE V, as there was similarity in the vascular responses of porcine coronary arteries to the ML VISION control and the polymer-only constructs from 28 days to 2 years. Of particular note were the comparably low levels of inflammation observed at all time points. This contrasts to observations made in association with CYPHER, to which increased inflammation with time has been noted in both the porcine coronary and rabbit iliac arterial models.[7,9,16,39,43,44] Further, this inflammation observed in preclinical models may be mirrored by the inflammation observed clinically in association with cases of late stent thrombosis for this DES.[13,40,41,45] As the elution profiles for CYPHER and XIENCE V are comparable, with complete sirolimus elution 90 days, this late inflammation for CYPHER has been primarily attributed to the polymer.[13,44-46] In addition to polymer safety, polymer integrity of XIENCE V and polymer-only constructs also were demonstrated in these studies. The PVDF-HFP polymer remained intact with no evidence of delamination or migration into the adjacent arterial or distal myocardial tissues in histological sections. Conversely, polymer delamination has been observed in preclinical studies involving other DES systems.[47] Though the clinical implications of poor polymer integrity or polymer delamination are as yet unknown, our rapidly advancing understanding of DES system is certain to offer insight in the near future.

The combination of thin struts (Fig. 5), reduced everolimus load, and the biocompatible durable PVDF-HFP polymer of the XIENCE V EECSS contributes to overall rapid vessel healing characterized by a consistent and benign neointimal response over time. The rapid healing response was further demonstrated in rabbit arterial endothelialization studies wherein XIENCE V demonstrated more rapid endothelial cell recovery as compared to ENDEAVOR, CYPHER, and TAXUS LIBERTE drug-eluting stents (Fig. 6).[48] In this model, XIENCE V-implanted arteries demonstrated

A307

PERKINS, ET AL.



**Figure 5.** Schematic of scanning electron micrograph cross-sections of 3.0-mm diameter CYPHER, TAXUS Liberte, ENDEAVOR, and XIENCE V stent systems, demonstrating the overall thin strut and polymer coating of XIENCE V (500× magnification of single strut in cross-section).

significantly greater endothelial coverage over the stent struts at 14 days as compared to the other DES. This coverage was confirmed by greater expression of platelet endothelial cell adhesion molecule (PECAM-1), indicating the presence of a more mature endothe-lium, as well as decreased vascular endothelial cell growth factor (VEGF) consistent with an intact en-dothelialized surface observed with the XIENCE V. Thus, the XIENCE V, a second-generation DES, is as-sociated with the essential features of optimal vessel



**Figure 6.** Representative scanning electron micrographs of the luminal surface of rabbit iliac arteries implanted with CYPHER, TAXUS Liberte, ENDEAVOR, and XIENCE V DES for 14 days demonstrating greater overall endothelial cell coverage with XIENCE V (low-magnification images at 15×; inserts at 200× magnification).

XIENCE V™ PRECLINICAL ASSESSMENT

healing in preclinical models: rapid reendothelialization and the formation of a benign neointimal response with all struts incorporated.

**Limitations.** Though the stages of vascular healing following stent application are similar, the vascular effects of DES systems in preclinical arterial models are not necessarily predictive of those that occur in atherosclerotic, aged human coronary arteries.[6,37] The purpose of these studies was to evaluate in standard preclinical models the safety, biocompatibility, and pharmacokinetics of XIENCE V, with an understanding of this limitation toward clinical relevance. Herein, XIENCE V, implanted in either single or overlapping fashion, fulfilled these preclinical objectives, by demonstrating vascular healing and safety comparable to ML VISION to 2 years in the porcine coronary arterial model and to 90 days in the rabbit iliac arterial model, with no adverse effects, such as late stent thrombosis, excess inflammation, or polymer delamination, being noted.

## Conclusions

The XIENCE V everolimus-eluting coronary stent system is unique among DES approved in the United States, both for its demonstration of superior angiographic outcomes in the SPIRIT family of clinical trials[1-3] as well as for its demonstrated preclinical safety profile, which has been established by the most thorough and long-term preclinical evaluation published to date for a DES system.[7,9,11] Complete endothelialization, sequestration of struts within a benign, fibromuscular neointima, a widely patent lumen, and low inflammation typified the vascular responses to single and overlapping XIENCE V in two animal models. Furthermore, arterial responses were in direct parallel with the system's pharmacokinetics, with complete vascular healing by 6 months in accordance with complete everolimus elution.

## References

1. Beijk MA, Piek JJ. XIENCE V everolimus-eluting coronary stent system: A novel second generation drug-eluting stent. Expert Rev Med Devices 2007;4:11–21.
2. Serruys PW. SPIRIT II study: A clinical evaluation of the XIENCE V everolimus eluting coronary stent system in the treatment of patients with de novo native coronary artery lesions. Late-breaking clinical trials 3. Presented at the American College of Cardiology Scientific Sessions/i2 Summit-SCAI Annual Meeting, 2008.
3. Stone GW, Midei M, Newman W, et al. Comparison of an everolimus-eluting stent and a paclitaxel-eluting stent in patients with coronary artery disease: A randomized trial. JAMA 2008;299:1903–1913.
4. Stone GW, Murphy SA, Gibson CM. SPIRIT III. ACC Cardiosource Rev J 2007;16:43.
5. Schwartz RS, Huber KC, Murphy JG, et al. Restenosis and the proportional neointimal response to coronary artery injury: Results in a porcine model. J Am Coll Cardiol 1992;19:267–274.
6. Schwartz RS, Edelman ER, Carter A, et al. Drug-eluting stents in preclinical studies: Recommended evaluation from a consensus group. Circulation 2002;106:1867–1873.
7. Carter AJ, Aggarwal M, Kopia GA, et al. Long-term effects of polymer-based, slow-release, sirolimus-eluting stents in a porcine coronary model. Cardiovasc Res 2004;63:617–624.
8. Cilingiroglu M, Elliott J, Patel D, et al. Long-term effects of novel biolimus eluting DEVAX AXXESS plus nitinol self-expanding stent in a porcine coronary model. Catheter Cardiovasc Interv 2006;68:271–279.
9. Nakazawa G, Finn AV, John MC, et al. The significance of preclinical evaluation of sirolimus-, paclitaxel-, and zotarolimus-eluting stents. Am J Cardiol 2007;100:36M–44M.
10. Salu KJ, Bosmans JM, Bult H, et al. Drug-eluting stents: A new treatment in the prevention of restenosis. Part I: Experimental studies. Acta Cardiol 2004;59:51–61.
11. Wilson GJ, Polovick JE, Huibregtse BA, et al. Overlapping paclitaxel-eluting stents: Long-term effects in a porcine coronary artery model. Cardiovasc Res 2007;76:361–372.
12. De Scheerder IK, Wilczek KL, Verbeken EV, et al. Biocompatibility of polymer-coated oversized metallic stents implanted in normal porcine coronary arteries. Atherosclerosis 1995;114:105–114.
13. Finn AV, Nakazawa G, Joner M, et al. Vascular responses to drug-eluting stents: Importance of delayed healing. Arterioscler Thromb Vasc Biol 2007;27:1500–1510.
14. Karas SP, Gravanis MB, Santoian EC, et al. Coronary intimal proliferation after balloon injury and stenting in swine: An animal model of restenosis. J Am Coll Cardiol 1992;20:467–474.
15. Rodgers GP, Minor ST, Robinson K, et al. The coronary artery response to implantation of a balloon-expandable flexible stent in the aspirin- and non-aspirin-treated swine model. Am Heart J 1991;122:640–647.
16. Schwartz RS, Wilson GJ. CYPHER versus TAXUS stents: Comparing the inflammatory response in porcine coronary arteries. TCT (Abstract), Am J Cardiol 2006;98:36M.
17. Touchard AG, Schwartz RS. Preclinical restenosis models: Challenges and successes. Toxicol Pathol 2006;34:11–18.
18. Van Der Giessen WJ, Lincoff AM, Schwartz RS, et al. Marked inflammatory sequelae to implantation of biodegradable and nonbiodegradable polymers in porcine coronary arteries. Circulation 1996;94:1690–1697.
19. Yorozuya M, Suzuki H, Iso Y, et al. Comparison of the morphological changes of restenosis after the implantation of various types of stents in a swine model. Coron Artery Dis 2002;13:305–312.
20. US Market Overview Report. PGM, Inc. December 2007.
21. Garasic JM, Edelman ER, Squire JC, et al. Stent and artery geometry determine intimal thickening independent of arterial injury. Circulation 2000;101:812–818.
22. Schwartz RS, Holmes DR Jr, Topol EJ. The restenosis paradigm revisited: An alternative proposal for cellular mechanisms. J Am Coll Cardiol 1992;20:1284–1293.
23. Kastrati A, Mehilli J, Dirschinger J, et al. Intracoronary stenting and angiographic results: Strut thickness effect on restenosis

outcome (ISAR-STEREO) trial. Circulation 2001;103:2816–2821.

24. Pache J, Kastrati A, Mehilli J, et al. Intracoronary stenting and angiographic results: Strut thickness effect on restenosis outcome (ISAR-STEREO-2) trial. J Am Coll Cardiol 2003;41:1283–1288.

25. Simon C, Palmaz JC, Sprague EA. Influence of topography on endothelialization of stents: Clues for new designs. J Long Term Eff Med Implants 2000;10:143–151.

26. Nakazawa G, Kolodgie F, Virmani R . 2008; Data on file.

27. Schuler W, Sedrani R, Cottens S, et al. SDZ RAD, a new rapamycin derivative: Pharmacological properties in vitro and in vivo. Transplantation 1997;64:36–42.

28. Eisen HJ, Tuzcu EM, Dorent R, et al. Everolimus for the prevention of allograft rejection and vasculopathy in cardiac-transplant recipients. N Engl J Med 2003;349:847–858.

