# EXHIBIT 30



US006120536A

# United States Patent [19]

**Ding et al.**

[11] **Patent Number: 6,120,536**

[45] **Date of Patent: *Sep. 19, 2000**

[54] **MEDICAL DEVICES WITH LONG TERM NON-THROMBOGENIC COATINGS**

[75] Inventors: **Ni Ding**, Plymouth, Minn.; **Michael N. Helmus**, Long Beach, Calif.

[73] Assignee: **Schneider (USA) Inc.**, Minneapolis, Minn.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **08/663,518**

[22] Filed: **Jun. 13, 1996**

**Related U.S. Application Data**

[63] Continuation-in-part of application No. 08/526,273, Sep. 11, 1995, abandoned, and a continuation-in-part of application No. 08/424,884, Apr. 19, 1995, abandoned.

[51] **Int. Cl.**[7] ........ **A61F 2/06**

[52] **U.S. Cl.** ........ **623/1.43**; 623/1.18; 623/1.46; 424/424; 427/2.21; 427/2.24

[58] **Field of Search** ........ 623/1, 11, 12, 623/1.15, 1.18, 1.42, 1.43, 1.44, 1.45, 1.46; 606/191, 194, 195; 604/890.1, 891.1; 424/422, 423, 424; 427/2.1, 2.12, 2.24, 2.21

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,932,627 | 1/1976 | Margraf . | |
| 4,292,965 | 10/1981 | Nash et al. | 128/260 |
| 4,613,665 | 9/1986 | Larm . | |
| 4,655,771 | 4/1987 | Wallsten . | |
| 4,872,867 | 10/1989 | Joh | 604/269 |
| 4,886,062 | 12/1989 | Wiktor . | |
| 4,916,193 | 4/1990 | Tang et al. . | |
| 4,954,126 | 9/1990 | Wallsten . | |
| 4,994,071 | 2/1991 | McGregor . | |
| 5,053,048 | 10/1991 | Pinchuk | 623/1 |
| 5,061,275 | 10/1991 | Wallsten et al. . | |
| 5,092,877 | 3/1992 | Pinchuk . | |
| 5,163,952 | 11/1992 | Froix . | |
| 5,180,366 | 1/1993 | Woods . | |
| 5,182,317 | 1/1993 | Winters et al. . | |
| 5,185,408 | 2/1993 | Tang et al. . | |
| 5,226,913 | 7/1993 | Pinchuk . | |
| 5,258,020 | 11/1993 | Froix . | |
| 5,262,451 | 11/1993 | Winters et al. . | |
| 5,292,802 | 3/1994 | Rhee et al. . | |
| 5,304,121 | 4/1994 | Sahatjian . | |
| 5,308,889 | 5/1994 | Rhee et al. . | |
| 5,338,770 | 8/1994 | Winters et al. . | |
| 5,342,348 | 8/1994 | Kaplan . | |
| 5,356,433 | 10/1994 | Rowland et al. . | |
| 5,380,299 | 1/1995 | Fearnot et al. | 623/1 |
| 5,415,619 | 5/1995 | Lee et al. . | |
| 5,419,760 | 5/1995 | Narciso, Jr. . | |
| 5,429,618 | 7/1995 | Keogh . | |
| 5,447,724 | 9/1995 | Helmus et al. . | |
| 5,449,382 | 9/1995 | Dayton . | |
| 5,464,650 | 11/1995 | Berg et al. . | |
| 5,500,013 | 3/1996 | Buscemi et al. | 623/1 |
| 5,545,208 | 8/1996 | Wolff et al. | 623/1 |
| 5,551,954 | 9/1996 | Buscemi et al. | 623/1 |
| 5,578,075 | 11/1996 | Dayton | 623/1 |
| 5,605,696 | 2/1997 | Eury et al. | 623/1 |
| 5,624,411 | 4/1997 | Tuch . | |
| 5,637,113 | 6/1997 | Tartaglia et al. | 623/1 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 604 022 A1 | 6/1994 | European Pat. Off. . | |
| 0621015 | 10/1994 | European Pat. Off. | 623/1 |
| 0623354 | 11/1994 | European Pat. Off. . | |
| 0 716 836 A1 | 6/1996 | European Pat. Off. . | |
| 0 734721 A2 | 10/1996 | European Pat. Off. . | |
| WO 91/12779 | 9/1991 | WIPO . | |
| WO 92/15286 | 9/1992 | WIPO . | |
| 9401056 | 1/1994 | WIPO | 623/1 |
| WO 94/21308 | 9/1994 | WIPO . | |
| WO 94/21309 | 9/1994 | WIPO . | |
| 9424961 | 10/1994 | WIPO | 623/1 |
| PCT/IB 96/00272 | 6/1996 | WIPO . | |

OTHER PUBLICATIONS

Mansoor Amiji and Kinam Park, "Surface Modification of Polymeric Biomaterials with Poly(Ethylene Oxide), Albumin, and Heparin for Reduced Thrombogenicity", Purdue University, School of Pharmacy, West Lafayette, IN, 47907.

Bergstrom, Reduction of fibrinogen adsorption on PEG–coated polystyrene surfaces, 1992, pp. 779–790, Baxter Healthcare Corp. Duraflo Biocompatible Treatment.

Michael N. Helmus, "Medical Device Design—A Systems Approach: Central Venous Catheters", (1990).

Polysciences Inc., TDMAC–Heparin Coatings, Nov. 1988, Data Sheet #172.

Barbucci, et al., Coating of Commercially available materials with a new heparinizable material, 1991, pp. 1259–1274.

Michael N. Helmus, Grant Application–Ionic–Hydrophilic Density: Platelet/Monocyte Adherence 12/81, 12/84, pp. 13, 14, 26–31.

(List continued on next page.)

*Primary Examiner*—Mickey Yu
*Assistant Examiner*—Tram A. Nguyen

[57] **ABSTRACT**

A coating and method for implantable open lattice metallic stent prostheses are disclosed. The coating includes a relatively thin layer of biostable elastomeric material containing an amount of biologically active material, particularly heparin, dispersed in the coating in combination with a non-thrombogenic surface. In one embodiment, the surface is provided with sites of high electronegativity species by coating with fluorosilicone which aid in controlling elution, particularly the initial release rate, and reduced thrombogenic activity. Other non-thrombogenic outer layers for heparin such as covalently bound polyethylene glycol (PEG) are also disclosed.

**12 Claims, 8 Drawing Sheets**

OTHER PUBLICATIONS

Dennis E. Chenoweth, Complement Activation in Extracorporeal Circuits, pp. 306–329.

Jeffrey A. Hubbell, Ph.D., Jul.–Sep. 1993 Pharmacologic Modification of Materials, 1215–1275.

Glenn P. Gravlee, MD, Heparin–Coated Cardiopulmonary Bypass Circuits, Journal of Cardiothoracic and Vascular Anesthesia, vol. 8, No. 2, Apr. 1994, pp. 213–222.

K. Isihara, H. Hanyuda, and N. Nakabayashi, Synthesis of phospholipid polymers having a urethane bond . . . , Biomaterials, 1995, pp. 873–879.

J. Sanchez, G. Elgue, J. Riesenfeld and P. Olsson, Control of Contact activation on end–point immobilized heparin, The role of antithrombin and the specific antithrombin–binding sequence, 1995, pp. 655–661, Journal of Biomedical Materials Research.

Cardiology Conference European Society of Cardiology Conference Clinica, Sep. 4, 1995, pp. 24–26.

Baxter Healthcare Corp. Duraflo Biocompatible Treatment.

Ludwig k. von Segesser, MD., "Heparin–Bonded Surfaces in Extracorporeal Membrane Oxygenation for Cardiac Support", The Society of Thoracic Surgeons, (1996).

Li–Chien Hsu, "Principles of Heparin–Coating Techniques", Perfusion 6: 209–219 (1991).

J.M. Toomasian et al., "Evaluation of Duraflo II Heparin Coating in Prolonged Extracorporeal Membrane Oxygenation", ASAIO Trans 34: 410–14 (1988).

S.D. Tong et al., "Non–Thrombogenic Hemofiltration System for Acute Renal Failure Treatment", ASAIO Trans. 38: M702–M706 (1992).



Figure 1
10
PREPARE SUSPENSION/ SOLUTION
12
ADD CROSSLINKER
14
HOMOGENIZE/ STIR
16
TRANSFER TO APPLICATION DEVICE
18
APPLY UNDER-LAYER
20
APPLY TOP LAYER
30
PREPARE FLUOROSILICONE (FSI) SPRAY
22
CURE
24
AR PLASMA POST-TREATMENT
32
FSI TREATMENT & CURE
40
$NH_3$ PLASMA
42
IMMOBILIZATION OF POLYETHYLENE GLYCOL (PEG)
26
GAMMA STERILIZATION



U.S. Patent Sep. 19, 2000 Sheet 2 of 8 6,120,536

Figure 2. Release profile for multilayer system
% Heparin Release
80
70
60
50
40
30
20
10
0
0
2
4
6
8
10
12
14
Days

× Tie Layer = 37.5% Hep coating, top layer = silicone

■ Tie Layer = 37.5% Hep coating, top layer = 16.7% Hep coating

+ Single Layer = 37.5% Hep coating

A330

CRDS00861261



U.S. Patent Sep. 19, 2000 Sheet 3 of 8 6,120,536

Figure 3. Release profile for multilayer system
Release Rate (ug/cm2/hr)
120
100
80
60
40
20
0
0
2
4
6
8
10
12
14
Days

+ Tie Layer = 37.5% Hep coating, top layer = silicone

■ Tie Layer = 37.5% Hep coating, top layer = 16.7% Hep coating

A331

CRDS00861262



U.S. Patent Sep. 19, 2000 Sheet 4 of 8 6,120,536

Figure 4. Release kinetics for different drug loading at the similar coating thickness
90
80
70
60
50
40
30
20
% Release Rate
0
2
4
6
8
10
12
14
Days
37.5% Hep
41.2% Hep
54.6% Hep

A332

CRDS00861263



U.S. Patent Sep. 19, 2000 Sheet 5 of 8 6,120,536

Figure 5. Drug elution kinetics at different coating thickness (A ~ 10-15um). Drug loading = 41.1%
Release Rate (ug/cm2/hr)
Days
A
2A
3A
70
60
50
40
30
20
10
0
0
2
4
6
8
10
12
14

