# EXHIBIT L

# MOSBY'S

## Medical, Nursing, and Allied Health

# DICTIONARY

**THIRD EDITION**

**ILLUSTRATED**

Forty-four page full-color atlas of human anatomy

Managing Editor
**Walter D. Glanze**

Revision Editor
**Kenneth N. Anderson**

Consulting Editor and Writer
**Lois E. Anderson**

# The C. V. Mosby Company

ST. LOUIS · BALTIMORE · PHILADELPHIA · TORONTO    1990

BSC-A-000248



Editor: N. Darlene Como
Developmental editors: Laurie Sparks, Lin A. Dempsey
Project manager: Lin A. Dempsey
Design: Gail Morey Hudson

Copyright © 1990 by The C.V. Mosby Company

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher.

Previous editions copyrighted 1983, 1986

Printed in the United States of America

The C.V. Mosby Company
11830 Westline Industrial Drive, St. Louis, Missouri 63146

Library of Congress Cataloging-in-Publication Data
Main entry under title:

Mosby's medical and nursing dictionary.

 1. Medicine—Dictionaries. 2. Nursing—Dictionaries.
I. Glanze, Walter D.   II. Anderson, Kenneth N.
III. Anderson, Lois E.   IV. C.V. Mosby Company.
V. Title: Medical, nursing, and allied health dictionary.   VI. Title:
Mosby's medical, nursing, and allied health dictionary. [DNLM:
1. Dictionaries, Medical.  2. Nursing—dictionaries.
WY 13 M894]
R121.M89   1990         610′.3′21         85-21617
ISBN 0-8016-3227-7

         TS/RM  9  8  7  6  5  4  3  2

BSC-A-000249

**anal membrane atresia.** See imperforate anus.

**analog** /an′əlog/ [Gk *analogos* proportionate], 1. a substance, tissue, or organ that is similar in appearance or function to another but differing in origin or development, such as the eye of a fly and the eye of a human. 2. a drug or other chemical compound that resembles another in structure or constituents but has different effects. Also spelled analogue. Compare homolog.

**analog computer,** a computer that processes information as a physical quantity, such as voltage, amperage, weight, or length and presents results of calculations that can be continuously varied and measured. Compare digital computer, hybrid computer.

**analog signal,** a continuous electric signal representing a specific condition, such as temperature or ECG waveforms.

**analog-to-digital converter,** a device for converting analog information, such as temperature or ECG waveforms, into digital form for processing by a digital computer. Also called A/D converter.

**anal reflex,** a superficial neurologic reflex obtained by stroking the skin or mucosa of the region around the anus, which normally results in a contraction of the external anal sphincter. This reflex may be lost in disease of the pyramidal tract above the upper lumbar spine level. See also superficial reflex.

**anal sadism,** (in psychoanalysis) a sadistic form of anal eroticism, manifested by such behavior as aggressiveness and selfishness. Compare oral sadism.

**anal stage,** (in psychoanalysis) the pregenital period in psychosexual development, occurring between 1 and 3 years of age, when preoccupation with the function of the bowel and the sensations associated with the anus are the predominant source of pleasurable stimulation. It is regarded as an important determinant of ultimate personality type. Adult patterns of behavior associated with fixation on this stage include either extreme neatness, orderliness, cleanliness, perfectionism, and punctuality, or their extreme opposites. Also called anal phase. See also anal character, psychosexual development.

**anal stenosis.** See imperforate anus.

**analysand** /ənal′isand′/, a person undergoing psychoanalysis.

**analysis** [Gk *ana* + *lyein* to loosen], the separation of substances into their constituent parts and the determination of the nature, properties, and composition of compounds. In chemistry, qualitative analysis is the determination of the elements present in a substance; quantitative analysis is the determination of how much of each element is present in a substance. Analysis is also an informal term for psychoanalysis. —analytic, adj. analyze, v.

**analysis of variance (ANOVA),** a series of statistic procedures for determining the differences, attributable to chance alone, among two or more groups of scores.

**analyst,** 1. a psychoanalyst. 2. a person who analyzes the chemical, physical, or other properties of a substance or product.

**analyte,** any substance that is measured. The term is usually applied to a component of a biologic section.

**analytic psychology,** 1. the system in which phenomena, such as sensations and feelings, are analyzed and classified by introspection rather than by experimental methods. Compare experimental psychology. 2. also called Jungian psychology, a system of analyzing the psyche according to the concepts developed by Carl Gustav Jung. It differs from the psychoanalysis of Sigmund Freud in stressing a ''racial'' or collective unconscious and a mystic, religious factor in the development of the personal unconscious and in minimizing the importance of sexual influence on early emotional and psychologic development.

**analyzing,** (in five-step nursing process) a category of nursing behavior in which the health care needs of the client are identified and the goals of care are selected. The nurse interprets data, identifies problems involving the client, the client's family, and significant others, establishes priorities among goals, integrates the information, and projects the expected outcomes of nursing activities. Although analyzing follows assessing and precedes planning in the five steps of the nursing process, in practice, analyzing is integral to effective nursing practice at all steps of the process. See also assessing, evaluating, implementing, nursing process, planning.

**anamnesis** /an′amne′sis/ [Gk *anamimneskein* to recall], 1. remembrance of the past. 2. the accumulated data concerning a medical or psychiatric patient and the patient's background, including family, previous environment, experiences, and, particularly, recollections, for use in analyzing his condition. Compare catamnesis.

**anaphase** /an′əfāz/ [Gk *ana* + *phainein* to appear], the third of four stages of nuclear division in mitosis and in each of the two divisions of meiosis. In mitosis and the second meiotic division the centromeres divide, and the two chromatids, which are arranged along the equatorial plane of the spindle, separate and move to the opposite poles of the cell, forming daughter chromosomes. In the first meiotic division the pairs of homologous chromosomes separate from each other and move intact to the opposite poles of the spindle. See also interphase, meiosis, metaphase, mitosis, prophase, telophase.

**anaphia** /ənā′fē-ə/, the loss of the ability to perceive tactile stimuli.

**anaphylactic hypersensitivity** /an′əfilak′tik/, an IgE- or IgG-dependent, immediate-acting humoral hypersensitivity response to an exogenous antigen. An intradermal skin test produces a wheal and flare reaction and edema within 30 minutes. Histamine, kinins, and other substances are released from mast cells, causing vasodilatation and muscle contraction. Systemic anaphylaxis, atopic allergies, hayfever, and insect-sting reactions are all anaphylactic hypersensitivity reactions. Also called type I hypersensitivity. Compare cell-mediated immune response, cytotoxic hypersensitivity, immune complex hypersensitivity. See also anaphylactic shock, immunoglobulins.

**anaphylactic shock,** a severe and sometimes fatal systemic hypersensitivity reaction to a sensitizing substance, such as a drug, vaccine, certain food, serum, allergen ex-

# EXHIBIT M

ILLUSTRATED

# Stedman's
## MEDICAL
## DICTIONARY

### 24TH EDITION



WILLIAMS & WILKINS
Baltimore • London • Los Angeles • Sydney

BSC-A-000251

Copyright ©, 1982
Williams & Wilkins
428 East Preston Street
Baltimore, MD 21202, U.S.A.

Copyright © by William Wood and Company 1911, 1st ed.; 1912, 2nd ed.; 1914, 3rd ed.; 1916, 4th ed.; 1918, 5th ed.; 1920, 6th ed.; 1922, 7th ed.; 1924, 8th ed.; 1926, 9th ed.; 1928, 10th ed.; 1930, 11th ed.

Copyright © by Williams & Wilkins: 1933, 12th ed.; 1935, 13th ed.; 1939, 14th ed.; 1942, 15th ed.; 1946, 16th ed.; 1949, 17th ed.; 1953, 18th ed.; 1957, 19th ed.; 1961, 20th ed.; 1966, 21st ed.; 1972, 22nd ed.; 1976, 23rd ed.

All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner.

Made in the United States of America

24th Edition, 1982
  Reprinted 1983, 1984
English Language Co-editions
  Asian 1967, 1972, 1976
  Indian 1967, 1973
  Taiwan 1972, 1976
Translated Editions
  Greek 1976
  Indian 1977
  Japanese 1977
  Portuguese 1976
  Spanish (in press)


Library of Congress Cataloging in Publication Data

Stedman, Thomas Lathrop, 1853–1938.
  Stedman's Medical dictionary.

  1. Medicine—Dictionaries. I. Title. II. Title: Medical dictionary. [DNLM: 1. Dictionaries, Medical. W 13 S812m]
R121.S8 1982      610′.3′21      81-3021
ISBN 0-683-07915-9      AACR2


Composed and printed at the
Waverly Press, Inc.                                        87  88  89    10  9  8

**obligate (obligatory) a.,** one that will grow only in the absence of free oxygen.

**anaerobic** (an-ār-o'bĭk). Relating to an anaerobe; living without oxygen.

**anaerobiosis** (an-ār-o-bī-o'sis) [ G. *an-* priv. + *aēr*, air, + *biōsis*, way of living ]. Existence in an oxygen-free atmosphere.

**anaergasic** [ G. *an-* priv. + *aēr*, air, + suffix *-gen*, producing ]. Not producing gas.

**anaerophyte** (an-ār'o-fīt) [ G. *an-* priv. + *aēr*, air, + *phyton*, plant ]. A plant that grows without air. 2. An anaerobic bacterium.

**anaeroplasty** (an-ār'o-plas-tĭ) [ G. *an-* priv. + *aēr*, air, + *plassō*, to form ]. Treatment of wounds by exclusion of air.

**anagen** (an'ā-jen) [ G. *ana*, up, + suffix *-gen*, producing ]. Growth phase of hair cycle.

**anagenesis** (an-ā-jen'ē-sis) [ G. *ana*, up + *genesis*, production ]. 1. Repair of tissue. 2. Regeneration of lost parts.

**anagenetic.** Pertaining to anagenesis.

**anagestone acetate.** 17-Hydroxy-6a- methylpregn-4-en-20-one acetate; progestational agent.

**anagnosasthenia** (an'ag-nōs-as-the'nĭ-ah) [ G. *anagnōsis*, reading, + *astheneia*, weakness ]. A form of neurasthenia in which the attempt to read causes distressing symptoms.

**Anagnostakis,** Andrei, Cretan ophthalmologist, 1826-1897. See A.'s *operation*.

**anagogy** (an-ā-go'jĭ) [ G. *anagōgē*, fr. *an-* *agō*, to lead up. ACT-, AG- ]. Psychic content of an idealistic or spiritual nature.

**anáchré** (an-ah-kra') [ Fr. fr. African native term meaning "big nose" ], Goundou.

**anakmesis** (an-ak'me-sis) [ G. *an-* priv. + *akmēnos*, full grown, fr. *akmē*, highest point ]. Arrest of maturation of leukocytes in their production centers, thereby resulting in greater numbers of young forms and progressively smaller proportions of mature granular cells in the bone marrow, as observed in agranulocytosis.

**anaku'sis.,** Anacusis.

**a'nal.** Relating to the anus.

**analbuminé'mia** [ G. *an-* priv. + albumin; *q.v.,* + G. *haima,* blood ]. Absence of albumin from the serum.

**analep'tic** [ G. *analeptikos,* invigorating. A. LAB- ]. 1. Strengthening; stimulating; invigorating. 2. A restorative remedy. 3. A central nervous system stimulant.

**analgesia** (an-al-jē'zĭ-ah) [ G. insensibility, fr. *an-* priv. + *algēsis,* sensation of pain ]. A condition in which nociceptive stimuli are perceived but are not interpreted as pain; usually accompanied by sedation without loss of consciousness.

**a. al'gera,** a. dolorosa; spontaneous pain in a part, associated with loss of sensibility.

**conduction a.,** sensory denervation in a portion of the body (regional anesthesia), produced by pharmacological means.

**a. dolora'sa,** a. algera.

**spinal a.,** sensory denervation produced by injection of local anesthetic into the subarachnoid space; a euphemism for spinal *anesthesia, q.v.*

**surface a.,** topical *anesthesia.*

**analgesic** (an-al-jē'zik). 1. Analgetic (1); a compound capable of producing analgesia; *i.e.*, one that relieves pain by altering perception of nociceptive stimuli without producing anesthesia or loss of consciousness. 2. Antalgic; characterized by reduced response to painful stimuli.

**analgesimeter** (an'al-je-zim'ĕ-ter) [ analgesia + G. *metron,* measure ]. A device for measuring pain under experimental conditions.

**analget'ic.** 1. Analgesic (1). 2. Associated with altered pain perception.

**anal'ity.** Referring to the psychic organization derived from, and characteristic of, the anal period of psychosexual development.

**anallergic** (an-al-lur'jik). Not allergic.

**an'alog.** Analogue.

**analogous** (ā-nal'o-gus). Resembling functionally, but having a different origin or structure.

**analogue** (an'ā-log) [ G. *ana- logos,* analogous ]. Analog, 1. One of two organs or parts in different species of animals

or plants, that differ in structure or development but are similar in function. 2. A compound that resembles another in structure; may be an isomer, but not necessarily (e.g., 5-fluorouracil is an analogue of thymine; often used to block enzymatic reactions by combining with enzymes (e.g., isopropyl thiogalactoside vs lactose).

**analphalipoproteinemia** (an-al'fā-lip'o-pro'te-in-e'mĭ-ah), Tangier *disease.*

**anal'ysand.** In psychoanalysis, the person being analyzed.

**analysis,** pl. **analyses** (ă-nal'ĭ-sis) [ G. a breaking up, fr. *ana,* up, + *lysis,* a loosening. LY- ]. 1. The breaking up of a chemical compound into simpler elements; a process by which the composition of a substance is determined. 2. The separation of any compound substance or concept into the parts composing it. 3. See psychoanalysis. 4. Applied in electroencephalography to the estimation or recording of the components of a complex wave form in terms of their frequency and amplitude.

**activation a.,** the identification and quantification of unknown elements from their characteristic electromagnetic spectra and decay constants after they have been made radioactive by exposure to high levels of particulate radiation.

**adsorption a.,** chromatography.

**bite a.,** occlusal a.

**blood gas a.,** the direct electrode measurement of the partial pressure of oxygen and carbon dioxide in blood.

**bradykinetic a.,** the a. of a movement by means of slow cinematography.

**cephalometric a.,** a study of the skeletal and dental relationships used in orthodontic case a., as calculated from cephalograms.

**character a.,** a. of the defenses and personality traits that characterize an individual.

**chromatographic a.,** chromatography.

**cluster a.,** a statistical procedure, using correlation, by which the dynamic interaction of a number of factors can be studied simultaneously.

**colorimetric a.,** determination of structure or quantity by means of color, *i.e.,* light absorption, at specific wavelengths (usually in the visible range) of a compound or its derivatives.

**content a.,** any of a variety of techniques for classification and study of the verbal products of normal or of psychologically disabled individuals.

**densimetric a.,** estimation of the amount of solids in a solution by the specific gravity.

**didactic a.,** training a.

**displacement a.,** competitive binding *assay.*

**distributive a.,** in psychobiology, term used to describe the a. of information gained about the patient and its distribution by the physician along the lines that are indicated by the patient's complaint and symptoms.

**Downs' a.,** a series of cephalometric criteria used as an aid in orthodontic diagnosis.

**ego a.,** psychoanalytic study of the ways in which the ego deals with intrapsychic conflicts.

**factor a.,** a statistical procedure, involving the further a. of a table of intercorrelations, to discover the constituent irreducible traits in such a complex mass of data, as in a statistical search for the core factors of intelligence or personality.

**gasometric a.,** the determination of structure or quantity of a substance by means of gaseous derivatives.

**gastric a.,** measurement of pH and acid output of stomach contents; basal acid output can be determined by collecting the overnight gastric secretion or by a 1-hr collection; maximal acid output is determined following injection of histamine; output is measured by titration with a strong base.

**gravimetric a.,** quantitative a. by weighing separately each constituent as such or in a form of known constitution.

**interaction process a.,** in psychology, a. of small group behavior in terms of 12 specific categories, e.g. solidarity, tension release, agreement, and others.

**multivariate a.,** simultaneous a. of multiple variate values. See also variate.

**occlusal a.,** bite a.; a study of the relations of the occlusal surfaces of opposing teeth and their effect upon related structures.

BSC-A-000253

# EXHIBIT N

# WEBSTER'S NEW WORLD DICTIONARY

OF THE AMERICAN LANGUAGE

DAVID B. GURALNIK, *Editor in Chief*

**SIMON AND SCHUSTER**

BSC-A-000254

Copyright © 1984 and 1970, 1972, 1974, 1976, 1978, 1979, 1980, 1982 by Simon & Schuster, Inc.
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by New World Dictionaries/Simon and Schuster
A Division of Simon & Schuster, Inc.
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON and SCHUSTER, TREE OF KNOWLEDGE, WEBSTER'S NEW WORLD, and colophons
are registered trademarks of Simon & Schuster, Inc.

Dictionary Editorial Offices: New World Dictionaries,
850 Euclid Avenue, Cleveland, Ohio 44114.

Manufactured in the United States of America
20 19 18 17 16 15 14 13 12 11

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's New World dictionary of the American
language.

