# EXHIBIT 19

## The PROMUS™ Everolimus Eluting Coronary Stent System
*Instructions for Use*



*Table of Contents*

1.0   PRODUCT DESCRIPTION
    1.1   Device Component Description
    1.2   Drug Component Description
        1.2.1   Everolimus
        1.2.2   Inactive Ingredients - Non-erodible Polymer
        1.2.3   Product Matrix and Everolimus Content

2.0   INDICATIONS

3.0   CONTRAINDICATIONS

4.0   WARNINGS

5.0   PRECAUTIONS
    5.1   General Precautions
    5.2   Pre- and Post-Procedure Antiplatelet Regimen
    5.3   Multiple Stent Use
    5.4   Brachytherapy
    5.5   Use in Conjunction with Other Procedures
    5.6   Use in Special Populations
        5.6.1   Pregnancy
        5.6.2   Lactation
        5.6.3   Gender
        5.6.4   Ethnicity
        5.6.5   Pediatric Use
        5.6.6   Geriatric Use
    5.7   Lesion/Vessel Characteristics
    5.8   Drug Interactions
    5.9   Immune Suppression Potential
    5.10   Lipid Elevation Potential
    5.11   Magnetic Resonance Imaging (MRI)
    5.12   Stent Handling
    5.13   Stent Placement
        5.13.1  Stent Preparation
        5.13.2  Stent Implantation
    5.14   Stent System Removal
    5.15   Post-Procedure

6.0   DRUG INFORMATION
    6.1   Mechanism of Action
    6.2   Pharmacokinetics of the XIENCE V Everolimus Eluting Coronary Stent
    6.3   Interactions with Drugs or Other Substances
    6.4   Carcinogenicity, Genotoxicity, and Reproductive Toxicity



     6.5    Pregnancy
     6.6    Lactation

7.0    OVERVIEW OF CLINICAL STUDIES

8.0    ADVERSE EVENTS
     8.1    Observed Adverse Events
     8.2    Stent Thrombosis Definitions
     8.3    Potential Adverse Events

9.0    SPIRIT FAMILY OF CLINICAL TRIALS
     9.1    SPIRIT III Pivotal Clinical Trial
          9.1.1  SPIRIT III Randomized Clinical Trial (RCT)
          9.1.2  SPIRIT III US 4.0 mm Arm
     9.2    SPIRIT II Supportive Clinical Trial
     9.3    SPIRIT FIRST Randomized Clinical Trial
     9.4    SPIRIT II and SPIRIT III Pooled Analysis
          9.4.1  Stent Thrombosis in SPIRIT II and SPIRIT III Pooled Analysis
          9.4.2  Diabetics in SPIRIT II and SPIRIT III Pooled Analysis
          9.4.3  Dual Vessel treatment in SPIRIT II and SPIRIT III Pooled Analysis

10.0   INDIVIDUALIZATION OF TREATMENT

11.0   PATIENT COUNSELING AND PATIENT INFORMATION

12.0   HOW SUPPLIED

13.0   OPERATOR'S INSTRUCTIONS
     13.1   Inspection Prior to Use
     13.2   Materials Required
     13.3   Preparation
          13.3.1 Packaging Removal
          13.3.2 Guide Wire Lumen Flush
          13.3.3 Delivery System Preparation
     13.4   Delivery Procedure
     13.5   Deployment Procedure
     13.6   Removal Procedure
     13.7   Post-Deployment Dilatation of Stent Segments

14.0   *IN VITRO* COMPLIANCE INFORMATION

15.0   REUSE PRECAUTION STATEMENT

16.0   PATENTS

17.0   WARRANTY



BSC-SJA-0715

## 1.0   PRODUCT DESCRIPTION

The PROMUS™ Everolimus-Eluting Coronary Stent System (PROMUS EECSS or PROMUS stent system) is a private label XIENCE™ V Everolimus Eluting Coronary Stent System (XIENCE V EECSS or XIENCE V stent system) manufactured by Abbott and distributed by Boston Scientific Corporation. The PROMUS V EECSS is a device/drug combination product consisting of either the MULTI-LINK VISION® Coronary Stent System or the MULTI-LINK MINI VISION® Coronary Stent System coated with a formulation containing everolimus, the active ingredient, embedded in a non-erodible polymer.

### 1.1   Device Component Description

The device component consists of the MULTI-LINK MINI VISION or MULTI-LINK VISION stent mounted onto the MULTI-LINK MINI VISION or MULTI-LINK VISION stent delivery system (SDS) respectively. The device component characteristics are summarized in Table 1-1.

### Table 1-1: PROMUS Stent System Product Description

| | PROMUS Rapid-Exchange (RX) EECSS | | PROMUS Over-the-Wire (OTW) EECSS | | |
|---|---|---|---|---|---|
| Available Stent Lengths (mm) | 8, 12, 15, 18, 23, 28 | | 8, 12, 15, 18, 23, 28 | | |
| Available Stent Diameters (mm) | 2.5, 2.75, 3.0, 3.5, 4.0 | | 2.5, 2.75, 3.0, 3.5, 4.0 | | |
| Stent Material | A medical grade L-605 cobalt chromium (CoCr) alloy MULTI-LINK VISION or MULTI-LINK MINI VISION stent | | | | |
| Drug Component | A conformal coating of a non-erodible polymer loaded with 100 µg/cm² of everolimus with a maximum nominal drug content of 181 µg on the large stent (4.0 x 28 mm) | | | | |
| Delivery System Working Length | 143 cm | | 143 cm | | |
| Delivery System Design | Single access port to inflation lumen. Guide wire exit notch is located 30 cm from tip. Designed for guide wires ≤ 0.014". | | Sidearm adaptor provides access to balloon inflation/deflation lumen and guide wire lumen. Designed for guide wires ≤ 0.014". | | |
| Stent Delivery System Balloon | A compliant, tapered balloon, with two radiopaque markers located on the catheter shaft to indicate balloon positioning and expanded stent length. | | | | |
| Balloon Inflation Pressure | Nominal inflation pressure: 8 atm (811 kPa) for 2.5 and 2.75 mm diameters; 9 atm (912 kPa) for 3.0, 3.5, and 4.0 mm diameters. Rated Burst Pressure (RBP): 16 atm (1621 kPa) for all sizes | | | | |
| Guiding Catheter Inner Diameter | ≥ 5 F (0.056") | | | | |
| Catheter Shaft Outer Diameter (nominal) | 2.5–3.0 mm Distal: 0.032" Proximal: 0.026" | 3.5–4.0 mm 0.035" 0.026" | 2.5 mm Distal: 0.032" Proximal: 0.042" | 2.75 x 8 – 3.5 x 18 0.034" 0.042" | 3.5 x 23 – 4.0 x 28 0.036" 0.042" |



BSC-SJA-0716

## 1.2    Drug Component Description

The PROMUS Everolimus- Eluting Coronary Stent (PROMUS stent) is coated with everolimus (active ingredient), embedded in a non-erodible polymer (inactive ingredient).

### 1.2.1  Everolimus

Everolimus is the active pharmaceutical ingredient in the PROMUS stent. It is a novel semi-synthetic macrolide immunosuppressant, synthesized by chemical modification of rapamycin (sirolimus). The everolimus chemical name is 40-O-(2-hydroxyethyl)-rapamycin and the chemical structure is shown in Figure 1-1 below.

**Figure 1-1: Everolimus Chemical Structure**



### 1.2.2.  Inactive Ingredients – Non-erodible Polymer

The PROMUS stent contains inactive ingredients including poly n-butyl methacrylate (PBMA), a polymer that adheres to the stent and drug coating, and PVDF-HFP, which is comprised of vinylidene fluoride and hexafluoropropylene monomers as the drug matrix layer containing everolimus. PBMA is a homopolymer with a molecular weight (Mw) of 264,000 to 376,000 dalton. PVDF-HFP is a non-erodible semi-crystalline random copolymer with a molecular weight (Mw) of 254,000 to 293,000 dalton. The drug matrix copolymer is mixed with everolimus (83%/17% w/w polymer/everolimus ratio) and applied to the entire PBMA coated stent surface. The drug load is 100 μg/cm² for all product sizes. No topcoat layer is used. The polymer chemical structures are shown in Figure 1-2 below.

Boston
Scientific

BSC-SJA-0717

Figure 1-2: Non-erodible Polymer Chemical Structures



| PBMA | PVDF-HFP |
|------|----------|

Boston
Scientific

BSC-SJA-0718

### 1.2.3   Product Matrix and Everolimus Content

#### Table 1-3: PROMUS EECSS Product Matrix and Everolimus Content

| Model Number (RX) | Model Number (OTW) | Nominal Expanded Stent Diameter (mm) | Nominal Unexpanded Stent Length (mm) | Nominal Everolimus Content (µg) |
|---|---|---|---|---|
| 1009539-08B | 1009545-08B | 2.5 | 8 | 37 |
| 1009540-08B | 1009546-08B | 2.75 | 8 | 37 |
| 1009541-08B | 1009547-08B | 3.0 | 8 | 37 |
| 1009542-08B | 1009548-08B | 3.5 | 8 | 53 |
| 1009543-08B | 1009549-08B | 4.0 | 8 | 53 |
| 1009539-12B | 1009545-12B | 2.5 | 12 | 56 |
| 1009540-12B | 1009546-12B | 2.75 | 12 | 56 |
| 1009541-12B | 1009547-12B | 3.0 | 12 | 56 |
| 1009542-12B | 1009548-12B | 3.5 | 12 | 75 |
| 1009543-12B | 1009549-12B | 4.0 | 12 | 75 |
| 1009539-15B | 1009545-15B | 2.5 | 15 | 75 |
| 1009540-15B | 1009546-15B | 2.75 | 15 | 75 |
| 1009541-15B | 1009547-15B | 3.0 | 15 | 75 |
| 1009542-15B | 1009548-15B | 3.5 | 15 | 98 |
| 1009543-15B | 1009549-15B | 4.0 | 15 | 98 |
| 1009539-18B | 1009545-18B | 2.5 | 18 | 88 |
| 1009540-18B | 1009546-18B | 2.75 | 18 | 88 |
| 1009541-18B | 1009547-18B | 3.0 | 18 | 88 |
| 1009542-18B | 1009548-18B | 3.5 | 18 | 113 |
| 1009543-18B | 1009549-18B | 4.0 | 18 | 113 |
| 1009539-23B | 1009545-23B | 2.5 | 23 | 113 |
| 1009540-23B | 1009546-23B | 2.75 | 23 | 113 |
| 1009541-23B | 1009547-23B | 3.0 | 23 | 113 |
| 1009542-23B | 1009548-23B | 3.5 | 23 | 151 |
| 1009543-23B | 1009549-23B | 4.0 | 23 | 151 |
| 1009539-28B | 1009545-28B | 2.5 | 28 | 132 |
| 1009540-28B | 1009546-28B | 2.75 | 28 | 132 |
| 1009541-28B | 1009547-28B | 3.0 | 28 | 132 |
| 1009542-28B | 1009548-28B | 3.5 | 28 | 181 |
| 1009543-28B | 1009549-28B | 4.0 | 28 | 181 |

## 2.0   INDICATIONS

The PROMUS Everolimus-Eluting Coronary Stent System (PROMUS stent) is indicated for improving coronary luminal diameter in patients with symptomatic heart disease due to de novo native coronary artery lesions (length ≤28 mm) with reference vessel diameters of 2.5 mm to 4.25 mm.

## 3.0   CONTRAINDICATIONS

The PROMUS stent is contraindicated for use in patients:



BSC-SJA-0719

•• Who cannot receive antiplatelet and/or anti-coagulant therapy (see **Section 5.2 Pre- and Post-Procedure Antiplatelet Regimen** for more information)
•• With lesions that prevent complete angioplasty balloon inflation or proper placement of the stent or stent delivery system
•• With hypersensitivity or contraindication to everolimus or structurally-related compounds, cobalt, chromium, nickel, tungsten, acrylic, and fluoropolymers

## 4.0   WARNINGS

•• Ensure that the inner package sterile barrier has not been opened or damaged prior to use.
•• Judicious patient selection is necessary because device use has been associated with stent thrombosis, vascular complications, and/or bleeding events.
•• This product should not be used in patients who are not likely to comply with the recommended antiplatelet therapy (see Section 5.2 for important information regarding antiplatelet therapy).

## 5.0   PRECAUTIONS

### 5.1   General Precautions

•• Stent implantation should only be performed by physicians who have received appropriate training.
•• Stent placement should be performed at hospitals where emergency coronary artery bypass graft surgery is accessible.
•• Subsequent restenosis may require repeat dilatation of the arterial segment containing the stent. Long-term outcomes following repeat dilatation of the stent is presently unknown.
•• Risks and benefits should be considered in patients with severe contrast agent allergies.
•• Care should be taken to control the guiding catheter tip during stent delivery, deployment, and balloon withdrawal. Before withdrawing the stent delivery system, visually confirm complete balloon deflation by fluoroscopy to avoid guiding catheter movement into the vessel and subsequent arterial damage.
•• Stent thrombosis is a low-frequency event that current drug-eluting stent (DES) clinical trials are not adequately powered to fully characterize. Stent thrombosis is frequently associated with myocardial infarction (MI) or death. Data from the SPIRIT family of trials have been prospectively evaluated and adjudicated using both the protocol definition of stent thrombosis and the definition developed by the Academic Research Consortium (ARC), and demonstrate specific patterns of stent thrombosis that vary depending on the definition used (see Section 8.2 Stent Thrombosis Definitions and Section 9.4 SPIRIT II and SPIRIT III Pooled Analysis, for more information). In the SPIRIT family of trials analyzed to date, the differences in the incidence of stent thrombosis observed with the stent, used in the SPIRIT clinical trials, compared to the TAXUS stent have not been associated with an increased risk of cardiac death, MI, or all-cause mortality. Additional data from longer-term follow-up in the SPIRIT family of trials and analyses of DES-related stent thrombosis are expected and should be considered in making treatment decisions as data become available.
•• When DES are used outside the specified Indications for Use, patient outcomes may differ from the results observed in the SPIRIT family of trials.
•• Compared to use within the specified Indications for Use, the use of DES in patients and lesions outside of the labeled indications, including more tortuous anatomy, may have an increased risk of adverse events, including stent thrombosis, stent embolization, MI, or death.



•• Orally administered everolimus combined with cyclosporine is associated with increased serum cholesterol and triglycerides levels.

## 5.2    Pre- and Post-Procedure Antiplatelet Regimen

•• In SPIRIT FIRST clinical trial, clopidogrel bisulfate or ticlopidine hydrochloride was administered pre-procedure and for a minimum of 3 months post-procedure (75 mg per day). In SPIRIT II and SPIRIT III clinical trials, clopidogrel bisulfate or ticlopidine hydrochloride was administered pre-procedure and for a minimum of 6 months post-procedure (75 mg per day). Aspirin was administered (a minimum of 75 mg per day) pre-procedure and continued for 1 to 5 years (depending on the study). Based on the case report forms from the SPIRIT II and III randomized clinical trials, approximately 92% of patients remained on dual antiplatelet therapy at 6 months and 62% at 1 year See Section 9.0 – Clinical Studies, for more specific information.

•• The optimal duration of dual antiplatelet therapy, specifically clopidogrel, is unknown and DES thrombosis may still occur despite continued therapy. Data from several studies on sirolimus-eluting or paclitaxel-eluting stents suggest that a longer duration of clopidogrel than was recommended post-procedurally in DES pivotal trials may be beneficial. Current guidelines recommend that patients receive aspirin indefinitely and that clopidogrel therapy be extended to 12 months in patients at low risk of bleeding (ref: ACC/AHA/SCAI PCI Practice Guidelines[1,2]).

•• It is very important that the patient is compliant with the post-procedural antiplatelet therapy recommendations. Early discontinuation of prescribed antiplatelet medication could result in a higher risk of thrombosis, MI, or death. Prior to percutaneous coronary intervention (PCI), if the patient is required to undergo a surgical or dental procedure that might require early discontinuation of antiplatelet therapy, the interventionalist and patient should carefully consider whether a DES and its associated recommended antiplatelet therapy is the appropriate PCI treatment of choice. Following PCI, should a surgical or dental procedure be recommended that requires suspension of antiplatelet therapy, the risks and benefits of the procedure should be weighed against the possible risks associated with early discontinuation of antiplatelet therapy. Patients who require early discontinuation of antiplatelet therapy (e.g., secondary to active bleeding) should be monitored carefully for cardiac events. At the discretion of the patient's treating physicians, the antiplatelet therapy should be restarted as soon as possible.

## 5.3    Multiple Stent Use

A patient's exposure to drug and polymer is proportional to the number and total length of implanted stents. In the SPIRIT II and III clinical trials, treatment was limited to 36 mm of total stent length in up to two lesions in different epicardial vessels. Use of more than two stents to treat lesions longer than 28 mm has not been evaluated and may increase patient complication risks. Studies evaluating the effects of higher drug doses have not been conducted.

Effects of multiple stenting using PROMUS stents combined with other drug-eluting stents are also unknown. When multiple drug-eluting stents are required, use only PROMUS stents in order to avoid potential interactions with other drug-eluting or coated stents.

---

[1] Smith et al. ACC/AHA/SCAI 2005 Guideline Update for Percutaneous Coronary Intervention. JACC. 2006; 47: e1-121.

[2] King III et al. 2007 Focused Update of the ACC/AHA/SCAI 2005 Guideline Update for Percutaneous Coronary Intervention. JACC. 2008; 51:172-209.

Boston
Scientific

BSC-SJA-0721

In addition, only stents composed of similar materials should be implanted in consecutive stent to stent contact to avoid corrosion potential between unrelated materials. Although *in vitro* tests combining L-605 CoCr alloy with 316 L stainless steel did not increase corrosion potential, these studies have not been conducted *in vivo*.

### 5.4   Brachytherapy

PROMUS stent safety and effectiveness has not been evaluated in patients with prior target lesion or in-stent restenosis-related brachytherapy.

### 5.5   Use in Conjunction with Other Procedures

The safety and effectiveness of using mechanical atherectomy devices (directional atherectomy catheters, rotational atherectomy catheters) or laser angioplasty catheters in conjunction with PROMUS stent implantation have not been established.

### 5.6   Use in Special Populations

#### 5.6.1   Pregnancy

Pregnancy Category C. See Section 6.5 – Drug Information, Pregnancy. The PROMUS stent has not been tested in pregnant women or in men intending to father children. Effects on the developing fetus have not been studied. Effective contraception should be initiated before implanting a PROMUS stent and continued for one year after implantation. While there is no contraindication, the risks and reproductive effects are unknown at this time.

#### 5.6.2   Lactation

See Section 6.6 – Drug Information, Lactation. A decision should be made whether to discontinue nursing prior to stent implantation considering the importance of the stent to the mother.

#### 5.6.3   Gender

No safety- or effectiveness-related gender differences were observed in the individual SPIRIT clinical trials.

#### 5.6.4   Ethnicity

Insufficient SPIRIT clinical trial subject numbers prevent ethnicity-related analyses on safety and effectiveness.

Boston
Scientific

BSC-SJA-0722

### 5.6.5  Pediatric Use

Safety and effectiveness of the PROMUS stent in pediatric subjects have not been established.

### 5.6.6  Geriatric Use

SPIRIT clinical studies did not suggest that patients age 65 years and over differed with regard to safety and effectiveness compared to younger patients.

## 5.7    Lesion/Vessel Characteristics

Safety and effectiveness of the PROMUS stent have not been established for subject populations with the following clinical settings:

- •• Unresolved vessel thrombus at the lesion site
- •• Coronary artery reference vessel diameters < 2.5 mm or > 4.25 mm
- •• Lesion lengths > 28 mm
- •• Lesions located in saphenous vein grafts
- •• Lesions located in unprotected left main coronary artery, ostial lesions, chronic total occlusions, lesions located at a bifurcation
- •• Previously stented lesions
- •• Diffuse disease or poor flow (TIMI < 1) distal to the identified lesions
- •• Excessive tortuosity proximal to or within the lesion
- •• Recent acute myocardial infarction (AMI) or evidence of thrombus in the target vessel
- •• Moderate or severe lesion calcification
- •• Multivessel disease
- •• In-stent restenosis
- •• Patients with longer than 24 months follow-up.

## 5.8    Drug Interactions

See Section 6.3 – Drug Information, Interactions with Drugs or Other Substances.
Several drugs are known to affect everolimus metabolism, and other drug interactions may also occur. Everolimus is known to be a substrate for both cytochrome P4503A4 (CYP3A4) and P-glycoprotein. Everolimus absorption and subsequent elimination may be influenced by drugs that affect these pathways. Everolimus has also been shown to reduce the clearance of some prescription medications when administered orally along with cyclosporine (CsA). Formal drug interaction studies have not been performed with the PROMUS stent because of limited systemic exposure to everolimus eluted from the stent used in SPIRIT clinical trials (see Section 6.2 Pharmacokinetics). Therefore, due consideration should be given to the potential for both systemic and local drug interactions in the vessel wall when deciding to place the PROMUS stent in a patient taking a drug with known interaction with everolimus, or when deciding to initiate therapy with such a drug in a patient who has recently received a PROMUS Stent.

Boston
Scientific

BSC-SJA-0723

## 5.9 Immune Suppression Potential

Everolimus, the PROMUS stent active ingredient, is an immunosuppressive agent. Immune suppression was not observed in the SPIRIT clinical trials. However, for patients who receive several PROMUS stents simultaneously, it may be possible for everolimus systemic concentrations to approach immunosuppressive levels temporarily, especially in patients who also have hepatic insufficiency or who are taking drugs that inhibit CYP3A4 or P-glycoprotein. Therefore, consideration should be given to patients taking other immunosuppressive agents or who are at risk for immune suppression.

## 5.10 Lipid Elevation Potential

Oral everolimus use in renal transplant patients was associated with increased serum cholesterol and triglycerides that in some cases required treatment. The effect was seen with both low and high dose prolonged oral therapy in a dose related manner. When used according to the indications for use, exposure to systemic everolimus concentrations from the PROMUS stent are expected to be significantly lower than concentrations usually obtained in transplant patients. Increased serum cholesterol and triglycerides were not observed in the SPIRIT family of clinical trials.

## 5.11 Magnetic Resonance Imaging (MRI)

Non-clinical testing has demonstrated that the PROMUS stent, in single and in overlapped configurations up to 68 mm in length, is MR Conditional. It can be scanned safely under the following conditions:
- • Static magnetic field of 1.5 or 3 Tesla
- • Spatial gradient field of 720 Gauss/cm or less
- • Maximum whole-body-averaged specific absorption rate (SAR) of 2.0 W/kg (normal operating mode) for 15 minutes of scanning or less

The PROMUS stent should not migrate in this MRI environment. Non-clinical testing at field strengths greater than 3 Tesla has not been performed to evaluate stent migration or heating. MRI at 1.5 or 3 Tesla may be performed immediately following the implantation of the PROMUS stent.

Stent heating was derived by relating the measured non-clinical, *in vitro* temperature rises in a GE Excite 3 Tesla scanner and in a GE 1.5 Tesla coil to the local specific absorption rates (SARs) in a digitized human heart model. The maximum whole body averaged SAR was determined by validated calculation. At overlapped lengths up to 68 mm, the PROMUS stent produced a non-clinical maximum local temperature rise of 3°C at a maximum whole body averaged SAR of 2.0 W/kg (normal operating mode) for 15 minutes. These calculations do not take into consideration the cooling effects of blood flow.

The effects of MRI on overlapped stents greater than 68 mm in length or stents with fractured struts are unknown.

As demonstrated in non-clinical testing, an image artifact can be present when scanning the PROMUS stent. MR image quality may be compromised if the area of interest is in the exact same area, or relatively close to, the position of the PROMUS stent. Therefore, it may be necessary to optimize the MR imaging parameters for the presence of PROMUS stents.

Boston
Scientific

## 5.12   Stent Handling

•• Each stent is for single use only. Do not resterilize or reuse this device. Note the "use by" (expiration) date on the product label.

•• The foil pouch is not a sterile barrier. The inner header bag (pouch) within the foil pouch is the sterile barrier. Only the contents of the inner pouch should be considered sterile. The outside surface of the inner pouch is NOT sterile.

•• Do not remove the stent from the delivery system. Removal may damage the stent and/or lead to stent embolization. These components are intended to perform together as a system.

•• The delivery system should not be used in conjunction with other stents.

•• Special care must be taken not to handle or disrupt the stent on the balloon especially during delivery system removal from packaging, placement over the guide wire and advancement through the rotating hemostatic valve adapter and guiding catheter hub.

•• Do not manipulate, touch, or handle the stent with your fingers, which may cause coating damage, contamination, or stent dislodgement from the delivery balloon.

•• Use only the appropriate balloon inflation media (see Section 13.3.3 – Operator's Instructions, Delivery System Preparation). Do not use air or any gaseous medium to inflate the balloon as this may cause uneven expansion and difficulty in stent deployment.

## 5.13   Stent Placement

### 5.13.1 Stent Preparation

•• Do not prepare or pre-inflate the delivery system prior to stent deployment other than as directed. Use the balloon purging technique described in Section 13.3.3 – Operator's Instructions, Delivery System Preparation.

•• Do not induce negative pressure on the delivery system prior to placing the stent across the lesion. This may cause dislodgement of the stent from the balloon.

•• Use guiding catheters which have lumen sizes that are suitable to accommodate the stent delivery system (see Section 1.1 – Product Description, Device Component Description).

### 5.13.2 Stent Implantation

•• The vessel should be pre-dilated with an appropriate sized balloon. Failure to do so may increase the difficulty of stent placement and cause procedural complications.

•• Do not expand the stent if it is not properly positioned in the vessel (see Section 5.14 – Precautions, Stent System Removal).

•• Implanting a stent may lead to vessel dissection and acute closure requiring additional intervention (CABG, further dilatation, placement of additional stents, or other).

•• Although the safety and effectiveness of treating more than one vessel per coronary artery with PROMUS stents has not been established, if this is performed, place the stent in the distal lesion before the proximal lesion in order to minimize dislodgement risk incurred by traversing through deployed stents.

•• Stent placement may compromise side branch patency.

•• Do not exceed Rated Burst Pressure (RBP) as indicated on product label. See Table 14-1, Typical PROMUS EECSS Compliance. Balloon pressures should be monitored during inflation. Applying pressures higher than specified on the product label may result in a

Boston
Scientific

BSC-SJA-0725

ruptured balloon with possible arterial damage and dissection. The stent inner diameter should approximate 1.1 times the reference diameter of the vessel.

•• An unexpanded stent may be retracted into the guiding catheter one time only. An unexpanded stent should not be reintroduced into the artery once it has been pulled back into the guiding catheter. Subsequent movement in and out through the distal end of the guiding catheter should not be performed as the stent may be damaged when retracting the undeployed stent back into the guiding catheter.

•• Should any resistance be felt at any time during coronary stent system withdrawal, the stent delivery system and guiding catheter should be removed as a single unit (see Section 5.14 – Precautions, Stent System Removal).

•• Stent retrieval methods (i.e., using additional wires, snares, and/or forceps) may result in additional trauma to the coronary vasculature and/or the vascular access site. Complications may include bleeding, hematoma, or pseudoaneurysm.

•• Although the stent delivery system balloon is strong enough to expand the stent without rupture, a circumferential balloon tear distal to the stent and prior to complete stent expansion, could cause the balloon to become tethered to the stent, requiring surgical removal. In case of balloon rupture, it should be withdrawn and, if necessary, a new dilatation catheter exchanged over the guide wire to complete the expansion of the stent.

•• Ensure the stented area covers the entire lesion/dissection site and that no gaps exist between stents.

## 5.14   Stent System Removal

Should any resistance be felt at any time during either lesion access or removing the delivery system post-stent implantation, the stent delivery system and the guiding catheter should be removed as a single unit.

When removing the delivery system and guiding catheter as a single unit, the following steps should be executed under direct visualization using fluoroscopy:

•• Confirm complete balloon deflation. If unusual resistance is felt during stent delivery system withdrawal, pay particular attention to the guiding catheter position. In some cases it may be necessary to slightly retract the guiding catheter in order to prevent unplanned guiding catheter movement and subsequent vessel damage. In cases where unplanned guiding catheter movement has occurred, a coronary tree angiographic assessment should be undertaken to ensure that there is no damage to the coronary vasculature.

•• DO NOT retract the delivery system into the guiding catheter.

•• Position the proximal balloon marker just distal to guiding catheter tip.

•• Advance the guide wire into the coronary anatomy as far distally as safely possible.

•• Tighten the rotating hemostatic valve to secure the delivery system to the guiding catheter, and remove the guiding catheter and delivery system as a single unit.

Failure to follow these steps and/or applying excessive force to the delivery system can potentially result in loss or damage to the stent and/or delivery system components.

If it is necessary to retain guide wire position for subsequent artery/lesion access, leave the guide wire in place and remove all other system components.

Boston
Scientific

BSC-SJA-0726

Stent retrieval methods (i.e., additional wires, snares and/or forceps) may result in additional trauma to the coronary vasculature and/or the vascular access site. Complications may include, but are not limited to, bleeding, hematoma, or pseudoaneurysm.

## 5.15   Post-Procedure

- When crossing a newly deployed stent with an intravascular ultrasound (IVUS) catheter, a coronary guide wire, a balloon catheter or delivery system, exercise care to avoid disrupting the stent placement, apposition, geometry, and/or coating.
- Antiplatelet therapy should be administered post-procedure (see Section 5.2 Pre- and Post-Procedure Antiplatelet Regimen and Section 9.0 Clinical Studies). Patients who require early discontinuation of antiplatelet therapy (e.g., secondary to active bleeding) should be monitored carefully for cardiac events. At the discretion of the patient's treating physician, the antiplatelet therapy should be restarted as soon as possible.
- If the patient requires imaging, see Section 5.11 – Precautions, Magnetic Resonance Imaging (MRI).

## 6.0   DRUG INFORMATION

### 6.1   Mechanism of Action

The mechanism by which the PROMUS Stent inhibits neointimal growth as seen in pre-clinical and clinical studies has not been established. At the cellular level, everolimus inhibits growth factor-stimulated cell proliferation. At the molecular level, everolimus forms a complex with the cytoplasmic protein FKBP-12 (FK 506 Binding Protein). This complex binds to and interferes with FRAP (FKBP-12 Rapamycin Associated Protein), also known as mTOR (mammalian Target Of Rapamycin), leading to inhibition of cell metabolism, growth and proliferation by arresting the cell cycle at the late G1 stage.

### 6.2   Pharmacokinetics of the XIENCE V Everolimus Eluting Coronary Stent

The PROMUS Everolimus-Eluting Coronary Stent System is a private label XIENCE V Everolimus Eluting Coronary Stent System manufactured by Abbott and distributed by Boston Scientific Corporation. Everolimus pharmacokinetics (PK) when eluted from the XIENCE V stent used in the SPIRIT clinical trials post-implantation has been evaluated in three different substudies in three different geographies. The SPIRIT III clinical trial design includes a pharmacokinetic substudy in the US randomized arm and a pharmacokinetic substudy in the Japanese non-randomized arm. The third PK substudy was conducted as part of the SPIRIT II clinical trial at sites in Europe, India, and New Zealand. Whole blood everolimus PK parameters determined from subjects receiving the XIENCE V stent are provided in Table 6-1.

Boston
Scientific

BSC-SJA-0727

### Table 6-1: Whole Blood Everolimus Pharmacokinetic Parameters in Patients Following XIENCE V Stent Implantation

| SPIRIT III RCT and 4.0 Arm | | | | | | |
|---|---|---|---|---|---|---|
| | Dose (µg) | $t_{max}$ (h) | $C_{max}$ (ng/mL) | $t_{1/2}$ (h)[a] | $AUC_{0-t}$[a] (ng.h mL) | $AUC_{0-∞}$[a] (ng.h/mL) | CL (L/h)[a] |
| | | median (range) | mean ± SD | mean ± SD | mean ± SD | mean ± SD | mean ± SD |
| 2.5-3.0 x 18 mm (n=3[b]) | 88 µg | 0.050 (0.50-1.88) | 0.3867 ± 0.09908 | | 5.31 ± 4.114 | | |
| 3.5-4.0 x 28 mm (n=8[c]) | 181 µg | 0.50 (0.07-1.00) | 1.175 ± 0.6817 | 79.08 ± 57.24 | 23.73 ± 13.83 | 44.09 ± 28.67 | 5.138 ± 2.114 |

| SPIRIT III Japanese Arm | | | | | | |
|---|---|---|---|---|---|---|
| | Dose (µg) | $t_{max}$ (h) | $C_{max}$ (ng/mL) | $t_{1/2}$ (h)[a] | $AUC_{0-t}$ (ng.h/mL) | $AUC_{0-∞}$[a] (ng.h/mL) | CL (L/h) |
| | | median (range) | mean ± SD | mean ± SD | mean ± SD | mean ± SD | mean ± SD |
| 2.5-3.0 x 18 mm (n=6) | 88 µg | 1.00 (0.50-1.02) | 0.5017 ± 0.1398 | 45.22 ± 35.08 | 5.040 ± 2.136 | 12.98 ± 7.078 | 9.286 ± 6.069 |
| 3.5-4.0 x 18 mm (n=4[b]) | 113 µg | 0.51 (0.50-0.53) | 0.6500 ± 0.08755 | 53.57 ± 19.34 | 11.02 ± 4.002 | 19.97 ± 7.890 | 6.471 ± 2.807 |

| SPIRIT II Clinical Trial | | | | | | |
|---|---|---|---|---|---|---|
| | Dose (µg) | $t_{max}$ (h) | $C_{max}$ (ng/mL) | $t_{1/2}$ (h)[a] | $AUC_{0-t}$ (ng.h/mL) | $AUC_{0-∞}$[a] (ng.h/mL) | CL (L/h)[a] |
| | | median (range) | mean ± SD | mean ± SD | mean ± SD | mean ± SD | mean ± SD |
| 2.5-3.0 x 18 mm (n=13) | 88 µg | 0.50 (0.13-2.17) | 0.4369 ± 0.1507 | 54.08 ± 35.78 | 9.255 ± 5.800 | 19.60 ± 15.50 | 8.066 ± 6.443 |
| 3.5-4.0 x 18 mm (n=4[c]) | 113 µg | 0.50 (0.50-0.50) | 0.5850 ± 0.2630 | 47.60 ± 62.13 | 42.54 ± 55.83 | 22.79 ± 31.47 | 16.96 ± 13.07 |
| 3.5-4.0 x 28 mm (n=4) | 181 µg | 0.46 (0.17-1.00) | 0.7925 ± 0.1406 | 103.4 ± 84.17 | 28.07 ± 13.18 | 52.71 ± 27.40 | 5.332 ± 5.048 |

[a] Accurate determination not possible due to rapid disappearance of everolimus from the blood
[b] n= 5 for $t_{1/2}$ and CL.
[c] n= 3 for $t_{1/2}$ and CL.
$t_{max}$(h)= time to maximum concentration.
$C_{max}$= maximum observed blood concentration.
$t_{1/2}$ (h)= terminal phase half-life.
$AUC_{0-t}$ or $AUC_{last}$ = the area beneath the blood concentration versus time curve: time zero to the final quantifiable concentration
$AUC_{0-∞}$ = the area beneath the blood concentration versus time curve; time zero to the extrapolated infinite time
CL= total blood clearance.

In all subjects, the maximum time to everolimus disappearance was 188 hours; however, 1 subject in the SPIRIT II clinical trial had detectable levels at 30 days. In all 3 studies, the $C_{max}$ value never reached the minimum therapeutic value of 3.0 ng/mL necessary for effective systemic administration to prevent organ rejection. The PK parameters representing elimination; $t_{1/2}$, $AUC_{0-t}$, $AUC_∞$, and CL could also not be determined accurately due to rapid everolimus disappearance from blood. These types of results have been seen with other drug-eluting stents.

Everolimus disappearance from circulation following XIENCE V stent implantation should further limit systemic exposure and adverse events associated with long-term systemic administration at therapeutic levels. Despite limited systemic exposure to everolimus, local arterial delivery has been demonstrated in pre-clinical studies.

Boston
Scientific

BSC-SJA-0728

## 6.3    Interactions with Drugs or Other Substances

Everolimus is extensively metabolized by the cytochrome P4503A4 (CYP3A4) in the gut wall and liver and is a substrate for the countertransporter P-glycoprotein. Therefore, absorption and subsequent elimination of everolimus may be influenced by drugs that also affect this pathway. Everolimus has also been shown to reduce the clearance of some prescription medications when it was administered orally along with cyclosporine (CsA). Formal drug interaction studies have not been performed with the PROMUS stent because of limited systemic exposure to everolimus eluted from the stent used in the SPIRIT clinical trials, (see Section 6.2 Pharmacokinetics). However, consideration should be given to the potential for both systemic and local drug interactions in the vessel wall when deciding to place the PROMUS stent in a subject taking a drug with known interaction with everolimus.

Everolimus, when prescribed as an oral medication, may interact with the drugs/foods[3] listed below. Medications that are strong inhibitors of CYP3A4 might reduce everolimus metabolism *in vivo*. Hence, co-administration of strong inhibitors of CYP3A4 may increase the blood concentrations of everolimus.

- CYP3A4 isozyme inhibitors (ketoconazole, itraconazole, voriconazole, ritonavor, erythromycin, clarithromycin, fluconazole, calcium channel blockers)
- Inducers of CYP3A4 isozyme (rifampin, rifabutin, carbamazepin, phenobarbital, phenytoin)
- Antibiotics (ciprofloxacin, ofloxacin)
- Glucocorticoids
- HMGCoA reductase inhibitors (simvastatin, lovastatin)
- Digoxin
- Cisapride (theoretical potential interaction)
- Sildenafil (Viagra®) (theoretical potential interaction)
- Antihistaminics (terfenadine, astemizole)
- Grapefruit juice

## 6.4    Carcinogenicity, Genotoxicity, and Reproductive Toxicity

A 26-week carcinogenicity study was conducted to evaluate the carcinogenic potential of PROMUS stents following subcutaneous implantation in transgenic mice. During the course of the study, there were no abnormal clinical observations that suggested a carcinogenic effect of the test group (PROMUS stent). The test group did not demonstrate an increased incidence of neoplastic lesions when compared to the negative control group. However, the positive control and the experimental positive control groups demonstrated notable increases in the incidence of neoplastic lesions compared to either the test or the negative control group. Based on the results of this study, the PROMUS stent does not appear to be carcinogenic when implanted in transgenic mice for 26 weeks.

Genotoxicity studies were conducted on the PROMUS stent in mammalian cells and bacteria. These studies included gene mutations in bacteria (Ames Test), gene mutations in mammalian cells (chromosomal aberration), test for clastogenicity in mammalian cells, and mammalian erythrocyte micronucleus test. Based on the results of these studies, the PROMUS stent is not genotoxic.

---

[3] Certican® Investigator's Brochure, Novartis Pharmaceutical Corporation

Boston
Scientific

BSC-SJA-0729

In addition, a reproductive toxicity (teratology) study was conducted to demonstrate that implantation of PROMUS stents in female Sprague-Dawley rats does not affect their fertility or reproductive capability and shows a lack of any reproductive toxicity on their offspring. The PROMUS stent did not affect the fertility or reproductive capability of female Sprague-Dawley rats. There was no statistical difference between the test article (PROMUS stent) and the control system in terms of any of the evaluated parameters. The test article had no effect on litter size and caused no increase of in utero mortality. Additionally, the PROMUS stent did not cause any reproductive toxicity in the offspring in this study.

## 6.5    Pregnancy

Pregnancy Category C: There are no adequate everolimus or PROMUS stent related studies in pregnant women. Effects of the PROMUS stent on prenatal and postnatal rat development were no different than the controls. When administered at oral doses of 0.1 mg/kg or above, everolimus showed effects on prenatal and postnatal rat development limited to slight body weight changes and fetal survival without any specific toxic potential.

Effective contraception should be initiated before implanting a PROMUS stent and continued for one year post-implantation. The PROMUS stent should be used in pregnant women only if potential benefits justify potential risks.

Safety of the PROMUS stent has not been evaluated in males intending to father children.

## 6.6    Lactation

It is unknown whether everolimus is distributed in human milk. Also, everolimus pharmacokinetic and safety profiles have not been determined in infants. Consequently, mothers should be advised of potential serious adverse reactions to everolimus in nursing infants. Prior to PROMUS stent implantation, decisions should be made regarding whether to discontinue nursing or conduct an alternate percutaneous coronary intervention procedure.

## 7.0    OVERVIEW OF CLINICAL STUDIES

The PROMUS Everolimus-Eluting Coronary Stent System is a private label XIENCE V Everolimus Eluting Coronary Stent System manufactured by Abbott and distributed by Boston Scientific Corporation. Principal XIENCE V safety and effectiveness information is derived from the SPIRIT III clinical trial and is supported by the SPIRIT FIRST and SPIRIT II clinical trials. These studies evaluated XIENCE V EECSS performance in subjects with symptomatic ischemic disease due to *de novo* lesions in native coronary arteries. Major study characteristics are summarized below and listed in Table 7-1.

SPIRIT III, a pivotal clinical trial, was designed to demonstrate the non-inferiority of the XIENCE V stent to the TAXUS EXPRESS[2]™ Paclitaxel Eluting Coronary Stent System (TAXUS stent) and was conducted in the United States (US) and Japan. The SPIRIT III clinical trial consisted of a US randomized clinical trial (RCT), a non-randomized 4.0 mm diameter stent arm in the US, and a non-randomized arm in Japan, which included a pharmacokinetic substudy (see Section 6.2 Pharmacokinetics of the XIENCE V Everolimus Eluting Coronary Stent). Enrollment is complete in the RCT and the Japan arm.

Boston
Scientific

BSC-SJA-0730

The SPIRIT III RCT was a prospective, randomized (2:1; XIENCE V:TAXUS), active-controlled, single-blinded, multi-center, clinical trial in the US designed to evaluate the safety and efficacy of the XIENCE V stent in the treatment of up to two *de novo* lesions ≤28 mm in length in native coronary arteries with RVD ≥2.5 mm to ≤3.75 mm. The RCT study was designed to enroll 1,002 subjects at up to 80 sites in the US. The primary endpoint in the RCT was in-segment late loss at 240 days, and the co-primary endpoint was ischemia-driven target vessel failure (TVF, defined as the composite of cardiac death, MI, or clinically-driven TVR) at 270 days. Other secondary endpoints included clinical outcomes of all the subjects (30, 180, 270 days and annually from 1 to 5 years), as well as angiographic results and intravascular ultrasound (IVUS) results at 240 days. Follow-up through 1 year is currently available, and yearly follow-up for clinical parameters through 5 years is ongoing.

The SPIRIT III 4.0 mm arm was a prospective, multi-center, single-arm registry designed to evaluate the XIENCE V stent in the treatment of up to two *de novo* lesions ≤28 mm in length in native coronary arteries with RVD > 3.75 mm to ≤4.25 mm. This study was designed to enroll up to 60 subjects at up to 80 sites in the US. Enrolled subjects were scheduled for clinical follow-up at 30, 180, 240, and 270 days and annually from 1 to 5 years, with angiographic follow-up at 240 days. The primary endpoint was in-segment late loss at 240 days compared to the TAXUS arm from the SPIRIT III RCT. Follow-up through 1 year is currently available and yearly follow-up for clinical parameters through 5 years is ongoing.

The SPIRIT III clinical trial included a pharmacokinetic substudy in a subset derived from the RCT[4] and Japan non-randomized arm. Eleven sites in the US and 9 sites in Japan participated in this substudy and have enrolled 34 subjects (17 subjects in the US and 17 subjects in Japan).

The SPIRIT II clinical trial was a randomized, single-blind, active-control, multi-center clinical evaluation. Subject eligibility criteria were similar to the SPIRIT III clinical trial and enrollment duration overlapped between studies. In this study, 300 subjects (3:1 randomization XIENCE V: TAXUS) were enrolled at 28 sites outside the United States. The primary endpoint was in-stent late loss at 6 months. Secondary endpoints included clinical outcomes at 30, 180, 270 days and annually from 1 to 5 years; angiographic results at 180 days and 2 years; and IVUS results at 180 days and 2 years. Clinical follow-up through 2 years is currently available and yearly follow-up for clinical parameters through 5 years is ongoing.

The SPIRIT FIRST clinical trial was a randomized, single-blind, controlled, multi-center first-in-man study. This trial was the first human study to evaluate the XIENCE V stent safety and performance. Sixty subjects [XIENCE V stent (n=28) and MULTI-LINK VISION bare metal control stent (n=32)] were enrolled at 9 sites in Europe. The primary endpoint was in-stent late loss at 6 months on the per-treatment evaluable population, and the major secondary endpoint was the percent in-stent volume obstruction (% VO) at 6 months based on IVUS analysis of the per-treatment evaluable population. Follow-up through 3 years is currently available and yearly follow-up for clinical parameters through 5 years is ongoing.

Table 7-1 summarizes the clinical trial designs for the SPIRIT family of trials.

---

[4] Includes one subject from the 4.0 mm non-randomized arm.

Boston
Scientific

BSC-SJA-0731

## Table 7-1: XIENCE V SPIRIT Clinical Trial Designs

| | SPIRIT III clinical trial | | SPIRIT II clinical trial | SPIRIT FIRST clinical trial |
|---|---|---|---|---|
| | RCT | Registries | | |
| Study Type/Design | ••Multi-center<br>••Randomized<br>••Single-blinded<br>••Active-Control | ••Multi-center<br>••Single-arm<br>••Open-label | ••Multi-center<br>••Randomized<br>••Single-blinded<br>••Active-Control | ••Multi-center<br>••Randomized<br>••Single-blinded<br>••Control |
| Number of Subjects Enrolled | Total: 1,002<br>XIENCE V: 668<br>TAXUS Control: 334 | Total: 169<br>4.0 mm: 60<br>Japan: 88* | Total: 300<br>XIENCE V: 225<br>TAXUS Control: 75 | Total: 60<br>XIENCE V: 30<br>VISION Control: 30 |
| Treatment | Up to two de novo lesions in different epicardial vessels | Up to two de novo lesions in different epicardial vessels | Up to two de novo lesions in different epicardial vessels | Single de novo lesion |
| Lesion Size | RVD: ••2.5 - ••3.75 mm<br>Length: ••28 mm | 4.0 mm<br>RVD: > 3.75 ••4.25 mm<br>Length: ••28 mm<br><br>Japan<br>RVD: ••2.5 - ••4.25 mm<br>Length: ••28 mm | RVD: ••2.5 - 4.25 mm<br>Length: ••28 mm | RVD: 3 mm<br>Length: ••12 mm |
| Stent Sizes (XIENCE V) | Diameter: 2.5, 3.0, 3.5 mm<br>Length: 8, 18, 28 mm | 4.0 mm<br>Diameter: 4.0 mm<br>Length: 8, 18, 28 mm<br><br>Japan<br>Diameter: 2.5, 3.0, 3.5, 4.0 mm<br>Length: 8, 18, 28 mm | Diameter: 2.5, 3.0, 3.5, 4.0 mm<br>Length: 8, 18, 28 mm | Diameter: 3.0 mm<br>Length: 18 mm |
| Post-procedure Antiplatelet Therapy | Clopidogrel 6 months minimum (or ticlopidine per site standard), Aspirin 5 years | 4.0 mm: same as RCT<br>Japan: Ticlopidine 3 months, Aspirin 5 years | Clopidogrel 6 months minimum (or ticlopidine per site standard), Aspirin 1 year | Clopidogrel 3 months minimum (or ticlopidine per site standard), Aspirin 1 year |
| Primary Endpoint | In-segment late loss at 240 days | In-segment late loss at 240 days | In-stent late loss at 180 days | In-stent late loss at 180 days |
| Co-Primary Endpoint | TVF at 270 days | None | None | None |
| Clinical Follow-up | 30, 180, 240, 270 days, 1 to 5 years | 30, 180, 240, 270 days, 1 to 5 years | 30, 180, 270 days, 1 to 5 years | 30, 180, 270 days, 1 to 5 years |
| Angiographic Follow-up | 240 days (N=564) | 240 days (All registry) | 180-day (all), 2-years (N=152) | 180-days, 1-year (all) |
| IVUS Follow-up | 240 days (N=240) | 240 days (Japan only) | 180-day, 2-years (N=162) | 180-days, 1-year (all) |
| PK Study | US: Minimum 15 subjects with single lesion, maximum 20 with dual lesions; Japan: Minimum 10 subjects with single lesion, maximum 20 with dual lesions | Japan: Minimum 20 subjects with single lesion, maximum 20 with dual lesions | Minimum 16 subjects with single lesion, maximum 20 with dual lesions | None |
| Status | One year reported; 2, 3, 4 and 5 years planned | One and 2 years reported; 3, 4 and 5 years planned | One and 2 years reported; 3, 4 and 5 years planned | One 2, and 3 years reported; 4 and 5 years planned |

*Only pharmacokinetic substudy results included (see Section 6.2 Pharmacokinetics of the XIENCE V Everolimus Eluting Coronary Stent).

Boston Scientific

## 8.0   ADVERSE EVENTS

### 8.1   Observed Adverse Events

Principal adverse event information is derived from SPIRIT III, SPIRIT II and SPIRIT FIRST clinical trials and is shown in Table 8.1-1 and 8.1-2. Within these tables, the Intent-to-Treat population includes all subjects randomized, while the Per-Treatment Evaluable population includes only those subjects who received a study device at the target lesion with no major procedure protocol deviations except deviations relating to the treatment arm, for whom follow-up data are available. See also Section 8.3 – Adverse Events, Potential Adverse Events. See Section 9.0 – Clinical Studies for more complete study design descriptions and results.

**Table 8.1-1: SPIRIT III, II and FIRST:**
**Principal Adverse Events From Post-Procedure to 1 Year**

| | SPIRIT III | | | SPIRIT II | | SPIRIT FIRST | |
|---|---|---|---|---|---|---|---|
| | XIENCE V (N=669) | TAXUS (N=333) | XIENCE V 4.0 mm Arm (N=69) | XIENCE V (N=223) | TAXUS (N=77) | XIENCE V (N=27) | VISION (N=28) |
| **In Hospital** | | | | | | | |
| TVF[1] | 0.9% (6/669) | 2.4% (8/330) | 4.3% (3/69) | 0.9% (2/223) | 2.6% (2/77) | 3.7% (1/27) | 0.0% (0/28) |
| MACE[2] | 0.9% (6/669) | 2.4% (8/330) | 4.3% (3/69) | 0.9% (2/223) | 2.6% (2/77) | 3.7% (1/27) | 0.0% (0/28) |
| All Death | 0.0% (0/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 0.0% (0/27) | 0.0% (0/28) |
| Cardiac Death | 0.0% (0/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 0.0% (0/27) | 0.0% (0/28) |
| Non-Cardiac Death | 0.0% (0/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 0.0% (0/27) | 0.0% (0/28) |
| MI | 0.7% (5/669) | 2.4% (8/330) | 4.3% (3/69) | 0.9% (2/223) | 2.6% (2/77) | 0.0% (0/27) | 0.0% (0/28) |
| QMI | 0.0% (0/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 0.0% (0/27) | 0.0% (0/28) |
| NQMI | 0.7% (5/669) | 2.4% (8/330) | 4.3% (3/69) | 0.9% (2/223) | 2.6% (2/77) | 0.0% (0/27) | 0.0% (0/28) |
| Cardiac Death or MI | 0.7% (5/669) | 2.4% (8/330) | 4.3% (3/69) | 0.9% (2/223) | 2.6% (2/77) | 0.0% (0/27) | 0.0% (0/28) |
| Ischemia-Driven Revascularization | 0.1% (1/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 3.7% (1/27) | 0.0% (0/28) |
| Ischemia-Driven TLR | 0.1% (1/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 3.7% (1/27) | 0.0% (0/28) |
| Ischemia-Driven Non-TLR TVR | 0.0% (0/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 0.0% (0/27) | 0.0% (0/28) |
| Stent Thrombosis[3] (Per Protocol) | 0.3% (2/669) | 0.0% (0/330) | 1.4% (1/69) | 0.0% (0/223) | 0.0% (0/77) | 0.0% (0/27) | 0.0% (0/28) |
| **2 Months** | | | | | | | |
| TVF[1] | 7.6% (50/657) | 9.7% (31/320) | 5.9% (4/68) | 4.5 (10/220) | 6.5% (5/77) | 7.7% (2/26) | 21.4% (6/28) |
| MACE[2] | 5.0% (33/657) | 8.8% (28/320) | 5.9% (4/68) | 2.7% (6/220) | 6.5% (5/77) | 7.7% (2/26) | 21.4% (6/28) |
| All Death | 1.1% (7/658) | 0.9% (3/321) | 1.5% (1/68) | 0.9% (2/222) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| Cardiac Death | 0.6% (4/658) | 0.6% (2/321) | 1.5% (1/68) | 0.0% (0/222) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |

Boston
Scientific

BSC-SJA-0733

| | SPIRIT III | | | SPIRIT II | | SPIRIT FIRST | |
|---|---|---|---|---|---|---|---|
| | XIENCE V (N=669) | TAXUS (N=333) | XIENCE V 4.0 mm Arm (N=89) | XIENCE V (N=223) | TAXUS (N=77) | XIENCE V (N=27) | VISION (N=29) |
| Non-Cardiac Death | 0.5% (3/658) | 0.3% (1/321) | 0.0% (0/68) | 0.9% (2/222) | 0.0% (0/77) | 0.0% (0/26) | 0.0% (0/28) |
| MI | 2.3% (15/657) | 3.1% (10/320) | 4.4% (3/68) | 0.9% (2/220) | 3.9% (3/77) | 3.8% (1/26) | 0.0% (0/28) |
| QMI | 0.2% (1/657) | 0.0% (0/320) | 0.0% (0/68) | 0.0% (0/220) | 0.0% (0/77) | 3.8% (1/26) | 0.0% (0/28) |
| NQMI | 2.1% (14/657) | 3.1% (10/320) | 4.4% (3/68) | 0.9% (2/220) | 3.9% (3/77) | 0.0% (0/26) | 0.0% (0/28) |
| Cardiac Death or MI | 2.9% (19/657) | 3.8% (12/320) | 5.9% (4/68) | 0.9% (2/220) | 3.9% (3/77) | 3.8% (1/26) | 0.0% (0/28) |
| Ischemia-Driven Revascularization | 5.3% (35/657) | 6.6% (21/320) | 1.5% (1/68) | 3.6% (8/220) | 3.9% (3/77) | 3.8% (1/26) | 21.4% (6/28) |
| Ischemia-Driven TLR | 2.7% (18/657) | 5.0% (16/320) | 1.5% (1/68) | 1.8% (4/220) | 3.9% (3/77) | 3.8% (1/26) | 21.4% (6/28) |
| Ischemia-Driven TVR, non TLR TVR | 2.9% (19/657) | 4.1% (13/320) | 0.0% (0/68) | 1.8% (4/220) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| Stent Thrombosis[3] | | | | | | | |
| Protocol | 0.6% (4/654) | 0.0% (0/319) | 1.5% (1/67) | 0.5% (1/220) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| 1 Year | | | | | | | |
| TVF[1] | 8.6% (56/653) | 11.3% (36/320) | 5.9% (4/68) | 4.5% (10/220) | 9.1% (7/77) | 15.4% (4/26) | 21.4% (6/28) |
| MACE[2] | 6.0% (39/653) | 10.3% (33/320) | 5.9% (4/68) | 2.7% (6/220) | 9.1% (7/77) | 15.4% (4/26) | 21.4% (6/28) |
| All Death | 1.2% (8/655) | 1.2% (4/321) | 1.5% (1/68) | 0.9% (2/222) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| Cardiac Death | 0.8% (5/655) | 0.9% (3/321) | 1.5% (1/68) | 0.0% (0/222) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| Non Cardiac Death | 0.5% (3/655) | 0.3% (1/321) | 0.0% (0/68) | 0.9% (2/222) | 0.0% (0/77) | 0.0% (0/26) | 0.0% (0/28) |
| MI | 2.8% (18/653) | 4.1% (13/320) | 4.4% (3/68) | 0.9% (2/220) | 3.9% (3/77) | 7.7% (2/26) | 0.0% (0/28) |
| QMI | 0.3% (2/653) | 0.3% (1/320) | 0.0% (0/68) | 0.0% (0/220) | 0.0% (0/77) | 3.8% (1/26) | 0.0% (0/28) |
| NQMI | 2.5% (16/653) | 3.8% (12/320) | 4.4% (3/68) | 0.9% (2/220) | 3.9% (3/77) | 3.8% (1/26) | 0.0% (0/28) |
| Cardiac Death or MI | 3.4% (22/653) | 4.7% (15/320) | 5.9% (4/68) | 0.9% (2/220) | 3.9% (3/77) | 7.7% (2/26) | 0.0% (0/28) |
| Ischemia-Driven Revascularization | 6.1% (40/653) | 7.5% (24/320) | 1.5% (1/68) | 3.6% (8/220) | 6.5% (5/77) | 7.7% (2/26) | 21.4% (6/28) |
| Ischemia-Driven TLR | 3.4% (22/653) | 5.6% (18/320) | 1.5% (1/68) | 1.8% (4/220) | 6.5% (5/77) | 7.7% (2/26) | 21.4% (6/28) |
| Ischemia-Driven non-TLR TVR | 3.1% (20/653) | 4.4% (14/320) | 0.0% (0/68) | 1.8% (4/220) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| Stent Thrombosis[3] | | | | | | | |
| Per Protocol | 0.8% (5/647) | 0.6% (2/317) | 1.5% (1/67) | 0.5% (1/220) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| ARC (Definite + Probable) | 1.1% (7/648) | 0.6% (2/317) | 0.0% (0/67) | 0.0% (0/220) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |

Boston
Scientific

BSC-SJA-0734

| | SPIRIT III | | | SPIRIT II | | SPIRIT FIRST | |
|---|---|---|---|---|---|---|---|
| | XIENCE V (N=669) | TAXUS (N=333) | XIENCE V 4.0 mm Arm (N=69) | XIENCE V (N=223) | TAXUS (N=77) | XIENCE V (N=27) | VISION (N=29) |

Notes:

•• In-hospital is defined as hospitalization less than or equal to 7 days post-index procedure.

•• All counts presented in this table are subject counts. Subjects are counted only once for each event for each time period.

•• This table includes revascularizations on any target vessel(s) / lesion(s) for subjects with two target vessels/lesions treated.

•• One subject in the SPIRIT III, TAXUS arm did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.

•• SPIRIT II and III based on Intent to Treat Population (all subjects randomized, regardless of the treatment they actually received).

•• SPIRIT FIRST based on per-treatment evaluable population [a subset of subjects in the full analysis set, who had no bailout and no major protocol deviations other than those relating to treatment arm (randomized versus actually received)].

•• Revascularization includes TLR and Non-TLR TVR.

•• Q wave MI for all SPIRIT Trials is defined as the development of new pathological Q wave on the ECG.

•• Non Q wave MI for SPIRIT III is defined as the elevation of CK levels to greater than or equal to 2 times the upper limit of normal with elevated CKMB in the absence of new pathological Q-waves.

•• Non Q wave MI for SPIRIT II is defined as a typical rise and fall of CKMB with at least one of the following: ischemia symptoms, ECG changes indicative of ischemia (ST segment elevation or depression), or coronary artery intervention.
  - o    If non procedural/spontaneous MI, CKMB is greater than or equal to 2 times upper limit of normal.
  - o    If post PCI, CKMB is greater than or equal to 3 times upper limit of normal.
  - o    If post CABG, CKMB is greater than or equal to 5 times upper limit of normal.

•• Non Q wave MI for SPIRIT FIRST is defined (WHO definition) as the elevation of post procedure CK levels to greater than or equal to 2 times the upper normal limit with elevated CKMB in the absence of new pathological Q waves.

•• Non Q wave MI for SPIRIT FIRST is defined (ESC/ACC definition) as for non procedural, CKMB elevation greater than or equal to 2 times the upper normal limit, for post PCI, CKMB elevation greater than or equal to three times the upper normal limit, and for post CBAG, CKMB elevation greater than or equal to five times the upper normal limit.

[1] TVF includes cardiac death, MI, ischemia-driven TLR and TVR, non-target lesion.

[2] MACE includes cardiac death, MI and ischemia-driven TLR.••

[3] See Section 8.2 – Stent Thrombosis Definitions.

[4] SPIRIT III and SPIRIT FIRST includes 14 day window. SPIRIT III includes 9 month events identified at the 1 year follow-up.

[5] SPIRIT III and SPIRIT FIRST includes 28 day window.





BSC-SJA-0735

Table 8.1-2: SPIRIT III, II and FIRST:
Principal Adverse Events from Latest Follow-up

| | SPIRIT III 1 Year[4] | | | SPIRIT II 1 Year[4] | | SPIRIT FIRST 1 Year[4] | |
|---|---|---|---|---|---|---|---|
| | XIENCE V (N=669) | TAXUS (N=333) | XIENCE V 3.0 mm Arm (N=69) | XIENCE V (N=223) | TAXUS (N=77) | XIENCE V (N=26) | VISION (N=28) |
| TVF[1] | 8.6% (56/653) | 11.3% (36/320) | 5.9% (4/68) | 10.0% (21/211) | 12.3% (9/73) | 15.4% (4/26) | 32.1% (9/28) |
| MACE[2] | 6.0% (39/653) | 10.3% (33/320) | 5.9% (4/68) | 6.6% (14/211) | 11.0% (8/73) | 15.4% (4/26) | 25.0% (7/28) |
| All Death | 1.2% (8/655) | 1.2% (4/321) | 1.5% (1/68) | 3.7% (8/218) | 6.5% (5/77) | 0.0% (0/26) | 0.0% (0/28) |
| Cardiac Death | 0.8% (5/655) | 0.9% (3/321) | 1.5% (1/68) | 0.5% (1/218) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| Non-Cardiac Death | 0.5% (3/655) | 0.3% (1/321) | 0.0% (0/68) | 3.2% (7/218) | 5.2% (4/77) | 0.0% (0/26) | 0.0% (0/28) |
| MI | 2.8% (18/653) | 4.1% (13/320) | 4.4% (3/68) | 2.8% (6/211) | 5.5% (4/73) | 7.7% (2/26) | 0.0% (0/28) |
| QMI | 0.3% (2/653) | 0.3% (1/320) | 0.0% (0/68) | 0.0% (0/211) | 0.0% (0/73) | 3.8% (1/26) | 0.0% (0/28) |
| NQMI | 2.5% (16/653) | 3.8% (12/320) | 4.4% (3/68) | 2.8% (6/211) | 5.5% (4/73) | 3.8% (1/26) | 0.0% (0/28) |
| Cardiac Death or MI | 3.4% (22/653) | 4.7% (15/320) | 5.9% (4/68) | 3.3% (7/211) | 5.5% (4/73) | 7.7% (2/26) | 0.0% (0/28) |
| Ischemia-Driven Revascularization | 6.1% (40/653) | 7.5% (24/320) | 1.5% (1/68) | 7.1% (15/211) | 9.6% (7/73) | 7.7% (2/26) | 32.1% (9/28) |
| Ischemia-Driven TLR | 3.4% (22/653) | 5.6% (18/320) | 1.5% (1/68) | 3.8% (8/211) | 6.8% (5/73) | 7.7% (2/26) | 25.0% (7/28) |
| Ischemia-Driven non-TLR TVR | 3.1% (20/653) | 4.4% (14/320) | 0.0% (0/68) | 3.8% (8/211) | 4.1% (3/73) | 0.0% (0/26) | 10.7% (3/28) |
| Stent Thrombosis[3] | | | | | | | |
| Per Protocol | 0.8% (5/647) | 0.6% (2/317) | 1.5% (1/67) | 1.9% (4/211) | 1.4% (1/73) | 0.0% (0/26) | 0.0% (0/28) |
| ARC (Definite+Probable) | 1.1% (7/648) | 0.6% (2/317) | 0.0% (0/67) | 0.9% (2/211) | 1.4% (1/73) | 0.0% (0/26) | 0.0% (0/28) |

Notes:
- • In-hospital is defined as hospitalization less than or equal to 7 days post-index procedure.
- • All counts presented in this table are subject-counts. Subjects are counted only once for each event for each time period.
- • This table includes revascularizations on any target vessel(s) / lesion(s) for subjects with two target vessels/lesions treated.
- • One subject in the SPIRIT III, TAXUS arm did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.
- • SPIRIT II and III based on Intent to Treat Population (all subjects randomized, regardless of the treatment they actually received).
- • SPIRIT FIRST based on pre-treatment evaluable population (a subset of subjects in the full analysis set, who had no baseline and no major protocol deviations other than those relating to treatment arm (randomized versus actually received)].
- • Revascularization includes TLR and Non-TLR TVR.
[1] TVF includes cardiac death, MI, ischemia-driven TLR and TVR, non-target lesion.
[2] MACE includes cardiac death, MI and ischemia-driven TLR.
[3] See Section 8.2 – Stent Thrombosis Definitions.
[4] SPIRIT III, SPIRIT II and SPIRIT FIRST includes 28 day window.

Boston
Scientific

BSC-SJA-0736

## 8.2    Stent Thrombosis Definitions

Protocol defined stent thrombosis (ST) was categorized as acute (≤ 1 day), subacute (1 - 30 days) and late (> 30 days) and was defined as any of the following[5]:

- •• Clinical presentation of acute coronary syndrome with angiographic evidence of stent thrombosis (angiographic appearance of thrombus within or adjacent to a previously treated target lesion)
- •• In the absence of angiography, any unexplained death, or acute MI (ST segment elevation or new Q-wave)[6] in the distribution of the target lesion within 30 days

All stent thrombosis events were also classified using the ST definitions proposed by the Academic Research Consortium (ARC)[7]. This was performed by an independent event committee blinded to the treatment group of the individual subject. The committee categorized each incident of ST by timing and level of probability (definite, probable, possible), and relation to the original index procedure (primary, secondary after revascularization). These categories are defined as follows:

Timing:
- •• Early ST: 0 to 30 days post stent implantation
- •• Late ST: 31 days to 1 year post stent implantation
- •• Very late ST: > 1 year post stent implantation

Level of probability:
- •• Definite ST - considered to have occurred by either angiographic or pathologic confirmation
- •• Probable ST - considered to have occurred after intracoronary stenting in the following cases:
  1. Any unexplained death within the first 30 days.
  2. Irrespective of the time after the index procedure, any MI which is related to documented acute ischemia in the territory of the implanted stent without angiographic confirmation of ST and in the absence of any other obvious cause.
- •• Possible ST - considered to have occurred with any unexplained death following 30 days after the intracoronary stenting until the end of trial follow-up[8]

## 8.3    Potential Adverse Events

Adverse events (in alphabetical order) which may be associated with percutaneous coronary and treatment procedures including coronary stent use in native coronary arteries include, but are not limited to:

- •• Abrupt closure
- •• Access site pain, hematoma, or hemorrhage
- •• Acute myocardial infarction

---

[5] For SPIRIT FIRST Stent Thrombosis is defined as total occlusion by angiography at the stent site with abrupt onset of symptoms, elevated biochemical markers, and ECG changes consistent with MI.

[6] Non-specific ST/T changes, and cardiac enzyme elevations do not suffice.

[7] Cutlip DE, Windecker S, Mehran R, et al. Clinical end points in coronary stent trials: a case for standardized definitions. Circ 2007;115:2344-51.

[8] All data within this instructions for Use is presented as definite + probable only.

Boston
Scientific

BSC-SJA-0737

- Allergic reaction or hypersensitivity to contrast agent or cobalt, chromium, nickel, tungsten, acrylic and fluoropolymers; and drug reactions to antiplatelet drugs or contrast agent
- Aneurysm
- Arterial perforation and injury to the coronary artery
- Arterial rupture
- Arteriovenous fistula
- Arrhythmias, atrial and ventricular
- Bleeding complications, which may require transfusion
- Cardiac tamponade
- Coronary artery spasm
- Coronary or stent embolism
- Coronary or stent thrombosis
- Death
- Dissection of the coronary artery
- Distal emboli (air, tissue or thrombotic)
- Emergent or non-emergent coronary artery bypass graft surgery
- Fever
- Hypotension and/or hypertension
- Infection and pain at insertion site
- Injury to the coronary artery
- Ischemia (myocardial)
- Myocardial infarction (MI)
- Nausea and vomiting
- Palpitations
- Peripheral ischemia (due to vascular injury)
- Pseudoaneurysm
- Renal failure
- Restenosis of the stented segment of the artery
- Shock/pulmonary edema
- Stroke/cerebrovascular accident (CVA)
- Total occlusion of coronary artery
- Unstable or stable angina pectoris
- Vascular complications including at the entry site which may require vessel repair
- Vessel dissection

Adverse events associated with daily oral administration of everolimus to organ transplant patients include but are not limited to:

- Abdominal pain
- Acne
- Anemia
- Coagulopathy
- Diarrhea
- Edema
- Hemolysis
- Hypercholesterolemia
- Hyperlipidemia
- Hypertension



BSC-SJA-0738

- •• Hypertriglyceridemia
- •• Hypogonadism male
- •• Infections: wound infection, urinary tract infection, pneumonia, pyelonephritis, sepsis and other viral, bacterial and fungal infections
- •• Leukopenia
- •• Liver function test abnormality
- •• Lymphocele
- •• Myalgia
- •• Nausea
- •• Pain
- •• Rash
- •• Renal tubular necrosis
- •• Surgical wound complication
- •• Thrombocytopenia
- •• Venous thromboembolism
- •• Vomiting

There may be other potential adverse events that are unforeseen at this time.

## 9.0    SPIRIT FAMILY OF CLINICAL TRIALS

### 9.1    SPIRIT III Pivotal Clinical Trial

SPIRIT III, a pivotal clinical trial, was designed to demonstrate the non-inferiority of the XIENCE V stent to the TAXUS EXPRESS²™ Paclitaxel Eluting Coronary Stent System (TAXUS stent) and was conducted in the United States (US) and Japan. The SPIRIT III clinical trial consists of a US randomized clinical trial (RCT), a non-randomized 4.0 mm diameter stent arm in the US, and a non-randomized arm in Japan, which included a pharmacokinetic substudy. Enrollment is complete in the RCT and the Japan arm.

The SPIRIT III clinical trial included a pharmacokinetic sub-study in a subject subset derived from the RCT[9] and Japan non-randomized arm (see Section 6.2 Pharmacokinetics of the XIENCE V Everolimus Eluting Coronary Stent). Eleven sites in the US and 9 sites in Japan participated in this substudy and have enrolled 34 subjects (17 subjects in the US and 17 subjects in Japan). Venous blood was drawn at regular intervals for pharmacokinetics analysis of total blood everolimus level at pre-determined sites.

#### 9.1.1    SPIRIT III Randomized Clinical Trial (RCT)

Primary Objective: The objective of the SPIRIT III RCT was to demonstrate the non-inferiority in in-segment late loss at 240 days and target vessel failure at 270 days of the XIENCE V stent compared to the TAXUS stent in the treatment of up to two de novo lesions • •28 mm in length in native coronary arteries with a reference vessel diameter (RVD) • •2.5 mm to • •3.75 mm. If non-inferiority of in-segment late loss was demonstrated, it was pre-specified that testing for superiority could be conducted.

Design: The SPIRIT III RCT was a prospective, 2:1 (XIENCE V:TAXUS) randomized, active-controlled, single-blinded, parallel, multi-center non-inferiority evaluation of the XIENCE V stent

---

[9] Includes one subject from the 4.0 mm non-randomized arm.



BSC-SJA-0739

compared to the TAXUS stent in the treatment of up to two de novo lesions ≥28 mm in length in native coronary arteries with RVD ≥2.5 mm to ≤3.75 mm. Given the available XIENCE V stent lengths of 8, 18 and 28 mm for this trial, in the XIENCE V arm, treatment of a target lesion > 22 mm and ≤28 mm in length was accomplished by planned overlap of either two 18 mm stents or a 28 mm and an 8 mm stent. In the TAXUS arm, overlap was only permitted for bailout or to ensure adequate lesion coverage. The RCT was designed to enroll 1,002 subjects at up to 80 sites in the United States.

All subjects had clinical follow-up at 30, 180, and 270 days and annually from 1 to 5 years. A pre-specified subgroup of 564 subjects had angiographic follow-up at 240 days. Of these 564, 240 subjects had IVUS at baseline and 240 days. Subjects that received a bailout stent also had IVUS at baseline and angiographic and IVUS follow-up at 240 days.

Following the index procedure, all subjects were to be maintained on clopidogrel bisulfate daily for a minimum of 6 months and aspirin daily to be taken throughout the length of the trial (5 years).

**Demographics:** The mean age was 63.2 years for the XIENCE V arm and 62.8 for the TAXUS arm. The XIENCE V had 70.1% (469/669) males and the TAXUS arm had 65.7% (218/332) males. The XIENCE V arm had 32.3% (215/666) of subjects with prior cardiac interventions and the TAXUS arm had 29.5% (98/332). The XIENCE V arm had 29.6% (198/669) of subjects with a history of diabetes and the TAXUS arm had 27.9% (92/330). The XIENCE V had 15.4% (103/669) of subjects with a lesion treated in two vessels and TAXUS had 15.4% (51/332). The XIENCE V arm had 8.1% (54/669) of subjects with planned stent overlap. The XIENCE V arm had 8.6% (57/668) of subjects with a history of prior CABG while the TAXUS arm had 3.6% (12/332) (p = 0.0033). The XIENCE V arm had 18.7% (123/657) of subjects with a history of unstable angina while the TAXUS arm had 25.1% (82/327) (p=0.0243). The remaining subject baseline clinical features were well-matched between the XIENCE V arm and the TAXUS arm.

**Results:** The results are presented in Table 9.1.1-1 (Primary endpoints), Table 9.1.1-2 (Clinical Results), Table 9.1.1-3 (Angiographic and IVUS Results), Figure 9.1.1-1 (TVF Free Survival) and Table 9.1.1-4 (ARC-Defined Stent Thrombosis). These analyses are based on the intent to treat population.

The co-primary endpoint of in-segment late loss at 240 days was met with measurements of 0.14 ± 0.41 mm (301) for the XIENCE V arm and 0.28 ± 0.48 mm (134) for the TAXUS arm (p < 0.0001 for non-inferiority). In a prespecified analysis, the XIENCE V stent was shown to be superior to the TAXUS stent with respect to in-segment late loss at 240 days (p = 0.0037).

The co-primary endpoint of ischemia-driven TVF through 284 days was met with rates of 7.6% (50/657) for the XIENCE V arm and 9.7% (31/320) for the TAXUS arm (p < 0.001 for non-inferiority).

Boston
Scientific

BSC-SJA-0740

Table 9.1.1-1: SPIRIT III RCT Primary Endpoints Results

| Measurements | XIENCE V (N=669) (M=376) | TAXUS (N=333) (M=188) | Difference [95% CI] | Non-Inferiority P-Value | Superiority P Value |
|---|---|---|---|---|---|
| 8 Month[1] Late Loss, In-segment (mm) | 0.14 ± 0.41 (301) | 0.28 ± 0.48 (134) | -0.14 [-0.23, -0.05][2] | <0.0001[3] | 0.0037[4] |
| 9 Month[5] Target Vessel Failure[6] | 7.6% (50/857) | 9.7% (31/320) | -2.08% [-5.90%, 1.75%][2] | <0.0001[7] | Not Pre-specified |

Notes:
·  · N is the total number of subjects; M is the total number of analysis lesions.
·  · One in SPIRIT III TAXUS arm subject did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.
·  · Analysis results include 9 month events identified at the 1 year follow-up.
[1] 8 month time frame includes follow-up window (240 ± 28 days).
[2] By normal approximation.
[3] One-sided p-value by non-inferiority test using asymptotic test statistic with non-inferiority margin of 0.195 mm, to be compared at a 0.025 significance level.
[4] Two-sided p-value by superiority test using two-sample T-test, to be compared at a 0.05 significance level.
[5] 9 month time frame includes follow-up window (270 ± 14 days).
[6] TVF is defined as hierarchical composite of cardiac death, MI, ischemic-driven TLR and ischemic-driven non-TLR TVR.
[7] One-sided p-value by non-inferiority test using asymptotic test statistic with non-inferiority margin of 5.5%, to be compared at a 0.05 significance level.

Boston
Scientific

BSC-SJA-0741

## Table 9.1.1-2: SPIRIT III RCT Clinical Results

| | OUTCOMES AT 9 MONTHS | | | OUTCOMES AT 1 YEAR (latest available follow-up) | | |
|---|---|---|---|---|---|---|
| | XIENCE V (N=669) | TAXUS (N=333) | Difference [95% CI] | XIENCE V (N=669) | TAXUS (N=333) | Difference [95% CI] |
| **COMPOSITE EFFICACY & SAFETY** | | | | | | |
| TVF[2] | 7.6% (50/657) | 9.7% (31/320) | -2.08% [-5.90%, 1.75%] | 8.6% (56/653) | 11.3% (36/320) | -2.67% [-6.75%, 1.40%] |
| MACE[3] | 5.0% (33/657) | 8.8% (28/320)[7] | -3.73% [-7.24%, -0.21%] | 6.0% (39/653) | 10.3% (33/320) | -4.34% [-8.14%, -0.54%] |
| **EFFICACY** | | | | | | |
| Ischemia-Driven TLR | 2.7% (18/657) | 5.0% (16/320) | -2.26% [-4.95%, 0.43%] | 3.4% (22/653) | 5.6% (18/320) | -2.26% [-5.13%, 0.62%] |
| TLR, CABG | 0.2% (1/657) | 0.0% (0/320) | 0.15% [Assump. not met] | 0.3% (2/653) | 0.0% (0/320) | 0.31% [Assump. not met] |
| TLR, PCI | 2.6% (17/657) | 5.0% (16/320) | -2.41% [-5.09%, 0.27%] | 3.1% (20/653) | 5.6% (18/320) | -2.56% [-5.41%, 0.29%] |
| Ischemia-Driven non-TLR TVR | 2.9% (19/657) | 4.1% (13/320) | -1.17% [-3.68%, 1.34%] | 3.1% (20/653) | 4.4% (14/320) | -1.31% [-3.91%, 1.29%] |
| non-TLR TVR, CABG | 0.5% (3/657) | 0.6% (2/320) | -0.17% [Assump. not met] | 0.6% (4/653) | 0.6% (2/320) | -0.01% [Assump. not met] |
| non-TLR TVR, PCI | 2.4% (16/657) | 3.4% (11/320) | -1.00% [-3.32%, 1.32%] | 2.5% (16/653) | 3.8% (12/320) | -1.30% [-3.70%, 1.10%] |
| **SAFETY** | | | | | | |
| All Death | 1.1% (7/658) | 0.9% (3/321) | 0.13% [Assump. not met] | 1.2% (8/655) | 1.2% (4/321) | -0.02% [Assump. not met] |
| Cardiac Death | 0.6% (4/658) | 0.6% (2/321) | -0.02% [Assump. not met] | 0.8% (5/655) | 0.9% (3/321) | -0.17% [Assump. not met] |
| Non-Cardiac Death | 0.5% (3/658) | 0.3% (1/321) | 0.14% [Assump. not met] | 0.5% (3/655) | 0.3% (1/321) | 0.15% [Assump. not met] |
| MI | 2.3% (15/657) | 3.1% (10/320) | -0.84% [-3.06%, 1.38%] | 2.8% (18/653) | 4.1% (13/320) | -1.31% [-3.81%, 1.20%] |
| QMI | 0.2% (1/657) | 0.0% (0/320) | 0.15% [Assump. not met] | 0.3% (2/653) | 0.5% (1/320) | -0.01% [Assump. not met] |
| NQMI | 2.1% (14/657) | 3.1% (10/320) | -0.99% [-3.20%, 1.21%] | 2.5% (16/653) | 3.8% (12/320) | -1.30% [-3.70%, 1.10%] |
| Cardiac Death or MI | 2.9% (19/657) | 3.8% (12/320) | -0.86% [-3.30%, 1.59%] | 3.4% (22/653) | 4.7% (15/320) | -1.32% [-4.02%, 1.38%] |
| Stent Thrombosis – Protocol defined | 0.6% (4/654) | 0.0% (0/319) | 0.61% [Assump. not met] | 0.8% (5/647) | 0.6% (2/317) | 0.14% [Assump. not met] |
| Acute (≤ 1 day) | 0.1% (1/669) | 0.0% (0/330) | 0.15% [Assump. not met] | 0.1% (1/669) | 0.0% (0/330) | 0.15% [Assump. not met] |
| Subacute (1 – 30 days) | 0.3% (2/667) | 0.0% (0/330) | 0.30% [Assump. not met] | 0.3% (2/667) | 0.0% (0/330) | 0.30% [Assump. not met] |
| Late (> 30 days) | 0.2% (1/633) | 0.0% (0/319) | 0.15% [Assump. not met] | 0.3% (2/646) | 0.6% (2/317) | -0.32% [Assump. not met] |

Notes:

[*] One subject in SPIRIT III TAXUS arm did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.

[**] 9 month and 1 year time frames include follow-up window (270 +14 days and 365 + 28 days) respectively.

[**] 9 months analysis results include 9 month events identified at the 1 year follow-up.

[†] Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.

[1] Confidence interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.

[2] TVF is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR and ischemic-driven non-TLR TVR.

[3] MACE is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR.

Boston Scientific

BSC-SJA-0742

Table 9.1.1-3: SPIRIT III 8 Month Angiographic and IVUS Results

| | XIENCE V (N=376) (M_abec=427) (M_anp=181) | TAXUS (N=188) (M_anmp=220) (M_anp=83) | Difference (95% CI)[1] |
|---|---|---|---|
| **ANGIOGRAPHIC RESULTS** | | | |
| In-Stent MLD | | | |
| Post-Procedure | 2.71 ± 0.43 (425) | 2.74 ± 0.40 (220) | -0.03 [-0.10, 0.04] |
| 8 Months | 2.56 ± 0.53 (343) | 2.45 ± 0.65 (158) | 0.11 [-0.01, 0.23] |
| In-Segment MLD | | | |
| Post-Procedure | 2.35 ± 0.44 (426) | 2.36 ± 0.45 (220) | -0.01 [-0.08, 0.06] |
| 8 Months | 2.22 ± 0.53 (344) | 2.12 ± 0.60 (158) | 0.10 [-0.01, 0.21] |
| In-Stent %DS | | | |
| Post-Procedure | 0.32 ± 8.86 (424) | -0.78 ± 10.55 (220) | 1.10 [-0.55, 2.74] |
| 8 Months | 5.92 ± 16.40 (343) | 10.30 ± 21.43 (158) | -4.38 [-8.16, -0.60] |
| In-Segment %DS | | | |
| Post-Procedure | 13.89 ± 6.04 (425) | 13.92 ± 7.20 (220) | -0.03 [-1.26, 1.19] |
| 8 Months | 18.77 ± 14.43 (344) | 22.82 ± 16.35 (158) | -4.05 [-7.03, -1.06] |
| Late Loss | | | |
| In-Stent | 0.16 ± 0.41 (342) | 0.30 ± 0.53 (158) | -0.15 [-0.24, -0.05] |
| In-Segment | 0.14 ± 0.39 (343) | 0.26 ± 0.46 (158) | -0.13 [-0.21, -0.04] |
| Binary Restenosis | | | |
| In-Stent | 2.3% (8/343) | 5.7% (9/158) | -3.36% [-7.32%, 0.59%] |
| In-Segment | 4.7% (16/344) | 8.9% (14/158) | -4.21% [-9.17%, 0.75%] |
| **IVUS RESULTS** | | | |
| Neointimal Volume (mm³) | 10.13 ± 11.46 (101) | 20.87 ± 13.51 (41) | -10.74 [-20.92, -0.56] |
| % Volume Obstruction | 6.91 ± 6.35 (98) | 11.21 ± 9.86 (39) | -4.30 [-7.72, -0.88] |
| Incomplete Apposition | | | |
| Post Procedure | 34.4% (31/90) | 25.6% (11/43) | 8.86% [-7.46%, 25.19%] |
| 8 month | 25.6% (23/90) | 16.3% (7/43) | 9.28% [-4.97%, 23.52%] |
| Persistent | 24.4% (22/90) | 14.0% (6/43) | 10.49% [-3.15%, 24.13%] |
| Late Acquired | 1.1% (1/90) | 2.3% (1/43) | -1.21% [Assump. not met] |

Notes:
- N is the total number of subjects; M_angio is the total number of lesions in the protocol required angiographic cohort and M_ivus is the total number of lesions in the protocol required IVUS cohort.
- One subject in SPIRIT III TAXUS arm did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.
- 8 month late frame includes follow-up window (240 + 28 days).
** Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.
[1] Confidence interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.

Boston Scientific

BSC-SJA-0743

**Figure 9.1.1-1: SPIRIT III: Survival Free of Target Vessel Failure through 1 Year**



| TVF | Event Free | Event Rate | P-value |
|---|---|---|---|
| XIENCE V | 91.5% | 8.5% | 0.16 |
| TAXUS | 88.9% | 11.1% | |

Note:
‡ Time Frame includes follow-up window (365 + 28 days)
¹ P-value based on log rank and not adjusted for multiple comparisons

**Table 9.1.1-4: SPIRIT III RCT ARC defined Definite+Probable Stent Thrombosis Through 1 Year**

| | XIENCE V (N=669) | TAXUS (N=332) | Difference¹ [95% CI] |
|---|---|---|---|
| ARC Definite+Probable Stent Thrombosis (0 days – 1 year) | 1.1% (7/648) | 0.6% (2/317) | 0.45% [Assump. not met] |
| Acute (< 1 day) | 0.1% (1/669) | 0.0% (0/330) | 0.15% [Assump. not met] |
| Subacute (1 – 30 days) | 0.4% (3/667) | 0.0% (0/330) | 0.45% [Assump. not met] |
| Late (> 30 days) | 0.5% (3/647) | 0.6% (2/317) | -0.17% [Assump. not met] |

Notes:
** One subject in SPIRIT III TAXUS arm did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.
** Time Frame includes follow-up window (365 + 28 days)
** Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.
¹ Confidence Interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.

## 9.1.2   SPIRIT III US 4.0 mm Arm

**Primary Objective:** The objective of the SPIRIT III 4.0 mm arm was to demonstrate the non-inferiority in in-segment late loss at 240 days compared to the TAXUS arm of the SPIRIT III RCT.

**Design:** The SPIRIT III 4.0 mm study was a prospective, single-arm, multi-center clinical trial in the United States evaluating the 4.0 mm diameter XIENCE V stent. Sixty-nine (69) subjects were enrolled in the SPIRIT III 4.0 mm study arm.

Boston
Scientific

BSC-SJA-0744

All subjects had clinical follow-up at 30, 180, 240, and 270 days, and annually from 1 to 5 years. In addition, all subjects had angiographic follow-up at 240 days. IVUS was performed for subjects who received a bailout stent at baseline and 240 days.

Following the index procedure, all subjects were to be maintained on clopidogrel bisulfate daily for a minimum of 8 months and aspirin daily to be taken throughout the length of the trial (5 years).

**Demographics:** The mean age in the SPIRIT III 4.0 arm was 61.9 years with 72.5% (50/69) male, 21.7% (15/69) had prior cardiac interventions, and 30.4% (21/69) had a history of diabetes.

**Results:** The results are presented in Table 9.1.2-1 (Primary endpoints), Table 9.1.2-2 (Clinical Results), Table 9.1.2-3 (Angiographic Results), and Table 9.1.2-4 (ARC-Defined Stent Thrombosis). These analyses were performed on the intent to treat population.

The primary endpoint of in-segment late loss at 240 days was met with measurements of 0.17 ± 0.38 mm (49) for the XIENCE V 4.0 mm arm and 0.28 ± 0.48 mm (134) for the TAXUS arm from the SPIRIT III RCT (p < 0.0001 for non-inferiority).

Table 9.1.2-1: SPIRIT III 4.0 mm Primary Endpoints Results

| Measurements | XIENCE V (M=69) | TAXUS (M=188) | Difference [95% CI] | Non-Inferiority P-value |
|---|---|---|---|---|
| 8 Month Late Loss, In-segment (mm) | 0.17 ± 0.38 (49) | 0.28 ± 0.48 (134) | -0.11 [-0.24, 0.03][1] | <0.0001[2] |

Notes:
  ** M is the total number of analysis lesions.
  ** One subject in SPIRIT III TAXUS arm did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.
  ** Time Frame includes follow-up window (240 + 28 days)
[1] By normal approximation.
[2] One-sided p-value by non-inferiority test using asymptotic test statistic with non-inferiority margin of 0.195 mm, to be compared at a 0.036 significance level.



BSC-SJA-0745

Table 9.1.2-2: SPIRIT III 4.0 mm Clinical Results

| | OUTCOMES AT 9 MONTHS XIENCE V (N=69) | OUTCOMES AT 1 YEAR latest available follow-up XIENCE V (N=69) |
|---|---|---|
| **COMPOSITE EFFICACY & SAFETY** | | |
| TVF[1] | 5.9% (4/68) | 5.9% (4/68) |
| MACE[2] | 5.9% (4/68) | 5.9% (4/68) |
| **EFFICACY** | | |
| Ischemia-Driven TLR | 1.5% (1/68) | 1.5% (1/68) |
| TLR, CABG | 0.0% (0/68) | 0.0% (0/68) |
| TLR, PCI | 1.5% (1/68) | 1.5% (1/68) |
| Ischemia-Driven non-TLR TVR | 0.0% (0/68) | 0.0% (0/68) |
| non-TLR TVR, CABG | 0.0% (0/68) | 0.0% (0/68) |
| non-TLR TVR, PCI | 0.0% (0/68) | 0.0% (0/68) |
| **SAFETY** | | |
| All Death | 1.5% (1/68) | 1.5% (1/68) |
| Cardiac Death | 1.5% (1/68) | 1.5% (1/68) |
| Non-Cardiac Death | 0.0% (0/68) | 0.0% (0/68) |
| MI | 4.4% (3/68) | 4.4% (3/68) |
| QMI | 0.0% (0/68) | 0.0% (0/68) |
| NQMI | 4.4% (3/68) | 4.4% (3/68) |
| Cardiac Death or MI | 5.9% (4/68) | 5.9% (4/68) |
| Stent Thrombosis – Protocol defined | 1.5% (1/67) | 1.5% (1/67) |
| Acute (< 1 day) | 1.4% (1/69) | 1.4% (1/69) |
| Subacute (1 – 30 days) | 0.0% (0/69) | 0.0% (0/69) |
| Late (> 30 days) | 0.0% (0/67) | 0.0% (0/67) |

Notes:
** 9 months and 1 year time frames include follow-up window [270 +14 days and 365 + 28 days] respectively. 9 month analysis includes 9 month events identified at the 1 year follow-up.
[1] TVF is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR and ischemic-driven non-TLR TVR.
[2] MACE is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR.

Boston
Scientific

BSC-SJA-0746

Table 9.1.2-3: SPIRIT III 4.0 mm 8 Month Angiographic Results

| | XIENCE V (N=69) (M=69) |
|---|---|
| ANGIOGRAPHIC RESULTS | |
| In-Stent MLD | |
| Post-Procedure | 3.46 ± 0.38 (69) |
| 8 Months | 3.36 ± 0.46 (49) |
| In-Segment MLD | |
| Post-Procedure | 3.07 ± 0.43 (69) |
| 8 Months | 2.91 ± 0.61 (49) |
| In-Stent %DS | |
| Post-Procedure | 2.12 ± 10.27 (69) |
| 8 Months | 4.78 ± 13.20 (49) |
| In-Segment %DS | |
| Post-Procedure | 13.42 ± 8.08 (69) |
| 8 Months | 17.92 ± 10.83 (49) |
| Late Loss | |
| In-Stent | 0.12 ± 0.34 (49) |
| In-Segment | 0.17 ± 0.38 (49) |
| Binary Restenosis | |
| In-Stent | 0.0% (0/49) |
| In-Segment | 2.0% (1/49) |

Notes:
* N is the total number of subjects; M is the total number of lesions at baseline.
* 8 month time frame includes follow-up window (240 + 28 days).

Table 9.1.2-4: SPIRIT III 4.0 mm ARC defined Definite+Probable Stent
Thrombosis Through 1 Year

| | XIENCE V (N=69) |
|---|---|
| ARC Definite+Probable Stent Thrombosis (0 days – 1 year) | 0.0% (0/67) |
| Acute ( < 1 day) | 0.0% (0/69) |
| Subacute ( 1 – 30 days) | 0.0% (0/69) |
| Late (> 30 days) | 0.0% (0/67) |

Notes:
* Time Frame includes follow-up window (366 + 28 days)

## 9.2  SPIRIT II Supportive Clinical Trial

Primary Objective: The objective of the SPIRIT II clinical study was to demonstrate the non-inferiority in in-stent late loss at 180 days of the XIENCE V stent to the TAXUS stent in subjects with a maximum of two de novo native coronary artery lesions, each in a different epicardial vessel. The SPIRIT II clinical study arm allowed the treatment of de novo lesions ≤28 mm in length in coronary arteries with a reference vessel diameter (RVD) ≥2.5 mm to ≤4.25 mm. If non-inferiority of in-stent late loss was demonstrated, it was pre-specified that testing for superiority could be conducted. SPIRIT II was performed outside of the U.S.

Boston
Scientific

BSC-SJA-0747

**Design:** The SPIRIT II clinical study was a prospective, active-control, 3:1 (XIENCE V:TAXUS) randomized, single-blind, multi-center non-inferiority evaluation of the XIENCE V stent compared to the TAXUS stent in the treatment of up to two de novo lesions ∙ ∙28 mm in length in native coronary arteries with RVD ∙ ∙2.5 mm to ∙ ∙4.25 mm. Given the available XIENCE V stent lengths of 8, 18 and 28 mm for this trial, in the XIENCE V arm, treatment of a target lesion > 22 mm and ∙ ∙28 mm in length was accomplished by planned overlap of either two 18 mm stents or a 28 mm and an 8 mm stent. In the TAXUS arm, overlap was only permitted for bailout or to ensure adequate lesion coverage.

Three hundred (300) subjects were enrolled in the study at 28 international sites in Europe, India and New Zealand.

All subjects had clinical follow-up at 30, 180, and 270 days, and annually from 1 to 5 years. All subjects had angiographic follow-up at 180 days with planned additional angiographic and IVUS follow-up at 2 years in a pre-specified subgroup of 152 consecutively enrolled subjects at selected sites.

Following the index procedure, all subjects were to be maintained on clopidogrel bisulfate daily for a minimum of 6 months and aspirin daily to be taken throughout the length of the trial (5 years).

A subgroup of 39 subjects were enrolled in a pharmacokinetic (PK) substudy. Venous blood was drawn at regular intervals for PK analysis of total blood everolimus level at 7 pre-determined sites.

**Demographics:** The mean age was 62.0 years for the XIENCE V arm and 61.9 years for the TAXUS arm. The XIENCE V had 70.9% (158/223) males and the TAXUS arm had 79.2% (61/77) males. The XIENCE V arm had 23.3% (52/223) of subjects with prior cardiac interventions and the TAXUS arm had 22.1% (17/77). The XIENCE V arm had 22.9% (51/223) of subjects with a history of diabetes and the TAXUS arm had 23.7% (18/76). The XIENCE V had 16.6% (37/223) of subjects with a lesion treated in two vessels and TAXUS had 18.2% (14/77). The XIENCE V arm had 10.8% (24/223) of subjects with planned stent overlap. The XIENCE V arm had 18.4% (40/217) of subjects with a history of an MI within two months while the TAXUS arm had 7.8% (6/77) (p=0.0284). The remaining subject baseline clinical features were well-matched between the XIENCE V arm and the TAXUS arm.

**Results:** The results are presented in Table 9.2-1 (Primary endpoint), Table 9.2-2 (Clinical Results), Table 9.2-3 (Angiographic and IVUS Results), and Table 9.2-4 (ARC-Defined Stent Thrombosis). These analyses were based on the intent to treat population.

The primary endpoint of in-stent late loss at 180 days was met with measurements of 0.11 ± 0.27 mm (201) for the XIENCE V arm and 0.36 ± 0.39 mm (73) for the TAXUS arm (p < 0.0001 for non-inferiority). In a prespecified analysis, the XIENCE V stent was shown to be superior to the TAXUS stent with respect to in-stent late loss at 180 days (p < 0.0001).

Boston Scientific

BSC-SJA-0748

Table 9.2-1: SPIRIT II Primary Endpoint Result

| Measurements | XIENCE V (N=223) (M=201) | TAXUS (N=77) (M=73) | Difference [95% CI] | Non-Inferiority P-Value | Superiority P-Value |
|---|---|---|---|---|---|
| 180 Day Late Loss, In-stent (mm) | 0.11 ± 0.27 (201) | 0.38 ± 0.39 [73] | -0.24 [-0.34, -0.15][1] | <0.0001[2] | <0.0001[3] |

Notes:
* N is the number of subjects and M is the total number of analysis lesions.
[1] By normal approximation.
[2] One-sided p-value by non-inferiority test using asymptotic test statistic with non-inferiority margin of 0.18 mm, to be compared at a 0.0448 significance level.
[3] P-value from two-sided t-test.





BSC-SJA-0749

Table 9.2-2: SPIRIT II Clinical Results

| | OUTCOMES AT 6 MONTHS | | | OUTCOMES AT 2 YEARS (latest available follow up) | | |
|---|---|---|---|---|---|---|
| | XIENCE V (N=223) | TAXUS (N=77) | Difference [95% CI] | XIENCE V (N=223) | TAXUS (N=77) | Difference [95% CI] |
| **COMPOSITE EFFICACY & SAFETY** | | | | | | |
| . . . TVF . | 3.6% (8/222) | 6.5% (5/77) | -2.89% [-8.92%, 3.14%] | 10.0% (21/211) | 12.3% (9/73) | -2.38% [-10.93%, 6.18%] |
| MACE[3] | 2.7% (6/222) | 6.5% (5/77) | -3.79% [-9.69%, 2.11%] | 6.6% (14/211) | 11.0% (8/73) | -4.32% [-12.24%, 3.59%] |
| **EFFICACY** | | | | | | |
| . . . . . . . . . . . . . . | 1.8% (4/222) | 3.9% (3/77) | -2.09% [Assump. not fulfilled] | 3.8% (8/211) | 6.8% (5/73) | -3.06% [-9.40%, 3.28%] |
| . . . ... . . . . . . . . . . . . | 0.0% (0/222) | 0.0% (0/77) | 0.00% [Assump. not fulfilled] | 0.0% (0/211) | 0.0% (0/73) | 0.00% [Assump. not met] |
| . . . . ... . ........... | 1.8% (4/222) | 3.9% (3/77) | -2.09% [Assump. not fulfilled] | 3.8% (8/211) | 6.8% (5/73) | -3.06% [-9.40%, 3.28%] |
| Ischemia-Driven non-TLR TVR | 0.9% (2/222) | 1.3% (1/77) | -0.40% [Assump. not fulfilled] | 3.8% (8/211) | 4.1% (3/73) | -0.32% [Assump. not met] |
| . . . . . . . . . . . . . . | 0.0% (0/222) | 0.0% (0/77) | 0.00% [Assump. not fulfilled] | 0.5% (1/211) | 0.0% (0/73) | 0.47% [Assump. not met] |
| . . . . . . . . . . . . . . | 0.9% (2/222) | 1.3% (1/77) | -0.40% [Assump. not fulfilled] | 3.3% (7/211) | 4.1% (3/73) | -0.79% [Assump. not met] |
| **SAFETY** | | | | | | |
| All Death | 0.0% (0/222) | 1.3% (1/77) | -1.30% [Assump. not fulfilled] | 3.7% (8/218) | 6.5% (5/77) | -2.82% [-6.87%, 3.22] |
| Cardiac Death | 0.0% (0/222) | 1.3% (1/77) | -1.30% [Assump. not fulfilled] | 0.5% (1/218) | 1.3% (1/77) | -0.84% [Assump. not met] |
| Non-Cardiac Death | 0.0% (0/222) | 1.3% (1/77) | -1.30% [Assump. not fulfilled] | 3.2% (7/218) | 5.2% (4/77) | -1.98% [Assump. not met] |
| MI | 0.9% (2/222) | 3.9% (3/77) | -3.00% [Assump. not fulfilled] | 2.8% (6/211) | 5.5% (4/73) | -2.64% [Assump. not met] |
| QMI | 0.0% (0/222) | 0.0% (0/77) | 0.00% [Assump. not fulfilled] | 0.0% (0/211) | 0.0% (0/73) | 0.00% [Assump. not met] |
| NQMI | 0.9% (2/222) | 3.9% (3/77) | -3.00% [Assump. not fulfilled] | 2.8% (6/211) | 5.5% (4/73) | -2.64% [Assump. not met] |
| Cardiac Death or MI | 0.9% (2/222) | 3.9% (3/77) | -3.00% [Assump. not fulfilled] | 3.3% (7/211) | 5.5% (4/73) | -2.16% [Assump. not met] |
| Stent Thrombosis – Protocol defined | 0.5% (1/222) | 1.3% (1/77) | -0.85% [Assump. not fulfilled] | 1.9% (4/211) | 1.4% (1/73) | 0.53% [Assump. not met] |
| Acute ( < 1 day) | 0.0% (0/223) | 0.0% (0/77) | 0.00% [Assump. not fulfilled] | 0.0% (0/223) | 0.0% (0/77) | 0.00% [Assump. not met] |
| Subacute ( 1 – 30 days) | 0.0% (0/223) | 0.0% (0/77) | 0.00% [Assump. not fulfilled] | 0.0% (0/223) | 0.0% (0/77) | 0.00% [Assump. not met] |
| Late (> 30 days) | 0.5% (1/222) | 1.3% (1/77) | -0.85% [Assump. not fulfilled] | 1.9% (4/211) | 1.4% (1/73) | 0.53% [Assump. not met] |

Notes:
- 6 months and 2 year time frames include follow-up window (180 +14 days and 730 + 28 days).
- "Assump. not met" means that assumption of normal approximation not met due to small sample size or frequency of events.
[1] Confidence interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.
[2] TVF is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR and ischemic-driven non-TLR TVR.
[3] MACE is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR.

Boston Scientific

BSC-SJA-0750

Table 9.2-3: SPIRIT II 180-Day Angiographic and IVUS Results

| | XIENCE V (N=223) (M=260) | TAXUS (N=77 (N=91) | Difference (95% CI)[1] |
|---|---|---|---|
| **ANGIOGRAPHIC RESULTS** | | | |
| In-Stent MLD | | | |
| Post-Procedure | 2.49 ± 0.40 (260) | 2.62 ± 0.45 (91) | -0.13 [-0.24, -0.03] |
| 6 Months | 2.38 ± 0.50 (237) | 2.27 ± 0.54 (86) | 0.10 [-0.03, 0.23] |
| In-Segment MLD | | | |
| Post-Procedure | 2.15 ± 0.44 (260) | 2.22 ± 0.53 (91) | -0.07 [-0.19, 0.05] |
| 6 Months | 2.19 ± 0.51 (237) | 2.08 ± 0.54 (86) | 0.02 [-0.11, 0.15] |
| In-Stent %DS | | | |
| Post-Procedure | 13.01 ± 6.02 (260) | 12.66 ± 5.53 (91) | 0.35 [-1.01, 1.71] |
| 6 Months | 15.70 ± 9.86 (237) | 20.89 ± 11.59 (86) | -5.18 [-7.96, -2.41] |
| In-Segment %DS | | | |
| Post-Procedure | 22.51 ± 8.96 (260) | 23.36 ± 11.20 (91) | -0.86 [-3.43, 1.72] |
| 6 Months | 23.61 ± 11.65 (237) | 27.05 ± 12.66 (86) | -3.44 [-6.53, -0.35] |
| Late Loss | | | |
| In-Stent | 0.12 ± 0.29 (237) | 0.37 ± 0.36 (86) | -0.25 [-0.34, -0.16] |
| In-Segment | 0.07 ± 0.33 (237) | 0.15 ± 0.38 (86) | -0.08 [-0.17, 0.01] |
| Binary Restenosis | | | |
| In-Stent | 1.3% (3/237) | 3.5% (3/86) | -2.22% [Assump. not met] |
| In-Segment | 3.4% (8/237) | 5.8% (5/86) | -2.44% [-7.89%, 3.02%] |
| **IVUS RESULTS** | | | |
| Neointimal Volume (mm³) | 3.83 ± 6.55 (99) | 14.42 ± 16.03 (40) | -10.60 [-15.87, -5.32] |
| % Volume Obstruction | 2.51 ± 4.68 (99) | 7.36 ± 7.03 (40) | -4.85 [-7.27, -2.42] |
| Incomplete Apposition | | | |
| Post Procedure | 6.5% (7/108) | 5.6% (2/36) | 0.93% [Assump. not met] |
| 6 month | 2.9% (3/103) | 0.0% (0/39) | 2.91% [Assump. not met] |
| Persistent | 2.5% (3/120) | 0.0% (0/42) | 2.50% [Assump. not met] |
| Late Acquired | 0.0% (0/104) | 0.0% (0/39) | 0.00% [Assump. not met] |

Notes:
··N is the total number of subjects; M is the total number of lesions.
··Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.
[1] Confidence interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.

Boston
Scientific

BSC-SJA-0751

Table 9.2-4: SPIRIT II ARC defined Definite+Probable Stent Thrombosis
Through 2 Years

| | XIENCE V (N=223) | TAXUS (N=77) | Difference (95% CI) |
|---|---|---|---|
| ARC Definite+Probable Stent Thrombosis (0 days – 2 years) | 0.9% (2/211) | 1.4% (1/73) | -0.42% [Assump. not met] |
| Acute ( < 1 day) | 0.0% (0/223) | 0.0% (0/77) | 0.00% [Assump. not met] |
| Subacute ( 1 – 30 days) | 0.0% (0/223) | 1.3% (1/77) | -1.30% [Assump. not met] |
| Late (31 days – 1 year) | 0.0% (0/220) | 1.3% (1/77) | -1.30% [Assump. not met] |
| Very Late (1 – 2 years) | 0.9% (2/211) | 0.0% (0/72) | 0.95% [Assump. not met] |

Note:
• Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.
[1] Confidence interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.

## 9.3    SPIRIT FIRST Randomized Clinical Trial

**Objective:** The objective of the SPIRIT FIRST randomized clinical trial was to assess the feasibility and performance of the XIENCE V stent (called VISION-E within the SPIRIT FIRST study) in the treatment of subjects with a single *de novo* native coronary artery lesion with reference vessel diameter (RVD) of 3.0 mm and lesion length ≤ 12 mm. This study compared the XIENCE V stent to a matched uncoated metallic stent control (MULTI-LINK VISION).

**Design:** SPIRIT FIRST was a single-blind multi-center randomized controlled trial to assess the safety and performance of everolimus eluting from a durable polymer on a cobalt chromium stent (XIENCE V stent). Sixty (60) subjects were enrolled in the study.

All subjects had clinical follow-up at 30, 180, and 270 days, and annually from 1 to 5 years. All subjects had angiography and IVUS at baseline and at 180 days and 1 year follow-up.

Following the index procedure, all subjects were to be maintained on clopidogrel bisulfate daily for a minimum of 3 months and aspirin daily to be taken throughout the length of the trial (1 year).

**Demographics:** The mean age was 64.2 years for the XIENCE V arm and 61.4 years for the VISION arm. The XIENCE V had 70.4% (19/27) males and the VISION arm had 75.9% (22/29) males. The XIENCE V arm had 18.5% (5/27) subjects with prior cardiac interventions and the VISION arm had to 6.9% (2/29). The XIENCE V arm had 11.1% (3/27) subjects with a history of diabetes and the VISION arm had 10.3% (3/29). XIENCE V arm had 70.4% (19/27) of subjects with hypertension requiring medication while the VISION arm had 41.4% (12/29) (p=0.035). The remaining subject baseline clinical features were also well-matched between the XIENCE V arm and the VISION arm.

**Results:** The results are presented in Table 9.3-1 (Primary endpoint), Table 9.3-2 (Clinical Results), Table 9.3-3 (Angiographic and IVUS Results), and Table 9.3-4 (ARC-Defined Stent Thrombosis). These analyses were based on the per protocol evaluable population.

Boston
Scientific

BSC-SJA-0752

The primary superiority endpoint of in-stent late loss at 180 days was met with measurements of 0.10 ± 0.23 mm (23) for the XIENCE V arm and 0.85 ± 0.36 mm (27) for the MULTI-LINK VISION arm (p < 0.0001).

Table 9.3-1: SPIRIT FIRST Primary Endpoint Result

| Measurements | XIENCE V (N = 27) | VISION (N = 29) | Difference [95% CI] | Superiority P-value [2] |
|---|---|---|---|---|
| 180 Days Late Loss, In-stent (mm) | 0.10± 0.23 (23) | 0.85± 0.36 (27) | -0.76 [-0.93, -0.59] [1] | < 0.0001 |

Note: N is the number of subjects.
[1] By normal approximation
[2] One-tailed p-value by t-test, to be compared to a 5% significance level

Boston
Scientific

BSC-SJA-0753

#### Table 9.3-2: SPIRIT FIRST Clinical Results

| | OUTCOMES AT 6 MONTHS | | | OUTCOMES AT 3 YEARS (latest available follow-up) | | |
|---|---|---|---|---|---|---|
| | XIENCE V (N = 27) | VISION (N = 29) | Difference (95% CI)[2] | XIENCE V (N = 27) | VISION (N = 29) | Difference (95% CI)[2] |
| **COMPOSITE EFFICACY & SAFETY** | | | | | | |
| TVF[3] | 7.7% (2/26) | 21.4% (6/28) | -13.74% [Assump. not met] | 15.4% (4/26) | 32.1% (9/26) | -16.76% [Assump. not met] |
| MACE[4] | 7.7% (2/26) | 21.4% (6/28) | -13.74% [Assump. not met] | 15.4% (4/26) | 25.0% (7/28) | -9.62% [Assump. not met] |
| **EFFICACY** | | | | | | |
| Ischemia-Driven TLR | 3.8% (1/26) | 21.4% (6/28) | -17.58% [Assump. not met] | 7.7% (2/26) | 25.0% (7/28) | -17.31% [Assump. not met] |
| TLR, CABG | 0.0% (0/26) | 3.6% (1/28) | -3.57% [Assump. not met] | 0.0% (0/26) | 3.6% (1/28) | -3.57% [Assump. not met] |
| TLR, PCI | 3.8% (1/26) | 17.9% (5/28) | -14.01% [Assump. not met] | 7.7% (2/26) | 21.4% (6/28) | -13.74% [Assump. not met] |
| Ischemia-Driven non-TLR TVR | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 10.7% (3/28) | -10.71% [Assump. not met] |
| non-TLR TVR, CABG | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 3.6% (1/28) | -3.57% [Assump. not met] |
| non-TLR TVR, PCI | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 7.1% (2/28) | -7.14% [Assump. not met] |
| **SAFETY** | | | | | | |
| All Death | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 0.0% (0/28) | 0.00% |
| Cardiac Death | 0.0% (0/26) | 0.0% (0/28) | 0.00% | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Non-Cardiac Death | 0.0% (0/26) | 0.0% (0/28) | 0.00% | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |
| MI | 3.8% (1/26) | 0.0% (0/28) | 3.85% [Assump. not met] | 7.7% (2/26) | 0.0% (0/28) | 7.69% [Assump. not met] |
| QMI | 3.8% (1/26) | 0.0% (0/28) | 3.85% [Assump. not met] | 3.8% (1/26) | 0.0% (0/28) | 3.85% [Assump. not met] |
| NQMI | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 3.8% (1/26) | 0.0% (0/28) | 3.85% [Assump. not met] |
| Cardiac Death or MI | 3.8% (1/26) | 0.0% (0/28) | 3.85% [Assump. not met] | 7.7% (2/26) | 0.0% (0/28) | 7.69% [Assump. not met] |
| Stent Thrombosis – Protocol defined | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Acute (< 1 day) | 0.0% (0/27) | 0.0% (0/29) | 0.00% | 0.0% (0/27) | 0.0% (0/29) | 0.00% [Assump. not met] |
| Subacute (1 – 30 days) | 0.0% (0/27) | 0.0% (0/29) | 0.00% | 0.0% (0/27) | 0.0% (0/29) | 0.00% [Assump. not met] |
| Late (> 30 days) | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |

Note:
[*] Assump. but met means that assumption of normal approximation not met due to small sample size or frequency of events.
[1] 6 month and 3 year time frames include follow-up window (180 +14 days and 1095 + 28 days) respectively.
[2] Confidence interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.
[3] TVF is defined as a hierarchical composite of cardiac death, MI, ischemia-driven TLR and ischemia-driven non-TLR TVR.
[4] MACE is defined as a hierarchical composite of cardiac death, MI, ischemia-driven TLR.

Boston
Scientific

BSC-SJA-0754

### Table 9.3-3: SPIRIT FIRST 180-Day Angiographic and IVUS Results

| | XIENCE V (N = 27) | VISION (N = 29) | Difference [95% CI] |
|---|---|---|---|
| **ANGIOGRAPHIC RESULTS** | | | |
| In-Stent MLD | | | |
| Post-Procedure | 2.34± 0.28 (27) | 2.43± 0.30 (29) | -0.09 [-0.24, 0.06] |
| 6 Months | 2.28± 0.33 (23) | 1.58± 0.41 (27) | 0.70 [0.49,0.91] |
| In-Segment MLD | | | |
| Post-Procedure | 2.07± 0.37 (27) | 2.15± 0.37 (29) | -0.08 [-0.28, 0.12] |
| 6 Months | 2.04 ± 0.40 (23) | 1.54± 0.41 (27) | 0.50 [0.27, 0.73] |
| In-Stent %DS | | | |
| Post-Procedure | 12.34 ± 4.02 (27) | 14.85 ± 4.76 (29) | -2.51 [-4.87, -0.16] |
| 6 Months | 15.57 ± 7.64 (23) | 38.61 ± 14.25 (27) | -23.05 [-29.45, -16.64] |
| In-Segment %DS | | | |
| Post-Procedure | 20.82 ± 7.85 (27) | 23.14 ± 8.93% (29) | -2.32 [-6.52, 1.88] |
| 6 Months | 21.89 ± 11.15 (23) | 40.78 ± 13.67 (27) | -18.89 [-25.95,-11.83] |
| Late Loss | | | |
| In-Stent | 0.10 ± 0.23 (23) | 0.85 ± 0.36 (27) | -0.76 [-0.93, -0.58] |
| In-Segment | 0.09 ± 0.20 (23) | 0.61 ± 0.37 (27) | -0.53 [-0.69, -0.36] |
| Binary Restenosis | | | |
| In-Stent | 0.0% (0/23) | 25.9% (7/27) | -25.93% [Assump. not met] |
| In-Segment | 4.3% (1/23) | 33.3% (9/27) | -28.99% [Assump. not met] |
| **IVUS RESULTS** | | | |
| Neointimal Volume (mm³) | 10.29± 13.32 (21) | 38.29± 19.08 (24) | -28.00 [-37.82, -18.19] |
| % Volume Obstruction | 7.95± 10.44 (21) | 28.11± 13.98 (24) | -20.16 [-27.53, -12.79] |
| Incomplete Apposition | | | |
| Post Procedure | 0.0% (0/27) | 10.7% (3/28) | -10.71% [Assump. not met] |
| 6 month | 0.0% (0/21) | 0.0% (0/22) | 0.00% [Assump. not met] |
| Persistent | 0.0% (0/27) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Late Acquired | 0.0% (0/21) | 0.0% (0/22) | 0.00% [Assump. not met] |

Note:
* Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events;
† Confidence interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.

Boston
Scientific

BSC-SJA-0755

### Table 9.3-4: SPIRIT FIRST ARC-defined Definite+Probable Stent Thrombosis Through 3 Years

| | XIENCE V (N=27) | VISION (N=29) | Difference [95% CI] |
|---|---|---|---|
| ARC Definite+Probable Stent Thrombosis (0 days – 3 years) | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Acute ( < 1 day) | 0.0% (0/27) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Subacute ( 1 – 30 days) | 0.0% (0/27) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Late (31 days – 1 year) | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Very Late (1 – 3 years) | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |

Note:
†† Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.

† Confidence interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.

## 9.4   SPIRIT II and SPIRIT III Pooled Analysis

In order to better estimate the incidence of low frequency events or outcomes in various specific subject subgroups, a subject-level pooled analysis was conducted of both randomized trials comparing the XIENCE V stent versus the TAXUS stent. Data from the SPIRIT II and SPIRIT III clinical trials were pooled to compare the XIENCE V stent to the TAXUS control stent in 1302 subjects out to 1 year (393 days) of follow-up. These two studies have subjects with similar baseline and angiographic characteristics and the key elements of study design including inclusion and exclusion criteria and endpoint definitions are comparable. The subject level data were included until the latest available time point of 1 year for each trial. Table 9.4-1 shows the subject disposition over time for the SPIRIT II and III RCT. The percentage of the total number of subjects that were enrolled in the studies and completed their 1 year follow-up was 96.5%.



It is acknowledged that these retrospective pooled analyses are exploratory and hypothesis-generating. Definitive proof of the presence or absence of any differences between such sub-groups requires prospectively powered assessment in dedicated clinical trials. The pooled analysis from SPIRIT II and SPIRIT III trials includes subjects from single-blind trials with similar inclusion and exclusion criteria in 1,302 subjects with 1,506 lesions.

As shown in Figure 9.4-1, at one year, the analyses of pooled trials suggest a reduction in the rates of TVR and TLR for the XIENCE V stent compared to the TAXUS stent through one year. All CI bars represent a 1.5 standard error.

Figure 9.4-1: Kaplan Meier Hazard Curves for Time to First
TVR or TLR Event through 393 Days
(Pooled SPIRIT II and SPIRIT III RCTs)



TVR (Includes TLR and Non-TLR TVR)

Days Post Index Procedure

Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.



Non-TLR TVR

Days Post Index Procedure

Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.



TLR

Days Post Index Procedure

Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.

Pooled analyses of the rates of all death, cardiac death, and non-cardiac death through 1 year
are shown in Figure 9.4-2.

Boston
Scientific

BSC-SJA-0757

## Figure 9.4-2: Kaplan Meier Hazard Curves for Time to Death through 393 Days
### (Pooled SPIRIT II and SPIRIT III RCTs)



All Death

Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.



Cardiac-Death

Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.



Non-Cardiac Death

0.8%-TAXUS    0.7%-XIENCE V

Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.

Boston
Scientific

BSC-SJA-0758

Pooled analyses of the rates of MIs through 1 year are shown in Figure 9.4-3.

### Figure 9.4-3: Kaplan Meier Hazard Curves for Time to First MI Event through 393 Days (Pooled SPIRIT II and SPIRIT III RCTs)



Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.



Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.



Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.





BSC-SJA-0759

### 9.4.1  Stent Thrombosis in SPIRIT II and SPIRIT III Pooled Analysis

The results for the pooled analysis rates of stent thrombosis at one year are shown below in Figure 9.4.1-1. Rates were low for both treatments in this pooled analysis and consistent with the published literature[10]. The rates of stent thrombosis were evaluated based on the SPIRIT II and III protocol defined definition and the ARC definition for definite + probable thrombosis (see definitions above in Section 8.2). These data are presented in table 9.4.1-1.

Table 9.4.1-1 Pooled Results for Stent Thrombosis through 1 year
(SPIRIT II and SPIRIT III RCT)

| | XIENCE V (N=852) | 95% CI | TAXUS (N=410) | 95% CI |
|---|---|---|---|---|
| 0 - 30 days | | | | |
| Protocol | 0.3% (3/890) | [0.07%, 0.98%] | 0.0% (0/407) | [0.00%, 0.90%] |
| ARC (definite + probable) | 0.4% (4/890) | [0.12%, 1.15%] | 0.2% (1/407) | [0.01%, 1.36%] |
| 31 days – 1 year | | | | |
| Protocol | 0.3% (3/866) | [0.07%, 1.01%] | 0.8% (3/394) | [0.16%, 2.21%] |
| ARC (definite + probable) | 0.3% (3/867) | [0.07%, 1.01%] | 0.8% (3/394) | [0.16%, 2.21%] |
| 0 – 1 year | | | | |
| Protocol | 0.7% (6/867) | [0.25%, 1.50%] | 0.8% (3/394) | [0.16%, 2.21%] |
| ARC (definite + probable) | 0.8% (7/868) | [0.32%, 1.65%] | 0.8% (3/394) | [0.16%, 2.21%] |

Note: timeframe for 1 year includes the follow-up window (365 + 28 days)
[1] By Clopper-Pearson Exact Confidence Interval

[10] Ellis SG CA, Grube E, Popma J, Koglin J, Dawkins KD, Stone GW. Incidence, timing, and correlates of stent thrombosis with the polymeric paclitaxel drug-eluting stent: a TAXUS II, IV, V, and VI meta-analysis of 3,445 patients followed for up to 3 years. J Am Coll Cardiol. 2007;49:1043-1051.

Boston Scientific

BSC-SJA-0760

### Figure 9.4.1-1: Kaplan Meier Hazard Curves for Time to First Stent Thrombosis Event through 393 Days (Pooled SPIRIT II and SPIRIT III RCTs)

Protocol Defined Stent Thrombosis



**Days Post Index Procedure**

Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.

ARC DEFINED STENT THROMBOSIS (DEFINITE + PROBABLE)



**Days Post Index Procedure**

Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.

Boston
Scientific

BSC-SJA-0761

### 9.4.2  Diabetics in SPIRIT II and SPIRIT III Pooled Analysis

Diabetic subjects comprise an important subject subgroup that is at increased risk for cardiovascular morbidity and mortality. Although diabetic subjects were included in the SPIRIT family of trials, there were no pre-specified hypotheses or trial features that warrant a specific labeled indication for the use of the XIENCE V stent in diabetic individuals.

Table 9.4.2-1 shows the clinical outcomes through 1 year in subjects pooled from SPIRIT II and III. The randomization was stratified by history of diabetes to assure a balance between the XIENCE V and TAXUS treatment arms. In XIENCE V patients, there were numerically higher event rates in diabetics compared with non-diabetics. The event rates for TAXUS in diabetics were lower than the event rates for TAXUS non-diabetics. Given the relatively small sample size of the diabetic population and potential for confounding variables, no conclusions can be drawn from these post-hoc analyses.

**Table 9.4.2-1: Clinical Results in Diabetics and Non-Diabetics through 1 year (SPIRIT II and SPIRIT III RCT Pooled Population)**

|  | Non-Diabetics XIENCE V (N=643) | Non-Diabetics TAXUS (N=296) | All Diabetics XIENCE V (N=249) | All Diabetics TAXUS (N=110) |
|---|---|---|---|---|
| TLR | 2.5% (16/629) | 7.6% (22/290) | 4.5% (11/244) | 1.0% (1/104) |
| TVR(CABG/PCI), non TL | 2.5% (16/629) | 4.1% (12/290) | 3.3% (8/244) | 2.9% (3/104) |
| All Death | 1.0% (6/631) | 2.4% (7/291) | 2.0% (5/246) | 0.0% (0/104) |
| Cardiac Death | 0.3% (2/631) | 1.4% (4/291) | 1.2% (3/246) | 0.0% (0/104) |
| Non-Cardiac Death | 0.6% (4/631) | 1.0% (3/291) | 0.8% (2/246) | 0.0% (0/104) |
| MI | 1.4% (9/629) | 4.5% (13/290) | 4.5% (11/244) | 2.9% (3/104) |
| Cardiac Death or MI | 1.7% (11/629) | 5.2% (15/290) | 5.3% (13/244) | 2.9% (3/104) |
| Stent Thrombosis |  |  |  |  |
| Protocol defined | 0.5% (3/627) | 1.0% (3/287) | 1.3% (3/240) | 0.0% (0/104) |
| ARC definite + probable | 0.3% (2/627) | 0.7% (2/287) | 2.1% (5/241) | 1.0% (1/104) |

Boston
Scientific

BSC-SJA-0762

Table 9.4.2-2: Clinical Results in Diabetics through 1 year
(SPIRIT II and SPIRIT III RCT Pooled Population – XIENCE V Subjects)

| | Non-Diabetics (N=631) | All Diabetics (N=249) | Insulin-Dependent Diabetics (N=63) | Non-Insulin-Dependent Diabetics (N=186) |
|---|---|---|---|---|
| TLR | 2.5% (16/629) | 4.5% (11/244) | 6.5% (4/62) | 3.8% (7/182) |
| TVR(CABG/PCI), non TL | 2.5% (16/629) | 3.3% (8/244) | 1.6% (1/62) | 3.8% (7/182) |
| All Death | 1.0% (6/631) | 2.0% (5/246) | 3.2% (2/63) | 1.6% (3/183) |
| Cardiac Death | 0.3% (2/631) | 1.2% (3/246) | 1.6% (1/63) | 1.1% (2/183) |
| Non-Cardiac Death | 0.6% (4/631) | 0.8% (2/246) | 1.6% (1/63) | 0.5% (1/183) |
| MI | 1.4% (9/629) | 4.5% (11/244) | 9.7% (6/62) | 2.7% (5/182) |
| Cardiac Death or MI | 1.7% (11/629) | 5.3% (13/244) | 9.7% (6/62) | 3.8% (7/182) |
| Stent Thrombosis | | | | |
| Protocol defined | 0.5% (3/627) | 1.3% (3/240) | 1.6% (1/61) | 1.1% (2/179) |
| ARC definite + probable | 0.3% (2/627) | 2.1% (5/241) | 1.6% (1/61) | 2.2% (4/180) |

### 9.4.3  Dual Vessel treatment in SPIRIT II and SPIRIT III Pooled Analysis

Subjects requiring treatment in more than one vessel comprise a subgroup that is at increased risk for cardiovascular events compared with single vessel disease patients. Although subjects requiring both single and dual vessel treatment were included in the SPIRIT family of trials, there were no pre-specified hypothesis or trial features that warrant a specific labeled indication for the use of the XIENCE V stent in dual vessel individuals.

Table 9.4.3-1 shows the clinical outcomes through 1 year in subjects pooled from SPRIT II and III. The randomization was stratified by the number of vessels treated to assure a balance between the XIENCE V and TAXUS treatment arms. Numerically lower event rates were observed for XIENCE V and TAXUS in single compared to dual vessel treatment. However, given the small sample size for dual vessel treatment, no conclusions can be drawn from this post-hoc analysis.

Table 9.4.3-1: Clinical Results in Single and Dual Vessel Treatment through 1 year
(SPIRIT II and SPIRIT III RCT Pooled Population)

| | Single Vessel XIENCE V (N=762) | Single Vessel TAXUS (N=344) | Dual Vessel XIENCE V (N=140) | Dual Vessel TAXUS (N=65) |
|---|---|---|---|---|
| TLR | 2.9% (21/735) | 4.5% (15/333) | 4.3% (6/138) | 12.5% (8/64) |
| TVR(CABG/PCI), non TLR | 2.3% (17/735) | 2.1% (7/333) | 5.1% (7/138) | 12.5% (8/64) |
| All Death | 1.5% (11/736) | 1.2% (4/333) | 0.0% (0/138) | 4.6% (3/65) |
| Cardiac Death | 0.7% (5/739) | 0.6% (2/333) | 0.0% (0/138) | 3.1% (2/65) |
| Non-Cardiac Death | 0.8% (6/739) | 0.6% (2/333) | 0.0% (0/138) | 1.5% (1/65) |



BSC-SJA-0763

| | Single-Vessel XIENCE V (N=752) | Single-Vessel TAXUS (N=344) | Dual-Vessel XIENCE V (N=140) | Dual-Vessel TAXUS (N=65) |
|---|---|---|---|---|
| MI | 1.9% (14/735) | 3.0% (10/333) | 4.3% (6/138) | 9.4% (6/64) |
| Cardiac Death or MI | 2.4% (18/735) | 3.3% (11/333) | 4.3% (6/138) | 10.9% (7/64) |
| Stent Thrombosis | | | | |
| Protocol defined | 0.3% (2/729) | 0.6% (2/332) | 2.9% (4/138) | 1.6% (1/62) |
| ARC definite + probable | 0.5% (4/730) | 0.6% (2/332) | 2.2% (3/138) | 1.6% (1/62) |

## 10.0   INDIVIDUALIZATION OF TREATMENT

The risks and benefits should be considered for each patient before using the PROMUS stent. Patient selection factors to be assessed should include a judgment regarding risk of long-term antiplatelet therapy. Stenting is generally avoided in those patients at a heightened risk of bleeding (e.g., patients with recently active gastritis or peptic ulcer disease) in which anticoagulation therapy would be contraindicated.

Antiplatelet drugs should be used in combination with the PROMUS stent. Physicians should use information from the SPIRIT Clinical trials, coupled with current drug eluting stent (DES) literature and the specific needs of individual patients to determine the specific antiplatelet/anticoagulation regimen to be used for their patients in general practice. See also 5.2 – Precautions, Pre- and Post-Procedure Antiplatelet Regimen, Section 5.6 – Precautions, Use in Special Populations and Section 5.7 – Precautions, Lesion/Vessel Characteristics.

Premorbid conditions that increase the risk of poor initial results or the risks of emergency referral for bypass surgery (diabetes mellitus, renal failure, and severe obesity) should be reviewed.

## 11.0   PATIENT COUNSELING AND PATIENT INFORMATION

Physicians should consider the following in counseling patients about this product:

- Discuss the risks associated with stent placement.
- Discuss the risks associated with an everolimus-eluting stent.
- Discuss the risks of early discontinuation of the antiplatelet therapy.
- Discuss the risks of late stent thrombosis with DES use in higher risk patient subgroups.
- Discuss the risk/benefit issues for this particular patient.
- Discuss alteration to current life-style immediately following the procedure and over the long term.

Boston Scientific

BSC-SJA-0764

The following patient materials are available for this product:

** A Patient Information Guide which includes information on coronary artery disease, the implant procedure and the PROMUS Everolimus-Eluting Coronary Stent System (provided to physician, on-line at www.bostonscientific.com/promus, or by calling customer service 1-888-272-1001).
** A Stent Implant Card that includes both patient information and stent implant information (provided in package)

## 12.0   HOW SUPPLIED

Sterile: This device is sterilized with ethylene oxide gas, non-pyrogenic. It is intended for single use only. Do not resterilize. Do not use if the package is opened or damaged.

Contents: One (1) PROMUS Everolimus-Eluting Coronary Stent System, one (1) Flushing tool, (for the PROMUS EECSS Rapid Exchange (RX) Stent System), one (1) Stent Implant Card, one (1) Patient Information Guide.

Storage: Store in a dry, dark, cool place. Protect from light. Do not remove from carton until ready for use. Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F).

## 13.0   OPERATOR'S INSTRUCTIONS

### 13.1   Inspection Prior to Use

** Carefully inspect the sterile package before opening and check for damage to the sterile barrier. Do not use if the integrity of the sterile package has been compromised.
** Do not use after the "Use By" date.
** Tear open the foil pouch and remove the inner pouch. **Note: the outside of the inner pouch is NOT sterile.** Open the inner pouch and pass or drop the product into the sterile field using an aseptic technique.
** Prior to using the PROMUS Everolimus-Eluting Coronary Stent System, carefully remove the system from the package and inspect for bends, kinks, and other damage. Verify that the stent does not extend beyond the radiopaque balloon markers. Do not use if any defects are noted. However, **do not manipulate, touch, or handle the stent with your fingers,** which may cause coating damage, contamination or stent dislodgement from the delivery balloon.

Note: At any time during use of the PROMUS Rapid Exchange (RX) EECSS, if the stainless steel proximal shaft has been bent or kinked, do not continue to use the catheter.

### 13.2   Materials Required

** Appropriate guiding catheter(s). See Table 1-1, PROMUS Stent System Product Description
** 2 – 3 syringes (10 – 20 ml)
** 1,000 u/500 ml Heparinized Normal Saline (HepNS)
** 0.014 inch (0.36 mm) x 175 cm (minimum length) guide wire
** Rotating hemostatic valve with appropriate minimum inner diameter [0.096 inch (2.44 mm)]
** 60% contrast diluted 1:1 with heparinized normal saline
** Inflation device

Boston
Scientific

BSC-SJA-0765

- • Pre-deployment dilatation catheter
- • Three-way stopcock
- • Torque device
- • Guide wire introducer
- • Appropriate arterial sheath
- • Appropriate anticoagulation and antiplatelet drugs

## 13.3   Preparation

### 13.3.1 Packaging Removal

> **Note: The foil pouch is not a sterile barrier.** The inner header bag (pouch) within the foil pouch is the sterile barrier. Only the contents of the inner pouch should be considered sterile. The outside surface of the inner pouch is NOT sterile.
>
> 1.   Carefully remove the delivery system from its protective tubing for preparation of the delivery system. When using a Rapid Exchange (RX) system, do not bend or kink the hypotube during removal.
>
> 2.   Remove the product mandrel and protective stent sheath by grasping the catheter just proximal to the stent (at the proximal balloon bond site), and with the other hand, grasp the stent protector and gently remove distally. If unusual resistance is felt during product mandrel and stent sheath removal, do not use this product and replace with another. Follow product returns procedure for the unused device.

### 13.3.2 Guide Wire Lumen Flush

> 1.   Over the Wire (OTW) only: Flush the guide wire lumen with HepNS until fluid exits the distal end of the delivery system.
>
> 2.   Rapid Exchange (RX) only: Flush the guide wire lumen with HepNS using the flushing tool supplied with the product, insert the flushing tool into the tip of the catheter and flush until fluid exits the guide wire exit notch.
>
> **Note:** Avoid manipulation of the stent while flushing the guide wire lumen, as this may disrupt the placement of the stent on the balloon.

Boston
Scientific

BSC-SJA-0766

### 13.3.3 Delivery System Preparation

| | |
|---|---|
| 1. | Prepare an inflation device/syringe with diluted contrast medium. |
| 2. | Attach an inflation device/syringe to the stopcock; attach it to the inflation port of the product. Do not bend the product hypotube when connecting to the inflation device/syringe. |
| 3. | With the tip down, orient the delivery system vertically. |
| 4. | Open the stopcock to delivery system; pull negative for 30 seconds; release to neutral for contrast fill. |
| 5. | Close the stopcock to the delivery system; purge the inflation device/syringe of all air. |
| 6. | Repeat steps 3 through 5 until all air is expelled. If bubbles persist, do not use the product. |
| 7. | If a syringe was used, attach a prepared inflation device to stopcock. |
| 8. | Open the stopcock to the delivery system. |
| 9. | Leave on neutral |

Note: If air is seen in the shaft, repeat Delivery System Preparation steps 3 through 5 to prevent uneven stent expansion.



Boston
Scientific

BSC-SJA-0767

## 13.4   Delivery Procedure

1. Prepare the vascular access site according to standard practice.

2. **Pre-dilate the lesion with a PTCA catheter of appropriate length and diameter for the vessel/lesion to be treated.** Limit the longitudinal length of pre-dilatation by the PTCA balloon to avoid creating a region of vessel injury that is outside the boundaries of the PROMUS Stent.

**Note:** The labeled stent diameter refers to expanded stent inner diameter.

3. Maintain neutral pressure on the inflation device attached to the delivery system. Open the rotating hemostatic valve as wide as possible.

4. Backload the delivery system onto the proximal portion of the guide wire while maintaining guide wire position across the target lesion.

5. Carefully advance the delivery system into the guiding catheter and over the guide wire to the target lesion. When using a Rapid Exchange (RX) system be sure to keep the hypotube straight. Ensure guiding catheter stability before advancing the stent system into the coronary artery.

**Note:** If unusual resistance is felt before the stent exits the guiding catheter, do not force passage. Resistance may indicate a problem and the use of excessive force may result in stent damage or dislodgement. Maintain guide wire placement across the lesion and remove the delivery system and guiding catheter as a single unit.

6. Advance the delivery system over the guide wire to the target lesion under direct fluoroscopic visualization. Utilize the radiopaque balloon markers to position the stent across the lesion. Perform angiography to confirm stent position. If the position of the stent is not optimal, it should be carefully repositioned or removed (see Section 5.14 – Precautions, Delivery System Removal). The balloon markers indicate both the stent edges and the balloon shoulders. Expansion of the stent should not be undertaken if the stent is not properly positioned in the target lesion.

**Note:** Should any resistance be felt at any time during either lesion access or removal of the delivery system post-stent implantation, **remove the entire system as a single unit.** See Section 5.14 – Precautions, Delivery System Removal for specific delivery system removal instructions.

7. Tighten the rotating hemostatic valve. The stent is now ready to be deployed.

Boston
Scientific

BSC-SJA-0768

### 13.5  Deployment Procedure

CAUTION: Refer to Table 14-1: Typical PROMUS Stent Compliance for in vitro stent inner diameter, nominal pressure, and RBP.

1. Prior to deployment, reconfirm the correct position of the stent relative to the target lesion using the radiopaque balloon markers.

2. Deploy the stent slowly by pressurizing the delivery system in 2 atm increments, every 5 seconds, until stent is completely expanded. Accepted practice generally targets an initial deployment pressure that would achieve a stent inner diameter ratio of about 1.1 times the reference vessel diameter (see Table 14-1). Maintain pressure for 30 seconds. If necessary, the delivery system can be repressurized or further pressurized to assure complete apposition of the stent to the artery wall. Do not exceed the labeled rated burst pressure (RBP) of 16 atm (1.62 MPa).

3. Fully cover the entire lesion and balloon treated area (including dissections) with the PROMUS stent, allowing for adequate stent coverage into healthy tissue proximal and distal to the lesion.

4. Deflate the balloon by pulling negative on the inflation device for 30 seconds. Confirm complete balloon deflation before attempting to move the delivery system. If unusual resistance is felt during stent delivery system withdrawal, pay particular attention to guiding catheter position.

5. Confirm stent position and deployment using standard angiographic techniques. For optimal results, the entire stenosed arterial segment should be covered by the stent. Fluoroscopic visualization during stent expansion should be used in order to properly judge the optimum expanded stent diameter as compared to the proximal and distal coronary artery diameter(s). Optimal expansion requires that the stent be in full contact with the artery wall. Stent wall contact should be verified through routine angiography or intravascular ultrasound (IVUS).

6. If the deployed stent size is still inadequate with respect to reference vessel diameter, a larger balloon may be used to further expand the stent. If the initial angiographic appearance is sub-optimal, the stent may be further expanded using a low profile, high pressure, non-compliant balloon dilatation catheter. If this is required, the stented segment should be carefully recrossed with a prolapsed guide wire to avoid disrupting the stent geometry. Deployed stents should not be left under-dilated.

CAUTION: Do not dilate the stent beyond the following limits.

| Nominal Stent Diameter | Dilatation Limit |
|---|---|
| 2.5 mm to 3.0 mm | 3.5 mm |
| 3.5 mm to 4.0 mm | 4.5 mm |

7. If more than one PROMUS stent is needed to cover the lesion and balloon treated area, it is suggested that, to avoid the potential for gap restenosis, the stents be adequately overlapped. To ensure that there are no gaps between

Boston
Scientific

> stents the balloon marker bands of the second PROMUS stent should be
> positioned inside the deployed stent prior to expansion.
>
> 8.    Reconfirm stent position and angiographic results. Repeat inflations until optimal
>       stent deployment is achieved.

## 13.6    Removal Procedure

> 1.    Deflate the balloon by pulling negative pressure on the inflation device for 30
>       seconds. Confirm complete balloon deflation before attempting to move the
>       delivery system. If unusual resistance is felt during stent delivery system
>       withdrawal, pay particular attention to the guiding catheter position.
>
> 2.    Fully open the rotating hemostatic valve.
>
> 3.    While maintaining the guide wire position and negative pressure on the inflation
>       device, withdraw the delivery system.
>
> **Note: Should any resistance be felt at any time** during either lesion access or removal
> of the delivery system post-stent implantation, the entire system should be **removed as
> a single unit.** See Section 5.14 – Precautions, Delivery System Removal for specific
> delivery system removal instructions.
>
> 4.    Tighten the rotating hemostatic valve.
>
> 5.    Repeat angiography to assess the stented area. If post-dilatation is necessary,
>       ensure that the final stent diameter matches the reference vessel diameter.
>       **Assure that the stent is not under-dilated.**

## 13.7    Post-Deployment Dilatation of Stent Segments

> 1.    All efforts should be taken to assure that the stent is not underdilated. If the
>       deployed stent size is still inadequate with respect to the vessel diameter, or if full
>       contact with the vessel wall is not achieved, a larger balloon may be used to
>       expand the stent further. The stent may be further expanded using a low profile,
>       high pressure, and non-compliant balloon catheter. If this is required, the stented
>       segment should be recrossed carefully with a prolapsed guide wire to avoid
>       dislodging the stent. The balloon should be centered within the stent and should
>       not extend outside of the stented region.
>
> **CAUTION:** Do not dilate the stent beyond the following limits.
>
> | Nominal Stent Diameter | Dilatation Limit |
> |---|---|
> | 2.5 mm to 3.0 mm | 3.5 mm |
> | 3.5 mm to 4.0 mm | 4.5 mm |



BSC-SJA-0770

## 14.0  *IN VITRO* COMPLIANCE INFORMATION

**Table 14-1: Typical PROMUS Stent Compliance**
Nominal pressure for each diameter indicated by bold font.

| Pressure | | Stent ID (mm) by System Size | | | | |
|---|---|---|---|---|---|---|
| (atm) | (MPa) | 2.5 mm | 2.75 mm | 3.0 mm | 3.5 mm | 4.0 mm |
| 8 | 0.81 | 2.46 | 2.74 | 2.90 | 3.46 | 3.86 |
| 9 | 0.91 | 2.52 | 2.81 | 2.97 | 3.55 | 3.95 |
| 10 | 1.01 | 2.58 | 2.87 | 3.04 | 3.63 | 4.03 |
| 11 | 1.11 | 2.63 | 2.92 | 3.10 | 3.69 | 4.10 |
| 12 | 1.22 | 2.68 | 2.97 | 3.15 | 3.75 | 4.17 |
| 13 | 1.32 | 2.72 | 3.01 | 3.19 | 3.80 | 4.23 |
| 14 | 1.42 | 2.75 | 3.05 | 3.23 | 3.84 | 4.28 |
| 15 | 1.52 | 2.78 | 3.09 | 3.26 | 3.89 | 4.33 |
| 16 (RBP)* | 1.62 | 2.81 | 3.11 | 3.30 | 3.93 | 4.37 |
| 17 | 1.72 | 2.84 | 3.14 | 3.33 | 3.97 | 4.42 |
| 18 | 1.82 | 2.87 | 3.18 | 3.36 | 4.00 | 4.46 |

Note: These nominal data are based on *in vitro* testing at 37°C and do not take into account lesion resistance.
Ensure full deployment of the stent (see Section 13.5, Operator's Instructions, Deployment Procedure) and confirm the stent sizing angiographically.
*Do not exceed the rated burst pressure (RBP).

## 15.0  REUSE PRECAUTION STATEMENT

Do not use if sterile barrier is damaged. If damage is found call your Boston Scientific, Cardiac Therapies representative.

For single patient use only. Do not reuse, reprocess or resterilize.

## 16.0  PATENTS

This product and its use are protected by one or more of the following patents. United States, 4,571,240; 4,573,470; 4,581,017; 4,582,181; 4,597,755; 4,616,653; 4,619,263; 4,638,805; 4,641,654; 4,661,094; 4,664,113; 4,692,200; 4,748,982; 4,771,776; 4,771,777; 4,771,778; 4,775,371; 4,782,834; 4,790,315; 4,793,350; 4,821,722; 4,877,031; 4,892,519; 4,938,220; 4,940,062; 4,964,409; 4,976,720; 4,981,478; 4,998,917; 4,998,923; 5,002,532; 5,002,560; 5,003,989; 5,034,001; 5,040,548; 5,042,985; 5,046,503; 5,061,273; 5,090,959; 5,135,535; 5,137,513; 5,154,725; 5,159,937; 5,176,661; 5,180,368; 5,195,971; 5,234,002; 5,242,394; 5,242,396; 5,256,143; 5,263,963; 5,279,562; 5,290,230; 5,300,025; 5,300,085; 5,316,706; 5,318,527; 5,324,259; 5,334,154; 5,342,621; 5,346,505; 5,348,537; 5,350,395; 5,391,172; 5,397,305; 5,409,495; 5,411,476; 5,415,637; 5,421,955; 5,423,755; 5,423,885; 5,437,083; 5,441,515; 5,443,458; 5,443,500; 5,451,209; 5,451,233; 5,456,667; 5,458,605; 5,458,613; 5,458,615; 5,476,505; 5,480,383; 5,496,275; 5,496,346; 5,498,240; 5,507,301; 5,507,768; 5,507,795; 5,514,154; 5,516,336; 5,525,388; 5,533,968; 5,542,925; 5,546,646; 5,549,551; 5,549,554; 5,554,120; 5,554,121; 5,556,413; 5,558,643; 5,565,523; 5,573,508; 5,573,509; 5,591,197; 5,593,434; 5,603,721; 5,605,696; 5,607,444; 5,618,299; 5,629,077; 5,632,754; 5,632,840; 5,636,641; 5,637,089; 5,637,113; 5,649,977; 5,681,346; 5,693,015; 5,695,506; 5,700,286; 5,707,385; 5,709,658; 5,725,549; 5,728,158; 5,735,893; 5,743,875; 5,747,591; 5,749,888; 5,759,192; 5,769,868; 5,780,807; 5,782,855; 5,807,355; 5,816,923; 5,830,181; 5,840,846; 5,868,706; 5,868,767; 5,891,090; 5,902,290; 5,931,819; 5,989,218; 5,993,460; 6,013,054; 6,013,069; 6,013,728; 6,017,364; 6,019,777; 6,027,475; 6,036,707; 6,036,715;

Boston
Scientific

BSC-SJA-0771

6,056,776; 6,059,748; 6,059,770; 6,061,588; 6,117,106; 6,126,634; 6,126,635; 6,129,707; 6,131,266; 6,136,011; 6,139,525; 6,156,047; 6,165,152; 6,165,292; 6,179,610; 6,193,686; 6,200,325 B1; 6,206,852; 6,217,547; 6,221,425; 6,224,803; 6,238,376; 6,248,092; 6,251,094; 6,273,911; 6,296,655; 6,299,595; 6,309,412; 6,369,355; 6,419,693; 6,432,133; 6,482,166; 6,485,511; 6,488,655; 6,488,694; 6,527,789; 6,581,788; 6,572,813; 6,575,958; 6,575,993; 6,620,193; 6,629,991; RE 33,166; RE 34,564.
Other U.S. patents pending. Foreign patents issued and pending.

XIENCE V, MULTI-LINK VISION, and MULTI-LINK MINI VISION are trademarks of the Abbott Group of Companies.

PROMUS and TAXUS EXPRESS[2] are trademarks of Boston Scientific Corporation and its affiliates.

## 17.0   WARRANTY

Boston Scientific Corporation (BSC) warrants that reasonable care has been used in the design and manufacture of this instrument. This warranty is in lieu of and excludes all other warranties not expressly set forth herein, whether express or implied by operation of law or otherwise, including, but not limited to, any implied warranties of merchantability or fitness for a particular purpose. Handling, storage, cleaning and sterilization of this instrument as well as other factors relating to the patient, diagnosis, treatment, surgical procedures, and other matters beyond BSC's control directly affect the instrument and the results obtained from its use. BSC's obligation under this warranty is limited to the repair or replacement of this instrument and BSC shall not be liable for any incidental or consequential loss, damage, or expense directly or indirectly arising from the use of this instrument. BSC neither assumes, nor authorizes any other person to assume for it, any other or additional liability or responsibility in connection with this instrument. BSC assumes no liability with respect to instruments reused, reprocessed or resterilized and makes no warranties, express or implied, including but not limited to merchantability or fitness for a particular purpose, with respect to such instruments.

Boston
Scientific

BSC-SJA-0772

**Abbott Vascular**
Santa Clara, CA 95054-2807 USA

**CUSTOMER SERVICE**
TEL: (800) 227-9902
FAX: (800) 601-8874
Outside USA TEL: (951) 914-4669
Outside USA FAX: (951) 914-2531

Boston
Scientific

Boston Scientific Corporation
One Boston Scientific Place
Natick, MA 01760-1537 USA

**Customer Service**
TEL: 1-888-272-1001

Graphical Symbols for Medical Device Labeling

| | REF | F |
|---|---|---|
| Manufacturer | Catalogue Number | French Size |
| Do not reuse, do not resterilize | STERILE EO  Sterilized using Ethylene Oxide | Consult Instructions for Use |
| Use By | LOT  Batch Code | Date of Manufacture |
| Guiding Catheter | PYROGEN  Non-Pyrogenic | Contents (Numeral represents quantity of units inside) |
| Inner Diameter | | |

© 2008, Abbott Laboratories

Boston
Scientific

BSC-SJA-0773

# EXHIBIT 20

*10056733-3*

●

Instructions for Use
**CYPHER™ Sirolimus-eluting Coronary Stent on RAPTOR™
Over-the-Wire Delivery System**

and

**CYPHER™ Sirolimus-eluting Coronary Stent on RAPTORRAIL®
Rapid Exchange Delivery System**

**BSC-SJA-0774**

Table of Contents

1. Product Description ........................................................................................................................................ 3
   1.1. Device Component Description ............................................................................................................. 3
        Table 1-1: Device Component Description ......................................................................................... 3
   1.2. Drug Component Description ................................................................................................................ 3
        Table 1-2: CYPHER™ Sirolimus-eluting Coronary Stent System Product Matrix & Nominal Sirolimus Dosages ..... 4
2. Indications ...................................................................................................................................................... 4
3. Contraindications ........................................................................................................................................... 4
4. Warnings ........................................................................................................................................................ 4
5. Precautions .................................................................................................................................................... 4
   5.1. General Precautions ............................................................................................................................ 4
   5.2. Use of Multiple Stents ......................................................................................................................... 4
   5.3. Brachytherapy ..................................................................................................................................... 4
   5.4. Use in Conjunction with Other Procedures ......................................................................................... 5
   5.5. Use in Special Populations .................................................................................................................. 5
   5.6. Lesion/Vessel Characteristics ............................................................................................................. 5
   5.7. Drug Interactions ................................................................................................................................. 5
   5.8. Coronary Artery Surgery – Effect on Anastomoses ........................................................................... 5
   5.9. Immune Suppression Potential ........................................................................................................... 5
   5.10. Lipid Elevation Potential .................................................................................................................... 5
   5.11. Magnetic Resonance Imaging (MRI) – Stent Migration ..................................................................... 5
   5.12. Stent Handling Precautions ............................................................................................................... 5
   5.13. Stent Placement Precautions ............................................................................................................. 5
   5.14. Stent/System Removal Precautions ................................................................................................... 6
   5.15. Post Implantation Precautions ........................................................................................................... 6
6. Drug Information ............................................................................................................................................. 6
   6.1. Mechanism of Action ........................................................................................................................... 6
   6.2. Pharmacokinetics of the CYPHER Sirolimus-eluting Coronary Stent ................................................ 6
        Table 6-1: Whole Sirolimus Pharmacokinetic Parameters in Patients after Implantation of CYPHER Sirolimus-eluting Coronary Stents ...... 6
   6.3. Pharmacokinetics Following Oral Administration of Sirolimus ............................................................ 6
        Table 6-2: Pharmacokinetic Parameters in Healthy Subjects, Renal Transplant Patients and Patients with Hepatic Impairment Following Oral Administration of Sirolimus ..... 7
   6.4. Drug Interactions Following Oral Administration of Sirolimus ............................................................. 7
   6.5. Mutagenesis, Carcinogenicity and Reproductive Toxicology .............................................................. 8
   6.6. Pregnancy ............................................................................................................................................ 8
   6.7. Lactation .............................................................................................................................................. 8
7. Adverse Events ............................................................................................................................................. 9
   7.1. Observed Adverse Events ................................................................................................................... 9
        Table 7-1: Clinical Studies - Major Characteristics ........................................................................... 9
        Table 7-2: Principal Adverse Events Observed in Clinical Studies In-Hospital and Out-of-Hospital ..... 10
        Table 7-3: Frequency of Incomplete Stent Apposition ...................................................................... 10
   7.2. Potential Adverse Events .................................................................................................................... 11
8. Clinical Studies .............................................................................................................................................. 11
   8.1. Overview of Clinical Studies ................................................................................................................ 11
        Table 8-1: Clinical Study Comparison ............................................................................................... 11
   8.2. SIRIUS Trial (Pivotal Study) ............................................................................................................... 12
        Table 8-2: Principal Effectiveness and Safety Results (to 360 Days) ................................................ 13
        Figure 8-1: Kaplan-Meier Graph and Life Table to 360 Days ........................................................... 14
   8.3. RAVEL Trial ......................................................................................................................................... 14
        Table 8-3: Principal Effectiveness and Safety Results (to 720 Days) ................................................ 15
        Figure 8-2: Kaplan-Meier Graph and Life Table to 720 Days ........................................................... 16
   8.4. First-in-Man Study ............................................................................................................................... 17
        Table 8-4: First-in-Man, Effectiveness and Safety Results ................................................................ 17
9. Individualization of Treatment ....................................................................................................................... 17
10. Patient Counseling Information ..................................................................................................................... 17
11. How Supplied ............................................................................................................................................... 17
12. Operator's Manual (Combined OTW and RX) .............................................................................................. 18
    12.1. Access to Package Holding Sterile Stent Delivery System ............................................................... 18
    12.2. Inspection Prior to Use ..................................................................................................................... 18
    12.3. Materials Required ............................................................................................................................ 18
    12.4. Preparation ....................................................................................................................................... 18
    12.5. Delivery Procedure ........................................................................................................................... 18
    12.6. Deployment Procedure ..................................................................................................................... 18
    12.7. Further Dilatation of Stented Segments ........................................................................................... 19
    12.8. Removal Procedure .......................................................................................................................... 19
    12.9. In-Vitro Information ........................................................................................................................... 19
         Table 12-1: Inflation Pressure Recommendations ........................................................................... 19
13. Patient Information ....................................................................................................................................... 19
14. Patents ........................................................................................................................................................ 19
15. Disclaimer of Warranty and Limitation of Remedy ...................................................................................... 19

BSC-SJA-0775

Caution: Federal (USA) law restricts this device to sale by or on the order of a physician.

1. **Product Description**
   The CYPHER™ Sirolimus-eluting Coronary Stent (CYPHER Stent) is a combination product comprised of two regulated components: a device (a stent system) and a drug product (a formulation of sirolimus in a polymer coating).

   1.1. **Device Component Description**
   The device component consists of a stent mounted onto a stent delivery system (SDS). The physical characteristics of the device component are shown in Table 1-1.

Table 1-1: Device Component Description

| | CYPHER™ Sirolimus-eluting Coronary Stent on RAPTOR™ Over-the-Wire (OTW) Stent Delivery System | CYPHER™ Sirolimus-eluting Coronary Stent on RAPTORRAIL® Rapid Exchange (RX) Stent Delivery System |
|---|---|---|
| Available Stent Lengths, Unexpanded (mm): | 8, 13, 18, 23, 28, 33 | 8, 13, 18, 23, 28, 33 |
| Available Stent Diameters (mm): | 2.50, 2.75, 3.00, 3.50 | 2.50, 2.75, 3.00, 3.50 |
| Stent Material: | Electropolished stainless steel (316L), laser-cut from seamless tubing in a sinusoidal pattern coated with a polymer and sirolimus mixture. | |
| Stent Geometry: | Six circumferential cells (2.50 – 3.00 mm stents) or Seven circumferential cells (3.50 mm stents) | |
| Nominal Stent Foreshortening: | ≤ 1 mm | |
| Delivery System Usable Length: | 145 cm | 137 cm |
| Delivery System Y-Adapter Ports: | Y-Connector (Side arm for access to balloon inflation/deflation lumen. Straight arm is continuous with shaft inner lumen – designed for guidewire ≤ 0.014" (0.36 mm).) | Single access port to the inflation lumen. A guidewire exit port is located at 26 cm from the tip. Designed for guidewire ≤ 0.014" (0.36 mm). |
| Stent Delivery Balloon: | Single-layer nylon, nominally 2 mm longer than stent. Mounted stent length and location is defined by 2 platinum-iridium radiopaque marker bands. | |
| Balloon Inflation Pressure: | Nominal pressure: 11 atm (1115 kPa) Rated burst pressure: 16 atm (1621 kPa) | |
| Guiding Catheter Inner Diameter: | ≥ 0.067" (1.7 mm) | ≥ 0.056" (1.4 mm) for 2.50 – 3.00 mm ≥ 0.067" (1.7 mm) for 3.50 mm |
| Catheter Shaft Outer Diameter: | 3.3F (1.10 mm) proximally, 2.7F (0.90 mm) distally. | 2.3F (0.75 mm) proximally, 2.8F (0.95 mm) distally (Ø up to 3.00 mm); 2.9F (0.95 mm) distally (Ø > 3.00 mm). |

   1.2. **Drug Component Description**
   The active ingredient in the CYPHER Sirolimus-eluting Coronary Stent is sirolimus (also known as rapamycin). Sirolimus is a macrocyclic lactone produced by *Streptomyces hygroscopicus*. The chemical name of sirolimus (also known as rapamycin) is (3S,6R,7E,9R,10R,12R,14S,15E,17E,19E,21S,23S,26R,27R,34aS)-9,10,12,13,14,21,22,23,24,25,26,27,32,33,34,34a-hexadecahydro-9,27-dihydroxy-3-[(1R)-2-[(1S,3R,4R)-4-hydroxy-3-methoxycyclohexyl]-1-methylethyl]-10,21-dimethoxy-6,8,12,14,20,26-hexamethyl-23,27-epoxy-3H-pyrido[2,1-c][1,4] oxaazacyclohentriacontine-1,5,11,28,29 (4H,6H,31H) pentone. Its molecular formula is C₅₁H₇₉NO₁₃ and its molecular weight is 914.2. The structural formula of sirolimus is shown below.



Sirolimus is a white to off-white powder and is insoluble in water, but freely soluble in benzyl alcohol, chloroform, acetone, and acetonitrile. Please refer to Table 1-2 for the nominal dosages of sirolimus on the CYPHER Sirolimus-eluting Coronary Stents.

BSC-SJA-0776

The inactive ingredients in the CYPHER Sirolimus-eluting Coronary Stent contain parylene C and the following two non-erodible polymers: polyethylene-co-vinyl acetate (PEVA) and poly n-butyl methacrylate (PBMA). A combination of the two polymers mixed with sirolimus (67%/33%) makes up the basecoat formulation which is applied to a parylene C treated stent. A drug-free topcoat of PBMA polymer is applied to the stent surface to control the release kinetics of sirolimus. The drug/polymer coating is adhered to the entire surface (i.e., luminal and abluminal) of the stent. The structural formulae of the polymer subunits are shown below.

| PEVA | PBMA | Parylene C |
|---|---|---|



Table 1-2: CYPHER Sirolimus-eluting Coronary Stent System
Product Matrix & Nominal Sirolimus Dosages

| Product Code | | Nominal Expanded Stent ID (mm) | Nominal Unexpanded Stent Length (mm) | Nominal Sirolimus Content (µg) | Product Code | | Nominal Expanded Stent ID (mm) | Nominal Unexpanded Stent Length (mm) | Nominal Sirolimus Content (µg) |
|---|---|---|---|---|---|---|---|---|---|
| OTW | RX | | | | OTW | RX | | | |
| CWS08250 | CXS08250 | 2.50 | 8 | 71 | CWS23250 | CXS23250 | 2.50 | 23 | 190 |
| CWS08275 | CXS08275 | 2.75 | 8 | 71 | CWS23275 | CXS23275 | 2.75 | 23 | 190 |
| CWS08300 | CXS08300 | 3.00 | 8 | 71 | CWS23300 | CXS23300 | 3.00 | 23 | 190 |
| CWS08350 | CXS08350 | 3.50 | 8 | 83 | CWS23350 | CXS23350 | 3.50 | 23 | 221 |
| CWS18250 | CXS18250 | 2.50 | 13 | 111 | CWS28250 | CXS28250 | 2.50 | 28 | 229 |
| CWS18275 | CXS18275 | 2.75 | 13 | 111 | CWS28275 | CXS28275 | 2.75 | 28 | 229 |
| CWS18300 | CXS18300 | 3.00 | 13 | 111 | CWS28300 | CXS28300 | 3.00 | 28 | 229 |
| CWS18350 | CXS18350 | 3.50 | 13 | 129 | CWS28350 | CXS28350 | 3.50 | 28 | 268 |
| CWS18250 | CXS18250 | 2.50 | 18 | 150 | CWS33250 | CXS33250 | 2.50 | 33 | 268 |
| CWS18275 | CXS18275 | 2.75 | 18 | 150 | CWS33275 | CXS33275 | 2.75 | 33 | 268 |
| CWS18300 | CXS18300 | 3.00 | 18 | 150 | CWS33300 | CXS33300 | 3.00 | 33 | 268 |
| CWS18350 | CXS18350 | 3.50 | 18 | 175 | CWS33350 | CXS33350 | 3.50 | 33 | 314 |

2.   **Indications**
The CYPHER Sirolimus-eluting Coronary Stent is indicated for improving coronary luminal diameter in patients with symptomatic ischemic disease due to discrete *de novo* lesions of length ≤ 30 mm in native coronary arteries with a reference vessel diameter of ≥ 2.5 to < 3.5 mm.

Long-term outcome (beyond 12 months) for this permanent implant is unknown at present.

3.   **Contraindications**
Use of the CYPHER Sirolimus-eluting Coronary Stent is contraindicated in the following patient types:
   •   Patients with a hypersensitivity to sirolimus or its derivatives.
   •   Patients with a known hypersensitivity to polymethacrylates or polyolefin copolymers.

Coronary artery stenting is contraindicated for use in:
   •   Patients in whom antiplatelet and/or anticoagulation therapy is contraindicated.
   •   Patients judged to have a lesion that prevents complete inflation of an angioplasty balloon.

4.   **Warnings**
   •   Please ensure that the inner package has not been opened or damaged as this may indicate the sterile barrier has been breached.
   •   The use of this device carries the risks associated with coronary artery stenting, including subacute thrombosis, vascular complications, and/or bleeding events.
   •   Patients with a known hypersensitivity to 316L stainless steel may suffer an allergic reaction to this implant.

5.   **Precautions**
   5.1.   **General Precautions**
      •   Only physicians who have received adequate training should perform implantation of the stent.
      •   Stent placement should only be performed at hospitals where emergency coronary artery bypass graft surgery can be readily performed.
      •   Subsequent stent blockage may require repeat dilatation of the arterial segment containing the stent. The long-term outcome following repeat dilatation of endothelialized stents is not well characterized.
      •   To avoid the possibility of dissimilar metal corrosion, do not implant stents of different materials in tandem where overlap or contact is possible.
      •   Do not use Ethiodol or Lipiodol contrast media.[1]
      •   Do not expose the delivery system to organic solvents, such as alcohol, or detergents.

   5.2.   **Use of Multiple Stents**
The extent of the patient's exposure to drug and polymer is directly related to the number of stents implanted. Use of more than two CYPHER Stents has not received adequate clinical evaluation. Use of more than two CYPHER Stents will result in the patient receiving larger amounts of drug and polymer than the experience reflected in the clinical studies.

   5.3.   **Brachytherapy**
The safety and effectiveness of the CYPHER Stent in patients with prior brachytherapy of the target lesion have not been established. The safety and effectiveness of use of brachytherapy to treat in-stent restenosis in a CYPHER Stent have not been established. Both vascular brachytherapy and the CYPHER Stent alter arterial remodeling. The synergy between these two treatments has not been determined.

---
[1] Ethiodol and Lipiodol are trademarks of Guerbet, S.A.

4

BSC-SJA-0777

**5.4.** **Use in Conjunction with Other Procedures**

The safety and effectiveness of using mechanical atherectomy devices (directional atherectomy catheters, rotational atherectomy catheters) or laser angioplasty catheters in conjunction with CYPHER Stent implantation have not been established.

**5.5.** **Use in Special Populations**

5.5.1.   Pregnancy: Pregnancy Category C. See Drug Information – 6.6 Pregnancy.
There are no adequate and well controlled studies in pregnant women. Effective contraception should be initiated before implanting a CYPHER Stent and for 12 weeks after implantation. The CYPHER Stent should be used during pregnancy only if the potential benefit outweighs the potential risk to the embryo or fetus.

5.5.2.   Use during lactation: See Drug Information – 6.7 Lactation. A decision should be made whether to discontinue nursing or to implant the stent, taking into account the importance of the stent to the mother.

5.5.3.   Pediatric use: The safety and efficacy of the CYPHER Stent in pediatric patients below the age of 18 years have not been established.

5.5.4.   Geriatric use: Clinical studies of the CYPHER Stent did not find that patients age 65 years and over differed with regard to safety and efficacy compared to younger patients.

**5.6.** **Lesion/Vessel Characteristics**

The safety and effectiveness of the CYPHER Stent have not been established in the following patient populations:
- Patients with unresolved vessel thrombus at the lesion site.
- Patients with coronary artery reference vessel diameter < 2.5 mm or > 3.5 mm.
- Patients with lesions located in the left main coronary artery, ostial lesions, or lesions located at a bifurcation.
- Patients with diffuse disease or poor overflow distal to the identified lesions.
- Patients with tortuous vessels in the region of the obstruction or proximal to the lesion.
- Patients with a recent acute myocardial infarction where there is evidence of thrombus or poor flow.

**5.7.** **Drug Interactions**

Several drugs are known to affect the metabolism of sirolimus, and other drug interactions may be inferred from known metabolic effects. Sirolimus is known to be a substrate for both cytochrome P450 IIIA4 (CYP3A4) and P-glycoprotein. See Drug Information – 6.4 Drug Interactions Following Oral Administration of Sirolimus for more specific information.

Consideration should be given to the potential for drug interaction when deciding to place a CYPHER Stent in a patient who is taking a drug that could interact with sirolimus, or when deciding to initiate therapy with such a drug in a patient who had recently received a CYPHER Stent. The effect of drug interactions on the safety or efficacy of the CYPHER Stent has not been determined.

**5.8.** **Coronary Artery Surgery – Effect on Anastomoses**

There have been rare reports of bronchial anastomotic dehiscence of transplant anastomoses in lung transplant patients who were receiving oral sirolimus therapy. In a vessel that has recently been implanted with a CYPHER Stent, the sirolimus concentrations are expected to be several fold higher than systemic sirolimus concentrations. Therefore, consideration should be given to the possibility that the presence of a CYPHER Stent may compromise the healing of coronary artery vascular anastomoses. No such event was observed in the very limited experience from clinical trials.

**5.9.** **Immune Suppression Potential**

Sirolimus, the active ingredient of the CYPHER Stent, is an immunosuppressive agent that is also available in oral formulations. The mean peak systemic blood concentration of sirolimus following placement of up to two CYPHER Stents (1.05 ng/ml) is substantially lower than the therapeutic concentrations usually obtained when sirolimus oral formulations are used as prophylaxis for renal transplant rejection (see Drug Information – Pharmacokinetics (9.2)). In clinical studies of CYPHER Stents when used according to its intended use, there were no reports of immune suppression. However, for patients who receive several CYPHER Stents simultaneously, it may be possible for systemic concentrations of sirolimus to approach immunosuppressive levels temporarily, especially in patients who also have hepatic insufficiency or who are taking drugs that inhibit CYP3A4 or P-glycoprotein. This possibility should be considered for such patients, particularly if they are also taking oral sirolimus (or rapamycin), other immunosuppressive agents, or are otherwise at risk for immune suppression.

**5.10.** **Lipid Elevation Potential**

The use of oral sirolimus in renal transplant patients was associated with increased serum cholesterol and triglycerides that in some cases required treatment. The effect was seen with both low and high dose prolonged oral therapy in a dose related manner. When used according to the indications for use, the systemic sirolimus concentrations from the CYPHER Stent are expected to be lower than the concentrations usually obtained in transplant patients, but the magnitude and duration of any effect of those concentrations on lipids is not known.

**5.11.** **Magnetic Resonance Imaging (MRI) – Stent Migration**

An MRI scan should not be performed on a patient after stent implantation until there is adequate neointimal investment of the stent because of a potential for stent migration. For a conventional uncoated 316L stainless steel stent this period is usually considered to be eight weeks. Because of the reduced neointimal formation associated with the CYPHER Stent, the period of vulnerability may be longer, but there is currently insufficient information to provide a specific recommendation.

**5.12.** **Stent Handling Precautions**

- For single use only. Do not resterilize or reuse this device. Note the "Use By" date on the product label.
- Do not remove the stent from the delivery balloon - removal may damage the stent and/or lead to stent embolization. The stent system is intended to perform as a system.
- Do not induce a vacuum on the delivery system prior to reaching the target lesion.
- Special care must be taken not to handle or in any way disrupt the stent on the balloon. This is most important while removing the catheter from the packaging, placing it over the guidewire, and advancing it through the large-bore rotating hemostatic valve and guiding catheter hub.
- Stent manipulation (e.g., rolling the mounted stent with your fingers) may loosen the stent from the delivery system balloon and cause dislodgment.
- Use only the appropriate balloon inflation media. Do not use air or any gaseous medium to inflate the balloon as this may cause uneven expansion and difficulty in deployment of the stent.

**5.13.** **Stent Placement Precautions**

- Do not prepare or pre-inflate the balloon prior to stent deployment other than as directed. Use the balloon purging technique described in Section 12 – Operator's Manual.
- Guiding catheters used must have lumen sizes that are suitable to accommodate the stent delivery system (see Product Description – 1.5 Device Component Description).
- Do not induce a negative pressure on the delivery catheter prior to placement of the stent across the lesion. This may cause premature dislodgment of the stent from the balloon.
- Although the stent delivery balloon catheter is strong enough to expand the stent without rupture, a circumferential tear of the center balloon distal to the stent and prior to complete expansion of the stent could cause the balloon to become tethered to the stent, requiring surgical removal. In case of rupture of the balloon, it should be withdrawn and, if necessary, a new balloon catheter exchanged over the guidewire to complete the expansion of the stent.

5

BSC-SJA-0778

- Implanting a stent may lead to a dissection of the vessel distal and/or proximal to the stented portion and may cause acute closure of the vessel requiring additional intervention (CABG, further dilatation, placement of additional stents, or other intervention).
- Do not expand the stent if it is not properly positioned in the vessel. (See Precautions – 5.14 Stent/System Removal Precautions.)
- Placement of the stent has the potential to compromise side branch patency.
- Balloon pressures should be monitored during inflation. Do not exceed rated burst pressure as indicated on the product label. (See Inflation Pressure Recommendations in Table 12-1.) Use of pressures higher than those specified on the product label may result in a ruptured balloon with possible intimal damage and dissection.
- Do not attempt to pull an unexpanded stent back through the guiding catheter, as dislodgment of the stent from the balloon may occur. Remove as a single unit per instructions in Precautions – 5.14 Stent/System Removal Precautions.
- Stent retrieval methods (use of additional wires, snares and/or forceps) may result in additional trauma to the coronary vasculature and/or the vascular access site. Complications may include bleeding, hematoma, or pseudoaneurysm.
- Ensure full coverage of the entire lesion/dissection site so that there are no gaps between stents.

5.14.   Stent/System Removal Precautions
Should unusual resistance be felt at any time during either lesion access or removal of the stent delivery system before stent implantation, the entire system should be removed as a single unit.

When removing the delivery system as a single unit:
- Do not retract the delivery system into the guiding catheter.
- Advance the guidewire into the coronary anatomy as far distally as safely possible.
- Tighten the rotating hemostatic valve to secure the stent delivery system to the guiding catheter, then remove the guiding catheter and stent delivery system as a single unit.

Failure to follow these steps or applying excessive force to the stent delivery system can potentially result in loss or damage to the stent or stent delivery system.

If it is necessary to retain the guidewire in position for subsequent artery/lesion access, leave the guidewire in place and remove all other system components.

5.15.   Post Implantation Precautions
- Great care must be exercised when crossing a newly deployed stent with an intravascular ultrasound (IVUS) catheter, a coronary guidewire or balloon catheter to avoid disrupting the stent geometry.
- Do not perform a magnetic resonance imaging (MRI) scan on a patient after stent implantation until there is adequate neointimal investment of the stent (see Precautions – 5.11 Magnetic Resonance Imaging (MRI) – Stent Migration). The stent may cause artifacts in MRI scans due to distortion of the magnetic field.

6.   Drug Information
6.1.   Mechanism of Action
The mechanism (or mechanisms) by which a CYPHER Stent affects neointima production as seen in clinical studies has not been established. It is known that sirolimus inhibits T-lymphocyte activation and smooth muscle and endothelial cell proliferation in response to cytokine and growth factor stimulation. In cells, sirolimus binds to the immunophilin, FK Binding Protein-12 (FKBP-12). The sirolimus-FKBP-12 complex binds to and inhibits the activation of the mammalian Target of Rapamycin (mTOR), leading to inhibition of cell cycle progression from the $G_1$ to the S phase.

6.2.   Pharmacokinetics of the CYPHER Sirolimus-eluting Coronary Stent
The pharmacokinetics of sirolimus as delivered by the CYPHER Sirolimus-eluting Coronary Stent has been determined in patients with coronary artery disease after implantation of 1 (n=10) or 2 (n=9) CYPHER Stents. The parameters determined from patients receiving 1 and 2 CYPHER stents are provided in Table 6-1.

Table 6-1: Whole Sirolimus Pharmacokinetic Parameters in Patients after Implantation of CYPHER Sirolimus-eluting Coronary Stents

| Number of Stents | Statistic | Dose (μg) | $t_{max}$ (h) | $C_{max}$ (ng/ml) | $t_{1/2}$ (h) | AUC (ng•h/ml) | CL (ml/h/kg) |
|---|---|---|---|---|---|---|---|
| 1 (n=10) | Mean | 181 | 3.90 | 0.57 | 206 | 127 | 17.7 |
| | SD | 15 | 2.28 | 0.12 | 92 | 51 | 7.5 |
| | %CV | 8.09 | 61.0 | 20.5 | 44.8 | 40.3 | 42.2 |
| | Range | 149-178 | 1-6 | 0.43-0.77 | 111-354 | 53-225 | 8.22-29.2 |
| 2 (n=9) | Mean | 316 | 3.24 | 1.05 | 220 | 227 | 17.1 |
| | SD | 25 | 3.59 | 0.39 | 106 | 58 | 5.3 |
| | %CV | 7.84 | 111 | 37.4 | 48.3 | 25.7 | 31.2 |
| | Range | 299-355 | 1.05-12.2 | 0.51-1.68 | 131-466 | 148-307 | 9.31-24.5 |

$t_{max}$ = time peak concentration occurs; $C_{max}$ = peak blood concentration; $t_{1/2}$=terminal-phase half-life; AUC=area under the concentration-time curve; CL=total blood clearance

The results in Table 6-1 show that $C_{max}$ and AUC were closely dose-proportional over a 2-fold range in doses. The blood levels after stent implantation were 10 to 20 fold lower than what was observed after oral administration of sirolimus in either healthy volunteers or transplanted patients. The mean ± SD sirolimus terminal half-life ($t_{1/2}$) after stent implantation for the combined groups (n = 19) was 213 ± 97 h. By comparison, the mean ± SD sirolimus $t_{1/2}$ values after single dose administration of sirolimus by oral solution in healthy subjects (n = 305) and renal transplant patients (n = 61) were 72.9 ± 12.3 h and 58.3 ± 18.2 h, respectively. The apparent discrepancy in half-lives after stent implantation and oral administration is due to the fact that the decline in terminal sirolimus concentrations reflects the release of sirolimus from the stent and not elimination of sirolimus from the body.

6.3.   Pharmacokinetics Following Oral Administration of Sirolimus
Sirolimus plasma pharmacokinetic activity has been determined following oral administration in healthy subjects, pediatric dialysis patients, hepatically-impaired patients, and renal transplant patients. Table 6-2 provides a summary of the descriptive statistics for the sirolimus/whole blood sirolimus pharmacokinetic exposure, based on $t_{max}$, $C_{max}$, and AUC.

6

BSC-SJA-0779

Table 5-2: Pharmacokinetic Parameters (mean ± SD) in Healthy Subjects, Renal Transplant Patients and Patients with Hepatic Impairment Following Oral Administration of Sirolimus

| Patient Status(n) | Dose | $t_{max}$ (hours) | $C_{max}$ (ng/ml) | AUC (ng·h/ml) |
|---|---|---|---|---|
| Healthy (n=18) | 15 mg single-dose oral solution | 0.82 ± 0.17 | 76.2 ± 18.3 | 970 ± 272 |
| Renal Transplant (n=19) | 2 mg/day multiple dose oral solution | 3.01 ± 2.4 | 12.2 ± 6.2 | 158 ± 70 |
| Renal Transplant (n=23) | 5 mg/day multiple dose oral solution | 1.84 ± 1.3 | 37.4 ± 21 | 396 ± 193 |
| Renal Transplant (n=13) | 2 mg/day multiple dose tablets | 3.46 ± 2.4 | 15.0 ± 4.9 | 230 ± 67 |
| Hepatic Impairment (n=18) | 15 mg single dose oral solution | 0.84 ± 0.17 | 77.9 ± 23.1 | 1567 ± 616 |

**5.3.1. Distribution**

The mean (±SD) blood to plasma ratio of sirolimus was 36 (±18) in stable renal allograft patients, indicating that sirolimus is extensively partitioned into formed blood elements. Sirolimus is extensively bound (approximately 92%) to human plasma proteins. In man the binding of sirolimus was shown mainly to be associated with serum albumin (97%), alpha-1 acid glycoprotein and lipoproteins.

**5.3.2. Metabolism**

Sirolimus is a substrate for both cytochrome P450 IIIA4 (CYP3A4) and P-glycoprotein. Sirolimus is extensively metabolized by O-demethylation and/or hydroxylation. Seven major metabolites, including sirolimus, demethyl, and hydroxydemethyl are identifiable in blood. Some of these metabolites are also detectable in plasma, fecal and urine samples. Sirolimus is the major component in human whole blood and contributes to more than 90% of the immunosuppressive activity.

**5.3.3. Special Populations**

*Hepatic Impairment:* Sirolimus (15 mg) was administered as a single oral dose to 18 subjects with normal hepatic function and 18 patients with Child Pugh classification A or B hepatic impairment, in which hepatic impairment was primary and not related to an underlying systemic disease. Compared with the values in the normal hepatic group, the hepatic impairment had higher mean AUC (61%) and $t_{1/2}$ (43%) and had lower mean clearance values (33%). The mean $t_{1/2}$ increased from 79 ± 12 hours in subjects with normal hepatic function to 113 ± 41 hours in patients with impaired hepatic function. However, hepatic diseases with varying etiologies may show different and the pharmacokinetics of sirolimus in patients with severe hepatic dysfunction is unknown.

*Renal Impairment:* The effect of renal impairment on the pharmacokinetics of sirolimus is not known. However, there is minimal (2.2%) renal excretion of the drug or its metabolites.

*Demographics:* After oral administration of sirolimus there was no effect of gender, race and age (> 65 years) on the pharmacokinetics of sirolimus.

**5.4    Drug Interactions Following Oral Administration of Sirolimus**

Drug interaction studies have not been conducted with the CYPHER Sirolimus-eluting Coronary Stent. Sirolimus is extensively metabolized by cytochrome P450 3A4 (CYP3A4) in the gut wall and liver and undergoes efflux from enterocytes of the small intestine by P-glycoprotein (P-gp). Therefore, absorption and the subsequent elimination of systemically absorbed sirolimus may be influenced by drugs that affect these proteins. Inhibitors of CYP3A4 and P-gp may increase sirolimus levels, while inducers of CYP3A4 and P-gp may decrease sirolimus levels. The pharmacokinetic interaction between orally administered sirolimus and concurrently administered drugs is discussed below. Drug interaction studies have not been conducted with drugs other than those described below.

**5.4.1. Ketoconazole**

Multiple-dose ketoconazole administration significantly affected the rate and extent of absorption and sirolimus exposure after administration of a sirolimus oral formulation, as reflected by increases in sirolimus $C_{max}$, $t_{max}$, and AUC of 4.3-fold, 38%, and 10.9-fold, respectively. However, the terminal $t_{1/2}$ of sirolimus was not changed. Single-dose sirolimus did not affect steady-state 12-hour plasma ketoconazole concentrations. It is recommended that sirolimus oral solution and oral tablets should not be administered with ketoconazole.

**5.4.2. Rifampin**

Pretreatment of 14 healthy volunteers with multiple doses of rifampin, 600 mg daily for 14 days, followed by a single 20-mg dose of sirolimus, greatly increased sirolimus oral dose clearance by 5.5-fold (range = 2.8 to 10), which represents mean decreases in AUC and $C_{max}$ of about 82% and 71%, respectively. In patients where rifampin is indicated, alternative therapeutic agents with less enzyme induction potential should be considered.

**5.4.3. Diltiazem**

The simultaneous oral administration of 10 mg of a sirolimus oral solution and 120 mg of diltiazem to 18 healthy volunteers significantly affected the bioavailability of sirolimus. Sirolimus $C_{max}$, $t_{max}$, and AUC were increased 1.4-, 1.3-, and 1.6-fold respectively. Sirolimus did not affect the pharmacokinetics of either diltiazem or its metabolites desacetyldiltiazem and desmethyldiltiazem.

**5.4.4. Cyclosporine**

Single-dose pharmacokinetic interactions between cyclosporine and sirolimus were investigated for two sirolimus oral formulations in studies using 24 healthy volunteers. Compared to results obtained when oral sirolimus was administered alone, the oral administration of 10 mg sirolimus 4 hours after a single dose of 300 mg cyclosporine soft gelatin capsules increased mean sirolimus AUC by 33% to 80% and increased mean sirolimus $C_{max}$ by 33% to 55%, depending on the sirolimus formulation. The half-life of sirolimus was not significantly affected. The cyclosporine mean AUC and mean $C_{max}$ were not significantly affected.

7

BSC-SJA-0780

6.4.5.   **Drugs which may be coadministered without dose adjustment**
Clinically significant pharmacokinetic drug-drug interactions were not observed in studies of drugs listed below in conjunction with orally administered sirolimus. Sirolimus and these drugs may be coadministered without dose adjustments.

- Acyclovir
- Digoxin
- Glyburide
- Nifedipine
- Norgestrel/ethinyl estradiol
- Prednisolone
- Sulfamethoxazole/trimethoprim

6.4.6.   **Other drug interactions**
Drugs that may increase sirolimus blood concentrations include:
- Calcium channel blockers: nicardipine, verapamil.
- Antifungal agents: clotrimazole, fluconazole, itraconazole.
- Macrolide antibiotics: clarithromycin, erythromycin, troleandomycin.
- Gastrointestinal prokinetic agents: cisapride, metoclopramide.
- Other drugs: bromocriptine, cimetidine, danazol, HIV-protease inhibitors (e.g., ritonavir, indinavir).

Drugs that may decrease sirolimus levels include:
- Anticonvulsants: carbamazepine, phenobarbital, phenytoin.
- Antibiotics: rifabutin, rifapentine.

These lists are not all inclusive.

Care should be exercised when drugs or other substances that are metabolized by CYP3A4 are administered concomitantly with implantation of CYPHER Stents.

6.4.7.   **Grapefruit Juice:** Grapefruit juice reduces CYP3A4-mediated metabolism of sirolimus.

6.4.8.   **Herbal Preparations:** St. John's Wort (*Hypericum perforatum*) induces CYP3A4 and P-glycoprotein. Because sirolimus is a substrate for both cytochrome CYP3A4 and P-glycoprotein, there is the potential that the use of St. John's Wort in patients receiving CYPHER Stents could result in reduced sirolimus levels.

6.4.9.   **Vaccination**
Immunosuppressants may affect response to vaccination. Therefore, for some period after receiving a CYPHER Stent, vaccination may be less effective. The use of live vaccines should be avoided; live vaccines may include, but are not limited to, measles, mumps, rubella, oral polio, BCG, yellow fever, varicella, and TY21a typhoid.

6.4.10.   **Drug-laboratory test interactions**
There are no studies on the interactions of sirolimus in commonly employed clinical laboratory tests.

6.5.   **Mutagenesis, Carcinogenicity and Reproductive Toxicology**
The genotoxicity, carcinogenicity, and reproductive toxicity of CYPHER Stents have not been evaluated. However, the genotoxicity, carcinogenicity, and reproductive toxicity of sirolimus have been investigated in bacterial and mammalian cells *in vitro* and in laboratory animals *in vivo*.

Sirolimus was not genotoxic in the *in vitro* bacterial reverse mutation assay, the Chinese hamster ovary cell chromosomal aberration assay, the mouse lymphoma cell forward mutation assay, or the *in vivo* mouse micronucleus assay.

Carcinogenicity studies in mouse showed hepatocellular adenoms and carcinoma at dosages of 1, 3 and 6 mg/kg/day orally (approximately 15 to 94 times the dosage provided by a stent coated with 314 μg sirolimus, adjusted for body surface area). In the 104-week rat study at dosage of 0.2 mg/kg/day (approximately 6 times the dosage provided by a stent coated with 314 μg sirolimus adjusted for body surface area), there was a significant increase in the incidence of testicular adenoma.

There was no effect on fertility in female rats following the administration of sirolimus at dosages up to 0.5 mg/kg/day (approximately 15 times the dosage provided by a stent coated with 314 μg sirolimus adjusted for body surface area). In male rats, there was no significant difference in fertility rate compared to controls at a dosage of 2 mg/kg/day (approximately 60 times the dosage provided by a stent coated with 314 μg sirolimus adjusted for body surface area). Reduction in testicular weights and/or histological lesions (e.g., tubular atrophy and tubular giant cells) were observed in rats following dosages of ≥ 0.65 mg/kg/day (approximately 20 times the dosage provided by a stent coated with 314 μg sirolimus adjusted for body surface area).

6.6.   **Pregnancy**
Pregnancy Category C: There are no adequate and well controlled studies in pregnant women of sirolimus or CYPHER Stents. Sirolimus was embryo/feto-toxic in rats at dosages of ≥ 0.1 mg/kg/day (approximately 3 times the dose provided by a stent coated with 314 μg sirolimus adjusted for body surface area). Embryo/feto toxicity was manifested as mortality and reduced fetal weights, with associated delays in skeletal ossification. No teratogenic effect of sirolimus was evident. There was no effect of sirolimus on rabbit development at the maternally toxic dosage of 0.05 mg/kg/day (approximately 3 times the dose provided by a stent coated with 314 μg sirolimus adjusted for body surface area).

Effective contraception should be initiated before implanting a CYPHER Stent and for 12 weeks after implanting a CYPHER Stent should be used during pregnancy only if the potential benefit outweighs the potential risk to the embryo or fetus.

6.7.   **Lactation**
Sirolimus is excreted in trace amounts in milk of lactating rats. It is not known whether sirolimus is excreted in human milk. The pharmacokinetic and safety profiles of sirolimus in infants are not known. Because many drugs are excreted in human milk and because of the potential for adverse reactions in nursing infants from sirolimus, a decision should be made whether to discontinue nursing or to implant the stent, taking into account the importance of the stent to the mother.

8

BSC-SJA-0781

7.  **Adverse Events**
    7.1.  **Observed Adverse Events**

    Observed adverse event experience comes from three clinical studies, the SIRIUS trial, the RAVEL trial, and the First-In-Man study. See Section 8 – Clinical Studies for more complete descriptions of the study designs and results.

    The SIRIUS trial and the RAVEL trial were multi-center, double-blind, randomized clinical trials in patients with symptomatic ischemic coronary artery disease due to *de novo* lesions in native coronary arteries. Patients were randomized to the CYPHER Stent (a sirolimus-eluting BX VELOCITY™ Stent) or to a Control stent (BX VELOCITY, an uncoated 316L stainless steel stent). Eligibility was based on visual estimates of vessel diameter and lesion length. Following treatment, patients were treated with aspirin indefinitely and either clopidogrel or ticlopidine for 2 or 3 months, depending on the trial. Evaluations included clinical and angiographic outcomes. The First-In-Man study was a small, non-randomized, two-center study that used the CYPHER Stent in 30 of its 45 patients. Major study characteristics are summarized in Table 7-1. Principal adverse events are shown in Table 7-2.

| Table 7-1: Clinical Studies - Major Characteristics | | | |
|---|---|---|---|
| | **SIRIUS Trial** | **RAVEL Trial** | **First-In-Man Study** |
| **Study Type** | prospective, randomized | prospective, randomized | non-randomized |
| **Number of Patients** | 1058<br>(533 CYPHER Stent, 525 Control) | 238<br>(120 CYPHER Stent, 118 Control) | 45<br>(30 CYPHER Stent, 15 other) |
| **Lesion Criteria** | *De novo* lesion in native coronary artery $\geq 2.5$ to $\leq 3.5$ mm in diameter, lesion 15 to 30 mm in length and coverable with 2 stents | *De novo* lesion in native coronary artery $\geq 2.5$ to $\leq 3.5$ mm in diameter, lesion coverable by one 18 mm stent | *De novo* lesion in native coronary artery $\geq 3.0$ to $\leq 3.5$ mm diameter, lesion coverable by one 18 mm stent |
| **Antiplatelet Therapy** | Aspirin indefinitely, and ticlopidine or clopidogrel for 3 months | Aspirin indefinitely, and ticlopidine or clopidogrel for 2 months | Aspirin indefinitely, and ticlopidine or clopidogrel for 2 months |

9

BSC-SJA-0782

| Table 7-2: Principal Adverse Events Observed in Clinical Studies In-Hospital and Out-of-Hospital | | | | | |
|---|---|---|---|---|---|
| | SIRIUS Trial to 360 Days | | RAVEL Trial to 720 Days | | First-in-Man to 720 Days |
| | CYPHER Stent (N=533) | Control Stent (N=525) | CYPHER Stent (N=120) | Control Stent (N=118) | CYPHER Stent (N=30) |
| MACE[1] | | | | | |
| In-Hospital | 2.4% (13) | 1.5% (8) | 2.5% (3) | 2.5% (3) | 6.7% (2) |
| Out-of-Hospital | 6.0% (32) | 21.3% (112) | 7.5% (9) | 17.8% (21) | 3.3% (1) |
| Death | | | | | |
| In-Hospital | 0.2% (1) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 3.3% (1) |
| Out-of-Hospital | 1.1% (6) | 0.8% (4) | 5.0% (6) | 2.5% (3) | 0.0% (0) |
| Myocardial Infarction | | | | | |
| In-Hospital | 2.3% (12) | 1.5% (8) | 2.5% (3) | 2.5% (3) | 3.3% (1) |
| Out-of-Hospital | 0.8% (4) | 1.9% (10) | 1.7% (2) | 2.5% (3) | 0.0% (0) |
| Q-wave | | | | | |
| In-Hospital | 0.4% (2) | 0.0% (0) | 1.7% (2) | 0.8% (1) | 0.0% (0) |
| Out-of-Hospital | 0.4% (2) | 0.4% (2) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
| Non Q-wave | | | | | |
| In-Hospital | 1.9% (10) | 1.5% (8) | 0.8% (1) | 1.7% (2) | 3.3% (1) |
| Out-of-Hospital | 0.4% (2) | 1.5% (8) | 1.7% (2) | 2.5% (3) | 0.0% (0) |
| Emergent CABG | | | | | |
| In-Hospital | 0.0% (0) | 0.0% (0) | – | – | 0.0% (0) |
| Out-of-Hospital | 0.0% (0) | 0.0% (0) | – | – | 0.0% (0) |
| Target Lesion Revascularization (TLR) | | | | | |
| In-Hospital | 0.2% (1) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
| Out-of-Hospital | 4.7% (25) | 20.0% (105) | 2.5% (3) | 13.6% (16) | 3.3% (1) |
| TVR not Target Lesion | | | | | |
| In-Hospital | 0.0% (0) | 0.0% (0) | 0.8% (1) | 0.8% (1) | 3.3% (1) |
| Out-of-Hospital | 3.6% (19) | 6.7% (35) | 0.0% (0) | 1.7% (2) | 3.3% (1) |
| Target Vessel Failure[3] | | | | | |
| In-Hospital | 2.4% (13) | 1.5% (8) | 2.5% (3) | 2.5% (3) | 6.7% (2) |
| Out-of-Hospital to 270 days[3] | 6.6% (35) | 19.6% (102) | – | – | -- |
| Out-of-Hospital to 360/720 days | 7.5% (40) | 23.6% (124) | 3.3% (4) | 19.5% (23) | 3.3% (1) |
| Stent Thrombosis | | | | | |
| In-Hospital | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
| Out of Hospital | 0.2% (1) | 0.2% (1) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
| Sub-acute Closure | | | | | |
| In-Hospital | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
| Out-of-Hospital | 0.2% (1) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
| Late Thrombosis | | | | | |
| Out-of-Hospital | 0.2% (1) | 0.6% (3) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
| CVA | | | | | |
| In-Hospital | 0.2% (1) | 0.8% (4) | 0.0% (0) | 0.0% (0) | 3.3% (1) |
| Out-of-Hospital | 0.9% (5) | 1.3% (7) | 0.8% (1) | 0.0% (0) | 3.3% (1) |

[1] MACE is defined as Death, Q-wave or non Q-wave MI, Emergency CABG, or Target Lesion Revascularization.

[2] Target Vessel Failure is defined as Target Vessel Revascularization, MI or cardiac death that could not be clearly attributed to a vessel other than the target vessel.

[3] TVF at 270 days is the primary endpoint for the SIRIUS study.

Tabulated entries are represented as: percentage (number of patients with event).

In the SIRIUS trial, a subset of patients underwent intravascular ultrasound (IVUS) evaluation of the treated lesion immediately after treatment and as part of a scheduled angiographic evaluation at 8 months. In the RAVEL trial, a subset of patients underwent an IVUS study as part of the follow-up angiographic evaluation at 6 months, but there was no baseline IVUS evaluation. In both studies, patients who received the CYPHER Stent had a greater frequency of incomplete stent apposition at follow-up than patients who received the control stent (BX VELOCITY Stent, an uncoated 316L stainless steel stent). From the SIRIUS trial, it appeared that in about half of the cases, the incomplete stent apposition had not been observed immediately after stenting (late incomplete stent apposition). Late incomplete stent apposition was not observed in the control group. There were no clinical adverse events that were related to the occurrence of incomplete stent apposition. Frequencies of incomplete stent apposition are shown in Table 7-3.

| Table 7-3: Frequency of Incomplete Stent Apposition | | | | |
|---|---|---|---|---|
| | SIRIUS Trial | | RAVEL Trial | |
| | CYPHER Stent | Control Stent | CYPHER Stent | Control Stent |
| Incomplete Stent Apposition Rate at Follow up | 18% (18/101) | 9% (7/78) | 21% (10/41) | 4% (2/21) |
| Changes from Baseline | | | | |
| Healed | 10% (8/80) | 5% (3/61) | – | – |
| Preserved | 8% (6/80) | 10% (6/61) | – | – |
| Late Incomplete Stent Apposition | 9% (7/80) | 0% (0/61) | – | -- |

BSC-SJA-0783

7.2.    Potential Adverse Events

Adverse events (in alphabetical order) which may be associated with the implantation of a coronary stent in coronary arteries (including those listed in Table 7-2 and Table 7-3):

### 7.2.1.    Potential Adverse Events Associated with Coronary Stent Placement

- Allergic reaction
- Aneurysm
- Arrhythmias
- Cardiac tamponade
- Death
- Dissection
- Drug reactions to antiplatelet agents / anticoagulation agents / contrast media
- Emboli, distal (tissue, air, or thrombotic emboli)
- Embolization, stent
- Emergency CABG
- Failure to deliver the stent to the intended site
- Fever
- Fistularization
- Hemorrhage
- Hypotension/Hypertension
- Incomplete stent apposition
- Infection and pain at the intended site

- Myocardial Infarction
- Myocardial Ischemia
- Occlusion
- Prolonged angina
- Pseudoaneurysm
- Renal failure
- Restenosis of stented segment (greater than 50% obstruction)
- Rupture of native and bypass graft
- Stent compression
- Stent migration
- Stroke
- Thrombosis (acute, subacute, or late)
- Ventricular fibrillation
- Vessel spasm
- Vessel perforation

### 7.2.2.    Potential Adverse Events Related to Sirolimus (Following Oral Administration):

- Abnormal liver function tests
- Anemia
- Arthralgias
- Diarrhea
- Hypercholesterolemia
- Hypersensitivity, including anaphylactic/anaphylactoid type reactions
- Hypertriglyceridemia (see section 5.10)
- Hypokalemia
- Infections
- Interstitial lung disease
- Leukopenia
- Lymphoma and other malignancies
- Thrombocytopenia

## 8.    Clinical Studies

### 8.1.    Overview of Clinical Studies

The principal safety and efficacy evidence for the CYPHER Stent came from three clinical studies, the SIRIUS trial, the RAVEL trial, and the First-in-Man study. All three of those studies evaluated the performance of the CYPHER Stent in patients with symptomatic ischemic disease due to de novolesions in native coronary arteries. Major study characteristics are summarized below and in Table 8-1.

The SIRIUS and RAVEL trials were multi-center, double-blind, randomized clinical trials that compared the CYPHER Stent to a Control consisting of an uncoated 316L stainless steel stent (the BX VELOCITY Stent). Eligibility was based on visual estimates of vessel diameter and lesion length. Following treatment, patients were treated with aspirin indefinitely and with clopidogrel or ticlopidine for 2 or 3 months, depending on the study. The SIRIUS trial was a large study with a primary clinical endpoint of target vessel failure at 8 months. Angiographic follow-up was scheduled for a majority of patients at 8 months. The RAVEL trial was a smaller study with a primary angiographic endpoint of late loss at 6 months. Clinical follow-up through one year is available for both trials, and follow-up through five years is planned.

The First-in-Man study was a small, non-randomized, initial feasibility study that involved angiographic and clinical follow-up. Its primary value is that it provides the longest available follow-up information, through 2 years.

| Table 8-1: Clinical Study Comparison | | | |
|---|---|---|---|
| | SIRIUS Trial | RAVEL Trial | First-in-Man Study |
| Study Type | Pivotal Study | Supportive Study | Feasibility Study |
| | Multi-center (N=53), prospective, randomized | Multi-center (N=19), prospective, randomized | Multi-center (N=2) Non-randomized |
| Number of Patients | 1058 (533 CYPHER Stent, 525 Control) | 238 (120 CYPHER Stent, 118 Control) | 45 (30 CYPHER Stent, 15 other) |
| Lesion Criteria | De novolesion in native coronary artery ≥ 2.5 to ≤ 3.5 mm in diameter, lesion 15 to 30 mm in length and coverable with 2 stents | De novolesion in native coronary artery ≥ 2.5 to ≤ 3.5 mm in diameter, lesion coverable by one 18 mm stent | De novolesion in native coronary artery ≥ 3.0 to ≤ 3.5 mm diameter, lesion coverable by one 18 mm stent |
| Device Products Used | CYPHER Sirolimus-eluting Coronary Stent on RAPTOR Over-the-Wire Stent Delivery System | CYPHER Sirolimus-eluting Coronary Stent on RAPTORRAIL Rapid Exchange Stent Delivery System | CYPHER Sirolimus-eluting Coronary Stent on RAPTOR Over-the-Wire Stent Delivery System |
| Antiplatelet Therapy | Aspirin indefinitely, and Ticlopidine or Clopidogrel for 3 months | Aspirin indefinitely, and Ticlopidine or Clopidogrel for 2 months | Aspirin indefinitely, and Ticlopidine or Clopidogrel for 2 months |
| Follow-up | 8 months angiographic 9 months clinic 1, 3, 6, 12 months and 2, 3, 4, and 5 years telephone F/U | 6 months angiographic 1 and 8 month clinic 12 months and 2, 3, 4, and 5 years telephone F/U | Brazil: 4, 12, 24 months angio & IVUS The Netherlands: 6 & 18 months angio & IVUS and 24 months clinical F/U |

11

**8.2.** **SIRIUS Trial [Pivotal Study]**

Purpose: The purpose of the trial was to evaluate the safety and effectiveness of the CYPHER Stent in reducing target vessel failure in *de novo* native coronary artery lesions.

Conclusions: In selected patients, use of the CYPHER Stent significantly reduced the rate of target vessel failure (TVF) at 9 months compared to the Control (BX VELOCITY Stent, an uncoated 316L stainless steel stent). Angiographic lesion characteristics at 8 months were also significantly improved.

Design: This was a multi-center, prospective, randomized, double-blind trial conducted at 53 sites in the U.S. The primary efficacy endpoint was pre-specified to be TVF at 9 months, defined as cardiac death, myocardial infarction, or target vessel revascularization. To be eligible, a patient was required to have a *de novo* ischemia lesion of length 15 mm to 30 mm in a native coronary artery of diameter 2.5 mm to 3.5 mm (using visual estimates). Patients could be treated with up to two overlapping stents to cover the lesion.

Patients were randomized with equal probability to receive either the CYPHER Stent or the Control. A total of 1101 patients were randomized, and 1058 patients were included in the study results; 533 with CYPHER Stent and 525 with Control. A subset of 828 was pre-assigned to have angiographic follow-up at 8 months. After the procedure, patients were treated with aspirin indefinitely and with clopidogrel or ticlopidine for 3 months.

Clinical follow-up through the 12-month period (± 2 weeks) endpoint was available on 1027 patients. Angiographic follow-up was obtained on 703 patients. A total of 269 patients had both baseline and follow-up IVUS studies. Clinical follow-up currently is available through one year.

Demography: Baseline characteristics were similar for both treatment arms; factors evaluated included age (mean 62 years), gender (29% female), race (90% Caucasian, 4.3% African American, 3.4% Hispanic, 1.7% Asian, and approximately 0.6% other), diabetes (26%), prior MI (31%), hypertension (69%), hyperlipidemia (74%), ejection fraction (mean 54%), CSS Angina Class (44% III or IV), and IIb/IIIa inhibitor use (50%), LAD (44%), LCX (25%), RCA (31%), reference vessel diameter (mean 2.8 mm), minimum lumen diameter (mean 0.97 mm), percent diameter stenosis (mean 65%), and lesion length (mean 14.4 mm). The overall fraction with a smoking history was 23%, but it was slightly lower in the CYPHER Stent arm (20%) than in the control arm (26%); smoking history was not found to be a significant predictor of outcome in the trial.

Methods: Baseline clinical and angiographic data were collected on standardized case report forms by clinical coordinators at the clinical sites. Angiographic and IVUS outcomes were assessed in a blinded fashion by quantitative analysis at designated central laboratories. An independent Clinical Events Committee adjudicated clinical events, and the trial was monitored by an independent Data and Safety Monitoring Committee.

Results: In selected patients, elective CYPHER Stent placement in native coronary *de novo* lesions resulted in a reduction in the incidence of TVF at 9 months compared to Control (8.6% vs. 21.0%, p < 0.001). By follow-up angiography at 8 months, there was significantly lower in-stent late loss (0.17 mm vs. 1.00 mm, p < 0.001) and mean in-lesion % diameter stenosis was significantly reduced (33.8% vs. 43.2%, p < 0.001). There was no evidence of an edge-effect 5 mm proximal or distal to the stent. Examination by IVUS at 8 months showed that neointimal hyperplasia (NIH) volume was significantly reduced in the CYPHER Stent arm (4.4 mm³ vs. 57.6 mm³, p < 0.001), but there was a higher rate of incomplete stent apposition (18% vs. 6%, p = 0.13). There were no clinical events related to the occurrence of incomplete stent apposition. Clinical outcomes through 12 months were consistent with the 9 month outcomes. Twenty-eight percent (30%) of the patients in the CYPHER Stent arm of the SIRIUS trial received 2 or more (overlapping) stents. The incidence of major adverse cardiac events in these patients was statistically lower than the patients who received an uncoated stent.

Table 8-2 summarizes the principal effectiveness and safety results of the SIRIUS Trial through 360 days. Figure 8-1 provides the cumulative TVF rates through 360 days.

12

BSC-SJA-0785

| Effectiveness Measures | CYPHER Stent [N=533 Patients N=533 Lesions] | Control [N=525 Patients N=531 Lesions] | Difference [95% CI] | P-Value |
|---|---|---|---|---|
| Device Success* | 97.9% (522/533) | 96.7% (534/531) | -0.7% [-2.3, 0.8] | 0.477 |
| Procedure Success* | 97.4% (519/533) | 98.5% (517/524) | -1.1% [-2.8%, 0.6%] | 0.281 |
| **Post-Procedure MLD (mm)** | | | | |
| In-Stent | 2.67 ± 0.40 (526) | 2.68 ± 0.42 (526) | 0.00 [-0.05, 0.05] | 0.885 |
| In-Lesion | 2.38 ± 0.45 (530) | 2.40 ± 0.48 (529) | 0.01 [-0.07, 0.04] | 0.543 |
| **Post-Procedure % DS** | | | | |
| In-Stent | 5.4% ± 8.2% (529) | 6.0% ± 7.9% (528) | -0.6% [-1.6%, 0.4%] | 0.229 |
| In-Lesion | 16.1% ± 9.7% (530) | 16.2% ± 8.5% (529) | -0.1% [-1.2%, 1.0%] | 0.792 |
| **Eight-Month Follow-up MLD (mm)** | | | | |
| In-Stent | 2.50 ± 0.58 (349) | 1.68 ± 0.79 (353) | 0.82 [0.71, 0.92] | <0.001 |
| In-Lesion | 2.15 ± 0.61 (350) | 1.60 ± 0.72 (353) | 0.55 [0.45, 0.65] | <0.001 |
| **Eight-Month Follow-up % DS** | | | | |
| In-Stent | 10.4% ± 16.5% (349) | 40.1% ± 25.5% (353) | -29.7% [-32.8%, -26.5%] | <0.001 |
| In-Lesion | 23.6% ± 16.4% (350) | 43.2% ± 22.4% (353) | -19.7% [-22.6%, -16.8%] | <0.001 |
| **Eight-Month Late Loss (mm)** | | | | |
| In-Stent | 0.17 ± 0.44 (347) | 1.00 ± 0.70 (350) | -0.83 [-0.92, -0.74] | <0.001 |
| In-Lesion | 0.24 ± 0.47 (348) | 0.81 ± 0.67 (350) | -0.57 [-0.66, -0.44] | <0.001 |
| **Eight-Month Binary Restenosis** | | | | |
| In-Stent | 3.2% (11/349) | 35.4% (125/353) | -32.3% [-37.6%, -26.9%] | <0.001 |
| In-Lesion | 8.9% (31/350) | 38.3% (128/353) | -27.4% [-33.2%, -21.6%] | <0.001 |
| Eight-Month Minimal Lumen Area (mm²) | 5.4 ± 2.1 (101) | 3.9 ± 1.9 (75) | 1.5 [0.9, 2.1] | <0.001 |
| Eight-Month NIH Volume (mm³) | 4.4 ± 6.5 (91) | 57.6 ± 32.7 (45) | -53.2 [-62.5, -43.9] | <0.001 |
| TVF to 9 Months (Primary Endpoint)* | 8.8% (47/533) | 21.0% (110/525) | -12.1% [-16.4%, -7.9%] | <0.001 |
| **Clinical Endpoints to 270 Days** | | | | |
| TLR-Free† | 95.8% | 83.2% | 12.6% [9.5%, 16.7%] | <0.001 |
| TVR-Free† | 93.5% | 81.1% | 12.4% [8.0%, 16.8%] | <0.001 |
| TVF-Free† | 91.1% | 78.9% | 12.2% [7.5%, 16.8%] | <0.001 |
| MACE-Free† | 92.8% | 81.0% | 11.8% [7.4%, 16.3%] | <0.001 |
| **Clinical Endpoints to 360 Days** | | | | |
| TLR-Free† | 95.0% | 79.5% | 15.5% [11.4%, 19.7%] | <0.001 |
| TVR-Free† | 92.7% | 76.9% | 15.9% [11.4%, 20.1%] | <0.001 |
| TVF-Free† | 90.1% | 74.9% | 15.2% [10.6%, 19.9%] | <0.001 |
| MACE-Free† | 91.7% | 77.4% | 14.2% [9.8%, 18.7%] | <0.001 |
| **Safety Measures** | | | | |
| In-Hospital MACE* | 2.4% (13/533) | 1.5% (8/525) | 0.9% [-0.6%, 2.5%] | 0.379 |
| Out-of-Hospital MACE to 270 days* | 4.9% (26/533) | 17.7% (35/525) | -12.8% [-18.6%, -9.1%] | <0.001 |
| Out-of-Hospital MACE to 300 days* | 6.0% (32/533) | 21.3% (112/525) | -15.3% [-18.4%, -11.3%] | <0.001 |
| MACE to 270 days* | 7.1% (38/533) | 18.9% (99/525) | -11.7% [-15.7%, -7.7%] | <0.001 |
| MACE to 360 days* | 8.3% (44/533) | 22.9% (117/525) | -14.6% [-18.5%, -9.8%] | <0.001 |
| TVF to 270 days (Primary endpoint)* | 8.8% (47/533) | 21.0% (110/525) | -12.2% [-18.4%, -7.9%] | <0.001 |
| TVF to 360 days* | 9.8% (52/533) | 24.8% (130/525) | -15.0% [-19.8%, -10.5%] | <0.001 |
| Stent Thrombosis to 30 days | 0.2% (1/533) | 0.2% (1/525) | 0.0% [-0.5%, 0.5%] | 1.000 |
| Late Thrombosis to 360 days | 0.2% (1/533) | 0.8% (3/525) | -0.4% [-1.1%, 0.4%] | 0.371 |
| Subacute Closure | 0.2% (1/533) | 0.0% (0/525) | 0.2% [-0.2%, 0.6%] | 1.000 |
| Cerebrovascular Accident (CVA) to 360 days | 1.1% (6/533) | 2.1% (11/525) | -1.0% [-2.5%, 0.5%] | 0.231 |
| Major Bleeding Complications | 3.6% (19/533) | 3.4% (18/525) | 0.1% [-2.1%, 2.3%] | 1.090 |
| Major (Hemorrhagic) Vascular Complications | 1.5% (8/533) | 2.3% (12/525) | -0.8% [-2.4%, 0.9%] | 0.376 |
| Hematological Dyscrasia to 360 days | 0.6% (3/533) | 0.8% (4/525) | -0.2% [-1.2%, 0.8%] | 0.724 |

Numbers are % (counts/sample size) or Mean ± SD.

Relative Risk = Stratified BX VELOCITY Stent

CI = RR-exp(±1.96·SE)

All event data were adjudicated by the Independent Clinical Events Committee (CEC). All QCA data were assessed by the Angiographic Core Laboratory. All IVUS data were assessed by the IVUS Core Laboratory.

Device Success (Lesion-Based) – Achievement of a final residual diameter stenosis of <50% (by QCA) using the assigned device only (if QCA was not available, the visual estimate of diameter stenosis was used).

Procedure Success (Lesion Based) – Achievement of a final diameter stenosis of <50% (by QCA) using any percutaneous method, without the occurrence of death, Q-wave or WHO-defined non Q-wave MI, or repeat revascularization of the target lesion during the hospital stay (if QCA was not available, the visual estimate of diameter stenosis was used).

MLD = Minimum Lumen Diameter

DS = Diameter Stenosis

In-Lesion (Within Segment) – In-lesion measurement was defined as the measurements either within the stented segment or within 5 mm proximal or distal to the stented edges.

In-Stent (Within Stent) – In-stent measurement was defined as the measurement within the stented segment.

NIH = Neointimal Hyperplasia

* Events rates in this table included the WHO definition of non Q-wave MI.

WHO-defined non Q-wave MI – Elevation of post-procedure CK levels to >2 times normal with elevated CKMB in the absence of new pathological Q-waves.

† The following survival estimates are by Kaplan-Meier Methods with standard error estimates by Peto formula:

   TLR-Free – No target lesion revascularization.

   TVR-Free – No target vessel revascularization.

   TVF-Free – No cardiac death, Q-wave or WHO-defined non Q-wave MI, or target vessel revascularization.

   MACE-Free – No death, Q-wave or WHO-defined non Q-wave MI, or target vessel revascularization.

Major Adverse Cardiac Events (MACE) – A composite endpoint composed of cardiac death, Q-wave or WHO-defined non Q-wave MI, or target vessel revascularization.

Target Vessel Failure (TVF) – A composite endpoint comprised of cardiac death, Q-wave or WHO-defined non Q-wave MI, or target vessel revascularization.

Stent Thrombosis – A 30-day endpoint including subacute closure or unexplained death or Q-wave MI.

Late Thrombosis – Myocardial infarction occurring >30 days after the index procedure and attributable to the target vessel with angiographic documentation (site-reported or by CCA) of thrombus or total occlusion at the target site and freedom from an interim revascularization of the target vessel.

Subacute (Subabrupt) Closure – Abrupt closure that occurred after the index procedure was completed (and the patient left the catheterization laboratory) and before the 30-day follow-up endpoint.

Cerebrovascular Accident (CVA) – Sudden onset of vertigo, numbness, aphasia, or dysarthria due to vascular lesions of the brain such as hemorrhage, embolism, thrombosis, or rupturing aneurysm, that persisted >24 hours.

Major Bleeding Complications – Bleeding requiring transfusion or associated with hemoglobin drop > 5.0 g/dL.

Major (Hemorrhagic) Vascular Complications – Hematoma of excess site >5 cm; false aneurysm; AV fistula; retroperitoneal bleed; peripheral ischemia/nerve injury; any transfusion required was reported as a vascular complication unless clinical indication clearly other than catheterization complication; and vascular surgical repair.

‡ SAS is a trademark of SAS Institute, Inc.

13

BSC-SJA-0786



**Figure B-1**
Kaplan-Meier Graph and Life Table to 360 Days
SIRIUS Cumulative Percentage of Target Vessel Failure

Error Bars Indicate 1.5 Standard Error

| | | Time after initial procedure (days) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 7 | 14 | 30 | 60 | 90 | 120 | 150 | 180 | 210 | 240 | 270 | 360 |
| **Strollmus-Cluting BX VELOCITY™** | | | | | | | | | | | | | |
| # Entered | 523 | 530 | 519 | 519 | 517 | 514 | 509 | 505 | 499 | 496 | 490 | 481 | 474 |
| # Censored | 0 | 1 | 0 | 6 | 3 | 2 | 1 | 1 | 1 | 5 | 1 | 5 | 20 |
| # Incomplete | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| # at risk | 533.0 | 629.5 | 619.0 | 516.0 | 515.5 | 513.0 | 508.5 | 504.5 | 498.5 | 495.5 | 489.5 | 480.5 | 464.0 |
| # Events | 3 | 10 | 0 | 2 | 6 | 3 | 3 | 5 | 2 | 5 | 8 | 6 | 5 |
| # Events/Month | | 42.9 | 0.0 | 3.8 | 6.0 | 3.0 | 3.0 | 5.0 | 2.0 | 5.0 | 8.0 | 6.0 | 1.7 |
| % with Events | 0.6% | 2.4% | 2.4% | 2.8% | 2.5% | 3.4% | 4.0% | 4.9% | 5.3% | 6.2% | 7.6% | 9.9% | 9.9% |
| SE | 0.3% | 0.7% | 0.7% | 0.7% | 0.7% | 0.8% | 0.9% | 0.9% | 1.0% | 1.1% | 1.2% | 1.2% | 1.3% |
| **Bx VELOCITY™** | | | | | | | | | | | | | |
| # Entered | 525 | 525 | 515 | 515 | 513 | 507 | 499 | 476 | 468 | 460 | 450 | 432 | 408 |
| # Censored | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 1 | 2 | 0 | 2 | 19 |
| # Incomplete | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| # at risk | 525.0 | 520.0 | 515.0 | 514.0 | 513.0 | 507.0 | 497.0 | 475.0 | 467.5 | 459.0 | 450.0 | 430.0 | 396.5 |
| # Events | 0 | 10 | 0 | 2 | 6 | 8 | 20 | 7 | 7 | 8 | 11 | 31 | 29 |
| # Events/Month | | 42.9 | 0.0 | 3.8 | 6.0 | 8.0 | 20.0 | 7.0 | 7.0 | 8.0 | 11.0 | 31.0 | 8.7 |
| % with Events | 0.0% | 1.9% | 1.9% | 2.3% | 3.4% | 5.0% | 8.8% | 10.1% | 11.5% | 13.0% | 15.1% | 21.1% | 26.1% |
| SE | 0.0% | 0.6% | 0.6% | 0.7% | 0.8% | 1.0% | 1.3% | 1.4% | 1.4% | 1.5% | 1.6% | 1.8% | 2.0% |

**Tests Between Groups**

| Test | Chi-Square(Deg Frdm) | P-value |
|---|---|---|
| Log-Rank | 40.01 | 1 | <0.001 |
| Wilcoxon | 38.29 | 1 | <0.001 |

Standard error estimates by Peto formula.

B.3.   RAVEL Trial

**Purpose:** The purpose of the trial was to evaluate the safety and effectiveness of the CYPHER Stent for reducing late loss in *de novo* native coronary artery lesions.

**Conclusions:** In selected patients, use of the CYPHER Stent significantly reduced the rate of in-stent late loss at 6 months compared to the Control (BX VELOCITY, an uncoated 316L stainless steel stent). Clinical outcomes at 24 months were also significantly improved.

**Design:** This was a multi-center, prospective, randomized, double-blind trial conducted at 19 sites in Europe, Brazil and Mexico. The primary efficacy endpoint was pre-specified to be in-stent late loss at 6 months. To be eligible a patient was required to have a *de novo* ischemic lesion of a length that could be covered by a single 18 mm stent in a native coronary artery of diameter 2.5 mm to 3.5 mm (using visual estimates).

Patients were randomized with equal probability to receive either the CYPHER Stent or the Control stent. A total of 238 patients were randomized; 120 to CYPHER Stent and 118 to Control. After the procedure patients were treated with aspirin indefinitely and with clopidogrel or ticlopidine for 2 months.

Angiographic follow-up at 6 months was obtained on 257 patients. IVUS follow-up (but without baseline studies) was obtained on 110 patients. Clinical follow-up is currently available through 2 years (± 1 month) in 90% of patients.

**Demography:** Baseline characteristics were similar for both treatment arms; factors evaluated included age (mean 61 years), diabetes (18%), prior MI (38%), hypertension (48%), hyperlipidemia (52%), current smoking (30%), CCS Angina Class (12% III or IV), IIb/IIIa inhibitor use (10%), LAD (50%), LCX (23%), RCA (27%), reference vessel diameter (mean 2.6 mm), minimum lumen diameter (mean 0.95 mm), percent diameter stenosis (mean 64%), and lesion length (mean 9.6 mm). Overall 24% were female, but there were more women in the CYPHER Stent arm (30%) than in the Control arm (19%); gender was not a significant predictor of outcome in the trial.

**Methods:** Baseline clinical and angiographic data were collected on standardized case report forms by clinical coordinators at the clinical sites. Angiographic and IVUS outcomes were assessed in a blinded fashion by quantitative analysis at designated central laboratories. An independent review committee adjudicated clinical events, and the trial was monitored by an independent Data and Safety Monitoring Committee.

14

BSC-SJA-0787

Results; in selected patients, elective CYPHER Stent placement in native coronary *de novo* lesions resulted in significantly lower in-stent late loss at 6 months compared to control (-0.01 mm vs. 0.80 mm, p < 0.001), and the mean in-lesion % diameter stenosis also was significantly reduced (25.3% vs. 35.7%, p < 0.001). There was no evidence of an edge-effect 5 mm proximal or distal to the stent. Examination by IVUS at 6 months showed that neointima volume was significantly reduced in the CYPHER Stent arm (1.5 mm³vs. 34.3 mm³, p < 0.001), but there was a higher rate of incomplete stent apposition (21% vs. 4%, p = 0.028). The rate of target vessel failure by 1 year was lower (4% vs. 20%,p < .001).

Table 6-3 summarizes the principal effectiveness and safety results of the RAVEL Trial to 720 days. Figure 6-2 provides the cumulative TVF rates to 720 days.

| Table 6-3: RAVEL Principal Effectiveness and Safety Results (to 720 days)<br>All Patients Treated (N=238) | | | | |
|---|---|---|---|---|
| Effectiveness<br>Measures | CYPHER Stent<br>(N=120) | Control<br>(N=118) | Difference<br>[95% CI] | P-value |
| Procedure Success | 96.7% (116/120) | 93.1% (108/116) | 3.6% [-2.1%, 9.2%] | 0.246 |
| Binary Restenosis Rate | 0.0% (0/109) | 26.6% (29/100) | -26.6% [-34.9%, -18.3%] | <0.001 |
| | | | | |
| Post-procedure MLD (mm) | | | | |
| In-stent | 2.43 ± 0.41 (N=120) | 2.41 ± 0.40 (N- 116) | 0.01 [-0.09, 0.12] | 0.705 |
| In-lesion | 1.97 ± 0.40 (N=120) | 2.01 ± 0.44 (N=116) | -0.04 [-0.14, 0.07] | 0.485 |
| | | | | |
| Post-procedure % DS | | | | |
| In-stent | 11.9 ± 5.9 (N=120) | 14.0 ± 6.6 (N=116) | -2.1 [-3.7, -0.5] | 0.012 |
| In-lesion | 24.5 ± 8.6 (N=120) | 24.7 ± 10.7 (N=116) | -0.2 [-2.7, 2.2] | 0.855 |
| | | | | |
| 6 month f/u MLD (mm) | | | | |
| In-stent | 2.42 ± 0.49 (N=107) | 1.64 ± 0.59 (N=100) | 0.78 [0.64, 0.93] | <0.001 |
| In-lesion | 2.01 ± 0.47 (N=108) | 1.57 ± 0.53 (N= 100) | 0.45 [0.31, 0.59] | <0.001 |
| | | | | |
| 6 month f/u % DS | | | | |
| In-stent | 14.7 ± 6.9 (N=107) | 36.7 ± 18.0 (N= 100) | -22.0 [-25.6, -18.4] | <0.001 |
| In-lesion | 25.3 ± 9.6 (N=107) | 35.7 ± 16.8 (N=100) | -13.5 [-17.1, -9.8] | <0.001 |
| | | | | |
| 6 month f/u | | | | |
| Late loss (mm) | -0.01 ± 0.33 (N=109) | 0.80 ± 0.53 (N=108) | -0.81 [-0.93, -0.70] | <0.001 |
| Volume obstruction in-stent (mm) | 1.1 ± 2.5 (N=56) | 26.1 ± 20.2 (N=54) | -25.0 [-30.3, -19.7] | <0.001 |
| | | | | |
| TLR-Free to 720 days* | 97.4% | 86.2% | 11.2% [3.7%, 18.7%] | 0.001 |
| TVR-Free to 720 days* | 95.6% | 83.6% | 13.0% [4.9%, 21.1%] | <0.001 |
| TVF-Free to 720 days* | 94.1% | 78.7% | 15.4% [6.2%, 24.6%] | <0.001 |
| MACE-Free to 720 days* | 89.9% | 80.4% | 9.5% [0.0%, 19.2%] | 0.002 |
| | | | | |
| Safety Measures | | | | |
| MACE In-Hospital | 2.5% (3/120) | 2.5% (3/118) | 0.0% [-4.0%, 3.6%] | 1.000 |
| MACE out-of-Hospital to 720 days | 7.5% (9/120) | 17.8% (21/118) | -10.3% [-18.7%, -1.8%] | 0.019 |
| MACE to 720 days | 10.0% (12/120) | 18.5% (23/118) | -9.5% [-18.4%, -0.6%] | 0.045 |
| | | | | |
| Sub-acute Occlusion | 0.0% (0/120) | 0.0% (0/118) | 0.0% [—, —] | -- |
| Stent Thrombosis | 0.0% (0/120) | 0.0% (0/118) | 0.0% [—, —] | -- |
| Late Thrombosis | 0.0% (0/120) | 0.0% (0/118) | 0.0% [—, —] | -- |
| | | | | |
| CVA to 720 days | 0.8% (1/120) | 0.0% (0/118) | 0.8% [-0.8%, 2.5%] | 1.000 |
| Major Bleeding Complications<br>to 720 days | 0.8% (1/120) | 3.4% (4/118) | -2.6% [-6.2%, 1.1%] | 0.211 |

Numbers are % (counts/available field sample size) or mean ± 1 standard deviation.
CI = Confidence Interval                              CI = Diff ± 1.96 • SE
SD = Standard Deviation                              SE = sqrt [p1•q1/n1 + p2•q2/n2]
Procedure success = Successful implantation of study device, attainment of < 50% diameter stenosis by angiographic corelab. Quantitative Coronary Angiography (QCA) determination, and freedom from in-hospital MACE.
% DS - Percent diameter stenosis - value calculated as 100-(100•MLD/RVD) using the mean values from two orthogonal views (when possible) by Quantitative Coronary Angiography (QCA). A 100% DS was imputed for total occlusions if no RVD values were available.
Restenosis Rate – Percent lesions with a follow-up percent diameter stenosis is ≥ 50%.
* The following survival estimates are by Kaplan-Meier methods.  Standard Error estimates from Pelo formula.
    TLR–Free – No target lesion revascularization
    TVR–Free – No target vessel revascularization
    TVF–Free – No cardiac death, target vessel related myocardial infarction or target vessel revascularization
    MACE–Free - No death, myocardial infarction, target lesion CABG or target lesion Re-PTCA
In-Hospital MACE – Death, myocardial infarction (Q-wave and non Q-wave), target lesion CABG or target lesion revascularization prior to hospital discharge as determined by the Independent Clinical Events Committee.
Out-of-Hospital MACE - Death, myocardial infarction (Q wave and non Q-wave), target lesion CABG or target lesion revascularization after hospital discharge through the 720 days contact as determined by the Independent Clinical Events Committee.
Late loss - Difference MLD after device – MLD at follow-up.
MACE – Major Adverse Cardiac Events: death, myocardial infarction (Q-wave and non Q-wave), target lesion CABG or target lesion revascularization.
Major Bleeding Events – Any intracranial bleeding, cardiac tamponade, bleeding events associated with a decrease in hemoglobin > 5.0 gM/L, transfusion or surgical repair.
MI – Myocardial Infarction: Necrosis of the myocardium, as a result of interruption of the blood supply to the area as in coronary thrombosis.  For this study, myocardial infarction was categorized in Q-wave and non Q-wave.
Sub-acute occlusion – New reduced (TIMI 0 or 1) flow at the target vessel as a result of mechanical obstruction, such as dissection or luminal thrombus, occurring after completion of the index procedure but within thirty days of stent deployment.
Stent Thrombosis – Complete thirty-day ischemic endpoint including death, Q-wave MI or subabrupt closure requiring revascularization.
Late Thrombosis – Late Thrombosis was myocardial infarction attributable to the target vessel with angiographic documentation (site-reported or by QCA) of thrombus or total occlusion at > 30 days after the index procedure in the absence of an intervening revascularization of the target vessel.
MLD –mean minimal luminal diameter (mm) from two orthogonal views using Quantitative Coronary Angiography (QCA).
RVD – Reference Vessel Diameter: Average of normal segments proximal and distal to the target lesion from two orthogonal views (when available) using QCA.
TL = Target Lesion
TV = Target Vessel
CVA = Cerebrovascular Accident: Cerebral hemorrhage, thrombosis, or embolism leading to neurological deficit.

15

BSC-SJA-0788



**Figure 8-2**
Kaplan-Meier Graph and Life Table to 720 Days
RAVEL Cumulative Percentage of Target Vessel Failure

Error Bars Indicate ± 1.5 Standard Error
Standard Error based on the Peto formula

**Target Vessel Failure Life Table Analysis: All Patients Treated (N=238)**

| Interval ending day | 0 | 2 | 7 | 30 | 60 | 120 | 180 | 240 | 300 | 360 | 420 | 480 | 540 | 600 | 660 | 720 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sirolimus-eluting Bx VELOCITY™ (N=120)** | | | | | | | | | | | | | | | | |
| # Entered | 120 | 120 | 117 | 117 | 117 | 117 | 117 | 116 | 116 | 115 | 113 | 111 | 110 | 108 | 108 | 101 |
| # Censored | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 4 | 21 | |
| # At risk | 120 | 120 | 117 | 117 | 117 | 117 | 117 | 116 | 116 | 114 | 112 | 111 | 109 | 107 | 104 | 91 |
| # Events | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 |
| # Events / Month | 0 | 45.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.5 | 0.0 | 0.5 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.5 | 0.0 |
| % with Events | 0.0 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 3.3 | 3.3 | 4.2 | 4.2 | 4.2 | 5.0 | 5.0 | 5.0 | 5.9 | 5.9 |
| Std. Err. (%) | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.6 |
| **Bx VELOCITY™ (N=118)** | | | | | | | | | | | | | | | | |
| # Entered | 118 | 118 | 115 | 115 | 115 | 115 | 109 | 105 | 96 | 93 | 92 | 88 | 88 | 86 | 85 | 65 |
| # Censored | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 4 | 0 | 1 | 0 | 0 | 17 |
| # At risk | 118 | 118 | 115 | 115 | 115 | 115 | 109 | 105 | 106 | 93 | 90 | 88 | 88 | 86 | 85 | 77 |
| # Events | 0 | 3 | 0 | 0 | 0 | 6 | 4 | 8 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| # Events / Month | 0 | 45.0 | 0.0 | 0.0 | 0.0 | 3.0 | 2.0 | 4.5 | 0.5 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 |
| % with Events | 0.0 | 2.5 | 2.5 | 2.5 | 2.5 | 7.6 | 11.0 | 18.6 | 19.6 | 19.6 | 19.6 | 19.6 | 21.3 | 21.3 | 21.3 | 21.3 |
| Std. Err. (%) | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 0.7 | 1.0 | 1.7 | 1.8 | 1.8 | 1.9 | 1.9 | 2.1 | 2.1 | 2.1 | 2.3 |

**Survival Curves Comparison**

| | Log-Rank P-value | Wilcoxon P-Value |
|---|---|---|
| Life-Table Analysis | <0.001 | <0.001 |
| Kaplan-Meier Analysis | <0.001 | <0.001 |

Standard error estimates from Peto formula

16

BSC-SJA-0789

8.4.    First-in-Man Study

Purpose: The purpose of this early feasibility study was to evaluate the performance of the CYPHER Stent and an alternate formulation sirolimus-eluting stent in de novo native coronary artery lesions. This study provides the longest follow-up experience available.

Conclusions: In selected patients, use of the CYPHER Stent provided favorable IVUS, angiographic and clinical results through 24 months of follow-up.

Design: This was a non-randomized, open-label study conducted at two sites, one in The Netherlands and one in Brazil. To be eligible, a patient was required to have a de novo ischemic lesion of a length that could be covered by a single 18 mm stent in a native coronary artery of diameter 3.0 mm to 3.5 mm (using visual estimates). A total of 45 patients were treated, of which 30 received the CYPHER Stent and 15 received an alternative formulation sirolimus-eluting stent. After the procedure, patients were treated with aspirin indefinitely and with clopidogrel for 2 months. Angiographic follow up was performed at 4, 12 and 24 months, or at 6 and 18 months, depending on the site. Angiographic follow up is available for 24 patients, and IVUS follow-up is available for 15 patients. Clinical follow-up is available through 2 years.

Demography: Patients had a mean age of 58 years, there were 36% females, and 13% had diabetes. 51% of the lesions treated were in LAD, 22% were in the LCX, 27% were in the RCA, mean reference vessel diameter was 2.9 mm, mean minimum lumen diameter was 0.95 mm, mean percent diameter stenosis was 67%, and 27% of patients had a lesion length < 10 mm and 73% of patients had a lesion length between 10 and 18 mm. Note: IIb/IIIa inhibitor usage was not monitored during this study.

Methods: Baseline clinical and angiographic data were collected on standardized case report forms. Angiographic and IVUS outcomes were assessed by quantitative analysis at designated central laboratories. An independent Clinical Events Committee adjudicated clinical events.

Results: At 18 to 24 months following elective CYPHER Stent placement in native coronary de novo lesions, in-stent mean % diameter stenosis ranged from 1.4% to 3.2%, and mean in-stent late loss ranged from -0.09 mm to 0.20 mm. Mean obstructive volume by IVUS ranged from 2.3% to 7.5%. The overall MACE rate at 24 months was 10%.

| Table 8-4: First-in-Man: Effectiveness and Safety Results<br>All Patients Treated with CYPHER Stent ||
|---|---|
| Effectiveness Measures | CYPHER Stent (N=30 Patients, N=30 Lesions) |
| Procedure Success (QCA) | 100.0% (30/30) |
| % Diameter Stenosis | |
|   18 Months (The Netherlands) | 3.2% ± 13.1% (10) |
|   24 Months (Brazil) | 1.4% ± 5.9% (14) |
| In-Stent Late Loss (mm) | |
|   18 Months (The Netherlands) | 0.20 ± 0.24 (10) |
|   24 Months (Brazil) | 0.09 ± 0.24 (14) |
| Obstruction Volume (%) | |
|   18 Months (The Netherlands) | 2.3% ± 2.1% (7) |
|   24 Months (Brazil) | 7.5% ± 7.3% (8) |
| 24-month Target Lesion Revascularization (TLR) | 3.3% (1/30) |
| Safety Measures | |
| In-Hospital MACE Events | 6.7% (2/30) |
| Out-of-Hospital MACE Events to 24 months | 3.3% (1/30) |
| Combined (In and Out-of-Hospital) MACE to 24 months | 10.0% (3/30) |

Numbers are % (counts available field sample size) or Mean ± Standard Deviation.
Procedure Success – The attainment of a final in-stent diameter stenosis of <50% (by QCA) in the absence of death, emergent CABG, Myocardial Infarction, or TLR prior to hospital discharge.
QCA – Quantitative Coronary Angiography by Corelab
MACE is a composite endpoint comprised of deaths, WHO-defined non Q-wave myocardial infarction, Q-wave myocardial infarction, or target lesion revascularization.

9.    Individualization of Treatment
See also Precautions – 5.5 Use in Special Populations and Precautions – 5.6 Lesion/Vessel Characteristics.

The risks and benefits described above should be considered carefully for each patient before use of the CYPHER Stent. Patient selection factors to be assessed should include a judgment regarding the risk of prolonged anticoagulation. Stenting is generally avoided in those patients at heightened risk of bleeding (e.g., those patients with recently active gastritis or peptic ulcer disease, see Section 3 – Contraindications).

Premorbid conditions that increase the risk of a poor initial result and the risks of emergency referral for bypass surgery (diabetes mellitus, renal failure, and severe obesity) should be reviewed. The relation of baseline and procedural variables to Major Adverse Cardiac Events (MACE) was examined. Multivariable modeling suggested that treatment assignment remained an independent predictor of clinical and angiographic outcomes even after adjusting for other baseline and procedural confounding variables.

10.    Patient Counseling Information
Physicians should consider the following in counseling patient about this product:
*    Discuss the risks associated with stent placement
*    Discuss the risks associated with a sirolimus-eluting implant
*    Discuss the risks/benefits issues for this particular patient
*    Discuss alteration to current lifestyle immediately following the procedure and over the long term.

11.    How Supplied
STERILE: This device is sterilized with ethylene oxide gas and is nonpyrogenic. Do not use if the package is opened or damaged. For one use only. Do not resterilize.

CONTENTS: One (1) CYPHER Sirolimus-eluting Coronary Stent on RAPTOR Over-the-Wire Delivery System or RAPTORRAIL Rapid Exchange Delivery System.

STORAGE: Store in a cool, dark, dry place. Store at 25°C (77°F); excursions permitted to 15-30°C (59 – 86°F).

17

12. **Operator's Manual (Combined OTW and RX)**

12.1. **Access to Package Holding Sterile Stent Delivery System**
Tear open the foil pouch to remove the product that is packaged in a coiled hoop and tray. Pass or drop the product into the sterile field using an aseptic technique.

12.2. **Inspection Prior to Use**
Before opening, carefully inspect the stent delivery system package, and check for damage to the sterile barrier. Prior to using the device, carefully remove the system from the package and inspect it for bends, kinks, and other damage. Do not use the device if any damage to the packaging is noted.

12.3. **Materials Required**

| Quantity | Material |
|---|---|
| N/A | Appropriate guiding catheter(s) |
| 2-3 | 10-20 cc syringes |
| 1,000 cc /500 cc | Sterile Heparinized Normal Saline (HepNS) |
| 1 | 0.014" (0.36 mm) diameter guidewire (OTW: 300 cm long) |
| 1 | Rotating hemostatic valve with an appropriate internal diameter (OTW: min. I.D. of 0.074" [1.9 mm]) (RX: min. I.D. of 0.096" [2.4 mm]) |
| N/A | Contrast diluted 1:1 with normal saline |
| 1 | Inflation device |
| 1 | Stopcock (3-way minimum) |
| 1 | Torque device |
| 1 | Guidewire Introducer |
| N/A | Appropriate anticoagulation and anti-platelet drugs |

12.4. **Preparation**
**Precaution**
- AVOID manipulation of the stent during flushing of the guidewire lumen, as this may disrupt the placement of the stent on the balloon.
- DO NOT apply negative or positive pressure to the balloon during the delivery system preparation.

12.4.1. Rinse the catheter with sterile heparinized normal saline solution.

12.4.2. **Guidewire Lumen Flush**

| OTW | 1. Locate the guidewire lumen hub and flush the guidewire lumen with HepNS. |
|---|---|
| RX | 1. Attach the syringe with HepNS to the flushing needle packaged with the catheter. 2. Insert the needle into the tip of the catheter and flush the guidewire lumen with HepNS. |

12.4.3. **Delivery System Preparation**

| Step | Action |
|---|---|
| 1. | Prepare the inflation device or syringe with diluted contrast medium. |
| 2. | Attach the inflation device or syringe to the stopcock; attach to the balloon inflation port hub. |
| 3. | Open the stopcock to stent delivery system. |
| 4. | Leave the inflation device or syringe on neutral. |

12.5. **Delivery Procedure**

| Step | Action |
|---|---|
| 1. | Prepare the vascular access site according to standard practice. |
| 2. | Predilate the lesion with a PTCA catheter. Limit the longitudinal length of pre-dilatation by the PTCA balloon to avoid creating a region of vessel injury that is outside the boundaries of the CYPHER Stent. |
| 3. | Maintain neutral pressure on the inflation device. Open the rotating hemostatic valve as widely as possible. |
| 4. | Backload the delivery system onto the proximal portion of the guidewire while maintaining the guidewire position across the target lesion. |
| 5. | Advance the stent delivery system over the guidewire to the target lesion. Use the radiopaque balloon markers to position the stent across the lesion; perform angiography to confirm the position of the stent. |

Note: Should unusual resistance be felt at any time during either lesion access or removal of the stent delivery system before stent implantation, the entire system should be removed as a single unit. See Precautions – 6.14 Stent/System Removal Precautions for specific stent delivery system removal instructions.

12.6. **Deployment Procedure**

| Step | Action |
|---|---|
| 1. | Before deployment, reconfirm the correct position of the stent relative to the target lesion via the radiopaque balloon markers. |
| 2. | Attach the inflation device (only partially filled with contrast media) to a three-way stopcock and apply negative pressure to purge the balloon of air. |
| 3. | Turn the stopcock on the catheter to the off position and purge the inflation device of air. Close the side port of the stopcock. |
| 4. | Under fluoroscopic visualization, inflate the balloon to at least the nominal pressure to deploy the stent, but do not exceed the labeled rated burst pressure of 16 atm (1621 kPa). Optimal expansion requires the stent to be in full contact with the artery wall, with the stent internal diameter matching the size of the reference vessel diameter. Stent wall contact should be verified through routine angiography or intravascular ultrasound. |
| 5. | Fully cover the entire lesion and balloon treated area (including dissections) with the CYPHER Stent, allowing for adequate stent coverage into healthy tissue proximal and distal to the lesion. |
| 6. | If more than one CYPHER Stent is needed to cover the stent and balloon treated area, adequately overlap stents, taking into account stent foreshortening. Ensure no gaps between stents by positioning the balloon marker bands of the second CYPHER Stent inside the deployed stent prior to expansion. See Precautions – 5.14 Stent/System Removal Precautions. |
| 7. | Deflate the balloon by pulling a vacuum with the inflation device. Make certain that the balloon is fully deflated before attempting to move the catheter. |
| 8. | Confirm that the stent is adequately expanded by angiographic injection through the guiding catheter. |

18

BSC-SJA-0791

12.7.    Further Dilatation of Stented Segments
Precaution: Do not dilate the stent beyond the following limits:

| Nominal Stent Diameter | Dilatation Limits |
|---|---|
| 2.50 mm – 3.00 mm | 3.75 mm |
| 3.50 mm | 4.75 mm |

All efforts should be taken to assure that the stent is not underdilated. If the deployed stent size is still inadequate with respect to vessel diameter, or if full contact with the vessel wall is not achieved, a larger balloon may be used to expand the stent further. The stent may be further expanded using a low profile, high pressure, and non-compliant balloon catheter. If this is required, the stented segment should be recrossed carefully with a profiled guidewire to avoid dislodging the stent. The balloon should be centered within the stent and should not extend outside of the stented region.

12.8.    Removal Procedure

| Step | Action |
|---|---|
| 1. | Ensure that the balloon is fully deflated. |
| 2. | While maintaining the guidewire position and negative pressure on the inflation device, withdraw the stent delivery system. |
| | Note: Should unusual resistance be felt at any time during either lesion access or removal of stent delivery system before stent implantation, the entire system should be removed as a single unit. See Precautions – 6.14 Stent/System Removal Precautions for specific stent delivery system removal instructions. |
| 3. | Repeat angiography to assess the stented area. If an adequate expansion has not been obtained, exchange back to the original stent delivery catheter or exchange to another balloon catheter of appropriate balloon diameter to achieve proper stent apposition to the vessel wall. |
| 4. | The final stent diameter should match the reference vessel. ASSURE THAT THE STENT IS NOT UNDERDILATED. |

12.9.    In-vitro Information

| Table 12-1 Inflation Pressure Recommendations | | | | | |
|---|---|---|---|---|---|
| Inflation Pressure atm (kPa) | 2.50 | 2.75 | 3.00 | 3.50 | |
| 6 (608) | 2.20 | 2.44 | 2.71 | 3.20 | |
| 7 (709) | 2.27 | 2.51 | 2.78 | 3.27 | |
| 8 (811) | 2.33 | 2.58 | 2.84 | 3.33 | |
| 9 (912) | 2.39 | 2.64 | 2.90 | 3.39 | |
| 10 (1013) | 2.45 | 2.70 | 2.95 | 3.45 | |
| 11 (1115) | 2.50 | 2.75 | 3.00 | 3.50 | Nominal |
| 12 (1216) | 2.55 | 2.80 | 3.05 | 3.55 | |
| 13 (1317) | 2.59 | 2.84 | 3.09 | 3.60 | |
| 14 (1419) | 2.62 | 2.88 | 3.13 | 3.64 | |
| 15 (1520) | 2.66 | 2.92 | 3.16 | 3.69 | |
| 16 (1621) | 2.69 | 2.93 | 3.19 | 3.71 | RBP |
| 17 (1723) | 2.71 | 2.96 | 3.22 | 3.76 | |
| 18 (1824) | 2.73 | 3.09 | 3.24 | 3.78 | |
| 19 (1925) | 2.74 | 3.02 | 3.25 | 3.82 | |
| 20 (2026) | 2.75 | 3.03 | 3.27 | 3.85 | |

Note: These nominal, in vitro, device specifications do not take into account lesion resistance. The stent sizing should be confirmed angiographically. Do not exceed the rated burst pressure (RBP). These data are based on in vitro testing at 37ºC. Bolded text represents diameters at pressures above the rated burst pressure. These values are within $\pm$10% of the labeled diameter between the nominal pressure and the rated burst pressure.

13.    Patient Information
In addition to this Instructions for Use booklet, the following patient specific information regarding the CYPHER Sirolimus-eluting Coronary Stent is available:

•    A Patient Implant Card that includes both patient and CYPHER Sirolimus-eluting Coronary Stent specific information. All patients will be expected to keep this card in their possession at all times for procedure / stent identification.
•    A Patient Information Guide, which includes information on the implant procedure, and the CYPHER Sirolimus-eluting Coronary Stent System.

14.    Patents
Protected under one or more of the following U.S. patent Nos.: 4,597,755; 4,733,665; 4,739,762; 4,748,982; 4,776,337; 4,776,337; 4,762,834; 4,908,244; 4,927,416; 4,938,220; 4,981,478; 5,017,325; 5,040,548; 5,061,273; 5,102,417; 5,108,416; 5,135,535; 5,154,725; 5,158,812; 5,178,661; 5,223,206; 5,234,416; 5,236,650; 5,242,396; 5,288,711; 5,290,230; 5,300,020; 5,300,085; 5,304,197; 5,316,706; 5,348,505; 5,360,399; 5,356,591; 5,387,193; 5,413,559; 5,433,713; 5,496,277; 5,466,209; 5,491,233; 5,496,012; 5,480,383; 5,485,775; 5,496,346; 5,498,240; 5,501,227; 5,516,781; 5,536,510; 5,554,121; 5,563,146; 5,559,057; 5,620,900; 5,643,279; 5,643,312; 5,846,160; 5,895,723; 5,865,312; 5,697,971; 5,709,658; 5,736,653; 5,743,879; 5,749,888; 5,769,868; 5,807,365; 5,868,700; 5,879,370; 5,902,332; 6,010,521; 6,013,069; 6,027,475; 6,036,715; 6,086,924; 6,110,142 and other patents pending in the U.S. and other countries.

15.    DISCLAIMER OF WARRANTY AND LIMITATION OF REMEDY

THERE IS NO EXPRESS OR IMPLIED WARRANTY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ON THE CORDIS PRODUCT(S) DESCRIBED IN THIS PUBLICATION. UNDER NO CIRCUMSTANCES SHALL CORDIS BE LIABLE FOR ANY DIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OTHER THAN AS EXPRESSLY PROVIDED BY SPECIFIC LAW. NO PERSON HAS THE AUTHORITY TO BIND CORDIS TO ANY REPRESENTATION OR WARRANTY EXCEPT AS SPECIFICALLY SET FORTH HEREIN.

Descriptions or specifications in Cordis printed matter, including this publication, are meant solely to generally describe the product at the time of manufacture and do not constitute any express warranties.

Cordis Corporation will not be responsible for any direct, incidental, or consequential damages resulting from reuse of the product.

BSC-SJA-0792

**Cordis Sales / Marketing Offices:**

**Austria:**
Johnson & Johnson Medical Products GmbH
Cordis Division
Gunoldstrasse 16
A-1190 Wien
Telephone 01-360 25-0

**Belgium:**
Cordis, a Johnson & Johnson Company,
Johnson & Johnson Medical N.V./S.A.
Eikelenbergstraat 20
B-1700 Dilbeek
Telephone 02-481 74 00

**Canada:**
Johnson & Johnson Medical Products
200 Whitehall Drive
Markham, Ontario
Canada L3R 0T5
Telephone 905-946-1611

**European HQ:**
Cordis, a Johnson & Johnson Company,
Johnson & Johnson Medical N.V./S.A.,
Waterloo Office Park, Building H
Drève Richelle 161
B-1410 Waterloo
Belgium
Telephone 02-352 14 11

**France:**
Cordis S.A.S.
1 Rue Camille Desmoulins
TSA 71001
F-92787 Issy les Moulineaux Cedex 9
Telephone 01 55 00 33 00

**Germany:**
Cordis Medizinische Apparate GmbH
Elisabeth-Selbert-Straße 4a
D-40764 Langenfeld
Telefon 02173 205-0

**Hong Kong:**
Johnson & Johnson Hong Kong, Ltd.
Medical Division
Room 1816-1819, 18/F
Grand Century Place, Tower 1
193, Prince Edward Road West
Mongkok, Kowloon
Telephone 2738 2818

**Italy:**
Cordis Italia S.p.A.
Via Chiese, 74
I-20126 Milano
Telephone 02-64410.1

**Japan:**
Cordis Japan
Johnson & Johnson K.K.
East 21 Tower 10th Floor
6-3-2 Toyo, Koto-ku
Tokyo 135-0016
Telephone 03-5632-7200

**The Netherlands:**
Johnson & Johnson Medical BV
Postbus 188
NL-3800 AD Amersfoort
Telephone 033-450 0729

**Portugal:**
Johnson & Johnson Produtos Profissionais
Estr. Consiglieri Pedroso N° 69-A
Queluz de Baixo
PT-2745-555 Barcarena
Telephone 800 200 246

**Spain:**
Johnson & Johnson S.A.
Paseo de las doce Estrellas, 5-7
Campo de las Naciones
E-28042 Madrid
Telephone 91 722 8000

**Sweden:**
Johnson & Johnson AB
Staffans väg 2
SE-191 84 Sollentuna
Telephone 08-626 22 00

**Switzerland:**
Johnson & Johnson AG
Cordis Division
Rotzenbühlstrasse 55
CH-8957 Spreitenbach
Telephone 056-417 3207

**United Kingdom:**
Cordis, a Johnson & Johnson Company
Johnson & Johnson Medical Ltd.
Coronation Road, South Ascot
Berkshire SL5 9EY
Telephone 01344 871000

**USA:**
Cordis Corporation
P.O. Box 025700
Miami, FL 33102-5700
Telephone 786-313-2000
Customer Service: 1-800-327-7714

Cordis Corporation
P.O. Box 4917
Warren, NJ 07059-0917
Telephone 908-755-8300

**Cordis Operations:**

**The Netherlands:**
Cordis Europa N.V.
Oosteinde 8
NL-9301 LJ Roden
Telephone 050-5022222

**USA:**
Cordis Corporation
P.O. Box 025700
Miami, FL 33102-5700
Telephone 786-313-2000

**EU Authorized Representative:**
Cordis Europa N.V.
Oosteinde 8
NL-9301 LJ Roden
Telephone 050-5022222

 RECYCLED
100% Recycled Fibers
Including 20%
Post Consumer Waste

© Cordis Corporation 2003

April 2003

10058753-3



# EXHIBIT 21

# A randomized comparison of a durable polymer Everolimus-eluting stent with a bare metal coronary stent: The SPIRIT first trial

Patrick W. Serruys, MD, PhD[1]; Andrew T. L. Ong, MBBS, FRACP[1]; Jan J. Piek, MD, PhD[2];
Franz-Josef Neumann, MD[3]; Willem J. van der Giessen, MD, PhD[1]; Marcus Wiemer, MD[4];
Andreas Zeiher, MD[5]; Eberhard Grube, MD[6]; Jürgen Haase, MD, PhD[7]; Leif Thuesen, MD[8];
Christian Hamm, MD[9]; Patricia C. Otto-Terlouw, MSc[10]

1. Thoraxcenter, Erasmus Medical Center, Rotterdam, The Netherlands. 2. Academisch Medisch Centrum, Amsterdam, The Netherlands. 3. Herzzentrum, Bad Krozingen, Germany. 4. Herzzentrum, Bad Oeynhausen, Germany. 5. Uni. Klinikum Frankfurt, Frankfurt, Germany. 6. Haart Center Siegburg, Siegburg, Germany. 7. Red Cross Hospital, Frankfurt, Germany. 8. Skejby Sygehus, Aarhus, Denmark. 9. Kerckhoff Klinik Bad Nauheim, Germany. 10. Cardialysis B.V., Rotterdam, The Netherlands.

Conflict of interest: All authors declare no conflict of interest.

KEYWORDS
Stent, cobalt chromium, everolimus, randomized trial

## Abstract

*Background:* Everolimus is a sirolimus analogue with similar efficacy in animal models, and has been previously successfully tested in humans using an erodable polymer.

*Methods:* This first-in-man single blind multi-centre randomized controlled trial assessed the safety and efficacy of everolimus eluting from a durable polymer on a cobalt chromium stent in patients with de novo native coronary artery lesions. Sixty patients were allocated to elect implantation with an everolimus-eluting stent (n=28) or an identical bare stent (n=32). Patients had either stable, unstable angina or silent ischaemia. Suitable lesions treated were single de novo native coronary lesions with 50-99% stenosis and could be covered by a 18 mm stent. The primary endpoint was in-stent late loss at 180 days, analysed on a per treatment basis. The major secondary endpoint was percent in-stent volume obstruction (%VO) as measured by intravascular ultrasound (IVUS) at 180 days. The clinical secondary endpoint was major adverse cardiac events (MACE) at 180 days.

*Results:* At 6 months, (matched pairs angiographic analysis), the in-stent late loss, percentage diameter stenosis and percentage of patients with binary restenosis were 0.10 mm, 16% and 0% respectively, in the everolimus arm (n=23), as compared with 0.87 mm, 39% and 25.9%, respectively in the bare stent arm (n=27, p<0.001 for late loss and diameter stenosis, p = 0.01 for restenosis). Significantly less neointimal hyperplasia was observed in the everolimus group compared to the bare stent group (10 ± 13 mm³ vs 38 ± 19 mm³, p<0.001) and similarly, less volume obstruction (8.0 ± 10.4% versus 29.1 ± 14.0%, p<0.001). A major adverse cardiac event occurred in 2 patients in the everolimus arm versus 8 in the bare stent arm.

*Conclusion:* Everolimus eluted from a durable polymer on a cobalt chromium stent effectively suppresses neointimal growth at 6 months compared to an identical bare stent.

Corresponding to: Professor P.W. S. Serruys, MD, PhD, FESC, FACC Thoraxcenter, Bd-406, Erasmus Medical Center, Dr. Molewaterplein 40, 3015 GD Rotterdam, The Netherlands, Telephone: +31-10-463.5260, Fax: +31-10-436.9154, E-mail: p.w.j.c.serruys@erasmusmc.nl

Funding sources: This study was sponsored by Guidant Corporation.



BSC-SJA-0794

## Introduction

Recent studies that have evaluated the local application of anti-proliferative drugs (sirolimus and paclitaxel) for the prevention of restenosis via a stent delivery system have shown that these therapies successfully inhibit the development of neointimal hyperplasia[1,2].

Everolimus is an effective anti-proliferative agent[3]. On a molecular level, everolimus forms a complex with the cytoplasmic protein FKBP12. In the presence of everolimus, the growth factor-stimulated phosphorylation of p70 S6 kinase and 4E-BP1 is inhibited. The latter proteins are key proteins involved in the initiation of protein synthesis. Since phosphorylation of both p70 S6 kinase and 4E-BP1 is under the control of mammalian Target Of Rapamycin (mTOR), this finding suggests that, like sirolimus, the everolimus-FKBP12 complex binds to and thus interferes with its function. Disabling mTOR explains the cell cycle arrest at the late G1 stage caused by everolimus and sirolimus.

The feasibility of using everolimus on a drug eluting stent was determined by the FUTURE I trial[4]. This trial utilized an S-stent and bio-absorbable polymer system (both Biosensors International, Singapore) and confirmed the safety of the everolimus-eluting stent at 6 and 12 months. At 6 months, a 7.7% Major Adverse Cardiac Event (MACE) rate was observed with no thrombosis and no late incomplete apposition. The efficacy was demonstrated by significant reduction of in-stent tissue proliferation at 6 months: both angiographic in-stent late loss and IVUS% neointimal volume were reduced by 87%. No angiographic in-stent binary restenosis was observed in the everolimus-eluting stent arm. The 12 month FUTURE I results showed sustained safety and efficacy with no new MACE events, no aneurysms, no late stent malapposition, and no thrombosis observed between 6 and 12 months. Minimal Lumen Area and Luminal Volume Index were maintained up to 12 months and no in-stent binary restenosis was observed up to 12 months.

The SPIRIT First clinical trial represents the first clinical evaluation of the Guidant XIENCE™ V Everolimus Eluting Coronary Stent System (XIENCE™ V Everolimus Eluting CSS), to investigate the potential benefits of the local application of everolimus in a durable polymer in combination with a thin strut cobalt chromium stent.

## Methods

### Patient selection

This randomized single-blind trial was performed at 9 medical centers and enrolled patients from December 2003 to April 2004. It was approved by the ethics committee at each participating institution, and all patients gave written informed consent.

Patients were eligible for the study if they were aged above 18 years and had received a diagnosis of stable or unstable angina or silent ischaemia. Additional eligibility criteria were the presence of a single primary de novo coronary lesion that was 3.0 mm in diameter as assessed by on-line QCA, that could be covered by an 18 mm stent, a stenosis of between 50-99% of the luminal diameter, and a Thrombolysis In Myocardial Infarction (TIMI) flow grade of 1 or more. Patients were not eligible for enrollment if they had an evolving myocardial infarction, stenosis of an unprotected left main coro-

nary artery, an ostial location, located within 2 mm of a bifurcation, a lesion with moderate to heavy calcification, an angiographically visible thrombus within the target lesion, a left ventricular ejection fraction of less than 30%, were awaiting a heart transplant, or had a known hypersensitivity or contraindication to aspirin, heparin, clopidogrel, cobalt, chromium, nickel, tungsten, everolimus, acrylic and fluoro polymers or contrast sensitivity that could not be adequately pre-medicated.

## The Everolimus-eluting stent

The Guidant XIENCE™ V Everolimus Eluting CSS is comprised of the Guidant MULTI-LINK VISION® stent and delivery system, and a drug eluting coating. The Guidant MULTI-LINK VISION® stent is a balloon expandable stent, which consists of serpentine rings connected by links fabricated from a single piece of medical grade L-605 cobalt chromium alloy.

Everolimus is blended in a nonerodable polymer (this drug layer was coated over another nonerodable polymer primer layer). This coating includes of acrylic and fluoro polymers, both approved for use in blood contacting applications. This layer of everolimus-polymer matrix with a thickness of 5-6 microns is applied to the surface of the stent and is loaded with 100 micrograms of everolimus per square centimeter of stent surface area with no top coat polymer layer. The stent is designed to release approximately 70% of the drug within 30 days after implantation.

Everolimus (Certican®, Novartis Corporation) has been evaluated in clinical trials in the US and Europe for use as an immunosuppressant following cardiac and renal transplantation[5]. Everolimus has received market approval in the European Union.

## Study procedure

Following the confirmation of angiographic inclusion and exclusion criteria and prior to the procedure, patients were allocated through a telephone randomization service and assigned in a 1:1 ratio to either an everolimus eluting stent or bare metal stent. A single stent 3.0 mm in diameter, 18 mm long was used in the study.

Lesions were treated using standard interventional techniques with mandatory pre-dilatation and stent implantation at a pressure not exceeding the rated burst pressure. Due to packaging differences, physicians were not blinded to the device. Post-dilatation was allowed with a balloon shorter than the implanted stent. In the event of a dissection occurring at the edge of the implanted stent, it was recommended that a single additional bare Guidant MULTI-LINK VISION® stent be implanted as animal data only on single everolimus stent implantation were available at the onset of the study; these patients were a priori excluded from the per-treatment analysis but are part of the acute success population. IVUS was performed after angiographically optimal stent placement had been obtained and was repeated if additional post-dilatation was performed.

Intravenous boluses of heparin were administered according to local standard practice. Treatment with aspirin, at a minimum dose of 80 mg per day, was started at least 24 hours before the procedure and continued indefinitely. A loading dose of 300 mg of clopidogrel was administered 24 hours before the procedure, followed



BSC-SJA-0795

by 75 mg daily for three months. Treatment with ticlopidine was permitted in case of clopidogrel hypersensitivity. Device success was defined as a final in-stent diameter stenosis of less than 50 percent by QCA using the assigned device. Clinical success was defined as the successful implantation of any device, with stenosis of less than 50 percent of the vessel diameter by QCA and no major cardiac events during the hospital stay.

## Follow-up

Patients were evaluated at 30 days and 6 months. Further evaluations will be performed at 9 months and 1 year, with annual evaluations out to 5 years. At outpatient visits, patients were asked specific questions about the interim development of angina according to the Canadian Cardiovascular Society classification of stable angina. They were also monitored for MACE. Angiographic and IVUS evaluations were performed at 6 months, and will be repeated at 1 year. Prior to performing a follow-up angiogram, the physician was required to record in the source documents whether a revascularization (if required) was clinically indicated – defined as the presence of ischaemic symptoms and/or a positive functional ischaemia study.

## Quantitative coronary angiography evaluation

Quantitative coronary angiography was performed using the CAAS II analysis system (Pie Medical BV, Maastricht, Netherlands). In each patient, the stented segment and the peri-stent segments (defined by a length of 5 mm proximal and distal to the stent edge) were analyzed. The following QCA parameters were computed: computer-defined Minimal Luminal Diameter (MLD), reference diameter obtained by an interpolated method, and percentage diameter stenosis. Binary restenosis was defined in every segment as diameter stenosis ≥50% at follow-up. Late loss was defined as the difference between MLD post-procedure and MLD at follow-up. Results are presented as matched pairs in the manuscript and as unmatched pairs in the Appendix. Unmatched pairs data is most commonly presented and utilises the mean QCA results of all projections obtained. Matched pairs data is more accurate as it compares the same views post-procedure and at follow-up and uses only QCA data of identical projections.

## Intravascular ultrasound analysis

Post-procedure and follow-up stented vessel segments were examined with mechanical or phased array intravascular ultrasound using automated pullback at 0.5 mm per second. The coronary segment beginning 5 mm distal to and extending 5 mm proximal to the stented segment was examined. A computer-based contour detection program was used for automated 3-D reconstruction of the stented and adjacent segments. The lumen, stent boundaries and external elastic membrane (vessel boundaries) were detected using a minimum cost algorithm. The Stent Volume (SV) and Lumen Volume (LV) were calculated according to Simpson's rule. The intra-stent neointimal volume was calculated as the difference between SV and LV. The percentage obstruction of the stent volume was calculated as intra-stent neointimal volume/stent volume*100. Feasibility, reproducibility and inter- and intra-observer variability of

this system have been validated *in vitro* and *in vivo*. Incomplete apposition was defined as one or more stent struts separated from the vessel wall with evidence of blood speckles behind the strut on ultrasound, while late incomplete apposition was defined as incomplete apposition of the stent at follow-up which was not present post-procedure.

## Study endpoints

The primary angiographic endpoint was in-stent luminal late loss, as determined by quantitative angiography. Secondary endpoints (QCA and IVUS) at 6 months and 1 year included the in-stent and in-segment late loss, angiographic binary restenosis rate, percentage diameter stenosis, and in-stent percentage volume obstruction. In-stent was defined as within the margins of the stent while in-segment was defined as located either within the margins of the stent or 5 mm proximal or distal to the stent. Late loss was calculated as the difference between the follow-up and post-procedure minimum luminal diameter. Secondary clinical endpoints were a composite of major cardiac events, including cardiac death, Q-wave or non-Q-wave myocardial infarction, clinically driven surgical or percutaneous revascularization of the target lesion (MACE) or vessel (Target Vessel Failure) at 30 days, 6 months, 9 months, and annually up to 5 years after the index procedure; and acute device, procedure and clinical success. All deaths that could not be clearly attributed to another cause were considered cardiac deaths. A non-Q-wave myocardial infarction was defined by an increase in the creatine kinase level to more than twice the upper limit of the normal range, accompanied by an increased level of creatine kinase-MB, in the absence of new Q waves on electrocardiograph.

The endpoints were adjudicated by an independent clinical events committee. In addition, a data and safety monitoring board that was not affiliated with the study sponsor reviewed the data to identify any safety issues related to the conduct of the study.

## Statistical analysis

The primary endpoint and all trial endpoints were analyzed on the per-treatment evaluable population which consisted of patients who had no bailout stenting and no major protocol deviations, as evaluated in a blinded manner. Acute success was analyzed on the entire patient population.

The sample size for the study was determined based on the primary endpoint of in-stent late loss at 180 days and on the following assumptions: a single comparison of active to uncoated; one-tailed t-test, unequal and unknown variances in the two groups being compared; $\alpha = 0.05$; true mean difference between the bare stent group and the treatment group of 0.48 mm. This assumption was made based on the results of the VISION Registry (mean late loss=0.83 mm)[7], SIRIUS trial (mean late loss=0.17 mm)[8] and TAXUS IV trial (mean late loss=0.39 mm)[9]. (Assume the true mean late loss for the treatment group is 0.35 mm, the difference between the bare stent group and treatment group is calculated as: 0.83 mm - 0.35 mm = 0.48 mm). The standard deviation was assumed to be 0.58 mm in the bare stent group and 0.38 mm in the treatment group (based on the results of the VISION Registry study and SIRIUS trial); approximately 20% rate of lost to follow-up or dropout; approximate-



ly 10% of patients with bailout stents. Given the above assumptions, 30 patients per arm (with the analysis of 22 evaluable patients per arm) will provide 95% power for comparison. Although the trial was not powered based on the major secondary endpoint, percent volume obstruction at 180 days, enrolling 30 patients per arm (analysis of 22 patients per arm) would provide more than 95% power.

Binary variables were compared using Fisher's Exact test. For continuous variables, means and standard deviations were calculated and groups compared using the Wilcoxon Rank-Sum test, except for the primary endpoint which was evaluated with a one sided t-test. Final 6-month results are presented in the manuscript, while the Appendix contains results that were available at the time that the 180-day report was prepared.

## Results

### Patient characteristics

Between December 2003 and April 2004, 28 patients were randomly assigned to receive the everolimus-eluting stent, and 32 were assigned to receive the bare stent. As defined in the protocol, all results (except acute success) are presented for the per-treatment population (27 patients in the everolimus group, and 29 patients in the bare stent group, Figure 1). In the everolimus group there was one bailout procedure, and in the bare stent group there were two bailout procedures and one major protocol deviation (the patient was on the heart transplant waiting list). With the exception of a significantly higher number of patients with hypertension requiring treatment in the everolimus group, the two groups were similar with respect to clinical variables examined (Table 1).

Table 1. Baseline characteristics of the per-treatment patient population and of each treatment group.*

| | EVEROLIMUS patients (n = 27) | BARE STENT patients (n = 29) | ALL patients (n = 56) |
|---|---|---|---|
| Age (yrs) | 64 ± 10 | 61 ± 9 | 63 ± 9 |
| Male gender (%) | 70 | 76 | 73 |
| Current smokers (%) | 28 | 31 | 30 |
| Diabetes (%) | 11 | 10 | 11 |
| Hypertension requiring medication (%) | 70 | 41 | 55 |
| Hyperlipidemia requiring medication (%) | 70 | 76 | 73 |
| Prior intervention (%) | 19 | 7 | 13 |
| Prior MI (%) | 24 | 14 | 19 |
| Stable angina (%) | 78 | 79 | 79 |
| Unstable angina (%) | 19 | 14 | 16 |
| Target vessel (%) | | | |
|   Left anterior descending | 48 | 45 | 46 |
|   Left circumflex | 22 | 21 | 21 |
|   RCA | 30 | 34 | 32 |
| AHA / ACC Lesion Class (%)** | | | |
|   A | 0 | 10 | 5 |
|   B1 | 41 | 28 | 34 |
|   B2 | 59 | 62 | 61 |
|   C | 0 | 0 | 0 |
| Reference Vessel Diameter (mm ± SD) | 2.61 ± 0.40 | 2.71 ± 0.28 | 2.66 ± 0.34 |
| Lesion length (mm ± SD) | 10.1 ± 2.6 | 10.9 ± 3.3 | 10.5 ± 3.0 |

* There were no significant differences between the treatment groups except for Hypertension Requiring Medication (P=0.04)

** AHA / ACC= American Heart Association / American College of Cardiology

PIGURE 1



Everolimus

Bare stent

*Fig. 1: Flowchart of patients*

EURO PCR ONLINE.COM

BSC-SJA-0797

## Procedural characteristics

The lesions in the two groups were treated similarly with the use of conventional techniques. Glycoprotein IIb/IIIa inhibitors, used at the investigators' discretion, were administered to 7.4% of the patients in the everolimus group and 3.4% of those in the bare stent group. The two groups did not differ significantly with respect to the rate of device success (96.4% in the everolimus group and 93.8% in the bare stent group) or clinical success (96.4% in the everolimus group and 100% in the bare stent group).

## Quantitative coronary angiography analysis

Angiographic data at 6 months were available for 50 of the 56 analysable patients (89.3%). The mean reference diameter of the target vessel, the mean length of the lesion at baseline, the reference vessel diameter and mean MLD of the stented segment were similar in the two groups (Tables 1 and 2). At six months with matched pairs analysis, the mean MLD of the stented segment was significantly greater in the everolimus group. The mean in-stent late loss, percentage of stenosis, and percentage of patients with 50 percent or more stenosis were 0.10 mm, 16%, and 0%, respectively, in the everolimus group, as compared with 0.87 mm, 39%, and 25.9%, respectively, in the bare stent group (p<0.001 for late loss and diameter stenosis, p=0.01 for restenosis). Figure 2 shows the cumulative frequency of stenosis immediately after the index procedure and at six months in each treatment group. Table 2 and Figure 3 show the results of sub-segmental quantitative angiographic analyses for matched pairs. The late luminal loss at both the proximal and the distal edges of the stent was less in the everolimus group than in the bare stent group (p <0.01 for proximal and p=0.04 for distal). The late luminal loss in the stented segment was significantly less in the everolimus group than in the bare stent group (p ≤0.001).

## Intravascular ultrasound evaluation

At six months follow-up, intravascular ultrasound evaluation showed no significant differences between the two groups with respect to the volume of the stent or the vessel volume (Table 3). Significantly



**FIGURE 2**

→ Post Proc Bare Stent  -◇- Post Proc Everolimus Stent
-△- Follow-up Bare Stent  -○- Follow-up Everolimus Stent

*Fig. 2: Cumulative frequency of stenosis (in-stent) immediately after stenting and at six months*



**FIGURE 3**

■ Bare Stent  ▨ Everolimus Stent

*Fig. 3: Comparison of in-segment / in-stent late loss*

Table 2. Results of sub-segmental quantitative coronary angiographic analysis (Matched Pairs).

| | Proximal edge | | | In-stent | | | Distal edge | | | In-segment analysis | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Everolimus (n=27) | Bare (n=27) | P value | Everolimus (n=24) | Bare (n=27) | P value | Everolimus (n=27) | Bare (n=27) | P value | Everolimus (n=24) | Bare (n=27) | P value |
| **Reference Vessel Diameter (mm)** | | | | | | | | | | | | |
| After procedure | 2.80 ± 0.33 | 3.04 ± 0.39 | 0.00* | 2.71 ± 0.29 | 2.89 ± 0.35 | 0.11* | 2.64 ± 0.30 | 2.80 ± 0.39 | 0.21* | 2.65 ± 0.30 | 2.84 ± 0.41 | 0.16* |
| At 6 months | 2.78 ± 0.32 | 2.87 ± 0.40 | 0.22* | 2.70 ± 0.31 | 2.89 ± 0.37 | 0.25* | 2.61 ± 0.37 | 2.46 ± 0.36 | 0.19* | 2.61 ± 0.36 | 2.59 ± 0.38 | 0.89* |
| **Minimal Luminal Diameter (mm)** | | | | | | | | | | | | |
| After procedure | 2.58 ± 0.44 | 2.61 ± 0.45 | 0.79* | 2.38 ± 0.25 | 2.45 ± 0.31 | 0.90* | 2.23 ± 0.41 | 2.20 ± 0.45 | 0.77* | 2.11 ± 0.35 | 2.14 ± 0.40 | 1.00* |
| At 6 months | 2.43 ± 0.45 | 2.19 ± 0.49 | 0.04* | 2.28 ± 0.33 | 1.58 ± 0.41 | <0.001** | 2.18 ± 0.38 | 2.00 ± 0.45 | 0.21* | 2.04 ± 0.40 | 1.54 ± 0.41 | <0.001* |
| Late Loss (mm) | 0.11 ± 0.15 | 0.42 ± 0.50 | <0.01* | 0.10 ± 0.21 | 0.87 ± 0.37 | <0.001*** | 0.05 ± 0.20 | 0.25 ± 0.40 | 0.04* | 0.07 ± 0.19 | 0.61 ± 0.37 | <0.001* |
| **Diameter Stenosis (%DS)** | | | | | | | | | | | | |
| After procedure | 9 ± 11 | 14 ± 9 | 0.07* | 12 ± 5 | 15 ± 6 | 0.05* | 18 ± 10 | 20 ± 10 | 0.16* | 20 ± 8 | 24 ± 9 | 0.05* |
| At 6 months | 12 ± 12 | 17 ± 17 | 0.26* | 16 ± 8 | 39 ± 14 | <0.001* | 18 ± 10 | 19 ± 14 | 0.82* | 22 ± 11 | 41 ± 14 | <0.001* |
| Binary Restenosis Rates | 4.3% | 3.7% | 1.00** | 0.0% | 25.9% | 0.01** | 0.0% | 7.4% | 0.49** | 4.3% | 33.3% | 0.01** |

* two-sided Wilcoxon rank sum test ** two-sided Fisher's Exact test *** One-sided t-test † Fisher's Exact test



EURO PCR ONLINE.com

BSC-SJA-0798

Table 3. IVUS measurements at 6 month follow-up.

| | Everolimus (n=24)* | BMS (n=24)* | P-value |
|---|---|---|---|
| Vessel volume (mm³) | 291 ± 82 | 298 ± 79 | 0.64 |
| Stent volume (mm³) | 134 ± 28 | 139 ± 30 | 0.69 |
| In-stent neo-intimal volume (mm³) | 10 ± 13 | 38 ± 19 | <0.001 |
| Luminal volume (mm³) | 124 ± 32 | 100 ± 31 | 0.04 |
| In-stent volume obstruction (%)** | 8.0 ± 10.4 | 28.1 ± 14.0 | <0.001 |

\* This final table contains an additional 13 patients not included in the 180-day report prepared for the sponsor. In 8 patients (4 in each group), an imputed stent length of 19mm was used due to non-continuous pullback. In a further 5 patients (all bare-stent group) results were unavailable at the time of the 180-day report. (see Appendix)

\*\* In-stent volume obstruction = 100*
(In-stent neo-intimal volume / Stent volume)

less neointimal hyperplasia was observed in the everolimus-stent group compared to the bare-stent group (10 ± 13 vs. 38 ± 19 mm³, p<0.001) and similarly, significantly less volume obstruction, (8.0 ± 10.4% versus 28.1 ± 14.0%, p<0.001). Figure 4 is a cumulative curve of percentage volume obstruction. No in-stent volume obstruction was detected in almost half of the patients in the everolimus-stent group, whereas in the bare stent group, some degree of obstruction by neointima was present in all patients (Figure 4). No evidence of an "edge effect," aneurysm formation, in-stent thrombosis, persistent dissection or late incomplete apposition were observed.



FIGURE 4

Fig. 4: Percentage in-stent volume obstruction versus cumulative frequency of patients. Values are expressed as mean ± standard deviation for each group.

## Major adverse cardiac events

Major adverse cardiac events are listed in Table 4. There was one Q-wave myocardial infarction in the everolimus group in a patient who underwent additional revascularization for angina in a non-target vessel 18 days after the study procedure and suffered thrombosis of this non-study stent 12 days later. The everolimus stent was patent, with no evidence of thrombus at the time of the thrombotic occlusion of the non study stent. One patient in the everolimus arm underwent a clinically driven target lesion revascularization at 3 weeks for symptomatic persistent dissection at the proximal edge left untreated at the time of the procedure. There were no clinically driven target revascularizations in the everolimus group for restenosis. There were six clinically driven target lesion revascularizations in the bare stent group, five were treated percutaneously for restenosis and the sixth by bypass surgery. No adverse effects were attributable to everolimus or the polymer coating of the stents.

Table 4. Hierarchical major adverse cardiac events at 180 days in per-treatment population*.

| | Everolimus stent (n=26) N | (n=26) % | Bare stent (n=28) N | (n=28) % |
|---|---|---|---|---|
| Cardiac death | 0 | 0 | 0 | 0 |
| Myocardial infarction | | | | |
| Q-wave | 1‡ | 3.8 | 0 | 0 |
| Non-Q-wave | 0 | 0 | 0 | 0 |
| Reintervention | | | | |
| Clinically driven TLR-CABG | 0 | 0 | 1 | 3.6 |
| Clinically driven TLR-PCI | 1§ | 3.8 | 5 | 17.9 |
| Clinically driven TVR-CABG | 0 | 0 | 0 | 0 |
| Clinically driven TVR-PCI | 0 | 0 | 0 | 0 |
| Target vessel failure | 2 | 7.7 | 6 | 21.4 |
| Major adverse cardiac events | 2 | 7.7 | 6 | 21.4 |

\* One patient in each group withdrew consent after treatment
\*\* No statistical significance was detected between groups for all endpoints tested.
‡ Q-wave MI due to thrombosis of a non-study stent in a non-target vessel.
§ Clinically driven TLR for persistent dissection proximal to the stent 3 weeks after the index procedure.

## Discussion

The main finding of this randomized first-in-man study is that an everolimus-eluting stent coated with a durable polymer was associated with an in-stent angiographic late loss of 0.10 mm, significantly less than the corresponding bare cobalt chromium metal stent of 0.87 mm, which satisfied the primary endpoint of this trial and confirmed the efficacy of this system. Correspondingly, in-segment late loss was also significantly less in the everolimus-stent group.

Currently, two different drug-eluting systems (sirolimus and paclitaxel) are available. Although no published scientific comparative data is to date available, it appears that, from historical randomized trials, a difference of approximately 0.2 mm in-stent late loss exists between sirolimus and paclitaxel. Even if the impact of restenosis and MACE is currently unknown, some slight difference in restenosis rates and MACE can be expected. New devices should at least equal the incumbents in performance. This performance may be judged on late

BSC-SJA-0799

loss, restenosis rate and / or the need for reintervention. With an in-stent late loss ranging from zero to 0.2 mm, it has been difficult to find a compound with the same efficacy, without resorting to the -limus family (Figure 5). With the sirolimus molecule being rather large and complex, it is therefore not surprising that major pharmaceutical companies have thoroughly explored its numerous analogues in order to develop a suitable competitor to sirolimus. The drug used in this study, everolimus differs from sirolimus by a substitution of a hydrogen radical/side-branch with a methyl sidechain.

## FIGURE 5



*Fig. 5: Comparison of in-stent late loss from drug-eluting trials.*

The reason for developing new compounds is to improve on the side effects of the existing compounds such as delayed healing with re-endothelialization and fibrin[11], early[12] and late stent thrombosis[13]. The success of the device lies in its three components - the drug, the polymer properties and the stent. The use of a sirolimus ana-logue is not in itself a guarantee of success since some of them have intrinsically, a potency in inhibition of up to 100 times less (e.g. tacrolimus), and some other analogues with equal *in vitro* inhibitory effects nevertheless fail to equally inhibit neointimal growth *in vivo*, because their duration of elution was suspected to be too short. However it has already been demonstrated that everolimus in clini-cal trials using a bioaradable polymer with a slower elution profile than sirolimus is effective in reducing late loss to below 0.2 mm[4]. Therefore the remaining challenge was to establish whether everolimus eluted from a durable polymer was also efficient and is addressed in this report.

Although the 6-month results are promising, one year angiographic and IVUS follow-up results are awaited to confirm the long-term results of this device in light of recent findings regarding an increas-ing late loss seen with other devices over time.

At the time of the publication of RAVEL, it was argued that the restenosis rate of the bare stent was excessively high at 26%. Similarly, in the present trial the restenosis rate in the bare stent arm was 25.9%. Nevertheless, it must be emphasized that in both cases these restenosis rates correspond to the value predicted and derived from multivariate analyses including as determinant parameters ves-sel size, MLD post, incidence of LAD disease and diabetics. Of inter-est, the late loss of the bare stent groups in RAVEL and this study were similar, corresponding to their restenosis rates. This is at variance with the VISION registry, and publications on stent strut thickness, but may be explained by the mismatch in stent size and reference diameter. This study was powered for late loss and not for clinical events, and it was not surprising that the 3 fold reduction in events failed to be statistically significant. At the time of trial design, safety studies with overlapping eluting-stents in animal models had not been complet-ed, requiring the use of bare stents for bailout. As a result of this confounder, these patients were *a priori* excluded from the per-treatment analysis. This study was however designed as a first in men trial with everolimus on an unsealed new durable polymer in combination with a cobalt chromium stent.

## Acknowledgements

The authors would like to acknowledge the invaluable assistance of Susan Veldhof, RN, Cecilia Dorange, MSc, Sophie Henry, MSEE from Guidant Europe, Diegem, Belgium for the conduct and report-ing of this study.

## References

1. Morice MC, Serruys PW, Sousa JE, Fajadet J, Ban Hayashi E, Perin M, Colombo A, Schuler G, Barragan P, Guagliumi G, Molnar F, Falotico R. A ran-domized comparison of a sirolimus-eluting stent with a standard stent for coronary revascularization. *N Engl J Med.* 2002;346:1773-80.

2. Colombo A, Drzewiecki J, Banning A, Grube E, Hauptmann K, Silber S, Dudek D, Fort S, Schiele F, Zmudka K, Guagliumi G, Russell ME. Randomized study to assess the effectiveness of slow- and moderate-release polymer-based paclitaxel-eluting stents for coronary artery lesions. *Circulation.* 2003;108:788-94.

3. Farb A, John M, Acampado E, Kolodgie FD, Prescott MF, Virmani R. Oral everolimus inhibits in-stent neointimal growth. *Circulation.* 2002;106:2379-84.

4. Grube E, Sonoda S, Ikeno F, Honda Y, Kar S, Chan C, Gerckens U, Lansky AJ, Fitzgerald PJ. Six- and twelve-month results from first human experience using everolimus-eluting stents with bioabsorbable polymer. *Circulation.* 2004;109:2168-71.

5. Formica RN, Jr., Lorber KM, Friedman AL, Bia MJ, Lakkis F, Smith JD, Lorber MI. The evolving experience using everolimus in clinical transplantation. *Transplant Proc.* 2004;36:495S-499S.

6. Hamers R, Bruining N, Knook M, Sabate M, Roelandt J. A novel approach to quantitative analysis of intravascular Ultrasound images, *Computers in Cardiology* 2001;28:589-592.

7. Kereiakes DJ, Cox DA, Hermiller JB, Midei MG, Bachinsky WB, Nukta ED, Leon MB, Fink S, Marin L, Lansky AJ. Usefulness of a cobalt chromium coronary stent alloy. *Am J Cardiol.* 2003;92:463-6.

8. Moses JW, Leon MB, Popma JJ, Fitzgerald PJ, Holmes DR, O'Shaughnessy C, Caputo RP, Kereiakes DJ, Williams DO, Teirstein PS, Jaeger JL, Kuntz RE. Sirolimus-eluting stents versus standard stents in patients with stenosis in a native coronary artery. *N Engl J Med.* 2003;349;1315-23.

9. Stone GW, Ellis SG, Cox DA, Hermiller J, O'Shaughnessy C, Mann JT, Turco M, Caputo R, Bergin P, Greenberg J, Popma JJ, Russell ME. A polymer-based, paclitaxel-eluting stent in patients with coronary artery disease. *N Engl J Med.* 2004;350;221-31.

10. Leon MB, Bakhai A. Drug-eluting stents and glycoprotein IIb/IIIa inhibitors: combination therapy for the future. *Am Heart J.* 2003;146:S13-7.



BSC-SJA-0800

11. Virmani R, Guagliumi G, Farb A, Musumeci G, Grieco N, Motta T, Mihalcsik L, Tespili M, Valsecchi O, Kolodgie FD. Localized hypersensitivity and late coronary thrombosis secondary to a sirolimus-eluting stent: should we be cautious? *Circulation*. 2004;109:701-5.

12. Ong AT, Hoye A, Aoki J, Van Mieghem CA, Rodriguez Granillo GA, Sonnenschein K, Regar E, Mc Fadden EP, Sianos G, van der Giessen WJ, de Jaegere PT, van Domburg RT, Serruys PW. Thirty-Day Incidence and Six-Month Clinical Outcome of Thrombotic Stent Occlusion Following Bare Metal, Sirolimus or Paclitaxel Stent Implantation. *J Am Coll Cardiol*. 2005;45:947-953.

13. McFadden EP, Stabile E, Regar E, Cheneau E, Ong AT, Kinnaird T, Suddath WO, Weissman NJ, Torguson R, Kent KM, Pichard AD, Satler LF, Waksman R, Serruys PW. Late thrombosis in drug-eluting coronary stents after discontinuation of antiplatelet therapy. *Lancet*. 2004;364:1519-21.

14. Degertekin M, Serruys PW, Tanabe K, Lee CH, Sousa JE, Colombo A, Morice MC, Ligthart JM, de Feyter PJ. Long-term follow-up of incomplete stent apposition in patients who received sirolimus-eluting stent for de novo coronary lesions: an intravascular ultrasound analysis. *Circulation*. 2003;108:2747-50.

## Appendix

**Sponsor:** Guidant Corporation, Santa Clara, California, USA.

**Principal Investigator:** Patrick W Serruys (The Netherlands).

**Executive Committee:** P.W. Serruys (Principal Investigator and Chairman, Rotterdam, The Netherlands); Gary Johnson (Vice President of Regulatory Affairs/Clinical Research, Guidant Corporation); Stan Fink (Director of Clinical Research USA, Guidant Corporation).

**Data Safety Monitoring Board (DSMB)** – J.G.P. Tijssen, Amsterdam, The Netherlands; F.W.A. Verheugt, Nijmegen, The Netherlands; W. Wijns, Aalst, Belgium.

**Clinical Events Committee (CEC)** – J. Vos, Amphia Ziekenhuis, Breda, The Netherlands; B.J.W.M. Rensing, Sint Antonius

Ziekenhuis, Nieuwegein, the Netherlands; C. Hanet, Cliniques Universitaire de Saint-Luc, Brussels, Belgium.

**Data management** – Angiographic and IVUS core laboratories: Cardialysis B.V, Rotterdam, The Netherlands; Data Coordination Centre and Site Monitoring: Guidant Europe, Diegem, Belgium.

**The following investigators and institutions participated in the SPIRIT First trial:**

**Clinical sites:** J.J. Piek, Academisch Medisch Centrum, Amsterdam, The Netherlands (18 patients); F.J. Neumann, Herzzentrum, Bad Krozingen, Germany (14 patients); P.W. Serruys, Thoraxcentro, Erasmus Medical Centre, Rotterdam, The Netherlands (5 patients); M. Wiemer, HZ Herzzentrum, Bad Oeynhausen, Germany (5 patients); A. Zeiher, Uni. Klinikum Frankfurt, Frankfurt, Germany (4 patients); E. Grube, Heart Center Siegburg, Siegburg, Germany (4 patients); J. Haase, Red Cross Hospital, Frankfurt, Germany (4 patients); L. Thuesen, Skejby Sygehus, Aarhus, Denmark (4 patients); G. Hamm, Kerckhoff Klinik, Bad Nauheim, Germany (2 patients).

Table A2. Appendix results of intra vascular ultra sound analysis as per 180-day progress report - Clinical investigation plan 02-350 The SPIRIT first clinical trial. Guidant Corporation, Data on file.

| | Everolimus (Post N=27) | Bare (Post N=29) | P-value |
|---|---|---|---|
| Vessel volume (mm³) | 239 ± 87 | 264 ± 77 | 0.76 |
| Stent volume (mm³) | 138 ± 30 | 139 ± 30 | 1.00 |
| In-stent neo-intimal volume (mm³) | 11.2 ± 14.0 | 41.4 ± 20.1 | <0.001 |
| Luminal volume (mm³) | 126 ± 35 | 98 ± 34 | 0.06 |
| In-stent volume obstruction (%) | 8.6 ± 10.7 | 29.0 ± 13.9 | <0.001 |

Table A1. Appendix; results of sub-segmental quantitative coronary angiographic analysis (Unmatched Pairs) as per 180-day progress report - Clinical investigation plan 02-350 The SPIRIT first clinical trial. Guidant Corporation, Data on file.

| | Proximal edge | | | In-stent | | | Distal edge | | | Diseased analysed | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Everolimus (Post N=27 Fup N=23) | Bare (Post N=29 Fup N=26) | P-value | Everolimus (Post N=27 Fup N=23) | Bare (Post N=29 Fup N=26) | P-value | Everolimus (Post N=27 Fup N=23) | Bare (Post N=29 Fup N=28) | P-value | Everolimus (Post N=27 Fup N=23) | Bare (Post N=29 Fup N=25) | P-value |
| **Minimal lumen diameter (mm)** | | | | | | | | | | | | |
| After procedure | 2.49 ± 0.44 | 2.57 ± 0.39 | 0.44* | 2.34 ± 0.28 | 2.42 ± 0.31 | 0.41* | 2.18 ± 0.44 | 2.25 ± 0.42 | 0.67* | 2.07 ± 0.37 | 2.14 ± 0.37 | 0.74* |
| At 6 months | 2.45 ± 0.46 | 2.19 ± 0.50 | 0.05* | 2.28 ± 0.31 | 1.58 ± 0.42 | <0.001* | 2.18 ± 0.36 | 1.99 ± 0.46 | 0.19* | 2.04 ± 0.40 | 1.50 ± 0.41 | <0.001* |
| Late loss (mm) | 0.10 ± 0.17 | 0.38 ± 0.38 | 0.01* | 0.10 ± 0.23 | 0.84 ± 0.36 | <0.001*** | 0.07 ± 0.20 | 0.26 ± 0.41 | 0.14* | 0.09 ± 0.20 | 0.60 ± 0.38 | <0.001* |
| **Diameter stenosis (%)** | | | | | | | | | | | | |
| After procedure | 10 ± 10 | 15 ± 9 | 0.13* | 12 ± 4 | 15 ± 6 | 0.02* | 17 ± 10 | 19 ± 9 | 0.39* | 21 ± 8 | 24 ± 8 | 0.14* |
| At 6 months | 12 ± 12 | 18 ± 17 | 0.21* | 16 ± 8 | 39 ± 14 | <0.001* | 16 ± 10 | 20 ± 14 | 0.57* | 22 ± 11 | 41 ± 14 | <0.001* |
| Binary restenosis rates | 4.3% | 3.8% | 1.00** | 0.0% | 26.9% | 0.01** | 0.0% | 7.7% | 0.49** | 4.3% | 34.6% | 0.01** |

* Two-sided Wilcoxon rank-sum test ** Two-sided Fisher's Exact test *** One-sided t-test


BSC-SJA-0801

# EXHIBIT 22

# Euro**Intervention**

## One-year results of a durable polymer everolimus-eluting stent in *de novo* coronary narrowings (The SPIRIT FIRST Trial)

Keiichi Tsuchida[1], MD, PhD; Jan J. Piek[2], MD, PhD; Franz-Josef Neumann[3], MD; Willem J. van der Giessen[1], MD, PhD; Marcus Wiemer[4], MD; Andreas M. Zeiher[5], MD; Eberhard Grube[6], MD; Jürgen Haase[7], MD, PhD; Leif Thuesen[8], MD; Christian W. Hamm[9], MD; Susan Veldhof[10], RN; Cécile Dorange[10], MSc; Patrick W. Serruys[1]*, MD, PhD

1. Thoraxcenter, Erasmus Medical Center, Rotterdam, The Netherlands. 2. Academisch Medisch Centrum, Amsterdam, The Netherlands. 3. Herz-zentrum Bad Krozingen, Bad Krozingen, Germany. 4. Herz- und Diabeteszentrum Nordrhein-Westfalen der Ruhr-Universität Bochum, Bad Oeynhausen, Germany. 5. Klinikum de J. W Godhe Universität, Frankfurt, Germany. 6. Heart Center Siegburg, Siegburg, Germany. 7. Red Cross Hospital Cardiology Center, Frankfurt, Germany. 8. Skejby Sygehus, Aarhus, Denmark. 9. Kerckhoff Klinik, Bad Nauheim, Germany. 10. Guidant Corporation, Santa Clara, California, USA.

*This study was sponsored by Guidant Corporation, Santa Clara, California, USA.*
*Ms. Veldhof and Ms. Dorange are employees of Guidant Corporation. The other authors declare no conflict of interests.*
*Presented in part at The Scientific Sessions of The American Heart Association, Dallas, Texas, 13 - 16 November, 2006.*



**KEYWORDS**
Coronary artery
disease, neointimal
everolimus,
randomized trial

### Abstract

**Aim:** Short-term results of durable polymer everolimus-eluting stents have shown significant improvements in clinical and angiographic outcomes. This report presents the 1-year clinical and angiographic data from the SPIRIT FIRST Trial.

**Methods and results:** This first-in-man single blind multi-centre randomized controlled trial assessed the safety and efficacy of everolimus and a durable polymer or a cobalt chromium stent in patients with *de novo* native coronary artery lesions. Of the 60 patients enrolled, a total of 56 patients (27 everolimus arm and 29 bare stent arm) were qualified to per-treatment analyses at 1 year. Quantitative angiographic and intravascular ultrasound (IVUS) analyses were performed. Angiographic late loss, IVUS neointimal volume obstruction and major adverse cardiac events (MACE) at 1 year were assessed as the study endpoints. At 1 year, the in-stent late loss and diameter stenosis of patients were 0.24 mm and 16% in the everolimus arm (n=20), as compared with 0.84 mm and 37% in the bare stent arm (n=25, p < 0.001). Significantly less neointimal hyperplasia was observed in the everolimus arm compared to the bare stent arm (neointimal volume, 13±9 mm³ vs. 37±17 mm³, p < 0.001; volume obstruction, 10±7% vs. 28±12%, p < 0.001). The overall MACE rate was 15.4% in the everolimus arm and 21.4% in the bare stent arm.

**Conclusion:** The safety and efficacy of everolimus-eluting stent with a durable polymer observed at 6 months was sustained at 1 year.

* *Corresponding author: Thoraxcenter, Ba 583, Erasmus Medical Center, Dr. Molewaterplein 40, 3015 GD Rotterdam, The Netherlands*
*E-mail: p.w.j.c.serruys@erasmusmc.nl*

*© Europa Edition 2005. All rights reserved.*



BSC-SJA-0802

## Introduction

To date percutaneous coronary intervention (PCI) using drug-eluting stents is considered the most secure treatment option for de novo single coronary artery disease. The two clinically available stents coated with an anti-proliferative drug, sirolimus or paclitaxel, have shown promising clinical and angiographic outcomes as proven in several randomized trials[1-3]. Beside these two drugs, the efficacy of newly developed antiproliferative drugs has been clinically investigated[4-9] and their potent effects in preventing restenosis have been reported[8,9].

Everolimus is a powerful anti-proliferative agent and has shown effect in preventing rejection in kidney and heart transplantation[10-12]. In the presence of everolimus, the growth factor-stimulated phosphorylation of p70 S6 kinase and 4E-BP1 is inhibited. The latter proteins are key proteins involved in the initiation of DNA synthesis. Since phosphorylation of both p70 S6 kinase and 4E-BP1 is under the control of FRAP (FKBP-12-rapamycin associated protein, also called mTOR, mammalian Target Of Rapamycin), this finding suggests that, like sirolimus, the everolimus-FKBP12 complex binds to and thus interferes with the function of FRAP.

The SPIRIT FIRST clinical trial represents the first evaluation of the everolimus-eluting stent which studied the potential benefits of the local application of everolimus in a durable polymer in combination with a stent with a thin strut design[5]. Compared to identical bare metal stents, everolimus-eluting stents have demonstrated effective suppression of neointimal growth at 6 months[5]. This paper presents the 1-year clinical and angiographic/intravascular ultrasound (IVUS) follow-up results from the experience with the durable polymer everolimus-eluting stent.

## Methods

### Study population

The SPIRIT FIRST clinical trial was a prospective, controlled, randomized, single-blinded, parallel 2-arm, multicentre clinical evaluation of a durable polymer everolimus-eluting stent (XIENCE™ V, Guidant, Santa Clara, CA, USA) in patients with de novo native coronary artery lesions. Patient eligibility criteria, device description and study procedure were previously reported, along with 5-month clinical, angiographic and IVUS analyses[5]. Briefly, study patients had single de novo stenoses < 18 mm lesion length, coverable by 1 study stent, > 50% diameter stenosis, and vessel reference diameter 3.0 mm as assessed by on-line quantitative coronary angiography (QCA). Patients were ineligible if they had any of the following: evolving myocardial infarction; stenosis of an unprotected left main coronary artery, an ostial location, or located within 2 mm of a bifurcation; a lesion with moderate to heavy calcification, or an angiographically visible thrombus; a left ventricular ejection fraction < 30%; were awaiting a heart transplant, or had a contraindication to aspirin, clopidogrel, heparin and any other drugs related to this study.

### Follow-up and study endpoint

Clinical evaluation was scheduled at 1, 6, and 12 months with annual evaluation up to 5 years. Angiographic and IVUS imaging was obtained at baseline, 6- and 12-month follow-up.

The primary endpoint was in-stent late loss at 6 months. The major secondary endpoint was percent (%) in-stent volume obstruction at 6 months based on IVUS analysis. Other secondary endpoints included the followings: a) in-stent late loss at 1 year; b) in-segment late loss at 6 months and 1 year including proximal and distal evaluations; c) in-stent% volume obstruction at 1 year; d) in-stent and in-segment% diameter stenosis at 6 months and 1 year; e) in-stent and in-segment angiographic binary restenosis (ABR) at 6 months and 1 year; f) persisting incomplete apposition, late incomplete apposition, aneurysm formation, thrombus, persisting dissection at 6 months and 1 year; g) major adverse cardiac events (MACE) rate in-hospital and at 1, 6, 9 months and annually up to 5 years. MACE is comprised of death, myocardial infarction (MI), or clinically driven target lesion revascularization (TLR); g) acute device, procedural and clinical success. All deaths that could not be clearly attributed to another cause were considered a cardiac death. A non-Q-wave myocardial infarction was defined by an increase in the creatine kinase level to more than twice the upper limit of the normal range, accompanied by an increased level of creatine kinase MB, in the absence of new Q waves on the surface electrocardiogram.

### Quantitative Coronary Angiography evaluation

QCA was performed by means of the CAAS II analysis system (Pie Medical B.V., Maastricht, The Netherlands). In each patient, the stented segment, and the peri-stent segments (defined by a length of 5 mm proximal and distal to the stent edge) were analyzed. The following QCA parameters were computed: minimal luminal diameter (MLD), reference diameter, and% diameter stenosis. ABR was defined in every segment as diameter stenosis ≥50% at follow-up. Late loss was defined as the difference between MLD at post-procedure and MLD at follow-up.

### Intravascular Ultrasound Analysis

Post-procedure and follow-up stented vessel segments were examined with mechanical or phased-array IVUS using automated pullback at 0.5 mm per second. A coronary segment beginning 5 mm distal to and extending 5 mm proximal to the stented segment was also examined. A computer-based contour detection program (Curad B.V., Wijk bij Duurstede, The Netherlands) was used for automated 3-D reconstruction of the stented and the peri-stent segments. The lumen, stent boundaries and external elastic membrane were detected using a minimum cost algorithm. The stent volume (SV) and lumen volume (LV) were calculated according to Simpson's rule. The in-stent neointimal volume was calculated as "SV-LV". The % obstruction of the stent volume was calculated as in-stent neointimal volume/stent volume _100. Feasibility, reproducibility and inter- and intra-observer variability of this system have been validated in vitro and in vivo[13].

### Statistical analysis

The primary endpoint and all trial endpoints were analyzed on the per-treatment evaluable population. Acute success was analyzed on the safety population. The per-treatment evaluable population consisted of patients who had no bailout and no major protocol deviations. The data for each patient were reviewed in a blinded



BSC-SJA-0803

manner to determine whether the patient should be included in this analysis population. Analyses based on the per-treatment evaluable population were as "treated". Patients were included in the treatment arm corresponding to the study stent actually received.

The overall sample size calculation for this trial was determined based on the primary endpoint of in-stent late loss at 6 months and on the following assumptions: a single comparison of active to control; one-tailed t-test, unequal and unknown variances in the 2 groups being compared; $n = 0.05$; true mean difference between the control group and the treatment group is 0.48 mm. This assumption was made based on the results of VISION Registry (mean late loss = 0.83 mm)[14], SIRIUS trial (mean late loss = 0.17 mm)[2] and TAXUS IV trial (mean late loss = 0.39 mm)[30]. Assuming the true mean late loss for the treatment group was 0.35 mm, the difference between the control group and treatment group is calculated as: 0.83 mm – 0.35 mm = 0.48 mm. The standard deviation was assumed to be 0.56 mm in the control group and 0.36 mm in the treatment group (based on the results of VISION Registry study and SIRIUS trial with standard deviation for DES adjusted downward from 0.44 mm to 0.36 mm to take into account of 6-month angiography as opposed to 8-month angiography); approximately 20% rate of lost to follow-up or dropout; approximately 10% of patients with bailout stents; given the above assumptions, enrolling 30 patients per arm (analysis of 22 evaluable patients per arm) would have provided 96% power for comparison. Although the trial was not powered based on the major secondary endpoint, percent volume obstruction at 180 days, enrolling 30 patients per arm (analysis of 22 patients per arm) provides more than 98% power. Binary variables were compared using Fisher's exact test. For continuous variables, means and standard deviations were calculated and groups compared using the Wilcoxon's rank sum test. Time-to-event variables were compared with Kaplan-Meier analysis and the log rank statistic.

## Results

A total of 60 study patients were randomized and consecutively enrolled at 9 investigational sites between December 2003 and April 2004. The safety population is composed of these 60 patients. Of the 60 patients, 3 were excluded from the per-treatment population (1 from the everolimus arm and 2 from the bare stent arm) because of bailout stenting (2) and major protocol deviation (1 patient on a heart transplant waiting list from bare stent arm). Hence the per-treatment population includes 56 patients (27 everolimus arm and 29 control) as illustrated in the trial profile (Figure 1). The control arm and the everolimus arm shared similar demographic characteristics except for patients with hypertension which was significantly higher in the everolimus group than in control (Table 1). Procedural characteristics were explained previously[5].

## One-year quantitative coronary angiographic analysis (Table 2)

Nine patients did not have qualifying follow-up angiogram up to 1 year for the following reasons: a) patients withdrew from the clinical trial after the 30-day follow-up visit (1 patient in the everolimus



Table 1. Baseline characteristics of the per-treatment patient population and of each treatment group.*

| | Everolimus stent (n=27) | Uncoated stent (n=29) | All patients (n=56) |
|---|---|---|---|
| Age (yrs) | 64±10 | 61±9 | 62±9 |
| Male gender (%) | 70 | 79 | 73 |
| Current smokers (%) | 28 | 31 | 30 |
| Diabetes (%) | 11 | 10 | 11 |
| Hypertension requiring Medication (%) | 70 | 41 | 55 |
| Hyperlipidemia requiring Medication (%) | 70 | 76 | 73 |
| Prior Intervention (%) | 19 | 7 | 13 |
| Prior MI (%) | 24 | 14 | 19 |
| Stable angina (%) | 78 | 79 | 79 |
| Unstable angina (%) | 19 | 14 | 16 |
| Target vessel (%) | | | |
|   Left Anterior Descending | 48 | 45 | 46 |
|   Left Circumflex | 22 | 21 | 21 |
|   RCA | 30 | 34 | 32 |
| AHA / ACC# Lesion class (%) | | | |
|   A | 0 | 10 | 5 |
|   B1 | 41 | 28 | 34 |
|   B2 | 59 | 62 | 61 |
|   C | 0 | 0 | 0 |
| Reference vessel diameter (mm±SD) | 2.61±0.40 | 2.71±0.28 | 2.00±0.34 |
| Lesion length (mm±SD) | 10.1±2.6 | 10.9±0.3 | 10.5±1.0 |

* There were no significant differences between the treatment groups except for Hypertension Requiring Medication (P=0.04).
# AHA / ACC = American Heart Association / American College of Cardiology.

EURO PCRONLINE.com

BSC-SJA-0804

Table 2. Results of sub-segmental quantitative coronary angiographic analysis (Serial analysis)

| | Proximal Edge | | | Distal Edge | | | In-stent Analysis | | | In-segment Analysis | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Everolimus Stent (n=20*) | Unexposed Stent (n=25*) | P-value | Everolimus Stent (n=20*) | Unexposed Stent (n=25*) | P-value | Everolimus Stent (n=20*) | Unexposed Stent (n=25*) | P-value | Everolimus Stent (n=20*) | Unexposed Stent (n=25*) | P-value |
| **Reference vessel diameter (mm)** | | | | | | | | | | | | |
| After procedure | 2.61±0.36 | 2.90±0.33 | 0.27 | 2.74±0.29 | 2.80±0.02 | 0.81 | 2.70±0.31 | 2.71±0.32 | 0.95 | 2.63±0.30 | 2.74±0.34 | 0.81 |
| At 6 months | 2.79±0.34 | 2.64±0.43 | 0.10 | 2.74±0.31 | 2.57±0.39 | 0.12 | 2.60±0.37 | 2.44±0.38 | 0.06 | 2.65±0.36 | 2.58±0.38 | 0.50 |
| At 1 year | 2.75±0.34 | 2.04±0.39 | 0.20 | 2.06±0.32 | 2.53±0.36 | 0.22 | 2.53±0.39 | 2.40±0.39 | 0.13 | 2.50±0.37 | 2.53±0.38 | 0.62 |
| **Minimal luminal diameter (mm)** | | | | | | | | | | | | |
| After procedure | 2.50±0.44 | 2.60±0.43 | 0.53 | 2.40±0.25 | 2.42±0.26 | 0.91 | 2.29±0.38 | 2.20±0.45 | 0.54 | 2.15±0.32 | 2.11±0.37 | 0.55 |
| At 6 months | 2.47±0.40 | 2.16±0.51 | 0.04 | 2.28±0.33 | 1.53±0.40 | <0.001 | 2.23±0.32 | 1.93±0.45 | 0.03 | 2.07±0.38 | 1.49±0.39 | <0.001 |
| At 1 year | 2.44±0.47 | 2.12±0.48 | 0.03 | 2.10±0.37 | 1.53±0.44 | <0.001 | 2.20±0.38 | 1.86±0.43 | 0.05 | 2.01±0.41 | 1.53±0.42 | <0.001 |
| **Late loss (mm)** | | | | | | | | | | | | |
| At 6 months | 0.06±0.19 | 0.45±0.42 | <0.01 | 0.12±0.22 | 0.89±0.39 | <0.001 | 0.06±0.21 | 0.21±0.41 | 0.10 | 0.08±0.20 | 0.24±0.39 | <0.001 |
| At 1 year | 0.12±0.25 | 0.49±0.39 | <0.001 | 0.24±0.27 | 0.94±0.45 | <0.001 | 0.03±0.25 | 0.25±0.42 | 0.04 | 0.14±0.24 | 0.53±0.42 | <0.001 |
| **Diameter stenosis (%DS)** | | | | | | | | | | | | |
| After procedure | 9±11 | 13±9 | -0.53 | 12±8 | 13±7 | 0.36 | 15±10 | 13±11 | 0.22 | 20±8 | 23±9 | 0.18 |
| At 6 months | 12±14 | 18±18 | 0.17 | 17±7 | 41±14 | <0.001 | 16±8 | 19±14 | 0.95 | 22±11 | 42±13 | <0.001 |
| At 1 year | 11±13 | 19±15 | 0.12 | 18±13 | 37±17 | <0.001 | 13±8 | 18±14 | 0.24 | 22±15 | 40±16 | <0.001 |

* Patients who underwent angiography at 6 months as well as 1 year.

arm and 1 in the control arm); b) patients refused (3 in the everolimus arm and 3 in the control arm); c) angiogram was not analyzable (1 in the everolimus arm). Serial angiographic follow-up data, which is reported in this paper, were available in 80.4% (45/56) of the per-treatment population, with 74.1% (20/27) in the everolimus arm and 86.2% (25/29) in the control arm (Table 2). The follow-up in-stent MLD was significantly larger in the everolimus arm than in the control arm and the preservation of MLD between 6 months and 1 year was observed (2.28±0.33 mm at 6 months; 2.18±0.37 mm at 1 year). The mean in-stent late loss and% diameter stenosis were 0.24 mm and 18%, respectively, in the everolimus-stent group, as compared with 0.84 mm and 37%, respectively, in the control arm (p < 0.001 for each comparison). Figure 2 shows the cumulative frequency of in-stent late loss immediately after the index procedure at 6 months and 1 year in each



Figure 2. Cumulative frequency of late loss (in-stent) immediately after stenting.

treatment group. The late luminal loss at both the proximal and the distal edges of the stent was less in the everolimus-stent group than in the control arm (p < 0.001 for proximal and p = 0.04 for distal). The in-segment late loss was significantly less in the everolimus arm than in the bare stent arm (p < 0.001).

## One-year intravascular ultrasound evaluation (Table 3)

In this 1-year report, data in patients who underwent IVUS at 6 months as well as 1 year were presented to identify the volumetric change in serial IVUS examination. Forty-one patients (18 in the everolimus arm; 23 in the control arm) out of 47 patients with 1-year angiography underwent a 1-year IVUS examination. In the remaining

Table 3. Serial IVUS measurements at 1 year follow-up

| | | Everolimus Stent (n=18*) | Unexposed Stent (n=23*) | P-value |
|---|---|---|---|---|
| Vessel volume (mm³) | 6 months | 296±90 | 291±74 | 0.89 |
| | 1 year | 296±90 | 290±72 | 0.82 |
| Stent volume (mm³) | 6 months | 137±31 | 138±31 | 0.94 |
| | 1 year | 139±27 | 137±32 | 0.79 |
| In-stent neo-intima volume (mm³) | 6 months | 0±12 | 39±20 | <0.001 |
| | 1 year | 13±9 | 37±17 | <0.001 |
| Luminal volume (mm³) | 6 months | 129±34 | 99±29 | 0.03 |
| | 1 year | 120±30 | 100±28 | 0.15 |
| In-stent volume obstruction (%)# | 6 months | 7±8 | 29±14 | <0.001 |
| | 1 year | 10±7 | 28±12 | <0.001 |

* Patients who underwent IVUS at 6 months as well as 1 year.
# In-stent volume obstruction=100* (In-stent neo-intima volume/ Stent volume)



BSC-SJA-0805

6 patients, IVUS was not available: 2 were not properly scheduled for IVUS, 2 inability to advance IVUS catheter distal to stent in the everolimus arm; 1 malfunction of IVUS, 1 inability to advance the IVUS catheter distal to the stent in the control arm. Of the 41 patients, 37 patients (18 in the everolimus arm; 21 in the control arm) had serial IVUS data. Everolimus-eluting stent was associated with a significantly reduced degree of in-stent neointimal hyperplasia as well as in-stent% volume obstruction compared to the bare metal stent (13±9 mm³ vs. 37±17 mm³, p < 0.001; 10±7% vs. 28±12%, p < 0.001), reaching a 64% reduction of the in-stent volume obstruction (Table 3). There was no late acquired or persisting stent malapposition observed either at 6 months or at 1 year.

## Major adverse events and clinical outcomes

Table 4 provides results of MACE and target vessel failure for the time points of 1 year. Since the six months follow-up the 1-year results for the everolimus arm included 1 non-Q wave MI due to a spasm during the follow-up IVUS procedure and 2 additional TLRs by PCI. One of these patients had a delayed bailout (TLR) using a non-study drug eluting stent 21 days after the baseline procedure due to a dissection. In the control arm, 1 additional TLR by PCI was observed, this being the patient's 3rd TLR since the index procedure. The hierarchical MACE rate at 1 year was 15.4% for the everolimus arm and 21.4% for the bare stent arm (p=0.59). The MACE rate for the everolimus group increased from 7.7% (2/26) at 6 months to 15.4% (4/26) at 1 year. Three of the 4 overall MACE events in the everolimus group were non-study-device related events. One Q-wave MI was in a non-target vessel, one TLR was due to dissection during the procedure, and one non-Q-wave MI occurred during follow-up IVUS procedure. Total non-hierarchical clinically-driven TLR rates at 1 year were 7.7% in the everolimus arm and 21.4% in the control arm. No adverse effects related to everolimus or the durable polymer were noted. Kaplan-Meier survival estimates were performed for overall MACE (Figure 3). There was no stent thrombosis observed in both arms out to the 1-year time period.

Table 4. Hierarchical Major Adverse Cardiac Events at 1 year in Per-Treatment Population

| Event | Everolimus Stent | | Control Stent | |
|---|---|---|---|---|
| | n=26 | % | n=28 | % |
| Cardiac death | 0 | 0 | 0 | 0 |
| Myocardial infarction | 2 | 7.6 | 0 | 0 |
| Q-wave | 1 | 3.8 | 0 | 0 |
| Non-Q-wave | 1 | 3.8 | 0 | 0 |
| Reintervention | | | | |
| Clinically driven TLR-CABG | 0 | 0 | 1 | 3.6 |
| Clinically driven TLR-PCI | 2 | 7.7 | 5 | 17.9 |
| Clinically driven TVR-CABG | 0 | 0 | 0 | 0 |
| Clinically driven TVR-PCI | 0 | 0 | 0 | 0 |
| Target vessel failure | 4 | 15.4 | 6 | 21.4 |
| Major adverse cardiac events | 4 | 15.4 | 6 | 21.4 |



Figure 3. Kaplan-Meier survival curve; MACE. Since the 6-month time point, 1 non-Q wave MI due to a dissection during the follow-up IVUS procedure and 1 clinically-driven additional target lesion revascularization by PCI were observed in everolimus arm. In the control arm, 1 clinically-driven additional target lesion revascularization by PCI was performed.

## Discussion

One-year clinical and angiographic follow-up from this trial demonstrates that the polymer-controlled release of everolimus from a coronary stent is safe and effective, with no late adverse effects. The superiority in efficacy, as measured by in-stent late loss, of everolimus-eluting stent as compared to bare stent was sustained at 1 year (71% reduction in late loss). The everolimus arm also maintained its superiority to the bare metal arm in the major secondary IVUS endpoint,% volume obstruction, at 1 year (64% reduction). In addition, the everolimus arm also continued to show significantly lower neointimal volume than the bare stent arm at 1 year (65% reduction).

The current strategy of local drug delivery using sirolimus and paclitaxel is the most promising approach to prevent restenosis, but, at the same time, the strategy has the potential liability for impairing endothelial recovery. Developing new compounds may improve on the potential side effects of the current drug-eluting stents, such as delayed healing with re-endothelialization[16] and fibrin[17], early[18] and late stent thrombosis[19]. In this trial, neither stent thrombosis nor other adverse effects related to the drug/durable polymer was observed out to the 1-year time point. On the other hand, an in vitro study has shown that sirolimus enhances tissue factor in human endothelial cell[20]. Effect of everolimus on endothelial cell and its similarity or difference compared to sirolimus will have to be investigated. The significant differences between sirolimus- and paclitaxel-eluting stents have recently been reported to likely exist with regard to angiographic as well as clinical outcomes[21,22]. "New comers" following these 2 pioneers could be competitors if they can, at least, demonstrate performance as effective as these 2 drug-eluting stents. Studies have suggested that angiographic assessment of late loss is associated with an increased restenosis rate[23,24] as well as a higher risk of TLR[25]. However, it still remains to be determined how to interpret the significance of the slight increase in late loss from 6 months (0.12 mm) to 1 year (0.24 mm) observed in this study stent. Moreover, delayed neointimal growth beyond the first 6 to 9 months has been reported in serial IVUS analyses in some trials



BSC-SJA-0806

as documented in everolimus-eluting stent (in-stent volume obstruction, 7% at 6 months to 10% at 1 year), which may raise a concern about potential late catch-up phenomenon of DES[26]. Recent head-to-head comparative studies between sirolimus- and paclitaxel-eluting stent are still limited to short-term results[21,22,25,27-30]. Beneficial short-term outcomes do not necessarily translate in long-term efficacy. For example, late catch-up phenomenon has been experienced in vascular brachytherapy[31]. In this respect, the follow-up period of 1 year still seems relatively short to assess the durable safety and efficacy of one drug-eluting stent. However, neither sirolimus- nor paclitaxel-eluting stent have been associated with gradually increasing MACE over the years[32,33]. Therefore, we could expect a similar lasting treatment effect of this new eluting stent.

## Study limitation

This study with a small patient population provided only safety and efficacy data. Two larger single-blind, randomized controlled studies (The SPIRIT II and SPIRIT III) further evaluating this study stent compared to the paclitaxel-eluting stent for the treatment of coronary artery disease are under way.

## Conclusions

At 1 year, this trial demonstrated that the treatment effect observed at 6 months was sustained at 1 year for everolimus-eluting stent. The in-stent and in-segment late loss in the everolimus arm was reduced by 71% and 78% compared to those in the bare metal arm, respectively. These observations were consistent with IVUS measurements. The 1-year results showed a reduction of neointimal volume by 65% as compared to bare metal stent. A small increase in % volume obstruction in event-free patients was observed from 6 to 12 months, but is considered clinically insignificant. Both the angiographic and IVUS measurements showed that the patency of the target vessel treated with everolimus-eluting stent was maintained at 1 year.

## Acknowledgement

The authors are grateful to the invaluable assistance of Stan Fink and Danny Delâge (Guidant, Santa Clara and Guidant Europe) for their valued assistance in reporting this study.

## References

1. Morice MC, Serruys PW, Sousa JE, Fajadet J, Ban Hayashi E, Perin M, Colombo A, Schuler G, Barragan P, Guagliumi G, Molnar F, Falotico R. A randomized comparison of a sirolimus-eluting stent with a standard stent for coronary revascularization. N Engl J Med. 2002;346:1773-80.

2. Moses JW, Leon MB, Popma JJ, Fitzgerald PJ, Holmes DR, O'Shaughnessy C, Caputo RP, Kereiakes DJ, Williams DO, Teirstein PS, Jaeger JL, Kuntz RE. Sirolimus-eluting stents versus standard stents in patients with stenosis in a native coronary artery. N Engl J Med. 2003;349:1315-23.

3. Colombo A, Drzewiecki J, Banning A, Grube E, Hauptmann K, Silber S, Dudek D, Fort S, Schiele F, Zmudka K, Guagliumi G, Russell ME. Randomized study to assess the effectiveness of slow- and moderate-release polymer-based paclitaxel-eluting stents for coronary artery lesions. Circulation. 2003;108:788-94.

4. Serruys PW, Ormiston JA, Sianos G, Sousa JE, Grube E, den Heijer P, de Feyter P, Buszman P, Schomig A, Marco J, Polonski L, Thyssen L, Zeiher AM, Bett JH, Suttorp MJ, Gloger HD, Pilney M, Wilkins GT, Whitbourn R, Veldhof S, Miquel K, Johnson R, Coleman L, Virmani R. Actinomycin-eluting stent for coronary revascularization: a randomized feasibility and safety study: the ACTION trial. J Am Coll Cardiol. 2004;44:1363-7.

5. Serruys PW, Ong ATL, Piek JJ, Neumann FJ, van der Giessen WJ, Wiemer M, Zeiher A, Grube E, Haase J, Thuesen L, Hamm C, Otto-Terbuuv PC. A randomized comparison of a durable polymer everolimus-eluting stent with a bare metal coronary stent: The SPIRIT first trial. EuroIntervention. 2005;1:58-65.

6. Meredith IT, Ormiston J, Whitebourn R, Kay IP, Muller D, Bonan R, Popma JJ, Cutlip DE, Fitzgerald PJ, Prpic R, Kuntz RE. First-in-human study of the Endeavor ABT-578-eluting phosphorylcholine-encapsulated stent system in de novo native coronary artery lesions: Endeavor I Trial. EuroIntervention. 2005;1:157-164.

7. Costa RA, Lansky AJ, Mintz GS, Mehran R, Tsuchiya Y, Negoita M, Cristea E, Nikolsky E, Fahy M, Pop R, Cristea E, Carlier S, Dangas G, Stone GW, Leon MB, Muller R, Techen G, Grube E. Angiographic results of the first human experience with everolimus-eluting stents for the treatment of coronary lesions (the FUTURE I trial). Am J Cardiol. 2005;95:113-6.

8. Slonger H, Grube E, Hofmann M, Schwarz F, Haase J. Clinical experiences using everolimus-eluting stents in patients with coronary artery disease. J Interv Cardiol. 2004;17:387-90.

9. Grube E, Sonoda S, Ikeno F, Honda Y, Kar S, Chan C, Gerckens U, Lansky AJ, Fitzgerald PJ. Six- and twelve-month results from first human experience using everolimus-eluting stents with bioabsorbable polymer. Circulation. 2004;109:2168-71.

10. Schuler W, Sedrani R, Cottens S, Haberlin B, Schulz M, Schuurman HJ, Zenke G, Zerwes HG, Schreier MH. SDZ RAD, a new rapamycin derivative: pharmacological properties in vitro and in vivo. Transplantation. 1997;64:36-42.

11. Schuurman HJ, Cottens S, Fuchs S, Joergensen J, Meerloo T, Sedrani R, Tanner M, Zenke G, Schuler W SDZ RAD, a new rapamycin derivative: synergism with cyclosporine. Transplantation. 1997;64:32-5.

12. Farb A, John M, Acampado E, Kolodgie FD, Prescott MF, Virmani R. Oral everolimus inhibits in-stent neointimal growth. Circulation. 2002;106:2379-84.

13. Hamers R, Bruining N, Knook M, Sabate M, Roeland JRTC. A novel approach to quantitative analysis of intravascular ultrasound images. Computers in Cardiology. 2001;28:589-592.

14. Kereiakes DJ, Cox DA, Hermiller JB, Midei MG, Bachinsky WB, Nukta ED, Leon MB, Fink S, Marin L, Lansky AJ. Usefulness of a cobalt chromium coronary stent alloy. Am J Cardiol. 2003;92:463-6.

15. Stone GW, Ellis SG, Cox DA, Hermiller J, O'Shaughnessy C, Mann JT, Turco M, Caputo R, Bergin P, Greenberg J, Popma JJ, Russell ME. A polymer-based, paclitaxel-eluting stent in patients with coronary artery disease. N Engl J Med. 2004;350:221-31.

16. Finn AV, Kolodgie FD, Harnek J, Guerrero LJ, Acampado E, Tefera K, Skorija K, Weber DK, Gold HK, Virmani R. Differential response of delayed healing and persistent inflammation at sites of overlapping sirolimus- or paclitaxel-eluting stents. Circulation. 2005;112:270-8.

17. Virmani R, Guagliumi G, Farb A, Musumeci G, Grieco N, Motta T, Mihatcsh L, Tespili M, Valsecchi O, Kolodgie FD. Localized hypersensitivity and late coronary thrombosis secondary to a sirolimus-eluting stent: should we be cautious? Circulation. 2004;109:701-5.



BSC-SJA-0807

18. Ong AT, Hoye A, Aoki J, Van Mieghem CA, Rodriguez Granillo GA, Sonnenschien K, Regar E, Mc Fadden EP, Sianos G, van der Giessen WJ, de Jaegere PT, de Feyter PJ, van Domburg RT, Serruys PW. Thirty-Day Incidence and Six-Month Clinical Outcome of Thrombotic Stent Occlusion Following Bare Metal, Sirolimus or Paclitaxel Stent Implantation. J Am Coll Cardiol. 2005;45:947-953.

19. McFadden EP, Stabile E, Regar E, Cheneau E, Ong AT, Kinnaird T, Suddath WO, Weissman NJ, Torguson R, Kent KM, Pichard AD, Satler LF, Waksman R, Serruys PW. Late thrombosis in drug-eluting coronary stents after discontinuation of antiplatelet therapy. Lancet. 2004;364:1519-21.

20. Steffel J, Latini RA, Akhmedov A, Zimmermann D, Zimmerling P, Luscher TF, Tanner FC. Rapamycin, but not FK-506, increases endothelial tissue factor expression: implications for drug-eluting stent design. Circulation. 2005;112:2002-11.

21. Kastrati A, Mehilli J, von Beckerath N, Dibra A, Hausleiter J, Pache J, Schuhlen H, Schmitt C, Dirschinger J, Schomig A. Sirolimus-eluting stent or paclitaxel-eluting stent vs balloon angioplasty for prevention of recurrences in patients with coronary in-stent restenosis: a randomized controlled trial. Jama. 2005;293:165-71.

22. Windecker S, Remondino A, Eberli FR, Juni P, Raber L, Wenaweser P, Togni M, Billinger M, Tuller D, Seiler C, Roffi M, Corti R, Sutsch G, Maier W, Luscher T, Hess OM, Egger M, Meier B. Sirolimus-eluting and paclitaxel-eluting stents for coronary revascularization. N Engl J Med. 2005;353:653-62.

23. Mauri L, Orav EJ, O'Malley AJ, Moses JW, Leon MB, Holmes DR, Jr., Teirstein PS, Schofer J, Breithardt G, Cutlip DE, Kereiakes DJ, Shi Q, Firth BG, Donohoe DJ, Kuntz RE. Relationship of late loss in lumen diameter to coronary restenosis in sirolimus-eluting stents. Circulation. 2005;111:321-7.

24. Mauri L, Orav EJ, Kuntz RE. Late loss in lumen diameter and binary restenosis for drug-eluting stent comparison. Circulation. 2005;111:3435-42.

25. Moliterno DJ. Healing Achilles--sirolimus versus paclitaxel. N Engl J Med. 2005;353:724-7.

26. Aoki J, Abizaid AC, Ong AT, Tsuchida K, Serruys PW. Serial assessment of tissue growth inside and outside the stent after implantation of drug-eluting stent in clinical trials. Does delayed neointimal growth exist? EuroIntervention. 2005;1. In press

27. Dibra A, Kastrati A, Mehilli J, Pache J, Schuhlen H, von Beckerath N, Ulm K, Wessely R, Dirschinger J, Schomig A. Paclitaxel-eluting or sirolimus-eluting stents to prevent restenosis in diabetic patients. N Engl J Med. 2005;353:663-70.

28. Goy JJ, Stauffer JC, Siegenthaler M, Benoit A, Seydoux C. A prospective randomized comparison between paclitaxel and sirolimus stents in the real world of interventional cardiology: the TAXi trial. J Am Coll Cardiol. 2005;45:308-11.

29. Kaiser C, Brunner-La Rocca HP, Buser PT, Bonetti PO, Osswald S, Linka A, Bernheim A, Zutter A, Zellweger M, Grize L, Pfisterer ME. Incremental cost-effectiveness of drug-eluting stents compared with a third-generation bare-metal stent in a real-world setting: randomised Basel Stent Kosten Effektivitats Trial (BASKET). Lancet. 2005;366:921-9.

30. Kastrati A, Dibra A, Eberle S, Mehilli J, Suarez de Lezo J, Goy JJ, Ulm K, Schomig A. Sirolimus-eluting stents vs paclitaxel-eluting stents in patients with coronary artery disease: meta-analysis of randomized trials. Jama. 2005;294:819-25.

31. Grise MA, Massullo V, Jani S, Popma JJ, Russo RJ, Schatz RA, Guarneri EM, Steuterman S, Cloutier DA, Leon MB, Tripuraneni P, Teirstein PS. Five-year clinical follow-up after intracoronary radiation: results of a randomized clinical trial. Circulation. 2002;105:2737-40.

32. Fajadet J, Morice MC, Bode C, Barragan P, Serruys PW, Wijns W, Constantini CR, Guermonprez JL, Eltchaninoff H, Blanchard D, Bartorelli A, Laarman GJ, Perin M, Sousa JE, Schuler G, Molnar F, Guagliumi G, Colombo A, Ban Hayashi E, Wuiferl E. Maintenance of long-term clinical benefit with sirolimus-eluting coronary stents: three-year results of the RAVEL trial. Circulation. 2005;111:1040-4.

33. Grube E, Silber S, Hauptmann KF, Buellesfeld L, Mueller R, Lim V, Gerckens U, Russell ME. Two-year-plus follow-up of a paclitaxel-eluting stent in de novo coronary narrowings (TAXUS I). Am J Cardiol. 2005;96:79-82.



BSC-SJA-0808

# EXHIBIT 23

# Euro**Intervention**

# A randomised comparison of an everolimus-eluting coronary stent with a paclitaxel-eluting coronary stent: the SPIRIT II trial

Patrick W. Serruys[1]*, MD PhD; Peter Ruygrok,[2] MD; Jörg Neuzner[3], MD; Jan J. Piek[4], MD PhD; Ashok Seth[5], MD; Joachim J. Schofer[6], MD; Gert Richardt[7], MD; Marcus Wiemer[8], MD; Didier Carrié[9], MD; Leif Thuesen[10], MD; Els Boone[11], MSc; Karine Miquel-Herbert[11], PhD; Joost Daemen[1], MD

1. Thoraxcenter, Erasmus Medical Center, Rotterdam, The Netherlands; 2. Green Lane Cardiovascular Service, Auckland, New Zealand; 3. Herzzentrum, Kassel, Germany; 4. Academisch Medisch Centrum, Amsterdam, The Netherlands; 5. Max Heart and Vascular Institute, New Delhi, India; 6. Kardiologische Gemeinschaftspraxis, Hamburg, Germany; 7. Segeberger Kliniken, Bad Segeberg, Germany; 8. Herzzentrum, Bad Oeynhausen, Germany; 9. CHU, Rangueil, Toulouse, France; 10. Skejby Sygehus, Aarhus, Denmark; 11. Abbott Vascular, Diegem, Belgium

This study was sponsored by Advanced Cardiovascular Systems, an Abbott Vascular Company

All authors declare no conflict of interest.

KEYWORDS

Stent-eluting stent, everolimus, randomised trial



## Abstract

**Background:** Everolimus has been successfully tested in humans using both an erodable and a durable polymer in small previous studies.

**Methods:** This single blind multi-centre non-inferiority randomised (3:1) controlled trial evaluated the safety and performance of the XIENCE V Everolimus Eluting Coronary Stent System (XIENCE V EECSS) versus the TAXUS Paclitaxel Eluting Coronary Stent System (TAXUS® PECSS) in the treatment of patients with a maximum of two *de novo* native coronary artery lesions located in two different epicardial vessels. Three hundred patients with evidence of myocardial ischaemia were allocated to stent implantation with an everolimus-eluting stent (n=223) or a paclitaxel-eluting stent (n=77). Suitable lesions had a diameter stenosis of ≤50-99%, a length of ≤28 mm, and a reference vessel diameter between 2.5 mm and 4.25 mm. The primary endpoint was in-stent late loss (LL) at 180 days. Percentage in-stent volume obstruction (%VO) was measured by intravascular ultrasound (IVUS) in a subset of 152 patients. Clinical secondary endpoints included ischaemia driven major adverse cardiac events (ID-MACE) at 180 days.

**Results:** At 6 months, the in-stent LL was 0.11±0.27 mm in the everolimus-eluting stent arm, as compared to 0.36±0.39 mm in the paclitaxel-eluting stent arm (p<0.0001). Percentage VO in the everolimus-eluting stent arm was 2.5±4.7% versus 7.4±7.0% in the paclitaxel-eluting stent arm (p<0.0001). Hierarchical MACE was 2.7% (6/222) in the everolimus-eluting stent arm vs. 6.5% (5/77) in the paclitaxel-eluting stent arm. **Conclusion:** This non-inferiority randomised trial not only met its primary endpoint, but also demonstrated the superiority of the everolimus-eluting stent over the paclitaxel-eluting stent in terms of in-stent late loss.

* Corresponding author: Thoraxcenter, BA-583, Erasmus Medical Center, Dr. Molewaterplein 40, 3015 GD Rotterdam, The Netherlands
E-mail: p.w.j.c.serruys@erasmusmc.nl

© Europa Edition 2006. All rights reserved.



BSC-SJA-0809

## Introduction

Recent studies that have evaluated the local application of anti-pro-liferative drugs (sirolimus and paclitaxel) for the prevention of restenosis via a stent delivery system have shown that these thera-pies successfully inhibit the development of neointimal hyperplasia and reduce restenosis and associated clinical events.[1,2]

Everolimus is an effective anti-proliferative agent that inhibits growth factor-stimulated cell proliferation by causing cell cycle arrest in the late G1 stage in the cell cycle.[3]

The feasibility of using everolimus on a drug-eluting stent was demonstrated in the earlier FUTURE I[4,5] and FUTURE II[6,7] studies and more recently in the SPIRIT FIRST[8] study, using the everolimus-eluting stent. The SPIRIT FIRST study (N=60) was a multi-centre, single blinded controlled study conducted to assess the feasibility and efficacy of the everolimus-eluting stent in the treatment of patients with de novo native coronary artery lesions compared to the metallic, uncoated MULTI-LINK VISION RX Coronary Stent. This feasibility trial showed clinical safety and the angiographic in-stent Late Loss (LL) observed was 0.10 mm, a reduction of 88% relative to the bare metal stent at six months and an in-stent LL of 0.24 mm at 12 months, which was a reduction of 71%.[8,9]

The SPIRIT II trial is a continuation of the assessment of the safety and performance of the XIENCE V everolimus-eluting stent versus the TAXUS paclitaxel-eluting stent in the treatment of patients with a maximum of two de novo native coronary artery lesions.

## Methods

### Patient selection

This prospective, randomised (3:1) single-blind, parallel two-arm trial was performed at 28 centres in Europe, India and New Zealand and enrolled patients from July 2005 to November 2005. It was approved by the ethics committee at each participating institution, and all patients gave written informed consent.

Patients were eligible for the study if they were older than 18 years and had evidence of myocardial ischaemia. The patient could have a maximum of two de novo native coronary artery lesions, which had to be located in different major epicardial vessels. The de novo target lesion(s) had to have a reference vessel diameter between 2.5 mm and 4.25 mm by visual estimation, a target lesion length ≤28 mm, a visually estimated stenosis between 50-99% of the lumi-nal diameter, and a Thrombolysis In Myocardial Infarction (TIMI) flow grade of 1 or more. Patients were not eligible for enrolment if they had known diagnosis of acute myocardial infarction three days prior to the baseline procedure, a left ventricular ejection fraction of less than 30%, were awaiting a heart transplant, or had a known hypersensitivity or contraindication to aspirin, heparin, bivalirudin, clopidogrel or ticlopidine, cobalt, chromium, nickel, tungsten, everolimus, paclitaxel, acrylic and fluoro polymers or contrast sen-sitivity that could not be adequately pre-medicated. Additionally, patients having target lesion(s) with an aorto-ostial or left main loca-tion, a lesion located within 2 mm of the origin of the left anterior descending- or left circumflex, heavy calcification, or a visible thrombus within the target vessel were also excluded from the trial.

## The everolimus-eluting stent

The XIENCE V Everolimus Eluting Coronary Stent System (EECSS) (Advanced Cardiovascular Systems, an Abbott Vascular Company, IL, USA) is comprised of the ACS MULTI-LINK VISION Stent and delivery system, and a drug eluting coating. The ACS MULTI-LINK VISION Stent is a balloon expandable stent, which consists of ser-pentine rings connected by links fabricated from a single piece of medical grade L-605 cobalt chromium alloy.

Everolimus is blended in a non-erodable polymer, coated over anoth-er non-erodable polymer primer layer. The coating comprises acrylic and fluoro polymers, both approved for use in blood contact-ing applications. This layer of everolimus-polymer matrix with a thickness of 5-6 microns is applied to the surface of the stent and is loaded with 100 micrograms of everolimus per square centimetre of stent surface area with no topcoat polymer layer. The stent is designed to release approximately 80% of the drug within 30 days after implantation.

Everolimus (Certican®, Novartis Corporation) has been evaluated in clinical trials in the US and Europe for use as an immunosuppres-sant following cardiac and renal transplantation.[10] Everolimus has received market approval in the European Union and the XIENCE V EECSS has received CE mark in the European Union.

## Study procedure

Following the confirmation of angiographic inclusion and exclusion criteria prior to the procedure, patients were enrolled through a tele-phone randomisation service and assigned in a 3:1 ratio to either an everolimus-eluting stent or a paclitaxel-eluting stent. The stents were available in lengths of 8, 18 and 28 mm, and diameters of 2.5, 3.0, 3.5 and 4.0 mm. Lesion lengths greater than 22 or less than or equal to 28 mm were to be covered by 2 stents; twice an 18 mm stent, or a 28 mm and an 8 mm stent.

Lesions were treated using standard interventional techniques with mandatory pre-dilatation and stent implantation at a pressure not exceeding the burst pressure rate. Due to packaging differences, physicians were not blinded to the device. Post-dilatation was left to the discretion of the physician, however, if performed, it was only to be done with balloons sized to fit within the boundaries of the stent. In the event of a bailout procedure and additional stent require-ment, the stent had to be one from the same arm as the first implanted stent. IVUS was performed in a subset of 152 consecu-tive patients enrolled in pre-selected centres, after angiographically optimal stent placement had been obtained, and was repeated if additional post-dilatation was performed to optimise stent apposi-tion and/or deployment.

Peri-procedural pharmaceutical treatment was administrated according to standard hospital practice. Either unfractionated heparin or bivalirudin could be used for procedural anticoagulation. The use of glycoprotein IIb/IIIa inhibitors was left to the discretion of the physician. All patients enrolled into the study were pre-treated with a loading dose of 300 mg of clopidogrel and maintained on 75 mg of clopidogrel daily for a minimum of 6 months and ≥75 mg of aspirin daily for a minimum of one year following the procedure. Clinical device success was defined as a successful delivery and

EURO PCR ONLINE.com

BSC-SJA-0810

deployment of the first inserted study stent (in overlapping stent setting a successful delivery and deployment of the first and second study stent) at the intended target lesion with attainment of final residual stenosis of 50% of the target lesion by QCA (by visual estimation if QCA unavailable). Bailout patients were included as clinical device success only if the above criteria for clinical device success were met.

Clinical procedure success included the previous criteria of clinical device success, but with the addition of any study stent or other stent devices and required the absence of ID-MACE during the hospital stay. In dual lesion setting both lesions had to meet clinical procedure success.

## Follow-up

Patients were evaluated at 30 and 180 days. Further evaluations will be performed at 270 days, 1 and 2 year(s) and will form the subject of additional reports. At outpatient visits, patients were asked specific questions about the interim development of angina or the occurrence of MACE. Angiographic follow-up for all patients and IVUS in a subset of 152 consecutive patients (enrolled at selected centres) were performed at 180 days, and both investigations will be repeated at 2 years for this subset of patients. Prior to performing a follow-up angiogram, the physician was required to record prospectively in the eCRF whether a revascularisation (if required) was clinically indicated – defined as the presence of ischaemic symptoms and/or a positive functional ischaemia study.

## Quantitative coronary angiography evaluation

Quantitative coronary angiography was performed using the CAAS II analysis system (Pie Medical BV, Maastricht, Netherlands).[11] In each patient, the stented segment and the peri-stent segments (defined by a length of 5 mm proximal and distal to the stent edge) were analysed. The following QCA parameters were computed: minimal luminal diameter (MLD), reference vessel diameter (RVD) obtained by an interpolated method, and percentage diameter stenosis (%DS). Binary restenosis (BR) was defined in every segment as diameter stenosis ≥50% at follow-up. Late loss (LL) was defined as the difference between MLD post-procedure and MLD at follow-up.

## Intravascular ultrasound analysis

Post-procedure and follow-up stented vessel segments were examined with mechanical or phased array intravascular ultrasound (Eagle-eye™ Volcano, Atlantis™, Boston Scientific) using automated pull-back at 0.5 mm per second. The coronary segment beginning 5 mm distal to and extending 5 mm proximal to the stented segment was examined. A computer-based contour detection program was used for automated 3-D reconstruction of the stented and adjacent segments. The lumen, stent boundaries and external elastic membrane (vessel boundaries) were detected using a minimum cost algorithm.[12] The stent volume (SV) and lumen volume (LV) were calculated according to the Simpson's rule.[13] The intrastent neointimal volume was calculated as the difference between SV and LV. The percentage obstruction of the stent volume was calculated as intrastent neointimal volume/stent volume*100. Feasibility, repro-

ducibility and inter- and intra-observer variability of this system have been validated in vitro and in vivo.[13] Incomplete apposition was defined as one or more stent struts separated from the vessel wall with evidence of blood speckles behind the strut on ultrasound, while late-acquired incomplete apposition was defined as incomplete apposition of the stent at follow-up which was not present post-procedure.[14][15]

## Study endpoints

The primary endpoint was angiographic in-stent LL, as determined by quantitative angiography, based on an "analysis lesion": one randomly selected lesion per patient to avoid inter-lesion dependence[20]. Secondary endpoints (QCA and IVUS) at 180 days and 2 years (subset of 152 consecutive patients enrolled at selected centres) included the in-stent, in-segment, proximal and distal LL; in-stent and in-segment angiographic binary restenosis rate and %DS; in-stent percentage volume obstruction (%VO) and plaque behind the stent; and persisting and late-acquired incomplete stent apposition, aneurysm, thrombosis and persisting dissection. In-stent was defined as within the margins of the stent while in-segment was defined as located within the margins of the stent and 5 mm proximal or distal to the stent. Late loss was calculated as the difference between the post-procedure and follow-up minimum luminal diameters.

Secondary clinical endpoints included Ischaemia-Driven MACE (comprised of cardiac death, myocardial infarction and Ischaemia-Driven Target Lesion Revascularisation [ID-TLR]) either by CABG or PCI, evaluated at 30, 180 and 270 days, 1 and 2 year(s) after the index procedure and acute success including clinical device and clinical procedure success.

All deaths that could not be clearly attributed to another cause were considered cardiac deaths.

A non-Q-wave myocardial infarction was defined as a typical rise and fall of CK-MB* with at least one of the following: ischaemic symptoms, ECG changes indicative of ischaemia (ST segment elevation or depression) or coronary artery intervention. (* if non-procedural/spontaneous MI, CK-MB ≥2 times upper limit of normal; if post PCI, CK-MB ≥3 times upper limit of normal; if post CABG, CK-MB ≥5 times upper limit of normal).

ID-TLR was defined as a revascularisation at the target lesion associated with any of the following: non-invasive positive functional ischaemia study (e.g. exercise testing or equivalent tests) or invasive positive functional ischaemia study (e.g. Fractional Flow Reserve [FFR] or Coronary Flow Reserve [CFR]); ischaemic symptoms and an angiographic %DS ≥50% by on-line quantitative coronary angiography (QCA);%DS ≥70% by on-line QCA without either ischaemic symptoms or a positive functional study. The investigator assessment could potentially be overruled by QCA off-line from the core laboratory.

Stent thrombosis, categorised as acute (≤1 day), subacute (> 1 day ≤30 days) and late (> 30 days), was defined as any of the following: in the presence of angiography, clinical presentation of acute coronary syndrome[17] with angiographic evidence of stent thrombosis. In the absence of angiography; cardiac death or acute MI in the territory of the stented vessel/vessels; AMI that could not be distinctly attributed to a non-target vessel during the Clinical Events Committee adju-



BSC-SJA-0811

dication was considered in the composite for stent thrombosis. The endpoints were adjudicated by an independent clinical events committee (appendix I). In addition, a data and safety monitoring board that was not affiliated with the study reviewed the data to identify any safety issues related to the conduct of the trial (appendix I).

## Statistical analysis

The primary endpoint and all trial endpoints were analysed on both the intent-to-treat and per-treatment evaluable populations, the latter of which consisted of patients who had no major protocol deviations, as evaluated in a blinded manner.

The sample size for the study was determined based on the primary endpoint of in-stent LL at 180 days and on the following assumptions: one-tailed non-inferiority test, overall $\alpha$ equals 0.05, randomisation ratio was 3 (everolimus arm):1 (paclitaxel arm), the true mean in-stent late loss was assumed to be 0.32 mm in the XIENCE V arm and 0.39 mm in the TAXUS arm, a non inferiority margin delta ($\Gamma$) of 0.16 mm and the group sequential design was based on the method described in Reboussin, et al. indexed by O'Brien & Fleming boundary.[9,10] Four interim analyses were planned and the final analysis was performed at the 0.0448 adjusted significance level. Given the above assumptions, analysing 180 patients in the test arm and 60 patients in the active control arm provides more than 91% power. In order to account for drop-outs and to ensure enough angiographic data, approximately 300 patients had to be enrolled of which 225 in the everolimus arm and 75 in the paclitaxel arm.

In this paper binary variables were compared using the Fisher's exact test. Continuous variables were compared using Wilcoxon two-sample test. The hypothesis testing for the primary endpoint was performed using a one-sided non-inferiority test with asymptotic test statistic. If non-inferiority would be shown, superiority analysis was planned using a two-sided t-test at the 5% alpha level. Due to inclusion of dual vessel/lesion treatment, as a secondary analysis, a repeated measures analysis using all target lesions was performed and compared with the analysis using 'analysis lesion'. Final 6-month results are presented in this manuscript.

## Results

### Patient characteristics

Between July 2005 and November 2005, 223 patients were randomly assigned to receive the everolimus eluting stent, and 77 were assigned to receive the paclitaxel eluting stent. As defined in the protocol, all results are presented for the intent-to-treat population; 222 patients in the everolimus arm, and 77 patients in the paclitaxel arm (Figure 1). In the everolimus arm there was one withdrawal prior to 180 days. The two arms were similar with respect to baseline clinical variables examined in Table 1.

### Procedural characteristics

The lesions in the two arms were treated similarly with the use of conventional techniques. Per patient, 1.4 study stents were implanted in the everolimus arm and 1.3 in the paclitaxel arm. Mean stent

Table 1. Baseline characteristics of the per-treatment patient population and of each treatment arm.*

| | Everolimus (N=222) | Paclitaxel (N=77) | All patients (N=299) |
|---|---|---|---|
| Age (yrs) | 62±10 | 62±9 | 62±10 |
| Male gender (%) | 71 | 79 | 73 |
| Current Smokers (%) | 32 | 30 | 31 |
| Diabetes (%) | 23 | 24 | 23 |
| Hypertension Requiring Medication (%) | 67 | 65 | 67 |
| Hyperlipidaemia Requiring Medication (%) | 69 | 75 | 70 |
| Prior TV Intervention (%) | 4 | 4 | 4 |
| Prior MI (%) | 35 | 25 | 32 |
| Stable Angina (%) | 62 | 62 | 62 |
| Unstable Angina (%) | 27 | 32 | 28 |
| Target Vessel (%) | N=260** | N=91** | N=351** |
| Left Anterior Descending | 41 | 47 | 42 |
| Left Circumflex | 29 | 19 | 26 |
| Right Coronary Artery | 30 | 34 | 31 |
| AHA / ACC# | | | |
| Lesion Class (%) | | | |
| A | 1 | 0 | 1 |
| B1 | 21 | 20 | 21 |
| B2 | 65 | 67 | 66 |
| C | 13 | 13 | 13 |
| Reference Vessel Diameter (mm±SD)*** | 2.70±0.52 | 2.82±0.58 | 2.73±0.54 |
| Lesion Length (mm±SD) | 13.0±5.7 | 13.2±6.4 | 13.0±5.9 |

* There were no significant differences between the treatment arms; ** N = lesion number; *** RVD pre p=0.092, difference –0.12 [–0.26;0.02]
# AHA/ACC = American Heart Association/American College of Cardiology



- 2139 -

BSC-SJA-0812



CCA, quantitative coronary angiography;
IVUS, intravascular ultrasound

One patient crossed over from the XIENCE V to TAXUS arm
but is still counted in the XIENCE V arm (Intent to Treat)

Figure 1. Flowchart of patients.

deployment pressure was 15 atmospheres in each arm and post dilatation was performed in 39% of lesions in the everolimus arm and 27% of lesions in the paclitaxel arm. Bail out study stents were used in 5.4% of lesions in the everolimus arm and 4.5% of lesions in the paclitaxel arm. Both arms had similar rates of clinical device

success 98.8% (256/259) for the everolimus arm vs. 98.9% (89/90) for the paclitaxel arm and they did not differ significantly with respect to the rate of clinical procedure success 99.1% (221/223) in the everolimus arm and 97.4% (75/77) in the paclitaxel arm.

## Quantitative coronary angiography analysis

Angiographic data at 180 days was available for 275 analysable patients (92%). Pre-procedure, the RVD of the everolimus arm tended to be smaller than in the paclitaxel arm without reaching statistical significance. Post-procedure, this difference became significant at 5% alpha. The significantly smaller MLD pre-procedure and a slightly smaller acute gain in the everolimus arm resulted in a statistically significant difference in post-procedure MLD (2.49mm vs. 2.62 mm; −0.13 [−0.24;−0.03]) (Table 2). At 180 days, the mean in-stent LL (analysis lesion, intent-to-treat population) was significantly lower for the everolimus arm compared to the paclitaxel arm, 0.11±0.27mm versus 0.36±0.39mm (non-inferiority p<0.0001, superiority p<0.0001). (Figure 2)

For the per lesion analysis, the mean in-stent MLD,%DS and BR rate were 2.38±0.50 mm, 16±10% and 1.3% (3/237), respectively in the everolimus-eluting arm, as compared to 2.27±0.54 mm, 21±12%, and 3.5% (3/86) in the control arm. Figure 2 shows the cumulative distribution frequency curve of diameter stenosis at 180 days in each treatment arm. Table 2 shows the results of sub-segmental quantitative angiographic analysis for both treatment arms. The in-segment, proximal, and distal LL were non-statistically different between the two arms. However, the in-segment %DS was significantly lower in the everolimus arm.

Table 2. Results of sub-segmental quantitative coronary angiographic analysis

| | Proximal Edge | | In-stent | | Distal Edge | | In-Segment Analysis | | |
|---|---|---|---|---|---|---|---|---|---|
| | Everolimus (N=237) | Paclitaxel (N=86) | P-value | Everolimus (N=259) | Paclitaxel (N=86) | P-value | Everolimus (N=237) | Paclitaxel (N=86) | Everolimus (N=237) | Paclitaxel (N=86) | P-value |
| **Reference Vessel diameter (mm)** | | | | | | | | | | |
| Pre-procedure | na | na | | 2.70±0.52 | 2.82±0.56 | 0.069 | na | na | | na | na | |
| Post-procedure | na | na | | 2.93±0.43 | 3.01±0.46 | 0.019 | na | na | | 2.76±0.47 | 2.83±0.49 | 0.049 |
| At 6 months | na | na | | 2.81±0.47 | 2.87±0.51 | 0.315 | na | na | | 2.75±0.49 | 2.85±0.53 | 0.061 |
| **MLD / LL (mm)** | | | | | | | | | | |
| MLD pre-procedure | na | na | | 1.06±0.42 | 1.14±0.38 | 0.062 | na | na | | na | na | |
| Acute Gain | na | na | | 1.43±0.43 | 1.42±0.38 | 0.732 | na | na | | na | na | |
| MLD Post-procedure | 2.80±0.53 | 2.73±0.66 | 0.155 | 2.49±0.40 | 2.57±0.45 | 0.001 | 2.26±0.50 | 2.31±0.57 | 0.550 | 2.15±0.44 | 2.22±0.53 | 0.269 |
| LL at 6 months* | na | na | | 0.11±0.27 | 0.36±0.39 | <0.0001** | na | na | | na | na | |
| LL at 6 months*** | 0.12±0.39 | 0.16±0.40 | 0.039 | 0.12±0.29 | 0.37±0.36 | <0.0001 | 0.02±0.25 | −0.01±0.37 | 0.630 | 0.07±0.33 | 0.15±0.38 | 0.064 |
| MLD at 6 months | 2.50±0.60 | 2.59±0.65 | 0.305 | 2.36±0.50 | 2.27±0.54 | 0.153 | 2.26±0.53 | 2.33±0.58 | 0.354 | 2.10±0.51 | 2.06±0.54 | 0.838 |
| **Diameter Stenosis (%)****** | | | | | | | | | | |
| Pre-procedure | na | na | | 61±12 | 59±10 | 0.179 | na | na | | na | na | |
| Post-procedure | 10±6 | 10±7 | 0.712 | 13±9 | 13±8 | 0.488 | 12±5 | 12±8 | 0.164 | 23±9 | 23±11 | 0.709 |
| At 6 months | 11±9 | 10±7 | 0.604 | 16±10 | 21±12 | <0.0001 | 12±8 | 12±7 | 0.308 | 24±12 | 27±13 | 0.013 |
| **Binary Restenosis (%)****** | | | | | | | | | | |
| At 6 months | 0.4 | 0.0 | 1.000 | 1.3 | 3.5 | 0.194 | 0.4 | 0.0 | 1.000 | 3.4 | 5.8 | 0.343 |

* Analysis lesion intent to treat (primary endpoint in-stent late loss); ** P value for both non-inferiority (delta 0.195mm) and superiority; *** Per lesion analysis; **** In-stent and in-segment based on interpolated RVD, proximal and distal based on mean edge diameter; MLD: Minimal Luminal Diameter; LL: Late Loss; N: lesion number at follow-up.

EUROPCRONLINE.com
BSC-SJA-0813





*Figure 2. Cumulative frequency of in-stent late loss (analysis lesion) and in-stent percentage diameter stenosis at follow-up (all lesions).*

## Intravascular ultrasound evaluation

At 180-days, intravascular ultrasound evaluation showed no significant differences between the two arms with respect to the volume of the stent or the lumen volume (Table 3). However, there was a significant difference in vessel volume which reflects the small imbalance in vessel size seen at baseline between the everolimus and paclitaxel arms and the nominal stent volume (calculation based on the nominal stent diameter and stent length) which was 186 mm³ in the paclitaxel arm and 173 mm³ in the everolimus arm. Significantly less neointimal hyperplasia was observed in the

Table 3. IVUS Measurements at 6 months follow-up

| | Everolimus (N=200) | Paclitaxel (N=96) | p-value |
|---|---|---|---|
| Vessel volume (mm³) | 340±160 | 408±208 | 0.030 |
| Stent volume (mm³) | 167±85 | 192±97 | 0.157 |
| In-stent neo-intima volume (mm³) | 4±7 | 14±18 | <0.001 |
| Lumen volume (mm³) | 164±85 | 178±92 | 0.409 |
| In-stent volume obstruction (%) ‡ | 2.5±4.7 | 7.4±7.0 | <0.001 |

‡ In-stent volume obstruction=100* (In-stent neo-intima volume/Stent volume)

everolimus-eluting stent arm compared to the paclitaxel-eluting stent arm (4±7 mm³ vs. 14±16 mm³, p<0.001) and similarly, significantly less %VO, (2.5±4.7% vs. 7.4±7.0%, p<0.001). Figure 3 shows the cumulative frequency distribution curve of %VO.

Of the seven patients in the everolimus arm in which post-procedure stent malapposition was observed, three were persisting, three were resolved and one was not evaluable at 180 days. In the paclitaxel arm both cases of stent malapposition observed post-procedure were resolved at 180 days. There were no cases of late acquired stent malapposition in either arms.

## Major adverse cardiac events

Major adverse cardiac events (MACE) are listed in Table 4. Hierarchically, for the Intent-to-treat population in the everolimus



*Figure 3. Cumulative curve of in-stent percentage volume obstruction.*

Table 4. Major adverse cardiac events and stent thrombosis events at 6 months in Intent to treat population

| | Everolimus stent | | Paclitaxel stent | |
|---|---|---|---|---|
| | (N=223) | | (N=77) | |
| **Hierarchical events** | | | | |
| Cardiac death | 0 | 0 | 1 | 1.3 |
| Myocardial infarction | | | | |
| Q-wave | 0 | 0 | 0 | 0 |
| Non-Q-wave | 2 | 0.9 | 2 | 2.6 |
| Re-intervention | | | | |
| ID-TLR-CABG | 0 | 0 | 0 | 0 |
| ID-TLR-PCI | 4 | 1.8 | 2 | 2.6 |
| Major adverse cardiac events | 6 | 2.7 | 5 | 6.5 |
| **Non-hierarchical revascularisations** | | | | |
| ID-TLR | 4 | 1.8 | 3 | 3.9 |
| Non-ID-TLR | 2 | 0.9 | 2 | 2.6 |
| All TLR | 6 | 2.7 | 5 | 6.5 |
| Stent thrombosis | N | % | N | % |
| Acute | 0 | 0 | 0 | 0 |
| Sub-acute | 0 | 0 | 0 | 0 |
| Late | 1* | 0.5 | 1# | 1.3 |

* Everolimus patient: at 53 days, dual antiplatelet therapy ongoing
# Paclitaxel patient: at 55 days, fainting, asystole, resuscitation and death, dual antiplatelet therapy ongoing
ID=Ischaemia Driven


EuroPCRONLINE.com

BSC-SJA-0814

arm two (0.9%) non-fatal non-Q wave MIs and four (1.8%) ID-TLRs by PCI were identified compared to one cardiac death (1.3%), two (2.6%) non-fatal non-Q wave MIs and two (2.6%) ID-TLRs by PCI in the paclitaxel arm. The total hierarchical MACE rate was 2.7% (6/222) in the everolimus-eluting arm vs. 6.5% (5/77) in the paclitaxel-eluting arm. In addition there were two (0.9%) ID-TLRs (non-target lesions) in the everolimus arm and none in the paclitaxel arm. There were 0.9% (2/222) and 2.6% (2/77) non-ID TLRs in the two arms respectively.

There were no occurrences of acute or sub-acute stent thromboses in either arm. One case of late stent thrombosis occurred in the everolimus arm at 53 days following a complex procedure with multiple stent implants. One case of late stent thrombosis occurred also in the paclitaxel arm at 58 days post procedure. The latter patient presented with a myocardial infarction and subsequently died. Both patients were taking dual antiplatelet therapy at the time of their thrombotic event.

## Discussion

The Spirit II trial has met its primary endpoint, namely it shows an in-stent late loss in the everolimus arm, which is not only non-inferior but also superior to the in-stent late loss observed in the paclitaxel arm.

At the time of the design of the trial, it was decided – in order to avoid potential inter-lesion dependence[20] – to analyse only one lesion per patient (selected by a randomised process) for the primary endpoint, when the patient had received a stent in two different target vessel lesions (17% in the XIENCE V arm and 18% in the TAXUS arm). When all lesions were included in the analysis, the in-stent late loss remained unchanged (0.11 mm vs. 0.12 mm in the XIENCE V arm and 0.36 mm vs. 0.37 mm in the TAXUS arm). (Table 2).

Although a 3:1 randomisation everolimus vs. paclitaxel was performed, which provided more precision for the everolimus arm, without loss of power for the comparison, this might have resulted in a small imbalance in baseline characteristics pre- and post-procedure.

A trend towards a smaller pre-procedural vessel size in the everolimus arm was observed and this difference became significant post-procedure. These differences in vessel size and MLD post-procedure between the two arms could have impacted the restenosis rate and late loss as frequently demonstrated in the literature.[21-23] The MLD post-procedure in the everolimus arm is significantly smaller than the MLD post-procedure in the paclitaxel arm; this is the result of a smaller pre-treatment MLD (p-value 0.032) combined with a smaller acute gain (ns), although the deployment was done at equal levels of pressure. Despite this potential handicap at baseline, in-stent LL, and %DS at follow up were significantly lower in the everolimus arm. This small difference in vessel size at baseline is also exemplified in stent volumes measured at baseline (162 mm³ vs. 195 mm³) and at follow-up (167 mm³ vs. 192 mm³) between the everolimus and paclitaxel arms respectively. Although this difference in stent volume does not achieve significance, it could have also impacted the late proliferative process as previously reported in the literature.[24] Nevertheless, we found a profound

and highly significant reduction (73% reduction) in neointimal volume in the everolimus arm (3.8 mm³) when compared to the paclitaxel arm (14.4 mm³). Of interest was that in the IVUS findings of the SIRIUS study, assessing the efficacy of a DES coated with a comparable limus, an almost equal neointimal volume of 4.1 mm³ was found.

Whether malapposition can be held responsible for late stent thrombosis in patients who receive drug-eluting stent remains so far unknown.[25,26] In the present population both drug-eluting stents show negative values of late loss, but the frequency of observations of negative late loss values within the everolimus arm is higher than in the paclitaxel arm (71/237=30% vs. 14/86=16%). The largest negative value was observed in the everolimus arm (–0.57 mm compared to –0.37 mm) in the paclitaxel arm. However, we must recognise that late loss is a parameter with a rather large standard deviation when inter-observer variability is assessed (1 SD 0.36 mm, 2 SD 0.72)[11]; and that late loss is the result of two individual measurements (MLD post-procedure, and MLD at follow-up) which both have their own inter-observer variability due mainly to the process of calibration.[27] Therefore, a negative late loss of –0.57 mm is still within the limits of the confidence level for the reproducibility of the late loss parameter. To investigate the relationship between late loss and malapposition, we have examined the lesions (n=23) with negative late loss, which were assessed by IVUS at follow-up and which received an everolimus-eluting stent and which could therefore potentially have a late-acquired or persisting stent malapposition. Among the 23 lesions with a negative late loss, there was not a single case of late-acquired malapposition, and only one case of persisting malapposition.

In the present study, the incidence of diabetics in the everolimus- and paclitaxel arms was 23% (51/223) and 24% (18/76) respectively. The in-stent LL in the paclitaxel arm for the diabetic patients was 0.39 mm, which is comparable to the previously reported late loss of 0.43 mm in a meta-analysis of the diabetic subsets of the TAXUS family trials.[28] In contrast, the LL in the diabetic patients in the everolimus arm was only 0.15 mm (SD 0.26) and thereby significantly superior to the loss of the paclitaxel arm which was 0.39 mm (SD 0.34). The difference in in-stent LL between everolimus- and paclitaxel-eluting stent was 0.24 mm (95% confidence interval: –0.41 mm; –0.08 mm). It is noteworthy that this difference is identical to the difference in late-loss observed in the whole population, and thus indicates also superiority of everolimus-eluting stent versus the paclitaxel eluting stent in terms of LL reduction in the diabetic subset. However as this was not a pre-planned analysis further studies will be required to confirm this.

## Conclusions

This non-inferiority randomised trial not only met its primary endpoint, but also demonstrated the superiority of the everolimus-eluting XIENCE V stent over the TAXUS paclitaxel-eluting stent in terms of in-stent late loss. In addition, the IVUS results showed that the XIENCE V stent was more effective at reducing neointimal hyperplasia than the TAXUS stent. The incidence of major adverse events was low and comparable between both treatment arms.



BSC-SJA-0815

## Acknowledgements

The authors would like to acknowledge the invaluable assistance of Cecile Dorange, MSc, and Susan Veldhof, RN, from Abbott Vascular, Diegem, Belgium for the conduct and reporting of this study and for their assistance in the preparation of this manuscript.

## Appendix 1

Sponsor: Advanced Cardiovascular Systems, an Abbott Vascular Company, Santa Clara, California, USA.

Principal investigator: Patrick W. Serruys (The Netherlands).

Steering committee: Patrick W. Serruys (Principal investigator and Chairman, Rotterdam, The Netherlands); Gary Johnson (Vice President of Regulatory Affairs, Pre-Clinical Research, Clinical Research and Reimbursement, Cardiac Therapies, Abbott Vascular); Marcus Werner, Bad Oeynhausen, Germany; Eulogio Garcia, Madrid, Spain; John Ormiston, Auckland, New Zealand.

Data Safety Monitoring Board (DSMB): Jan G.P. Tijssen, Amsterdam, The Netherlands; Thierry Lefèvre, Massy, France; Philip Urban, Meyrin-Geneva, Switzerland.

Clinical Events Committee (CEC): Claude Hanet, Clinique Universitaire de Saint-Luc, Brussels, Belgium; Dougal McClean, Christchurch, Christchurch, New Zealand; Victor Umans, Medical Center Alkmaar, The Netherlands.

Data Management – Angiographic and IVUS Core Laboratories: Cardialysis BV, Rotterdam, The Netherlands;

Data Coordination Centre and Site Monitoring: Advanced Cardiovascular Systems, and Abbott Vascular Company, Diegem, Belgium.

The following investigators and institutions participated in the SPIRIT II Trial:

J.J. Piek, Academisch Medisch Centrum, Amsterdam, The Netherlands; P. Ruygrok, Green Lane Cardiovascular Service, Auckland, New Zealand; J. Neumer, Klinikum Kassel, Kassel, Germany; A. Seth, Max Heart and Vascular Institute, New Delhi, India; J. Schofer, Universitäres Herz-und Gefässzentrum Hamburg, Hamburg, Germany; M. Werner, Herzzentrum Bad Oeynhausen, Bad Oeynhausen, Germany; G. Richardt, Segeberger Kliniken GmbH, Bad Segeberg, Germany; D. Carrié, Hôpital de Rangueil CHU, Toulouse, France; L. Thuesen, Skejby Sygehus, Aarhus, Denmark; E. Camenzind, R.V. Hôpital Cantonal Universitaire de Genève, Geneva, Switzerland; H. Kelbaek, Rigshospitalet, Copenhagen, Denmark; P.W. Serruys, Erasmus Medical Center, Rotterdam, The Netherlands; C. Macaya, Hospital Clinico San Carlos, Madrid, Spain; J. Berland, Clinique Saint Hilaire, Rouen, France; M. Desaga, Amper Kliniken AG-Klinikum Dachau, Dachau, Germany; F. Van den Branden, A.Z. Middelheim, Antwerpen, Belgium; K. Rasmussen, Aalborg Sygehus Syd, Aalborg, Denmark; H. Suryapranata, Isala Klinieken Locatie Weezenlanden, Zwolle, The Netherlands; V. Legrand, C.H.U. de Liège Bart Tilman, Liège, Belgium; W. Ruzyllo, National Institute of Cardiology in Warsaw, Warsaw, Poland; A. Manari, Azienda Ospedaliera Santa Maria Nuova, Reggio Emilia, Italy; C. Spaulding, Hôpital Cochin, Paris, France; M. Suttorp, St. Antonius Ziekenhuis Nieuwegein, Nieuwegein,

The Netherlands; J. Boland, C.H.R. La Citadelle, Liège, Belgium; K. Huber, Wilhelminenspital der Stadt Wien, Vienna, Austria; E. Garcia, University Hospital Gregorio Maranon, Madrid, Spain; J.A.M. te Riele, Amphia Hospital, Breda, The Netherlands; P. Ruygrok, The Mercy Hospital, Auckland, New Zealand.

## References

1. Sousa JE, Costa MA, Abizaid AC, Rensing BJ, Abizaid AS, Tanajura LF, Kozuma K, Van Langenhove G, Sousa AG, Falotico R, Jaeger J, Popma JJ, Serruys PW. Sustained suppression of neointimal proliferation by sirolimus-eluting stents: one-year angiographic and intravascular ultrasound follow-up. Circulation 2001;104:2007-11.

2. Serruys PW, Kutryk MJ, Ong AT. Coronary-artery stents. N Engl J Med 2006;354:483-95.

3. Farb A, John M, Acampado E, Kolodgie FD, Prescott MF, Virmani R. Oral everolimus inhibits in-stent neointimal growth. Circulation 2002;106:2379-84.

4. Costa RA, Lansky AJ, Mintz GS, Mehran R, Tsuchiya Y, Negoita M, Gilutz Y, Nikolsky E, Fahy M, Pop R, Cristea E, Carlier S, Dangas G, Stone CW, Leon MB, Muller R, Techan G, Grube E. Angiographic results of the first human experience with everolimus-eluting stents for the treatment of coronary lesions (the FUTURE I trial). Am J Cardiol 2005;95:113-6.

5. Grube E, Sonoda S, Ikeno F, Honda Y, Kar S, Chan C, Gerckens U, Lansky AJ, Fitzgerald PJ. Six- and twelve-month results from first human experience using everolimus-eluting stents with bioabsorbable polymer. Circulation 2004;109:2168-71.

6. Tsuchiya Y, Lansky AJ, Costa RA, Mehran R, Pietras C, Shimada Y, Sonoda S, Cristea E, Negoita M, Dangas GD, Moses JW, Leon MB, Fitzgerald PJ, Muller R, Storger H, Hauptmann KE, Grube E. Effect of everolimus-eluting stents in different vessel sizes (from the pooled FUTURE I and II trials). Am J Cardiol 2006;98:464-9.

7. Grube E. FUTURE II: Multicenter evaluation of the bioabsorbable polymer-based everolimus-eluting stent. TCT 2003. Washington, DC, 2003.

8. Serruys P, ATO, Piok JJ, Neumann FJ, Van der Giessen W, Wemer M, Zeiher AM, Grube E, Haase J, Thuesen L, Hamm CW, Otto-Terlouw P. A randomized comparison of a durable polymer everolimus-eluting stent with a bare metal coronary stent: the SPIRIT first trial. Euro Intervention 2005;1:58-65.

9. Tsuchida K, Piek JJ, Neumann FJ, Van der Giessen W, Werner M, Zeiher AM, Grube E, Haase J, Thuesen L, Hamm C, Veldhof S, Dorange C, Serruys PW. One-year results of a durable polymer everolimus-eluting stent in de novo coronary narrowings (The SPIRIT FIRST Trial). Euro Intervention 2005;1:266-272.

10. Fotinica RN, Jr., Lorber KM, Friedman AL, Bia MJ, Lakkis F, Smith JD, Lorber MI. The evolving experience using everolimus in clinical transplantation. Transplant Proc 2004;36:495S-499S.

11. Serruys PW, Foley DP, De Feyter P, eds. Quantitative coronary angiography in clinical practice, Dordrecht, The Netherlands, 1994.

12. Hamers R, Bruining N, Knook M, Sabate M, JRTC. R. A novel approach to quantitave analysis of intravascular ultrasound images. Computers Cardiol 2001;28:589-592.

13. von Birgelen C, de Vrey EA, Mintz GS, Nicosia A, Bruining N, Li W, Slager CJ, Roelandt JR, Serruys PW, de Feyter PJ. ECG-gated three-dimensional intravascular ultrasound: feasibility and reproducibility of the automated analysis of coronary lumen and atherosclerotic plaque dimensions in humans. Circulation 1997;96:2944-52.



BSC-SJA-0816

14. Serruys PW, Degertekin M, Tanabe K, Abizaid A, Sousa JE, Colombo A, Guagliumi G, Wijns W, Lindeboom WK, Ligthart J, de Feyter PJ, Morice MC. Intravascular ultrasound findings in the multicenter, randomized, double-blind RAVEL (RANdomized study with the sirolimus-eluting VElocity balloon-expandable stent in the treatment of patients with de novo native coronary artery Lesions) trial. Circulation 2002;106;798-803.

15. Aoki J, Colombo A, Dudek D, Banning AP, Drzewiecki J, Zmudka K, Schiele F, Russell ME, Koglin J, Serruys PW. Persistent remodeling and neointimal suppression 2 years after polymer-based, paclitaxel-eluting stent implantation: insights from serial intravascular ultrasound analysis in the TAXUS II study. Circulation 2005;112;3876-83.

16. Mintz GS, Weissman NJ, Pappas C, Waksman R. Positive remodeling, regression of in-stent neointimal hyperplasia, and late stent malapposition in the absence of brachytherapy. Circulation 2000;102:E111.

17. Rapaport E. Guidelines for the acute coronary syndromes. Curr Cardiol Rep 2001;3;289-98.

18. O'Brien PC, Fleming TR. A multiple testing procedure for clinical trials. Biometrics 1979;35;549-56.

19. Reboussin DM, DeMets DL, Kim K, Lan KKG. Programs for computing groups sequential boundaries using the Lan-DeMets method. Wisconsin – Madison: Depart of Biostatistics, 1992;Technical Report 60.

20. Kastrati A, Schomig A, Elezi S, Schuhlen H, Wilhelm M, Dirschinger J. Interlesion dependence of the risk for restenosis in patients with coronary stent placement in in multiple lesions. Circulation 1998;97:2396-401.

21. Foley DP, Melkert R, Serruys PW. Influence of coronary vessel size on renarrowing process and late angiographic outcome after successful balloon angioplasty. Circulation 1994;90:1239-51.

22. Lemos PA, Mercado N, van Domburg RT, Kuntz RE, O'Neill WW, Serruys PW. Comparison of late luminal loss response pattern after sirolimus-eluting stent implantation or conventional stenting. Circulation 2004;110:3199-205.

23. Lemos PA, Hoye A, Goedhart D, Arampatzis CA, Saia F, van der Giessen WJ, McFadden E, Sianos G, Smits PC, Hofma SH, de Feyter PJ, van Domburg RT, Serruys PW. Clinical, angiographic, and procedural predictors of angiographic restenosis after sirolimus-eluting stent implantation in complex patients: an evaluation from the Rapamycin-Eluting Stent Evaluated At Rotterdam Cardiology Hospital (RESEARCH) study. Circulation 2004;109:1366-70.

24. Hong MK, Mintz GS, Lee CW, Park DW, Choi BR, Park KH, Kim YH, Cheong SS, Song JK, Kim JJ, Park SW, Park SJ. Intravascular ultrasound predictors of angiographic restenosis after sirolimus-eluting stent implantation. Eur Heart J 2006;27:1305-10.

25. Hong MK, Mintz GS, Lee CW, Park DW, Park KM, Lee BK, Kim YH, Song JM, Han KH, Kang DH, Cheong SS, Song JK, Kim JJ, Park SW, Park SJ. Late stent malapposition after drug-eluting stent implantation: an intravascular ultrasound analysis with long-term follow-up. Circulation 2006;113:414-9.

26. Hong MK, Mintz GS, Lee CW, Kim YH, Lee SW, Song JM, Han KH, Kang DH, Song JK, Kim JJ, Park SW, Park SJ. Incidence, mechanism, predictors, and long-term prognosis of late stent malapposition after bare-metal stent implantation. Circulation 2004;109:881-6.

27. Tsuchida K, Garcia-Garcia HM, Ong AT, Valgimigli M, Aoki J, Rademaker TA, Morel MA, van Es GA, Bruining N, Serruys PW. Revisiting late loss and neointimal volumetric measurements in a drug-eluting stent trial: analysis from the SPIRIT FIRST trial. Catheter Cardiovasc Interv 2006;67;188-97.

28. Dawkins K, Stone GW, Colombo A, Grube E, Ellis SG, Popma J, Serruys P, Lam P, Koglin J, Russell ME. Integrated analysis of medically treated diabetic patients in the TAXUS program: benefits across stent platforms, paclitaxel release formulations, and diabetic treatments. Euro Interventon 2008;1:61-67.

BSC-SJA-0817

# EXHIBIT 24



Online article and related content
current as of June 16, 2009.

## Comparison of an Everolimus-Eluting Stent and a Paclitaxel-Eluting Stent in Patients With Coronary Artery Disease: A Randomized Trial

Gregg W. Stone; Mark Midei; William Newman; et al.

*JAMA*. 2008;299(16):1903-1913 (doi:10.1001/jama.299.16.1903)

http://jama.ama-assn.org/cgi/content/full/299/16/1903

| | |
|---|---|
| Correction | Contact me if this article is corrected. |
| Citations | This article has been cited 1 time.<br>Contact me when this article is cited. |
| Topic collections | Cardiovascular System; Randomized Controlled Trial; Prognosis/ Outcomes; Cardiovascular Disease/ Myocardial Infarction; Drug Therapy; Drug Therapy, Other<br><br>Contact me when new articles are published in these topic areas. |
| Related Articles published in the same issue | Next-Generation Drug-Eluting Stents: A Spirited Step Forward or More of the Same<br>Manesh R. Patel et al. *JAMA*. 2008;299(16):1952. |

Subscribe
http://jama.com/subscribe

Permissions
permissions@jama-assn.org
http://pubs.ama-assn.org/misc/permissions.dtl

Email Alerts
http://jamaarchives.com/alerts

Reprints/E-prints
reprints@ama-assn.org



Downloaded from www.jama.com by guest on June 16, 2009

BSC-SJA-0818

■ ORIGINAL CONTRIBUTION

# Comparison of an Everolimus-Eluting Stent and a Paclitaxel-Eluting Stent in Patients With Coronary Artery Disease
## A Randomized Trial

Gregg W. Stone, MD

Mark Midei, MD

William Newman, MD

Mark Sanz, MD

James B. Hermiller, MD

Jerome Williams, MD

Naim Farhat, MD

Kenneth W. Mahaffey, MD

Donald E. Cutlip, MD

Peter J. Fitzgerald, MD, PhD

Poornima Sood, MD, MPhil

Xiaolu Su, MS

Alexandra J. Lansky, MD

for the SPIRIT III Investigators

**Context** A thin, cobalt-chromium stent eluting the antiproliferative agent everolimus from a nonadhesive, durable fluoropolymer has shown promise in preliminary studies in improving clinical and angiographic outcomes in patients with coronary artery disease.

**Objective** To evaluate the safety and efficacy of an everolimus-eluting stent compared with a widely used paclitaxel-eluting stent.

**Design, Setting, and Patients** The SPIRIT III trial, a prospective, randomized, single-blind, controlled trial enrolling patients at 65 academic and community-based US institutions between June 22, 2005, and March 15, 2006. Patients were 1002 men and women undergoing percutaneous coronary intervention in lesions 28 mm or less in length and with reference vessel diameter between 2.5 and 3.75 mm. Angiographic follow-up was prespecified at 8 months in 564 patients and completed in 436 patients. Clinical follow-up was performed at 1, 6, 9, and 12 months.

**Interventions** Patients were randomized 2:1 to receive the everolimus-eluting stent (n=669) or the paclitaxel-eluting stent (n=333).

**Main Outcome Measures** The primary end point was noninferiority or superiority of angiographic in-segment late loss. The major secondary end point was noninferiority assessment of target vessel failure events (cardiac death, myocardial infarction, or target vessel revascularization) at 9 months. An additional secondary end point was evaluation of major adverse cardiac events (cardiac death, myocardial infarction, or target lesion revascularization) at 9 and 12 months.

**Results** Angiographic in-segment late loss was significantly less in the everolimus-eluting stent group compared with the paclitaxel group (mean, 0.14 [SD, 0.41] mm vs 0.28 [SD, 0.48] mm; difference, −0.14 [95% CI, −0.23 to −0.05]; P=.004). The everolimus stent was noninferior to the paclitaxel stent for target vessel failure at 9 months (7.2% vs 9.0%, respectively; difference, −1.9% [95% CI, −5.6% to 1.8%]; relative risk, 0.79 [95% CI, 0.51 to 1.23]; P<.001). The everolimus stent compared with the paclitaxel stent resulted in significant reductions in composite major adverse cardiac events both at 9 months (4.6% vs 8.1%; relative risk, 0.56 [95% CI, 0.34 to 0.94]; P=.03) and at 1 year (6.0% vs 10.3%; relative risk, 0.58 [95% CI, 0.37 to 0.90]; P=.02), due to fewer myocardial infarctions and target lesion revascularization procedures.

**Conclusions** In this large-scale, prospective randomized trial, an everolimus-eluting stent compared with a paclitaxel-eluting stent resulted in reduced angiographic late loss, noninferior rates of target vessel failure, and fewer major adverse cardiac events during 1 year of follow-up.

**Trial Registration** clinicaltrials.gov Identifier: NCT00180479

*JAMA. 2008;299(16):1903-1913*                                    www.jama.com

B Y ENLARGING THE ARTERIAL lumen and sealing dissection planes, stent implantation relieves coronary flow obstruction at the site of atherosclerotic disease. However, injury to the tunica media results in excessive neointimal hyperplasia in approximately 20% to 30% of patients treated with bare-metal stents, which results in recurrent ischemia often necessitating rehospitalization for repeat percutaneous coronary intervention or coronary artery bypass graft surgery.[1] Drug-eluting stents combine the mechanical scaffolding properties of metallic stents with the site-specific delivery of an antiproliferative agent designed to inhibit vascular responses to arterial injury, thereby reducing restenosis. The polymer-regulated, site-specific delivery of paclitaxel and sirolimus have been

shown to inhibit tissue growth after coronary stent implantation and to improve long-term event-free survival com-

pared with bare-metal stents.[2,3] However, restenosis still occurs, and the incidence of stent thrombosis, especially after

For editorial comment see p 1952.

Author Affiliations and a List of the SPIRIT III Investigators appear at the end of this article.

Corresponding Author: Gregg W. Stone, MD, Columbia University Medical Center, The Cardiovascular Research Foundation, 111 E 59th St, 11th Floor, New York, NY 10022 (gs2184@columbia.edu).

©2008 American Medical Association. All rights reserved.

Downloaded from www.jama.com by guest on June 16, 2009

BSC-SJA-0819

EVEROLIMUS-ELUTING VS PACLITAXEL-ELUTING STENTS IN CAD

the first year of implantation, is increased with these drug-eluting stents compared with their bare-metal counterparts,[4,5] likely due to delayed and incomplete endothelialization.[6,7]

Newer drug-eluting stents are being designed with the goal of enhanced safety, efficacy, or both compared with previous devices. Everolimus, a semisynthetic macrolide immunosuppressant, is an analogue of rapamycin, which binds to cytosolic FKBP12 and subsequently to the mammalian target of rapamycin, thereby blocking the stimulatory effects of growth factors and cytokines, which are released after vascular injury. As a result, cell cycle progression is blocked between the G1 and S phases, inhibiting smooth muscle cell proliferation.[8]

Everolimus has been shown to prevent cardiac allograft vasculopathy,[9] which histologically resembles the neointimal hyperplasia that develops after coronary stent implantation.[10] An everolimus-eluting stent has been designed in which the drug is released from a thin (7.8-μm), nonadhesive, durable, biocompatible fluoropolymer coated onto a low-profile (0.0032-in [0.0813-mm] strut thickness), flexible cobalt-chromium stent. Preclinical studies have shown more rapid endothelialization with this stent compared with sirolimus-eluting and paclitaxel-eluting stents.[11] Following favorable results with this device in 1 small and 1 moderate-sized randomized study in Europe,[12,13] the large-scale SPIRIT III trial was performed to evaluate the everolimus-eluting stent in comparison to a widely used paclitaxel-eluting stent in patients with coronary artery disease.

## METHODS

### Study Population, Device Description, and Protocol

SPIRIT III was a prospective, multicenter, randomized, single-blind, controlled clinical trial in which 1002 patients with either 1 or 2 de novo naive coronary artery lesions (maximum 1 lesion per epicardial coronary artery) were randomized in a 2:1 ratio to receive the polymer-based everolimus-eluting stent (XIENCE V; Abbott Vascular, Santa Clara, California) or the

polymer-based paclitaxel-eluting stent (TAXUS EXPRESS2; Boston Scientific, Natick, Massachusetts). Patients aged 18 years or older with stable or unstable angina or inducible ischemia undergoing percutaneous coronary intervention were considered for enrollment.

Clinical exclusion criteria included percutaneous intervention in the target vessel either prior to or planned within 9 months after the index procedure; intervention in a nontarget vessel within 90 days prior to or planned within 9 months after the index procedure; prior coronary brachytherapy at any time; acute or recent myocardial infarction with elevated cardiac biomarker levels; left ventricular ejection fraction less than 30%; prior or planned organ transplantation; current or planned chemotherapy for malignancy; known immunologic or autoimmune disease or prescribed immunosuppressive medication; use of chronic anticoagulation; contraindications or allergy to aspirin, heparin, and bivalirudin, thienopyridines, everolimus, cobalt, chromium, nickel, tungsten, acrylic, or fluoropolymers, or to iodinated contrast that cannot be premedicated; elective surgery planned within 9 months after the procedure, necessitating antiplatelet agent discontinuation; platelet count less than 100 000 cells/μL or greater than 700 000 cells/μL, white blood cell count less than 3000 cells/μL, serum creatinine level greater than 2.5 mg/dL (to convert to μmol/L, multiply by 88.4), or dialysis or liver disease; recent major bleeding, hemorrhagic diathesis, or objection to blood transfusions; stroke or transient ischemic attack within 6 months; comorbid conditions that limit life expectancy to less than 1 year or that could affect protocol compliance; positive pregnancy test result, lactation, or planned pregnancy within 1 year after enrollment; and participation in another investigational study that has not yet reached its primary end point. The study was approved by the institutional review board at each participating center, and consecutive, eligible patients signed written informed consent.

Prior to catheterization, an electrocardiogram was performed, creatine phos-

phokinase and isoenzyme levels were measured, and 300 mg or more of aspirin was administered. A 300-mg or greater oral dose of clopidogrel was recommended preprocedure and required in all cases within 1 hour after stent implantation. Procedural anticoagulation was achieved with either unfractionated heparin or bivalirudin per standard of care, and use of glycoprotein IIb/IIIa inhibitors was per operator discretion. Angiographic eligibility was assessed following mandatory predilatation. The reference vessel diameter of all study lesions was required to be between 2.5 mm and 3.75 mm, and the lesion length was required to be 28 mm or less, both by visual assessment, representing the on-label lesion dimensions for which the paclitaxel-eluting stent has been approved by the US Food and Drug Administration (FDA) for use in the United States. Other angiographic exclusion criteria included ostial or left main lesions; bifurcation lesions with either side branch more than 50% stenosed or more than 2 mm in diameter or requiring predilatation; excessive proximal tortuosity, lesion angulation or calcification, or thrombus; lesion located within a bypass graft conduit; diameter stenosis less than 50% or 100%; or the presence of lesions with greater than 40% stenosis within the target vessel or likelihood that additional percutaneous intervention would be required within 9 months.

Following confirmation of angiographic eligibility, telephone randomization was performed in randomly alternating blocks of 3 and 6 patients using an automated voice response system, stratified by the presence of diabetes, planned dual-vessel treatment, and study site. For this trial everolimus-eluting stents were available in 2.5-, 3.0-, and 3.5-mm diameters, and in all 8-, 18-, and 28-mm lengths. The full range of US-manufactured paclitaxel-eluting stents were available, ranging from 2.5 to 3.5 mm in diameter and from 8 to 32 mm in length. An appropriate-length stent was selected sufficient to cover approximately 3 mm of nondiseased tissue on either side of the lesion. In patients receiving multiple

   ©2008 American Medical Association. All rights reserved.

Downloaded from www.jama.com by guest on June 18, 2009

BSC-SJA-0820

stents for a single lesion, 1 to 4 mm of stent overlap was recommended. Additional study stents were permitted for edge dissections greater than type C or otherwise suboptimal results, and post-dilation was at operator discretion.

Following the procedure, an electro-cardiogram was performed and cardiac enzyme levels were measured. The protocol recommended that patients receive aspirin (≥ 80 mg/d) indefinitely and clopidogrel (75 mg/d) for a minimum of 6 months. Clinical follow-up was scheduled at 30 (±7) days, 180 (±14) days, 240 (±28) days, 270 (±14) days, 365 (±28) days, and then yearly (±28 days) through 5 years. Although the operators were by necessity unblinded during the stent implantation procedure, the patient and staff involved in follow-up assessments remained blinded through the follow-up period, with a standardized follow-up interview script used to reduce bias. Protocol-specified angiographic follow-up was scheduled at 240 (±28) days in the first 564 patients enrolled. Among these patients, intravascular ultrasound immediately following stent implantation and at follow-up was intended in 240 patients at selected sites.

## Data Management

Independent study monitors verified 100% of case report form data on-site. Data were stored in a database maintained by Abbott Vascular. All major adverse cardiac events were adjudicated by an independent committee blinded to treatment allocation after review of original source documentation. A second clinical events committee blinded to randomization performed a post hoc adjudication of stent thrombosis using the Academic Research Consortium definitions.[14] A data and safety monitoring board periodically reviewed blinded safety data, each time recommending that the study continue without modification. Independent core angiographic and intravascular ultrasound analyses were performed by technicians blinded to treatment assignment and clinical outcomes using validated methods as previously described.[15,16]

## End Points and Definitions

The primary end point was in-segment late loss at 240 days (defined as the difference in the minimal luminal diameter assessed immediately after the pro-

©2008 American Medical Association. All rights reserved.

### Figure 1. Patient Flow and Follow-up in the SPIRIT III Trial



Prior to the 1-year follow-up period, 14 of 669 patients (2.1%) randomized to receive the everolimus-eluting stent either withdrew (n=5) or were lost to follow-up (n=9), and 12 of 333 patients (3.6%) randomized to receive the paclitaxel-eluting stent either withdrew (n=4) or were lost to follow-up (n=8).
ªNine-month follow-up was performed at 270 (±14) days; 12-month follow-up, at 365 (±28) days.

Downloaded from www.jama.com by guest on June 16, 2009

BSC-SJA-0821

EVEROLIMUS-ELUTING VS PACLITAXEL-ELUTING STENTS IN CAD

| Table 1. Baseline Characteristics of the Study Population | | |
|---|---|---|
| Characteristic | Everolimus-Eluting Stent | Paclitaxel-Eluting Stent |
| Demographics, No./total (%) | 669 | 332 |
| Age, mean (SD), y | 63.2 (10.5) | 62.8 (10.2) |
| Men | 469/669 (70.1) | 218/332 (65.7) |
| Hypertension | 510/669 (76.2) | 245/331 (74.0) |
| Hypercholesterolemia | 489/659 (74.2) | 233/326 (71.5) |
| Diabetes mellitus | | |
| Any | 198/669 (29.6) | 92/330 (27.9) |
| Requiring insulin | 52/669 (7.8) | 18/330 (5.5) |
| Current smoker | 154/659 (23.4) | 73/324 (22.5) |
| Prior myocardial infarction | 130/652 (19.9) | 59/327 (18.0) |
| Unstable angina | 123/657 (18.7) | 82/327 (25.1) |
| Target vessel, No./total (%) | 772 | 383 |
| Left anterior descending | 317/768 (41.3) | 164/382 (42.9) |
| Left circumflex | 212/768 (27.6) | 108/382 (28.3) |
| Right coronary | 238/768 (31.0) | 109/382 (28.5) |
| Left main, protected | 1/768 (0.1) | 1/382 (0.3) |
| Target lesion, mean (SD) | 772 | 383 |
| Reference vessel diameter, mm | 2.77 (0.45) | 2.76 (0.46) |
| Minimal luminal diameter, mm | 0.82 (0.41) | 0.83 (0.40) |
| Diameter stenosis, % | 70.0 (13.3) | 69.4 (13.6) |
| Lesion length, mm | 14.7 (5.6) | 14.7 (5.7) |

cedure and at angiographic follow-up, measured within the margins, 5 mm proximal and 5 mm distal to the stent). To avoid interlesion clustering of restenosis in patients receiving stents for multiple lesions[17] (which would have required correction with multilevel generalized estimating equations), the protocol specified that for patients in whom 2 lesions were treated a single lesion (the analysis lesion) would be randomly selected by computer for analysis of late loss. All randomized lesions were included in the analyses for all other angiographic end points.

The major secondary end point was ischemia-driven target vessel failure at 270 days, defined as the composite of cardiac death (death in which a cardiac cause could not be excluded), myocardial infarction (Q-wave or non–Q-wave), and ischemia-driven target vessel revascularization by either percutaneous coronary intervention or bypass graft surgery. Target vessel (or lesion) revascularization was considered to be ischemia-driven if associated with a positive functional study result, a target vessel (or lesion) diameter stenosis of 50% or greater by core labo-

ratory quantitative analysis with ischemic symptoms, or a target vessel (or lesion) diameter stenosis of 70% or greater with or without documented ischemia.

An additional prespecified secondary end point included major adverse cardiac events at 9 months and 1 year, defined as the composite of cardiac death, myocardial infarction, or ischemia-driven target lesion revascularization. Myocardial infarction was defined either as the development of new pathologic Q waves 0.4 seconds or longer in duration in 2 or more contiguous leads or as an elevation of creatine phosphokinase levels to more than 2 times normal with positive levels of creatine phosphokinase MB. Stent thrombosis was prospectively defined by protocol as an acute coronary syndrome with angiographic evidence of thrombus within or adjacent to a previously treated target lesion or, in the absence of angiography, as any unexplained death or acute myocardial infarction with ST-segment elevation or new Q waves in the distribution of the target lesion occurring within 30 days. Binary restenosis was defined as 50% or greater diameter stenosis of the

treated lesion at angiographic follow-up. Other angiographic and intravascular ultrasound parameters were defined as previously described.[11,12]

**Statistical Methods**

The trial was powered for noninferiority for both the primary end point of in-segment late loss at 8 months among patients in the angiographic follow-up cohort, as well as the major secondary end point of ischemia-driven target vessel failure at 9 months in all enrolled patients. As agreed on with FDA, noninferiority for in-segment late loss would be declared if the upper limit of the 1-sided 97.5% confidence interval (CI) of the difference did not exceed a delta of 0.195 mm from the observed in-segment late lumen loss in the paclitaxel-eluting stent group, equivalent to a 1-sided test with ∝ = .025. Assuming a mean late loss of 0.24 (SD, 0.47) mm for both stents, with angiographic follow-up performed in 338 everolimus-eluting stent and 169 paclitaxel-eluting stent analysis lesions, the trial had 99% power to demonstrate noninferiority for in-segment late loss. Sequential superiority testing was prespecified if noninferiority for late loss was met. Noninferiority for ischemia-driven target vessel failure was declared if the upper limit of the 1-sided 95% CI of the difference did not exceed a delta of 5.5% from the observed paclitaxel-eluting stent control event rate. Assuming a target vessel failure rate of 9.4% for both stents, with 9-month clinical follow-up performed in 660 patients randomized to receive the everolimus-eluting stent and 330 to receive the paclitaxel-eluting stent, the trial had 89% power to demonstrate noninferiority for target vessel failure. Noninferiority for the prespecified powered primary as well as the major secondary end points had to be met for the trial to be considered successful, and as such both are considered coprimary end points.

Categorical variables were compared by Fisher exact test. Continuous variables are presented as mean (SD) and were compared by t test. The statistical analysis plan prespecified that all primary and secondary analyses

©2008 American Medical Association. All rights reserved.

Downloaded from www.jama.com by guest on June 16, 2009

BSC-SJA-0822

would be performed in the intent-to-treat population, consisting of all patients randomized in the study, regardless of the treatment actually received. However, patients lost to follow-up in whom no event had occurred prior to the follow-up window were not included in the denominator for calculations of binary end points. Survival curves using all available follow-up data were also constructed for time-to-event variables using Kaplan-Meier estimates and compared by log-rank test. Superiority testing was performed after demonstration of noninferiority for the primary and major secondary end points[35] and for all other secondary end points using a 2-sided $\alpha$ = .05. All statistical analyses were performed using SAS version 9.1.3 (SAS Institute Inc, Cary, North Carolina).

## RESULTS

### Patients and Enrollment

Between June 22, 2005, and March 15, 2006, 1002 patients were enrolled at 65 US sites and randomized to receive the everolimus-eluting stent (n=669) or the paclitaxel-eluting stent (n=333) (FIGURE 1). One patient in the paclitaxel group did not sign informed consent; thus, his or her data are unavailable. Baseline characteristics of the patients were well matched between the 2 groups (TABLE 1), except for slightly more unstable angina in the paclitaxel group (P=.02). The mean number of lesions stented was 1.2 (SD, 0.4) in each group; 2 lesions were treated in 15.4% of patients in each group, whereas the remainder had 1 lesion treated. Lesion characteristics as measured by quantitative coronary angiography were also similar between the 2 groups (Table 1).

### Procedural Results and Angiographic Outcomes

As shown in TABLE 2, the total stent length per lesion was slightly greater in the everolimus group, likely due to the fewer stent lengths available for accurate lesion matching. Conversely, implantation pressure was slightly less in the group receiving everolimus stents,

Other procedural variables were well matched between the groups. Acute postprocedure angiographic measures were also not significantly different between the 2 groups.

Angiographic follow-up at 8 months was completed in 77% of eligible patients (Figure 1). The primary end point of in-segment late loss in the analysis lesion was significantly less in the everolimus group compared with the paclitaxel group (0.14 [SD, 0.41] mm [n=301 lesions] vs 0.28 [SD, 0.48] mm [n=134 lesions]; difference, −0.14 [95% CI, −0.23 to −0.05]; P$_{noninferiority}$ .001; P$_{superiority}$=.004). In-stent late loss in the analysis lesion was also significantly less

in the everolimus group (0.16 [SD, 0.41] mm vs 0.31 [SD, 0.53] mm; difference, −0.15 [95% CI, −0.25 to −0.04]; P$_{noninferiority}$ .001; P$_{superiority}$=.005). Similar results were found when all lesions were considered (Table 2). As a result, strong trends were present toward a reduction in binary in-stent and in-segment restenosis with the everolimus stent compared with the paclitaxel stent (Table 2). No aneurysms were present at 8 months in either group.

### Intravascular Ultrasound Findings

Volumetric intravascular ultrasound data were available at 8 months in 101

Table 2. Procedural Results and Angiographic Outcomes

| Result/Outcome | Everolimus-Eluting Stent | Paclitaxel-Eluting Stent | P Value |
|---|---|---|---|
| Procedural variables, mean (SD) | | | |
| No. of patients | 669 | 332 | |
| No. of stents per patient | 1.3 (0.5) | 1.3 (0.5) | .27 |
| No. of stents per lesion | 1.2 (0.4) | 1.1 (0.3) | .07 |
| Maximum stent diameter per lesion, mm | 3.0 (0.4) | 3.0 (0.4) | .99 |
| Maximum stent to reference vessel diameter ratio | 1.1 (0.1) | 1.1 (0.1) | .58 |
| Total stent length per lesion, mm | 22.8 (8.4) | 21.6 (7.8) | .02 |
| Total stent to lesion length ratio | 1.6 (0.5) | 1.5 (0.5) | .01 |
| Maximum pressure, atm | 14.8 (2.8) | 15.1 (2.8) | .049 |
| Glycoprotein IIb/IIIa inhibitors used, No./total (%) | 184/669 (27.5) | 82/332 (24.7) | .36 |
| Postprocedural angiographic results, mean (SD) | | | |
| No. of lesions | 772 | 383 | |
| Minimal luminal diameter, mm | | | |
| In-stent | 2.71 (0.43) | 2.74 (0.41) | .36 |
| In-segment | 2.37 (0.45) | 2.36 (0.45) | .73 |
| Diameter stenosis, % | | | |
| In-stent | 0.3 (8.8) | −0.2 (8.5) | .37 |
| In-segment | 13.5 (7.5) | 14.4 (7.1) | .06 |
| Acute gain, mm | | | |
| In-stent | 1.89 (0.48) | 1.91 (0.47) | .56 |
| In-segment | 1.54 (0.51) | 1.53 (0.50) | .82 |
| 8-mo angiographic follow-up, mean (SD)[a] | | | |
| No. of lesions | 344 | 158 | |
| Reference vessel diameter, mm | 2.77 (0.43) | 2.78 (0.42) | .84 |
| Minimal luminal diameter, mm | | | |
| In-stent | 2.56 (0.53) | 2.45 (0.65) | .07 |
| In-segment | 2.22 (0.53) | 2.12 (0.60) | .08 |
| Diameter stenosis, % | | | |
| In-stent | 5.9 (18.4) | 10.3 (21.4) | .02 |
| In-segment | 16.8 (14.4) | 22.3 (16.4) | .008 |
| Late loss, mm | | | |
| In-stent | 0.16 (0.41) | 0.30 (0.53) | .002 |
| In-segment | 0.14 (0.39) | 0.28 (0.48) | .001 |
| Binary restenosis, No./total (%) | | | |
| In-stent | 8/343 (2.3) | 9/158 (5.7) | .06 |
| In-segment | 16/344 (4.7) | 14/158 (8.9) | .07 |

[a] Analysis of all lesions.

©2008 American Medical Association. All rights reserved.

Downloaded from www.jama.com by guest on June 16, 2009

BSC-SJA-0823


EVEROLIMUS-ELUTING VS PACLITAXEL-ELUTING STENTS IN CAD

lesions in the everolimus group and 41 in the paclitaxel group. The everolimus stent compared with the paclitaxel stent resulted in significantly less neointimal hyperplasia (10.13 [SD, 11.48] mm² vs 20.87 [SD, 31.51] mm³, P=.04) and percent volume obstruction (6.9% [SD, 6.4%] vs 11.2% [SD, 9.9%], P=.01). Paired immediate post-procedure and follow-up intravascular ultrasound studies were available in 90 lesions in the everolimus group and 43 in the paclitaxel group. Comparing the everolimus and paclitaxel stents, there were no significant differences detected in the rates of incomplete stent apposition either at the completion of the procedure (34.4% vs 25.6%, respectively; P=.33) or at 8 months (25.6% vs 16.3%, P=.27). Late acquired incomplete stent apposition was infrequent in both groups (1.1% vs 2.3%, P=.54).

**Clinical Outcomes**

At 30 days there tended to be fewer myocardial infarctions among the patients randomized to receive the everolimus stent compared with the paclitaxel stent (7/687 patients [1.0%] vs 9/330 [2.7%], respectively; relative risk, 0.38 [95% CI, 0.14 to 1.02]; P=.06), with comparable rates of cardiac death (0% in both groups) and target lesion revascularization (3/667 patients [0.4%] vs 1/330 [0.3%], respectively; relative risk, 1.48 [95% CI, 0.15 to 14.21]; P=.99). At 9 months, everolimus stents compared with paclitaxel stents were noninferior for the major secondary end point of ischemia-driven target vessel failure (47/657 patients [7.2%] vs 29/321 [9.0%], respectively; difference, −1.9% [95% CI, −5.6% to 1.8%]; relative risk, 0.79 [95% CI, 0.51 to 1.23]; $P_{noninferiority}$ = .001; $P_{superiority}$ = .31). A nonsignificant trend was also present at 1

year for a 24% reduction in target vessel failure in patients randomized to receive everolimus stents rather than paclitaxel stents (56/653 patients [8.6%] vs 36/320 [11.3%], respectively; relative risk, 0.76 [95% CI, 0.51 to 1.13]; P=.26). Use of the everolimus stent compared with the paclitaxel stent resulted in significant reductions in the secondary end point of composite major adverse cardiac events, both at 9 months (30/657 patients [4.6%] vs 26/321 [8.1%]; relative risk, 0.56 [95% CI, 0.34 to 0.94]; P=.03) and at 1 year (39/653 patients [6.0%] vs 33/320 [10.3%]; relative risk, 0.58 [95% CI, 0.37 to 0.90]; P=.02).

As shown in TABLE 3, there were no significant differences between the everolimus stent and the paclitaxel stent in the 1-year rates of death (all cause, cardiac, or noncardiac) or of myocardial infarction (all, Q-wave, or non–Q-wave). Similarly, there were no significant differences between the 2 devices in the rates of stent thrombosis, either early (< 30 days) or late (> 30 days), whether analyzed by the prespecified protocol definition or by post hoc Academic Research Consortium definitions. There were also no statistically significant differences in the rates of target lesion revascularization, target vessel revascularization, or target vessel failure between the 2 stents at 1 year. As shown in FIGURE 2, the difference between the hazard curves for major adverse cardiac events became apparent in the early postprocedural period due to fewer myocardial infarctions with the everolimus stent, and then spread further between 8 and 12 months due to fewer target lesion revascularization procedures with the everolimus stent. Of the 15 and 12 patients in the everolimus and paclitaxel groups who had a protocol-defined ischemic target lesion revascularization event by 1 year, 5 and 4 patients, respectively (33.3% in each group) underwent revascularization solely on the basis of a diameter stenosis greater than 70% demonstrated by quantitative coronary angiography. At 365 days, aspirin was being taken by 94.9% and 92.4%

Table 3. Clinical Outcomes at 1 Year

| Outcome | No./Total (%) | | P Value |
|---|---|---|---|
| | Everolimus-Eluting Stent (n = 655) | Paclitaxel-Eluting Stent (n = 321) | |
| Death | 8/655 (1.2) | 4/321 (1.2) | >.99 |
| Cardiac | 5/655 (0.8) | 3/321 (0.9) | .72 |
| Noncardiac | 3/655 (0.5) | 1/321 (0.3) | >.99 |
| Myocardial infarction[a] | 18/653 (2.8) | 13/320 (4.1) | .33 |
| Q-wave | 2/653 (0.3) | 1/320 (0.3) | >.99 |
| Non–Q-wave | 16/653 (2.5) | 12/320 (3.8) | .31 |
| Death or myocardial infarction | 24/654 (3.7) | 16/321 (5.0) | .39 |
| Cardiac death or myocardial infarction[a] | 22/653 (3.4) | 15/320 (4.7) | .37 |
| Stent thrombosis | | | |
| Protocol definition | 5/647 (0.8) | 2/317 (0.6) | >.99 |
| < 30 d | 3/667 (0.4) | 0/330 (0) | .55 |
| > 30 d | 2/646 (0.3) | 2/317 (0.6) | .60 |
| ARC | | | |
| Definite | 5/652 (0.8) | 0/319 (0) | .18 |
| Probable | 2/652 (0.3) | 2/319 (0.6) | .60 |
| Possible | 4/652 (0.6) | 2/319 (0.6) | >.99 |
| Definite or probable | 7/652 (1.1) | 2/319 (0.6) | .73 |
| Any | 11/652 (1.7) | 4/319 (1.3) | .78 |
| Target lesion revascularization | 22/655 (3.4) | 18/321 (5.6) | .12 |
| Target vessel revascularization | 40/655 (6.1) | 24/321 (7.5) | .41 |
| Target vessel revascularization remote | 20/655 (3.1) | 14/321 (4.4) | .35 |
| Major adverse cardiac events[a] | 39/653 (6.0) | 33/320 (10.3) | .02 |
| Target vessel failure[a] | 56/653 (8.6) | 36/320 (11.3) | .20 |

Abbreviations: ARC, Academic Research Consortium.[b]
[a] Per the statistical analysis plan, since the composite target vessel failure and major adverse cardiac event end points included cardiac deaths only, patients with noncardiac deaths were excluded from the denominator.

©2008 American Medical Association. All rights reserved.

Downloaded from www.jama.com by guest on June 18, 2009

BSC-SJA-0824

of patients receiving everolimus stents and paclitaxel stents, respectively (P=.15), and a thienopyridine (clopidogrel or ticlopidine) was being taken by 71.2% and 70.4%, respectively (P=.82).

## Subgroup Analysis

A post hoc linear regression analysis with formal interaction testing was performed to explore whether the reduction of the primary end point of in-segment late loss at 8 months with the everolimus stent compared with the paclitaxel stent was consistent across important subgroups (of which diabetes and the number of treated vessels were prespecified). As shown in FIGURE 3, there were no significant interactions between treatment assignment and angiographic outcomes among 7 subgroups, with the exception of age. Logistic regression analysis with interaction testing was also performed to explore whether the reduction in major adverse cardiac events with the everolimus stent compared with the paclitaxel stent present at 1 year was consistent across important subgroups. As shown in FIGURE 4, there were no sig-

nificant interactions between treatment assignment and outcomes at 1 year among 8 subgroups, with the exception of patients with diabetes. The relative reduction in major adverse cardiac events with everolimus stents compared with paclitaxel stents was comparable in patients both undergoing and not undergoing 8-month follow-up angiography. Among patients in the angiographic follow-up cohort, target lesion revascularization in the everolimus and paclitaxel stent groups was required in 15 of 368 (4.1%) vs 12 of 181 (6.6%) patients, respectively (relative

Figure 2. Time-to-Event Curves for Cardiac Death or Myocardial Infarction, Target Lesion Revascularization, Major Adverse Cardiac Events, and Target Vessel Failure Among Patients Randomized to Receive the Everolimus-Eluting Stent and the Paclitaxel-Eluting Stent





Event rates presented here were calculated by Kaplan-Meier methods and compared with the log-rank test and differ slightly from those in the text and Table 3, which were calculated as categorical variables and compared with the Fisher exact test. In each panel, initial number at risk for the paclitaxel stent differs from the number randomized because 1 patient did not sign informed consent. CI indicates confidence interval; HR, hazard ratio.

©2008 American Medical Association. All rights reserved.

Downloaded from www.jama.com by guest on June 18, 2009

BSC-SJA-0825

risk, 0.61 [95% CI, 0.29 to 1.29]; P=.21), whereas in the nonangiographic follow-up cohort the target lesion revascularization rates were 7 of 285 (2.5%) vs 6 of 139 (4.3%), respectively (relative risk, 0.57 [95% CI, 0.19 to 1.66]; P=.37).

## COMMENT

This large-scale, prospective, randomized, single-blind, controlled study demonstrates that an everolimus-eluting stent compared with a widely used paclitaxel-eluting stent results in a significant reduction in angiographic in-segment late loss at 8 months, with noninferior 9-month rates of ischemia-driven target vessel failure. Thus, the 2 prespecified FDA regulatory requirements required for the trial to be considered successful were met. The reduction in late loss was confirmed by the findings from intravascular ultrasound, which demonstrated an approximate 50% reduction in volumetric neointimal hyperplasia.

As a result, even though the trial was not powered for a reduction in binary angiographic restenosis, a strong trend was present in this direction favoring the everolimus-eluting stent.

Notably, the everolimus stent compared with the paclitaxel stent resulted in a significant 42% reduction in major adverse cardiac events at 1 year. As such, the present study is the first pivotal randomized trial to demonstrate enhanced event-free survival with a new stent compared with any of the 3 drug-eluting stents commercially available in the United States for on-label lesions (ie, those for which treatment with drug-eluting stents has been approved by the FDA). As defined in this trial, major adverse cardiac events is a composite measure of safety (cardiac death and myocardial infarction) and stent efficacy (target lesion revascularization), which is more specific to the action of the stent than is target vessel failure (which includes the occurrence of target vessel revascularization remote from the target le-

sion, which would not be expected to be affected by stent implantation). The reduction in composite major adverse cardiac events with the everolimus stent was attributable to fewer postprocedural non–Q-wave myocardial infarctions and late target lesion revascularizations due to the reduction in restenosis. In this regard the results of SPIRIT III confirm and extend those from the smaller (300 patients) randomized SPIRIT II trial, in which the 1-year rates of major adverse cardiac events (using the same definition) were decreased from 9.2% with a paclitaxel-eluting stent to 2.7% with an everolimus-eluting stent (P=.04), also due to fewer cardiac deaths, myocardial infarctions, and target lesion revascularizations.[19] Reduction in procedural-related myonecrosis with the everolimus stent may result from less side-branch compromise due to the thinner polymer (7.8 μm vs 16.0 μm) and total polymer plus stent strut width (89 vs 148 μm) compared with the paclitaxel stent,[20] though detailed angio-

Figure 3. Subgroup Analyses of the Primary End Point of 8-Month Angiographic In-Segment Late Loss Among Patients Randomized to Receive the Everolimus-Eluting Stent vs the Paclitaxel-Eluting Stent



| | No. of randomized lesions | | In-segment luminal late loss, mean (SD), mm | | | Difference (95% CI) | Favors everolimus-eluting stent | Favors paclitaxel-eluting stent | P for interaction |
|---|---|---|---|---|---|---|---|---|---|
| | Everolimus-eluting stent | Paclitaxel-eluting stent | Everolimus-eluting stent | Paclitaxel-eluting stent | | | | | |
| Angiographic follow-up cohort | 343 | 158 | 0.11 (0.30) | 0.28 (0.48) | | –0.15 (–0.21 to 0.04) | | | |
| Age | | | | | | | | | |
| • Median (63 y) | 171 | 75 | 0.12 (0.37) | 0.39 (0.53) | | –0.27 (–0.41 to 0.14) | | | <.001 |
| • Median | 172 | 82 | 0.16 (0.42) | 0.15 (0.33) | | 0.01 (–0.09 to 0.11) | | | |
| Sex | | | | | | | | | |
| Men | 250 | 108 | 0.13 (0.34) | 0.25 (0.49) | | –0.12 (–0.73 to –0.02) | | | .04 |
| Women | 93 | 50 | 0.16 (0.50) | 0.29 (0.41) | | –0.13 (–0.28 to 0.03) | | | |
| Diabetes | | | | | | | | | |
| Yes | 96 | 31 | 0.16 (0.51) | 0.24 (0.40) | | –0.08 (–0.28 to 0.12) | | | .34 |
| No | 247 | 127 | 0.12 (0.34) | 0.27 (0.49) | | –0.15 (–0.24 to –0.06) | | | |
| No. of treated vessels | | | | | | | | | |
| Single | 258 | 110 | 0.13 (0.41) | 0.30 (0.49) | | 0.16 (0.27 to 0.06) | | | .15 |
| Dual | 85 | 48 | 0.14 (0.33) | 0.18 (0.39) | | –0.04 (–0.17 to 0.09) | | | |
| Target vessel | | | | | | | | | |
| LAD | 135 | 68 | 0.13 (0.40) | 0.26 (0.49) | | –0.13 (–0.27 to 0.00) | | | .92 |
| Non-LAD | 208 | 90 | 0.14 (0.36) | 0.26 (0.46) | | –0.12 (–0.23 to –0.02) | | | |
| RVD | | | | | | | | | |
| • Median (2.775 mm) | 166 | 88 | 0.18 (0.39) | 0.29 (0.54) | | –0.11 (–0.24 to 0.02) | | | .74 |
| • Median | 177 | 70 | 0.10 (0.41) | 0.24 (0.36) | | 0.14 (0.24 to –0.05) | | | |
| Lesion length | | | | | | | | | |
| • Median (13.7 mm) | 169 | 82 | 0.19 (0.47) | 0.31 (0.51) | | –0.12 (–0.25 to 0.01) | | | >.99 |
| • Median | 174 | 74 | 0.09 (0.30) | 0.21 (0.46) | | –0.12 (–0.22 to –0.02) | | | |

Probability for interaction represents the likelihood for interaction between the variable and the relative treatment effect. CI indicates confidence interval; LAD, left anterior descending; RVD, reference vessel diameter.

   ©2008 American Medical Association. All rights reserved.

Downloaded from www.jama.com by guest on June 10, 2009

BSC-SJA-0826

graphic study is required to confirm this possibility. Importantly, there were no significant differences in the occurrence of stent thrombosis through 1 year between these 2 devices, though this trial was underpowered to reliably evaluate this event; also, longer-term follow-up is required, because the incremental risk of stent thrombosis with drug-eluting stents may emerge beyond 1 year.[4] The lower rate of target lesion revascularization with the everolimus stent compared with the paclitaxel stent may be directly attributed to the reduction in late loss and smaller follow-up diameter stenosis in the target lesion, as recently described.[21]

The reduction in in-segment late loss with the everolimus stent compared with the paclitaxel stent was consistent across multiple important subgroups except when stratified by age.

No significant differences in angiographic outcomes were present between the 2 stents in young patients, whereas assignment to receive the everolimus stent rather than the paclitaxel stent was associated with a marked reduction in late loss in elderly patients. Given the lack of an interaction with reference vessel diameter and lesion length, an explanation underlying this finding is not immediately evident. Of note, no interaction was present between diabetic status and angiographic late loss, signifying a significant reduction in in-segment late loss with the everolimus stent compared with the paclitaxel stent in patients both with and without diabetes. In contrast, a significant interaction was present between diabetes and stent type on the major adverse cardiac event end point, a finding that contributes to the

conflicting reports from prior studies examining the relative safety and efficacy of paclitaxel-eluting compared with sirolimus-eluting stents in patients with diabetes.[22-26] However, this difference was driven by the 62% lower rate of major adverse cardiac events in patients with diabetes who were treated with paclitaxel stents compared with patients without diabetes who also were treated with paclitaxel stents, an unlikely finding that may have been due to chance alone. The differences between the 2 devices were also less apparent in larger vessels (which, compared with small vessels, may be able to accommodate more neointimal hyperplasia before the ischemic threshold is reached)[21] and in longer lesions (which, compared with shorter lesions, may have a greater statistical likelihood of restenosis developing in a

Figure 4. Subgroup Analyses of the 1-Year Rates of Major Adverse Cardiac Events Among Patients Randomized to Receive the Everolimus-Eluting Stent vs the Paclitaxel-Eluting Stent



Probability for interaction represents the likelihood for interaction between the variable and the relative treatment effect. CI indicates confidence interval; LAD, left anterior descending; RVD, reference vessel diameter.
[a]Analysis restricted to patients undergoing treatment of a single lesion.

©2008 American Medical Association. All rights reserved.

(Reprinted) JAMA, April 23/30, 2008—Vol 299, No. 16   1911

Downloaded from www.jama.com by guest on June 16, 2009



BSC-SJA-0827

EVEROLIMUS-ELUTING VS PACLITAXEL-ELUTING STENTS IN CAD

single spot, despite less volumetric neo-intimal hyperplasia). Moreover, no differences were evident in the beneficial effect of the everolimus stent compared with the paclitaxel stent in reducing the occurrence of major adverse cardiac events as a function of age. All of these subgroup findings should be considered hypothesis-generating, because subgroup analysis is inherently underpowered and statistical adjustments were not made for multiple comparisons leading to possible false-positive findings.[26]

The strengths and limitations of the present investigation should be considered. That composite major adverse cardiac events have now been shown to be reduced with an everolimus stent compared with a paclitaxel stent in 2 consecutive randomized trials performed at different institutions in different geographies (United States vs Europe and Asia Pacific)[19] increases the likelihood that this finding is real. Despite the dilutive effect of including target vessel revascularization in the target vessel failure end point, a trend was also present toward a 24% reduction with the everolimus stent in this composite measure at 1 year. Moreover, the clinical and angiographic outcomes with the paclitaxel stent in the present study were similar or better than those observed in earlier trials with this device in comparable patients and lesions,[2] and as such underperformance of the control stent does not explain this finding. However, while SPIRIT III is the largest completed trial to date investigating an everolimus-eluting stent, major adverse cardiac events were not the primary end point of this study (nor of SPIRIT II), and therefore this conclusion cannot be considered definitive until prospectively verified in an adequately powered randomized trial. The present trial also was underpowered to examine whether an everolimus stent reduces target lesion revascularization, target vessel revascularization, and target vessel failure as well as the occurrence of low-frequency safety events, compared with a paclitaxel stent. That angiographic follow-up was performed in 43.5% of patients in the present trial further raises concern whether the greater late loss with the paclitaxel stent compared with the everolimus stent may have triggered a greater proportion of excess revascularization procedures in the former group (the "oculostenotic reflex"),[27] although such a bias was not apparent in subgroup analysis. Logistic considerations precluded blinding the operator to the stent type, although clinical follow-up assessment, core laboratory, and clinical events committee personnel were blinded to randomization group, and source-documented ischemia or a severe stenosis by quantitative analysis was required to be present for declaration of target lesion or vessel revascularization. The results of the present trial cannot be extended to patient and lesion types excluded from enrollment. Also, complete screening log data are not available, and thus the proportion of patients undergoing percutaneous coronary intervention who were eligible for enrollment in this study is unknown. Finally, the current study was not designed to elicit other potential advantages of the everolimus stent, such as its greater flexibility and deliverability in complex coronary anatomy.

In summary, in this large-scale, prospective randomized trial, an everolimus-eluting stent compared with a paclitaxel-eluting stent in de novo native coronary artery lesions resulted in reduced angiographic late loss, noninferior rates of target vessel failure, and fewer major adverse cardiac events during 1 year of follow-up.

Author Affiliations: Columbia University Medical Center and The Cardiovascular Research Foundation, New York, New York (Drs Stone and Lansky); St Joseph Medical Center, Towson, Maryland (Dr Midei); Wake Medical Center, Raleigh, North Carolina (Dr Newman); St Patrick Hospital, Missoula, Montana (Dr Sanz); The Heart Center of Indiana, Indianapolis (Dr Hermiller); Presbyterian Hospital, Charlotte, North Carolina (Dr Williams); BMH Regional Medical Center, Berea, Ohio (Dr Farhat); Duke Clinical Research Institute, Durham, North Carolina (Dr Mahaffey); Harvard Clinical Research Institute, Boston, Massachusetts (Dr Cutlip); Stanford University Medical Center, Stanford, California (Dr Fitzgerald); and Abbott Vascular, Santa Clara, California (Dr Sood and Ms Su).
Author Contributions: Dr Stone had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.

©2008 American Medical Association. All rights reserved.

Downloaded from www.jama.com by guest on June 16, 2009

BSC-SJA-0828

tive comparison of reendothelialization in drug
eluting stents. Circulation. 2006;114(suppl II):
II-509.

12. Serruys PW, Ong ATL, Piek JJ, et al. A randomized comparison of a durable polymer everolimus-eluting coronary stent with a bare-metal coronary stent. EuroIntervention. 2005;1:56-65.

13. Serruys PW, Ruygrok P, Neuzner J, et al. A randomized comparison of an everolimus-eluting coronary stent with a paclitaxel-eluting coronary stent: the SPIRIT II trial. EuroIntervention. 2006;2:286-294.

14. Cutlip DE, Windecker S, Mehran R, et al. Clinical endpoints in coronary stent trials: a case for standardized definitions. Circulation. 2007;115(17): 2344-2351.

15. Lansky AJ, Dangas G, Mehran R, et al. Quantitative angiographic methods for appropriate endpoint analysis, edge-effect evaluation, and prediction of recurrent restenosis after coronary brachytherapy with gamma irradiation. J Am Coll Cardiol. 2002;39(2):274-280.

16. Mintz GS, Nissen SE, Anderson WD, et al. American College of Cardiology Clinical Expert Consensus Document on Standards for Acquisition, Measurement and Reporting of Intravascular Ultrasound Studies (IVUS): a report of the American College of Cardiology Task Force on Clinical Expert Consensus Documents. J Am Coll Cardiol. 2001;37(5):1478-1492.

17. Kastrati A, Schömig A, Elezi S, et al. Interaction dependence of the risk for restenosis in patients with coronary stent placement in multiple lesions. Circulation. 1998;97(23):2396-2401.

18. Morikawa T, Yoshida M. A useful testing strategy in phase III trials combined test of superiority and test of equivalence. J Biopharm Stat. 1995;5(3): 297-306.

19. Ruygrok P. SPIRIT II study: a clinical evaluation of the XIENCE everolimus-eluting coronary stent system in the treatment of patients with de novo native coronary artery lesions. J Am Coll Cardiol. 2007; 49(suppl I):28B.

20. Stone GW, Ellis SG, Cannon L, et al; TAXUS V Investigators. Comparison of a polymer-based paclitaxel-eluting stent with a bare-metal stent in patients with complex coronary artery disease: a randomized controlled trial. JAMA. 2005;294(10): 1215-1223.

21. Pocock SJ, Lansky AJ, Mehran R, et al. Angiographic surrogate endpoints in drug-eluting stent trials. J Am Coll Cardiol. 2008;51(1):23-32.

22. Morice MC, Colombo A, Meier B, et al. Sirolimus- vs paclitaxel-eluting stents in de novo coronary artery lesions. JAMA. 2006;295(8):895-904.

23. Windecker S, Remondino A, Eberli FR, et al. Sirolimus-eluting and paclitaxel-eluting stents for coronary revascularization. N Engl J Med. 2005;353 (7):653-662.

24. Dibra A, Kastrati A, Mehilli J, et al. Paclitaxel-eluting or sirolimus-eluting stents to prevent restenosis in diabetic patients. N Engl J Med. 2005;353 (7):663-670.

25. Spaulding C, Daemen J, Boersma E, Cutlip DE, Serruys PW. A pooled analysis of data comparing drug-eluting stents with bare-metal stents. N Engl J Med. 2007;356(10):989-997.

26. Hernández-AV, Boersma E, Murray GD, Habbema JD, Steyerberg EW. Subgroup analyses in therapeutic cardiovascular clinical trials: are most of them misleading? Am Heart J. 2006;151(2):257-264.

27. Serruys PW, van Hout B, Bonnier H, et al. Randomized comparison of implantation of heparin-coated stents with balloon angioplasty in selected patients with coronary artery disease (Benestent II). Lancet. 1998;352(9129):673-681.

## REFERENCES

1. Al Suwaidi J, Berger PB, Holmes DR. Coronary artery stents. JAMA. 2000;284(14):1828-1836.

2. Stone GW, Ellis SG, Cox DA, et al. A polymer-based paclitaxel-eluting stent in patients with coronary artery disease. N Engl J Med. 2004;350(3): 221-231.

3. Moses JW, Leon MB, Popma JJ, et al. Sirolimus-eluting stents versus standard stents in patients with stenosis in a native coronary artery. N Engl J Med. 2003; 349(14):1315-1323.

4. Stone GW, Moses JW, Ellis SG, et al. Safety and efficacy of sirolimus- and paclitaxel-eluting coronary stents. N Engl J Med. 2007;356(10):998-1008.

5. Daemen J, Wenaweser P, Tsuchida K, et al. Early and late coronary stent thrombosis of sirolimus-eluting and paclitaxel-eluting stents in routine clinical practice. Lancet. 2007;369(9562):667-678.

6. Finn AV, Joner M, Nakazawa G, et al. Pathological correlates of late drug-eluting stent thrombosis. Circulation. 2007;115(18):2435-2441.

7. Kotani J, Awata M, Nanto S, et al. Incomplete neointimal coverage of sirolimus-eluting stents. J Am Coll Cardiol. 2006;47(10):2108-2111.

8. Marx SO, Marks AR. Bench to bedside: the development of rapamycin and its application to stent restenosis. Circulation. 2001;104(8):852-855.

9. Eisen HJ, Tuzcu EM, Dorent R, et al. Everolimus for the prevention of allograft rejection and vasculopathy in cardiac-transplant recipients. N Engl J Med. 2003; 349(9):847-858.

10. Avery RK. Cardiac-allograft vasculopathy. N Engl J Med. 2003;349(9):829-830.

11. Joner M, Quee SC, Coleman L, et al. Competi-

©2008 American Medical Association. All rights reserved.

Downloaded from www.jama.com by guest on June 16, 2009

BSC-SJA-0829

# EXHIBIT 25

# REDACTED

# EXHIBIT 26

# REDACTED

# EXHIBIT 27

1690

WARREN G. LIEJALLEN, D.V.M.

# Marked Inflammatory Sequelae to Implantation of Biodegradable and Nonbiodegradable Polymers in Porcine Coronary Arteries

Willem J. van der Giessen, MD, PhD; A. Michael Lincoff, MD; Robert S. Schwartz, MD;
Heleen M.M. van Beusekom, PhD; Patrick W. Serruys, MD, PhD; David R. Holmes, Jr, MD;
Stephen G. Ellis, MD; Eric J. Topol, MD

***Background*** With the thrombogenic tendency and permanent implant nature of metallic stents, synthetic polymers have been proposed as candidate materials for stents and local drug delivery designs. We investigated the biocompatibility of several synthetic polymers after experimental placement in the coronary artery.

***Methods and Results*** Five different biodegradable polymers (polyglycolic acid/polylactic acid [PGLA], polycaprolactone [PCL], polyhydroxybutyrate valerate [PHBV], polyorthoester [POE], and polyethyleneoxide/polybutylene terephthalate [PEO/PBTP]) and three nonbiodegradable polymers (polyurethane [PUR], silicone [SIL], and polyethylene terephthalate [PETP]) were tested as strips deployed longitudinally across 90° of the circumferential surface of coil wire stents. Appropriately sized polymer-loaded stents were implanted in porcine coronary arteries of 2.5- to 3.0-mm diameter. Four weeks after implantation, stent patency was assessed by angiography followed by microscopic examination of the coronary arteries. The biodegradable

PCL, PHBV, and POE and the nonbiodegradable PUR and SIL evoked extensive inflammatory responses and fibrocellular proliferation (thickness of tissue response: $0.79\pm0.22$, $1.12\pm0.01$, $2.36\pm0.60$, $1.24\pm0.36$, and $1.43\pm0.15$ mm, respectively). Less but still severe responses were observed for the biodegradable PGLA and PEO/PBTP ($0.46\pm0.18$ and $0.61\pm0.23$ mm, respectively) and for the nonbiodegradable PETP ($0.46\pm0.11$ mm).

***Conclusions*** An array of both biodegradable and nonbiodegradable polymers has been demonstrated to induce a marked inflammatory reaction within the coronary artery with subsequent neointimal thickening, which was not expected on the basis of in vitro tests. The observed tissue response may be attributable to a combination of parent polymer compound, biodegradation products, and possibly implant geometry. (*Circulation*. 1996;94:1690-1697.)

***Key Words*** • stents • arteries • angioplasty • coronary disease

Percutaneous transluminal coronary angioplasty to deform or ablate obstructive coronary atherosclerotic narrowing is performed increasingly with inflatable balloons, excisional and rotational atherectomy devices, stents, and lasers. Progress has been made since the introduction of this technology: with respect to procedural success as well as the increasing complexity of coronary lesions treated. Early coronary reocclusion as well as late restenosis, however, remain limitations of PTCA. Recently, high-dose systemic antiplatelet drug therapy has been shown to limit early complications after PTCA by ≈35%; however, bleeding complications have ensued.[1] The beneficial effect was shown to be sustained, as a trend toward a reduction in the need for later revascularization was also observed.[2] The only approach proven to reduce the incidence of late restenosis (by 30%) is the use of coronary stents.[3,4] However, despite recently promoted high-pressure deployment and antiplatelet therapy with aspirin and ticlopidine, the use of stents is not free from complications, with an incidence rate of ≤20% at 6 months.[5-7] Therefore, a combination of drugs

and stents has been touted as a possibility to overcome both early and late complications of PTCA.[8,9]

See p 1494

Synthetic polymers have been proposed as a solution to improve the quality of stents, to serve as a vehicle for local (high-dose and site-specific) drug delivery, or both.[10,11] Therefore, efforts are under way to develop polymer compounds that can be implanted within the coronary artery.[12-17] In addition, biodegradable polymers may be formulated with dispersion of drug within the polymeric preparation. Drug release would then occur by diffusion through and/or breakdown of the base polymer. Several biodegradable polymers have been screened for medical-device applications, and a few have been used for local (subcutaneous) drug delivery systems or wound healing. It is unknown, however, whether tissue compatibility data generated from in vitro systems, animal subdermal implant models, or nonvascular human application adequately reflect blood compatibility.[18,19] Therefore, we studied the biocompatibility of five biodegradable polymers and three nonbiodegradable polymers after implantation within porcine coronary arteries.

## Methods

### Polymer Test Samples

Five different biodegradable polymers were studied (Table 1). They were selected by known medical application and favorable screening results in vitro and in vivo.[20-32] To control for the effects of the biodegradation process, three different

Received November 13, 1995; revision received April 11, 1996; accepted April 16, 1996.

From the Department of Cardiology, Thoraxcenter (Cardiovascular Research Institute COEUR), Erasmus University Rotterdam (W.J. van der G., H.M.M. van B., P.W.S.), Netherlands; the Cleveland (Ohio) Clinic and Foundation (A.M.L., S.G.E., E.J.T.); and the Mayo Clinic and Foundation (R.S.S., D.R.H.), Rochester, Minn.

Correspondence to Willem J. van der Giessen, MD, PhD, Department of Cardiology, Thoraxcenter, Bd 412, Erasmus University Rotterdam, PO Box 1738, 3000 DR Rotterdam, Netherlands.

© 1996 American Heart Association, Inc.

**Selected Abbreviations and Acronyms**

LAD = left anterior descending coronary artery
LCx = left circumflex coronary artery
PCL = polycaprolactone
PEO/PBTP = polyethyleneoxide/polybutylene terephthalate
PETP = polyethylene terephthalate
PGLA = polyglycolic acid/polylactic acid
PHBV = polyhydroxybutyrate valerate
POE = polyorthoester
PTCA = percutaneous transluminal coronary angioplasty
PUR = polyurethane
RCA = right coronary artery
SIL = silicone

nonbiodegradable polymers were also tested in the same experimental protocol.[33-35]

The polymer specimens were processed to obtain strips 75 to 125 μm in thickness. The strips were cast longitudinally onto a balloon-expandable stent (Wiktor, Medtronic Inc) that served as the vehicle for polymer deployment. The polymer covered ≈90° of the stent circumference (Fig 1). Polymer-loaded stents were mounted on standard angioplasty balloon catheters (manufacturer-specified balloon diameter, 3.0 to 3.5 mm). The implant systems were produced in a clean laboratory environment but not sterilized because of concern about changing the physicochemical properties of the polymers.

## Animal Preparation

Experiments were performed in farm-bred pigs (weight, 20 to 30 kg) fed a normal, nonatherogenic chow. The investigations were performed according to the *Guide for the Care and Use of Laboratory Animals* (NIH publication 85-23, 1985), and the protocol was approved by the Experimental Animals Ethics Committee of the three participating centers. The experimental protocol of this first multicenter animal trial of restenosis was uniform for the three study sites, and each site strictly adhered to this protocol. The polymers studied at each center were as follows: polyglycolic acid/polylactic acid (PGLA), polyorthoester (POE), and polyurethane (PUR) (Cleveland Clinic); polyhydroxybutyrate valerate (PHBV) and silicone (SIL) (Mayo Clinic); and polycaprolactone (PCL), polyethyleneoxide/polybutylene terephthalate (PEO/PBTP), and polyethylene terephthalate (PETP) (Thoraxcenter).

After an overnight fast, the animals were sedated. After endotracheal intubation, the pigs were connected to a ventilator, and anesthesia was maintained with gas anesthetics. After administration of antibiotic prophylaxis, arterial access was obtained under sterile conditions by femoral or carotid artery cutdown. Thereafter, angiography was performed to select the part of the coronary tree in which to leave the implant. Heparin (5000 IU) was administered during the procedure only. Aspirin (325 mg) was given before the procedure and continued daily during the 4-week follow-up period.

## Polymer-Loaded Stent Implantation

The method of implantation of the polymer-loaded stent in porcine coronary arteries was similar to that described for the conventional stent.[36] Briefly, on the basis of the angiograms, at least one segment in one of the three epicardial coronary arteries (LAD, LCx, and RCA) was selected with a diameter of ≈2.5 to 3.0 mm. Thereafter, an angioplasty catheter with the polymer-loaded stent crimped on its deflated balloon was advanced to that site for implantation over a standard PTCA guidewire. The balloon was inflated to a maximal pressure of 8 atm for 30 seconds, deflated, and slowly withdrawn, leaving the stent in place. This procedure was eventually repeated in a second coronary artery. After repeat angiography of the stented coronary arteries to confirm patency, the arteriotomy was repaired, the skin was closed, and the animals were allowed to recover from anesthesia.

## Follow-up Examination

The catheterization procedure for follow-up angiography at 4 weeks was identical to that described above. Coronary angiography was performed in the same projection as used during implantation. Thereafter, the thorax was opened by a midsternal split and a lethal dose of sodium pentobarbital was injected intravenously, immediately followed by in situ fixation of the coronary arteries according to routine procedures in the three study centers, with use of a pressure of ≈120 mm Hg. Subsequently, the stented vessels were dissected free and placed in 4% formaldehyde in phosphate buffer (pH 7.3) for ≥48 hours in preparation for microscopy.

Table 1. Biodegradable and Nonbiodegradable Polymer Test Samples

| Chemical Name | Abbreviation | Structure | MW, kD | Degradation Rate | Medical Application | Reference |
|---|---|---|---|---|---|---|
| Biodegradable polymers | | | | | | |
| Polyglycolic acid/polylactic acid copolymer (85/15) | PGLA | Amorphous | 40-100 | 100% in 60-90 days (rat SC) | Sutures; fracture fixation; oral implants; drug delivery microspheres | 20-24 |
| Polycaprolactone | PCL | Semicrystalline | 40-72 | 50% in 4 years (rat SC) | Contraceptive delivery implant; prosthetics; sutures | 25,26 |
| Polyhydroxy-butyrate/-valerate copolymer (78/22) | PHBV | Semicrystalline | 100-750 | 0-20% in 26 weeks (rat SC) | Sutures; drug delivery microspheres | 27,28 |
| Polyorthoester | POE | Amorphous | 100-130 | 60% in 46 weeks (saline bath 37°C) | Prosthetic nerve grafts; contraceptive delivery implant | 29,30 |
| Polyethyleneoxide/polybutylene terephthalate copolymer (30/70) | PEO/PBTP | Semicrystalline | Not available | 50% in 52 weeks (rat middle ear) | Tympanic membrane | 31,32 |
| Nonbiodegradable polymers | | | | | | |
| Polyurethane | PUR | Semicrystalline | 46 | NA | Artificial heart; vascular prostheses; pacemaker lead insulation | 33 |
| Poly(dimethyl)-siloxane | SIL | Amorphous | Not available | NA | Drug-eluting pacing lead; electrostimulation device | 34 |
| Polyethene terephthalate | PETP | Semicrystalline | 26 | NA | Vascular prostheses; heart valve sewing ring; annuloplasty ring | 35 |

MW indicates molecular weight; NA, not applicable; and SC, subcutaneous.

Case 1:07-cv-00333-SLR    Document 298-5    Filed 09/30/09    Page 130 of 171



Fig 1.  Polymer test strip cast asymmetrically on the coil stent vehicle. Magnification ×20.



Fig 3.  Macroscopy of transverse section through a PHBV test sample–containing coronary artery 4 weeks after implantation. The asymmetric luminal narrowing is consistently associated with the polymer strip (between arrowheads). Magnification ×40.

## Microscopic Examination

Serial sections over the entire length of the polymer-containing coronary segment were embedded in methacrylate or, after removal of the metal stent wires, paraffin. After routine staining (hematoxylin-azaphloxin or hematoxylin-eosin) and application of an elastin stain (resorcin-fuchsin or elastica–van Gieson), at least three representative sections of each artery were examined at each center for fibrocellular tissue response and inflammatory changes on the polymer side, after which the slides were sent to one institute (Erasmus University Rotterdam) for central review.

## Morphometry

For the measurement of the constituent layers of the arterial wall, at least three elastin-stained sections from the proximal, central, and distal parts of each stented coronary segment were examined. The extent of the tissue response at the side of the polymer test sample was assessed as shown in Fig 2. In each section, only the middle area at the polymer side was analyzed so that the potential damaging effect of the polymer edges could be excluded.

## Gram Staining

To check for bacterial contamination of the implants, alternate histological sections of the stent-containing segments with the polymers PGLA, POE, and PUR were also stained with Gram's stain.

## Statistical Analysis

All data are expressed as mean±SEM. Histological measurements were analyzed by unpaired Student's $t$ test. Because of



Fig 2.  Diagrammatic representation of a coronary artery cross section with the polymer test sample removed. The arrows at both the polymer and opposite sides indicate the central 50% of the tissue reaction that was used for the assessment of neointimal area and thickness.

repeated testing, only values of $P<.01$ were considered statistically significant (Bonferroni correction).

## Results

### Polymer Test Sample Implantation

For each polymer, 5 to 10 test samples were placed in four to six animals (Table 2). In all but five cases, the polymer test sample could be placed in the predetermined coronary segment. Damage to the metal stent or premature detachment of the polymer strip was the cause of failure in three cases. In two cases, air embolism during angiography caused the implantation procedure to be aborted. Angiography after successful implantation showed that all coronary arteries were patent, with no signs of intraluminal defects.

### Follow-up and Restudy at 4 Weeks

Stent occlusion resulting in premature death of the animal occurred in three groups (PHBV, PEO/PBTP, and SIL) in the first 48 hours after implantation (Table 3). In the groups receiving PGLA, PCL, POE, PUR, and PEO/PBTP, silent occlusion of one of the stents was angiographically demonstrated at 4 weeks. When both early and late stent occlusion were considered together, the arterial patency rate at 4 weeks varied between 70% (PEO/PBTP) and 100% (PGLA, POE, PUR, and PETP), with other groups having one or two arteries occluded (Table 3). In most other cases, repeat angiography showed an eccentric lumen reduction at the site of the test sample implant at 4 weeks.

### Histology

Macroscopic examination demonstrated that the eccentric lumen reduction apparent on angiography was due to a localized tissue reaction on the polymer side of the implants (Fig 3). Light microscopy confirmed that the eccentric tissue response was located mainly on the polymer side. All polymers seemed to evoke a similar reaction; only the extent of the reaction differed (Fig 4), ranging from a relatively benign response (Fig 4A) to a malignant or severe inflammatory response (Fig 4D). Thrombus remnants containing mainly fibrin but also platelet and erythrocyte remnants and hemosiderin deposits were present near the polymer strips. At the interface between polymer and tissue, multinucleated giant

CRDS00840401
BSC-SJA-0878

TABLE 2. Implantation Data of Polymer-Loaded Stents

| Polymer | Animals, n | LAD Stents | LCx Stents | RCA Stents | Failures to Implant |
|---|---|---|---|---|---|
| PGLA | 4 | 4 | 0 | 4 | None |
| PCL | 5 | 2 | 4 | 2 | One stent damaged |
| PHBV | 4 | 3 | 0 | 2 | None |
| POE | 4 | 4 | 0 | 4 | One air embolism; one polymer strip detachment |
| PEO/PBTP | 5 | 5 | 2 | 3 | None |
| PUR | 4 | 4 | 1 | 3 | One air embolism; one polymer strip detachment |
| SIL | 4 | 1 | 2 | 2 | None |
| PETP | 6 | 3 | 1 | 3 | None |

cells and macrophages surrounded this proteinaceous debris (Fig 5). However, signs of acute inflammation were also observed frequently, evidenced by granulocytes (predominantly eosinophils), lymphocytes, and occasional plasma cells. This thrombotic and inflammatory reaction was seen on all sides of the polymer strips, ic, also toward the adventitial side.

A thick layer with a predominantly fibrocellular component was seen around this layer but was most pronounced between the polymer and the lumen. This layer contained smooth muscle cells (confirmed by immunostaining with smooth muscle cell–specific α-actin antibody) in a matrix of collagen and proteoglycans with many neocapillaries and spilled over to the bare wire sites of the specimen. Moderate to severe disruption of the architecture of the arterial wall was present in most specimens. This consisted of rupture or lysis of the elastic membranes and in some cases also of the media and was always accompanied by adventitial inflammatory infiltrates (Fig 5). This pattern of thrombus remnants, acute and chronic inflammation, and fibrocellular hyperplasia was observed with both biodegradable and nonbiodegradable polymers.

### Morphometry

Thickness and area of the tissue response per polymer test sample are summarized in Table 4. Regardless of the type of polymer, the vessel wall reaction was more pronounced on the polymer than on the metal wire alone. The thickness or area of the tissue reaction to PHBV, POE, PUR, and SIL was significantly larger than the reaction to all other polymers. No significant differences between the other polymer groups were observed.

### Gram Staining

Signs of bacterial contamination were not observed in any of the samples that underwent Gram staining.

## Discussion

### Study Objective and Design

The purpose of this study was to screen which polymers may be candidate materials for construction of new stents or local drug delivery modalities. Therefore, polymers were screened for their biocompatibility in the coronary circulation in a format that bypassed the need to construct new stents. In addition, because a metal stent was used as the carrier, the reactions to polymer and metal could be compared. The polymers were selected because of favorable results of in vitro test systems or (preliminary) medical applications.[20-35] This choice was also based on the premise that the biodegradation rate of the polymers should be in the range of months, to allow early disappearance of the implant or a rapid rate of drug diffusion from the polymeric matrix. The reasoning was that the mechanical scaffolding function of stents would only be needed in the first few weeks after angioplasty, and the local tissue response to an implant or after arterial injury (PTCA) could be influenced by drugs in the early phase.[37]

A unique feature of the present approach is that we chose to perform this study using identical experimental protocols at three centers experienced in the evaluation of new vascular techniques. Therefore, we were able to screen a variety of polymers within a limited period of time while at the same time allowing comparison of results between the polymers and the centers involved.

TABLE 3. Angiographic Patency and Complications During Follow-up.

| Polymer | Angiographic Patency at 4 Weeks | Complications | Time to Occlusion (Cause of Occlusion) |
|---|---|---|---|
| PGLA | 6/8 | None | Not applicable |
| PCL | 6/6 | One stent, angiographic severe narrowing at 4 weeks | (Proliferative response) |
| PHBV | 5/7 | One animal died of acute occlusion of two stents | <24 hours (platelet thrombus) |
| POE | 8/8 | One stent subtotally narrowed at 4 weeks | (Proliferative response) |
| PEO/PBTP | 7/10 | One animal (two stents) died of thrombosis of both implants | <8 hours |
| | | One animal (two stents) died at 3 weeks (only one stent occluded) | (Severe inflammatory response) |
| PUR | 8/8 | None | Not applicable |
| SIL | 4/5 | One animal died with acute occlusion (one of two stents) | <24 hours (platelet thrombus) |
| PETP | 7/7 | None | Not applicable |

CRDS00840402
BSC-SJA-0879



## Main Findings

The main study results of this multilaboratory approach are summarized as follows: (1) after a follow-up period of only 4 weeks, all polymer implants were associated with a significant inflammatory and proliferative response; (2) this response was observed with both biodegradable and nonbiodegradable polymer implants; (3) in some groups, implants were complicated by acute thrombotic vessel occlusion, although with no more frequency than that expe-

CRDS00840403
BSC-SJA-0880

Fig 4. (Facing page.) Various tissue responses to the individual biodegradable (A through E) and nonbiodegradable (F through H) polymer test samples. In each panel, the bar indicates 375 μm. A, PGLA. The large open area was occupied by the polymer (*) and proteinaceous debris (arrow) and covered by a distinct fibrocellular layer. (Elastic stain.) B, PCL showed a smaller polymer artifact (*) but a more pronounced eccentric fibrocellular response. (Hematoxylin-eosin stain.) C, PHBV. At the site of the polymer implant (*), the media ruptured (arrowhead), but at the opposite side, lysis of the elastic membranes had occurred (arrow) as a phenomenon secondary to the inflammatory response. (Elastic stain.) D, POE induced an immense inflammatory response with a granulomatous appearance (arrowhead) that extended into the adventitia and resulted in destruction of the architecture of the vessel. (Elastic stain.) E, PEO/PBTP. The vascular response to this polymer (arrow) was limited in nature and had a more benign character. (Elastic stain.) F, PUR demonstrated a circumferential inflammatory reaction to both the polymer (*) and damaging bare wire (arrowheads) that extended into the neointima (arrow). (Hematoxylin-eosin stain.) G, SIL. In contrast to the reaction to PUR, the intense inflammatory response was restricted to the polymer but with a circumferential fibrocellular response. (Elastic stain.) H, PETP showed a benign tissue response and a limited neointimal growth. (Hematoxylin-eosin stain.)

**TABLE 4. Thickness and Area of Neointima Covering Polymer Sample and Bare Wire**

| Polymer | Neointimal Thickness: Polymer, mm | Neointimal Area: Polymer, mm² | Neointimal Thickness: Bare Wire, mm | Neointimal Area: Bare Wire, mm² |
|---------|---------|---------|---------|---------|
| PGLA | 0.46±0.18 | 0.34±0.15 | 0.08±0.03 | 0.02±0.05 |
| PCL | 0.79±0.22 | 0.70±0.23 | 0.11±0.06 | 0.04±0.03 |
| PHBV | 1.12±0.01 | 3.32±0.71* | 0.21±0.14 | 0.38±0.02* |
| POE | 2.35±0.60* | 1.56±0.55* | 0.38±0.17* | 0.23±0.11 |
| PEO/PBTP | 0.61±0.23 | 0.32±0.28 | 0.14±0.09 | 0.09±0.05 |
| PUR | 1.24±0.35* | 0.89±0.38 | 0.34±0.28 | 0.22±0.17 |
| SIL | 1.43±0.15* | 3.13±1.1* | 0.41±0.17* | 0.66±0.19* |
| PETP | 0.46±0.11 | 0.35±0.11 | 0.11±0.06 | 0.06±0.04 |

*P<.01 vs PGLA, PCL, PEO/PBTP, and PETP.

rienced with stainless steel coronary stents.[17,38] Occlusion occurred more frequently, however, than with the tantalum carrier stent alone.[36]

### Polymer Implants in the Coronary Circulation

Implants in the cardiovascular system are more demanding than those in other parts of the human body. The requirement for blood compatibility is added to the requirements for biological performance, absence of toxic reactions (toxic, immunologic, carcinogenic), and long-term mechanical properties (fatigue life, wear resistance, kink resistance) in this dynamic environment.[39] This means favorable behavior is required in an environment in which complex and integrated cellular and humoral systems (coagulation, complement, and immune systems) unite to isolate and exclude the foreign body from incorporation into the vascular wall.[36] Therefore, in retrospect, it is not surprising that polymer implants in the coronary circulation elicit a more severe reaction than that predicted from subcutaneous implants. In three groups (PHBV, PEO/PBTP, and SIL), early thrombotic occlusion was observed (5 [23%] of 22 stents). This is not an exceptionally

high number, because earlier studies in the same model reported even higher rates of thrombosis with stainless steel stents.[17,38] Moreover, during the initial clinical experience with the Palmaz-Schatz stent, an 18% incidence of subacute closure was observed when anticoagulation treatment was withheld.[40] Furthermore, it has been reported recently[41] that noncoated, slotted-tube stents show a 42% thrombotic occlusion rate in the rabbit iliac model.

However, local mechanical and hemodynamic factors may influence the success or failure of a specific material.[42,43] For instance, vascular grafts of PETP (Dacron) seem to perform best in larger vessels, whereas in smaller vessels, expanded polytetrafluoroethylene (Gore-Tex) yields good results. However, in vessels <4 mm in diameter, all synthetic materials fail, and the use of vein grafts offers the best solution. Our results in the coronary circulation extend this effect of recipient vessel diameter to the coronary circulation.

The results of the present study may only be applicable to the specific polymers investigated. Differences in molecular weight, polymerization catalysts, plasticizers, and fillers may all change the physicochemical behavior of the implants. Studies by others who used a PGLA stent yielded superior results,[12] but the toxicity of PGLA microspheres in smooth muscle cell culture has also been reported recently.[44] Furthermore, the use of PETP stents of different sources resulted in equivocal vascular responses.[15,16]

In the present study, a significant inflammatory response was observed with all implanted polymers. In all cases,



Fig 5. A, A segment of the PETP test sample shows laceration of the internal elastic membrane and media and obliteration of the external elastic membrane (arrow). (Elastic stain, bar=200 μm.) B, Detail of the cadre indicated in Fig 5A showing fibrin thrombus remnants (F), neovascularization (N) with ongoing leukocyte infiltration (arrowhead), and abundant multinucleated macrophage giant cells (G). (Hematoxylin-eosin stain; bar=20 μm.)

CRDS00840404
BSC-SJA-0881

this consisted of a chronic inflammatory reaction with an acute component and a persistent foreign-body response. In most cases, a substantial part of the overall inflammatory and proliferative response may have been aggravated by damage due to the asymmetric geometry of the implant. It is very likely that the aggressive inflammatory response may have increased the injury to the arterial architecture by the action of released proteases and elastases. This may have been influenced by by-products of the polymer. A role for greater stretch injury of the polymer side of the stent cannot be excluded, but it seems more likely that the presence of the hard polymer structure merely prevented overstretch on that side. Indeed, after in vitro expansion of some stent specimens by inflation, followed by removal of the balloon, it was evident by subsequent high-power microscopy that the polymer strip covered a smaller part of the circumference than in the unexpanded condition. In addition, the uncovered part expanded more than the part covered by the polymer. The possibility that this acute damage adds to the final outcome should be substantiated by acute experiments in future studies testing the intracoronary biocompatibility of other synthetic polymers.

In addition to the general reaction to the bulk material and the physicochemical properties of the implant surface, the surface texture could be an important determinant of the early reaction.[37] A limitation of the present study is that we cannot retrospectively correlate the overall response with its several components.

It should also be emphasized that the implants in the present study were not sterilized but were manufactured in a clean laboratory environment. This may have influenced the response. Gram staining in those polymer samples that demonstrated the most vigorous responses, however, did not show bacterial contamination. Furthermore, it has been shown that the addition of steroids to one of the polymers ameliorated the inflammatory response.[45] However, this does not exclude completely the possibility of bacterial or nonbacterial contamination.

## Conclusions

The present study demonstrates the marked inflammatory and neointimal response to an array of biodegradable as well as nonbiodegradable polymers after implantation in the porcine coronary artery. This reaction must be fully understood biologically before we can make use of these or other polymers as implant materials in stents or drug delivery devices.

## Acknowledgments

This study was supported by Medtronic Inc, Minneapolis, Minn. The authors wish to thank the technical staff of the experimental cardiology labs of the respective centers for their indispensable help during the experiments.

## References

1. The EPIC Investigators. Use of a monoclonal antibody directed against the platelet glycoprotein IIb/IIIa receptor in high-risk coronary angioplasty. N Engl J Med. 1994;330:956-961.
2. Topol EJ, Califf RM, Weisman HF, Ellis SG, Tcheng JE, Worley S, Ivanhoe R, George BS, Fintel D, Weston M, Sigmon K, Anderson KM, Lee KL, Willerson JT, on behalf of the EPIC Investigators. Randomised trial of coronary intervention with antibody against IIb/IIIa integrin for reduction of clinical restenosis: results at six months. Lancet. 1994;343:881-886.
3. Serruys PW, de Jaegere P, Kiemeneij F, Macaya C, Rutsch W, Heyndrickx G, Emanuelsson H, Marco J, Legrand V, Materne P, Belardi J, Sigwart U, Colombo A, Goy JJ, van den Heuvel P, Delcan J, Morel M, for the Benestent Study Group. A comparison of balloon expandable stent implantation with balloon angioplasty in patients with coronary artery disease. N Engl J Med. 1994;331:489-495.
4. Fishman DL, Leon MB, Baim DS, Schatz RA, Savage MP, Penn I, Detre K, Veltri L, Ricci D, Nobuyoshi M, Cleman M, Heuser R, Almond D, Teirstein PS, Fish RD, Colombo A, Brinker J, Moses J, Shaknovich A, Hirshfeld J, Bailey S, Ellis S, Rake R, Goldberg S, for the Stent Restenosis Study Investigators. A randomized comparison of coronary stent placement and balloon angioplasty in the treatment of coronary artery disease. N Engl J Med. 1994;331:496-501.
5. Topol EJ. Caveats about elective coronary stenting. N Engl J Med. 1994;331:539-541.
6. Colombo A, Hall P, Nakamura S, Almagor Y, Maiello L, Martini G, Gaglione A, Goldberg SL, Tobis JM. Intracoronary stenting without anticoagulation accomplished with intravascular ultrasound guidance. Circulation. 1995;91:1676-1688.
7. Morice MC, Breton C, Bunouf P, Catlan S, Eltchaninoff H, Henry M, Joly P, Livarek B, Filliere R, Rioux P, Spaulding C, Zemour G. Coronary stenting without anticoagulant, without intravascular ultrasound: results of the French registry. Circulation. 1995;92(suppl I):I-796. Abstract.
8. King SB III. Vascular stents and atherosclerosis. Circulation. 1989; 79:460-462.
9. Serruys PW, Beatt KJ, van der Giessen WJ. Stenting of coronary arteries: are we the sorcerer's apprentice? Eur Heart J. 1989;10: 774-782.
10. Muller DWM, Topol EJ. Implantable devices in the coronary artery: from metal to genes. Trends Cardiovasc Med. 1991;1:225-232.
11. Wilensky RL, March KL, Gradus-Pizlo I, Speady AJ, Hathaway DR. Methods and devices for local drug delivery in coronary and peripheral arteries. Trends Cardiovasc Med. 1993;3:163-170.
12. Chapman CD, Gammon RS, Bauman RP, Howell S, Clark H, Mikat EM, Palmos L, Buller CE, Stack RS. A bioabsorbable stent: initial experimental results. Circulation. 1990;82(suppl III):III-72. Abstract.
13. Wilensky RL, March KL, Hathaway DR. Direct intraarterial wall injection of microparticles via a catheter: a potential drug delivery strategy following angioplasty. Am Heart J. 1991;122:1136-1140.
14. Cox DA, Anderson PG, Roubin GS, Chou C, Agrawal SK, Cavender JR. Effect of local delivery of heparin and methotrexate on neointimal proliferation in stented porcine coronary arteries. Coron Artery Dis. 1992;3:237-248.
15. Murphy JG, Schwartz RS, Edwards WD, Camrud AR, Vliestura RE, Holmes DR Jr. Percutaneous polyester stents in porcine coronary arteries: initial experience with polyethylene terephthalate stents. Circulation. 1992;86:1596-1604.
16. van der Giessen WJ, Slager CJ, van Beusekom HMM, van Ingen Schenau DS, Huijts RA, Schuurbiers JC, de Klein WJ, Serruys PW, Verdouw PD. Development of a polymer endovascular prosthesis and its implantation in porcine arteries. J Intervent Cardiol. 1992; 5:175-185.
17. van der Giessen WJ, van Beusekom HMM, van Houten CD, van Woerkens LJ, Verdouw PD, Serruys PW. Coronary stenting with polymer-coated and uncoated self-expanding endoprostheses in pigs. Coron Artery Dis. 1992;3:631-640.
18. Homsy CA. Biocompatibility in selection of materials for implantation. J Biomed Mater Res. 1970;4:341-356.
19. Bakker D, van Blitterwijk CA, Hesseling SC, Grote JJ, Daems WT. The effect of implantation site on phagocyte/polymer interaction and fibrous capsule formation. Biomaterials. 1988;9:14-23.
20. Böstman OM. Absorbable implants for the fixation of fractures. J Bone Joint Surg Am. 1991;73-A:148-153.
21. Chegini N, Hay DL, von Fraunhofer JA, Masterson BJ. A comparative scanning electron microscopic study on degradation of absorbable ligating clips in vivo and in vitro. J Biomed Mater Res. 1988; 22:71-79.
22. Rosilio V, Benoit JP, Deyme M, Thies C, Madelmont G. A physicochemical study of the morphology of progesterone-loaded microspheres fabricated from poly(d,l-lactide-co-glycolide). J Biomed Mater Res. 1991;25:667-682.
23. Frazza EJ, Schmitt EE. A new absorbable suture. J Biomed Mater Res. 1971;4:43-58.
24. Miller RA, Brady JM, Cutright DE. Degradation rates of oral resorbable implants (polylactates and polyglycolates): rate modification with changes in PLA/PGA copolymer ratios. J Biomed Mater Res. 1977;11:711-719.
25. Pitt CG. Poly-ε-caprolactone and its copolymers. In: Chasin M, Langer R, eds. Biodegradable Polymers as Drug Delivery Systems. New York, NY: Marcel Dekker Inc; 1990.
26. Woodward SC, Brewer PS, Moatamed F, Schindler A, Pitt CG. The intracellular degradation of poly (ε-caprolactone). J Biomed Mater Res. 1985;19:437-444.

CRDS00840405
BSC-SJA-0882

27. Miller ND, Williams DF. On the biodegradation of poly-β-hydroxy-butyrate (PHB) homopolymers and poly-β-hydroxybutyrate-hydroxy-valerate copolymers. *Biomaterials.* 1987;8:129-137.

28. Koosha F, Muller RH, Davis SS. Polyhydroxybutyrate as a drug carrier. *Crit Rev Ther Drug Carrier Syst.* 1989;6:117-130.

29. Bora FW, Bednar JM, Osterman AL, Brown MJ, Sumner AJ. Prosthetic nerve grafts: a resorbable tube as an alternative to autogenous nerve grafting. *J Hand Surg (Am).* 1987;12A(pt 1):685-692.

30. Heller J, Fritzinger BK, Ng SY, Penhale DWH. In vitro and in vivo release of levonorgestrel from poly(orthoesters). *J Controlled Release.* 1985;1:225-232.

31. Bakker D, van Blitterswijk CA, Daems WT, Grote JJ. Biocompatibility of six elastomers in vitro. *J Biomed Mater Res.* 1988;22:423-439.

32. Bakker D, van Blitterswijk CA, Besseling SC, Koerten HK, Kuijpers W, Grote JJ. Biocompatibility of a polyether urethane, polypropylene oxide, and a polyether polyester copolymer: a qualitative and quantitative study of three alloplastic tympanic membrane materials in the cat middle ear. *J Biomed Mater Res.* 1990;24:489-515.

33. Coury AJ, Slaikeu PC, Cahalan PT, Stokes KB. Medical applications of implantable polyurethanes: current issues. *Prog Rubber Plastics Technology.* 1987;3:24-37.

34. Frisch EE. Silicones in artificial organs.: In: Gebelein CG, ed. *Polymeric Materials and Artificial Organs.* Washington, DC: American Chemical Society; 1984:63-97.

35. Goldois R, Couture J. Polyester prostheses: the outlook for the future. In: Sharma CP, Szycher M, eds. *Blood Compatible Materials and Devices.* Lancaster, Pa: Technomic Publishing Co Inc; 1991:221-237.

36. van der Giessen WJ, Serruys PW, van Beusekom HMM, van Woerkens LJ, van Loon H, Soei LK, Strauss BH, Beatt KJ, Verdouw PD. Coronary stenting with a new, radiopaque, balloon-expandable endoprosthesis in pigs. *Circulation.* 1991;83:1788-1798.

37. Heach LL, Ethridge EC. Biomaterials: the interfacial problem. *Adv Biomed Eng.* 1975;5:35-150.

38. Härdhammer PA, van Beusekom HMM, Emanuelsson HU, Hofma SH, Albertsson PA, Verdouw PD, Serruys PW, van der Giessen WJ. Reduction of thrombotic events using heparin-coated Palmaz-Schatz stents in normal porcine coronary arteries. *Circulation.* 1996;93:423-430.

39. How TV. Mechanical properties of arteries and arterial grafts. In: Hastings GW, ed. *Cardiovascular Biomaterials.* London, England: Springer-Verlag Ltd; 1992:1-36.

40. Schatz R, Boim DS, Leon M, Ellis SG, Goldberg S, Hirshfeld JW, Cleman MW, Cabin HS, Walker C, Stagg J, Buchbinder M, Teirstein PS, Topol EJ, Savage M, Perez JA, Curry RC, Whitworth H, Sousa E, Tio F, Almagor Y, Ponder R, Penn IM, Leonard B, Levine SL, Fish RD, Palmaz JC. Clinical experience with the Palmaz-Schatz coronary stent: initial results of a multicenter study. *Circulation.* 1991;83:148-161.

41. Rogers C, Edelman ER. Endovascular stent design dictates experimental restenosis and thrombosis. *Circulation.* 1995;91:2995-3001.

42. Siefert KB, Albo D, Knowlton H, Lyman DJ. Effect of elasticity of prosthetic wall on patency of small diameter arterial prostheses. *Surg Forum.* 1979;30:206-208.

43. Lyman DJ, Fazzio I, Voorhees H, Robinson G, Albo D Jr. Compliance as a factor affecting the patency of a copolyurethane vascular graft. *J Biomed Mater Res.* 1978;12:337-345.

44. March KL, Mohanraj S, Ho PPK, Wilensky RL, Hathaway DR. Biodegradable microspheres containing a colchicine analogue inhibit DNA synthesis in vascular smooth muscle cells. *Circulation.* 1994; 89:1929-1933.

45. Lincoff AM, Furst JG, Ellis SG, Topol EJ. Sustained local drug delivery by a novel intravascular eluting stent to prevent restenosis in the porcine coronary artery. *J Am Coll Cardiol.* 1994;23(suppl A): 18A. Abstract.

CRDS00840406
BSC-SJA-0883

# EXHIBIT 28

*Inter Partes* Reexamination No. 95/001,096
U.S. Patent No. 7,217,286
Attorney Docket No. CRDS-0109

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| *In re Inter Partes* **Reexamination of** | **Examiner: Catherine Serke Williams** |
| **U.S. Patent No. 7,217,286** | |
| **Control No.: 95/001,096** | **Art Unit: 3993** |
| **Filed: October 24, 2008** | **Confirmation No.: 8893** |

For:  **Local Delivery Of Rapamycin For Treatment Of Proliferative Sequelae Associated With PTCA Procedures, Including Delivery Using A Modified Stent**

### DECLARATION OF ANTONIOS G. MIKOS, PH.D.

I, Antonios G. Mikos, Ph.D., hereby declare the following:

1.      I am Louis Calder Professor of Bioengineering and Chemical and Biomolecular Engineering, Departments of Bioengineering and Chemical and Biomolecular Engineering, Rice University ("Rice"), a position I have held since 2008. I am also Director of the J.W. Cox Laboratory for Biomedical Engineering and the Director of the Center for Excellence in Tissue Engineering at Rice. I am also President, Biomedical and Informatics Consultants, Inc., a position I have held since 2002.

2.      In 1983 I received my Diploma in Chemical Engineering from the Aristotle University of Thessaloniki, Greece. In 1988 I received my Ph.D. in Chemical Engineering from Purdue University. From 1990-1991 I was a postdoctoral researcher at the Department of Chemical Engineering, Massachusetts Institute of Technology and the Department of Surgery, The Children's Hospital of Boston, Harvard Medical School. From 1992-1996 I was the T.N. Law Assistant Professor of Chemical Engineering and Bioengineering, Department of Chemical Engineering, Rice. From 1996-1999 I was Associate Professor of Bioengineering and Chemical Engineering, Departments of Bioengineering and Chemical

BSC-SJA-0884

*Inter Partes* Reexamination No. 95/001,096
U.S. Patent No. 7,217,286
Attorney Docket No. CRDS-0109
Declaration of Antonios G. Mikos

- catheter-based delivery of local radiation.

*Id.* at pp. 405–411.

42.     My own laboratory was studying two possible approaches for prevention of restenosis: a) intraluminal paving of arteries; and b) delivery of drugs from the adventitia, the outer connective tissue of the arterial wall. The latter procedure is a risky one, because the artery is first isolated and then wrapped with a polymer coating. The fact that such a risky approach was considered worth pursuing is a testament to how challenging the problem of restenosis was at the time. Neither of the approaches studied in my laboratory resulted in a commercial product.

## B.     Unpredictability Associated With Polymer-Drug Coated Stents

43.     Although local drug delivery via stents was being attempted in the mid-1990s, some investigators were skeptical that a polymer-drug coated stent would be available for widespread clinical use in the near future to achieve an antiproliferative effect. Fischell T., Polymer Coatings for Stents: Can We Judge a Stent by Its Cover? *Circulation* 1996;94:1494–95, Ex. 18, at p. 1495 ("[d]espite a wealth of potential drugs that might be incorporated into the ideal, but yet-to-be-identified, noninflammatory polymer, it remains unclear which agent, if any, can be delivered locally in adequate concentrations and over an appropriate period of time to achieve a favorable antiproliferative effect. . . . We should not expect to see such a device available for widespread clinical use in the near future").

44.     Numerous publications recognized the challenges and uncertainties associated with the development of a polymer-drug coated stent for the prevention of restenosis, particularly the identification of the correct drug-drug delivery vehicle combination. *Id.* at p. 1495 (describing "several challenges to the development of a stent coating that will inhibit neointimal hyperplasia," including the choice of polymer and drug); Brieger (1997), Ex. 3, at p. 410 ("Considerable effort has been directed towards developing stents coated with a biodegradable-drug-impregnated polymer . . . Realizing this goal has been difficult . .").

45.     First, the drug had to be efficacious in adequately preventing smooth muscle cell proliferation. In addition, because there is only a small amount of surface area on a stent, the drug had to be highly potent (*i.e.*, active in microgram quantities). The drug also had to be safe and not have any local toxic effects on the vessel walls.

46.     In turn, it was desirable that the polymer be capable of binding to the stent without interfering with the stent's performance. In order to achieve a reliable and predictable drug dose on each stent, it was also desirable that the polymer coating be capable of being applied smoothly and uniformly. A polymer with the right amount of expandability and durability was preferred. Polymer coatings that cracked upon stent expansion were undesirable,

12



BSC-SJA-0885

because this risked the release of solid particles into the bloodstream where the stent coating cracked, as well as embolism (over time). In addition, it was desirable that the combination of drug and polymer achieve control of a desired drug release profile, neither too fast nor too slow.

47.    The polymer coating had to be compatible with the chosen drug. Thus, it was important to select a suitable polymer based on the particular drug that was used; one could not simply mix and match or substitute drugs and polymers and expect to achieve an optimal result. Depending on which polymer-drug combination was used, different properties, such as the physical characteristics of the stent coating and the stent's drug release kinetics, could change, affecting the stent's ability to treat restenosis. Replacing either the polymer or the drug in a particular combination could affect the physical properties of the coating, the rate of release of the drug, and the efficacy.

48.    There were many possible polymer choices. Which to pick was unclear. Synthetic or natural polymers could be used. Polymers could also be bioabsorbable (bioerodible) or nonabsorbable (biostable). Absorbable polymers release drug and eventually disintegrate, leaving a bare metal stent. Nonabsorbable polymers release drug, but then remain on the stent for the remaining life of the patient.

49.    At the time the '286 inventions were made, researchers were particularly concerned about the possibility of polymer coatings causing inflammation. This is illustrated by van der Giessen *et al.*, Marked Inflammatory Sequelae to Implantation of Biodegradable and Nonbiodegradable Polymers in Porcine Coronary Arteries. *Circulation* 1996;94(7):1690–1697, Ex. 19, at p. 1690, 1696. van der Giessen *et al.* studied the biocompatability of 8 different polymers, including absorbable and nonabsorbable polymers. Each polymer was cast on a balloon expandable stent and implanted in pig coronary arteries. The results showed that all of the implanted polymer coatings were associated with significant inflammatory and exaggerated neointimal proliferative responses. *Id.* at p. 1694-95. In addition, at least some of the polymer coatings provoked an enhanced thrombotic response. *Id.* at 1695-1696. These results generated concern that no polymeric stent coating would work. Based on these results, the authors explained:

> The present study demonstrates the marked inflammatory and neointimal response to an array of biodegradable as well as nonbiodegradable polymers after implantation in the porcine coronary artery. This reaction must be fully understood before we can make use of these or other polymers as implant materials in stents or drug delivery devices.

*Id.* at p. 1696.

13

BSC-SJA-0886

50.    Brieger (1997), Ex. 2, also expresses concern about the problem of polymer-induced inflammation, stating that "[c]onsiderable effort has been directed towards developing stents coated with biodegradable-drug-impregnated polymer, capable of gradually releasing therapeutic agents into the vessel wall. Realizing this goal has been difficult, as a number of polymers, although biocompatible in other settings, excite an extensive inflammatory response when implanted in porcine coronary arteries." *Id.* at p. 410.

51.    Numerous other references express concern about the use of nonabsorbable polymers or describe strategies for using absorbable polymers with stents. *See, e.g.,* Rechavia *et al.,* Biocompatibility of polyurethane-coated stents: tissue and vascular aspects. *Catheterization and Cardiovascular Diagnosis* 1998;45(2):202-207, Ex. 20, at p. 202; Orloff *et al.,* Biodegradable implant strategies for inhibition of restenosis. *Advanced Drug Delivery Reviews* 1997;24:3-9, Ex. 21, at p. 3; Wilczek *at al.,* Comparison of self-expanding polyethylene terephthalate and metallic stents implanted in porcine iliac arteries. *Cardiovascular Intervent Radiol* 1996;19:176-180, Ex. 22, at p. 176; Murphy *et al.,* Percutaneous polymeric stents in porcine coronary arteries. Initial experience with polyethylene terephthalate stents. *Circulation,* 1992;86(5):1596-1604, Ex. 23, at p. 1596.

52.    As discussed in more detail below, certain cited prior art references also taught that if a polymer coating was to be used at all on a stent, an absorbable polymer should be used. *See, e.g.,* Berg '650, at Column 4, lines 39-42 and Tuch '411, at Column 5, lines 19-22 ("[A] bioabsorbable polymer is more desirable since, unlike a biostable polymer, it will not be present long after implantation to cause any adverse, chronic local response"); Kaplan '348, Column 6, lines 25-26 ("Generally, the filaments are polymers which are degradable over time, within the vascular environment"); Dinh '227, at Column 2, lines 39-45 ("[f]ibrin is a naturally occurring bioabsorbable polymer . . . providing fibrin at the site of treatment provides a readily tolerated bioabsorbable surface which will interact in a natural manner with the body's healing mechanism and reduce the prospect for intimal hyperplasia that causes restenosis").

53.    Indeed, the general concern that the use of polymers in medical devices would give rise to inflammation was not limited to the cited prior art. Later patents expressed this concern as well. For example, this same concern is expressed in United States Patent 6,855,770 (the "'770 patent"), whose parent application was filed in December 2000. The '770 patent is entitled "Drug Delivery Compositions And Medical Devices Containing Block Copolymer" and is assigned to Boston Scientific. The '770 patent states that: "It is also known to use polymers in connection with implantable or insertable medical devices. However, such polymers frequently elicit a vigorous immune or foreign body response. This is particularly true of intravascular or intervascular medical devices, which commonly suffer from the consequences of inflammation and neointimal thickening after placement within the vasculature." '770 patent, at Column 1, Ex. 24, lines 27-30.

14

BSC-SJA-0887

*Inter Partes* Reexamination No. 95/001,096
U.S. Patent No. 7,217,286
Attorney Docket No. CRDS-0109
Declaration of Antonios G. Mikos

54.     Different polymeric drug release systems used different drug release mechanisms. For example, in diffusion-controlled systems, the drug is dissolved or dispersed in the polymer and diffuses out of the polymer. Nonabsorbable polymers release drug by diffusion. In swelling-controlled system, the drug is incorporated in a polymer which can absorb large amounts of water; exposure to the bloodstream causes swelling of the polymer which results in release of the drug. In biodegradable release systems, the drug is released by a combination of diffusion and by degradation as the polymer erodes or decays.

55.     Polymeric drug release systems could also be matrix systems or reservoir systems. In matrix systems, the drug is dispersed in the polymeric matrix. Reservoir systems are built of a core matrix that contains the drug, and a barrier or shell that controls the rate of drug release. The drug diffuses out of the core (reservoir) based upon the concentration gradient between the core and the barrier coating.

56.     The various polymeric drug delivery systems described above could also be combined with surface modifications within the stent, such as pores, micropores, pits, perforations, etc. to control the release of the drug.

## V.     THE SCOPE AND CONTENT OF THE CITED PRIOR ART

57.     Taken as a whole, the cited prior art describes a "shotgun" approach to prevention of restenosis. To the extent one focused on a drug-eluting stent where the drug was carried in a polymer coating, the cited prior art provides virtually no direction as to which polymer-drug combinations to select. To the extent that any direction is provided, it generally leads away from the inventions claimed in the '7286 patent.

58.     While certain cited references state that rapamycin can be delivered via a stent for the treatment of restenosis, these references do not teach the specific combinations claimed in the '7286 patent. In these references, delivery via a stent is only one of many possible methods for delivering rapamycin. Oral, parenteral, intravascular, intrabronchial, transdermal and rectal delivery were also contemplated. In particular, these references do not describe the use of non-absorbable polymers in a drug-eluting stent.

59.     In turn, other cited references that do not describe a rapamycin (or a macrocyclic lactone analog thereof) contain lengthy listings of other possible drugs and drug classes, as well as a long list of possible polymers and polymer classes. These cited references encompass thousands of potential polymer-drug combinations for use in a drug-eluting stent. They too do not provide any guidance that would lead to the specific combinations claimed in the '7286 patent. To the contrary, many of the cited references teach a preference for biodegradable polymers, a path that is divergent from the inventions claimed in the '7286 patent.

15

BSC-SJA-0888

*Inter Partes* Reexamination No. 95/001,096
U.S. Patent No. 7,217,286
Attorney Docket No. CRDS-0109
Declaration of Antonios G. Mikos

does the examiner cite to any common knowledge in the interventional cardiology field that would correct these deficiencies in the cited prior art. Only hindsight leads one to the invention of the '7286 patent.

318.    A person of ordinary skill in the art would also not have been motivated based on these references to provide controlled release of a rapamycin or a macrocyclic lactone analog thereof over a period of several weeks. Neither Skotnicki '579, Russo '977, Failli '145, Skotnicki '718, Skotnicki '730, or Nelson '790 describe the optimal time for release of rapamycin from a polymer-coated stent. Indeed, they do not teach the delivery of a drug from a stent. Similarly, Wolff '779 does not even discuss a rapamycin or a macrocyclic lactone analog thereof (or any similar drug), much less describe how it should be released in order to treat restenosis.

## VII.    ADDITIONAL EVIDENCE OF NONOBVIOUSNESS

319.    I am informed and understand that Cordis is in possession of additional evidence relating to the objective indicia of nonobviousness that has come to light during the ongoing *Cordis Corporation v. Abbott Laboratories et al.* litigations referenced in the Request for Reexamination. However, protective orders that are in effect in these litigations preclude submission of such evidence with this response. Efforts are underway to obtain the requisite permission to submit such evidence to the Office to thereby assure that the record before the Office in this regard is complete.

Dated: April 22, 2009

Antonios G. Mikos, Ph.D.

72

BSC-SJA-0889

# EXHIBIT 29

# EXHIBIT
# 29
# REDACTED

# EXHIBIT 30

# Transplantation®

VOLUME 64 • NUMBER 1

July 15, 1997



**OVERVIEW**
Balancing the immune system for tolerance:
a case for regulatory CD4 cells
E.H. Field, Q. Gao, N. Chen, and T.M. Rouse

Contents and other information available at:
www.wwilkins.com/TP

Official Journal of
The Transplantation Society

Williams & Wilkins
A WAVERLY COMPANY

BSC-SJA-0897

July 15, 1997
Volume 64
Number 1

# Transplantation

Official Journal of the Transplantation Society

# Contents

## EDITORIAL

A Welcome to the New Editors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  i

## OVERVIEW

Balancing the immune system for tolerance: a case for regulatory CD4 cells.
E.H. Field, Q. Gao, N. Chen, and T.M. Rouse. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

## EXPERIMENTAL TRANSPLANTATION

Massive repopulation of rat liver by transplantation of hepatocytes into specific lobes of the liver and ligation of portal vein branches to other lobes.
Y. Ilan, N. Roy Chowdhury, R. Prakash, V. Jona, P. Attavar, C. Guha, K. Tada, and J. Roy Chowdhury. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8

Synthetic MHC class I peptide prolongs cardiac survival and attenuates transplant arteriosclerosis in the Lewis→Fischer 344 model of chronic allograft rejection.
B. Murphy, K.S. Kim, R. Buelow, M.H. Sayegh, and W.W. Hancock. . . . . . . . . . . . . . . . . . .  14

Allo- and autotransplantation of carotid artery—a new model of chronic graft vessel disease: evaluation by magnetic resonance imaging and histology.
S. Wehr, M. Rudin, J. Joergensen, A. Hof, and R.P. Hof. . . . . . . . . . . . . . . . . . . . . . . . .  20

Long-term function of fish islet xenografts in mice by alginate encapsulation.
H. Yang, W. O'Hali, H. Kearns, and J.R. Wright, Jr. . . . . . . . . . . . . . . . . . . . . . . . . . .  28

SDZ RAD, a new rapamycin derivative: synergism with cyclosporine.
H.-J. Schuurman, S. Cottens, S. Fuchs, J. Joergensen, T. Meerloo, R. Sedrani, M. Tanner, G. Zenke, and W. Schuler. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  32

SDZ RAD, a new rapamycin derivative: pharmacological properties in vitro and in vivo.
W. Schuler, R. Sedrani, S. Cottens, B. Häberlin, M. Schulz, H.-J. Schuurman, G. Zenke, H.-G. Zerwes, and M.H. Schreier. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  36

Mechanism of concordant corneal xenograft rejection in mice: synergistic effects of antileukocyte function-associated antigen-1 monoclonal antibody and FK506.
S. Yamagami, M. Isobe, H. Yamagami, J. Hori, and T. Tsuru. . . . . . . . . . . . . . . . . . . . . . .  42

## CLINICAL TRANSPLANTATION

Treatment of graft-versus-host disease by extracorporeal photochemotherapy: a pilot study.
D.P. Besnier, D. Chabannes, B. Mahé, J-M.G. Mussini, T.A.R. Baranger, J.Y. Muller, N. Milpied, and V.L.M. Esnault. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  49

A positive crossmatch in liver transplantation—no effect or inappropriate analysis? A prospective study.
M. Hathaway, B.K. Gunson, A.C. Keogh, D. Briggs, P. McMaster, and J.M. Neuberger. . . . . .  54

Value of the in vitro or in vivo monoethylglycinexylidide test for predicting liver graft function.
P. Olinga, J.K. Maring, G.M.M. Groothuis, K. Kranenburg, M. Merema, I.H. Hof, D.K.F. Meijer, and M.J.H. Slooff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  60

Transplantation (ISSN 0041-1337) is published twenty-four times a year by Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436. Periodicals postage paid at Baltimore, MD, and at additional mailing offices. Subscription rates $922.00 ($402.00 foreign): institutions $518.00 ($598.00 foreign); in-training $391.00 ($271.00 foreign); single copy $44.00 ($37.00 foreign) Foreign prices exclude Japan (see *Information for Subscribers*). The GST number for Canadian subscribers is 123394371, C.P.C International Publication Mail #0060143.

Country of origin USA. Subscription prices subject to change. To order call 1-800-638-6423. POSTMASTER: Send address changes to Transplantation, 351 West Camden Street, Baltimore, MD 21201-2436. Indexed by *Index Medicus, Current Contents (Life Sciences, Science Citation Index, Research Alert, ISI/BioMed), BIOSIS, Excerpta Medica, Research Information Systems/Reference Update*. Copyright © 1997 by Williams & Wilkins. This journal is printed on *acid-free paper*.

BSC-SJA-0898

0041-1337/97/6401-36$03.00/0
TRANSPLANTATION
Copyright © 1997 by Williams & Wilkins

Vol. 64, 36–42, No. 1, July 15, 1997
Printed in U.S.A.

# SDZ RAD, A NEW RAPAMYCIN DERIVATIVE

## PHARMACOLOGICAL PROPERTIES IN VITRO AND IN VIVO

WALTER SCHULER,[1,2] RICHARD SEDRANI,[1] SYLVAIN COTTENS,[1] BARBARA HÄBERLIN,[3]
MANFRED SCHULZ,[3] HENK-JAN SCHUURMAN,[1] GERHARD ZENKE,[1] HANS-GÜNTER ZERWES,[1]
AND MAX H. SCHREIER[1]

Preclinical Research, and Technical Research and Development, Novartis Pharma AG, CH-4002 Basel, Switzerland

*Background.* This report describes the preclinical pharmacological profile of the new rapamycin analog, SDZ RAD, i.e., 40-O-(2-hydroxyethyl)-rapamycin.

*Methods.* The pharmacological effects of SDZ RAD were assessed in a variety of in vitro and in vivo models, which included an autoimmune disease model as well as kidney and heart allotransplantation models using different rat strain combinations.

*Results.* SDZ RAD has a mode of action that is different from that of cyclosporine or FK506. In contrast to the latter, SDZ RAD inhibits growth factor-driven cell proliferation in general, as demonstrated for the in vitro cell proliferation of a lymphoid cell line and of vascular smooth muscle cells. SDZ RAD is immunosuppressive in vitro as demonstrated by the inhibition of mouse and human mixed lymphocyte reactions and the inhibition of antigen-driven proliferation of human T-cell clones. The concentrations needed to achieve 50% inhibition in all of these assays fall into the subnanomolar range. SDZ RAD is effective in the in vivo models when given by the oral route in doses ranging between 1 mg/kg/day and 5 mg/kg/day. When compared with rapamycin, the in vitro activity of SDZ RAD is generally about two to three times lower; however, when administered orally, SDZ RAD is at least as active in vivo as rapamycin.

*Conclusions.* In conclusion, SDZ RAD is a new, orally active rapamycin-derivative that is immunosuppressive and that efficiently prevents graft rejection in rat models of allotransplantation. SDZ RAD has therefore been selected for development for use in combination with cyclosporine A to prevent acute and chronic rejection after solid organ allotransplantation.

It was first reported in 1989 that the macrolide rapamycin (RPM*), a secondary metabolite of *Streptomyces hygroscopicus*, effectively suppresses the rejection of transplanted allogeneic solid organs in experimental animals (*1, 2*). RPM is of particular interest as a new immunosuppressant because its mode of action is different from that of both cyclosporine

(CsA) and FK506. The latter drugs prevent T-cell proliferation by blocking transcriptional activation of early T cell-specific genes, thus inhibiting the production of T-cell growth factors, like interleukin (IL)-2. RPM, in contrast, acts at a later stage of the cell cycle, blocking not the production of growth factors but rather the proliferative signal that is provided by these factors; RPM arrests the cells at the late G1 stage of the cell cycle, preventing them from entering the S phase. (For a review on RPM and its mechanism of action see *3, 4*). It is of note that this effect of RPM is not restricted to IL-2-driven proliferation of T cells; RPM inhibits growth factor-dependent proliferation in general of any hematopoietic as well as nonhematopoietic cells tested so far (*5–7*), including vascular smooth muscle cells (*8*). The different modes of action of RPM and CsA provide a rationale for synergistic interaction of the two compounds, and this synergism has indeed been demonstrated (*9–11*). Further, the ability to inhibit growth factor-driven cell proliferation makes RPM a potential compound for the prevention of late graft loss due to graft vessel disease (GVD); growth factor-driven proliferation of VSMC leading to intimal thickening and eventually vessel obstruction seems to play a crucial role in the development of GVD (for a review see *12*). RPM has indeed been shown to inhibit arterial intimal thickening in rat recipients of orthotopic femoral artery allografts (*13*) as well as such thickening produced by mechanical injury where no immunological mechanism is involved (*14*).

These features make RPM and RPM analogs very interesting compounds for clinical transplantation. However, development of a proper oral RPM formulation with acceptable stability, bioavailability, and predictability has proven difficult and has impeded successful clinical development. So far, the majority of published preclinical work demonstrating the potent immunosuppressive effect of RPM deals with parenteral administration of the compound (for references see *15*); efficacy of an oral RPM formulation was shown only very recently in a pig and a rat model of allotransplantation (*15, 16*). However, wide interindividual variation in the pharmacokinetic parameters was noted in the pig study as well as in a recent report on first clinical experience with an oral RPM formulation (*17*).

The formulation of a compound can have a marked effect on clinical outcomes in transplantation, as seen with the introduction of the microemulsion preconcentrate of CsA (Neoral; Sandoz, Basel, Switzerland) (*18–20*). The 40-O-(2-hydroxyethyl)-RPM, SDZ RAD, is a new RPM analog that resulted from our efforts to overcome the formulation problems by chemical derivation, while maintaining the pharmacolog-

---

[1] Preclinical Research, Novartis Pharma AG.

[2] Address correspondence to: Walter Schuler, Preclinical Research, Novartis Pharma AG, S-386.1.26, CH-4002 Basel, Switzerland.

[3] Technical Research and Development, Novartis Pharma AG.

* Abbreviations: CsA, cyclosporine; FCS, fetal calf serum; FKBP12, FK506 binding protein; GVD, graft vessel disease; IC$_{50}$, concentration of compound needed to reach 50% inhibition; IL, interleukin; MLR, mixed lymphocyte reaction; PBMC, peripheral blood mononuclear cells; RPM, rapamycin; VSMC, vascular smooth muscle cells.

BSC-SJA-0899

SCHULER ET AL.                                    37



**SDZ RAD**

FIGURE 1. Chemical structure of SDZ RAD, 40-O-(2-hydroxyethyl)-RPM.

ical benefits of RPM. In this study we report on the in vitro and in vivo pharmacological characteristics of SDZ RAD. We show that despite a slightly reduced in vitro activity, SDZ RAD has an efficacy after oral dosing that is at least equivalent to that of RPM.

## MATERIALS AND METHODS

### Reagents

RPM was obtained by fermentation of the actinomycetes strain A91-259211. SDZ RAD, 40-O-(2-hydroxyethyl)-RPM (Fig. 1), was derived by chemical derivation of RPM; the molecular formula is $C_{53}H_{83}NO_{14}$, and it has a molecular weight of 958.25. For the in vitro experiments, $10^{-3}$ M stock solutions of the compounds in ethanol were used. Stock solutions were stored at $-20°C$; samples to be tested were diluted on the day of the experiment in phosphate-buffered saline or culture medium. For the in vivo experiments SDZ RAD and RPM were formulated as liquid formulations, which kept the compounds dissolved even after dilution with aqueous vehicles. These formulations were adapted for both compounds with respect to their physicochemical properties. Stored at 4°C, the formulations are stable for >3 months.

### In Vitro Assays

The in vitro activity of RPM analogs was assessed by determining in the various assays the concentration of the compounds that results in 50% inhibition ($IC_{50}$). Serial dilutions of the test compounds, done in duplicate, were tested, and a four-parameter logistic function was applied to calculate the $IC_{50}$ values. RPM was included in each individual experiment as a standard, and the inhibitory activity was expressed as relative $IC_{50}$ compared with RPM (i.e., given as the ratio $IC_{50}$ of test compound/$IC_{50}$ of RPM). To measure in vitro cell proliferation, [$^3$H]thymidine incorporation into DNA was determined following standard procedures.

*FKBP12 binding assay.* Binding to the FK506 binding protein (FKBP12) was indirectly assessed by means of an ELISA-type competition assay. Microtiter plate wells were coated with FK506 that was covalently coupled to bovine serum albumin. Coupling of FK506 to bovine serum albumin was performed by reacting bovine serum albumin with N-succinimidyl-oxycarbonyl-3'-propionyloxy-33-FK506. Biotinylated recombinant human FKBP12 was allowed to bind to the immobilized FK506 in the absence (as a control) and the presence of the serially diluted test compound or standard. (For technical reasons we used FK506 as the standard, as an exception

only in this assay). Bound biotinylated FKBP12 was assessed by incubation with a streptavidin-alkaline phosphatase conjugate, followed by incubation with p-nitrophenol phosphate as a substrate. Readout was the optical density at 405 nm. Binding of a compound to the biotinylated FKBP12 resulted in a decrease in the amount of FKBP12 available for binding to the immobilized FK506, i.e., the magnitude of this inhibition ($IC_{50}$) reflects the affinity of a compound for FKBP12.

*IL-6-driven proliferation of a B-cell hybridoma.* The hybridoma B13-29-15 is a subclone of the hybridoma B13-29, which was kindly provided by L. Aarden (Central Laboratory of the Netherlands Red Cross-Blood Transfusion Service, Amsterdam, The Netherlands); this clone is strictly dependent on IL-6. To determine the $IC_{50}$ of a compound in this assay, $10^4$ cells per microtiter well (supplemented to contain 0.3 ng of IL-6 per ml) were incubated for 72 hr with serial dilutions of the compounds. [$^3$H]thymidine was added at the end of the incubation period, 5 hr before harvesting the cells for measuring the [$^3$H]thymidine incorporation into DNA.

*Mixed lymphocyte reaction (MLR).* To determine the $IC_{50}$ values of the compounds in a two-way MLR, $10^5$ spleen cells per well each of BALB/c and CBA mice were incubated in flat-bottom microtiter plates, either in the absence or the presence of the serially diluted compounds. Serum-free tissue culture medium supplemented with serum replacement factors (CG medium, Camon GmbH, Wiesbaden, Germany) was used. After 4 days of incubation [$^3$H]thymidine was added, and the cells were harvested after another 16-hr incubation period.

*Proliferative response of antigen-specific human T-cell clones.* CD4-positive (helper type) T-cell clones specific for the hemagglutinin peptide 307-319 were derived from peripheral blood mononuclear cells (PBMC) of a normal healthy volunteer as described (21). To determine the $IC_{50}$ of the compounds in this antigen-specific T-cell proliferation assay, cloned T cells ($2 \times 10^4$) were cultured in a total volume of 200 $\mu$l of RPMI medium (supplemented to contain 6% human AB serum) in 96-well round-bottom microtiter plates with $10^5$ irradiated PBMC from normal HLA-DR matched donors, together with the peptide antigen (hemagglutinin) and the serially diluted test compounds. As a control, T cells plus PBMC in the absence of peptide antigen or T cells in medium alone were included. Cultures were set up in duplicate. After 48 hr of incubation, [$^3$H]thymidine was added, and the cells were harvested after another 16 hr.

*Proliferation of VSMC.* Bovine VSMC were derived by the explant technique from small pieces of media (dissected free of adventitia and intima) from fresh bovine aorta. Explants of about 1 mm$^2$ were placed in culture dishes, covered with medium, and after about 10 days the cells grew out of the explants. The cells were characterized as VSMC by morphology in culture and by immunostaining with an anti-VSMC actin antibody (clone 1A4; Sigma, St. Louis, MO). They were used at passages 2 through 10. The cells were grown in DF10 medium (consisting of equal volumes of Dulbecco's modified Eagle's medium and Ham's F12 [Life Technologies, Gaithersburg, MD] supplemented with 10% fetal calf serum (FCS) and glutamine). For the experiments, the cells were seeded in 96-well plates ($1 \times 10^4$ or $2 \times 10^5$ per well) and allowed to grow to confluence (3 days). They were then growth arrested by serum deprivation for 48 hr in serum-free medium (DF10 without FCS) supplemented with insulin (0.5 mM; Boehringer Mannheim, Mannheim, Germany), transferrin (5 $\mu$g/ml; Sigma), and ascorbate (0.2 mM; Sigma). After 3 days the medium was replaced with fresh medium containing 10% FCS and [$^3$H]thymidine (1 mCi/ml), together with serial dilutions of the compounds to be tested (three to four replicate wells for each concentration). The cells were harvested after a 24-hr incubation period and the [$^3$H]thymidine incorporation into the DNA was measured.

### In Vivo Experiments

Throughout all of the in vivo experiments the compounds were given once daily, for the indicated period of time. Freshly prepared

BSC-SJA-0900

TRANSPLANTATION Vol. 64, No. 1

dilutions of the SDZ RAD and RPM formulations with water were given orally by gavage. Control animals received only the administration vehicle as placebo.

*Localized graft-versus-host reaction.* Spleen cells ($2 \times 10^7$) from Wistar/F rats were injected subcutaneously into the right hind footpad of (Wistar/F × Fisher 344)$F_1$ hybrid rats. The left footpad was left untreated. The animals were treated with SDZ RAD or RPM on 4 consecutive days (days 0-3). The popliteal lymph nodes were removed on day 7, and the weight differences between two corresponding lymph nodes were determined. The results were expressed as the inhibition of lymph node enlargement (given in percent) comparing the lymph node weight differences in the experimental groups to the weight difference between the corresponding lymph nodes from a group of animals left untreated with a test compound.

*Mercuric chloride-induced glomerulonephritis.* Autoimmune glomerulonephritis was induced by treatment with $HgCl_2$ (22). Female Brown Norway rats, 9 weeks of age, were injected subcutaneously during a 3-week period, three times per week, with 1 mg of $HgCl_2$ per kg body weight (10 injections in total). SDZ RAD and RPM were given on 5 consecutive days per week. On days 0, 7, 14, and 21, urine was taken and the protein concentration was determined by means of bromophenol blue staining and colorimetric detection using a TCL scanner. The detection limit of this method is 1 mg protein/ml; the upper threshold of this method is 16 mg protein/ml. The experiment is normally terminated between day 21 and day 24 because the control animals, treated with $HgCl_2$ only, start to succumb to the disease at this point.

*Orthotopic kidney allotransplantation.* Donor kidneys were transplanted orthotopically into recipient rats. The left kidney of the recipient animal was removed and replaced with the donor kidney, with end-to-end anastomoses of blood vessels and ureter. After 1 week, contralateral nephrectomy was performed, leaving the animal fully dependent on the grafted kidney. Recipients were treated with the immunosuppressive compounds or the placebo for the initial 2 weeks after transplantation.

*Vascular heterotopic heart allotransplantation.* Donor hearts were transplanted heterotopically into the abdomen of recipient rats by making end-to-side anastomoses of the donor's aorta with the recipient's infrarenal abdominal aorta as well as with the donor's right pulmonary to the recipient's inferior vena cava. Recipients received the immunosuppressive compounds or the placebo once daily for the entire course of the experiment. The heartbeat of the transplanted heart was monitored daily by palpation of the abdomen. The time of rejection was defined as the day on which a heartbeat was no longer palpable.

## RESULTS

### Binding to FKBP12

Binding to FKBP12, the abundant intracellular binding protein of FK506, is a prerequisite for the biological activity of RPM-type macrolides (23). Therefore, we determined the ability of SDZ RAD to bind to FKBP12. As shown in Table 1, binding of SDZ RAD to FKBP12 is about threefold weaker than that of RPM.

### Inhibition of Growth Factor-Driven Proliferation

The immunosuppressive activity of RPM is explained by its ability to inhibit growth factor-driven cell proliferation. We assessed SDZ RAD for this effect in two in vitro systems: IL-6-stimulated cell proliferation of the IL-6-dependent hybridoma clone B13-29-15, and FCS-stimulated proliferation of bovine VSMC. Table 2 shows that the ability of SDZ RAD to inhibit the IL-6-driven proliferation of the hybridoma cells is about two- to threefold less compared with that of RPM (i.e., relative $IC_{50}$ of $2.5 \pm 0.7$). The relative $IC_{50}$ of SDZ RAD

**TABLE 1.** Binding to FKBP12[a]

| Compound | Relative $IC_{50} \pm SD$[b] (range, absolute $IC_{50}$) |
|---|---|
| FK506 | 1 |
| | (0.8-1.2 nM) |
| RPM | $0.5 \pm 0.2$* (n=5) |
| | (0.4-0.9 nM) |
| SDZ RAD | $2.0 \pm 0.4$*** (n=3) |
| | (1.8-3.6 nM) |

[a] The ability of the compounds to compete with immobilized FK506 for binding to biotinylated FKBP12 was determined in a competitive binding assay.
[b] FK506 was included as a standard in each individual experiment. Results are expressed as means±SD of the relative $IC_{50}$ values (i.e., ratio of $IC_{50}$ test compound to $IC_{50}$ of FK506). The range of absolute $IC_{50}$ values is given in parenthesis; n=number of individual experiments. Statistical analysis, $t$ test: *$P<0.05$; ***$P<0.001$.

**TABLE 2.** Inhibition of growth factor-stimulated cell proliferation

| Compound | Relative $IC_{50} \pm SD$[a] (range, absolute $IC_{50}$) | |
|---|---|---|
| | Hybridoma B13-29-15/IL-6 | Bovine VSMC/FCS |
| RPM | 1 | 1 |
| | (0.07-0.5 nM) | (0.4-3.5 nM) |
| SDZ RAD | $2.5 \pm 0.7$** (n=5) | $1.9 \pm 0.75$ns (n=3) |
| | (0.2-1.4 nM) | (0.9-3.6 nM) |

[a] RPM was included as a standard in each individual experiment. Results are expressed as means±SD of the relative $IC_{50}$ values (i.e., ratio of $IC_{50}$ test compound to $IC_{50}$ of RPM). The range of absolute $IC_{50}$ values is given in parenthesis; n=number of individual experiments. Statistical analysis, $t$ test: **$P<0.01$; ns not significant.

for inhibition of bovine VSMC was $1.9 \pm 0.75$ (Table 2); however, this was not statistically significant when compared with inhibition by RPM. The absolute $IC_{50}$ values found here for RPM are in agreement with those reported for platelet-derived growth factor or basic fibroblast growth factor-stimulated VSMC proliferation [5 nM and 0.8 nM, respectively (8)].

### Immunosuppressive Activity In Vitro

The immunosuppressive activity of SDZ RAD was assessed in two-way MLR experiments with lymphocytes of mouse origin as well as in experiments with antigen-specific human helper T-cell clones. The results are shown in Table 3. The data show that, compared with RPM, the in vitro immunosuppressive activity of SDZ RAD is about two- and fivefold lower, respectively, in these assays.

**TABLE 3.** Immunosuppressive activity in vitro[a]

| Compound | Relative $IC_{50} \pm SD$[b] (range, absolute $IC_{50}$) | |
|---|---|---|
| | MLR | T-cell clone |
| RPM | 1 | 1 |
| | (0.06-0.9 nM) | (0.014-0.037 nM) |
| SDZ RAD | $2.1 \pm 0.4$* (n=4) | $5.4 \pm 3.5$* (n=3) |
| | (0.2-1.6 nM) | (0.05-0.17 nM) |

[a] The effect on two-way MLR performed with mouse spleen cells, as well as on the antigen-specific (hemagglutinin peptide 307-319) proliferation of a human T-cell clone, was tested.
[b] As in Table 2. Statistical analysis, $t$ test: *$P<0.05$.

BSC-SJA-0901

## Inhibition of Localized Graft-Versus-Host Reaction

In this experimental model of cell-mediated immunity, a strong local T-cell reaction is induced by injecting parental spleen cells into one hind footpad of $F_1$ hybrid recipients. The injected immunocompetent donor spleen cells home to the local draining popliteal lymph node, where they react vigorously to alloantigens present on the host's cells: they become activated, secrete cytokines, and proliferate. This reaction manifests itself in an enlargement of the respective lymph node. Comparing the weight of the popliteal lymph node from the site of injection with that of the untreated contralateral lymph node gives an indication of the severity of the reaction. SDZ RAD effectively inhibited lymph node swelling elicited by this localized graft-versus-host reaction. This is shown in Table 4. Maximal inhibition of about 70–80% was achieved with an oral dose of 3 mg/kg per day of either SDZ RAD or RPM. (Increasing the doses of SDZ RAD or RPM did not lead to stronger inhibition of lymph node swelling; data not shown). Inhibition was statistically significant with respect to the placebo-treated control; no statistically significant difference was found between SDZ RAD and RPM.

*Mercuric chloride-induced glomerulonephritis.* Low doses of mercuric chloride ($HgCl_2$), repeatedly injected into rats, induce an autoimmune disease that is characterized by a T-dependent polyclonal B-cell activation (22, 24). This polyclonal B-cell activation leads to the production of a variety of autoantibodies. Antibodies directed against the glomerular basement membrane cause infiltration of polymorphonuclear granulocytes and glomerular damage; the animals develop a severe proteinuria within 2 to 3 weeks of treatment with $HgCl_2$. As can be seen from Table 5, a dose of 1.25 mg/kg/day of SDZ RAD or RPM completely prevented this $HgCl_2$-induced development of proteinuria. (One animal in the RPM group showed proteinuria already on day 7, but this was most likely not related to the $HgCl_2$ treatment). The 0.3 mg/kg dose was ineffective, whereas 0.6 mg/kg of either compound led to partial inhibition. In conclusion, SDZ RAD is effective in an animal model for autoimmune glomerulonephritis, with the same dose-response relationship as RPM.

## Orthotopic Kidney Allotransplantation in the Rat

SDZ RAD was tested in rat kidney allotransplantation using several donor-recipient strain combinations. Grafted recipients underwent contralateral nephrectomy 7 days after transplantation so that the survival of an animal depended fully on the function of the grafted allogeneic kidney. A peculiarity of this rat model is that a 2-week treatment with

TABLE 5. Mercuric chloride-induced glomerulonephritis

| Compound | Development of proteinuria | | | |
|---|---|---|---|---|
| | Vehicle | 0.3 mg/kg p.o. | 0.6 mg/kg p.o. | 1.25 mg/kg p.o. |
| Control | 10/10[a] | | | |
| SDZ RAD | | 3/9 | 7/11** | 0/9*** |
| RPM | | 5/5 | 2/5** | 1/5** |

[a] Number of animals on day 21 with proteinuria (i.e., urine protein levels >2 mg/ml) of total number of animals in each dosage group. Statistical analysis (chi-square) with respect to control: **$P<0.01$; ***$P<0.001$.

CsA results in the indefinite survival of the graft, a phenomenon that is restricted to rats and is not seen with any other species.

Table 6 shows the results for SDZ RAD and RPM in experiments transplanting kidneys from (Wistar/F × Fisher 344)$F_1$ donors into Wistar/F recipients. Untreated control animals showed severe cellular rejection on day 7. In this strain combination, donor and recipient are partly matched; prolonged graft survival can thus be obtained with rather low levels of immunosuppression. Survival times of more than 100 days were obtained with 0.5 mg/kg of either SDZ RAD or RPM. At this dose no histological signs of rejection were seen with SDZ RAD, whereas one animal in the RPM group showed moderate signs of chronic rejection. A dose of 0.25 mg/kg SDZ RAD led to a substantial prolongation of the graft survival time in three of nine recipients; no histological signs of rejection were found in these long-term survivors.

The results of kidney allograft experiments using a strain combination with a strong mismatch, i.e., Brown Norway rat donor and Lewis rat recipient, are shown in Table 7. Untreated control animals showed severe cellular rejection on day 7. A dose of 2.5 mg/kg of either SDZ RAD or RPM prolonged the survival of Brown Norway kidneys for more than 80 days. The long-term survivors in the SDZ RAD group showed marginal signs of chronic rejection. Even with 1 mg/kg, substantial prolongation of graft survival times was achieved, with one animal in the SDZ RAD group not rejecting its graft during the observation period (78 days). This animal showed histologically moderate chronic rejection. The other animals in this group showed moderate to severe cellular rejection, whereas all animals in the respective RPM group showed severe cellular rejection.

## Vascular Heterotopic Heart Allotransplantation

SDZ RAD was further tested in the model of vascular heterotopic heart allotransplantation in the rat using DA rats as donors and Lewis rats as recipients. This strain combination represents a very strong mismatch and is considered the most stringent rat transplantation model. As Table 8 shows, we were unable to achieve long-term graft survival with any dose of SDZ RAD or RPM tested, even though we treated the animals daily until rejection occurred. Increasing the dose from 2.5 to 5 mg/kg of either compound did not improve graft survival times; rather, the higher doses led to severe weight loss under these conditions, forcing termination of the experiments 3 to 4 weeks after transplantation. Only moderate signs of rejection were found histologically in all groups, with the exception of the 1 mg/kg SDZ RAD group, in which rejection was severe. Although we did

TABLE 4. Inhibition of localized graft-versus-host reaction

| Compound | No. of animals[b] | Percent inhibition of lymph node swelling[a] | |
|---|---|---|---|
| | | 1.0 mg/kg/day p.o. | 3.0 mg/kg/day p.o. |
| SDZ RAD | 5 | 58±23** | 77±9*** |
| RPM | 5 | 61±22** | 66±11*** |

[a] Lymph node weight differences were determined on day 7. Results are given as mean values±SD of inhibition compared with a control group of five animals that received the vehicle only. The weight differences between the respective lymph nodes from animals in the control group was 34±2 mg. Statistical analysis (analysis of variance) with respect to the control group: **$P<0.01$; ***$P<0.001$.

[b] Number of animals in each dosage group.

TABLE 6. Suppression of allograft rejection of (Wistar/F×Fisher344)F₁ rat donor kidneys in Wistar/F recipients[a]

| Compound | Individual survival times (days after transplantation) after treatment | | |
|---|---|---|---|
| | 0.25 mg/kg/day | 0.5 mg/kg/day | 1.0 mg/kg/day |
| SDZ RAD | 7, 7, 7, 7, 7, 7, ≥51, ≥100, ≥100[b] | ≥100, ≥100, ≥100, ≥100, ≥100 | ≥100, ≥100, ≥100 |
| RPM | 7, 7, 7, 7, 7, 7, 7, 12 | 7, ≥100, ≥100, ≥100, ≥100 | ≥100, ≥100, ≥100 |

[a] The immunosuppressive compounds were administered p.o. daily from day 0 through day 13 at the indicated dose. Placebo-treated animals showed severe cellular rejection by day 7.

[b] Each figure indicates the survival time after transplantation of an individual animal. More than or equal to sign (≥) indicates that the animal was killed for histology while the animal was in good health and the graft was still functioning.

TABLE 7. Suppression of allograft rejection of Brown Norway rat donor kidneys in Lewis recipients

| Compound | Individual survival times (days after transplantation) after treatment | |
|---|---|---|
| | 1.0 mg/kg/day p.o. | 2.5 mg/kg/day p.o. |
| SDZ RAD | 20, 20, 25, 37, ≥78[a] | 26, ≥80, ≥100, ≥100, ≥100 |
| RPM | 18, 22, 26 | 35, ≥83, ≥83 |

[a] As in Table 6.

TABLE 8. Prolongation of DA rat heart allograft survival in Lewis rat recipients[a]

| Compound | Individual survival times (days after transplantation) after treatment | | |
|---|---|---|---|
| | 1.0 mg/kg/day | 3.5 mg/kg/day | 5.0 mg/kg/day |
| SDZ RAD | 12, 14, 14[b] | 18, 22, 25, 27, ≥28 | 22, 33 |
| RPM | 12, 15, 27 | 25, 31, 33, ≥31 | 22, 32 |

[a] The immunosuppressive compounds were administered p.o. daily continuously throughout the entire experiment. Placebo-treated animals showed severe cellular rejection between day 7 and 10.

[b] As in Table 6.

not achieve long-term survival in this strain combination with SDZ RAD or RPM given alone, we did with a combination of low doses of SDZ RAD and CsA, indicating synergy of the two compounds (25).

## DISCUSSION

The immunosuppressant SDZ RAD is a novel RPM derivative in which the hydroxyl at position 40 of RPM has been alkylated with a 2-hydroxyethyl group. The introduction of this functionalized side chain results in altered physicochemical properties with respect to RPM, i.e., the solubility in several organic solvents and galenic excipients is markedly increased. Several C40-modified analogs of RPM, like esters, carbonates, and carbamates have been previously described in the patent literature. These derivatives can be viewed as prodrugs of RPM, as the newly introduced functional groups are known to be susceptible to hydrolytic cleavage under physiological conditions. The strategy we pursued was aimed at modifications that are resistant to hydrolytic and metabolic degradation. Therefore a series of 40-O-alkylated RPM analogs was prepared (26), of which the 40-O-hydroxyethyl-derivative, SDZ RAD, proved to be the most active representative, both in vitro and in vivo. SDZ RAD binds with high affinity to FKBP12, which is a prerequisite for the inhibitory activity of immunosuppressants belonging to the RPM class (23). The binding of SDZ RAD to FKBP12 is about threefold weaker than that of RPM. This rather small loss of affinity can be attributed to the fact that C40-O-alkylation disrupts

the hydrogen bond existing in the FKBP12/RPM complex between the C40 hydroxyl and the Gln-53 main chain carbonyl (27, 28). Steric interaction between the hydroxyethyl side chain of SDZ RAD and FKBP12 might also contribute to the slightly reduced binding. SDZ RAD has the same mode of action as RPM. At the molecular level SDZ RAD blocks, as RPM, activation of p70 S6 kinase (Schuler, unpublished results); blocking the activation of this kinase is one of the discussed explanations for the growth-inhibitory effect(s) of RPM (4). Further, like RPM, SDZ RAD at subnanomolar concentrations inhibits growth factor-driven cell proliferation, like that of a B-cell hybridoma or that of VSMC. Likewise, it inhibits mouse MLR and antigen-driven proliferation of antigen-specific human T-cell clones. In general, the in vitro activity of SDZ RAD is about two to three times lower when compared with RPM. The degree to which the in vitro activity is reduced is consistent with the observed decrease of affinity for FKBP12 and the demonstrated requirement of FKBP12 binding for immunosuppressive activity (23, 29).

When administered orally at doses between 1 mg/kg/day and 5 mg/kg/day, SDZ RAD is effective in relevant animal models comprising an autoimmune disease model and several allotransplantation models. It should be emphasized that it is impossible to compare directly our results obtained with SDZ RAD with results published by others on the in vivo efficacy of RPM because different galenical formulations and, in most cases, only parenteral administration routes were used in the studies reported in the literature. We therefore compared the oral activity of the two compounds by using our own galenical formulation of RPM, which was developed following the same principle as for SDZ RAD. These formulations were adapted for both compounds with respect to their physicochemical properties. Using this type of formulation, we have shown that SDZ RAD in vivo is at least equipotent to RPM when given orally. This is in contrast to the lower in vitro activity of SDZ RAD. This observed difference between the relative in vitro and the relative in vivo activity cannot simply be explained by differences in the exposure to the two compounds: treatment with the same doses of our RPM and SDZ RAD formulations led to comparable exposure to the two compounds. Daily treatment with 1.5, 5, and 15 mg/kg SDZ RAD resulted in area under the concentration-time curve values on day 28 of 435, 1463, and 5076 ng·h/ml, respectively. The same treatment with RPM led to area under the concentration-time curve values of 298, 1104, and 4071 ng·h/ml, respectively. Also, formation of RPM or pharmacologically active RPM metabolites cannot serve as a possible explanation. Any biotransformation pathway leading to the formation of RPM or its metabolites would require the cleavage of the hydroxyethyl side-chain by initial hydroxylation. From metabolism studies in vitro, as well as in animals,

BSC-SJA-0903

we do not have evidence that this happens to any significant degree, i.e., SDZ RAD is not a prodrug of RPM. Rather, we suggest as an explanation that the chemical modification in SDZ RAD, which altered its physicochemical properties, led to more favorable pharmacokinetic properties (e.g., disposition of compound), which compensate in vivo for the observed lower in vitro activity. Considering the relatively narrow therapeutic window of these drugs, more favorable pharmacokinetic properties promise to provide a clinical advantage, i.e., it should be easier to handle and to monitor such a drug in clinical practice.

Finally, a major unsolved problem in clinical allotransplantation is long-term graft loss due to chronic rejection. The pathogenesis of chronic rejection is complex and multifactorial in nature. A major factor contributing to late graft loss is intimal thickening of the graft vessels, which eventually leads to vessel occlusion (GVD). Intimal thickening is due to growth factor-driven proliferation and migration of VSMC after injury of the endothelium (for a review see *12*). Clinical observations have shown a close correlation between the frequency as well as the intensity of acute rejection episodes and the incidence of chronic rejection (*30–33*). It can thus be inferred that one triggering event that eventually leads to chronic rejection is an alloimmune injury of the graft vessels. On the other hand, vascular damage resulting from nonimmunological events, e.g., from ischemia or reperfusion injury, also can lead to intimal thickening and may contribute to late graft loss (*12*). Taking these considerations into account, a two-pronged approach seems most promising for improving the long-term prospects in allotransplantation. This approach would provide improved immunosuppression, to prevent an alloimmune insult in the first place, combined with measures to prevent VSMC proliferation and/or migration. With respect to the first consideration, we have shown here that SDZ RAD efficiently prevents allograft rejection in the rat; in an accompanying publication (*25*) we report that in animal models for allotransplantation, SDZ RAD and CsA act in a synergistic manner. This synergism, if proven in humans, offers the chance to increase the efficacy of the immunosuppressive regimen by combining the two drugs, with the prospect of mitigating their respective side effects. We have further shown here that SDZ RAD efficiently inhibits the growth factor-stimulated in vitro proliferation of VSMC cells. Elsewhere we will report (H. Schuurman et al., manuscript in preparation) that SDZ RAD also inhibits in vivo vascular changes that were induced either by mechanical damage (balloon catheter injury) or by an alloimmune reaction (aorta transplantation in an allogeneic setting). We believe that the increased immunosuppressive efficacy of a drug combination composed of CsA and SDZ RAD, combined with the ability of SDZ RAD to inhibit VSMC proliferation, bears the potential for improving the prospects for long-term graft acceptance.

*Acknowledgments.* The authors thank Dr. J. Borel for critical review of the manuscript and comments, and Y. Hartmann, H. Jundt, J. Joergensen, T. Meerloo, U. Strittmatter, M. Tanner, B. Thai, C. Wilt, and C. Wioland for their expert technical assistance.

## REFERENCES

1. Calne RY, Collier DS, Lim S, et al. Rapamycin for immunosuppression in organ allografting. Lancet 1989; 2: 227.

2. Morris RE, Meiser BM. Identification of a new pharmacologic action for an old compound. Med Sci Res 1989; 17: 609.

3. Morris RE. Rapamycin: antifungal, antitumor, antiproliferative, and immunosuppressive macrolides. Transplant Rev 1992; 6: 39.

4. Sehgal SN. Rapamune (sirolimus, rapamycin): an overview and mechanism of action. Ther Drug Monit 1995; 17: 660.

5. Hatfield SM, Mynderse JS, Roehm NW. Rapamycin and FK506 differentially inhibit mast cell cytokine production and cytokine-induced proliferation and act as reciprocal antagonists. J Pharmacol Exp Ther 1992; 261: 970.

6. Hultsch T, Martin R, Hohman RJ. The effects of the immunophilin ligands rapamycin and FK506 on proliferation of mast cells and other hematopoietic cell lines. Mol Biol Cell 1992; 3: 981.

7. Akselband Y, Harding MW, Nelson PA. Rapamycin inhibits spontaneous and fibroblast growth factor β-stimulated proliferation of endothelial cells and fibroblasts. Transplant Proc 1991; 23: 2833.

8. Cao W, Mohacsi P, Shorthouse R, Pratt R, Morris RE. Effects of rapamycin on growth factor-stimulated vascular smooth muscle cell DNA synthesis. Transplantation 1995; 59: 390.

9. Morris RE, Meiser BM, Wu J, Shorthouse R, Wang J. Use of rapamycin for suppression of alloimmune reactions in vivo: schedule dependance, tolerance induction, synergy with cyclosporine and FK506, and effect on host-versus-graft and graft-versus-host reactions. Transplant Proc 1991; 23: 521.

10. Tu Y, Stepkowsky SM, Chou T-C, Kahan BD. The synergistic effects of cyclosporine, sirolimus, and brequinar on heart allograft survival in mice. Transplantation 1995; 59: 177.

11. Martin DF, DeBarge LR, Nussenblatt RB, Chan CC, Roberge FG. Synergistic effect of rapamycin and cyclosporin A in the treatment of experimental autoimmune uveoretinitis. J Immunol 1995; 154: 922.

12. Häyry P, Isoniemi H, Yilmaz S, et al. Chronic allograft rejection. Immunol Rev 1993; 134: 39.

13. Gregory CR, Huie P, Billingham ME, Morris RE. Rapamycin inhibits arterial intimal thickening caused by both alloimmune and mechanical injury. Transplantation 1993; 55: 1409.

14. Gregory CR, Huang X, Pratt RE, et al. Treatment with rapamycin and mycophenolic acid reduces arterial intimal thickening produced by mechanical injury and allows endothelial replacement. Transplantation 1995; 59: 655.

15. Granger DK, Cromwell JW, Chen SC, et al. Prolongation of renal allograft survival in a large animal model by oral rapamycin monotherapy. Transplantation 1995; 59: 183.

16. DiJoseph JF, Fluhler E, Armsrong J, Sharr M, Sehgal SN. Therapeutic blood levels of sirolimus (rapamycin) in the allografted rat. Transplantation 1996; 62: 1109.

17. Kahan BD, Murgia MG, Slaton J, Napoli K. Potential applications of therapeutic drug monitoring of sirolimus immunosuppression in clinical renal transplantation. Ther Drug Monit 1995; 17: 672.

18. Kovarik JM, Mueller EA, van Bree JB, et al. Cyclosporine pharmacokinetics and variability from a microemulsion formulation: multicenter investigation in kidney transplant patients. Transplantation 1994; 58: 1.

19. Taesch S, Niese D. Safety and tolerability of a new oral formulation of cyclosporin A, Sandimmun Neoral, in renal transplant patients. Transpl Int 1994; 7(suppl 1): 263.

20. Mueller EA, Kovarik JM, van Bree JB, Lison AE, Kutz K. Safety and steady-state pharmacokinetics of a new oral formulation of cyclosporin A in renal transplant patients. Transpl Int 1994; 7 (suppl 1): 267.

21. Lamb JR, Eckels DD, Lake P, Woody JN, Green N. Human T cell clones recognize chemically synthesized peptides of influenza haemagglutinin. Nature 1982; 300: 66.

22. Hirsch F, Couderc J, Sapin C, Fournié G, Druet P. Polyclonal effect of HgCl₂ in the rat: its possible role in an experimental

BSC-SJA-0904

autoimmune disease. Eur J Immunol 1982; 12: 620.

23. Dumont FJ, Melino MR, Staruch MJ, Koprak SL, Fischer PA, Sigal NH. The immunosuppressive macrolides FK506 and rapamycin act as reciprocal antagonists in murine T cells. J Immunol 1990; 144: 1418.

24. Druet P, Pelletier L, Rossert J, Druet E, Hirsch F, Sapin C. Autoimmune reactions induced by metals. In: Kammüller ME, Bloksma N, Seinen W, eds. Autoimmunity and toxicology: immune dysregulation induced by drugs and chemicals. Amsterdam: Elsevier Science Publishers, 1989: 347.

25. Schuurman HJ, Cottens S, Fuchs S, et al. SDZ RAD, a new rapamycin derivative: synergism with cyclosporine. Transplantation 1997; 64: 32.

26. Cottens S, Sedrani R. O-Alkylated rapamycin derivatives and their use, particularly as immunosuppressants. PCT International patent application 1994; WO 94/09010-A1. [Chem Abstr 1994; 122: 9774a].

27. Van Duyne JD, Standaert RF, Schreiber SL, Clardy J. Atomic structure of the rapamycin human immunophilin FKBP-12 complex. J Am Chem Soc 1991; 113: 7433.

28. Van Duyne JD, Standaert RF, Karplus PA, Schreiber SL, Clardy J. Atomic structures of the human immunophilin FKBP-12 com-

29. Cottens S, Fahr T, Quesniaux V, Schuler W, Sedrani R, Zenke G. The role of immunophilin binding in the immunosuppressive properties of CsA, FK506 and rapamycin derivatives. Act Chim Ther 1994; 21: 83.

30. Gulanikar AC, MacDonald AS, Sungurtekin U, Belitsky P. The incidence and impact of early rejection episodes on graft outcome in recipients of first cadaver kidney transplants. Transplantation 1992; 53: 323.

31. Basadonna GP, Matas AJ, Gillingham KJ, et al. Relationship between early vs late acute rejection and onset of chronic rejection in kidney transplantation. Transplant Proc 1993; 25: 910.

32. Matas AJ, Gillingham KJ, Payne WD, Najarian JS. The impact of an acute rejection episode on long-term renal allograft survival ($t_{1/2}$). Transplantation 1994; 57: 876.

33. Pirsch JD, Ploeg RJ, Gange S, et al. Determinants of graft survival after renal transplantation. Transplantation 1996; 61: 1581.

Received 16 August 1996.
Accepted 4 April 1997.

0041-1337/97/6401-42$03.00/0
TRANSPLANTATION
Copyright © 1997 by Williams & Wilkins

Vol. 64, 42–48, No. 1, July 15, 1997
Printed in U.S.A.

# MECHANISM OF CONCORDANT CORNEAL XENOGRAFT REJECTION IN MICE

SYNERGISTIC EFFECTS OF ANTI-LEUKOCYTE FUNCTION-ASSOCIATED ANTIGEN-1 MONOCLONAL ANTIBODY AND FK506[1,3]

SATORU YAMAGAMI,[3,4,5] MITSUAKI ISOBE,[6] HIROKO YAMAGAMI,[7] JUNKO HORI,[4] AND TADAHIKO TSURU[4]

Department of Ophthalmology, Jichi Medical School, Kawachi-gun, Tochigi; Department of Ophthalmology, University of Tokyo School of Medicine, Bunkyo-ku, Tokyo; First Department of Internal Medicine, Shinshu University School of Medicine, Matsumoto, Nagano; and Department of Ophthalmology, Tokyo Women's Medical College, Shinjuku-ku, Tokyo, Japan

**Background.** The mechanisms of corneal xenogeneic immunoreaction, as well as the potential role of immunosuppressive therapy in the suppression of corneal xenograft rejection, have not been thoroughly explored.

[1] This work was supported by grants B06454495 and A08771519 from the Scientific Research Department of the Ministry of Education, Science, and Culture of Japan and by a grant from the Japan National Society for the Prevention of Blindness.

[2] Presented in part at the annual meeting of the Association for Research in Vision and Ophthalmology, Fort Lauderdale, FL, April 24, 1996.

[3] Department of Ophthalmology, Jichi Medical School.

[4] Department of Ophthalmology, University of Tokyo School of Medicine.

[5] Address correspondence to: Satoru Yamagami, MD, Department of Ophthalmology, Jichi Medical School, 3311–1 Yakushiji, Minamikawachi, Kawachi-gun, Tochigi 329–04, Japan.

[6] First Department of Internal Medicine, Shinshu University School of Medicine.

[7] Department of Ophthalmology, Tokyo Women's Medical College.

**Methods.** BALB/c mice who received orthotopic corneal transplants (Lewis rats donors) were administered intraperitoneally anti-leukocyte function associated antigen-1 (LFA-1) monoclonal antibody (mAb) or FK506 (3 mg/kg/day) or both of these immunosuppressants during a 12-day postoperative period. Histological (hematoxylin-eosin stain) and immunohistochemical evaluations of enucleated eyes were performed. Humoral immune response and delayed-type hypersensitivity (ear-swelling assay) were evaluated.

**Results.** The mean (±SD) graft survival time in the untreated control, FK506-treated, anti-LFA-1 mAb-treated, and combined-treatment groups was 5.8±0.8, 9.4±4.0, 8.7±5.0, and 67.7±16.4 days, respectively. In the untreated control group, mouse IgG, IgM, and C3 were expressed on the rat corneal grafts during the early postoperative phase. Flow cytometry studies revealed high titers of xenoreactive IgG and IgM antibodies. T helper 1 cytokines were expressed on xenografted corneal beds, and delayed-type hypersen-

BSC-SJA-0905

# EXHIBIT 31

# REDACTED

# EXHIBIT 32

# REDACTED

# EXHIBIT 33

# REDACTED

# EXHIBIT 34



ELSEVIER

# Predominant Inhibition of Interleukin-6 Synthesis in Patient-Specific Endothelial Cells by mTOR Inhibitors Below a Concentration Range Where Cell Proliferation Is Affected and Mitotic Arrest Takes Place

K. Lehle, D.E. Birnbaum, and J.G. Preuner

## ABSTRACT

Organ rejection and inflammation are accompanied by endothelial cell activation. An in vitro model with patient-specific endothelial cells was used to study the impact of mTOR inhibitors on cell growth and release of proinflammatory cytokines.

Material and Methods.   Confluent monolayers of human saphenous vein endothelial cells were pretreated with everolimus or sirolimus followed by induction with tumour necrosis factor-α (TNF-α).

Results.   Incubation with sirolimus or everolimus resulted in a dose-dependent deceleration of cell growth. Compared to control, cell count at high concentrations ceased to increase and remained at 60%. This mitotic arrest was accompanied by a dose-dependent inhibition of the TNF-α-induced in situ synthesis and release of interleukin-6 per cell by 50%.

Conclusions.   Under conditions mimicking cytokine-induced cell activation a predominant inhibitory effect of everolimus compared to sirolimus on endothelial cell proliferation was observed paralleled by an inhibition of proinflammatory cytokines. This might attenuate the acute proinflammatory status after transplantation.

IN THE SETTING of transplantation, the endothelium is the first lining to be in contact with immunosuppressive agents and is subjected to the early response to injury. Calcineurin inhibitors such as cyclosporine A (CsA) affected endothelial cell (EC) metabolism leading to a prothrombotic and proinflammatory state.[1] mTOR inhibitors have been developed to reduce CsA side effects. Everolimus and sirolimus are potent immunosuppressors that inhibit growth factor–stimulated proliferation of hematopoietic and nonhematopoietic cells, including vascular smooth muscle cells, lung fibroblasts, and EC.[2,3] Furthermore, everolimus has been shown to reduce transplant arteriosclerosis in animal models.[4] The impact of everolimus on the production of interleukin-6 (IL-6) as a participant of inflammatory and immune responses of EC was not available. The present study examined the influence of everolimus and sirolimus on growth and tumor necrosis factor (TNF)-α-induced release of IL-6 of human EC.

## MATERIALS AND METHODS

Human saphenous vein endothelial cells (HSVEC) were isolated as described previously.[5] Veins were prepared from 15 patients undergoing coronary artery bypass surgery, according to a protocol

approved by the local human ethical committee. Subconfluent EC in passage 2 were detached with collagenase (0.05%; Roche, Basel, CH), resuspended in EC growth medium (ECM-MV, Promocell, Heidelberg, Germany) plus 30% pooled human serum, and seeded on gelatin-coated 96-well plates (Costar Inc., Pleasanton, Calif, USA) at a density of 4000 cells/cm² for 3 days. To mimic the transplant situation, confluent monolayers were pretreated with sirolimus (Whye-Ayerst, Madison, NJ, USA) or everolimus (Novartis Pharma, Nürnberg, Germany) for 28 hours, followed by stimulation with 10 ng/mL TNF-α (Calbiochem, Bad Soden, Germany) for additional 20 hours.

After 48 hours incubation with mTOR inhibitors, cell growth was analyzed by proteolytic cleavage, and automated cell counting (CASY, Schärfe-System, Reutlingen, Germany). Drug toxicity and impact of metabolic activity of mitochondrial enzymes were determined by MTS test (Promega, Madison, Wisc, USA) according to manufacturers instructions. The release of IL-6 and IL-8 was verified by determination of spontaneous and TNF-α-induced

From the Clinic of Cardiothoracic Surgery, University of Regensburg, Regensburg, Germany.

Address reprint requests to Dr Karla Lehle, Clinic of Cardiothoracic Surgery, University of Regensburg, Franz-Josef-Strauss-Allee 11, D-93053 Regensburg, Germany. E-mail: karla.lehle@klinik.uni-regensburg.de

© 2005 by Elsevier Inc. All rights reserved.
360 Park Avenue South, New York, NY 10010-1710

0041-1345/05/$–see front matter
doi:10.1016/j.transproceed.2004.12.140

BSC-SJA-0972



Fig 1. Effect of mTOR inhibitors on cell growth of endothelial cells. HSVEC (n = 11) were incubated for 48 hours with sirolimus and everolimus, resulting in a dose-dependent arrest of cell counts. ***P = .001 (sirolimus), #P = .05, ###P = .001 (everolimus).

release using commercial ELISA kits (Beckman-Coulter, Krefeld, Germany).

Results are expressed as mean ± standard deviation. All experiments were carried out in quadruplicate and referred to the single control. Wilcoxon signed rank test was used to measure differences between treated and control cells.

## RESULTS

Incubation with high concentrations of sirolimus or everolimus (1e⁻⁶ mol/L) decelerated the growth of EC within 24 hours by a factor of 1.3 (P = .001). The mitotic arrest was maintained up to 48 hours (Fig 1). Compared with untreated cells, the absolute cell count decreased dose dependently (P = .001). Even at low concentrations the impact on cell growth could be shown. Already, at 1e⁻¹⁰ mol/L sirolimus was much more sensitive than everolimus (P = .01). Independent of concentration, cell viability was greater than 80% and was not different between cells incubated with sirolimus or everolimus. Despite a high interindividual variability, the drug effect was independent on the individual EC.

The mitochondrial activity of the remaining cells was independent of the type and concentration of the investigated drug. Even at concentrations higher than 1e⁻⁹ mol/L, the MTS reaction was 85 ± 12% and 82 ± 10% for sirolimus and everolimus, respectively. Proinflammatory reactivity of ECs was characterized by production of IL-8 and IL-6 under basal and TNF-α-induced conditions. Untreated HSVEC produced 6.7 ± 2.1 fg*mL⁻¹*h⁻¹ IL-8 per cell. The incubation with high concentrations of sirolimus and everolimus (± 1e⁻⁶ mol/L) resulted in a significant decrease of IL-8 per cell of about 16 ± 2.6% and 14 ± 2.4%, respectively (P = .05). Induction with TNF-α resulted in a significant increase of IL-8 per cell by a factor of 5.0 ± 1.7 (untreated cells). Pretreatment with sirolimus and everolimus (1e⁻⁶ mol) for 28 hours followed by TNF-α





Fig 2. Effect of mTOR inhibitors on the release of IL-6. HSVEC (n = 11) were preincubated with sirolimus or everolimus for 28 hours followed by induction with TNF-α. (A) IL-8 in the supernatant above the monolayer and (B) output of IL-6 per individual cell. *P = .05, **P = .01, ***P = .001 (sirolimus versus control); ##P = .01, ###P = .001 (everolimus versus control).

stimulation resulted in an increase of IL-8 by a factor of 5.9 ± 1.6 and 5.7 ± 1.7, respectively. TNF-α-induced reaction was not influenced by mTOR inhibitors.

Untreated HSVECs produced 0.13 ± 0.07 fg*mL⁻¹*h⁻¹ IL-6 per cell. Under basal conditions more than 50% of the applied cultures produced <0.07 fg*mL⁻¹*h⁻¹ IL-6 per cell during the incubation period, which represents the lower detection limit of the ELISA. Including the sensitivity of the assay, the basal release of IL-6 was not influenced by mTOR inhibitors. Induction of untreated cells with TNF-α resulted in a significant increase of IL-6 per cell (31.4 ± 13.7 fg/mL within 20 hours; P = .001). Preincubation with mTOR inhibitors resulted in a significant inhibition of TNF-α-induced release of IL-6 (32 ± 6% for sirolimus and 31 ± 6% for everolimus, respectively, P = .001) (Fig 2A). Considering the effect of mTOR inhibitors on cell growth (see Fig 1), the remaining cells in the monolayer could no longer maintain their production rate of IL-6. The output of the individual cell declined dose dependently. At high concentrations the release of IL-8 per cell was inhibited by

BSC-SJA-0973



a factor of 2 (P < .001; Fig 2B). Sirolimus at a concentration of $10^{-9}$ mol/L resulted in a significant inhibition of IL-5 per cell, whereas everolimus at this particular concentration was only minimally affective (Fig 2B).

## DISCUSSION

In our study we tried to assess the in vitro antiproliferative effect of sirolimus and everolimus on EC. Patient-specific EC cultures represent a human in vitro model for proliferation and function analysis, mimicking inflammatory and/or rejection processes after transplantation. Inhibition of cell growth of at least 50% was achieved by concentrations lower than the clinically achieved levels with only minimal toxicity. This antiproliferative effect was also described for human smooth muscle cells and fibroblasts.[2,6] In vivo studies showed (1) a beneficial effect of mTOR inhibitor-coated stents to prevent in-stent neointimal growth and restenosis after coronary angioplasty,[7] and (2) reduced vasculopathy after the early application after transplantation.[8]

Apart from the inhibition of endothelial cell growth, mTOR inhibitors influenced the proinflammatory response of the individual cell. In our study, sirolimus and everolimus had no specific effect on the basal and TNF-α-induced release of IL-8. This was in agreement with Karlsson and Nassberger.[9] However, Charreau et al[10] reported a suppression of E-selectin and IL-8 at the gene level. Contrary findings resulted from variable experimental protocols and different types of EC. The release of another inflammatory cytokine IL-6 was significantly reduced after incubation with mTOR inhibitors. Preincubation with sirolimus depicted a higher affinity compared to everolimus. Inhibition of IL-6 synthesis will be beneficial for reduced inflammatory reactions after coronary angioplasty and usage of drug-eluting stents. In addition, diminished circulating and intra-cardiac levels of IL-6 after heart transplantation mediated by mTOR inhibitors may attenuate the progression of myocardial damage and dysfunction in chronic heart failure syndrome.[11] The concentration range where everolimus and sirolimus were effective at the endothelial monolayer regarding inhibition of IL-6 synthesis and induction of mitotic arrest was within the lower part of concentration

dependency reported for inhibition of fibroblast and smooth muscle cell proliferation.[3,12] The antiproliferative effect of mTOR inhibitors on human cells and the reduction of IL-5 levels may explain the finding that everolimus given within 72 hours after heart transplantation significantly reduced the frequency and severity of vasculopathy.[8]

## REFERENCES

1. Haubitz M, Brunkhorst R: Influence of a novel rapamycin analogon SDZ RAD on endothelial tissue factor and adhesion molecule expression. Transplant Proc 34:1124, 2002

2. Kovarik JM: Everolimus: a proliferation signal inhibitor targeting primary causes of allograft dysfunction. Drugs Today 40:101, 2004

3. Azzola A, Havryk A, Chhajed P, et al: Everolimus and mycophenolate mofetil are potent inhibitors of fibroblast proliferation after lung transplantation. Transplantation 77:275, 2004

4. Cole OJ, Shehata M, Rigg KM: Effect of SDZ RAD on transplant arteriosclerosis in the rat aortic model. Transplant Proc 30:2200, 1998

5. Lahle K, Buttstaedt J, Birnbaum DE: Expression of adhesion molecules and cytokines by endothelial cells seeded on various polymer surfaces coated with titaniumcarboxynitride. J Biomed Mater Res 65A:393, 2003

6. Mohacsi PJ, Tuller D, Hulliger B, et al: Different inhibitory effects of immunosuppressive drugs on human and rat aortic smooth muscle and endothelial cell proliferation stimulated by platelet-derived growth factor or endothelial cell growth factor. J Heart Lung Transplant 16:484, 1997

7. Farb A, John M, Acampado E, et al: Oral everolimus inhibits in-stent neointimal growth. Circulation 106:2379, 2002

8. Eisen HJ, Tuzcu EM, Dorent R, et al: Everolimus for the prevention of allograft rejection and vasculopathy in cardiac-transplant recipients. N Engl J Med 349:829, 2003

9. Karlsson H, Nassberger L: FK506 suppresses the mitogen-induced increase in lymphocyte adhesiveness to endothelial cells but does not affect endothelial cell activation in response to inflammatory stimuli. Transplantation 63:1217, 1997

10. Charreau B, Coupel S, Goret F, et al: Association of glucocorticoids and cyclosporin A or rapamycin prevents E-selectin and IL-8 expression during LPS- and TNF-α-mediated endothelial cell activation. Transplantation 69:945, 2000

11. Kanda T, Takahashi T: Interleukin-6 and cardiovascular disease. Jpn Heart J 45:183, 2004

12. Zohlnhöfer D, Nuhrenberg TG, Neumann FJ, et al: Rapamycin affects transcriptional programs in smooth muscle cells controlling proliferative and inflammatory properties. Mol Pharmacol 65:880, 2004

BSC-SJA-0974

# EXHIBIT 35

0090-9556/99/2705-0627–632$02.00/0
Drug Metabolism and Disposition
Copyright © 1999 by The American Society for Pharmacology and Experimental Therapeutics

Vol. 27, No. 5
Printed in U.S.A.

# ABSORPTION AND INTESTINAL METABOLISM OF SDZ-RAD AND RAPAMYCIN IN RATS

ANDREW CROWE, ARMIN BRUELISAUER, LOUISE DUERR, PIERRETTE GUNTZ, AND MICHEL LEMAIRE

Compound Formulation and Selection Support/Drug Metabolism and Pharmacokinetics, Novartis Pharma Inc., Basel, Switzerland

(Received August 17, 1998; accepted December 18, 1998)

This paper is available online at http://www.dmd.org

## ABSTRACT:

The new immunosuppressive agent, SDZ-RAD, and its analog rapamycin were examined for intestinal absorption, metabolism, and bioavailability in Wistar rats. Intestinal first-pass metabolism studies from rat jejunum showed that at 0.6 mg of SDZ-RAD/kg rat, 50% of the parent compound was metabolized in the intestinal mucosa, and this decreased to around 30% when SDZ-RAD was increased to 6.0 mg/kg rat. Results for rapamycin at the low dose were similar to those for SDZ-RAD, but at the higher dose only 1 to 14% of the total rapamycin absorbed was metabolized by the intestine. After i.v. administration of 1 mg/kg SDZ-RAD or rapamycin, the area under the concentration curve (AUC) for rapamycin was twice that of SDZ-RAD, resulting in a systemic clearance of 6.2 ml/min and 3.0 ml/min for SDZ-RAD and rapamycin, respectively. However, the AUC for oral absorption was similar for the two compounds: 140 and 172 ng*h/ml for SDZ-RAD and rapamycin, respectively. Because blood clearance was faster for SDZ-RAD after i.v. administration, the absolute oral bioavailability for SDZ-RAD was 16% compared with 10% for rapamycin. Overall, the data suggest that intestinal first pass is a major site of metabolism for SDZ-RAD and rapamycin and that intestinal absorption of SDZ-RAD was much faster than that of rapamycin. This allowed it to counteract the combined actions of faster systemic clearance and increased intestinal metabolism, resulting in comparable absolute exposure when given orally. Also, the coadministration of cyclosporin A with SDZ-RAD was shown to dramatically increase blood AUCs for SDZ-RAD, probably through saturating intestinal metabolism mechanisms.

Cyclosporin A (CsA)[1] is currently the main immunosuppressant used in solid organ transplantation. This compound binds to a cytoplasmic cyclophilin, and the resulting complex inhibits calcineurin and, hence, interleukin 2, which blocks transcriptional activation of T cells (Graham, 1994). This immunosuppressant initially was used in the early 1980s. Recent research has been conducted into both improving the formulation of CsA delivery and developing other compounds to improve immunosuppression either as replacements for, or to work in synergy with, CsA (Kahan et al., 1991; Lake and Canafax, 1995; Lampen et al., 1995).

Allograft rejection in organ transplantation is an area that should be reduced greatly with the advent of the new, orally active immunosuppressant, SDZ-RAD. This compound is a derivative of rapamycin, which inhibits the proliferation of T cells by a different mechanism than that of CsA, preventing their entry into the S phase of cell division (Gorai and Helderman, 1997). However, animal and human studies have shown that the absorption and bioavailability of rapamycin have considerable variability (Granger et al., 1995; Ferron et al., 1997).

One of the significant contributions to intestinal uptake variability is active efflux back to the lumen by P-glycoprotein (P-gp) and other active efflux proteins present in the apical layer of enterocytes at the

villus tip of intestinal microvilli. P-gp originally was identified as an efflux pump responsible for multidrug resistance in tumor cells, but since has been found to be expressed in many tissues of normal cells including the kidney, blood-brain barrier, and enterocytes of the intestine (Cordon-Cardo et al., 1989; Augustijns et al., 1993; Hunter et al., 1993). Recent reports suggest that rapamycin is a substrate for P-gp, as are many immunosuppressive compounds including CsA and tacrolimus (Augustijns et al., 1993; Hoof et al., 1993; Hebert, 1997). Current results from our own group suggest that SDZ-RAD also is a substrate for P-gp (Crowe and Lemaire, 1998). With the confirmed presence of P-gp in the intestine and its links with metabolizing enzymes of the CYP3A class (Gan et al., 1996), emphasis is being focused on the relevance of intestinal metabolism when determining the effect of first-pass metabolism on these compounds and, hence, their bioavailability. Other in vitro and in situ studies in our laboratory indicated that SDZ-RAD has better intestinal absorption than its parent compound, rapamycin (Crowe and Lemaire, 1998). This study aims to expand on our early in vitro and in situ observations by examining the difference in absorption and disposition between SDZ-RAD and rapamycin in a rat model focusing on metabolism at the intestine. Potential synergistic action between SDZ-RAD and CsA also was explored to determine whether these two P-gp substrates could increase each other's intestinal absorption.

## Materials and Methods

**Materials.** [³H]SDZ-RAD (94.67 MBq/μmol) and [¹⁴C]rapamycin (1.571 MBq/μmol) were prepared by Novartis' isotope laboratory and shown to be higher than 99% pure by HPLC analysis. Placebo microemulsion (as described in Schuler et al., 1997), counterparts for infusion (polyethoxylated castor oil and ethanol (65:35, w/v)), nonlabeled SDZ-RAD, nonlabeled rapamycin, and CsA also were prepared from within Novartis.

[1] Abbreviations used are: CsA, cyclosporin A; P-gp, P-glycoprotein; AUC, area under the concentration curve; LC-RID, liquid chromatography-reverse isotope dilution; AUMC, area under the mean concentration curve.

Send reprint requests to: Dr. Michel Lemaire, Drug Metabolism and Pharmacokinetics, Novartis Pharma Inc., CH 4002 Basel, Switzerland. E-mail: andrew.crowe@pharma.novartis.com

627

CROWE ET AL.

**Animal Studies.** The experiments were performed with male Wistar rats weighing approximately 300 g (BRL, Fuellinsdorf, Switzerland). They were anesthetized with Metofane (methoxyflurane; Mallinckrodt Veterinary Inc., Mundelein, IL) in a veterinary respirator (model HN64; Holzel). The right femoral artery was cannulated with a segment of polyethylene tubing containing heparinized saline (100 U/ml) for the collection of blood. Rats that were infused i.v. also had the right femoral vein cannulated. The tubes were passed s.c. to emerge at the base of the neck. Animals were isolated in metabolic cages and allowed to move freely. Full recovery from anesthesia usually occurred within 2 h, and the presence of the catheter(s) caused no obvious discomfort to the animals. Administration of the drugs was carried out the following day, after surgery. Animals had access to food before and after surgery, but this was removed 14 h before administration of the compounds. All animals had free access to drinking water.

**Dosage and Administration.** *Intravenous infusion.* [³H]SDZ-RAD was mixed with nonlabeled SDZ-RAD to obtain the appropriate specific radioactivity, whereas [¹⁴C]rapamycin was used without nonlabeled additions. Both compounds were dissolved in microemulsion and diluted in saline (1:2.6, v/v). The formulations were administered as a 2-h infusion (0.3 ml/h) in the cannulated femoral vein. The dose for both compounds was 1 mg/kg. Blood was collected from the cannulated femoral artery 1 h before the end of infusion, at the end of infusion (time 0), and at 0.5, 1.0, 2.0, 4.0, 8.0, 24, 32, 48, 72, and 168 h after drug infusion had ceased.

*Oral administration.* [³H]SDZ-RAD and [¹⁴C]rapamycin were dissolved in microemulsion and diluted to a final volume with saline. The dose ingested was 1.5 mg/kg using 5.0 ml/kg of the saline/microemulsion mixture administered by gastric intubation according to the individual body weight on the day of application. Blood was collected from the cannulated femoral artery 0.5, 1.0, 2.0, 4.0, 8.0, 12, 24, 32, and 48 h after gastric intubation of radiolabeled compounds. At various time points for both oral and i.v. administered rats, a volume of blood equivalent to that taken was replaced through the cannulated femoral artery using fresh blood from donor rats.

CsA, as Neoral containing 100 mg/ml CsA, was administered to rats either alone at 2.5 mg/kg by gastric intubation or in combination with 0.6 mg/kg [³H]SDZ-RAD for the oral coadministration study. [³H]SDZ-RAD also was used alone at 0.6 mg/kg in this study.

**Mesenteric Vein Method.** Adult Wistar rats (300 g) were fasted overnight before initiating the dosing study. Rats were anaesthetized for the duration of the study with i.p. injections of urethane (1.1 g/kg). The middle 10 cm of the jejunal segment was ligated in a location that allowed all blood from mesenteric branching along the ligated segment to be collected from one point just before entering the superior mesenteric vein. One milliliter of placebo microemulsion/saline mix (1:13.5), containing either 0.15 mg or 1.5 mg of a [³H]SDZ-RAD solution (189–329 μCi/ml), or a [¹⁴C]rapamycin solution (7.0–13.9 μCi/ml), was injected into the segment. The total mesenteric blood for the region was collected immediately using a 27-gauge needle and 1-ml syringe. Collection continued for as long as possible, usually 3 to 5 min, allowing no blood to enter the circulation from the ligated segment. Unlike other studies examining mesenteric vein blood that have used lengths of time of more than 30 min (Kim et al., 1993), we did not want to perfuse the animals with donor blood, limiting our study to the initial absorption phase (approximately 5 min). Blood of individual animals was examined for total radioactivity by liquid scintillation counting and for parent drug by liquid chromatography-reverse isotope dilution (LC-RID).

**Parent Drug Determinations (LC-RID).** Blood aliquots (200 μl) were spiked with 200 μl of cold compound (50 μg/ml of either SDZ-RAD or rapamycin in acetonitrile). Water (1 ml) and 100 μl of 5X concentrated Merck Titrisol, pH 9.0, buffer also were added. Two hundred fifty microliters of SDZ-RAD and rapamycin was extracted in diethylether, evaporated, and reconstituted in mobile phase consisting of acetonitrile/tertiary butyl methyl-ether and 0.1% tetramethylammonium hydrogen sulfate (570:60:500, w/w/w). Seventy-five microliters of n-hexane was then added. Samples were vortexed vigorously, and, after centrifugation, the hexane layer was removed. SDZ-RAD and rapamycin in the remaining phase were separated from their metabolites by HPLC. Chromatography was performed on a HPLC system (Kontron Instruments, Zurich, Switzerland). Separation was conducted on a Brownlee Spheri-10 RP2 column (4.6 × 220 mm) at 70°C. The mobile phase was as described above, and the flow rate was 1.2 ml/min. The effluent was monitored

at 278 nm, and the peak corresponding to either unchanged [³H]SDZ-RAD or [¹⁴C]rapamycin was collected in a polyethylene vial by fraction collection (SuperFrac; Pharmacia LKB, Uppsala, Sweden) and subjected to radioactivity determinations. The concentration of parent compound in each sample was calculated from the ratio of the amount of radioactivity in the collected fraction to the area of the UV absorbance of the nonradiolabeled SDZ-RAD or rapamycin as used as internal standards (Everett et al., 1989).

**CsA Determinations (enzyme-linked immunosorbent assay).** CsA was determined using the whole-blood cyclosporin displacement immunoassay procedure. Microtest plates were coated with goat anti-mouse (Fc) in coating buffer. Twenty-five microliters of whole blood was mixed with 75 μl of CsA displacement/lysis buffer. Biotinylated CsA and a CsA-specific monoclonal antibody were then added to the mixed blood, and the resulting samples were pipetted into the precoated wells and scaled at 4°C for 150 min. After streptavidin-peroxidase and peroxidase substrate additions, the microtiter plates were examined at 490 nm in a spectrophotometric plate reader.

**Data Analysis.** Blood levels of unchanged SDZ-RAD and rapamycin were evaluated by nonlinear regression analysis using the noncompartmental model of constant infusion for i.v. doses and extravascular input for oral doses using the WinNonlin Pro package for Windows NT 4.0 (Scientific Consulting Inc., Cary, NC), using a 166-MHz Pentium computer. AUC and area under the mean concentration curve (AUMC) of the blood-drug concentration time curves were obtained by the linear trapezoidal rule and extrapolated to infinite time by the additions of $C(t_m)/\lambda_z$ (AUC) and $C(t_m)/\lambda_z^2 + C(t_m)*t_m/\lambda_z$ (AUMC), where $C(t_m)$ is the last concentration above the limit of quantification at time $t_m$ and $\lambda_z$ is the slope of the terminal elimination phase. Total clearance (CL) was calculated as dose/AUC$_{i.v.}$. The volume of distribution at steady state was calculated as $V_{ss} = CL*AUMC/AUC$. Results expressed in this study are presented as the mean ± S.E.M. Significant differences between values were examined using Student's two-tailed unpaired or paired $t$ test as appropriate. Results were considered significant if $P < .05$.

## Results

The mean blood concentrations of both SDZ-RAD and rapamycin after i.v. and oral administration can be seen in Fig. 1. Blood concentrations of intact SDZ-RAD from a 2-h infusion of 1 mg/kg SDZ-RAD were shown to be cleared more rapidly than that of an equivalent dose of rapamycin (Fig. 1A). When the AUCs were calculated to infinity (Table 1), it was established that rapamycin had an AUC which was double that of SDZ-RAD (1140 compared with 573 ng*h/ml). However, when applied via the oral route, blood concentrations of intact SDZ-RAD and rapamycin were very similar. A comparison of blood levels obtained after i.v. and oral administration indicated a low absorption of both compounds; however, the absorption that did occur proceeded very rapidly—the highest blood concentrations were observed after only 30 min (Fig. 1B). A clear biphasic response in elimination of orally presented rapamycin was observed in this study, which was much more pronounced than that of SDZ-RAD (Fig. 1B). Up to 12 h of elimination of rapamycin was quite rapid whereas elimination after 12 h was significantly lower. The first phase would correspond to rapid tissue distribution whereas the second was most likely limited by systemic metabolism (Fig. 1A). Blood samples from the oral dose rapamycin experiment was collected only for 48 h; therefore, for consistency, all results in Table 1 were calculated from the extrapolation of 0- to 48-h data. It can be seen that very little difference existed in the primary half-life of rapamycin and SDZ-RAD regardless of the route of administration. However, the terminal half-life of rapamycin was 25 h using the 0- to 48-h data compared with only 15 h for SDZ-RAD (Table 1). Again, no difference in half-life was apparent between oral and i.v. doses. The systemic bioavailability of SDZ-RAD, estimated by the ratio of dose-normalized blood AUCs, amounted to more than 16% whereas the bioavailability of rapamycin was only 10% in comparison.

The comparison between total radioactivity and parent compound





Results are mean ± SEM of 4-5 rats each

FIG. 1. *Mean blood concentration in adult male rats of rapamycin and SDZ-RAD after a 2-h infusion of either 1 mg/kg rapamycin or SDZ-RAD (A; inset shows a magnification of blood concentrations over the first 8 h) and an oral gavage injection of 1.5 mg/kg rapamycin or SDZ-RAD (B).*

Results are the mean ± S.E.M. of four rats.

BSC-SJA-0977

　　　　　　　　　　　　　　　　　CROWE ET AL.

TABLE 1

*Pharmacokinetic parameters for SDZ-RAD and rapamycin in adult rats after single oral administrations (1.5 mg/kg) and 2-h i.v. infusions (1.0 mg/kg)*

| Compound | Route | $AUC_{0-\infty}^a$ | $AUC_{0-\infty}^a$ | CL | $V_{ss}$ | $T_{1/2A}$ | $T_{1/2um}$ | MRT | F |
|---|---|---|---|---|---|---|---|---|---|
| | | $ng \cdot eq \cdot h/ml^c$ | $ng \cdot h/ml^b$ | ml/min | l/kg | h | h | h | % |
| Rapamycin | Oral | 428 ± 12 | 172 ± 10 | | | 2.4 ± 0.5 | 24.3 ± 4.6 | 23.8 ± 5.3 | 10.0 |
| SDZ-RAD | Oral | 606 ± 36 | 141 ± 43 | | | 2.7 ± 0.5 | 15.5 ± 1.5 | 16.4 ± 1.3 | 16.4 |
| Rapamycin | I.v. | 1760 ± 30 | 1140 ± 90 | 3.0 ± 0.2 | 27 ± 3 | 1.9 ± 0.1 | 25.2 ± 2.6 | 34.5 ± 4.2 | |
| SDZ-RAD | i.v. | 1350 ± 90 | 573 ± 32 | 6.2 ± 0.3 | 52 ± 4 | 3.4 ± 1.1 | 14.2 ± 0.4 | 15.9 ± 0.5 | |

$T_{1/2A}$ is half-life of main elimination phase, and $T_{1/2um}$ is half-life of the terminal phase based on the 0- to 48-h data only. Results are expressed as means ± S.E.M. of four to five rats.
[a] $AUC_{0-\infty}$ is extrapolated to infinity from 0- to 48-h data.
[b] ng—eq·h/ml refers to the total radioactivity measured in blood.
[c] ng·h/ml refers to the parent compound.

retained in the AUCs for blood concentration indicated that when the compounds were given as a 2-h i.v. infusion almost 65% and 42.5% of the AUCs for rapamycin and SDZ-RAD, respectively, were retained as parent compound, yet when the compounds were given orally, the relative amount of parent compound decreased such that only 40% of rapamycin and 23% of SDZ-RAD were present as parent compound. These results suggested that intestinal metabolism could be important in the first-pass effect for these compounds. Therefore, we examined the metabolism of SDZ-RAD and rapamycin immediately after passage through the mesenteric vein.

The average volume of mesenteric vein blood collected was around 0.8 to 1.2 ml per rat. Collection of total blood from the mesenteric vein immediately after administration into a ligated intestinal segment ensured that none of the compound could enter the main circulation, thereby removing the possibility of metabolized compound recirculating through the mesenteric arteries. Hence, any metabolism observed in the samples had come from the intestine only. In the animals given 0.5 mg/kg of either [³H]SDZ-RAD or [¹⁴C]rapamycin, 0.05 ± 0.01% of the total amount of radioactivity available for absorption (drug and metabolites) was collected. In comparison, the proportion collected from the animals given 5 mg/kg of either compound was 0.06 ± 0.01%. Only a qualitative assessment regarding the initial jejunal absorption phase could be made from the mesenteric vein study, but the similar percentages of total collected material did suggest that there was no difference in very early absorption rates between SDZ-RAD and rapamycin and that effectively the same proportion of compound was being absorbed across the jejunal membrane into the mesenteric system regardless of the concentration applied.

The results of parent drug uptake for animals given 0.5 mg/kg [³H]SDZ-RAD (Table 2) showed that in the initial uptake phase, 60% of the transcytosed compound was metabolized; this dropped to 47% as absorption continued during the first 5 min. In contrast, the metabolism of SDZ-RAD by the gastrointestinal tract in animals given 10 times this amount (5 mg/kg) was lower; only 43% of initially absorbed SDZ-RAD was metabolized and this dropped to 29% as absorption continued. Hence, a greater percentage of parent compound was able to cross the intestinal barrier into the mesenteric blood with a combination of increasing concentration and increasing time in the luminal environment. Upward of 900 ng of unchanged SDZ-RAD/ml blood was being absorbed during the first 5 min of ligated jejunal administration (Table 2), when rats were given the higher 5-mg/kg dose. Qualitatively, this confers a reasonably good absorption profile.

The results for parent drug uptake of rapamycin were very similar to results for that of SDZ-RAD, in that the amount retained as parent compound at the low dose was significantly lower than that at the higher dose (Table 2). Also, when directly comparing the amount of intact rapamycin and SDZ-RAD together at the low 0.5-mg/kg dose, there was no significant difference between the two compounds.

However, at the higher dose, rapamycin metabolism through the intestine was reduced greatly. During the initial 2.5 min, more than 25% of the rapamycin transported across the intestine was metabolized by the intestine, but during the next few minutes, 99% of the absorbed compound was in its original form.

It has been recognized recently that the extent of intestinal metabolism by the CYP3A subtype could be related to the affinity of P-gp toward a particular compound (Gan et al., 1996; Schuetz et al., 1996). Previous results from our laboratory have shown that in the in vitro intestinal Caco-2 cell model, SDZ-RAD and rapamycin were shown to be acted upon by active efflux pumps that were most likely related to P-gp (A.C. and M.L., unpublished observations). We continued this study by examining the blood levels of SDZ-RAD and CsA when both compounds were given simultaneously as an oral gavage to rats (Fig. 2 and Table 3). The AUC for blood concentrations of CsA was increased by 22% when orally coadministered with SDZ-RAD. SDZ-RAD contributed only 20% of the total drug dose in this study, which appeared to suggest a direct concentration-based response.

SDZ-RAD blood-concentration AUC was increased 5-fold when coadministered with CsA (Fig. 2; Table 3), which also was related directly to the increase in the amount of CsA over SDZ-RAD added for oral absorption. When compared, as a percentage, with the total radioactivity that was found in the blood, it was also noticed that unchanged SDZ-RAD increased from 30 to 40% of the total pool of drug and metabolites found in the blood after coadministration with CsA.

## Discussion

SDZ-RAD is a structural analog of rapamycin, sharing the same mechanisms of action (Schuler et al., 1997). It was of interest to determine the oral absorption profile of the new immunosuppressant SDZ-RAD and compare it with rapamycin because a previous report by Schuler et al. (1997) reported that even though the in vitro activity of SDZ-RAD was less than half that of rapamycin, in their rat model, oral activity was equivalent for the two compounds.

The results of this study showed that when both compounds were given i.v., rapamycin had a much longer residence time in the blood compared with SDZ-RAD. However, it was shown clearly that when both compounds were administered orally, the blood AUCs for SDZ-RAD and rapamycin were similar, consistent with the oral equipotency of these two immunosuppressants described recently (Schuler et al., 1997). Hence, the bioavailability of SDZ-RAD was 60% higher than that of rapamycin, most likely because of more rapid absorption of SDZ-RAD across the intestinal wall. This study used normal, healthy rats, but a recent study has examined the pharmacokinetics of rapamycin in human kidney transplant patients and concluded that the oral absorption was 20% (Ferron et al., 1997), about double our estimate in rats from this study. However, the variability seen in their study suggests that interpatient differences in rapamycin bioavailability could range from 3 to 35%, just as CsA is reported to have a

BSC-SJA-0978

TABLE 2

*[³H]SDZ-RAD and [¹⁴C]rapamycin recovery from adult rat mesenteric vein after in situ jejunal administration at either 0.5 or 5.0 mg/kg*

| Compound | Dose | Collection | Total Activity | Parent Drug | Fraction of Parent Drug |
|---|---|---|---|---|---|
| | mg/kg | min | ng–ng/ml | ng/ml | % |
| SDZ-RAD | 0.5 | 0–2.5 | 30 ± 9 | 15 ± 7 | 40 ± 6 |
| | | 2.5–5 | 95 ± 22 | 47 ± 9 | 53 ± 9 |
| | 5 | 0–2.5 | 520 ± 129 | 313 ± 88 | 57 ± 4 |
| | | 2.5–5 | 1300 ± 70 | 913 ± 71 | 71 ± 8 |
| Rapamycin | 0.5 | 0–2.5 | 48 ± 16 | 22 ± 8 | 43 ± 3 |
| | | 2.5–5 | 135 ± 43 | 88 ± 28 | 64 ± 2 |
| | 5.0 | 0–2.5 | 402 ± 123 | 319 ± 102 | 76 ± 3 |
| | | 2.5–5 | 1420 ± 450 | 1450 ± 520 | 99 ± 7 |

Results are the mean ± S.E.M. of four to six samples.





FIG. 2. *Blood concentrations of CsA (A) and SDZ-RAD (B) after administration alone at 2.5 mg/kg (CsA), 0.6 mg/kg [SDZ-RAD], and coadministration at the same doses.*

Results are the mean ± S.E.M. of four rats.

bioavailability of between 2 and 89% (Ptachinski et al., 1985), which is likely a result of different expression levels of MDR1, the intestinal P-gp efflux pump, in the villus tip of human enterocytes (Kolars et al., 1991; Hebert, 1997; Lown et al., 1997).

The first 12 h of oral absorption showed rapamycin to have a slightly faster rate of blood drug level decrease than SDZ-RAD. The opposite effect was observed after i.v. administration, which could indicate that gastrointestinal first-pass metabolism was the initial limiting factor in circulating blood levels of rapamycin, but that once most of the compound had been absorbed, then systemic clearance became the limiting factor.

Of the current immunosuppressants, P-gp's role in CsA activity and absorption has been examined by many studies (Zacher et al., 1994; Fricker et al., 1996; Tanaka et al., 1996; Terao et al., 1996). It was found that P-gp efflux at the intestinal wall accounts for almost half of the variability in bioavailability of CsA (Lown et al., 1997). After oral application in this study, the percentage of parent compound remaining in the blood was lower for both SDZ-RAD and rapamycin in comparison to i.v. dosing, suggesting that intestinal metabolism was occurring, and this was confirmed from analysis of mesenteric vein blood immediately after absorption. Therefore, we also would conclude from our animal studies that significant proportions of both rapamycin and SDZ-RAD, especially at low oral doses, are affected by intestinal first-pass metabolism and that P-gp efflux may be a factor in this effect along with CYP3A4 and other cytochrome P-450s.

The mesenteric vein study showed that SDZ-RAD was metabolized by the intestine to a greater extent than rapamycin. SDZ-RAD also was eliminated from the blood faster than rapamycin after i.v. administration because of the combined effect of increased clearance and a much higher volume of distribution. However, the AUCs after oral application were similar for both compounds, which suggests that SDZ-RAD has a very high rate of absorption to counteract its metabolism and elimination pathways. This conclusion is supported by other recent results in our laboratory that showed SDZ-RAD to have almost double the intrinsic permeability of rapamycin through our in vitro Caco-2 intestinal transport system (Crowe and Lemaire, 1998). It is interesting that SDZ-RAD differs from rapamycin solely by the addition of a 40-O-(2-hydroxymethyl) group. This alteration appears to be enough to completely alter membrane absorption, metabolic enzyme affinity, and pharmacokinetic profiles, as suggested here and elsewhere (Schuler et al. 1997; Crowe and Lemaire, 1998), yet with these differences, systemic exposure after oral dosing is similar for rapamycin and SDZ-RAD. Because absorption is rapid for SDZ-RAD, it may be possible to inhibit intestinal metabolism by allowing greater amounts of the compound to enter the circulation intact.

It has been shown that the addition of SDZ-RAD in conjunction with the P-gp and CYP3A inhibitor, CsA, can result in an increase in blood levels of CsA, just as CsA can equally increase blood levels of SDZ-RAD. A recent publication examined the blood concentrations of CsA and rapamycin after i.v. coadministration in rats, and rapamycin was able to increase CsA blood concentrations but CsA was not

CROWE ET AL.

TABLE 3

Comparison of absorption parameters of CsA and SDZ-RAD after oral administration of either 2.5 mg/kg CsA or 0.6 mg/kg SDZ-RAD alone and as a coadministration

| Compounds | | $C_{max}$ | | AUC | |
|---|---|---|---|---|---|
| | | CsA | RAD | CsA | RAD |
| | | ng/ml | | $ng \cdot ml^{-1} \cdot h$ | |
| CsA | | $800 \pm 146$ | | $410 \pm 53D$ | |
| | RAD | | $7 \pm 2$ | | $43 \pm 12$ |
| CsA | RAD | $743 \pm 88$ | $34 \pm 4$ | $5020 \pm 420$ | $217 \pm 30$ |

Results are the mean ± S.E.M. of four samples.

able to increase rapamycin levels, even though it was present at 50 times the concentration of rapamycin (Stepkowski et al., 1997). However, a recent peroral study in rats examining rapamycin tissue and blood levels after a 14-day coadministration with CsA did show increased blood rapamycin levels after 14 days when CsA was coadministered at 6.5 times the concentration of rapamycin (Napoli et al., 1998). One of their dosages (2.5:0.4 mg/kg, CsA/rapamycin) was very similar to ours (2.5:0.6 mg/kg, CsA/SDZ-RAD), so it was interesting to see that this dosage of CsA could double mean rapamycin blood levels after 14 days, whereas our results show this concentration of CsA increased the SDZ-RAD AUC by 5-fold and the maximum blood concentration by 4.5-fold. Even though their study was a sustained-exposure protocol for 2 weeks and ours was a short-term, 24-h pharmacokinetic study, it clearly can be seen that coadministration of these immunosuppressants does lead to higher concentrations in the blood after oral application. Perron and coworkers (1997) also examined whether CsA blood concentrations were changed after giving steady-state doses to patients followed by a single dose of rapamycin, but no alterations in CsA blood levels were noted. Other groups have examined the synergistic activity of rapamycin with either tacrolimus (Arceci et al., 1992) or CsA (Kahan et al., 1991) together, showing that combinations of immunosuppressants have an additive effect on intracellular accumulation of target drugs and increase survival of allograft transplanted animals at lower levels than could be effective singularly. Apart from showing that CsA can increase blood concentrations of SDZ-RAD, our combined results with SDZ-RAD and CsA add weight to these previous reports and suggest encouragement for synergistic action in immunosuppression therapy (Schuurman et al., 1997).

In conclusion, it has been shown that SDZ-RAD has a better oral absorption profile than rapamycin in this study, which counteracts its high rate of intestinal metabolism and systemic elimination so that both rapamycin and SDZ-RAD have similar blood levels after oral application. Also, that CsA was able to increase blood levels of SDZ-RAD shows that the additive effect of these two compounds can benefit the pharmacokinetics of both compounds.

### References

Arceci R, Stingliz K and Bierer B (1992) Immunosuppressants FK506 and rapamycin function as reversal agents of the multidrug resistance phenotype. Blood 80:1528–1536.

Augustijns P, Bradshaw T, Gan L, Hendren R and Thakker D (1993) Evidence for a polarized efflux system in Caco-2 cells capable of modulating cyclosporin A transport. Biochem Biophys Res Commun 197:360–365.

Cordon-Cardo C, O'Brien J, Casals D, Rittman-Grauer L, Biedler J, Melamed M and Bertino J (1989) Multidrug-resistance gene (P-glycoprotein) is expressed by endothelial cells at blood-brain barrier sites. Proc Natl Acad Sci USA 86:695–698.

Crowe A and Lemaire M (1998) In vitro and in situ absorption of SDZ-RAD using a human intestinal cell line (Caco-2) and a single pass perfusion model in rats: Comparison with rapamycin. Pharmacol Res 15:1666–1672.

Everett D, Foley J, Singhvi S and Weinstein S (1989) High performance liquid chromatographic method for the radiometric determination of [14C]bucromarone in human plasma utilizing non-radiolabeled bucromarone as an internal standard. J Chromatogr 487:365–373.

Ferron G, Mishina E, Zimmerman J and Jusko W (1997) Population pharmacokinetics of sirolimus in kidney transplant patients. Clin Pharmacol Ther 61:416–428.

Fricker G, Drewe J, Huwyler J, Gutmann H and Beglinger C (1996) Relevance of P-glycoprotein for the enteral absorption of cyclosporin A: In vitro-in vivo correlation. Br J Pharmacol 118:1841–1847.

Gan L, Moseley M, Khosla B, Augustijns P, Bradshaw Y, Hendren R and Thakker D (1996) CYP3A-like cytochrome P450-mediated metabolism and polarized efflux of cyclosporin A in Caco-2 cells: Interaction between the two biochemical barriers to intestinal transport. Drug Metab Dispos 24:344–349.

Gottal S and Heidemann J (1997) The evolution and future of immunosuppression in renal transplantation. Semin Nephrol 17:364–372.

Graham R (1994) Cyclosporine: Mechanisms of action and toxicity. Clev Clin J Med 61:308–313.

Granger D, Cronwell J, Chen S, Goswitz J, Morrow D, Beierle F, Sehgal S, Canafax D and Matas A (1995) Prolongation of renal allograft survival in a large animal model by oral rapamycin monotherapy. Transplantation 59:183–186.

Hebert M (1997) Contributions of hepatic and intestinal metabolism and P-glycoprotein to cyclosporine and tacrolimus oral drug delivery. Adv Drug Del Rev 27:201–214.

Hoof T, Demmer A, Christians U and Tümmler B (1993) Reversal of multidrug resistance in Chinese hamster ovary cells by the immunosuppressive agent rapamycin. Eur J Pharm Mol Biol 246:53–58.

Hunter J, Hirst B and Simmons N (1993) Drug absorption limited by P-glycoprotein-mediated secretory drug transport in human intestinal epithelial Caco-2 cell layers. Pharmaceut Res 10:743–749.

Kahan B, Gibbons S, Tejpal N, Stepkowski S and Chou T (1991) Synergistic interactions of cyclosporine and rapamycin to inhibit immune performances of normal human peripheral blood lymphocytes in vitro. Transplantation 51:232–239.

Kim D, Burton P and Borchardt R (1993) A correlation between the permeability characteristics of a series of peptides using an in vitro cell culture model (Caco-2) and these using an in situ perfused rat ileum model of the intestinal mucosa. Pharmacol Res 10:1710–1714.

Kolars J, Awni W, Merion R and Watkins P (1991) First-pass metabolism of cyclosporin by the gut. Lancet 338:1488–1490.

Lake K and Canafax D (1995) Important interactions of drugs with immunosuppressive agents used in transplant recipients. J Antimicrob Chemother 36:B:11–22.

Lampen A, Christians U, Guengerich F, Watkins P, Kolars J, Bader A, Gonsclior A, Dralle H, Hackbarth I and Sewing K (1995) Metabolism of the immunosuppressant tacrolimus in the small intestine: Cytochrome P450, drug interactions, and interindividual variability. Drug Metab Dispos 23:1315–1324.

Lowe K, Mayo R, Leichtman A, Hsiao H, Turgeon D, Schmiedlin-Ren P, Brown M, Guo W, Rossi S, Benet L and Watkins P (1997) Role of intestinal P-glycoprotein (mdr1) in interpatient variation in the oral bioavailability of cyclosporine. Clin Pharmacol Ther 62:248–260.

Napoli K, Wang M, Stepkowski S and Kahan B (1998) Relative tissue distributions of cyclosporine and sirolimus after concomitant peroral administration to the rat: Evidence for pharmacokinetic interactions. Ther Drug Monit 20:123–133.

Piashinskii R, Borckhart G and Venkataramanan R (1989) Cyclosporine. Drug Intell Clin Pharm 19:90–100.

Schuetz E, Beck W and Schuetz J (1996) Modulators and substrates of P-glycoprotein and cytochrome P4503A coordinately up-regulate these proteins in human colon carcinoma cells. Mol Pharmacol 49:311–318.

Schüler W, Sedrani R, Cottens S, Häberlin B, Schulz M, Schuurman H, Zenke G, Zerwes H and Schreier M (1997) SDZ-RAD, a new rapamycin derivative: Pharmacological properties in vitro and in vivo. Transplantation 64:36–42.

Schuurman H, Cottens S, Fuchs S, Joergensen J, Meerloo T, Sedrani R, Tanner M, Zenke G and Schuler W (1997) SDZ-RAD, a new rapamycin derivative: Synergism with cyclosporine. Transplantation 64:32–35.

Stepkowski S, Tian L, Napoli K, Ghobrial R, Wang M, Chou T and Kahan B (1997) Synergistic mechanisms by which sirolimus and cyclosporin inhibit rat heart and kidney allograft rejection. Clin Exp Immunol 108:63–68.

Tanaka K, Hirai M, Tanigawara Y, Yasuhara M, Hori R, Ueda K and Inui K (1996) Effect of cyclosporin analogues and FK506 on transcellular transport of daunorubicin and vinblastine via P-glycoprotein. Pharmacol Res 13:1073–1077.

Terao T, Hisanaga E, Sai Y, Tamai I and Tsuji A (1996) Active secretion of drugs from the small intestine epithelium in rats by P-glycoprotein functioning as an absorption barrier. J Pharm Pharmacol 48:1083–1089.

Zacher J, Hamilton G, Thalhammer T, Riegler M, Cosentini E, Ellinger A, Bischof G, Schweitzer M, Teleky B, Koperna T and Wenzl E (1994) Inhibition of P-glycoprotein-mediated vinblastine transport across HCT-8 intestinal carcinoma monolayers by verapamil, cyclosporine A and SDZ PSC 833 in dependence on extracellular pH. Cancer Chemother Pharmacol 34:125–132.

BSC-SJA-0980