IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC.,

     *Plaintiffs,*

     v.

JOHNSON & JOHNSON, INC. and
CORDIS CORPORATION,

     *Defendants.*

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC.,

     *Plaintiffs,*

     v.

JOHNSON & JOHNSON, INC.,
CORDIS CORPORATION, and WYETH,

     *Defendants.*

**REDACTED**

C.A. No. 07-333-SLR
C.A. No. 07-348-SLR
C.A. No. 07-409-SLR

C.A. No. 07-765-SLR

## APPENDIX VOLUME II (EXHIBIT 36 to 116 )
## IN SUPPORT OF BSC'S MOTIONS FOR SUMMARY JUDGMENT OF
## NON-INFRINGEMENT AND INVALIDITY PURSUANT TO 35 U.S.C. § 103

*Of Counsel:*

Richard L. DeLucia
Paul M. Richter
Michael K. Levy
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004
(212) 425-7200

YOUNG CONAWAY STARGATT & TAYLOR LLP
Josy W. Ingersoll (#1088) [jingersoll@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Karen E. Keller (#4489) [kkeller@ycst.com]
Andrew A. Lundgren (#4429) [alundgren@ycst.com]
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Plaintiffs, Boston Scientific Corporation
and Boston Scientific Scimed, Inc.*

September 16, 2009

# EXHIBIT 36

BSC-SJA-0981

MAIN Ser
RD120.7
C641
v. 21
no. 4
2007
Jul-Aug

MAIN Ser
0908-0063
Received on: 07-08-14
Clinical transplantation.



◙ The beauty of the gift: the wonder of living organ donation

◙ Lymphoid cell proliferation in renal transplants: biologic and diagnostic implications

◙ Early steroid withdrawal in solitary pancreas transplantation results in equivalent graft and patient survival compared with maintenance steroid therapy

◙ Health preparations and travel-related morbidity of kidney transplant recipients traveling to developing countries

◙ An artificial prosthesis to reconstruct donor defects following facial transplantation

BSC-SJA-0982

# Clinical Transplantation

**Editor-In-Chief:** David E.R. Sutherland
**Founding Editor:** John S. Najarian, Minneapolis, MN, USA

## Aim and Scope

*Clinical Transplantation* is primarily designed as a channel of communication for all those involved in the care of people who require or have had organ or tissue transplants, including: kidney, intestine, liver, pancreas, heart, heart valves, lung, bone marrow, cornea, skin, bone, and cartilage, viable or stored. Interest is focused not only on the complete spectrum of present transplant operations, but also those that are experimental or may become possible in future. Original articles are welcomed on all clinical and surgical aspects including: indications for and techniques of surgery; immunology and immunosuppression; patient preparation, social, ethical and psychological issues; complications, short- and long-term results; artificial organs and the preservation and storage of organ and tissue.

Full length papers and short communications are invited. Occasional clinical reviews are published, as well as seminal papers in basic science which might lead to immediate clinical application. Prominence is regularly given to the results of cooperative surveys conducted by the organ and tissue transplant registries. The journal is essential reading for surgeons of all major and subspecialities, clinical immunologists, cryobiologists; hematologists; gastroenterologists; pulmonologists; nephrologists; cardiologists; and endocrinologists. It will also be of interest to sociologists, psychologists and research workers; in fact, to all whose combined efforts will improve the prognosis of future transplant recipients.

## Information for subscribers

*Clinical Transplantation* ISSN 0902-0063 (Print), ISSN 1399-0012 (Online), is published bi-monthly by Blackwell Publishing Inc., with offices located at 350 Main St., Malden, MA 02148-5020 USA; 9600 Garsington Road, Oxford OX4 2ZG, UK and PO Box 378, Carlton South, 3053 Victoria Australia.

Mailing: Periodical postage paid at Boston, MA and additional offices. Postmaster: Send all address changes to Clinical Transplantation, Blackwell Publishing Inc., Journals Subscription Department, 350 Main St., Malden, MA 02148-5020.

Subscription prices for 2007 are:
Premium Institutional: £686 (Europe), US$1,152 (The Americas), £686 (Rest of World). Customers in the UK should add VAT at 6%; customers in the EU should also add VAT at 6%, or provide a VAT registration number or evidence of entitlement to exemption. Customers in Canada should add 6% GST or provide evidence of entitlement to exemption. The Premium institutional price includes online access from current content and all online back files from January 1st 1997, where available. For other pricing options or more information about online access to Blackwell Publishing journals, including access information and terms and conditions, please visit www.blackwellpublishing.com/ctr

Journal Customer Services: For ordering information, claims and any enquiry concerning your journal subscription please contact your nearest office:
UK: Email: customerservices@blackwellpublishing.com; Tel: +44 (0) 1865 778315; Fax: +44 (0) 1865 471775
USA: Email: customerservices@blackwellpublishing.com; Tel: +1 781 388 8206 or 1 800 835 6770 (Toll free in the USA); Fax: +1 781 388 8232
Asia: Email: customerservices@blackwellpublishing.com; Tel: +61 3 8359 1100; Fax: +61 3 8359 1120

Back issues: Single issues from current and recent volumes are available at the current single issue price from Blackwell Publishing Journals. Earlier issues may be obtained from Periodicals Service Company, 11 Main Street, Germantown, NY 12526, USA. Tel: +1 518 537 4700, Fax: +1 518 537 5899, Email: psc@backsets.com

Production Editor Manisha Nayak (email: manisha.nayak@sg.blackwellpublishing.com)..

Advertising: Kathy Clark (email: kclark@pmtny.com).

Commercial Reprints journalsreprints@bos.blackwellpublishing.com

Disclaimer: The Publisher and Editors cannot be held responsible for errors or any consequences arising from the use of information contained in this journal; the views and opinions expressed do not necessarily reflect those of the Publisher and Editors; neither does the publication of advertisements constitute any endorsement by the Publisher and Editors of the products advertised.

Blackwell Publishing's policy is to use permanent paper from mills that operate a sustainable forestry policy, and which has been manufactured from pulp that is processed using acid-free and elementary chlorine-free practices. Furthermore, Blackwell Publishing ensures that the text paper and cover board used in all our journals has met acceptable environmental accreditation standards.

Journal compilation © 2007 Blackwell Munksgaard. All rights reserved. No part of this publication (apart from articles marked 'OnlineOpen') may be reproduced, stored or transmitted in any form or by any means without the prior permission in writing from the copyright holder. Authorization to photocopy items for internal and personal use is granted by the copyright holder for libraries and other users registered with their local Reproduction Rights Organization (RRO), e.g. Copyright Clearance Center (CCC), 222 Rosewood Drive, Danvers, MA 01923, USA (www.copyright.com), provided the appropriate fee is paid directly to the RRO. This consent does not extend to other kinds of copying such as copying for general distribution, for advertising or promotional purposes, for creating new collective works or for resale. OnlineOpen articles are made available in accordance with the terms of the Creative Commons Deed, Attribution 2.0 (further details available from www.creative.commons.org), which allows Open Access dissemination of the article, but does not permit commercial exploitation or the creation of derivative works. Special requests should be addressed to Blackwell Publishing at journalsrights@oxon.blackwellpublishing.com

Blackwell Publishing is a CarbonNeutral company. For more information visit www.blackwellpublishing.com/carbonneutral

Access to this journal is available free online within institutions in the developing world through the HINARI initiative with the WHO. For information, visit www.healthinternetwork.org

For submission instructions, subscription and all other information visit: www.blackwellpublishing.com/ctr

## Editorial Boards

**Bone Marrow Transplantation**
Robert P. Gale, Los Angeles, USA
John Goldman, London, UK
Richard O'Reilly, New York, USA
Joachim Deeg, Seattle, USA

**Clinical Immunology**
Michael Cecka, Los Angeles, USA
Ronald Kerman, Houston, USA
Gerhard Opelz, Heidelberg, Germany
David Sachs, Boston, USA
Arne Svejgaard, Denmark
Erik Thorsby, Oslo, Norway

**Heart/Lung Transplantation**
R. Morton Bolman, Minneapolis, USA
Christian Cabrol, Paris, France
Joel D. Cooper, St. Louis, USA
Bartley P. Griffith, Baltimore, USA
Marshall Hertz, Minneapolis, USA
Soon J. Park, San Francisco, USA
Bruce A. Reitz, Stanford, USA
Sara J. Shumway, Minneapolis, USA

**Kidney Transplantation**
Raffaello Cortesini, New York, USA
David L. Dunn, Minneapolis, USA
M. Roy First, Cincinnati, USA
Richard Howard, Gainesville, USA
Pekka Häyry, Helsinki, Finland
Hassan Ibrahim, Minneapolis, USA
Barry D. Kahan, Houston, USA
Henri Kreis, Paris, France
Arthur J. Matas, Minneapolis, USA
Joshua Miller, Miami, USA
J.A. Myburgh, Johannesburg, South Africa
Federico G. Santiago-Delpin Rato Bay, Puerto Rico
Ron Shapiro, Pittsburgh, USA
Nicholas Tilney, Boston, USA

**Liver Transplantation**
Nancy Ascher, San Francisco, USA
Henri Bismuth, Villejuif, France
Christoph E. Broelsch, Essen, Germany
Roy Calne, Cambridge, England
Jean Emond, New York, USA
N. Whyte Flye, St. Louis, USA
Mehmet Haberal, Ankara, Turkey
Abhinav Humar, Minneapolis, USA
Göran Klintmalm, Dallas, USA
Ruud A.F. Krom, Rochester, USA
Ignazio R. Marino, Philadelphia, USA
Charles M. Miller, Cleveland, USA
Peter Neuhaus, Berlin, Germany
Byers W. Shaw Jr., Omaha, USA
Thomas E. Starzl, Pittsburgh, USA

**Pancreas and Islet Transplantation**
Clyde F. Barker, Philadelphia, USA
Vladimir Bartos, Prague, The Czech Republic
J.M. Dubernard, Lyon, France
Carl G. Groth, Huddinge, Sweden
Scott Gruber, Detroit, USA
Mitchell Henry, Columbus, USA
Bernhard J. Hering, Minneapolis, USA
W. Land, Munich, Germany
Raimund Margreiter, Innsbruck, Austria
Hans W. Sollinger, Madison, USA
Jean-Paul Squifflet, Brussels, Belgium

**Intestinal Transplantation**
John Fung, Pittsburgh, USA
David R. Grant, Toronto, Canada
Rainer W.G. Gruessner, Minneapolis, USA
Andreas Tzakis, Miami, USA

**Transplantation Medicine**
Thomas A. Gonwa, Jacksonville, USA
Melissa Kennedy, Minneapolis, USA
Leslie W. Miller, Minneapolis, USA
Douglas J. Norman, Portland, USA
Terry B. Strom, Boston, USA
Manikkam Suthanthiran, New York, USA

www.blackwellpublishing.com/ctr

Clin Transplant 2007; 21: 536–543 DOI: 10.1111/j.1399-0012.2007.00685.x

Copyright © Blackwell Munksgaard 2007

Clinical Transplantation

# Comparison of sirolimus and everolimus in their effects on blood lipid profiles and haematological parameters in heart transplant recipients

Tenderich G, Fuchs U, Zittermann A, Muckelbauer R, Berthold HK, Koerfer R. Comparison of sirolimus and everolimus in their effects on blood lipid profiles and haematological parameters in heart transplant recipients.
Clin Transplant 2007; 21: 536–543. © Blackwell Munksgaard, 2007

Abstract: The mTOR (mammalian target of rapamycin) inhibitors sirolimus (SRL) and everolimus (EVL) are potent immunosuppressive agents, which allow reducing the dose of the nephrotoxic calcineurin inhibitors cyclosporin and tacrolimus (TAC) in solid organ transplant recipients. However, there is evidence that mTOR inhibitors may lead to myelosuppression and dyslipidemia/hyperlipidemia. We therefore performed a retrospective analysis in heart transplant recipients with renal insufficiency, who received 3.0 mg/d SRL (SRL group; n = 28) or 1.5 mg/d EVL (EVL group; n = 27) each in combination with a reduced TAC dose for at least one yr. Fewer cardiac rejections, but a similar rate of infections occurred in the EVL group compared with the SRL group indicating that the administered EVL dose resulted in a potent immunosuppression. Serum triglyceride and total cholesterol concentrations rose significantly in the SRL group but not in the EVL group. In the SRL group only, the frequency of statin use increased significantly during follow-up. The EVL group showed a significant rise in HDL cholesterol levels during follow-up. There was a slight transient fall in haemoglobin concentrations in the SRL group but not in the EVL group. Leucocyte counts fell significantly in both study groups. However, no cases of leucopenia and also no cases of thrombopenia occurred. In summary, we could demonstrate that in heart transplant recipients with renal insufficiency the introduction of 1.5 mg/d EVL in combination with a reduced TAC dose is effective in preventing cardiac rejections and has less adverse effects on lipid metabolism than the usually prescribed SRL dose, whereas both therapy regimens are not associated with major haematological side-effects.

Gero Tenderich[a,*], Uwe Fuchs[a,*], Armin Zittermann[a], Rebecca Muckelbauer[a], Heiner K. Berthold[b] and Reiner Koerfer[a]

[a]Department of Cardio-Thoracic Surgery, Heart Center North-Rhine Westfalia, Ruhr University of Bochum, Bad Oeynhausen, Germany, [b]Drug Commission of the German Medical Association, Berlin, Germany

Key words: cardiac transplantation – dyslipidemia – everolimus – immunosuppressants – sirolimus

Corresponding author: Gero Tenderich, Department of Cardio-Thoracic Surgery, Heart Center NRW, Ruhr University Bochum, Georgstraße 11, 32545 Bad Oeynhausen, Germany.
Tel: +49 5731 97 2246; fax: +49 5731 97 2261;
e-mail: gtenderich@hdz-nrw.de

*These authors contributed equally to this work.

Accepted for publication 5 March 2007

Orthotopic heart transplantation (HTx) is the ultimate therapeutic option for patients with end-stage heart failure. With the introduction of the calcineurin inhibitor (CNI) cyclosporin A (CsA) into the maintenance immunosuppressive therapy in the 1980s, survival improved significantly. However, the use of CsA or the newer CNI tacrolimus (TAC) is associated with severe side

effects such as nephrotoxicity. Consequently, renal dysfunction is a common complication following HTx, affecting almost one-third of all HTx patients within five yr post-HTx (1). It has been demonstrated that chronic renal failure is a risk factor for long-term survival in HTx patients (2).

At present, TAC is often the first choice among the CNIs after HTx because of its slightly more

BSC-SJA-0984

favorable side effect profile compared with CsA. Nevertheless, alternative CNI sparing regimes for immunosuppression after HTx are needed. The mTOR (mammalian target of rapamycin) inhibitor sirolimus (SRL) and its derivate everolimus (EVL) are potent immunosuppressive agents (3, 4). Both mTOR inhibitors reduce T-cell activation and proliferation by inhibition of a cytokine-induced signal transduction process (5–7). Although the mTOR inhibitors and TAC bind to the same cytosolic FK binding protein 12 (FKBP12) and could compete for this, their actions differ from each other. While the FKBP12/SRL or FKBP12/EVL complex binds to the cytosolic protein mTOR and thereby inhibits the cell cycle progression, the FKBP12/TAC complex binds to calcineurin. Both mTOR inhibitors seem to have little or no nephrotoxic activity (4, 8, 9). Administration of SRL or EVL allows reducing the CNI dose and can thus lead to an improvement in renal function (4, 10–12). However, there is evidence that mTOR inhibitors may impair wound healing and may also lead to myelosuppression and dyslipidemia/hyperlipidemia (8, 13). Elevated concentrations of triglycerides (TG), total cholesterol, and low density lipoprotein (LDL)-cholesterol as well as lower high density lipoprotein (HDL)-cholesterol levels have been associated with the development or progression of cardiac allograft vasculopathy (CAV) (14–17). According to the registry of the International Society for Heart and Lung Transplantation (ISHLT), CAV occurs in 32% of HTx recipients within five yr post-HTx (18) and is the major cause of late allograft failure and patient mortality in long-term survivors (1).

As comparable data of SRL and EVL concerning their side effects are scanty, we aimed to compare in HTx patients the effects of SRL or EVL on blood lipid profiles and haematological parameters in combination with a reduced TAC dosage.

## Materials and methods

We performed a retrospective analysis where we included all adult heart transplant recipients of our heart centre who received SRL (Rapamune®; Wyeth Europa Ltd, Maidenhead, UK) or EVL (Certican®; Novartis Pharma AG, Basel, Switzerland) in combination with TAC for at least one yr between July 2000 and October 2005. Twenty-eight patients could be allocated to the SRL group and 27 patients could be allocated to the EVL group. For the patients of both study groups, renal insufficiency (plasma creatinine concentration > 1.6 mg/dL) was the indication to introduce SRL or EVL. The median time interval from HTx until the

patients were switched over to an mTOR inhibitor was 238 d (interquartile range: 66–1359) in the SRL group and 981 d (interquartile range: 262–1708) in the EVL group (p > 0.05). The only decision criteria to give SRL or EVL were the availability of EVL. Before approval of EVL in Germany (January 2004), we only used SRL, whereas we used EVL since January 2004.

Administered daily TAC dose was reduced by approximately 50% after patients were switched over to SRL or EVL. The initial doses were $2 \times 1.5$ mg/d SRL in the SRL group, and $2 \times 0.75$ mg/d EVL in the EVL group. Target trough concentrations were 3.0–4.5 µg/L for TAC, 5.5–8.5 µg/L for SRL and 3.0–8.0 µg/L for EVL. We used the medical records of the patients in order to assess patients' characteristics, relevant co-medications and laboratory data. Biochemical parameters and the oral dose of statins were assessed before (t0), one month (t1), six months (t6) and 12 months (t12) after patients were switched over to SRL or EVL. The blood parameters creatinine, TG, tChol, haemoglobin, and blood cell counts were measured by routine methods (Architect® ci8000™ and Cell-Dyn® 3700; Abbott Diagnostics, Wiesbaden, Germany). HDL-cholesterol was also analysed routinely, whereas LDL-cholesterol was estimated by the formula of Friedewald (19). TAC, SRL, and EVL concentrations were determined by the use of a high-performance liquid chromatography (HPLC)-based purification step in combination with mass spectrometry detection (Quattro Micro™ API, Micromass, Waters GmbH, Eschborn, Germany). Rejections were classified according to the ISHLT classification system (20). However, no biopsy was performed when a severe cardiac rejection was assumed. We follow this treatment strategy in order to avoid severe biopsy-related complications such as ventricular fibrillation and graft failure in those patients who are already in an acute life-threatening condition. A clinically proven rejection that needed a daily cortisone bolus of 1000 mg for three d was assumed when an echocardiography revealed an ejection fraction < 50%, when septic hypokinesia and pericardial effusion occurred, and when a mean arterial pressure < 65 mmHg occurred in parallel with nausea, weakness, abdominal or thoracic pain. A clinically proven severe rejection that needed OKT therapy was assumed when cardiac index was < 1.6 L/min/m² (low output syndrome). The presence or absence of cytomegalovirus (CMV) was routinely assessed by polymerase chain reaction at t1, t6, and t12.

Statistical analyses were performed with the software package SPSS, release 11/12 (Chicago,

537

Tenderich et al.

IL, USA). Continuous variables were expressed as median and interquartiles, categorical variables as the percentage of observations. For comparisons of categorical variables, the two-sided Fisher exact test or the chi-square were used when appropriate. Comparisons of continuous variables at baseline were performed with the Mann–Whitney test. Time effects were evaluated using the Friedman test. In the case of significant differences in the sampling time points, the Wilcoxon test was used to further specify these differences. p-values of < 0.05 were considered statistically significant.

The study was designed by the authors, who had full access to the data, analysed the data, and controlled all decisions regarding publication.

## Results

Characteristics of the two study groups are given in Table 1. Age, sex distribution, HTx indication, co-morbidity, previous rejections, relevant medications, and relevant blood parameters at baseline did not differ significantly between study groups.

After patients were switched over to SRL or EVL, both immunosuppressive agents reached a steady state during follow-up (Table 2). However, SRL levels were higher than EVL levels, thereby mirroring the different daily dosages of the two immunosuppressive agents. Due to the reduction of the TAC dose, the blood level of TAC fell initially in both groups, but then remained constant until t12. TAC concentrations did not differ significantly between study groups at specific time points. Prescription of other immunosuppressive agents such as corticosteroids, MMF and azathioprine did not change, neither in the SRL nor in the EVL in comparison with pre-baseline values (data not shown). During follow-up, four patients in the SRL group but none in ELV group developed cardiac rejections (Fig. 1). Out of these four rejections in the SRL group, two rejections were biopsy proven and were classified as ISHLT grade Ib and IIb, respectively, whereas two rejections were clinically proven. Infection rate did not differ significantly between the SRL group and the EVL group (3 and 4, respectively; NS). In each group, one CMV infection occurred.

In the SRL group, median TG concentration increased significantly until t6 (Fig. 2A). Thereafter, the TG level showed the tendency to decrease. In detail, median TG concentrations rose by up to 65% and were clearly above the upper limit of the reference range (> 150 mg/dL). No significant changes in TG concentration were observed in the EVL group. Moreover, median TG concentrations in the EVL group were only slightly above the

Table 1. Patients' characteristics at baseline[a]

| Characteristics | SRL group (n = 28) | EVL group (n = 27) | Significance[b] |
|---|---|---|---|
| Gender (%) | | | |
| Males | 82.1 | 81.5 | NS |
| Age at conversion (yr) | 58.2 (37.9–65.6) | 63.9 (51.0–68.0) | NS |
| Body mass index (kg/m²) | 24.7 (21.0–26.4) | 25.1 (24.0–28.0) | NS |
| HTx indication (%) | | | |
| Dilative cardiomyopathy | 64.3 | 66.7 | NS |
| Coronary heart disease | 28.6 | 25.9 | NS |
| Others | 7.1 | 7.4 | NS |
| Co-morbidity (%) | | | |
| Diabetes mellitus | 28.6 | 29.6 | NS |
| Hyperuricemia | 32.1 | 37.0 | NS |
| Hypertension | 21.4 | 25.9 | NS |
| Peripheral vascular disease | 14.3 | 7.4 | NS |
| Stroke | 7.1 | 14.8 | NS |
| Number of rejections[c] | 14 | 18 | NS |
| Drug therapy (%) | | | |
| Corticosteroids | 81.5 | 92.6 | NS |
| Mycophenolate mofetil | 33.3 | 25.9 | NS |
| Diuretics | 7.4 | 18.5 | NS |
| ACE-inhibitors | 74.1 | 81.5 | NS |
| Beta-blockers | 44.4 | 29.6 | NS |
| Anticoagulants | 22.2 | 14.8 | NS |
| Statins | 48.1 | 44.4 | NS |
| Fibrates | 7.4 | 0 | NS |
| Insulin | 11.1 | 11.1 | NS |
| Blood parameters | | | |
| Creatinine (mg/dL) | 2.04 (1.08–3.29) | 1.90 (1.50–2.17) | NS |
| Triglycerides (mg/dL) | 160 (92–241) | 134 (78–191) | NS |
| Total cholesterol (mg/dL) | 199 (164–229) | 201 (150–243) | NS |
| HDL-cholesterol (mg/dL) | 49 (39–59) | 48 (38–68) | NS |
| LDL-cholesterol (mg/dL) | 124 (99–151) | 108 (81–135) | NS |
| Haemoglobin (g/dL) | 11.9 (10.9–13.0) | 12.5 (11.4–13.2) | NS |
| Thrombocyte counts (10⁹/L) | 199 (168–238) | 213 (144–229) | NS |
| Leucocyte counts (10⁹/L) | 10.0 (8.8–11.4) | 7.9 (6.6–9.7) | NS |

SRL, sirolimus; EVL, everolimus; HTx, heart transplantation; ACE, angiotensin-converting enzyme; n, number; NS, not significant.
[a]Median, interquartile range in parenthesis (all such values).
[b]Unpaired t-test or Fisher's exact test, as appropriate.
[c]Within the last nine months before conversion.

upper limit of the reference range. Similar to the time course of serum TG concentrations, total cholesterol levels increased by 25% until t6 in the SRL group but not in the EVL group (Fig. 2B). Again, median concentration in the SRL group rose clearly above the upper limit of the reference range (200 mg/dL). HDL concentration did not change in the SRL group, but increased by 15% in the EVL group until t12 (Fig. 2C). LDL

BSC-SJA-0986

Table 2. Time course of tacrolimus, sirolimus, and everolimus (median and interquartile range)

| Time point | SRL (µg/L) | EVL (µg/L) | TAC (µg/L) | | Significance[a] |
|---|---|---|---|---|---|
| | | | SRL group | EVL group | |
| t0 | – | – | 5.6 (4.2–6.6) | 7.0 (5.6–8.8) | NS |
| t3 | 8.0 (4.3–7.3) | 4.2 (2.8–5.4) | 4.9 (3.8–6.3) | 4.7 (3.3–6.9) | NS |
| t6 | 6.3 (5.0–8.8) | 4.2 (3.4–5.6) | 4.5 (2.9–5.8) | 4.4 (3.5–5.6) | NS |
| t12 | 6.2 (4.3–7.5) | 4.8 (3.6–6.5) | 4.8 (4.0–6.5) | 4.5 (3.8–5.3) | NS |

t0, before conversion; t3, t6 and t12, three months, six months and 12 months after patients were switched over to sirolimus or everolimus; SRL, sirolimus; EVL, everolimus; TAC, tacrolimus; NS, not significant.
[a]Comparison of serum tacrolimus concentrations between groups.



Fig. 1. Kaplan–Meier estimates for freedom from cardiac rejections. SRL, sirolimus group; EVL, everolimus group.

concentrations remained constant in both study groups during follow-up (Fig. 2D). In the SRL group, statin use increased significantly from 48% at baseline to 93% at t12 (p < 0.025), whereas statin use remained constant in the EVL group (44% vs. 59%; NS). In both study groups, the most frequently used statin was pravastatin, accounting for 50–92% of total statin prescription. Prescription of fibrates did not change during follow-up. At t6, serum TG and LDL concentrations were significantly higher in the SRL group compared with the EVL group (p < 0.042 and 0.005, respectively). Moreover, LDL concentrations were higher in the SRL group compared with the EVL group at t12 (p < 0.031). HDL and total cholesterol concentrations did not differ significantly between study groups.

Haematological parameters are given in Table 3. There was a slight transient fall in haemoglobin concentrations in the SRL group but not in the EVL group. Leucocyte counts fell significantly in both study groups but remained within the reference range of 4.0–10.0 counts × 10⁹/L. Thrombocyte counts remained constant during follow-up in both study groups. At t12, no case of leucopenia (<4.0 counts × 10⁹/L) or thrombopenia (<150 counts × 10⁹/L) was present, neither in the SRL group nor in the EVL group. The percentage of patients with haemoglobin concentrations below 9 g/dL was 7.1% in the SRL group and 0% in the EVL group at t12 (NS), whereas the corresponding pre-baseline values were 0% and 7.4%, respectively.

## Discussion

In this analysis, we could demonstrate that the usually prescribed dose of SRL in heart transplant recipients at our heart centre was associated with an increase in serum TG and total cholesterol concentrations. These obvious side effects of SRL made a more frequent statin use necessary. The usually prescribed dose of 1.5 mg/d EVL in our heart transplant recipients did not show adverse effects on blood lipid parameters, but was associated with a significant increase in HDL-cholesterol levels. As baseline characteristics including the prescription of relevant drugs such as statins and other immunosuppressive agents such as TAC, corticosteroids, MMF and azathioprine were comparable between the two study groups, it can reasonably be assumed that the observed differences in lipid metabolism are related to SRL and EVL administration. The significantly lower rate of cardiac rejections and the similar rate of infections in the EVL group compared with the SRL group indicate that a dose of 1.5 mg/d EVL has at least similar immunosuppressive properties than a dose of 3.0 mg/d SRL. Moreover, it has recently been demonstrated that a dose of 1.5 mg/d EVL is as effective as 3.0 mg/d EVL in preventing graft

539



Fig. 2. Median and interquartile ranges of serum triglycerides (A), total cholesterol (B), HDL-cholesterol (C), and LDL-cholesterol (D) before (t0) and one month (t1), six months (t6), and 12 months (t12) after patients were switched over to sirolimus or everolimus are presented in a box plot. For each time point two boxes are presented. The left box indicates the sirolimus group and the right box indicates the everolimus group. The boxes express the upper and lower quartiles, and the central lines show the median. A significant time effect was observed in serum triglyceride and total cholesterol levels in the sirolimus group (Friedman test; p-value < 0.001), and in serum HDL-cholesterol levels in the everolimus group (Friedman test; p-value < 0.001). ***p < 0.001, **p < 0.01 vs. t0.

540

BSC-SJA-0988

Table 3. Time course of blood parameters in heart recipients on TAC + SRL therapy (SRL group) or on TAC + EVL therapy (EVL group) (median and interquartile range)

| Parameter | t0 | t3 | t6 | t12 | Significance[a] |
|---|---|---|---|---|---|
| Haemoglobin (g/dL) | | | | | |
| SRL group | 11.9 (10.9–13.0) | 11.1 (10.3–12.6) | 11.6 (10.2–13.2) | 12.5 (10.7–13.5) | <0.05 |
| EVL group | 12.5 (11.4–13.2) | 12.0 (11.2–13.1) | 12.4 (11.3–13.7) | 12.7 (11.7–14.0) | NS |
| Leucocyte counts (×10³/L) | | | | | |
| SRL group | 10.0 (6.6–11.4) | 7.1 (6.2–9.3) | 6.8 (5.0–8.5) | 6.8 (5.9–9.4) | <0.001 |
| EVL group | 7.9 (6.6–9.7) | 5.9 (5.4–8.1) | 6.9 (5.3–7.9) | 6.5 (5.5–8.2) | <0.01 |
| Thrombocyte counts (×10⁹/L) | | | | | |
| SRL group | 199 (159–236) | 197 (164–279) | 206 (154–256) | 221 (172–252) | NS |
| EVL group | 213 (144–229) | 218 (154–265) | 208 (141–271) | 209 (167–265) | NS |

SRL, sirolimus; EVL, everolimus; NS, not significant.
[a]Friedman test.



vasculopathy and CMV infection (3). Obviously, it seems possible to reduce the risk of dyslipidemia in heart transplant recipients with renal insufficiency without increasing the risk of insufficient immunosuppression by selection of EVL instead of SRL. Compared with those heart transplant recipients at our heart centre, who are on full calcineurin inhibitor dose, administration of EVL does obviously not lead to more rejections or infection and does not increase statin use (21).

It is well documented in renal transplant recipients that SRL bear the risk of dyslipidemia (13, 22–24). The TERRA study has demonstrated that a daily dose of 0.5 mg SRL in combination with TAC was associated with an increase in serum TG levels of 8.6%, whereas a dose of 2.0 mg/d increased serum TG concentrations by 26% within six months (25). The same study could demonstrate that 0.5 mg/d SRL or 2.0 mg/d SRL was associated with an increase in serum total cholesterol levels of 7.4% and 15%, respectively. Moreover, in a small study in heart transplant recipients, patients who received a mean dose of 5.1 mg/d SRL had up to 79% higher median serum TG concentrations than a group receiving MMF (11). Thus, our data of a rise in median serum TG levels of up to 65% and a rise in median total cholesterol levels of up to 25% within 12 months of administration of a daily dose of 3.0 mg/d are in line with the dose-dependent effect of SRL on serum TG and total cholesterol levels. Concerning the effects of SRL on serum cholesterol, it has been assumed that SRL does not influence cholesterol synthesis but may reduce VLDL and LDL clearance (26).

The effects of EVL on serum lipid levels are less clear than those of SRL. In a large prospective trial in de novo heart transplant recipients, serum TG concentrations and total cholesterol levels were significantly higher after 12 months in patients receiving 1.5 mg/d EVL and 3.0 mg/d EVL than in patients receiving azathioprine (3). However, no baseline data were presented and no dose-dependent effects could be demonstrated for EVL in that earlier study. In de novo renal transplant recipients with full-dose CsA, the increase in serum TG and total cholesterol was more pronounced in the EVL groups than in the MMF group (27). However, again no clear dose-dependent effect of EVL was seen. It is noteworthy that available data on serum lipid concentrations were all obtained in de novo patients, whereas the median time interval until the patients of our study were switched over to EVL was approximately three yr. Dyslipoproteinemia is a frequent finding within the first months after HTx and may at least in part be related to the administration of CNIs and corticosteroids (1, 28). In line with the assumption that co-medication may significantly influence serum lipid levels (29, 30), the cholesterol-enhancing effect of EVL in renal transplant recipients depended on the CNI dose administered (31).

It was an unexpected finding that serum HDL cholesterol levels increased significantly in the EVL group but not in the SRL group. Others have found a transient increase in HDL cholesterol levels after introduction of EVL, but also after introduction of MMF (27). At present, it is unclear whether or not the observed effect on HDL cholesterol levels is EVL specific. Future studies are needed to clarify the possibility of distinct effects of different mTOR inhibitors on HDL cholesterol concentrations.

The slight decrease in serum TG and total cholesterol concentrations in the SRL group from t6 until t12 may be due to the increased use of statins after the patients were switched over to SRL. There is evidence that beside their effects on serum cholesterol levels, statins are also able to

541

Tenderich et al.

reduce serum TG levels (32). The serum TG-lowering effect of statins is higher in patients with hypertriglyceridemia than in patients with normal TG concentrations (33).

Haematological side effects were rarely seen in both study groups. However, serum haemoglobin concentrations were obviously more affected by SRL than by EVL. For SRL, it is well known that it blocks signal transduction of those cytokines that are necessary for maturation and proliferation of bone marrow cells (34). As both study groups showed a significant fall in leucocyte counts during follow-up, it may well be that these results were unrelated to SRL and EVL.

One limitation of our study is its retrospective nature. Moreover, the number of patients in each group was relatively small. But note that we were able to detect several statistically significant changes in biochemical parameters during follow-up. Thus, it is rather unlikely that SRL-mediated or EVL-mediated effects on blood lipid levels or haematology of major clinical importance remained undetected.

In summary, we could demonstrate that in heart transplant recipients with renal insufficiency the introduction of 1.5 mg/d EVL in combination with a reduced TAC dose is effective in preventing cardiac rejections and has less adverse effects on lipid metabolism than the usually prescribed SRL dose, whereas both therapy regimens are not associated with major haematological side effects. Compared with SRL, EVL seems to be a better choice in order to prevent cardiac allograft vasculopathy.

### References

1. TAYLOR DO, EDWARDS LB, BOUCEK MM et al. Registry of the International Society for Heart and Lung Transplantation: twenty-second official adult heart transplant report – 2005. J Heart Lung Transplant 2005: 24: 945.
2. OJO AO, HELD PJ, WOLFE RA. Chronic renal failure after transplantation of a nonrenal organ. N Engl J Med 2003: 349: 931.
3. EISEN HJ, TUZCU EM, DORENT R. Everolimus for the prevention of allograft rejection and vasculopathy in cardiac-transplant recipients. N Engl J Med 2003: 349: 847.
4. SHITRIT D, YUSSIM A, KRAMER MR. Role of sirolimus, a novel immunosuppressive drug in heart and lung transplantation. Respir Med 2004: 98: 892.
5. ABRAHAM RT. Mammalian target of rapamycin: immunosuppressive drugs uncover a novel pathway of cytokine receptor signaling. Curr Opin Immunol 1998: 10: 330.
6. SCHULER W, SEDRANI R, COTTENS S. SDZ RAD, a new rapamycin derivative: pharmacological properties in vitro and in vivo. Transplantation 1997: 64: 36.
7. SEHGAL SN. Rapamune (RAPA, rapamycin, sirolimus): mechanism of action immunosuppressive effect results from blockade of signal transduction and inhibition of cell cycle progression. Clin Biochem 1998: 31: 335.
8. NASHAN B. Review of the proliferation inhibitor everolimus. Expert Opin Investig Drugs 2002: 11: 845.
9. OLYAEI AJ, DEMATTOS AM, BENNETT WM. Nephrotoxicity of immunosuppressive drugs: new insight and preventive strategies. Curr Opin Crit Care 2001: 7: 384.
10. LEHMKUHL H, HETZER R. Clinical experience with Certican (everolimus) in de novo heart transplant patients at the Deutsches Herzzentrum Berlin. J Heart Lung Transplant 2005: 24: S201.
11. PHAM SM, QI XS, MALLON SM. Sirolimus and tacrolimus in clinical cardiac transplantation. Transplant Proc 2002: 34: 839.
12. TROSCH F, ROTHENBURGER M, SCHNEIDER M. First experience with rapamycin-based immunosuppression to improve kidney function after heart transplantation. Thorac Cardiovasc Surg 2004: 52: 163.
13. LINDENFELD J, MILLER GG, SHAKAR SF et al. Drug therapy in the heart transplant recipient: part II: immunosuppressive drugs. Circulation 2004: 110: 3858.
14. KAPADIA SR, NISSEN SE, ZIADA KM. Impact of lipid abnormalities in development and progression of transplant coronary disease: a serial intravascular ultrasound study. J Am Coll Cardiol 2001: 38: 206.
15. VALANTINE H, RICKENBACKER P, KEMNA M. Metabolic abnormalities characteristic of dysmetabolic syndrome predict the development of transplant coronary artery disease: a prospective study. Circulation 2001: 103: 2144.
16. FELLSTROM B. Impact and management of hyperlipidemia posttransplantation. Transplantation 2000: 70: SS51.
17. KASS M, HADDAD H. Cardiac allograft vasculopathy: pathology, prevention and treatment. Curr Opin Cardiol 2006: 21: 132.
18. The Registry of the International Society for Heart & Lung Transplantation. Overall Heart and Adult Heart Transplantation Statistics 2005. http://www.ishlt.org/registries/slides.asp?slides = heartLungRegistry, 06.01.2006.
19. FRIEDEWALD WT, LEVY RI, FREDRICKSON DS. Estimation of the concentration of low-density lipoprotein cholesterol in plasma, without use of the preparative ultracentrifuge. Clin Chem 1972: 18: 499.
20. WINTERS GL, MARBOE CC, BILLINGHAM ME. The international society for heart and lung transplantation grading system for heart transplant biopsy specimens: cartification and commentary. J Heart Lung Transplant 1998: 17: 754.
21. FUCHS U, TENDERICK G, ZITTERMANN A, SZABADOS F, MINAMI K, KOERFER R. Clinical outcome of heart transplant recipients receiving tacrolimus with or without mycophenolate mofetil. Clin Transplant 2006: 20: 450.
22. KAHAN BD, CAMARDO JS. Rapamycin: clinical results and future opportunities. Transplantation 2001: 72: 1181.
23. MACDONALD AS. A worldwide, phase III, randomized, controlled, safety and efficacy study of a sirolimus/cyclosporine regimen for prevention of acute rejection in recipients of primary mismatched renal allografts. Transplantation 2001: 71: 271.
24. MENDEZ R, GONWA T, YANG HC, WEINSTEIN S, JENSIK S, STEINBERG S. A prospective, randomized trial of tacrolimus in combination with sirolimus or mycophenolate mofetil in kidney transplantation: results at 1 year. Transplantation 2005: 80: 303.
25. WLODARCZYK Z, VITKO S, SALMEDA K, CZAJKOWSKI Z, MARGREITER R. TERRA Study Group: lipid metabolism in renal transplant patients receiving tacrolimus/sirolimus combination therapy. Transplant Proc 2005: 37: 871.
26. HOOGEVEEN RC, BALLANTYNE CM, POWNALL HJ. Effect of sirolimus on the metabolism of apoB100-containing

542

BSC-SJA-0990

lipoproteins in renal transplant patients. Transplantation 2001; 72: 1244.

27. LORBER MI, MULGAONKAR S, BUTT K. Everolimus vs. mycophenolate mofetil in the prevention of rejection in de novo renal transplant recipients: a 3-year randomized, multicenter, phase III study. Transplantation 2005: 80: 244.

28. BALLANTYNE CM, RADOVANCEVIC B, FARMER JA. Hyperlipidemia after heart transplantation: report of a 6-year experience, with treatment recommendations. J Am Coll Cardiol 1992: 19: 1315.

29. DONAHOO WT, KOSMISKI LA, ECKEL RH. Drugs causing dyslipoproteinemia. Endocrinol Metab Clin North Am 1998: 27: 677.

30. TAYLOR DO, BARR ML, RADOVANCEVIC B et al. A randomized, multicenter comparison of tacrolimus and

cyclosporine immunosuppressive regims in cardiac transplantation: decreased hyperlipidemia and hypertension with tacrolimus. J Heart Lung Transplant 1999: 18: 336.

31. NASHAN B, CURTIS J, PONTICELLI C, MOURAD G, JAFFE J, HAAS T. Everolimus and reduced-exposure cyclosporine in de novo renal-transplant recipients: a three-year phase II, randomized, multicenter, open-label study. Transplantation 2004: 78: 1332.

32. KIRKLIN JK, BENZA RL, RAYBURN BK, McGIFFIN DC. Strategies for minimizing hyperlipidemia after cardiac transplantation. Am J Cardiovasc Drugs 2002: 2: 377.

33. STEIN EA, LANE M, LASKARZEWSKI P. Comparison of statins in hypertriglyceridemia. Am J Cardiol 1998: 81: 66B.

34. KAHAN BD. Sirolimus-based immunosuppression: present state of the art. J Nephrol 2004: 17 (Suppl. 8): S32.

BSC-SJA-0991

# EXHIBIT 37

British Journal of Pharmacology (2001) 133, 875–885
© 2001 Nature Publishing Group  All rights reserved 0007–1188/01 $15.00


www.nature.com/bjp

# Sirolimus, but not the structurally related RAD (everolimus), enhances the negative effects of cyclosporine on mitochondrial metabolism in the rat brain

[1,2]Natalie Serkova, [1]Wolfgang Jacobsen, [3]Claus U. Niemann, [3]Lawrence Litt, [1]Leslie Z. Benet, [2]Dieter Leibfritz & [*,1,4]Uwe Christians

[1]Department of Biopharmaceutical Sciences, University of California, San Francisco, California, CA 94143, U.S.A.; [2]Institut für Biologie/Chemie, Universität Bremen, 28359 Bremen, Germany; [3]Department of Anesthesia and Perioperative Care, University of California, San Francisco, California, CA 94143, U.S.A and [4]Department of Anesthesiology, University of Colorado Health Sciences Center, Denver, Colorado, CO 80262, U.S.A.

1  Clinical studies have shown enhancement of cyclosporine toxicity when co-administered with the immunosuppressant sirolimus. We evaluated the biochemical mechanisms underlying the sirolimus/cyclosporine interaction on rat brain metabolism using magnetic resonance spectroscopy (MRS) and compared the effects of sirolimus with those of the structurally related RAD.

2  Two-week-old rats (25 g) were allocated to the following treatment groups (all $n=6$): I. control, II. cyclosporine (10 mg kg$^{-1}$ d$^{-1}$), III. sirolimus (3 mg kg$^{-1}$ d$^{-1}$), IV. RAD (3 mg kg$^{-1}$ d$^{-1}$), V. cyclosporine + sirolimus and VI. cyclosporine + RAD. Drugs were administered by oral gavage for 6 days. Twelve hours after the last dose, metabolic changes were assessed in brain tissue extracts using multinuclear MRS.

3  Cyclosporine significantly inhibited mitochondrial glucose metabolism (glutamate: $78 \pm 6\%$ of control; GABA: $67 \pm 12\%$; NAD$^+$: $76 \pm 3\%$; $P < 0.05$), but increased lactate production. Sirolimus and RAD inhibited cytosolic glucose metabolism via lactate production (sirolimus: $81 \pm 3\%$ of control, RAD: $69 \pm 2\%$; $P < 0.02$). Sirolimus enhanced cyclosporine-induced inhibition of mitochondrial glucose metabolism (glutamate: $60 \pm 4\%$; GABA: $59 \pm 8\%$; NAD$^+$: $45 \pm 5\%$; $P < 0.02$ versus cyclosporine alone). Lactate production was significantly reduced. In contrast, RAD antagonized the effects of cyclosporine (glutamate, GABA, and NAD$^+$, not significantly different from controls).

4  The results can partially be explained by pharmacokinetic interactions: co-administration increased the distribution of cyclosporine and sirolimus into brain tissue, while co-administration with RAD decreased cyclosporine brain tissue concentrations. In addition RAD, but not sirolimus, distributed into brain mitochondria.

5  The combination of cyclosporine/RAD compares favourably to cyclosporine/sirolimus in regards to their effects on brain high-energy metabolism and tissue distribution in the rat.
British Journal of Pharmacology (2001) 133, 875–885

Keywords: Cyclosporine toxicity; sirolimus; everolimus; SDZ-RAD; pharmacodynamic drug interactions; tissue distribution; brain metabolism; mitochondrial glucose metabolism; oxidative phosphorylation; magnetic resonance spectroscopy (MRS)

Abbreviations: AMU, atomic mass units; CNS, central nervous system; GABA, γ-amino butyric acid; MRS, magnetic resonance spectroscopy; MS, mass spectrometry; NAA, N-acetyl aspartate; NAD$^+$, nicotinamide adenine dinucleotide; NDP, nucleoside diphosphate; NMP, nucleoside monophosphate; NTP, nucleoside triphosphate; OAA, oxaloacetate; TSP, trimethylsilyl propionic-2,2,3,3,-d$_4$ acid

## Introduction

The calcineurin inhibitor cyclosporine (INN: ciclosporin, Figure 1) is used as an immunosuppressant after transplantation and for the treatment of immune diseases (Kahan, 1989; Faulds et al., 1993). The clinical use of cyclosporine is limited by its toxicity in combination with its narrow therapeutic index (Kahan, 1989). Neurotoxicity is one of the most serious side effects and incidences

between 25 and 55% have been reported in transplant patients (Hauben, 1996; Gijtenbeek et al., 1999). Since first reported by Calne et al. (1979), a wide range of cyclosporine-associated neurological symptoms have been described, ranging from mild symptoms such as tremor, agitation, insomnia, anxiety, amnesia, headache, and paraesthesia to severe neurotoxicity resulting in seizures, cortical blindness, aphasia, ataxia, and stroke-like episodes (Hauben, 1996; Gijtenbeek et al., 1999). The incidence of cyclosporine neurotoxicity is increased in patients with high cyclosporine blood levels, but neurotoxicity also occurs during long-term treatment with cyclosporine blood con-

*Author for correspondence at: Department of Anesthesiology, University of Colorado Health Sciences Center, 4200 East Ninth Avenue, Room 2122, Campus Box B113, Denver, Colorado 80262, U.S.A. E-mail: uwe.christians@uchsc.edu

BSC-SJA-0992



Figure 1  Structures of cyclosporine (A), sirolimus (B) and RAD (C). Numbering of the macrolide immunosuppressants sirolimus and RAD follows the IUPAC guidelines (IUPAC, 1993). (C) shows the region of the RAD molecule different from sirolimus.

centrations within the therapeutic target range (Hauben, 1996; Gijtenbeek et al., 1999).

In in vitro studies, we showed that cyclosporine primarily inhibits mitochondrial energy production in the brain (Serkova et al., 1996; 1999). Reduction of high-energy phosphate concentrations by cyclosporine was also found in kidney (Henke et al., 1992; Massicot et al., 1997), liver (Salducci et al., 1996), and intestine (Madsen et al., 1995; Gabe et al., 1998).

Recently, the macrolide immunosuppressants sirolimus (rapamycin, Figure 1) and its 40-O-(2-hydroxyethyl) derivative RAD (INN: everolimus, Figure 1) have emerged as promising combination partners for cyclosporine. In the lymphocyte, sirolimus and RAD bind to FK-binding proteins and the immunophilin/sirolimus complex and probably also the immunophilin/RAD complex bind to mTOR, the mammalian target of rapamycin (Gummert et al., 1999). Inhibition of mTOR arrests the interleukin-2 driven T-cell proliferation at the $G_1$- S-interface (Sehgal, 1998). Since the calcineurin inhibitor cyclosporine and sirolimus/RAD inhibit subsequent steps in the T-cell-mediated immune response, combination of cyclosporine and sirolimus or RAD results in synergistic immunosuppressive activity (Kahan, 1997; Stepkowski et al., 1996; Schuurman et al., 1997; Hausen et al., 2000).

Cyclosporine and sirolimus/RAD have different toxicity spectra, with the only exception being hyperlipidemia (Brattström et al., 1998). Although sirolimus by itself is not nephrotoxic, animal (Andoh et al., 1996) and clinical studies (Kahan & The Rapamune US Study Group, 2000) have shown that sirolimus enhances cyclosporine nephrotoxicity. We showed in isolated, perfused rat brain slices that sirolimus and cyclosporine synergistically reduce high-energy phosphate concentrations (Serkova et al., 1999). In the same in vitro model, RAD showed the opposite effect and antagonized the cyclosporine-mediated inhibition of mitochondrial oxidative phosphorylation (Serkova et al., 2000a). However, these in vitro studies exclusively focused on high-energy phosphate metabolism. It is still unclear how sirolimus enhances the inhibition of oxidative phosphorylation by cyclosporine and why the structurally related RAD and sirolimus have opposite effects on high-energy metabolism in the presence of cyclosporine. In vitro (Serkova et al., 1999; 2000a) potential pharmacokinetic and distribution interactions are ignored (Serkova et al., 2000b). In addition, in these in vitro studies brain tissue was exposed to the study drugs for a maximum period of 2 h, a time period most likely too short to detect potential effects of the study drugs on protein expression.

Here, we treated rats with cyclosporine, sirolimus, and RAD as well as sirolimus or RAD in combination with cyclosporine for 6 days. The effects of the study drugs on brain metabolism were evaluated using multinuclear magnetic resonance spectroscopy (MRS). To assess pharmacokinetic interactions, concentrations of the study drugs in blood, brain tissue and brain mitochondria were quantified using h.p.l.c./ mass spectrometry. It was our goal to evaluate and compare the effects of sirolimus and RAD on brain cell metabolism in the presence of cyclosporine.

## Methods

### Materials

Cyclosporine and RAD were kindly provided by Novartis Pharma AG (Basel, Switzerland). Sirolimus was purchased from Sigma (St. Louis, MO, U.S.A.). Stock solutions ($10 \text{ g l}^{-1}$) of each drug were prepared in absolute ethanol (Aldrich Chemicals, Milwaukee, WI, U.S.A.). Perchloric acid (PCA, 60%) as well as potassium hydroxide (KOH) for the extraction of brain tissue homogenates were from Aldrich Chemicals (Milwaukee, WI, U.S.A.). Deuterated chemicals ($D_2O$, NaOD, and DCl) for MRS were purchased from Cambridge Isotope Laboratories, Inc. (Andover, MA, U.S.A.) and NMR tubes of 5 mm diameter from Wilmad (Buena, NJ, U.S.A.). Cell metabolites in brain extracts were measured using a 500 MHz Bruker NMR spectrometer (Bruker Instruments Inc., Fremont, CA, U.S.A.). The system was controlled and data were processed using WINNMR software (Bruker Instruments Inc. Fremont, CA, U.S.A.). Methanol and zinc sulphate were purchased from Fisher Scientific (Fair Lawn, NJ, U.S.A.). Percoll and other chemicals for mitochondria isolation were from Aldrich Chemicals (Milwaukee, WI, U.S.A.). Concentrations of the study drug were measured using an h.p.l.c./h.p.l.c.-mass spectrometry (MS) system consisting of the following



BSC-SJA-0993

components (all series 1100 h.p.l.c. components, Hewlett-Packard, Palo Alto, CA, U.S.A.): h.p.l.c. I: G1311A quaternary pump, G1322A degasser and G1329A autosampler equipped with a G1330A thermostat; h.p.l.c. II: G1312A binary pump, G1322A degasser, G1316A column thermostat and G1946A mass selective detector. The two h.p.l.c. systems were connected via a 7240 Rheodyne 6-port switching valve mounted on a step motor (Rheodyne, Cotati, CA, U.S.A.). The system was controlled and data were processed using ChemStation Software Revision A.06.01 (Hewlett-Packard, Palo Alto, CA, U.S.A.). A 10·2 mm extraction column (Keystone Scientific, Bellefonte, PA, U.S.A.) filled with Hypersil ODS-1 of 10 μm particle size (Shandon, Chadwick, U.K.) and a 50·4.6 mm analytical column filled with $C_8$ material of 3.5 μm particle size (Zorbax XDB C8, Hewlett-Packard, Palo Alto, CA, U.S.A.) were used. The internal standard cyclosporin D was a kind gift from Novartis (Basel, Switzerland) and 28,40-O-diacetyl rapamycin was synthesized and purified as described by Streit et al. (1996).

## Animal studies

All animal protocols were reviewed and approved by the University of California, San Francisco, Committee on Animal Research.

The animals received humane care in compliance with the 'Principles of Laboratory Animal Care' formulated by the National Society for Medical Research and the 'Guide for the Care and Use of Laboratory Animals', published by the National Institutes of Health (NIH publication No. 80-123, revised 1985).

Seventy-two Wistar rats (two weeks old, $28 \pm 4$ g body weight) were purchased from Charles River, Inc. (Wilmington, MA, U.S.A.) and were allocated to six treatment groups: (I) vehicle (control, $n = 12$); (II) 10 mg $kg^{-1}$ cyclosporine (group Cs, $n = 12$); (III) 3 mg $kg^{-1}$ sirolimus (group SRL, $n = 12$); (IV) 3 mg $kg^{-1}$ RAD (group RAD, $n = 12$); (V) 10 mg $kg^{-1}$ cyclosporine + 3 mg $kg^{-1}$ sirolimus (group Cs + SRL, $n = 12$), (VI) 10 mg $kg^{-1}$ cyclosporine + 3 mg $kg^{-1}$ RAD (group Cs + RAD, $n = 12$). Stock solutions of the study drugs were dissolved in whole milk (1 : 10, final concentration 1 g $l^{-1}$). The study drugs were administered by oral gavage once daily. The final ethanol concentration was 10%. Animals in the control group were treated with 13 ml 10% ethanol/milk vehicle $kg^{-1}$ body weight. This corresponded to the highest alcohol doses administered during the study (groups Cs + SRL and Cs + RAD). The doses were chosen on basis of a previous dose finding study (results not shown) with the goal to find oral doses of the study drugs resulting in brain tissue concentrations in the range of those that have previously been shown to have significant effects on the cell metabolism of isolated brain slices (Serkova et al., 1999; 2000a).

During our study, the animals were closely monitored, including daily evaluations of appearance, grooming, appetite, behaviour, activity and body weight. At the end of the 6-day study period and 12 h after the last study drug dose, the animals were decapitated and whole blood and brain tissues were collected. Blood samples were drawn into tubes with EDTA as anticoagulant. Tissues were immediately frozen in liquid nitrogen and stored at −80°C until PCA extraction ($n = 6$ per group) or h.p.l.c./h.p.l.c.-MS analysis ($n = 6$ per group). Samples were analysed within 20 days.

## Measurement of brain cell metabolites using MRS

Frozen brain tissues were weighed; 2 g (wet weight) of each tissue sample was homogenized in a mortar grinder in the presence of liquid nitrogen and extracted with 6 ml ice-cold PCA (12%). The extracts were centrifuged, the aqueous phase was removed and neutralized using KOH. The samples were centrifuged once again and the aqueous phase was lyophilized overnight. The lyophilized brain PCA extracts were reconstituted in 400 ml deuterium oxide ($D_2O$) and adjusted to pH 7 using DCl and NaOD. The experiments with $^1H$-, $^{13}C$-, and $^{31}P$-MRS were carried out as described previously (Serkova et al., 1996). Trimethylsilyl propionic-2,2,3,3,-$d_4$ acid (TSP) was used as an external standard for quantification in $^1H$-MRS spectra. $^1H$ chemical shifts were referenced to TSP at 0 p.p.m. The use of an internal standard for $^1H$-MRS allowed quantification based on areas under the $^1H$-signals of single metabolites. The C3 peak of lactate at 21 p.p.m. was used as the chemical shift reference in $^{13}C$-MRS. For $^{31}P$-MRS, either phosphocreatine (PCr) at −2.33 p.p.m. or, if present, α-ATP at −9.90 p.p.m. were used as shift references. High-energy phosphate metabolism in the brain is a closed system, which means that a reduced concentration of one metabolite automatically leads to an increase of one or more other metabolites. Therefore, we calculated the relative concentrations of high-energy phosphates as the ratio of the $^{31}P$-MRS peak area of a metabolite to the total area of all high-energy phosphate metabolites quantified.

## Isolation of brain mitochondria

After treatment with the study drugs or their combinations for 6 days, the concentrations of cyclosporine, sirolimus, and RAD in rat brain mitochondria were determined using h.p.l.c./h.p.l.c.-MS analysis (vide infra). Brain mitochondria from rats treated with the vehicle or the study drugs were isolated by a modified procedure as described previously (Kristal & Dubinsky, 1997). Briefly: after decapitation, brains were rapidly dissected and placed in 10 ml ice-cold isolation buffer containing 350 mM sucrose, 2 mM HEPES and 1 mM EGTA (pH 7.4). After homogenization using a manual homogenizer, the brain suspension was centrifuged at $900 \times g$ to remove cellular debris and nuclei for 10 min. The supernatant was decanted into a centrifuge tube and re-centrifuged under the same conditions. The supernatant was transferred into another centrifuge tube and was centrifuged at $10,000 \times g$ for 10 min resulting in an olive-green mitochondrial precipitate. The mitochondrial fraction was homogenized in 1 part Percoll/7 parts buffer. The homogenate was layered over preformed discontinuous Percoll gradients consisting of a bottom layer of 40% Percoll in buffer and a top layer of 26% Percoll in buffer. The gradients were centrifuged at $31,000 \times g$ for 45 min. The mitochondrial fraction, which was concentrated at the interface of the two layers, was collected, re-constituted in buffer, and centrifuged again. The supernatant was removed, and the pellet was reconstituted in 0.5 ml of 1 M $KH_2PO_4$ buffer pH 7.4. Mitochondria were extracted and analysed using h.p.l.c./h.p.l.c.-MS as described below.

BSC-SJA-0994

*Measurement of tissue distribution of
immunosuppressants by h.p.l.c./h.p.l.c.-MS*

We used an h.p.l.c.-MS assay with automated online sample
extraction (h.p.l.c./h.p.l.c.-MS) for quantification of the study
drugs in blood, tissue and mitochondria, which was a
modification of the assay we described previously (Christians
*et al.*, 2000). Brain tissues (1.5 g wet weight) were thawed and
weighed. Brain samples were homogenized with 2 ml
$KH_2PO_4$ buffer pH 7.4 (1 M) using an electric homogenizer.
For protein precipitation, 200 $\mu$l methanol/1 M $ZnSO_4$ (80/
20 v v$^{-1}$) was added to each 100 $\mu$l sample (homogenized
brain, blood or isolated mitochondria). Cyclosporin D and
28,40-O-diacetyl rapamycin were added as internal standards
for cyclosporine and sirolimus/RAD, respectively, resulting in
final concentrations of 100 $\mu$g l$^{-1}$. After centrifugation,
100 $\mu$l of the supernatant was injected onto the extraction
column. Samples were washed with a mobile phase of 40%
methanol and 60% 0.1% formic acid supplemented with
1 $\mu$mol l$^{-1}$ sodium formate. The flow was 5 ml min$^{-1}$ and the
temperature for the extraction column was set to 65°C. After
0.75 min, the switching valve was activated and the analytes
were eluted in the backflush mode from the extraction
column onto analytical column (flow 0.5 ml min$^{-1}$). The
mobile phase consisted of 90% methanol and 10% 0.1%
formic acid supplemented with 1 $\mu$mol l$^{-1}$ sodium formate.
The mass spectrometer was run in the selected ion mode and
positive ions $[M+Na]^+$ were recorded. For all matrices, the
analytical recovery was >90%. In blood, brain and isolated
mitochondria, the assay was linear from 1 $\mu$g l$^{-1}$ (lower limit
of quantification) to 500 $\mu$g l$^{-1}$ for cyclosporine and
0.25 $\mu$g l$^{-1}$ to 100 $\mu$g l$^{-1}$ for the macrolides (r$^2$>0.99).

*Data analysis*

All results are reported as means±standard deviation (s.d.).
The results of the control and immunosuppressant-treated
groups were compared using unpaired Student's *t*-test or
analysis of variance in combination with Duncan grouping as
*post hoc* test (SPSS, version 9.0, SPSS Inc., Chicago, IL,
U.S.A.).

## Results

*Clinical monitoring*

On study day 6, the average weight (±s.d.) of vehicle treated
animals in the control group was 166±12% of the initial
body weight (Figure 2). In contrast, cyclosporine-treated
animals (group Cs) showed no weight gain (91±10% of the
initial body weight). Animals treated with sirolimus or RAD
(groups SRL and RAD) were in better condition than the
cyclosporine-treated animals and gained weight, however,
slower than the control group (122±8 and 122±9%,
respectively). Co-administration of cyclosporine and sirolimus
had the most negative effect on the parameters recorded
including body weight (85±8% of the initial body weight). In
comparison to cyclosporine alone, animals treated with a
combination of cyclosporine and RAD lost slightly but
significantly less weight than those treated with cyclosporine
alone (97±13%). On day 6, body weights differed signifi-



Figure 2  Effect of the study drugs and their combinations on weight
gain during the observation period. Data (mean±standard deviation,
$n=12$) shows the per cent change at the beginning of each study day
in comparison with the weight at day 1 prior to dosing (=100%).
The study drugs were administered by oral gavage for 6 days. The
rats (2-weeks old, mean weight 28±4 g) received the following doses:
control, 13 ml vehicle (10% ethanol in milk); Cs, 10 mg kg$^{-1}$ d$^{-1}$
cyclosporine; SRL, 3 mg kg$^{-1}$ d$^{-1}$ sirolimus; RAD, 3 mg kg$^{-1}$ d$^{-1}$
RAD;  Cs+SRL,  10 mg kg$^{-1}$ d$^{-1}$  cyclosporine+3 mg kg$^{-1}$ d$^{-1}$
sirolimus; Cs+RAD, 10 mg kg$^{-1}$ d$^{-1}$ cyclosporine+3 mg kg$^{-1}$ d$^{-1}$
RAD. (A) Comparison of groups Cs, SRL and Cs+SRL; (B)
comparison of groups Cs, RAD and Cs+RAD. The results of the
control group and Cs are shown in both (A) and (B) to facilitate
comparison.

cantly ($P<0.001$) among groups as evaluated by analysis of
variance in combination with Duncan grouping: control
> RAD = SRL > Cs + RAD > Cs > Cs + SRL.

*Effect of the study drugs on brain cell metabolism*

[1]H-MRS  In control rats, the following cell metabolites
could be quantified: the neuronal marker N-acetyl aspartate
(NAA), the excitatory amino acid neurotransmitters gluta-
mate and aspartate, the inhibitory neurotransmitter γ-amino
butyric acid (GABA), the cellular osmolytes taurine and
myo-inositol as well as lactate (Table 1). In comparison to
the controls, cyclosporine (group Cs) decreased the brain
tissue concentrations of NAA (59% of control, $P<0.002$,
Table 1) and those of the neurotransmitters glutamate (78%;

BSC-SJA-0995

Table 1  The effects of the study drugs and their combinations on concentrations of neurotransmitters and cell metabolites in rat brain extracts analysed by $^1$H-mrs

|  | Control (I) n = 7 | Cs (II) n = 5 | SRL (III) n = 5 | RAD (IV) n = 5 | Cs + SRL (V) n = 5 | Cs + RAD (VI) n = 5 |
|---|---|---|---|---|---|---|
| NAA | 28.2 ± 4.1 | 16.5 ± 1.8*** | 21.6 ± 2.8* | 20.6 ± 5.1* | 14.2 ± 2.0*** | 22.2 ± 3.8 |
| Aspartate | 6.8 ± 2.0 | 4.9 ± 1.8 | 5.7 ± 1.3 | 5.5 ± 1.5 | 3.6 ± 1.4* | 5.1 ± 0.6 |
| GABA | 6.7 ± 1.1 | 4.5 ± 0.9* | 5.7 ± 1.6 | 5.8 ± 1.6 | 4.0 ± 0.6** | 5.1 ± 1.5 |
| Glutamate | 15.0 ± 2.6 | 11.7 ± 1.5** | 13.2 ± 2.5 | 13.4 ± 0.9 | 9.1 ± 1.3*** | 13.7 ± 0.6 |
| Glutamine | 8.3 ± 1.0 | 7.4 ± 1.9 | 10.8 ± 2.1* | 11.1 ± 1.3** | 9.7 ± 1.6 | 7.4 ± 2.0 |
| Lactate | 7.5 ± 0.8 | 10.4 ± 1.0***. | 6.1 ± 0.5** | 5.2 ± 0.4*** | 4.0 ± 0.3*** | 6.5 ± 0.3* |
| Taurine | 16.9 ± 4.2 | 16.8 ± 4.4 | 14.9 ± 1.1 | 15.3 ± 7.4 | 15.1 ± 4.2 | 15.4 ± 3.0 |
| Myo-Inositol | 10.9 ± 0.8 | 8.6 ± 2.2* | 7.4 ± 1.1** | 7.3 ± 0.9** | 4.2 ± 0.7*** | 7.8 ± 1.0* |

All concentrations (μmol g$^{-1}$ wet weight) are means ± s.d. Data was analysed using analysis of variance in combination with Duncan grouping: *($P < 0.05$), **($P < 0.02$) and ***($P < 0.002$) in comparison to the control group. Abbreviations: Cs, cyclosporine; GABA, $\gamma$-aminobutyric acid; NAA, N-acetyl aspartate; SRL, sirolimus.

$P < 0.02$), and GABA (67%, $P < 0.05$). Lactate concentrations increased to 140% ($P < 0.002$). The effects of sirolimus (group SRL) and RAD (group RAD) were similar. In contrast to cyclosporine, the macrolide immunosuppressants decreased lactate concentrations (sirolimus: 81%, $P < 0.02$; RAD: 69%, $P < 0.002$). Sirolimus and RAD also slightly decreased the brain concentration of NAA and increased the concentrations of glutamine (Table 1).

Co-administration of cyclosporine and sirolimus (group Cs + SRL) had the most significant effect. Among the treatment groups, brain tissue extracts from animals in the Cs + SRL group contained the lowest concentrations of NAA (50% of control, $P < 0.002$), of glutamate (60%, $P < 0.002$), of GABA (59%, $P < 0.02$), and of lactate (53%, $P < 0.002$). In comparison to the controls, co-administration of cyclosporine and RAD, however, did not significantly affect most of the parameters measured with the exception of a slight decrease in lactate and myo-inositol concentrations (Table 1).

$^{13}$C-MRS  Although the natural abundance of $^{13}$C-isotopes is only 1.1%, intensities of $^{13}$C-MRS signals in our brain extracts were sufficient for reliable quantification of $^{13}$C-groups of glucose and the following intermediates of the glucose pathways: aspartate, lactate, GABA, glutamate, glutamine, and oxaloacetate. In addition, the $^{13}$C-signals of creatine, myo-inositol, NAA and taurine were detected. Representative $^{13}$C-MRS spectra of rat brain PCA extracts from rats of the control, Cs, SRL and RAD groups are shown in Figure 3.

In comparison to the controls, brain extracts of cyclosporine treated animals showed reduced signal intensities of Krebs cycle-dependent metabolites such as glutamate, glutamine, GABA, and NAA (Figure 3). This reduction was accompanied by glucose (at 92.9 and 96.8 p.p.m.) and oxaloacetate (at 50 p.p.m.) signals above the detection limit, which were not present in the spectra of the controls. Additionally, the $^{13}$C-signal of lactate, an important anaerobic glucose metabolite, was slightly increased. Glucose and oxaloacetate signals were undetectable in the $^{13}$C-spectra of brain extracts from rats in the SRL and RAD groups. Lactate signals in these spectra were consistently smaller than in spectra of the control group. Characteristic changes after treatment with sirolimus or RAD were the significantly increased intensities of glutamine signals in comparison to the controls. Due to

the lack of an internal standard, absolute concentrations of metabolites based on the $^{13}$C-MRS spectra could not be determined. We calculated the ratios of $^{13}$C-signal intensities of Krebs cycle metabolites (aerobic glucose metabolism)/glycolysis intermediates (anaerobic glucose metabolism):

Krebs cycle/glycolysis (aerobic/anaerobic glucose metabolism) ratio –

$$\frac{\sum glutamate + glutamine + GABA + aspartate + NAA + oxaloacetate}{\sum lactate}$$

The ratios were 9.5 ± 1.1 for the control group ($n = 7$, mean ± s.d.), 5.6 ± 0.9 for the Cs group ($n = 5$), 14.1 ± 1.6 for the SRL group ($n = 5$) and 14.7 ± 2.9 for the RAD group ($n = 5$).

Co-administration of cyclosporine and sirolimus resulted in a reduction of all intermediates of glucose metabolism, from both Krebs cycle as well as from anaerobic glycolysis (Figure 4B) resulting in an aerobic/anaerobic glucose metabolite ratio of 13.0 ± 1.3. In comparison, glucose metabolism was less affected when cyclosporine and RAD were co-administrated (ratio: 9.8 ± 1.4, Figure 4C). The ratios were significantly different with $P < 0.002$ (Duncan grouping, SRL = RAD = Cs + SRL > control = Cs + RAD).

$^{31}$P-MRS  The results of the $^{31}$P-MRS analyses are summarized in Table 2. Treatment with cyclosporine reduced the relative concentrations of nucleoside triphosphates (NTP) to 34%, those of phosphocreatine to 30% and those of nicotinamide adenine dinucleotide (NAD$^+$) to 76% of the controls. In parallel, relative nucleoside diphosphate (NDP) concentrations were 2.4 fold and nucleoside monophosphate (NMP) concentrations 20.8 fold higher than in the control group. Sirolimus and RAD inhibited high-energy phosphate metabolism to a significantly smaller extent than cyclosporine (Table 2). Compared to the controls, sirolimus decreased NTP to 61% of the controls and increased relative NDP concentrations to 161% and NMP concentrations 5 fold. RAD decreased NTP concentration to 77% of controls, increased NDP concentrations to 171% but had no statistically significant effect on NMP concentrations. Both sirolimus and RAD did not significantly affect phosphocreatine or NAD$^+$ concentrations.

Again, co-administration of sirolimus and cyclosporine resulted in the most significant changes. At the end of the

BSC-SJA-0996



**Figure 3** Representative [13]C-MRS spectra of brain PCA extracts from rats in the control (A) and mono-treatment groups Cs (B), SRL (C), and RAD (D). Rats were treated with the following doses by oral gavage for 6 days: (A) control, 13 ml vehicle (10% ethanol in milk, total $n=7$), (B) Cs, 10 mg kg$^{-1}$ d$^{-1}$ cyclosporine ($n=5$), (C) SRL, 3 mg kg$^{-1}$ d$^{-1}$ sirolimus ($n=5$) and (D) RAD, 3 mg kg$^{-1}$ d$^{-1}$ RAD ($n=5$). Abbreviations: Asp, aspartate; Cr, creatine; Cs, cyclosporine; GABA, γ-aminobutyric acid; Glc, glucose; Gln, glutamine; Glu, glutamate; Ins, myo-inositol; Lac, lactate; NAA, N-acetyl aspartate; OAA, oxaloacetate; SRL, sirolimus; Tau, taurine.

BSC-SJA-0997



**C. Cs+RAD**

Gln

Glu →

**B. Cs+SRL**

Cr

Glu

Gln

Lac

**A. control**

Ins

Tau

GABA

NAA

**Figure 4** Representative $^{13}$C-MRS spectra of brain PCA extracts from rats in the control group (A) and after co-administration of cyclosporine and sirolimus (group Cs+SRL, B) and cyclosporine and RAD (group Cs+RAD, C). Rats were treated with the following doses by oral gavage for 6 days: (A) control, 15 ml vehicle (10% ethanol in milk, total $n=7$), (B) Cs+SRL, 10 mg kg$^{-1}$ d$^{-1}$, cyclosporine+3 mg kg$^{-1}$ d$^{-1}$ sirolimus ($n=5$) and (C) Cs+RAD, 10 mg kg$^{-1}$ d$^{-1}$ cyclosporine+3 mg kg$^{-1}$ d$^{-1}$ RAD. Abbreviations: Cr, creatine; Cs, cyclosporine; GABA, γ-aminobutyric acid; Gln, glutamine; Glu, glutamate; Ins, myo-inositol; Lac, lactate; NAA, N-acetyl aspartate; SRL, sirolimus; Tau, taurine.

study period, the average relative NTP concentration in brains of animals in group Cs+SRL was 22%, that of phosphocreatine 22% and that of NAD$^+$ 45% of the controls. Consequently, relative NDP and NMP concentrations were significantly higher than in the controls. Again, co-administration of cyclosporine and RAD compared favorably

BSC-SJA-0998

with the cyclosporine/sirolimus combination (group Cs+SRL) and also with cyclosporine mono-treatment (group Cs). In the Cs+RAD group relative brain concentrations of NTP were reduced to 55% of the controls. However, there was no statistically significant difference between relative phosphocreatine and NAD⁺ concentrations between group Cs+RAD and the controls (Table 2). Comparison of the six study groups using analysis of variance indicated significant differences in the relative concentrations of the key parameters NTP, phosphocreatine and NAD⁺ (all $P<0.0002$). Duncan grouping gave the following results: NTP, control> RAD>SRL>Cs+RAD>Cs>Cs+SRL; phosphocreatine: control=SRL=RAD=Cs+RAD>Cs>Cs+SRL; NAD⁺: control=SRL=RAD=Cs+RAD>Cs>Cs+SRL.

### Blood and brain tissue concentrations of immunosuppressants

The concentrations of the study drugs in blood and brain tissue 12 h after the last dose ($C_{12h}$) are shown in Table 3. Comparison of the brain-to-blood partition coefficients showed that co-administration of cyclosporine and sirolimus increased brain penetration for both cyclosporine ($0.68\pm0.03$ in group Cs+SRL versus $0.56\pm0.08$ in group Cs, mean±s.d., $P<0.05$) and sirolimus ($10.9\pm2.0$ in group Cs+SRL versus $6.0\pm1.6$ in group SRL, $P<0.01$). In contrast, co-administration of cyclosporine and RAD decreased the cyclosporine brain-to-blood partition coefficient ($0.44\pm0.06$ in group Cs+RAD versus $0.56\pm0.08$ in group Cs, $P<0.05$). The brain-to-blood partition coefficient for RAD was not affected by the presence of cyclosporine ($3.4\pm0.5$ in group Cs+RAD versus $3.4\pm1.2$ in group RAD, statistically not significant).

### Distribution into brain mitochondria

At the end of the study period, RAD and cyclosporine, but not sirolimus, were found in rat brain mitochondria (limit of detection of the h.p.l.c./h.p.l.c.-MS assay: $0.23\ \mu g\ l^{-1}$). In group Cs, the cyclosporine concentrations in mitochondria were 28%, and in the RAD group, RAD concentrations in the mitochondria were 82% of those in the brain tissue (Tables 3 and 4). Addition of RAD reduced cyclosporine concentrations in brain mitochondria by 65% ($P<0.005$ group Cs+RAD versus group Cs), while cyclosporine increased RAD penetration into mitochondria 2.5 fold ($P<0.0001$ group Cs+RAD versus group RAD).

Even though sirolimus itself could obviously not pass mitochondrial membranes (Table 4), it increased cyclosporine

Table 4  Cyclosporine, sirolimus and RAD concentrations in isolated brain mitochondria of rats after oral treatment with the study drugs or their combinations for 6 days

|  | Cyclosporine [ng g⁻¹] | Sirolimus [ng g⁻¹] | RAD [ng g⁻¹] |
|---|---|---|---|
| Mono | 68.3±14.8 | <LLOQ | 66.5±10.2 |
| Cs+SRL | 216.2±13.2*⁶ | <LLOQ | – |
| Cs+RAD | 24.6±6.3* | – | 171.4±2.0*** |

Concentrations are presented as means±s.d. ($n=3$ for each group). Data was analysed using analysis of variance in combination with Duncan grouping: *($P<0.05$), **($P<0.02$) in comparison with the corresponding mono-treatment group. Abbreviations: <LLOQ, concentration below lower limit of quantification; mono, mono-treatment (group Cs, SRL or RAD).

Table 2  The effects of cyclosporine, sirolimus and RAD, as well as co-administration of cyclosporine/sirolimus and cyclosporine/RAD on brain phosphate metabolism

|  | Control (I) n=7 | Cs (II) n=5 | SRL (III) n=5 | RAD (IV) n=5 | Cs+SRL (V) n=5 | Cs+RAD (VI) n=5 |
|---|---|---|---|---|---|---|
| NTP | 40.5±1.5 | 13.6±2.7*** | 26.0±2.7** | 31.4±2.5* | 9.5±7.9**⁶ | 22.3±8.0*⁶ |
| NDP | 5.9±1.5 | 14.2±0.9*** | 9.5±3.1* | 10.1±3.5* | 11.2±4.5** | 12.0±2.4** |
| NMP | 0.5±0.4 | 10.4±0.7*** | 2.5±1.9* | 1.2±1.7 | 7.5±5.2*** | 5.0±2.5* |
| PCr | 2.3±1.7 | 0.7±0.5* | 1.4±0.8 | 2.2±1.3 | 0.5±0.5*** | 1.7±1.0 |
| NAD⁺ | 5.1±0.7 | 3.9±0.3** | 4.5±1.1 | 5.0±0.3 | 2.3±0.9*** | 5.1±0.5 |

The values (means±s.d.) were calculated from ³¹P-MRS spectra after extraction with perchloric acid and are the ratios of the metabolite peak area/sum of all metabolite peak areas. Data was analysed using analysis of variance in combination with Duncan grouping: *($P<0.05$), **($P<0.002$) and ***($P<0.0002$) in comparison to the control group. Abbreviations: Cs, cyclosporine; NAD⁺, nicotinamide adenine dinucleotide; NDP, nucleoside diphosphates; NMP, nucleoside monophosphates; NTP, nucleoside triphosphates; PCr, phosphocreatine; SRL, sirolimus.

Table 3  Cyclosporine, sirolimus and RAD blood and brain concentrations in rats 12 h after the last dose following 6 days of oral administration (alone or in combination)

|  | Cyclosporine | | Sirolimus | | RAD | |
|---|---|---|---|---|---|---|
|  | Blood [ng ml⁻¹] | Brain [ng g⁻¹] | Blood [ng ml⁻¹] | Brain [ng g⁻¹] | Blood [ng ml⁻¹] | Brain [ng g⁻¹] |
| Group | | | | | | |
| Mono | 409.2±133.3 | 222.1±34.8 | 31.2±13.2 | 178.4±21.8 | 26.3±10.2 | 81.2±6.0 |
| Cs+SRL | 702.4±12.3* | 490.0±48.7** | 24.3±6.1 | 257.3±19.7* | – | – |
| Cs+RAD | 420.6±96.0 | 182.6±17.2 | – | – | 53.9±15.6** | 178.9±28.9** |

Concentrations are presented as means±s.d. ($n=3$ for each group). Data was analysed using analysis of variance in combination with Duncan grouping: *($P<0.05$), **($P<0.02$) in comparison with the corresponding mono-treatment group. Abbreviation: mono, mono-treatment (group Cs, SRL or RAD).



BSC-SJA-0999

distribution into brain mitochondria 3.1 fold ($P < 0.001$ group Cs + SRL versus group Cs).

## Discussion

Our results show that, at the doses used, sirolimus enhances the negative effects of cyclosporine on rat brain metabolism *in vivo*. In contrast, RAD has either no effect or improves brain glucose and high-energy phosphate metabolism in the presence of cyclosporine.

We carried out our study in 14-day-old rather than adult rats for several reasons. The brains of young rats are more resistant against hypoxia compared to those of adult rats during sample preparation and extraction. Our previous *in vitro* studies used rat brain slices of young rats for the same reason. The use of young rats in our *in vivo* study facilitated comparison with our *in vitro* results (Serkova *et al.*, 1999; 2000a) without being confounded by potential age-dependent differences. In adult *cynomolgus* monkeys, steady-state concentrations of cyclosporine in brain were found to be 4.7 fold lower than those in blood (Serkova *et al.*, 2000b). The distribution of cyclosporine into the brain is mostly limited by the ATP-binding cassette transporter p-glycoprotein as part of the blood-brain barrier (Schinkel *et al.*, 1996). In 14-day-old rats, the blood-brain barrier is not yet fully developed. This allowed us to reach cyclosporine concentrations in the range of those known to significantly change brain metabolism *in vitro* in isolated brain slices (Serkova *et al.*, 1999; 2000a) without being limited by peripheral organ toxicity.

As mentioned above, it can be expected that the metabolic changes after short-term exposure (Serkova *et al.*, 1999; 2000a) differ from those after long-term exposure since changes of cell metabolism, such as mechanisms that involve modulation of protein expression, may take significantly longer than 2 h to reach full effects. However, our results show that the rat brain cells were unable to compensate for the effects of the study drugs during long-term exposure and that the changes of high energy phosphate metabolism observed *in vivo* here were similar to our previous *in vitro* studies (Serkova *et al.*, 1999; 2000a).

Our study gave additional insights into the mechanisms underlying the reduction of high-energy phosphate concentrations by cyclosporine. Previously described mechanisms involved in the cyclosporine-mediated reduction of cellular ATP concentrations include increased radical formation (Uemoto *et al.*, 1989; Wang & Salahudeen, 1994; Wolf *et al.*, 1997) and mitochondrial $Ca^{2+}$-overload (Salducci *et al.*, 1996). The accumulation of oxaloacetate and lactate indicated that cyclosporine significantly inhibited the Krebs cycle at its entrance, possibly by inhibiting pyruvate dehydrogenase. The increased concentrations of oxaloacetate in combination with the reduction of aspartate and glutamate concentrations may suggest that cyclosporine also inhibited the aspartate/malate shuttle, which transfers cytosolic NADH produced during glycolysis into the mitochondria. However, the cause-effect relationships between the negative effects of cyclosporine on mitochondrial glucose metabolism observed in our study and increased mitochondrial calcium concentrations and enhanced oxygen radical production as reported previously by others (Uemoto *et al.*, 1989; Wang &

Salahudeen, 1994; Wolf *et al.*, 1997; Salducci *et al.*, 1996) remains to be evaluated in future studies.

Our *in vivo* study confirmed previous *in vitro* results indicating that in contrast to cyclosporine, sirolimus and RAD do not directly affect mitochondrial oxidation (Serkova *et al.*, 2000a). Sirolimus and RAD had little effect on the concentrations of Krebs cycle products; $NAD^+$ concentrations, a marker of oxidative phosphorylation (Erecinska & Wilson, 1982), were not significantly different from the controls. However, sirolimus and RAD reduced lactate concentrations indicating interference of these compounds with cytosolic glycolysis. Quantification of lactate by MRS may not be a reliable parameter, since during sample collection, tissues are hypoxic and aerobic glycolysis is stimulated. We tried to minimize hypoxic effects during sample collection by snap freezing tissues at $-80°C$. The rather small standard deviations of the lactate concentrations in Table 1 indicated that sample collection and preparation exhibited little variability and that comparison of lactate concentrations with those of the controls yielded valid information. An earlier study showed that sirolimus inhibits cytosolic glycolysis in activated T-lymphocytes by reducing the activity of aldolase (Wang *et al.*, 1996). Since the MRS assays used in our study did not allow for detection of upstream glycolysis products, it was not possible to decide whether or not aldolase inhibition also was the major mechanism underlying the inhibitory effects of sirolimus, and possibly RAD, on glucose metabolism found in our study. Interestingly, we did not find an increase of oxaloacetate when cyclosporine was combined with sirolimus or RAD (Figure 4). This may indicate that most of the oxaloacetate that accumulated during cyclosporine mono-treatment was synthesized from glycolysis products, e.g. via pyruvate carboxylase (Scrutton, 1978; Jitrapakdee & Wallace, 1999) The small, but significant reduction of NTP during treatment with sirolimus and RAD may be explained by the reduced availability of Krebs cycle substrates through glycolysis and the reduced production of cytosolic NADH.

Our results show that enhancement of the cyclosporine-mediated inhibition of high-energy phosphate product is based on a pharmacodynamic as well as on a pharmacokinetic interaction. Cyclosporine decreases the Krebs cycle/glycolysis ratio, by both reducing the concentration of Krebs cycle products and increasing the concentration of glycolysis products. In addition to a possible accumulation of glycolysis products as a result of inhibiting the Krebs cycle, this may be due to activation of cytosolic glycolysis to partially compensate for the inhibition of mitochondrial high-energy phosphate production by cyclosporine. As indicated by the lack of difference of the Krebs cycle/glycolysis ratio after co-administration of cyclosporine and sirolimus versus sirolimus alone, sirolimus may override a potential stimulating effect of cyclosporine on cytosolic ATP production via glycolysis. Inhibition of a major compensatory mechanism can be expected to enhance the effects of cyclosporine on high-energy phosphate metabolism. In addition, co-administration of cyclosporine and sirolimus increased the blood and brain tissue concentrations of both cyclosporine and sirolimus as well as the mitochondrial concentrations of cyclosporine. Similar cyclosporine/sirolimus drug interactions have been reported in the rat (Napoli *et al.*, 1998). Possible mechanisms include interactions at ATP-binding cassette transporters and

BSC-SJA-1000

cytochrome P4503A enzymes in the small intestine and liver as previously discussed in detail (Crowe & Lemaire, 1998; Lampen *et al.*, 1998; Napoli *et al.*, 1998; Crowe *et al.*, 1999; Serkova *et al.*, 1999; 2000a,b).

In contrast to sirolimus, RAD did not affect cyclosporine concentrations in blood and brain tissue but reduced cyclosporine concentrations in brain mitochondria by 65%. Our previous study indicated that in isolated rat brain slices, RAD antagonizes the effects of cyclosporine by stimulating oxidative phosphorylation (Serkova *et al.*, 2000a). Our study here shows that in the presence of cyclosporine, RAD also partially restores the Krebs cycle. The opposite effects of sirolimus and RAD on Krebs cycle and high-energy phosphate metabolism in the presence of cyclosporine can be explained by our finding that at the doses used, RAD, but not sirolimus, distributes into brain mitochondria. These findings are consistent with the results of our previous *in vitro* study (Serkova *et al.*, 2000a). Our previous *in vitro* study clearly indicated a pharmacodynamic, synergistic interaction between sirolimus and a pharmacodynamic antagonistic interaction between RAD with cyclosporine-mediated reduction of high-energy phosphate concentrations (Serkova *et al.*, 1999; 2000a). Our study results did not allow us to decide whether the opposite effects of sirolimus and RAD on the distribution of cyclosporine into mitochondria or the fact that RAD, but not sirolimus, distributes into mitochondria was the major mechanism responsible for the different effects of RAD and sirolimus on brain metabolism in the presence of cyclosporine *in vivo*.

As reviewed by Beal (1992) and to our knowledge, there is not a single report in the literature showing that inhibition of anaerobic glycolysis alone causes neuropathological symptoms. This is in agreement with the observation that sirolimus alone causes neither neurotoxicity nor nephrotoxicity.

However, drugs that are inhibitors of glycolysis potentially enhance toxicity of other drugs that inhibit mitochondrial oxidation by inhibiting the major pathway to compensate for the inhibition of mitochondrial high-energy production. Concomitant with our study, Kahan & The US Rapamune Study Group (2000) reported that in transplant patients the kidney is the major target organ of the enhancement of cyclosporine toxicity by sirolimus. Preliminary results of a study in adult rats show that the interaction mechanisms of cyclosporine, sirolimus and/or RAD and their effects on cell metabolism identified in brain is consistent with findings in the kidney (Serkova *et al.*, unpublished results). This suggests that the interaction mechanisms identified here may also explain the enhancement of long-term cyclosporine nephrotoxicity by sirolimus observed in sirolimus phase III clinical trials (Kahan & The US Rapamune Study Group, 2000).

On the other hand, the cyclosporine/sirolimus or cyclosporine/RAD dose ratio used here was 3.3 : 1, while the dose ratios in clinical study protocols used today is 20-100 : 1. It remains to be evaluated whether or not the favourable toxicological effects of RAD in comparison to sirolimus in combination with cyclosporine found here will translate into a significant advantage in long-term treated patients and at clinically relevant cyclosporine/RAD dose ratios.

The authors thank Dr Thomas L. James and Dr Vladimir Basus (Department of Pharmaceutical Chemistry, School of Pharmacy, University of California at San Francisco) for their most valuable input and support and Ms Karen Baner for her assistance with the animal experiments. Financial support for this work was obtained from the Alexander von Humboldt-Foundation (grant V-3-PLF-1052812), the Deutsche Forschungsgemeinschaft (grants Ch95/6-2 and Se985/1-1) and Novartis Pharma AG (Basel, Switzerland).

## References

ANDOH, T.F., LINDSLEY, J., FRANCESCHINNI, N. & BENNETT, W.M. (1996). Synergistic effects of cyclosporine and rapamycin in a chronic nephrotoxicity model. *Transplantation*, **62**, 311 – 316.

BEAL, M.F. (1992). Does impairment of energy metabolism result in excitotoxic neuronal death in neurodegenerative illnesses? *Ann. Neurol.*, **31**, 119 – 130.

BRATTSTRÖM, C., WILCZEK, H., TYDEN, G., BOTTINGER, Y., SÄWE, J. & GROTH, C.G. (1998). Hyperlipidemia in renal transplant recipients treated with sirolimus (rapamycin). *Transplantation*, **65**, 1272 – 1274.

CALNE, R.Y., ROLLES, K., THIRU, S., McMASTER, P., CRADDOCK, G.N., AZIZ, S., WHITE, D.J.G., EVANS, D.B., DUNN, D.C., HENDERSON, R.G. & LEWIS, P. (1979). Cyclosporin A initially as the only immunosuppressant in 34 recipients of cadaveric organs: 32 kidneys, 2 pancreas and 2 livers. *Lancet*, **8151**, 1033 – 1036.

CHRISTIANS, U., JACOBSEN, W., SERKOVA, N., BENET, L.Z., VIDAL, C., SEWING, K.F., MANNS, M.P. & KIRCHNER, G.I. (2000). Automated, fast and sensitive quantification of drugs in blood using LC/LC-MS: Immunosuppressants. *J. Chromatogr. B*, **748**, 41 – 53.

CROWE, A., BRÜLISAUER, A., DÜRR, L., GINTZ, P. & LEMAIRE, M. (1999). Absorption and intestinal metabolism of RAD and rapamycin in rats. *Drug Metab. Dispos.*, **27**, 627 – 632.

CROWE, A. & LEMAIRE, M. (1998). In vitro and in situ absorption of RAD using a human intestinal cell line (Caco-2) and a single pass perfusion model in rats: comparison with rapamycin. *Pharm. Res.*, **15**, 1666 – 1672.

ERECINSKA, M. & WILSON, D.F. (1982). Regulation of cellular energy metabolism. *J. Membrane Biol.*, **70**, 1 – 14.

FAULDS, G., GOA, K.L. & BENFIELD, P. (1993). Cyclosporine. A review of its pharmacodynamic properties, and therapeutic use in immunoregulatory disorders. *Drugs*, **45**, 953 – 1040.

GABE, S.M., BJARNASON, I., TOLOU-GHAMARI, Z., TREDGER, J.M., JOHSON, P.G., BARCLAY, G.R., WILLIAMS, R. & SILK, D.B.A. (1998). The effect of tacrolimus (FK506) on intestinal barrier function and cellular energy production in humans. *Gastroenterology*, **115**, 67 – 74.

GIJTENBEEK, J.M., VAN DEN BENT, M.J. & VECHT, C.J. (1999). Cyclosporine neurotoxicity: a review. *J. Neurol.*, **246**, 339 – 346.

GUMMERT, J.F., IKONEN, T. & MORRIS, R.E. (1999). Newer immunosuppressive drugs: a review. *J. Am. Soc. Nephrol.*, **10**, 1366 – 1380.

HAUBEN, M. (1996). Cyclosporine neurotoxicity. *Pharmacotherapy*, **16**, 576 – 583.

HAUSEN, B., IKONEN, T., BRIFFA, N., BERRY, G.J., CHRISTIANS, U., ROBBINS, R.C., HOOK, L., SERKOVA, N., BENET, L.Z., SCHULER, W. & MORRIS, R.E. (2000). Combined immunosuppression with cyclosporine (Neoral) and SDZ RAD in non-human primate lung transplantation: systematic pharmacokinetic-based trials to improve efficacy and tolerability. *Transplantation*, **69**, 76 – 86.

HENKE, W., NICKEL, E. & JUNG, K. (1992). Cyclosporine A inhibits ATP net uptake of rat kidney mitochondria. *Biochem. Pharmacol.*, **43**, 1021 – 1024.

IUPAC. (1993). IUPAC Nomenclature of Organic Chemistry. A guide to IUPAC nomenclature of organic components (recommendations 1993). Blackwell Scientific Publications, Boston.

JITRAPAKDEE, S. & WALLACE, J.C. (1999). Structure, function and regulation of pyruvate carboxylase. *Biochem. J.*, **340**, 1 – 16.



BSC-SJA-1001

KAHAN, B.D. (1989). Cyclosporine. N. Engl. J. Med., 321, 1727–1737.

KAHAN, B.D. (1997). The synergistic effect of cyclosporine and sirolimus. Transplantation, 63, 170.

KAHAN, B.D. & THE RAPAMUNE US STUDY GROUP. (2000). Efficacy of sirolimus compared with azathioprine for reduction of acute renal allograft rejection: a randomized multicentre study. Lancet, 356, 194–202.

KRISTAL, B.K. & DUBINSKY, J.M. (1997). Mitochondrial permeability transition in the central nervous system: induction by calcium cycling-dependent and -independent pathways. J. Neurochem., 69, 524–538.

LAMPEN, A., ZHANG, Y., HACKBARTH, I., BENET, L.Z., SEWING, K.F. & CHRISTIANS, U. (1998). Metabolism and transport of the macrolide immunosuppressant sirolimus in the small intestine. J. Pharmacol. Exp. Ther., 285, 1104–1112.

MADSEN, K.L., YANCHAR, N.L., SIGALET, D.L., REIGEL, T. & FEDORAK, R.N. (1995). FK506 increases permeability in rat intestine by inhibiting mitochondrial function. Gastroenterology, 109, 107–114.

MASSICOT, F., MARTIN, C., DUTERTRE-CATELLA, H., ELOUK-ACHARD, S., PHAM-HUY, C., THEVENIN, M., RUCAY, P., WARNET, J.M. & CLAUDE, J.R. (1997). Modulation of energy status and cytotoxicity induced by FK506 and cyclosporin A in a renal epithelial cell line. Arch. Toxicol., 71, 529–531.

NAPOLI, K.L., WANG, M.E., STEPKOWSKI, S.M. & KAHAN, B.D. (1998). Relative tissue distribution of cyclosporine and sirolimus after concomitant peroral administration to the rat: evidence for pharmacokinetic interaction. Ther. Drug Monit., 20, 123–133.

SALDUCCI, M.D., CHAUVET-MONGES, A.M., TILLEMENT, J.P., ALBENGRES, E., TESTA, B., CARRUPT, P. & CREVAT, A. (1996). Trimetazidine reverses calcium accumulation and impairment of phosphorylation induced by cyclosporine A in isolated rat liver mitochondria. J. Pharmacol. Exp. Ther., 277, 417–422.

SCHINKEL, A.H., WAGENAAR, R., MOL, C.A.A.M. & VAN DEEMTER, L. (1996). P-glycoprotein in the blood brain barrier of mice influences the brain penetration and pharmacological activity of many drugs. J. Clin. Invest., 97, 2517–2524.

SCHUURMAN, H.-J., COTTENS, S., FUCHS, S., JOERGENSEN, J., MEERLOO, T., SEDRANI, R., TANNER, M., ZENKE, G. & SCHULER, W. (1997). SDZ RAD, a new rapamycin derivative: Synergism with cyclosporine. Transplantation, 64, 32–35.

SCRUTTON, M.C. (1978). Fine control of the conversion of pyruvate (phosphoenolpyruvate) to oxaloacetate in various species. FEBS Lett., 89, 1–9.

SEHGAL, S.N. (1998). Rapamune (RAPA, rapamycin, sirolimus): mechanism of action immunosuppressive effect results from blockade of signal transduction and inhibition of cell cycle progression. Clin. Biochem., 31, 335–340.

SERKOVA, N., BRAND, A., CHRISTIANS, U. & LEIBFRITZ, D. (1996). Evaluation of the effects of immunosuppressants on neuronal and glial cells in vitro by multinuclear magnetic resonance spectroscopy. Biochim. Biophys. Acta., 1314, 93–104.

SERKOVA, N., HAUSEN, B., BERRY, O.J., JACOBSEN, W., BENET, L.Z., MORRIS, R.E. & CHRISTIANS, U. (2000a). Tissue distribution and clinical monitoring of the novel macrolide immunosuppressant RAD and its metabolites in monkey lung transplant recipients: interaction with cyclosporine. J. Pharmacol. Exp. Ther., 294, 323–332.

SERKOVA, N., LITT, L., JAMES, T.L., SADEE, W., LEIBFRITZ, D., BENET, L.Z. & CHRISTIANS, U. (1999). Evaluation of individual and combined neurotoxicity of the immunosuppressants cyclosporine and sirolimus by in vitro multinuclear NMR spectroscopy. J. Pharmacol. Exp. Ther., 289, 800–806.

SERKOVA, N., LITT, L., LEIBFRITZ, D., HAUSEN, B., MORRIS, R.E., JAMES, T.L., BENET, L.Z. & CHRISTIANS, U. (2000b). The novel immunosuppressant RAD protects rat brain slices from cyclosporine-induced reduction of high-energy phosphates. Br. J. Pharmacol., 129, 485–492.

STEPKOWSKI, S.M., NAPOLI, K.L., WANG, M.E., QU, X., CHOU, T.C. & KAHAN, B.D. (1996). Effects of the pharmacokinetic interaction between orally administered sirolimus and cyclosporine on the synergistic prolongation of heart allograft survival in rats. Transplantation, 62, 986–994.

STREIT, F., CHRISTIANS, U., SCHIEBEL, H.M., NAPOLI, K.L., ERNST, L., LINCK, A., KAHAN, B.D. & SEWING, K.F. (1996). Sensitive and specific quantification of sirolimus (rapamycin) and its metabolites in blood of kidney graft recipients by HPLC/electrospray-mass spectrometry. Clin. Chem., 42, 1417–1425.

UEMOTO, S., TANAKA, K., ASONUMA, K., OKAMURA, R., KITA-KADO, Y., MATSUOKA, S., OZAKI, N., OZAWA, K., HASHIDA, T., INUI, K. & HORI, R. (1989). Effect of cyclosporine on oxidative phosphorylation and adenylate energy of regenerating rat liver. Res. Exp. Med., 189, 313–320.

WANG, X., LUO, H., PERKS, A. & WU, J. (1996). Rapamycin inhibits aldolase A expression during human lymphocyte activation. J. Cell. Biochem., 63, 239–251.

WANG, C. & SALAERUDEEN, A.K. (1994). Cyclosporine nephrotoxicity: Attenuation by an antioxidant-inhibitor of lipid peroxidation in vitro and in vivo. Transplantation, 58, 940–946.

WOLF, A., TRENDELENBURG, C.F., DIEZ-FERNANDEZ, C.F., PRIETO, S., HOUY, E., TROMMBR, W.B. & CORDIER, A. (1997). Cyclosporine A-induced oxidative stress in rat hepatocytes. J. Pharmacol. Exp. Ther., 280, 1328–1334.

(Received October 16, 2000)
Revised March 19, 2001
Accepted April 30, 2001)

BSC-SJA-1002

# EXHIBIT 38

# REDACTED

# EXHIBIT 39



ELSEVIER

# Resolution of Sirolimus-Induced Pneumonitis After Conversion to Everolimus

B. Rehm, F. Keller, J. Mayer, and S. Stracke

## ABSTRACT

**Background.** Sirolimus-induced pneumonitis usually requires the complete cessation of sirolimus. Herein we have reported five cases of recovery from sirolimus pneumonitis after conversion from sirolimus to everolimus.

**Patients.** All five cases were comparable with regard to their clinical conditions. The ages were between 46 and 64 years. They had received kidney transplants 3 to 18 years earlier. In four cases, the reason for sirolimus therapy was toxicity due to calcineurin inhibitors on a transplant biopsy; three of the patients also displayed malignant tumors: renal cell carcinoma, spinocellular carcinoma, or melanoma. Their serum creatinine levels were elevated between 150 and 350 · mol/L. In all five cases, bronchoscopy disclosed lymphocytic pneumonitis and bronchiolitis obliterans. The immunosuppressive co-medications were prednisolone in three; azathioprine in one, and mycophenolate mofetil in four cases. The previous sirolimus dose was 1 to 4 mg/day, with sirolimus trough levels between 5 and 12 ng/mL. The patients were switched to everolimus at doses between 1 × 0.25 and 2 · 0.75 mg/day to achieve trough concentrations between 3 and 8 ng/mL. Pulmonary symptoms and radiological findings resolved completely within 1 to 4 weeks.

**Conclusion.** Everolimus is more hydrophilic by virtue of differing from sirolimus by one hydroxyl group. Sirolimus-induced pneumonitis improved after conversion to everolimus.

SIROLIMUS-induced pneumonitis is a common complication in organ transplant recipients. Misdiagnosis as interstitial pneumonia and treatment with clarithromycin or other macrolides potentiates sirolimus (rapamycin) toxicity due to a CyP 3A4 interaction, producing high drug levels. Sirolimus pneumonitis is allergic in nature and characterized by lymphocytic alveolitis on bronchoscopy. This type of pneumonitis usually requires the complete cessation of sirolimus.[1,2] However, pulmonary symptoms can persist for 3 months.[3] At present, no everolimus-related pneumonitis has been reported in the literature. Herein we have reported five cases of recovery from sirolimus pneumonitis after conversion from sirolimus to everolimus.

## CASE STUDIES

All five cases were comparable with regard to their clinical conditions. In contrast, our sixth case, who experienced sirolimus pneumonitis and bacterial bronchitis, required everolimus to be stopped with conversion to a mycophenolate-based immunosuppressant regimen because of persistent bacterial bronchitis.

© 2006 by Elsevier Inc. All rights reserved.
360 Park Avenue South, New York, NY 10010-1710

### Case 1

A 61-year-old patient received his kidney allograft in 1985. His primary diagnosis was end-stage hypertensive nephropathy since 1984. He experienced one rejection episode in 1990; thereafter, he was treated with cyclosporine (CyA), azathioprine, and prednisolone. In 2002, the diagnosis of renal cell carcinoma required a right nephrectomy. The serum creatinine was 260 · mol/L. A transplant biopsy revealed glomerulopathy and calcineurin inhibitor toxicity. Immunosuppression was switched to sirolimus, azathioprine, and prednisolone. In 2003, he was admitted to our hospital for dyspnea, fever, and pulmonary infiltrates in the right upper lobe on the chest radiograph. The sirolimus maintenance dose was 4 mg/day with a trough concentration of 8 ng/mL and a serum creatinine concentration of 248 · mol/L. Empiric antimicrobial therapy with ampicillin and sulbactam did not improve the condition. Computed tomography of

From the Departments of Nephrology (B.R., F.K., S.S.) and Transplant Surgery (J.M.), Ulm University, Ulm, Germany.

Address reprint requests to Frieder Keller, Nephrology, Internal Medicine, University Hospital, Robert Koch Strasse 8, D-89070 Ulm, Germany. E-mail: frieder.keller@uni-ulm.de

0041-1345/06/$–see front matter
doi:10.1016/j.transproceed.2006.01.082

BSC-SJA-1006



Fig. 1. [illegible caption]

the abdomen and thorax revealed no signs of recurrence or metastatic progression of the carcinoma. Bronchoscopic lung biopsy disclosed a lymphocytic pneumonitis with bronchiolitis obliterans. Sirolimus was stopped with a switch to everolimus (0.75 mg twice daily) in July 2004. Everolimus trough levels were 5.5 ng/mL. The radiological findings and pulmonary symptoms improved within 7 days (Fig. 1).

### Case 2

A 55-year-old patient received her second kidney transplant in 1996. Her primary diagnosis was an inadvertent nephrectomy of a single right-sided pelvic kidney in the course of a uterus extirpation in 1982. The first kidney transplant rendered her independent of dialysis between 1982 and 1989. In 1997 a skin melanoma was removed surgically, and she was changed to sirolimus + mycophenolate mofetil in 2002. Her serum creatinine was 140 + mol/L. She was admitted to the hospital in November 2004 because of cough and dyspnea. The sirolimus dose was 2 mg/day, with a trough concentration of 10 ng/mL. Bronchoscopic examination disclosed alveolitis obliterans. She was switched to CyA + mycophenolate, with complete resolution of the pulmonary symptoms. Serum creatinine was 180 + mol/L. However, tremor and neurotoxicity occurred at CyA trough levels of 112 ng/mL. It was her own wish to be changed again from CyA + mycophenolate mofetil back to an mTOR inhibitor. She received everolimus + mycophenolate mofetil in March 2005, overlapping for 1 week with the former regimen. The pulmonary complications did not recur. She is doing

well while taking everolimus (0.25 mg once per day), with troughs of 3.8 ng/mL. Her last serum creatinine was 180 + mol/L.

### Case 3

A 63-year-old patient was on dialysis since 1982 because of atrophic kidneys. He received his first kidney transplant in 1985 and his second in 1995. Because of CyA toxicity and glomerulopathy on transplant biopsy, he was switched to sirolimus and mycophenolate mofetil in 2003. He had a myocardial infarction that was treated by acute stenting in September 2003. In November 2004, he was admitted with allergic pneumonitis as diagnosed by radiology and bronchoscopy. The sirolimus trough level was 12 ng/mL. The sirolimus dose was reduced to produce trough levels of 8 ng/mL, but the pulmonary symptoms did not resolve. Sirolimus was replaced by prednisolone 7.5 mg daily + 360 mg mycophenolate, twice daily, with the serum creatinine at 356 + mol/L. In June 2005, the serum creatinine increased to 449 + mol/L. The patient underwent coronary stenting due to unstable angina. In addition, the corticosteroids were tapered and replaced by twice-daily everolimus (0.75 mg) while the twice-daily mycophenolate 380 mg was continued. The serum creatinine improved to 360 + mol/L, with an everolimus concentration of 2.9 ng/mL. There was no clinical or radiological recurrence of the pulmonary symptoms.

### Case 4

A 51-year-old patient with Bardet-Biedl syndrome received her kidney transplant in 1995 after waiting on dialysis for 3 years. In



2004, the serum creatinine increased to 291 · mol/L, and calcineurin-inhibitor toxicity was diagnosed on transplant biopsy. The CyA-based immunosuppression was changed to sirolimus, and mycophenolate mofetil was continued. In April 2005, the patient was admitted because of cough and fever. The histology on a bronchoscopic biopsy revealed signs of allergic interstitial pneumonitis. The sirolimus was replaced by everolimus (0.75 mg twice daily) and mycophenolate mofetil (750 mg twice daily). Pulmonary symptoms and findings resolved. The serum creatinine is stable at 223 · mol/L, with everolimus trough levels of 3.3 ng/mL.

### Case 5

A 65-year-old patient with adult dominant polycystic kidney disease became dialysis-dependent in 1980. He received his first kidney transplant in 1985 and the second from his wife in 2000. Because of multiple cutaneous spinocellular carcinomas treated by operation and radiation, immunosuppression was adjusted to sirolimus (2 mg) and mycophenolate mofetil (500 mg twice daily). In July 2005, he was admitted to the hospital because of lymphocytic alveolitis on bronchoscopic lung biopsy. The sirolimus was changed to everolimus (0.75 mg twice daily) and mycophenolate mofetil (1000 mg twice daily), with an everolimus trough concentration of 6.6 ng/mL; the last serum creatinine was 212 · mol/L without pulmonary infiltration on chest radiograph or subjective complaints.

### DISCUSSION

Our observations suggested that in most of our consecutive patients sirolimus-induced pneumonitis improved after conversion to everolimus. In addition to pneumonitis, allergic reactions to sirolimus are not uncommon. We have observed acute interstitial nephritis; moreover, angioedema and vasculitis have been reported in the literature regarding sirolimus.[4,5] Sirolimus can even induce or unmask posttransplant glomerulonephritis accompanied by the nephrotic syndrome.[6,7]

Hypersensitivity reactions to everolimus may be less likely because it is more hydrophilic, differing from sirolimus in one hydroxyl group. Only lingual angioedema has

been observed with everolimus in heart transplant recipients.[8]

Finally, we concluded that everolimus may be an alternative for patients in whom mTOR inhibitors are indicated, but who have developed sirolimus-induced pneumonitis. Further studies are needed to confirm the frequency and risk of adverse events or allergic reactions due to everolimus as compared to sirolimus.

Note added in proof. In the meanwhile, case 5 had relapsing allergic pneumonitis and everolimus must be withdrawn and replaced by high dose prednisolone · mycophenolate. However, we have successfully switched a further kidney transplant patient, 62 years old, to everolimus because of sirolimus-induced pneumonitis in December 2005.

### REFERENCES

1. Haydar AA, Denton M, West A, et al: Sirolimus-induced pneumonitis: three cases and a review of the literature. Am J Transplant 4:137, 2004

2. Morelon E, Stern M, Israel-Biet D, et al: Characteristics of sirolimus-associated interstitial pneumonitis in renal transplant patients. Transplantation 72:787, 2001

3. Pham PT, Pham PC, Danovitch GM, et al: Sirolimus-associated pulmonary toxicity. Transplantation 77:1215, 2004

4. Wadei H, Gruber SA, El-Amm JM, et al: Sirolimus-induced angioedema. Am J Transplant 4:1002, 2004

5. Hardinger KL, Cornelius LA, Trulock EP 3d, et al: Sirolimus-induced leukocytoclastic vasculitis. Transplantation 74:739, 2002

6. Dittrich E, Schmaldienst S, Soleiman A, et al: Rapamycin-associated post-transplantation glomerulonephritis and its remission after reintroduction of calcineurin-inhibitor therapy. Transpl Int 17:215, 2004

7. Skhiri H, Morelon E, Noel LH, et al: Unusual post-transplantation recurrence of focal segmental glomerulosclerosis which resolved with cyclosporine but not with sirolimus. Transpl Int 16:453, 2003

8. Fuchs U, Zittermann A, Berthold HK, et al: Immunosuppressive therapy with everolimus can be associated with potentially life-threatening lingual angioedema. Transplantation 79:981, 2005



BSC-SJA-1008

# EXHIBIT 40



**WTS Number:   606206**

Request Date: 9/03/09 7:22 PM

Conf Number: 191107

Requester: Tim Butler

KENYON & KENYON LLP
1 Broadway                                    **RUSH**

New York, NY 10004–

Company Phone:                                Delivery:  Email

Requester Phone: 212-908-6166                 Instructions:

Fax: 212-908-6113

Requester Email: tbutler@kenyon.com

Send-To Email: tbutler@kenyon.com

Reference: 12013/99901/sumi06

(1) De Simone, P. et al., "Switch to Everolimus for Sirolimus-Induced
Pneumonitis in a Liver Transplant Recipient—Not All Proliferation Signal
Inhibitors are the Same: A Case Report, Transplantation Proceedings, 39, 3500-
3501 (2007)

Copyright Royalty: $ 36.⁰⁰



Refer Off Campus                              # Of Pages:  2

BSC-SJA-1009



ELSEVIER

# Switch to Everolimus for Sirolimus-Induced Pneumonitis in a Liver Transplant Recipient—Not All Proliferation Signal Inhibitors Are the Same: A Case Report

F. De Simone, S. Petruccelli, A. Precisi, P. Carrai, R. Doria, F. Menichetti, and F. Filipponi

## ABSTRACT

We report a 62-year-old female liver transplant patient who presented with sirolimus (SIR)-related pneumonitis (SIP) treated with a switch to everolimus (EVER). At 13-month follow-up, the patient is on EVER monotherapy with no recurrence of SIP. Despite common mechanisms of action, the safety profile of EVER is different from SIR, and a switch from SIR to EVER should be contemplated in cases of SIP to allow patients to benefit from the antifibrotic properties of antiproliferative immunosuppressants.

outcome.

## CASE REPORT

## DISCUSSION

SIP is a hypersensitivity-like interstitial pneumonitis, which may present with signs of organizing pneumonia. It is presumably related to a T-helper-cell reaction to a SIR-

From the Liver Transplant Unit (F.D.S., S.P., P.C., F.F.), Laboratory (A.P.) and Infectious Diseases (R.D., F.M.), Azienda Ospedaliero-Universitaria Pisana, Pisa, Italy.

Address reprint requests to Franco Filipponi, Liver Transplant Unit, Azienda Ospedaliero-Universitaria Pisana, Ospedale Cisanello, Via Paradisa 2, 56124, Pisa, Italy. E-mail: f.filipponi@med.unipi.it

0041-1345/07/$–see front matter
doi:10.1016/j.transproceed.2007.09.040

© 2007 by Elsevier Inc. All rights reserved.
360 Park Avenue South, New York, NY 10010-1710

BSC-SJA-1010

protein complex,[2] which has been reported in heart,[3] renal,[4] and liver transplant recipients.[3] Due to the allergic nature of SIP,[3] withdrawal of SIR—rather than simple dosage reduction—has been shown to improve symptoms and radiological findings within 6 months of drug discontinuation.[3,4] Whether there is any dose-related effect is still controversial, since SIP has been reported in patients with high[4] or low[5] SIR blood trough levels. Despite common molecular mechanisms, the toxic profile of EVER may differ from that of SIR, due to its more hydrophilic nature related to a hydroxyl residue addition. The present case suggests that transplant patients for whom the antiproliferative, antifibrotic, and renal-sparing profiles of proliferation signal inhibitors are sought after may benefit from a switch from SIR to EVER.

## REFERENCES

1. Howard L, Gopalan D, Griffiths M, et al: Sirolimus-induced pulmonary hypersensitivity associated with a CD4 T-cell infiltrate. Chest 129:1718, 2006

2. Hamour IM, Mittal TK, Bell AD, et al: Reversible sirolimus-associated pneumonitis after heart transplantation. J Heart Lung Transplant 25:241, 2006

3. Champion L, Stern M, Israel-Biet D, et al: Brief communication: sirolimus associated-pneumonitis: 24 cases in renal transplant recipients. Ann Intern Med 144:505, 2006

4. Rehm B, Keller F, Mayer J, et al: Resolution of sirolimus-induced pneumonia after conversion to everolimus. Transplant Proc 38:711, 2006

5. Amigues L, Klouche K, Massanet P, et al: Sirolimus-associated acute respiratory distress syndrome in a renal transplant recipient. Transplant Proc 37:2830, 2005

BSC-SJA-1011

# EXHIBIT 41

Thrombosis Research (2005) 115, 219—228



**ELSEVIER**

**THROMBOSIS
RESEARCH**

ftt1.elsevierhealth.com/journals/thre

REGULAR ARTICLE

# In vitro effect of cyclosporin A, mitomycin C and prednisolone on cell kinetics in cultured human umbilical vein endothelial cells

Yoshinobu Seki[a,*], Ken Toba[a], Ichiro Fuse[a], Naoaki Sato[a], Hiroe Niwano[b], Hoyu Takahashi[c], Naohito Tanabe[d], Yoshifusa Aizawa[a]

[a]First Department of Internal Medicine, Niigata University Medical Hospital, 951-8510 Niigata Asahimachi 1-757, Japan
[b]Department of Internal Medicine, Kitasato University School of Medicine, Sagamihara, Japan
[c]Department of Internal Medicine, Niigata Prefectural Kamo Hospital, Niigata, Japan
[d]Department of Public Health, Faculty of Medicine, Niigata University, Niigata, Japan

Received 30 March 2004; received in revised form 7 August 2004; accepted 1 September 2004
Available online 7 October 2004



KEYWORDS

**Abstract**

Introduction: Vascular endothelial cell damage plays an important role in microvascular thrombogenesis. In vivo administration of cyclosporin A or mitomycin C sometimes results in thrombotic microangiopathy in patients.
Materials and methods: The effects of cyclosporin A, mitomycin C and/or prednisolone on the cell cycle in cultured human umbilical vein endothelial cells were investigated to evaluate drug-induced endothelial cell damage and the protective effect of prednisolone on endothelial cells against the damage by cyclosporin A or mitomycin C in vitro.
Results: The addition of cyclosporin A to cultures caused proliferation arrest in the G1-phase in a dose-dependent manner, while mitomycin C inhibited DNA synthesis, which resulted in cell cycle arrest and inhibition of BrdUrd incorporation in the S-phase. The administration of prednisolone also caused cell cycle arrest in the G1 by

Abbreviations: CsA, cyclosporin A; GVHD, graft-versus-host disease; BMT, bone marrow transplantation; TTP, thrombotic thrombocytopenic purpura; HUS, hemolytic—uremic syndrome; TMA, thrombotic microangiopathy; MMC, mitomycin C; PSL, prednisolone; EC, endothelial cell(s); HUVEC, human umbilical vein endothelial cells; TM, soluble thrombomodulin; vWF:Ag, von Willebrand factor antigen; hrs, hours; min, minutes; PBS, phosphate-buffered saline; RT, room temperature; CDK4, cyclin-dependent kinase-4; Rb, retinoblastoma protein; TBS, Tris-buffered saline; LDH, lactate dehydrogenase; ELISA, enzyme-linked immunosorbent assay; ANOVA, analysis of variance; pRb, underphosphorylated Rb; ppRb, highly phosphorylated Rb.
* Corresponding author. Tel.: +81 25 227 2185; fax: +81 25 227 0774.
E-mail address: y-seki@bk.iamen.or.jp (Y. Seki).

0049-3848/$ - see front matter © 2004 Elsevier Ltd. All rights reserved.
doi:10.1016/j.thromres.2004.09.001

BSC-SJA-1012

Y. Saki et al.



itself, and protected the cells from the damage caused by mitomycin C. The inhibitory effects of cyclosporin A and prednisolone on the cell cycle were reversible, while mitomycin C was not. The highly phosphorylated retinoblastoma protein expressed in human umbilical vein endothelial cells decreased in the presence of mitomycin C. Soluble thrombomodulin levels in the culture supernatant were elevated by the addition of cyclosporin A.

Conclusion: These effects of the drugs may cause the cell cycle arrest and the prolonged repair of damaged endothelial cells in patients.

© 2004 Elsevier Ltd. All rights reserved.

## Introduction

Cyclosporin A (CsA) [1] is one of the immunosuppressive agents widely used to prevent graft-versus-host disease (GVHD) in patients treated with bone marrow transplantation (BMT). However, the administration of CsA is frequently accompanied by a series of adverse vascular effects in some patients, and the incidence is high at a therapeutic dose of CsA for GVHD [2]. The vascular effects were reported to be thrombotic thrombocytopenic purpura (TTP)/adult/sporadic hemolytic–uremic syndrome (HUS)-like microangiopathy in patients treated with CsA. It is also accompanied by acute GVHD [3]-associated or BMT-associated thrombotic microangiopathy (TMA) [4,5]. Subclinical and clinical TMA is detectable in 74% of patients receiving CsA prophylaxis [3]. The development of these syndromes shows high mortality, and hemorrhagic complications are sometimes encountered, such as diffuse alveolar hemorrhage [6,7].

Mitomycin C (MMC) is used for the treatment of neoplasms of the gastrointestinal tract and breast [8]. MMC is bioactivated by a number of enzyme systems to a potent, bifunctional alkylating species that is capable of cross-linking DNA [9,10]. TTP/HUS-like syndromes (microangiopathic hemolytic anemia, thrombocytopenia, and renal insufficiency) have been reported as toxic responses to MMC [11–13]. Patients who develop these syndromes also have high mortality [14], often related to the effects of uremia or hemorrhagic complications.

Prednisolone (PSL) is also widely used for severe GVHD in BMT, although its effect on vascular endothelial cells (EC) are still unclear.

It is well known that EC damage causes thrombogenesis. Recently, it has been reported that the plasma obtained from patients with TTP or HUS induces apoptosis in a restricted lineage of human microvascular endothelial cells in vitro [15]. This report indicates that EC damage may closely participate in these diseases.

We and other researchers reporting the problem in a literature sometimes encounter patients with TMA like TTP/HUS, which is possibly induced by the pathological state of immunological activation or some other unknown cause (probably infection, chemotherapy, radiation, and immunosuppressants like CsA) after BMT or by MMC after cancer chemotherapy. However, the mechanism and effect of the drugs on vascular EC are not well understood. Our hypothesis is that the putative effects of the drugs on vascular EC are direct injury of the cell surface and an indirect effect of prolonged repair of the cells by cell cycle arrest. We then studied the effects of CsA, MMC and PSL on the cell kinetics in cultured human umbilical vein endothelial cells (HUVEC), as well as released soluble thrombomodulin (TM) and von Willebrand factor antigen (vWF:Ag) from the cells [16–19] which are often referred to as markers of EC damage. We also studied the additive effect of PSL on the adverse effects of CsA and MMC in the cells.

## Materials and methods

### EC cultures

HUVEC (Clonetics, Walkersville, MD) were grown on 90 mm diameter plastic dishes precoated with $3.0 \cdot 10^{-3}$% of bovine type I collagen (Sumitomo, Osaka, Japan) in MCDB131 medium (Sigma, St. Louis, MO) containing 20 mM HEPES-NaOH (pH 7.4), 5% fetal bovine serum (GIBCO, Grand Island, NY), 10 ng/ml recombinant human basic fibroblast growth factor (R&D Systems, Minneapolis, MN), 10 U/ml heparin and penicillin streptomycin mixture (Bio Whittaker, Walkersville, MD). All experiments were performed using preconfluent stage cells prepared as described below. CsA (containing polyoxyethylene castor oil and ethanol, Novartis, Basel, Switzerland), MMC (Sigma) and prednisolone sodium succinate (PSL, Shionogi, Osaka, Japan) were added to the medium at the following four concentrations: CsA at 0.1, 1, 5





BSC-SJA-1013

or 10 Ag/ml; MMC at 0.05, 0.2, 1 or 3 Ag/ml; and PSL at 30, 100, 300 or 600 Ag/ml.

## EC preparation

First, HUVEC were grown as described above and fourth passage confluent cell cultures were started in new, collagen-coated dishes with 4 to 5· $10^5$ cells/dish. Trypsin—EDTA mixture (0.05% and 0.02% in PBS respectively, Sigma) was used to detach the cells from the dishes during the passages. Twelve hours (hrs) after the passage, all media in the dishes were changed and CsA, MMC and/or PSL were immediately added to the media to obtain each concentration of the drugs. The same volume of physiological saline was added as control. Twenty-four hours after the addition of the drugs, the culture media were harvested and the dishes with attached cells were washed twice with Hanks balanced salt solution (HBSS, Sigma). Then the cells were detached from the dishes using the trypsin—EDTA mixture. The cells were suspended in HBSS containing 10% FBS and used as samples after the cell count of each dish.

## Flow cytometry

### DNA/RNA quantification (7AAD/PY)

The kinetics of the cultured cells were analyzed using 7-amino-actinomycin D (7AAD, Sigma) and pyronin Y (PY, Polysciences, Warrington, PA) as described previously [20]. In brief, after washing the single cells once in a suspension with IFA buffer (10 mM/l HEPES buffer in 0.15 M NaCl supplemented with 0.1% $NaN_3$ and 4% FBS), up to about 1· $10^6$ cells were suspended in 1 ml of nucleic acid staining solution (NASS, 0.15 M NaCl in 0.1 M phosphate/citrate buffer containing 5 mM sodium EDTA (Sigma) and 0.5% bovine serum albumin (Sigma; BSA, fraction V), pH 6.0) containing 0.2% saponin (from quillaja bark, Sigma), then 50 Al of a 400 AM 7AAD solution (final 20 AM) was added and the cells were incubated at RT for 30 minutes (min.). After incubation with the DNA dye, the cells were cooled on ice for at least 5 min., then 50 Al of 100AM PY solution (final 5 AM) was added to stain RNA. The cell suspension was incubated for an additional 10 min. on ice and analyzed.

Cell fluorescence was analyzed with a FACScan flow cytometer (Becton-Dickinson, Mountain View, CA). The cells were excited with a single, 488 nm argon laser, analyzed for simultaneous orange (FL2; 570 nm) and red (FL3; N550 nm) fluorescence emission, and 10,000 events were collected. The data were analyzed using Lysis Ilk and CellFitk software (Becton-Dickinson).

### Analysis of DNA synthesis (BrdUrd incorporation analysis)

Simultaneous analysis of DNA quantification and incorporated BrdUrd was utilized to estimate the actual DNA synthesis using 7AAD and anti-BrdUrd antibody after minor modification as described previously [21]. Sixty minutes before the harvest of the cells, 5% (v/v) of 0.4 mM bromodeoxyuridine (BrdUrd, Sigma, final 20 AM) and 5% (v/v) of 0.04 mM FdUrd (Sigma, final 2 AM, control culture did not contain BrdUrd) were added and incubated for 60 min., then the cells were harvested. After washing the cells with working buffer (WB: phosphate-buffered saline (PBS) containing 0.1% sodium azide, 1% human serum albumin, and 0.15% sodium citrate), they were resuspended in 100 Al of natural saline on ice. The cells were fixed with 5 ml of ice-cold 70% ethanol in a 15 ml tube, incubated on ice for 30 min., pelleted, and washed once with PBS. The cell pellet was suspended in 1 ml of 4N HCl, and incubated for 30 min. at room temperature(RT). The cells were pelleted and resuspended in 1 ml of 0.1 M $Na_2B_4O_7$ (pH 8.5), incubated for 5 min. at RT, pelleted, and resuspended in 1 ml of 0.5% Triton X-100 (Sigma) in PBS and incubated for 3 min. at RT. After washing once with 5 ml of WB, the fixed cells were stained with FITC-conjugated anti-BrdUrd antibody (Becton-Dickinson) or control IgG1 in the dark for 30 min. at RT. They were then washed with PBS and resuspended in 1 ml of PBS, 7AAD (final 20 AM) and 0.1 ml RNase A (Sigma, final 1 mg/ml) were added, and then incubated in the dark for 30 min. at RT, followed by analysis with a flow cytometer. The cells were analyzed for simultaneous green (FL1) and red (FL3) fluorescence emission, and 10,000 events were collected.

### Western blotting analysis for cyclin-dependent kinase (CDK) 4 and retinoblastoma protein (Rb)

To understand the molecular events in the G1-checkpoint, the expressions of cyclin-dependent kinase-4 (CDK4) and retinoblastoma protein (Rb) were analyzed by Western blotting. Rabbit anti-human CDK4 antibody and mouse anti-human retinoblastoma protein (Rb) monoclonal antibody (clone, G3-245, IgG1) were purchased from Pharmingen (San Diego, CA).

After removal of the conditioned medium, the cells were washed twice with pre-warmed PBS, and then harvested. Cell lysates from HUVEC were made from the cells (2.0–2.4· $10^6$ cells) by incubation with 400 Al lysis buffer [50 mM Tris—HCl (Sigma), 0.15 M NaCl, 0.5% Triton X-100,

BSC-SJA-1014

and 1 mM Benzamidine (Sigma)] for 1 hr. at 4 $^\circ$C. The lysate was collected and cell debris was removed by centrifugation at 12,000× g for 20 min. The supernatant was used for the following analysis.

Protein assay protocol was done using a DC protein assay kit (Bio-Rad, Hercules, CA). Equivalent volumes of the lysates and 2× sample buffer containing 2-mercaptoethanol were mixed, and used as samples. SDS-PAGE was performed by the method of Laemmli [22] using a 7.5% polyacrylamide gel. Western blotting was performed using a modification of the method of Beardsley et al. [23]. The blots were electrophoretically transferred to polyvinylidene difluoride (PVDF, Immobilon-P, Millipore, Bedford, MA) blotting membranes. Nonspecific binding was blocked with 5% low-fat milk powder in Tris-buffered saline (TBS: Tris 20 mM, NaCl 137 mM, pH 7.5) (blocking buffer). After extensive washing with TBS, the immunoblots were incubated overnight with the antibodies (1:500 dilution) in the blocking buffer at 4 $^\circ$C, then washed a further three times with TBS-T (0.05% Triton X-100 in TBS). Antibody binding was detected using horseradish-peroxidase-conjugated sheep anti-mouse IgG or goat anti-rabbit IgG (Amersham, Little Chalfont, UK) and visualized with ECL chemiluminescence reaction reagents and ECL-hyperfilm (Amersham).

## Assays for procoagulant activities

Besides the cell cycle analysis, TM and VW:Ag levels in the culture supernatant were measured to estimate the functional cellular damage of HUVEC induced by these drugs in vitro. Lactate dehydro-

genase (LDH) level in the culture supernatant arisen from dead cells was also measured to estimate the direct cytotoxic effect of the drugs [24]. The harvested culture media were centrifuged at 3000 rpm for 15 min. and stored at - 80 $^\circ$C to serve as culture supernatants. TM was measured by an enzyme-linked immunosorbent assay (ELISA) (Mitsubishi Gas Chemical, Tokyo, Japan) [25]. VW:Ag was measured by ELISA (Diagnostica Stago, France). LDH was measured by an ultraviolet method. Each antigen level in the culture supernatant was calculated as percent of antigen compared with the control.

## Statistical analysis

Two-way analysis of variance (ANOVA) was used for testing two by two categories of two combined drugs. One-way ANOVA and post hoc Dunnett test was used to estimate the differences between various concentrations of MMC and control. Differences between the groups were considered significant at a P value of $< 0.05$.

## Results

### Cell kinetics analysis by 7AAD/PY

Representative RNA/DNA dot plots are shown in Fig. 1, and a summary is shown in Figs. 2—5. CsA and PSL induced G1-arrest especially in a high concentration medium, i.e. G1 (%) increased and S (%) decreased. Combined effect of CsA and PSL also showed



Figure 1   7AAD/PY dot plots. (A) Control culture; (B) cyclosporin A (5 $\mu$g/ml); (C) mitomycin C (0.2 $\mu$g/ml); (D) mitomycin C (1.0 $\mu$g/ml); (E) prednisolone (600 $\mu$g/ml) and (F) prednisolone (600 $\mu$g/ml) plus mitomycin C (0.2 $\mu$g/ml).

BSC-SJA-1015





Figure 2   Basic effects of cyclosporin A, mitomycin C and prednisolone. Mean∓S.D., n=3, pb0.05 and pb0.001, compared with control (*, +, ·), CsA, cyclosporin A (1.0 Ag/ml); MMC, mitomycin C (0.2 Ag/ml); PSL, prednisolone (600 Ag/ml).

Figure 4   Influence of cyclosporin A or prednisolone on the effect of mitomycin C. Mean∓S.D., n=3, pb0.05, pb0.01 and pb0.001, compared with control (no MMC), MMC, mitomycin C (Ag/ml); CsA, cyclosporin A (5.0 Ag/ml); PSL, prednisolone (600 Ag/ml).

Increased G1-arrest (not significant). (Figs. 1B,E, 2 and 3). MMC functions as a DNA polymerase-inhibitor. Lower concentrations of MMC inhibited DNA synthesis at the late S-phase, while higher concentrations of MMC inhibited DNA synthesis at the early S-phase (Fig. 1C and D). G1 (%) decreased and S (%) increased as a result of S-arrest by MMC (Figs. 2 and 3). The level of the measured G1 (%) in the presence of the higher concentrations of MMC seemed to be higher than that in the presence of the lower concentrations of MMC as a result of the possible admixture of the very early S-phase cells into G1 calculated by a fit program of cell cycle analysis (Fig. 3). Measured RNA fluorescence of the S-phase cells by PY increased in the presence of lower concentrations of MMC and decreased in the presence of higher concentrations of the drug as a result of later and earlier S-arrest, respectively (data not shown).

PSL protected HUVEC from the toxic effect of MMC by inhibiting the progression of the cells into the S-phase, while CsA did not (Figs. 1F and 4).

In two-way ANOVA, MMC significantly decreased G1, and increased S. PSL significantly increased G1, and decreased S. The interaction between the



Figure 3   Dose-dependency of the drugs. Mean∓S.D., n=4, pb0.05, pb0.01 and pb0.001, compared with control, CsA, cyclosporin A (Ag/ml); MMC, mitomycin C (Ag/ml) and PSL, prednisolone (Ag/ml).



BSC-SJA-1016

Y. Seki et al.





effects of MMC and PSL was significant in the S phase (Tables 1 and 2). Accordingly, the simultaneous use of MMC and PSL diminished the effect of MMC in the S phase and reinforced the effect of PSL. Concerning MMC adding to CsA or PSL, both MMC and CsA/PSL had significant effect on each phase (Fig. 4, Table 3).

To estimate the reversibility of the drug effects, the culture media were completely changed after the 24-hrs. in the presence of the drugs, and an additional 48-hr. culture was carried out in the absence of the drugs (Fig. 5). The effects of CsA or PSL were basically reversible (compare with Fig. 3). The cells released from the effect of higher concentrations of CsA showed decreased G1 (%) and increased S (%) as a result of emancipation from cell cycle synchronization in the G1. The cells released from the effect of higher concentrations



Figure 5   Reversibility of the effects of the drugs after washout (48 hrs.). Mean∓S.D., n=9; p<0.001, compared with control (no drugs). CsA, cyclosporin A (∧g/ml); MMC, mitomycin C (∧g/ml) and PSL, prednisolone (∧g/ml).

of PSL also showed decreased G1 (%). In contrast, the effect of MMC was basically irreversible. The S-arrested cells by MMC were still captured in the S phase even after a 48-hr. washout of the drug (Fig. 5 compared with Fig. 3).

## BrdUrd incorporation in MMC-treated HUVEC

To estimate the actual DNA synthesis, a BrdUrd incorporation assay was carried out three times. The incorporated BrdUrd-fluorescence intensity of the cells in the S-phase decreased with the addition of MMC in a dose-dependent manner (Fig. 6). The measured percents of BrdUrd-positive cells were as follows: control culture, 31.1∓5.3%; 0.05 ∧g/ml MMC, 52.5∓8.0%; 0.2 ∧g/ml MMC, 48.5∓15.2%; 1.0 ∧g/ml MMC, 22.5∓9.0%; and 3.0 ∧g/ml MMC,

BSC-SJA-1017



Figure 6   BrdUrd incorporation of HUVEC treated with mitomycin C. HUVEC were incubated in the presence of each concentration of mitomycin C, and simultaneously stained with 7AAD (DNA) and anti-BrdUrd (FITC). (A) Control culture; (B, C and D), 0.05, 1 and 3 Ag/ml of mitomycin C, respectively.

5.8F 0.6% BrdUrd (%) increased in the presence of lower concentrations of MMC as a result of S-arrest, and the amount of incorporated BrdUrd in each cell (BrdUrd fluorescence intensity) decreased as a direct effect of MMC as a DNA polymerase inhibitor. In contrast, BrdUrd (%) decreased and the BrdUrd-fluorescence almost disappeared in the presence of higher concentrations of MMC; therefore, the apparent S-phase cells did not synthesize DNA.

## Western blotting

No remarkable alterations of the CDK4 expression were observed in each culture condition (Fig. 7). The monoclonal antibody against human Rb protein used in this study stains underphosphorylated Rb

(pRb) and highly phosphorylated Rb (ppRb) as different bands as shown in Fig. 7. The expression of ppRb was reduced by the addition of CsA. Significant reduction of Rb expression was observed only at a highest concentration of PSL, while a notable reduction of ppRb was observed in the presence of 600 Ag/ml of PSL. The expression of ppRb was decreased by the addition of MMC in a dose-dependent manner.

## Levels of TM, vWf:Ag and LDH in the culture supernatant

The levels of TM and LDH in the culture supernatant are shown in Fig. 8. The TM antigen level in the supernatant was elevated in the presence of CsA in a dose-dependent manner (pb0.05 at 10 Ag/ml of CsA), while no elevations of the TM level were observed in the presence of MMC or PSL. None of the tested drugs influenced the vWf:Ag level in this study (data not shown). A high dose of MMC at 3 Ag/ml caused an increased level of LDH (not significant), while PSL administration decreased the LDH levels at 100 and 600 Ag/ml (not significant).

## Discussion

The study presented in this article showed the mechanism of endothelial damage by CsA, MMC and high doses of PSL in part, i.e., the functional damage, but not cytoclastic effect, of the endothelial cells by release of the TM antigen from the cell surface, the inhibition of DNA synthesis, and the delayed recovery of the endothelial cells, even after the preventive effect from damage of the cells by chemotherapy, respectively.

In terms of the G1-checkpoint of the cell cycle, dephosphorylated Rb proteins combined with E2F in dormant cells are phosphorylated by the G1-cyclin/CDK complex and release E2F by growth stimulation, and the free E2F induces growth progression into the S-phase [26]. As one of the checkpoints in



Figure 7   Western blotting analysis of CDK4 and retinoblastoma protein (Rb). HUVEC were incubated in the presence or absence of cyclosporin A (CsA), prednisolone (PSL) and mitomycin C (MMC). CDK4, between 31 and 43 kDa; Rb, between 110 and 116 kDa. pRb, Underphosphorylated Rb; ppRb, phosphorylated and highly phosphorylated Rb.



Figure 8   TM and LDH concentration in the culture supernatant. Mean±SD, n=4, p≤0.05, compared with control (no drugs). CsA, cyclosporin A (Ag/ml); MMC, mitomycin C (Ag/ml) and PSL, prednisolone (Ag/ml). %TM and %LDH, relative concentration (%) of TM and LDH to the control, respectively.

the S, the inhibition of DNA polymerization causes down-modulation of G1-cyclin through p53 and p21, and the growth of the cells is suppressed as a result of dephosphorylation of Rb and capture of E2F by the Rb [26,27]. CsA, a growth inhibitor in the G1 [28], caused G1-arrest in HUVEC with a reduction of ppRb, and the effects were reversible. CsA also induced TM release from the cell surface of HUVEC without any remarkable cellular destruction, therefore, functionally modulated endothelial cells by CsA may cause hypercoagulative conditions on the vascular endothelial surface through a decrement of expressed TM. High dose administration of PSL at 600 Ag/ml also caused G1-arrest through down-modulation of ppRb, and the effect on the G1-checkpoint was reversible as well. PSL did not increase the TM level in the supernatant, but decreased the LDH level. PSL prevented HUVEC from the dramatic effects of MMC in the cell cycle. Therefore, the cytostatic effects of PSL may

protect endothelial cells from cellular damage by chemotherapy. However, long-term administration of a high dose of PSL may delay the intact EC recovery from vascular damage once EC damage has occurred through the G1-arrest effect.

MMC, one of the DNA polymerase-inhibitors, caused an apparent increment of the S-fraction as an accumulation effect by DNA synthesis inhibition. The amount of incorporated BrdUrd [29—31] in the cells in S decreased by the direct effect of MMC. ppRb also decreased in the presence of MMC in a dose-dependent manner. This phenomenon may have been caused by MMC through p53, p21 and G1-cyclin, and the increment of G1 and decrement of S, G1-arrest, in the presence of a high dose of MMC may have been an indirect effect of MMC through down-modulation of ppRb in addition to a direct inhibition of DNA synthesis (Fig. 1F). The effects of MMC on the cell cycle were basically irreversible. MMC at 3 Ag/ml tended to increase the LDH level in the medium, therefore, a high dose administration of MMC may also cause cellular destruction of the vascular endothelium. The importance of the interactions among these cell cycle modulators on cellular biological events, p53, p21, cyclins, CDK, Rb and E2F, is still being elucidated step by step [32—35].

TM is a receptor for thrombin on the vascular endothelium, and plays an important role in the thrombin-catalyzed activation of protein C [36—40]. An elevated level of soluble TM in the serum is inferred as the result of endothelial cell damage [41]. Because no remarkable alterations of the vW:Ag level were observed in each condition in this study contrary to the former reports [16—19], TM might have been a quick and sensitive marker of EC damage in vitro, and other stimulations like cytokines after BMT might be necessary to elevate the vW:Ag level in vivo. Otherwise, increase in vW:Ag or soluble intercellular adhesion molecule-1 (sICAM-1) might indicate EC activation [18], which are not simulated by our study, rather than EC damage. A low grade elevation of the LDH level in the supernatant was observed in the presence of 3 Ag/ml of MMC and 10 Ag/ml of CsA (not significant). Therefore, no direct cytoclastic effect of the drugs was evident in vitro in these conditions.

A direct effect of CsA on the endothelial cells has been reported [42,43], and TTP-like microangiopathy is caused by CsA administration in patients [44,45]. Serum levels of CsA in patients are 0.2 to 0.6 Ag/ml, and the levels of this hydrophobic chemical in the organs are supposed to be higher. CsA at 1.2 to 60 Ag/ml was used in vitro in a previous paper [42], and 0.1 to 10 Ag/ml of CsA was used in this article. Even the highest concentration



BSC-SJA-1019

of CsA used in this study (10 Ag/ml) might have been higher than in a clinical situation. MMC at 5 to 30 mg is administered intravenously to treat solid tumors, and the maximum serum level of MMC is believed to be 0.5 to 5 Ag/ml. PSL at 50 to 1000 mg is used for immunosuppressive treatment, and the maximum serum level in patients is thought to be 10 to 200 Ag/ml. CsA is also used for treating TTP [46,47], and the administration of CsA may protect EC against some pathological factors, such as activation of the immune system in vivo, that lead to vascular injury. However, once EC injury develops after BMT with conditioning, infections, venoocclusive disease, GVHD and other drugs, restoration of damaged EC is required through the proliferation of intact EC, and a possible delay of endothelial repair by CsA and PSL through cell cycle arrest may lead to prolongation or progression of the vascular damage which is thought to lead to TMA.

## Acknowledgements

This work was supported by a Grant for Research on Specific Disease from the Ministry of Health, Labor and Welfare.

## References

[1] Kahan BD. Cyclosporine. N Engl J Med 1989;321:1725—38.

[2] Kalhs P, Brugger S, Schwarzinger I, Greinix HT, Keil F, Kyrle PA, et al. Microangiopathy following allogenic marrow transplantation. Transplantation 1995;60:949—57.

[3] Holler E, Kolb HJ, Hiller E, Mraz W, Lehmacher W, Gleixner B, et al. Microangiopathy in patients on cyclosporine prophylaxis who developed acute graft-versus-host disease after HLA-identical bone marrow transplantation. Blood 1989;73:2018—24.

[4] Zeigler ZR, Shadduck RK, Nemunaitis J, Andrews DF, Rosenfeld CS. Bone marrow transplant-associated thrombotic microangiopathy: a case series. Bone Marrow Transplant 1995;15:247—53.

[5] Pettitt AR, Clark RE. Thrombotic microangiopathy following bone marrow transplantation. Bone Marrow Transplant 1994;14:495—504.

[6] Wojno KJ, Vogelsang GB, Beschorner WE, Santos GW. Pulmonary hemorrhage as a cause of death in allogenic bone marrow recipients with severe acute graft-versus-host disease. Transplantation 1994;57:88—92.

[7] Agusti C, Ramirez J, Picado C, Xaubet A, Carreras E, Ballester E, et al. Diffuse alveolar hemorrhage in allogenic bone marrow transplantation. A postmortem study. Am J Respir Crit Care Med 1995;151: 1006—10.

[8] Crooke ST, Bradner WT. Mitomycin C: a review. Cancer Treat Rev 1976;3: 121—39.

[9] Szybalski W, Iyer VN. Crosslinking of DNA by enzymatically or chemically activated mitomycins and porfiromycins,

bifunctionally alkylating antibiotics. Fed Proc 1964;23: 946—57.

[10] Dulhanty AM, Li M, Whitmore GF. Isolation of Chinese hamster ovary cell mutants deficient in excision repair and mitomycin C bioactivation. Cancer Res 1989;49:117—22.

[11] Antman KH, Skarin AT, Mayer RJ, Hargreaves HK, Canellos GP. Microangiopathic hemolytic anemia and cancer: a review. Medicine 1979;58;377—84.

[12] Sheldon R, Slaughter D. A syndrome of microangiopathic hemolytic anemia, renal impairment, and pulmonary edema in chemotherapy-treated patients with adenocarcinoma. Cancer 1986;58:1428—36.

[13] Gulati SC, Sordillo P, Reich L, Magill GB, Scheiner E, et al. Microangiopathic hemolytic anemia observed after treatment of epidermoid carcinoma with mitomycin C and 5-fluorouracil. Cancer 1980;45:2252—7.

[14] Lewis ID, DeFor T, Weisdorf DJ. Increasing incidence of diffuse alveolar hemorrhage following allogeneic bone marrow transplantation: cryptic etiology and uncertain therapy. Bone Marrow Transplant 2000;26(5):539—43.

[15] Mitra D, Jaffe EA, Weksler B, Hajjar KA, Soderland C, Laurence J. Thrombotic thrombocytopenic purpura (TTP) and adult/sporadic hemolytic-uremic syndrome (HUS) plasma induce apoptosis in restricted lineage of human microvascular endothelial cells. Blood 1997;89:1224—34.

[16] Collins PW, Gutteridge CN, O'Driscoll A, Blair S, Jones L, Aitchison R, et al. von Willebrand factor as a marker of endothelial cell activation following BMT. Bone Marrow Transplant 1992;10:499—506.

[17] Collins P, Wilkie M, Razak K, Abbot E, Harley S, Bax G, et al. Cyclosporine and cremophor modulate von Willebrand factor release from cultured human endothelial cells. Transplantation 1993; 56:1218—23.

[18] Richard S, Seigneur M, Blann A, Adams R, Renard M, Puntous M, et al. Vascular endothelial lesion in patients undergoing bone marrow transplantation. Bone Marrow Transplant 1996;18:955—9.

[19] Takatsuka H, Takemoto Y, Okamoto T, Fujimori Y, Suehiro A, Kakishita E, et al. The levels of soluble P-selectin, von Willebrand factor and thrombomodulin in patients with neurological complications after allogeneic bone marrow transplantation. Bone Marrow Transplant 1998;21:909—13.

[20] Toba K, Winton EF, Koike T, Shibata A. Simultaneous three-color analysis of the surface phenotype and DNA-RNA quantitation using 7-amino-actinomycin D and pyronin Y. J Immunol Methods 1995;182:193—207.

[21] Toba K, Winton EF, Bray R. Improved staining method for the simultaneous flow cytofluorometric analysis of DNA content, S-phase fraction, and surface phenotype using single laser instrumentation. Cytometry 1992;13:60—7.

[22] Laemmli UK. Cleavage of structural proteins during the assembly of the head of bacteriophage T4. Nature 1970;227:680—5.

[23] Beardsley DS, Spiegel JE, Jacobs MM, Handin RI, Lux SE. Platelet membrane glycoprotein IIa contains target antigens that bind anti-platelet antibodies in immune thrombocytopenia. J Clin Invest 1984;74:1701—7.

[24] Yue TL, McKenna PJ, Gu JL, Cheng HY, Ruffolo Jr RE, Feuerstein GZ. Carvedilol, a new vasodilating beta adrenoceptor blocker antihypertensive drug, protects endothelial cells from damage initiated by xanthine—xanthine oxidase and neutrophils. Cardiovasc Res 1994; 28:400—6.

[25] Ishii H, Nakano M, Tsubouchi J, Ishikawa T, Uchiyama H, Hiraishi S, et al. Establishment of enzyme immunoassay of human thrombomodulin in plasma and urine using monoclonal antibodies. Thromb Haemost 1990;63:157—82.


BSC-SJA-1020

[26] Almasan A, Linke SP, Paulson TG, Huang LC, Wahl GM. Genetic instability as a consequence of inappropriate entry into and progression through S-phase. Cancer Metastasis Rev 1995;14:59—73.

[27] Delavaine L, La Thangue NB. Control of E2F activity by p21 Waf1/Cip1. Oncogene 1999;18:5381—92.

[28] Karashima T, Hachisuka H, Sasai Y. FK506 and cyclosporin A inhibit growth factor-stimulated human keratinocyte proliferation by blocking cells in the G0/G1 phase of the cell cycle. J Dermatol Sci 1996;12:246—54.

[29] Dolbeare F, Gratzner H, Pallavicini MG, Gray JW. Flow cytometric measurement of total DNA content and incorporated bromodeoxyuridine. Proc Nat Acad Sci U S A 1983;80:5573—7.

[30] Moran R, Darzynkiewicz Z, Staiano-Coico L, Melamed MR. Detection of 5-Bromodeoxyuridine (BrdUrd) incorporation by monoclonal antibodies: role of the DNA denaturation step. J Histochem Cytochem 1985;33:821—7.

[31] Schutte B, Reynders MMJ, van Assche CLMVJ, Hupperets PS, Bosman FT, Blijham GH. An improved method for the immunocytochemical detection of bromodeoxyuridine labeled nuclei using flow cytometry. Cytometry 1987;8: 372—6.

[32] Riley DJ, Lee EY, Lee WH. The retinoblastoma protein: more than a tumor suppressor. Cell Biol 1994;10:1—29.

[33] Hollingsworth RE, Chen PL, Lee WH. Integration of cell cycle control with transcriptional regulation by the retinoblastoma protein. Curr Opin Cell Biol 1993;5:194—200.

[34] Cordon-Cardo C, Dalbagni G, Richon VM. Significance of the retinoblastoma gene in human cancer. Princ Pract Oncol 1992;6:1—9.

[35] Livingston DM. Functional analysis of the retinoblastoma gene product and of Rb-SV40T antigen complexes. Cancer Surv 1992;12:153—60.

[36] Esmon NL. Thrombomodulin. Semin Thromb Hemost 1987;13:454—63.

[37] Jakubowski HV, Kline MD, Owen WG. The effect of bovine thrombomodulin on the specificity of bovine thrombin. J Biol Chem 1986;261:3876—82.

[38] Esmon CT. The roles of protein C and thrombomodulin in the regulation of blood coagulation. J Biol Chem 1989;264: 4743—6.

[39] Dittman WA, Majerus PW. Structure and function of thrombomodulin: a natural anticoagulant. Blood 1990;75: 329—36.

[40] Suzuki K, Kusumoto H, Deyashiki Y, Nishioka J, Maruyama I, Zushi M, et al. Structure and expression of human thrombomodulin, a thrombin receptor on endothelium acting as a cofactor for protein C activation. EMBO J 1987;6:1891—7.

[41] Ishii H, Uchiyama H, Kazama M. Soluble thrombomodulin antigen in conditioned medium is increased by damage of endothelial cells. Thromb Haemost 1991;65:618—23.

[42] Zoja C, Furci L, Ghilardi F, Zilio P, Benigni A, Remuzzi G. Cyclosporin-induced endothelial cell injury. Lab Invest 1986;55:455—62.

[43] Benigni A, Morigi M, Perico N, Zoja C, Amuchastegui CS, Piccinelli A, et al. The acute effect of FK506 and cyclosporine of endothelial cell function and renal vascular resistance. Transplantation 1992;54:775—80.

[44] Roberts P, Follette D, Allen R, Katznelson S, Albertson T. Cyclosporin A-associated thrombotic thrombocytopenic purpura following lung transplantation. Transplant Proc 1998;30:1512—3.

[45] Paquette RL, Tran L, Landaw EM. Thrombotic microangiopathy following allogenic bone marrow transplantation is associated with intensive graft-versus-host disease prophylaxis. Bone Marrow Transplant 1998;23:351—7.

[46] Hand JP, Lawlor ER, Young CK, Davis JH. Successful use of cyclosporine A in the treatment of refractory thrombocytopenic purpura. Br J Haematol 1998;100:597—9.

[47] Pasquale D, Vidhya R, DaSilva K, Tsan MF, Lansing L, Chikkappa G. Chronic relapsing thrombocytopenic purpura: role of therapy with cyclosporine. Am J Hematol 1998;57:57—61.



BSC-SJA-1021

# EXHIBIT 42

Preclinical report   705

# In-vitro synergism of m-TOR inhibitors, statins, and classical chemotherapy: potential implications in acute leukemia

Anthony Calabro[a], Julia Tai[b], Steven L. Allen[a] and Daniel R. Budman[a]

Classical chemotherapy has an active, but limited, role in acute leukemia with relapse common in adult patients. Recent evidence has implicated signal transduction pathways in leukemic progression and also in resistance to cytotoxic therapy. We have used a short-term, in-vitro incubation assay with cytotoxic analysis by MTT, confirmed by histone-associated DNA fragmentation, to evaluate both classical and nonclassical combinations of drugs. Isobologram median effect analysis, confirmed by curve shift analysis, was used to identify synergy and antagonism. Fluvastatin, a prenylation inhibitor, demonstrates global enhancement of the effects of classical agents in both AML-193 and KG-1 cell lines. Similarly, the m-TOR inhibitors, RAD-001 (everolimus) and rapamycin, also cause time-dependent global enhancement of cytotoxic agents. At clinically achievable combinations, RAD-001 perturbs the AKT pathway in vitro. The unique combination of fluvastatin and an m-TOR inhibitor was synergistic in both cell lines. These effects were independent of whether or not human plasma was used in the assay system. These studies suggest several novel combinations of agents that need to be evaluated in the management of leukemia. Anti-Cancer Drugs 19:705–712 © 2008 Wolters Kluwer Health | Lippincott Williams & Wilkins.

Anti-Cancer Drugs 2008, 19:705–712

Keywords: acute leukemia, AKT, m-TOR, statin, synergy

[a]Experimental Therapeutics Section, Don Monti Division of Oncology, Monter Cancer Center, Lake Success and [b]Department of Biostatistics, Feinstein Research Institute, North Shore University Hospital, New York University, Manhasset, New York, USA

Correspondence to Daniel R. Budman, MD, Monter Cancer Center of North Shore University Hospital, 450 Lakeville Road, Lake Success, New York 11042, USA
Tel: + 1 516 562 8958; fax: + 1 516 562 8950; e-mail: budman@nshs.edu

Received 14 January 2008 Revised form accepted 14 April 2008

## Introduction

Acute myeloid leukemia (AML) is now recognized as a heterogeneous disease, which responds to classical chemotherapy, but may vary widely in outcome depending upon its subtype and age of the patient on presentation [1–3]. Owing to the limitations of classical cytotoxic drugs in this disease [4] and the emerging molecular biology of signal transduction pathways, pharmaceutical research has looked for targets that block proliferation and block drug resistance [5]. The PI3 kinase (PI3K) pathway is regulated by a variety of cytokines and chemokines that affect white cells [6]. Emerging data has suggested that activation of the PI3K pathway and downstream AKT expression serves as a vital link in the survival of malignant cells and drug resistance [7–9]. Downstream of AKT, m-TOR (mammalian target of rapamycin) binds to one of two scaffold proteins, raptor or rictor, forming complexes critical for cell proliferation and survival [10]. The rictor/m-TOR complex can also phosphorylate AKT at Ser473 [10]. As a consequence, drug inhibition of this pathway is an attractive approach to enhance therapeutic effects [11].

In human AML, activation of m-TOR and consequent S6 ribosomal phosphorylation has been seen in approximately one-half of samples studied and can be suppressed by m-TOR inhibitors [12,13]. In early clinical studies of m-TOR inhibitors, phosphorylation of AKT and FoxO1 can

be suppressed in 75% of human AML blasts [14]. In addition, the clonogenic properties of AML cells in vitro are reduced in the presence of inhibitors of this system [15]. For these reasons, inhibition of the m-TOR pathway has been suggested to be a potential therapeutic approach in treatment of hematologic malignancies [16,17]. However, preclinical work also suggests that m-TOR inhibitors can inhibit cell cycle progression that could be dysfunctional when combined with schedule-dependent cytotoxic agents [18,19]. In addition, short-term culture of human AML cells with a rapamycin analog suggested, by activation of the insulin-like growth factor 1 autocrine loop, a paradoxical upregulation of phosphorylated AKT leading to increased function, thus potentially abrogating any therapeutic benefit from this class of agents [20].

A variety of agents related to rapamycin inhibit downstream signaling from AKT and are currently being evaluated in the clinic [7,21], as are AKT inhibitors [7]. Rapamycin and its analog target the peptidyl-prolyl 'cis trans' isomerase FK506-binding protein (m-TOR) resulting in inhibition of cellular proliferation and induction of apoptosis [22]. An additional pathway seen in JN-DSRCT-1 cells (desmoplastic small round cell tumor) is downregulation by rapamycin of Bcl-xL and upregulation of Bax by a pathway independent of m-TOR inhibition, believed to be related to proteosome inhibition leading to enhanced apoptosis [23].

0959-4973 © 2008 Wolters Kluwer Health | Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

BSC-SJA-1022

708  Anti-Cancer Drugs  2008, Vol 19 No 7

The rapamycin analogs are similar in action, but vary in their bioavailability and pharmacokinetics [22]. By itself, RAD-001 has only a minor effect on apoptosis [9]. As a single agent, RAD-001 did not display objective responses in early human clinical trials [24], whereas an additional study with the parent compound rapamycin noted four of nine AML patients responding to treatment [15]. However, it is unclear how best to combine these agents with more classical drugs and the rationale for this report. In addition, the potential role of concurrent inhibition of several signal transduction pathways is not defined.

Another area of research interest is the role of cholesterol in AML proliferation, which acts through a variety of mechanisms including signal transduction of the Mek/Erk pathway [25]. Recent information on the role of increased levels of cholesterol in the plasma membrane of leukemia cells, owing to enhanced synthesis of cholesterol and importation of low-density lipoprotein into these cells, has suggested a resistance mechanism preventing classical cytotoxic agents from causing cell death [26–28]. Cholesterol, but not its precursors, is required for cell proliferation in the leukemia cell lines HL-60 and MOLT-4 [29]. Cytotoxic agents also increase cholesterol fraction in leukemia cells. Cholesterol starvation in the leukemia cell line HL-60 in vitro results in formation of polyploidy, multinucleated cells, and slowed the G2 to M cell cycle transition [30]. In KG1a leukemia cells having phenotype CD34⁺ CD38⁺/⁻MDR-1+ , statin exposure downregulates the multiple drug resistance transporter p-glycoprotein and enhances the cytotoxic effects of daunorubicin [31]. Additional studies demonstrate that blockage of cholesterol biosynthesis enhances induction of apoptosis by traditional drugs in both cell lines and in primary AML cell cultures [29]. As single agents, the 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitors (statins) have antileukemia activity in preclinical model systems [32–35]. The statins, known prenylation inhibitors, may also work through downregulation of BCL2 [34] in addition to inhibition of geranylgeranylation [36]. Additional antileukemia effects have been seen with specific prenylation inhibitors such as tipifarnib [37]. Fluvastatin was noted to be a strong inducer of differentiation and apoptosis in the NB4 acute promyelocytic cell line [25]. A small phase 1 study of pravastatin, idarubicin, and high-dose cytarabine in AML patients, many with unfavorable genetics, resulted in a 73% complete response rate, thus suggesting the value of this approach [38].

In our previous studies with epithelial malignancies in vitro, we identified synergy between the statins and either trastuzumab or anthracyclines using an in-vitro assay and median effect isobologram analysis [39]. The advantage of this assay is that up to three agents can be evaluated together and the dose–response curve ana-

lyzed. With the above information, we were prompted to evaluate signal transduction inhibitors (rapamycin and RAD-001) and also the lipid soluble statin, fluvastatin, in combination with classical agents in vitro.

## Materials and methods
### Reagents
Drugs, tissue culture techniques, and median effect analysis were evaluated as previously described [40–43]. Reagent grade fluvastatin and RAD-001 (everolimus) were gifts of Novartis Pharma, Basel, Switzerland. The cytotoxic agents chosen for these studies were drugs already used in the clinical setting. Rapamycin, daunorubicin, and cytosine arabinoside were purchased from Sigma-Aldrich (St Louis, Missouri, USA). Idarubicin was obtained from Calbiochem (San Diego, California, USA). The AML-193 and KG-1 cell lines were obtained from the American Tissue Culture Collection (ATCC, Rockville, Maryland, USA). These cells differ in their phenotype, ability to differentiate in the presence of stimulating factors, and response to chemotherapeutic agents. KG-1 cells are of M1 (undifferentiated myeloid) morphology, phenotype CD34⁺, CD33⁻, CD38⁻ [44], have a point mutation in intron 6 of P53 [45,46], have a loss of chromosome 5 [47], and respond to colony stimulating factors [48,49]. AML-193 cells are of M5 (acute monocytic leukemia) morphology [50], GM-CSF dependent [51], express high affinity FLT3 receptors [52], are FAS sensitive when exposed to interferon [53], produce autocrine granulocyte-macrophage colony-stimulating factor [54], and can be induced to differentiate into granulocytic cells when exposed to retinoic acid [55]. Human serum and fetal calf serum were obtained from Sigma-Aldrich, and ELISA kits for AKT, phospho-AKT, and phospho-S6 from Cell Signaling (Danvers, Massachusetts, USA).

### Assessment of cytotoxicity produced by therapeutic agents
Determination of cytotoxicity of the drugs used in this study and median effect analysis were done by previous methods [39–42]. In brief, both the AML-193 and KG-1 cell lines were grown as a suspension in T 150 tissue culture flasks (Corning Glass Works, Corning, New York, USA) using Icoves medium (Invitrogen, Carlsbad, California, USA) with 5% $CO_2$ and 15% heat-inactivated fetal calf serum for AML-193 cells or 20% for KG-1 cells. In addition, for AML-193 cells only, the medium was supplemented with 0.005 mg/ml insulin and 0.005 mg/ml transferrin. All cultures contained penicillin (100 mg/ml), streptomycin (0.25 mg/ml), and glutamine to a final concentration of 2 mmol/l. All cell lines were periodically tested for mycoplasma contamination. Cell viability tested by trypan blue exclusion was greater than 95%. Harvested cells were aliquoted into 96-well dishes (Falcon 3072) at concentrations of 7000–9000 cells per well. The cells were then cultured for 24 h and cytotoxic

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.



BSC-SJA-1023

agents or solvent controls were introduced for a 72-h incubation, centrifuged at 3000• g for 5 min to pellet cells, and cell growth evaluated by an MTT (3-(4,5-dimethylthiazol-2-yl)-2,5-diphenyltetrazolium bromide) assay [56] using a BioRad 3550 Microplate Reader (BioRad, Hercules, California, USA). The dose of drug needed to cause cytotoxicity in 50% of the cells ($IC_{50}$ value) was determined using the EZ-ED50 Program (Perrella Scientific, Conyers, California, USA). The concentration of rapamycin or RAD-001 used in the cytotoxicity experiments was fixed at 8 ng/ml [24,57]. All reported values are the means of two to four experiments with each study having three wells per dose level. All drugs were applied to the cells simultaneously. To demonstrate that this test system does not give anomalous results when fetal calf serum is used instead of human serum, the $IC_{50}$ and $IC_{70}$ values of various agents and combinations were compared using either human or fetal calf serum for 48 and 72-h incubations. Differences were analyzed by the t-test.

### Evaluation of apoptosis

The commercially available Cell Death Detection ELISA Plus kit (Roche Applied Science, Penzberg, Germany) was used to detect DNA fragmentation as previously described [58]. This assay exploits the amount of cytoplasmic histone-associated DNA fragments produced upon cell death. The kit uses mouse monoclonal antibodies against the histone proteins. The drug concentrations used in the combination apoptosis assays were the $IC_{50}$ of the single agent with RAD-001 used at the clinically achievable level of 8 ng/ml [59]. Briefly, cells growing in exponential phase were exposed to the appropriate drug(s) and apoptosis was evaluated at 24, 48, and 72-h intervals. All agents were applied to the culture simultaneously. Cells were then subjected to centrifugation and lysed in 96-well plates. Twenty microliters of the supernatant was transferred to a kit supplied streptavidin-coated plate. This supernatant was incubated for 2 h in the presence of the immune reagent containing the antibodies against the histone proteins and DNA fragments. The complex was then conjugated to form an immuno-complex on the plate and read for optical density at 405 nm with a reference wavelength at 490 nm. Samples were measured in duplicate and a positive control was provided with the kit. The result represents an enrichment factor, which is a relative indicator of the number of cells undergoing apoptosis as calculated by the following formula:

Enrichment factor • reflection of apoptosis•

• mU of dying• dead cells• mU of untreated cells

where mU = absorbance (405 nm)–absorbance (490 nm) and is a function of the amount of histones and DNA fragments released into the cytoplasm from the apoptotic cells. Statistical differences were determined by paired t-test analysis.

### Assessment of drug interaction

Median effect isobologram analysis, a measure of synergism or antagonism based upon the Hill equation, was determined by the method of Chou, using their computer program to determine the combination index (CI), which reflects synergy when less than 1 [60]. The model is most accurate at the $Fa_{50}$, which is defined as the concentration of drug that results in 50% effect (cytotoxicity as measured by MTT assay) and is not reliable at extremes of Fa [61]. As the model is a linear approximation of a higher order equation, we have previously defined additive effects to be within 1 standard deviation of unity, synergistic effects less than unity, and antagonistic effects greater than unity [62]. Eight fixed drug ratios above and below the $IC_{50}$ with a range of 0.03125–8 N, where N is a value near the $IC_{50}$ of an individual drug, were explored by incubating the drug combinations with cells for 72 h and then determining the degree of cytotoxicity by the MTT assay. Fa is defined as the fraction of cells affected. A plot of log dose versus log (Fa/1–Fa) gives parallel slopes if no biologic interaction is present (mutually exclusive) or converge if there is an interaction between the drugs (mutually nonexclusive), thus suggesting the appropriate model to determine the CI [60]. Statistical differences were confirmed using the ACT Analysis program (Optimum Therapeutics LLC., Columbus, Ohio, USA) using nonlinear regression of the concentration-effect data. The results were then normalized to $IC_{50}$ equivalents [63]. This method yielded a survival versus $IC_{50}$ equivalent curve for each agent by itself and in combination. A curve shift to the left indicates synergistic drug interactions [63].

### Assessment of the effects of m-TOR exposure on AKT and downstream function

The effects of m-TOR inhibition on the concentration of AKT, phospho-AKT, S6, and phospho-S6 (Kit 7170 for total AKT; Kit 7160 for phospho-AKT, which recognizes the phosphate on SER 473 residue; Kit 7205, phospho-S6 ribosomal protein, which recognizes SER 235/236 residues) were determined by ELISA assays. All results were normalized to concentrations at time zero with no drug present. Concentrations of RAD-001 from 4 to 64 ng/ml were applied to KG-1 cells in the presence of serum and incubated over 72 h. After 72 h, cells were centrifuged, washed twice in ice cold phosphate-buffered saline, and then resuspended in 0.5 ml cold lysis buffer plus phenylmethylsulfonyl fluoride to a final concentration of 1 mmol/l for 5 min. Cells were then briefly sonicated and centrifuged at 41C, and cell supernatant used for ELISA assay. One hundred microliters of cell lysate prepared above was diluted 1:1 with the diluent supplied in kit and incubated in appropriate antibody-coated wells for 2 h at 371C. Diluted lysate was removed,

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

BSC-SJA-1024

subsequently washed 4× in wash buffer, and 100 ml of detection antibody added with further incubation for 1 h at 37IC. The detection antibody was removed, washed 4× as above, and horseradish peroxidase-linked secondary antibody then incubated in each well for 30 min at 37IC. Cells were then washed 4× as above and incubated in 100 ml of 3′,3′,5′,5′-tetramethylbenzidine substrate for 10 min at 37IC. A stop solution (100 ml) was added to each well. Results were read within 30 min at 450 nm and compared with an untreated control.

## Results

The cytotoxic effect on the cells growing in log phase as measured by a 72-h MTT assay for each individual agent studied is shown in Table 1. Fluvastatin showed minimal activity as a single agent in both cell lines (four logs less active) as compared with the other drugs tested. Daunorubicin and its analog idarubicin showed the greatest sensitivity in both cell lines. $IC_{50}$ values for any given agent were very similar between each cell line with the exception of RAD-001. The KG-1 cell line was an order of magnitude more sensitive to RAD-001 than was the AML-193 cell line.

A previous Developmental Therapeutic Symposium at NCI Frederick had suggested that in-vitro synergism may be modified by the origin of plasma or serum used for culture [64]. To determine that the culture conditions with fetal calf serum did not influence the results obtained in this study, human serum was obtained from

a commercial source and used as a replacement for fetal calf in these cytotoxic studies (Table 2). As measured by the t-test, there is no statistical difference in the effect of these drugs at two levels of cytotoxic effect or over time whether or not human serum is used.

The combination studies reflected drug combinations of conventional agents with either an m-TOR inhibitor or fluvastatin. In addition, the potentially unique drug combination of an m-TOR inhibitor and fluvastatin was evaluated. In all cases, plots of the dose versus log (Fa/1−Fa) indicated mutually nonexclusive interactions suggesting that there were cellular interactions between agents. The nonexclusive criterion is also a more conservative approach in determining antagonistic or synergistic action of two or more drugs [28]. For almost all combinations tested, the addition of either an m-TOR inhibitor or fluvastatin resulted in CI values less than unity indicating synergy. Of particular interest, fluvastatin and either rapamycin or RAD-001 demonstrated additive to synergistic effects in both cell lines (Table 3). Synergism in the cell lines was also noted for both RAD-001 and rapamycin with either an anthracycline or cytosine arabinoside. To confirm the presence of synergy, several combinations were also evaluated using the ACT curve shift analysis program. A typical result using this program is given in Fig. 1.

Triplet combinations were also evaluated in both cell lines (Table 4). Triplet combinations show universal synergism in the two cell lines. The addition of either daunorubicin or idarubicin to the doublet combinations of fluvastatin and rapamycin or RAD-001 and cytosine arabinoside decreased the value of CI, indicating greater synergistic effects of these combinations.

To demonstrate that the effects of the above drug combinations represented true cell death, doublet combinations of RAD-001 with fluvastatin in the KG-1 cell line and RAD-001 with cytosine arabinoside in the AML-193 cell line were evaluated by ELISA cytoplasmic histone-associated DNA fragmentation assay using the clinically achievable concentration of RAD-001 and the $IC_{50}$ of the cytotoxic agents (Fig. 2). The effect of a triplet combination of RAD-001 with idarubicin and

Table 1  The concentration of drug needed to cause 50% cell death ($IC_{50}$) after 72-h incubation

| | Cell line | |
|---|---|---|
| Drug | AML-193 | KG-1 |
| Ara-C | 4.44 ± 0.28 | 7.19 ± 1.35 |
| Daunorubicin | 0.03 ± 0.01 | 0.02 ± 0.01 |
| Fluvastatin | 92.19 ± 2.09 | 23.76 ± 3.99 |
| Idarubicin | 0.04 ± 0.02 | 0.09 ± 0.02 |
| RAD-001 | 2.17 ± 0.10 | 0.22 ± 0.06 |
| Rapamycin | 1.31 ± 0.10 | 1.64 ± 0.65 |

Values indicated are given in nmol/l and are means ± SD of three to six experiments.
AML, acute myeloid leukemia; Ara-C, cytosine arabinoside; IC, inhibitory concentration.

Table 2  Absence of difference in cytotoxic effect using human serum or fetal calf serum at two different cytotoxic concentrations ($IC_{50}$ and $IC_{70}$) and two different exposure times (48 and 72 h)

| KG-1 cell line | $IC_{50}$FBS | $IC_{50}$human | P value | $IC_{70}$FBS | $IC_{70}$human | P value |
|---|---|---|---|---|---|---|
| 48 h, Fluva + Rapa | 42.2 ± 3.6 | 47.9 ± 4.00 | 0.288 | 99.7 ± 9.2 | 107.4 ± 14.1 | 0.586 |
| 72 h, Fluva + Rapa | 12.1 ± 1.0 | 15.7 ± 1.7 | 0.125 | 35.7 ± 3.5 | 37.6 ± 3.1 | 0.62 |
| 48 h, Fluva + Dauno | 43.8 ± 2.5 | 45.2 ± 3.4 | 0.87 | 99.8 ± 7.2 | 110.4 ± 10.7 | 0.325 |
| 72 h, Fluva + Dauno | 19.8 ± 3.4 | 19.8 ± 1.2 | 0.981 | 46.3 ± 8.5 | 49.6 ± 8.5 | 0.732 |
| 48 h, Ara-C + Rapa | 6.8 ± 1.8 | 7.8 ± 1.9 | 0.847 | 24.9 ± 4.1 | 28.1 ± 5.6 | 0.578 |
| 72 h, Ara-C + Rapa | 3.1 ± 0.9 | 3.8 ± 1.3 | 0.578 | 10.8 ± 2.7 | 13.3 ± 2.6 | 0.459 |

Rapamycin was held constant at 6 ng/ml and the other agent varied. Statistical differences were analyzed by the t-test.
Ara-C, cytosine arabinoside; Dauno, daunorubicin; FBS, fetal bovine serum; Fluva, fluvastatin; IC, inhibitory concentration; Rapa, rapamycin.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

BSC-SJA-1025

Table 3   Doublet median effect results for synergy or antagonism following the 72-h incubation of two drugs concurrently, expressed as combination index (CI) value at 50% cytotoxicity (Fe$_{50}$) ± standard deviation for AML-193 and KG-1 cell lines

| Drug combination | Cell line | |
|---|---|---|
| | AML-193 | KG-1 |
| Fluvastatin + Rapamycin | 0.3 ± 0.1 | 0.8 ± 0.1 |
| Fluvastatin + RAD-001 | 0.9 ± 0.1 | 0.5 ± 0.1 |
| Fluvastatin + Ara-C | 0.9 ± 0.0 | 0.7 ± 0.2 |
| Fluvastatin + Daunorubicin | 0.4 ± 0.0 | 0.8 ± 0.1 |
| Fluvastatin + Idarubicin | 0.7 ± 0.1 | 0.9 ± 0.1 |
| RAD-001 + Ara-C | 0.9 ± 0.2 | 0.9 ± 0.1 |
| RAD-001 + Daunorubicin | 0.6 ± 0.1 | 0.7 ± 0.1 |
| RAD-001 + Idarubicin | 0.9 ± 0.1 | 0.5 ± 0.1 |
| Rapamycin + Ara-C | 0.9 ± 0.1 | 0.9 ± 0.1 |
| Rapamycin + Daunorubicin | 0.9 ± 0.1 | 0.3 ± 0.0 |
| Rapamycin + Idarubicin | 0.8 ± 0.0 | 0.3 ± 0.0 |
| Ara-C + Daunorubicin | 0.2 ± 0.1 | 1.2 ± 0.6 |

Synergistic values are less than 1.0. Rapamycin and RAD-001 concentrations were fixed at 8 ng/ml.
AML, acute myeloid leukemia; Ara-C, cytosine arabinoside; Fe, fraction of cells affected.

Table 4   Triplet median effect results for 72-h incubation of cells with the indicated agents as expressed as combination index (CI) value at 50% cytotoxicity (Fe$_{50}$) ± standard deviation for AML-193 and KG-1 cell lines

| Drug combination | Cell line | |
|---|---|---|
| | AML-193 | KG-1 |
| Fluvastatin + Ara-C + Daunorubicin | 0.7 ± 0.1 | 0.1 ± 0.1 |
| Fluvastatin + Rapamycin + Ara-C | 0.4 ± 0.0 | 0.6 ± 0.1 |
| Fluvastatin + Rapamycin + Daunorubicin | 0.2 ± 0.0 | 0.5 ± 0.1 |
| Fluvastatin + Rapamycin + Idarubicin | 0.2 ± 0.0 | 0.9 ± 0.1 |
| Fluvastatin + Ara-C + Idarubicin | 0.4 ± 0.0 | 0.5 ± 0.1 |
| RAD-001 + Ara-C + Daunorubicin | 0.7 ± 0.0 | 0.9 ± 0.1 |
| RAD-001 + Ara-C + Idarubicin | 0.2 ± 0.1 | 0.3 ± 0.0 |
| RAD-001 + Daunorubicin + Rapamycin | 0.3 ± 0.0 | 0.7 ± 0.1 |
| Rapamycin + Ara-C + Daunorubicin | 0.9 ± 0.1 | 0.2 ± 0.0 |
| Rapamycin + Ara-C + Idarubicin | 0.7 ± 0.1 | 0.3 ± 0.0 |

Synergistic values are less than 1.0.
AML, acute myeloid leukemia; Ara-C, cytosine arabinoside; Fe, fraction of cells affected.

Fig. 1



Synergy as measured by nonlinear regression and curve shift analysis for the combination of rapamycin and cytosine arabinoside in the AML-193 cell line. Effects are normalized with a shift of the combination treatment curve to the left compared with the single treatment indicating synergy. Open squares & , rapamycin + cytosine arabinoside; closed circle × , rapamycin; open circle ^ , cytosine arabinoside. P < 0.01 for the combination versus single agent. AML, acute myeloid leukemia; IC, inhibitory concentration.

cytosine arabinoside is shown in Fig. 3. These effects were time dependent with increased exposure time leading to enhanced apoptosis. In addition, manual cell counts using trypan blue exclusion also indicated a dramatic decrease in viable cell numbers over a 72-h incubation period (data not shown).

To demonstrate that the m-TOR inhibitor had an effect on the AKT pathway in this assay system, AKT, phospho-AKT, and phospho-S6 were measured by ELISA assay

after KG-1 cells were exposed to RAD-001 for 72 h. Both phospho-AKT and phospho-S6 are measures of m-TOR activation. The results, normalized to the level of no drug exposure, are shown in Fig. 4 demonstrating a concentration-dependent effect on the AKT pathway.

## Discussion

Redundancy of survival mechanisms and cross-talk between molecular pathways are believed to be two reasons why classical cytotoxic chemotherapy has only a limited role in the treatment of malignant disease [7]. In the case of acute leukemia, resistance to initial therapy portends a poor outcome [65]. Better understanding of proliferation pathways has suggested that AKT activation occurs in at least 60% of cases of AML through activation of the PI3 kinase pathway [11] and is associated with drug resistance. Therefore, inhibition of this pathway has been explored as a potential therapeutic maneuver [15,66,67].

Rapamycin and its analogue RAD-001, a variant with better pharmacological properties [66], inhibit m-TOR, which is downstream from AKT and is involved in the function of this pathway [68]. Initial studies in both preclinical models and in humans have suggested that these compounds exhibit antileukemia activity [67]. Although initially believed to only inhibit raptor/m-TOR complex,[10], prolonged culture (24 h) of the rapamycin analogs temsirolimus or RAD-001 in media with serum has resulted in rictor/m-TOR complex inhibition leading to more profound inhibition of the AKT pathway [14]. Activity of the rictor/m-TOR complex can be evaluated by the level of AKT ser 473 phosphorylation in cells [14]. We noted similar findings of lower expression of phosphorylated AKT in our study, which used a 72-h incubation period and fetal calf serum. Therefore, for an m-TOR inhibitor to be effective in blocking the AKT pathway, prolonged exposure may be

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

BSC-SJA-1026

710   Anti-Cancer Drugs   2008, Vol 19 No 7

Fig. 2



Representative doublet combinations of the nonclassical combination of fluvastatin and RAD-001 in KG-1 leukemia cells and RAD-001 combined with cytosine arabinoside in AML-193 cells. The combinations demonstrate enhanced time-dependent apoptosis (P < 0.01 for all paired analyses). AML, acute myeloid leukemia; Ara-C, cytosine arabinoside.

Fig. 3



Evaluation of time-dependent apoptotic effects of single agents and the triplet cytosine arabinoside, idarubicin, and RAD-001 in the KG-1 cell line. DNA fragmentation values as measured by ELISA are shown ± standard deviation. P < 0.01 for all paired analyses. Ara-C, cytosine arabinoside.

necessary. In our in-vitro studies, we also found differences in $IC_{50}$ between rapamycin and RAD-001 in KG-1 cells which was not seen in the more differentiated AML-193 cell line. The reason for this effect remains under investigation.

We have also identified that an m-TOR inhibitor markedly augments the effects of classical cytotoxic agents used alone and in combination with a second cytotoxic agent in leukemia cell lines. No singlet or doublet of cytotoxic drugs used in the clinical treatment of acute leukemia, when combined with an m-TOR inhibitor, demonstrated antagonism in this model system. The triplet combination of RAD-001, cytosine arabinoside, and idarubicin was particularly potent ($CI_{50}$ 0.2–0.3). We have also confirmed in a previous report [9] that in both our cell lines RAD-001 enhances the action of the schedule-dependent drug, cytosine arabinoside. These findings in cell lines suggest that cell cycle delay induced by m-TOR inhibition does not antagonize the cytotoxic action of the commonly used agents for treatment of AML. This effect was further demonstrated in this study to be owing to a time-dependent exposure causing enhanced apoptosis and not just owing to a cytostatic effect.

In a similar manner, the statins have been noted to have preclinical antileukemia activity and to possibly work through several unique mechanisms [29,32–35,59]. Fluvastatin, at clinically achievable plasma levels, enhances

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

BSC-SJA-1027

Fig. 4




The effect of RAD-001 on expression of AKT, phospho-AKT, and S6 normalized to control in the AML cell line KG-1. Incubation is for 72 h. AML, acute myeloid leukemia; Conc, concentration.

the effects of trastuzumab in solid tumors in vitro and thus may perturb survival pathways [43]. Therefore, these studies are an extension of our prior studies, but utilize an acute leukemia model. We have identified the nonclassical combination of fluvastatin with either rapamycin or RAD-001 as displaying antileukemia synergy in vitro and that fluvastatin also enhances the cytotoxic effects of anthracyclines and cytosine arabinoside. This latter finding confirms and extends previous findings of the effect of perturbation of cholesterol biosynthesis in acute leukemia [28].

Therefore, these studies suggest several potential novel combinations of agents that may deserve further testing in acute leukemia. Of particular interest is that the combination of an m-TOR inhibitor with fluvastatin also enhanced apoptotic effects and suggests a potentially less toxic oral combination to be evaluated in elderly patients with acute leukemia who tolerate classical aggressive cytotoxic therapy poorly [70]. The drawbacks of this model system are that it does not reflect either molecular or kinetic heterogeneity of human disease and does not evaluate therapeutic index.


## Acknowledgements

Supported in part by NCI CA-88104-02, NCI CA-35279, NCI CA 93542-2, and a grant from the Don Monti Foundation.


## References


1 Colvin GA, Elfenbein GJ. The latest treatment advances for acute myelogenous leukemia. Med Health R I 2003; 86:243–246.
2 Estey EH. Treatment of acute myelogenous leukemia. Oncology (Williston Park) 2002; 16:343–352, 355–356; discussion 357, 362, 365–366.
3 Kelly LM, Gilliland DG. Genetics of myeloid leukemias. Annu Rev Genomics Hum Genet 2002; 3:179–198.
4 Rowe JM. Uncertainties in the standard care of acute myelogenous leukemia. Leukemia 2001; 15:677–679.
5 Stirewalt DL, Meshinchi S, Radich JP. Molecular targets in acute myelogenous leukemia. Blood Rev 2003; 17:15–23.
6 Corvera S, Czech MP. Direct targets of phosphoinositide 3-kinase products in membrane traffic and signal transduction. Trends Cell Biol 1998; 8: 442–446.
7 Kim D, Cheng GZ, Lindsley CW, Yang H, Cheng JQ. Targeting the phosphatidylinositol-3 kinase/Akt pathway for the treatment of cancer. Curr Opin Investig Drugs 2005; 6:1250–1258.
8 Mills GB, Kohn E, Lu Y, Eder A, Fang X, Wang H, et al. Linking molecular diagnostics to molecular therapeutics: targeting the PI3K pathway in breast cancer. Semin Oncol 2003; 30:93–104.
9 Xu Q, Simpson SE, Scialla TJ, Bagg A, Carroll M. Survival of acute myeloid leukemia cells requires PI3 kinase activation. Blood 2003; 102:972–980.
10 Sarbassov DD, Guertin DA, Ali SM, Sabatini DM. Phosphorylation and regulation of Akt/PKB by the rictor-mTOR complex. Science 2005; 307:1098–1101.
11 Dos Santos C, Recher C, Demur C, Payrastre B. The PI3K/Akt/mTOR pathway: a new therapeutic target in the treatment of acute myeloid leukemia. Bull Cancer 2006; 93:445–447.
12 Zhao S, Konopleva M, Cabreira-Hansen M, Xie Z, Hu W, Milella M, et al. Inhibition of phosphatidylinositol 3-kinase dephosphorylates BAD and promotes apoptosis in myeloid leukemias. Leukemia 2004; 18:267–275.
13 Chow S, Minden MD, Hedley DW. Constitutive phosphorylation of the S6 ribosomal protein via mTOR and ERK signaling in the peripheral blasts of acute leukemia patients. Exp Hematol 2006; 34:1183–1191.
14 Zeng Z, Sarbassov dos D, Samudio IJ, Yee KW, Munsell MF, Ellen Jackson C, et al. Rapamycin derivatives reduce mTORC2 signaling and inhibit AKT activation in AML. Blood 2007; 109:3509–3512.
15 Recher C, Beyne-Rauzy O, Demur C, Chicanne G, Dos Santos C, Mas VM, et al. Antileukemic activity of rapamycin in acute myeloid leukemia. Blood 2005; 105:2527–2534.
16 Giles FJ, Albitar M. Mammalian target of rapamycin as a therapeutic target in leukemia. Curr Mol Med 2005; 5:653–661.
17 Altman JK, Platanias LC. Exploiting the mammalian target of rapamycin pathway in hematologic malignancies. Curr Opin Hematol 2008; 15: 88–94.
18 Fingar DC, Richardson CJ, Tee AR, Cheatham L, Tsou C, Blenis J. mTOR controls cell cycle progression through its cell growth effectors S6K1 and 4E-BP1/eukaryotic translation initiation factor 4E. Mol Cell Biol 2004; 24:200–216.
19 Abraham RT, Wiederrecht GJ. Immunopharmacology of rapamycin. Annu Rev Immunol 1996; 14:483–510.
20 Tamburini J, Chapuis N, Bardet V, Park S, Sujobert P, Willems L, et al. Mammalian target of rapamycin (mTOR) inhibition activates phosphatidylinositol 3-kinase/Akt by up-regulating insulin-like growth factor-1 receptor signaling in acute myeloid leukemia: rationale for therapeutic inhibition of both pathways. Blood 2008; 111:379–382.
21 Hay N. The Akt-mTOR tango and its relevance to cancer. Cancer Cell 2005; 8:179–183.
22 Dancey JE. Inhibitors of the mammalian target of rapamycin. Expert Opin Investig Drugs 2005; 14:313–328.
23 Tirado OM, Mateo-Lozano S, Notario V. Rapamycin induces apoptosis of JN-DSRCT-1 cells by increasing the Bax : Bcl-xL ratio through concurrent mechanisms dependent and independent of its mTOR inhibitory activity. Oncogene 2005; 24:3348–3357.
24 Yee KW, Zeng Z, Konopleva M, Verstovsek S, Ravandi F, Ferrajoli A, et al. Phase I/II study of the mammalian target of rapamycin inhibitor everolimus (RAD001) in patients with relapsed or refractory hematologic malignancies. Clin Cancer Res 2006; 12:5165–5173.


Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

712  Anti-Cancer Drugs  2008, Vol 19 No 7

25 Sassano A, Katsoulidis E, Antico G, Altman JK, Redig AJ, Minucci S, et al. Suppressive effects of statins on acute promyelocytic leukemia cells. Cancer Res 2007; 67:4524–4532.

26 Li HY, Appelbaum FR, Willman CL, Zager RA, Banker DE. Cholesterol-modulating agents kill acute myeloid leukemia cells and sensitize them to therapeutics by blocking adaptive cholesterol responses. Blood 2003; 101:3628–3634.

27 Ho YK, Smith RG, Brown MS, Goldstein JL. Low-density lipoprotein (LDL) receptor activity in human acute myelogenous leukemia cells. Blood 1978; 52:1099–1114.

28 Banker DE, Mayer SJ, Li HY, Willman CL, Appelbaum FR, Zager RA. Cholesterol synthesis and import contribute to protective cholesterol increments in acute myeloid leukemia cells. Blood 2004; 104:1816–1824.

29 Suarez Y, Fernandez C, Ledo B, Martin M, Gomez-Coronado D, Lasuncion MA. Sterol stringency of proliferation and cell cycle progression in human cells. Biochim Biophys Acta 2005; 1734:203–213.

30 Fernandez C, Lobo Md Mdel V, Gomez-Coronado D, Lasuncion MA. Cholesterol is essential for mitosis progression and its deficiency induces polyploid cell formation. Exp Cell Res 2004; 300:109–120.

31 Connelly-Smith L, Pattinson J, Grundy M, Shang S, Seedhouse C, Russell N, et al. P-glycoprotein is downregulated in K5 1a-primitive leukemia cells by LDL cholesterol deprivation and by HMG-CoA reductase inhibitors. Exp Hematol 2007; 35:1793–1800.

32 Newman A, Clutterbuck RD, Powles RL, Millar JL. Selective inhibition of primary acute myeloid leukaemia cell growth by simvastatin. Leukemia 1994; 8:2023–2029.

33 Clutterbuck RD, Millar BC, Powles RL, Newman A, Catovsky D, Jarman M, et al. Inhibitory effect of simvastatin on the proliferation of human myeloid leukaemia cells in severe combined immunodeficient (SCID) mice. Br J Haematol 1998; 102:522–527.

34 Dimitroulakos J, Thai S, Wasfy GH, Hedley DW, Minden MD, Penn LZ. Lovastatin induces a pronounced differentiation response in acute myeloid leukemias. Leuk Lymphoma 2000; 40:167–178.

35 Lewis KA, Holstein SA, Hohl RJ. Lovastatin alters the isoprenoid biosynthetic pathway in acute myelogenous leukemia cells in vitro. Leuk Res 2005; 29:527–533.

36 Xia Z, Tan MM, Wong WW, Dimitroulakos J, Minden MD, Penn LZ. Blocking protein geranylgeranylation is essential for lovastatin-induced apoptosis of human acute myeloid leukemia cells. Leukemia 2001; 15:1398–1407.

37 Goemans BF, Zwaan CM, Harlow A, Loonen AH, Gibson BE, Hahlen K, et al. In vitro profiling of the sensitivity of pediatric leukemia cells to tipifarnib: identification of T-cell ALL and FAB M5 AML as the most sensitive subsets. Blood 2005; 106:3532–3537.

38 Kornblau SM, Banker DE, Stirewalt D, Shen D, Lemker E, Verstovsek S, et al. Blockade of adaptive defensive changes in cholesterol uptake and synthesis in AML by the addition of pravastatin to idarubicin+high-dose Ara-C: a phase 1 study. Blood 2007; 109:2999–3006.

39 Budman DR, Calabro A. Zoledronic acid (Zometa) enhances the cytotoxic effect of gemcitabine and fluvastatin: in vitro isobologram studies with conventional and nonconventional cytotoxic agents. Oncology 2006; 70:147–153.

40 Budman DR, Calabro A, Kreis W. In vitro effects of dexrazoxane (Zinecard) and classical acute leukemia therapy: time to consider expanded clinical trials? Leukemia 2001; 15:1517–1520.

41 Budman DR, Calabro A. In vitro search for synergy and antagonism: evaluation of docetaxel combinations in breast cancer cell lines. Breast Cancer Res Treat 2002; 74:41–46.

42 Budman DR, Calabro A. Studies of synergistic and antagonistic combinations of conventional cytotoxic agents with the multiple eicosanoid pathway modulator LY 293111. Anti-Cancer Drugs 2004; 15: 877–881.

43 Budman D, Tai J, Calabro A. Fluvastatin enhancement of trastuzumab and classical cytotoxic agents in defined breast cancer cell lines in vitro. Breast Cancer Res Treat 2007; 104:97–101.

44 Bailly JD, Muller C, Jaffrezou JP, Demur C, Gassar G, Bordier C, et al. Lack of correlation between expression and function of P-glycoprotein in acute myeloid leukemia cell lines. Leukemia 1995; 9:799–807.

45 Sugimoto K, Toyoshima H, Sakai R, Miyagawa K, Hagiwara K, Ishikawa F, et al. Frequent mutations in the p53 gene in human myeloid leukemia cell lines. Blood 1992; 79:2378–2383.

46 Rizzo MG, Zepparoni A, Cristofanelli B, Scardigli R, Crescenzi M, Blandino G, et al. Wt-p53 action in human leukaemia cell lines corresponding to different stages of differentiation. Br J Cancer 1998; 77:1429–1438.

47 Xie H, Hu Z, Chyna B, Horrigan SK, Westbrook CA. Human mortalin (HSPA9): a candidate for the myeloid leukemia tumor suppressor gene on 5q31. Leukemia 2000; 14:2128–2134.

48 Koeffler HP, Golde DW. Human myeloid leukemia cell lines: a review. Blood 1980; 56:344–350.

49 Niskanen E, Koeffler HP, Golde DW, Cline MJ. Responsiveness of a human myelogenous leukemia cell line (KG-1) to humoral factors in vivo. Leuk Res 1980; 4:203–208.

50 Li Y, Vakalide F, Chen B. Regulation of granulocyte-macrophage colony-stimulating factor (GM-CSF) receptors in a GM-CSF-dependent human myeloid leukemia cell line (AML-193) by interleukin-5. Exp Hematol 1996; 24:94–100.

51 Ciaiolo C, Ferrero D, Pugliese A, Ortolano B, Borrione P, Pileri A. Modulation of in vitro chemosensitivity with acute myelogenous leukemia cell line by GM-CSF: opposing effects observed with different cytotoxic drugs and time exposure. Leuk Res 1998; 23:831–838.

52 Turner AM, Lin NL, Issarachai S, Lyman SD, Broudy VC. FLT3 receptor expression on the surface of normal and malignant human hematopoietic cells. Blood 1996; 88:3383–3390.

53 Jedema I, Barge RM, Willemze R, Falkenburg JH. High susceptibility of human leukemic cells to Fas-induced apoptosis is restricted to G1 phase of the cell cycle and can be increased by interferon treatment. Leukemia 2003; 17:576–584.

54 Kinder V, Shields J, Ayer D, Mazzel GJ. Growth regulation of the AML-193 leukemic cell line: evidence for autocrine production of granulocyte-macrophage colony-stimulating factor (GM-CSF), and inhibition of GM-CSF-dependent cell proliferation by interleukin-1 (IL-1) and tumor necrosis factor (TNF alpha). Int J Cancer 1991; 47:450–454.

55 Valtieri M, Boccoli G, Testa U, Barletta C, Peschle C. Two-step differentiation of AML-193 leukemic line: terminal maturation is induced by positive interaction of retinoic acid with granulocyte colony-stimulating factor (CSF) and vitamin D3 with monocyte CSF. Blood 1991; 77:1804–1812.

56 Mosmann T. Rapid colorimetric assay for cellular growth and survival: application to proliferation and cytotoxicity assays. J Immunol Methods 1983; 65:55–63.

57 Milton DT, Riely GJ, Azzoli CG, Gomez JE, Heelan RT, Kris MG, et al. Phase 1 trial of everolimus and gefitinib in patients with advanced nonsmall-cell lung cancer. Cancer 2007; 110:599–605.

58 Liu X, Yue P, Zhou Z, Khuri FR, Sun SY. Death receptor regulation and celecoxib-induced apoptosis in human lung cancer cells. J Natl Cancer Inst 2004; 96:1769–1780.

59 Mabasa VH, Ensom MH. The role of therapeutic monitoring of everolimus in solid organ transplantation. Ther Drug Monit 2005; 27:666–676.

60 Chou T, Talalay P. Generalized equations for the analysis of inhibition of Michaelis-Menten and higher order kinetic systems with two or more mutually exclusive and non-exclusive inhibitors. Eur J Biochem 1981; 115:207–216.

61 Greco WR, Bravo G, Parsons JC. The search for synergy: a critical review from a response surface perspective. Pharmacol Rev 1995; 47:331–385.

62 Budman DR, Calabro A, Wang LG, Liu XM, Stiel L, Adams LM, et al. Synergism of cytotoxic effects of vinorelbine and paclitaxel in vitro. Cancer Invest 2000; 18:695–701.

63 Zhao L, Wientjes MG, Au JL. Evaluation of combination chemotherapy: integration of nonlinear regression, curve shift, isobologram, and combination index analyses. Clin Cancer Res 2004; 10:7994–8004.

64 Gitler MS, Monks A, Sausville EA. Preclinical models for defining efficacy of drug combinations: mapping the road to the clinic. Mol Cancer Ther 2003; 2:929–932.

65 Stanisic S, Kalaycio M. Treatment of refractory and relapsed acute myelogenous leukemia. Expert Rev Anticancer Ther 2002; 2:287–295.

66 Panwalkar A, Verstovsek S, Giles FJ. Mammalian target of rapamycin inhibition as therapy for hematologic malignancies. Cancer 2004; 100:657–666.

67 Recher C, Dos Santos C, Demur C, Payrastre B. mTOR, a new therapeutic target in acute myeloid leukemia. Cell Cycle 2005; 4:1540–1549.

68 Vignot S, Faivre S, Aguirre D, Raymond E. mTOR-targeted therapy of cancer with rapamycin derivatives. Ann Oncol 2005; 16:525–537.

69 Paajanti G, Roudier E, Crisby M, Hoeg J, Stanius U. HMG-CoA reductase inhibitors, statins, induce phosphorylation of Mdm2 and attenuate the p53 response to DNA damage. Faseb J 2005; 19:476–478.

70 Rofinassabpathy R, Lancet JE. Management of acute myelogenous leukemia in the elderly. Cancer Control 2003; 10:469–477.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.



BSC-SJA-1029

# EXHIBIT 43

Journal of

Medicinal

Chemistry

PHARMACY LIBRARY
UNIVERSITY OF WISCONSIN

JUN 0 6 2001

Madison, WI 53705



# Journal of Medicinal Chemistry

*Journal of Medicinal Chemistry* (ISSN 0022-2623) is published biweekly by the American Chemical Society at 1155 16th St., N.W., Washington, DC 20036. Periodicals postage paid at Washington, DC, and additional mailing offices. POSTMASTER: Send address changes to *Journal of Medicinal Chemistry*, Member & Subscriber Services, P.O. Box 3337, Columbus, OH 43210.

**American Chemical Society**
1155 16th St., N.W.
Washington, DC 20036
(202) 872-4614
TDD (202) 872-6076
Fax (202) 776-8264

**Publishing Operations**
American Chemical Society
2540 Olentangy River Road
P.O. Box 3330, Columbus, OH 43210
(614) 447-3665
Fax (614) 447-3745; Telex 6842086
E-mail acsproof@acs.org

**Member & Subscriber Services**
American Chemical Society
P.O. Box 3337, Columbus, OH 43210
(614) 447-3776; (800) 333-9511
Fax (614) 447-3671
E-mail service@acs.org

**Advertising Office**
Centcom, Ltd.
676 East Swedesford Road
Suite 202, Wayne, PA 19087-1612
(610) 964-9061

**Publications Division**
Robert D. Bovenschulte, Director

*Publishing Operations*
Mary E. Scanlan, Director

*Journal Publications*
Diane E. Needham, Journals Editing Manager; Debra L. Carver, Assistant Editor; Loretta M. Yam, Associate Editor; Tracy A. Pritchard, Production Associate

*Sales & Marketing*
Justin R. Spence, Director
Dean J. Smith, Institutional Sales
Matthew J. Price, Product Marketing



Canadian GST Reg. No. 127571347
Printed in the USA

Copyright Permission: See following page for permission information (http://pubs.acs.org). Reprographic copying beyond that permitted by Section 107 or 108 of the U.S. Copyright Act is allowed, provided that the current per article fee is paid to the Copyright Clearance Center. Tel: (978) 750-8400. Republication or reproduction for sale of articles or abstracts in this journal is permitted only by written permission from the Copyright Office, ACS, Washington, DC. Tel: (202) 872-4368. Fax (202) 775-8112. E-mail: copyright@acs.org.

**Editorial Information**

Instructions for Authors and Copyright Status Form: See the first issue of each volume or visit the Publications Division Web site (http://pubs.acs.org). Please conform to these instructions when submitting manuscripts.

Manuscript Submission: Send manuscripts to the Editor, Philip S. Portoghese, Department of Medicinal Chemistry, College of Pharmacy, WDH 8-114, University of Minnesota, 308 Harvard St. SE, Minneapolis, MN 55455. European contributors may send manuscripts to Povl Krogsgaard-Larsen, Department of Medicinal Chemistry, The Royal Danish School of Pharmacy, 2 Universitetsparken, DK-2100 Copenhagen, Denmark.

Accepted Papers and Proofs: Direct correspondence to Publishing Operations, Columbus, OH. Tel: (614) 447-3665. Fax: (614) 447-3745. E-mail: acsproof@acs.org.

Journal Policies: The American Chemical Society and its Editors assume no responsibility for the statements and opinions advanced by contributors. Registered names and trademarks, etc., used in this publication, even without specific indication thereof, are not to be considered unprotected by law.

Document Number: At the end of each document is a 9-character code that serves as a link between the printed and electronic products and facilitates retrieval of the document in electronic form.

Digital Object Identifier (DOI): The DOI identification system for digital media has been designed to provide persistent and reliable identification of digital objects. Information on the DOI and its governing body, the International DOI Foundation, can be found at http://www.doi.org. In the Web editions of ACS journals, the DOI appears at the top of the HTML version of an article and at the bottom of the first page in its PDF version; in the print editions, the DOI appears in the same location as in the PDF version.

2001 Subscription and Ordering Information

| | | North America | Outside North America* |
|---|---|---|---|
| **Printed Edition** | Members | $ 112 | $ 243 |
| | Student Members | $ 84 | $ 215 |
| | Nonmembers | $ 264 | $ 395 |
| | Institutional | $1326 | $1457 |
| **Web Edition†** | Members | $ 50 | $ 50 |
| **Print/Web Combination†** | Members | $ 152 | $ 293 |

* Air service included. † For institutional rates, call Member & Subscriber Services.

Web Edition: This journal is available to subscribers via the Internet. Contact Member & Subscriber Services (Tel: (614) 447-3776 or (800) 333-9511. Fax: (614) 447-3671. E-mail: service@acs.org) or visit the Publications Division Web site (http://pubs.acs.org) for additional details.

New and Renewal Subscriptions: Send with payment to American Chemical Society, P.O. Box 182426, Columbus, OH 43218-2426. Institutional subscribers in Japan must enter subscription orders with Maruzen Company Ltd., 3-10 Nihombashi 2-chome, Chuo-ku, Tokyo 103, Japan. Tel: (03) 272-7211.

Subscription Donations: Members may donate/share their personal subscriptions to/with libraries but only after 5 years from publication.

Change of Address: Notify Member & Subscriber Services, ACS, Columbus, OH. Tel: (614) 447-3776 or (800) 333-9511. Fax: (614) 447-3671. E-mail: address@acs.org. Include both old and new addresses and a mailing label from a recent issue.

Microfilm, Microfiche, Back Issue, and Printed Edition Single Issue Orders: Send requests to Publications Support Services, ACS, Washington, DC. Tel: (202) 872-4376. Fax: (202) 872-6325. E-mail: pss@acs.org. Printed edition not available prior to 1997.

Bulk Reprint Orders: For quotes and information, contact CJS Reprint Services. Tel: (888) 257-2134 or (410) 819-3991. Fax: (410) 820-9765.

Claims for Issues Not Received: Claims will be honored only if submitted within 90 days of the issue date (subscribers in North America) or within 180 days of the issue date (all other subscribers). Send requests to Member & Subscriber Services, ACS, Columbus, OH. Tel: (614) 447-3776 or (800) 333-9511. Fax: (614) 447-3671. E-mail: service@acs.org.

Supporting Information (SI): SI from 1993 to the present is available free of charge via the Internet (http://pubs.acs.org) from the journal's home page. For information on electronic access, send e-mail to si-help@acs.org. SI prior to 1995 is available, for a fee, from Publications Support Services. Tel: (202) 872-4376. Fax: (202) 872-6325. E-mail: pss@acs.org.

© Copyright 2001 American Chemical Society

BSC-SJA-1031

# Metabolism of Sirolimus and Its Derivative Everolimus by Cytochrome P450 3A4: Insights from Docking, Molecular Dynamics, and Quantum Chemical Calculations

Bernd Kuhn,[†] Wolfgang Jacobsen,[‡] Uwe Christians,[‡] Leslie Z. Benet,[‡] and Peter A. Kollman*[†]

Department of Pharmaceutical Chemistry and Department of Biopharmaceutical Sciences, University of California at San Francisco, San Francisco, California 94143-0446

Received February 21, 2001

A combination of quantum chemical calculations and molecular simulations (DOCKing and molecular dynamics) is used to investigate the metabolism of sirolimus (rapamycin) and its derivative everolimus (SDZ-RAD) by cytochrome P450 3A4. Both molecules are drugs with high immunosuppressive activity. Our calculations yield qualitative predictions of the regiospecificities of the hydroxylations and O-dealkylations occurring in these two substrates which are in good agreement with recent experimental results. An analysis of the modeled enzyme–substrate interactions allows us to rationalize the reduced metabolic activity of the larger substrate everolimus compared to sirolimus. Moreover, our simulations suggest that hydrogen donor functionalities close to the metabolic site are important for anchoring the substrate at the active center of the enzyme. In particular, we predict that replacing one hydroxyl group by a fluorine atom should considerably suppress the major metabolic reaction in sirolimus, 39-O-demethylation.

## I. Introduction

The macrolide immunosuppressant sirolimus (rapamycin) was recently approved by the United States Food and Drug Administration for the prophylaxis against graft rejection in kidney transplant patients in combination with cyclosporine.[1] In contrast to the calcineurin inhibitor, cyclosporine, which acts early after T-cell activation, sirolimus exerts its action later in the cell cycle by blocking growth-factor driven cell proliferation resulting in synergistic immunosuppressive activity of both drugs.[2-4] The clinical management of sirolimus, however, is complicated by its low and highly variable oral bioavailability.[4] To overcome the formulation problem, the 40-O-(2-hydroxyethyl) derivative of sirolimus, everolimus (SDZ-RAD),[5] has been developed and found to have similar immunosuppressive properties[6] but a significantly better oral bioavailability than sirolimus.[7] The significance of cytochrome P450 (CYP) 3A4/5-mediated intestinal and hepatic first-pass metabolism for the oral bioavailability of drugs that are substrates of these enzymes has recently been recognized.[8] As we have previously shown, CYP3A4 is mainly responsible for the metabolism of both sirolimus and everolimus in man.[9,10] CYP3A is also a major source of pharmacokinetic variability of immunosuppressants,[11,12] which has been associated with a high incidence of chronic rejection and poor clinical outcome.[13] Therefore, it is of major interest to investigate and compare the metabolism of sirolimus and everolimus in CYP3A4, which we have done both by experimental and theoretical means. The experimental study[10] identified a total of 12 and 13 metabolic sites in sirolimus and everolimus, respec-

* Author to whom correspondence should be addressed. Tel: 415 476-4637. Fax: 415 476-0688. E-mail: pak@cgl.ucsf.edu.
† Department of Pharmaceutical Chemistry.
‡ Department of Biopharmaceutical Sciences.



**Figure 1.** Molecular structure of sirolimus (R = OH) and everolimus (R = O−CH₂−CH₂−OH) including the labeling of the carbon atoms. Five metabolic groups, marked by circles, have been identified experimentally in microsomal cytochrome P450's involving hydroxylations (groups 1–4, solid background) and O-dealkylations (group 5: Me⁹, Me,⁴¹ C¹⁶-CH₂-OH, lined background).[10] We have studied groups 1 and 2 and the cyclohexyl-ring of group 5 in CYP3A4. Abbreviation: Me = methyl.

tively, and clustered them into metabolic groups, as illustrated in Figure 1. Groups 1–4 involve hydrocarbon hydroxylation reactions and group 5 contains all O-dealkylations occurring in the two substrates. While the total intrinsic clearance of the CYP-dependent formation of everolimus metabolites is 3-fold lower than for sirolimus, some of the metabolic rate constants are found to be drastically reduced by attaching the 2-hy-

BSC-SJA-1032





**Figure 2.** Proposed mechanism for hydrocarbon hydroxylation and O-dealkylation (R = R*O) of substrates in cytochrome P450.[16] The transition state for hydrogen atom abstraction, [C··H··O], is assumed to be linear. Cys-S stands for a cysteinate residue, and the tetrachelated porphyrin moiety is represented by a dotted ellipse. Figure modified from ref 15.

**Figure 3.** Geometric parameters used in the analysis of enzyme–substrate interactions. The dashed lines show (a) the distance between the heme oxygen atom and the reactive substrate hydrogen atom, r, and (b) the angle between those two atoms and the adjacent substrate carbon atom, φ.

droxyethyl group to sirolimus. Most notably, the major metabolism reaction in sirolimus, 39-O-demethylation, is slowed by a factor of ≈15 in everolimus. To better understand the molecular basis for the observed behavior and to test whether our theoretical approach can be used in a predictive manner, we have used computational methods to investigate the reactions of the main metabolic groups in CYP3A4. This enzyme was chosen since a three-dimensional (3D) homology model[14] was available for our simulations, and because it is the main human cytochrome P450 involved in drug metabolism.

To theoretically predict the rate constant of a multistep reaction, one has to simulate the rate-limiting step of this process. There is experimental and theoretical evidence[15,16] that for CYP metabolized hydrocarbon hydroxylation and O-dealkylation reactions, which are of relevance for sirolimus and everolimus, the rate-limiting reaction involves the two-step radical mechanism illustrated in Figure 2. The first step contains hydrogen atom abstraction from the substrate by the activated heme oxygen of CYP, which is followed by radical recombination to form the hydroxylated molecule. In substrates in which a substituent contains an oxygen atom adjacent to the reaction center, i.e. R = R*O, the hemiacetal formed is not stable under the conditions in the enzyme and decomposes into the dealkylated product and a free aldehyde or ketone, depending on the substituents R' and R''. Large kinetic isotope effects suggest that hydrogen atom abstraction is rate-limiting and that a linear [C··H··O] transition state is involved in the radical formation.[16]

Ideally, one would like to model the hydrogen abstraction reaction using combined quantum mechanical/molecular mechanical (QM/MM) methods. However, since the available 3D structures of sirolimus/CYP3A4 are not accurate enough to warrant an elaborate QM/MM model we used a qualitative approach instead. Our method is based on the knowledge of the rate-limiting step, i.e. atomic hydrogen abstraction from the substrate (first step in Figure 2), of the reaction and takes into account both electronic effects at the reaction site and interactions between the substrate and CYP3A4. An important factor influencing the reaction rate is the enthalpy change involved in forming the transition state from the reactants. Using the Hammond postulate, this can be approximated by the energy difference between the radical intermediates and the reactant

$$\Delta E = E(R\bullet) + E(H\bullet) - E(R-H) \quad (1)$$

which, for the same substrate, corresponds to the stability of the formed radical R•. We estimate the propensity of each reaction site to lose a hydrogen atom by quantum chemical calculations of the substrate according to eq 1. Apart from this electronic criterion, one has to consider how interactions between the enzyme and the substrate affect their relative orientation at the active site. This is important because the reaction probability at a given site is highly dependent on the distances and angles of the atoms involved in the chemical transformation. Taking into account substrate–enzyme interactions is clearly necessary for large substrates such as sirolimus and its analogues. We model the intermolecular interactions by molecular dynamics (MD) simulations of the substrate-CYP3A4 complex. Based on the knowledge about the linear transition state during hydrogen atom abstraction, we use as geometric criteria the distance between the reactive substrate hydrogen atom and the ferryl oxygen atom, r, as well as the angle between those atoms and the adjacent substrate carbon atom, φ. These two geometrical parameters are illustrated in Figure 3. Similar qualitative approaches, pioneered by Loew et al.,[17,18] have been applied with considerable success to predict metabolic product distributions of different substrates in bacterial cytochrome P450cam[19–22] and homology models of CYP 2C enzymes.[23,24]

Using the above-mentioned electronic/and orientation criteria, we investigate 10 and 11 possible metabolic pathways for sirolimus and everolimus, respectively. The modeled reactions involve the metabolic groups 1 and 2 as well as the O-dealkylation reactions at the cyclohexyl-ring (part of group 5), which are the most important in CYP3A4. Experimental rate constants[10] have been measured for all sites studied and provide a good testing ground for our simulations. We distinguish the different metabolic pathways by the substrate carbon atom at which the initial hydrogen abstraction occurs. For O-dealkylations this is the carbon atom that is eliminated adjacent to the oxygen atom.

## II. Experimental Section

**(a) Electronic Structure Calculations.** We used the three model compounds depicted in Figure 4 to estimate possible electronic effects on the metabolic rates in groups 1, 2, and 5 of sirolimus and everolimus. The model systems were chosen to include all atoms that are likely to affect the electronic structure at the reaction centers. Hydrogen atom abstraction energies at the labeled positions of Figure 4 were

BSC-SJA-1033



**Figure 4.** Model compounds used to calculate the hydrogen abstraction energies at the metabolic groups (a) 5 (cyclohexyl-ring), (b) 2, and (c) 1 of sirolimus/everolimus (see Figure 1). Energies of the cyclohexyl-ring of group 5 for sirolimus and its fluoro analogue (see Section Results and Discussion) are obtained by substituting R′ = –O–CH₂–CH₂–OH with R′ = –OH and R = –F, respectively. The labeled carbon atoms denote the positions for which we calculated hydrogen atom abstraction energies.

**Figure 5.** Experimentally identified metabolic pathways at the cyclohexyl-ring of sirolimus and everolimus (part of group 5).[10] The measured rate constants are (a) $k = 254$ pmol × mg⁻¹ × min⁻¹ for 39-*O*-demethylation in sirolimus, (b) (5 pmol × mg⁻¹ × min⁻¹ for 39-*O*-demethylation in everolimus, and (c) 23 pmol × mg⁻¹ × min⁻¹ for 40-*O*-dehydroxyethylation in everolimus.

calculated with the density functional theory (DFT)/B3LYP (Becke three-parameter Lee–Yang–Parr)[25–27] method using the 6-31G* basis set,[28] with all radicals being treated at the spin-unrestricted level of theory, UB3LYP. The geometries of the reactants and radical intermediates were optimized before energy evaluation. No spin projection was applied to the UB3LYP wave function, as this might degrade the calculated energy.[29] A comparison of different quantum chemical methods in describing open-shell systems has shown that UB3LYP/6-31G* calculations yield excellent optimized geometries and relative energies for radicals, comparable to much higher levels of theory, provided that the spin contamination of the wave function is small.[30] We monitored the extent of spin contamination in our open-shell calculations and quote its value in the rare cases when it deviates considerably from the spin of a doublet state, |S²| = 0.75. All electronic structure calculations were performed with the software package Gaussian 98.[31]

**(b) Docking and Molecular Dynamics Simulations.** Our MD simulations were based on a homology model of CYP3A4 by Szklarz and Halpert which used the crystallographic coordinates of four bacterial CYP enzymes as templates.[14] The two ligands, sirolimus and everolimus, were docked into the active site of the model using DOCK 4.0.[32] This was done in an "anchor-and-grow" fashion independently for each of the three metabolic groups such that the corresponding group center was placed in proximity to the heme oxygen atom. For the subsequent molecular dynamics simulation, we used the standard parm94 force field of AMBER 6[33] together with new parameters for the ligands, which were derived as outlined previously.[34] Atomic partial charges for sirolimus and everolimus were obtained by semiempirical AM1 geometry optimization and subsequent single-point Hartree–Fock/6-31G* calculation of the electrostatic potential, to which the charges were fitted using the restrained electrostatic potential (RESP) procedure.[35] Force field parameters[18,35] and partial charges[37] for the heme unit of CYP3A4, which consists of an iron-oxo porphyrin complex with an axial cysteinate ligand from the protein, were taken from the literature. Throughout the MD simulations, we used a cutoff for nonbonded interactions of 14 Å and allowed only residues within 16 Å of the substrate to move. The SHAKE algorithm[27] was used with an integration time step of 1.5 fs.

Since the six docked structures, three for each substrate, showed significant steric overlap between the protein and the ligand, due to limitations in docking large ring systems, we performed simulated annealing of the ligand in each of those complexes to improve the starting structure for MD. Here, the temperature of the system was first increased from T = 0 to

1200 K within 3 ps and reduced again to T = 0 K by tightening the temperature coupling, $\tau_T$, from $\tau_T = 4.0–0.05$ ps over a simulation time of 12 ps. Only residues within 16 Å of the substrate were allowed to move, thereby keeping all protein atoms close to their initial positions with a harmonic positional restraint of 20 kcal/(mol Å²) and the corresponding metabolic group center, close to the heme group with an internal harmonic restraint of 200 kcal/(mol Å²). During this step, we stiffened the torsional potential around all double bonds of the ligand to avoid cis–trans isomerization at the elevated temperatures. Our simulated annealing procedure lowered the complex energies by up to 1300 kcal/mol compared to the initial docking conformation. The root-mean-square deviation between the substrate structures after and before simulated annealing ranged from (0.6–3.4) Å for the six complexes investigated. After annealing, we solvated the ligand–protein complexes, with a 25 Å sphere of TIP3P water molecules,[38] centered at the ferryl oxygen atom.

To elucidate the steric effects that affect the metabolic rate at the 10 (sirolimus) and 11 (everolimus) investigated reaction centers, (see numbers in Figure 4) we used the following MD protocol for each of the 21 systems. First, we equilibrated the solvated complex for 50 ps at T = 300 K using an internal harmonic restraint of 20 kcal/(mol Å²) between the heme oxygen atom and the reactive carbon center. The equilibrium distance was set to 3.6 Å, which is the sum of their van der Waals radii. This restraint was applied to ensure that the subsequent unrestrained MD simulation started from an enzyme–substrate configuration that is favorable for reaction. Abolishing the active-site restraint, we then performed 50 ps of additional equilibration and 180 ps of data collection to see whether the modeled enzyme–substrate complex kept this "reactive" configuration in place. We saved the coordinates of the complex every 2 ps, yielding a representative set of 90 structural snapshots for each system. This ensemble of structures was analyzed with respect to the population of the two geometrical parameters shown in Figure 3.

## III. Results and Discussion

**(a) Group 5.** The experimental rate constants for metabolism at the cyclohexyl-ring of sirolimus and everolimus (Figure 5) are drastically different between the two substrates. While 39-*O*-demethylation, which involves initial H-abstraction at C52, is the major metabolism reaction in sirolimus with a rate constant of $k = 254$ pmol × mg⁻¹ × min⁻¹, this metabolic

BSC-SJA-1034

2080   Journal of Medicinal Chemistry, 2009, Vol. 52, No. 2   Kuhn et al.

Case 1:07-cv-00333-SLR   Document 299   Filed 09/30/09   Page 62 of 195

Table 1. Hydrogen Atom Abstraction Energies, ΔE, at Different Carbon Centers in the Metabolic Groups 5, 2, and 1 of Sirolimus/Everolimus Using the Model Compounds Shown in Figure 4[a]

|  | group 5[b] |
| --- | --- |
| C52[b] | 101.2 |
| C53 | 100.8 |

|  | group 2[c] |
| --- | --- |
| C11 | 101.7 |
| C12 | 104.8 |
| C13 | 105.3 |
| C14 | 100.6 |

|  | group 1[d] |
| --- | --- |
| C23 | 77.7 |
| C24 | 102.1 |
| C25 | 92.1 |
| C45 | 105.9 |
| C46 | 107.7 |

[a] Absolute energy of reactant (Figure 4a): $E_{UB3LYP-310+} = -579.4341305$ hartree. [b] Replacing the substituent $R = -O-CH_2-CH_3-OH$ in the model compound (Figure 4a) with $R = -OH$ and $R = -F$ yields $ΔE = 101.8$ and $101.2$ kcal/mol, respectively. [c] Absolute energy of reactant (Figure 4b): $E_{UB3LYP-310+} = -746.9565939$ hartree. [d] Absolute energy of reactant (Figure 4c): $E_{UB3LYP-310+} = -860.9559417$ hartree. [e] Energies are calculated using the (U)B3LYP/6-31G* method and are given in kcal/mol.

pathway is completely blocked in everolimus ($k = 5$ pmol × mg$^{-1}$ × min$^{-1}$). As can be seen from Figure 5, another O-dealkylation pathway is detected in everolimus, leading to sirolimus, with $k = 23$ pmol × mg$^{-1}$ × min$^{-1}$. We modeled these three metabolic routes using the electronic and geometric criteria explained above.

As listed in Table 1, small energetic differences below 1 kcal/mol exist in the calculated stability of the three possible radical intermediates which are unlikely to explain the spread of observed rate constants. To elucidate the effects of substrate–enzyme interactions we analyzed the MD trajectories for sirolimus and everolimus in Tables 2 and 3, respectively. Using the distance between the ferryl oxygen atom and the reactive hydrogen atom as well as the angle between those two atoms and the neighboring carbon atom as critical parameters, we calculated (a) their MD averages and (b) the probability of finding a substrate–enzyme configuration suitable for reaction. We define the geometric criteria of those configurations as $r < 2.7$ Å, i.e. the distance between the heme oxygen and substrate hydrogen atom should be smaller than the sum of their van der Waals radii, and as $|\phi - 180°| < 45°$. This criterion for the angle was chosen because the reaction probability should be highest when the two reactants approach each other in a linear [C···H···O$_{Fe}$] configuration, $\phi = 180°$, this being the likely arrangement in the transition state. Deviations from the linear orientation should increase the transition state barrier, which is, however, difficult to quantify and was not attempted in our qualitative approach. As a crude measure, we distinguish more "reactive" configurations in which $|\phi - 180°| < 45°$ (class A) and less "reactive" configurations in which $|\phi - 180°| > 45°$ (class B). Table 2 indicates that there is a significant probability (25%, 8%) of finding sirolimus in a configuration relative to the heme group that is favorable for hydrogen atom

Table 2. Geometrical Analysis of the Molecular Dynamics Results of CYP3A4 Bound Sirolimus[a]

|  | $\bar{r}$/Å | $\bar{\phi}$/degrees | A | B | $k_{exp}$ |
| --- | --- | --- | --- | --- | --- |
| Group 5 (O-Dealkylation) | | | | | |
| C52[a] | 3.2 (0.8) | 136 (12) | 25 | 8 | 254 (7) |
| Group 2 (Hydroxylation) | | | | | |
| C11 | 3.0 (0.2) | 102 (8) | 0 | 9 | 137 (3) |
| C12 | 2.6 (0.4) | 121 (12) | 20 | 19 | 108 (2) |
| C13 | 4.7 (0.3) | 69 (4) | 0 | 0 |  |
| C14 | 3.2 (0.4) | 123 (9) | 2 | 0 | 45 (5) |
| Group 1 (Hydroxylation) | | | | | |
| C23 | 4.2 (0.3) | 87 (11) | 0 | 0 | 137 (5) |
| C24 | 2.8 (0.3) | 153 (10) | 19 | 1 |  |
| C25 | 4.2 (0.4) | 92 (8) | 2 | 4 | 107 (1) |
| C45 | 2.9 (0.3) | 148 (13) | 33 | 3 |  |
| C46 | 4.1 (0.5) | 110 (12) | 12 | 8 | 79 (3) |

[a] Replacing $R = -O-H$ with $R = -F$ at position C40 yields $\bar{r} = (9.8 ± 1.1)$ Å and $\bar{\phi} = (111 ± 16)°$, with no population of the classes A and B. [b] The first column indicates the carbon atom of the substrate to which the reactive hydrogen atom is attached. Columns 2 and 3 list the MD averaged distance between the heme oxygen atom and the reactive H-atom of the substrate, $\bar{r}$, and the average angle of these with the adjacent substrate carbon atom, $\bar{\phi}$, respectively (80 snapshots). When methylene and methyl units are examined, the H-atom closest to the heme oxygen atom is selected for each MD snapshot. Classes A and B denote the "probability of sampling a snapshot with A; $r < 2.7$ Å and $|\phi - 180°| < 45°$, and B, $r < 2.7$ Å and $|\phi - 180°| \geq 45°$. Here, all trajectories for a given group are taken into account. Experimental rate constants, $k_{exp}$, in CYP3A4 are listed for comparison (pmol × mg$^{-1}$ × min$^{-1}$). Numbers in parentheses indicate the standard deviation.

Table 3. Geometrical Analysis of the Molecular Dynamics Results of CYP3A4 Bound Everolimus[a]

|  | $\bar{r}$/Å | $\bar{\phi}$/degrees | A | B | $k_{exp}$ |
| --- | --- | --- | --- | --- | --- |
| Group 5 (O-Dealkylation) | | | | | |
| C52 | 4.5 (1.6) | 114 (19) | 3 | 4 | 5 (1) |
| C53 | 2.5 (0.2) | 111 (10) | 1 | 58 | 23 (2) |
| Group 2 (Hydroxylation) | | | | | |
| C11 | 3.0 (0.2) | 97 (6) | 0 | 0 | 18 (1) |
| C12 | 3.8 (1.2) | 108 (18) | 16 | 9 | 20 (1) |
| C13 | 3.3 (0.5) | 105 (10) | 0 | 0 |  |
| C14 | 5.6 (0.3) | 94 (9) | 0 | 0 | 7 (1) |
| Group 1 (Hydroxylation) | | | | | |
| C23 | 4.0 (0.3) | 142 (14) | 0 | 0 | 45 (1) |
| C24 | 3.0 (0.5) | 139 (12) | 21 | 1 |  |
| C25 | 4.0 (0.4) | 84 (9) | 0 | 0 | 28 (1) |
| C45 | 3.4 (0.3) | 118 (13) | 1 | 7 | 45 (3) |
| C46 | 3.9 (1.1) | 126 (16) | 23 | 1 |  |

[a] The nomenclature is described in Table 2.

abstraction at C52, ultimately leading to 39-O-desmethyl sirolimus. This number is considerably higher than the probability (3%, 4%) for the same reaction site in everolimus (Table 3), in agreement with the experimental observation of a significantly reduced rate constant in everolimus. Molecular dynamics simulations of the dehydroxyethylation pathway at C53 of everolimus, yielding sirolimus (Figure 5c), reveal that the average distance between the reactive substrate hydrogen atom and the heme oxygen atom is favorable for reaction, but that the average $C_3H_3O_{Fe}$ angle is considerably bent compared to the optimal linear configuration. This unfavorable angular orientation might be the reason this metabolic pathway is slower than the 39-O-demethylation in sirolimus. Our numerical results are illustrated in Figure 6 showing the sampled conformations during the MD calculations. Most noticeably, the distribution of snapshots for the dehydroxyethylation

BSC-SJA-1035



**Figure 6.** Population of the two critical geometric parameters for reaction $r$ and $\phi$, using individual molecular dynamics simulations for the metabolic sites at the cyclohexyl-ring (part of group 5) of sirolimus and everolimus. The charts display the results for hydrogen abstraction from (a) C52 in sirolimus, (b) C52 in everolimus, and (c) C53 in everolimus. The number of structural MD snapshots is 80. The dashed lines indicate the geometric criteria ($r = 2.7$ Å, $\phi = 135°$) used to distinguish "reactive" from "nonreactive" configurations.

reaction in everolimus (Figure 6c) is more compact than this for the other reactions in this group.

Further insight into the molecular interactions leading to the simulated behavior can be gained by inspecting characteristic MD snapshots of the complex. Figure 1 in the Supporting Information displays the equilibrated structure of the active site of the sirolimus/CYP3A4 complex involving the heme group and the bound substrate. Interestingly, the hydroxyl group adjacent to the OCH₃ group at which demethylation occurs forms a strong hydrogen bond ($d \approx 1.8$ Å) with the negatively charged ferryl oxygen atom. This interaction seems to "anchor" the cyclohexyl-ring of the substrate close to the heme group, thereby forming an eight-membered ring with the ferryl oxygen at an angle $\phi \approx 140°$, which is close to linear. Inserting a CH₂–CH₂–O moiety into the hydroxyl group of sirolimus, as is the case for everolimus, leads in our simulations to the break-up of the substrate-heme ring configuration and floating away of the substrate. Consequently, the displaced OH group of the substrate has to point into the hydrophobic protein environment around the heme group, which is energetically unfavorable. In contrast to the 39-O-demethylation of everolimus, the dehydroxyethylation reaction (Figure 6c) involves again the formation of a hydrogen bond between the substrate and the heme oxygen, as displayed in Figure 2 in the

Supporting Information. However, in this six-membered ring the relative location of the hydroxyl group and the methylene group at which the initial hydrogen abstraction occurs forces $\phi$ to adopt a value around 110° rather than $\phi = 180°$.

Our simulations of the O-dealkylations at the cyclohexyl-ring of sirolimus and everolimus, which are in qualitative agreement with the experimental results, suggest that hydroxyl functionalities or other hydrogen bond donors close to the reaction center play an important role in providing an "anchor" for the substrate to approach the heme group. To further test this hypothesis, we replaced the OH group at C40 of sirolimus with a fluorine atom, whose negative charge should repel the heme oxygen atom. While the stability of the intermediate radical is little affected by this substitution ($\Delta\Delta E = 0.8$ kcal/mol), the MD simulations revealed a drift of this compound away from the active site. This suggests that the main metabolism in sirolimus, which is 39-O-demethylation, could be reduced by the simple substitution of a hydroxyl group with a fluorine atom at C40.

**(b) Group 2.** Several metabolic sites, involving hydroxylations at the carbon atoms C11, C12, and C14, have been identified experimentally in group 2 for sirolimus and everolimus.[10] The measured rate constants for those pathways are listed in Tables 2 and 3. To test the predictive power of our approach we modeled both the three sites of this group for which metabolites have been found and the site C13 for which no metabolism product was detected.

As expected, our calculations of the energies for hydrogen abstraction (Table 1) reveal two classes of substrate radicals. The tertiary radical intermediates, which are formed at C11 and C14, are 3–5 kcal/mol more stable than the secondary radicals at C12 and C13. Based on the electronic criterion alone, one would deduce that the 11-OH and 14-OH metabolites occur more often than the 12-OH and 13-OH metabolized substrates. However, MD simulations of the substrate-CYP3A4 interactions (Tables 2 and 3) show that in both substrates it is considerably more likely that the C12 carbon atom approaches the heme oxygen in a "reactive" configuration than it is for the other three carbon atoms. This favorable geometry for 12-OH hydroxylation should partly compensate the higher transition state barrier for this pathway compared to the 11-OH and 14-OH hydroxylations. This behavior was found experimentally as listed in the last column of Tables 2 and 3. Encouragingly, our calculations confirm the experimental observation that no 13-OH metabolite should be formed in both substrates. This is due to unfavorable ligand–enzyme interactions, which prevent the substrate C13 atom to come close to the activated heme oxygen.

In all groups, we find that it is generally less likely that a "reactive" configuration is formed in everolimus than in sirolimus, in agreement with the observed trend of smaller rate constants for the bigger substrate everolimus. For the metabolism in group 2, this arises from the fact that the long hydroxyethyl-chain in everolimus is forced to point into the compact protein base around the heme group to permit close encounters of the reactants at the reaction site. Consequently, this leads to some repulsion of everolimus from CYP3A4 and

BSC-SJA-1036

larger average distances between the metabolic sites and the heme group.

(c) Group 1. In group 1, we investigated possible hydroxylation reactions at the substrate carbon atoms C23–C25 and C45–C46 in both sirolimus and everolimus. Three metabolites have been found experimentally in this group, with some ambiguity in two cases, namely whether (a) 45-OH or 46-OH and (b) 23-OH or 24-OH hydroxylations are involved. Our electronic structure calculations show more variance in the reaction energies than in the other groups, yielding the following order of radical stability: C23 ≫ C25 ≫ C24 > C45, C46. Most noticeable is the relatively high energy change, $\Delta E =$ 77.7 kcal/mol, for hydrogen atom abstraction at C23. Although the accuracy of this value might be lower than the others, due to a relatively high spin contamination ($|S^2| = 0.81$) of the radical, the large stabilizing effect of the conjugated π-bond system adjacent to C23 on the radical intermediate should make hydrogen abstraction at this atom electronically much more favorable than at the other sites. However, as the MD simulations on the substrate/CYP3A4 complexes show, the hydrogen atom attached to C23 never comes close to the heme oxygen atom, thereby preventing metabolism at this site. Apparently, the extended polyene chain has two opposite effects on the adjacent carbon atom C23. While it stabilizes considerably the radical intermediate that is formed during the reaction, the low chain flexibility makes it difficult to accommodate this substrate segment close to the heme group without having unfavorable interactions with neighboring protein residues. Our simulations suggest that in sirolimus hydroxylation reactions should be observed at the positions C24, C25, C45, and C46. Unfortunately, the calculated probabilities of adopting a "reactive" configuration, C45 > C24 > C46 > C25 > C23, are largely inverse to the order of radical stability, which makes it difficult to predict the metabolic regiospecificity in this group with a qualitative approach. In group 1 of everolimus, the situation is similar except that our calculations indicate a higher reactivity for C46 than C45 and no metabolism at C25, which is, however, in contrast to the measurements. Still, our simulations can help identifying metabolism sites that are uncertain from the experimental data. The calculations suggest strongly that only C24 and not C23 are hydroxylated in both substrates. Both 45-OH and C46–OH metabolites should be found to a similar extent in sirolimus while everolimus should be metabolized rather at C46 than at C45.

## IV. Summary and Conclusion

Using a mechanism-based approach involving quantum chemical, docking, and molecular dynamics calculations we have studied electronic and orientation effects that influence the metabolic rates of sirolimus and its derivative everolimus, both of which are clinically significant substrates. Our simulations yield good overall qualitative agreement with the measured rate constants[10] for the metabolic groups investigated. In particular, metabolically stable carbon atoms are identified, and the reduction of metabolism upon mutation of sirolimus to everolimus is reproduced. Apart from the qualitative prediction of rate constants, our atom-based simulations allow us to gain insight into substrate/CYP

interactions that are important for the metabolism of the substrate. First, our calculations suggest that hydrogen donor functionalities close to the metabolic site and in appropriate relative position to it are important for anchoring the substrate at the catalytic heme center. Replacing the moiety with a hydrophobic group or fluorine atom should reduce the metabolism at this site. Second, we can rationalize why the metabolism in everolimus is considerably reduced compared to sirolimus. Presumably, this is because the hydrophilic hydroxyethyl-chain, which distinguishes everolimus from sirolimus, is forced to distort the compact binding site base of CYP3A4 (group 2) or has other unfavorable interactions with the hydrophobic residues surrounding the heme center (39-O-demethylation).

Although the approach of combining electronic and orientation criteria to predict the metabolism in CYP enzymes has been used before,[17–24] previous applications have focused exclusively on the regiospecificity profile of relatively small substrates with less than 25 non-hydrogen atoms. Our study of sirolimus and everolimus is the first application of this method to considerably larger substrates involving an extensive characterization of several metabolic groups. In contrast to most of the earlier work, in which conclusions about the metabolism of substrates in humans were deduced from simulations on the X-ray model of the bacterial P450$_{cam}$, we use a homology model of the major human cytochrome involved in drug metabolism, CYP3A4. Relying on this 3A4 model, which is based on four bacterial CYP templates, one of which is P450$_{cam}$, should make our conclusions concerning the human metabolism of sirolimus and everolimus more trustworthy than using the P450$_{cam}$ structure alone. In this respect, we should note that Loew et al. have recently used a homology model of human CYP 2C9[23] and 2C18–19[24] for their calculations of preferred hydroxylation sites of different substrates.

Despite the good qualitative results of our modeling efforts, we are aware of the existing shortcomings of our approach. The major limitation is probably the limited structural information of a homology model, which we had to use due to the lack of an X-ray structure of any human CYP. Because of the following reasons, we believe that the 3A4 structural model of this study is accurate enough to justify the qualitative conclusions derived from our simulations. First, regions of the amino acid sequence containing the heme-binding core region are highly conserved in all cytochrome P450s.[39] Second, 3A4 residues that are equivalent to known substrate contact residues of the reference bacterial proteins are located in the active site or the substrate access channel.[14] Last, site-directed mutagenesis studies have confirmed key amino acid residues for substrate binding, which were predicted by the model.[40] Clearly, the incorporation of information from the recently solved X-ray structure of the first mammalian cytochrome P450, 2C5,[41] which shares more sequence similarity with CYP3A4 than the bacterial isoenzymes, should improve the homology model of 3A4 and the accuracy of our calculations.

Another approximation that needs to be commented on is the use of gas-phase calculated energies of the substrate and its corresponding radical intermediate for

estimating the transition state barrier. While this simple approach, due to its computational speed, has been used extensively in previous theoretical studies of product distribution it neglects the effect of the environment on the reaction energetics. However, since we compare the stabilities of radicals the stabilising effect of the protein on the radical intermediate should be relatively minor and much less so than for charged transition states. Hence, we think that this approach is justified to estimate the electronic effects at each reaction site. Finally, we should note that our calculations rely on the knowledge of the rate-limiting step of the metabolic reaction, which seems to be well established in this case. To compare the theoretical results with experiment, other steps in the reaction process, such as diffusion or product release, must occur on a longer time scale compared to the hydrogen abstraction reaction. Despite those approximations, our results suggest that the simple combination of electronic properties of substrate model compounds and of a geometrical analysis of substrate—enzyme interactions are useful indicators for sites of metabolism.

The good qualitative results of this study suggest the possibility to incorporate the modeling of metabolism at an early stage in the structure based drug design process, thereby reducing the chance of failure at a later and more expensive development phase. One could envision modeling the metabolic activity for the best binding drug candidates and select those which show the desired metabolic profile. Often, groups in the molecule that are likely to be metabolized can be suggested by a pharmacokineticist or predicted using heuristics. Focusing on these groups, the above-mentioned theoretical simulations can yield a qualitative characterization of the metabolic profile and identify problematic metabolic sites. Based on the calculated electronic properties of the drug and the modeled enzyme—substrate interactions one should be able to suggest structural modifications to the drug candidate that would optimize both its metabolic profile and its binding affinity.

**Acknowledgment.** We would like to thank G. D. Szklarz for kindly providing us with the homology model of cytochrome P450 3A4 as well as S. Toba and A. Verras for helpful discussions. We gratefully acknowledge computer time at the NSF supercomputer centers and graphics support from the UCSF computer graphics lab, T. Ferrin, P. I. (RR-1081). B.K. is grateful for support from the German Academic Exchange Service (DAAD) through a research scholarship. W.J. and L.Z.B. were supported in part by NIH Grant CA72006, and U.C. was supported by the Deutsche Forschungsgemeinschaft, Grant Ch 95/6-2. P.A.K. is pleased to acknowledge research support through the NIH (GM-29072).

**Supporting Information Available:** Stereoviews of the equilibrated active site structure of the sirolimus/CYP3A4 and everolimus/CYP3A4 complexes. This material is available free of charge via the Internet at http://pubs.acs.org.

## References

(1) Kahan, B. D. Efficacy of sirolimus compared with azathioprine for reduction of acute renal allograft rejection: a randomised multicentre study. *Lancet* **2000**, *356*, 194–202.

(2) Sehgal, S. N. Rapamune (Sirolimus, Rapamycin) – an Overview and Mechanism of Action. *Ther. Drug Monit.* **1995**, *17*, 660–665.

(3) Gummert, J. F.; Ikonen, T.; Morris, R. E. Newer immunosuppressive drugs: A review. *J. Am. Soc. Nephrol.* **1999**, *10*, 1366–1380.

(4) Yatscoff, R. W.; Wang, P.; Chan, K.; Hicks, D.; Zimmerman, J. Rapamycin – Distribution, Pharmacokinetics, and Therapeutic Range Investigations. *Ther. Drug Monit.* **1995**, *17*, 666–671.

(5) Sedrani, R.; Cottens, S.; Kallen, J.; Schuler, W. Chemical modification of rapamycin: The discovery of SDZ RAD. *Transplant Proc.* **1998**, *30*, 2192–2194.

(6) Schuler, W.; Sedrani, R.; Cottens, S.; Häberlin, B.; Schulz, M.; Schuurman, H. J.; Zenke, G.; Zerwes, H. G.; Schreier, M. H. SDZ RAD, a new rapamycin derivative – Pharmacological properties in vitro and in vivo. *Transplantation* **1997**, *64*, 36–42.

(7) Crowe, A.; Bruelisauer, A.; Duerr, L.; Guntz, P.; Lemaire, M. Absorption and intestinal metabolism of SDZ-RAD and rapamycin in rats. *Drug Metab. Dispos.* **1999**, *27*, 627–632.

(8) Benet, L. Z.; Wu, C. Y.; Hebert, M. F.; Wacher, V. J. Intestinal Drug Metabolism and Antitransport Processes – a Potential Paradigm Shift in Oral Drug Delivery. *J. Control. Release* **1996**, *39*, 139–143.

(9) Sattler, M.; Guengerich, F. P.; Yun, C. H.; Christians, U.; Sewing, K. F. Cytochrome-P-450 3a Enzymes Are Responsible for Biotransformation of Fk506 and Rapamycin in Man and Rat. *Drug Metab. Dispos.* **1992**, *20*, 753–761.

(10) Jacobsen, W.; Kuhn, B.; Kollman, P. A.; Christians U.; Benet L. Z. To be submitted for publication.

(11) Lown, K. S.; Mayo, R. R.; Leichtman, A. B.; Hsiao, H. L.; Turgeon, D. K.; Schmiedlin-Ren, P.; Brown, M. B.; Guo, W. S.; Rossi, S. J.; Benet, L. Z.; Watkins, P. B. Role of intestinal P-glycoprotein (mdr1) in interpatient variation in the oral bioavailability of cyclosporine. *Clin. Pharmacol. Ther.* **1997**, *62*, 248–260.

(12) Lampen, A.; Zhang, Y. C.; Hackbarth, I.; Benet, L. Z.; Sewing, K. F.; Christians, U. Metabolism and transport of the macrolide immunosuppressant sirolimus in the small intestine. *J. Pharmacol. Exp. Ther.* **1998**, *285*, 1104–1112.

(13) Kahan, B. D.; Welsh, M.; Schoenberg, L.; Rutzky, L. P.; Katz, S. M.; Urbauer, D. L.; Vanburen, C. T. Variable Oral Absorption of Cyclosporine – a Biopharmaceutical Risk Factor for Chronic Renal, Allograft Rejection. *Transplantation* **1996**, *62*, 599–606.

(14) Szklarz, G. D.; Halpert, J. R. Molecular Modeling of Cytochrome P450 3A4. *J. Comput.-Aided Mol. Des.* **1997**, *11*, 265–272.

(15) Groves, J. T.; Han, Y.-Z. Models and mechanisms of cytochrome P450 action. Cytochrome P-450: Structure, Mechanism, and Biochemistry, 2nd ed.; Plenum Press: New York, **1995**; pp 3–48.

(16) Ortiz de Montellano, P. R. Oxygen activation and reactivity. Cytochrome P-450: Structure, Mechanism, and Biochemistry, 2nd ed.; Plenum Press: New York, **1995**; pp 245–303.

(17) Collins, J. R.; Loew, G. H. Theoretical study of the product specificity in the hydroxylation of camphor, norcamphor, 5,5-difluorocamphor, and pericyclocamphanone by cytochrome P-450cam. *J. Biol. Chem.* **1988**, *263*, 3164–3170.

(18) Collins, J. R.; Camper, D. L.; Loew, G. H. Valproic Acid Metabolism By Cytochrome-P450 – a Theoretical Study of Stereoselectrosom Modulators of Product Distribution. *J. Am. Chem. Soc.* **1991**, *113*, 2736–2743.

(19) Paulsen, M. D.; Ornstein, R. L. Predicting the Product Specificity and Coupling of Cytochrome P450cam. *J. Comput.-Aided Mol. Des.* **1992**, *6*, 449–460.

(20) Harris, D.; Loew, G. Prediction of Regiospecific Hydroxylation of Camphor Analogues By Cytochrome P450(Cam). *J. Am. Chem. Soc.* **1995**, *117*, 2738–2746.

(21) Keseru, G. M.; Kolossvary, I.; Bertok, B. Cytochrome P-450 catalyzed insecticide metabolism. Prediction of regio- and stereoselectivity in the primer metabolism of carbofuran: A theoretical study. *J. Am. Chem. Soc.* **1997**, *119*, 5126–5131.

(22) SopkovaDeOliveira, J. S.; Smith, J. C.; Delaforge, M.; Virelizier, H.; Jankowski, C. K. Oxidation of tetrahydro-beta-carboline by cytochrome P-450(cam) – Determination and rationalisation of product distribution. *Eur. J. Biochem.* **1998**, *251*, 398–404.

(23) Payne, V. A.; Chang, Y. T.; Loew, G. H. Homology modeling and substrate binding study of human CYP2C9 enzyme. *Protein-Struct. Funct. Genet.* **1999**, *37*, 176–190.

(24) Payne, V. A.; Chang, Y. T.; Loew, G. H. Homology modeling and substrate binding study of human CYP2C18 and CYP2C19 enzymes. *Protein-Struct. Funct. Genet.* **1999**, *37*, 204–217.

(25) Lee, C.; Yang, W.; Parr, R. G. *Phys. Rev. B* **1988**, *37*, 785.

(26) Becke, A. D. Density-Functional Thermochemistry. 3. the Role of Exact Exchange. *J. Chem. Phys.* **1993**, *98*, 5648–5652.

(27) Stephens, P. J.; Devlin, F. J.; Chabalowski, C. F.; Frisch, M. J. Ab Initio Calculation of Vibrational Absorption and Circular Dichroism Spectra Using Density Functional Force Fields. *J. Phys. Chem.* **1994**, *98*, 11623–11627.

BSC-SJA-1038

(26) Hehre, W. J.; Radom, L.; van Schleyer, P. R.; Pople, J. A. *Ab Initio Molecular Orbital Theory*; John Wiley: New York, 1986.

(29) Wittbrodt, J. M.; Schlegel, H. B. Some Reasons Not to Use Spin Projected Density Functional Theory. *J. Chem. Phys.* 1996, *105*, 6574–6577.

(30) Bally, T.; Borden, W. T. Calculations on Open-Shell Molecules: A Beginner's Guide. *Reviews in Computational Chemistry*; Wiley-VCH: New York, 1999; pp 1–97.

(31) Frisch, M. J.; Trucks, G. W.; Schlegel, H. B.; Scuseria, G. E.; Robb, M. A.; Cheeseman, J. R.; Zakrzewski, V. G.; Montgomery, J. A., Jr.; Stratmann, R. E.; Burant, J. C.; Dapprich, S.; Millam, J. M.; Daniels, A. D.; Kudin, K. N.; Strain, M. C.; Farkas, O.; Tomasi, J.; Barone, V.; Cossi, M.; Cammi, R.; Mennucci, B.; Pomelli, C.; Adamo, C.; Clifford, S.; Ochterski, J.; Petersson, G. A.; Ayala, P. Y.; Cui, Q.; Morokuma, K.; Malick, D. K.; Rabuck, A. D.; Raghavachari, K.; Foresman, J. B.; Cioslowski, J.; Ortiz, J. V.; Stefanov, B. B.; Liu, G.; Liashenko, A.; Piskorz, P.; Komaromi, I.; Gomperts, R.; Martin, R. L.; Fox, D. J.; Keith, T.; Al-Laham, M. A.; Peng, C. Y.; Nanayakkara, A.; Gonzales, C.; Challacombe, M.; Gill, P. M. W.; Johnson, B. G.; Chen, W.; Wong, M. W.; Andres, J. L.; Head-Gordon, M.; Replogle, E. S.; Pople, J. A. *Gaussian 98*; Gaussian, Inc.: Pittsburgh, PA, 1998.

(32) Ewing, T. J. A.; Kuntz, I. D. Critical Evaluation of Search Algorithms for Automated Molecular Docking and Database Screening. *J. Comput. Chem.* 1997, *18*, 1175–1189.

(33) Cornell, W. D.; Cieplak, P.; Bayly, C. I.; Gould, I. R.; Merz, K. M.; Ferguson, D. M.; Spellmeyer, D. C.; Fox, T.; Caldwell, J. W.; Kollman, P. A. A Second Generation Force Field For the Simulation of Proteins, Nucleic Acids, and Organic Molecules. *J. Am. Chem. Soc.* 1995, *117*, 5179–5197.

(34) Fox, T.; Kollman, P. A. Application of the RESP Methodology in the Parametrization of Organic Solvents. *J. Phys. Chem. B* 1998, *102*, 8070–8079.

(35) Bayly, C. I.; Cieplak, P.; Cornell, W. D.; Kollman, P. A. A Well-Behaved Electrostatic Potential Based Method Using Charge Restraints For Deriving Atomic Charges – the Resp Model. *J. Phys. Chem.* 1993, *97*, 10269–10280.

(36) Giammona, D. A. An examination of conformational flexibility in porphyrin and bulky-ligand binding in myoglobin; University of California at Davis: Davis, CA, 1984.

(37) Ryckaert, J. P.; Ciccotti, G.; Berendsen, H. J. C. Numerical Integration of the Cartesian Equations of Motion of a System with Constraints: Molecular Dynamics of n-Alkanes. *J. Comput. Phys.* 1977, *23*, 327–341.

(38) Jorgensen, W. L.; Chandrasekhar, J.; Madura, J.; Impey, R. W.; Klein, M. L. Comparison of Simple Potential Functions for Simulating Liquid Water. *J. Chem. Phys.* 1983, *79*, 926–935.

(39) Graham, S. E.; Peterson, J. A. How similar are P450s and what can their differences teach us? *Arch. Biochem. Biophys.* 1999, *369*, 24–29.

(40) Szklarz, G. D.; Halpert, J. R. Molecular basis of P450 inhibition and activation - Implications for drug development and drug therapy. *Drug Metab. Dispos.* 1998, *26*, 1179–1184.

(41) Williams, P. A.; Cosme, J.; Sridhar, V.; Johnson, E. F.; McRee, D. E. Mammalian microsomal cytochrome P450 monooxygenase: Structural adaptations for membrane binding and functional diversity. *Mol. Cell.* 2000, *5*, 121–131.

JM010079Y

BSC-SJA-1039

# EXHIBIT 44

*Inter Partes* Reexamination No. 95/001,095
U.S. Patent No. 7,300,662
Attorney Docket No. CRDS-0106

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Inter Partes Reexamination of
U.S. Patent No. 7,300,662

Examiner: Brenda G. Brumback

Control No.: 95/001,095

Art Unit: 3991

Filed: October 24, 2008

Confirmation No.: 8887

For:   Drug/Drug Delivery Systems for the Prevention and Treatment of Vascular
Disease

## DECLARATION OF ANTONIOS G. MIKOS, PH.D.

I, Antonios G. Mikos, Ph.D., hereby declare the following:

### I.   BACKGROUND AND QUALIFICATIONS

1.     I am Louis Calder Professor of Bioengineering and Chemical and
Biomolecular Engineering, Departments of Bioengineering and Chemical and Biomolecular
Engineering, Rice University ("Rice"), a position I have held since 2008. I am also Director of
the J.W. Cox Laboratory for Biomedical Engineering and the Director of the Center for
Excellence in Tissue Engineering at Rice. I am also President, Biomedical and Infirmatics
Consultants, Inc., a position I have held since 2002.

2.     In 1983 I received my Diploma in Chemical Engineering from the
Aristotle University of Thessaloniki, Greece. In 1988 I received my Ph.D. in Chemical
Engineering from Purdue University. From 1990-1991 I was a postdoctoral researcher at the
Department of Chemical Engineering, Massachusetts Institute of Technology and the
Department of Surgery, The Children's Hospital of Boston, Harvard Medical School. From
1992-1996 I was the T.N. Law Assistant Professor of Chemical Engineering and Bioengineering,

BSC-SJA-1040

*Inter Partes* Reexamination No. 95/001,095
U.S. Patent No. 7,300,662
Attorney Docket No. CRDS-0106
Declaration of Antonios G. Mikos Ph.D

## IV. UNPREDICTABILITY ASSOCIATED WITH POLYMER-DRUG COATED STENTS

28.     Prior to the availability of the Cypher® stent, numerous publications recognized the challenges and uncertainties associated with the development of a polymer-drug coated stent for the prevention of restenosis, particularly the identification of the correct drug-drug delivery vehicle combination. Fischell T., Polymer Coatings for Stents: Can We Judge a Stent by Its Cover?, *Circulation* 1996;94:1494–95 ("Fischell (1996)"), Ex. 5 at p. 1495 (describing "several challenges to the development of a stent coating that will inhibit neointimal hyperplasia," including the choice of polymer and drug); Brieger (1997), Ex. 2, at p. 410 ("Considerable effort has been directed towards developing stents coated with a biodegradable-drug-impregnated polymer . . . Realizing this goal has been difficult. . .").

29.     First, the drug had to be efficacious in adequately preventing smooth muscle cell proliferation. In addition, because there is only a small amount of surface area on a stent, the drug had to be highly potent (*i.e.*, active in microgram quantities). The drug also had to be safe and not have any local toxic effects on the vessel walls.

30.     In turn, it was desirable that the polymer be capable of binding to the stent without interfering with the stent's performance. In order to achieve a reliable and predictable drug dose on each stent, it was also desirable that the polymer coating be capable of being applied smoothly and uniformly. A polymer with the right amount of expandability and durability was preferred. Polymer coatings that cracked upon stent expansion were undesirable, because this risked the release of solid particles into the bloodstream where the stent coating cracked, as well as embolism (over time). In addition, it was desirable that the combination of drug and polymer achieve control of a desired drug release profile, neither too fast nor too slow.

31.     The polymer coating had to be compatible with the chosen drug. Thus, it was important to select a suitable polymer based on the particular drug that was used; one could not simply mix and match or substitute drugs and polymers and expect to achieve an optimal result. Depending on which polymer-drug combination was used, different properties, such as the physical characteristics of the stent coating and the stent's drug release kinetics, could change, affecting the stent's ability to treat restenosis. Replacing either the polymer or the drug in a particular combination could affect the physical properties of the coating, the rate of release of the drug, and the efficacy.

32.     There were many possible polymer choices. Which to pick was unclear. Synthetic or natural polymers could be used. Polymers could also be bioabsorbable (bioerodible) or nonerodible (biostable). Absorbable polymers release drug and eventually disintegrate, leaving a bare metal stent. Nonerodible polymers release drug, but then remain on the stent for the remaining life of the patient.

11


BSC-SJA-1041

*Inter Partes* Reexamination No. 95/001,095
U.S. Patent No. 7,300,662
Attorney Docket No. CRDS-0106
Declaration of Antonios G. Mikos Ph.D

33.     Prior to the availability of the Cypher stent, researchers were particularly concerned about the possibility of polymer coatings causing inflammation. This is illustrated by van der Giessen *et al.*, Marked Inflammatory Sequelae to Implantation of Biodegradable and Nonbiodegradable Polymers in Porcine Coronary Arteries. *Circulation* 1996;94(7):1690–1697, Ex. 6, at pp. 1690, 1696. van der Giessen *et al.* studied the biocompatibility of 8 different polymers, including absorbable and nonerodible polymers. Each polymer was cast on a balloon expandable stent and implanted in pig coronary arteries. The results showed that all of the implanted polymer coatings were associated with significant inflammatory and exaggerated neointimal proliferative responses. *Id.* at pp. 1694-95. In addition, at least some of the polymer coatings provoked an enhanced thrombotic response. *Id.* at pp. 1695-1696. These results generated concern that no polymeric stent coating would work. Based on these results, the authors explained:

> The present study demonstrates the marked inflammatory and neointimal response to an array of biodegradable as well as nonbiodegradable polymers after implantation in the porcine coronary artery. This reaction must be fully understood before we can make use of these or other polymers as implant materials in stents or drug delivery devices.

*Id.* at p. 1696.

34.     Brieger (1997), Ex. 2, also expressed concern about the problem of polymer-induced inflammation, stating that "[c]onsiderable effort has been directed towards developing stents coated with biodegradable-drug-impregnated polymer, capable of gradually releasing therapeutic agents into the vessel wall. Realizing this goal has been difficult, as a number of polymers, although biocompatible in other settings, excite an extensive inflammatory response when implanted in porcine coronary arteries." *Id.* at p. 410.

35.     Numerous other references expressed concern about the use of nonerodible polymers or describe strategies for using absorbable polymers with stents. *See, e.g.,* Rechavia *et al.*, Biocompatibility of polyurethane-coated stents: tissue and vascular aspects. *Catheterization and Cardiovascular Diagnosis* 1998;45(2):202-207, Ex. 7, at p. 202; Orloff *et al.*, Biodegradable implant strategies for inhibition of restenosis. *Advanced Drug Delivery Reviews* 1997;24:3-9, Ex. 8, at p. 3; Wilczek *at al.*, Comparison of self-expanding polyethylene terephthalate and metallic stents implanted in porcine iliac arteries. *Cardiovascular Intervent Radiol* 1996;19:176-180, Ex. 9, at p. 176; Murphy *et al.*, Percutaneous polymeric stents in porcine coronary arteries. Initial experience with polyethylene terephthalate stents. *Circulation*, 1992;86(5):1596–1604, Ex. 10, at p. 1596.

12

BSC-SJA-1042

*Inter Partes* Reexamination No. 95/001,095
U.S. Patent No. 7,300,662
Attorney Docket No. CRDS-0106
Declaration of Antonios G. Mikos Ph.D

36.    As discussed in more detail below, certain cited prior art references also taught that if a polymer coating was to be used at all on a stent, an absorbable polymer should be used. *See, e.g.*, Hossainy '711 at Page 3, line 58 to page 4, line 4, ("a bioabsorbable polymer is preferred since unlike [a] biostable polymer, it will not be present long after implantation to cause any adverse, chronic local response. Furthermore, bioabsorbable polymers do not present the risk that over extended periods of time there could be an adhesion loss between the stent and coating caused by the stresses of the biological environment that could dislodge the coating and introduce further problems even after the stent is encapsulated in tissue."); Berg '650, at Column 4, lines 39-42 ("[A] bioabsorbable polymer is more desirable since, unlike a biostable polymer, it will not be present long after implantation to cause any adverse, chronic local response"); Dinh '227, at Column 2, lines 39-45 ("[f]ibrin is a naturally occurring bioabsorbable polymer . . . providing fibrin at the site of treatment can provide a readily tolerated bioabsorbable surface which will interact in a natural manner with the body's healing mechanism and reduce the prospect for intimal hyperplasia that causes restenosis").

37.    Indeed, the general concern that the use of polymers in medical devices would give rise to inflammation was not limited to the cited prior art. Other patents expressed this concern as well. For example, this same concern is expressed in United States Patent 6,855,770 (the "'770 patent"). The '770 patent is entitled "Drug Delivery Compositions And Medical Devices Containing Block Copolymer" and is assigned to Boston Scientific. The '770 patent states that: "It is also known to use polymers in connection with implantable or insertable medical devices. However, such polymers frequently elicit a vigorous immune or foreign body response. This is particularly true of intravascular or intervascular medical devices, which commonly suffer from the consequences of inflammation and neointimal thickening after placement within the vasculature." '770 patent, at Column 11, Ex. 11, lines 27-33.

38.    Different polymeric drug release systems used different drug release mechanisms. For example, in diffusion-controlled systems, the drug is dissolved or dispersed in the polymer and diffuses out of the polymer. Nonerodible polymers release drug by diffusion. In swelling-controlled system, the drug is incorporated in a polymer which can absorb large amounts of water; exposure to the bloodstream causes swelling of the polymer which results in release of the drug. In biodegradable release systems, the drug is released by a combination of diffusion and by degradation as the polymer erodes or decays.

39.    Polymeric drug release systems could also be matrix systems or reservoir systems. In matrix systems, the drug is dispersed in the polymeric matrix. Reservoir systems are built of a core matrix that contains the drug, and a barrier or shell that controls the rate of drug release. The drug diffuses out of the core (reservoir) based upon the concentration gradient between the core and the barrier coating.

13

BSC-SJA-1043

# EXHIBIT 45

# GOODMAN & GILMAN'S The PHARMACOLOGICAL BASIS OF THERAPEUTICS

## Ninth Edition

McGraw-Hill
HEALTH PROFESSIONS DIVISION

New York  St. Louis  San Francisco  Auckland  Bogotá  Caracas  Lisbon  London  Madrid
Mexico City  Milan  Montreal  New Delhi  San Juan  Singapore  Sydney  Tokyo  Toronto

BSC-SJA-1044

## McGraw-Hill



*A Division of The McGraw-Hill Companies*

Goodman and Gilman's THE PHARMACOLOGICAL BASIS OF THERAPEUTICS, 9/e

Copyright © 1996, 1990, 1985, 1980, 1975, 1970, 1965, 1955, 1941 by *The McGraw-Hill Companies, Inc.* All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1234567890 DOWDOW 98765

ISBN 0-07-026266-7

This book was set in Times Roman by York Graphic Services, Inc. The editors were Martin J. Wonsiewicz and Peter McCurdy; the production supervisors were Robert Laffler and Clare Stanley, and the cover designer was Marsha Cohan/Parallelogram. The index was prepared by Irving Condé Tullar.
R.R. Donnelley and Sons Company was printer and binder.

This book is printed on acid-free paper.

### Library of Congress Cataloging-in-Publication Data

Goodman & Gilman's *The Pharmacological Basis of Therapeutics.* —9th ed. / Joel G. Hardman, Alfred Goodman Gilman, Lee E. Limbird.
    p.   cm.
  Includes bibliographical references and index.
  ISBN 0-07-026266-7 (hardcover)
  1. Pharmacology.  2. Chemotherapy.  I. Goodman, Louis Sanford.  II. Gilman, Alfred.
III. Hardman, Joel G.  IV. Gilman, Alfred Goodman.  V. Limbird, Lee E.
  [DNLM: 1. Pharmacology.  2. Drug Therapy.  QV 4 G6532 1995]
RM300.G644  1995
615′ .7—dc20
DNLM/DLC                             95-36658
for Library of Congress

BSC-SJA-1045

# S E C T I O N   I

# GENERAL PRINCIPLES

## INTRODUCTION

*Leslie Z. Benet*

In its entirety, *pharmacology* embraces the knowledge of the history, source, physical and chemical properties, compounding, biochemical and physiological effects, mechanisms of action, absorption, distribution, biotransformation and excretion, and therapeutic and other uses of drugs. Since a *drug* is broadly defined as any chemical agent that affects processes of living, the subject of pharmacology is obviously quite extensive.

For the clinician and the student of health sciences, however, the scope of pharmacology is less expansive than indicated by the above definitions. The clinician is interested primarily in drugs that are useful in the prevention, diagnosis, and treatment of human disease. Study of the pharmacology of these drugs can be reasonably limited to aspects that provide the basis for their rational clinical use. Secondarily, the clinician also is concerned with chemical agents that are not used in therapy but are commonly responsible for household and industrial poisoning as well as environmental pollution. Study of these substances is justifiably restricted to the general principles of prevention, recognition, and treatment of such toxicity or pollution. Finally, all health professionals share in the responsibility to help resolve the continuing sociological problem of the abuse of drugs.

The basic pharmacological concepts summarized in this section apply to the characterization, evaluation, and comparison of all drugs. A clear understanding and appreciation of these principles is essential for the subsequent study of the individual drugs. The relationship between the dose of a drug given to a patient and the utility of that drug in treating the patient's disease is described by two basic areas of pharmacology: *pharmacokinetics* and *pharmacodynamics*. Operationally, these terms may be defined as what the body does to the drug (pharmacokinetics) and what the drug does to the body (pharmacodynamics).

*Pharmacokinetics* (Chapter 1) deals with the *absorption, distribution, biotransformation, and excretion* of drugs. These factors, coupled with dosage, determine the concentration of a drug at its sites of action and, hence, the intensity of its effects as a function of time. Many basic principles of biochemistry and enzymology and the physical and chemical principles that govern the active and passive transfer and the distribution of substances, both small molecules and protein drugs, across biological membranes are readily applied to the understanding of this important aspect of pharmacology.

The study of the biochemical and physiological *effects* of drugs and their *mechanisms of action* is termed *pharmacodynamics* (Chapter 2). Pharmacodynamics borrows freely from both the subject matter and the experimental techniques of physiology, biochemistry, cellular and molecular biology, microbiology, immunology, genetics, and pathology. It is unique mainly in that attention is focused on the characteristics of drugs. As the name implies, the subject is a dynamic one. The student who attempts merely to memorize the pharmacodynamic properties of drugs is forgoing one of the best opportunities for correlating the entire field of preclinical medicine. For example, the actions and effects of the saluretic agents can be fully understood only in terms of the basic principles of renal phys-

1

BSC-SJA-1046

iology and of the pathogenesis of edema. Conversely, great insight into normal and abnormal renal physiology can be gained by the study of the pharmacokinetics and pharmacodynamics of the saluretic agents.

The clinician is understandably interested mainly in the effects of drugs in human beings. This emphasis on *clinical pharmacology* is justified, since the effects of drugs often are characterized by significant interspecies variation, and since they may be modified further by disease. In addition, some drug effects, such as those on mood and behavior, can be adequately studied only in human beings. However, technical, legal, and ethical considerations limit pharmacological evaluation in human subjects, and the choice of drugs must be based in part on their pharmacological evaluation in animals. Consequently, some knowledge of animal pharmacology and comparative pharmacology is helpful in deciding the extent to which claims for a drug based upon studies in animals can be reasonably extrapolated to patients.

*Pharmacotherapeutics* (Chapter 3) deals with the use of drugs in the prevention and treatment of disease. Many drugs stimulate or depress biochemical or physiological function in human beings in a sufficiently reproducible manner to provide relief of symptoms or, ideally, to alter favorably the course of disease. Conversely, chemotherapeutic agents are useful in therapy because they have only minimal effects on human beings but can destroy or eliminate pathogenic cells or organisms.

Whether a drug is useful for therapy is crucially dependent upon its ability to produce its desired effects only with tolerable undesired effects. Thus, from the standpoint of the clinician interested in the therapeutic uses of a drug, the selectivity of its effects is one of its most important characteristics. Drug therapy is rationally based upon the correlation of the actions and effects of drugs with the physiological, biochemical, microbiological, immunological, and behavioral aspects of disease. In addition, disease may modify the pharmacokinetic properties of a drug by alteration of its absorption into the systemic circulation and/or its disposition.

*Toxicology* (Chapter 4) is the aspect of pharmacology that deals with the adverse effects of drugs. It is concerned not only with drugs used in therapy but also with the many other chemicals that may be responsible for household, environmental, or industrial intoxication. The adverse effects of the pharmacological agents employed in therapy are properly considered an integral part of their total pharmacology. The toxic effects of other chemicals is such an extensive subject that clinicians must usually confine their attention to the general principles applicable to the prevention, recognition, and treatment of drug poisonings of any cause.

Traditionally, most drugs were small chemicals with molecular weights in the hundreds, as well as a few that were natural human or animal hormones. Within the past decade, through advances in molecular and cellular biology, a number of protein and peptide drugs have been approved for clinical use. These therapies are designed to interact with a particular receptor or enzyme to ameliorate disease. Today we now consider the possibility of the drug directly replacing a diseased receptor (or gene) or of administering agents that allow patients to make their own therapeutic protein through gene-based therapy (Chapter 5). The emergence of gene therapy is based on the assumption that the best treatment for genetic diseases will be therapy that is directed to the mutant gene itself. This requires a direct assault on mutant genes to replace or supplement defective genetic material with normal, functional genes. Pharmacokinetics of these new gene-based therapies, particularly delivery of the "drug" to its site of action or function, is a major hurdle for this new therapeutic modality. Gene therapy requires unique methods, many of which are gene-based themselves through enhanced uptake of DNA expression vectors, to deliver a gene to its target cell.

BSC-SJA-1047

# EXHIBIT 46



SECOND EDITION

# HUMAN
# PHARMACOLOGY

MOLECULAR TO CLINICAL

BRODY • LARNER • MINNEMAN • NEU

BSC-SJA-1048

# HUMAN
# PHARMACOLOGY

## MOLECULAR TO CLINICAL



**THEODORE M. BRODY, Ph.D.**
Professor Emeritus, Department of Pharmacology and Toxicology
College of Human Medicine
Michigan State University
East Lansing, Michigan

**JOSEPH LARNER, M.D., Ph.D.**
Alumni Professor, Department of Pharmacology
University of Virginia School of Medicine
Charlottesville, Virginia

**KENNETH P. MINNEMAN, Ph.D.**
Professor, Department of Pharmacology
Emory University Medical School
Atlanta, Georgia

**HAROLD C. NEU, M.D.**
Professor and Chief, Division of Infectious Diseases
Departments of Medicine and Pharmacology
Columbia University College of Physicians and Surgeons
Chief, Division of Infectious Disease Columbia-Presbyterian Hospital
New York, New York

**SECOND EDITION**

*with 438 illustrations*

**M Mosby**

St. Louis  Baltimore  Berlin  Boston  Carlsbad  Chicago
London  Madrid  Naples  New York  Philadelphia
Sydney  Tokyo  Toronto

BSC-SJA-1049



**Mosby**
Dedicated to Publishing Excellence

Managing Editor: Emma D. Underdown
Project Manager: Mark Spann
Production Editor: Elizabeth Fathman
Designer: David Zielinski
Manufacturing Supervisor: Betty Richmond
Cover Photograph: © Dennis Kunkel

SECOND EDITION

**Copyright © 1994 by Mosby-Year Book, Inc.**

Previous edition copyrighted 1991

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher.

Permission to photocopy or reproduce solely for internal or personal use is permitted for libraries or other users registered with the Copyright Clearance Center, provided that the base fee of $4.00 per chapter plus $.10 per page is paid directly to the Copyright Clearance Center, 27 Congress Street, Salem, MA 01970. This consent does not extend to other kinds of copying, such as copying for general distribution, for advertising or promotional purposes, for creating new collected works, or for resale.

Printed in the United States of America
Composition by Clarinda
Printing/binding by Von Hoffman

Mosby-Year Book, Inc.
11830 Westline Industrial Drive
St. Louis, Missouri 63146

**Library of Congress Cataloging in Publication Data**

Human pharmacology : molecular to clinical / Theodore M. Brody ... [et al.].-- 2nd ed.
    p.    cm.
  Includes bibliographical references and index.
  ISBN 0-8016-7936-1
  1. Pharmacology.  2. Chemotherapy.  I. Brody, Theodore M.
  [DNLM: 1. Pharmacology.  2. Drug Therapy.    QV 4 H918 1995]
RM300.H88   1995
615.5'8--dc20
DNLM/DLC
for Library of Congress                                        94-21774
                                                                  CIP

94  95  96  97  98  /  9  8  7  6  5  4  3  2  1

BSC-SJA-1050



# CHAPTER 1

# Introduction and Definitions

## THEODORE M. BRODY

## THERAPEUTIC IMPORTANCE OF DRUGS

Both physicians and patients acknowledge the major role played by drugs in modern therapy. Many millions of prescriptions are written each year in the United States, containing more than 700 active ingredients, available in several thousand different pharmaceutical preparations or delivery forms. Additionally, approximately 100,000 over-the-counter nonprescription preparations are available. These nonprescription items vary from single high-purity active ingredient, such as aspirin mixed with tableting materials, to mixtures of several ingredients, many of which have questionable efficacy.

Despite the proliferation of active chemical compounds for the treatment of diseases, new and better drugs are still needed. The search is intensive and great nationwide interest when a new chemical compound is discovered that provides symptomatic relief or cures previously untreatable disease. A similar response arises when a new drug is reported that provides a cure, or better relief compared with existing compounds but with fewer undesirable side effects. The enthusiasm of discovery, however, should be tempered by healthy skepticism. Is the new drug effective when used in the target patient population? Do potential side effects and toxicity limit its usefulness? Problems frequently arise because the mechanism of action and the safety of the drug may be poorly understood, and an early decision to allow clinical use of the drug may profoundly affect the well-being of patients.

## SCOPE OF PHARMACOLOGY

Hundreds of years most drugs were highly impure preparations of only vaguely known composition and principally of plant or animal origin. A physician was required to know only what effects to expect from a preparation. How the mixture produced such effects was beyond the knowledge of that day. Over the past 60 years the situation has changed greatly. Today a physician is required to know the overt expected effects, and the precise mechanism by which the beneficial effect is brought about.

This broader knowledge of how drugs interact with body constituents to produce therapeutic effects is termed **pharmacology**. This term covers the spectrum from the molecular level to the whole body and relies heavily on knowledge of biochemistry, physiology, molecular biology, and organic chemistry. The elucidation of molecular mechanisms of drug response, the development of new drugs, and the formulation of clinical guidelines for safe and effective use of drugs in therapy or prevention of disease states and in relief of symptoms are all parts of pharmacology.

## UNDERSTANDING DRUG ACTIONS AT THE MOLECULAR LEVEL

As recently as the 1920s, relatively few therapeutically beneficial active ingredients (by today's standards) existed. Most active ingredients were used in only partially purified forms. Since then, vastly improved tools and methods for the purification of chemical compounds have been developed and chemical structures have been elucidated. It is possible to identify which compounds in the earlier crude mixtures produced the beneficial effects and which the undesirable responses. Techniques of synthetic organic chemistry are applied not only to define the structure of each parent drug, but also to synthesize thousands of structural analogs and to test these analogs for pharmacological activity. These efforts resulted in the current research thrust to develop structure–activity relationships for different classes of drugs.

3

BSC-SJA-1051

# EXHIBIT 47

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

BSC-SJA-1052



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.   cm.
   Includes index.
   ISBN 0-87779-807-9 (Laminated unindexed ; alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (International).

   1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
   PE1628.M36    2003

   423—dc21                  2003009674
                                CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3456TT:QWV04

BSC-SJA-1053

BSC-SJA-1054

# EXHIBIT 48

## Second College Edition

# The American Heritage Dictionary

BSC-SJA-1055

Words that are believed to be registered trademarks
have been checked with authoritative sources. No in-
vestigation has been made of common-law trademark
rights in any word, because such investigation is im-
practicable. Words that are known to have current
registrations are shown with an initial capital and are
also identified as trademarks. The inclusion of any
word in this Dictionary is not, however, an expres-
sion of the Publisher's opinion as to whether or not it
is subject to proprietary rights. Indeed, no definition
in this Dictionary is to be regarded as affecting the
validity of any trademark.

Copyright © 1982 by Houghton Mifflin Company. All
rights reserved. No part of this work may be repro-
duced or transmitted in any form or by any means,
electronic or mechanical, including photocopying and
recording, or by any information storage or retrieval
system, except as may be expressly permitted by
1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
One Beacon Street, Boston, MA 02108

Library of Congress Cataloging in Publication Data
Main entry under title:
American Heritage dictionary.
    Rev. ed. of: American Heritage dictionary of the
English language. New college ed. c1976.
    1. English language—Dictionaries.   1. Morris,
William, 1913–
PE1625.A54   1982      423      82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

BSC-SJA-1056



samovar



sampan



sampler



sand
Sand castle

military or police uniform, having a shoulder strap that runs diagonally across the chest. [After Sir *Samuel James Browne* (1824–1901).]

**sam-bur** (săm′bər, säm′-) *n.* Variant of *sambar*.

**same** (sām) *adj.* 1. Being the very same; identical. 2. Similar in kind, quality, quantity, or degree. 3. Conforming in every detail: *according to the same rules as before*. 4. Being the one previously mentioned or indicated; aforesaid. —*adv.* In the same way. —*pron.* 1. Someone or something identical with another. 2. Someone or something previously mentioned or described. [ME < ON *sama.*]

**Synonyms:** *same, selfsame, identical, equal, equivalent.* These adjectives refer to the absence of difference or disparity. *Same, selfsame,* and *identical* are all applicable, when only one object is under consideration, in the sense of one and the same (*the same (or selfsame or identical) man I saw this morning*). *Same* and *identical* are also used when two or more objects are considered, in this sense *same* implies absence of difference with respect to kind, quality, quantity, or the like; *identical* specifies strict agreement in every respect and detail. *Equal* refers more generally to absence of difference between two or more with respect to extent, amount, value, force, or the like. *Equivalent*, referring to two or more, means not identical but having the same words, effect, force, or meaning.

**Usage:** Only in legal language is *the same* or *just same* used as a substitute for *it* or *them*. In general writing, one should avoid sentences like *The charge is 25; please remit same. When I have finished the book, I will return the same.*

**sa-mekh** (sä′mĕk′) *n.* The 15th letter of the Hebrew alphabet. See table at *alphabet.* [Heb. *sāmekh.*]

**sameness** (sām′nĭs) *n.* 1. The condition of being the same; identity. 2. A lack of variety or change; monotony.

**sam-i-sen** (săm′ĭ-sĕn′) *n.* A Japanese musical instrument resembling a banjo, having a very long neck and three strings played with a plectrum. [J. : *sam,* three + *sen,* string.]

**sam-ite** (săm′īt′, sā′mīt′) *n.* A heavy silk fabric, often interwoven with gold or silver, worn in the Middle Ages. [ME *samit* < OFr. < Med. Lat. *examitum* < Med. Gk. *hexamiton* < Gk. *hexamitos,* of six threads : *hexa,* six + *mitos,* warp thread.]

**sam-iz-dat** (sä′mĭz-dät′) *n.* 1. *a.* The secret publication and distribution of government-banned literature in the U.S.S.R. *b.* The literature produced by this system. 2. An underground press. [R. : *sam,* self + *izdat′sevo,* publisher < *izdat,* to publish.]

**samlet** (săm′lĭt) *n.* A young salmon. [Blend of SALMON + -LET.]

**Sa-mo-an** (sə-mō′ən) *adj.* Of or pertaining to Samoa, its Polynesian inhabitants, or their language. —*n.* 1. A native or inhabitant of Samoa. 2. The Polynesian language of Samoa.

**sam-o-var** (săm′ə-vär′) *n.* A metal urn with a spigot, used to boil water for tea. [R. : *samo,* self + *varit′,* to boil.]

**Sam-o-yed** also **Sam-o-yede** (săm′ə-yĕd′, -ō-ĕd′) *n.* 1. A member of a Uralic people inhabiting the tundra lands of the northeastern European Soviet Union and northwestern Siberia. 2. A branch of the Uralic language family that comprises the languages of the Samoyeds. 3. A dog of a breed originally developed in northern Eurasia, having a thick, long white coat. [R. *samoed* < Lapp *Sāmi-Ædnâm,* of Lapland.] —**Sam′o-yed′ic** (-yĕd′ĭk) *adj.*

**samp** (sămp) *n.* A coarse hominy or a porridge made from it. [Narragansett *nasaump,* corn mush.]

**sam-pan** (săm′păn′) *n.* A flat-bottomed Oriental skiff propelled usually by two oars. [Chin. *san ban* : *san,* small + *ban,* board.]

**sam-phire** (săm′fīr′) *n.* 1. The glasswort. 2. Any of several Old World plants of coastal areas, esp. *Crithmum maritimum,* having fleshy divided leaves and small white flowers. [Alteration of OFr. (*herbe de*) *Saint Pierre,* St. Peter's herb.]

**sam-ple** (săm′pəl) *n.* 1. *a.* A portion, piece, or segment that is representative of a whole. *b.* An entity that is representative of a class; specimen. 2. *Statistics.* A set of elements drawn from and analyzed to estimate the characteristics of a population. —*tr.v.* *-pled, -pling, -ples.* To take a sample of, esp. to test or examine by a sample. [ME < OFr. *assemple.* —*See EXAMPLE.]*

**sam-pler** (săm′plər) *n.* 1. One that is employed to take and appraise samples, as of a food product. 2. A mechanical device for obtaining and analyzing samples. 3. A piece of cloth embroidered with various designs or mottoes.

**sam-pling** (săm′plĭng) *n.* 1. *Statistics.* A sample (sense 2). 2. The process of selecting a sample.

**sampling circuit** *n.* A circuit that yields an output suitable for use as an error or negative signal in a controller program that uses sampling action.

**sampling distribution** *n.* The distribution of a statistic, such as occurs when a number of sample means are calculated for a given population.

**sampling gate** *n.* A circuit that produces an output only when first activated by a preliminary pulse.

**sam-sa-ra** (səm-sä′rə) *n.* *Hinduism & Buddhism.* The eternal cycle of birth, suffering, death, and rebirth. [Skt. *samsara* : *sam,* together + *saraṇ,* it flows.]

**Sam-son** (săm′sən) *n.* An Israelite judge of extraordinary

ā pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier / j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ŏŏ took / ōō boot /

# EXHIBIT 49



# New Webster's Dictionary

## of the English Language



Delair



BSC-SJA-1058

Copyright © 1981, 1980, 1977, 1975, 1973, 1972, 1971

by

the Delair Publishing Company, Inc.

All rights reserved under the International and Pan-American
Copyright Conventions

MANUFACTURED IN THE UNITED STATES OF AMERICA

**salve**   849   **sandal**

BSC-SJA-1060

# EXHIBIT 50

# The
# Merriam-Webster
# Dictionary



Merriam-Webster, Incorporated, Publishers
Springfield, Massachusetts

BSC-SJA-1061



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1998 by Merriam-Webster, Incorporated

Philippines Copyright 1998 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

The Merriam-Webster dictionary.
   p.   cm.
  ISBN 0-87779-606-8 (alk. paper)
  1. English language — Dictionaries.  I. Merriam-Webster Inc.
PE1628.M33   1998
423—dc21
                              97-39927
                              CIP

The Merriam-Webster Dictionary, principal copyright 1995

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

26RRD04

BSC-SJA-1062

463



**Sa·mo·an** \sa-ˈmō-an\ *n* : a native or inhabitant of Sa·moa — **Samoan** *adj*

**sam·o·var** \ˈsa-ma-ˌvär\ *n* [Russ. fr. *samo-* self + *varit'* to boil] : an urn with a spigot at the base used esp. in Russia to boil water for tea

**sam·pan** \ˈsam-ˌpan\ *n* : a flat-bottomed skiff of the Far East usu. propelled by two short oars

¹**sam·ple** \ˈsam-pəl\ *n* : a representative piece, item, or set of individuals that shows the quality or nature of the whole from which it was taken : EXAMPLE, SPEC·IMEN

²**sample** *vb* **sam·pled; sam·pling** : to judge the quality of by a sample

**sam·pler** \ˈsam-plər\ *n* : a piece of needlework; *esp* : one testing skill in embroidering

**Sam·u·el** \ˈsam-ya-wəl\ *n* — see BIBLE table

**sam·u·rai** \ˈsa-mə-ˌrī, ˈsam-yə-\ *n, pl* **samurai** : a member of a Japanese feudal warrior class practicing a chivalric code

**san·a·to·ri·um** \ˌsa-nə-ˈtȯr-ē-əm\ *n, pl* **-riums** *or* **-ria** \-ē-ə\ 1 : a health resort 2 : an establishment for the care esp. of convalescents or the chronically ill

**sanc·ti·fy** \ˈsaŋk-tə-ˌfī\ *vb* **-fied; -fy·ing** 1 : to make holy : CONSECRATE 2 : to free from sin — **sanc·ti·fi·ca·tion** \ˌsaŋk-tə-fə-ˈkā-shən\ *n*

**sanc·ti·mo·nious** \ˌsaŋk-tə-ˈmō-nē-əs\ *adj* : hypocritically pious — **sanc·ti·mo·nious·ly** *adv*

¹**sanc·tion** \ˈsaŋk-shən\ *n* 1 : authoritative approval 2 : a measure (as a threat or fine) designed to enforce a law or standard (economic ~s)

²**sanction** *vb* : to give approval to : RATIFY *syn* endorse, accredit, certify, approve

**sanc·ti·ty** \ˈsaŋk-tə-tē\ *n, pl* **-ties** 1 : GODLINESS 2 : SACREDNESS

**sanc·tu·ary** \ˈsaŋk-chə-ˌwer-ē\ *n, pl* **-ar·ies** 1 : a consecrated place (as the part of a church in which the altar is placed) 2 : a place of refuge (bird ~)

**sanc·tum** \ˈsaŋk-təm\ *n, pl* **sanctums** *also* **sancta** \-tə\ : a private office or study : DEN (an editor's ~)

¹**sand** \ˈsand\ *n* : loose particles of hard broken rock — **sandy** *adj*

²**sand** *vb* 1 : to cover or fill with sand 2 : to scour, smooth, or polish with an abrasive (as sandpaper) — **sand·er** *n*

**san·dal** \ˈsand-əl\ *n* : a shoe consisting of a sole strapped to the foot; *also* : a low or open slipper or rubber overshoe

**san·dal·wood** \-ˌwu̇d\ *n* : the fragrant yellowish heartwood of a parasitic tree of southern Asia that is much used in ornamental carving and cabinetwork; *also* : the tree

**sand·bag** \ˈsand-ˌbag\ *n* : a bag filled with sand and used in fortifications, as ballast, or as a weapon

**sand·bank** \-ˌbaŋk\ *n* : a deposit of sand (as in a bar or shoal)

**sand·bar** \-ˌbär\ *n* : a ridge of sand formed in water by tides or currents

**sand·blast** \-ˌblast\ *vb* : to treat with a stream of sand blown (as for cleaning stone) by compressed air — **sand·blast·er** *n*

**sand dollar** *n* : any of numerous flat circular sea urchins chiefly of sandy bottoms in shallow water

**S & H** *abbr* shipping and handling

**sand·hog** \ˈsand-ˌhȯg, -ˌhäg\ *n* : a laborer who builds underwater tunnels

**sand·lot** \-ˌlät\ *n* : a vacant lot esp. when used for the unorganized sports of children — **sand·lot** *adj* — **sand·lot·ter** *n*

**sand·man** \-ˌman\ *n* : the genie of folklore who makes children sleepy

**sand·pa·per** \-ˌpā-pər\ *n* : paper with abrasive (as sand) glued on one side used in smoothing and polishing surfaces — **sandpaper** *vb*

**sand·pip·er** \-ˌpī-pər\ *n* : any of numerous shorebirds with a soft-tipped bill longer than that of the related plovers

# EXHIBIT 51

| UTILITY PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | CRD-0931 CIP |
|---|---|---|
| | First Inventor | Robert Falotico et al. |
| | Title | COMPOUND AND DELIVERY DEVICE FOR INHIBITINGCONSTRICTIVE VASCULAR REMODELING |
| *(only for new nonprovisional applications under 37 CFR 1.53(b))* | Express Mail Label No. | EV 313407414 US |

## APPLICATION ELEMENTS

*See MPEP Chapter 500 concerning utility patent application contents.*

1. ☒ Fee Transmittal Form (e.g., PTO/SB/17)
   *(submit an original and a duplicate for fee processing)*
2. ☐ Applicant claims small entity status.
3. ☒ Specification [Total Pages 30]
   *(Preferred arrangement set forth below)*
   - Descriptive Title of the Invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R&D
   - Reference to sequence listing, a table, or a computer program listing appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings *(if filed)*
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure
4. ☒ Drawing(s) *(35 USC 113)* [Total Sheets 2]
5. Oath or Declaration (unexec.)     [Total Pages 3]
   a. ☐ Newly executed (original or copy)
   b. ☐ Copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 18 completed)*
      i. ☐ **DELETION OF INVENTOR(S)**
         Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. ☐ Application Data Sheet. See 37 CFR 1.76

## ADDRESS TO:

Mail Stop Patent Application
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

7. ☐ CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix)

8. Nucleotide and/or Amino Acid Sequence Submission (if applicable, all necessary)
   a. ☐ Computer Readable Form (CRF)
   b. ☐ Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ paper
   c. ☐ Statement verifying identity of above copies

## ACCOMPANYING APPLICATION PARTS

9. ☐ Assignment Papers (cover sheet & document(s))
10. ☐ 37 CFR 3.73(b) Statement  ☐ Power of Attorney *(when there is an assignee)*
11. ☐ English Translation Document *(if applicable)*
12. ☐ Information Disclosure Statement (IDS)/PTO-1449    ☐ Copies of IDS Citations
13. ☐ Preliminary Amendment
14. ☒ Return Receipt Postcard (MPEP 503) *(Should be specifically itemized)*
15. ☐ Certified Copy of Priority Document(s) *(if foreign priority is claimed)*
16. ☐ Request and Certifications under 35 U.S.C. 122 (b)(2)(B)(i). Applicant must attach form PTO/SB/35 or its equivalent.
17. ☐ Other

18. ☒ If a CONTINUING APPLICATION, *check appropriate box and supply the requisite information below and in a preliminary amendment, or in an Application Data Sheet under 37 CFR 1.76:*
☐ Continuation ☐ Divisional ☒ Continuation-in-Part (CIP) of prior application No.: 09/850,293, filed May 7, 2001.
Prior application information:  Examiner Kathryn P. Odland     Group Art Unit: 3743
For CONTINUATION or DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

## 19. CORRESPONDENCE ADDRESS

☒ Customer Number or Bar Code Label  000027777    or ☐ Correspondence Address below

| Name: | Philip S. Johnson, Esq. |
|---|---|
| Address: | Johnson & Johnson |
| | One Johnson & Johnson Plaza |
| | New Brunswick, NJ 08933-7003   USA |

## 20. TELEPHONE CONTACT

Please direct all telephone calls or telefaxes to Carl J. Evens at:
Telephone:   (732) 524-2518     Fax:  (732) 524-2808

## 21. SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

| NAME | Carl J. Evens | Reg. No. 33874 |
|---|---|---|
| SIGNATURE | | |
| DATE | April 21, 2004 | |

BSC-SJA-1064

**FEE TRANSMITTAL**

| Complete if Known | |
|---|---|
| Application Number | To Be Determined |
| Filing Date | April 21, 2004 |
| First Named Inventor | Robert Falotico et al. |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | CRD-0931 CIP |

## FEE CALCULATION

### CLAIMS AS FILED

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| FOR: | NUMBER FILED | NUMBER EXTRA | RATE | BASIC FEE $770.00 |
| TOTAL CLAIMS | 14 - 20 = | 0 | x 18.00 | $ 0.00 |
| INDEPENDENT CLAIMS | 2 - 3 = | 0 | x 86.00 | $ 0.00 |
| MULTIPLE DEPENDENT CLAIMS | ☐ | N/A | $290.00 | |
| | | | TOTAL FEES | $ 770.00 |

## METHOD OF PAYMENT

☒ Please charge Deposit Account No. 10-0750/CRD-0931 CIP/CJE in the amount of $770.00. Three copies of this sheet are enclosed.

☒ The Commissioner is hereby authorized to charge any additional fees which may be required in connection with the filing of this communication, or credit any overpayment, to Account No. 10-0750/CRD-0931 CIP/CJE. Three copies of this sheet are enclosed.

| SUBMITTED BY: | | | Complete (if applicable) |
|---|---|---|---|
| Typed or Printed Name | Carl J. Evens | | Reg. No. 33,874 |
| Signature | | Date: 04/21/04 | Deposit Account No. 10-0750 |

BSC-SJA-1065

DOCKET NO. CRD-0931 CIP

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

G
Applicant:  Robert Falotico, Gregory A. Kopia,
            and Gerard H. Llanos

For      :  COMPOUND  AND  DELIVERY  DEVICE  FOR  INHIBITING
            CONSTRICTIVE VASCULAR REMODELING

### Express Mail Certificate

"Express Mail" mailing number: EV 313407414 US

Date of Deposit:              April 21, 2004

     I hereby certify that this complete continuation-in-part
application,  including  utility  patent  application  and  fee
transmittal  pages,  specification  pages,  claims,  drawings  and
unexecuted combined Declaration and Power of Attorney is being
deposited with the United States Postal Service "Express Mail
Post Office to Addressee" service under 37 CFR 1.10 on the date
indicated  above  and  is  addressed  to  the  Commissioner  for
Patents, P.O. Box 1450, Alexandria, VA 22313-1450.


     An executed Combined Declaration and Power of Attorney and
an executed Assignment will be submitted to the United States
Patent and Trademark Office upon receipt of the U.S. Serial
Number for this patent application.


     Laurie Phillips
     (Typed or printed name of person mailing paper or fee)

     _Laurie Phillips_
     (Signature of person mailing paper or fee)

| UTILITY PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | CRD-0931 CIP |
|---|---|---|
| (only for new nonprovisional applications under 37 CFR 1.53(b)) | First Inventor | Robert Falotico et al. |
| | Title | COMPOUND AND DELIVERY DEVICE FOR INHIBITINGCONSTRICTIVE VASCULAR REMODELING |
| | Express Mail Label No. | EV 313407414 US |

## APPLICATION ELEMENTS

*See MPEP Chapter 600 concerning utility patent application contents.*

1. ☒ Fee Transmittal Form (e.g., PTO/SB/17)
   *(submit an original and a duplicate for fee processing)*
2. ☐ Applicant claims small entity status.
3. ☒ Specification [Total Pages 30]
   *(Preferred arrangement set forth below)*
   - Descriptive Title of the Invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R&D
   - Reference to sequence listing, a table, or a computer program listing appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings *(if filed)*
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure

4. ☒ Drawing(s)(35 USC 113) [Total Sheets2]
5. Oath or Declaration (unexec.)  [Total Pages3]
   a. ☐ Newly executed (original or copy)
   b. ☐ Copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 18 completed)*
      i. ☐ **DELETION OF INVENTOR(S)**
         Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).

6. ☐ Application Data Sheet. See 37 CFR 1.76

## ADDRESS TO:  Mail Stop Patent Application
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

7. ☐ CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix)

8. Nucleotide and/or Amino Acid Sequence Submission (if applicable, all necessary)
   a.☐ Computer Readable Form (CRF)
   b.☐ Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ paper
   c.☐ Statement verifying identity of above copies

### ACCOMPANYING APPLICATION PARTS
9. ☐ Assignment Papers (cover sheet & document(s))
10. ☐ 37 CFR 3.73(b) Statement ☐ Power of Attorney
    *(when there is an assignee)*
11. ☐ English Translation Document *(if applicable)*
12. ☐ Information Disclosure Statement (IDS)/PTO-1449 ☐ Copies of IDS Citations
13. ☐ Preliminary Amendment
14. ☒ Return Receipt Postcard (MPEP 503)
    *(Should be specifically itemized)*
15. ☐ Certified Copy of Priority Document(s)
    *(if foreign priority is claimed)*
16. ☐ Request and Certifications under 35 U.S.C. 122 (b)(2)(B)(i).  Applicant must attach form PTO/SB/35 or its equivalent.
17. ☐ Other

18. ☒ If a CONTINUING APPLICATION, check appropriate box and supply the requisite information below and in a preliminary amendment, or in an Application Data Sheet under 37 CFR 1.76:
☐ Continuation  ☐ Divisional  ☒ Continuation-in-Part (CIP) of prior application No.: 09/850,293, filed May 7, 2001.
Prior application information:  Examiner Kathryn P. Odland    Group Art Unit: 3743
For CONTINUATION or DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

## 19. CORRESPONDENCE ADDRESS
☒ Customer Number or Bar Code Label 000027777  or ☐ Correspondence Address below

| Name: | Philip S. Johnson, Esq. |
|---|---|
| Address: | Johnson & Johnson |
| | One Johnson & Johnson Plaza |
| | New Brunswick, NJ 08933-7003   USA |

## 20. TELEPHONE CONTACT
Please direct all telephone calls or telefaxes to Carl J. Evens at:
Telephone:  (732) 524-2518    Fax:  (732) 524-2808

## 21. SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

| NAME | Carl J. Evens | | Reg. No. 33874 |
|---|---|---|---|
| SIGNATURE | | | |
| DATE | April 21, 2004 | | |

BSC-SJA-1067

| FEE TRANSMITTAL | Complete if Known | |
|---|---|---|
| | Application Number | To Be Determined |
| | Filing Date | April 21, 2004 |
| | First Named Inventor | Robert Falotico et al. |
| | Group Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | CRD-0931 CIP |

## FEE CALCULATION

### CLAIMS AS FILED

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| FOR: | NUMBER FILED | NUMBER EXTRA | RATE | BASIC FEE $770.00 |
| TOTAL CLAIMS | 14 - 20 = | 0 | x 18.00 | $ 0.00 |
| INDEPENDENT CLAIMS | 2 - 3 = | 0 | x 86.00 | $ 0.00 |
| MULTIPLE DEPENDENT CLAIMS | ☐ | N/A | $290.00 | |
| | | | TOTAL FEES | $ 770.00 |

## METHOD OF PAYMENT

☒ Please charge Deposit Account No. 10-0750/CRD-0931 CIP/CJE in the amount of $770.00. Three copies of this sheet are enclosed.

☒ The Commissioner is hereby authorized to charge any additional fees which may be required in connection with the filing of this communication, or credit any overpayment, to Account No. 10-0750/CRD-0931 CIP/CJE. Three copies of this sheet are enclosed.

| SUBMITTED BY: | | | Complete (if applicable) | |
|---|---|---|---|---|
| Typed or Printed Name | Carl J. Evans | | Reg. No. 33,874 | |
| Signature | | Date: 04/21/04 | Deposit Account No. 10-0750 | |

DOCKET NO. CRD-0931 CIP

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

G
Applicant:  Robert Falotico, Gregory A. Kopia,
            and Gerard H. Llanos

For     :   COMPOUND  AND  DELIVERY  DEVICE  FOR  INHIBITING
            CONSTRICTIVE VASCULAR REMODELING

### Express Mail Certificate

"Express Mail" mailing number: EV 313407414 US

Date of Deposit:              April 21, 2004

    I hereby certify that this complete continuation-in-part application, including utility patent application and fee transmittal pages, specification pages, claims, drawings and unexecuted combined Declaration and Power of Attorney is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.


    An executed Combined Declaration and Power of Attorney and an executed Assignment will be submitted to the United States Patent and Trademark Office upon receipt of the U.S. Serial Number for this patent application.


Laurie Phillips
(Typed or printed name of person mailing paper or fee)

*Laurie Phillips*
(Signature of person mailing paper or fee)

BSC-SJA-1069

CRD-0931 CIP

# DRUG/DRUG DELIVERY SYSTEMS FOR THE PREVENTION AND TREATMENT OF VASCULAR DISEASE

## CROSS REFERENCE TO RELATED APPLICATIONS

5        This application is a continuation-in-part application of U.S. Application Serial Number 09/850,293 filed on May 7, 2001 which is a continuation-in-part application of U.S. Application Serial Number 09/575,480, filed on May 19, 2000 which claims the benefit of U.S. Provisional Application No. 60/204,417, filed May 12, 2000 and claims the benefit of U.S. Provisional Application No.

10      60/262,614, filed January 18, 2001, U.S. Provisional Application No. 60/262,461, filed January 18, 2001, U.S. Provisional Application No. 60/263,806, filed January 24, 2001 and U.S. Provisional Application No. 60/263,979, filed January 25, 2001.

## BACKGROUND OF THE INVENTION

15

### 1.      Field of the Invention

20      The present invention relates to drugs and drug delivery systems for the prevention and treatment of vascular disease, and more particularly to drugs and drug delivery systems for the prevention and treatment of neointimal hyperplasia.

### 2.      Discussion of the Related Art

25

        Many individuals suffer from circulatory disease caused by a progressive blockage of the blood vessels that perfuse the heart and other major organs with nutrients. More severe blockage of blood vessels in such individuals often leads to hypertension, ischemic injury, stroke, or myocardial infarction.

30      Atherosclerotic lesions, which limit or obstruct coronary blood flow, are the major cause of ischemic heart disease. Percutaneous transluminal coronary angioplasty is a medical procedure whose purpose is to increase blood flow through an artery. Percutaneous transluminal coronary angioplasty is the

1

BSC-SJA-1070

CRD-0931 CIP

predominant treatment for coronary vessel stenosis. The increasing use of this procedure is attributable to its relatively high success rate and its minimal invasiveness compared with coronary bypass surgery. A limitation associated with percutaneous transluminal coronary angioplasty is the abrupt closure of
5  the vessel which may occur immediately after the procedure and restenosis which occurs gradually following the procedure. Additionally, restenosis is a chronic problem in patients who have undergone saphenous vein bypass grafting. The mechanism of acute occlusion appears to involve several factors and may result from vascular recoil with resultant closure of the artery and/or
10  deposition of blood platelets and fibrin along the damaged length of the newly opened blood vessel.

Restenosis after percutaneous transluminal coronary angioplasty is a more gradual process initiated by vascular injury. Multiple processes, including
15  thrombosis, inflammation, growth factor and cytokine release, cell proliferation, cell migration and extracellular matrix synthesis each contribute to the restenotic process.

While the exact mechanism of restenosis is not completely understood,
20  the general aspects of the restenosis process have been identified. In the normal arterial wall, smooth muscle cells proliferate at a low rate, approximately less than 0.1 percent per day. Smooth muscle cells in the vessel walls exist in a contractile phenotype characterized by eighty to ninety percent of the cell cytoplasmic volume occupied with the contractile apparatus.
25  Endoplasmic reticulum, Golgi, and free ribosomes are few and are located in the perinuclear region. Extracellular matrix surrounds the smooth muscle cells and is rich in heparin-like glycosylaminoglycans which are believed to be responsible for maintaining smooth muscle cells in the contractile phenotypic state (Campbell and Campbell, 1985).
30

Upon pressure expansion of an intracoronary balloon catheter during angioplasty, smooth muscle cells within the vessel wall become injured, initiating a thrombotic and inflammatory response. Cell derived growth factors

2

BSC-SJA-1071

CRD-0931 CIP

such as platelet derived growth factor, fibroblast growth factor, epidermal growth factor, thrombin, etc., released from platelets, invading macrophages and/or leukocytes, or directly from the smooth muscle cells provoke proliferative and migratory responses in medial smooth muscle cells.  These

5   cells undergo a change from the contractile phenotype to a synthetic phenotype characterized by only a few contractile filament bundles, extensive rough endoplasmic reticulum, Golgi and free ribosomes.  Proliferation/migration usually begins within one to two days post-injury and peaks several days thereafter (Campbell and Campbell, 1987; Clowes and Schwartz, 1985).

10

Daughter cells migrate to the intimal layer of arterial smooth muscle and continue to proliferate and secrete significant amounts of extracellular matrix proteins.  Proliferation, migration and extracellular matrix synthesis continue until the damaged endothelial layer is repaired at which time proliferation slows

15   within the intima, usually within seven to fourteen days post-injury.  The newly formed tissue is called neointima.  The further vascular narrowing that occurs over the next three to six months is due primarily to negative or constrictive remodeling.

20   Simultaneous with local proliferation and migration, inflammatory cells invade the site of vascular injury.  Within three to seven days post-injury, inflammatory cells have migrated to the deeper layers of the vessel wall.  In animal models employing either balloon injury or stent implantation, inflammatory cells may persist at the site of vascular injury for at least thirty

25   days (Tanaka et al., 1993; Edelman et al., 1998).  Inflammatory cells therefore are present and may contribute to both the acute and chronic phases of restenosis.

Numerous agents have been examined for presumed anti-proliferative

30   actions in restenosis and have shown some activity in experimental animal models.  Some of the agents which have been shown to successfully reduce the extent of intimal hyperplasia in animal models include: heparin and heparin fragments (Clowes, A.W. and Karnovsky M., Nature 265: 25-26, 1977; Guyton,

3

BSC-SJA-1072

CRD-0931 CIP

J.R. et al., Circ. Res., 46: 625-634, 1980; Clowes, A.W. and Clowes, M.M.,
Lab. Invest. 52: 611-616, 1985; Clowes, A.W. and Clowes, M.M., Circ. Res. 58:
839-845, 1986; Majesky et al., Circ. Res. 61: 296-300, 1987; Snow et al., Am.
J. Pathol. 137: 313-330, 1990; Okada, T. et al., Neurosurgery 25: 92-98, 1989),

5    colchicine (Currier, J.W. et al., Circ. 80: 11-66, 1989), taxol (Sollot, S.J. et al.,
J. Clin. Invest. 95: 1869-1876, 1995), angiotensin converting enzyme (ACE)
inhibitors (Powell, J.S. et al., Science, 245: 186-188, 1989), angiopeptin
(Lundergan, C.F. et al. Am. J. Cardiol. 17(Suppl. B):132B-136B, 1991),
cyclosporin A (Jonasson, L. et al., Proc. Natl. Acad. Sci., 85: 2303, 1988),

10   goat-anti-rabbit PDGF antibody (Ferns, G.A.A., et al., Science 253: 1129-1132,
1991), terbinafine (Nemecek, G.M. et al., J. Pharmacol. Exp. Thera. 248: 1167-
1174, 1989), trapidil (Liu, M.W. et al., Circ. 81: 1089-1093, 1990), tranilast
(Fukuyama, J. et al., Eur. J. Pharmacol. 318: 327-332, 1996), interferon-
gamma (Hansson, G.K. and Holm, J., Circ. 84: 1266-1272, 1991), rapamycin

15   (Marx, S.O. et al., Circ. Res. 76: 412-417, 1995), corticosteroids (Colburn, M.D.
et al., J. Vasc. Surg. 15: 510-518, 1992), see also Berk, B.C. et al., J. Am. Coll.
Cardiol. 17: 111B-117B, 1991), ionizing radiation (Weinberger, J. et al., Int. J.
Rad. Onc. Biol. Phys. 36: 767-775, 1996), fusion toxins (Farb, A. et al., Circ.
Res. 80: 542-550, 1997) antisense oligonucleotides (Simons, M. et al., Nature

20   359: 67-70, 1992) and gene vectors (Chang, M.W. et al., J. Clin. Invest. 96:
2260-2268, 1995).  Anti-proliferative effects on smooth muscle cells *in vitro*
have been demonstrated for many of these agents, including heparin and
heparin conjugates, taxol, tranilast, colchicine, ACE inhibitors, fusion toxins,
antisense oligonucleotides, rapamycin and ionizing radiation.  Thus, agents

25   with diverse mechanisms of smooth muscle cell inhibition may have
therapeutic utility in reducing intimal hyperplasia.

However, in contrast to animal models, attempts in human angioplasty
patients to prevent restenosis by systemic pharmacologic means have thus far

30   been unsuccessful.  Neither aspirin-dipyridamole, ticlopidine, anti-coagulant
therapy (acute heparin, chronic warfarin, hirudin or hirulog), thromboxane
receptor antagonism nor steroids have been effective in preventing restenosis,
although platelet inhibitors have been effective in preventing acute reocclusion

4

BSC-SJA-1073

after angioplasty (Mak and Topol, 1997; Lang et al., 1991; Popma et al., 1991). The platelet GP IIb/IIIa receptor, antagonist, Reopro is still under study but has not shown promising results for the reduction in restenosis following angioplasty and stenting.  Other agents, which have also been unsuccessful in

5    the prevention of restenosis, include the calcium channel antagonists, prostacyclin mimetics, angiotensin converting enzyme inhibitors, serotonin receptor antagonists, and anti-proliferative agents.  These agents must be given systemically, however, and attainment of a therapeutically effective dose may not be possible; anti-proliferative (or anti-restenosis) concentrations may

10    exceed the known toxic concentrations of these agents so that levels sufficient to produce smooth muscle inhibition may not be reached (Mak and Topol, 1997; Lang et al., 1991; Popma et al., 1991).

           Additional clinical trials in which the effectiveness for preventing

15    restenosis utilizing dietary fish oil supplements or cholesterol lowering agents has been examined showing either conflicting or negative results so that no pharmacological agents are as yet clinically available to prevent post-angioplasty restenosis (Mak and Topol, 1997; Franklin and Faxon, 1993; Serruys, P.W. et al., 1993).  Recent observations suggest that the

20    antilipid/antioxidant agent, probucol may be useful in preventing restenosis but this work requires confirmation (Tardif et al., 1997; Yokoi, et al., 1997). Probucol is presently not approved for use in the United States and a thirty-day pretreatment period would preclude its use in emergency angioplasty. Additionally, the application of ionizing radiation has shown significant promise

25    in reducing or preventing restenosis after angioplasty in patients with stents (Teirstein et al., 1997).  Currently, however, the most effective treatments for restenosis are repeat angioplasty, atherectomy or coronary artery bypass grafting, because no therapeutic agents currently have Food and Drug Administration approval for use for the prevention of post-angioplasty

30    restenosis.

           Unlike systemic pharmacologic therapy, stents have proven effective in significantly reducing restenosis.  Typically, stents are balloon-expandable

<center>5</center>

BSC-SJA-1074

CRD-0931 CIP

slotted metal tubes (usually, but not limited to, stainless steel), which, when expanded within the lumen of an angioplastied coronary artery, provide structural support through rigid scaffolding to the arterial wall. This support is helpful in maintaining vessel lumen patency. In two randomized clinical trials,

5    stents increased angiographic success after percutaneous transluminal coronary angioplasty, by increasing minimal lumen diameter and reducing, but not eliminating, the incidence of restenosis at six months (Serruys et al., 1994; Fischman et al., 1994).

10    Additionally, the heparin coating of stents appears to have the added benefit of producing a reduction in sub-acute thrombosis after stent implantation (Serruys et al., 1996). Thus, sustained mechanical expansion of a stenosed coronary artery with a stent has been shown to provide some measure of restenosis prevention, and the coating of stents with heparin has

15    demonstrated both the feasibility and the clinical usefulness of delivering drugs locally, at the site of injured tissue.

Accordingly, there exists a need for effective drugs and drug delivery systems for the effective prevention and treatment of neointimal thickening that

20    occurs after percutaneous transluminal coronary angioplasty and stent implantation.

## SUMMARY OF THE INVENTION

25

The drugs and drug delivery systems of the present invention provide a means for overcoming the difficulties associated with the methods and devices currently in use as briefly described above.

30    In accordance with one aspect, the present invention is directed to a method for the prevention of constrictive remodeling. The method comprises the controlled delivery, by release from an intraluminal medical device, of a compound in therapeutic dosage amounts.

8

BSC-SJA-1075

CRD-0931 CIP

In accordance with another aspect, the present invention is directed to a drug delivery device. The drug delivery device comprises an intraluminal medical device and a therapeutic dosage of an agent releasably affixed to the
5   intraluminal medical device for the treatment of constrictive vascular remodeling.

The drugs and drug delivery systems of the present invention utilize a stent or graft in combination with rapamycin or other drugs/agents/compounds
10   to prevent and treat neointimal hyperplasia, i.e. restenosis, following percutaneous transluminal coronary angioplasty and stent implantation. It has been determined that rapamycin functions to inhibit smooth muscle cell proliferation through a number of mechanisms. It has also been determined that rapamycin eluting stent coatings produce superior effects in humans, when
15   compared to animals, with respect to the magnitude and duration of the reduction in neointimal hyperplasia. Rapamycin administration from a local delivery platform also produces an anti-inflammatory effect in the vessel wall that is distinct from and complimentary to its smooth muscle cell anti-proliferative effect. In addition, it has also been demonstrated that rapamycin
20   inhibits constrictive vascular remodeling in humans.

Other drugs, agents or compounds which mimic certain actions of rapamycin may also be utilized in combination with local delivery systems or platforms.
25

The local administration of drugs, agents or compounds to stented vessels have the additional therapeutic benefit of higher tissue concentration than that which would be achievable through the systemic administration of the same drugs, agents or compounds. Other benefits include reduced systemic
30   toxicity, single treatment, and ease of administration. An additional benefit of a local delivery device and drug, agent or compound therapy may be to reduce the dose of the therapeutic drugs, agents or compounds and thus limit their toxicity, while still achieving a reduction in restenosis.

7

BSC-SJA-1076

CRD-0931 CIP

BRIEF DESCRIPTION OF THE DRAWINGS

5          The foregoing and other features and advantages of the invention will be
apparent from the following, more particular description of preferred
embodiments of the invention, as illustrated in the accompanying drawings.

           Figure 1 is a chart indicating the effectiveness of rapamycin as an anti-
10  inflammatory relative to other anti-inflammatories.

           Figure 2 is a view along the length of a stent (ends not shown) prior to
expansion showing the exterior surface of the stent and the characteristic
banding pattern.

15

           Figure 3 is a perspective view of the stent of Figure 1 having reservoirs
in accordance with the present invention.


20  DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

           As stated above, the proliferation of vascular smooth muscle cells in
response to mitogenic stimuli that are released during balloon angioplasty and
stent implantation is the primary cause of neointimal hyperplasia.  Excessive
25  neointimal hyperplasia can often lead to impairment of blood flow, cardiac
ischemia and the need for a repeat intervention in selected patients in high risk
treatment groups.  Yet repeat revascularization incurs risk of patient morbidity
and mortality while adding significantly to the cost of health care.  Given the
widespread use of stents in interventional practice, there is a clear need for
30  safe and effective inhibitors of neointimal hyperplasia.

           Rapamycin is a macroyclic triene antibiotic produced by streptomyces
hygroscopicus as disclosed in U.S. Patent No. 3,929,992.  It has been found

8

BSC-SJA-1077

CRD-0931 CIP

that rapamycin inhibits the proliferation of vascular smooth muscle cells *in vivo*.
Accordingly, rapamycin may be utilized in treating intimal smooth muscle cell
hyperplasia, restenosis and vascular occlusion in a mammal, particularly
following either biologically or mechanically mediated vascular injury, or under
5    conditions that would predispose a mammal to suffering such a vascular injury.
Rapamycin functions to inhibit smooth muscle cell proliferation and does not
interfere with the re-endothelialization of the vessel walls.

Rapamycin functions to inhibit smooth muscle cell proliferation through a
10   number of mechanisms. In addition, rapamycin reduces the other effects
caused by vascular injury, for example, inflammation. The operation and
various functions of rapamycin are described in detail below. Rapamycin as
used throughout this application shall include rapamycin, rapamycin analogs,
derivatives and congeners that bind FKBP12 and possess the same
15   pharmacologic properties as rapamycin.

Rapamycin reduces vascular hyperplasia by antagonizing smooth
muscle proliferation in response to mitogenic signals that are released during
angioplasty. Inhibition of growth factor and cytokine mediated smooth muscle
20   proliferation at the late G1 phase of the cell cycle is believed to be the
dominant mechanism of action of rapamycin. However, rapamycin is also
known to prevent T-cell proliferation and differentiation when administered
systemically. This is the basis for its immunosuppresive activity and its ability
to prevent graft rejection.

25

The molecular events that are responsible for the actions of rapamycin,
a known anti-proliferative, which acts to reduce the magnitude and duration of
neointimal hyperplasia, are still being elucidated. It is known, however, that
rapamycin enters cells and binds to a high-affinity cytosolic protein called
30   FKBP12. The complex of rapamycin and FKPB12 in turn binds to and inhibits
a phosphoinositide (PI)-3 kinase called the "mammalian Target of Rapamycin"
or TOR. TOR is a protein kinase that plays a key role in mediating the
downstream signaling events associated with mitogenic growth factors and

9

BSC-SJA-1078

CRD-0931 CIP

cytokines in smooth muscle cells and T lymphocytes. These events include
phosphorylation of p27, phosphorylation of p70 s6 kinase and phosphorylation
of 4BP-1, an important regulator of protein translation.

5       It is recognized that rapamycin reduces restenosis by inhibiting
neointimal hyperplasia. However, there is evidence that rapamycin may also
inhibit the other major component of restenosis, namely, negative remodeling.
Remodeling is a process whose mechanism is not clearly understood but
which results in shrinkage of the external elastic lamina and reduction in
10     lumenal area over time, generally a period of approximately three to six months
in humans.

        Negative or constrictive vascular remodeling may be quantified
angiographically as the percent diameter stenosis at the lesion site where there
15     is no stent to obstruct the process. If late lumen loss is abolished *in-lesion*, it
may be inferred that negative remodeling has been inhibited. Another method
of determining the degree of remodeling involves measuring *in-lesion* external
elastic lamina area using intravascular ultrasound (IVUS). Intravascular
ultrasound is a technique that can image the external elastic lamina as well as
20     the vascular lumen. Changes in the external elastic lamina proximal and distal
to the stent from the post-procedural timepoint to four-month and twelve-month
follow-ups are reflective of remodeling changes.

        Evidence that rapamycin exerts an effect on remodeling comes from
25     human implant studies with rapamycin coated stents showing a very low
degree of restenosis *in-lesion* as well as *in-stent*. *In-lesion* parameters are
usually measured approximately five millimeters on either side of the stent i.e.
proximal and distal. Since the stent is not present to control remodeling in
these zones which are still affected by balloon expansion, it may be inferred
30     that rapamycin is preventing vascular remodeling.

        The data in Table 1 below illustrate that *in-lesion* percent diameter
stenosis remains low in the rapamycin treated groups, even at twelve months.

BSC-SJA-1079

CRD-0931 CIP

Accordingly, these results support the hypothesis that rapamycin reduces remodeling.

11

BSC-SJA-1080

CRD-0931 CIP

**Angiographic *In-Lesion* Percent Diameter Stenosis**
**(%, mean ± SD and "n=") In Patients Who Received a**
**Rapamycin-Coated Stent**

| Coating Group | Post Placement | 4 – 6 month Follow Up | 12 month Follow Up |
|---|---|---|---|
| Brazil | 10.6 ± 5.7 (30) | 13.6 ± 8.6 (30) | 22.3 ± 7.2 (15) |
| Netherlands | 14.7 ± 8.8 | 22.4 ± 6.4 | - |

TABLE 1.0

Additional evidence supporting a reduction in negative remodeling with rapamycin comes from intravascular ultrasound data that was obtained from a first-in-man clinical program as illustrated in Table 2 below.

**Matched IVUS data in Patients Who Received a Rapamycin-Coated Stent**

| IVUS Parameter | Post (n=) | 4-Month Follow-Up (n=) | 12-Month Follow-Up (n=) |
|---|---|---|---|
| Mean proximal vessel area $(mm^2)$ | 16.53 ± 3.53 (27) | 16.31 ± 4.36 (28) | 13.96 ± 2.26 (13) |
| Mean distal vessel area $(mm^2)$ | 13.12 ± 3.68 (26) | 13.53 ± 4.17 (26) | 12.49 ± 3.25 (14) |

TABLE 2.0

The data illustrated that there is minimal loss of vessel area proximally or distally which indicates that inhibition of negative remodeling has occurred in vessels treated with rapamycin-coated stents.

Other than the stent itself, there have been no effective solutions to the problem of vascular remodeling. Accordingly, rapamycin may represent a biological approach to controlling the vascular remodeling phenomenon.

It may be hypothesized that rapamycin acts to reduce negative remodeling in several ways. By specifically blocking the proliferation of

12

BSC-SJA-1081

CRD-0931 CIP

fibroblasts in the vascular wall in response to injury, rapamycin may reduce the
formation of vascular scar tissue. Rapamycin may also affect the translation of
key proteins involved in collagen formation or metabolism.

5          Rapamycin used in this context includes rapamycin and all analogs,
derivatives and congeners that bind FKBP12 and possess the same
pharmacologic properties as rapamycin.

          In a preferred embodiment, the rapamycin is delivered by a local
10   delivery device to control negative remodeling of an arterial segment after
balloon angioplasty as a means of reducing or preventing restenosis. While
any delivery device may be utilized, it is preferred that the delivery device
comprises a stent that includes a coating or sheath which elutes or releases
rapamycin. The delivery system for such a device may comprise a local
15   infusion catheter that delivers rapamycin at a rate controlled by the
administrator.

          Rapamycin may also be delivered systemically using an oral dosage
form or a chronic injectible depot form or a patch to deliver rapamycin for a
20   period ranging from about seven to forty-five days to achieve vascular tissue
levels that are sufficient to inhibit negative remodeling. Such treatment is to be
used to reduce or prevent restenosis when administered several days prior to
elective angioplasty with or without a stent.

25          Data generated in porcine and rabbit models show that the release of
rapamycin into the vascular wall from a nonerodible polymeric stent coating in
a range of doses (35-430 ug/15-18 mm coronary stent) produces a peak fifty to
fifty-five percent reduction in neointimal hyperplasia as set forth in Table 3
below. This reduction, which is maximal at about twenty-eight to thirty days, is
30   typically not sustained in the range of ninety to one hundred eighty days in the
porcine model as set forth in Table 4 below.

13

BSC-SJA-1082

CRD-0931 CIP

### Animal Studies with Rapamycin-coated stents.
### Values are mean ± Standard Error of Mean

| Study | Duration | Stent† | Rapamycin | N | Neointimal Area (mm²) | % Change From Polymer | % Change From Metal |
|---|---|---|---|---|---|---|---|
| **Porcine** | | | | | | | |
| 98009 | 14 days | Metal | | 8 | 2.04 ± 0.17 | | |
| | | 1X + rapamycin | 153 µg | 8 | 1.66 ± 0.17* | -19% | |
| | | 1X + TC300 + rapamycin | 155 µg | 8 | 1.51 ± 0.19* | -26% | |
| | | | | | | | |
| 99005 | 28 days | Metal | | 10 | 2.29 ± 0.21 | | |
| | | | | 9 | 3.81 ± 0.60** | | |
| | | 1X + TC80 + rapamycin | 130 µg | 8 | 2.81 ± 0.34 | +23% | |
| | | 1X + TC100 + rapamycin | 120 µg | 9 | 2.82 ± 0.21 | +14% | |
| | | | | | | | |
| 99006 | 28 days | Metal | | 12 | 4.57 ± 0.46 | | |
| | | EVA/BMA 3X | | 12 | 5.02 ± 0.62 | +10% | |
| | | 1X + rapamycin | 125 µg | 11 | 2.84 ± 0.31*,** | -43% | -38% |
| | | 3X + rapamycin | 430 µg | 12 | 3.06 ± 0.17*,** | -39% | -33% |
| | | 3X + rapamycin | 157 µg | 12 | 2.77 ± 0.41*,** | -45% | -38% |
| | | | | | | | |
| 99011 | 28 days | Metal | | 11 | 3.09 ± 0.27 | | |
| | | | | 11 | 4.52 ± 0.37 | | |
| | | 1X + rapamycin | 189 µg | 14 | 3.05 ± 0.35 | | -1% |
| | | 3X + rapamycin/dex | 183/363 µg | 14 | 2.72 ± 0.71 | | -12% |
| | | | | | | | |
| 99021 | 60 days | Metal | | 12 | 2.14 ± 0.25 | | |
| | | 1X + rapamycin | 131 µg | 12 | 2.95 ± 0.38 | | +38% |
| | | | | | | | |
| 99034 | 28 days | Metal | | 8 | 5.24 ± 0.58 | | |
| | | 1X + rapamycin | 186 µg | 8 | 2.47 ± 0.33** | | -53% |
| | | 3X + rapamycin/dex | 125/368 µg | 8 | 2.42 ± 0.64** | | -54% |
| | | | | | | | |
| 20001 | 28 days | Metal | | 6 | 1.81 ± 0.09 | | |
| | | 1X + rapamycin | 172 µg | 5 | 1.66 ± 0.44 | | -8% |
| | | | | | | | |
| 20007 | 30 days | Metal | | 9 | 2.94 ± 0.43 | | |
| | | 1XTC + rapamycin | 155 µg | 10 | 1.40 ± 0.11* | | -52%* |
| | | | | | | | |
| **Rabbit** | | | | | | | |
| 99019 | 28 days | Metal | | 8 | 1.20 ± 0.07 | | |
| | | EVA/BMA 1X | | 10 | 1.26 ± 0.16 | | +5% |
| | | 1X + rapamycin | 64 µg | 8 | 0.92 ± 0.14 | -27% | -23% |
| | | 1X + rapamycin | 196 µg | 10 | 0.66 ± 0.12*,** | -48% | -45% |
| | | | | | | | |
| 99020 | 28 days | Metal | | 12 | 1.18 ± 0.10 | | |
| | | EVA/BMA 1X + rapamycin | 197 µg | 8 | 0.81 ± 0.16 | | -32% |

†Stent nomenclature: EVA/BMA 1X, 2X, and 3X signifies approx. 500µg, 1000µg, and 1800µg total mass (polymer + drug), respectively. TC, top coat of 50µg, 100µg, or 300µg drug-free BMA; Biphasic; 2 x 1X layers of rapamycin in EVA/BMA separated by a 100µg drug-free BMA layer. ²0.25mg/kg/d x 14 d preceeded by a loading dose of 0.5mg/kg/d x 3d prior to stent implantation.
*p<0.05 from EVA/BMA control. **p<0.05 from Metal.
†Inflammation score: (0 = essentially no intimal involvement; 1 = <25% intima involved;2= ≥25% intima involved; 3 = >50% intima involved).

## TABLE 3.0

14

BSC-SJA-1083

CRD-0931 CIP

**180 day Porcine Study with Rapamycin-coated stents.**
**Values are mean ± Standard Error of Mean**

| Study | Duration | Stent | Rapamycin | N | Neointimal Area (mm²) | % Change From | | Inflammation Score |
| | | | | | | Polymer | Metal | |
|---|---|---|---|---|---|---|---|---|
| 20007 (ETP-3-002283-P) | 3 days | Metal | | 10 | 0.38 ± 0.06 | | | 1.05 ± 0.06 |
| | | 1XTC + rapamycin | 155 µg | 10 | 0.29 ± 0.03 | | -24% | 1.08 ± 0.04 |
| | 30 days | Metal | | 9 | 2.94 ± 0.43 | | | 0.11 ± 0.06 |
| | | 1XTC + rapamycin | 155 µg | 10 | 1.40 ± 0.11* | | -52%* | 0.25 ± 0.10 |
| | 90 days | Metal | | 10 | 3.45 ± 0.34 | | | 0.20 ± 0.08 |
| | | 1XTC + rapamycin | 155 µg | 10 | 3.03 ± 0.29 | | -12% | 0.80 ± 0.23 |
| | | 1X + rapamycin | 171 µg | 10 | 2.86 ± 0.35 | | -17% | 0.60 ± 0.23 |
| | 180 days | Metal | | 10 | 3.65 ± 0.39 | | | 0.65 ± 0.21 |
| | | 1XTC + rapamycin | 155 µg | 10 | 3.34 ± 0.31 | | +8% | 1.50 ± 0.34 |
| | | 1X + rapamycin | 171 µg | 10 | 3.87 ± 0.28 | | +6% | 1.68 ± 0.37 |

TABLE 4.0

The release of rapamycin into the vascular wall of a human from a noneradible polymeric stent coating provides superior results with respect to the magnitude and duration of the reduction in neointimal hyperplasia within the stent as compared to the vascular walls of animals as set forth above.

Humans implanted with a rapamycin coated stent comprising rapamycin in the same dose range as studied in animal models using the same polymeric matrix, as described above, reveal a much more profound reduction in neointimal hyperplasia than observed in animal models, based on the magnitude and duration of reduction in neointima. The human clinical response to rapamycin reveals essentially total abolition of neointimal hyperplasia inside the stent using both angiographic and intravascular ultrasound measurements. These results are sustained for at least one year as set forth in Table 5 below.

15

BSC-SJA-1084

CRD-0931 CIP

### Patients Treated (N=45 patients) with a Rapamycin-coated Stent

| Effectiveness Measures | Sirolimus FIM (N=45 Patients, 45 Lesions) | 95% Confidence Limit |
|---|---|---|
| Procedure Success (QCA) | 100.0% (45/45) | [92.1%,100.0%] |
| 4-month In-Stent Diameter Stenosis (%) | | |
| Mean±SD (N) | 4.8%±6.1% (30) | [2.6%,7.0%] |
| Range (min,max) | (-8.2%,14.9%) | |
| 6-month In-Stent Diameter Stenosis (%) | | |
| Mean±SD (N) | 8.9%±7.6% (13) | [4.8%,13.0%] |
| Range (min,max) | (-2.9%,20.4%) | |
| 12-month In-Stent Diameter Stenosis (%) | | |
| Mean±SD (N) | 8.9%±6.1% (15) | [5.8%,12.0%] |
| Range (min,max) | (-3.0%,22.0%) | |
| 4-month In-Stent Late Loss (mm) | | |
| Mean±SD (N) | 0.00±0.29 (30) | [-0.10,0.10] |
| Range (min,max) | (-0.51,0.45) | |
| 6-month In-Stent Late Loss (mm) | | |
| Mean±SD (N) | 0.25±0.27 (13) | [0.10,0.39] |
| Range (min,max) | (-0.51,0.91) | |
| 12-month In-Stent Late Loss (mm) | | |
| Mean±SD (N) | 0.11±0.36 (15) | [-0.08,0.29] |
| Range (min,max) | (-0.51,0.82) | |
| 4-month Obstruction Volume (%) (IVUS) | | |
| Mean±SD (N) | 10.48%±2.78% (28) | [9.45%,11.51%] |
| Range (min,max) | (4.60%,16.35%) | |
| 6-month Obstruction Volume (%) (IVUS) | | |
| Mean±SD (N) | 7.22%±4.60% (13) | [4.72%,9.72%], |
| Range (min,max) | (3.82%,19.88%) | |
| 12-month Obstruction Volume (%) (IVUS) | | |
| Mean±SD (N) | 2.11%±5.28% (16) | [0.00%,4.76%], |
| Range (min,max) | (0.00%,19.89%) | |
| 6-month Target Lesion Revascularization (TLR) | 0.0% (0/30) | [0.0%,9.5%] |
| 12-month Target Lesion Revascularization (TLR) | 0.0% (0/15) | [0.0%,18.1%] |

QCA = Quantitative Coronary Angiography
SD = Standard Deviation
IVUS = Intravascular Ultrasound

### TABLE 5.0

Rapamycin produces an unexpected benefit in humans when delivered from a stent by causing a profound reduction in in-stent neointimal hyperplasia that is sustained for at least one year. The magnitude and duration of this benefit in humans is not predicted from animal model data. Rapamycin used in

16

BSC-SJA-1085

CRD-0931 CIP

this context includes rapamycin and all analogs, derivatives and congeners that
bind FKBP12 and possess the same pharmacologic properties as rapamycin.

These results may be due to a number of factors. For example, the
5   greater effectiveness of rapamycin in humans is due to greater sensitivity of its
mechanism(s) of action toward the pathophysiology of human vascular lesions
compared to the pathophysiology of animal models of angioplasty. In addition,
the combination of the dose applied to the stent and the polymer coating that
controls the release of the drug is important in the effectiveness of the drug.

10

As stated above, rapamycin reduces vascular hyperplasia by
antagonizing smooth muscle proliferation in response to mitogenic signals that
are released during angioplasty injury. Also, it is known that rapamycin
prevents T-cell proliferation and differentiation when administered systemically.
15   It has also been determined that rapamycin exerts a local inflammatory effect
in the vessel wall when administered from a stent in low doses for a sustained
period of time (approximately two to six weeks). The local anti-inflammatory
benefit is profound and unexpected. In combination with the smooth muscle
anti-proliferative effect, this dual mode of action of rapamycin may be
20   responsible for its exceptional efficacy.

Accordingly, rapamycin delivered from a local device platform, reduces
neointimal hyperplasia by a combination of anti-inflammatory and smooth
muscle anti-proliferative effects. Rapamycin used in this context means
25   rapamycin and all analogs, derivatives and congeners that bind FKBP12 and
possess the same pharmacologic properties as rapamycin. Local device
platforms include stent coatings, stent sheaths, grafts and local drug infusion
catheters or porous balloons or any other suitable means for the *in situ* or local
delivery of drugs, agents or compounds.

30

The anti-inflammatory effect of rapamycin is evident in data from an
experiment, illustrated in Table 6, in which rapamycin delivered from a stent
was compared with dexamethasone delivered from a stent. Dexamethasone, a

17

BSC-SJA-1086

potent steroidal anti-inflammatory agent, was used as a reference standard.
Although dexamethasone is able to reduce inflammation scores, rapamycin is
far more effective than dexamethasone in reducing inflammation scores.  In
addition, rapamycin significantly reduces neointimal hyperplasia, unlike
dexamethasone.

| Group Rapamycin Rap | N= | Neointimal Area (mm²) | % Area Stenosis | Inflammation Score |
|---|---|---|---|---|
| Uncoated | 8 | 5.24 ± 1.65 | 54 ± 19 | 0.97 ± 1.00 |
| Dexamethasone (Dex) | 8 | 4.31 ± 3.02 | 45 ± 31 | 0.39 ± 0.24 |
| Rapamycin (Rap) | 7 | 2.47 ± 0.94* | 26 ± 10* | 0.13 ± 0.19* |
| Rap + Dex | 6 | 2.42 ± 1.58* | 26 ± 18* | 0.17 ± 0.30* |

\* = significance level P< 0.05

TABLE 6.0

Rapamycin has also been found to reduce cytokine levels in vascular
tissue when delivered from a stent.  The data in Figure 1 illustrates that
rapamycin is highly effective in reducing monocyte chemotactic protein
(MCP-1) levels in the vascular wall.  MCP-1 is an example of a
proinflammatory/chemotactic cytokine that is elaborated during vessel injury.
Reduction in MCP-1 illustrates the beneficial effect of rapamycin in reducing
the expression of proinflammatory mediators and contributing to the anti-
inflammatory effect of rapamycin delivered locally from a stent.  It is recognized
that vascular inflammation in response to injury is a major contributor to the
development of neointimal hyperplasia.

Since rapamycin may be shown to inhibit local inflammatory events in
the vessel it is believed that this could explain the unexpected superiority of
rapamycin in inhibiting neointima.

As set forth above, rapamycin functions on a number of levels to
produce such desired effects as the prevention of T-cell proliferation, the

18

BSC-SJA-1087

CRD-0931 CIP

inhibition of negative remodeling, the reduction of inflammation, and the prevention of smooth muscle cell proliferation. While the exact mechanisms of these functions are not completely known, the mechanisms that have been identified may be expanded upon.

5

Studies with rapamycin suggest that the prevention of smooth muscle cell proliferation by blockade of the cell cycle is a valid strategy for reducing neointimal hyperplasia. Dramatic and sustained reductions in late lumen loss and neointimal plaque volume have been observed in patients receiving

10   rapamycin delivered locally from a stent. The present invention expands upon the mechanism of rapamycin to include additional approaches to inhibit the cell cycle and reduce neointimal hyperplasia without producing toxicity.

The cell cycle is a tightly controlled biochemical cascade of events that

15   regulate the process of cell replication. When cells are stimulated by appropriate growth factors, they move from $G_0$ (quiescence) to the G1 phase of the cell cycle. Selective inhibition of the cell cycle in the G1 phase, prior to DNA replication (S phase), may offer therapeutic advantages of cell preservation and viability while retaining anti-proliferative efficacy when

20   compared to therapeutics that act later in the cell cycle i.e. at S, G2 or M phase.

Accordingly, the prevention of intimal hyperplasia in blood vessels and other conduit vessels in the body may be achieved using cell cycle inhibitors

25   that act selectively at the G1 phase of the cell cycle. These inhibitors of the G1 phase of the cell cycle may be small molecules, peptides, proteins, oligonucleotides or DNA sequences. More specifically, these drugs or agents include inhibitors of cyclin dependent kinases (cdk's) involved with the progression of the cell cycle through the G1 phase, in particular cdk2 and cdk4.

30

Examples of drugs, agents or compounds that act selectively at the G1 phase of the cell cycle include small molecules such as flavopiridol and its structural analogs that have been found to inhibit cell cycle in the late G1

19

BSC-SJA-1088

phase by antagonism of cyclin dependent kinases. Therapeutic agents that
elevate an endogenous kinase inhibitory protein[kip] called P27, sometimes
referred to as P27[kip1], that selectively inhibits cyclin dependent kinases may be
utilized. This includes small molecules, peptides and proteins that either block
5    the degradation of P27 or enhance the cellular production of P27, including
gene vectors that can transfact the gene to produce P27. Staurosporin and
related small molecules that block the cell cycle by inhibiting protein kinases
may be utilized. Protein kinase inhibitors, including the class of tyrphostins that
selectively inhibit protein kinases to antagonize signal transduction in smooth
10   muscle in response to a broad range of growth factors such as PDGF and FGF
may also be utilized.

Any of the drugs, agents or compounds discussed above may be
administered either systemically, for example, orally, intravenously,
15   intramuscularly, subcutaneously, nasally or intradermally, or locally, for
example, stent coating, stent covering or local delivery catheter. In addition,
the drugs or agents discussed above may be formulated for fast-release or
slow release with the objective of maintaining the drug or agents in contact
with target tissues for a period ranging from three days to eight weeks.

20

As set forth above, the complex of rapamycin and FKPB12 binds to and
inhibits a phosphoinositide (PI)-3 kinase called the mammalian Target of
Rapamycin or TOR. An antagonist of the catalytic activity of TOR, functioning
as either an active site inhibitor or as an allosteric modulator, i.e. an indirect
25   inhibitor that allosterically modulates, would mimic the actions of rapamycin but
bypass the requirement for FKBP12. The potential advantages of a direct
inhibitor of TOR include better tissue penetration and better physical/chemical
stability. In addition, other potential advantages include greater selectivity and
specificity of action due to the specificity of an antagonist for one of multiple
30   isoforms of TOR that may exist in different tissues, and a potentially different
spectrum of downstream effects leading to greater drug efficacy and/or safety.

BSC-SJA-1089

CRD-0931 CIP

The inhibitor may be a small organic molecule (approximate mw<1000), which is either a synthetic or naturally derived product. Wortmanin may be an agent which inhibits the function of this class of proteins. It may also be a peptide or an oligonucleotide sequence. The inhibitor may be administered
5   either sytemically (orally, intravenously, intramuscularly, subcutaneously, nasally, or intradermally) or locally (stent coating, stent covering, local drug delivery catheter). For example, the inhibitor may be released into the vascular wall of a human from a nonerodible polymeric stent coating. In addition, the inhibitor may be formulated for fast-release or slow release with the objective of
10   maintaining the rapamycin or other drug, agent or compound in contact with target tissues for a period ranging from three days to eight weeks.

As stated previously, the implantation of a coronary stent in conjunction with balloon angioplasty is highly effective in treating acute vessel closure and
15   may reduce the risk of restenosis. Intravascular ultrasound studies (Mintz et al., 1996) suggest that coronary stenting effectively prevents vessel constriction and that most of the late luminal loss after stent implantation is due to plaque growth, probably related to neointimal hyperplasia. The late luminal loss after coronary stenting is almost two times higher than that observed after
20   conventional balloon angioplasty. Thus, inasmuch as stents prevent at least a portion of the restenosis process, the use of drugs, agents or compounds which prevent inflammation and proliferation, or prevent proliferation by multiple mechanisms, combined with a stent may provide the most efficacious treatment for post-angioplasty restenosis.

25

The local delivery of drugs, agents or compounds from a stent has the following advantages; namely, the prevention of vessel recoil and remodeling through the scaffolding action of the stent and the drugs, agents or compounds and the prevention of multiple components of neointimal hyperplasia. This
30   local administration of drugs, agents or compounds to stented coronary arteries may also have additional therapeutic benefit. For example, higher tissue concentrations would be achievable than that which would occur with systemic administration, reduced systemic toxicity, and single treatment and ease of

21

BSC-SJA-1090

administration.  An additional benefit of drug therapy may be to reduce the dose of the therapeutic compounds, thereby limiting their toxicity, while still achieving a reduction in restenosis.

5        There are a multiplicity of different stents that may be utilized following percutaneous transluminal coronary angioplasty.  Although any number of stents may be utilized in accordance with the present invention, for simplicity, one particular stent will be described in exemplary embodiments of the present invention.  The skilled artisan will recognize that any number of stents may be 10   utilized in connection with the present invention.

        A stent is commonly used as a tubular structure left inside the lumen of a duct to relieve an obstruction.  Commonly, stents are inserted into the lumen in a non-expanded form and are then expanded autonomously, or with the aid 15   of a second device in situ.  A typical method of expansion occurs through the use of a catheter-mounted angioplasty balloon which is inflated within the stenosed vessel or body passageway in order to shear and disrupt the obstructions associated with the wall components of the vessel and to obtain an enlarged lumen.  As set forth below, self-expanding stents may also be 20   utilized.

        Figure 2 illustrates an exemplary stent 100 which may be utilized in accordance with an exemplary embodiment of the present invention.  The expandable cylindrical stent 100 comprises a fenestrated structure for 25   placement in a blood vessel, duct or lumen to hold the vessel, duct or lumen open, more particularly for protecting a segment of artery from restenosis after angioplasty.  The stent 100 may be expanded circumferentially and maintained in an expanded configuration, that is circumferentially or radially rigid.  The stent 100 is axially flexible and when flexed at a band, the stent 100 avoids any 30   externally-protruding component parts.

        The stent 100 generally comprises first and second ends with an intermediate section therebetween.  The stent 100 has a longitudinal axis and

22

BSC-SJA-1091

comprises a plurality of longitudinally disposed bands 102, wherein each band
102 defines a generally continuous wave along a line segment parallel to the
longitudinal axis. A plurality of circumferentially arranged links 104 maintain
the bands 102 in a substantially tubular structure. Essentially, each
5    longitudinally disposed band 102 is connected at a plurality of periodic
locations, by a short circumferentially arranged link 104 to an adjacent band
102. The wave associated with each of the bands 102 has approximately the
same fundamental spatial frequency in the intermediate section, and the bands
102 are so disposed that the wave associated with them are generally aligned
10    so as to be generally in phase with one another. As illustrated in the figure,
each longitudinally arranged band 102 undulates through approximately two
cycles before there is a link to an adjacent band.

The stent 100 may be fabricated utilizing any number of methods. For
15    example, the stent 100 may be fabricated from a hollow or formed stainless
steel tube that may be machined using lasers, electric discharge milling,
chemical etching or other means. The stent 100 is inserted into the body and
placed at the desired site in an unexpanded form. In one embodiment,
expansion may be effected in a blood vessel by a balloon catheter, where the
20    final diameter of the stent 100 is a function of the diameter of the balloon
catheter used.

It should be appreciated that a stent 100 in accordance with the present
invention may be embodied in a shape-memory material, including, for
25    example, an appropriate alloy of nickel and titanium. In this embodiment, after
the stent 100 has been formed it may be compressed so as to occupy a space
sufficiently small as to permit its insertion in a blood vessel or other tissue by
insertion means, wherein the insertion means include a suitable catheter, or
flexible rod. On emerging from the catheter, the stent 100 may be configured
30    to expand into the desired configuration where the expansion is automatic or
triggered by a change in pressure, temperature or electrical stimulation.

· 23

BSC-SJA-1092

Figure 3 illustrates an exemplary embodiment of the present invention utilizing the stent 100 illustrated in Figure 2. As illustrated, the stent 100 may be modified to comprise a reservoir 106. Each of the reservoirs may be opened or closed as desired. These reservoirs 106 may be specifically
5   designed to hold the drug, agent, compound or combinations thereof to be delivered. Regardless of the design of the stent 100, it is preferable to have the drug, agent, compound or combinations thereof dosage applied with enough specificity and a sufficient concentration to provide an effective dosage in the lesion area. In this regard, the reservoir size in the bands 102 is
10  preferably sized to adequately apply the drug/drug combination dosage at the desired location and in the desired amount.

In an alternate exemplary embodiment, the entire inner and outer surface of the stent 100 may be coated with various drug and drug
15  combinations in therapeutic dosage amounts. A detailed description of exemplary coating techniques is described below.

Rapamycin or any of the drugs, agents or compounds described above may be incorporated into or affixed to the stent in a number of ways and
20  utilizing any number of biocompatible materials. In the exemplary embodiment, the rapamycin is directly incorporated into a polymeric matrix and sprayed onto the outer surface of the stent. The rapamycin elutes from the polymeric matrix over time and enters the surrounding tissue. The rapamycin preferably remains on the stent for at least three days up to approximately six months and
25  more preferably between seven and thirty days.

Any number of non-erodible polymers may be utilized in conjunction with rapamycin. In the exemplary embodiment, the polymeric matrix comprises two layers. The base layer comprises a solution of ethylene-co-vinylacetate and
30  polybutylmethacrylate. The rapamycin is incorporated into this layer. The outer layer comprises only polybutylmethacrylate and acts as a diffusion barrier to prevent the rapamycin from eluting too quickly and entering the surrounding tissues. The thickness of the outer layer or top coat determines the rate at

24

BSC-SJA-1093

CRD-0931 CIP

which the rapamycin elutes from the matrix. Essentially, the rapamycin elutes
from the matrix by diffusion through the polymer molecules. Polymers tend to
move, thereby allowing solids, liquids and gases to escape therefrom. The
total thickness of the polymeric matrix is in the range from about 1 micron to
5   about 20 microns or greater. In a preferred exemplary embodiment, the base
layer, including the polymer and drug, has a thickness in the range from about
8 microns to about 12 microns and the outer layer has a thickness in the range
from about 1 micron to about 2 microns.

10       The ethylene-co-vinylacetate, polybutylmethacrylate and rapamycin
solution may be incorporated into or onto the stent in a number of ways. For
example, the solution may be sprayed onto the stent or the stent may be
dipped into the solution. In a preferred embodiment, the solution is sprayed
onto the stent and then allowed to dry. In another exemplary embodiment, the
15   solution may be electrically charged to one polarity and the stent electrically
changed to the opposite polarity. In this manner, the solution and stent will be
attracted to one another. In using this type of spraying process, waste may be
reduced and more control over the thickness of the coat may be achieved.

20       Since rapamycin works by entering the surrounding tissue, it is
preferably only affixed to the surface of the stent making contact with one
tissue. Typically, only the outer surface of the stent makes contact with the
tissue. Accordingly, in a preferred embodiment, only the outer surface of the
stent is coated with rapamycin. For other drugs, agents or compounds, the
25   entire stent may be coated.

It is important to note that different polymers may be utilized for different
stents. For example, in the above-described embodiment, ethylene-co-
vinylacetate and polybutylmethacrylate are utilized to form the polymeric
30   matrix. This matrix works well with stainless steel stents. Other polymers may
be utilized more effectively with stents formed from other materials, including
materials that exhibit superelastic properties such as alloys of nickel and
titanium.

25

BSC-SJA-1094

CRD-0931 CIP

Although shown and described is what is believed to be the most
practical and preferred embodiments, it is apparent that departures from
specific designs and methods described and shown will suggest themselves to
5   those skilled in the art and may be used without departing from the spirit and
scope of the invention.  The present invention is not restricted to the particular
constructions described and illustrated, but should be constructed to cohere
with all modifications that may fall within the scope of the appended claims.

BSC-SJA-1095

CRD-0931 CIP

WHAT IS CLAIMED IS:

1.      A method for preventing constrictive vascular remodeling
comprising a controlled delivery, by release from a stent, of a compound having
5    anti-proliferative and anti-inflammatory properties in therapeutic dosage amounts
in the range from about thirty-five micrograms per fifteen to eighteen millimeters
of stent to about four hundred thirty micrograms per fifteen to eighteen
millimeters of stent, the compound substantially reducing in-lesion lumen loss
both proximate and distal to the stent, the compound being incorporated in a
10    polymeric matrix comprising first and second layers wherein the compound is
substantially in the first layer and the second layer acts as a diffusion barrier for
the controlled release of the compound, and having a thickness in the range
from about one micron to about 20 microns with the first layer having a
thickness in the range from about 8 microns to about 12 microns and the
15    second layer having a thickness in the range from about 1 micron to about 2
microns.

2.      The method for preventing constrictive remodeling according to
Claim 1, further includes utilizing the compound to block a proliferation of
20    fibroblasts in a vascular wall in response to injury, thereby reducing a formation
of vascular scar tissue.

3.      The method for preventing constrictive remodeling according to
Claim 2, wherein the compound comprises rapamycin.
25

4.      The method for preventing constrictive remodeling according to
Claim 2, wherein the compound comprises analogs and congeners that bind a
high-affinity cytosolic protein, FKBP12, and possesses pharmacologic properties
equivalent to rapamycin.
30

5.      The method for preventing constrictive remodeling according to
Claim 1, further includes utilizing the compound to affect a translation of certain
proteins involved in a collagen formation or metabolism.

27

CRD-0931 CIP

6 .     The method for preventing constrictive remodeling according to Claim 5, wherein the compound comprises rapamycin.

7.     The method for preventing constrictive remodeling according to Claim 5, wherein the compound comprises analogs and congeners that bind a high-affinity cytosolic protein, FKBP12, and possesses pharmacologic properties equivalent to rapamycin.

8.     A drug delivery device for treating constrictive vascular remodeling comprising:

a stent; and

a therapeutic dosage, in the range from about thirty-five micrograms per fifteen to eighteen millimeters of stent to about four hundred thirty micrograms per fifteen to eighteen millimeters of stent, of an agent having anti-proliferative and anti-inflammatory properties releasably affixed to the stent for treatment of constrictive vascular remodeling, the agent substantially reducing in-lesion lumen loss both proximal and distal to the intraluminal medical device, the agent being incorporated in a polymeric matrix comprising first and second layers, the agent is substantially in the first layer and the second layer acts as a diffusion barrier for the controlled release of the agent, the polymeric matrix having a thickness in the range from about one micron to about 20 microns.

9.     The drug delivery device according to Claim 8, wherein the agent blocks a proliferation of fibroblasts in a vascular wall in response to injury, thereby reducing a formation of vascular scar tissue.

10.     The drug delivery device according to Claim 9, wherein the agent comprises rapamycin.

11.     The drug delivery device according to Claim 9, wherein the agent comprises analogs and congeners that bind a high-affinity cytosolic protein, FKBP12, and possesses pharmacologic properties equivalent to rapamycin.

BSC-SJA-1097

CRD-0931 CIP

12.     The drug delivery device according to Claim 8, wherein the agent affects the translation of certain proteins involved in collagen formation or metabolism.

5

13.     The drug delivery device according to Claim 12, wherein the agent comprises rapamycin.

14.     The drug delivery device according to Claim 12, wherein the agent
10    comprises analogs and congeners that bind a high-affinity cytosolic protein, FKBP12, and possesses pharmacologic properties equivalent to rapamycin.

15

29

BSC-SJA-1098

CRD-0931 CIP

## ABSTRACT

A drug and drug delivery system may be utilized in the treatment of vascular disease. A local delivery system is coated with rapamycin or other
5   suitable drug, agent or compound and delivered intraluminally for the treatment and prevention of neointimal hyperplasia following percutaneous transluminal coronary angiography. The local delivery of the drugs or agents provides for increased effectiveness and lower systemic toxicity.

BSC-SJA-1099

1/2

# *FIG. 1*



BEST AVAILABLE COPY

2/2

## FIG. 2

*100*

*104*



*102*   *102*   *104*

## FIG. 3

*100*

*106*



*106*

BEST AVAILABLE COPY

BSC-SJA-1101

Please type a plus sign (+) inside this box ⊞

PTO/SB/01 (10-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION AND POWER OF ATTORNEY FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | | |
|---|---|---|
| | Attorney Docket Number | CRD-0931 CIP |
| | First Named Inventor | Robert Falotico |
| | *COMPLETE IF KNOWN* | |
| ☒ Declaration Submitted with Initial Filing   OR   ☐ Declaration Submitted after Initial Filing   (Surcharge (37 CFR 1.16(e)) required) | Application Number | To Be Determined |
| | Filing Date | April 21, 2004 |
| | Group Art Unit | |
| | Examiner Name | |

As a below named inventor, I hereby declare that:

My residence, mailing address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

## COMPOUND AND DELIVERY DEVICE FOR INHIBITING CONSTRICTIVE VASCULAR REMODELING
*(Title of the Invention)*

The specification of which

☒ is attached hereto

OR

☐ was filed on (MM/DD/YYYY) [_____] as United States Application Number or PCT International Application Number [_____] and was amended on (MM/DD/YYYY) [_____]

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT International application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or any PCT International application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES  NO |
|---|---|---|---|---|
| | | | ☐ ☐ ☐ | ☐ ☐   ☐ ☐ ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto:

BSC-SJA-1102

## DECLARATION - Utility or Design Patent Application

I hereby claim the benefit under 35 U.S.C. 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| | | ☐ Additional provisional application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto. |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial No. | Filing Date | Status |
|---|---|---|
| 09/850,293 | 05/07/2001 | Pending Patented Patented |

I hereby appoint:

☒ Practitioners at Customer Number  000027777  →

**AND**

☐ Practitioner(s) named below:
Name                                        Registration Number

Place Customer Number Bar Code Label Here

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Address all telephone calls to Carl J. Evans at telephone number (732) 824-2518.

| Direct all correspondence to: | ☒ Customer Number or Bar Code Label  000027777  OR | ☐ Correspondence address below |
|---|---|---|
| Name: | | |
| Address: | | |
| Address: | | |

| City: | State: | ZIP |
|---|---|---|
| Country: | Telephone: | Fax: |

BSC-SJA-1103

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| NAME OF SOLE OR FIRST INVENTOR: | ☐ A petition has been filed for this unsigned inventor | | |
|---|---|---|---|
| Given Name (first and middle [if any]) Robert | Family Name or Surname   Falotico | | |
| Inventor's Signature | | Date | |
| Residence: City Belle Mead | State NJ | Country USA | Citizenship USA |
| Mailing Address 40 Black Horse Run | | | |
| City       Belle Mead | State NJ | ZIP  08502 | Country USA |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| NAME OF SECOND INVENTOR: | ☐ A petition has been filed for this unsigned inventor | | |
|---|---|---|---|
| Given Name (first and middle [if any]) Gregory A. | Family Name or Surname   Kopia | | |
| Inventor's Signature | | Date | |
| Residence: City Neshanic | State NJ | Country USA | Citizenship USA |
| Mailing Address 58 Longfield Drive | | | |
| City       Neshanic | State NJ | ZIP  08853 | Country USA |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| NAME OF THIRD INVENTOR: | ☐ A petition has been filed for this unsigned inventor | | |
|---|---|---|---|
| Given Name (first and middle [if any]) Gerard H. | Family Name or Surname   Llanos | | |
| Inventor's Signature | | Date | |
| Residence: City Stewartsville | State NJ | Country USA | Citizenship USA |
| Mailing Address 1514 Megan Circle | | | |
| City       Stewartsville | State NJ | ZIP  08886 | Country USA |

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

04/23/2004 BSITHIR1 00000060 100730   10829074

01 FC:1001      770.00 DA

PTO-1556
(5/87)

*U.S. Government Printing Office: 2002 — 489-267/59033

BSC-SJA-1105

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 2003

Application or Docket Number: 10829074

## CLAIMS AS FILED - PART I

|  | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 14 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 14 minus 20= | * |
| INDEPENDENT CLAIMS | 2 minus 3 = | * |
| MULTIPLE DEPENDENT CLAIM PRESENT | ☐ | |

* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 385.00 | OR | BASIC FEE | 770.00 |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL | | OR | TOTAL | 770 |

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

|  | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

|  | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

|  | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

# EXHIBIT 52

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOSTON SCIENTIFIC CORPORATION and )
BOSTON SCIENTIFIC SCIMED, INC.,      )   Civil Action Nos. 07-333-SLR
                                                         )                        07-348-SLR
                      Plaintiffs,                     )                        07-409-SLR
                                                         )
             vs.                                       )
                                                         )
JOHNSON and JOHNSON, INC. and CORDIS  )
CORPORATION,                              )
                                                         )
                      Defendants.                   )

**JOHNSON AND JOHNSON, INC. AND CORDIS CORPORATION'S SUPPLEMENTAL
RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (Nos. 1-6)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants

Johnson and Johnson, Inc. and Cordis Corporation (collectively, "Cordis") hereby object and

respond to Boston Scientific's (collectively "BSC") First Set of Interrogatories as follows:

**GENERAL OBJECTIONS**

Each of Cordis's responses to BSC's First Set of Interrogatories is subject to, and

incorporates, the following General Objections. Cordis specifically incorporates each of these

General Objections into its specific responses to each of BSC's Interrogatories, whether or not

each such General Objection is expressly referred to in a specific response. A response to a

request shall not waive any applicable Specific or General objections to a request.

1.      Cordis incorporates by reference the General Objections set forth in its

responses to BSC's First Set of Requests for Production of Documents and BSC's First Set of

Interrogatories.

{00216222;v1}

BSC-SJA-1107

**INTERROGATORY NO. 3:**

Identify the date to which each claim of each Cordis Patent is entitled to claim priority.

**RESPONSE:**

Cordis hereby incorporates by reference the foregoing General Objections as though fully set forth herein. Cordis also objects that this interrogatory constitutes multiple separate and distinct interrogatories in violation of Fed.R.Civ.P. 33(a). Cordis further objects to this interrogatory to the extent it seeks information that is not relevant to the claims or defenses of the Parties in this action or the subject matter of this action. Cordis also objects to this interrogatory to the extent it seeks information that is covered by the attorney-client privilege, work product doctrine, or similar immunities. Subject to the foregoing objections, Cordis responds as follows:

U.S. Patent No. 7,300,662 (the "Falotico '662 patent") issued from U.S. Patent Application No. 10/829,074 (filed April 21, 2004), which is a continuation-in-part of U.S. Patent Application No. 09/850,293 (filed May 7, 2001), which is a continuation-in-part of U.S. Patent Application No. 09/575,480 (filed May 19, 2000), which claims the benefit of Provisional Application No. 60/204,417 (filed May 12, 2000), Provisional Application No. 60/262,461 (filed January 18, 2001), Provisional Application No. 60/262,614 (filed January 18, 2001), Provisional Application No. 60/263,806 (filed January 24, 2001), and Provisional Application No. 60/263,979 (January 25, 2001). The asserted claims of the Falotico '662 patent are entitled to a priority date under 35 U.S.C. §120 of at least as early as January 24, 2001, based on the filing date of Provisional Application No. 60/263,806.

U.S. Patent No. 7,229,473 (the "Wright '473 patent") issued from U.S. Patent Application No. 11/466,983 (filed August 24, 2006), which is a continuation of U.S. Patent Application No. 10/951,385 (filed September 28, 2004), which is a continuation of U.S. Patent Application No. 10/408,328 (filed April 7, 2003), which is a continuation of U.S. Patent



Application No. 09/874,117 (filed June 4, 2001), which is a continuation of U.S. Patent Application No. 09/061,568 (filed April 16, 1998), which claims the benefit of Provisional Application No. 60/044,692 (filed April 18, 1997). Asserted claims 1-5 are entitled to a priority date under 35 U.S.C. § 120 of at least as early as April 16, 1998, based on the filing date of U.S. Patent Application No. 09/061,568.

U.S. Patent No. 7,217,286 (the "Wright '7286 patent") issued from U.S. Patent Application No. 11/467,035 (filed August 24, 2006), which is a continuation of U.S. Patent Application No. 10/951,385 (filed September 28, 2004), which is a continuation of U.S. Patent Application No. 10/408,328 (filed April 7, 2003), which is a continuation of U.S. Patent Application No. 09/874,117 (filed June 4, 2001), which is a continuation of U.S. Patent Application No. 09/061,568 (filed April 16, 1998), which claims the benefit of Provisional Application No. 60/044,692 (filed April 18, 1997). Asserted claims 3 and 4 of the '7286 patent are entitled to a priority date under 35 U.S.C. § 120 of at least as early as April 16, 1998, based on the filing date of U.S. Patent Application No. 09/061,568. Asserted claims 1, 2 and 5 of the '7286 patent are entitled to a priority date under 35 U.S.C. § 120 of at least as early as April 18, 1997, based on the filing date of Provisional Application No. 60/044,692 (filed April 18, 1997).

U.S. Patent No. 7,223,286 (the "Wright '3286 patent") issued from U.S. Patent Application 11/467,035 (filed August 24, 2006), which is a continuation of U.S. Patent Application No. 10/951,385 (filed September 28, 2004), which is a continuation of U.S. Patent Application No. 10/408,328 (filed April 7, 2003), which is a continuation of U.S. Patent Application No. 09/874,117 (filed June 4, 2001), which is a continuation of U.S. Patent Application No. 09/061,568 (filed April 16, 1998), which claims the benefit of Provisional Application No. 60/044,692 (filed April 18, 1997). Asserted claims 28-31, 34-39, and 70-77 of

BSC-SJA-1109

the '7286 patent are entitled to a priority date under 35 U.S.C. § 120 of at least as early as April

16, 1998, based on the filing date of U.S. Patent Application No. 09/061,568. Asserted claims 1,

2, 5, 6, 9, 10, 21, 25, 27, 32, 33, 40, 41, 44, 47, 48, 51, 52, 63, 67 and 69 of the '7286 patent are

entitled to a priority date under 35 U.S.C. § 120 of at least as early as April 18, 1997, based on

the filing date of Provisional Application No. 60/044,692 (filed April 18, 1997).


## INTERROGATORY NO. 4:

Identify the inventor or inventors of each claim of each Cordis Patent, and the subject
matter that each inventor contributed to each claim, and the dates of conception and reduction to
practice of the subject matter of each Cordis Patent claim.

## RESPONSE:

Cordis hereby incorporates by reference the foregoing General Objections and Objections

to Definitions and Instructions as though fully set forth herein. Cordis also objects that this

interrogatory constitutes multiple separate and distinct interrogatories in violation of Fed. R. Civ.

P. 33(a).

Cordis objects to this interrogatory as overly broad, as unduly burdensome, and as not

reasonably calculated to lead to the discovery of admissible evidence. Cordis further objects to

this interrogatory to the extent it is not relevant to the claims or defenses of the parties in this

action. Cordis objects to providing information regarding claims not at issue in this case.

Cordis also objects to this interrogatory to the extent it seeks information that is covered

by the attorney-client privilege, work product doctrine, or similar immunities.

Subject to the foregoing General and specific objections, Cordis responds as follows:

The inventions of the asserted claims of U.S. Patent Nos. 7,217,286, 7,223,286, and

7,229,473 were conceived at least as early as the fall of 1996. Cordis is asserting claims 1-5 of

the 7,217,286 patent; claims 1, 2, 5-6, 9-10, 21, 25, 27, 28-41, 44, 47-48, 51-52, 63, 67, and 69-

{00216222;v1}                                         9

Cordis objects to this interrogatory as overly broad, as unduly burdensome, and as not reasonably calculated to lead to the discovery of admissible evidence. Cordis also objects to this interrogatory to the extent it is not relevant to the claims or defenses of the parties in this action. Namely, Cordis objects to providing information regarding claims not at issue in this case.

Cordis also objects to this interrogatory to the extent it seeks information that is covered by the attorney-client privilege, work product doctrine, or similar immunities.

Subject to the foregoing General and specific objections, Cordis incorporates by reference its response to Interrogatory No. 4.

ASHBY & GEDDES

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4251)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Of Counsel:*

*Attorneys for Defendants*

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Dated: May 12, 2008

BSC-SJA-1111

# EXHIBIT 53



US006120536A

# United States Patent [19]

## Ding et al.

[11] **Patent Number:** 6,120,536

[45] **Date of Patent:** *Sep. 19, 2000

[54] **MEDICAL DEVICES WITH LONG TERM NON-THROMBOGENIC COATINGS**

[75] Inventors: Ni Ding, Plymouth, Minn.; Michael N. Helmus, Long Beach, Calif.

[73] Assignee: Schneider (USA) Inc., Minneapolis, Minn.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: 08/663,518

[22] Filed: Jun. 13, 1996

**Related U.S. Application Data**

[63] Continuation-in-part of application 08/326,279, Sep. 11, 1995, abandoned, and a continuation-in-part of application No. 08/424,884, Apr. 19, 1995, abandoned.

[51] Int. Cl.[7] ............................................. A61F 2/06

[52] U.S. Cl. ................. 623/1.43; 623/1.18; 623/1.46; 424/424; 427/2.21; 427/2.24

[58] Field of Search .................. 623/1, 11, 12, 623/1.15, 1.18, 1.42, 1.43, 1.44, 1.45, 1.46; 606/191, 194, 195; 604/890.1, 891.1; 424/422, 423, 424; 427/2.1, 2.12, 2.24, 2.21

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 3,932,627 | 1/1976 | Margraf . |
| 4,292,965 | 10/1981 | Nash et al. ...................... 128/260 |
| 4,613,665 | 9/1986 | Larm . |
| 4,655,771 | 4/1987 | Wallsten . |
| 4,872,867 | 10/1989 | Joh ...................... 604/269 |
| 4,886,062 | 12/1989 | Wiktor . |
| 4,916,193 | 4/1990 | Tang et al. . |
| 4,954,126 | 9/1990 | Wallsten . |
| 4,994,071 | 2/1991 | McGregor . |
| 5,055,048 | 10/1991 | Piechuk ...................... 623/1 |
| 5,061,275 | 10/1991 | Wallsten et al. . |
| 5,092,877 | 3/1992 | Piechuk . |
| 5,163,952 | 11/1992 | Froix . |
| 5,180,366 | 1/1993 | Woods . |
| 5,182,317 | 1/1993 | Winters et al. . |
| 5,185,408 | 2/1993 | Tang et al. . |
| 5,226,913 | 7/1993 | Pinchuk . |
| 5,258,020 | 11/1993 | Froix . |
| 5,262,451 | 12/1993 | Winters et al. . |
| 5,292,802 | 3/1994 | Rhee et al. . |
| 5,304,121 | 4/1994 | Sahatjian . |
| 5,308,889 | 5/1994 | Rhee et al. . |
| 5,338,770 | 8/1994 | Winters et al. . |
| 5,342,348 | 8/1994 | Kaplan . |
| 5,356,433 | 10/1994 | Rowland et al. . |
| 5,380,299 | 1/1995 | Fearnot et al. ...................... 623/1 |
| 5,415,619 | 5/1995 | Lee et al. . |
| 5,419,760 | 5/1995 | Narciso, Jr. . |
| 5,429,618 | 7/1995 | Keogh . |
| 5,447,724 | 9/1995 | Helmus et al. . |

| | | |
|---|---|---|
| 5,449,382 | 9/1995 | Dayton . |
| 5,464,650 | 11/1995 | Berg et al. . |
| 5,500,013 | 3/1996 | Buscemi et al. ...................... 623/1 |
| 5,545,208 | 8/1996 | Wolff et al. ...................... 623/1 |
| 5,551,954 | 9/1996 | Buscemi et al. ...................... 623/1 |
| 5,578,075 | 11/1996 | Dayton ...................... 623/1 |
| 5,605,696 | 2/1997 | Eury et al. ...................... 623/1 |
| 5,624,411 | 4/1997 | Tuch . |
| 5,637,113 | 6/1997 | Tartaglia et al. ...................... 623/1 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 0 604 022 A1 | 6/1994 | European Pat. Off. . | |
| 0621015 | 10/1994 | European Pat. Off. ............ 623/1 |
| 0623354 | 11/1994 | European Pat. Off. . | |
| 0 716 836 A1 | 6/1996 | European Pat. Off. . | |
| 0 734721 A2 | 10/1996 | European Pat. Off. . | |
| WO 91/12779 | 9/1991 | WIPO . | |
| WO 92/15286 | 9/1992 | WIPO . | |
| 9401056 | 1/1994 | WIPO ...................... 623/1 |
| WO 94/21308 | 9/1994 | WIPO . | |
| WO 94/21309 | 9/1994 | WIPO . | |
| 9424961 | 10/1994 | WIPO ...................... 623/1 |
| PCT/IB | | | |
| 96/00272 | 6/1996 | WIPO . | |

**OTHER PUBLICATIONS**

Mansoor Amiji and Kinam Park, "Surface Modification of Polymeric Biomaterials with Poly(Ethylene Oxide), Albumin, and Heparin for Reduced Thrombogenicity", Purdue University, School of Pharmacy, West Lafayette, IN, 47907.

Bergstrom, Reduction of fibrinogen adsorption on PEG–coated polystyrene surfaces, 1992, pp. 779–790, Baxter Healthcare Corp. Duraflo Biocompatible Treatment.

Michael N. Helmus, "Medical Device Design—A Systems Approach: Central Venous Catheters", (1990).

Polysciences Inc., TDMAC-Heparin Coatings, Nov. 1988, Data Sheet #172.

Barbucci, et al., Coating of Commercially available materials with a new heparinizable material, 1991, pp. 1259–1274.

Michael N. Helmus, Grant Application—Ionic-Hydrophilic Density: Platelet/Monocyte Adherence 12/81, 12/84, pp. 13, 14, 26–31. .

(List continued on next page.)

*Primary Examiner*—Mickey Yu
*Assistant Examiner*—Tram A. Nguyen

[57] **ABSTRACT**

A coating and method for implantable open lattice metallic stent prostheses are disclosed. The coating includes a relatively thin layer of biostable elastomeric material containing an amount of biologically active material, particularly heparin, dispersed in the coating in combination with a non-thrombogenic surface. In one embodiment, the surface is provided with sites of high electronegativity species by coating with fluorosilicone which aid in controlling elution, particularly the initial release rate, and reduced thrombogenic activity. Other non-thrombogenic outer layers for heparin such as covalently bound polyethylene glycol (PEG) are also disclosed.

**12 Claims, 8 Drawing Sheets**

BSC-SJA-1112

6,120,536
Page 2

## OTHER PUBLICATIONS

Dennis E. Chenoweth, Complement Activation in Extracorporeal Circuits, pp. 306–329.

Jeffrey A. Hubbell, Ph.D., Jul.–Sep. 1993 Pharmacologic Modification of Materials, 1215–1275.

Glenn P. Gravlee, MD, Heparin–Coated Cardiopulmonary Bypass Circuits, Journal of Cardiothoracic and Vascular Anesthesia, vol. 8, No. 2, Apr. 1994, pp. 213–222.

K. Ishihara, H. Hanyuda, and N. Nakabayashi, Synthesis of phospholipid polymers having a urethane bond . . . , Biomaterials, 1995, pp. 873–879.

J. Sanchez, G. Elgue, J. Riesenfeld and P. Olsson, Control of Contact activation on end–point immobilized heparin, The role of antithrombin and the specific antithrombin–binding sequence, 1995, pp. 655–661, Journal of Biomedical Materials Research.

Cardiology Conference European Society of Cardiology Conference Clinica, Sep. 4, 1995, pp. 24–26.

Baxter Healthcare Corp. Duraflo Biocompatible Treatment.

Ludwig k. von Segesser, MD., "Heparin–Bonded Surfaces in Extracorporeal Membrane Oxygenation for Cardiac Support", The Society of Thoracic Surgeons, (1996).

Li–Chien Hsu, "Principles of Heparin–Coating Techniques", Perfusion 6: 209–219 (1991).

J.M. Toomasian et al., "Evaluation of Duraflo II Heparin Coating in Prolonged Extracorporeal Membrane Oxygenation", ASAIO Trans 34: 410–14 (1988).

S.D. Tong et al., "Non–Thrombogenic Hemofiltration System for Acute Renal Failure Treatment", ASAIO Trans. 38: M702–M706 (1992).





Figure 1



### Figure 2.  Release profile for multilayer system

×    Tie Layer = 37.5% Hep coating, top layer = silicone

▪    Tie Layer = 37.5% Hep coating, top layer = 16.7% Hep coating

+    Single Layer = 37.5% Hep coating



Figure 3.  Release profile for multilayer system

+    Tie Layer = 37.5% Hep coating, top layer = silicone

■    Tie Layer = 37.5% Hep coating, top layer = 16.7% Hep coating

BSC-SJA-1116

## Figure 4.   Release kinetics for different drug loading at the similar coating thickness





BSC-SJA-1117



Figure 5.  Drug elution kinetics at different coating thickness (A ~ 10-15um).  Drug loading = 41.1%

BSC-SJA-1118



BSC-SJA-1119



### Figure 8.  Comparison of fluorosilicone (FSI) top coat w or w/o heparin.  The thickness of the tie coat (37.5%) heparin is about 40 micron.





BSC-SJA-1121

6,120,536

1

## MEDICAL DEVICES WITH LONG TERM NON-THROMBOGENIC COATINGS

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a Continuation-In-Part of application Ser. No. 08/526,273, filed Sep. 11, 1995, now abandoned, and a Continuation-In-Part of application Ser. No. 08/424,884, filed Apr. 19, 1995, now abandoned, all portions of the parent applications not contained in this application being deemed incorporated by reference for any purpose. Cross-reference is also made to Ser. No. 08/663, 490, entitled "DRUG RELEASE STENT COATING PROCESS, filed of even date, of common inventorship and assignee, now U.S. Pat. No. 5,837,313 and also a Continuation-In-Part of both above-referenced applications. To the extent that it is not contained herein, that application is also deemed incorporated herein by reference for any purpose.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates generally to providing bio-stable elastomeric coatings on the surfaces of implants which incorporate biologically active species having controlled release characteristics in the coating particularly to providing a non-thrombogenic surface during and after timed release of the biologically active species. The invention is particularly described in terms of coatings on therapeutic expandable stent prostheses for implantation in body lumens, e.g., vascular implantation.

#### 2. Related Art

In surgical or other related invasive procedures, the insertion and expansion of stent devices in blood vessels, urinary tracts or other locations difficult to otherwise access for the purpose of preventing restenosis, providing vessel or lumen wall support or reinforcement and for other therapeutic or restorative functions has become a common form of long-term treatment. Typically, such prostheses are applied to a location of interest utilizing a vascular catheter, or similar transluminal device, to carry the stent to the location of interest where it is thereafter released to expand or be expanded in situ. These devices are generally designed as permanent implants which may become incorporated in the vascular or other tissue which they contact at implantation.

One type of self-expanding stent has a flexible tubular body formed of several individual flexible thread elements each of which extends in a helix configuration with the centerline of the body serving as a common axis. The elements are wound in the same direction but are displaced axially relative to each other and meet, under crossing, a like number of elements also so axially displaced, but having the opposite direction of winding. This configuration provides a resilient braided tubular structure which assumes stable dimensions upon relaxation. Axial tension produces elongation and corresponding diameter contraction that allows the stent to be mounted on a catheter device and conveyed through the vascular system as a narrow elongated device. Once tension is relaxed in situ, the device at least substantially reverts to its original shape. Prostheses of the class including a braided flexible tubular body are illustrated and described in U.S. Pat. Nos. 4,655,771 and 4,954,126 to Wallsten and U.S. Pat. No. 5,061,275 to Wallsten et al.

Implanted stents have been used to carry medicinal agents, such as thrombolytic agents. U.S. Pat. No. 5,163,952

2

to Froix discloses a thermal memoried expanding plastic stent device formulated to carry a medicinal agent in the material of the stent itself. Pinchuk, in U.S. Pat. No. 5,092, 877, discloses a stent of a polymeric material which may have a coating associated with the delivery of drugs. Other patents which are directed to devices of the class utilizing bio-degradable or bio-sorbable polymers include Tang et al, U.S. Pat. No. 4,916,193, and MacGregor, U.S. Pat. No. 4,994,071.

A patent to Sahatjian, U.S. Pat. No. 5,304,121, discloses a coating applied to a stent consisting of a hydrogel polymer and a preselected drug such as cell growth inhibitors or heparin. A further method of making a coated intravascular stent carrying a therapeutic material is described in Berg et al., U.S. Pat. No. 5,464,650, issued on Nov. 7, 1995 and corresponding to European Patent Application No. 0 623 354 A1 published Nov. 9, 1994. In that disclosure, a polymer coating material is dissolved in a solvent and the therapeutic material dispersed in the solvent; the solvent evaporated after application.

An article by Michael N. Helmus (a co-inventor of the present invention) entitled "Medical Device Design—A Systems Approach: Central Venous Catheters", 22nd International Society for the Advancement of Material and Process Engineering Technical Conference (1990) relates to polymer/drug/membrane systems for releasing heparin. Those polymer/drug/membrane systems require two distinct types of layers to function.

It has been recognized that contacting blood with the surface of a foreign body in vivo has a tendency to induce thrombogenic responses and that as the surface area of a foreign device in contact with host blood increases, the tendency for coagulation and clot forming at these surfaces also increases. This has led to the use of immobilized systemic anti-coagulant or thrombolytic agents such as heparin on blood contacting surfaces such as oxygen uptake devices to reduce this phenomenon. Such an approach is described by Winters, et al., in U.S. Pat. Nos. 5,182,317; 5,262,451 and 5,338,770 in which the amine functional groups of the active material are covalently bonded using polyethylene oxide (PEO) on a siloxane surface.

Another approach is described in U.S. Pat. No. 4,613,665 to Larm in which heparin is chemically covalently bound to plastic surface materials containing primary amino groups to impart a non-thrombogenic surface to the material. Other approaches for bonding heparin are described in Barbucci, et al., "Coating of commercially available materials with a new heparinizable material", Journal of Biomedical Materials Research, Vol 25, 1259–1274 (1991); Hubbell, J. A., "Pharmacologic Modification of Materials", Cardiovascular Pathology, Vol 2, No 3(Suppl.), 121S–127S (1993); Gravlee, G. P., "Heparin-Coated Cardiopulmonary Bypass Circuits", Journal of Cardiothoracic and Vascular Anesthesia, Vol 8, No 2, pp 213–222 (1994).

Although polymeric stents are effective, they may have mechanical properties that are inferior to those of metal stents of like thickness and weave. Metallic vascular stents braided of even relatively fine metal can provide a large amount of strength to resist inwardly directed circumferential pressure. A polymer material of comparable strength requires a much thicker-walled structure or heavier, denser filament weave, which in turn, reduces the cross-sectional area available for flow through the stent and/or reduces the relative amount of open space in the weave. Also, it is usually more difficult to load and deliver polymeric stents using catheter delivery systems.

6,120,536

3

While certain types of stents such as braided metal stents may be preferred for some applications, the coating and coating modification process of the present invention is not so limited and can be used on a wide variety of prosthetic devices. Thus, in the case of stents, the present invention also applies, for example, to the class of stents that are not self-expanding including those which can be expanded, for instance, with a balloon; and is applicable to polymeric stents of all kinds. Other medical devices that can benefit from the present invention include blood exchanging devices, vascular access ports, central venus catheters, cardiovascular catheters, extracorpeal circuits, vascular grafts, pumps, heart valves, and cardiovascular sutures, to name a few. Regardless of detailed embodiments, applicability of the invention should not be considered limited with respect to implant design, implant location or materials of construction. Further, the present invention may be used with other types of implantable prostheses.

Accordingly, it is a primary object of the present invention to provide a coating and process for coating a stent to be used as a deployed stent prostheses, the coating being capable of effective controlled long-term delivery of biologically active materials.

Another object of the invention is to provide a coating and process for coating a stent prostheses using a biostable hydrophobic elastomer in which biologically active species are incorporated within a coating.

Still another object of the present invention is to provide a multi-layer coating and process for the delivery of biologically active species in which the percentage of active material can vary from layer to layer.

Yet another object of the present invention is to provide a multi-layer coating and process for the delivery of biologically active species from a coating with a non-thrombogenic surface.

A further object of the invention is to provide a multi-layer coating for the delivery of biologically active species such as heparin having a fluorosilicone top layer.

A still further object of the invention is to provide a multi-layer coating for the delivery of biologically active species such as heparin having a surface containing immobilized polyethylene glycol (PEG).

Other objects and advantages of the present invention will become apparent to those skilled in the art upon familiarization with the specification and appended claims.

## SUMMARY OF THE INVENTION

The present invention provides a relatively thin layered coating of biostable elastomeric material containing an amount of biologically active material dispersed therein in combination with a non-thrombogenic surface that is useful for coating the surfaces of prostheses such as deployable stents.

The preferred stent to be coated is a self-expanding, open-ended tubular stent prostheses. Although other materials, including polymer materials, can be used, in the preferred embodiment, the tubular body is formed of a self-expanding open braid of fine single or polyfilament metal wire which flexes without collapsing, readily axially deforms to an elongate shape for transluminal insertion via a vascular catheter and resiliently expands toward predetermined stable dimensions upon removal in situ.

In the process, the initial coating is preferably applied as a mixture, solution or suspension of polymeric material and finely divided biologically active species dispersed in an

4

organic vehicle or a solution or partial solution of such species in a solvent or vehicle for the polymer and/or biologically active species. For the purpose of this application, the term "finely divided" means any type or size of included material from dissolved molecules through suspensions, colloids and particulate mixtures. The active material is dispersed in a carrier material which may be the polymer, a solvent, or both. The coating is preferably applied as a plurality of relatively thin layers sequentially applied in relatively rapid sequence and is preferably applied with the stent in a radially expanded state.

In many applications the layered coating is referred to or characterized as including an undercoat and topcoat. The coating thickness ratio of the topcoat to undercoat may vary with the desired effect and the elution system. Typically these are of different formulations with most or all of the active material being contained in the undercoat and a non-thrombogenic surface is found in the topcoat.

The coating may be applied by dipping or spraying using evaporative solvent materials of relatively high vapor pressure to produce the desired viscosity and quickly establish coating layer thicknesses. The preferred process is predicated on reciprocally spray coating a rotating radially expanded stent employing an air brush device. The coating process enables the material to adherently conform to and cover the entire surface of the filaments of the open structure of the stent but in a manner such that the open lattice nature of the structure of the braid or other pattern is preserved in the coated device.

The coating is exposed to room temperature ventilation for a predetermined time (possibly one hour or more) for solvent vehicle evaporation. In the case of certain undercoat materials, thereafter the polymer material is cured at room temperature or elevated temperatures. Curing is defined as the process of converting the elastomeric or polymeric material into the finished or useful state by the application of heat and/or chemical agents which induce physico-chemical changes. Where, for example, polyurethane thermoplastic elastomers are used as an undercoat material, solvent evaporation can occur at room temperature rendering the undercoat useful for controlled drug release without further curing.

The applicable ventilation time and temperature for cure are determined by the particular polymer involved and particular drugs used. For example, silicone or polysiloxane materials (such as polydimethylsiloxane) have been used successfully. Urethane pre-polymers can also be utilized. Unlike the polyurethane thermoplastic elastomers, some of these materials are applied as pre-polymers in the coating composition and must thereafter be heat cured. The preferred silicone species have relatively low cure temperatures and are known as a room temperature vulcanizable (RTV) materials. Some polydimethylsiloxane materials can be cured, for example, by exposure to air at about 90° C. for a period of time such as 16 hours. A curing step may be implemented both after application of the undercoat or a certain number of lower layers and the top layers or a single curing step used after coating is completed.

The coated stents may thereafter be subjected to a post-cure process which includes an inert gas plasma treatment, and sterilization which may include gamma radiation, ETO treatment, electron beam or steam treatment.

In the plasma treatment, unconstrained coated stents are placed in a reactor chamber and the system is purged with nitrogen and a vacuum applied to 20–50 mTorr. Thereafter, inert gas (argon, helium or mixture of them) is admitted to

BSC-SJA-1123

6,120,536

| 5 | 6 |

the reaction chamber for the plasma treatment. One method uses argon (Ar) gas, operating at a power range from 200 to 400 watts, a flow rate of 150–650 standard ml per minute, which is equivalent to about 100–450 mTorr, and an exposure time from 30 seconds to about 5 minutes. The stents can be removed immediately after the plasma treatment or remain in the argon atmosphere for an additional period of time, typically five minutes.

In accordance with the invention, the top coat or surface coating may be applied in any of several ways to further control thrombolytic effects and optionally, control the release profile especially the initial very high release rate associated with the elution of heparin.

In one embodiment, an outer layer of fluorosilicone (FSI) is applied to the undercoat as a topcoat. The outer layer can also contain heparin. In another embodiment, polyethylene glycol (PEG) is immobilized on the surface of the coating. In this process, the underlayer is subjected to inert gas plasma treatment and immediately thereafter is treated by ammonia (NH₃) plasma to aminate the surface. Amination, as used in this application, means creating mostly imino groups and other nitro containing species on the surface. This is followed by immediate immersion into electrophilically activated polyethylene glycol(PEG) solution with a reductive agent, i.e., sodium cyanoborohydride.

The coated and cured stents having the modified outer layer or surface are subjected to a final gamma radiation sterilization nominally at 2.5–3.5 Mrad. Argon (Ar) plasma treated stents enjoy full resiliency after radiation whether exposed in a constrained or non-constrained status, while constrained stents subjected to gamma sterilization without Ar plasma pretreatment lose resiliency and do not recover at a sufficient or appropriate rate.

The elastomeric materials that form the stent coating underlayers should possess certain properties. Preferably the layers should be of suitable hydrophobic biostable elastomeric materials which do not degrade. Surface layer material should minimize tissue rejection and tissue inflammation and permit encapsulation by tissue adjacent the stent implantation site. Exposed material is designed to reduce clotting tendencies in blood contacted and the surface is preferably modified accordingly. Thus, underlayers of the above materials are preferably provided with a fluorosilicone outer coating layer which may or may not contain imbedded bioactive material, such as heparin. Alternatively, the outer coating may consist essentially of polyethylene glycol (PEG), polysaccharides, phospholipids, or combinations of the foregoing.

Polymers generally suitable for the undercoats or underlayers include silicones (e.g., polysiloxanes and substituted polysiloxanes), polyurethanes, thermoplastic elastomers in general, ethylene vinyl acetate copolymers, polyolefin elastomers, polyamide elastomers, and EPDM rubbers. The above-referenced materials are considered hydrophobic with respect to the contemplated environment of the invention. Surface layer materials include fluorosilicones and polyethylene glycol (PEG), polysaccharides, phospholipids, and combinations of the foregoing.

While heparin is preferred as the incorporated active material, agents possibly suitable for incorporation include antithrobotics, anticoagulants, antibiotics, antiplatelet agents, thorombolytics, antiproliferatives, steroidal and non-steroidal antiinflammatories, agents that inhibit hyperplasia and in particular restenosis, smooth muscle cell inhibitors, growth factors, growth factor inhibitors, cell adhesion inhibitors, cell adhesion promoters and drugs that may

enhance the formation of healthy neointimal tissue, including endothelial cell regeneration. The positive action may come from inhibiting particular cells (e.g., smooth muscle cells) or tissue formation (e.g., fibromuscular tissue) while encouraging different cell migration (e.g., endothelium) and tissue formation (neointimal tissue).

Suitable materials for fabricating the braided stent include stainless steel, tantalum, titanium alloys including nitinol (a nickel titanium, thermomemoried alloy material), and certain cobalt alloys including cobalt-chromium-nickel alloys such as Elgiloy® and Phynox®. Further details concerning the fabrication and details of other aspects of the stents themselves may be gleaned from the above referenced U.S. Pat. Nos. 4,655,771 and 4,954,126 to Wallsten and U.S. Pat. No. 5,061,275 to Wallsten et al, which are incorporated by reference herein.

Various combinations of polymer coating materials can be coordinated with biologically active species of interest to produce desired effects when coated on stents to be implanted in accordance with the invention. Loadings of therapeutic materials may vary. The mechanism of incorporation of the biologically active species into the surface coating and egress mechanism depend both on the nature of the surface coating polymer and the material to be incorporated. The mechanism of release also depends on the mode of incorporation. The material may elute via interparticle paths or be administered via transport or diffusion through the encapsulating material itself.

For the purposes of this specification, "elution" is defined as any process of release that involves extraction or release by direct contact of the material with bodily fluids through the interparticle paths connected with the exterior of the coating. "Transport" or "diffusion" are defined to include a mechanism of release in which the material released traverses through another material.

The desired release rate profile can be tailored by varying the coating thickness, the radial distribution (layer to layer) of bioactive materials, the mixing method, the amount of bioactive material, the combination of different matrix polymer materials at different layers, and the crosslink density of the particular material. The crosslink density is related to the amount of crosslinking which takes place and also the relative tightness of the matrix created by the particular crosslinking agent used. This, during the curing process, determines the amount of crosslinking and also the crosslink density of the polymer material. For bioactive materials released from the crosslinked matrix, such as heparin, a denser crosslink structure will result in a longer release time and reduced burst effect.

It will also be appreciated that an unmedicated silicone thin top layer provides some advantage and additional control over drug elusion; however, in the case of heparin, for example, it has been found that a top coat or surface coating modified to further control the initial heparin release profile or to make the surface more non-thrombogenic presents a distinct advantage.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, wherein like numerals designate like parts throughout the same:

FIG. 1 is a schematic flow diagram illustrating the steps of the process of the invention;

FIG. 2 represents a release profile for a multi-layer system showing the percentage of heparin released over a two-week period;

FIG. 3 represents a release profile for a multi-layer system showing the relative release rate of heparin over a two-week period;

BSC-SJA-1124

6,120,536

7

FIG. 4 illustrates a profile of release kinetics for different drug loadings at similar coating thicknesses illustrating the release of heparin over a two-week period without associated means to provide a long term non-thrombogenic surface thereafter;

FIG. 5 illustrates drug elution kinetics at a given loading of heparin over a two-week period at different coating thicknesses without associated means to provide a long term non-thrombogenic surface thereafter;

FIG. 6 illustrates the release kinetics for a given undercoat and topcoat material varied according to thickness in which the percentage heparin in the undercoat and topcoats are kept constant;

FIG. 7 is a plot of heparin release kinetics in phosphate buffer system at PH 7.4 with and without fluorosilicone (FSi) topcoat; and

FIG. 8 is another plot of heparin release kinetics in phosphate buffer system in which a topcoat containing fluorosilicone (FSi) only is compared with an FSi topcoat containing 16.7% imbedded heparin.

DETAILED DESCRIPTION

According to the present invention, the stent coatings incorporating biologically active materials for timed delivery in situ in a body lumen of interest are preferably sprayed in many thin layers from prepared coating solutions or suspensions. The steps of the process are illustrated generally in FIG. 1. The coating solutions or suspensions are prepared at 10 as will be described later. The desired amount of crosslinking agent (if any) is added to the suspension/solution as at 12 and material is then agitated or stirred to produce a homogenous coating composition at 14 which is thereafter transferred to an application container or device which may be a container for spray painting as at 16. Typical exemplary preparations of coating solutions that were used for heparin and dexamethasone appear next.

General Preparation of Heparin Undercoating Composition

Silicone was obtained as a polymer precursor in solvent (xylene) mixture. For example, a 35% solid silicone weight content in xylene was procured from Applied Silicones, Part #40,000. First, the silicone-xylene mixture was weighed. The solid silicone content was determined according to the vendor's analysis. Precalculated amounts of finely divided heparin (2–6 microns) were added into the silicone, then tetrahydrofuron (THF) HPCL grade (Aldrich or EM) was added. For a 37.5% heparin coating, for example: $W_{silicone}$=5 g; solid percent=35%; $W_{hep}$=5×0.35×0.375/ (0.625)=1.05 g. The amount of THF needed (44 ml) in the coating solution was calculated by using the equation $W_{silicone\ solid}/V_{THF}$=0.04 for a 37.5% heparin coating solution). Finally, the manufacturer crosslinker solution was added by using Pasteur P-pipet. The amount of crosslinker added was formed to effect the release rate profile. Typically, five drops of crosslinker solution were added for each five grams of silicone-xylene mixture. The solution was stirred by using the stirring rod until the suspension was homogenous and milk-like. The coating solution was then transferred into a paint jar in condition for application by air brush.

General Preparation of Dexamethasone Undercoating Composition

Silicone (35% solution as above) was weighed into a beaker on a Mettler balance. The weight of dexamethasone

8

free alcohol or acetate form was calculated by silicone weight multiplied by 0.35 and the desired percentage of dexamethasone (1 to 40%) and the required amount was then weighed. Example: $W_{silicone}$=5 g; for a 10% dexamethasone coating, $W_{dex}$=5×0.35×0.1/0.9=0.194 g and THF needed in the coating solution calculated. $W_{silicone\ solid}/V_{THF}$=0.06 for a 10% dexamethasone coating solution. Example: $W_{silicone}$=5 g; $V_{THF}$=5×0.35/0.06=29 ml. The dexamethasone was weighed in a beaker on an analytical balance and half the total amount of THF was added. The solution was stirred well to ensure full dissolution of the dexamethasone. The stirred DEX-THF solution was then transferred to the silicone container. The beaker was washed with the remaining THF and this was transferred to the silicone container. The crosslinker was added by using a Pasteur pipet. Typically, five drops of crosslinker were used for five grams of silicone.

The application of the coating material to the stent was quite similar for all of the materials and the same for the heparin and dexamethasone suspensions prepared as in the above Examples. The suspension to be applied was transferred to an application device, at 16 in FIG. 1. Typically a paint jar attached to an air brush, such as a Badger Model 150, supplied with a source of pressurized air through a regulator (Norgren, 0–160 psi) was used. Once the brush hose was attached to the source of compressed air downstream of the regulator, the air was applied. The pressure was adjusted to approximately 15–25 psi and the nozzle condition checked by depressing the trigger.

Any appropriate method can be used to secure the stent for spraying and rotating fixtures were utilized successfully in the laboratory. Both ends of the relaxed stent were fastened to the fixture by two resilient retainers, commonly alligator clips, with the distance between the clips adjusted so that the stent remained in a relaxed, unstretched condition. The rotor was then energized and the spin speed adjusted to the desired coating speed, nominally about 40 rpm.

With the stent rotating in a substantially horizontal plane, the spray nozzle was adjusted so that the distance from the nozzle to the stent was about 2–4 inches and the composition was sprayed substantially horizontally with the brush being directed along the stent from the distal end of the stent to the proximal end and then from the proximal end to the distal end in a sweeping motion at a speed such that one spray cycle occurred in about three stent rotations. Typically a pause of less than one minute, normally about one-half minute, elapsed between layers. Of course, the number of coating layers did and will vary with the particular application. For example, typical tie-layers as at 18 in FIG. 1, for a coating level of 3–4 mg of heparin per cm² of projected area, 20 cycles of coating application are required and about 30 ml of solution will be consumed for a 3.5 mm diameter by 14.5 cm long stent.

The rotation speed of the motor, of course, can be adjusted as can the viscosity of the composition and the flow rate of the spray nozzle as desired to modify the layered structure. Generally, with the above mixes, the best results have been obtained at rotational speeds in the range of 30–50 rpm and with a spray nozzle flow rate in the range of 4–10 ml of coating composition per minute, depending on the stent size. It is contemplated that a more sophisticated, computer-controlled coating apparatus will successfully automate the process demonstrated as feasible in the laboratory.

Several applied layers make up what is called the undercoat as at 18. In one process, additional upper undercoat

6,120,536

9

layers, which may be the same or different composition with respect to bioactive material, the matrix polymeric materials and crosslinking agent, for example, may be applied as the top layer as at 20. The application of the top layer follows the same coating procedure as the undercoat with the number and thickness of layers being optional. Of course, the thickness of any layer can be adjusted by adjusting the speed of rotation of the stent and the spraying conditions. Generally, the total coating thickness is controlled by the number of spraying cycles or thin coats which make up the total coat.

As shown at 22 in FIG. 1, the coated stent is thereafter subjected to a curing step in which the pre-polymer and crosslinking agents cooperate to produce a cured polymer matrix containing the biologically active species. The curing process involves evaporation of the solvent xylene, THF, etc. and the curing and crosslinking of the polymer. Certain silicone materials can be cured at relatively low temperatures, (i.e. RT-50° C.) in what is known as a room temperature vulcanization (RTV) process. More typically, however, the curing process involves higher temperature curing materials and the coated stents are put into an oven at approximately 90° C. or higher for approximately 16 hours. The temperature may be raised to as high as 150° C. for dexemethasone containing coated stents. Of course, the time and temperature may vary with particular silicones, crosslinkers and biologically active species.

Stents coated and cured in the manner described need to be sterilized prior to packaging for future implantation. For sterilization, gamma radiation is a preferred method particularly for heparin containing coatings; however, it has been found that stents coated and cured according to the process of the invention subjected to gamma sterilization may be too slow to recover their original posture when delivered to a vascular or other lumen site using a catheter unless a pretreatment step as at 24 is first applied to the coated, cured stent.

The pretreatment step involves an argon plasma treatment of the coated, cured stents in the unconstrained configuration. In accordance with this procedure, the stents are placed in a chamber of a plasma surface treatment system such as a Plasma Science 350 (Himont/Plasma Science, Foster City, Calif.). The system is equipped with a reactor chamber and RF solid-state generator operating at 13.56 mHz and from 0–500 watts power output and being equipped with a microprocessor controlled system and a complete vacuum pump package. The reaction chamber contains an unimpeded work volume of 16.75 inches (42.55 cm) by 13.5 inches (34.3 cm) by 17.5 inches (44.45 cm) in depth.

In the plasma process, unconstrained coated stents are placed in a reactor chamber and the system is purged with nitrogen and a vacuum applied to 20–50 mTorr. Thereafter, inert gas (argon, helium or mixture of them) is admitted to the reaction chamber for the plasma treatment. A highly preferred method of operation consists of using argon gas, operating at a power range from 200 to 400 watts, a flow rate of 150–650 standard ml per minute, which is equivalent to 100–450 mTorr, and an exposure time from 30 seconds to about 5 minutes. The stents can be removed immediately after the plasma treatment or remain in the argon atmosphere for an additional period of time, typically five minutes.

After this, as shown at 26, the stents may be exposed to gamma sterilization at 2.5–3.5 Mrad. The radiation may be carried out with the stent in either the radially non-constrained status—or in the radially constrained status.

Preferably, however, the surface is modified prior to plasma treatment or just prior to sterilization by one of

10

several additional processing methods of which some are described in relation to the following examples.

EXAMPLE 1

Fluorosilicone Surface Treatment of Eluting Heparin Coating

The undercoat of a stent was coated as multiple applied layers as described above thereafter and cured as described at 22. The heparin content of the undercoat was 37.5% and the coating thickness was about 30–40μ. Fluorosilicone (FSi) spray solution was prepared at 30 from a fluorosilicone suspension (Applied Silicone #40032) by weighing an amount of fluorosilicone suspension and adding tetrahydrofuran (THF) according to the relation equation of $V_{rep}$ = 1.2xthe weight of fluorosilicone suspension. The solution was stirred very well and spray-coated on the stent at 32 using the technique of the application of the undercoat process at 18 and the coated stents were cured at 90° C. for 16 hours. The coated stents are argon plasma treated prior to gamma sterilization according to the procedures described above in accordance with steps 22–26.

FIG. 7 is a plot of heparin release kinetics in phosphate buffer system with fluorosilicone topcoat and without any topcoat. The thickness of the topcoat is about 10–15μ. While it does not appear on the graph of FIG. 7, it should be noted that the release rate for the coating without FSi is initially about 25 times higher than that with FSi, i.e., during the first 2 hours. This is, of course, clearly off the scale of the graph. It is noteworthy, however, that the coating with the FSi top layer or diffusion barrier does show a depressed initial release rate combined with an enhanced elusion rate after the first day and through the first week up until about the tenth day. In addition, the fluorosilicone (FSi) topcoat, by virtue of the high electro-negativity of fluorination maintains non-thrombogenic surface qualities during and after the abrasion of the biologically active heparin species. In addition, because of the negative charges on the heparin itself, the electro-negativity of the fluorosilicone topcoat may be, at least in part, responsible for the modified heparin release kinetic profile.

FIG. 8 compares a plot of fluorosilicone (FSi) top coating containing 16.7% imbedded heparin with one containing fluorosilicone (FSi) only. An undercoating is identical to that utilized in FIG. 7 containing about 37.5% heparin to a thickness of about 30–40 microns. These elution kinetics are quite comparable with the heparin-free FSi top layer greatly reducing the initial burst of heparin release and otherwise the heparin in the FSi top layer imparts a slightly greater release over the period of the test.

EXAMPLE 2

Immobilization of Polyethylene Glycol (PEG) on Drug Eluting Undercoat

An undercoat was coated on a stent and cured at 22 as in Example 1. The stent was then treated by argon gas plasma as at 24 and ammonium gas plasma at 40. The equipment and the process of argon gas plasma treatment was as has been described above. The ammonium plasma treatment was implemented immediately after the argon gas plasma treatment, to aminate the surface of the coating. The ammonium flow rate was in the range of 100–700 cubic centimeter per minute (ccM) in preferably in the range of 500–600 ccM. The power output of radio frequency plasma was in the range of 50–500 watts, preferably in ~200 watts. The process time was in the range of 30 sec–10 min, preferably ~5 min.

Immediately after amination, the stents were immersed into electrophilically activated polyethylene glycol (PEG)

BSC-SJA-1126

6,120,536

11

solution at 42. PEG is known to be an inhibitor of protein absorption. Examples of electrophilically activated PEG are PEG nitrophenyl carbonates, PEG trichlorophenyl carbonates, PEG tresylate, PEG glycidyl ether, PEG isocyanate, optionally with one end terminated with a methoxyl group. Molecular weight of PEG ranged from about 1000–6000, and is preferable about 3000. It has been observed that simple ammonium amination will not generate large quantities of primary and secondary amines on the elastomeric polymer surface (for example silicone). Instead, imine ($>C=N-H$), and other more oxidative nitro containing groups will dominate the surface. It is generally necessary to add reducing agent such as $NaBH_3CN$ into the reaction media so that the functional group on PEG can react with imine and possibly other nitro-containing species on the surface, and therefore immobilize PEG onto the surface. The typical concentration of $NaBH_3CN$ is about 2 mg/ml. Since PEG and its derivatives dissolve in water and many polar and aromatic solvents, the solvent used in the coating must be a solvent for PEG but not for the drug in the undercoat to prevent the possible loss of the drug through leaching. In the case of eluting-heparin coating, a mixed solvent of formamide and methyl ethyl ketone (MEK) or a mixed solvent of formamide and acetone are preferred solvents (preferably at ratios of 30 formamide: 70 MEK or acetone by volume), since they will not dissolve heparin. The concentration of PEG, the reaction time, the reaction temperature and the pH value depend on the kind of PEG employed. In the case of eluting heparin coating, 5% PEG tresylate in (30–70) Formamide/MEK was used successfully. The reaction time was 3 hours at room temperature. PEG was then covalently bound to the surface. Gamma radiation was then used for sterilization of this embodiment as previously described.

With respect to the anticoagulant material heparin, the percentage in the undercoat is nominally from about 30–50% and that of the topcoat from about 0–30% active material. The coating thickness ratio of the topcoat to the undercoat varies from about 1:10 to 1:2 and is preferably in the range of from about 1:5 to 1:3.

Suppressing the burst effect also enables a reduction in the drug loading or in other words, allows a reduction in the coating thickness, since the physician will give a bolus injection of antiplatelet/anticoagulation drugs to the patient during the stenting process. As a result, the drug imbedded in the stent can be fully used without waste. Tailoring the first day release, but maximizing second day and third day release at the thinnest possible coating configuration will reduce the acute or subacute thrombosis.

FIG. 4 depicts the general effect of drug loading for coatings of similar thickness. The initial elution rate increases with the drug loading as shown in FIG. 5. The release rate also increases with the thickness of the coating at the same loading but tends to be inversely proportional to the thickness of the topcoat as shown by the same drug loading and similar undercoat thickness in FIG. 6.

What is apparent from the data gathered to date, however, is that the process of the present invention enables the drug elution kinetics to be controlled in a manner desired to meet the needs of the particular stent application. In a similar manner, stent coatings can be prepared using a combination of two or more drugs and the drug release sequence and rate controlled. For example, antiproliferation drugs may be combined in the undercoat and antiplatelet drugs in the topcoat. In this manner, the antiplatelet drugs, for example, heparin, will elute first followed by antiproliferation drugs to better enable safe encapsulation of the implanted stent.

12

The heparin concentration measurement were made utilizing a standard curve prepared by complexing azure A dye with dilute solutions of heparin. Sixteen standards were used to compile the standard curve in a well-known manner.

For the elution test, the stents were immersed in a phosphate buffer solution at pH 7.4 in an incubator at approximately 37° C. Periodic samplings of the solution were processed to determine the amount of heparin eluted. After each sampling, each stent was placed in heparin-free buffer solution.

As stated above, while the allowable loading of the elastomeric material with heparin may vary, in the case of silicone materials heparin may exceed 60% of the total weight of the layer. However, the loading generally most advantageously used is in the range from about 10% to 45% of the total weight of the layer. In the case of dexamethasone, the loading may be as high as 50% or more of the total weight of the layer but is preferably in the range of about 0.4% to 45%.

It will be appreciated that the mechanism of incorporation of the biologically active species into a thin surface coating structure applicable to a metal stent is an important aspect of the present invention. The need for relatively thick-walled polymer elution stents or any membrane overlayers associated with many prior drug elution devices is obviated, as is the need for utilizing biodegradable or reabsorbable vehicles for carrying the biologically active species. The technique clearly enables long-term delivery and minimizes interference with the independent mechanical or therapeutic benefits of the stent itself.

Coating materials are designed with a particular coating technique, coating/drug combination and drug infusion mechanism in mind. Consideration of the particular form and mechanism of release of the biologically active species in the coating allow the technique to produce superior results. In this manner, delivery of the biologically active species from the coating structure can be tailored to accommodate a variety of applications.

Whereas the above examples depict coatings having two different drug loadings or percentages of biologically active material to be released, this is by no means limiting with respect to the invention and it is contemplated that any number of layers and combinations of loadings can be employed to achieve a desired release profile. For example, gradual grading and change in the loading of the layers can be utilized in which, for example, higher loadings are used in the inner layers. Also layers can be used which have no drug loadings at all. For example, a pulsatile heparin release system may be achieved by a coating in which alternate layers containing heparin are sandwiched between unloaded layers of silicone or other materials for a portion of the coating. In other words, the invention allows untold numbers of combinations which result in a great deal of flexibility with respect to controlling the release of biologically active materials with regard to an implanted stent. Each applied layer is typically from approximately 0.5 microns to 15 microns in thickness. The total number of sprayed layers, of course, can vary widely, from less than 10 to more than 50 layers; commonly, 20 to 40 layers are included. The total thickness of the coating can also vary widely, but can generally be from about 10 to 200 microns.

Whereas the polymer of the coating may be any compatible biostable elastomeric material capable of being adhered to the stent material as a thin layer, hydrophobic materials are preferred because it has been found that the release of the biologically active species can generally be more predictably controlled with such materials. Preferred materials

BSC-SJA-1127

6,120,536

**13**

include silicone rubber elastomers and biostable polyurethanes specifically.

This invention has been described herein in considerable detail in order to comply with the Patent Statutes and to provide those skilled in the art with the information needed 5 to apply the novel principles and to construct and use embodiments of the example as required. However, it is to be understood that the invention can be carried out by specifically different devices and that various modifications can be accomplished without departing from the scope of the 10 invention itself.

We claim:

1. A medical device having at least a portion which is implantable into the body of a patient, wherein at least a part of the device portion is metallic and at least part of the 15 metallic device portion is covered with a coating for release of at least one biologically active material, wherein said coating comprises an undercoat comprising a hydrophobic elastomeric material incorporating an amount of biologically active material therein for timed release therefrom, and 20 wherein said coating further comprises a topcoat which at least partially covers the undercoat, said topcoat comprising a biostable, non-thrombogenic material which provides long term non-thrombogenicity to the device portion during and after release of the biologically active material, and wherein 25 said topcoat is substantially free of an elutable material.

2. The device of claim 1 wherein said biologically active material is heparin.

3. The device of claim 2 wherein the non-thrombogenic material is selected from the group consisting of 30 fluorosilicone, polyethylene glycol (PEG), polysaccharides, phospholipids and combinations thereof.

4. The device of claim 3 wherein the non-thrombogenic material is fluorosilicone.

5. The device of claim 3 wherein the non-thrombogenic 35 material is polyethylene glycol (PEG).

6. The device of claim 1 wherein the medical device is an expandable stent.

7. The device of claim 1 wherein the topcoat consists of a polymer.

**14**

8. The device of claim 6 wherein the stent comprises a tubular body having open ends and an open lattice sidewall structure and wherein the coating conforms to said sidewall structure in a manner that preserves said open lattice.

9. A stent for implantation in a vascular lumen comprising a tubular body having open ends and a sidewall and a coating on at least a part of a surface of said sidewall, said coating further comprising an undercoat comprising a hydrophobic elastomeric material incorporating an amount of finely divided heparin therein for timed release therefrom, and wherein said coating further comprises a topcoat comprising an amount of fluorosilicone which is capable of providing long term non-thrombogenicity to the surface during and after release of the biologically active material, wherein said topcoat at least partially covers the undercoat, and wherein said topcoat is substantially free of an elutable material.

10. The device of claim 9 wherein the sidewall is an open lattice structure and wherein the coating conforms to said sidewall structure in a manner that preserves said open lattice.

11. A stent for implantation in a vascular lumen comprising a tubular body having open ends and a sidewall and a coating on at least a part of the surface of said sidewall, said coating further comprising an undercoat comprising a hydrophobic elastomeric material incorporating an amount of finely divided heparin therein for timed release therefrom, and wherein said coating further comprises a topcoat comprising an amount of polyethylene glycol (PEG) which is capable of providing long term non-thromboginicity to the surface during and after release of the biologically active material, wherein said topcoat at least partially covers the undercoat, and wherein said topcoat is substantially free of an elutable material.

12. The device of claim 11 wherein the sidewall is an open lattice structure and wherein the coating conforms to said sidewall structure in a manner that preserves said open lattice.

*   *   *   *   *



BSC-SJA-1128

# EXHIBIT 54

US005624411A

# United States Patent [19]

## Tuch

[11] Patent Number: **5,624,411**

[45] Date of Patent: **Apr. 29, 1997**

[54] INTRAVASCULAR STENT AND METHOD

[75] Inventor: Ronald J. Tuch, Plymouth, Minn.

[73] Assignee: Medtronic, Inc., Minneapolis, Minn.

[21] Appl. No.: 483,805

[22] Filed: Jun. 7, 1995

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 53,878, Apr. 26, 1993, Pat. No. 5,464,650.

[51] Int. Cl.⁶ ............................................... A61M 29/00
[52] U.S. Cl. ............................................... 604/265
[58] Field of Search ........................... 604/28, 92–93, 604/93, 51–53, 48–49, 891.1, 264–266; 606/191–194; 600/36; 623/1, 12

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,292,965 | 10/1981 | Nash et al. . |
| 4,529,614 | 7/1985 | Burns . |
| 4,531,929 | 8/1985 | Marini et al. . |
| 4,733,665 | 3/1988 | Palmaz . |
| 4,733,692 | 6/1988 | Limger et al. . |
| 4,776,337 | 10/1988 | Palmaz . |
| 4,800,882 | 1/1989 | Gianturco . |
| 4,886,062 | 12/1989 | Wiktor . |
| 4,883,009 | 12/1989 | Lederman et al. . |
| 4,894,231 | 1/1990 | Moreno et al. . |
| 4,955,899 | 9/1990 | Della Corna et al. . |
| 5,059,841 | 1/1992 | Spear . |
| 5,102,402 | 4/1992 | Dror et al. . |
| 5,102,417 | 4/1992 | Palmaz . |
| 5,176,907 | 1/1993 | Leong . |
| 5,192,308 | 3/1993 | Ostapchenko . |
| 5,213,580 | 5/1993 | Slepian et al. . |
| 5,221,698 | 6/1993 | Amiden et al. . |
| 5,234,456 | 8/1993 | Silverstini . |
| 5,242,391 | 9/1993 | Place et al. . |
| 5,290,266 | 3/1994 | Rohling et al. . |
| 5,304,121 | 4/1994 | Sahatjian . |
| 5,356,433 | 10/1994 | Rowland et al. . |
| 5,464,650 | 11/1995 | Berg et al. . |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 9013352 | 11/1990 | WIPO . |
| 9112779 | 9/1991 | WIPO . |
| 9116102 | 10/1991 | WIPO . |
| 9117789 | 11/1991 | WIPO . |
| 9118940 | 12/1991 | WIPO . |
| 9215286 | 9/1992 | WIPO . |
| 9306792 | 4/1993 | WIPO . |
| 0566245 | 10/1990 | WIPO . |

#### OTHER PUBLICATIONS

"Seeding of Intravascular Stents with Genetically Engineered Endothelial Cells" by Dichek et al, in Circulation, vol. 80, No. 5 Nov. 1989.

"Restenosis and the Proportional Neointimal Response to Coronary Artery Injury: Results in a Porcine Model" by Schwartz et al., in JACC, vol. 19, No. 2, Feb. 1992 pp. 267–274.

"Restenosis After Baloon Angioplasty" by Schwartz, et al. in Circulation, vol. 82, No. 6, Dec. 1990.

*Primary Examiner*—Randall L. Green
*Assistant Examiner*—Perry E. Van Over
*Attorney, Agent, or Firm*—Daniel W. Latham; Harold R. Patton

[57]            **ABSTRACT**

A method for making an intravascular stent by applying to the body of a stent a therapeutic substance and then over-coating the therapeutic substance with a porous polymer. The inclusion of a porous polymer in intimate contact with a drug on the stent allows the drug to be retained on the stent during expansion of the stent and also controls the administration of drug following implantation. The adhesion of the coating and the rate at which the drug is delivered can be controlled by the selection of an appropriate bioabsorbable or biostable polymer.

**27 Claims, 5 Drawing Sheets**



BSC-SJA-1129



FIG. 1

BSC-SJA-1130



FIG. 2

BSC-SJA-1131



FIG. 3

BSC-SJA-1132



**Fig. 4a**



**Fig. 4b**

BSC-SJA-1133



**Fig. 4c**

BSC-SJA-1134

5,624,411

| 1 | 2 |

## INTRAVASCULAR STENT AND METHOD

This is a continuation-in-part of Ser. No. 08/052,878 filed Apr. 26, 1993 now U.S. Pat. No. 5,464,650.

## BACKGROUND OF THE INVENTION

This invention relates to intravascular stents for treatment of injuries to blood vessels and particularly to stents having a framework onto which a therapeutic substance or drug is applied.

Although angioplasty procedures have increased greatly in popularity for treatment of occluded arteries, the problem of restenosis following the angioplasty treatment remains a significant problem. Restenosis is the closure of a peripheral or coronary artery following trauma to the artery caused by efforts to open an occluded portion of the artery by angioplasty, such as, for example, by balloon dilation, atherectomy or laser ablation treatment of the artery. For these angioplasty procedures, restenosis occurs at a rate of about 30–60% depending upon the vessel location, lesion length and a number of other variables.

One aspect of restenosis may be simply mechanical; e.g. caused by the elastic rebound of the arterial wall and/or by dissections in the vessel wall caused by the angioplasty procedure. These mechanical problems have been successfully addressed by the use of stents to tack-up dissections and prevent elastic rebound of the vessel, thereby reducing the level of restenosis for many patients. The stent is typically inserted by catheter into a vascular lumen and expanded into contact with the diseased portion of the arterial wall, thereby providing internal support for the lumen. Examples of stents which have been successfully applied over a PTCA balloon and radially expanded at the same time as the balloon expansion of an affected artery include the stents disclosed in U.S. Pat. Nos. 4,733,665 issued to Palmaz, 4,800,882 issued to Gianturco and 4,886,062 issued to Wiktor which are incorporated herein by reference in their entirety.

Another aspect of restenosis is believed to be a natural healing reaction to the injury of the arterial wall that is caused by angioplasty procedures. The final result of the complex steps of the healing process is intimal hyperplasia, the migration and proliferation of medial smooth muscle cells, until the artery is again occluded.

To address both aspects of the restenosis problem, it has been proposed to provide stents which are seeded with endothelial cells (Dichek, D. A. et al Seeding of Intravascular Stents With Genetically Engineered Endothelial Cells; Circulation 1989; 80:1347–1353). In that experiment, sheep endothelial cells that had undergone retrovirus-mediated gene transfer for either bacterial beta-galactosidase or human tissue-type plasminogen activator were seeded onto stainless steel stents and grown until the stents were covered. The cells were therefore able to be delivered to the vascular wall where they could provide therapeutic proteins. Other methods of providing therapeutic substances to the vascular wall include simple heparin-coated metallic stents, whereby a heparin coating is ionically or covalently bonded to the stent. Still other methods of providing therapeutic substances to the vascular wall by means of stents have also been proposed such as in U.S. Pat. No. 5,102,417 issued to Palmaz or in international patent application WO 91/12779 "Intraluminal Drug Eluting Prosthesis" and international patent application WO 90/13332 "Stent With Sustained Drug Delivery". In those applications, it is suggested that antiplatelet agents, anticoagulant agents, antimicrobial

agents, antimetabolic agents and other drugs could be supplied in stents to reduce the incidence of restenosis.

Metal stents such as those disclosed in U.S. Pat. Nos. 4,733,665 issued to Palmaz, 4,800,882 issued to Gianturco or 4,886,062 issued to Wiktor could be suitable for drug delivery in that they are capable of maintaining intimate contact between a substance applied to the outer surface of the stent and the tissues of the vessel to be treated. However, there are significant problems to be overcome in order to secure a therapeutically significant amount of a substance onto the metal of the stent; to keep it on the stent during expansion of the stent into contact with the blood vessel wall; and also controlling the rate of drug delivery from the drug on the stent to the vessel wall.

It is therefore an object of the present invention to provide a stent having a therapeutically significant amount of a drug applied thereto.

It is also an object of the present invention to provide a stent which may be delivered and expanded in a selected blood vessel without losing a therapeutically significant amount of a drug applied thereto.

It is also an object of the present invention to provide a drug-containing stent which allows for a sustained release of the drug to vascular tissue.

It is also an object of the present invention to provide a simple method for applying to a stent a coating of a therapeutic substance.

## SUMMARY OF THE INVENTION

These and other objects are accomplished by the present invention. We have discovered an intravascular stent including a coating which includes a polymer and a therapeutic substance on the body of a stent, and in particular on its tissue-contacting surface, in which the coating includes a porous polymeric overlayer. The inclusion of a polymer in intimate contact with a drug on the stent allows the drug to be retained on the stent in a resilient matrix during expansion of the stent and also slows the administration of drug following implantation. By including a porous overlayer in the coating, the concentration of drug is greatest toward the stent body so that control over the rate of administration of the drug is significantly improved. Also, the porosity of the overlayer is believed to provide improved resistance to cracking as the stent is radially expanded or contracted which makes timed delivery of drug more certain. The coating can be applied whether the stent has a metallic or polymeric surface. The coating can also be provided by methods which assure carefully controlled dosage.

In one aspect of the invention, the coating includes as an underlayer a drug and polymer applied by simply immersing the stent into a solution of the drug and polymer or by spraying the solution onto the stent. This coating can be provided as a solid/solid solution of the drug and polymer by dissolving the drug and polymer in a common solvent or as a dispersion of drug in the polymer. The total amount of drug to be included on the stent can be readily controlled by applying multiple thin coats of the solution while allowing it to dry between coats. For example, a target dosage of drug is determined and the stent body is weighed. A solution of polymer, drug and solvent having a predetermined weight ratio of polymer to drug is applied to the stent body in successive thin coats with drying and weighing of the stent between coats. When the total weight of coating on the stent multiplied by the weight ratio of drug in the coating indicates that the target dosage has been achieved, no additional drug/polymer solution is applied. The overall coating should



BSC-SJA-1135

5,624,411

3

be thin enough so that it will not significantly increase the profile of the stent for intravascular delivery by catheter. It is therefore preferably less than about 0.002 inch thick and most preferably less than 0.001 inch thick. The adhesion of the coating and the rate at which the drug is delivered can be controlled by the selection of an appropriate bioabsorbable or biostable polymer and by the ratio of drug to polymer in the solution. By this method, drugs such as glucocorticoids (e.g. dexamethasone, betamethasone), heparin, hirudin, tocopherol, angiopeptin, aspirin, ACE inhibitors, growth factors, oligonucleotides, and, more generally, antiplatelet agents, anticoagulant agents, antimitotic agents, antioxidants, antimetabolite agents, and anti-inflammatory agents can be applied to a stent, retained on a stent during expansion of the stent and elute the drug at a controlled rate.

The release rate of the drug is further controlled by the porous overlayer. For example, such a coating includes a higher drug-to-polymer ratio in the inner layers than in the outer layers of the coating which would result in a lower initial dose and a total dose which would be delivered more evenly and over a much longer period of time. This can be accomplished while maintaining the correct therapeutic dosage by applying to a stent which already has a coating containing a desired amount of drug, a thin coating overlayer or several thin overlayers of the same polymer and solvent without the drug while drying the stent between each coating layer.

In another aspect of the invention, the coating need not be an applied mixture of polymer and drug, but may instead be provided by a drug applied to the stent from aqueous solution or dispersion. For example, heparin can be applied from aqueous solution onto the stent body and allowed to dry. The porous polymeric overcoating can then be applied to the heparin coated stent body such that it controls the release of heparin from the coating. In yet another aspect of the invention, the surface concentration of drug on the stent can be adjusted by varying the hydrophilicity/hydrophobicity of the base to which the aqueous drug coating is applied. For example, in a tantalum stent, a coating of a hydrophobic polymer can be applied to the stent as an underlayer to receive the aqueous drug. When applied to this surface, the aqueous solution of drug forms beads of drug on some portions of the stent surface while other portions of the surface are relatively free of the drug. The porous overlayer can then be applied over the polymeric underlayer and beads of drug to encapsulate the beads of drug and secure them to the stent surface. If a more uniform surface is desired, a hydrophilic polymer can be applied as an underlayer or the polymeric underlayer can be provided with a plasma treatment to introduce hydrophilic chemical groups onto the polymer surface.

In operation, the stent made according to the present invention can deliver drugs to a body lumen by introducing the stent transluminally into a selected portion of the body lumen and radially expanding the stent into contact with the body lumen. The transluminal delivery can be accomplished by a catheter designed for the delivery of stents and the radial expansion can be accomplished by balloon expansion of the stent, by self-expansion of the stent, or a combination of self-expansion and balloon expansion.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plot showing elution profiles for stents with a coating of dexamethasone and poly(L-lactic acid) made according to Example 6.

FIG. 2 is a plot showing elution profiles for sterilized stents with a coating of dexamethasone and poly(L-lactic acid) made according to Example 7.

4

FIG. 3 is a graph showing elution profiles for stents coated with colchicine and poly(L-lactic acid) which have an overlayer of poly(L-lactic acid).

FIGS. 4a–4c are SEM micrographs of a porous poly(L-lactic acid) overlayer applied to a stent.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention relates to a method for making an intravascular stent. The underlying structure of the stent can be virtually any stent design, whether of the self-expanding type or of the balloon-expandable type and whether metal or polymeric. Thus metal stent designs such as those disclosed in U.S. Pat. Nos. 4,733,665 issued to Palmaz, 4,800,882 issued to Gianturco or 4,886,062 issued to Wiktor could be used in the present invention. The stent could be made of virtually any bio-compatible material having physical properties suitable for the design. For example, tantalum and stainless steel have been proven suitable for many such designs and could be used in the present invention. Also, stents made with biostable or bioabsorbable polymers such as poly(ethylene terephthalate), polyacetal, poly(lactic acid), poly(ethylene oxide)/poly(butylene terephthalate) copolymer could be used in the present invention. Although the stent surface should be clean and free from contaminants that may be introduced during manufacturing, the stent surface requires no particular surface treatment in order to retain the coating applied in the present invention. Both the inner and outer surfaces of the stent may be provided with the coating according to the present invention.

In order to provide the first layer of the coated stent, a solution which includes a solvent, a polymer dissolved in the solvent and a therapeutic substance dispersed in the solvent is first prepared. It is important to choose a solvent, a polymer and a therapeutic substance that are mutually compatible. It is essential that the solvent is capable of placing the polymer into solution at the concentration desired in the solution. It is also essential that the solvent and polymer chosen do not chemically alter the therapeutic character of the therapeutic substance. However, the therapeutic substance only needs to be dispersed throughout the solvent so that it may be either in a true solution with the solvent or dispersed in fine particles in the solvent. Examples of some suitable combinations of polymer, solvent and therapeutic substance are set forth in Table 1 below.

TABLE 1

| POLYMER | SOLVENT | THERAPEUTIC SUBSTANCE |
|---|---|---|
| poly(L-lactic acid) | chloroform | dexamethasone |
| poly(L-lactic acid) | chloroform | colchicine |
| poly(lactic acid-co-glycolic acid) | acetone | dexamethasone |
| polyether | N-methyl pyrrolidinone | tocopherol (vitamin E) |
| urethane | xylene | dexamethasone |
| silicone adhesive | | phosphates |
| poly(hydroxy-butyrate-co-hydroxyvalerate) | dichloro-methane | aspirin |
| fibrin | water (buffered saline) | heparin |

The solution is applied to the stent and the solvent is allowed to evaporate, thereby leaving on the stent surface a




BSC-SJA-1136

5,624,411

coating of the polymer and the therapeutic substance. Typically, the coating can be applied to the stent by either spraying the solution onto the stent or immersing the stent in the solution. Whether one chooses application by immersion or application by spraying depends principally on the viscosity and surface tension of the solution, however, it has been found that spraying in a fine spray such as that available from an airbrush will provide a coating with the greatest uniformity and will provide the greatest control over the amount of coating material to be applied to the stent. In either a coating applied by spraying or by immersion, multiple application steps are generally desirable to provide improved coating uniformity and improved control over the amount of therapeutic substance to be applied to the stent.

The polymer chosen must be a polymer that is biocompatible and minimizes irritation to the vessel wall when the stent is implanted. The polymer may be either a biostable or a bioabsorbable polymer depending on the desired rate of release or the desired degree of polymer stability, but a bioabsorbable polymer is probably more desirable since, unlike a biostable polymer, it will not be present long after implantation to cause any adverse, chronic local response. Bioabsorbable polymers that could be used include poly(L-lactic acid), polycaprolactone, poly(lactide-co-glycolide), poly(hydroxybutyrate), poly(hydroxybutyrate-co-valerate), polydioxanone, polyorthoester, polyanhydride, poly (glycolic acid), poly(D,L-lactic acid), poly(glycolic acid-co-trimethylene carbonate), polyphosphoester, polyphosphoester urethane, poly(amino acids), cyanoacrylates, poly (trimethylene carbonate), poly(iminocarbonate), copoly (ether-esters) (e.g. PEO/PLA), polyalkylene oxalates, polyphosphazenes and biomolecules such as fibrin, fibrinogen, cellulose, starch, collagen and hyaluronic acid. Also, biostable polymers with a relatively low chronic tissue response such as polyurethanes, silicones, and polyesters could be used and other polymers could also be used if they can be dissolved and cured or polymerized on the stent such as polyolefins, polyisobutylene and ethylene-alphaolefin copolymers; acrylic polymers and copolymers, vinyl halide polymers and copolymers, such as polyvinyl chloride; polyvinyl ethers, such as polyvinyl methyl ether; polyvinylidene halides, such as polyvinylidene fluoride and polyvinylidene chloride; polyacrylonitrile, polyvinyl ketones; polyvinyl aromatics, such as polystyrene, polyvinyl esters, such as polyvinyl acetate; copolymers of vinyl monomers with each other and olefins, such as ethylene-methyl methacrylate copolymers, acrylonitrile-styrene copolymers, ABS resins, and ethylene-vinyl acetate copolymers; polyamides, such as Nylon 66 and polycaprolactam; alkyd resins; polycarbonates; polyoxymethylenes; polyimides; polyethers; epoxy resins; polyurethanes; rayon; rayon-triacetate; cellulose, cellulose acetate, cellulose butyrate; cellulose acetate butyrate; cellophane; cellulose nitrate; cellulose propionate; cellulose ethers; and carboxymethyl cellulose.

The ratio of therapeutic substance to polymer in the solution will depend on the efficacy of the polymer in securing the therapeutic substance onto the stent and the rate at which the coating is to release the therapeutic substance to the tissue of the blood vessel. More polymer may be needed if it has relatively poor efficacy in retaining the therapeutic substance on the stent and more polymer may be needed in order to provide an elution matrix that limits the elution of a very soluble therapeutic substance. A wide ratio of therapeutic substance to polymer could therefore be appropriate and could range from about 10:1 to about 1:100.

The therapeutic substance used in the, present invention could be virtually any therapeutic substance which possesses

desirable therapeutic characteristics for application to a blood vessel. This can include both solid substances and liquid substances. For example, glucocorticoids (e.g. dexamethasone, betamethasone), heparin, hirudin, tocopherol, angiopeptin, aspirin, ACE inhibitors, growth factors, oligonucleotides, and, more generally, antiplatelet agents, anticoagulant agents, antimitotic agents, antioxidants, antimetabolite agents, and anti-inflammatory agents could be used. Antiplatelet agents can include drugs such as aspirin and dipyridamole. Aspirin is classified as an analgesic, antipyretic, anti-inflammatory and antiplatelet drug. Dypridimole is a drug similar to aspirin in that it has anti-platelet characteristics. Dypridimole is also classified as a coronary vasodilator. Anticoagulant agents can include drugs such as heparin, coumadin, protamine, hirudin and tick anticoagulant protein. Antimitotic agents and antimetabolite agents can include drugs such as colchicine, methotrexate, azathioprine, vincristine, vinblastine, fluorouracil, adriamycin and mutamycin. Taking colchicine for example, colchicine is an ancient drug which was tested for restenosis reduction by systemic administration without favorable results (see O'Keefe, J. H., et al. "Ineffectiveness of Colchicine in the Prevention of Restenosis after Coronary Angioplasty," JACC 1992; 19(7); 1597–1600). Given its unsuccessful use in systemic administration, it was also tested by local administration with the stent coating of the present invention to determine its efficacy. Another noteworthy drug is heparin which is not soluble or dispersible in organic solvents like methylene chloride or chloroform but which can be applied from aqueous solution onto the stent body.

In order to provide additional control over the elution of the drug, an overlayer is also applied to the stent. The higher drug-to-polymer ratio in the inner layers than in the outer layers would result in a lower initial dose and a total dose which would be delivered more evenly and over a much longer period of time. In the solid/solid solution of polymer and drug of poly(L-lactic acid) and colchicine, this can be accomplished while maintaining the, correct therapeutic dosage by applying to a stent which already has a coating containing a desired amount of colchicine a thin coating layer or several thin overlayers of the same poly(L-lactic acid) polymer and chloroform solvent without the colchicine while drying the stent between each coating layer. Since both the, colchicine and poly(L-lactic acid) are soluble in the chloroform, the colchicine and poly(L-lactic acid) already on the stent body are dissolved slightly in the application of each of the coating overlayers which creates a concentration gradient of colchicine in the overlayers that is sharply reduced from that in the main coating nearest the stent body. The effect of this is to alter the drug delivery profile for the stent such as that shown in FIG. 3. In FIG. 3, a coating of 20% colchicine/poly(L-lactic acid) was coated with different overlayer thicknesses. In the curve given by reference numeral 1, an overlayer was provided only on one end of the stent. In the curve given by curve 2, an overlayer was given to the entire stent. In curve 3, the same coating thickness was applied as for curve 2 while in curves 4, and 5 coatings two times as thick and six times as thick respectively were applied. The effect of these overlayers was to dramatically decrease the rate at which the colchicine eluted such that the colchicine did not completely elute out of the stent after the first few days.

With an aqueous coating of drug on the stent, the polymer overlayer is even more important to the control of elution from the implanted stent. For example, an aqueous coating of heparin can be provided by spraying a solution or

5,624,411

7

dispersion of heparin onto the stent body. When the heparin layer is dry, a solution of chloroform and poly(L-lactic acid) can be used to form the overlayer in the same manner as disclosed above for the colchicine example.

Application of the aqueous drug solution or dispersion can be accomplished by spraying or immersing the stent and drying the resulting coating in essentially the same manner as for the application of polymer and drug disclosed above.

The overlayer described above can be provided in porous form. Contrary to expectations, it has been found that the porous overlayer can reduce rather than increase the rate of drug elution. While not wishing to be bound by theory, it is believed that the porous overlayer is less susceptible to cracking as the stent undergoes deformation during handling and implantation. For example, with a Wiktor type stent, the coating is applied to a stent which is in an expanded form. Once the coating is dried, the stent is crimped onto a delivery balloon which causes various stent elements and the coating to bend. During implantation, the delivery balloon expands, again deforming the stent elements and coating. In a very uniform overlayer made with materials which have little elasticity, the overlayer can sustain significant cracking during such deformation. These cracks can then act as channels for more rapid elution of drugs from the drug-rich base coating.

A suitable porous coating can be provided, for example, by phase inversion precipitation of the polymer in the overlayer. According to this technique, a solution of a polymer is prepared in a mixture of two miscible solvents, one of which being a poorer solvent for this polymer and less volatile than the other solvent. When the solution is allowed to dry, there becomes a moment when the good solvent has sufficiently evaporated for causing the polymer to slowly precipitate which results, after complete drying, in an opened porous structure. For example, when using poly(L-lactic acid) as the polymer, a suitable solvent composition can include about a 40/60% (w/w) isooctane/chloroform solution. This solution should be mixed carefully to avoid precipitation during the mixing process. The better solvent for the polymer should dissolve the polymer first (i.e. a solution of poly(L-lactic acid) and chloroform should be made first). A mixture of the solvents should then be added to the polymer solution to bring the ingredients to the desired concentration (i.e. a mixture of isooctane and chloroform is added to the poly(L-lactic acid) solution). This mixture is then applied to the stent in the same manner as set forth above. It will be appreciated by those skilled in the art that the nature of the ingredients and the relative concentrations of the ingredients will determine the size of pores. Pores in the range of about 0.5 to 10 microns in diameter may be suitable. Phase inversion precipitation techniques are well known in the manufacture of porous polymeric membranes. (See e.g. van de Witte et al. *Polyactide Membranes: Correlation between phase transitions and morphology,* doctoral thesis, CIP-GEGBVENS KONINKLIJKE BIBLIOTHEEK, DEN HAAG, 1994). A porous coating may also result under less controlled conditions from application of the overlayer during high humidity conditions in which atmospheric moisture condenses on the stent due to localized cooling of the stent as the solvent evaporates.

The following examples are exemplary of various aspects of the invention.

EXAMPLE 1

A 1% solution of dexamethasone in acetone was made, forming a clear solution. The solution was placed in an

8

airbrush reservoir (Badger #200). Wiktor type tantalum wire stents were sprayed with the solution in short bursts while rotating the stents. The acetone quickly evaporated from the stents, leaving a white residue on the stent wire. The process was continued until all of the stent wires were coated. The drug elution rate for the stent was determined by immersing the stent in phosphate buffered saline solution (pH=7.4). Traces of dexamethasone were observed to remain on the immersed stents for less than 31 hours.

EXAMPLE 2

A 2% solution of dexamethasone in acetone was made, forming a solution with suspended particles of dexamethasone. The solution was placed into a tube. Wiktor type tantalum wire stents were dipped rapidly and were allowed to dry. Each stent was dipped into the solution 12–15 times to provide a white surface coating. Two stents were placed on an angioplasty balloon and were inflated on the balloon. Approximately 80% of the dexamethasone coating flaked-off of the stents.

EXAMPLE 3

A solution of 1% dexamethasone and 0.5% poly (caprolactone) (Aldrich 18,160-9) in acetone was made. The solution was placed into a tube. Wiktor type tantalum wire stents were dipped rapidly and were allowed to dry. Each stent was dipped into the solution 12–15 times to provide a white surface coating. A stent so coated was expanded on a 3.5 mm angioplasty balloon causing a significant amount of the coating to become detached.

EXAMPLE 4

A solution of 1% dexamethasone and 0.5% poly(LACTIC ACID-CO-GLYCOLIC ACID) (Medisorb) in acetone was made. The solution was placed into a tube. Wiktor type tantalum wire stents were dipped rapidly and were allowed to dry. Each stent was dipped into the solution 12–15 times to provide a white surface coating. A stent so coated was expanded on a 3.5 mm angioplasty balloon causing only a small portion of the coating (less than 25%.) to become detached)

EXAMPLE 5

A solution including a 2% dispersion of dexamethasone and a 1% solution of poly(L-lactic acid) (CCA Biochem MW=550,000) in chloroform was made. The solution was placed into an airbrush (Badger). Wiktor type tantalum wire stents were sprayed in short bursts and were allowed to dry. Each stent was sprayed with the solution about 20 times to provide a white surface coating. A stent so coated was expanded on a 3.5 mm angioplasty balloon. The coating remained attached to the stent throughout the procedure.

EXAMPLE 6

A solution including a 2% dispersion of dexamethasone and a 1% solution of poly(L-lactic acid) (CCA Biochem MW=550,000) in chloroform was made. The solution was placed into an airbrush (Badger #250-2). Wiktor type tantalum wire stents were suspended from a fixture and sprayed in 24 short bursts (6 bursts from each of the four directions perpendicular to the stent axis) and were allowed to dry. The resulting stents had a coating weight of about 0.0006–0.0015 grams. Three of the stents were tested for long term elution by placing one stent in 3.0 ml of phosphate buffered saline solution (pH=7.4) at room temperature without stirring. The

BSC-SJA-1138

5,624,411

9

amount of dexamethasone eluted was evaluated by measuring absorbance at 244 nm in a UV-VIS spectrophotometer. The results of this test are given in FIG. 1.

## EXAMPLE 7

A solution including a 2% dispersion of dexamethasone and a 1% solution of poly(L-lactic acid) (Medisorb 100-L) in chloroform was made along with a control solution of 1% of poly(L-lactic acid) (Medisorb 100-L) in chloroform. The solutions was placed into an airbrush (Badger #250-2). Wiktor type tantalum wire stents were expanded on a 3.0 mm balloon, suspended from a fixture and sprayed in 16 short bursts (2–3 bursts of about 1 second followed by several minutes drying time between applications). The resulting dexamethasone-coated stents had an average coating weight of about 0.0012 grams while the polymer-coated stents had an average polymer weight of about 0.0004 grams. The stents were sterilized in ethylene oxide. Three of the sterilized dexamethasone-coated stents were tested for long term elution by placing one stent in 3.0 ml of phosphate, buffered saline solution (pH=7.4) at room temperature without stirring. The amount of dexamethasone eluted was evaluated by measuring absorbance at 244 nm in a UV-VIS spectrophotometer. The results of this test are given in FIG. 2. Dexamethasone-coated stents and polymer-coated control stents were implanted in the coronary arteries of 3 pigs (N=12 for each type) according to the method set forth in "Restenosis After Balloon Angioplasty—A Practical Proliferative Model in Porcine Coronary Arteries," by Robert S. Schwartz, et al, Circulation 82(6):2190–2200, Dec. 1990, and "Restenosis and the Proportional Neointimal Response to Coronary Artery Injury: Results in a Porcine Model" by Robert S. Schwartz et al, J Am Coll Cardiol; 19:267–74 Feb. 1992 with the result that when compared with the controls, the dexamethasone-coated stents reduced the amount of proliferation associated with the arterial injury.

## EXAMPLE 8

Stents were coated with colchicine and poly(L-lactic acid)formulations for in vivo testing. Solutions of poly(L-lactic acid) and colchicine in chloroform were prepared and mixed to provide a desired percentage of colchicine in the coating with the poly(L-lactic acid) content of the solution maintained at about 1%. The solutions was placed into an airbrush (Badger #250-2). Wiktor type tantalum wire stents were expanded on a 3.0 mm balloon, suspended from a fixture and sprayed in short bursts (bursts of about 1 second). After an amount of colchicine had been applied to each stent, the stents were dried in air for at least about thirty minutes and then further dried in a vacuum drying oven at about 80° C. The stents were removed from the drying oven and weighed. Any difference between the target weight of colchicine to be applied to each stent and the actual weight of colchicine on the stent was noted and the number of additional bursts needed to bring each stent to target weight was estimated. Any weight-deficient stents were then brought up to target weight by the application of additional bursts of the solution. Any recoated stents were then dried and weighed again. A 1% solution of poly(L-lactic acid) in chloroform was used to provide an overlayer to the colchicine-coated stents. A desired number of bursts of the solution (i.e. bursts of about 1 second with preferably a drying time of about 4 seconds between bursts) was applied by spraying in the same manner as the application of the base coating and were dried and weighed. The average amounts of drug and overlayer are given in Table 2.

10

## TABLE 2

| Lot | % drug | Drug Mass (mg) | Overlayer Mass (mg) |
|-----|--------|----------------|---------------------|
| 1 | 25 | 1.59 | 0.79 |
| 2 | 25 | 1.03 | 1.42 |
| 3 | 25 | 0.58 | 1.29 |
| 4 | 15 | 0.21 | 1.16 |
| 5 | 10 | 0.10 | 0.55 |
| 6 | 15 | 0.21 | 1.32 |
| 7 | 10 | 0.10 | 0.61 |

The stents were then packaged and gas sterilized.

## EXAMPLE 9

Stents were provided with an overlayer of porous poly (L-lactic acid) by a phase inversion precipitation technique. A 40/60% (w/w) isooctane/chloroform solution was used containing 0.5% poly(L-lactic acid). The solution was made by adding 2.0 g of a solution of 5.0% Poly(L-lactic acid) in chloroform to a pre-mixed solution of 8.0 g isooctane and 10.0 g chloroform. An airbrush apparatus (Badger #250-2) was used to apply the solution to Wiktor stents under the following conditions:

Air pressure=30 psi

Burst duration=0.5 second

Nozzle to stent distance=30 mm

Time between bursts=5–7 seconds (coating turns white)

Ambient temperature and humidity

Stents were rotated 1/16 of a turn after each burst and sprayed initially with 50 bursts/end. After at least 4 hours of air drying, the stents were fixtured at the other end and the second half was coated. After overnight vacuum drying at 80° C., the stents were weighed. Additional coatings were applied using the same conditions to bring each stent up to the target weight. The completed stents were vacuum dried at 80° C. for 7 days. The stents were tested for mechanical adhesion of the coating during crimping and expansion operations. The coating was finally fractured by straightening out the sinusoidal wave of the stent and the coating was pulled off with a tweezers to produce the SEM micrographs shown on FIGS. 4a–4c of the coating at 180X, 720X and 2000X respectively.

## EXAMPLE 10

Stents were provided with a multi-layer heparin-eluting coating. A 1% solution of poly(L-lactic acid) in chloroform was used to provide an underlayer for the heparin-coated stents. This solution was applied by spraying onto the stents with an airbrush in substantially the same manner as set forth in the examples above such that thin underlayer was provided. A 2% heparin solution was prepared with sterile water. The heparin solution was applied with an airbrush. A poly(L-lactic acid) overlayer was then applied by airbrush from a 1% solution in chloroform. High humidity conditions caused the formation of a cloudy, porous overlayer. The amounts of material on each stent is given in Table 3.

## TABLE 3

| Stent | Stent Wt (g) | Underlayer (mg) | Heparin (mg) | Overlayer (mg) |
|-------|--------------|-----------------|--------------|----------------|
| 1 | 0.02002 | 0.34 | 0.15 | 0.0 |
| 2 | 0.02006 | 0.35 | 0.17 | 0.26 |
| 3 | 0.02008 | 0.36 | 0.14 | 1.17 |

5,624,411

| 11 | | | | |

### TABLE 3-continued

| Stent | Stent Wt (g) | Underlayer (mg) | Heparin (mg) | Overlayer (mg) |
|-------|--------------|-----------------|--------------|----------------|
| 4 | 0.02009 | 0.30 | 0.34 | 0.29 |
| 5 | 0.01999 | 0.35 | 0.40 | 1.11 |
| 6 | 0.01922 | 0.32 | 0.40 | 1.89 |
| 7 | 0.02001 | 0.52 | 0.73 | 0.31 |
| 8 | 0.01906 | 0.37 | 0.75 | 1.17 |
| 9 | 0.01901 | 0.42 | 0.70 | 2.07 |

Each stent was crimped onto an angioplasty balloon and expanded. Elution tests were run on the expanded stents in phosphate buffered saline solution with aliquots withdrawn at various times up to 44 days. Results were as set forth in Table 4.

### TABLE 4

| Stent | Units eluted | % Recovery | 80% Elution (days) |
|-------|--------------|------------|---------------------|
| 1 | 26 | 94 | 0 |
| 2 | 21 | 65 | 2 |
| 3 | 10 | 40 | 18 |
| 4 | 50 | 78 | 1 |
| 5 | 48 | 64 | 18 |
| 6 | 38 | 51 | 28 |
| 7 | 131 | 96 | 1 |
| 8 | 121 | 86 | 18 |
| 9 | 112 | 87 | 18 |

It will be appreciated by those skilled in the art that while the invention has been described above in connection with particular embodiments and examples, the invention is not necessarily so limited and that numerous other embodiments, examples, uses, modifications and departures from the embodiments, examples and uses may be made without departing from the inventive concepts.

I claim:

1. A device for delivery of a drug into a body lumen comprising:
   (a) a generally cylindrical, radially expandable stent body;
   (b) a coating on the stent body a first coating layer comprising a therapeutic substance and a second coating layer comprising a porous polymer overlaying the first coating layer;
   (c) means for introducing the stent body and coating transluminally into a selected portion of the body lumen; and
   (d) means for radially expanding the stent into contact with the body lumen.

2. A device according to claim 1 wherein the stent body has a metal surface.

3. A device according to claim 1 wherein the stent body has a polymeric surface.

4. A device according to claim 1 wherein the polymer is a bioabsorbable polymer.

5. A device according to claim 4 wherein the polymer is selected from the group consisting of poly(lactic acid), poly(lactide-co-glycolide) and poly(hydroxybutyrate-co-valerate).

6. A device according to claim 1 wherein the polymer is a biostable polymer.

7. A device according to claim 6 wherein the polymer is selected from the group consisting of silicones, polyurethanes, polyesters, vinyl homopolymers and copolymers, acrylate homopolymers and copolymers, polyethers and cellulosics.

| 12 | |

8. A device according to claim 1 wherein the drug is selected from the group consisting of glucocorticoids, dexamethasone, dexamethasone sodium phosphate, anticoagulants, heparin, hirudin, tick anticoagulant peptide, angiopeptin, antimitotic agents, and oligonucleotides.

9. A device according to claim 1 in which the porous polymer has average pore diameter in the range of about 0.5–10 microns.

10. A method for delivery of a therapeutic substance to the interior of a body lumen comprising the steps of:
    (a) providing a generally cylindrical stent body;
    (b) providing as a coating on the stent body a first coating layer comprising a therapeutic substance and a second coating layer comprising a porous polymer overlaying the first coating layer;
    (c) introducing the stent transluminally into a selected portion of the body lumen; and
    (d) radially expanding the stent into contact with the body lumen.

11. A method according to claim 10 wherein the stent body has a metal surface.

12. A method according to claim 10 wherein the stent body has a polymeric surface.

13. A method according to claim 10 wherein the polymer is a bioabsorbable polymer.

14. A method according to claim 13 wherein the polymer is selected from the group consisting of poly(lactic acid), poly(lactide-co-glycolide) and poly(hydroxybutyrate-co-valerate).

15. A method according to claim 10 wherein the polymer and therapeutic agent are in a solid/solid solution.

16. A method according to claim 10 wherein the polymer is a biostable polymer.

17. A method according to claim 16 wherein the polymer is selected from the group consisting of silicones, polyurethanes, polyesters, vinyl homopolymers and copolymers, acrylate homopolymers and copolymers, polyethers and cellulosics.

18. A method according to claim 10 wherein the drug is selected from the group consisting of glucocorticoids, dexamethasone, dexamethasone sodium phosphate, anticoagulants, heparin, hirudin, tick anticoagulant peptide, angiopeptin, antimitotic agents, and oligonucleotides.

19. A method for providing a stent having a therapeutic substance thereon comprising the steps of:
    (a) providing a cylindrical, radially expandable stent body;
    (b) applying to the stent body a solution which includes a solvent and a therapeutic substance dispersed in the solvent;
    (c) evaporating the solvent;
    (d) applying to the therapeutic substance on the stent body an overlayer of a polymer by the steps of:
       (1) applying to the stent body a solution which includes a solvent and the polymer dissolved in the solvent;
       (2) evaporating the solvent to produce pores in the resulting polymer coating; and
    (e) radially expanding the stent body, applied polymer and therapeutic substance such that the polymer and therapeutic substance are retained on the stent body.

20. A method according to claim 19 wherein the overlayer is applied by spraying.

21. A method according to claim 19 wherein the overlayer is applied by immersion.

22. A method according to claim 19 wherein the polymer is a bioabsorbable polymer.



BSC-SJA-1140

5,624,411

13

23. A method according to claim 22 wherein the polymer is selected from the group consisting of poly(lactic acid), poly(lactide-co-glycolide) and poly(hydroxybutyrate-co-valerate).

24. A method according to claim 19 wherein the polymer is a biostable polymer.

25. A method according to claim 24 wherein the polymer is selected from the group consisting of silicones, polyurethanes, polyesters, vinyl homopolymers and copolymers, acrylate homopolymers and copolymers, polyethers and cellulosics.

14

26. A method according to claim 19 wherein the solution for applying the overlayer includes a solvent mixture, the solvent mixture including a first solvent in which the polymer has a solubility and a second solvent in which the polymer has a lesser solubility.

27. A method according to claim 19 wherein the drug is selected from the group consisting of glucocorticoids, dexamethasone, dexamethasone sodium phosphate, anticoagulants, heparin, hirudin, tick anticoagulant peptide, angiopeptin, antimitotic agents, and oligonucleotides.

*  *  *  *  *

BSC-SJA-1141

# EXHIBIT 55



US005837313A

# United States Patent [19]

## Ding et al.

| | |
|---|---|
| [11] | Patent Number: **5,837,313** |
| [45] | Date of Patent: **Nov. 17, 1998** |

[54] **DRUG RELEASE STENT COATING PROCESS**

[75] Inventors: **Ni Ding**, Plymouth, Minn.; **Michael N. Helmus**, Long Beach, Calif.

[73] Assignee: **Schneider (USA) Inc**, Plymouth, Minn.

[21] Appl. No.: **663,490**

[22] Filed: **Jun. 13, 1996**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 526,273, Sep. 11, 1995, abandoned, and Ser. No. 424,884, Apr. 19, 1995, abandoned.

[51] Int. Cl.⁶ ............................ **B05D 3/00**; A61K 27/00; A61L 33/00

[52] U.S. Cl. ...................... **427/2.21**; 427/2.25; 623/12

[58] Field of Search ................... 427/2.21, 2.25; 623/1, 11, 12

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,932,627 | 1/1976 | Margraf | 424/183 |
| 4,613,665 | 9/1986 | Larm | 536/20 |
| 4,655,771 | 4/1987 | Wallsten | 128/343 |
| 4,886,062 | 12/1989 | Wiktor | 128/343 |
| 4,916,193 | 4/1990 | Tang et al. | 525/413 |
| 4,954,126 | 9/1990 | Wallsten | 600/36 |
| 4,994,071 | 2/1991 | MacGregor | 606/194 |
| 5,061,275 | 10/1991 | Wallsten et al. | 623/1 |
| 5,092,877 | 3/1992 | Pinchuk | 623/1 |
| 5,163,952 | 11/1992 | Froix | 623/1 |
| 5,180,366 | 1/1993 | Woods | 604/96 |
| 5,182,317 | 1/1993 | Winters et al. | 523/112 |
| 5,185,408 | 2/1993 | Tang et al. | 525/415 |
| 5,236,913 | 7/1993 | Pinchuk | 623/1 |
| 5,258,020 | 11/1993 | Froix | 623/1 |
| 5,262,451 | 11/1993 | Winters et al. | 523/112 |
| 5,292,802 | 3/1994 | Rhee et al. | 525/54.1 |
| 5,304,121 | 4/1994 | Sahatjian | 604/53 |
| 5,308,889 | 5/1994 | Rhee et al. | 523/113 |
| 5,338,770 | 8/1994 | Winters et al. | 523/112 |
| 5,342,348 | 8/1994 | Kaplan | 604/891.1 |
| 5,356,433 | 10/1994 | Rowland et al. | 623/11 |
| 5,415,619 | 5/1995 | Lee et al. | 600/36 |
| 5,419,760 | 5/1995 | Narciso, Jr. | 604/8 |
| 5,429,618 | 7/1995 | Keogh | 604/266 |
| 5,447,724 | 9/1995 | Helmus et al. | 424/426 |
| 5,449,382 | 9/1995 | Dayton | 623/1 |
| 5,464,650 | 11/1995 | Berg et al. | 427/2.3 |
| 5,578,075 | 11/1996 | Dayton | 623/1 |
| 5,605,696 | 2/1997 | Eury et al. | 424/423 |
| 5,624,411 | 4/1997 | Tuch . | |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| D623354 A1 | 11/1994 | European Pat. Off. . |
| 0 734721 A2 | 10/1996 | European Pat. Off. . |
| WO 91/12779 | 9/1991 | WIPO . |
| WO 92/15286 | 9/1992 | WIPO . |
| WO 94/21308 | 9/1994 | WIPO . |
| WO 94/21309 | 9/1994 | WIPO . |

#### OTHER PUBLICATIONS

Michael N. Helmus, "Medical Device Design — A Systems Approach: Central Venous Catheters", (1990), 22nd Int. Sampe.

Polysciences, Inc., TDMAC — Heprin Coatings, Nov. 1988, Data Sheet #172.

Barbucci et al., Coating of Commericially Available Materials With a New Heparinizable Material, 1991, pp. 1259–1274.

(List continued on next page.)

*Primary Examiner*—Erma Cameron
*Attorney, Agent, or Firm*—Pennie & Edmonds LLP

[57] **ABSTRACT**

A method of coating implantable open lattice metallic stent prosthesis is disclosed which includes sequentially applying a plurality of relatively thin outer layers of a coating composition comprising a solvent mixture of uncured polymeric silicone material and crosslinker and finely divided biologically active species, possibly of controlled average particle size, to form a coating on each stent surface. The coatings are cured in situ and the coated, cured prosthesis are sterilized in a step that includes preferred pretreatment with argon gas plasma and exposure to gamma radiation electron beam, ethylene oxide, steam.

**18 Claims, 7 Drawing Sheets**



**5,837,313**

Page 2

### OTHER PUBLICATIONS

Bergstrom, Reduction of Fibrinogen Adsorption on PEG–coated Polystyrene Surfaces, 1992, pp. 779–790.

Jeffrey A. Hubbell, Ph.D., Jul.–Sep. 1993, Pharmacologic Modification of Materials, 121S–127S.

Glen Grandee, Heparin–Coated Cardiopulmonary Bypass Circuits, Journal of Cardiothoracic and Vascular Anesthesia, vol. 8, No. 2, Apr. 1994, pp. 213–222.

Cardiology Conference, European Society of Cardiology Conference Clinica, Sep. 4, 1995, pp. 24–26.

K. Ishihara, H. Hanyuda, N. Nakabayashi, Synthesis of Phospholipid Polymers Having a Urethane Bond . . . , Biomaterials 1995, pp. 873–879.

J. Sanchez, G. Elgue, J. Riesenfeld and P. Olsson, Control of contact Activation on End–Point Immobilized Heparin: The Role of Antithrombin and the Specific Antithrombin–binding Sequence, 1995, pp. 655–661, Journal of Biomedical Materials Research.

Ludwig K. von Segesser, MD., "Heparin–Bonded Surfaces in Extracorporeal Membrane Oxygenation for Cardiac Support", The Society of Thoracic Surgeons, (1996).

Li–Chien Hsu, "Principles of Heparin–Coating Techniques", Perfusion 6: 209–219 (1991).

J.M. Thomasian et al., "Evaluation of Duraflo II Heparin Coating in Prolonged Extracorporeal Membrane Oxygenation", ASAIO Trans 34: 410–14 (1968).

S.D. Tong et al., "Non–Thrombogenic Hemofiltration System for Acute Renal Failure Treatment", ASAIO Trans. 38: M702–M706 (1992).

BSC-SJA-1143

```
┌─────────────┐
│   Prepare   │
│ Suspension/ │
│  Solution   │
└─────────────┘
       │
┌─────────────┐            FIG. 1
│     Add     │
│ Crosslinker │
└─────────────┘
       │
┌─────────────┐
│ Homogenize/ │
│     Stir    │
└─────────────┘
       │
┌─────────────┐        ┌─────────────┐
│ Transfer to │        │ Apply Under │
│ Application │────────│    Layer    │
│   Device    │        └─────────────┘
└─────────────┘
       │
┌─────────────┐
│  Apply to   │
│   Player    │
└─────────────┘
       │
┌─────────────┐
│    Cure     │
└─────────────┘
       │
┌──────────────────┐
│ At Plasma Post-  │
│    Treatment     │
└──────────────────┘
       │
┌─────────────┐
│    Gamma    │
│Sterilization│
└─────────────┘
```



**FIG. 2**

% Heparin Release

Days

- Tie Layer + 37.5% Hep. Coating, Top Layer = Silicone
- ▫ Tie Layer + 37.5% Hep. Coating, Top Layer = 16.7% Hep. Coating
- ◇ Single Layer 37.5% Hep. Coating



**FIG. 3**

Release Rate ($\mu$g/cm$^2$/hr)

Days

- Tie Layer + 37.5% Hep. Coating, Top Layer = Silicone
- ▫ Tie Layer + 37.5% Hep. Coating, Top Layer = 16.7% Hep. Coating

# FIG. 4



# FIG. 5



BSC-SJA-1146



FIG. 6

BSC-SJA-1147



FIG. 7



FIG.8



FIG.9

BSC-SJA-1149



FIG.10



FIG.11

BSC-SJA-1150

5,837,313

| 1 | 2 |

# DRUG RELEASE STENT COATING PROCESS

## BACKGROUND OF THE INVENTION

### I. Cross-Reference to Related Applications

The present application is a Continuation-In-Part of copending application Ser. No. 08/526,273, abandoned, filed Sep. 11, 1995, and a Continuation-In-Part of copending application Ser. No. 08/424,884, abandoned filed Apr. 19, 1995, all portions of the parent applications not contained in this application being deemed incorporated by reference for any purpose. Cross-reference is also made to copending application Ser. No. 08/663,518, entitled "DRUG RELEASE STENT COATING AND PROCESS", filed of even date and of common inventorship and assignee, that is also a Continuation-In-Part of both above-referenced patent applications. Any portion of that application that is not contained herein is also deemed to be incorporated by reference for any purpose.

### II. Field of the Invention

The present invention relates generally to therapeutic expandable stent prosthesis for implantation in body lumens, e.g., vascular implantation and, more particularly, to a process for providing biostable elastomeric coatings on such stents which incorporate biologically active species having controlled release characteristics directly in the coating structure.

### II. Related Art

In surgical or other related invasive medicinal procedures, the insertion and expansion of stent devices in blood vessels, urinary tracts or other difficult to access places for the purpose of preventing restenosis, providing vessel or lumen wall support or reinforcement and for other therapeutic or restorative functions has become a common form of long-term treatment. Typically, such prosthesis are applied to a location of interest utilizing a vascular catheter, or similar transluminal device, to carry the stent to the location of interest where it is thereafter released to expand or be expanded in situ. These devices are generally designed as permanent implants which may become incorporated in the vascular or other tissue which they contact at implantation.

One type of self-expanding stent has a flexible tubular body formed of several individual flexible thread elements each of which extends in a helix configuration with the centerline of the body serving as a common axis. The elements are wound in a common direction, but are displaced axially relative to each other and meet, under crossing a like number of elements also so axially displaced, but having the opposite direction of winding. This configuration provides a resilient braided tubular structure which assumes stable dimensions upon relaxation. Axial tension produces elongation and corresponding diameter contraction that allows the stent to be mounted on a catheter device and conveyed through the vascular system as a narrow elongated device. Once tension is relaxed in situ, the device at least substantially reverts to its original shape. Prosthesis of the class including a braided flexible tubular body are illustrated and described in U.S. Pat. Nos. 4,655,771 and 4,954,126 to Wallsten and 5,061,275 to Wallsten et al.

Implanted stents have also been used to carry medicinal agents, such as thrombolytic agents. U.S. Pat. No. 5,163,952 to Froix discloses a thermal memoried expanding plastic stent device which can be formulated to carry a medicinal agent by utilizing the material of the stent itself as an inert polymeric drug carrier. Pinchuk, in U.S. Pat. No. 5,092,877,

discloses a stent of a polymeric material which may be employed with a coating associated with the delivery of drugs. Other patents which are directed to devices of the class utilizing bio-degradable or bio-sorbable polymers include Tang et al, U.S. Pat. No. 4,916,193, and MacGregor, U.S. Pat. No. 4,994,071. Sahatjian in U.S. Pat. No. 5,304, 121, discloses a coating applied to a stent consisting of a hydrogel polymer and a preselected drug; possible drugs include cell growth inhibitors and heparin. A further method of making a coated intravascular stent carrying a therapeutic material in which a polymer coating is dissolved in a solvent and the therapeutic material dispersed in the solvent and the solvent thereafter evaporated is described in Berg et al, U.S. Pat. No. 5,464,650, issued Nov. 5, 1995 and corresponding to European patent application 0 623 354 A1 published 09 Nov. 1994.

An article by Michael N. Helmus (a co-inventor of the present invention) entitled "Medical Device Design—A Systems Approach Central Venous Catheters", 22nd International Society for the Advancement of Material and Process Engineering Technical Conference (1990) relates to polymer/drug/membrane systems for releasing heparin. Those polymer/ drug/membrane systems require two distinct layers to function.

The above cross-referenced grandparent application supplies an approach that provides long-term drug release, i.e., over a period of days or even months, incorporated in a controlled-release system. The parent application and present invention provide a process for coating such stents including techniques that enable the initial burst effect of drug elation to be controlled and the drug release kinetic profile associated with long-term therapeutic effect to be modified.

Metal stents of like thickness and weave generally have better mechanical properties than polymeric stents. Metallic vascular stents braided of even relatively fine metal filament can provide a large amount of strength to resist inwardly directed circumferential pressure in blood vessels. In order for a polymer material to provide comparable strength characteristics, a much thicker-walled structure or heavier, denser filament weave is required. This, in turn, reduces the cross-sectional area available for flow through the stent and/or reduces the relative amount of open space available in the structure. In addition, when applicable, it is usually more difficult to load and deliver polymeric stents using vascular catheter delivery systems.

It will be noted, however, that while certain types of stents such as braided metal stents may be superior to others for some applications, the process of the present invention is not limited in that respect and may be used to coat a wide variety of devices. The present invention also applies, for example, to the class of stents that are not self-expanding including those which can be expanded, for instance, with a balloon. Polymeric stents, of all kinds can be coated using the process. Thus, regardless of particular detailed embodiments the use of the invention is not considered or intended to be limited with respect either to stent design or materials of construction. Further, the present invention may be utilized with other types of implant prostheses.

Accordingly, it is a primary object of the present invention to provide a coating process for coating a stent to be used as a deployed stent prosthesis, the coating being capable of long-term delivery of biologically active materials.

Another object of the invention is to provide a process for coating a stent prosthesis using a biostable hydrophobic elastomer in which biologically active species are incorporated within a cured coating.

BSC-SJA-1151

5,837,313

3

Still another object of the present invention is to provide a multi-layer coating in which the percentage of active material can vary from layer to layer.

A further object of the present invention is to control or modify aspects of the timed or time variable drug delivery from a stent coating by controlling average particle size in the biologically active species.

Other objects and advantages of the present invention will become apparent to those skilled in the art upon familiarization with the specification and appended claims.

## SUMMARY OF THE INVENTION

The present invention provides processes for producing a relatively thin layer of biostable elastomeric material in which an amount of biologically active material is dispersed as a coating on the surfaces of a deployable stent prosthesis. The preferred stent to be coated is a self-expanding, openended tubular stent prosthesis. Although other materials, including polymer materials, can be used, in the preferred embodiment, the tubular body is formed of an open braid of fine single or polyfilament metal wire which flexes without collapsing and readily axially deforms to an elongate shape for transluminal insertion via a vascular catheter. The stent resiliently attempts to resume predetermined stable dimensions upon relaxation in situ.

The coating is preferably applied as a mixture, solution or suspension of polymeric material and finely divided biologically active species dispersed in an organic vehicle or a solution or partial solution of such species in a solvent or vehicle for the polymer and/or biologically active species. For the purpose of this application, the term "finely divided" means any type or size of included material from dissolved molecules through suspensions, colloids and particulate mixtures. The active material is dispersed in a carrier material which may be the polymer, a solvent, or both. The coating is preferably applied as a plurality of relatively thin layers sequentially in relatively rapid sequence and is preferably applied with the stent in a radially expanded state. In some applications the coating may further be characterized as a composite initial tie coat or undercoat and a composite topcoat. The coating thickness ratio of the topcoat to the undercoat may vary with the desired effect and/or the elution system. Typically these are of different formulations.

The coating may be applied by dipping or spraying using evaporative solvent materials of relatively high vapor pressure to produce the desired viscosity and quickly establish coating layer thicknesses. The preferred process is predicated on reciprocally spray coating a rotating radially expanded stent employing an air brush device. The coating process enables the material to adherently conform to and cover the entire surface of the filaments of the open structure of the stent but in a manner such that the open lattice nature of the structure of the braid or other pattern is preserved in the coated device.

The coating is exposed to room temperature ventilation for a predetermined time (possibly one hour or more) for solvent vehicle evaporation. Thereafter the polymeric precusor material is cured at room temperature or elevated temperatures or the solvent evaporated away from the dissolved polymer as the case may be curing is defined as the process of converting the elastomeric or polymeric material into the finished or useful state by the application of heat and/or chemical agents which include physical-chemical charges. Where, for example, polyurethane thermoplastic elastomers are used, solvent evaporation can occur at room

4

temperature rendering the polymeric material useful for controlled drug release without further curing. Non-limiting examples of curing according to this definition include the application of heat and/or chemical agents and the evaporation of solvent which may induce physical and/or chemical changes.

The ventilation time and temperature for cure are determined by the particular polymer involved and particular drugs used. For example, silicone or polysiloxane materials (such as polydimethylsiloxane) have been used successfully. These materials are applied as pre-polymer in the coating composition and must thereafter be cured. The preferred species have a relatively low cure temperatures and are known as a room temperature vulcanizable (RTV) materials. Some polydimethylsiloxane materials can be cured, for example, by exposure to air at about 90° C. for a period of time such as 16 hours. A curing step may be implemented both after application of a certain number of lower undercoat layers and the topcoat layers or a single curing step used after coating is completed.

The coated stents may thereafter be subjected to a postcure sterilization process which includes an inert gas plasma treatment, and then exposure to gamma radiation, electron beam, ethylene oxide (ETO) or steam sterilization may also be employed.

In the plasma treatment, unconstrained coated stents are placed in a reactor chamber and the system is purged with nitrogen and a vacuum applied to about 20–50 mTorr. Thereafter, inert gas (argon, helium or mixture of them) is admitted to the reaction chamber for the plasma treatment. A highly preferred method of operation consists of using argon gas, operating at a power range from 200 to 400 watts, a flow rate of 150–650 standard ml per minute, which is equivalent to about 100–450 mTorr, and an exposure time from 30 seconds to about 5 minutes. The stents can be removed immediately after the plasma treatment or remain in the argon atmosphere for an additional period of time, typically five minutes.

After the argon plasma pretreatment, the coated and cured stents are subjected to gamma radiation sterilization nominally at 2.5–3.5 Mrad. The stents enjoy full resiliency after radiation whether exposed in a constrained or nonconstrained status. It has been found that constrained stents subjected to gamma sterilization without utilizing the argon plasma pretreatment lose resiliency and do not recover at a sufficient or appropriate rate.

The elastomeric material that forms a major constituent of the stent coating should possess certain properties. It is preferably a suitable hydrophobic biostable elastomeric material which does not degrade and which minimizes tissue rejection and tissue inflammation and one which will undergo encapsulation by tissue adjacent to the stent implantation site. Polymers suitable for such coatings include silicones (e.g., polysiloxanes and substituted polysiloxanes), polyurethanes (including polycarbonate urethanes), thermoplastic elastomers in general, ethylene vinyl acetate copolymers, polyolefin elastomers, EPDM (ethylene-propylene terpolymer) rubbers and polyamide elastomers. The above-referenced materials are considered hydrophobic with respect to the contemplated environment of the invention.

Agents suitable for incorporation include antithrobotics, anticoagulants, antiplatelet agents, thrombolytics, antiproliferatives, antiinflammatories, agents that inhibit hyperplasia and in particular restenosis, smooth muscle cell inhibitors, antibiotics growth factors, growth factor

BSC-SJA-1152

5,837,313

<div style="column: left">

5

inhibitors, cell adhesion inhibitors, cell adhesion promoters and drugs that may enhance the formation of healthy neointimal tissue, including endothelial cell regeneration. The positive action may come from inhibiting particular cells (e.g., smooth muscle cells) or tissue formation (e.g., fibromuscular tissue) while encouraging different cell migration (e.g., endothelium) and tissue formation (neointimal tissue).

The preferred materials for fabricating the braided stent include stainless steel, tantalum, titanium alloys including nitinol (a nickel titanium, thermomemoried alloy material), and certain cobalt alloys including cobalt-chromium-nickel alloys such as ELGILOY® and PHYNOX. Further details concerning the fabrication and details of other aspects of the stents themselves, may be gleaned from the above referenced U.S. Pat. Nos. 4,655,771 and 4,954,126 to Wallsten and 5,061,275 to Wallsten et al. To the extent additional information contained in the above-referenced patents is necessary for an understanding of the present invention, they are deemed incorporated by reference herein.

Various combinations of polymer coating materials can be coordinated with biologically active species of interest to produce desired effects when coated on stents to be implanted in accordance with the invention. Loadings of therapeutic materials may vary. The mechanism of incorporation of the biologically active species into the surface coating, and egress mechanism depend both on the nature of the surface coating polymer and the material to be incorporated. The mechanism of release also depends on the mode of incorporation. The material may elute via interparticle paths or be administered via transport or diffusion through the encapsulating material itself.

For the purposes of this specification, "elution" is defined as any process of release that involves extraction or release by direct contact of the material with bodily fluids through the interparticle paths connected with the exterior of the coating. "Transport" or "diffusion" are defined to include a mechanism of release in which a material released traverses through another material.

The desired release rate profile can be tailored by varying the coating thickness, the radial distribution (layer to layer) of bioactive materials, the mixing method, the amount of bioactive material, the combination of different matrix polymer materials at different layers, and the crosslink density of the polymeric material. The crosslink density is related to the amount of crosslinking which takes place and also the relative tightness of the matrix created by the particular crosslinking agent used. This, during the curing process, determines the amount of crosslinking and so the crosslink density of the polymer material. For bioactive materials released from the crosslinked matrix, such as heparin, a crosslink structure of greater density will increase release time and reduce burst effect.

Additionally, with eluting materials such as heparin, release kinetics, particularly initial drug release rate, can be affected by varying the average dispersed particle size. The observed initial release rate or burst effect may be substantially reduced by using smaller particles, particularly if the particle size is controlled to be less than about 15 microns and the effect is even more significant in the particle size range of $\leq 10$ microns, especially when the coating thickness is not more than about 50 $\mu$m and drug loading is about 25–45 weight percent.

It will also be appreciated that an unmedicated silicone thin top layer provides an advantage over drug containing top coat. Its surface has a limited porosity and is generally smooth, which may be less thrombogeneous and may reduce

</div>

<div style="column: right">

6

the chance to develop calcification, which occurs most often on the porous surface.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, wherein like numerals designate like parts throughout the same:

FIG. 1 is a schematic flow diagram illustrating the steps of the process of the invention;

FIG. 2 represents a release profile for a multi-layer system showing the percentage of heparin released over a two-week period;

FIG. 3 represents a release profile for a multi-layer system showing the relative release rate of heparin over a two-week period;

FIG. 4 illustrates a profile of release kinetics for different drug loadings at similar coating thicknesses illustrating the release of heparin over a two-week period;

FIG. 5 illustrates drug elution kinetics at a given loading of heparin over a two-week period at different coating thicknesses;

FIG. 6 illustrates the release kinetics in a coating having a given tie-layer thickness for different top coat thicknesses in which the percentage heparin in the tie coat and top coat are kept constant;

FIG. 7 illustrates the release kinetics of several coatings having an average coating thickness of 25 microns and a heparin loading of 37.5% but using four different average particle sizes;

FIGS. 8–11 are photomicrographs of coated stent fragments for the coatings of FIG. 7 having a corresponding average particle size of 4 microns, 17 microns, 22 microns and 30 microns, respectively.

## DETAILED DESCRIPTION

According to the present invention, the stent coatings incorporating biologically active materials for timed delivery in situ in a body lumen of interest are preferably sprayed in many thin layers from prepared coating solutions or suspensions. The steps of the process are illustrated generally in FIG. 1. The coating solutions or suspensions are prepared at 10 as will be described later. The desired amount of crosslinking agent is added to the suspension/solution as at 12 and material is then agitated or stirred to produce a homogenous coating composition at 14 which is thereafter transferred to an application container or device which may be a container for spray painting at 16. Typical exemplary preparations of coating solutions that were used for heparin and dexamethasons appear next.

### General Preparation of Heparin Coating Composition

Silicone was obtained as a polymer precursor in solvent (xylene) mixture. For example, a 35% solid silicone weight content in xylene was procured from Applied Silicone, Part #40,000. First, the silicone-xylene mixture was weighed. The solid silicone content was determined according to the vendor's analysis. Precalculated amounts of finely divided heparin (2–6 microns) were added into the silicone, then tetrahydrofuron (THF) HPCL grade (Aldrich or EM) was added. For a 37.5% heparin coating, for example: $W_{silicone} = 5$ g; solid percent $= 35\%$; $W_{hep} = 5 \times 0.35 \times 0.375/(0.625) = 1.05$ g. The amount of THF needed (44 ml) in the coating solution was calculated by using the equation $W_{silicone\ solid}/V_{THF} = 0.04$ for a 37.5% heparin coating solution). Finally, the manufacturer crosslinker solution was added by using Pasteur P-pipet. The amount of crosslinker

</div>

BSC-SJA-1153



5,837,313

7

added was formed to effect the release rate profile. Typically, five drops of crosslinker solution were added for each five grams of silicone-xylene mixture. The crosslinker may be any suitable and compatible agent including platinum and peroxide based materials. The solution was stirred by using the stirring rod until the suspension was homogenous and milk-like. The coating solution was then transferred into a paint jar in condition for application by air brush.

General Preparation of Dexamethasone Coating Composition

Silicone (35% solution as above) was weighed into a beaker on a Metler balance. The weight of dexamethasone free alcohol or acetate form was calculated by silicone weight multiplied by 0.35 and the desired percentage of dexamethasone (1 to 40%) and the required amount was then weighed. Example: $W_{silicone}$=5 g; for a 10% dexamethasone coating, $W_{dex}$=5×0.35×0.1/0.9=0.194 g and THF needed in the coating solution calculated. $W_{silicone\ sand}$ $V_{THF}$=0.06 to a 10% dexamethasone coating solution. Example: $W_{silicone}$=5 g; $V_{THF}$=5×0.35/0.06 =29 mL. The dexamethasone was weighed in a beaker on an analytical balance and half the total amount of THF was added. The solution was stirred well to ensure full dissolution of the dexamethasone. The stirred DEX-THF solution was then transferred to the silicone container. The beaker was washed with the remaining THF and this was transferred to the silicone container. The crosslinker was added by using a Pasteur pipet. Typically, five drops of crosslinker were used for five grams of silicone.

The application of the coating material to the stent was quite similar for all of the materials and the same for the heparin and dexamethasone suspensions prepared as in the above Examples. The suspension to be applied was transferred to an application device, typically a paint jar attached to an air brush, such as a Badger Model 150, supplied with a source of pressurized air through a regulator (Norgren, 0–160 psi). Once the brush was attached to the source of compressed air downstream of the regulator, the air was applied. The pressure was adjusted to approximately 15–25 psi and the nozzle condition checked by depressing the trigger.

Any appropriate method can be used to secure the stent for spraying and rotating fixtures were utilized successfully in the laboratory. Both ends of the relaxed stent were fastened to the fixture by two resilient retainers, commonly alligator clips, with the distance between the clips adjusted so that the stent remained in a relaxed, unstretched condition. The rotor was then energized and the spin speed adjusted to the desired coating speed, nominally about 40 rpm.

With the stent rotating in a substantially horizontal plane, the spray nozzle was adjusted so that the distance from the nozzle to the stent was about 2–4 inches and the composition was sprayed substantially horizontally with the brush being directed along the stent from the distal end of the stent to the proximal end and then from the proximal end to the distal end in a sweeping motion at a speed such that one spray cycle occurred in about three stent rotations. Typically a pause of less than one minute, normally about one-half minute, elapsed between layers. Of course, the number of coating Layers did and will vary with the particular application. For example, for a coating level of 3–4 mg of heparin per cm² of projected area, 20 cycles of coating application are required and about 30 ml of solution will be consumed for a 3.5 mm diameter by 14.5 cm long stent.

The rotation speed of the motor, of course, can be adjusted as can the viscosity of the composition and the flow rate of

8

the spray nozzle as desired to modify the layered structure. Generally, with the above mixes, the best results have been obtained at rotational speeds in the range of 30–50 rpm and with a spray nozzle flow rate in the range of 4–10 ml of coating composition per minute, depending on the stent size. It is contemplated that a more sophisticated, computer-controlled coating apparatus will successfully automate the process demonstrated as feasible in the laboratory.

Several applied layers make up what is called the tie layer as at 18 and thereafter additional upper layers, which may be of a different composition with respect to bioactive material, the matrix polymeric materials and crosslinking agent, for example, are applied as the top layer as at 20. The application of the top layer follows the same coating procedure as the tie layer with the number and thickness of layers being optional. Of course, the thickness of any layer can be adjusted by modifying the speed of rotation of the stent and the spraying conditions. Generally, the total coating thickness is controlled by the number of spraying cycles or thin coats which make up the total coat.

As shown at 22 in FIG. 1, the coated stent is thereafter subjected to a curing step in which the pre-polymer and crosslinking agents cooperate to produce a cured polymer matrix containing the biologically active species. The curing process involves evaporation of the solvent xylene, THF, etc. and the curing and crosslinking of the polymer. Certain silicone materials can be cured at relatively low temperatures, (i.e. RT-50° C.) in what is known as a room temperature vulcanization (RTV) process. More typically, however, the curing process involves higher temperature curing materials and the coated stents are put into an oven at approximately 90° C. or higher for approximately 16 hours. The temperature may be raised to as high as 150° C. for dexamethasone containing coated stents. Of course, the time and temperature may vary with particular silicones, crosslinkers, and biologically active species.

Stents coated and cured in the manner described need to be sterilized prior to packaging for future implantation. For sterilization, gamma radiation is a preferred method particularly for heparin containing coatings; however, it has been found that stents coated and cured according to the process of the invention subjected to gamma sterilization may be too slow to recover their original posture when delivered to a vascular or other lumen site using a catheter unless a pretreatment step as at 24 is first applied to the coated, cured stent.

The pretreatment step involves an argon plasma treatment of the coated, cured stents in the unconstrained configuration. In accordance with this procedure, the stents are placed in a chamber of a plasma surface treatment system such as a Plasma Science 350 (Himont/Plasma Science, Foster City, Calif.). The system is equipped with a reactor chamber and RF solid-state generator operating at 13.56 mHz and from 0–500 watts power output and being equipped with a microprocessor controlled system and a complete vacuum pump package. The reaction chamber contains an unimpeded work volume of 16.75 inches (42.55 cm) by 13.5 inches (34.3 cm) by 17.5 inches (44.45 cm) in depth.

In the plasma process, unconstrained coated stents are placed in a reactor chamber and the system is purged with nitrogen and a vacuum applied to 20–50 mTorr. Thereafter, inert gas (argon, helium or mixture of them) is admitted to the reaction chamber for the plasma treatment. A highly preferred method of operation consists of using argon gas, operating at a power range from 200 to 400 watts, a flow rate of 150–650 standard ml per minute, which is equivalent to

BSC-SJA-1154

5,837,313

<table>
<tr><td>9</td><td>10</td></tr>
</table>

100–450 mTorr, and an exposure time from 30 seconds to about 5 minutes. The stents can be removed immediately after the plasma treatment or remain in the argon atmosphere for an additional period of time, typically five minutes.

After this, as shown at 26, the stents are exposed to gamma sterilization at 2.5–3.5 Mrad. The radiation may be carried out with the stent in either the radially non-constrained status—or in the radially constrained status.

With respect to the anticoagulant material heparin, the percentage in the tie layer is nominally from about 20–50% and that of the top layer from about 0–30% active material. The coating thickness ratio of the top layer to the tie layer varies from about 1:10 to 1:2 and is preferably in the range of from about 1:6 to 1:3.

Suppressing the burst effect also enables a reduction in the drug loading or in other words, allows a reduction in the coating thickness, since the physician will give a bolus injection of antiplatelet/anticoagulation drugs to the patient during the stenting process. As a result, the drug imbedded in the stent can be fully used without waste. Tailoring the first day release, but maximizing second day and third day release at the thinnest possible coating configuration will reduce the acute or subacute thrombosis.

FIG. 4 depicts the general effect of drug loading for coatings of similar thickness. The initial elution rate increases with the drug loading as shown in FIG. 5. The release rate also increases with the thickness of the coating at the same loading but tends to be inversely proportional to the thickness of the top layer as shown by the same drug loading and similar tie-coat thickness in FIG. 6.

The effect of average particle size is depicted in the FIGS. 7–11 in which coating layers with an average coating thickness of about 25 microns (μm), prepared and sterilized as above, were provided with dispersed heparin particles (to 37.5% heparin) of several different average particle sizes. FIG. 7 shows plots of elution kinetics for four different sizes of embedded heparin particles. The release took place in phosphate buffer (pH 7.4) at 37° C. The release rate using smaller, particularly 4–6μm average sized particles notice-ably reduces the initial rate or burst effect and thereafter the elution rate decreases more slowly with time. Average particle sizes above about 15 μm result in initial release rates approaching bolus release. This, of course, is less desirable, both from the standpoint of being an unnecessary initial excess and for prematurely depleting the coating of desered drug material.

In addition, as shown in the photomicrographs of FIGS. 8–11, as the average particle size increases, the morphology of the coating surface also changes. Coatings containing larger particles (FIGS. 9–11) have very rough and irregular surface characteristics. These surface irregularities may be more thrombogenic or exhibit an increased tendency to cause embolization when the corresponding stent is implanted in a blood vessel.

Accordingly, it has been found that the average particle size should generally be controlled below about 15 μm to reduce the burst effect and preferably should be ≲ about 10 μm for best results. The 4–6 μm size worked quite success-fully in the laboratory. However, it should be noted that larger particle size can also be advantageously used, for instance, when the drug load is low, such as below 25 weight percent. Elution kinetics can be adjusted by a combination of changing the particle size and changing the load or concentration of the dispersed drug material.

What is apparent from the data gathered to date, however, is that the process of the present invention enables the drug

elution kinetics to be modified to meet the needs of the particular stent application. In a similar manner, stent coat-ings can be prepared using a combination of two or more drugs and the drug release sequence and rate controlled. For example, antiproliferation drugs may be combined in the undercoat and anti-thrombotic drugs in the topcoat layer. In this manner, the anti-thrombotic drugs, for example, heparin, will elute first followed by antiproliferation drugs, e.g. dexamethasone, to better enable safe encapsulation of the implanted stent.

The heparin concentration measurement were made uti-lizing a standard curve prepared by complexing azure A dye with dilute solutions of heparin. Sixteen standards were used to compile the standard curve in a well-known manner.

For the elution test, the stents were immersed in a phosphate buffer solution at pH 7.4 in an incubator at approximately 37° C. Periodic samplings of the solution were processed to determine the amount of heparin eluted. After each sampling, each stent was placed in heparin-free buffer solution.

As stated above, while the allowable loading of the elastomeric material with heparin may vary, in the case of silicone materials heparin may exceed 60% of the total weight of the layer. However, the loading generally most advantageously used is in the range from about 10% to 45% of the total weight of the layer. In the case of dexamethasone, the loading may be as high as 50% or more of the total weight of the layer but is preferably in the range of about 0.4% to 45%.

It will be appreciated that the mechanism of incorporation of the biologically active species into a thin surface coating structure applicable to a metal stent is an important aspect of the present invention. The need for relatively thick-walled polymer elution stents or any membrane overlayers associ-ated with many prior drug elution devices is obviated, as is the need for utilizing biodegradable or reabsorbable vehicles for carrying the biologically active species. The technique clearly enables long-term delivery and minimizes interfer-ence with the independent mechanical or therapeutic ben-efits of the stent itself.

Coating materials are designed with a particular coating technique, coating/drug combination and drug infusion mechanism in mind. Consideration of the particular form and mechanism of release of the biologically active species in the coating allow the technique to produce superior results. In this manner, delivery of the biologically active species from the coating structure can be tailored to accom-modate a variety of applications.

Whereas the above examples depict coatings having two different drug loadings or percentages of biologically active material to be released, this is by no means limiting with respect to the invention and it is contemplated that any number of layers and combinations of loadings can be employed to achieve a desired release profile. For example, gradual grading and change in the loading of the layers can be utilized in which, for example, higher loadings are used in the inner layers. Also layers can be used which have no drug loadings at all. For example, a pulsatile heparin release system may be achieved by a coating in which alternate layers containing heparin are sandwiched between unloaded layers of silicone or other materials for a portion of the coating. In other words, the invention allows untold numbers of combinations which result in a great deal of flexibility with respect to controlling the release of biologically active materials with regard to an implanted stent. Each applied layer is typically from approximately 0.5 microns to 15

BSC-SJA-1155

5,837,313

<table>
<tr><td>

11

microns in thickness. The total number of sprayed layers, of course, can vary widely, from less than 10 to more than 50 layers; commonly, 20 to 40 layers are included. The total thickness, of the coating can also vary widely, but can generally be from about 10 to 200 microns.

Whereas the polymer of the coating may be any compatible biostable elastomeric material capable of being adhered to the stent material as a thin layer, hydrophobic materials are preferred because it has been found that the release of the biologically active species can generally be more predictably controlled with such materials. Preferred materials include silicone rubber elastomers and biostable polyurethanes specifically.

This invention has been described herein in considerable detail in order to comply with the Patent Statutes and to provide those skilled in the art with the information needed to apply the novel principles and to construct and use embodiments of the example as required. However, it is to be understood that the invention can be carried out by specifically different devices and that various modifications can be accomplished without departing from the scope of the invention itself.

We claim:

1. A method of coating at least a portion of an implantable prosthesis, having at least one opening therein, with a hydrophobic elastomeric material incorporating an amount of biologically active material therein for timed delivery therefrom comprising the steps of:

(a) applying a coating comprising the elastomeric material, a solvent and an amount of finely divided biologically active material onto at least a portion of the prosthesis; wherein when the biologically active material is particulate the average particle size of the biologically active material is less than or equal to about 15 $\mu$m; and wherein the coating is applied to the prosthesis in a manner to adheringly conform thereto to preserve the opening; and

(b) curing the coating such that at least some of the biologically active material is particulate after curing.

2. The method of claim 1 wherein the elastomeric material is selected from the group consisting of silicones, polyurethanes, polyamide elastomers, ethylene vinyl acetate copolymers, polyolefin elastomers, ethylene-propylene terpolymer rubbers and combinations thereof.

3. The method of claim 1 wherein the biologically active material includes heparin.

4. The method of claim 1 wherein the coating comprises about 25–45 weight percent biologically active material.

5. The method of claim 1 wherein the biologically active material has an average particle size less than or equal to about 10 $\mu$m before curing.

</td><td>

12

6. The method of claim 5 wherein the biologically active material includes heparin.

7. A method of controlling the delivery of an eluting material incorporated in an elastomeric coating having at least one layer on at least a portion of an implantable prosthesis having at least one opening therein, the method comprising incorporating a biologically active particulate material having an average particle size of less than or equal to about 15 $\mu$m into at least one layer of the coating and applying the elastomeric coating in a manner which adheringly conforms to the surface to preserve the opening; and curing the coating such that at least some of the biologically active material is particulate after curing.

8. The method of claim 7 wherein said biologically active material is heparin.

9. The method of claim 7 wherein the layer comprises about 25–45 weight percent biologically active material.

10. The method of claim 7 wherein the biologically active material is incorporated to produce a substantially smooth surface on the prosthesis.

11. The method of claim 1 wherein the elastomeric material, solvent and biologically active material are applied by spraycoating the prosthesis.

12. The method of claim 1 wherein the elastomeric material, solvent and biologically active material are applied by dipping the prosthesis.

13. The method of claim 7 wherein the biologically active material has an average particle size less than or equal to about 10 $\mu$m before curing.

14. The method of claim 1 wherein the implantable prosthesis is an expandable stent having a tubular metal body having open ends and a sidewall structure having openings therein, and wherein the elastomeric material, solvent and biologically active material form a coating on a surface of said sidewall structure which continuously conforms to said sidewall structure in a manner that preserves the openings when the stent is expanded.

15. The method of claim 13 wherein the elastomeric material, solvent and biologically active material are applied with the stent fully expanded.

16. The method of claim 1 wherein the elastomeric material, solvent and biologically active material are in a mixture.

17. The method of claim 1 wherein the biologically active material has an average particle size of less than or equal to about 15 $\mu$m after curing.

18. The method of claim 5 wherein the biologically active material has an average particle size of less than or equal to about 15 $\mu$m after curing.

*   *   *   *   *

</td></tr>
</table>