29. Kaplan B, Tedesco-Silva H, Mendez R. North/South American, double-blind, parallel group study of the safety and efficacy of Certican. Am J Transplant 2001;1:475.

30. Vitko S, Margreiter R, Weimar W. International, double-blind, parallel group study of the safety and efficacy of Certican™ (RAD) versus mycophenolate mofetil in combination with Neoral® and steroids. Am J Transplant 2001;1:474.

31. Kovarik JM, Kaplan B, Silva HT, et al. Pharmacokinetics of an everolimus-cyclosporine immunosuppressive regimen over the first 6 months after kidney transplantation. Am J Transplant 2003;3:606–613.

32. Kovarik JM, Kaplan B, Tedesco Silva H, et al. Exposure-response relationships for everolimus in de novo kidney transplantation: Defining a therapeutic range. Transplantation 2002; 73:920–925.

33. Johnson G. XIENCE™ V everolimus eluting coronary stent system (EECSS): PMA # P070015, 2007. http://www.fda.gov/ohrms/dockets/ac/07/slides/20007-4333s-00-index.html.

34. Leon MB. ENDEAVOR IV: A randomized comparison of a zotarolimus eluting stent and a paclitaxel eluting stent in patients with coronary artery disease. TCT 2007.

35. Mehta RH, Leon MB, Sketch MH Jr. The relation between clinical features, angiographic findings, and the target lesion revascularization rate in patients receiving the Endeavor zotarolimus-eluting stent for treatment of native coronary artery disease: An analysis of ENDEAVOR I, ENDEAVOR II, ENDEAVOR II Continued Access Registry, and ENDEAVOR III. Am J Cardiol 2007;100:62M–70M.

36. Kamath KR, Barry JJ, Miller KM. The Taxus drug-eluting stent: A new paradigm in controlled drug delivery. Adv Drug Deliv Rev 2006;58:412–436.

37. Virmani R, Kolodgie FD, Farb A, et al. Drug eluting stents: Are human and animal studies comparable? Heart 2003;89:133–138.

38. Forrester JS, Fishbein M, Helfant R, et al. A paradigm for restenosis based on cell biology: Clues for the development of new preventive therapies. J Am Coll Cardiol 1991;17:758–769.

39. Finn AV, Kolodgie FD, Harnek J, et al. Differential response of delayed healing and persistent inflammation at sites of overlapping sirolimus- or paclitaxel-eluting stents. Circulation 2005;112:270–278.

40. Joner M, Finn AV, Farb A, et al. Pathology of drug-eluting stents in humans: Delayed healing and late thrombotic risk. J Am Coll Cardiol 2006;48:193–202.

41. Virmani R. Histopathology of in-human atherosclerotic healing response in BMS and first generation S. DE Proceedings of the International Local Drug Delivery Meeting and Cardiovascular Course on Revascularization and Molecular Strategies, 2008.

42. Luscher TF, Steffel J, Eberli FR, et al. Drug-eluting stent and coronary thrombosis: Biological mechanisms and clinical implications. Circulation 2007;115:1051–1058.

43. Nakazawa G, Finn AV, Virmani R. Vascular pathology of drug-eluting stents. Herz 2007;32:274–280.

44. Nakazawa G, Finn AV, Ladich E, et al. Drug eluting stent safety: Findings in preclinical studies. Expert Rev Cardiovasc Ther 2008;6:1379–1391.

45. Virmani R, Guagliumi G, Farb A, et al. Localized hypersensitivity and late coronary thrombosis secondary to a sirolimus-eluting stent: Should we be cautious? Circulation 2004;109:701–705.

46. Virmani R, Farb A, Guagliumi G, et al. Drug-eluting stents: Caution and concerns for long-term outcome. Coron Artery Dis 2004;15:313–318.

47. Perkins LEL, Sheehy AS, Coleman LA, et al. XIENCE™ V, TAXUS®, and ENDEAVOR® drug eluting coronary stent systems: Comparison in the rabbit iliac arterial model TCT (Abstract). Am J Cardiol 2008;102:126i.

48. Joner M, Nakazawa G, Finn AV, et al. Endothelial cell recovery between comparator polymer-based drug-eluting stents. J Am Coll Cardiol 2008;52:333–342.

# EXHIBIT 28

©2009, the Authors
Journal compilation ©2009, Wiley Periodicals, Inc.
DOI: 10.1111/j.1540-8183.2009.00450.x

# XIENCE V™ Stent Design and Rationale

NI (NADINE) DING, PH.D., STEPHEN D. PACETTI, M.S., FUH-WEI TANG, PH.D.,

MANISH GADA, M.S., and WOUTER ROORDA, PH.D.

*From Abbott Vascular, Inc., 3200 Lakeside Drive, Santa Clara, California*

*Drug-eluting stents (DES) are a preferred treatment modality for occlusive coronary artery disease. First-generation DES have demonstrated high levels of efficacy. However, concerns have been raised over late thrombotic events. XIENCE V™ everolimus-eluting coronary stent is a second-generation DES designed to be more deliverable and safe, while maintaining efficacy in a broad patient population compared with first-generation DES.[1−3] As a drug/device combination product, the overall performance of a DES is determined by its components and how well they are integrated. XIENCE V utilizes the MULTI-LINK VISION® stent, the antiproliferative drug everolimus, a fluorinated polymer drug carrier, poly(vinylidene fluoride-co-hexafluoropropylene) (PVDF-HFP), and a stent-specific delivery system. A DES coating must fulfill the multiple goals of biocompatibility, controlled drug release and maintenance of the coating durability through stent crimping, and expansion in vivo. The XIENCE V coating utilizes a two-layer coating system composed of an acrylate primer and a fluorinated copolymer drug reservoir. Fluorinated polymers have a long history of use in permanent vascular implant applications. The XIENCE V fluorinated copolymer offers in vivo biocompatibility combined with excellent chemical stability and high purity. Described in this article are the design rationale and polymer selection criteria. The hemocompatibility and biocompatibility of the fluorinated polymer coating are discussed. Characterization results on drug release control, possible drug release mechanism, coating integrity, coating uniformity, and fatigue resistance are also presented. (J Interven Cardiol 2009;22:S18–S27)*

## Introduction

The rapid acceptance of first-generation drug-eluting stents (DES) when introduced, combined with the more recent concerns over late stent thrombosis, has driven the industry to develop second-generation DES. The goals for second-generation DES are to offer an optimal balance of safety, effectiveness, and deliverability in broad patient populations. Abbott Vascular's XIENCE V everolimus-eluting coronary stent system was designed with the intent of meeting these goals. Through extensive polymer screening, multiple coating design iterations, and extensive preclinical studies, the XIENCE V DES configuration was finalized with four major components, that is, the proven MULTI-LINK VISION stent and stent delivery system, the antiproliferative agent everolimus, and a fluorinated copolymer drug carrier.

## Stent and Stent Delivery System

The MULTI-LINK VISION stent is made from a cobalt-chromium (Co-Cr) alloy. With a strut thickness of 81 $\mu$m, it has thinner struts than a stainless steel stent while still achieving excellent radiopacity and radial strength. The open cell and nonlinear link design makes the stent flexible and conformable to the vessel. Due to the thin struts, and optimized delivery system, the MULTI-LINK VISION system has a low profile at 0.040″ (1.0 mm) for a 3.0 × 18 mm stent, which enhances deliverability. The ML VISION stent delivery balloon is made of semicompliant polyether block amide (PEBAX®) material with short tapers and is designed to minimize injury outside of the stented region.

Address for reprints: Nadine Ding, Ph.D., Fellow, Abbott Vascular, Inc., 3200 Lakeside Drive, Santa Clara, CA 95054. Fax: 408-845-3689; e-mail: ni.ding@av.abbott.com

A311

CORD114304

XIENCE V™ STENT DESIGN AND RATIONALE

## Drug

The drug everolimus, manufactured by Novartis Pharma AG, is a potent antiproliferative agent that acts on a wide range of cell types, including vascular smooth muscle cells, which it inhibits at a low nanomolar level ($IC_{50} = 0.9$–$3.6$ nM for bovine smooth muscle cells) in the $G_1$ phase of the cell cycle.[4] Everolimus is lipophilic, with an octanol/water partition coefficient of approximately 10.[4] The combination of smooth muscle cell inhibition, high potency, and high lipophilicity makes the drug an attractive candidate for controlled delivery from a DES for the prevention of neointimal hyperplasia. Multiple preclinical studies led to the selection of a low drug dose of 100 $\mu g/cm^2$ for the XIENCE V system. The XIENCE V stent releases approximately 80% of the drug in 1 month with near 100% drug release by 4 months. Details of preclinical pharmacokinetics are discussed in a separate article in this supplement issue. This drug dose is the lowest of all the commercialized "olimus" DES products.

## XIENCE V Coating

The coating polymer plays a pivotal role in DES. Many factors need to be considered in selecting a polymer or polymer system. These include the hemocompatibility and biocompatibility of the polymer, polymer purity, coating integrity, polymer-drug miscibility, polymer processability, ability to control the drug release, and the stability (shelf-life) of the system. The XIENCE V system utilizes a two-layer coating construct composed of a primer layer and a drug-polymer reservoir layer with no topcoat. Poly(n-butyl methacrylate) (PBMA) is used as the thin, primer adhesion layer, and the drug reservoir layer is composed of poly(vinylidene fluoride-co-hexafluoropropylene) (PVDF-HFP) combined with everolimus. This two-layer coating construct is designed to ensure excellent adhesion of the drug matrix to the stent, while minimizing unwanted adhesions to the delivery balloon. The drug reservoir layer holds the drug onto the stent, controls the drug release, and contributes to the blood and vascular tissue compatibility of the DES stent. The following discussion will focus on the design rationale, the biocompatibility of the system, and the bench characterization results.