A333

CRDS00861264

**Figure 6. 37.5% Hep in tie-coat with the same tie-coat thickness and 16.7% Hep in top-coat**



Figure 7. W or w/o fluorosilicone (FSI) top coat
Note: release rate for the coating w/o FSI is 25 times higher than w/FSI at the first two hrs (not plotted)
w FSI top layer
w/o FSI top layer
Release Rate (ug/cm2/hr)
Time, days
0
2
4
6
8
10
12
14
16
18
20

U.S. Patent Sep. 19, 2000 Sheet 8 of 8 6,120,536

**Figure 8. Comparison of fluorosilicone (FSI) top coat w or w/o heparin. The thickness of the tie coat (37.5%) heparin is about 40 micron.**

FSI top layer
16.7% heparin in FSI top layer
Release Rate (ug/cm2/hr)
100
90
80
70
60
50
40
30
20
10
0
0
2
4
6
8
10
12
14
Time, days

A336

CRDS00861267

# MEDICAL DEVICES WITH LONG TERM NON-THROMBOGENIC COATINGS

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a Continuation-In-Part of application Ser. No. 08/526,273, filed Sep. 11, 1995, now abandoned, and a Continuation-In-Part of application Ser. No. 08/424,884, filed Apr. 19, 1995, now abandoned, all portions of the parent applications not contained in this application being deemed incorporated by reference for any purpose. Cross-reference is also made to Ser. No. 08/663,490, entitled "DRUG RELEASE STENT COATING PROCESS, filed of even date, of common inventorship and assignee, now U.S. Pat. No. 5,837,313 and also a Continuation-In-Part of both above-referenced applications. To the extent that it is not contained herein, that application is also deemed incorporated herein by reference for any purpose.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to providing biostable elastomeric coatings on the surfaces of implants which incorporate biologically active species having controlled release characteristics in the coating particularly to providing a non-thrombogenic surface during and after timed release of the biologically active species. The invention is particularly described in terms of coatings on therapeutic expandable stent prostheses for implantation in body lumens, e.g., vascular implantation.

2. Related Art

In surgical or other related invasive procedures, the insertion and expansion of stent devices in blood vessels, urinary tracts or other locations difficult to otherwise access for the purpose of preventing restenosis, providing vessel or lumen wall support or reinforcement and for other therapeutic or restorative functions has become a common form of long-term treatment. Typically, such prostheses are applied to a location of interest utilizing a vascular catheter, or similar transluminal device, to carry the stent to the location of interest where it is thereafter released to expand or be expanded in situ. These devices are generally designed as permanent implants which may become incorporated in the vascular or other tissue which they contact at implantation.

One type of self-expanding stent has a flexible tubular body formed of several individual flexible thread elements each of which extends in a helix configuration with the centerline of the body serving as a common axis. The elements are wound in the same direction but are displaced axially relative to each other and meet, under crossing, a like number of elements also so axially displaced, but having the opposite direction of winding. This configuration provides a resilient braided tubular structure which assumes stable dimensions upon relaxation. Axial tension produces elongation and corresponding diameter contraction that allows the stent to be mounted on a catheter device and conveyed through the vascular system as a narrow elongated device. Once tension is relaxed in situ, the device at least substantially reverts to its original shape. Prostheses of the class including a braided flexible tubular body are illustrated and described in U.S. Pat. Nos. 4,655,771 and 4,954,126 to Wallsten and U.S. Pat. No. 5,061,275 to Wallsten et al.

Implanted stents have been used to carry medicinal agents, such as thrombolytic agents. U.S. Pat. No. 5,163,952

to Froix discloses a thermal memoried expanding plastic stent device formulated to carry a medicinal agent in the material of the stent itself. Pinchuk, in U.S. Pat. No. 5,092,877, discloses a stent of a polymeric material which may have a coating associated with the delivery of drugs. Other patents which are directed to devices of the class utilizing bio-degradable or bio-sorbable polymers include Tang et al, U.S. Pat. No. 4,916,193, and MacGregor, U.S. Pat. No. 4,994,071.

A patent to Sahatjian, U.S. Pat. No. 5,304,121, discloses a coating applied to a stent consisting of a hydrogel polymer and a preselected drug such as cell growth inhibitors or heparin. A further method of making a coated intravascular stent carrying a therapeutic material is described in Berg et al., U.S. Pat. No. 5,464,650, issued on Nov. 7, 1995 and corresponding to European Patent Application No. 0 623 354 A1 published Nov. 9, 1994. In that disclosure, a polymer coating material is dissolved in a solvent and the therapeutic material dispersed in the solvent; the solvent evaporated after application.

An article by Michael N. Helmus (a co-inventor of the present invention) entitled "Medical Device Design—A Systems Approach: Central Venous Catheters", 22nd International Society for the Advancement of Material and Process Engineering Technical Conference (1990) relates to polymer/drug/membrane systems for releasing heparin. Those polymer/drug/membrane systems require two distinct types of layers to function.

It has been recognized that contacting blood with the surface of a foreign body in vivo has a tendency to induce thrombogenic responses and that as the surface area of a foreign device in contact with host blood increases, the tendency for coagulation and clot forming at these surfaces also increases. This has led to the use of immobilized systemic anti-coagulant or thrombolytic agents such as heparin on blood contacting surfaces such as oxygen uptake devices to reduce this phenomenon. Such an approach is described by Winters, et al., in U.S. Pat. Nos. 5,182,317; 5,262,451 and 5,338,770 in which the amine functional groups of the active material are covalently bonded using polyethylene oxide (PEO) on a siloxane surface.

Another approach is described in U.S. Pat. No. 4,613,665 to Larm in which heparin is chemically covalently bound to plastic surface materials containing primary amino groups to impart a non-thrombogenic surface to the material. Other approaches for bonding heparin are described in Barbucci, et al., "Coating of commercially available materials with a new heparinizable material", *Journal of Biomedical Materials Research*, Vol 25, 1259–1274 (1991); Hubbell, J. A., "Pharmacologic Modification of Materials", *Cardiovascular Pathology*, Vol 2, No 3(Suppl.), 121S–127S (1993); Gravlee, G. P., "Heparin-Coated Cardiopulmonary Bypass Circuits", *Journal of Cardiothoracic and Vascular Anesthesia*, Vol 8, No 2, pp 213–222 (1994).

Although polymeric stents are effective, they, may have mechanical properties that are inferior to those of metal stents of like thickness and weave. Metallic vascular stents braided of even relatively fine metal can provide a large amount of strength to resist inwardly directed circumferential pressure. A polymer material of comparable strength requires a much thicker-walled structure or heavier, denser filament weave, which in turn, reduces the cross-sectional area available for flow through the stent and/or reduces the relative amount of open space in the weave. Also, it is usually more difficult to load and deliver polymeric stents using catheter delivery systems.

While certain types of stents such as braided metal stents may be preferred for some applications, the coating and coating modification process of the present invention is not so limited and can be used on a wide variety of prosthetic devices. Thus, in the case of stents, the present invention also applies, for example, to the class of stents that are not self-expanding including those which can be expanded, for instance, with a balloon; and is applicable to polymeric stents of all kinds. Other medical devices that can benefit from the present invention include blood exchanging devices, vascular access ports, central venus catheters, cardiovascular catheters, extracorpeal circuits, vascular grafts, pumps, heart valves, and cardiovascular sutures, to name a few. Regardless of detailed embodiments, applicability of the invention should not be considered limited with respect to implant design, implant location or materials of construction. Further, the present invention may be used with other types of implantable prostheses.

Accordingly, it is a primary object of the present invention to provide a coating and process for coating a stent to be used as a deployed stent prostheses, the coating being capable of effective controlled long-term delivery of biologically active materials.

Another object of the invention is to provide a coating and process for coating a stent prostheses using a biostable hydrophobic elastomer in which biologically active species are incorporated within a coating.

Still another object of the present invention is to provide a multi-layer coating and process for the delivery of biologically active species in which the percentage of active material can vary from layer to layer.

Yet another object of the present invention is to provide a multi-layer coating and process for the delivery of biologically active species from a coating with a non-thrombogenic surface.

A further object of the invention is to provide a multi-layer coating for the delivery of biologically active species such as heparin having a fluorosilicone top layer.

A still further object of the invention is to provide a multi-layer coating for the delivery of biologically active species such as heparin having a surface containing immobilized polyethylene glycol (PEG).

Other objects and advantages of the present invention will become apparent to those skilled in the art upon familiarization with the specification and appended claims.

## SUMMARY OF THE INVENTION

The present invention provides a relatively thin layered coating of biostable elastomeric material containing an amount of biologically active material dispersed therein in combination with a non-thrombogenic surface that is useful for coating the surfaces of prostheses such as deployable stents.

The preferred stent to be coated is a self-expanding, open-ended tubular stent prostheses. Although other materials, including polymer materials, can be used, in the preferred embodiment, the tubular body is formed of a self-expanding open braid of fine single or polyfilament metal wire which flexes without collapsing, readily axially deforms to an elongate shape for transluminal insertion via a vascular catheter and resiliently expands toward predetermined stable dimensions upon removal in situ.

In the process, the initial coating is preferably applied as a mixture, solution or suspension of polymeric material and finely divided biologically active species dispersed in an organic vehicle or a solution or partial solution of such species in a solvent or vehicle for the polymer and/or biologically active species. For the purpose of this application, the term "finely divided" means any type or size of included material from dissolved molecules through suspensions, colloids and particulate mixtures. The active material is dispersed in a carrier material which may be the polymer, a solvent, or both. The coating is preferably applied as a plurality of relatively thin layers sequentially applied in relatively rapid sequence and is preferably applied with the stent in a radially expanded state.

In many applications the layered coating is referred to or characterized as including an undercoat and topcoat. The coating thickness ratio of the topcoat to undercoat may vary with the desired effect and/or the elution system. Typically these are of different formulations with most or all of the active material being contained in the undercoat and a non-thrombogenic surface is found in the topcoat.