  1. English language—Dictionaries. 2. Americanisms.
I. Guralnik, David Bernard, 1920-
PE1625.W34   1984         423         81-85763
ISBN 0-671-41809-2 (indexed)
ISBN 0-671-41807-6 (plain edge)
ISBN 0-671-41811-4 (pbk.)
ISBN 0-671-47035-3 (LeatherKraft)

BSC-A-000255

**blazon** [*n.*] 1. a coat of arms; heraldic shield, emblem, or banner 2. a technical description or illustration of a coat of arms in accordance with the rules of heraldry 3. showy display —*vt.* [< the *n.*] mistakenly associated with BLAZE[1] 1. to make known far and wide; proclaim (often with *forth, out,* or *abroad*) 2. to describe technically or portray (coats of arms) 3. to portray in colors 4. to adorn colorfully or showily —**bla·zon·er** *n.* —**bla·zon·ment** *n.*

**bla·zon·ry** (-rē) *n., pl. -ries* [see BLAZON] 1. the description or illustration of coats of arms 2. a coat of arms; heraldic emblem 3. any brilliant display

**bldg.** building

**-ble** (b'l) *same as* -ABLE

**bleach** (blēch) *vt.* [ME. *blechen* < OE. *blǣcan* < the base *\*blīk-,* to gleam, whence BLEAK[1] 1. to decolorize by means of chemicals or by exposure to the sun's rays 2. to whiten; blanch —*vi.* to become white, colorless, or pale —*n.* 1. a bleaching or whitening 2. any substance used for bleaching 3. the degree of whiteness resulting from bleaching —**bleach·er** *n.*

**bleach·ers** (-ərz) *n.pl.* [< prec., in reference to the effects of exposure] a section of cheaper seats, usually bare benches in tiers without a roof, for spectators at sporting events

**bleaching powder** chloride of lime or any other powder used in bleaching

**bleak[1]** (blēk) *adj.* [ME. *bleik* < ON. *bleikr,* pale: see BLEACH] 1. exposed to wind and cold; unsheltered; treeless; bare 2. cold and cutting; harsh 3. not cheerful; gloomy; dreary 4. not promising or hopeful [a bleak future] 5. [Obs.] pale; wan —**bleak·ly** *adv.* —**bleak·ness** *n.*

**bleak[2]** (blēk) *n., pl.* bleaks, bleak: *see* PLURAL, II, D, 2 [< ON. *bleikja < bleikr:* see prec.] a small, slender European fish (*Alburnus lucidus*) of the carp family, with silvery scales, an extract of which is used in making artificial pearls

**blear** (blir) *adj.* [ME. *blere,* watery, rheumy < the *v.*] 1. made dim by tears, mucus, etc.: said of eyes 2. blurred; dim; indistinct; misty —*vt.* [ME. *bleren,* to have watery eyes, akin to G. *blarren,* to bawl, cry < IE. base *\*blit-,* to howl, weep (of echoic origin), whence BLARE, BELLOW, L. *flere,* to weep] 1. to dim (the eyes) with tears, mucus, etc. 2. to blur (a surface or an outline)

**blear·y** (-ē) *adj.* blear′i·er, blear′i·est 1. dim or blurred as the eyes are from lack of rest or when one first awakens 2. having blurred vision —**blear′i·ly** *adv.* —**blear′i·ness** *n.*

**blear·y-eyed** (-īd′) *adj.* having bleary eyes; also blear′eyed′

**bleat** (blēt) *vi.* [ME. *bleten* < OE. *blǣtan:* see BLEAR] 1. to make its characteristic cry: said of a sheep, goat, or calf 2. to make a sound like this cry 3. to speak foolishly, whiningly, or querulously —*vt.* to say or express in a bleating voice —*n.* 1. the cry of a sheep, goat, or calf 2. any sound or utterance like this —**bleat′er** *n.*

**bleb** (bleb) *n.* 1. a sound produced in forming a bubble with the lips 2. a small swelling on the skin or on plants; blister; vesicle 3. an air bubble, as in water or glass —**bleb′by** *adj.*

**bleed** (blēd) *vi.* bled (bled), bleed′ing [ME. *bleden* < OE. *blēdan,* blood < ? IE. base *\*bhlō-* (var. of *\*bhel-,* to swell), to spurt forth, sprout: cf. BALL[1], BLOOM[1]] 1. to emit or lose blood 2. to suffer wounds or die in a battle or cause 3. to feel pain, grief, or sympathy; suffer 4. to ooze; esp., to ooze sap, juice, etc., as bruised plants 5. to run together, as dyes in wet cloth 6. to ooze through a covering coat of paint, as certain stains 7. to be printed to the edge (if a page, wrapper, etc. so that a part is later trimmed off: said of pictures, designs, etc. —*vt.* 1. to draw blood from; leech 2. to ooze (sap, juice, etc.) 3. to take sap or juice from 4. *a)* to empty slowly of liquid, air, or gas *b)* to draw off (liquid, air, or gas) slowly 5. *a)* to print (a picture, design, etc.) so that a small part at the edge is cut off when the paper is trimmed *b)* to trim (a page) so as to bleed some of the printed matter 6. [Colloq.] to get money from, esp. by extortion —the part of a printed picture, design, etc. that overruns the margin to be trimmed —*adj.* having such an overrunning part [a bleed page]

**bleed·er** (-ər) *n.* 1. a person who draws blood from another 2. a person who bleeds profusely; hemophiliac 3. *Electronics* an auxiliary resistor used chiefly for discharging a high-voltage capacitor

**bleeding heart** 1. any of a genus (*Dicentra*) of plants with fernlike leaves and drooping clusters of pink or reddish, heart-shaped flowers 2. a person regarded as too sentimental or too liberal in his approach to social problems

**bleep** (blēp) *n., vi.* [echoic] *same as* BEEP —*vt.* to censor (something said), as in a telecast by substituting a beep

**blem·ish** (blem′ish) *vt.* [ME. *blemishen* < OFr. *blemiss-,* extended root of *blesmir,* to injure, prob. via Frank. *\*blesmjan,* to cause to turn pale < *\*blesm,* akin to BLAZE[1] to mar, as by some flaw or fault; spoil the perfection of —*n.* 1. a mark that mars the appearance, as a stain, spot, scar, etc. 2. any flaw, defect, or shortcoming —SYN. see DEFECT

**blench[1]** (blench) *vi., vt.* [var. of BLANCH] to make or become pale; whiten; bleach

**blench[2]** (blench) *vi.* [ME. *blenchen,* move suddenly, avoid < OE. *blencan,* to deceive, akin to G. *blinken,* ult. < IE. base of BLANK] to shrink back, as in fear; flinch; quail

**blend** (blend) *vt.* blend·ed *or* bleat, blend·ing [ME. *blenden* < OE. *blendan* & ON. *blanda,* to mix < IE. base *\*bhlendh-*

to glimmer indistinctly, whence BLIND, BLUNDER] 1. to mix or mingle (varieties of tea, tobacco, etc.), esp. so as to produce a desired flavor, color, grade, etc. 2. to mix or fuse thoroughly, so that the parts merge and are no longer distinct (green results from blending blue and yellow) —*vi.* 1. to mix, merge, or unite 2. to pass gradually or imperceptibly into each other, as colors 3. to go well together; harmonize —*n.* 1. the act of blending; thorough mixture 2. the result of blending; a mixture of varieties [a blend of coffee] 3. *Linguis.* a word formed by combining parts of other words [Ex.: *telсуraph, smog*] —SYN. see MIX

**blende** (blend) *n.* [G. *blende < blenden,* to blind, deceive: so named because it resembles galena, but contains no lead] 1. sphalerite, an ore of zinc or zinc sulfide 2. any of certain other sulfides, esp. metallic sulfides, having a fairly bright luster

**blended whiskey** whiskey that is a blend of straight whiskey and neutral spirits or of two or more straight whiskeys

**blend·er** (blen′dər) *n.* 1. a person or thing that blends 2. an electrical appliance that can chop, cream, whip, mix, or liquefy foods

**blending inheritance** the blending of characteristics of the parents in the offspring, as in a pink flower that results from the mating of a red flower with a white one

**Blen·heim** (blen′əm) village in W Bavaria, Germany: site of a battle (1704) in the War of the Spanish Succession in which the English-Austrian army under Marlborough defeated the Franco-Bavarian forces: Ger. name, BLINDHEIM

**Blenheim spaniel** [after Blenheim Palace, seat of the Duke of Marlborough, where the dogs were bred] a variety of toy spaniel that is white with reddish-brown spots

**blen·ny** (blen′ē) *n., pl. -nies, -ny:* see PLURAL, II, D, 1 [L. *blennius < Gr. blennos < blenna,* slime, mucus] any of a large family (Blenniidae) of small fishes with long, many-rayed dorsal fins and a tapering body covered with a slimy substance —**blen′ni·oid′** (-ē·oid′) *adj.*

**blepf** (blent) *alt. pt. & pp.* of BLEND

**bleph·a·ri·tis** (blef′ə·rīt′əs) *n.* [BLEPHAR(O)- + -ITIS] inflammation of the eyelids

**bleph·a·ro-** (blef′ə·rō) [< Gr. *blepharon,* eyelid] a combining form meaning eyelid, eyelids: also, before a vowel, blephar-

**Blé·ri·ot** (bler′ē·ō′; *Fr.* blā·ryō′), Louis 1872–1936; Fr. aeronautical engineer & aviation pioneer

**bles·bok** (bles′bäk′) *n., pl. -bok,′ -boks′:* see PLURAL, II, D, 2 [Afrik. < *bles,* BLAZE[1] + *bok,* BUCK[1]] a South African antelope (*Damaliscus albifrons*) that has a large white mark on its face: also bles′buck′ (-buk′)

**bless** (bles) *vt.* blessed *or* blest, bless′ing [ME. *blessen, bletsien* < OE. *bletsian, bledsian < blod,* blood: rite of consecration by sprinkling the altar with blood] 1. to make or declare holy by a spoken formula or a sign; hallow; consecrate 2. to ask divine favor for [the minister blessed the congregation] 3. to favor or endow (with) [to be blessed with eloquence] 4. to make happy or prosperous; gladden [he blessed us with his leadership] 5. to think (oneself) happy; congratulate (oneself) 6. to praise or glorify [to bless the Lord] 7. to make the sign of the cross over or upon 8. [Obs., except in prayers, exclamations, etc.] to keep or protect from harm, evil, etc. —Bless me (or you, him, etc.)! an exclamation of surprise, pleasure, dismay, etc.



BLESBOK
(3½–4 ft. high at shoulder)

**blest** (blest) *alt. pt. & pp.* of BLESS —*adj.* blessed

**bleth·er** (bleth′ər) *n., vi., vt. same as* BLATHER

**bleu cheese** (bloo; *Fr.* blö) [Fr. *bleu,* blue] *same as* BLUE CHEESE

**blew** (bloo) *pt.* of BLOW[1] & BLOW[2]

**Bli·da** (blē′dä) city in NC Algeria: pop. 93,000

**Bligh** (blī), William 1754–1817; Eng. naval officer: commander of the *Bounty,* whose crew mutinied

**blight** (blīt) *n.* [? akin to ME. *blechening,* blight, rust (on grain), < *blikenen,* to lose color; < ON. *blikja,* turn pale]

taken ~4. a slide or ride, as on a sled going down an incline by the force of gravity —*vi.* 1. to sail near or along a coast. esp. from port to port ~2. to go down an incline on a sled ~3. to continue in motion on momentum or by the force of gravity after propelling power has stopped ~4. to continue without serious effort, letting one's past efforts carry one along —*vt.* 1. [Obs.] to go along the side of 2. to sail along or near the coast of —*SYN.* see SHORE† —the Coast [Colloq.] in the U.S., the Pacific coast —the coast is clear there is no apparent danger or hindrance

**coast·al** (-'l) *adj.* of, at, near, or along a coast

**coast artillery** artillery used to defend a coast

**coast·er** (kōs'tər) *n.* 1. a person or thing that coasts 2. a ship that carries cargo or passengers from port to port along a coast 3. a sled or wagon for coasting 4. [< obs. sense of coast, viz. "to pass close to or around"] formerly, a small tray, usually on wheels, for passing a wine decanter, etc. around a table 5. a small tray, mat, disk, etc. placed under a glass or bottle to protect a table or other surface
**coaster brake** a brake in the hub of the rear wheel of a bicycle, operated by reversing the pressure on the pedals: it also releases the wheel from the driving mechanism to permit free coasting
**coast guard** 1. a governmental force employed to defend a nation's coasts, prevent smuggling, aid vessels in distress, maintain lighthouses, etc.: specif. [C- G-], such a branch of the U.S. armed forces, under the control of the Department of Transportation or, in time of war, of the Department of the Navy 2. a member of a coast guard —**coast guards·man**, coast guard'man, *pl.* -men
**coast-land** (kōst'land') *n.* land along a coast
**coast-line** (-līn') *n.* the contour or outline of a coast
**Coast Mountains** mountain range in W British Columbia & S Alas.: highest peak, 13,260 ft.
**Coast Ranges** series of mountain ranges along the W coast of N. America, extending from Alas. to Baja California: highest peak, Mount LOGAN
**coast·ward** (-ward) *adj., adv.* toward the coast: also **coast·wards** (-wardz) *adv.*
**coast·wise** (-wīz') *adj., adv.* along and near the coast; also **coast'ways** (-wāz') *adv.*
**coat** (kōt) *n.* [ME. & OFr. cote, a coat < ML. cota, a tunic < Frank. kotta, coarse cloth (akin to G. kotze, shaggy overcoat)] 1. a sleeved outer garment opening down the front and varying in length, as a suit jacket or a topcoat or overcoat 2. a natural outer covering of an animal, as of skin, fur, wool, etc. 3. the outer covering of a plant or of an animal structure 4. a layer of some substance, as paint, over a surface 5. [Dial.] a petticoat or skirt 6. [Obs.] customary garb of a profession, class, etc. —*vt.* 1. to provide or cover with a coat 2. to cover with a layer of something —*coat'ed adj.*
**coated paper** a paper whose surface has been treated to take halftone impressions or color printing
**Coates** (kōts), *Eric* 1886-1958; Eng. composer
**co·a·ti** (kō ä'tē) *n.; pl.* -tis [Tupi < cua, a cincture + tim, the nose: so called from appearance of its snout] any of a genus (*Nasua*) of small, flesh-eating, tree-dwelling mammals found in Mexico and Central and South America: it is similar to the raccoon but with a long, flexible snout
**co·a·ti·mun·di, co·a·ti·mon·di** (-mun'dē) *n.; pl.* -dis [Tupi < prec. + mondi, solitary] same as COATI
**coat of arms** [transl. of Fr. cotte d'armes, light garment worn over armor, generally blazoned with heraldic arms] a group of emblems and figures (heraldic bearings) usually arranged on and around a shield and serving as the special insignia of some person, family, or institution
**coat of mail** *pl.* **coats of mail** [after Fr. cotte de mailles, lit., coat of meshes] a suit of armor made of interlinked metal rings or overlapping plates



COAT OF ARMS.

**coat-tail** (-tāl') *n.* the back part of a coat below the waist: esp., either half of this part when divided, as on a swallow-tailed coat —**ride** (or hang, etc.) on (someone's) coattails to have one's success dependent on that of someone else
**co·au·thor** (kō ô'thər) *n.* a joint author; collaborator
**coax** (kōks) *vt.* [orig. slang, "to make a coax of" < obs. slang coax, cox, cokes, a fool, ninny] 1. to induce or try to induce to do something; (seek to) persuade by soothing words, agreeable manner, etc.; wheedle 2. to get by coaxing —*vi.* to use gentle persuasion, urging, etc. —**coax'er** *n.* —**coax'ing·ly** *adv.*
*SYN.*—**coax** suggests repeated attempts to persuade someone to do something and implies the use of soothing words, an insinuating manner, etc.; **cajole** suggests the use of flattery or other blandishments; **wheedle** implies even more strongly the use of subtle flattery or seduction in gaining one's ends
**co·ax·i·al** (kō aks'ē əl) *adj.* [CO- + AXIAL] 1. having a common axis: also **co·ax'al** 2. designating a compound loudspeaker consisting of a smaller unit mounted within and connected with a larger one on a common axis: the smaller unit reproduces the higher frequencies, beyond the range of

the larger ~3. designating a high-frequency transmission line or cable in which a solid or stranded central conductor is surrounded by an insulating medium which, in turn, is surrounded by a solid or braided outside conductor in the form of a cylindrical shell: it is used for sending telephone, telegraph, television, etc. impulses
**cob¹** (käb) *n.* [ME., prob. < LowG., as in Du. kobbe < Gmc. base *kobb-, something rounded] 1. [Brit. Dial.] a) a lump or small mass, as of coal b) a leader; chief ~2. a corncob 3. a male swan 4. a short, thickset horse with a high gait
**cob²** (käb) *n.* [prob. < ??? Frisian, kobbe] the great; black-backed gull (Larus marinus), found in the northern Atlantic regions: also sp. cobb
**co·balt** (kō'bôlt) *n.* [G. kobalt < kobold, kobold; demon of the mines: term used by miners, who regarded it as worthless, from belief that goblins substituted it for silver] a hard, lustrous, steel-gray, ductile metallic chemical element, found in various ores: it is used in the preparation of alloys; its compounds are used in the production of inks, paints, and varnishes; symbol, Co; at. wt., 58.9332; at. no., 27; sp. gr., 8.71; melt. pt., 1495°C; boil. pt., 2900°C; a radioactive isotope (cobalt 60) is used in the treatment of cancer, in industrial radiography and research, etc.
**cobalt blue** 1. a dark blue pigment consisting of a mixture of cobalt and aluminum oxides 2. dark blue
**co·bal·tic** (kō bôl'tik) *adj.* 1. of cobalt 2. designating or of compounds in which cobalt has a valence of three
**co·balt·ite** (kō'bôl tīt') *n.* cobalt sulfarsenide, CoAsS, a silver-white mineral: also co'balt·ine' (-tēn')
**co·bal·tous** (kō bôl'təs) *adj.* designating or of compounds in which cobalt has a valence of two
**cob·ber** (käb'ər) *n.* [prob. < Heb. (via Yid.) chaver, a comrade] [Australian Slang] a close companion; comrade
**Cob·bett** (käb'it), *William* (pseud. Peter Porcupine) 1762?-1835; Eng. journalist & political reformer
**cob·ble¹** (käb'l) *vt.* -bled, -bling [ME., prob. akin to COB¹] 1. to mend or patch (shoes, etc.) 2. to mend or, put together clumsily or crudely
**cob·ble²** (käb'l) *n.* [prob. < COB¹] 1. a cobblestone 2. [pl.] same as COB COAL —*vt.* -bled, -bling to pave with cobblestones
**cob·bler¹** (käb'lər) *n.* [of U.S. orig. < ?] 1. an iced drink containing wine, whiskey, or rum; citrus fruit, sugar, etc. 2. a deep-dish fruit pie usually with a thick top crust of biscuit dough
**cob·bler²** (käb'lər) *n.* [ME. cobelere; see COBBLE²] 1. a person whose work is mending shoes 2. [Archaic] a clumsy, bungling workman
**cob·ble·stone** (käb'l stōn') *n.* [ME., cobel stom: see COBBLE² + STONE] a rounded stone of a kind formerly much used for paving streets
**cob coal** [see COB¹] coal in large rounded lumps
**Cob·den** (käb'dən), *Richard* 1804-65; Eng. political economist & statesman: advocate of free trade
**co·bel·lig·er·ent** (kō'bə lij'ər ənt) *n.* a nation associated but not formally allied with another or others in waging war
**Cob·ham** (käb'əm), *Lord* see OLDCASTLE
**co·bi·a** (kō'bē ə) *n.* [< ?] a large, voracious game fish (Rachycentron canadum) found in warm seas: it has a conspicuous black stripe along each side of the body
**co·ble** (kō'b'l, käb'l) *n.* [ME. cobel < OE. cuopel, prob. < Celt., as in W. ceubal, Bret. caubal (whence L. caupulus)] 1. a small fishing boat with a lug sail, deep stern, large rudder, and flattish stern, used off the eastern coasts of England 2. in Scotland, a short, flat-bottomed rowboat
**Co·blenz** (kō'blents) same as KOBLENZ
**cob·nut** (käb'nut') *n.* [see COB¹] same as FILBERT
**CO·BOL** (kō'bôl) [CO(mmon) B(usiness)-O(riented) L(anguage)] a digital computer language employing English words, used in business applications; also written Cobol
**co·bra** (kō'brə) *n.* [< Port. cobra (de capelo), serpent (of the hood) < L. colubra, a snake] 1. any of a genus (Naja) of very poisonous snakes of Asia and Africa having around the neck loose skin which is expanded into a hood when the snake is excited 2. leather made of the skin of this snake
**cobra de ca·pel·lo** (dē kə pel'ō) *pl.* cobras de capello [see prec.] a varicolored cobra (Naja naja), esp. of India, with a marking on the hood that looks like an eye
**Co·burg** (kō'bʉrg) city in N Bavaria, Germany: pop. 46,000
**cob·web** (käb'web') *n.* [ME. coppeb < coppe, spider (< OE. -coppe, in atorcoppe < ator, poison + -coppe, spider) + web] 1. a web spun by a spider 2. a single thread of such a web 3. anything flimsy, gauzy, or ensnaring, like the web of a spider —*vt.* -webbed', -webbing to cover with or as with cobwebs —**cob'web'by** *adj.*
**co·ca** (kō'kə) *n.* [Quechuan cuca] 1. any of a family of tropical S. American shrubs, esp. a species (Erythroxylon coca) whose dried leaves are the source of cocaine and some other alkaloids 2. these dried leaves