## XIENCE V Formulation and System Integration

PVDF-HFP is a fluorinated copolymer of vinylidene fluoride and hexafluoropropylene with a molecular weight of 254–293 K Daltons as measured by gel permeation chromatography (GPC) (Fig. 1).

Unlike many fluorinated polymers, for example, polytetrafluoroethylene (PTFE), PVDF-HFP is soluble in select solvents, rendering it suitable for coating applications. Everolimus and PVDF-HFP are dissolved in a solvent system designed for high solvency, good coating quality, and complete solvent removal. The ratio of everolimus to PVDF-HFP is 17/83 (w/w) in the coating formulation. After the primer coating is applied, the drug-polymer solution is conformally coated. The final coating contains 100 $\mu g$ drug per cm² of stent surface area.

Similar to many fluorinated polymers, the PVDF-HFP has low surface tension[5] and its coating is lubricious and nonsticky, which minimizes unwanted adhesion to the balloon and between struts. A PBMA primer layer assures good adhesion of the PVDF-HFP coating to the stent. PBMA has been utilized in other blood-contacting permanent implants[6] and adheres well to the metal oxide layer on the stent surface via a combination of noncovalent hydrophobic, polar, and hydrogen bonding interactions. PBMA is partially miscible with PVDF-HFP. Hence, the adhesion of the PVDF-HFP drug reservoir to the primer layer is high as the PBMA and PVDF-HFP polymer chains are entangled at the interface. The thickness of the primer layer is only about 1 $\mu m$, which minimizes the coated strut dimensions and the polymer load on the stent.

Stent retention processes for XIENCE V drug-coated stent were developed to assure that stent security, system profile, and stent deliverability are equivalent to the ML VISION stent, while preserving the integrity of the coating. Stent dislodgement testing showed that the XIENCE V DES has equivalent stent retention to the ML VISION stent. Engineering studies



**Figure 1.** Chemical structure of PVDF-HFP.

A312

CORD114305

DING, ET AL.



**Figure 2.** Design of synthetic vasculature model: Lumen of coronary artery (left panel) and an angiogram of the model (right panel). Numbers correspond to curves in track path of model.

have also demonstrated that the deliverability of the XIENCE V is equivalent to ML VISION in a synthetic vasculature model (Fig. 2). In this model, the stent delivery system was introduced by an experienced operator and advanced through the tortuosity until it could be advanced no further. A numerical score was assigned depending on how far the system progressed. Figure 3 summarizes data comparing XIENCE V with ML VISION. For all of the sizes tested in this model, the XIENCE V DES has demonstrated equivalent deliverability to ML VISION. XIENCE V also maintains a low system profile at 0.041″ (1.0 mm), which is

comparable to the ML VISION stent profile of 0.040″ (1.0 mm) for 3.0 × 18 mm stent.

## Hemocompatibility and Biocompatibility

Hemocompatibility (acute) and vascular biocompatibility (long-term) are of foremost importance in selecting a polymer as a drug-eluting reservoir. The characteristics determining the hemocompatibility and biocompatibility of an implanted biomaterial are many and complex and encompass more than just concepts



**Figure 3.** Illustration of synthetic test model and comparison data of XIENCE V DES deliverability with ML VISION bare metal stent (BMS) (n = 5). A higher score indicates better deliverability.

A313

CORD114306

### XIENCE V™ STENT DESIGN AND RATIONALE



**Figure 4.** SEM images of the XIENCE V DES (scale = 150× in the left and 80× in the right).

of hydrophilicity and hydrophobicity. Factors such as surface chemistry, surface roughness, polymer purity, the presence of leachables and other impurities, in vivo stability of the polymer, and the interaction with blood-borne proteins all contribute to the blood and tissue compatibility of a polymer coating.

A critical first step in the interaction of a biomaterial with blood is the deposition of a protein-rich layer on the surface of the biomaterial. A high ratio of albumin to fibrinogen in this layer has been shown to greatly improve biocompatibility and hemocompatibility.[7–10] A series of studies[11–18] have shown that fluorine-rich surfaces are nonthrombogenic and biocompatibile. Such surfaces adsorb higher ratios of albumin to fibrinogen, resulting in significant reductions in platelet adhesion and activation.[11,12] Albumin adsorption passivates the fluorinated polymer surface, which contributes to thromboresistance, lack of complement activation, and the lower inflammation of

fluorinated polymers in blood-contact applications in animal and in human.[13–16] Fluorination of polymer surfaces also increases the rate of reendothelialization of the vessel wall in animal models.[14] Due to their excellent hemocompatibility and biocompatibility, fluorinated polymers enjoy wide application in arterial prostheses, graft prostheses, drug-eluting leads of implantable cardioverter-defibrillators, hemodialysis membranes, vascular and neurovascular sutures, guidewire coatings, and in guiding catheters.[19] Preclinical studies performed at Abbott Vascular further confirm the hemocompatibility and biocompatibility of the XIENCE V PVDF-HFP polymer. These in vivo studies are discussed in a separate article in this supplement issue.

**Polymer Properties.** The PVDF-HFP polymer backbone is composed entirely of saturated carbon-carbon single bonds, which improves oxidative stability. These backbone carbon atoms are over 50%



**Figure 5.** Relationship of thrombosis and coating integrity investigated in an ex vivo porcine femoral AV shunt model (3.0 × 18 mm stents).

A314

CORD114307

DING, ET AL.



**Figure 6.**  Representative SEM images of 10-year-accelerated fatigue test on overlapped XIENCE V DES with bending. The left image is prefatigue test and the right image is postfatigue test on nonoverlapped region. No change is observed.

fluorinated. The significance of fluorination is the high dissociation energy of the C-F bond that confers a high degree of chemical stability. Moreover, few carbon atoms with hydrogen substitution are adjacent to one another. This makes hydrogen radical abstraction to form carbon double bonds, a path to polymer degradation, unlikely. The absence of any reactive or enzymatically sensitive groups such as anhydride, ester, amide, ether, ketone, aldehyde, carbonate, or phosphate bonds makes the polymer resistant to hydrolytic, oxidative, or enzymatic cleavage. The lack of chemical reactivity of the polymer ensures no chemical interactions occur between PVDF-HFP and everolimus during the manufacturing process, on the shelf or in vivo. Similarly, this



**Figure 7.**  SEM images of 10-year-accelerated fatigue test on overlapped XIENCE V DES with bending. The left image shows the coating damage in the overlap region prefatigue test and the right images show the same damage region postfatigue test. No change is observed.

stable structure also ensures no chemical degradation takes place in vivo. Polymer chemical stability and the coating integrity were investigated in a swine model. In this study, everolimus-PVDF-HFP stents with a 200 $\mu$g/cm$^2$ drug dose were implanted for 3 months. After explantation, the polymer molecular weight was measured by gel permeation chromatography. For control stents stored at room temperature, the molecular weight was 287 K $\pm$ 2 K Daltons (n = 20), and for the explanted stents it was 284 K $\pm$ 13 K Daltons (n = 25). The difference was not statistically significant (P = 0.32), indicating the stability of the polymer in vivo.

In this same study, the polymer mass was measured by $^{19}$F nuclear magnetic resonance (NMR). After extracting the polymer off the stents, $^{19}$F NMR spectroscopy allowed for selective quantification of the PVDF-HFP polymer. For controls stored at room temperature for 3 months, the mass recovery was 95.8 $\pm$ 3.0% (n = 5). For stents explanted after 3 months implantation, this recovery was 93.3 $\pm$ 2.3% (n = 5). The difference between the two groups was not statistically significant (P = 0.17), indicating the coating mass integrity was retained in vivo. These data demonstrate the stability of both molecular weight and mass for the coating and suggests that risk of inflammatory or other adverse biological responses caused by polymer degradation can be excluded.

For implantable materials, the purity of the polymer is essential for assuring a high level of biocompatibility. Total organic carbon extractable tests per United States Pharmacopeia (USP) on PVDF-HFP polymer have shown low levels of organic extractables at ppm levels. In addition, inductively coupled plasma mass

A315

CORD114308

XIENCE V™ STENT DESIGN AND RATIONALE



**Figure 8.** AFM topography image (left) and phase image (right) of XIENCE V coating on a 2 × 2 μm cross-section surface.

spectroscopy (ICP-MS) tests indicate that concentrations of heavy metals are at a sub-ppm level, thereby minimizing the risk of an inflammatory response or other adverse biological responses due to impurities.

**Coating Integrity.** For DES, the integrity of the coating is another important factor that can affect the hemocompatibility and biocompatibility of the system. It can also influence the uniformity of the drug delivery to the tissue. Suboptimal coating integrity may lead to coating particles being shed during delivery and ex-

pansion of the stents. Significant sections of missing coating expose the metal stent to the tissue and reduce the local drug delivery, thereby reducing the benefit of the drug. Coating particles and fragments released into the vessel wall may also elicit an inflammatory response at the site of implantation. Maintaining the integrity of the coating was a key design criterion for the XIENCE V DES. The selection of a semicrystalline, but flexible, fluorinated polymer, the design of the primer and drug reservoir construct, and the



**Figure 9.** AFM topography image (left) and phase image (right) of polymer-only coating on a 2 × 2 μm cross-section surface.

A316

CORD114309

DING, ET AL.