The coating may be applied by dipping or spraying using evaporative solvent materials of relatively high vapor pressure to produce the desired viscosity and quickly establish coating layer thicknesses. The preferred process is predicated on reciprocally spray coating a rotating radially expanded stent employing an air brush device. The coating process enables the material to adherently conform to and cover the entire surface of the filaments of the open structure of the stent but in a manner such that the open lattice nature of the structure of the braid or other pattern is preserved in the coated device.

The coating is exposed to room temperature ventilation for a predetermined time (possibly one hour or more) for solvent vehicle evaporation. In the case of certain undercoat materials, thereafter the polymer material is cured at room temperature or elevated temperatures. Curing is defined as the process of converting the elastomeric or polymeric material into the finished or useful state by the application of heat and/or chemical agents which induce physico-chemical changes. Where, for example, polyurethane thermoplastic elastomers are used as an undercoat material, solvent evaporation can occur at room temperature rendering the undercoat useful for controlled drug release without further curing.

The applicable ventilation time and temperature for cure are determined by the particular polymer involved and particular drugs used. For example, silicone or polysiloxane materials (such as polydimethylsiloxane) have been used successfully. Urethane pre-polymers can also be utilized. Unlike the polyurethane thermoplastic elastomers, some of these materials are applied as pre-polymers in the coating composition and must thereafter be heat cured. The preferred silicone species have relatively low cure temperatures and are known as a room temperature vulcanizable (RTV) materials. Some polydimethylsiloxane materials can be cured, for example, by exposure to air at about 90° C. for a period of time such as 16 hours. A curing step may be implemented both after application of the undercoat or a certain number of lower layers and the top layers or a single curing step used after coating is completed.

The coated stents may thereafter be subjected to a post-cure process which includes an inert gas plasma treatment, and sterilization which may include gamma radiation, ETO treatment, electron beam or steam treatment.

In the plasma treatment, unconstrained coated stents are placed in a reactor chamber and the system is purged with nitrogen and a vacuum applied to 20–50 mTorr. Thereafter, inert gas (argon, helium or mixture of them) is admitted to

the reaction chamber for the plasma treatment. One method uses argon (Ar) gas, operating at a power range from 200 to 400 watts, a flow rate of 150–650 standard ml per minute, which is equivalent to about 100–450 mTorr, and an exposure time from 30 seconds to about 5 minutes. The stents can be removed immediately after the plasma treatment or remain in the argon atmosphere for an additional period of time, typically five minutes.

In accordance with the invention, the top coat or surface coating may be applied in any of several ways to further control thrombolitic effects and optionally, control the release profile especially the initial very high release rate associated with the elution of heparin.

In one embodiment, an outer layer of fluorosilicone (FSi) is applied to the undercoat as a topcoat. The outer layer can also contain heparin. In another embodiment, polyethylene glycol (PEG) is immobilized on the surface of the coating. In this process, the underlayer is subjected to inert gas plasma treatment and immediately thereafter is treated by ammonia ($NH_3$) plasma to aminate the surface. Amination, as used in this application, means creating mostly imino groups and other nitro containing species on the surface. This is followed by immediate immersion into electrophillically activated polyethylene glycol(PEG) solution with a reductive agent, i.e., sodium cyanoborohydride.

The coated and cured stents having the modified outer layer or surface are subjected to a final gamma radiation sterilization nominally at 2.5–3.5 Mrad. Argon (Ar) plasma treated stents enjoy full resiliency after radiation whether exposed in a constrained or non-constrained status, while constrained stents subjected to gamma sterilization without Ar plasma pretreatment lose resiliency and do not recover at a sufficient or appropriate rate.

The elastomeric materials that form the stent coating underlayers should possess certain properties. Preferably the layers should be of suitable hydrophobic biostable elastomeric materials which do not degrade. Surface layer material should minimize tissue rejection and tissue inflammation and permit encapsulation by tissue adjacent the stent implantation site. Exposed material is designed to reduce clotting tendencies in blood contacted and the surface is preferably modified accordingly. Thus, underlayers of the above materials are preferably provided with a fluorosilicone outer coating layer which may or may not contain imbedded bioactive material, such as heparin. Alternatively, the outer coating may consist essentially of polyethylene glycol (PEG), polysaccharides, phospholipids, or combinations of the foregoing.

Polymers generally suitable for the undercoats or underlayers include silicones (e.g., polysiloxanes and substituted polysiloxanes), polyurethanes, thermoplastic elastomers in general, ethylene vinyl acetate copolymers, polyolefin elastomers, polyamide elastomers, and EPDM rubbers. The above-referenced materials are considered hydrophobic with respect to the contemplated environment of the invention. Surface layer materials include fluorosilicones and polyethylene glycol (PEG), polysaccharides, phospholipids, and combinations of the foregoing.

While heparin is preferred as the incorporated active material, agents possibly suitable for incorporation include antithrobotics, anticoagulants, antibiotics, antiplatelet agents, thorombolytics, antiproliferatives, steroidal and nonsteroidal antinflammatories, agents that inhibit hyperplasia and in particular restenosis, smooth muscle cell inhibitors, growth factors, growth factor inhibitors, cell adhesion inhibitors, cell adhesion promoters and drugs that may

enhance the formation of healthy neointimal tissue, including endothelial cell regeneration. The positive action may come from inhibiting particular cells (e.g., smooth muscle cells) or tissue formation (e.g., fibromuscular tissue) while encouraging different cell migration (e.g., endothelium) and tissue formation (neointimal tissue).

Suitable materials for fabricating the braided stent include stainless steel, tantalum, titanium alloys including nitinol (a nickel titanium, thermomemoried alloy material), and certain cobalt alloys including cobalt-chromium-nickel alloys such as Elgiloy® and Phynox®. Further details concerning the fabrication and details of other aspects of the stents themselves may be gleaned from the above referenced U.S. Pat. Nos. 4,655,771 and 4,954,126 to Wallsten and U.S. Pat. No. 5,061,275 to Wallsten et al, which are incorporated by reference herein.

Various combinations of polymer coating materials can be coordinated with biologically active species of interest to produce desired effects when coated on stents to be implanted in accordance with the invention. Loadings of therapeutic materials may vary. The mechanism of incorporation of the biologically active species into the surface coating and egress mechanism depend both on the nature of the surface coating polymer and the material to be incorporated. The mechanism of release also depends on the mode of incorporation. The material may elute via interparticle paths or be administered via transport or diffusion through the encapsulating material itself.

For the purposes of this specification, "elution" is defined as any process of release that involves extraction or release by direct contact of the material with bodily fluids through the interparticle paths connected with the exterior of the coating. "Transport" or "diffusion" are defined to include a mechanism of release in which the material released traverses through another material.

The desired release rate profile can be tailored by varying the coating thickness, the radial distribution (layer to layer) of bioactive materials, the mixing method, the amount of bioactive material, the combination of different matrix polymer materials at different layers, and the crosslink density of the polymeric material. The crosslink density is related to the amount of crosslinking which takes place and also the relative tightness of the matrix created by the particular crosslinking agent used. This, during the curing process, determines the amount of crosslinking and also the crosslink density of the polymer material. For bioactive materials released from the crosslinked matrix, such as heparin, a denser crosslink structure will result in a longer release time and reduced burst effect.

It will also be appreciated that an unmedicated silicone thin top layer provides some advantage and additional control over drug elusion; however, in the case of heparin, for example, it has been found that a top coat or surface coating modified to further control the initial heparin release profile or to make the surface more non-thrombogenic presents a distinct advantage.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, wherein like numerals designate like parts throughout the same:

FIG. 1 is a schematic flow diagram illustrating the steps of the process of the invention;

FIG. 2 represents a release profile for a multi-layer system showing the percentage of heparin released over a two-week period;

FIG. 3 represents a release profile for a multi-layer system showing the relative release rate of heparin over a two-week period;

FIG. 4 illustrates a profile of release kinetics for different drug loadings at similar coating thicknesses illustrating the release of heparin over a two-week period without associated means to provide a long term non-thrombogenic surface thereafter;

FIG. 5 illustrates drug elution kinetics at a given loading of heparin over a two-week period at different coating thicknesses without associated means to provide a long term non-thrombogenic surface thereafter;

FIG. 6 illustrates the release kinetics for a given undercoat and topcoat material varied according to thickness in which the percentage heparin in the undercoat and topcoats are kept constant;

FIG. 7 is a plot of heparin release kinetics in phosphate buffer system at PH 7.4 with and without fluorosilicone (FSi) topcoat; and

FIG. 8 is another plot of heparin release kinetics in phosphate buffer system in which a topcoat containing fluorosilicone (FSi) only is compared with an FSi topcoat containing 16.7% imbedded heparin.

## DETAILED DESCRIPTION

According to the present invention, the stent coatings incorporating biologically active materials for timed delivery in situ in a body lumen of interest are preferably sprayed in many thin layers from prepared coating solutions or suspensions. The steps of the process are illustrated generally in FIG. **1**. The coating solutions or suspensions are prepared at **10** as will be described later. The desired amount of crosslinking agent (if any) is added to the suspension/solution as at **12** and material is then agitated or stirred to produce a homogenous coating composition at **14** which is thereafter transferred to an application container or device which may be a container for spray painting at **16**. Typical exemplary preparations of coating solutions that were used for heparin and dexamethasone appear next.

### General Preparation of Heparin Undercoating Composition

Silicone was obtained as a polymer precursor in solvent (xylene) mixture. For example, a 35% solid silicone weight content in xylene was procured from Applied Silicone, Part #40,000. First, the silicone-xylene mixture was weighed. The solid silicone content was determined according to the vendor's analysis. Precalculated amounts of finely divided heparin (2–6 microns) were added into the silicone, then tetrahydrofuron (THF) HPCL grade (Aldrich or EM) was added. For a 37.5% heparin coating, for example: $W_{silicone}$=5 g; solid percent=35%; $W_{hep}$=5×0.35×0.375/(0.625)=1.05 g. The amount of THF needed (44 ml) in the coating solution was calculated by using the equation $W_{silicone\ solid}/V_{THF}$=0.04 for a 37.5% heparin coating solution). Finally, the manufacturer crosslinker solution was added by using Pasteur P-pipet. The amount of crosslinker added was formed to effect the release rate profile. Typically, five drops of crosslinker solution were added for each five grams of silicone-xylene mixture. The solution was stirred by using the stirring rod until the suspension was homogenous and milk-like. The coating solution was then transferred into a paint jar in condition for application by air brush.