INDIAN COBRA
(to 6 ft. long)

BSC-A-000257

**poppy seed**

*(fragmented left column — text largely obscured)*

re hastily — pop-the
ar. of. PAPA] [Slang]
is to any elderly man
a [pop music]
ilation
esp. in painting and
lar subjects adapted
mmunications media,

y of semiclassical and
of Indian corn with
which pop open into
the popped grains.
LL. (Be.)' a bishop,
Gr., father ' baby
the bishop'r Rome
as having, or
thority 3. Orthodox
om (-dàm) n.
Eng. poet ~ John,
War
...

in baking; as a flavoring or topping for bread, rolls, etc.
★**Pop-si-cle** (päp'si k'l) [blend < POP[1] (1)(ICICLE] a trade-
mark for, a flavored ice frozen around a stick —n. [p–]
such a confection

**pop-sy, pop-sie** (päp'sē) n., pl. -sies [< pop, short for
POPPET + -y, -suffix for affectionate nicknames +. -Y]
[Chiefly Brit. Colloq.] a girl or young woman: a term of
affection

**pop-u-lace** (päp'yə lis) n. [Fr. < It. popolaccio, mob,
rabble < popolo < L. populus, PEOPLE]. 1. the common
people; the masses 2. same as POPULATION (sense 1 a)

**pop-u-lar** (päp'yə lər) adj. [L. popularis < populus,
PEOPLE] 1. of or carried on by the common people or all
the people [popular government] 2. suitable or intended
for the general public [popular music]. 3. within the
means of the ordinary person [popular prices] 4. accepted
among people in general; common; prevalent [a popular
notion] 5. liked by very many or most people [a popular
actor] 6. very well liked by one's friends and acquain-
ances —SYN. see COMMON —pop'u-lar-ly adv.
**popular etymology** same as FOLK ETYMOLOGY
**popular front** a coalition of leftist and centrist or liberal
political parties and other groups, as in France (1936–39)
to combat fascism

**pop-u-lar-i-ty** (päp'yə lar'ə tē) n. [Fr. popularité < L.
popularitas] the state or quality of being popular. . .
**pop-u-lar-ize** (päp'yə lə riz) vt. -ized', -iz'ing to make
popular; specif., a) to cause to be liked by many people
b) to make understandable to the general public. —
pop'u-lar-i-za'tion n. —pop'u-lar-iz'er n.
**pop-u-late** (päp'yə lāt') vt. -lat'ed, -lat'ing [< ML.
populatus, pp. of populare; to populate < L. populus,
PEOPLE] 1. to be or become the inhabitants of; inhabit
2. to supply with inhabitants; people
**pop-u-la-tion** (päp'yə lā'shən) n. [LL. populatio] 1. a)
all the people in a country, region, etc. b) the number of
these. c) a (specified) part of the people in a given area
[the Japanese population of Hawaii] 2. a populating or
being populated 3. Biol. all the organisms living in a given
area. 4. Statistics the total set of items, persons, etc. from
which a sample is taken
★**population explosion** the very great and continuing in-
crease in human population in modern times
★**Pop-u-list** (päp'yə list) n. [< populus, PEOPLE + -IST]
a member of a U.S. political party (Populist party or
People's party, 1891–1904) advocating free coinage of
gold and silver, public ownership of utilities, an income tax,
and support of labor and agriculture — adj. of the Populist
party: also Pop'u-lis'tic —Pop'u-lism n.
**pop-u-lous** (päp'yə ləs) adj. [L. populosus < populus,
PEOPLE] full of people; crowded or thickly populated —
pop'u-lous-ly adv. —pop'u-lous-ness n.
★**pop-up** (päp'up') n., some as POP-IN, 4)
**por-bea-gle** (pôr'bē'g'l) n. [< Corn. dial. porgh-bugel] any
of several large, fierce sharks (genus Lamna) of northern
seas, which bring forth living young
**por-ce-lain** (pôr's'l in, pôrs'lin) n. [Fr. porcellana < It.
porcellana, orig.: a kind of shell < porcella, little pig, vulva
[< L. porcella, dim. of porca, pig, vulva): shell so named
from its shape] 1. a hard, white, nonporous, translucent
variety of ceramic ware, made of kaolin, feldspar, and
quartz or flint 2. porcelain dishes or ornaments, collective-
ly —adj. made of porcelain —por'ce-la'ne-ous, por'cel-
la'ne-ous (-sə lā'nē əs) adj.
**por-ce-lain-ize** (-īz') vt. -ized', -iz'ing to coat with porce-
lain or a substance resembling porcelain
**porch** (pôrch) n. [ME. porche < OFr. < L. porticus <
porta, a gate, entrance, passage: see PORT[5]] 1. a covered
entrance to a building, usually projecting from the wall
and having a separate roof 2. an open or enclosed gal-
lery or room on the outside of a building; veranda 3.
[Obs.] a portico —the Porch a portico in Athens where
the Stoic philosopher Zeno taught —
**por-cine** (pôr'sīn, -sin) adj. [Fr. porcin < L. porcinus <
porcus, a hog: see PORK] of or like pigs or hogs
**por-cu-pine** (pôr'kyə pin') n., pl. -pines', pine': see
PLURAL, II, D, 1 [OFr. porcespin < ..]



PORCUPINE
(2 1/2–4 ft. long,
including tail)

**por-ket** (pôr'kit) n. [< MFr. porc estrin
spinous hog, spiny hog < OIt.
porcospino < L. porcus, a
pig (see PORK) + spina,
SPINE] any of a number of
large, related, old-world
(family Hystricidae) or new-
world (family Erethizonti-
dae) rodents, having coarse
hair mixed with long, stiff,
sharp spines that can be
erected
**Porcupine River** river in N
Yukon, Canada, flowing into
the Yukon River in NE
Alas.: 590 mi.
**porcupine fish** a spiny globe-
fish

**pore** (pôr) vi. pored, por'ing [ME. poren < ?] 1. [Now
Rare] to gaze intently or steadily 2. to read or study
carefully. (with over) [to pore over a book] 3. to think
deeply and thoroughly; ponder (with over)
**pore[2]** (pôr) n. [ME. < L. porus < Gr. poros < IE. *poro,
entrance < base. *per-: to bring through; whence FARE]
1. orig., a passage; channel 2. a tiny opening, usually
microscopic, as in plant leaves, skin, etc., through which
fluids may be absorbed or discharged 3. a similar opening
in rock or other substances
**pore-fungus** a basidiomycetous fungus whose spores are
produced inside microscopic tubules
★**por-gy** (pôr'gē) n., pl. -gies, -gy: see PLURAL, II, D, 1
[prob. altered < Sp. or Port. pargo < L. pagrus < Gr.
phagros, sea bream] 1. any of a number of related salt-
water food fishes (family Sparidae) having spiny fins and
a wide body covered with large scales, as the scup, the
pinfish, and the sheepshead (sense 1) 2. any of various
other fishes, as the menhaden
**po-rif-er-an** (pō rif'ər ən, pə-) n. [< L. porus, PORE[2] +
-FER + -AN] any of a phylum (Porifera) of primitive,
chiefly saltwater animals constituting the sponges — adj. of
or pertaining to the porifera
**po-rif-er-ous** (-əs) adj. [< L. porus, PORE[2] + -FEROUS]
1. having pores 2. Zool. of the sponges, or poriferans
**Po-ris-ma** (pôr'iz'mə) n. [ME. porysme < MF. porisma <
Gr. porisma, lit., a thing brought < porizein, to bring <
poros, passage: see PORE[2]] Ancient Math. a geometrical
proposition variously defined, as a) a proposition de-
duced from some other demonstrated proposition; corol-
lary b) a proposition that uncovers the possibility of
finding such conditions as to make a specific problem
capable of innumerable solutions
**pork** (pôrk) n. [ME. porc < OFr. < L. porcus, a pig < IE.
base *porkos, pig, whence OE.
fearh, MLr. orc: cf. FARROW]
1. orig., a pig or hog 2. the
flesh of a pig or hog, used as
food, esp. when used fresh, or
uncured ★3. [Colloq.] money,
jobs, etc. received through
pork-barrel appropriations
and -used for political pa-
tronage

CUTS OF PORK

★**pork barrel** [Colloq.] govern-
ment appropriations for polit-
ical patronage, as for local improvements to please legis-
lators' constituents —pork'-bar'rel-ing n.
**pork-er** (pôr'kər) n. a hog, esp. a young one, fattened for
use as food
**pork pie** 1. a meat pie filled with chopped pork 2. a man's
soft hat with a round, flat crown: now often pork'pie'
(-pi') n., porkpie hat
**pork-y** (pôr'kē) adj. pork'i-er, pork'i-est 1. of or like pork
2. fat, as though overfed 3. [Slang] saucy, cocky, pre-
sumptuous, impertinent, or the like —pork'i-ness n.
**por-no-graph-ic** (pôr'nə graf'ik) adj. [Slang] clipped form of PORNO-
GRAPHY, PORNOGRAPHIC: also porn (pôrn)
**por-nog-ra-phy** (pôr näg'rə fē) n. [< Gr. pornographos,
writing about prostitutes < porne, a prostitute + graphein
to write (see GRAPHIC)] 1. writings, pictures, etc. intended
primarily to arouse sexual desire 2. the production of such
writings, pictures, etc. —por-nog'ra-pher n. —por-no-
graph-ic (pôr'nə graf'ik) adj. —por'no-graph'i-cal-ly adv.
★**por-o-mer-ic** (pôr'ə mer'ik) n. [arbitrary coinage, prob.
< POROUS) + (POLYMERIC] a synthetic, leatherlike,
porous material, often coated or impregnated with a
polymer
**po-ros-i-ty** (pô räs'ə tē, pə-) n., pl. -ties [ME. porositee
< ML. porositas: see ff. & -ITY] 1. the quality or state of
being porous 2. the ratio, usually expressed as a per-
centage, of the volume of a material's pores, as in rock,
to its total volume 3. anything porous 4. same as PORE[2]
**po-rous** (pôr'əs) adj. [ME. < ML. porosus < L. porus,
PORE[2]] full of pores, through which fluids, air, or light
may pass —po'rous-ly adv. —po'rous-ness n.
**por-phy-a-tin** (pôr fir'ə tin) n. [PORPHYR(IN) +. -AT(E)+
-IN] any of various complex compounds formed-of
metals and porphyrins
**por-phy-ri-a** (pôr fir'ē ə) n. [ModL. < PORPHYR(IN) + -IA]
an inherited disorder of pigment metabolism with a
correlation of porphyrins in the urine and dangerous sensi-
tivity to sunlight
**por-phy-rin** (pôr'fir in) n. [< Gr. porphyra, purple +
-IN] any of a group of pyrrole derivatives, found in
cytoplasm, that combine with iron and magnesium to form
heme and chlorophyll, respectively
**por-phy-rit-ic** (pôr'fə rit'ik) adj. [ME. porphiritike <
ML. porphyriticus < L. porphyrites < Gr. porphyrites]
1. of porphyry 2. like porphyry; having distinct crystals
embedded in a fine-grained mass
**por-phy-roid** (pôr'fə roid') n. a metamorphic rock having
large crystals embedded in a fine-grained matrix of either
igneous or sedimentary origin
**por-phy-rop-sin** (pôr'fə räp'sin) n. [< Gr. porphyra,

*(footer phonetic key line, largely abbreviated)*
fat, āpe, cär; ten, ēven; is, bīte; gō, hôrn, tōōl, look; oil, out; up, fur; get; joy; yet; chin; she; thin, then; zh, leisure; ŋ, ring; ə for a in ago, e in agent, i in sanity, o in comply, u in focus; ' as in able (ā'b'l); Fr. bal; ë, Fr. coeur; ö, Fr. feu; Fr. mon; ü, Fr. coq;
ō, Fr. duc; r, Fr. cri; H, G. ich; kh, G. doch. See inside front cover. ★Americanism; ‡foreign; †hypothetical; <derived from

BSC-A-000258

# EXHIBIT O

# Webster's
# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than*
*one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

Kenyon & Kenyon
LIBRARY
DCO

BSC-A-000259



A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock
Gove and the Merriam-Webster editorial staff.
p.     cm.
ISBN 0-87779-201-1 (blue-sturdite)—ISBN 0-87779-202-X
(carrying case)— ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries.    I. Gove, Philip Babcock
1902–1972.    II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                          93-10630
                                                      CIP

All rights reserved. No part of this book covered by the copyrights hereon may be
reproduced or copied in any form or by any means—graphic, electronic, or mechanical,
including photocopying, taping or by/storation storage and retrieval systems—without
written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA
454647AG/H953493

Kenyon & Kenyon
LIBRARY
DCQ



**Magnified Definition of Blend:**

# EXHIBIT P

DOCKET NO. CRD0850

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:     Gregory A. Kopia et. al.

Serial No.:     09/575,480                    Art Unit:  3743

Filed   :       May 19, 2000                  Examiner: C.T. Nguyen

For     :       DRUG COMBINATIONS USEFUL FOR PREVENTION OF RESTENOSIS

## APPELLANT'S SECOND CORRECTED BRIEF ON APPEAL

Mail Stop Appeal Brief-Patents
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The following represents Appellant's Brief on Appeal in the above-captioned application:

### I.    REAL PARTY IN INTEREST

The real party of interest of the present application on appeal is the assignee, Cordis Corporation.

### II.   RELATED APPEALS AND INTERFERENCES

There are no appeals or interferences known to appellant's legal representative or assignee, which will directly affect or be directly affected by or have a bearing on the Board's decision in the pending appeal.

### III.  STATUS OF CLAIMS

Claims 1, 3 – 4, 6, and 8 – 9 are pending in this application and have been finally rejected in this application by means of a final rejection dated June 2, 2004. Claims 2, 5, 7, and 10 – 15 were cancelled without prejudice during prosecution. Each of Claims 1, 3 – 4, 6, and 8 – 9 are on appeal.

12/01/2005 ZJUHAR1  00000074 100750   09575480
01 FC:1402        500.00 DA

BSC-A-000263

## IV. STATUS OF AMENDMENTS

A Response after Final Rejection was deposited with the United States Postal Service on September 2, 2004 in response to the Final Rejection dated June 2, 2004. In an Advisory Action mailed on October 19, 2004, the Examiner indicated that the Response after Final Rejection failed to place the application in condition for allowance. Nonetheless, the Examiner entered the claim amendments made in the Response after Final Rejection.

## V. SUMMARY OF CLAIMED SUBJECT MATTER

The invention embodied by the subject application on appeal is directed to an approach to solving the clinical problem of restenosis, which involves the administration of drug combinations, either locally or systemically. One example of such a combination would be the addition of the anti-inflammatory corticosteroid, dexamethasone, with an antiproliferative agent such as rapamycin or its analogues. Delivery of a stent containing both an *antiproliferative agent and an anti-inflammatory agent (emphasis added)* to a coronary artery injured during the process of angioplasty would provide the added therapeutic benefit of:

1. Limiting the degree of local smooth muscle cell proliferation;
2. Reducing a stimulus for proliferation, i.e., inflammation, and thus enhance the restenosis-limiting action of the stent.

An additional benefit of combination drug therapy may be to reduce the dose of each of the therapeutic components and thus limiting their toxicity, while still achieving a reduction in restenosis. See Table 1 (included below), which demonstrates that concentrations of rapamycin or dexamethasone below their respective $IC_{50}$ amounts may combine to produce an effect on cell growth greater than either agent individually.

| % of Control Growth | Concentration of Dexamethasone | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0.01 | 0.05 | 0.1 | 0.5 | 1.0 | 5.0 | 10 | 50 | 100 |
| Rapamycin 0 ug/ml | 100.0 | – | – | 75.2 | 76.5 | 72.2 | [illegible] | [illegible] | [illegible] | [illegible] |
| Standard Deviation | 4.2 | | | 0.8 | 16.3 | 9.3 | 7.6 | 5.9 | 6.0 | 1.3 |
| Rapamycin 0.2 ug/ml | 85.7 | 63.4 | 57.6 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Standard Deviation | 6.6 | 3.2 | 2.1 | 4.6 | 2.2 | 1.7 | 3.0 | 2.7 | 1.0 | 1.8 |
| Rapamycin 1.0 ug/ml | 67.4 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Standard Deviation | 2.6 | 3.3 | 13.3 | 9.5 | 4.4 | 4.5 | 3.1 | 8.1 | 6.4 | 3.7 |

Table 1: Inhibition of human vascular smooth muscle cell proliferation with dexamethasone or dexamethasone + rapamycin.

Further aspects of this summary are seen in the specification at page 8, lines 7-23, page 10, lines 14-28, page 11, lines 11-15, and page 13, lines 11-20.

BSC-A-000264

## VI. GROUNDS OF PROTECTION TO BE REVIEWED ON APPEAL

1. Is Claim 1 patentable in light of 35 U.S.C. §112?

2. Are Claims 1, 3, 4, and 6 patentable under 35 U.S.C. §102 in view of U.S. Patent No. 6,335,029 to Kamath?

3. Are Claims 8-9 patentable under 35 U.S.C. §103 over U.S. Patent No. 6,335,029 to Kamath in view of U.S. Patent No. 6,159,488 to Nagler?

4. How can Applicants overcome the double patenting rejection?

## VII. ARGUMENT

*1. Is Claim 1 patentable in light of 35 U.S.C. §112?*

Claim 1 is patentable in light of 35 U.S.C. §112. As amended, claim 1 now satisfies all of the requirements 35 U.S.C. §112. The Examiner originally rejected claim 1 under 35 U.S.C. §112 for lack of antecedent basis for the term "said layers." As noted in applicant's response dated September 2, 2004, an inadvertent typographical error inserted the word "layers" for the word "agents." The term "said agents" now has antecedent support in amended claim 1, thus making the claim reasonably ascertainable by those skilled in the art. [*Ex parte Porter*, 25 USPQ2d 1144, 1145 (Bd. Pat. App. & Inter. 1992)]

*2. Are Claims 1, 3, 4, and 6 patentable under 35 U.S.C. §102 in view of U.S. Patent No. 6,335,029 to Kamath?*

Claims 1, 3, 4, and 6 are patentable under 35 U.S.C. §102 over U.S. Patent No. 6,335,029 to Kamath, et. al. The Examiner has rejected Claim 1 under 35 U.S.C. §102, citing Kamath. In so doing, the Examiner has characterized the drug Taxol as a rapamycin "analogue." Applicants respectfully contend that this is an improper characterization.