**Table 1.** Thermal Properties of XIENCE V Coatings Relative to PVDF-HFP/PBMA Coatings with No Drug

| $\Delta H_f$, % of Polymer-Only Stent (n = 6) | Melting Point % of Polymer-Only Stent (n = 6) |
| --- | --- |
| 104 ± 8.6 | 99.0 ± 0.91 |

**Table 2.** Thermal Properties of XIENCE V Coatings after Aging at Ambient Conditions

| Age | Drug Transition Temp., % of XIENCE V at $T_0$ (n = 6) | $\Delta H_f$, % of XIENCE V at $T_0$ (n = 6) |
| --- | --- | --- |
| 20 months | 101 ± 1.9 | 98.6 ± 8.2 |
| 28 months | 100 ± 1.8 | 92.4 ± 9.4 |

optimization of solvent-drug-polymer formulation resulted in exceptional coating integrity for the XIENCE V DES. Scanning electron microscope (SEM) analysis and bench testing confirm a smooth coating surface with minimal to no structural defects such as webbing, bridging, and strut-to-strut sticking (see Characterization section). Representative images of the XIENCE V coating as produced and after expansion are shown in Figure 4.

An acute ex vivo porcine femoral arteriovenous (AV) shunt model was employed to evaluate the influence of the coating defects on the hemocompatibility of XIENCE V stent. The model assessed thrombus formation and platelet deposition on XIENCE V stents as well as two groups of XIENCE V stents with intentionally modified coating surface. One group of XIENCE V stents were manufactured with luminal flaps and end ring defects. The second group had these same defects, but in addition, were intentionally scratched and the surface roughened with gauges. Controls were bare metal ML VISION and ML VISION coated with type I collagen. The XIENCE V DES exhibited minimal thrombus formation on the stent struts. Stents with more coating defects were more thrombogenic. ML VISION stents coated with hydrophilic collagen exhibited the highest thrombus formation. These study results demonstrated that the smooth and conformal fluorinated polymer coating surface on XIENCE V DES improves the thromboresistance (Fig. 5).

## XIENCE V Coating Physical Characterization

Due to its glass transition temperature ($T_g$) of approximately −29 °C, the PVDF-HFP polymer is elastic with an ultimate elongation of over 600%. Such elasticity is essential for the coating to withstand stent deployment and postdilation without coating cracking or delaminating. PVDF-HFP is a partially crystalline polymer with a relatively low degree of crystallinity. Due to its low $T_g$ and crystallinity, PVDF-HFP is tough and fatigue resistant. This allows the XIENCE V coating to withstand stent crimping forces and the abrasion/shearing forces encountered when delivering the stent to a challenging lesion with minimal coating damage. Engineering tests have demonstrated that the coating integrity is maintained after in vitro simulated delivery tests to the maximum labeled expansion of the stent, and after 10 years of accelerated radial fatigue testing (Figs. 6 and 7). In Figure 7, preexisting coating defects did not propagate after 10 years of



**Figure 10.** Representative FTIR drug distribution image on XIENCE V DES and FTIR spectrum showing interference pattern.

A317

CORD114310



**Figure 11.** Drug distribution longitudinally (distal, distal-middle, middle, proximal, proximal-middle, and proximal) and circumferentially (120° and 240° rotation from middle) by imaging FTIR measurement (n = 30 spots per location).

accelerated fatigue testing. Chronic coating durability tests performed after tracking the preconditioned stents through tortuous paths, and deployment in synthetic arteries, show particulate counts comparable to that of the control blank synthetic artery, thereby indicating that the XIENCE V coating is durable.

Physical characterization studies indicate that the everolimus is uniformly dispersed in the polymer matrix at a nanometer scale as evidenced by atomic force microscopy (AFM) studies. Figure 8 shows a cross-section of the drug-polymer reservoir of a XIENCE V coating at a 2 × 2 μm scan size. At this magnification, the coating displays a high level of homogeneity over the entire cross-section. A fine, granular texture in the range of 70 nm is visible. A similar granular tex-



**Figure 12.** Representative cross-sectional SEM image of a XIENCE V stent strut with coating.

ture was also visible on cross-sectional analysis of a polymer-only stent (Fig. 9). The granular texture does not appear to be drug related and is believed to be due to the polymer. Consequently, no signs of phase separation between drug and polymer were detectable within the nanometer scale resolution of the method.

Thermal analysis was performed on XIENCE V stent coatings by differential scanning calorimetry (DSC). The thermograms show a melting endotherm due to the crystalline phase of the PVDF-HFP and a thermal transition due to the drug. A summary of these data and those from stent coatings with no drug is given in Table 1.

The presence of the drug in the polymer does not appreciably alter the PVDF-HFP degree of crystallinity or melting point. This indicates that coating properties that depend on polymer crystallinity, such as hardness and ultimate tensile strength, are less affected. Bulk everolimus exhibits a glass transition ($T_g$) at 87 °C. In the XIENCE V coating, the everolimus $T_g$ is shifted down to 76 °C, with no transition evident at 87 °C. These data support the concept that no bulk everolimus is present in the coating. DSC analysis also shows that the melting enthalpy of the PVDF-HFP and the thermal transition temperature of everolimus do not change over time, indicating that the drug coating is at thermodynamic equilibrium after manufacture and sterilization (Table 2).

The distribution of the drug longitudinally and circumferentially in the XIENCE V coating was investigated by focal plane array imaging Fourier transform infrared spectroscopy (FTIR) in reflectance mode.

A318

CORD114311

DING, ET AL.



**Figure 13.** XIENCE V coating thickness data by cross-sectioning followed by SEM measurement. Fifteen struts per stent were sectioned for this analysis.

Figure 10 shows the XIENCE V drug distribution via this imaging technique where the spectra were gathered at an infrared wavelength specific to the drug. The relative drug concentration at each location is equivalent to the optical absorbance of this drug peak and can be used to quantify the relative drug distribution as a function of position. The color intensity corresponds to the total amount of drug integrated over the coating thickness at each point.

Three stents were used in this test. Seven stent positions covering the length and circumference were analyzed. At each location, absorption spectra for 10 randomly chosen points were obtained and averaged for the drug absorbance. Figure 11 shows the drug density

(in infrared absorbance units) as a function of location on the stent. These results demonstrate a uniform drug distribution over the abluminal stent surface.

The coating thickness was measured by cross-sectioning the coated stent, followed by SEM analysis. The coated stents were first coated with a protective layer. The stent was then embedded in a resinous medium, sawed to make rough cross-sections and then polished. SEM images of each strut in cross-section were obtained (Fig. 12).

Care was taken to assure that the stent axis was orthogonal to the sectioning plane. The average coating thicknesses over the abluminal, luminal, and sidewall surfaces were measured with image analysis software (Fig. 13). The average coating thickness on the abluminal (OD) surface by this method was $7.8 \pm 0.7$ $\mu$m, and on the luminal surface (ID), $4.7 \pm 0.4$ $\mu$m.

Considering the drug characteristics in the polymer coating, the drug release mechanism is based primarily on the molecular diffusion of the drug through the polymer. This release mechanism results in a system with inherently high reproducibility for the drug release rate. The uniform drug distribution at both the micro- and macroscales also enables the tight control of the drug release rate across different manufacturing lines, from lot-to-lot and across multiple stent sizes to ensure precise delivery of the drug dose to patients (Fig. 14).

## Conclusion

XIENCE V coating system is the result of research on multiple polymers, combined with extensive coating



**Figure 14.** In vitro percent drug release of Xience V DES demonstrates consistent drug release rate on different stent sizes, lot-to-lot, and within the lot. Stents from the same lot were coated on different coating equipment.

A319

CORD114312

XIENCE V™ STENT DESIGN AND RATIONALE

formulation and design iteration. A fluorinated copolymer drug reservoir coating was chosen based on the history of use of fluorinated polymers in a blood-contacting environment, the ability to control the drug release, and mechanical properties amenable to stent expansion and use. Bench characterization and preclinical evaluation results, as discussed in a separate article in this supplement issue, demonstrate that XIENCE V is highly deliverable, and the coating is biocompatible and possesses exceptional coating integrity. Clinical data from the SPIRIT series of human clinical trials[1,2,20] support the safety and effectiveness of the XIENCE V, a second-generation DES.

*Acknowledgments:* The authors would like to express their sincere gratitude to Murthy Simhambhatla, Krishna Sudhir, Wai-Fung Cheong, Andrew Tochterman, and Sue Silavin for reviewing the article, to Syed Hossainy for providing valuable references, to Shawn Chin-Quee and George Abraham for providing ex vivo study results, and to David Wolf-Bloom for providing the stent deliverability data and reviewing the article. Last, we wish to thank the many members of the XIENCE V team whose dedication and sacrifice made the XIENCE V product a reality.

## References

1. Ruygrok P, Desaga M, Van Den Branden F, et al. One year clinical follow-up on the XIENCE V Everolimus-eluting stent system in the treatment of de novo native coronary artery lesions: The SPIRIT II study. EuroIntervention 2007;3:315–320.

2. Stone GW, Midei M, Newman W, et al. Comparison of an everolimus-eluting stent and a paclitaxel-eluting stent in patients with coronary artery disease: A randomized trial. JAMA 2008;299:1952–1953.

3. Joner M, Nakazawa G, Finn AV, et al. Endothelial cell recovery between comparator polymer-based drug-eluting stents. J Am Coll Cardiol 2008; 52:333–342.

4. Schuler W, Sedrani R, Cotton S, et al. SDZ RAD, a new rapamycin derivative. Transplantation 1997;64:36–42.

5. Adamson, A. Physical Chemistry of Surfaces, 4th ed. New York: John Wiley, 1982, p352, p413.

6. Available at: http://www.fda.gov/ohrms/dockets/dailys/04/sep04/091704/03m-0172-sup00001-vol1.pdf

7. Eberhart RC, Clagett CP. Catheter coatings, blood flow, and biocompatibility. Semin Hematol 1991;28(4 suppl 7):42–48; discussion 66–68.

8. Mulvihill JN, Faradji A, Oberling F, et al. Surface passivation by human albumin of plasmaperesis circuits reduces platelet accumulation and thrombus formation. Experimental and clinical studies. J Biomed Mater Res 2004;24:155–163.