### General Preparation of Dexamethasone Undercoating Composition

Silicone (35% solution as above) was weighed into a beaker on a Metler balance. The weight of dexamethasone free alcohol or acetate form was calculated by silicone weight multiplied by 0.35 and the desired percentage of dexamethasone (1 to 40%) and the required amount was then weighed. Example: $W_{silicone}$=5 g; for a 10% dexamethasone coating, $W_{dex}$=5×0.35×0.1/0.9=0.194 g and THF needed in the coating solution calculated. $W_{silicone\ solid}/V_{THF}$=0.06 for a 10% dexamethasone coating solution. Example: $W_{silicone}$=5 g; $V_{THF}$=5×0.35/0.06≈29 ml. The dexamethasone was weighed in a beaker on an analytical balance and half the total amount of THF was added. The solution was stirred well to ensure full dissolution of the dexamethasone. The stirred DEX-THF solution was then transferred to the silicone container. The beaker was washed with the remaining THF and this was transferred to the silicone container. The crosslinker was added by using a Pasteur pipet. Typically, five drops of crosslinker were used for five grams of silicone.

The application of the coating material to the stent was quite similar for all of the materials and the same for the heparin and dexamethasone suspensions prepared as in the above Examples. The suspension to be applied was transferred to an application device, at **16** in FIG. **1**. Typically a paint jar attached to an air brush, such as a Badger Model 150, supplied with a source of pressurized air through a regulator (Norgren, 0–160 psi) was used. Once the brush hose was attached to the source of compressed air downstream of the regulator, the air was applied. The pressure was adjusted to approximately 15–25 psi and the nozzle condition checked by depressing the trigger.

Any appropriate method can be used to secure the stent for spraying and rotating fixtures were utilized successfully in the laboratory. Both ends of the relaxed stent were fastened to the fixture by two resilient retainers, commonly alligator clips, with the distance between the clips adjusted so that the stent remained in a relaxed, unstretched condition. The rotor was then energized and the spin speed adjusted to the desired coating speed, nominally about 40 rpm.

With the stent rotating in a substantially horizontal plane, the spray nozzle was adjusted so that the distance from the nozzle to the stent was about 2–4 inches and the composition was sprayed substantially horizontally with the brush being directed along the stent from the distal end of the stent to the proximal end and then from the proximal end to the distal end in a sweeping motion at a speed such that one spray cycle occurred in about three stent rotations. Typically a pause of less than one minute, normally about one-half minute, elapsed between layers. Of course, the number of coating layers did and will vary with the particular application. For example, typical tie-layers as at **18** in FIG. **1**, for a coating level of 3–4 mg of heparin per $cm^2$ of projected area, 20 cycles of coating application are required and about 30 ml of solution will be consumed for a 3.5 mm diameter by 14.5 cm long stent.

The rotation speed of the motor, of course, can be adjusted as can the viscosity of the composition and the flow rate of the spray nozzle as desired to modify the layered structure. Generally, with the above mixes, the best results have been obtained at rotational speeds in the range of 30–50 rpm and with a spray nozzle flow rate in the range of 4–10 ml of coating composition per minute, depending on the stent size. It is contemplated that a more sophisticated, computer-controlled coating apparatus will successfully automate the process demonstrated as feasible in the laboratory.

Several applied layers make up what is called the undercoat as at **18**. In one process, additional upper undercoat

layers, which may be of the same or different composition with respect to bioactive material, the matrix polymeric materials and crosslinking agent, for example, may be applied as the top layer as at **20**. The application of the top layer follows the same coating procedure as the undercoat with the number and thickness of layers being optional. Of course, the thickness of any layer can be adjusted by adjusting the speed of rotation of the stent and the spraying conditions. Generally, the total coating thickness is controlled by the number of spraying cycles or thin coats which make up the total coat.

As shown at **22** in FIG. **1**, the coated stent is thereafter subjected to a curing step in which the pre-polymer and crosslinking agents cooperate to produce a cured polymer matrix containing the biologically active species. The curing process involves evaporation of the solvent xylene, THF, etc. and the curing and crosslinking of the polymer. Certain silicone materials can be cured at relatively low temperatures, (i.e. RT-50° C.) in what is known as a room temperature vulcanization (RTV) process. More typically, however, the curing process involves higher temperature curing materials and the coated stents are put into an oven at approximately 90° C. or higher for approximately 16 hours. The temperature may be raised to as high as 150° C. for dexemethasane containing coated stents. Of course, the time and temperature may vary with particular silicones, crosslinkers and biologically active species.

Stents coated and cured in the manner described need to be sterilized prior to packaging for future implantation. For sterilization, gamma radiation is a preferred method particularly for heparin containing coatings; however, it has been found that stents coated and cured according to the process of the invention subjected to gamma sterilization may be too slow to recover their original posture when delivered to a vascular or other lumen site using a catheter unless a pretreatment step as at **24** is first applied to the coated, cured stent.

The pretreatment step involves an argon plasma treatment of the coated, cured stents in the unconstrained configuration. In accordance with this procedure, the stents are placed in a chamber of a plasma surface treatment system such as a Plasma Science 350 (Himont/Plasma Science, Foster City, Calif.). The system is equipped with a reactor chamber and RF solid-state generator operating at 13.56 mHz and from 0–500 watts power output and being equipped with a microprocessor controlled system and a complete vacuum pump package. The reaction chamber contains an unimpeded work volume of 16.75 inches (42.55 cm) by 13.5 inches (34.3 cm) by 17.5 inches (44.45 cm) in depth.

In the plasma process, unconstrained coated stents are placed in a reactor chamber and the system is purged with nitrogen and a vacuum applied to 20–50 mTorr. Thereafter, inert gas (argon, helium or mixture of them) is admitted to the reaction chamber for the plasma treatment. A highly preferred method of operation consists of using argon gas, operating at a power range from 200 to 400 watts, a flow rate of 150–650 standard ml per minute, which is equivalent to 100–450 mTorr, and an exposure time from 30 seconds to about 5 minutes. The stents can be removed immediately after the plasma treatment or remain in the argon atmosphere for an additional period of time, typically five minutes.

After this, as shown at **26**, the stents may be exposed to gamma sterilization at 2.5–3.5 Mrad. The radiation may be carried out with the stent in either the radially non-constrained status—or in the radially constrained status.

Preferably, however, the surface is modified prior to plasma treatment or just prior to sterilization by one of several additional processing methods of which some are described in relation to the following examples.

EXAMPLE 1

Fluorosilicone Surface Treatment of Eluting Heparin Coating

The undercoat of a stent was coated as multiple applied layers as described above thereafter and cured as described at **22**. The heparin content of the undercoat was 37.5% and the coating thickness was about 30–40$\mu$. Fluorosilicone (FSi) spray solution was prepared at **30** from a fluorosilicone suspension (Applied Silicone #40032) by weighing an amount of fluorosilicone suspension and adding tetrahydrofuran (THF) according to the relation equation of $V_{THF}$= 1.2×the weight of fluorosilicone suspension. The solution was stirred very well and spray-coated on the stent at **32** using the technique of the application of the undercoat process at **18** and the coated stents were cured at 90° C. for 16 hours. The coated stents are argon plasma treated prior to gamma sterilization according to the procedures described above in accordance with steps 22–26.

FIG. **7** is a plot of heparin release kinetics in phosphate buffer system with fluorosilicone topcoat and without any topcoat. The thickness of the topcoat is about 10–15$\mu$. While it does not appear on the graph of FIG. **7**, it should be noted that the release rate for the coating without FSi is initially about 25 times higher than that with FSi, i.e., during the first 2 hours. This is, of course, clearly off the scale of the graph. It is noteworthy, however, that the coating with the FSi top layer or diffusion barrier does show a depressed initial release rate combined with an enhanced elusion rate after the first day and through the first week up until about the tenth day. In addition, the fluorosilicone (FSi) topcoat, by virtue of the high electro-negativity of fluorination maintains non-thrombogenic surface qualities during and after the elusion of the biologically active heparin species. In addition, because of the negative charges on the heparin itself, the electro-negativity of the fluorosilicone topcoat may be, at least in part, responsible for the modified heparin release kinetic profile.

FIG. **8** compares a plot of fluorosilicone (FSi) top coating containing 16.7% imbedded heparin with one containing fluorosilicone (FSi) only. An undercoating is identical to that utilized in FIG. **7** containing about 37.5% heparin to a thickness of about 30–40 microns. These elution kinetics are quite comparable with the heparin-free FSi top layer greatly reducing the initial burst of heparin release and otherwise the heparin in the FSi top layer imparts a slightly greater release over the period of the test.

EXAMPLE 2

Immobilization of Polyethylene Glycol (PEG) on Drug Eluting Undercoat

An undercoat was coated on a stent and cured at **22** as in Example 1. The stent was then treated by argon gas plasma as at **24** and ammonium gas plasma at **40**. The equipment and the process of argon gas plasma treatment was as has been described above. The ammonium plasma treatment was implemented immediately after the argon gas plasma treatment, to aminate the surface of the coating. The ammonium flow rate was in the range of 100–700 cubic centimeter per minute (ccM) in preferably in the range of 500–600 ccM. The power output of radio frequency plasma was in the range of 50–500 watts, preferably in ~200 watts. The process time was in the range of 30 sec–10 min, preferably ~5 min.