Taxol is formed from the compound paclitaxel. While both rapamycin and paclitaxel may exhibit antiproliferative properties, these two drugs are different in both their chemical structure and method of action. The attached drawings show the chemical structure of both rapamycin and paclitaxel. Upon a review of the images, one can see clearly that the chemical structures of these compounds share little in common. In this regard, one could not characterize the two families of drugs as "analogues." In contrast, each pair of the true "analogues" (for instance, rapamycin and its analogue, ABT-578, or taxol and its analogue, docetaxel) has very similar structures. As well, both pairs of true analogues have similar methods of action.

5

BSC-A-000265

Chemical Structure - Rapamycin and a Rapamycin Analogue:



Rapamycin                              ABT-578 (A Rapamycin Analogue)

Chemical Structure - Taxol and a Taxol Analogue:

Paclitaxel (Taxol)                     Docetaxel ( A Paclitaxel Analogue)

The method of action of these two classes of drugs is quite different. Paclitaxel is a drug originally formulated for cancer therapy, since it interferes with the growth of cancer cells, which are eventually destroyed. Essentially, paclitaxel causes cells to experience programmed cell death without dividing. Rapamycin, also known as sirolimus was formulated as an immunosuppressive agents to prevent tissue rejection during transplant surgery. Sirolimus works to prevent the white blood cells from getting rid of the transplanted organ, and in so doing exhibits cytostatic properties.

The Examiner's argument is misplaced that, because applicant originally submitted claims pairing rapamycin with taxol and vincristine in a *Markush* grouping[1], the agents cited are "analogues." A *Markush* grouping is a homegrown generic expression covering a group of two or more different materials, any one of which will be operative for the combination claimed. Applicant submits that, to extrapolate that the elements of a *Markush* grouping, are

---

[1] See Claim 9.

6

BSC-A-000266

necessarily *analogues* as used in the drug sense, is entirely inappropriate. Moreover, without a clear showing made by the Examiner that the drugs function as analogues, any argument based on inherency of the drugs' properties is certainly inappropriate, given appellants clear showing of the different modes of operation.

Examiner makes the additional argument that the dictionary meaning of "analogue" is defined as a structure that is similar in function to one in another according to The American Heritage® Dictionary. However, the pharmaceutical sense, "analogue" has a more specific meaning specifically, "a chemical compound with a structure similar to that of another but differing from it in respect to a certain component."[2] Under this definition, clearly taxol is not a rapamycin "analogue."

Since appellants have shown that taxol is not a rapamycin analogue, and Kamath does not disclose a rapamycin or a rapamycin analogue, the rejection in light of Kamath is inappropriate.

*3. Are Claims 8-9 patentable under 35 U.S.C. §103 over U.S. Patent No. 6,335,029 to Kamath in view of U.S. Patent No. 6,159,488 to Nagler?*

Claims 8 and 9 are patentable under 35 U.S.C. §103 over Kamath in view of U.S. Patent No. 6,159,488 to Nagler, *et al.* It has already been shown herein that taxol is not a rapamycin analogue. In this regard, Kamath in view of Nagler does not teach or suggest each of the claim limitations, specifically the use of an antiproliferative "comprising rapamycin or an analogue thereof..."

The examiner states that the Kamath reference discloses the invention as applied to Claim 1 but fails to recite halofuginone as an extracellular matrix inhibitor. The examiner further cites the Nagler reference to teach a stent coated with halofuginone, and then states it would be obvious to one with ordinary skill in the art to modify Kamath to include halofuginone. "When a rejection depends on a combination of prior art references, there must be some teaching, suggestion, or motivation to combine said references." *In re Rouffet,* 149 F.3d 1350, 1355 (Fed Cir. 1998). There is no such suggestion or motivation in either reference to combine the cited references. The Examiner has shown no suggestion or motivation to combine, and the references themselves do not imply a reason to combine these references. Furthermore, Kamath simply *does not teach* the use of an antiproliferative comprising rapamycin or an analogue thereof.

---

[2] Dorland's Medical Dictionary, pg. 66 (26th ed. 1981).

BSC-A-000267

Given that <u>Kamath</u> falls short as a 35 USC §102 reference as it relates to the claimed invention, it also falls short as a 35 USC §103 reference as applied herein. In this regard, claims 8 and 9 are patentable under 35 U.S.C. §103.

### 4. How can Applicants overcome the double patenting rejection?

Applicants expect the double patenting rejection to be removed in light of the further prosecution of S.N. 09/850,482.[3] Alternately, if the double patenting rejection is maintained, Applicants intend to file a Terminal Disclaimer to overcome such rejection.

### SUMMARY

Appellants submit that the above remarks and supporting information establish that the Examiner's cited grounds for rejection are improper and as such should be reversed. Appellant thus respectfully requests that the Board of Patent Appeals and Interferences find that the remaining claims are in condition for allowance, with instructions to the Examiner to allow the claims.

Respectfully submitted,

/Paul A. Coletti/
Paul A. Coletti
Attorney for Applicant(s)
Reg. No. 32,019

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933-7003
(732) 524-2815
DATED: November 29, 2005

---

[3] For instance, in S.N. 09/850,482 only claims 1-3 and 5-15 remain, not 1-20 and 25 as cited by the Examiner.

8

BSC-A-000268

## APPENDIX

### VIII.  CLAIMS

1. (Previously Amended)   A method for treating restenosis comprising an intravascular infusion or delivery by release from a surface of a stent of a combination of at least two agents, including an anti-proliferative agent for inhibiting smooth muscle cell growth comprising rapamycin or an analogue thereof and an anti-inflammatory agent for inhibiting smooth muscle growth, both said agents contained in therapeutic dosage amounts.

2. (Canceled)

3. (Previously Amended)   The method of claim 1 wherein the anti-inflammatory agent comprises dexamethasone.

4. (Previously Amended)  The method of claim 1 wherein the combination of at least two agents further includes a growth factor or cytokine signal transduction inhibitor.

5. (Canceled)

6. (Previously Amended)  The method of claim 1 wherein the combination of at least two agents further includes a tyrosine kinase inhibitor.

7. (Canceled)

8. (Previously Amended)  The method of claim 1 wherein the combination of at least two agents further includes an inhibitor of extracellular matrix synthesis.

9. (Previously Amended)  The method of claim 8 wherein the inhibitor of extracellular matrix synthesis comprises halofuginone and the anti-proliferative agent is taken from a group consisting of rapamycin, taxol, or vincristine.

10. (Canceled)

11. (Canceled)

12. (Canceled)

9

13. (Canceled)

14. (Canceled)

15. (Canceled)

BSC-A-000270

## IX. EVIDENCE APPENDIX

Copies of <u>Kamath</u>, U.S. Patent No. 6,335,029 and <u>Nagler</u>, U.S. Patent 6,159,488.

11

BSC-A-000271

## X. <u>RELATED PROCEEDINGS APPENDIX</u>

None

BSC-A-000272

# DORLAND'S ILLUSTRATED

# Medical
# Dictionary

## Twenty-sixth Edition

W. B. SAUNDERS COMPANY   Philadelphia   London   Toronto
Mexico City   Sydney   Tokyo

BSC-A-000273

The Library of Congress Cataloged the First Issue
of this Serial as follows:

Dorland's illustrated medical dictionary. [1st] — ed.

Philadelphia, Saunders, 1900–

illus. (part col.) 23–25 cm.

Title varies: 1st–22d ed., The American illustrated medical
dictionary.

I. Medicine — Dictionaries.        I. Dorland, William Alexander
  Newman, 1864–1956.        II. Title: The American illustrated
  medical dictionary.

R121.D73        610.3        0–6383 rev 4*

Library of Congress        [r65i*7]        MARC-S

© 1981 by W. B. Saunders Company

Copyright 1900, 1901, and 1903 by W. B. Saunders and Company.  Copyright 1906, 1909, 1911, 1913, 1915, 1917, 1919,
1921, 1923, 1925, 1927, 1929, 1932, 1935, 1938, 1941, 1944, 1947, 1951, 1957, 1965, and 1974 by W. B. Saunders Company.
Copyright under the Uniform Copyright Convention.  Simultaneously published in Canada.  All Copyright Renewals
Registered.

Derechos reservados conforme a la ley para la Republica Mexicana.

All Rights Reserved.  This book is protected by copyright.  No part of it may be duplicated or reproduced in any manner
without written permission from the publisher.  Made in the United States of America.  Press of W. B. Saunders Company.

Some of the words appearing in the Dictionary are proprietary names (trademarks) even though no reference to this fact is
made in the text. The appearance of any name without designation as a trademark is therefore not to be regarded as a repre-
sentation by the editors or publisher that it is not a trademark or is not the subject of proprietary rights.

The use of portions of the text of the United States Pharmacopeia, Twentieth Revision, official from July 1, 1980, of the National
Formulary, Fifteenth Edition, official from July 1, 1980, and of USAN and the USP Dictionary of Drug Names 1981 is by
permission received from the Board of Trustees of the United States Pharmacopeial Convention, Inc. The said Convention is
not responsible for any inaccuracy of quotation, or for any false or misleading implication that may arise by reason of the
separation of excerpts from the original context or by obsolescence resulting from publication of a supplement.

Listed here are the latest translated editions of this book together with the languages for the translations and the publishers.

Japanese (25th Edition) — Hirokawa Publishing Company, Tokyo, Japan

Spanish (25th Edition) (Adaptation) — El Ateneo, Buenos Aires, Argentina

Braille edition (24th Edition) — American Printing House for the Blind, Louisville, Kentucky

ISBN 0-7216-3150-9   Standard
ISBN 0-7216-3151-7   Indexed

Library of Congress Catalog Card Number: 78-56050

Last digit is the print number:    9   8   7   6   5   4   3   2   1

BSC-A-000274

**anal** (a'nal) [L. *analis*] pertaining to the anus.

**analbuminemia** (an''al-bu''mĭ-ne'me-ah) a state characterized by deficiency or absence of albumins in the blood serum.

**analeptic** (an''ah-lep'tĭk) [Gr. *analepsis* a repairing] a drug which acts as a restorative, such as caffeine, amphetamine, pentylenetetrazol, etc.

**analgesia** (an''al-je'ze-ah) [*an* neg. + Gr. *algesia* pain + *-ia*]. absence of sensibility to pain; absence of pain on noxious stimulation; designating particularly the relief of pain without loss of consciousness; called also *alganesthesia.* **a. al'gera,** spontaneous pain in a denervated part; pain in an area or region which is anesthetic; called also **a. dolorosa.** **audio a.,** audioanalgesia. **continuous caudal a.,** the relief of the pain of labor and childbirth by the continuous bathing of the sacral and lumbar plexuses within the epidural space by the injection of an anesthetic solution. This method is used also in general surgery to block the pain pathways below the navel. Called also **continuous caudal anesthesia.** **a. doloro'sa,** a. algera. **epidural a.,** epidural analgesia induced by introduction of the analgesic agent into the epidural space of the vertebral canal. **infiltration a.,** paralysis of the nerve endings at the site of operation by subcutaneous injection of an anesthetic. **narcolocal a.,** local analgesia preceded by premedication. **paretic a.,** loss of the sense of pain accompanied by partial paralysis. **perversation a.,** surface a. relative a., in dental anesthesia, a maintained level of conscious-sedation, short of general anesthesia, in which the pain threshold is elevated, usually induced in inhalation of nitrous oxide and oxygen. **surface a.,** local analgesia produced by an anesthetic applied to the surface of such mucous membranes as those of the eye, nose, throat, larynx, and urethra; called also **permeation a.**

**analgesic** (an''al-je'zĭk) 1. relieving pain. 2. not sensitive as to pain. 3. an agent that alleviates pain without causing loss of consciousness.

**Analgesine** (an''al-je'sin) trademark for a preparation of antipyrine.

**analgetic** (an''al-jet'ĭk) analgesic.

**analgia** (an-al'je-ah) [*an* neg. + Gr. *algos* pain + *-ia*] absence of pain.

**analgic** (an-al'jĭk) insensible to pain.

**anallergic** (an''ah-ler'jĭk) not allergic; not causing anaphylaxis or hypersensitivity.

**analogous** (ah-nal'o-gus) [Gr. *analogos* according to a due ratio, conformable, proportionate] resembling or similar in some respects, as in function or appearance, but not in origin or development; cf. *homologous,* def. 1.

**analogue** (an'ah-log) 1. a part or organ having the same function as another, but of a different evolutionary origin; cf. *homologue* (def. 1). 2. a chemical compound with a structure similar to that of another but differing from it in respect to a certain component; it may have a similar or opposite action metabolically. Cf. *homologue* (def. 2). **base a.,** an analogue of a purine or pyrimidine base, as aminopurine. **homologous a.,** a part that is similar to another in both function and structure. **metabolic a.,** a closely similar compound which tends to replace an essential metabolite. **substrate a.,** a substance with a structure similar to the natural substrate of an enzyme and which, because of this similarity, inhibits the action of the enzyme, as in competitive inhibition.

**analogy** (ah-nal'o-je) [Gr. *analogia* equality of ratios, proportion] the quality of being analogous; resemblance or similarity in function or appearance, but not in origin or development.

**analpfalipoproteinemia** (an-al''fah-lip''o-pro''te-in-e'me-ah) Tangier disease.

**analysand** (ah-nal'ĭ-sand) one who is being psychoanalyzed.

**analysis** (ah-nal'ĭ-sis), pl. *anal'yses* [*ana-* + Gr. *lysis* dissolution] 1. separation into component parts or elements; the act of determining the component parts of a substance. 2. psychoanalysis. **activation a.,** a quantitative determination of the presence of certain types of nuclei in a sample by transmuting them into radioactive nuclei and analyzing the emanating radiation. **antigenic a.,** the determination of the components of the antigenic mosaic of a bacterial species. **bite a.,** occlusal a. **blood gas a.,** the determination of oxygen and carbon dioxide concentrations and the pH of the blood by laboratory tests; the following measurements may be made: $PO_2$, partial pressure of oxygen in arterial blood; $PCO_2$, partial pressure of carbon dioxide in arterial blood; $SO_2$, percent saturation of hemoglobin with oxygen in arterial blood; the total $CO_2$ content of (venous) plasma; the acidity. **bradycinetic a.,** cineradiographic study of moskeletal and dental relationships used in orthodontic case analysis, as seen in cephalograms. **character a.,** the systematic psychotherapeutic investigation or analysis of the personality traits or defenses of an individual. **chromatographic a.,** chromatography. **colorimetric a.,** analysis by means of the various color tests. **densimetric a.,** analysis by ascertaining the specific gravity of a solution and estimating the amount of matter dissolved. **distributive a.,** psychobiologic treatment by the directed study and interpretation of the patient's present and past behavior. **Downs' a.,** a series of cephalometric criteria developed by Downs as an aid in orthodontic diagnosis. **ego a.,** the intensive therapeutic study and analysis of the ways in which the ego resolves or attempts to deal with intrapsychic conflicts. **end-group a.,** evaluation of the degree of linearity and branching of polysaccharide by determination of the number of end groups; determination of the amino- and carboxyl-terminal amino acids of a protein permitting an evaluation of the number of peptide chains per molecule as well as the state of purity of the protein. **existential a.,** existential psychoanalysis. **gasometric a.,** the measurement of the different components of a gaseous mixture. **gravimetric a.,** quantitative a. **group a.,** intensive psychotherapeutic analysis in which two or more patients actively participate. **occlusal a.,** a study of the relations of the teeth in one jaw to those in the opposite jaw as a unit; called also **bite a.** **organic a.,** the analysis of animal and vegetable tissues. **polariscopic a.,** analysis by means of the polariscope. **proximate a.,** the determination of the simpler constituents of a substance. **qualitative a.,** the determination of the nature of the constituents of a compound. **quantitative a.,** the determination of the proportionate quantities of the constituents of a compound. **radiochemical a.,** direct or indirect identification or determination of the content of specific elements in a substance through measurement of the disintegration rates of radionuclides. **spectroscopic a.,** spectrum a., analysis by means of determining the wave length(s) at which electromagnetic energy is absorbed by a sample. **tetrad a.,** the analysis of divisions of a single primary gametocyte. **transactional a.,** a type of psychotherapy involving an understanding of the interpersonal interchanges between the components of the personalities of the participants (individuals or members of a group). **ultimate a.,** the determination of the ultimate elements of a compound. **vector a.,** analysis of a moving force to determine both its magnitude and its direction, e.g. analysis of the scalar electrocardiogram to determine the magnitude and direction of the electromotive force for one complete cycle of the heart. **volumetric a.,** quantitative analysis by measuring volumes of liquids.

**analysor** (an'ah-li''zor) analyzer.

**analyte** (an'ah-līt) a substance undergoing analysis.

**analytic** (an''ah-lit'ĭk) pertaining to analysis.

**analyzer** (an'ah-li''zer) 1. a Nicol prism attached to a polarizing apparatus which extinguishes the ray of light polarized by the polarizer. 2. Pavlov's name for a specialized part of the nervous system which controls the reactions of the organism to changing external conditions. 3. a nervous receptor together with its central connections, by means of which sensitivity to stimulations is differentiated. **amino acid a.,** an analytical instrument that separates, identifies, and measures quantities of amino acids and related compounds. **amino acid sequence a.,** an instrument for determining protein components in plasma, useful in blood-lipid evaluation. **blood gas a.,** an instrument for measuring partial pressures of oxygen, carbon dioxide, carbon monoxide, and nitrogen in blood. **breath a.,** an instrument for determining the volume and composition of respired gases; some types are specifically designed for detecting alcohol in the breath. **image a.,** an instrument that counts, measures and classifies cells and images viewed on microscopes, photographs, transparencies, etc. **oxygen gas a.,** an instrument for measuring the oxygen content of a gaseous mixture, or dissolved oxygen in a liquid, or saturation of blood hemoglobin with $O_2$ or partial pressure of $O_2$ in blood. **voice a.,** an electronic instrument for printing out waveforms corresponding to vocal characteristics, as an aid in identifying voice and speech problems or a particular speaker.

**Aname** (an'ah-me) a genus comprising the venomous "bird spiders" of the family Therphosidae.

**Anamirta cocculus** L. Wight & Arn. (Menispermaceae) (an''ah-mer'tah kok'u-lus) a species of East Indian woody vines whose dried berries or fruit, cocculus indicus, yield picrotoxin. Called also **A. paniculata.**

**anamirtin** (an''ah-mer'tin) an oily glyceride, $C_{18}H_{40}O_{16}$, from the dried berries or fruit of *Anamirta cocculus.*

**anamnesis** (an''am-ne'sis) [Gr. *anamnesis* a recalling] 1. the faculty of memory. 2. the collected data concerning a patient, his family, previous environment, and experiences, including any abnormal sensations, moods, or acts observed by the patient himself or by others, with the dates of their appearance and duration, as well as any results of treatment. 3. in immunology, the faculty of immunological memory as exemplified by events in the secondary or anamnestic immune response.