9. Park K, Kamath KR. Surface modification of polymeric biomaterials by albumin grafting using γ-irradiation. J Appl Biomater 2004;5:163–173.

10. Kottke-Marchant K, Anderson JM, Umemura Y, et al. Effect of albumin coating on the in vitro blood compatibility of Dacron® arterial prostheses. Biomaterials 1989;10:147–155.

11. Hasebe T, Yohena S, Kamijo A, et al. Fluorine doping into diamond-like carbon coatings inhibits protein adsorption and platelet activation. J Biomed Mater Res 2007;83A:1192–1199.

12. Hasebe T, Ishimaru T, Kamijo A, et al. Effects of surface roughness on anti-thrombogenicity of diamond-like carbon films. Diamond & Related Mater 2007;16(N4–7):1343–1348.

13. Pedrini L, Dondi M, Magagnoli A, et al. Evaluation of thrombogenicity of fluoropassivated polyester patches following carotid endarterectomy. Ann Vasc Surg 2001;15:679–683.

14. Guidoin R, Marois Y, Zhang Z, et al. The benefits of fluoropassivation of polyester arterial prostheses as observed in a canine model. ASAIO J 1994;40:M870–M879.

15. Chinn JA, Sauter JA, Phillips RE, Jr, et al. Blood and tissue compatibility of modified polyester: thrombosis, inflammation, and healing. J Biomed Mater Res 1998;39:130–140.

16. Hasebe T, Shimada A, Suzuki T, et al. Fluorinated diamond-like carbon as antithrombogenic coating for blood-contacting devices. 2006;76a:86–94.

17. Petersen RJ , Rozelle LT. Ethylcellulose perfluorobutyrate: A highly non-thrombogenic fluoropolymer for gas exchange membranes. Trans Am Soc Artif Intern Organs 1975;21:242–248.

18. Liu TY, Lin WC, Huang LY, et al. Surface characteristics and hemocompatibility of PAN/PVDF blend membranes. Polym Adv Technol 2005;16:413–419.

19. Karl Graffte. Fluoropolymers: Fitting the bill for medical applications. MDDI 2005;Oct:34–37.

20. Beijk, MA, Neumann FJ, Weimer M, et al. Two-year results of a durable polymer everolimus-eluting stent in de novo coronary narrowing (The SPIRIT FIRST trial). EuroIntervention 2007;1:266–272.

A320

CORD114313

# EXHIBIT 29

496    THE NEW ENGLAND JOURNAL OF MEDICINE    Aug. 25, 1994

# A RANDOMIZED COMPARISON OF CORONARY-STENT PLACEMENT AND BALLOON ANGIOPLASTY IN THE TREATMENT OF CORONARY ARTERY DISEASE

David L. Fischman, M.D., Martin B. Leon, M.D., Donald S. Baim, M.D., Richard A. Schatz, M.D., Michael P. Savage, M.D., Ian Penn, M.D., Katherine Detre, M.D., Dr.P.H., Lisa Veltri, M.S., Donald Ricci, M.D., Masakiyo Nobuyoshi, M.D., Michael Cleman, M.D., Richard Heuser, M.D., David Almond, M.D., Paul S. Teirstein, M.D., R. David Fish, M.D., Antonio Colombo, M.D., Jeffrey Brinker, M.D., Jeffrey Moses, M.D., Alex Shaknovich, M.D., John Hirshfeld, M.D., Stephen Bailey, M.D., Stephen Ellis, M.D., Randal Rake, B.S., and Sheldon Goldberg, M.D., FOR THE STENT RESTENOSIS STUDY INVESTIGATORS*

**Abstract** *Background.* Coronary-stent placement is a new technique in which a balloon-expandable, stainless-steel, slotted tube is implanted at the site of a coronary stenosis. The purpose of this study was to compare the effects of stent placement and standard balloon angioplasty on angiographically detected restenosis and clinical outcomes.

*Methods.* We randomly assigned 410 patients with symptomatic coronary disease to elective placement of a Palmaz–Schatz stent or to standard balloon angioplasty. Coronary angiography was performed at base line, immediately after the procedure, and six months later.

*Results.* The patients who underwent stenting had a higher rate of procedural success than those who underwent standard balloon angioplasty (96.1 percent vs. 89.6 percent, P = 0.011), a larger immediate increase in the diameter of the lumen (1.72±0.46 vs. 1.23±0.48 mm, P<0.001), and a larger luminal diameter immediately after the procedure (2.49±0.43 vs. 1.99±0.47 mm, P<0.001). At six months, the patients with stented lesions continued to have a larger luminal diameter (1.74±0.60 vs. 1.56±0.65 mm, P = 0.007) and a lower rate of restenosis (31.6 percent vs. 42.1 percent, P = 0.046) than those treated with balloon angioplasty. There were no coronary events (death; myocardial infarction; coronary-artery bypass surgery; vessel closure, including stent thrombosis; or repeated angioplasty) in 80.5 percent of the patients in the stent group and 76.2 percent of those in the angioplasty group (P = 0.16). Revascularization of the original target lesion because of recurrent myocardial ischemia was performed less frequently in the stent group than in the angioplasty group (10.2 percent vs. 15.4 percent, P = 0.06).

*Conclusions.* In selected patients, placement of an intracoronary stent, as compared with balloon angioplasty, results in an improved rate of procedural success, a lower rate of angiographically detected restenosis, a similar rate of clinical events after six months, and a less frequent need for revascularization of the original coronary lesion. (N Engl J Med 1994;331:496-501.)

THE long-term benefit of coronary balloon angioplasty is limited by the possibility of restenosis of the treated segment, which occurs in approximately 30 to 50 percent of patients.[1-4] Restenosis can be caused by several factors, including elastic recoil of the dilated artery, platelet-mediated thrombus formation, proliferation of smooth-muscle cells, and vascular remodeling.[5] When restenosis develops, it is frequently associated with recurrent myocardial ischemia that necessitates additional revascularization procedures. New approaches to coronary intervention have therefore been developed with the aim of reducing the possibility of restenosis. Debulking coronary atheroma with lasers or atherectomy has not improved the problem of restenosis.[6-9] However, preliminary evidence suggests that stents may reduce the chance of restenosis by decreasing the elastic recoil of the vessel and sealing intimal flaps, thus providing a wider, smoother coronary lumen.[10,11] To test this hypothesis, we conducted a prospective, randomized trial to compare the rates of restenosis with coronary-stent placement and standard balloon angioplasty.

## METHODS

### Participating Centers and Investigators

The study centers and investigators were selected on the basis of their experience with implantation of Palmaz–Schatz coronary stents. The study protocol was approved by the institutional review board at each of the 20 centers participating in the trial.

### Patient Selection

The study population consisted of patients with symptomatic ischemic heart disease and new lesions of the native coronary circulation. The specific angiographic criteria for enrollment included at least 70 percent stenosis, according to the estimate of the investigators; a lesion that was 15 mm or less in length and could be spanned by a single stent; and a vessel diameter of at least 3.0 mm. The criteria for exclusion were a myocardial infarction within the previous seven days; a contraindication to aspirin, dipyridamole, or warfarin sodium; and a left ventricular ejection fraction of 40 percent or less. The angiographic criteria for exclusion were evidence of coronary thrombus, the presence of multiple focal lesions or diffuse disease, serious disease in the left main coronary artery, ostial lesions, and severe vessel tortuosity.

### Randomization

After the patients had been interviewed to determine their eligibility and had given their informed consent, they were randomly

From Jefferson Medical College, Philadelphia (D.L.F., M.P.S., R.R., S.G.); Washington Cardiology Center, Washington, D.C. (M.B.L.); Beth Israel Hospital, Boston (D.S.B.); Scripps Clinic and Research Center, La Jolla, Calif. (R.A.S., P.S.T.); Victoria General Hospital, Halifax, N.S. (I.P.); the University of Pittsburgh, Pittsburgh (K.D., L.V.); Vancouver General Hospital, Vancouver, B.C. (D.R.); Kokura Memorial Hospital, Kyushu, Japan (M.N.); Yale University, New Haven, Conn. (M.C.); Arizona Heart Institute, Phoenix (R.H.); Toronto General Hospital, Toronto (D.A.); St. Luke's Hospital, Houston (R.D.F.); Centro Cuore Columbus, Milan, Italy (A.C.); Johns Hopkins Hospital, Baltimore (J.B.); Lenox Hill Hospital, New York (J.M., A.S.); Hospital of the University of Pennsylvania, Philadelphia (J.H.); the University of Texas at San Antonio, San Antonio (S.B.); and the Cleveland Clinic Foundation, Cleveland (S.E.). Address reprint requests to Dr. Goldberg at Jefferson Medical College, Division of Cardiology, Suite 403, 1025 Walnut St., Philadelphia, PA 19107.

Supported in part by a grant from Johnson and Johnson Interventional Systems.

*Additional participants in the Stent Restenosis Study (STRESS) trial are listed in the Appendix.

assigned to either stent placement or balloon angioplasty. Randomization of the patients, stratified according to center with a block design, was carried out by means of sealed envelopes. The randomization sequence was developed so that an equal number of patients would be assigned to each treatment at each center.