Immediately after amination, the stents were immersed into electrophilically activated polyethylene glycol (PEG)

solution at 42. PEG is known to be an inhibitor of protein absorption. Examples of electrophilically activated PEG are PEG nitrophenyl carbonates, PEG trichlorophenyl carbonates, PEG tresylate, PEG glycidyl ether, PEG isocyanate, etc., optionally with one end terminated with methoxyl group. Molecular weight of PEG ranged from about 1000–6000, and is preferable about 3000. It has been observed that simple ammonium amination will not generate large quantities of primary and secondary amines on the elastomeric polymer surface (for example silicone). Instead, imine (>C=N—H), and other more oxidative nitro containing groups will dominate the surface. It is generally necessary to add reductive agent such as $NaBH_3CN$ into the reaction media so that the functional group on PEG can react with imine and possibly other nitro-containing species on the surface, and therefore immobilize PEG onto the surface. The typical concentration of $NaBH_3CN$ is about 2 mg/ml. Since PEG and its derivatives dissolve in water and many polar and aromatic solvents, the solvent used in the coating must be a solvent for PEG but not for the drug in the undercoat to prevent the possible loss of the drug through leaching. In the case of eluting-heparin coating, a mixed solvent of formamide and methyl ethyl ketone (MEK) or a mixed solvent of formamide and acetone are preferred solvents (preferably at ratios of 30 formamide: 70 MEK or acetone by volume), since they will not dissolve heparin. The concentration of PEG, the reaction time, the reaction temperature and the pH value depend on the kind of PEG employed. In the case of eluting heparin coating, 5% PEG tresylate in (30–70) Formamide/MEK was used successfully. The reaction time was 3 hours at room temperature. PEG was then covalently bound to the surface. Gamma radiation was then used for sterilization of this embodiment as previously described.

With respect to the anticoagulant material heparin, the percentage in the undercoat is nominally from about 30–50% and that of the topcoat from about 0–30% active material. The coating thickness ratio of the topcoat to the undercoat varies from about 1:10 to 1:2 and is preferably in the range of from about 1:6 to 1:3.

Suppressing the burst effect also enables a reduction in the drug loading or in other words, allows a reduction in the coating thickness, since the physician will give a bolus injection of antiplatelet/anticoagulation drugs to the patient during the stenting process. As a result, the drug imbedded in the stent can be fully used without waste. Tailoring the first day release, but maximizing second day and third day release at the thinnest possible coating configuration will reduce the acute or subacute thrombosis.

FIG. 4 depicts the general effect of drug loading for coatings of similar thickness. The initial elution rate increases with the drug loading as shown in FIG. 5. The release rate also increases with the thickness of the coating at the same loading but tends to be inversely proportional to the thickness of the topcoat as shown by the same drug loading and similar undercoat thickness in FIG. 6.

What is apparent from the data gathered to date, however, is that the process of the present invention enables the drug elution kinetics to be controlled in a manner desired to meet the needs of the particular stent application. In a similar manner, stent coatings can be prepared using a combination of two or more drugs and the drug release sequence and rate controlled. For example, antiproliferation drugs may be combined in the undercoat and antiplatelet drugs in the topcoat. In this manner, the antiplatelet drugs, for example, heparin, will elute first followed by antiproliferation drugs to better enable safe encapsulation of the implanted stent.

The heparin concentration measurement were made utilizing a standard curve prepared by complexing azure A dye with dilute solutions of heparin. Sixteen standards were used to compile the standard curve in a well-known manner.

For the elution test, the stents were immersed in a phosphate buffer solution at pH 7.4 in an incubator at approximately 37° C. Periodic samplings of the solution were processed to determine the amount of heparin eluted. After each sampling, each stent was placed in heparin-free buffer solution.

As stated above, while the allowable loading of the elastomeric material with heparin may vary, in the case of silicone materials heparin may exceed 60% of the total weight of the layer. However, the loading generally most advantageously used is in the range from about 10% to 45% of the total weight of the layer. In the case of dexamethasone, the loading may be as high as 50% or more of the total weight of the layer but is preferably in the range of about 0.4% to 45%.

It will be appreciated that the mechanism of incorporation of the biologically active species into a thin surface coating structure applicable to a metal stent is an important aspect of the present invention. The need for relatively thick-walled polymer elution stents or any membrane overlayers associated with many prior drug elution devices is obviated, as is the need for utilizing biodegradable or reabsorbable vehicles for carrying the biologically active species. The technique clearly enables long-term delivery and minimizes interference with the independent mechanical or therapeutic benefits of the stent itself.

Coating materials are designed with a particular coating technique, coating/drug combination and drug infusion mechanism in mind. Consideration of the particular form and mechanism of release of the biologically active species in the coating allow the technique to produce superior results. In this manner, delivery of the biologically active species from the coating structure can be tailored to accommodate a variety of applications.

Whereas the above examples depict coatings having two different drug loadings or percentages of biologically active material to be released, this is by no means limiting with respect to the invention and it is contemplated that any number of layers and combinations of loadings can be employed to achieve a desired release profile. For example, gradual grading and change in the loading of the layers can be utilized in which, for example, higher loadings are used in the inner layers. Also layers can be used which have no drug loadings at all. For example, a pulsatile heparin release system may be achieved by a coating in which alternate layers containing heparin are sandwiched between unloaded layers of silicone or other materials for a portion of the coating. In other words, the invention allows untold numbers of combinations which result in a great deal of flexibility with respect to controlling the release of biologically active materials with regard to an implanted stent. Each applied layer is typically from approximately 0.5 microns to 15 microns in thickness. The total number of sprayed layers, of course, can vary widely, from less than 10 to more than 50 layers; commonly, 20 to 40 layers are included. The total thickness of the coating can also vary widely, but can generally be from about 10 to 200 microns.

Whereas the polymer of the coating may be any compatible biostable elastomeric material capable of being adhered to the stent material as a thin layer, hydrophobic materials are preferred because it has been found that the release of the biologically active species can generally be more predictably controlled with such materials. Preferred materials

include silicone rubber elastomers and biostable polyurethanes specifically.

This invention has been described herein in considerable detail in order to comply with the Patent Statutes and to provide those skilled in the art with the information needed to apply the novel principles and to construct and use embodiments of the example as required. However, it is to be understood that the invention can be carried out by specifically different devices and that various modifications can be accomplished without departing from the scope of the invention itself.

We claim:

1. A medical device having at least a portion which is implantable into the body of a patient, wherein at least a part of the device portion is metallic and at least part of the metallic device portion is covered with a coating for release of at least one biologically active material, wherein said coating comprises an undercoat comprising a hydrophobic elastomeric material incorporating an amount of biologically active material therein for timed release therefrom, and wherein said coating further comprises a topcoat which at least partially covers the undercoat, said topcoat comprising a biostable, non-thrombogenic material which provides long term non-thromobogenicity to the device portion during and after release of the biologically active material, and wherein said topcoat is substantially free of an elutable material.

2. The device of claim 1 wherein said biologically active material is heparin.

3. The device of claim 2 wherein the non-thrombogenic material is selected from the group consisting of fluorosilicone, polyethylene glycol (PEG), polysaccharides, phospholipids and combinations thereof.

4. The device of claim 3 wherein the non-thrombogenic material is fluorosilicone.

5. The device of claim 3 wherein the non-thrombogenic material is polyethylene glycol (PEG).

6. The device of claim 1 wherein the medical device is an expandable stent.

7. The device of claim 1 wherein the topcoat consists of a polymer.

8. The device of claim 6 wherein the stent comprises a tubular body having open ends and an open lattice sidewall structure and wherein the coating conforms to said sidewall structure in a manner that preserves said open lattice.

9. A stent for implantation in a vascular lumen comprising a tubular body having open ends and a sidewall and a coating on at least a part of a surface of said sidewall, said coating further comprising an undercoat comprising a hydrophobic elastomeric material incorporating an amount of finely divided heparin therein for timed release therefrom, and wherein said coating further comprises a topcoat comprising an amount of fluorosilicone which is capable of providing long term non-thrombogenicity to the surface during and after release of the biologically active material, wherein said topcoat at least partially covers the undercoat, and wherein said topcoat is substantially free of an elutable material.

10. The device of claim 9 wherein the sidewall is an open lattice structure and wherein the coating conforms to said sidewall structure in a manner that preserves said open lattice.

11. A stent for implantation in a vascular lumen comprising a tubular body having open ends and a sidewall and a coating on at least a part of the surface of said sidewall, said coating further comprising an undercoat comprising a hydrophobic elastomeric material incorporating an amount of finely divided heparin therein for timed release therefrom, and wherein said coating further comprises a topcoat comprising an amount of polyethylene glycol (PEG) which is capable of providing long term non-thrombogenicity to the surface during and after release of the biologically active material, wherein said topcoat at least partially covers the undercoat, and wherein said topcoat is substantially free of an elutable material.

12. The device of claim 11 wherein the sidewall is an open lattice structure and wherein the coating conforms to said sidewall structure in a manner that preserves said open lattice.

* * * * *

# EXHIBIT 31



**United States Patent** [19]

**Pinchuk et al.**

[11] **Patent Number: 5,968,091**

[45] **Date of Patent: Oct. 19, 1999**

[54] **STENTS AND STENT GRAFTS HAVING ENHANCED HOOP STRENGTH AND METHODS OF MAKING THE SAME**

[75] Inventors: **Leonard Pinchuk**, Miami, Fla.; **Noureddine Frid**, Beersel, Belgium

[73] Assignee: **Corvita Corp.**, Miami, Fla.

[21] Appl. No.: **08/979,278**

[22] Filed: **Nov. 26, 1997**

**Related U.S. Application Data**

[63] Continuation of application No. 08/622,709, Mar. 26, 1996, abandoned.

[51] **Int. Cl.**[6] .......... **A61F 2/06**

[52] **U.S. Cl.** .......... **623/1**; 600/36; 427/2.24

[58] **Field of Search** .......... 623/1, 11, 12; 606/191, 194, 195, 198; 600/36; 427/2.1, 2.24

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,920,495 | 8/1933 | Brown et al. . |
| 2,836,181 | 5/1958 | Tapp . |
| 2,977,839 | 4/1961 | Koch . |
| 3,095,017 | 6/1963 | Bleiler et al. . |
| 3,105,492 | 10/1963 | Jeckel . |
| 3,272,204 | 9/1966 | Artandi et al. . |
| 3,304,557 | 2/1967 | Polansky . |
| 3,317,924 | 5/1967 | Le Veen et al. . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 312 852 | 4/1989 | European Pat. Off. . | |
| 0 587 197 | 10/1991 | European Pat. Off. . | |
| 0 621 015 A1 | 10/1994 | European Pat. Off. | 623/1 |
| 0621015 | 10/1994 | European Pat. Off. | 623/1 |
| 1 602 513 | 1/1970 | France . | |
| 30 19 996 | 12/1981 | Germany . | |
| 2 015 118 | 9/1879 | United Kingdom . | |
| 1 205 743 | 9/1970 | United Kingdom . | |
| 2 033 233 | 5/1980 | United Kingdom . | |
| 2 077 107 | 12/1981 | United Kingdom . | |
| 2 135 585 | 3/1986 | United Kingdom . | |
| 2135585 | 3/1986 | United Kingdom | 623/1 |
| WO88/00813 | 2/1988 | WIPO . | |
| WO91/12779 | 9/1991 | WIPO . | |
| WO94/24961 | 11/1994 | WIPO . | |

OTHER PUBLICATIONS

"A Study of the Geometrical and Mechanical Properties of a Self–Expanding Metallic–Stent . . . " Jedwab et al, Jour. of Applied Biomaterials, Vo. 4, pp.77–85 1993.