**anamnestic** (an''am-nes'tik) pertaining to anamnesis. See also under *response.*

**Anamniota** (an''am-ne-o'tah) [*an* priv. + Gr. *amnion*] a major group of vertebrates comprising those which develop no amnion, including fishes and amphibians; opposed to Amniota.

# EXHIBIT Q

AF/3763

#10

Response Under 37 CFR 1.116
EXPEDITED PROCEDURE
EXAMINING GROUP 3763

Docket No. CRD-0580

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants : Robert Falotico et al.

Serial No. : 09/850,232                    Art Unit: 3763

Filed       : May 7, 2001                  Examiner: Mark K. Han

For         : DRUG/DRUG DELIVERY SYSTEMS FOR THE PREVENTION AND
              TREATMENT OF VASCULAR DISEASE

I hereby certify that this correspondence is being deposited with the
United States Postal Service as first class mail in an envelope addressed
to: Commissioner for Patents, Washington, D.C. 20231 on

May 13, 2003

(Date)

Carl J. Evens

Name of applicant, assignee, or Registered Representative

(Signature)

May 13, 2003

(Date of Signature)

RECEIVED

MAY 19 2003

TECHNOLOGY CENTER 3700

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### REPLY/AMENDMENT

Dear Sir:

In response to the Final Office Action mailed March 17, 2003,
Applicants respectfully request that the referenced patent

application be amended as proposed below and the following remarks
be considered and entered into the file.

IN THE CLAIMS

Please amend the claims as follows:

1.    (Twice Amended) A method for the treatment of intimal
hyperplasia in vessel walls comprising the controlled delivery, by
release, for a sustained period of time in the range from about
two to about six weeks, from an implantable intraluminal medical
device, of an anti-inflammatory agent in therapeutic dosage
amounts.

8.    (Twice Amended) A drug delivery device comprising:
       an implantable intraluminal medical device; and
       a therapeutic dosage of an agent releasably affixed to
the implantable intraluminal medical device for the treatment of
inflammation caused by injury, the agent being released for a
sustained period of time in the range from about two to about six
weeks.

17.    (Twice Amended) A method for the treatment of
inflammation in vessel walls comprising the controlled delivery,
by release, for a sustained period of time in the range from about
two to about six weeks, from an implantable intraluminal medical
device of an anti-inflammatory agent in therapeutic dosage
amounts.

- 2 -

BSC-A-000277

## REMARKS

In response to the Final Office Action mailed March 17, 2003, Applicants propose to amend their application and request reconsideration in view of the proposed amendments and the following remarks in this Reply/Amendment. Claims 1, 8 and 17 were amended and no claims have been cancelled or added so that claims 1-17 remain pending. No new matter has been introduced.

Claims 1-4, 6, 8-10, 12, 13 and 15-17 were rejected as anticipated by U.S. Patent No. 6,273,913 to Wright et al. (Wright). This rejection is respectfully traversed.

The present invention as claimed in amended claim 1 is directed to a method for the treatment of intimal hyperplasia in vessel walls. The method comprises the controlled delivery, by release from an implantable intraluminal medical device, of an anti-inflammatory agent in therapeutic dosages. The present invention as claimed in amended claim 8 is directed to a drug delivery device. The delivery device comprises an implantable intraluminal medical device and a therapeutic dosage of an agent releasably affixed to the implantable device for the treatment of inflammation caused by injury. The present invention as claimed in amended claim 17 is directed to a method for the treatment of inflammation in vessel walls. The method comprises the controlled delivery, by release from an implantable intraluminal medical device, of an anti-inflammatory agent in therapeutic dosages. In each of these independent claims, the release is for a sustained period of time in the range from about two to about six weeks.

- 2 -

BSC-A-000278

Wilson discloses the local delivery of rapamycin. The rapamycin may be delivered directly from the micropores of a stent or elute from a polymer coating on the stent.

Anticipation exists only if all of the elements of the claimed invention are present in a system or method disclosed, expressly or inherently, in a single prior art reference. Therefore, if it can be shown that there is one difference between the claimed invention and what is disclosed in the single reference, there can be no anticipation.

In each of the claims described above, the medical device is an implantable intraluminal medical device having an anti-inflammatory agent which is released over a sustained period ranging from about two to six weeks. Wilson does not teach an implantable medical device which releases a therapeutic agent for this period of time. Since Wilson fails to teach this feature, there can be no anticipation. Accordingly, reconsideration and withdrawal of the rejection is respectfully requested.

Claims 5, 11 and 14 were rejected as being unpatentable over Wilson in view of U.S. Patent 5,912,253 to Cottens et al. (Cottens). This rejection is respectfully traversed.

Cottens discloses demethoxy derivatives of rapamycin. In addition, Cottens discloses that rapamycin is known to bind in vivo to FKBP-12.

- 3 -

BSC-A-000279

In making the rejection, the Examiner has indicated that it would have been obvious to bind FKBP-12 to rapamycin in the Wilson invention, as suggested by Cottens, to enhance immunosuppressive activity.

Section 706.02(j) of the M.P.E.P. states in part:

> "To establish a *prima facie* case of obviousness, three basic criteria must be met. First, there must be some suggestion or motivation, either in the references themselves or in the knowledge generally available to one of ordinary skill in the art, to modify the reference or to combine reference teachings. Second, there must be a reasonable expectation of success. Finally, the prior art reference (or references when combined) must teach or suggest all the claim limitations. The teaching or suggestion to make the claimed combination and the reasonable expectation of success must both be found in the prior art and not based on applicant's disclosure..."

Applicants do not dispute that rapamycin does in fact bind with the protein FKBP-12. The binding occurs after introducing rapamycin into a variety of mammals, including humans. However, it is respectfully submitted that neither reference, whether taken alone or in combination, teaches a method or device for delivering a therapeutic agent from an implantable intraluminal medical device over a given period of time as claimed in independent claims 1, 8 and 17. Since the combination of references fails to teach all of the claim limitations, a *prima facie* case of obviousness has not been made. Accordingly, reconsideration and withdrawal of the rejection is respectfully requested.

- 4 -

BSC-A-000280

Applicants would be willing to interview the present case if the Examiner so desires. Accordingly, the Examiner is invited to call the undersigned at (732) 524-2518 if such a call would facilitate the prosecution of this application.

The Reply/Amendment raises no new issues and places the application in form for allowance, therefore, entry is proper and earnestly solicited.

Attached hereto is a marked-up version of the changes made to the claims by the current amendment. The attached pages are captioned "Version With Markings To Show Changes Made."

Respectfully submitted,

Carl J. Evens
Reg. No. 33,874
Attorney for Applicants

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933-7003
(732) 524-2518
May 13, 2003

- 5 -

BSC-A-000281

<u>VERSION WITH MARKINGS TO SHOW CHANGES MADE</u>

<u>IN THE CLAIMS</u>

Please amend the claims as follows:

1.    (Twice Amended) A method for the treatment of intimal hyperplasia in vessel walls comprising the controlled delivery, by release, <u>for a sustained period of time in the range from about two to about six weeks,</u> from an implantable intraluminal medical device, of an anti-inflammatory agent in therapeutic dosage amounts.

8.    (Twice Amended) A drug delivery device comprising:
       an implantable intraluminal medical device; and
       a therapeutic dosage of an agent releasably affixed to the implantable intraluminal medical device for the treatment of inflammation caused by injury, <u>the agent being released for a sustained period of time in the range from about two to about six weeks.</u>

17.    (Twice Amended) A method for the treatment of inflammation in vessel walls comprising the controlled delivery, by release, <u>for a sustained period of time in the range from about two to about six weeks,</u> from an implantable intraluminal medical device of an anti-inflammatory agent in therapeutic dosage amounts.

- 6 -

BSC-A-000282

# EXHIBIT R

PATENT APPLICATION SERIAL NO. _09850232_

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

05/09/2001 JBALINSM 00000053 100750   09850232
01 FC:101      710.00 CH

PTO-1556
(5/87)
*U.S. GPO: 2000-480-087/39685

BSC-A-000283



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

Bib Data Sheet

CONFIRMATION NO. 2248

| SERIAL NUMBER 09/850,232 | FILING DATE 05/07/2001 RULE | CLASS 514 623 | GROUP ART UNIT 1646 3763 | ATTORNEY DOCKET NO. CRD-0930 |
|---|---|---|---|---|

**APPLICANTS**

Robert Falotico, Belle Mead, NJ;
Gregory A. Kopia, Neshanic, NJ;
Gerard H. Llanos, Stewartsville, NJ;
John Sieklerka, City Towaco, NJ;
Andrew J. Carter, Portland, OR

OK mlh.

\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS APPLICATION IS A CIP OF 09/575,480 05/19/2000
WHICH CLAIMS BENEFIT OF 60/204,417 05/12/2000
AND CLAIMS BENEFIT OF 60/262,614 01/18/2001
AND CLAIMS BENEFIT OF 60/262,461 01/18/2001
AND CLAIMS BENEFIT OF 60/263,806 01/24/2001
AND CLAIMS BENEFIT OF 69/263,979 01/25/2001

OK mlh.

\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IF REQUIRED, FOREIGN FILING LICENSE
GRANTED \*\* 07/02/2001

| Foreign Priority claimed ☐ yes ☒ no | STATE OR COUNTRY NJ | SHEETS DRAWING 2 | TOTAL CLAIMS AT 11 | INDEPENDENT CLAIMS 3 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☒ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged   _Mark Klee_   mlh   Examiner's Signature   Initials | | | | |

**ADDRESS**
000027777

TITLE   anti inflammatory drug and delivery device

~~Drug/drug delivery systems for the prevention and treatment of vascular disease~~   (3/1)

| FILING FEE RECEIVED 710 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other |
| | | ☐ Credit |

BSC-A-000284

CRD-0930

## ABSTRACT

850232

A drug and drug delivery system may be utilized in the treatment of vascular disease. A local delivery system is coated with rapamycin or other suitable drug, agent or compound and delivered intraluminally for the treatment and prevention of neointimal hyperplasia following percutaneous transluminal coronary angiography. The local delivery of the drugs or agents provides for increased effectiveness and lower systemic toxicity.

09850232.050701

30

BSC-A-000285

CRD-0930

~~DRUG/DRUG DELIVERY SYSTEMS FOR THE PREVENTION AND~~

~~TREATMENT OF VASCULAR DISEASE~~
*Anti N Flamatory Drug And Delivery Device*

CROSS REFERENCE TO RELATED APPLICATIONS

5          This application is a continuation-in-part application of U.S. Application
Serial Number 09/575,480, filed on May 19, 2000 which claims the benefit of
U.S. Provisional Application No. 60/204,417, filed May 12, 2000 and claims the
benefit of, U.S. Provisional Application No. 60/262,614, filed January 18, 2001,
U.S. Provisional Application No. 60/262,461, filed January 18, 2001, U.S.

10      Provisional Application No. 60/263,806, filed January 24, 2001 and U.S.
Provisional Application No. 60/263,979, filed January 25, 2001.


BACKGROUND OF THE INVENTION

15          1.      Field of the Invention


         The present invention relates to drugs and drug delivery systems for the
prevention and treatment of vascular disease, and more particularly to drugs
and drug delivery systems for the prevention and treatment of neointimal

20      hyperplasia.


         2.      Discussion of the Related Art


         Many individuals suffer from circulatory disease caused by a progressive

25      blockage of the blood vessels that perfuse the heart and other major organs
with nutrients.  More severe blockage of blood vessels in such individuals often
leads to hypertension, ischemic injury, stroke, or myocardial infarction.
Atherosclerotic lesions, which limit or obstruct coronary blood flow, are the
major cause of ischemic heart disease.  Percutaneous transluminal coronary

30      angioplasty is a medical procedure whose purpose is to increase blood flow
through an artery.  Percutaneous transluminal coronary angioplasty is the
predominant treatment for coronary vessel stenosis.  The increasing use of this
procedure is attributable to its relatively high success rate and its minimal

1

BSC-A-000286

CRD-0930

invasiveness compared with coronary bypass surgery.  A limitation associated
with percutaneous transluminal coronary angioplasty is the abrupt closure of
the vessel which may occur immediately after the procedure and restenosis
which occurs gradually following the procedure.  Additionally, restenosis is a
5  chronic problem in patients who have undergone saphenous vein bypass
grafting.  The mechanism of acute occlusion appears to involve several factors
and may result from vascular recoil with resultant closure of the artery and/or
deposition of blood platelets and fibrin along the damaged length of the newly
opened blood vessel.

10

Restenosis after percutaneous transluminal coronary angioplasty is a
more gradual process initiated by vascular injury.  Multiple processes, including
thrombosis, inflammation, growth factor and cytokine release, cell proliferation,
cell migration and extracellular matrix synthesis each contribute to the
15  restenotic process.

While the exact mechanism of restenosis is not completely understood,
the general aspects of the restenosis process have been identified.  In the
normal arterial wall, smooth muscle cells proliferate at a low rate,
20  approximately less than 0.1 percent per day.  Smooth muscle cells in the
vessel walls exist in a contractile phenotype characterized by eighty to ninety
percent of the cell cytoplasmic volume occupied with the contractile apparatus.
Endoplasmic reticulum, Golgi, and free ribosomes are few and are located in
the perinuclear region.  Extracellular matrix surrounds the smooth muscle cells
25  and is rich in heparin-like glycosylaminoglycans which are believed to be
responsible for maintaining smooth muscle cells in the contractile phenotypic
state (Campbell and Campbell, 1985).

Upon pressure expansion of an intracoronary balloon catheter during
30  angioplasty, smooth muscle cells within the vessel wall become injured,
initiating a thrombotic and inflammatory response.  Cell derived growth factors
such as platelet derived growth factor, fibroblast growth factor, epidermal
growth factor, thrombin, etc., released from platelets, invading macrophages

2

BSC-A-000287

CRD-0930

and/or leukocytes, or directly from the smooth muscle cells provoke
proliferative and migratory responses in medial smooth muscle cells. These
cells undergo a change from the contractile phenotype to a synthetic
phenotype characterized by only a few contractile filament bundles, extensive
5   rough endoplasmic reticulum, Golgi and free ribosomes. Proliferation/migration
usually begins within one to two days post-injury and peaks several days
thereafter (Campbell and Campbell, 1987; Clowes and Schwartz, 1985).

Daughter cells migrate to the intimal layer of arterial smooth muscle and
10   continue to proliferate and secrete significant amounts of extracellular matrix
proteins. Proliferation, migration and extracellular matrix synthesis continue
until the damaged endothelial layer is repaired at which time proliferation slows
within the intima, usually within seven to fourteen days post-injury. The newly
formed tissue is called neointima. The further vascular narrowing that occurs
15   over the next three to six months is due primarily to negative or constrictive
remodeling.

Simultaneous with local proliferation and migration, inflammatory cells
invade the site of vascular injury. Within three to seven days post-injury,
20   inflammatory cells have migrated to the deeper layers of the vessel wall. In
animal models employing either balloon injury or stent implantation,
inflammatory cells may persist at the site of vascular injury for at least thirty
days (Tanaka et al., 1993; Edelman et al., 1998). Inflammatory cells therefore
are present and may contribute to both the acute and chronic phases of
25   restenosis.

Numerous agents have been examined for presumed anti-proliferative
actions in restenosis and have shown some activity in experimental animal
models. Some of the agents which have been shown to successfully reduce
30   the extent of intimal hyperplasia in animal models include: heparin and heparin
fragments (Clowes, A.W. and Karnovsky M., Nature 265: 25-26, 1977; Guyton,
J.R. et al., Circ. Res., 46: 625-634, 1980; Clowes, A.W. and Clowes, M.M.,
Lab. Invest. 52: 611-616, 1985; Clowes, A.W. and Clowes, M.M., Circ. Res. 58:

3

BSC-A-000288

CRD-0930

839-845, 1986; Majesky et al., Circ. Res. 61: 296-300, 1987; Snow et al., Am.
J. Pathol. 137: 313-330, 1990; Okada, T. et al., Neurosurgery 25: 92-98, 1989),
colchicine (Currier, J.W. et al., Circ. 80: 11-66, 1989), taxol (Sollot, S.J. et al.,
J. Clin. Invest. 95: 1869-1876, 1995), angiotensin converting enzyme (ACE)
5   inhibitors (Powell, J.S. et al., Science, 245: 186-188, 1989), angiopeptin
(Lundergan, C.F. et al. Am. J. Cardiol. 17(Suppl. B):132B-136B, 1991),
cyclosporin A (Jonasson, L. et al., Proc. Natl. Acad. Sci., 85: 2303, 1988),
goat-anti-rabbit PDGF antibody (Ferns, G.A.A., et al., Science 253: 1129-1132,
1991), terbinafine (Nemecek, G.M. et al., J. Pharmacol. Exp. Thera. 248: 1167-
10  1174, 1989), trapidil (Liu, M.W. et al., Circ. 81: 1089-1093, 1990), tranilast
(Fukuyama, J. et al., Eur. J. Pharmacol. 318: 327-332, 1996), interferon-
gamma (Hansson, G.K. and Holm, J., Circ. 84: 1266-1272, 1991), rapamycin
(Marx, S.O. et al., Circ. Res. 76: 412-417, 1995), corticosteroids (Colburn, M.D.
et al., J. Vasc. Surg. 15: 510-518, 1992), see also Berk, B.C. et al., J. Am. Coll.
15  Cardiol. 17: 111B-117B, 1991), ionizing radiation (Weinberger, J. et al., Int. J.
Rad. Onc. Biol. Phys. 36: 767-775, 1996), fusion toxins (Farb, A. et al., Circ.
Res. 80: 542-550, 1997) antisense oligonucleotides (Simons, M. et al., Nature
359: 67-70, 1992) and gene vectors (Chang, M.W. et al., J. Clin. Invest. 96:
2260-2268, 1995). Anti-proliferative effects on smooth muscle cells in vitro
20  have been demonstrated for many of these agents, including heparin and
heparin conjugates, taxol, tranilast, colchicine, ACE inhibitors, fusion toxins,
antisense oligonucleotides, rapamycin and ionizing radiation. Thus, agents
with diverse mechanisms of smooth muscle cell inhibition may have
therapeutic utility in reducing intimal hyperplasia.
25

However, in contrast to animal models, attempts in human angioplasty
patients to prevent restenosis by systemic pharmacologic means have thus far
been unsuccessful. Neither aspirin-dipyridamole, ticlopidine, anti-coagulant
therapy (acute heparin, chronic warfarin, hirudin or hirulog), thromboxane
30  receptor antagonism nor steroids have been effective in preventing restenosis,
although platelet inhibitors have been effective in preventing acute reocclusion
after angioplasty (Mak and Topol, 1997; Lang et al., 1991; Popma et al., 1991).
The platelet GP IIb/IIIa receptor, antagonist, Reopro is still under study but has

4

CRD-0930

not shown promising results for the reduction in restenosis following
angioplasty and stenting. Other agents, which have also been unsuccessful in
the prevention of restenosis, include the calcium channel antagonists,
prostacyclin mimetics, angiotensin converting enzyme inhibitors, serotonin
5   receptor antagonists, and anti-proliferative agents. These agents must be
given systemically, however, and attainment of a therapeutically effective dose
may not be possible; anti-proliferative (or anti-restenosis) concentrations may
exceed the known toxic concentrations of these agents so that levels sufficient
to produce smooth muscle inhibition may not be reached (Mak and Topol,
10   1997; Lang et al., 1991; Popma et al., 1991).