## Procedural Protocol

### Stent Placement

The Palmaz–Schatz stent is composed of two rigid 7-mm slotted stainless-steel tubes connected by a 1-mm central bridging strut (Johnson and Johnson Interventional Systems, Warren, N.J.). The stent, which is 1.6 mm in diameter in the unexpanded state, is mounted on a balloon catheter and protected by an outer sheath during passage to the target site. When the sheath is withdrawn, inflation of the balloon catheter expands the stent. Technical details of the design and placement of the Palmaz–Schatz coronary stent have been described elsewhere.[12,13]

Patients assigned to stent placement received nonenteric aspirin (325 mg daily), dipyridamole (75 mg three times a day), and treatment with a calcium-channel antagonist, initiated at least 24 hours before the procedure. In addition, patients received intravenous low-molecular-weight dextran (dextran 40, given at a dose of 100 ml per hour for two hours before stenting and at a dose of 50 ml per hour during and after the procedure, for a total volume of 1 liter). During the procedure, patients received an initial bolus injection of heparin (10,000 to 15,000 units) administered as needed to maintain an activated clotting time of more than 300 seconds. The heparin infusion was discontinued at the termination of the procedure and reinstituted four to six hours after hemostasis of the site of vascular access had been achieved. Warfarin sodium was begun on the day of the procedure. Heparin and warfarin sodium were both administered for at least 72 hours or until a prothrombin time of 16 to 18 seconds had been achieved (international normalized ratio, 2.0 to 3.5). After patients were discharged from the hospital, dipyridamole and warfarin sodium were continued for one month, and aspirin was continued indefinitely.

### Angioplasty Protocol

Angioplasty was performed with the use of conventional techniques. Aspirin was prescribed, but warfarin sodium was not administered. Investigators attempted to achieve an optimal result with balloon angioplasty, which was defined as residual stenosis of less than 30 percent of the luminal diameter, according to a visual estimate. A crossover to stent placement was permitted as a "bailout" procedure in the case of abrupt or threatened closure, defined as a dissection of the artery with compromised antegrade blood flow (Thrombolysis in Myocardial Infarction [TIMI] grade, <3) or persistent stenosis of over 50 percent of the luminal diameter in association with evidence of myocardial ischemia (chest pain, electrocardiographic changes, or both).

## Follow-up

Patients were required to have clinical follow-up studies after one, three, and six months. Coronary angiography was required at six months in all the patients except those who had died or undergone coronary-artery bypass surgery or repeated angioplasty for abrupt closure during the first 14 days after the initial revascularization. Angiography performed before four months was allowed on the basis of clinical indications. However, if restenosis was not found, a subsequent angiogram was obtained after four months.

## Angiographic Analysis

Angiography was performed in two orthogonal views. Intracoronary nitroglycerin (200 mg) was injected before all angiographic assessments. Angiograms were analyzed at the Core Angiographic Laboratory at Jefferson Medical College. Quantitative analysis was performed with the use of a validated edge-detection algorithm.[14] Vessel edges were determined with the computerized algorithm, and luminal diameters were measured with the dye-filled catheter as a reference. The diameters of the normal segments proximal and distal to the treated area were averaged to determine the reference diameter. The minimal luminal diameter, reference diameter, and percentage of stenosis were calculated as the mean values from two orthogonal projections. The percentage of elastic recoil was defined as the largest inflated-balloon diameter minus the postprocedural minimal luminal diameter divided by the inflated-balloon diameter. In addition, coronary lesions were assessed for eccentricity, calcification, thrombus, plaque ulceration, tortuosity, and postprocedural dissection. Definitions used for this morphologic analysis and prior validation studies of the quantitative angiographic analysis have been described elsewhere.[11,13,15]

## End Points

The primary end point of the trial was angiographic evidence of restenosis, defined as at least 50 percent stenosis on the follow-up angiogram. Secondary angiographic end points included angiographic evidence of procedural success and the absolute minimal luminal diameter after the procedure and at follow-up. Angiographic evidence of procedural success was defined as a reduction in stenosis to 50 percent or less by quantitative analysis.

Clinical evidence of procedural success was defined as angiographic evidence of success without a major complication (death, myocardial infarction, or coronary-artery bypass surgery) during the index hospitalization. The secondary clinical end point was a composite end point, defined as whichever of the following occurred first: death, myocardial infarction, coronary bypass surgery, or the need for repeated angioplasty within the first 6 months (±60 days) after the initial revascularization. Myocardial infarction was documented by the presence of new Q waves of at least 0.04 second's duration or a creatine kinase level or MB fraction at least twice the upper limit of normal. Clinical events were classified as early (occurring from day 0 to day 14) or late (occurring after 14 days). Revascularization of the target lesion was defined as angioplasty or bypass surgery performed because of restenosis of the target lesion in association with recurrent angina, objective evidence of myocardial ischemia, or both. Other events included abrupt vessel closure (after the patient had left the catheterization laboratory) and hemorrhagic complications, defined as a cerebrovascular accident, bleeding requiring transfusion, or the need for vascular surgery.

Clinical and angiographic data were forwarded to the Data Coordinating Center at the University of Pittsburgh for statistical analyses. Adverse events were audited and reviewed by members of the Steering Committee. The primary analysis of angiographic and procedural outcomes was based on the intention-to-treat principle. We also performed a secondary analysis of the rate of restenosis according to the treatment received.

For the analysis of continuous data, two-tailed t-tests were used to assess differences between the two treatment groups. The results are expressed as means ±SD. Categorical data, which are presented as rates, were compared by chi-square test, except for the composite clinical end point and revascularization of the target lesion, which were analyzed by means of Kaplan–Meier survival curves, with differences between the two treatment groups compared by Wilcoxon test.[16] Multiple linear regression was used to assess the relation between the luminal diameter at follow-up and multiple clinical and angiographic variables, including age, sex, location of the lesion, vessel diameter, and postprocedural luminal diameter.

## RESULTS

Between January 1991 and February 1993, 410 patients were enrolled in the study; 207 patients were randomly assigned to stent placement, and 203 to angioplasty. After randomization, three patients (two in the stent group and one in the angioplasty group) were excluded because they did not meet all the enrollment criteria. Thus, the final study group comprised 407 patients. Their base-line clinical and angiographic characteristics are shown in Table 1. More

A332

men were assigned to the stent group than to the angioplasty group, and the patients in the stent group had lesions that were slightly longer, with a higher incidence of eccentricity, but the two groups were well matched with respect to other clinical characteristics.

### Procedural and Early Clinical Outcome

Stents were placed in 197 of the 205 patients (96.1 percent) randomly assigned to this therapy. One patient, in whom stent placement failed because of an inability to cross the lesion with a guide wire, was treated medically. Seven patients were switched to angioplasty: three because of an inability to place the stent and four because of lesion characteristics deemed unfavorable for stent placement at the time of the procedure. In the angioplasty group, six patients required emergency coronary-artery bypass surgery. In addition, 15 patients were switched to alternative therapies: 14 (6.9 percent) to emergency stent place-

Table 1. Base-Line Clinical and Angiographic Characteristics of Patients Assigned to Stent Placement or Angioplasty.*

| CHARACTERISTIC | STENT GROUP (N = 205) | ANGIOPLASTY GROUP (N = 202) |
|---|---|---|
| Male — % of patients | 83 | 73† |
| Age — yr | 60±10 | 60±10 |
| Diabetes — % of patients | 15 | 16 |
| Hypertension — % of patients | 43 | 45 |
| Hyperlipidemia — % of patients | 44 | 48 |
| Current smoker — % of patients | 21 | 24 |
| History of myocardial infarction — % of patients | 37 | 36 |
| Recent myocardial infarction (within previous 6 wk) — % of patients | 18 | 15 |
| Unstable angina — % of patients | 47 | 48 |
| Pain at rest | 33 | 39 |
| Pain with electrocardiographic changes | 23 | 26 |
| Postinfarction angina | 7 | 6 |
| No. of diseased vessels — % of patients | | |
| 1 | 64 | 68 |
| 2 | 27 | 21 |
| 3 | 9 | 11 |
| Ejection fraction — % | 61±12 | 61±11 |
| Target vessel — % of patients | | |
| Left anterior descending | 47 | 48 |
| Left circumflex | 16 | 13 |
| Right coronary artery | 37 | 39 |
| Calcification — % of patients | 17 | 15 |
| Thrombus — % of patients | | |
| Definite | 2 | 1 |
| Possible | 15 | 9 |
| Eccentricity — % of patients | 66 | 54‡ |
| Lesion angulation >45° — % of patients | 13 | 18 |
| Lesion length — mm | 9.6±3.0 | 8.7±2.7§ |
| Stenosis — % of luminal diameter | 75±9 | 75±8 |

*Plus–minus values are means ±SD.
†P<0.05.
‡P = 0.02.
§P<0.001.

Table 2. Procedural Outcomes and Clinical Events.

| VARIABLE | STENT GROUP (N = 205) | ANGIOPLASTY GROUP (N = 202) | P VALUE |
|---|---|---|---|
| | % of patients | | |
| Procedural outcome | | | |
| Angiographic success | | | |
| Reading at study center | 99.5 | 96.5 | 0.04 |
| Quantitative analysis | 99.5 | 92.6 | <0.001 |
| Clinical success | 96.1 | 89.6 | 0.011 |
| Early events (0–14 days) | | | |
| Death | 0 | 1.5 | 0.12 |
| Myocardial infarction/Q wave | 5.4/2.9 | 5.0/3.0 | 0.85/1.0 |
| Coronary bypass surgery | 2.4 | 4.0 | 0.38 |
| Abrupt closure* | 3.4 | 1.5 | 0.34 |
| Repeated angioplasty | 2.0 | 1.0 | 0.69 |
| Any event | 5.9 | 7.9 | 0.41 |
| Late events (15–240 days) | | | |
| Death | 1.5 | 0 | 0.25 |
| Myocardial infarction/Q wave | 1.5/1.0 | 2.0/0.5 | 0.72/1.0 |
| Coronary bypass surgery | 2.4 | 4.5 | 0.26 |
| Repeated angioplasty | 9.8 | 11.4 | 0.59 |
| Target-vessel revascularization | 10.2 | 15.4 | 0.06 |
| Any event | 15.1 | 15.8 | 0.84 |
| All events (0–240 days) | | | |
| Death | 1.5 | 1.5 | 0.99 |
| Myocardial infarction/Q wave | 6.3/3.4 | 6.9/3.5 | 0.81/0.98 |
| Coronary bypass surgery | 4.9 | 8.4 | 0.15 |
| Repeated angioplasty | 11.2 | 12.4 | 0.72 |
| Any event | 19.5 | 23.8 | 0.16 |
| Bleeding and vascular complications | | | |
| Cerebrovascular accident | 1.0 | 0.5 | 1.0 |
| Surgical vascular repair | 3.9 | 2.0 | 0.25 |
| Bleeding requiring transfusion | 4.9 | 2.5 | 0.11 |
| Any event | 7.3 | 4.0 | 0.14 |

*After the patient left the catheterization laboratory.

ment as a bailout procedure (1 of the 14 subsequently required emergency bypass surgery) and 1 to directional atherectomy.