"Oesophageal Strictures" Didcott, Annals of the Royal Cllege of Surgeons of England, vol. 55, pp. 112–126, Aug. 1973.

*Primary Examiner*—Mickey Yu
*Assistant Examiner*—Tram A. Nguyen
*Attorney, Agent, or Firm*—David P. Gordon; David S. Jacobson; Thomas A. Gallagher

[57] **ABSTRACT**

Stents are coated with a polymer such that the polymeric coating binds the crossover points of the wires, or, in the case of a zig-zag stent, binds adjacent zig-zags of wires without occluding the interstices of the stent lattice. Suitable polymers include polyurethane, polycarbonate urethane, polyurethane urea, silicone rubber, polyisobutylene copolymer (with styrene, etc.), polyolefin, polyester, glycolated polyester, polyamide, amorphous polyamide, combinations of the above and the like. Biodegradable polymers such as polyisobuterate, polyvalerate, polylactic acid, polyglycolic acid and combinations of these are also suitable. The polymer can be reacted in place without a solvent, such as two component polyurethanes, or silicone rubbers, or the reacted polymer can be dissolved in an appropriate solvent, for example, dimethylacetamide for the polyurethanes, toluene for the polyolefins, or heptane for the silicone rubbers. In order to enhance bonding of the polymer to the stent wires, the metallic stent can be primed prior to coating. The hoop strength of a polymer coated stent is improved due to locking of the crossover points and preventing free motion of the stent wires relative to each other.

**3 Claims, 4 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,463,158 | 8/1969 | Schmitt et al. . |
| 3,479,670 | 11/1969 | Medell . |
| 3,485,234 | 12/1969 | Stevens . |
| 3,509,883 | 5/1970 | Diebelius . |
| 3,526,906 | 9/1970 | De Laszlo . |
| 3,562,820 | 2/1971 | Braun . |
| 3,580,289 | 5/1971 | James, Jr. . |
| 3,585,707 | 6/1971 | Stevens . |
| 3,626,947 | 12/1971 | Sparks . |
| 3,710,777 | 1/1973 | Sparks . |
| 3,730,835 | 5/1973 | Leeper . |
| 3,822,238 | 7/1974 | Blair et al. . |
| 3,868,956 | 3/1975 | Alfidi et al. . |
| 3,878,565 | 4/1975 | Sauvage . |
| 3,929,126 | 12/1975 | Corsaut . |
| 3,974,526 | 8/1976 | Dardik et al. . |
| 3,993,078 | 11/1976 | Bergentz et al. . |
| 4,044,404 | 8/1977 | Martin et al. . |
| 4,086,665 | 5/1978 | Poirier . |
| 4,106,129 | 8/1978 | Carpentier et al. . |
| 4,130,904 | 12/1978 | Whalen . |
| 4,134,402 | 1/1979 | Mahurkar . |
| 4,140,126 | 2/1979 | Choudhury . |
| 4,164,045 | 8/1979 | Bokros et al. . |
| 4,173,689 | 11/1979 | Lyman et al. . |
| 4,193,138 | 3/1980 | Okita . |
| 4,323,071 | 4/1982 | Simpson et al. . |
| 4,355,426 | 10/1982 | MacGregor . |
| 4,441,215 | 4/1984 | Kaster . |
| 4,459,252 | 7/1984 | MacGregor . |
| 4,475,972 | 10/1984 | Wong . |
| 4,503,569 | 3/1985 | Dotter . |
| 4,583,968 | 4/1986 | Mahurkar . |
| 4,610,688 | 9/1986 | Silvestrini et al. . |
| 4,655,771 | 4/1987 | Wallsten . |
| 4,692,141 | 9/1987 | Mahurkar . |
| 4,731,073 | 3/1988 | Robinson . |
| 4,743,251 | 5/1988 | Barra . |
| 4,776,337 | 10/1988 | Palmaz ........................................ 623/1 |
| 4,787,899 | 11/1988 | Lazarus . |
| 4,850,999 | 7/1989 | Planck . |
| 4,871,357 | 10/1989 | Hsu . |
| 4,875,480 | 10/1989 | Imbert . |
| 4,878,906 | 11/1989 | Lindemann et al. . |
| 4,895,561 | 1/1990 | Mahurkar . |
| 4,935,006 | 6/1990 | Hasson . |
| 4,954,126 | 9/1990 | Wallsten . |
| 5,019,090 | 5/1991 | Pinchuk . |
| 5,026,377 | 6/1991 | Burton et al. . |
| 5,061,275 | 10/1991 | Wallsten et al. . |
| 5,064,435 | 11/1991 | Porter . |
| 5,078,720 | 1/1992 | Burton et al. . |
| 5,116,360 | 5/1992 | Pinchuk et al. . |
| 5,133,742 | 7/1992 | Pinchuk ...................................... 623/1 |
| 5,160,641 | 11/1992 | Brenneman et al. . |
| 5,176,907 | 1/1993 | Leong .................................... 424/423 |
| 5,188,593 | 2/1993 | Martin . |
| 5,197,978 | 3/1993 | Hess . |
| 5,201,757 | 4/1993 | Heyn et al. . |
| 5,229,431 | 7/1993 | Pinchuk .................................... 623/66 |
| 5,235,966 | 8/1993 | Jamner . |
| 5,242,399 | 9/1993 | Lau et al. . |
| 5,279,561 | 1/1994 | Roucher et al. . |
| 5,290,295 | 3/1994 | Querals et al. . |
| 5,312,415 | 5/1994 | Palermo . |
| 5,330,500 | 7/1994 | Song . |
| 5,342,348 | 8/1994 | Kaplan .................................... 606/198 |
| 5,360,397 | 11/1994 | Pinchuk . |
| 5,360,443 | 11/1994 | Barone et al. .............................. 623/1 |
| 5,383,892 | 1/1995 | Cardon et al. . |
| 5,395,390 | 3/1995 | Simon et al. . |
| 5,397,355 | 3/1995 | Marin et al. . |
| 5,405,378 | 4/1995 | Strecker . |
| 5,415,664 | 5/1995 | Pinchuk . |
| 5,433,723 | 7/1995 | Lindenberg et al. . |
| 5,443,495 | 8/1995 | Buscemi et al. ............................ 623/1 |
| 5,476,508 | 12/1995 | Amstrup .................................. 606/191 |
| 5,503,636 | 4/1996 | Schmitt et al. ............................ 623/1 |
| 5,545,208 | 8/1996 | Wolff et al. ............................... 623/12 |
| 5,545,211 | 8/1996 | An et al. .................................... 623/1 |
| 5,556,414 | 9/1996 | Turi ........................................ 606/198 |
| 5,601,593 | 2/1997 | Freitag ...................................... 623/1 |



FIG. 1
PRIOR ART

FIG. 1a
PRIOR ART

FIG. 2
PRIOR ART

10
14

FIG. 2a
PRIOR ART



FIG. 3
PRIOR ART



FIG. 4
PRIOR ART



FIG. 5
PRIOR ART

FIG. 6
PRIOR ART



U.S. Patent Oct. 19, 1999 Sheet 4 of 4 5,968,091

36
31
34
130

FIG. 7

150
202
200

FIG. 8

302
304
50

FIG. 9

A349

# STENTS AND STENT GRAFTS HAVING ENHANCED HOOP STRENGTH AND METHODS OF MAKING THE SAME

This is a continuation of U.S. Ser. No. 08/622,709, filed Mar. 26, 1996 and now abandoned.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates to self expanding stents and stent-grafts. More particularly, the invention relates to stents and stent-grafts with the stent having a polymeric coating which provides enhanced hoop strength as well as other benefits.

2. State of the Art

Transluminal prostheses are well known in the medical arts for implantation in blood vessels, biliary ducts, or other similar organs of the living body. These prostheses are commonly known as stents and are used to maintain, open, or dilate tubular structures or to support tubular structures that are being anastomosed. When biocompatible materials are used as a covering or lining for the stent, the prosthesis is called a stent-graft. If used specifically in blood vessels, the stent-graft is known as an endovascular graft. A stent or stent-graft may be introduced into the body by stretching it longitudinally or compressing it radially, until its diameter is reduced sufficiently so that it can be fed into a catheter. The stent-graft is delivered through the catheter to the site of deployment and then released from the catheter, whereupon it self-expands. Stent-grafts introduced in this manner are known as endoluminal stent-grafts.

A typical state of the art stent, such as disclosed in U.S. Pat. No. 4,655,771 to Wallsten or in U.K. Patent Number 1,205,743 to Didcott, is shown herein in prior art FIGS. **1**, **1***a*, **2**, and **2***a*. Didcott and Wallsten disclose a tubular body stent **10** composed of wire elements, e.g. **12**, **13**, each of which extends in a helical configuration with the centerline **14** of the stent **10** as a common axis. Half of the elements, e.g. **12**, are wound in one direction while the other half, e.g. **13**, are wound in an opposite direction. With this configuration, the diameter of the stent is changeable by axial movement of the ends **9**, **11** of the stent. Typically, the crossing elements form a braid-like configuration and are arranged so that the diameter of the stent **10** is normally expanded as shown in FIGS. **1** and **1***a*. The diameter may be contracted by pulling the ends **9**, **11** of the stent **10** away from each other as shown by the arrows **16**, **18** in FIG. **2**. When the ends of the body are released, the diameter of the stent **10** self-expands and draws the ends **9**, **11** of the stent closer to each other. The contraction to stretching ratio and radial pressure of stents can usually be determined from basic braid equations. A thorough technical discussion of braid equations and the mechanical properties of stents is found in Jedweb, M. R. and Clerc, C. O., "A Study of the Geometrical and Mechanical Properties of a Self-Expanding Metallic Stent—Theory and Experiment", *Journal of Applied Biomaterials;* Vol. 4, pp. 77–85 (1993). In general, however, the contraction to stretching ratio is related to the axially directed angle $\alpha$ between the crossing elements **12**, **13** in the expanded state as shown in FIG. **1**. As explained in Didcott, the greater the magnitude of the angle $\alpha$, the greater the amount of axial extension will be required to contract the diameter of the stent.