Additional clinical trials in which the effectiveness for preventing
restenosis utilizing dietary fish oil supplements or cholesterol lowering agents
has been examined showing either conflicting or negative results so that no
15   pharmacological agents are as yet clinically available to prevent post-
angioplasty restenosis (Mak and Topol, 1997; Franklin and Faxon, 1993;
Serruys, P.W. et al., 1993). Recent observations suggest that the
antilipid/antioxidant agent, probucol may be useful in preventing restenosis but
this work requires confirmation (Tardif et al., 1997; Yokoi, et al., 1997).
20   Probucol is presently not approved for use in the United States and a thirty-day
pretreatment period would preclude its use in emergency angioplasty.
Additionally, the application of ionizing radiation has shown significant promise
in reducing or preventing restenosis after angioplasty in patients with stents
(Teirstein et al., 1997). Currently, however, the most effective treatments for
25   restenosis are repeat angioplasty, atherectomy or coronary artery bypass
grafting, because no therapeutic agents currently have Food and Drug
Administration approval for use for the prevention of post-angioplasty
restenosis.

30   Unlike systemic pharmacologic therapy, stents have proven effective in
significantly reducing restenosis. Typically, stents are balloon-expandable
slotted metal tubes (usually, but not limited to, stainless steel), which, when
expanded within the lumen of an angioplastied coronary artery, provide

5

CRD-0930

structural support through rigid scaffolding to the arterial wall. This support is
helpful in maintaining vessel lumen patency. In two randomized clinical trials,
stents increased angiographic success after percutaneous transluminal
coronary angioplasty, by increasing minimal lumen diameter and reducing, but

5    not eliminating, the incidence of restenosis at six months (Serruys et al., 1994;
Fischman et al., 1994).

Additionally, the heparin coating of stents appears to have the added
benefit of producing a reduction in sub-acute thrombosis after stent

10   implantation (Serruys et al., 1996). Thus, sustained mechanical expansion of a
stenosed coronary artery with a stent has been shown to provide some
measure of restenosis prevention, and the coating of stents with heparin has
demonstrated both the feasibility and the clinical usefulness of delivering drugs
locally, at the site of injured tissue.

15

Accordingly, there exists a need for effective drugs and drug delivery
systems for the effective prevention and treatment of neointimal thickening that
occurs after percutaneous transluminal coronary angioplasty and stent
implantation.

20

SUMMARY OF THE INVENTION

The drugs and drug delivery systems of the present invention provide a

25   means for overcoming the difficulties associated with the methods and devices
currently in use as briefly described above.

In accordance with one aspect, the present invention is directed to a
method for the treatment of intimal hyperplasia in vessel walls. The method

30   comprises the controlled delivery, by release from an intraluminal medical
device, of an anti-inflammatory agent in therapeutic dosage amounts.

6

BSC-A-000291

CRD-0930

In accordance with another aspect, the present invention is directed to a
drug delivery device. The drug delivery device comprises an intraluminal
medical device and a therapeutic dosage of an agent releasably affixed to the
intraluminal medical device for the treatment of inflammation caused by injury.

5

In accordance with another aspect, the present invention is directed to a
method for the treatment of inflammation in vessel walls. The method
comprises the controlled delivery, by release from an intraluminal medical
device, of an anti-inflammatory agent in therapeutic dosage amounts.

10

The drugs and drug delivery systems of the present invention utilize a
stent or graft in combination with rapamycin or other drugs/agents/compounds
to prevent and treat neointimal hyperplasia, i.e. restenosis, following
percutaneous transluminal coronary angioplasty and stent implantation. It has

15   been determined that rapamycin functions to inhibit smooth muscle cell
proliferation through a number of mechanisms. It has also been determined
that rapamycin eluting stent coatings produce superior effects in humans, when
compared to animals, with respect to the magnitude and duration of the
reduction in neointimal hyperplasia. Rapamycin administration from a local

20   delivery platform also produces an anti-inflammatory effect in the vessel wall
that is distinct from and complimentary to its smooth muscle cell anti-
proliferative effect. In addition, it has also been demonstrated that rapamycin
inhibits constrictive vascular remodeling in humans.

25   Other drugs, agents or compounds which mimic certain actions of
rapamycin may also be utilized in combination with local delivery systems or
platforms.

The local administration of drugs, agents or compounds to stented
30   vessels have the additional therapeutic benefit of higher tissue concentration
than that which would be achievable through the systemic administration of the
same drugs, agents or compounds. Other benefits include reduced systemic
toxicity, single treatment, and ease of administration. An additional benefit of a

7

BSC-A-000292

CRD-0930

local delivery device and drug, agent or compound therapy may be to reduce the dose of the therapeutic drugs, agents or compounds and thus limit their toxicity, while still achieving a reduction in restenosis.

5

BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other features and advantages of the invention will be apparent from the following, more particular description of preferred
10    embodiments of the invention, as illustrated in the accompanying drawings.

Figure 1 is a chart indicating the effectiveness of rapamycin as an anti-inflammatory relative to other anti-inflammatories.

15    Figure 2 is a view along the length of a stent (ends not shown) prior to expansion showing the exterior surface of the stent and the characteristic banding pattern.

Figure 3 is a perspective view of the stent of Figure 1 having reservoirs
20    in accordance with the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

25    As stated above, the proliferation of vascular smooth muscle cells in response to mitogenic stimuli that are released during balloon angioplasty and stent implantation is the primary cause of neointimal hyperplasia. Excessive neointimal hyperplasia can often lead to impairment of blood flow, cardiac ischemia and the need for a repeat intervention in selected patients in high risk
30    treatment groups. Yet repeat revascularization incurs risk of patient morbidity and mortality while adding significantly to the cost of health care. Given the widespread use of stents in interventional practice, there is a clear need for safe and effective inhibitors of neointimal hyperplasia.

8

BSC-A-000293

CRD-0930

Rapamycin is a macrocyclic triene antibiotic produced by streptomyces hygroscopicus as disclosed in U.S. Patent No. 3,929,992. It has been found that rapamycin inhibits the proliferation of vascular smooth muscle cells *in vivo*.
5   Accordingly, rapamycin may be utilized in treating intimal smooth muscle cell hyperplasia, restenosis and vascular occlusion in a mammal, particularly following either biologically or mechanically mediated vascular injury, or under conditions that would predispose a mammal to suffering such a vascular injury. Rapamycin functions to inhibit smooth muscle cell proliferation and does not
10   interfere with the re-endothelialization of the vessel walls.

Rapamycin functions to inhibit smooth muscle cell proliferation through a number of mechanisms. In addition, rapamycin reduces the other effects caused by vascular injury, for example, inflammation. The operation and
15   various functions of rapamycin are described in detail below. Rapamycin as used throughout this application shall include rapamycin, rapamycin analogs, derivatives and congeners that bind FKBP12 and possess the same pharmacologic properties as rapamycin.

20   Rapamycin reduces vascular hyperplasia by antagonizing smooth muscle proliferation in response to mitogenic signals that are released during angioplasty. Inhibition of growth factor and cytokine mediated smooth muscle proliferation at the late G1 phase of the cell cycle is believed to be the dominant mechanism of action of rapamycin. However, rapamycin is also
25   known to prevent T-cell proliferation and differentiation when administered systemically. This is the basis for its immunosuppresive activity and its ability to prevent graft rejection.

The molecular events that are responsible for the actions of rapamycin,
30   a known anti-proliferative, which acts to reduce the magnitude and duration of neointimal hyperplasia, are still being elucidated. It is known, however, that rapamycin enters cells and binds to a high-affinity cytosolic protein called FKBP12. The complex of rapamycin and FKPB12 in turn binds to and inhibits

9

BSC-A-000294

CRD-0930

a phosphoinositide (PI)-3 kinase called the "mammalian Target of Rapamycin" or TOR. TOR is a protein kinase that plays a key role in mediating the downstream signaling events associated with mitogenic growth factors and cytokines in smooth muscle cells and T lymphocytes. These events include
5   phosphorylation of p27, phosphorylation of p70 s6 kinase and phosphorylation of 4BP-1, an important regulator of protein translation.

It is recognized that rapamycin reduces restenosis by inhibiting neointimal hyperplasia. However, there is evidence that rapamycin may also
10   inhibit the other major component of restenosis, namely, negative remodeling. Remodeling is a process whose mechanism is not clearly understood but which results in shrinkage of the external elastic lamina and reduction in lumenal area over time, generally a period of approximately three to six months in humans.
15

Negative or constrictive vascular remodeling may be quantified angiographically as the percent diameter stenosis at the lesion site where there is no stent to obstruct the process. If late lumen loss is abolished *in-lesion*, it may be inferred that negative remodeling has been inhibited. Another method
20   of determining the degree of remodeling involves measuring *in-lesion* external elastic lamina area using intravascular ultrasound (IVUS). Intravascular ultrasound is a technique that can image the external elastic lamina as well as the vascular lumen. Changes in the external elastic lamina proximal and distal to the stent from the post-procedural timepoint to four-month and twelve-month
25   follow-ups are reflective of remodeling changes.

Evidence that rapamycin exerts an effect on remodeling comes from human implant studies with rapamycin coated stents showing a very low degree of restenosis *in-lesion* as well as *in-stent*. *In-lesion* parameters are
30   usually measured approximately five millimeters on either side of the stent i.e. proximal and distal. Since the stent is not present to control remodeling in these zones which are still affected by balloon expansion, it may be inferred that rapamycin is preventing vascular remodeling.

10

CRD-0930

The data in Table 1 below illustrate that *in-lesion* percent diameter stenosis remains low in the rapamycin treated groups, even at twelve months. Accordingly, these results support the hypothesis that rapamycin reduces

5   remodeling.

11

BSC-A-000296

CRD-0930

Angiographic *In-Lesion* Percent Diameter Stenosis
(%, mean ± SD and "n=") in Patients Who Received a
Rapamycin-Coated Stent

| Coating Group | Post Placement | 4 – 6 month Follow Up | 12 month Follow Up |
|---|---|---|---|
| Brazil | 10.6 ± 5.7 (30) | 13.6 ± 8.6 (30) | 22.3 ± 7.2 (15) |
| Netherlands | 14.7 ± 8.8 | 22.4 ± 6.4 | - |

5

TABLE 1.0

Additional evidence supporting a reduction in negative remodeling with
rapamycin comes from intravascular ultrasound data that was obtained from a
10   first-in-man clinical program as illustrated in Table 2 below.

Matched IVUS data in Patients Who Received a Rapamycin-Coated Stent

| IVUS Parameter | Post (n=) | 4-Month Follow-Up (n=) | 12-Month Follow-Up (n=) |
|---|---|---|---|
| Mean proximal vessel area (mm²) | 16.53 ± 3.53 (27) | 16.31 ± 4.36 (28) | 13.96 ± 2.26 (13) |
| Mean distal vessel area (mm²) | 13.12 ± 3.68 (26) | 13.53 ± 4.17 (26) | 12.49 ± 3.25 (14) |

15

TABLE 2.0

The data illustrated that there is minimal loss of vessel area proximally
or distally which indicates that inhibition of negative remodeling has occurred in
vessels treated with rapamycin-coated stents.

20        Other than the stent itself, there have been no effective solutions to the
problem of vascular remodeling.  Accordingly, rapamycin may represent a
biological approach to controlling the vascular remodeling phenomenon.

It may be hypothesized that rapamycin acts to reduce negative
25   remodeling in several ways.  By specifically blocking the proliferation of

12

BSC-A-000297

CRD-0930

## Animal Studies with Rapamycin-coated stents.
## Values are mean ± Standard Error of Mean

| Study | Duration | Stent | Rapamycin | N | Neointimal Area (mm²) | % Change From Polymer | % Change From Metal |
|---|---|---|---|---|---|---|---|
| **Porcine** | | | | | | | |
| 98008 | 14 days | Metal | | 8 | 2.04 ± 0.17 | | |
| | | 1X + rapamycin | 153 µg | 8 | 1.66 ± 0.17* | -42% | -16% |
| | | 1X + TC300 + rapamycin | 155 µg | 8 | 1.51 ± 0.19* | -47% | -26% |
| 99005 | 28 days | Metal | | 10 | 2.29 ± 0.21 | | |
| | | | | 9 | 3.91 ± 0.60** | | |
| | | 1X + TC30 + rapamycin | 130 µg | 8 | 2.81 ± 0.34 | | +23% |
| | | 1X + TC100 + rapamycin | 120 µg | 9 | 2.62 ± 0.21 | | +14% |
| 99006 | 28 days | Metal | | 12 | 4.57 ± 0.46 | | |
| | | EVA/BMA 3X | | 12 | 5.02 ± 0.62 | | +10% |
| | | 1X + rapamycin | 125 µg | 11 | 2.84 ± 0.31** | -43% | -38% |
| | | 3X + rapamycin | 430 µg | 12 | 3.06 ± 0.17** | -39% | -33% |
| | | 3X + rapamycin | 157 µg | 12 | 2.77 ± 0.41** | -45% | -39% |
| 99011 | 28 days | Metal | | 11 | 3.09 ± 0.27 | | |
| | | | | 11 | 4.52 ± 0.37 | | |
| | | 1X + rapamycin | 189 µg | 14 | 3.05 ± 0.35 | | -1% |
| | | 3X + rapamycin/dex | 182/363 µg | 14 | 2.72 ± 0.71 | | -12% |
| 99021 | 60 days | Metal | | 12 | 2.14 ± 0.25 | | |
| | | 1X + rapamycin | 181 µg | 12 | 2.95 ± 0.38 | | +38% |
| 99034 | 28 days | Metal | | 8 | 5.24 ± 0.58 | | |
| | | 1X + rapamycin | 166 µg | 8 | 2.47 ± 0.33** | | -53% |
| | | 3X + rapamycin/dex | 185/369 µg | 8 | 2.42 ± 0.64*** | | -54% |
| 20001 | 28 days | Metal | | 6 | 1.81 ± 0.09 | | |
| | | 1X + rapamycin | 172 µg | 6 | 1.66 ± 0.44 | | -5% |
| 20007 | 30 days | Metal | | 9 | 2.94 ± 0.43 | | |
| | | 1XTC + rapamycin | 165 µg | 10 | 1.40 ± 0.11* | | -52% |
| **Rabbit** | | | | | | | |
| 99019 | 28 days | Metal | | 8 | 1.20 ± 0.07 | | |
| | | EVA/BMA 1X | | 10 | 1.26 ± 0.16 | | +5% |
| | | 1X + rapamycin | 64 µg | 9 | 0.92 ± 0.14 | -27% | -23% |
| | | 1X + rapamycin | 196 µg | 10 | 0.66 ± 0.12** | -48% | -45% |
| 99020 | 28 days | Metal | | 12 | 1.18 ± 0.10 | | |
| | | EVA/BMA 1X + rapamycin | 197 µg | 8 | 0.81 ± 0.16 | | -32% |

[1] stent nomenclature: EVA/BMA 1X, 2X, and 3X signifies approx. 500µg, 1000µg, and 1600µg total mass (polymer + drug), respectively. TC, top coat of 30µg, 100µg, or 300µg drug-free BMA; Biphasic; 2 x 1X layers of rapamycin in EVA/BMA separated by a 100µg drug-free BMA layer. [2]0.25mg/kg/d x 14 d proceeded by a loading dose of 0.5mg/kg/d x 3d prior to stent implantation.
*p<0.05 from EVA/BMA control. **p<0.05 from Metal;
[3] inflammation score: (0 = essentially no animal involvement; 1 = <25% intima involved; 2 = ≥25% intima involved; 3 = >50% intima involved).

## TABLE 3.0

T0705033205860

BSC-A-000299

CRD-0930

**180 day Porcine Study with Rapamycin-coated stents.**
**Values are mean ± Standard Error of Mean**

| Study | Duration | Stent | Rapamycin | N | Neointimal Area (mm²) | % Change From | | Inflammation Score # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Polymer | Metal | |
| 20007 (ETP-2-002233-P) | 3 days | Metal | | 12 | 0.38 ± 0.06 | | | 1.05 ± 0.06 |
| | | 1XTC + rapamycin | 155 ug | 10 | 0.29 ± 0.03 | | -24% | 1.08 ± 0.04 |
| | 30 days | Metal | | 8 | 2.94 ± 0.43 | | | 0.11 ± 0.08 |
| | | 1XTC + rapamycin | 155 ug | 10 | 1.40 ± 0.11* | | -52%* | 0.25 ± 0.10 |
| | 90 days | Metal | | 10 | 3.45 ± 0.34 | | | 0.20 ± 0.08 |
| | | 1XTC + rapamycin | 155 ug | 10 | 3.03 ± 0.29 | | -12% | 0.80 ± 0.23 |
| | | 1X + rapamycin | 171 ug | 10 | 2.86 ± 0.35 | | -17% | 0.80 ± 0.23 |
| | 180 days | Metal | | 10 | 3.65 ± 0.39 | | | 0.65 ± 0.21 |
| | | 1XTC + rapamycin | 155 ug | 10 | 3.34 ± 0.31 | | -8% | 1.60 ± 0.34 |
| | | 1X + rapamycin | 171 ug | 10 | 3.87 ± 0.28 | | +6% | 1.58 ± 0.37 |

TABLE 4.0

The release of rapamycin into the vascular wall of a human from a nonerodible polymeric stent coating provides superior results with respect to the magnitude and duration of the reduction in neointimal hyperplasia within the stent as compared to the vascular walls of animals as set forth above.

Humans implanted with a rapamycin coated stent comprising rapamycin in the same dose range as studied in animal models using the same polymeric matrix, as described above, reveal a much more profound reduction in neointimal hyperplasia than observed in animal models, based on the magnitude and duration of reduction in neointima. The human clinical response to rapamycin reveals essentially total abolition of neointimal hyperplasia inside the stent using both angiographic and intravascular ultrasound measurements. These results are sustained for at least one year as set forth in Table 5 below.