Procedural and early clinical outcomes are shown in Table 2. According to the quantitative analysis, there was angiographic evidence of procedural success in 204 of the 205 patients (99.5 percent) randomly assigned to undergo stent placement and in 187 of the 202 patients (92.6 percent) randomly assigned to undergo angioplasty (P<0.001). The clinical success rates were 96.1 percent and 89.6 percent, respectively (P = 0.011).

Abrupt vessel closure occurred in 10 patients after they had left the catheterization laboratory: 7 in the stent group and 3 in the angioplasty group (3.4 and 1.5 percent, respectively; P = 0.34). In the three patients in the angioplasty group, the closure occurred after the stent had been placed as a bailout measure. Abrupt closure occurred an average of 6 days (range, 2 to 14) after the procedure, and in 6 of the 10 patients, it occurred after hospital discharge. All the patients with abrupt closures had major cardiac events (two died and eight had nonfatal myocardial infarctions). The proportions of patients with any major cardiac event (death, myocardial infarction, coronary bypass surgery, or repeated angioplasty within 14 days after the procedure) were 5.9 percent in the stent group and 7.9 percent in the angioplasty group

(Table 2). Bleeding and vascular complications occurred more commonly in the stent group than in the angioplasty group (7.3 percent vs. 4.0 percent, P = 0.14). The hospital stay after the procedure was longer in the stent group (5.8 days vs. 2.8 days, P<0.001).

### Angiographic Results

Angiography was repeated at six months in 336 of the 383 patients (88 percent) eligible for follow-up. Angiography was not repeated in 28 patients in the stent group because of refusal (15 patients) or ineligibility due to stent thrombosis (7), death (3), early coronary bypass surgery (2), or inability to perform the study procedures (1). In the angioplasty group, 43 patients did not have follow-up angiography because of refusal (32) or ineligibility due to early coronary bypass surgery (7), abrupt vessel closure (3), or death (1). The rate of restenosis was 31.6 percent (56 of 177 patients) in the stent group and 42.1 percent (67 of 159) in the angioplasty group (P = 0.046). The rates of restenosis among the patients who received their assigned therapy were 30.0 percent in the stent group and 43.0 percent in the angioplasty group (P = 0.016).

The luminal dimensions at base line, immediately after the procedure, and at follow-up are shown in Table 3. At base line, there was no difference in the reference diameter or the severity of stenosis between the two groups. After the procedure, a larger immediate gain in the luminal diameter was achieved in the patients who underwent stent placement than in those who underwent angioplasty, resulting in a larger mean (±SD) diameter in the stent group (2.49±0.43 vs. 1.99±0.47 mm, P<0.001). At follow-up, the stent group had a larger mean reduction in the luminal diameter (0.74±0.58 vs. 0.38±0.66 mm, P<0.001) but a larger net gain, resulting in a larger luminal diameter at follow-up (1.74±0.60 vs. 1.56±0.65 mm, P = 0.007). These data are shown in Figure 1. A stepwise linear regression analysis showed that the luminal diameter immediately after the procedure was the most important predictor of the luminal diameter at six months (b = 0.41, P<0.001), irrespective of the procedure used. Additional important determinants included a larger reference diameter (b = 0.31, P<0.001) and location of the lesion in a vessel other than the left anterior descending coronary artery (b = 0.14, P = 0.029).

### Late Clinical Follow-up

Data on late cardiac events and all events are shown in Table 2. Clinical follow-up data were available for 406 of the 407 patients. Although the numbers of patients who died or had myocardial infarctions were comparable in the two groups, fewer patients in the stent group underwent revascularization of the target lesion (10.2 percent vs. 15.4 percent, P = 0.06) (Fig. 2). Event-free survival was 80.5 percent in the stent

group, as compared with 76.2 percent in the angioplasty group (P = 0.16) (Fig. 3). Among the patients eligible for follow-up, a larger proportion of those in the stent group remained free of angina (78.9 percent vs. 71.1 percent, P = 0.076).

### Discussion

In this trial, we compared stent placement with balloon angioplasty for the treatment of new focal coronary stenoses in larger vessels; we found a reduc-

**Table 3. Angiographic Results in the Stent and Angioplasty Groups.***

| Variable | Stent Group (N = 205) | Angioplasty Group (N = 202) | P Value |
|---|---|---|---|
| **Before the procedure** | | | |
| Reference vessel (mm) | 3.03±0.42 | 2.99±0.50 | 0.30 |
| Minimal luminal diameter (mm) | 0.77±0.27 | 0.75±0.25 | 0.48 |
| Stenosis (% of luminal diameter) | 75±9 | 75±8 | 0.81 |
| **After the procedure** | | | |
| Reference vessel (mm) | 3.05±0.40 | 2.99±0.46 | 0.15 |
| Minimal luminal diameter (mm) | 2.49±0.43 | 1.99±0.47 | <0.001 |
| Stenosis (% of luminal diameter) | 19±11 | 35±14 | <0.001 |
| Elastic recoil (%) | 15±11 | 24±15 | <0.001 |
| Dissection (% of patients) | 7 | 25 | <0.001 |
| **At follow-up** | | | |
| Reference vessel (mm) | 3.00±0.41 | 2.98±0.49 | 0.74 |
| Minimal luminal diameter (mm) | 1.74±0.60 | 1.56±0.65 | 0.007 |
| Stenosis (% of luminal diameter) | 42±18 | 49±19 | 0.001 |
| Restenosis (% of patients) | 31.6 | 42.1 | 0.046 |
| **Change in minimal luminal diameter** | | | |
| Immediate gain (mm) | 1.72±0.46 | 1.23±0.48 | <0.001 |
| Late loss (mm) | 0.74±0.58 | 0.38±0.66 | <0.001 |
| Net gain (mm) | 0.98±0.62 | 0.80±0.63 | 0.01 |

*Plus–minus values are means ±SD. Immediate gain refers to the minimal luminal diameter immediately after the procedure minus the diameter before the procedure. Late loss refers to the minimal luminal diameter immediately after the procedure minus the diameter at follow-up. Net gain refers to the minimal luminal diameter at follow-up minus the diameter before the procedure.



**Figure 1.** Minimal Diameter of the Lumen at Base Line, Immediately after Stent Placement or Angioplasty, and at Follow-up.

There was no difference in base-line values between the stent and angioplasty groups. Immediately after the procedure, the patients in the stent group had a larger minimal luminal diameter than those in the angioplasty group. Six months later, both groups had reduced values, and a significant difference in diameter persisted between the two groups.

tion in the rate of angiographic restenosis at six months with the stenting procedure. This reduction was associated with a reduction in the need for repeat revascularization due to ischemia-associated restenosis.

Our findings contrast with those of previous investigations that examined the efficacy of pharmacologic agents in preventing restenosis.[17-24] Of the newer interventional procedures, only directional atherectomy has been subjected to careful prospective, randomized studies to assess its efficacy in reducing restenosis, as compared with the efficacy of angioplasty.[7,8] Those studies showed either no benefit of atherectomy or a minimal reduction in restenosis with more frequent major complications.

Like the Coronary Angioplasty versus Excisional Atherectomy Trial (CAVEAT),[7] our study shows that the most important determinant of the luminal diameter at six months was the luminal diameter achieved immediately after the procedure. It seems plausible that the reduction in restenosis in our stent group was due to the significantly larger luminal diameter obtained immediately after placement of the stent, as compared with the luminal diameter immediately after angioplasty. The residual stenosis in the stent group (19 percent) was roughly half that in the angioplasty group (35 percent) and 10 percentage points less than the residual stenosis in patients undergoing directional atherectomy.[7] Although the larger immediate gain in luminal diameter was offset by a larger subsequent loss, the net gain remained larger in the patients in the stent group (Fig. 1). Multivariate analysis showed that the luminal diameter immediately after the procedure was the most powerful predictor of the luminal diameter at follow-up, regardless of whether stenting or balloon angioplasty achieved this result. Therefore, it was not the specific technique used, but rather its efficacy in achieving a larger lu-



**Figure 2. Kaplan–Meier Curves for Revascularization of the Target Lesion.**

Fewer patients in the stent group than in the angioplasty group required revascularization of the target lesion because of ischemia.



**Figure 3. Kaplan–Meier Survival Curves for Major Cardiac Events (Death, Myocardial Infarction, Coronary-Artery Bypass Surgery, and Repeated Angioplasty).**

minal diameter that was the determining factor, an idea that has been suggested previously.[25] In addition, stenting resulted in a larger diameter with less risk of intimal disruption and elastic recoil, thereby acting as an effective intravascular scaffold. The ability of the stent to serve as a scaffold was further demonstrated in the 14 patients in the angioplasty group (6.9 percent) who were switched to stent placement for treatment of imminent or actual closure after balloon angioplasty had failed. At the inception of this trial, stent placement as a bailout measure, which at the time was not available as a routine procedure, was considered equivalent to emergency coronary-artery bypass surgery. Thirteen of the 14 patients who underwent stent placement as a bailout measure had balloon-induced dissections or luminal compromise associated with chest pain or electrocardiographic changes, suggesting that these patients would have had serious clinical events if stent placement had not been available. Therefore, the availability of stent placement probably decreased the rate of clinical events in the angioplasty group. This study thus represents a comparison of two treatment strategies: elective stent placement and elective balloon angioplasty with stent placement available as a bailout measure.