The ability of a stent to withstand radial forces is known in the art as "hoop strength". The hoop strength of both the Wallsten and the Didcott stents is relatively low. The Wallsten stent provides an improvement in hoop strength over

Didcott by virtue of the higher pitch angle ($\alpha$>90°). However, the higher pitch angle of the Wallsten stent renders the stent more difficult to place since substantial elongation is required to pull the stent down into a catheter introducer. Various designs have been advanced in efforts to increase stent hoop strength. These designs include the use of thicker wires, the use of more wires, and the use of paired wires. However, there are limitations to each of these designs. For example, if too many wires are used or if the wire diameter is too large, the stent will tend to demonstrate a taper on one end and a flare on the other end. This is detrimental to stent performance. Moreover, the use of numerous and/or thick wires often results in wire jamming when the stent is drawn down. This requires a larger introducer catheter which renders it more difficult to place in distal and tortuous vessels.

Apart from hoop strength, another problem with conventional stents is that the ends fray or become unbraided when they are cut. When this happens, it becomes difficult to load the stent into an introducer and it is possible for a stray wire end to penetrate the wall of the introducer. Similarly, an unbraided wire end can perforate the human vessel during or after placement.

Still another problem with the state of the art stents is that during normal use, even without cutting the stent, the ends of the stent tend to taper inward due to slippage of the wires and loss of braid structure. The tapered ends of a stent can perturb flow through the lumen of the stent and cause thrombosis. In addition, as the ends of an installed stent taper inward, the stent can become dislodged and may even be washed downstream through the vessel in which it was installed.

Yet, another problem with conventional Didcott or Wallsten stents is illustrated in prior art FIG. **3**. When a stent **10** of this type is deployed in a vessel **20** having a bend **22**, the pitch angle of the wired is increased in the portion of the stent **10** which traverses the bend **22**. Hence, the diameter of the stent **10** at the center of the bend **22** is larger than the diameter of the stent **10** at its ends **9**, **11**, as the center of the stent stretches the vessel at the bend. This tends to alter the hemodynamics of the vessel.

Still another problem associated with these aforementioned stents is that the stent will flex continuously with each bolus of blood passing through the stent. The flexion continues until the stent is totally ingrown with biological tissue. During flexion, the wires undergo a scissors-like activity at the crossover points which can irritate tissue and adversely affect patency, especially in small diameter vessels such as the coronary arteries. Moreover, the points where the wires cross over each other are subject to abrasion when the stent is flexed in the vasculature. Severe abrasion manifests as wear in the wires which can ultimately lead to premature breakage of the wire components.

Another kind of (non-braided) stent is disclosed in European Patent Publication No. 0312852 to Wiktor. A Wiktor-type stent **30** is shown in prior art FIG. **4** in conjunction with a balloon catheter **31**. The stent **30** is made of a single strand of zig-zag filament **32** which is helically wrapped around a mandril. While the filament **32** does not necessarily cross over itself, adjacent zig-zags, e.g. **34**, **36**, touch each other or come close to touching each other. One of the disadvantages of the Wiktor-type stent is that the zig-zag wire tends to expand non-uniformly when expanded in an artery by a balloon catheter. In addition, the non-braided stent can unfurl during maneuvering the balloon catheter in the vasculature which can cause placement problems as well as

damage to the endothelium. In addition, the hoop strength of the Wiktor-type stent is relatively low.

Further disadvantages of conventional wire stents are that they are intrinsically thrombogenic and do not bind well to surface coatings due to the inertness of the metallic oxide layers on the wires.

## SUMMARY OF THE INVENTION

It is therefore an object of the invention to provide a stent and a stent-graft with improved hoop strength.

It is also an object of the invention to provide a stent and a stent-graft which resist tapering and maintain flaring at the ends.

It is another object of the invention to provide a stent and a stent-graft which exhibit little or no abrasion of wires in the vasculature.

It is still another object of the invention to provide a stent and a stent-graft which maintain a substantially constant diameter when installed in the bend of a vessel.

In accord with these objects which will be discussed in detail below, the implantable stents and stent-grafts of the present invention include a conventional stent which is coated with a polymer such that the polymeric coating binds the crossover points of the wires, or, in the case of a Wiktor-type stent, binds adjacent zig-zags of wires without occluding the interstices of the stent lattice. Suitable coating polymers include polyurethane, polycarbonate urethane, polyurethane urea, silicone rubber, polyisobutylene copolymer (with styrene, etc.), polyolefin, polyester, glycolated polyester, polyamide, amorphous polyamide, combinations of the above and the like. Biodegradable polymers such as polyisobuterate, polyvalerate, polylactic acid, polyglycolic acid and combinations of these are also suitable. The major requirement for the polymer is that it can deform during loading of the stent into a catheter and that it has sufficient rebound or memory to return substantially to its original shape after the stent is deployed. The presently preferred polymer is an aromatic polycarbonate urethane of Shore hardness 80 A to 100 D; preferably Shore 55 D to 75 D. The polymer can be reacted in place on the stent without a solvent, such as two component polyurethanes, or silicone rubbers, or the reacted polymer can be dissolved in an appropriate solvent, for example, dimethylacetamide for the polyurethanes, toluene for the polyolefins, or heptane for the silicone rubbers. The concentration of solids to solvent is chosen for the specific process used to apply the polymer to the stent. For example, for spray coating, 5 to 10% solids by weight is preferred, while 7% to 13% solids is preferred for dip coating. Binary solvents such as dimethyacetamide and tetrahydrofuran can be used to accelerate dry times or spray build-up for polyurethanes.

In order to enhance bonding of the polymer to the stent wires, it may be desirable to prime the metallic stent prior to coating with polymer. Suitable primers include silane priming agents such as aminoethyaminopropyltriacytoxysilane. In addition to spraying and dipping, the polymer may be padded or spun onto the stent (or primed stent) and cured or dried to form the polymer adhesive, care being taken to avoid occlusion of the interstices of the stent lattice. Alternatively, the polymeric coating can be extruded onto the wire prior to fashioning the stent and once complete, the polymer can be melt-adhered to adjacent components.

The hoop strength of a polymer coated stent according to the invention is improved due to locking of the crossover points (or zig-zag points) and preventing free motion of the stent wires relative to each other. This also prevents sliding

of the wires and hence abrasion of the wires at the crossover points as well as the scissor-like movement of the wires which causes irritation to tissue and adversely affects patency, especially in small diameter vessels such as coronary arteries. The polymer coating adds only a slight increase in wall thickness of the stent wires while increasing hoop strength significantly. The introduction profiles of polymer coated stents according to the invention are not appreciably increased. The polymeric coating also prevents ends from fraying or unbraiding when the stent is cut prior to deployment. In addition, the polymeric coating helps keep the ends of the stent flared to prevent the stent from migrating after deployment. This also provides a fluid dynamically favored entrance for blood flow. Moreover, the polymeric coating also maintains the stent in a cylindrical configuration throughout its length thereby preventing the ballooning and tapering phenomenon when deployed in the bend of an artery.

The presence of a polymer on the surface of the stent also allows for the dispensing of drugs through the polymer which may take the form of a surface modification or a drug eluting reservoir. For example, an anticoagulant such as heparin or the like can be bound to the polymer surface and automatically dispensed from the stent after deployment to prevent thrombosis. Alternatively, drugs such as antiinflammatory agents, steroids, or antimitotic drugs such as chemo-compounds or radiomonic drugs can be eluted out of the stent coating after deployment. These drugs may prevent intimal hyperplasia. Still alternatively, radioactive materials containing beta or gamma emitters can be embedded in the polymer with their actinic radiation interfering with DNA replication thereby decreasing the incidence of hyperplasia. Genetically engineered drugs such as growth factors and the like can also be eluted from the coating material.

Additional objects and advantages of the invention will become apparent to those skilled in the art upon reference to the detailed description taken in conjunction with the provided figures.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a broken side elevation view of a prior art braided stent expanded in a non-stressed position;

FIG. **1***a* is a cross sectional view along line **1A**—**1A** of FIG. **1**;

FIG. **2** is a broken side elevation view of a prior art stent of FIGS. **1** and **1***a* stretched and contracted;

FIG. **2***a* is a cross sectional view along line **2A**—**2A** of FIG. **2**;

FIG. **3** is a broken side elevation view of a prior art stent deployed in the bend of an artery;

FIG. **4** is a view similar to FIG. **1** of a prior art undeployed zig-zag stent on a balloon catheter;

FIG. **5** is an enlarged broken side elevation view of a portion of a prior art braided stent;

FIG. **6** is a view similar to FIG. **5** of a polymeric coated braided stent according to the invention;

FIG. **7** is a view similar to FIG. **4** of a polymeric coated zig-zag stent according to the invention;

FIG. **8** is a broken perspective view of a polymeric coated braided stent-graft according to the invention; and

FIG. **9** is a schematic sectional view of a polymeric coated stent according to the invention with conical inserts flaring the ends of the stent.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The invention will be described with reference to several examples in which a prior art stent is coated with a polymer

in order to bind the wires of the stent at the crossing points (or zig-zag points) without occluding the interstices of the stent lattice.

EXAMPLE 1

Referring to FIGS. **5** and **6**, a stent **50** is made of the Didcott design as shown in prior art FIG. **5**. Each of the wires, e.g. **52**, **53**, is approximately eight millimeters in diameter and the wires are braided with a pitch angle of approximately 85°. The stent **50** has an outward hoop force for 50% compression of 0.11 lb, i.e., a radial load of 0.11 lbs is required to compress the stent radially 50%.