BSC-A-000300

CRD-0930

| Effectiveness Measures | Sirolimus FIM (N=45 Patients, 45 Lesions) | 95% Confidence Limit |
|---|---|---|
| **Patients Treated (N=45 patients) with a Rapamycin-coated Stent** | | |
| Procedure Success (QCA) | 100.0% (45/45) | [92.1%,100.0%] |
| 4-month In-Stent Diameter Stenosis (%) | | |
| Mean±SD (N) | 4.8%±6.1% (30) | [2.6%,7.0%] |
| Range (min,max) | (-8.2%,14.9%) | |
| 6-month In-Stent Diameter Stenosis (%) | | |
| Mean±SD (N) | 8.9%±7.6% (13) | [4.8%,13.0%] |
| Range (min,max) | (-2.9%,20.4%) | |
| 12-month In-Stent Diameter Stenosis (%) | | |
| Mean±SD (N) | 8.9%±6.1% (15) | [5.8%,12.0%] |
| Range (min,max) | (-3.0%,22.0%) | |
| 4-month In-Stent Late Loss (mm) | | |
| Mean±SD (N) | 0.00±0.29 (30) | [-0.10,0.10] |
| Range (min,max) | (-0.51,0.45) | |
| 6-month In-Stent Late Loss (mm) | | |
| Mean±SD (N) | 0.25±0.27 (13) | [0.10,0.39] |
| Range (min,max) | (-0.51,0.91) | |
| 12-month In-Stent Late Loss (mm) | | |
| Mean±SD (N) | 0.11±0.36 (15) | [-0.06,0.29] |
| Range (min,max) | (-0.51,0.82) | |
| 4-month Obstruction Volume (%) (IVUS) | | |
| Mean±SD (N) | 10.48%±2.78% (28) | [9.45%,11.51%] |
| Range (min,max) | (4.60%,16.35%) | |
| 6-month Obstruction Volume (%) (IVUS) | | |
| Mean±SD (N) | 7.22%±4.60% (13) | [4.72%,9.72%], |
| Range (min,max) | (3.82%,19.88%) | |
| 12-month Obstruction Volume (%) (IVUS) | | |
| Mean±SD (N) | 2.11%±5.28% (15) | [0.00%,4.78%], |
| Range (min,max) | (0.00%,19.89%) | |
| 6-month Target Lesion Revascularization (TLR) | 0.0% (0/30) | [0.0%,9.5%] |
| 12-month Target Lesion Revascularization (TLR) | 0.0% (0/15) | [0.0%,18.1%] |

QCA = Quantitative Coronary Angiography

5    SD = Standard Deviation

IVUS = Intravascular Ultrasound

TABLE 5.0

10        Rapamycin produces an unexpected benefit in humans when delivered from a stent by causing a profound reduction in in-stent neointimal hyperplasia that is sustained for at least one year.  The magnitude and duration of this benefit in humans is not predicted from animal model data.  Rapamycin used in

BSC-A-000301

CRD-0930

this context includes rapamycin and all analogs, derivatives and congeners that bind FKBP12 and possess the same pharmacologic properties as rapamycin.

These results may be due to a number of factors. For example, the greater effectiveness of rapamycin in humans is due to greater sensitivity of its mechanism(s) of action toward the pathophysiology of human vascular lesions compared to the pathophysiology of animal models of angioplasty. In addition, the combination of the dose applied to the stent and the polymer coating that controls the release of the drug is important in the effectiveness of the drug.

As stated above, rapamycin reduces vascular hyperplasia by antagonizing smooth muscle proliferation in response to mitogenic signals that are released during angioplasty injury. Also, it is known that rapamycin prevents T-cell proliferation and differentiation when administered systemically. It has also been determined that rapamycin exerts a local inflammatory effect in the vessel wall when administered from a stent in low doses for a sustained period of time (approximately two to six weeks). The local anti-inflammatory benefit is profound and unexpected. In combination with the smooth muscle anti-proliferative effect, this dual mode of action of rapamycin may be responsible for its exceptional efficacy.

Accordingly, rapamycin delivered from a local device platform, reduces neointimal hyperplasia by a combination of anti-inflammatory and smooth muscle anti-proliferative effects. Rapamycin used in this context means rapamycin and all analogs, derivatives and congeners that bind FKBP12 and possess the same pharmacologic properties as rapamycin. Local device platforms include stent coatings, stent sheaths, grafts and local drug infusion catheters or porous balloons or any other suitable means for the *in situ* or local delivery of drugs, agents or compounds.

The anti-inflammatory effect of rapamycin is evident in data from an experiment, illustrated in Table 6, in which rapamycin delivered from a stent was compared with dexamethasone delivered from a stent. Dexamethasone, a

17

BSC-A-000302

CRD-0930

potent steroidal anti-inflammatory agent, was used as a reference standard. Although dexamethasone is able to reduce inflammation scores, rapamycin is far more effective than dexamethasone in reducing inflammation scores. In addition, rapamycin significantly reduces neointimal hyperplasia, unlike
5   dexamethasone.

| Group Rapamycin Rap | N= | Neointimal Area (mm²) | % Area Stenosis | Inflammation Score |
|---|---|---|---|---|
| Uncoated | 8 | 5.24 ± 1.65 | 54 ± 19 | 0.97 ± 1.00 |
| Dexamethasone (Dex) | 8 | 4.31 ± 3.02 | 45 ± 31 | 0.39 ± 0.24 |
| Rapamycin (Rap) | 7 | 2.47 ± 0.94* | 26 ± 10* | 0.13 ± 0.19* |
| Rap + Dex | 6 | 2.42 ± 1.58* | 26 ± 18* | 0.17 ± 0.30* |

* = significance level P< 0.05

TABLE 6.0

10

Rapamycin has also been found to reduce cytokine levels in vascular tissue when delivered from a stent. The data in Figure 1 illustrates that rapamycin is highly effective in reducing monocyte chemotactic protein (MCP-1) levels in the vascular wall. MCP-1 is an example of a
15   proinflammatory/chemotactic cytokine that is elaborated during vessel injury. Reduction in MCP-1 illustrates the beneficial effect of rapamycin in reducing the expression of proinflammatory mediators and contributing to the anti-inflammatory effect of rapamycin delivered locally from a stent. It is recognized that vascular inflammation in response to injury is a major contributor to the
20   development of neointimal hyperplasia.

Since rapamycin may be shown to inhibit local inflammatory events in the vessel it is believed that this could explain the unexpected superiority of rapamycin in inhibiting neointima.
25

As set forth above, rapamycin functions on a number of levels to produce such desired effects as the prevention of T-cell proliferation, the

18

BSC-A-000303

CRD-0930

inhibition of negative remodeling, the reduction of inflammation, and the prevention of smooth muscle cell proliferation. While the exact mechanisms of these functions are not completely known, the mechanisms that have been identified may be expanded upon.

5

Studies with rapamycin suggest that the prevention of smooth muscle cell proliferation by blockade of the cell cycle is a valid strategy for reducing neointimal hyperplasia. Dramatic and sustained reductions in late lumen loss and neointimal plaque volume have been observed in patients receiving 10 rapamycin delivered locally from a stent. The present invention expands upon the mechanism of rapamycin to include additional approaches to inhibit the cell cycle and reduce neointimal hyperplasia without producing toxicity.

The cell cycle is a tightly controlled biochemical cascade of events that 15 regulate the process of cell replication. When cells are stimulated by appropriate growth factors, they move from $G_0$ (quiescence) to the G1 phase of the cell cycle. Selective inhibition of the cell cycle in the G1 phase, prior to DNA replication (S phase), may offer therapeutic advantages of cell preservation and viability while retaining anti-proliferative efficacy when 20 compared to therapeutics that act later in the cell cycle i.e. at S, G2 or M phase.

Accordingly, the prevention of intimal hyperplasia in blood vessels and other conduit vessels in the body may be achieved using cell cycle inhibitors 25 that act selectively at the G1 phase of the cell cycle. These inhibitors of the G1 phase of the cell cycle may be small molecules, peptides, proteins, oligonucleotides or DNA sequences. More specifically, these drugs or agents include inhibitors of cyclin dependent kinases (cdk's) involved with the progression of the cell cycle through the G1 phase, in particular cdk2 and cdk4.

30

Examples of drugs, agents or compounds that act selectively at the G1 phase of the cell cycle include small molecules such as flavopiridol and its structural analogs that have been found to inhibit cell cycle in the late G1

19

BSC-A-000304

CRD-0930

phase by antagonism of cyclin dependent kinases. Therapeutic agents that elevate an endogenous kinase inhibitory protein[kip] called P27, sometimes referred to as P27[kip1], that selectively inhibits cyclin dependent kinases may be utilized. This includes small molecules, peptides and proteins that either block

5   the degradation of P27 or enhance the cellular production of P27, including gene vectors that can transfect the gene to produce P27. Staurosporin and related small molecules that block the cell cycle by inhibiting protein kinases may be utilized. Protein kinase inhibitors, including the class of tyrphostins that selectively inhibit protein kinases to antagonize signal transduction in smooth

10   muscle in response to a broad range of growth factors such as PDGF and FGF may also be utilized.

Any of the drugs, agents or compounds discussed above may be administered either systemically, for example, orally, intravenously,

15   intramuscularly, subcutaneously, nasally or intradermally, or locally, for example, stent coating, stent covering or local delivery catheter. In addition, the drugs or agents discussed above may be formulated for fast-release or slow release with the objective of maintaining the drugs or agents in contact with target tissues for a period ranging from three days to eight weeks.

20

As set forth above, the complex of rapamycin and FKPB12 binds to and inhibits a phosphoinositide (PI)-3 kinase called the mammalian Target of Rapamycin or TOR. An antagonist of the catalytic activity of TOR, functioning as either an active site inhibitor or as an allosteric modulator, i.e. an indirect

25   inhibitor that allosterically modulates, would mimic the actions of rapamycin but bypass the requirement for FKBP12. The potential advantages of a direct inhibitor of TOR include better tissue penetration and better physical/chemical stability. In addition, other potential advantages include greater selectivity and specificity of action due to the specificity of an antagonist for one of multiple

30   isoforms of TOR that may exist in different tissues, and a potentially different spectrum of downstream effects leading to greater drug efficacy and/or safety.

BSC-A-000305

CRD-0930

The inhibitor may be a small organic molecule (approximate mw<1000), which is either a synthetic or naturally derived product. Wortmanin may be an agent which inhibits the function of this class of proteins. It may also be a peptide or an oligonucleotide sequence. The inhibitor may be administered

5 either sytemically (orally, intravenously, intramuscularly, subcutaneously, nasally, or intradermally) or locally (stent coating, stent covering, local drug delivery catheter). For example, the inhibitor may be released into the vascular wall of a human from a nonerodible polymeric stent coating. In addition, the inhibitor may be formulated for fast-release or slow release with the objective of

10 maintaining the rapamycin or other drug, agent or compound in contact with target tissues for a period ranging from three days to eight weeks.

As stated previously, the implantation of a coronary stent in conjunction with balloon angioplasty is highly effective in treating acute vessel closure and

15 may reduce the risk of restenosis. Intravascular ultrasound studies (Mintz et al., 1996) suggest that coronary stenting effectively prevents vessel constriction and that most of the late luminal loss after stent implantation is due to plaque growth, probably related to neointimal hyperplasia. The late luminal loss after coronary stenting is almost two times higher than that observed after

20 conventional balloon angioplasty. Thus, inasmuch as stents prevent at least a portion of the restenosis process, the use of drugs, agents or compounds which prevent inflammation and proliferation, or prevent proliferation by multiple mechanisms, combined with a stent may provide the most efficacious treatment for post-angioplasty restenosis.

25

The local delivery of drugs, agents or compounds from a stent has the following advantages; namely, the prevention of vessel recoil and remodeling through the scaffolding action of the stent and the drugs, agents or compounds and the prevention of multiple components of neointimal hyperplasia. This

30 local administration of drugs, agents or compounds to stented coronary arteries may also have additional therapeutic benefit. For example, higher tissue concentrations would be achievable than that which would occur with systemic administration, reduced systemic toxicity, and single treatment and ease of

21

BSC-A-000306

CRD-0930

administration.  An additional benefit of drug therapy may be to reduce the
dose of the therapeutic compounds, thereby limiting their toxicity, while still
achieving a reduction in restenosis.

5        There are a multiplicity of different stents that may be utilized following
percutaneous transluminal coronary angioplasty.  Although any number of
stents may be utilized in accordance with the present invention, for simplicity,
one particular stent will be described in exemplary embodiments of the present
invention.  The skilled artisan will recognize that any number of stents may be
10      utilized in connection with the present invention.

        A stent is commonly used as a tubular structure left inside the lumen of
a duct to relieve an obstruction.  Commonly, stents are inserted into the lumen
in a non-expanded form and are then expanded autonomously, or with the aid
15      of a second device in situ.  A typical method of expansion occurs through the
use of a catheter-mounted angioplasty balloon which is inflated within the
stenosed vessel or body passageway in order to shear and disrupt the
obstructions associated with the wall components of the vessel and to obtain
an enlarged lumen.  As set forth below, self-expanding stents may also be
20      utilized.

        Figure 2 illustrates an exemplary stent 100 which may be utilized in
accordance with an exemplary embodiment of the present invention.  The
expandable cylindrical stent 100 comprises a fenestrated structure for
25      placement in a blood vessel, duct or lumen to hold the vessel, duct or lumen
open, more particularly for protecting a segment of artery from restenosis after
angioplasty.  The stent 100 may be expanded circumferentially and maintained
in an expanded configuration, that is circumferentially or radially rigid.  The
stent 100 is axially flexible and when flexed at a band, the stent 100 avoids any
30      externally-protruding component parts.

        The stent 100 generally comprises first and second ends with an
intermediate section therebetween.  The stent 100 has a longitudinal axis and

22

BSC-A-000307

CRD-0930

comprises a plurality of longitudinally disposed bands 102, wherein each band 102 defines a generally continuous wave along a line segment parallel to the longitudinal axis. A plurality of circumferentially arranged links 104 maintain the bands 102 in a substantially tubular structure. Essentially, each

5    longitudinally disposed band 102 is connected at a plurality of periodic locations, by a short circumferentially arranged link 104 to an adjacent band 102. The wave associated with each of the bands 102 has approximately the same fundamental spatial frequency in the intermediate section, and the bands 102 are so disposed that the wave associated with them are generally aligned

10   so as to be generally in phase with one another. As illustrated in the figure, each longitudinally arranged band 102 undulates through approximately two cycles before there is a link to an adjacent band.

The stent 100 may be fabricated utilizing any number of methods. For

15   example, the stent 100 may be fabricated from a hollow or formed stainless steel tube that may be machined using lasers, electric discharge milling, chemical etching or other means. The stent 100 is inserted into the body and placed at the desired site in an unexpanded form. In one embodiment, expansion may be effected in a blood vessel by a balloon catheter, where the

20   final diameter of the stent 100 is a function of the diameter of the balloon catheter used.

It should be appreciated that a stent 100 in accordance with the present invention may be embodied in a shape-memory material, including, for

25   example, an appropriate alloy of nickel and titanium. In this embodiment, after the stent 100 has been formed it may be compressed so as to occupy a space sufficiently small as to permit its insertion in a blood vessel or other tissue by insertion means, wherein the insertion means include a suitable catheter, or flexible rod. On emerging from the catheter, the stent 100 may be configured

30   to expand into the desired configuration where the expansion is automatic or triggered by a change in pressure, temperature or electrical stimulation.

23

BSC-A-000308

CRD-0930

Figure 3 illustrates an exemplary embodiment of the present invention utilizing the stent 100 illustrated in Figure 2. As illustrated, the stent 100 may be modified to comprise a reservoir 106. Each of the reservoirs may be opened or closed as desired. These reservoirs 106 may be specifically
5   designed to hold the drug, agent, compound or combinations thereof to be delivered. Regardless of the design of the stent 100, it is preferable to have the drug, agent, compound or combinations thereof dosage applied with enough specificity and a sufficient concentration to provide an effective dosage in the lesion area. In this regard, the reservoir size in the bands 102 is
10  preferably sized to adequately apply the drug/drug combination dosage at the desired location and in the desired amount.

In an alternate exemplary embodiment, the entire inner and outer surface of the stent 100 may be coated with various drug and drug
15  combinations in therapeutic dosage amounts. A detailed description of exemplary coating techniques is described below.

Rapamycin or any of the drugs, agents or compounds described above may be incorporated into or affixed to the stent in a number of ways and
20  utilizing any number of biocompatible materials. In the exemplary embodiment, the rapamycin is directly incorporated into a polymeric matrix and sprayed onto the outer surface of the stent. The rapamycin elutes from the polymeric matrix over time and enters the surrounding tissue. The rapamycin preferably remains on the stent for at least three days up to approximately six months and
25  more preferably between seven and thirty days.

Any number of non-erodible polymers may be utilized in conjunction with rapamycin. In the exemplary embodiment, the polymeric matrix comprises two layers. The base layer comprises a solution of ethylene-co-vinylacetate and
30  polybutylmethacrylate. The rapamycin is incorporated into this layer. The outer layer comprises only polybutylmethacrylate and acts as a diffusion barrier to prevent the rapamycin from eluting too quickly and entering the surrounding tissues. The thickness of the outer layer or top coat determines the rate at

24

BSC-A-000309

CRD-0930

which the rapamycin elutes from the matrix. Essentially, the rapamycin elutes
from the matrix by diffusion through the polymer molecules. Polymers are
permeable, thereby allowing solids, liquids and gases to escape therefrom.
The total thickness of the polymeric matrix is in the range from about 1 micron

5    to about 20 microns or greater.

The ethylene-co-vinylacetate, polybutylmethacrylate and rapamycin
solution may be incorporated into or onto the stent in a number of ways. For
example, the solution may be sprayed onto the stent or the stent may be

10   dipped into the solution. In a preferred embodiment, the solution is sprayed
onto the stent and then allowed to dry. In another exemplary embodiment, the
solution may be electrically charged to one polarity and the stent electrically
changed to the opposite polarity. In this manner, the solution and stent will be
attracted to one another. In using this type of spraying process, waste may be

15   reduced and more control over the thickness of the coat may be achieved.

Since rapamycin works by entering the surrounding tissue, it is
preferably only affixed to the surface of the stent making contact with one
tissue. Typically, only the outer surface of the stent makes contact with the

20   tissue. Accordingly, in a preferred embodiment, only the outer surface of the
stent is coated with rapamycin. For other drugs, agents or compounds, the
entire stent may be coated.

It is important to note that different polymers may be utilized for different

25   stents. For example, in the above-described embodiment, ethylene-co-
vinylacetate and polybutylmethacrylate are utilized to form the polymeric
matrix. This matrix works well with stainless steel stents. Other polymers may
be utilized more effectively with stents formed from other materials, including
materials that exhibit superelastic properties such as alloys of nickel and

30   titanium.

Although shown and described is what is believed to be the most
practical and preferred embodiments, it is apparent that departures from

25

BSC-A-000310

CRD-0930

specific designs and methods described and shown will suggest themselves to those skilled in the art and may be used without departing from the spirit and scope of the invention. The present invention is not restricted to the particular constructions described and illustrated, but should be constructed to cohere
5   with all modifications that may fall within the scope of the appended claims.

26

BSC-A-000311

CRD-0930

WHAT IS CLAIMED IS:

1.     A method for the treatment of intimal hyperplasia in vessel walls comprising the controlled delivery, by release from an intraluminal medical device, of an anti-inflammatory agent in therapeutic dosage amounts.