Several limitations of stent placement need to be emphasized. Stent thrombosis occurred in 3.4 percent of the patients who underwent stent placement as an elective procedure and in 21.4 percent of those in whom stent placement was used as a bailout technique. These thrombotic events occurred 2 to 14 days after placement of the stent, with six instances of thrombosis after discharge, and invariably resulted in major clinical complications. Furthermore, the intense anticoagulation and antiplatelet regimen associated with stent placement resulted in nearly twice the number of hemorrhagic and peripheral vascular complications associated with angioplasty, as well as a prolonged hospital stay.

Although the frequency with which follow-up angiography was performed was relatively high in both

groups, there was a higher rate of angiographic follow-up in the stent group (92 percent vs. 83 percent, $P = 0.008$). This difference, which may bias the rate of restenosis in favor of stent placement, is a limitation of the study.

In conclusion, elective stent placement, as compared with angioplasty, has a higher clinical success rate and reduces the incidence of restenosis and the need for subsequent revascularization of the treated lesion. The reduction in restenosis is not associated with an increase in major cardiac events, despite the limitations imposed by stent thrombosis and hemorrhagic complications. The use of antithrombotic stent coatings, improved techniques to optimize expansion of the stent during implantation, and compression and closure devices at the site of arteriotomy may address these limitations. If they are effectively overcome, implantation of the Palmaz–Schatz stent may become the preferred treatment in selected patients with new lesions in large coronary arteries.

## APPENDIX

The following institutions and investigators participated in the STRESS trial: Arizona Heart Institute, Phoenix (E. Davis, W. Catran, and K. Waters); Beth Israel Hospital, Boston (D.J. Diver, J. Carrozza, and C. Senerchia); Centro Cuore Columbus, Milan, Italy (Y. Almagor and M. Bernati); Cleveland Clinic Foundation, Cleveland (P. Whitlow); Florida Heart Hospital, Orlando (C. Curry, C.B. Saenz, W.H. Willis, Jr., R.J. Ivanhoe, and N. Granger); Hospital of the University of Pennsylvania, Philadelphia (H. Herman, D. Kolansky, W. Laskey, and D. DiAngelo); Johns Hopkins Hospital, Baltimore (V. Coombs); Lenox Hill Hospital, New York (E.M. Kreps, J. Strain, N. Cohen, J. Higgins, and C. Undemir); Scripps Clinic and Research Foundation, San Diego, Calif. (N. Morris and M. Dowling); St. Luke's Hospital, Houston (M. Harlan and B. Lambert); Thomas Jefferson University Hospital, Philadelphia (A. Zalewski, P. Walinsky, and D. Porter); Toronto General Hospital, Toronto (L. Lazzam, C. Lazzam, and P. Slaughter); University of Texas at San Antonio, San Antonio (J.P. Hennecken, S. Kiesz, and A. Briscoe); Vancouver General Hospital, Vancouver, B.C. (C.E. Buller and A. McCarthy); Victoria General Hospital, Halifax, N.S. (B. O'Neil, C.J. Foster, C.M. Peck, K.A. Foshay, and N.L. Fitzgerald); Victoria Hospital, London, Ont. (N. Murray-Parson and L. Marziali); Washington Cardiology Center, Washington, D.C. (K. Donovan); Yale University, New Haven, Conn. (H.S. Cabin and R.E. Rosen); *Data Coordinating Center:* Department of Epidemiology, University of Pittsburgh, Pittsburgh (K. Detre, V. Niedermeyer, L. Kennard, and L. Vetri); *Core Angiographic Laboratory:* Thomas Jefferson University Hospital, Philadelphia (R. Rake, S. Gebhardt, D.L. Fischman, M.P. Savage, and S. Goldberg); *Steering Committee:* D.S. Baim, S. Goldberg, M.B. Leon, I. Penn, and R.A. Schatz.

## REFERENCES

1. Holmes DR Jr, Vlietstra RE, Smith HC, et al. Restenosis after percutaneous transluminal coronary angioplasty (PTCA): a report from the PTCA Registry of the National Heart, Lung, and Blood Institute. Am J Cardiol 1984;53:77C-81C.

2. Gruentzig AR, King SB III, Schlumpf M, Siegenthaler W. Long-term follow-up after percutaneous transluminal coronary angioplasty: the early Zurich experience. N Engl J Med 1987;316:1127-32.

3. Nobuyoshi M, Kimura T, Nosaka H, et al. Restenosis after successful percutaneous transluminal coronary angioplasty: serial angiographic follow-up of 229 patients. J Am Coll Cardiol 1988;12:616-23.

4. Hirshfeld JW Jr, Schwartz JS, Jugo R, et al. Restenosis after coronary angioplasty: a multivariate statistical model to relate lesion and procedure variables to restenosis. J Am Coll Cardiol 1991;18:647-56.

5. Waller BF. "Crackers, breakers, stretchers, drillers, scrapers, shavers, burners, welders and melters" — the future treatment of atherosclerotic coronary artery disease? A clinical-morphologic assessment. J Am Coll Cardiol 1989;13:969-87.

6. Bittl JA, Sanborn TA, Tcheng JE, Siegel RM, Ellis SG. Clinical success, complications and restenosis rates with excimer laser coronary angioplasty. Am J Cardiol 1992;70:1533-9.

7. Topol EJ, Leya F, Pinkerton CA, et al. A comparison of directional atherectomy with coronary angioplasty in patients with coronary artery disease. N Engl J Med 1993;329:221-7.

8. Adelman AG, Cohen EA, Kimball BP, et al. A comparison of directional atherectomy with balloon angioplasty for lesions of the left anterior descending coronary artery. N Engl J Med 1993;329:228-33.

9. Safian RD, Niazi KA, Strzelecki M, et al. Detailed angiographic analysis of high-speed mechanical rotational atherectomy in human coronary arteries. Circulation 1993;88:961-8.

10. Ellis SG, Savage M, Fischman D, et al. Restenosis after placement of Palmaz-Schatz stents in native coronary arteries: initial results of a multicenter experience. Circulation 1992;86:1836-44.

11. Savage M, Fischman D, Leon M, et al. Long-term angiographic and clinical outcome after implantation of balloon-expandable stents in the native coronary circulation. J Am Coll Cardiol (in press).

12. Schatz RA, Baim DS, Leon M, et al. Clinical experience with the Palmaz-Schatz coronary stent: initial results of a multicenter study. Circulation 1991;83:148-61.

13. Fischman DL, Savage MP, Ellis S, et al. The Palmaz-Schatz stent. In: Reiber JHC, Serruys PW, eds. Advances in quantitative coronary arteriography. Vol. 137 of Developments in cardiovascular medicine. Dordrecht, the Netherlands: Kluwer Academic, 1993:553-66.

14. Mancini GBJ, Simon SB, McGillem MJ, LeFree MT, Friedman HZ, Vogel RA. Automated quantitative coronary arteriography: morphologic and physiologic validation in vivo of a rapid digital angiographic method. Circulation 1987;75:452-60. [Erratum, Circulation 1987;75:1199.]

15. Fischman DL, Savage MP, Leon MB, et al. Effect of intracoronary stenting on intimal dissection after balloon angioplasty: results of quantitative and qualitative coronary analysis. J Am Coll Cardiol 1991;18:1445-51.

16. Kalbfleisch JD, Prentice RL. The statistical analysis of failure time data. New York: John Wiley, 1980.

17. Pepine CJ, Hirshfeld JW, Macdonald RG, et al. A controlled trial of corticosteroids to prevent restenosis after coronary angioplasty. Circulation 1990;81:1753-61.

18. Thornton MA, Gruentzig AR, Hollman J, King SB III, Douglas JS. Coumadin and aspirin in prevention of recurrence after transluminal coronary angioplasty: a randomized study. Circulation 1984;69:721-7.

19. Schwartz L, Bourassa MG, Lespérance J, et al. Aspirin and dipyridamole in the prevention of restenosis after percutaneous transluminal coronary angioplasty. N Engl J Med 1988;318:1714-9.

20. Ellis SG, Roubin GS, Wilentz J, Douglas JS Jr, King SB III. Effect of 18- to 24-hour heparin administration for prevention of restenosis after uncomplicated coronary angioplasty. Am Heart J 1989;117:777-82.

21. Dehmer GJ, Popma JJ, van den Berg EK, et al. Reduction in the rate of early restenosis after coronary angioplasty by a diet supplemented with n-3 fatty acids. N Engl J Med 1988;319:733-40.

22. Reis GJ, Boucher TM, Sipperly ME, et al. Randomised trial of fish oil for prevention of restenosis after coronary angioplasty. Lancet 1989;2:177-81.

23. Whitworth HB, Roubin GS, Hollman J, et al. Effect of nifedipine on recurrent stenosis after percutaneous transluminal coronary angioplasty. J Am Coll Cardiol 1986;8:1271-6.

24. Corcos T, David PR, Val PG, et al. Failure of diltiazem to prevent restenosis after percutaneous transluminal coronary angioplasty. Am Heart J 1985;109:926-31.

25. Kuntz RE, Gibson CM, Nobuyoshi M, Baim DS. Generalized model of restenosis after conventional balloon angioplasty, stenting and directional atherectomy. J Am Coll Cardiol 1993;21:15-25.