According to a first method of the invention, a polycarbonate urethane of Shore 55 D is dissolved in dimethylacetamide at a concentration of 5% solids content by weight. The mixture is sprayed onto the stent **50** and dried at 70° C. for ten minutes to create a coated stent **150** as shown in FIG. **6**. Preferably, the spraying and drying is repeated several times in order to build up the surface coating of polycarbonate urethane, e.g. **156**, on each of the wires, e.g. **152**, of the stent **150**. The load required to compress the stent **150** by 50% is tabulated below in Table 1 according to the number of coatings.

TABLE 1

| Number of spray coatings of 5% solids polycarbonate urethane 55D | Load (in lbs.) required to compress the stent 50% |
|---|---|
| 0 | 0.11 |
| 5 | 0.14 |
| 10 | 0.16 |
| 15 | ' 0.20 |

The coated stent **150** may be cut to size and loaded into a catheter without the ends fraying. The stent may then be delivered to the site of injury in the vascular system and deployed in the usual manner.

EXAMPLE 2

A balloon expandable stent **30** of the Wiktor design (FIG. **4**) is placed on a mandril with adjacent zig-zags, e.g. **34**, **36**, touching each other. The stent **30** is sprayed with polycarbonate urethane of Shore 75 D hardness dissolved in dimethylacetamide at a concentration of 10% solids content by weight. The stent is dried and is sprayed and dried another five times. The resultant stent **130**, shown in FIG. **7**, is removed from the mandril and demonstrates a uniform cylindrical outline with higher hoop strength than the uncoated stent. The zig-zag wire comprising the stent is maintained in a uniform cylindrical outline. The stent is deployed with a balloon catheter **31** which is expanded to beyond the yield point of the polycarbonate urethane. When the stent is so deployed, it remains open in a uniform cylindrical outline.

EXAMPLE 3

The Didcott-type stent of FIG. **5** is spray coated (once or several times) with a biodegradable polymer comprised of a mixture of 50% polybuterate and 50% polyvalerate dissolved in chloroform. The resultant stent is rendered more rigid than the stent of Example 1, but softens appreciably after implantation in the body.

EXAMPLE 4

The coated stent **150** described in Example 1 and shown in FIG. **6** is attached to a vascular graft as described in

Dereume Belgium Patent No. 112,774 and shown in FIG. **8** to form an endoluminal graft **200**. The vascular graft **202** may be applied to the interior of the stent or to the exterior of the stent as shown in FIG. **8**. The endoluminal graft **200** is implanted in a tortuous artery where it assumes the shape of the artery without the ends becoming tapered or the center ballooning.

EXAMPLE 5

The coated stent **150** described in Example 1, with ten coatings of polyurethane is immersed in a solution containing 5% phospholipid in water. A thin layer of phospholipid is thereby bound to the surface of the polymeric coating. A stent made according to this example was placed in the coronary artery of a dog and demonstrated little thrombus build-up due to the hemocompatible nature of the phospholipid surface.

EXAMPLE 6

In a solution of dimethyl acetamide and 5% polycarbonate urethane of Shore 50 D hardness, the drug 5-fluorouracil is added (10% weight of the drug to the weight of polycarbonate urethane). The lacquer containing the drug is dip-coated onto a stent and allowed to dry. The drug eluting polymer-coated stent according to this example was implanted into the coronary artery of a dog where the drug was slowly released. The eluted drug interfered with the reproduction of DNA in the coronary artery thereby preventing intimal hyperplasia of the vessel.

EXAMPLE 7

A Didcott-type stent such as that used in Example 1 is placed on a mandril having two conical inserts as shown schematically in FIG. **9**. The conical inserts **302**, **304** are forced into the ends of the stent **50** such that the ends are flared. The stent is then spray coated with 15 layers of polycarbonate urethane (5% solids) and dried and removed from the mandril. The stent demonstrates flares on each end.

EXAMPLE 8

A coated stent **150** (FIG. **6**) made according to Example 1 with ten layers of polycarbonate urethane is placed on a mandril having two conical inserts. The conical inserts are forced into the ends of the stent such that the ends are flared. The stent and mandril are then placed in an oven at 170°–200° C. where the polycarbonate urethane is partially melted. The stent and mandril are then cooled to room temperature at which point the conical inserts are removed from the stent. The stent now demonstrates flared ends with high hoop strength on the ends.

EXAMPLE 9

An Elgiloy™ wire self-expanding stent is primed by dipping it into a solution of 2% aminopropylaminoethyltrimethoxysilane dissolved in a 95%/5% ethanol-water mixture. The primed stent is then dried overnight at room temperature and placed on a rotating mandril. The stent is spray-coated and dried three times with a solution containing 9 grams of polycarbonate urethane of 75 D durometer, 1 gram of polycarbonate urethane of 55 D durometer, 75 grams of dimethylacetamide and 75 grams of tetrahydrofuran. The dried stent has a hoop strength four times higher than the initial hoop strength of the uncoated stent. In lieu of am Elgiloy™ wire, the wire may be Phyno™ or 316 LV stainless steel.

EXAMPLE 10

A porous spun polycarbonate urethane liner of melting point 160° C. is made by spinning five hundred passes from a thirty orifice spinneret of polymer onto a stainless steel mandril at 1,000 RPM with a wrap angle of 50°. The liner is cured in an oven at 110° C. overnight. A stent is dip-coated with 5% polycarbonate urethane of 75 D hardness and with a melting point 240° C. in tetrahydrofuran and dried. The 75 D-coated stent is again dipped into another solution of polycarbonate urethane but of 80 A hardness and of 160° C. melting point and dried. An additional ten passes of fiber are spun over the liner and while wet, the 75 D- and 80 A-coated stent is placed over the liner and the assembly placed in an oven at 120° C. where the wet outer layers on the liner are melted and bonds the stent to the liner. The stent-graft thus formed has a higher hoop strength that without the 75 D coating.

EXAMPLE 11

The stent-graft assembly of Example 10 is further reinforced by placing it back on the spinning machine where an additional one hundred passes of fiber are spun over the stent. While the fibers are wet, a soft silicone roller is rolled over the stent thereby pressing the fibers through the picks of the stent and bonding them to the inner liner. The stent-graft thus formed demonstrates a much better attachment of the liner to the stent.

EXAMPLE 12

Tantalum wire of 0.004" diameter is pulled through an extruder die where a thin layer (0.001") of fluorinated ethylene propylene (FEP) polymer of melting point 420° C. is extruded over the wire. The wires are formed into a zig-zag pattern according to Wiktor and then wound into a helical geometry with adjacent zig-zags touching each other. The stent is then heated to 420° C. where the FEP melts and when cooled adheres to adjacent zig-zags. The cooled assembly is removed from the mandril and demonstrates a uniform design with higher hoop strength than the uncoated stent. The zig-zag wire comprising the stent is maintained uniform. The stent is then balloon expanded beyond the yield strength of the FEP where it remains open in a uniform manner.

There have been described and illustrated herein several embodiments of implantable stents and stent-grafts having wires which are coated with a polymer at their crossing points or zig-zag vertices. While particular embodiments and examples of the invention have been described, it is not intended that the invention be limited thereto, as it is intended that the invention be as broad in scope as the art will allow and that the specification be read likewise. Thus, while particular conventional stents have been disclosed in conjunction with the method of the invention, it will be appreciated that other stents could be subjected to the inventive methods disclosed herein. Also, while specific examples of polymeric coatings have been described, it will be recognized that other polymers having similar properties could be used with similar results obtained. Furthermore, while specific methods of applying the coating have been shown, such as dipping and spraying, other methods could

be used. For example, the polymer could be applied using electro-spraying where a potential difference is applied between the spray nozzle and the stent. Moreover, while particular examples have been disclosed in reference to drug delivery via the polymeric coating, it will be appreciated that other types of drugs could be used as well. It will therefore be appreciated by those skilled in the art that yet other modifications could be made to the provided invention without deviating from its spirit and scope as so claimed.

We claim:

1. A prosthesis comprising:

a) a radially and axially flexible substantially cylindrical body formed from a plurality of wire filaments having crossing points defining a lattice of interstices between wire filaments, said wire filaments being coated with a polycarbonate urethane polymer having a melting point of approximately 240° C. substantially continuously alone substantially their entire lengths and at said crossing points so that said wire filaments are bound to each other by said polymer at said crossing points and said interstices of said lattice are not substantially occluded by said polymer; and

b) a porous vascular graft attached to said body, said porous vascular graft comprising a spun polycarbonate urethane liner having a melting point of approximately 160° C.

2. A prosthesis comrising:

a radially and axially flexible substantially cylindrical body formed from a plurality of wire filaments having crossing points defining a lattice of interstices between wire filaments, said wire filaments being coated with a polymer at said crossing points so that said wire filaments are bound to each other by said polymer at said crossing points and said interstices of said lattice are not substantially occluded by said polymer, wherein

said wire filaments are coated by applying a polymeric solution containing a biodegradable mixture of polybuterate and polyvalerate dissolved in chloroform to the crossing points and allowing said polymeric solution to cure such that said crossing points are bound to each other by said polymer.

3. A prosthesis comprising:

a radially and axially flexible substantially cylindrical body formed from a plurality of wire filaments having crossing points defining a lattice of interstices between wire filaments, said wire filaments being coated with a polymer at said crossing points so that said wire filaments are bound to each other by said polymer at said crossing points and said interstices of said lattice are not substantially occluded by said polymer, wherein

said wire filaments are coated by dipping said substantially cylindrical body in a priming solution of 2% aminopropylaminoethyltrimethoxysilane dissolved in a substantially 95%/5% mixture of ethanol and water, substantially drying the dipped cylindrical body, and then applying a polymeric solution to said crossing points and allowing said polymeric solution to cure such that said crossing points are bound to each other by said polymer.

* * * * *

UNITED STATES PATENT AND TRADE MARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,968,091
DATED : October 19 1999
INVENTOR(S) : Leonard Pinchuk, et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Signed and Sealed this

Fourteenth Day of November, 2000

*Attest:*

Q. TODD DICKINSON

*Attesting Officer*

*Director of Patents and Trademarks*