2.     The method for the treatment of intimal hyperplasia in vessel walls according to Claim 1, wherein the anti-inflammatory agent reduces inflammatory cytokine levels in vascular tissues.

3.     The method for the treatment of intimal hyperplasia in vessel walls according to Claim 1, wherein the anti-inflammatory agent reduces monocyte chemotactic protein levels in vascular tissues.

4.     The method for the treatment of intimal hyperplasia in vessel walls according to Claim 2, wherein the anti-inflammatory agent comprises rapamycin.

5.     The method for the treatment of intimal hyperplasia in vessel walls according to Claim 2, wherein the anti-inflammatory agent comprises analogs and congeners that bind a high affinity cytosolic protein, FKBP12 and possesses the same pharmacologic properties as rapamycin.

6.     The method for the treatment of intimal hyperplasia in vessel walls according to Claim 3, wherein the anti-inflammatory agent comprises rapamycin.

7.     The method for the treatment of intimal hyperplasia in vessel walls according to Claim 3, wherein the anti-inflammatory agent comprises analogs and congeners that bind a high affinity cytosolic

27

BSC-A-000312

CRD-0930

protein, FKBP12 and possesses the same pharmacologic properties as rapamycin.

8.    A drug delivery device comprising:
an intraluminal medical device; and
a therapeutic dosage of an agent releasably affixed to the intraluminal medical device for the treatment of inflammation caused by injury.

9.    The drug delivery device according to Claim 8, wherein the agent reduces inflammatory cytokine levels in vascular tissue.

10.    The drug delivery device according to Claim 9, wherein the agent comprises rapamycin.

11.    The drug delivery device according to Claim 9, wherein the agent comprises analogs and congeners that bind a high-affinity cytosolic protein, FKBP12, and possesses the same pharmacologic properties as rapamycin.

12.    The drug delivery device according to Claim 8, wherein the agent reduces monocyte chemotactic protein levels in vascular tissues.

13.    The drug delivery device according to Claim 12, wherein the agent comprises rapamycin.

14.    The drug delivery device according to Claim 12, wherein the agent comprises analogs and congeners that bind a high-affinity cytosolic protein, FKBP12, and possesses the same pharmacologic properties as rapamycin.

28

BSC-A-000313

CRD-0930

15.    The drug delivery device according to Claim 8, wherein the intraluminal medical device comprises a stent.

16.    The drug delivery device according to Claim 15, wherein the
5     agent is incorporated in a non-erodible polymeric matrix coating affixed to the stent.

17.    A method for the treatment of inflammation in vessel walls comprising the controlled delivery, by release from an intraluminal
10   medical device of an anti-inflammatory agent in therapeutic dosage amounts.

29

BSC-A-000314

Please type a plus sign (+) inside this box →

PTO/SB/01 (10-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

JUL 21 2003

OIPE JC16

PATENT & TRADEM

## DECLARATION
## AND
## POWER OF ATTORNEY
## FOR UTILITY OR DESIGN
## PATENT APPLICATION
### (37 CFR 1.63)

☐ Declaration Submitted with Initial Filing    OR    ☒ Declaration Submitted after Initial Filing  (Surcharge (37 CFR 1.16(e)) required)

| | |
|---|---|
| Attorney Docket Number | CRD-0930 |
| First Named Inventor | Robert Falotico et al. |
| *COMPLETE IF KNOWN* | |
| Application Number | 09/850,232 |
| Filing Date | May 7, 2001 |
| Group Art Unit | 1646 |
| Examiner Name | Mark K. Han |

RECEIVED JUL 2 4 2003

As a below named inventor, I hereby declare that:

My residence, mailing address, and citizenship are as stated below next to my name.
I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### ANTIINFLAMMATORY DRUG AND DELIVERY DEVICE
*(Title of the Invention)*

the specification of which

☐ is attached hereto

OR

☒ was filed on (MM/DD/YYYY) May 7, 2001 as United States Application Number or PCT International Application Number 09/850,232 and was amended on (MM/DD/YYYY) May 13, 2003

RECEIVED AUG 0 6 2003 TECHNOLOGY CENTER R3700

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

BSC-A-000315

*See Paper No. 14 for inventorship changes* (handwritten)

Please type a plus sign (+) inside this box ☐

PTO/SB/01 (10-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION AND POWER OF ATTORNEY FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | Attorney Docket Number | CRD-0930 |
|---|---|---|
| | First Named Inventor | Robert Falotico et al. |
| | COMPLETE IF KNOWN | |
| ☒ Declaration Submitted with Initial Filing  OR  ☐ Declaration Submitted after Initial Filing  (Surcharge (37 CFR 1.16(e)) required) | Application Number | To Be Determined |
| | Filing Date | |
| | Group Art Unit | |
| | Examiner Name | |

As a below named inventor, I hereby declare that:

My residence, mailing address, and citizenship are as stated below next to my name.
I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**ANTIINFLAMMATORY DRUG AND DELIVERY DEVICE**
*(Title of the Invention)*

the specification of which

☒ is attached hereto

OR

☐ was filed on (MM/DD/YYYY) [____] as United States Application Number or PCT International Application Number [____] and was amended on (MM/DD/YYYY)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT International application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or any PCT International application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES    NO |
|---|---|---|---|---|
| | | | ☐ | ☐   ☐ |
| | | | ☐ | ☐   ☐ |
| | | | ☐ | ☐   ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto:

0985023Z.050701U (vertical text, left margin)

OIPE JOTH
JUL 2 1 2003
PATENT & TRADEMARK OFFICE

JUL 24 2003
TECHNOLOGY CENTER

RECEIVED

## DECLARATION - Utility or Design Patent Application

I hereby claim the benefit under 35 U.S.C. 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| 60/204,417 | 05/12/2000 | ☐ Additional provisional application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto. |
| 60/262,514 | 01/18/2001 | |
| 60/262,461 | 01/18/2001 | |
| 60/263,806 | 01/24/2001 | |
| 60/263,979 | 01/25/2001 | |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial No. | Filing Date | Status |
|---|---|---|
| 09/575,480 | 05/19/2000 | Pending<br>Patented<br>Patented |

I hereby appoint:

☒ Practitioners at Customer Number [ 000027777 ] →

AND

☐ Practitioner(s) named below:

| Name | Registration Number |
|---|---|

Place Customer Number Bar Code Label Here

TECHNOLOGY CENTER R3700

RECEIVED AUG 0 6 2003

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Address all telephone calls to Carl J. Evans at telephone number (732) 524-2518.

Direct all correspondence to:   Customer Number  ☒ or Bar Code Label [ 000027777 ]   OR   ☐ Correspondence address below

| Name: | | |
|---|---|---|
| Address: | | |
| Address: | | |
| City: | State: | ZIP |
| Country | Telephone: | Fax: |

BSC-A-000317

## DECLARATION - Utility or Design Patent Application

I hereby claim the benefit under 35 U.S.C. 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| 60/204,417 | 05/12/2000 | ☐ Additional provisional application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto. |
| 60/262,614 | 01/18/2001 | |
| 60/262,461 | 01/18/2001 | |
| 60/263,806 | 01/24/2001 | |
| 60/263,979 | 01/25/2001 | |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT International filing date of this application:

| Application Serial No. | Filing Date | Status |
|---|---|---|
| 09/575,480 | 05/19/2000 | Pending Patented Patented |

I hereby appoint:

☒ Practitioners at Customer Number [000927777] →        Place Customer Number Bar Code Label Here

**AND**

☐ Practitioner(s) named below:
Name                              Registration Number

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Address all telephone calls to Carl J. Evans at telephone number (732) 524-2518.

| Direct all correspondence to: | Customer Number ☒ or Bar Code Label [000927777] | OR | ☐ Correspondence address below |
|---|---|---|---|

| Name: | | |
|---|---|---|
| Address: | | |
| Address: | | |

| City: | State: | ZIP |
|---|---|---|
| Country: | Telephone: | Fax: |

10705033.2269850501

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| NAME OF SOLE OR FIRST INVENTOR: | ☐ A petition has been filed for this unsigned inventor | | |
|---|---|---|---|
| Given Name (first and middle [if any]) Robert | | Family Name or Surname   Falolico | |
| Inventor's Signature   *Robert Falolico* | | Date   5/2/01 | |
| Residence:   Belle Mead | State NJ | Country USA | Citizenship USA |
| Mailing Address 40 Black Horse Run | | | |
| City   Belle Mead | State NJ | ZIP  08502 | Country USA |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| NAME OF SECOND INVENTOR: | ☐ A petition has been filed for this unsigned inventor | | |
|---|---|---|---|
| Given Name (first and middle [if any]) Gregory A. | | Family Name or Surname   Kopla | |
| Inventor's Signature   *Gregory A. Kopla* | | Date   5/2/01 | |
| Residence:   Neshanic | State NJ | Country USA | Citizenship USA |
| Mailing Address 56 Longfield Drive | | | |
| City   ~~Neshanic~~ Hillsborough | State NJ | ZIP ~~08853~~ 08844 | Country USA |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| NAME OF THIRD INVENTOR: | ☐ A petition has been filed for this unsigned inventor | | |
|---|---|---|---|
| Given Name (first and middle [if any]) Gerard H. | | Family Name or Surname   Llanos | |
| Inventor's Signature | | Date   5/4/01 | |
| Residence:   Stewartsville | State NJ | Country USA | Citizenship ~~Trinidadian~~ USA |
| Mailing Address 1514 Megan Circle | | | |
| City   Stewartsville | State NJ | ZIP  08886 | Country USA |

BSC-A-000319

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| NAME OF SOLE OR FIRST INVENTOR: | | ☐ A petition has been filed for this unsigned inventor | |
|---|---|---|---|
| Given Name (first and middle [if any]) Robert | | Family Name or Surname  Falotico | |
| Inventor's Signature | | | Date |
| Residence: City Belle Mead | State NJ | Country USA | Citizenship USA |
| Mailing Address 40 Black Horse Run | | | |
| City    Belle Mead | State NJ | ZIP  08502 | Country USA |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| NAME OF SECOND INVENTOR: | | ☐ A petition has been filed for this unsigned inventor | |
|---|---|---|---|
| Given Name (first and middle [if any]) Gregory A. | | Family Name or Surname    Kopia | |
| Inventor's Signature | | | Date |
| Residence: City Neshanic | State NJ | Country USA | Citizenship USA |
| Mailing Address 58 Longfield Drive | | | |
| City    Neshanic | State NJ | ZIP  08853 | Country USA |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| NAME OF THIRD INVENTOR: | | ☐ A petition has been filed for this unsigned inventor | |
|---|---|---|---|
| Given Name (first and middle [if any]) Gerard H. | | Family Name or Surname    Llanos | |
| Inventor's Signature | | | Date |
| Residence: City Stewartsville | State NJ | Country USA | Citizenship Trinidadian |
| Mailing Address 1514 Megan Circle | | | |
| City    Stewartsville | State NJ | ZIP  08886 | Country USA |

BSC-A-000320

MAY-04-2001  15:01      RWJ PRI DRUG DISCOVERY                908 526 7118   P.05/05

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of this application or any patent issued thereon.

**NAME OF FOURTH INVENTOR:**

☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle (if any)) John Frank | | Family Name or Surname  Siekierka | |
| Inventor's Signature | | | Date  5/4/01 |
| Residence:  Towaco | State  NJ | Country  USA | Citizenship  USA |
| Mailing Address 10 Glenview Road | | | |
| City  Towaco | State  NJ | ZIP  07082 | Country  USA |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

**NAME OF FIFTH INVENTOR:**

☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle (if any)) | | Family Name or Surname | |
| Inventor's Signature | | | Date |
| Residence:  City | State | Country | Citizenship |
| Mailing Address | | | |
| City | State | ZIP | Country |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

**NAME OF SIXTH INVENTOR:**

☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle (if any)) | | Family Name or Surname | |
| Inventor's Signature | | | Date |
| Residence:  City | State | Country | Citizenship |
| Mailing Address | | | |
| City | State | ZIP | Country |

TOTAL P.05

BSC-A-000321

hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| NAME OF FOURTH INVENTOR: | ☐ A petition has been filed for this unsigned inventor | | |
|---|---|---|---|
| Given Name (first and middle [if any]) Frank | | Family Name or Surname  Siekierka | |
| Inventor's Signature | | Date | |
| Residence: City Towaco | State NJ | Country USA | Citizenship USA |
| Mailing Address 10 Glenview Road | | | |
| City  Towaco | State NJ | ZIP  07082 | Country USA |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| NAME OF FIFTH INVENTOR: | ☐ A petition has been filed for this unsigned inventor | | |
|---|---|---|---|
| Given Name (first and middle [if any])  Andrew K | | Family Name or Surname  Carter | |
| Inventor's Signature | | Date  10 June 03 | |
| Residence:  Portland | State Oregon | Country USA | Citizenship USA |
| Mailing Address 7030 Southwest Foxfield Court | | | |
| City  Portland | State Oregon | ZIP  97225 | Country USA |

BSC-A-000322

PRINT OF DRAWINGS
AS ORIGINALLY FIL

1/2

# FIG. 1



BSC-A-D00323

PRINT OF DRAWINGS
AS ORIGINALLY FIL

2/2

## FIG. 2



## FIG. 3



BSC-A-000324

Please type a plus sign (+) inside this box [+].

# UTILITY
## PATENT APPLICATION
## TRANSMITTAL

*(only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | CRD-0930 |
| First Inventor | Robert Falotico et al. |
| Title | DRUG/DRUG DELIVERY SYSTEMS FOR THE PREVENTION AND TREATMENT OF VASCULAR DISEASE |
| Express Mail Label No. | EL327260413US |

## APPLICATION ELEMENTS

*See MPEP Chapter 600 concerning utility patent application contents.*

**ADDRESS TO:**  Commissioner for Patents
Box Patent Application
Washington, DC 20231

1. ☒ Fee Transmittal Form (e.g., PTO/SB/17)
   *(submit an original and a duplicate for fee processing)*
2. ☐ Applicant claims small entity status.
3. ☒ Specification [Total Pages 30]
   *(Preferred arrangement set forth below)*
   - Descriptive Title of the Invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R&D
   - Reference to sequence listing, a table, or a computer program listing appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings *(if filed)*
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure

4. ☒ Drawing(s) (35 USC 113) [Total Sheets 2]
5. Oath or Declaration       [Total Pages 4]
   a. ☒ Newly executed (original or copy)
   b. ☐ Copy from a prior application (37 CFR 1.63(d))
   *(for continuation/divisional with Box 18 completed)*
   I. ☐ DELETION OF INVENTOR(S)
   Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).

6. ☐ Application Data Sheet. See 37 CFR 1.76

7. ☐ CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix)

8. Nucleotide and/or Amino Acid Sequence Submission (if applicable, all necessary)
   a. ☐ Computer Readable Form (CRF)
   b. ☐ Specification Sequence Listing on:
      I. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ paper
   c. ☐ Statement verifying identity of above copies

## ACCOMPANYING APPLICATION PARTS

9. ☐ Assignment Papers (cover sheet & document(s))
10. ☐ 37 CFR 3.73(b) Statement  ☐ Power of Attorney *(when there is an assignee)*
11. ☐ English Translation Document *(if applicable)*
12. ☐ Information Disclosure Statement (IDS)/PTO-1449   ☐ Copies of IDS Citations
13. ☐ Preliminary Amendment
14. ☒ Return Receipt Postcard (MPEP 503) *(Should be specifically itemized)*
15. ☐ Certified Copy of Priority Document(s) *(if foreign priority is claimed)*
16. ☐ Request and Certifications under 35 U.S.C. 122 (b)(2)(B)(i). Applicant must attach form PTO/SB/35 or its equivalent.
17. ☐ Other

18. ☐ If a CONTINUING APPLICATION, check appropriate box and supply the requisite information below and in a preliminary amendment, or in an Application Data Sheet under 37 CFR 1.76:
   ☐ Continuation  ☐ Divisional  ☐ Continuation-in-Part (CIP) of prior application No.: _____ , filed _____
Prior application information:  Examiner _____  Group Art Unit: _____
For CONTINUATION or DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

## 19. CORRESPONDENCE ADDRESS

☒ Customer Number or Bar Code Label 000027777   or ☐ Correspondence Address below

Name:    Philip S. Johnson, Esq.
Address:  Johnson & Johnson
         One Johnson & Johnson Plaza
         New Brunswick, NJ 08933-7003  USA

## 20. TELEPHONE CONTACT

Please direct all telephone calls or telefaxes to Carl J. Evens at:
Telephone:  (732) 524-2518   Fax:  (732) 524-2808

## 21. SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

| NAME | Carl J. Evens | Reg. No. 33874 |
|---|---|---|
| SIGNATURE | *[signature]* | |
| DATE | May 7, 2001 | |

BSC-A-000325

| FEE TRANSMITTAL | Complete if Known | |
|---|---|---|
| | Application Number | To Be Determined |
| | Filing Date | May 7, 2001 |
| | First Named Inventor | Robert Falotico et al. |
| | Group Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | CRD-0930 |

## FEE CALCULATION

### CLAIMS AS FILED

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| FOR: | NUMBER   FILED | NUMBER EXTRA | RATE | BASIC FEE $710.00 |
| TOTAL CLAIMS | 17 - 20 = | 0 | x 18.00 | $ 0.00 |
| INDEPENDENT CLAIMS | 3 - 3 = | 0 | x 80.00 | $ 0.00 |
| MULTIPLE DEPENDENT CLAIMS | ☐ | N/A | $270.00 | |
| | | | TOTAL FEES | $ 710.00 |

## METHOD OF PAYMENT

☒ Please charge Deposit Account No. 10-0750/CRD-0930/CJE in the amount of $710.00. Three copies of this sheet are enclosed.

☒ The Commissioner is hereby authorized to charge any additional fees which may be required in connection with the filing of this communication, or credit any overpayment, to Account No. 10-0750/CRD-0930/CJE. Three copies of this sheet are enclosed.

| SUBMITTED BY: | | | | |
|---|---|---|---|---|
| Typed or Printed Name | Carl J. Evens | | | Complete (if applicable) |
| Signature | *Carl J. Evens* | | Date: 5/7/01 | Reg. No. 33,874 Deposit Account No. 10-0750 |

BSC-A-000326

# EXHIBIT S

# REDACTED IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on September 25, 2009, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Lauren E. Maguire, Esquire [lmaguire@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on September 25, 2009, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

> ### *By E-Mail*
>
> David T. Pritikin, Esquire [dpritikin@sidley.com]
> William H. Baumgartner, Esquire [wbaumgartner@sidley.com]
> Russell E. Cass, Esquire [rcass@sidley.com]
> Jon M. Spanbauer, Esquire [jspanbauer@sidley.com]
> SIDLEY AUSTIN LLP
> One  South Dearborn
> Chicago, IL 60603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
Andrew A. Lundgren (No. 4429) [alundgren@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*Attorneys for Plaintiffs Boston Scientific Corporation
and Boston Scientific Scimed, Inc.*